| Fill in this information to identify the case: |
|---|
| United States Bankruptcy Court for the: |
| **District of Delaware** |
| (State) |
| Case number *(if known)*: _____  Chapter __11__ |

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/19

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

1. **Debtor's Name**  
   Art Van Furniture, LLC

2. **All other names debtor used in the last 8 years**  
   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number** (EIN)  
   **38-1749205**

4. **Debtor's address**

   **Principal place of business**  
   **6500 East 14 Mile Road**  
   Number    Street

   **Warren, Michigan 48092**  
   City          State    Zip Code

   **Macomb County**  
   County

   **Mailing address, if different from principal place of business**  
   Number    Street  
   P.O. Box  
   City          State    Zip Code

   **Location of principal assets, if different from principal place of business**  
   Number    Street  
   City          State    Zip Code

5. **Debtor's website** (URL)  
   www.artvan.com

6. **Type of debtor**  
   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  
   ☐ Partnership (excluding LLP)  
   ☐ Other. Specify: _____

---

Official Form 201          Voluntary Petition for Non-Individuals Filing for Bankruptcy          page 1

13146121

Debtor     **Art Van Furniture, LLC**           Case number *(if known)* _____
            Name

**7. Describe debtor's business**

A. *Check One:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☒ None of the above

B. *Check all that apply:*
- ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .
**4421 (Furniture Stores)**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check One:*
- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11.  *Check all that apply:*
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).  If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934.  File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

☒ No
☐ Yes.   District _____  When ___/___/____ (MM/DD/YYYY)  Case number _____
                District _____  When ___/___/____ (MM/DD/YYYY)  Case number _____

If more than 2 cases, attach a separate list.

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
☒ Yes.   Debtor **See Rider 1**   Relationship **Affiliate**
         District **District of Delaware**
         Case number, if known _____  When **03/08/2020** (MM/DD/YYYY)

List all cases.  If more than 1, attach a separate list.

Debtor      **Art Van Furniture, LLC**                                    Case number *(if known)*
            Name

| | | |
|---|---|---|
| **11. Why is the case filed in *this* district?** | *Check all that apply:* | |
| | ☒ | Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district. |
| | ☐ | A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**
_____
Number       Street

_____
City                         State       Zip Code

**Is the property insured?**
☐ No
☐ Yes.   Insurance agency _____
         Contact name _____
         Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**[1]

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☒ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated assets**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☒ $100,000,001-$500 million | ☐ More than $50 billion |

---

[1]   The Debtors' estimated assets, liabilities, and number of creditors noted here are provided on a consolidated basis.

Debtor  **Art Van Furniture, LLC**  
Name

Case number *(if known)*

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☒ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **03/08/2020**  
MM/ DD / YYYY

**/s/ David Ladd**  
Signature of authorized representative of debtor

**David Ladd**  
Printed name

Title **Chief Financial Officer**

**18. Signature of attorney**

**/s/ Michael J. Barrie**  
Signature of attorney for debtor

Date **03/08/2020**  
MM/DD/YYYY

**Michael J. Barrie**

**Benesch, Friedlander, Coplan & Aronoff LLP**  
Firm name

**Suite 801** **222 Delaware Avenue**  
Number    Street

**Wilmington**  
City

**Delaware**  
State

**19801**  
ZIP Code

**(302)-442-7010**  
Contact phone

**mbarrie@beneschlaw.com**  
Email address

**4684**  
Bar number

**Delaware**  
State

| Fill in this information to identify the case: | |
|---|---|
| United States Bankruptcy Court for the: | |
| **District of Delaware** | |
| (State) | |
| Case number *(if known)*: _____  Chapter __11__ | |

☐ Check if this is an amended filing

**Rider 1**
**Pending Bankruptcy Cases Filed by the Debtor and Affiliates of the Debtor**

      On the date hereof, each of the entities listed below (collectively, the "Debtors") filed a petition in the United States Bankruptcy Court for the District of Delaware for relief under chapter 11 of title 11 of the United States Code. The Debtors have moved for joint administration of these cases under the case number assigned to the chapter 11 case of Art Van Furniture, LLC.

| |
|---|
| Art Van Furniture, LLC |
| Art Van Furniture of Canada, LLC |
| AV Pure Sleep Franchising, LLC |
| AVCE, LLC |
| AVF Franchising, LLC |
| AVF Holding Company, Inc. |
| AVF Holdings I, LLC |
| AVF Holdings II, LLC |
| AVF Parent, LLC |
| Levin Parent, LLC |
| LF Trucking, Inc. |
| Sam Levin, Inc. |
| Comfort Mattress, LLC |

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ART VAN FURNITURE, LLC, | ) | Case No. 20-_____ (___) |
| | ) | |
| Debtor. | ) | |
| | ) | |

**LIST OF EQUITY SECURITY HOLDERS[1]**

| Debtor | Equity Holders | Address of Equity Holder | Percentage of Equity Held |
|---|---|---|---|
| Art Van Furniture, LLC | AVF Parent, LLC | 6500 East 14 Mile Road Warren, Michigan 48092 | 100% |

---

[1] This list serves as the disclosure required to be made by the debtor pursuant to Rule 1007 of the Federal Rules of Bankruptcy Procedure. All equity positions listed indicate the record holder of such equity as of the date of commencement of the chapter 11 case.

