## **EXHIBIT A**

**List of Authorities**

| Name | Address 1 | Address 2 | City | State | ZIP | Country | Type |
|---|---|---|---|---|---|---|---|
| PENNSYLVANIA DEPARTMENT OF STATE (8722) | CORPORATION BUREAU | | HARRISBURG | PA | 17105-8722 | US | Sales & Use |
| OHIO DEPARTMENT OF TAXATION*C | P. O. BOX 2678 | | COLUMBUS | OH | 43216-6678 | US | Sales & Use |
| LORAIN COUNTY TREASUER/DANIEL TALAREK | P.O. BOX 742697 | | CINCINNATI | OH | 45274-2697 | US | Personal Property |
| WEST VIRGINIA | INTERNAL AUDITING DIVISION | | CHARLESTON | WV | 25330-2666 | US | Sales & Use |
| VIRGINIA DEPARTMENT OF TAXATION | PO BOX 760 | | RICHMOND | VA | 23218-0760 | US | Sales & Use |
| COMPTROLLER OF MARYLAND | REVENUE ADMINISTRATION DIVISION | | ANNAPOLIS | MD | 21411-0001 | US | Sales & Use |
| DOROTHY CHISLOW BOLBRICH | 115 BOLBRICH LANE | | SMITHTON | PA | 15479 | US | Personal Property |
| OHIO DEPARTMENT OF TAXATION (182857) | COMMERCIAL ACTIVITY TAX | | COLUMBUS | OH | 43218-2857 | US | State Income Tax |
| LORRAINE M. FENDE LAKE COUNTY TREASURER | LAKE COUNTY TREASURER | | PAINESVILLE | OH | 44077-0490 | US | Personal Property |
| PINE RICHLAND SCHOOL DISCTRICT | C/O JORDAN TAX SERVICE | | MCMURRAY | PA | 15317 | US | Personal Property |
| CUYAHOGA COUNTY TREASURER. | P.O. BOX 94404 | | CLEVELAND | OH | 44101 | US | Personal Property |
| STARK COUNTY TREASURER | P. O. BOX 24815 | | CANTON | OH | 44701-4815 | US | Personal Property |
| GATEWAY SCHOOL DISTRICT | PATRICK J. FULKERSON, TAX COLLECTOR | | MONROEVILLE | PA | 15146-2388 | US | Personal Property |
| TOM FALCIONI, TAX COLLECTOR | 400 NORTH BRANCH ROAD | | OAKDALE | PA | 15071 | US | Personal Property |
| JOHN K. WEINSTEIN | ALLEGHENY COUNTY TREASURER | | PITTSBURGH | PA | 15264-3385 | US | Personal Property |
| TREASURER OF FREDERICK COUNTY | PO BOX 4310 | | FREDERICK | MD | 21705-4310 | US | Personal Property |
| PATTON TOWNSHIP TAX OFFICE | 100 PATTON PLAZA | | STATE COLLEGE | PA | 16803 | US | Personal Property |
| DANIEL YEMMA MAHONING COUNTY TREASURER | 120 MARKET STREET | | YOUNGSTOWN | OH | 44503 | US | Personal Property |
| DONALD A WAGNER, TAX COLLECTOR | 892 OLD ROUTE 22 | | DUNCANSVILLE | PA | 16635 | US | Personal Property |
| PETERS TOWNSHIP SCHOOL DISTRICT | JORDAN TAX SERVICE | | MCMURRAY | PA | 15317 | US | Personal Property |
| FRAN SURDICH, TAX COLLECTOR | 1501 MT. ZION ROAD | | YORK | PA | 17402 | US | Personal Property |
| CUYAHOGA COUNTY TREASURER | P. O. BOX 94547 | | CLEVELAND | OH | 44101-4547 | US | Personal Property |
| HEMPFIELD SCHOOL DISTRICT | PO BOX 37832 | | BALTIMORE | MD | 21297-7832 | US | Personal Property |
| COUNTY OF LOUDOUN | H. ROGER ZURN, JR., TREASURER | | LEESBURG | VA | 20177-1000 | US | Personal Property |
| TRUMBULL COUNTY TREASURER | 160 HIGH STREET NW | | WARREN | OH | 44481 | US | Personal Property |
