# EXHIBIT A

## Utility Providers List

| Name of Utility Provider | Service Provided | Account Number(s) | Average Monthly Billing | Proposed Adequate Assurance | Art Van or Levin / Wolf |
|---|---|---|---|---|---|
| 330ND, LLC | Water / Sanitation | DCA00034001 | $ 30 | $ 15 | Art Van |
| ADVANCED DISPOSAL | Water / Sanitation | LS009677 | 2,124 | 1,062 | Levin / Wolf |
| ALLEGHENY TOWNSHIP | Electric | [TBD] | 29 | 14 | Levin / Wolf |
| ALLEGHENY TOWNSHIP SEWER & WATER AUTHORITY | Water / Sanitation | 2477 | 39 | 20 | Levin / Wolf |
| ALLENWEST GROUP LLC | Water / Sanitation | None found | 251 | 125 | Art Van |
| ALPINE TOWNSHIP | Water / Sanitation | None found | 935 | 468 | Art Van |
| ALTOONA WATER AUTHORITY | Water / Sanitation | 316002-0 220345-0 | 225 | 113 | Levin / Wolf |
| AMEREN ILLINOIS | Electric | 6266645002 | 1,471 | 735 | Art Van |
| Ameren Illinois | Gas | 6266645002 | 686 | 343 | Art Van |
| AMEREN MISSOURI | Electric | 9211001922 8231007122 164714032 790007507 | 8,229 | 4,114 | Art Van |
| AMERICAN ELECTRIC POWER | Electric | 071-499-664-2-1 078-109-462-1-5 072-663-163-7-6 070-290-609-4-9 | 13,319 | 6,659 | Levin / Wolf |
| AMERICAN ELECTRIC POWER | Electric | 100-828-781-1-6 | 2,949 | 1,474 | Art Van |
| AMI Strategies | Telephone | AMI002 | 8,872 | 4,436 | Art Van |
| ANNE ARUNDEL COUNTY MARYLAND | Water / Sanitation | 975859 | 141 | 71 | Levin / Wolf |
| AQUA | Water / Sanitation | 002468041 0764663 001275990 1090303 002468041 0764702 001275990 1090302 001275990 0943396 002468041 0764663 | 721 | 361 | Levin / Wolf |
| ARGYLE ACRES MALL | Water / Sanitation | None found | 450 | 225 | Art Van |
| AT & T (1717914278) | Telephone | 171-791-4278 328 | 691 | 346 | Levin / Wolf |
| AT CONFERENCE / ARKADIN | Telephone | AT10044109 | 1,355 | 678 | Levin / Wolf |
| AT&T | Telephone | 139223778 154742834 8310005326521 8310006727478 ANRAVF 127961615 1717863026561 147272347 255182606 313S665783783 131170548 131187423 131215694 140157715 146594125 152141228 8310007209031 | 119,552 | 59,776 | Art Van |
| AT&T (8100) | Telephone | 740 695 9302 2737 440 205 0962 020 7 330 494-3974 722 1 440 239-1983 646 1 440 257-3149 221 2 330 505-3551 738 5 440 374-2408 201 5 330 985-7462 679 2 440 891-1398 519 7 | 1,469 | 735 | Levin / Wolf |
| AT&T (SBC) | Telephone | 2486180758340 (master account) | 59,462 | 29,731 | Art Van |
| AT&T Mobility | Telephone | 287236900008 | 2,674 | 1,337 | Art Van |

| Name of Utility Provider | Service Provided | Account Number(s) | Average Monthly Billing | Proposed Adequate Assurance | Art Van or Levin / Wolf |
|---|---|---|---:|---:|---|
| AT&T MOBILITY | Telephone | 287260106751 | 114 | 57 | Levin / Wolf |
| AT&T TeleConference | Telephone | 0931905000001 | 2,577 | 1,289 | Art Van |
| AT&T(9001310/105068) | Telephone | 052 217 0272 001<br>030 321 9950 001<br>054 176 8990 001 | 389 | 194 | Levin / Wolf |
| BAY CITY TREASURER | Electric | 600000380 01 | 6,335 | 3,167 | Art Van |
| BAY CITY TREASURER | Water / Sanitation | 40171133701 | 515 | 258 | Art Van |
| BCRRF | Water / Sanitation | 619383 | 488 | 244 | Levin / Wolf |
| BELLWOOD BOROUGH AUTHORITY | Water / Sanitation | 1620 N TUCKAHOE ST | 246 | 123 | Levin / Wolf |
| BELMONT COUNTY WATER & SEWER DISTRICT | Water / Sanitation | 101-65500-12 | 83 | 41 | Levin / Wolf |
