## Exhibit A

**Corporate and Capital Structure**

AVF Holding Company, Inc.

AVF Holdings I, LLC

AVF Holdings II, LLC

AVF Parent, LLC

Levin Parent, LLC

Art Van Furniture, LLC

Comfort Mattress, LLC

Sam Levin, Inc.

LF Trucking, Inc.

AVF Franchising, LLC

AV Pure Sleep Franchising, LLC

AVCE, LLC

Art Van Furniture of Canada, LLC

Art Van International Consulting Services (Shenzhen) Company Limited