## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ART VAN FURNITURE, LLC | Case No. 20-10553 (CSS) |
| Debtor. | |
| Tax I.D. No. 38-1749205 | **Re: D.I. 1** |
| In re: | Chapter 11 |
| AVF HOLDING COMPANY, INC., | Case No. 20-10554 (CSS) |
| Debtor. | |
| Tax I.D. No. 81-4960291 | **Re: D.I. 1** |
| In re: | Chapter 11 |
| AVCE, LLC, | Case No. 20-10555 (CSS) |
| Debtor. | |
| Tax I.D. No. 26-1292509 | **Re: D.I. 1** |
| In re: | Chapter 11 |
| AVF HOLDINGS I, LLC, | Case No. 20-10556 (CSS) |
| Debtor. | |
| Tax I.D. No. 61-1812537 | **Re: D.I. 1** |
| In re: | Chapter 11 |
| AVF HOLDINGS II, LLC, | Case No. 20-10557 (CSS) |
| Debtor. | |
| Tax I.D. No. 81-5107472 | **Re: D.I. 1** |

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| AVF PARENT, LLC, | ) Case No. 20-10558 (CSS) |
| | ) |
| Debtor. | ) |
| | ) **Re: D.I. 1** |
| Tax I.D. No. 35-2583451 | ) |
| | ) |
| In re: | ) Chapter 11 |
| | ) |
| LEVIN PARENT, LLC, | ) Case No. 20-10559 (CSS) |
| | ) |
| Debtor. | ) |
| | ) **Re: D.I. 1** |
| Tax I.D. No. 82-3148052 | ) |
| | ) |
| In re: | ) Chapter 11 |
| | ) |
| ART VAN FURNITURE OF CANADA, LLC, | ) Case No. 20-10560 (CSS) |
| | ) |
| Debtor. | ) |
| | ) **Re: D.I. 1** |
| Tax I.D. No. 98-1339491 | ) |
| | ) |
| In re: | ) Chapter 11 |
| | ) |
| AV PURE SLEEP FRANCHISING, LLC, | ) Case No. 20-10561 (CSS) |
| | ) |
| Debtor. | ) |
| | ) **Re: D.I. 1** |
| Tax I.D. No. 45-4868968 | ) |
| | ) |
| In re: | ) Chapter 11 |
| | ) |
| AVF FRANCHISING, LLC, | ) Case No. 20-10562 (CSS) |
| | ) |
| Debtor. | ) |
| | ) **Re: D.I. 1** |
| Tax I.D. No. 45-4806325 | ) |

2

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| LF TRUCKING, INC., | ) | Case No. 20-10563 (CSS) |
| | ) | |
| Debtor. | ) | |
| | ) | **Re: D.I. 1** |
| Tax I.D. No. 20-8261484 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| SAM LEVIN, INC., | ) | Case No. 20-10564 (CSS) |
| | ) | |
| Debtor. | ) | |
| | ) | **Re: D.I. 1** |
| Tax I.D. No. 25-1075198 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| COMFORT MATTRESS, LLC, | ) | Case No. 20-10565 (CSS) |
| | ) | |
| Debtor. | ) | |
| | ) | **Re: D.I. 1** |
| Tax I.D. No. 38-2354463 | ) | |

## <u>NOTICE OF FILING SECRETARIAL CERTIFICATE OF OMNIBUS CONSENT</u>

PLEASE TAKE NOTICE that a copy of the Secretarial Certificate of Omnibus Consent is attached hereto as **Exhibit 1**.

Dated: March 9, 2020            **BENESCH, FRIEDLANDER, COPLAN**
Wilmington, Delaware            **& ARONOFF LLP**

*/s/ Gregory W. Werkheiser*
Gregory W. Werkheiser (DE No. 3553)
Michael J. Barrie (DE No. 4684)
Jennifer Hoover (DE No. 5111)
Kevin Capuzzi (DE No. 5462)
John C. Gentile (DE No. 6159)
222 Delaware Avenue, Suite 801
Wilmington, DE 19801
Telephone: (302) 442-7010
Facsimile: (302) 442-7012
E-mail: gwerkheiser@beneschlaw.com
            mbarrie@beneschlaw.com
            jhoover@beneschlaw.com
            kcapuzzi@beneschlaw.com
            jgentile@beneschlaw.com

*Proposed Counsel to the Debtors and Debtors in Possession*