IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ART VAN FURNITURE, LLC, *et al.*,[1] | ) | Case No. 20-10553 (CSS) |
| | ) | |
| Debtors. | ) | (Joint Administration Requested) |
| | ) | |

**NOTICE OF AGENDA FOR HEARING ON FIRST DAY MOTIONS[2] SCHEDULED FOR MARCH 10, 2020, AT 10:00 A.M. (PREVAILING EASTERN TIME), BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI, CHIEF JUDGE, UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 5TH FLOOR, COURTROOM NO. 6, WILMINGTON, DELAWARE 19801[3]**

1. Voluntary Chapter 11 Petitions:

    A. Art Van Furniture, LLC

    B. AVF Holding Company, Inc.

    C. AVCE, LLC

    D. AVF Holdings I, LLC

    E. AVF Holdings II, LLC

    F. AVF Parent, LLC

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Art Van Furniture, LLC (9205); AVF Holding Company, Inc. (0291); AVCE, LLC (2509); AVF Holdings I, LLC (2537); AVF Holdings II, LLC (7472); AVF Parent, LLC (3451); Levin Parent, LLC (8052); Art Van Furniture of Canada, LLC (9491); AV Pure Sleep Franchising, LLC (8968); AVF Franchising, LLC (6325); LF Trucking, Inc. (1484); Sam Levin, Inc. (5198); and Comfort Mattress LLC (4463). The location of the Debtors' service address in these chapter 11 cases is: 6500 East 14 Mile Road, Warren Michigan 48092.

[2] A copy of each pleading can be viewed on the Court's website at https://ecf.deb.uscourts.gov and on the website of the Debtors' proposed noticing and claims agent, Kurtzman Carson Consultants LLC, at www.kccllc.net/artvan. Further information may be obtained by calling (888) 249-2695 (U.S./Canada) or (310) 751-2601 (International).

[3] Any party who wishes to attend telephonically is required to make arrangements through CourtCall by telephone (888-882-6878) or by facsimile (310-743-1850).

13166391

    G.    Levin Parent, LLC

    H.    Art Van Furniture of Canada, LLC

    I.    AV Pure Sleep Franchising, LLC

    J.    AVF Franchising, LLC

    K.    LF Trucking, Inc.

    L.    Sam Levin, Inc.

    M.    Comfort Mattress, LLC

2. **First Day Declaration.** *Declaration of David Ladd, Executive Vice President and Chief Financial Officer of Art Van Furniture, LLC, in Support of Chapter 11 Petitions and First Day Motions* [Docket No. 12]

    Status:    The Declaration will be relied upon as evidentiary support for the first day matters listed below.

## Procedural Motions

3. **Joint Administration Motion.** *Debtors' Motion for Entry of an Order (I) Directing Joint Administration of Chapter 11 Cases, and (II) Granting Related Relief* [Docket No. 2]

    Status:    This matter is going forward.

4. **Creditor Matrix Motion.** *Debtors' Motion Seeking Entry of an Order (I) Authorizing the Debtors to File a (A) Consolidated List of Creditors in Lieu of Submitting a Separate Mailing Matrix for Each Debtor and (B) Consolidated List of the Debtors' Thirty Largest Unsecured Creditors, (II) Waiving the Requirement to File a List of Equity Security Holders, (III) Authorizing the Debtors to Redact Certain Personal Identification Information, and (IV) Granting Related Relief* [Docket No. 6]

    Status:    This matter is going forward.

5. **Kurtzman Carson Consultants LLC 156(c) Retention Application.** *Debtors' Application for Entry of an Order Appointing Kurtzman Carson Consultants LLC as Claims and Noticing Agent Nunc Pro Tunc to the Petition Date* [Docket No. 3]

13166391

Status:   This matter is going forward.

**First Day Motions Pertaining to Business Operations[4]**

6. **Cash Management Motion.** *Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Continue to Operate Their Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, and (C) Maintain Existing Business Forms and (II) Granting Related Relief* [Docket No. 4]

    Status:   This matter is going forward with respect to an interim order.