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>ART VAN FURNITURE, LLC<br><br>          Debtor. | Chapter 11<br><br>Case No. 20-_____ (___) |

**CORPORATE OWNERSHIP STATEMENT**

Pursuant to Rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure, the following are corporations, other than a government unit, that directly or indirectly own 10% or more of any class of the debtor's equity interest:

| Shareholder | Approximate Percentage of Shares Held |
|---|---|
| AVF Parent, LLC | 100% |

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| ART VAN FURNITURE, LLC | ) Case No. 20-_____(___) |
| Debtor. | ) |

**CERTIFICATION OF CREDITOR MATRIX**

      Pursuant to Rule 1007-2 of the Local Rules of Bankruptcy Practice and Procedure for the United States Bankruptcy Court for the District of Delaware, the above-captioned debtor and its affiliated debtors in possession (collectively, the "Debtors")[1] hereby certify that the *Creditor Matrix* submitted herewith contains the names and addresses of the Debtors' creditors. To the best of the Debtors' knowledge, the *Creditor Matrix* is complete, correct, and consistent with Debtors' books and records.

      The information contained herein is based upon a review of the Debtors' books and records as of the petition date. However, no comprehensive legal and/or factual investigations with regard to possible defenses to any claims set forth in the *Creditor Matrix* have been completed. Therefore, the listing does not, and should not, be deemed to constitute: (1) a waiver of any defense to any listed claims; (2) an acknowledgement of the allowability of any listed claims; and/or (3) a waiver of any other right or legal position of the Debtors.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Art Van Furniture, LLC (9205); AVF Holding Company, Inc. (0291); AVCE, LLC (2509); AVF Holdings I, LLC (2537); AVF Holdings II, LLC (7472); AVF Parent, LLC (3451); Levin Parent, LLC (8052); Art Van Furniture of Canada, LLC (9491); AV Pure Sleep Franchising, LLC (8968); AVF Franchising, LLC (6325); LF Trucking, Inc. (1484); Sam Levin, Inc. (5198); and Comfort Mattress LLC (4463). The location of the Debtors' service address in these chapter 11 cases is: 6500 East 14 Mile Road, Warren Michigan 48092.

Fill in this information to identify the case and this filing:

Debtor Name: **Art Van Furniture, LLC**

United States Bankruptcy Court for the: **District of Delaware** (State)

Case number (If known):

## Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors        12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets-Real and Personal Property (Official Form 206A/B)*
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)*
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)*
- ☐ *Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)*
- ☐ *Schedule H: Codebtors (Official Form 206H)*
- ☐ *Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)*
- ☐ Amended Schedule
- ☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders (Official Form 204)*
- ☒ Other document that requires a declaration    **List of Equity Security Holders, Corporate Ownership Statement, and Certification of Creditor Matrix**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **03/08/2020**      */s/ David Ladd*
MM/ DD/YYYY      Signature of individual signing on behalf of debtor
**David Ladd**
Printed name
**Chief Financial Officer**
Position or relationship to debtor

Official Form 202         Declaration Under Penalty of Perjury for Non-Individual Debtors

Fill in this information to identify the case:

Debtor name   Art Van Furniture, LLC et al.
United States Bankruptcy Court for the: District of Delaware
Case number (If known): _____