| MUNICIPALITY OF MONROEVILLE | 2700 MONROEVILLE BLVD. | | MONROEVILLE | PA | 15146-2388 | US | Personal Property |
| HOLLY K LISKA, TAX COLLECTOR | 207 THIRD STREET | | HANOVER | PA | 17331 | US | Personal Property |
| BRENDA HILL, TAX COLLECTOR | 401 LINCOLN WAY EAST | | CHAMBERSBURG | PA | 17201 | US | Personal Property |
| SHERRY CLABAUGH, TAX COLLECTOR | 623 NORTH 3RD ST | | BELLWOOD | PA | 16617 | US | Personal Property |
| TOWNSHIP OF PINE | ATTN: TIM FLAHERTY | | WEXFORD | PA | 15090 | US | Business License & State Registration Fees |
| PATRICK J. FULKERSON, TAX COLLECT.(2700) | 2700 MONROEVILLE BLVD. | | MONROEVILLE | PA | 15146-2388 | US | Personal Property |
| LINDA FANCSALI,TAX COLLECTOR | P.O. BOX 10931 | | PITTSBURGH | PA | 15236 | US | Personal Property |
| RICHLAND TWP TAX COLLECTOR | 1031 RACHEL STREET | | JOHNSTOWN | PA | 15904 | US | Personal Property |
| JOSEPH L DONATO III, TAX COLLECTOR | SWATARA TOWNSHIP | | HARRISBURG | PA | 17111 | US | Personal Property |
| JACKSON LOCAL SCHOOL DISTRICT BOARD OF EDUCATION | ATTN: ROBERT M. MORROW, ESQ. | | COLUMBUS | OH | 43215 | US | Personal Property |
| MENTOR EXEMPTED VILLAGE SCHOOL BOARD OF EDUCATION | ATTN: ROBERT A. BRINDZA | | CLEVELAND | OH | 44114 | US | Personal Property |
| FRANCIS L. KING | WASHINGTON COUNTY TREASURER | | WASHINGTON | PA | 15301-4432 | US | Personal Property |
| TOM FLICKINGER, COUNTY TREASURER | 100 WEST BEAU ST | | WASHINGTON | PA | 15301 | US | Personal Property |
| SWATARA TOWNSHIP | 599 EISENHOWER BLVD | | HARRISBURG | PA | 17111 | US | Business License & State Registration Fees |
| CAROL YANCOSKY, TAX COLL. | 1 ETZE AVENUE | | MT PLEASANT | PA | 15666 | US | Personal Property |
| PENNSYLVANIA DEPT. OF TRANSPORTATION | BUREAU OF TRANSPORTATION | | HARRISBURG | PA | 17122 | US | Franchise Taxes & Fees |
| PETERS TOWNSHIP - TAX COLLECTOR | 610 EAST MCMURRAY ROAD | | MCMURRAY | PA | 15317 | US | Personal Property |
| UNITED STATES TREASURY | P. O. BOX 8318 | | PHILADELPHIA | PA | 19162-8318 | US | Business License & State Registration Fees |
| LAURA KEISLING, COLLECTOR | 550 WASHINGTON ROAD | | WASHINGTON | PA | 15301 | US | Franchise Taxes & Fees |
| MT. PLEASANT BUSINESS DISTRICT AUTHORITY | P.O. BOX 836 | | MT PLEASANT | PA | 15666 | US | Personal Property |
| BUREAU OF MOTOR VEHICLES (PA) | DEPARTMENT OF TRANSPORTATION | | HARRISBURG | PA | 17106-8274 | US | Franchise Taxes & Fees |
| PA DEPARTMENT OF REVENUE (280646) | PO BOX 280646 | | HARRISBURG | PA | 17126 | US | Franchise Taxes & Fees |
| State of Michigan | MICHIGAN DEPT. OF TREASURY | P.O. BOX 30812 | LANSING | MI | 48909 | US | Sales & Use |
| State of Illinois | P.O. BOX 19053 | | SPRINGFIELD | IL | 62794-9053 | US | Sales & Use |
| State of Indiana | P.O. BOX 7087 | | INDIANAPOLIS | IN | 46207-7087 | US | Sales & Use |
| State of Ohio | MAGUIRE SCHNEIDER HASSAY LLP. | 1650 LAKE SHORE DRIVE | COLUMBUS | OH | 43204 | US | Sales & Use |