| BGE | Electric | 0550509849<br>6975321933<br>1223177323<br>2871786609<br>5550920555<br>2767118005 | 25,698 | 12,849 | Levin / Wolf |
| BLOOMFIELD TOWNSHIP | Water / Sanitation | 04-03-0249 | 194 | 97 | Art Van |
| BOROUGH OF HANOVER | Water / Sanitation | 60-0950865-0<br>51-0025120-1<br>57-0890966-1 | 1,050 | 525 | Levin / Wolf |
| BUCKTOWN POWER LLC | Electric | 4540 | 567 | 283 | Art Van |
| BURGMEIER'S | Water / Sanitation | [No Acct #] | 2,507 | 1,254 | Levin / Wolf |
| CANTON CITY UTILITIES | Water / Sanitation | 12916-001 | 31 | 16 | Levin / Wolf |
| CANTON TWP. | Water / Sanitation | 2584-001 | 2,221 | 1,111 | Art Van |
| CASEYVILLE TOWNSHIP SEWER SYST | Water / Sanitation | None found | 42 | 21 | Art Van |
| CENTRAL WAYNE PROPERTIES LLC | Water / Sanitation | 7671 | 22 | 11 | Art Van |
| CENTURYLINK | Telephone | 313747599<br>450311769<br>416286027 | 11,208 | 5,604 | Levin / Wolf |
| CenturyLink | Telephone | 409424666 | 46 | 23 | Art Van |
| CHAMPION ENERGY SERVICES | Electric | 27504 | 4,000 | 2,000 | Levin / Wolf |
| CHARTER TOWNSHIP OF MERIDIAN | Water / Sanitation | GDRV-002660-0000-03 | 425 | 213 | Art Van |
| CHARTER TOWNSHIP OF PORT HURON | Water / Sanitation | None found | 2,901 | 1,450 | Art Van |
| CHARTER TWP OF CHESTERFIELD | Water / Sanitation | 404-13750-00<br>40416380-00 | 390 | 195 | Art Van |
| CHARTER TWP. OF PLYMOUTH | Water / Sanitation | 10030 | 98 | 49 | Art Van |
| CHERRYLAND ELECTRIC CO-OP INC. | Electric | 5179201 | 348 | 174 | Art Van |
| CISCO | Telephone | 1018268391 | 94 | 47 | Levin / Wolf |
| CITY OF ANN ARBOR DETROIT | Water / Sanitation | 500835-100863<br>500836-100864 | 3,315 | 1,657 | Art Van |
| CITY OF AUBURN HILLS | Water / Sanitation | 50600054612 | 178 | 89 | Art Van |
| CITY OF AVON | Water / Sanitation | 015857-000<br>015857-001<br>017391-000 | 241 | 121 | Levin / Wolf |
| CITY OF BATAVIA | Electric | 495.070202.03 | 3,627 | 1,814 | Art Van |
| CITY OF BATAVIA | Water / Sanitation | 495.070202.03 | 167 | 83 | Art Van |
| CITY OF BATTLE CREEK | Water / Sanitation | 41862-001 | 588 | 294 | Art Van |
| CITY OF BRIGHTON-LANSING | Water / Sanitation | 007378-000 | 83 | 42 | Art Van |
| CITY OF BURTON | Water / Sanitation | 824240182424L | 568 | 284 | Art Van |
| CITY OF CHICAGO-WATER DIVISION | Water / Sanitation | 1252603-622291 | 1,484 | 742 | Art Van |

| Name of Utility Provider | Service Provided | Account Number(s) | Average Monthly Billing | Proposed Adequate Assurance | Art Van or Levin / Wolf |
|---|---|---|---|---|---|
| CITY OF CLEVELAND | Water / Sanitation | 6577330000<br>8092277061<br>5133006751<br>2258330000<br>1351750150 | 296 | 148 | Levin / Wolf |
| CITY OF DEARBORN - WATER | Water / Sanitation | 1501560-001 | 4,103 | 2,052 | Art Van |
| CITY OF ELYRIA | Water / Sanitation | 3372006060-001 | 56 | 28 | Levin / Wolf |
| CITY OF FERNDALE | Water / Sanitation | 2121250-001<br>2121240-002 | 378 | 189 | Art Van |
| CITY OF FREDERICK | Water / Sanitation | 16105022088 | 721 | 361 | Levin / Wolf |
| CITY OF GRAND BLANC | Water / Sanitation | 93701 | 48 | 24 | Art Van |
| CITY OF GRAND RAPIDS-WATER | Water / Sanitation | WS2042763<br>WS2042762 | 2,168 | 1,084 | Art Van |
| CITY OF GRANDVILLE UTILITY | Water / Sanitation | 03-09279-03 | 1,388 | 694 | Art Van |
| CITY OF LIVONIA WATER DEPT | Water / Sanitation | 000623100-001 | 2,101 | 1,050 | Art Van |
| CITY OF NAPERVILLE | Electric | 411913-86020 | 3,777 | 1,889 | Art Van |