7. **Customer Programs Motion.** *Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Maintain and Administer Certain Customer Programs and Honor Certain Prepetition Obligations Related Thereto and (II) Granting Related Relief* [Docket No. 27]

    Status:   This matter is going forward with respect to an interim order.

8. **Cash Collateral Motion.** *Debtors' Motion Seeking Entry of Interim and Final Orders (I) Authorizing Use of Cash Collateral and Affording Adequate Protection; (II) Modifying the Automatic Stay; (III) Scheduling a Final Hearing; and (IV) Granting Related Relief* [Docket No. 5]

    Status:   This matter is going forward with respect to an interim order.

9. **Taxes Motion.** *Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Payment of Certain Prepetition Taxes and Fees and (II) Granting Related Relief* [Docket No. 7]

    Status:   This matter is going forward with respect to an interim order.

10. **Utilities Motion.** *Debtors' Motion for Entry of Interim and Final Orders (I) Determining Adequate Assurance of Payment for Future Utility Services, (II) Prohibiting Utility Providers from Altering, Refusing, or Discontinuing Utility Services, (III) Establishing Procedures for Determining Adequate Assurance of Payment, (IV) Requiring Utility Providers to Return Deposits for Utility Services No Longer in Use, and (V) Granting Related Relief* [Docket No. 8]

    Status:   This matter is going forward with respect to an interim order.

---

[4] The Debtors anticipate filing the First Day Motions with docket numbers "TBD" on March 9, 2020, and may file additional First Day Motions prior to the First Day Hearing.

11. **Wages Motion.** *Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Pay Prepetition Employee Wages, Salaries, Other Compensation, and Reimbursable Employee Expenses and (B) Continue Employee Benefits Programs and (II) Granting Related Relief* [Docket No. 9]

    Status:    This matter is going forward with respect to an interim order.

12. **NOL Motion.** *Debtors' Motion for Entry of Interim and Final Orders (I) Approving Notification and Hearing Procedures for Certain Transfers of and Declarations of Worthlessness With Respect to Common Stock and (II) Granting Related Relief* [Docket No. 10]

    Status:    This matter is going forward with respect to an interim order.

13. **Store Closing Sales Motion.** *Debtors' Motion for Entry of Interim and Final Orders (I) Approving Procedures for Store Closing Sales, (II) Authorizing Customary Bonuses to Employees of Closing Stores, (III) Authorizing Assumption of the Consulting Agreement, and (IV) Granting Related Relief* [Docket No. TBD]

    Status:    This matter is going forward with respect to an interim order.

14. **Lienholder Claims Motion.** *Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Debtors to Pay Certain Prepetition Specified Lienholder Claims and (II) Granting Related Relief* [Docket No. 11]

    Status:    This matter is going forward with respect to an interim order.

[*Remainder of page intentionally left blank.*]

15. **Levin DIP Financing Motion.** *Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Secured Post-Petition Financing Pursuant to 11 U.S.C. §§ 105, 361, 364(c), and 364(d), and (II) Granting Related Relief* [Docket No. TBD]

    Status:    This matter is going forward with respect to an interim order.

| | |
|---|---|
| Dated: March 9, 2020<br>Wilmington, Delaware | **BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**<br><br>　*/s/ Gregory W. Werkheiser*<br>Gregory W. Werkheiser (DE No. 3553)<br>Michael J. Barrie (DE No. 4684)<br>Jennifer Hoover (DE No. 5111)<br>Kevin Capuzzi (DE No. 5462)<br>John C. Gentile (DE No. 6159)<br>222 Delaware Avenue, Suite 801<br>Wilmington, DE 19801<br>Telephone: (302) 442-7010<br>Facsimile: (302) 442-7012<br>E-mail: gwerkheiser@beneschlaw.com<br>　　　　mbarrie@beneschlaw.com<br>　　　　jhoover@beneschlaw.com<br>　　　　kcapuzzi@beneschlaw.com<br>　　　　jgentile@beneschlaw.com<br><br>*Proposed Counsel to the Debtors and Debtors in Possession* |

13166391