☐ Check if this is an amended filing

Official Form 204

# Chapter 11 or Chapter 9 Cases: Consolidated List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 30 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 30 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | The Sussman Agency<br>29200 Northwestern Highway<br>Suite 130<br>Southfield, MI 48094 | Attn: Alan Sussman<br>Title: President<br>Phone: (248) 353-5300<br>Email: alan@thesussmanagency.com<br>Fax: (248) 353-3800 | Trade Payable | | | | $ 7,818,533 |
| 2 | La-Z-Boy Chair Company<br>One La-Z-Boy Drive<br>Monroe, MI 48162 | Attn: Darrell Edwards<br>Title: Senior Vice President & Chief Operating Officer<br>Phone: (734) 242-1444<br>Email: darrell.edwards@la-z-boy.com<br>Fax: (734) 457-2005 | Trade Payable | | | | $ 5,195,593 |
| 3 | Sealy Mattress Company<br>1 Office Parkway Sealy Drive<br>Trinity, NC 27370 | Attn: Scott Thompson<br>Title: Chief Executive Officer<br>Phone: (336) 861-3500<br>Email: scott.thompson@tempursealy.com | Trade Payable | | | | $ 4,139,554 |
| 4 | Kuka (HK) Trade Co., Limited<br>RM 6 13A/F World Finance Ctr<br>Harbour City South Twr<br>17 Canton Road<br>Tsim Sha Tsui, Hong Kong | Phone: (+852) 2577-7721 | Trade Payable | | | | $ 3,818,838 |
| 5 | United Furniture Industries<br>5380 Highway 145 South<br>Tupelo, MS 38801 | Attn: Gene Pierce<br>Title: Vice President of Manufacturing<br>Phone: (662) 447-4135<br>Email: pierce@unitedfurnituresantarosa.com<br>Fax: (662) 447-0103 | Trade Payable | | | | $ 3,292,758 |
| 6 | Flexsteel Industries Inc.<br>385 Bell Street<br>Dubuque, IA 52001 | Attn: Jerry Dittmer<br>Title: President & Chief Executive Officer<br>Phone: (563) 556-7730<br>Email: jdittmer@flexsteel.com<br>Fax: (563) 556-8345 | Trade Payable | | | | $ 3,026,863 |
| 7 | Simmons Manufacturing Company, LLC<br>1 Concourse Parkway Northeast<br>Suite 800<br>Atlanta, GA 30328 | Attn: David Swift<br>Title: Chairman & Chief Executive Officer<br>Phone: (877) 399-9397<br>Email: dswift@sertasimmons.com | Trade Payable | | | | $ 2,907,759 |

Debtor __Art Van Furniture, LLC et al.,__                                                                                                             Case number (if known)_____

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 8 | Tempur-Pedic Inc.<br>1000 Tempur Way<br>Lexington, KY 40511 | Attn: Scott Thompson<br>Title: Chairman, President & Chief Executive Officer<br>Phone: (336) 861-3500<br>Email: scott.thompson@tempursealy.com<br>Fax: (859) 514-4422 | Trade Payable | | | | $ 2,397,139 |
| 9 | Southern Motion Inc.<br>298 Henry Southern Drive<br>P.O. Box 1064<br>Pontotoc, MS 38863 | Attn: Roger Bland<br>Title: Chief Executive Officer<br>Phone: (662) 488-4007<br>Email: rbland@southernmotion.com<br>Fax: (662) 488-4000 | Trade Payable | | | | $ 2,378,693 |
| 10 | Stearns & Foster Company<br>1000 Tempur Way<br>Lexington, KY 40511 | Attn: Scott Thompson<br>Title: Chairman, President & Chief Executive Officer<br>Phone: (336) 861-3500<br>Email: scott.thompson@tempursealy.com | Trade Payable | | | | $ 2,366,240 |
| 11 | H M Richards Inc.<br>414 Co Road 2790<br>Guntown, MS 38849 | Attn: Joe A. Tarrant Jr.<br>Title: Vice President of Operations<br>Phone: (662) 365-9485<br>Email: jtarrant@hmrichards.com<br>Fax: (662) 365-9490 | Trade Payable | | | | $ 2,063,173 |
| 12 | Franklin Corporation<br>600 Franklin Drive<br>Houston, MS 38851 | Attn: Hassell Franklin<br>Title: Chief Executive Officer<br>Phone: (662) 456-4286<br>Email: hassellfranklin@franklincorp.com<br>Fax: (662) 456-3156 | Trade Payable | | | | $ 1,911,637 |
| 13 | Kuehne & Nagel Inc.<br>Exchange Pl 10<br>Jersey City, NJ 07302-3920 | Attn: Detlef Trefzger<br>Title: Chief Executive Officer<br>Phone: (210) 413-5500<br>Email: detlef.trefzger@kuehne-nagel.com<br>Fax: (201) 413-5777 | Trade Payable | | | | $ 1,896,522 |
| 14 | Serta Restokraft Mattress Co.<br>38025 Jaykay Drive<br>Romulus, MI 48174 | Attn: Bob Malin<br>Title: Vice President<br>Phone: (734) 727-9000<br>Email: bmalin@serta.com<br>Fax: (734) 326-1525 | Trade Payable | | | | $ 1,749,982 |
| 15 | England Furniture Inc.<br>145 England Drive<br>New Tazewell, TN 37825 | Phone: (423) 626-5211<br>Fax: (423) 626-9641 | Trade Payable | | | | $ 1,732,285 |
| 16 | Ashley Furniture Industries, Inc.<br>1 Ashley Way<br>Arcadia, WI 54612-1218 | Attn: Todd Wanek<br>Title: President & Chief Executive Officer<br>Phone: (608) 323-3377<br>Email: twanek@ashleyfurniture.com<br>Fax: (608) 323-6139 | Trade Payable | | | | $ 1,506,565 |
| 17 | Simon Li Furniture<br>200 E. Commerce Avenue<br>High Point, NC 27260 | Attn: Simon Lichtenberg<br>Title: Chief Executive Officer<br>Phone: (336) 822 2710<br>Email: simonli@trayton.com | Trade Payable | | | | $ 1,504,196 |
| 18 | Kingsdown Inc.<br>126 W. Holt Street<br>Mebane, NC 27302-2622 | Attn: Thomas McLean<br>Title: Executive Vice President<br>Phone: (919) 563-3531<br>Email: tmclean@kingsdown.com | Trade Payable | | | | $ 1,452,729 |
| 19 | Fusion Furniture Inc.<br>957 Pontotoc County Industrial Pkwy<br>Ecru, MS 38841 | Attn: Bo Robbins<br>Title: President<br>Phone: (662) 489-1296<br>Email: brobbins@fusionfurnitureinc.com | Trade Payable | | | | $ 1,326,778 |