| State of Ohio | MAGUIRE SCHNEIDER HASSAY LLP. | 1650 LAKE SHORE DRIVE | COLUMBUS | OH | 43204 | US | Franchise Taxes & Fees |
| MISSOURI DEPARTMENT OF REVENUE | TAXATION DEPARTMENT | P.O. BOX 999 | JEFFERSON CITY | MO | 65108-0999 | US | Sales & Use |
| State of Wisconsin | P.O. BOX 930208 | | MILWAUKEE | WI | 53293-0208 | US | Sales & Use |
| Canada Revenue | RECEIVER GENERAL | 275 POPE ROAD SUITE 103 | SUMMERSIDE | PE | C1N 6A2 | US | Sales & Use |

| Name | Address 1 | Address 2 | City | State | ZIP | Country | Type |
|---|---|---|---|---|---|---|---|
| State of Delaware | DIVISION OF CORPORATIONS | P.O. BOX 5509 | BINGHAMPTON | NY | 13902-5509 | US | Franchise Taxes & Fees |
| State of Delaware | DIVISION OF CORPORATIONS | P.O. BOX 5509 | BINGHAMPTON | NY | 13902-5509 | US | Business License & State Registration Fees |
| State of Michigan | MICHIGAN DEPT. OF TREASURY | P.O. BOX 30812 | LANSING | MI | 48909 | US | Business License & State Registration Fees |
| City of Warren | ONE CITY SQUARE | SUITE 200 | WARREN | MI | 48093-2395 | US | Personal Property |
| Shelby Twp | 6333 23 MILE ROAD | | SHELBY TWP. | MI | 48316 | US | Personal Property |
| City of Taylor | 23555 GODDARD | | TAYLOR | MI | 48180 | US | Personal Property |
| City of Royal Oak | P.O. BOX 64 | | ROYAL OAK | MI | 48068-0064 | US | Personal Property |
| City of Novi | DRAWER 67 | P.O. BOX 33321 | DETROIT | MI | 48232-5321 | US | Personal Property |
| City of Livonia | 33000 CIVIC CENTER DR. | | LIVONIA | MI | 48154-3060 | US | Personal Property |
| City of Westland | P.O. BOX 554887 | | DETROIT | MI | 48255-4887 | US | Personal Property |
| City of Kentwood | 4900 BRETON AVENUE SE | PO BOX 8848 | KENTWOOD | MI | 49518-8848 | US | Personal Property |
| Clinton Twp | PO BOX 553160 | | DETROIT | MI | 48255-3160 | US | Personal Property |
| City of Waterford | 5200 CIVIC CENTER DR. | | WATERFORD | MI | 48329 | US | Personal Property |
| City of Flint | INCOME TAX WITHHOLDING DEPT. | P.O. BOX 529 | EATON RAPIDS | MI | 48827 | US | Personal Property |
| Kochville Twp | 5851 MACKINAW | | SAGINAW | MI | 48604 | US | Personal Property |
| City of Burton | TREASURY | 4303 S. CENTER RD. | BURTON | MI | 48519 | US | Personal Property |
| Bay City | ACCOUNTS RECEIVABLE | 301 WASHINGTON AVE | BAY CITY | MI | 48708 | US | Personal Property |
| City of Portage | 7900 S WESTNEDGE AVE. | | PORTAGE | MI | 49002 | US | Personal Property |
| City of Grandville | DEPT 8703 | P.O. BOX 30516 | LANSING | MI | 48909-8016 | US | Personal Property |
| City of Ann Arbor | 301 EAST HURON ST. | | ANN ARBOR | MI | 48107 | US | Personal Property |
| City of Holland | 353 N. 120TH AVENUE | | HOLLAND | MI | 49424 | US | Personal Property |
| Garfield Twp | 3848 VETERANS DRIVE | | TRAVERSE CITY | MI | 49684 | US | Personal Property |
| City of Norton Shores | 4814 HENRY ST. | | NORTON SHORES | MI | 49441 | US | Personal Property |