| CITY OF NAPERVILLE | Water / Sanitation | 630-420-6059 | 298 | 149 | Art Van |
| CITY OF NORTH CANTON PUBLIC UTILITIES | Water / Sanitation | 11844*1 | 160 | 80 | Levin / Wolf |
| CITY OF NORTON SHORES-WATER | Water / Sanitation | SEM1-000630-0000-01 | 2,844 | 1,422 | Art Van |
| CITY OF NOVI WATER | Water / Sanitation | 001400072-00-1 | 2,804 | 1,402 | Art Van |
| CITY OF O'FALLON | Water / Sanitation | 028-00106-02 | 297 | 149 | Art Van |
| CITY OF PETOSKEY | Electric | 51.000192.00 | 3,898 | 1,949 | Art Van |
| CITY OF PORTAGE | Water / Sanitation | RING0055001 | 242 | 121 | Art Van |
| CITY OF ROCHESTER HILLS-WATER | Water / Sanitation | 222337000 | 299 | 149 | Art Van |
| CITY OF ROYAL OAK | Water / Sanitation | 1113040901<br>1113040701 | 2,173 | 1,086 | Art Van |
| CITY OF SOUTHFIELD WATER DEPT. | Water / Sanitation | 020011-001 | 800 | 400 | Art Van |
| CITY OF SOUTHGATE WATER | Water / Sanitation | 402-01250-00 | 21 | 11 | Art Van |
| CITY OF TAYLOR, WATER DEPT | Water / Sanitation | 890001-21056 | 231 | 116 | Art Van |
| CITY OF TOLEDO-DEPARTMENT OF | Water / Sanitation | 7700-0232-5700 | 1,796 | 898 | Art Van |
| CITY OF TROY | Water / Sanitation | 3110897 | 111 | 56 | Art Van |
| CITY OF WARREN, WATER DEPT | Water / Sanitation | 211923842<br>400111157<br>400071177<br>211923795<br>211923800<br>211923782<br>211923781 | 3,843 | 1,921 | Art Van |
| CITY OF WESTLAND WATER & | Water / Sanitation | 53303-598118 | 2,517 | 1,258 | Art Van |
| CITY UTILITIES | Water / Sanitation | 37867 | 99 | 50 | Art Van |
| CLINTON TWP. TREASURER | Water / Sanitation | 1855-33801-00-1 | 330 | 165 | Art Van |
| COLUMBIA GAS | Natural Gas | 15819216-004<br>15819216-001<br>10503264-001<br>10511422-001<br>10511422-003<br>10515901-002<br>15245631-001<br>15245631-002<br>16081860-001 | 4,520 | 2,260 | Levin / Wolf |

| Name of Utility Provider | Service Provided | Account Number(s) | Average Monthly Billing | Proposed Adequate Assurance | Art Van or Levin / Wolf |
|---|---|---|---:|---:|---|
| Columbia Gas Of Ohio | Gas | 19307513-003-0001<br>193075130010003<br>19307513-005-000-9<br>193075130060008 | 2,583 | 1,291 | Art Van |
| COLUMBIA GAS. | Natural Gas | 10511422 007 000 0<br>10511422 002 000 5<br>10511422 006 000 1<br>10515901 003 000 4<br>10511422 004 000 3<br>10511422 005 000 2<br>20385900 009 000 7 | 3,558 | 1,779 | Levin / Wolf |
| COLUMBUS SEWER & WATER SERV. | Water / Sanitation | 2598515-1476415 | 1,002 | 501 | Art Van |
| Comcast | Telephone | 8529101620184367<br>8529100761373995<br>8529101470574410<br>8529113981149327<br>8771400400308310<br>8529101320381909<br>8529102600215866<br>8771201200596918<br>8771201200606006<br>8771201350090704 | 1,152 | 576 | Art Van |
| COMCAST BUSINESS | Telephone | 935427889<br>901859329 | 17,181 | 8,591 | Levin / Wolf |
| ComEd | Electric | 954406056<br>135313 5093<br>188486017<br>6507446037<br>267167199<br>524413027<br>300703093<br>5129051079<br>867094166<br>147169266<br>8067020202<br>5224683055<br>815151047<br>849093161<br>8931494038<br>6835549021<br>6507546069<br>5347112042<
9172369040<br>831090263 | 49,654 | 24,827 | Art Van |
| CONFERENCE GROUP, LLC | Telephone | 6172-0048 | 351 | 175 | Levin / Wolf |
| CONSOLIDATED COMMUNICATIONS INC. | Telephone | 724-940-1733/0 | 151 | 76 | Levin / Wolf |