Debtor   Art Van Furniture, LLC et al.,                                                                                                  Case number (if known)_____

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 20 | Elite Rewards<br>5111 Central Avenue<br>St. Petersburg, FL 33710 | Phone: (727) 290-2472 | Trade Payable | | | | $ 1,323,676 |
| 21 | Liberty Furniture Industries Inc.<br>6021 Greensboro Drive<br>Atlanta, GA 30336 | Attn: Jason Brian<br>Title: Executive Vice President<br>Phone: (404) 629-1003<br>Email: jasonbrian@libertyfurn.com | Trade Payable | | | | $ 1,140,744 |
| 22 | Standard Furniture Manufacturing, LLC<br>801 US-31<br>Bay Minette, AL 36507 | Attn: Tim Ussery<br>Title: President<br>Phone: (251) 937-6741<br>Email: tim.ussery@sfmco.com | Trade Payable | | | | $ 1,090,297 |
| 23 | Ascion LLC<br>750 Denison Court<br>Bloomfield Hills, MI 48302 | Attn: Martin Rawls-Meehan<br>Title: President & Chief Executive Officer<br>Phone: (248) 409-5656<br>Email: martin@reverie.com<br>Fax: (248) 409-5657 | Trade Payable | | | | $ 1,089,345 |
| 24 | A-America, Inc.<br>800 Milwaukee Avenue N.<br>Algona, WA 98001 | Attn: Fred G. Rohrbach<br>Title: Chief Executive Officer<br>Phone: (206) 575-3044 | Trade Payable | | | | $ 1,034,630 |
| 25 | Michael Nicholas Designs<br>2330 Raymer Avenue<br>Fullerton, CA 92336 | Attn: Mike Cimarusti<br>Title: Chief Executive Officer<br>Phone: (714) 562-8101<br>Email: mcimarusti@mndca.com | Trade Payable | | | | $ 946,875 |
| 26 | Signal Restoration Services<br>2490 Industrial Row Drive<br>Troy, MI 48084 | Attn: Frank Torre<br>Title: Managing Partner<br>Phone: (248) 288-6300<br>Email: ftorre@signalrestoration.com | Trade Payable | | | | $ 946,567 |
| 27 | New Classic Furniture<br>7351 McGuire Blvd.<br>Fontana, CA 92336 | Attn: Mitch Markowitz<br>Title: Chief Executive Officer<br>Phone: (909) 484-7676<br>Email: mitch.markowitz@newclassicfurniture.com<br>Fax: (909) 484-2840 | Trade Payable | | | | $ 834,149 |
| 28 | Max Home LLC<br>101 Max Place<br>Fulton, MS 38843 | Attn: Larry Gentry<br>Title: Chief Financial Officer<br>Phone: (662) 862-9966<br>Fax: (662) 862-9969 | Trade Payable | | | | $ 819,998 |
| 29 | Jackson Furniture / Catnapper<br>1910 King Edward Avenue<br>Cleveland, TN 37311 | Attn: W. Ronald Jackson<br>Title: President<br>Phone: (423) 476-8544 | Trade Payable | | | | $ 784,567 |
| 30 | Bedgear, LLC<br>100 Bi-County Blvd.<br>Suite 101<br>Farmingdale, NY 11735 | Attn: Eugene Alletto<br>Title: Chief Executive Officer<br>Phone: (631) 414-7758<br>Email: ealletto@bedgear.com | Trade Payable | | | | $ 763,084 |

Note: Unsecured amounts contain projected estimates of pre-petition liability as of the Petition Date and are subject to change as accrued liabilities are invoiced.