| City of Dearborn | P.O. BOX 30516 | | LANSING | MI | 48909-8016 | US | Personal Property |
| Emmett Twp | 621 CLIFF ST | | BATTLE CREEK | MI | 49014 | US | Personal Property |
| Delta Twp | 7710 W SAGINAW HWY | | LANSING | MI | 48917 | US | Personal Property |
| City of Port Huron | 100 MCMORRAN BLVD. | | PORT HURON | MI | 48060 | US | Personal Property |
| City of Chesterfield | Township Assessor | 47275 Sugarbush Road | Chesterfield | MI | 48047 | US | Personal Property |
| Genoa Twp | 2911 DORR RD | | BRIGHTON | MI | 48116 | US | Personal Property |
| City of Alpine | 5255 ALPINE AVENUE NW | | COMSTOCK PARK | MI | 49321 | US | Personal Property |
| Bear Creek Twp | 373 NORTH DIVISION RD. | | PETOSKEY | MI | 49770 | US | Personal Property |
| City of Ferndale | P.O. BOX 674520 | | DETROIT | MI | 48267-4520 | US | Personal Property |
| Canton Twp | P.O. BOX 87680 | | CANTON | MI | 48187-0680 | US | Personal Property |
| Bloomfield Twp | 4200 TELEGRAPH RD. | P.O. BOX 489 | BLOOMFIELD TWP. | MI | 48303 | US | Personal Property |
| Schaumburg, IL | P.O. BOX 6755 | | CAROL STREAM | IL | 60197-6755 | US | Personal Property |
| Toledo, OH | ONE GOVERNMENT CENTER STE 1710 | | TOLEDO | OH | 43604 | US | Personal Property |
| Bedford Pk, IL | 6701 S. ARCHER ROAD | | BEDFORD PARK | IL | 60501 | US | Personal Property |
| Woodridge, IL | FIVE PLAZA DRIVE | | WOODRIDGE | IL | 60517 | US | Personal Property |
| Downers Grv, IL | 801 BURLINGTON AVE. | | DOWNERS GROVE | IL | 60515-4782 | US | Personal Property |
| Harwood Hts, IL | 7300 W. WILSON AVENUE | | HARWOOD HEIGHTS | IL | 60706 | US | Personal Property |
| Polaris, OH | | | | | | US | Personal Property |
| CITY OF O'FALLON | 100 NORTH MAIN ST. | | O'FALLON | MO | 63366 | US | Personal Property |
| CITY OF O'FALLON | 255 S. LINCOLN | | O'FALLON | IL | 62269-2139 | US | Personal Property |
| Afton - St Louis, MO | | | | | | US | Personal Property |
| CITY OF BRIDGETON | 12355 NATURAL BRIDGE ROAD | | BRIDGETON | MO | 63044 | US | Personal Property |
| City of Southfield | 26000 EVERGREEN RD. | | SOUTHFIELD | MI | 48076 | US | Personal Property |
| City of Jackson | INCOME TAX DIVISION | 161 W MICHIGAN AVE | JACKSON | MI | 49201 | US | Personal Property |
| City of Auburn Hills | P.O. BOX 772120 | | DETROIT | MI | 48277-2120 | US | Personal Property |
| City of Traverse | CHAMBER OF COMMERCE | 202 E. GRANDVIEW PARKWAY | TRAVERSE CITY | MI | 49685-0387 | US | Personal Property |
| Chesterfield Twp | 47275 SUGARBUSH | | CHESTERFIELD | MI | 48047 | US | Personal Property |
| Merriville, IN | 7820 BROADWAY | | MERRILLVILLE | IN | 46410 | US | Personal Property |
| Fort Wayne, IN | FORT WAYNE VIOLATIONS BUREAU | 200 E. BERRY STREET SUITE 110 | FORT WAYNE | IN | 46802 | US | Personal Property |
| Richmond, MO | 1330 SOUTH BIG BEND VLVD. | | RICHMOND HEIGHTS | MO | 63117 | US | Personal Property |