| CONSTELLATION NEW ENERGY | Electric | 08057145910006995784<br>08051774790006981538<br>08054466750007290102<br>08054466750006615105<br>08058494640007225055<br>08058408130007314266<br>08057158880007278141<br>08058451490007309481 | 15,515 | 7,757 | Levin / Wolf |

| Name of Utility Provider | Service Provided | Account Number(s) | Average Monthly Billing | Proposed Adequate Assurance | Art Van or Levin / Wolf |
|---|---|---|---|---|---|
| Consumers Energy | Gas | 1000 0012 4261 / -4196<br>1000 1628 7391<br>1000 1134 394<br>1000 3206 7702<br>1000 1520 8448<br>1000 1988 0085<br>1000 1368 7742<br>1000 3153 0601<br>1000 0022 1380<br>1000 2451 7110<br>1000 1834 3838<br>1000 0668 1868<br>1000 1932 6998<br>1000 2760 1457<br>1000 2801 5921<br>1000 0544 3047<br>1000 00093748<br>1000 23586678<br>1000 5615 1051<br>1030-2093-7142<br>1030 3557 5804<br>103014647178<br>1000 5727 6980<br>1000 6017 1939<br>1000-6525-0613<br>1030-1923-8296<br>1030-0844-0242<br>1030 1084 5131<br>1030 1112 9105<br>1030 1112 9709<br>1030-1113-1572<br>1030 1113 0350 | 65,171 | 32,585 | Art Van |
| CONSUMERS ENERGY | Electric | 1000 0034 1402<br>1000 0014 0689<br>1000 0017 9463<br>1000 0009 1106<br>1000 0017 6105<br>1000 4446 9870<br>1000 0030 7684<br>1000 0737 8365<br>1000 1059 3851<br>1000 0043 3019<br>1030-1084-5131<br>1030 1548 2260<br>1030 1112 9170<br>1030 1146 1086<br>103013831567<br>1030 2163 1603<br>10302029 0310<br>1030 2324 4512<br>1030 2215 8531<br>1030 3038 3808<br>1000 0028 5880<br>1030-1318-3027 | 58,357 | 29,178 | Art Van |
| COUNTY HAULING | Water / Sanitation | 38773 | 8,472 | 4,236 | Levin / Wolf |
| DELTA CHARTER TWP | Water / Sanitation | 17541 / 17526 | 311 | 156 | Art Van |
| DIRECT ENERGY BUSINESS | Natural Gas | 682019-57283<br>682019-57284<br>682019-57285<br>682019-57286<br>682019-57287<br>682019-57288<br>682019-57289 | 6,615 | 3,308 | Levin / Wolf |

| Name of Utility Provider | Service Provided | Account Number(s) | Average Monthly Billing | Proposed Adequate Assurance | Art Van or Levin / Wolf |
|---|---|---|---|---|---|
| DOMINION | Natural Gas | 0 5000 6260 8463<br>0 1800 0791 8000<br>5 5000 2444 4982<br>0 5000 5390 4501<br>0 1800 0865 3317<br>0 5000 6000 8787 | 5,137 | 2,568 | Levin / Wolf |
| DOWNERS GROVE SANITARY DIST. | Water / Sanitation | None found | 235 | 118 | Art Van |
| DTE ENERGY | Electric | 910039808407<br>9100 053 3757 1<br>9100 3991 0229<br>9100 4082 0771<br>9100 021 4249 5<br>9100 402 1467 8<br>9100 402 1484 3<br>9100 404 05839<br>9100 398 08548<br>9100 401 02055<br>9100 404 50959<br>9100 4035 7592<br>9100 401 01917<br>9100 470 679383<br>910040901811<br>9100 40970709<br>9100 40756108<br>9100-405-0505-9<br>9100-053-5243-0<br>9200 1245 2388<br>9100-053-3661-5<br>9100-053-3674-8<br>9100-053-3710-0<br>9100 053 3635 9<br>9300 016 6944 7<br>9100-053-3768-8<br>9100-053-3780-3<br>9100-053-3806-6<br>9100-053-3972-6<br>9100-368-0376-5<br>9100-053-3922-1<br>9100 053 3911 4 | 37,101 | 18,550 | Art Van |
| Dte Energy | Gas | 9100-053-2399-3<br>9100 053 2349 8<br>9100 053 2386 0<br>9100 053 3611 0<br>9100 053 2375 3<br>9100 053 2361 3<br>9100 053 2375 3<br>9100 210 0398 3<br>9100 053 3622 7<br>9100 053 3685 4<br>9200-032-8527-6<br>9100-053-3933-8<br>9100-053-3959-3<br>9100-053-3983-3<br>9300-036-9395-7<br>9100 053 3983 3<br>9100-053-3840-5<br>9100-053-3792-8<br>9100 053 2375 3<br>9100 053 5265 3<br>9100-053-5332-1<br>9200 024 8763 4<br>9200 046 2151 1 | 19,108 | 9,554 | Art Van |

| Name of Utility Provider | Service Provided | Account Number(s) | Average Monthly Billing | Proposed Adequate Assurance | Art Van or Levin / Wolf |
|---|---|---|---:|---:|---|
| DTE ENERGY-PO BOX 630795 | Electric | 910039808407<br>9100 3991 0229<br>9100 4082 0771<br>9100 402 1467 8<br>9100 402 1484 3<br>9100 404 05839<br>9100 398 08548<br>9100 401 02055<br>9100 404 50959<br>9100 4035 7592<br>9100 401 01917<br>9100 470 679383<br>910040901811<br>9100 40970709<br>9100 40756108 | 152,046 | 76,023 | Art Van |
| DUPAGE COUNTY PUBLIC WORKS | Water / Sanitation | 36375-89354<br>16531869-01 | 34 | 17 | Art Van |
| DUQUESNE LIGHT COMPANY | Electric | 6482-150-000<br>7482-150-000<br>6841-749-843<br>7000-630-000<br>2482-150-000<br>5482-150-000<br>8482-150-000<br>4482-150-000 | 14,973 | 7,487 | Levin / Wolf |
| EAST BELTLINE DEVELOPMENT LLC | Water / Sanitation | 20360 | 2,783 | 1,392 | Art Van |
| EASTLAKE COMMONS ASSOC. LLC. | Water / Sanitation | 44975 | 20 | 10 | Art Van |
| ELY ENTERPRISES, INC. | Water / Sanitation | Levin | 501 | 251 | Levin / Wolf |
| ENGIE RESOURCES | Electric | 67987-74009<br>93874-94009 | 8,073 | 4,036 | Levin / Wolf |
| ERIE COUNTY SEWER & WATER | Water / Sanitation | 4701-0 | 35 | 18 | Levin / Wolf |
| FLINT TOWNSHIP | Water / Sanitation | 07-0000385610-159119<br>07-000038561F-159121<br>07-0000826440-203579<br>07-000038561A-159120 | 798 | 399 | Art Van |
| FREDERICK COUNTY MARYLAND | Water / Sanitation | 999002053-323381 | 1,526 | 763 | Levin / Wolf |
| FRENCHTOWN CHARTER TOWNSHIP | Water / Sanitation | TEL1-001570-000A-01 | 41 | 20 | Art Van |
| Frontier Communications | Telephone | 2488878262<br>5176271005<br>2317987869<br>2317374302<br>5176220929<br>2311337614<br>2604718128 | 3,704 | 1,852 | Art Van |
| GENOA TOWNSHIP MHOG UTILITIES | Water / Sanitation | 2067000 | 459 | 230 | Art Van |
| GRAND TRAVERSE COUNTY. | Water / Sanitation | 5565911 | 913 | 457 | Art Van |
| Grand Traverse County. | Gas | None found | 59 | 30 | Art Van |
| Granite Communications | Telephone | 04125083 | 13,167 | 6,583 | Art Van |
| GRANITE TELECOMMUNICATIONS | Telephone | 01941402 | 7,126 | 3,563 | Levin / Wolf |
| HEMPFIELD WATER AUTHORITY | Water / Sanitation | 10218<br>10217 | 147 | 74 | Levin / Wolf |
| HIGHLAND SEWER & WATER AUTHORITY | Water / Sanitation | 370 | 155 | 78 | Levin / Wolf |
| HOLLAND BOARD OF PUBLIC WORKS | Electric | 09856230-01 | 3,353 | 1,677 | Art Van |

| Name of Utility Provider | Service Provided | Account Number(s) | Average Monthly Billing | Proposed Adequate Assurance | Art Van or Levin / Wolf |
|---|---|---|---|---|---|
| HOLLAND CHARTER TOWNSHIP | Water / Sanitation | 51165800<br>51165802 | 206 | 103 | Art Van |
| INDIANA MICHIGAN POWER | Electric | 048974-351-3-9 | 2,815 | 1,408 | Art Van |
| INTEGRATED WASTE ANALYSTS, INC. | Water / Sanitation | Levin | 4,952 | 2,476 | Levin / Wolf |
| INTERSTATE PARTNERS 1 LLC. | Water / Sanitation | 950066-001 | 264 | 132 | Art Van |
| KOCHVILLE TOWNSHIP | Water / Sanitation | 180 | 1,195 | 598 | Art Van |
| LAKE COUNTY | Water / Sanitation | 0341418-018020685 | 1,810 | 905 | Art Van |
| LAKE COUNTY DEPT. OF UTIL | Water / Sanitation | D49-00001-00 | 104 | 52 | Levin / Wolf |
| LANCASTER AREA SEWER AUTHORITY | Water / Sanitation | 012465-000 | 396 | 198 | Levin / Wolf |
| LANSING BOARD OF WATER & LIGHT | Electric | 004168 002 6<br>369464-002-4<br>369464-000-8 | 24,862 | 12,431 | Art Van |
| LYON TOWNSHIP TREASURER | Water / Sanitation | MILF-030821-0000-01 | 35 | 17 | Art Van |
| MARYLAND TELEPHONE PRODUCTS | Telephone | 14737<br>5901 | 1,574 | 787 | Levin / Wolf |
| MCCANDLESS TWP. SANITARY AUTH. | Water / Sanitation | 10125653 | 157 | 79 | Levin / Wolf |
| MET-ED | Electric | 100 047 279 722<br>100 043 609 286<br>100 072 605 403 | 25,598 | 12,799 | Levin / Wolf |
| METROPOLITAN ST. LOUIS | Water / Sanitation | 0505-7658 | 178 | 89 | Art Van |
| Michigan Gas Utilities | Gas | 0508503803-00004 | 198 | 99 | Art Van |
| MIDDLEBELT PLYMOUTH VENTURE | Water / Sanitation | None found | 379 | 190 | Art Van |
| MISSOURI AMERICAN WATER | Water / Sanitation | None | 323 | 162 | Art Van |
| MONROEVILLE MUNICIPAL AUTHORITY | Water / Sanitation | 9352-1<br>9977-0 | 832 | 416 | Levin / Wolf |
| MUNICIPAL AUTH. OF WESTMORELAND | Water / Sanitation | S-354-080-10<br>G-310-119-85 | 1,685 | 843 | Levin / Wolf |
| NATIONAL FUEL GAS | Natural Gas | 8424012 01 | 767 | 383 | Levin / Wolf |
| Nicor Gas | Gas | 27-10-03-7905-9<br>64-16-59-7673-5<br>73-01-43-3289-1<br>33-22-52-7840-8<br>05-04-68-2438-8<br>89-65-63-2695-9<br>13-87-37-37913<br>08-83-63-2446-0<br>61-34-63-6928-5<br>37-36-14-3041-8<br>29-02-04-7057-0<br>13-09-13-2645-7<br>04-74-66-2102-0<br>97-54-06-1135-3<br>34-68-928856-0<br>62-90-53-9929-1<br>79-93-52-5888-3 | 18,412 | 9,206 | Art Van |
| NIPSCO | Electric | 794-346-009-8 | 4,285 | 2,143 | Art Van |
| Nipsco | Gas | 794-346-009-8 | 3,275 | 1,637 | Art Van |
| NORTH FAYETTE TWP. | Water / Sanitation | 10023441 | 324 | 162 | Levin / Wolf |
| North Shore Gas | Gas | 0604707389-000005 | 945 | 473 | Art Van |
| NORTHEAST OHIO NATURAL GAS CORP. | Water / Sanitation | 210022140 | 523 | 262 | Levin / Wolf |
| NORTHEAST OHIO REGIONAL SEWER DISTRICT | Water / Sanitation | 2678945107<br>8294908587 | 86 | 43 | Levin / Wolf |

| Name of Utility Provider | Service Provided | Account Number(s) | Average Monthly Billing | Proposed Adequate Assurance | Art Van or Levin / Wolf |
|---|---|---|---|---|---|
| OHIO EDISON | Electric | 110 118 414 967<br>110 100 024 162<br>110 132 942 605<br>110 107 149 822<br>110 107 149 863<br>110 044 726 989<br>110 111 184 427 | 9,381 | 4,691 | Levin / Wolf |
| PATRIOT DISPOSAL, INC. | Water / Sanitation | 419421 | 304 | 152 | Levin / Wolf |
| PENELEC | Electric | 100 001 362 969<br>100 010 089 199<br>100 129 873 319<br>100 103 929 913 | 5,394 | 2,697 | Levin / Wolf |
| PENN POWER | Electric | 110 065 119 023<br>110 133 571 775<br>110 090 733 830 | 6,683 | 3,341 | Levin / Wolf |
| PENN WASTE, INC. | Water / Sanitation | PW172286 | 488 | 244 | Levin / Wolf |
| PENNSYLVANIA AMERICAN WATER COMPANY | Water / Sanitation | 1024-210028231319<br>1024-210034885506 | 1,247 | 623 | Levin / Wolf |
| Peoples Gas | Gas | 0604707389-00002<br>0604707389-00001 | 2,071 | 1,035 | Art Van |
| PEOPLES NATURAL GAS | Natural Gas | 200003878523<br>200008351179<br>210005885475<br>210005886002<br>210005886804<br>210005886077<br>210005886028<br>210005885442<br>200003878440<br>200003878358<br>210005886093<br>210005886085<br>210005885434<br>210005885467 | 3,130 | 1,565 | Levin / Wolf |
| PETERS TWP. SANITARY AUTH. | Water / Sanitation | 16582 | 1,639 | 820 | Levin / Wolf |
| PITTSBURGH WATER AND SEWER AUTHORITY | Water / Sanitation | 5015300-1190165 | 69 | 34 | Levin / Wolf |
| Plainfield Charter Twp Sewer | Water / Sanitation | 6920 | 195 | 98 | Art Van |
| POTOMAC EDISON COMPANY | Electric | 110 130 813 402<br>110 130 814 483<br>110 130 814 525<br>110 081 904 333<br>110 130 815 258 | 8,390 | 4,195 | Levin / Wolf |
| PPL ELECTRIC UTILITIES | Electric | 88560-96045<br>15360-87047<br>40001-25051<br>25110-58014 | 11,009 | 5,505 | Levin / Wolf |
| R.A.C. WASHINGTON LLC. | Water / Sanitation | 7663 | 16 | 8 | Art Van |
| REPUBLIC SERVICES #224 | Water / Sanitation | 3-0262-0044094<br>3-0262-0044093<br>3-0262-0044092<br>3-0611-3521579<br>3-0611-3017815<br>3-0611-3009206<br>3-0224-5266369<br>3-0427-0027102<br>3-0611-3009206<br>3-0428-0009811 | 5,931 | 2,965 | Levin / Wolf |
| ROSEVILLE VILLAGE LLC | Water / Sanitation | 1053059 | 11 | 5 | Art Van |
| SCBWA | Water / Sanitation | C-3600-002-1 | 280 | 140 | Levin / Wolf |
| SEGRA | Telephone | 170922727 | 606 | 303 | Levin / Wolf |

| Name of Utility Provider | Service Provided | Account Number(s) | Average Monthly Billing | Proposed Adequate Assurance | Art Van or Levin / Wolf |
|---|---|---|---|---|---|
| Semco Energy Gas Company | Gas | 203693.5<br>287820.5<br>100646.501<br>41805.5<br>14515.503 | 4,015 | 2,007 | Art Van |
| SEMCO ENERGY GAS COMPANY | Electric | None found | 1,573 | 787 | Art Van |
| SHELBY TOWNSHIP TREASURER | Water / Sanitation | 336977500-001 | 1,928 | 964 | Art Van |
| SNYDER BROTHERS INC. | Natural Gas | 51690<br>51511 | 3,203 | 1,602 | Levin / Wolf |
| SOUTH STICKNEY SANITARY DIST. | Water / Sanitation | 108750 | 15 | 8 | Art Van |
| Spectrum | Telephone | 8345780750173662<br>8245125101864653<br>8345786800005317<br>8345780860758253 | 1,357 | 679 | Art Van |
| Spire | Gas | 3751407989<br>6269477123<br>9242554211<br>5013639297 | 5,260 | 2,630 | Art Van |
| SPRINGETTSBURY TOWNSHIP, SEWER | Water / Sanitation | 522651 | 75 | 38 | Levin / Wolf |
| STARK COUNTY METROPOLITAN SEWER DISTRICT | Water / Sanitation | 710859<br>734228 | 492 | 246 | Levin / Wolf |
| Suburban Natural Gas Company | Gas | 025-1149-01 | 930 | 465 | Art Van |
| TAUBMAN AUBURN HILLS | Water / Sanitation | 50600054612 | 324 | 162 | Art Van |
| THE ILLUMINATING COMPANY | Electric | 110 024 967 868<br>110 026 382 884<br>110 089 118 860<br>110 026 771 409<br>110 113 950 254<br>110 115 488 899<br>110 058 987 139<br>110 095 617 657 | 26,890 | 13,445 | Levin / Wolf |
| THE MUNICIPAL AUTHORITY OF TWP. OF ROBINSON | Water / Sanitation | 1018000-291979<br>1019000-191986 | 114 | 57 | Levin / Wolf |
| THE VILLAGE OF GURNEE | Water / Sanitation | 25100-52533 | 85 | 42 | Art Van |
| TOLEDO EDISON | Electric | 110-091-349-263<br>110 098 120 204<br>110 133 301 850<br>110136112999 | 6,815 | 3,408 | Art Van |
| TOWN OF LEESBURG VIRGINIA | Water / Sanitation | 300015916<br>300015915 | 142 | 71 | Levin / Wolf |
| TRAVERSE CITY L&P | Electric | 220395-115880 | 3,980 | 1,990 | Art Van |
| UAJA | Water / Sanitation | 13103 | 208 | 104 | Levin / Wolf |
| UGI UTILITIES, INC | Natural Gas | 421001024882<br>421001024627<br>421001024858 | 742 | 371 | Levin / Wolf |
| UGI ENERGY SERVICES, LLC | Natural Gas | SLEV500<br>SLEV501<br>SLEV502<br>SLEV503<br>SLEV504<br>SLEV505<br>S0000291<br>S0001346 | 2,711 | 1,355 | Levin / Wolf |
| VAVRO CONSERVATION SERVICES, LLC | Water / Sanitation | Unk. | 300 | 150 | Levin / Wolf |

| Name of<br>Utility Provider | Service<br>Provided | Account<br>Number(s) | Average<br>Monthly<br>Billing | Proposed<br>Adequate<br>Assurance | Art Van or<br>Levin / Wolf |
|---|---|---|---|---|---|
| VERIZON | Telephone | 455-756-609-0001-84<br>850-071-813-0001-65<br>250-391-981-0001-77<br>250-590-234-0001-04<br>550-479-290-0001-16<br>250-486-027-0001-55<br>352-372-059-0001-97<br>453-949-704-0001-08<br>454-488-538-0001-73<br>451-349-189-0001-49<br>750-484-517-0001-60<br>450-487-258-0001-10<br>650-473-361-0001-46<br>555-760-050-0001-63 | 3,890 | 1,945 | Levin / Wolf |
| VERIZON . | Telephone | 000628645880 41Y<br>000752483064 84Y | 187 | 94 | Levin / Wolf |
| VERIZON BUSINESS | Telephone | 9150249232 X25 | 56 | 28 | Levin / Wolf |
| Verizon Wireless | Telephone | 48728711600001<br>68104055800001<br>68104055800003 | 36,822 | 18,411 | Art Van |
| VERIZON WIRELESS (BOX 25505) | Telephone | 322820565-00001<br>322820565-00003<br>322820565-00004<br>322820565-00005<br>619524820-00001<br>619524820-00002<br>619524820-00003<br>619524820-00004<br>619524820-00008<br>619524820-00009 | 14,501 | 7,250 | Levin / Wolf |
| Village Of Algonquin | Gas | None found | 46 | 23 | Art Van |
| Village of Algonquin | Water / Sanitation | 2099077 | 33 | 16 | Art Van |
| VILLAGE OF BEDFORD PARK | Water / Sanitation | 10017000 | 150 | 75 | Art Van |
| VILLAGE OF BLOOMINGDALE | Water / Sanitation | 96645010-02 | 68 | 34 | Art Van |
| Village of Downers Grove | Water / Sanitation | A.1286.1021.03 | 2,324 | 1,162 | Art Van |
| VILLAGE OF GLENDALE HEIGHTS | Water / Sanitation | 44759-18758 | 43 | 22 | Art Van |
| VILLAGE OF HARWOOD HEIGHTS | Water / Sanitation | 4187304 | 283 | 142 | Art Van |
| VILLAGE OF ORLAND PARK-CHICAGO | Water / Sanitation | 243597 / 238605 | 120 | 60 | Art Van |
| VILLAGE OF SCHAUMBURG | Water / Sanitation | 89617-51496 | 52 | 26 | Art Van |
| VILLAGE OF WOODRIDGE | Water / Sanitation | None found | 188 | 94 | Art Van |
| WARWICK COMMUNICATIONS, INC. | Telephone | Unknonwn | 324 | 162 | Levin / Wolf |
| WASHINGTON GAS | Natural Gas | 210001326128<br>310001544397<br>210001326136 | 634 | 317 | Levin / Wolf |
| WASTE MANAGEMENT OF PENNSYLVANIA, INC. | Water / Sanitation | 22-07624-53004<br>6-45474-42001 | 10,116 | 5,058 | Levin / Wolf |
| WATERFORD TOWNSHIP | Water / Sanitation | 124055 | 930 | 465 | Art Van |
| WEST PENN POWER | Electric | 100 102 715 602<br>100 096 611 932<br>100 094 856 307<br>100 122 006 420<br>100 094 212 493<br>100 093 917 456<br>100 093 315 586<br>100 094 740 584<br>100 096 070 428<br>100 090 269 935 | 26,470 | 13,235 | Levin / Wolf |

| Name of Utility Provider | Service Provided | Account Number(s) | Average Monthly Billing | Proposed Adequate Assurance | Art Van or Levin / Wolf |
|---|---|---|---|---|---|
| WESTERN ALLEGHENY COUNTY MUNICIPAL AUTH | Water / Sanitation | 2924-0 | 187 | 94 | Levin / Wolf |
| WINDSTREAM ENTERPRISE | Telephone | 011781057<br>011788461<br>3751889<br>011683893<br>205792670<br>3732475<br>3732439<br>3732273<br>011490068<br>011491017<br>011788461<br>5326242 | 6,032 | 3,016 | Levin / Wolf |
| Winn Communications | Telephone | 0410001294 | 1,254 | 627 | Art Van |
| YORK WATER COMPANY | Water / Sanitation | 5854-11446<br>5854-11445 | 303 | 152 | Levin / Wolf |
| YOUNGSTOWN WATER DEPARTMENT | Water / Sanitation | 175319-002 | 152 | 76 | Levin / Wolf |