# EXHIBIT A

# Associate Handbook



This Manual applies to all company positions.

# ART VAN FURNITURE

**Updated May 2018**

# TABLE OF CONTENTS

WELCOME TO THE ART VAN FAMILY OF BRANDS ................................................................................ 5

THE "POWER OF THREE" – OUR CORPORATE LEGACY AND CULTURE ............................................... 7

    ART VAN FURNITURE ............................................................................................................................ 7
    LEVIN FURNITURE ................................................................................................................................ 8
    WOLF AND GARDINER-WOLF FURNITURE ............................................................................................. 9

WELCOME TO OUR COMPANY! ....................................................................................................... 11

    VISION ............................................................................................................................................. 11
    MISSION ........................................................................................................................................... 11
    OUR GUIDING PRINCIPLE ................................................................................................................... 11
    OUR "WHY" STATEMENT .................................................................................................................. 11
    PARTNER VALUES .............................................................................................................................. 12

INTRODUCTION ................................................................................................................................. 13

    ABOUT THIS HANDBOOK ................................................................................................................... 13
        Handbook Updates .................................................................................................................. 13
        Benefits Information ................................................................................................................ 13
    STANDARD OPERATING POLICIES – SOP'S .......................................................................................... 14
    POLICY QUESTIONS OR CONCERNS ..................................................................................................... 14
    EMPLOYMENT AT WILL ...................................................................................................................... 14

ASSOCIATE RELATIONS POLICIES ...................................................................................................... 15

    EQUAL EMPLOYMENT OPPORTUNITY (EEO) ....................................................................................... 15
        Americans with Disabilities Act (ADA) and Reasonable Accommodation ............................... 15
        Religious Accommodations ..................................................................................................... 15
        Our Working Relationship With Our Associates ...................................................................... 15
        Whistle Blower Protection ...................................................................................................... 16
        Anti-Discrimination, Harassment and Bullying ....................................................................... 16

EMPLOYMENT STATUS ...................................................................................................................... 19

        Regular Full-Time ................................................................................................................... 19
        Regular Part-Time .................................................................................................................. 19
        Temporary: ............................................................................................................................ 19
    FAIR LABOR STANDARDS ACT (FLSA) CLASSIFICATIONS ....................................................................... 20
        Exempt (Salaried) .................................................................................................................. 20
        Nonexempt (Hourly) .............................................................................................................. 20
    NEW HIRE ORIENTATION PROGRAM .................................................................................................. 20
    GETTING ACQUAINTED PERIOD .......................................................................................................... 20
    YOUR EMPLOYMENT AT OUR COMPANY ............................................................................................. 21
        Work Schedule ...................................................................................................................... 21
        Workday & Workweek Defined .............................................................................................. 21
        Meal Periods and Rest Breaks ................................................................................................ 22
        Time Reporting ...................................................................................................................... 23
    WORK ASSIGNMENTS ........................................................................................................................ 24
    PREMIUM PAY .................................................................................................................................. 24
    EMERGENCY CLOSINGS ...................................................................................................................... 24
    CAREER OPPORTUNITIES – INTERNAL JOB POSTINGS ........................................................................... 25

Art Van Furniture Associate Handbook

EMPLOYMENT OF RELATIVES AND WORK RELATIONSHIPS ..................................................... 25
PERSONNEL FILES ............................................................................................................. 26
PERSONAL STATUS CHANGES ............................................................................................ 26
SOCIAL SECURITY NUMBER PRIVACY ................................................................................. 26
  *Obtaining Social Security Numbers* ............................................................................ 26
  *Public Display* .......................................................................................................... 26
  *Mailed or Transmitted Documents* ........................................................................... 27
  *Access* ...................................................................................................................... 27
  *Storage and Disposal* ............................................................................................... 27
  *Accountability* .......................................................................................................... 27
MEDICAL EXAMINATIONS .................................................................................................. 27
DRUG AND ALCOHOL POLICY ............................................................................................ 28
  *Prohibitions* ............................................................................................................. 28
  *Drug Testing* ............................................................................................................. 28
  *Voluntary Requests for Treatment* ........................................................................... 29
  *Information About Substance Abuse* ........................................................................ 29
REDUCTION IN WORKFORCE .............................................................................................. 29
EXTERNAL REQUESTS FOR EMPLOYMENT INFORMATION AND REFERENCES ......................... 30
LEAVING THE COMPANY .................................................................................................... 30
POST-TERMINATION BENEFITS INFORMATION .................................................................... 31
RE-EMPLOYMENT ELIGIBILITY ........................................................................................... 31
  *Eligibility Criteria* ..................................................................................................... 31
  *Reinstated Associates* .............................................................................................. 31
  *Rehired Associates* ................................................................................................... 32

**LEAVES OF ABSENCE** ............................................................................................... **33**

GENERAL PROVISIONS FOR ALL TYPES OF LEAVES ............................................................. 33
  *Notification and Duration of Leave* ........................................................................... 33
  *Compensation and Benefits* ...................................................................................... 34
  *Paid Time Off Benefits (does not apply to Military Leaves of Absence)* ...................... 34
  *Expiration of Leave/Return to Work* .......................................................................... 34
TYPES OF LEAVES ............................................................................................................. 34
  *1. Family or Medical Leave (FMLA)* ........................................................................... 35
  *2. Medical Leave (NON-FMLA)* .................................................................................. 37
  *3. Work-Related Medical Leave (Workers Compensation)* ......................................... 38
  *4. Military Leaves* ..................................................................................................... 39
  *5. Personal Leaves and Other Leaves (Non-FMLA) (Non-Medical)* ............................. 40
  *Other State Provided Leaves of Absence* ................................................................... 41

**ASSOCIATE'S GENERAL OBLIGATIONS** ................................................................... **45**

CONDUCT & SAFETY RULES ............................................................................................... 45
  *Major Conduct Offenses* ........................................................................................... 45
  *Serious Conduct Offenses* ......................................................................................... 47
SAFETY RULES .................................................................................................................. 48
REPORTING REQUIREMENTS ............................................................................................. 48
ADDITIONAL SAFETY INFORMATION ................................................................................. 49
COOPERATION WITH INVESTIGATIONS .............................................................................. 49
EMERGENCY ORGANIZATIONS AND EVACUATIONS ............................................................ 49
IDENTIFICATION BADGES .................................................................................................. 49
KEY CONTROL, ALARM AND DOOR CARDS/CODES ............................................................. 49
LOCKERS/OFFICES/DESKS AND OTHER COMPANY PROPERTY ............................................. 50
LOST AND FOUND PROPERTY ............................................................................................ 50
PARKING .......................................................................................................................... 50

REPORTING OF THEFT ..........................................................................................................50
TELEPHONES .....................................................................................................................50
    Telephone Procedures ................................................................................................50
    Personal Telephone Calls ...........................................................................................51
    Personal Music Devices ..............................................................................................51
TOBACCO-FREE WORK ENVIRONMENT .................................................................................51
VISITORS ..........................................................................................................................51
WORKPLACE VIOLENCE AND BULLYING ................................................................................52
POST-ACCIDENT DRUG TESTING .........................................................................................52
VEHICLE ACCIDENT REVIEW ...............................................................................................52
CONSTRUCTION/REMODEL SAFETY ......................................................................................52
CONFIDENTIALITY ..............................................................................................................52
CONFLICTS OF INTEREST .....................................................................................................53
ATTENDANCE ....................................................................................................................54
APPEARANCE GUIDELINES ..................................................................................................56
    Men ............................................................................................................................56
    Women .......................................................................................................................56
SOLICITATION AND DISTRIBUTION ........................................................................................57
PROGRESSIVE COACHING, COUNSELING AND DISCIPLINE ........................................................57
    Progressive Counseling ..............................................................................................57
    Investigation and Review ...........................................................................................58

**COMPENSATION PROGRAM** ......................................................................................**59**
    Company Pay Policy ...................................................................................................59
    Job Evaluation ...........................................................................................................59
    Pay .............................................................................................................................59
PAYDAY & PAYCHECK ........................................................................................................59
    Paydays .....................................................................................................................59
    Deductions Required by Law ......................................................................................59
    Check Distribution .....................................................................................................60
    Sales Commission Payments ......................................................................................60
PERFORMANCE MANAGEMENT PROGRAM (PMP) .................................................................60
    Sales Associate Pay ...................................................................................................60
    Overtime ....................................................................................................................61
PAID TIME OFF BENEFITS ...................................................................................................62
    Bereavement Time Off ...............................................................................................62
    Holidays .....................................................................................................................63
    Jury Duty Service .......................................................................................................65
    Sick & Personal Time .................................................................................................66
    VACATION TIME .........................................................................................................68

**EMPLOYEE BENEFITS** ................................................................................................**71**
    BenXpress ..................................................................................................................71
    Benefits Following Termination of Employment .........................................................71
    Group Health Insurance Continuation Coverage (COBRA) ..........................................71
    Other Benefits ...........................................................................................................72
    Workers Compensation Insurance ..............................................................................72
    Employee Assistance Program (EAP) ..........................................................................72
ASSOCIATE PURCHASE PROGRAM (AVAPP) .........................................................................73
MILEAGE ..........................................................................................................................73
401K ASSOCIATE SAVINGS PROGRAM .................................................................................73
SOCIAL SECURITY AND MEDICARE (FICA) ............................................................................74

**OPEN DOOR POLICY** .................................................................................................**75**

    *Human Resources Department*............................................................................. *75*
    *Fleet Related Incidents/Accidents* ..................................................................... *75*
   INTRODUCTION TO OPEN DOOR AND MANDATORY ARBITRATION POLICY............................ *75*
    *To Whom This Policy Applies* ............................................................................. *75*
    *Our Open Door Policy* ....................................................................................... *75*
    *Complaints of Illegal Harassment or Discrimination*........................................ *76*
    *Voluntary Formal Methods To Resolve Disputes*.............................................. *77*
    *Mandatory Arbitration* ..................................................................................... *78*
    *Arbitration Procedures* ..................................................................................... *78*
   ASSOCIATE TRUST HOTLINE ......................................................................................... *85*
   CRISIS MANAGEMENT AND EMERGENCY RESPONSE .......................................................... *85*

**COMMUNICATION CHANNELS**...................................................................................**87**

   ASSOCIATE INFORMATION LINE .................................................................................... *87*
   CORPORATE INTRANET .............................................................................................. *87*
   BULLETIN BOARDS .................................................................................................... *87*
   VIDEO (AVTV) ........................................................................................................ *87*
   HELP US IMPROVE .................................................................................................... *87*
   ELECTRONIC COMMUNICATION SYSTEMS ....................................................................... *87*
    *Definitions* ......................................................................................................... *87*
    *Access and Use of Company Electronic Communication Systems*...................... *88*
    *Prohibited Electronic Activities* ........................................................................ *88*
    *Privacy and Confidentiality* .............................................................................. *89*
    *Security Measures* ............................................................................................ *89*
    *Sharing, Downloading and Uploading Software and Files* ................................ *90*
    *Storage and retention of information* ............................................................... *90*
    *Enforcement*...................................................................................................... *90*
   USE OF COMPANY TRADE NAMES AND/OR SERVICE MARKS ............................................ *90*
   MEDIA INQUIRIES..................................................................................................... *90*

**ATTACHMENTS** .......................................................................................................**91**

   EMPLOYEE RIGHTS AND RESPONSIBILITIES UNDER THE FAMILY MEDICAL LEAVE ACT.................... *92*
   HANDBOOK RECEIPT – ACKNOWLEDGEMENT AND ARBITRATION AGREEMENT ........................... *93*
    *Agreement to Use Arbitration* .......................................................................... *93*

# WELCOME TO THE ART VAN FAMILY OF BRANDS

Dear New Associate:

Art Van, Levin, and Gardiner-Wolf Furniture are three brands with a single purpose, providing service, selection, and quality at an affordable price.  Together our three brands are leaders in the retail furniture industry and the pre-eminent Furniture and Mattress retailers in the markets we serve.



Whether you sell, deliver, repair or clean our furniture or work behind the scenes, you are important to the success of our company.

All of us need to understand and be committed to our mission and values; it is the framework upon which we do business. It helps us make choices and decisions in our workday, and to develop loyal guests who feel a positive connection to our company and its people.



Through our Orientation programs and on-going training, you will learn how to apply our mission and values during your workday.



Art Van, Levin and Wolf strive to create a working environment that values and recognizes our associates as our greatest asset.

So when we say, "We do more for you" we are not only referring to our guests but also to our associates. We value and encourage open lines of communication and inclusiveness, support the team through on-going training, provide a quality benefits package and a family atmosphere.

Our goal is to have successful associates who find their employment challenging and rewarding.  We are proud of our past and present success. We are certain that you will share this pride with us and do your part to ensure our continued success.

We wish you the best and hope your employment relationship will be a rewarding experience for you.

Sincerely;

*Your Leadership Team*

# THE "POWER OF THREE" – OUR CORPORATE LEGACY AND CULTURE

Art Van Furniture, Inc. is made up of three iconic Mid-West Furniture brands; each with a storied history and common values.

## Art Van Furniture

Mr. Art Van Elslander ("Mr. Van"), founder of Art Van Furniture, began working in a Detroit furniture store as a young man. In just a few short years, he was ready for a bigger challenge and opened his own store on Gratiot Avenue and 10 Mile Road in 1959. His founding philosophy was to provide the community with quality furniture at great prices, with always high standards of customer service.



Known then as Art Van's, Mr. Van was the sole employee of the store, which featured Danish and contemporary home furnishings. Though Detroit's economy was struggling, the company grew and later the name was changed to Art Van Furniture.

In 1973, Art Van Furniture moved its headquarters from



Mr. Van and team, from the Art Van Furniture archives.

12 Mile and Van Dyke Road to the 14 Mile location in Warren, where it is still located today. During the years Mr. Van was responsible for overseeing the development of many different ideas and innovations; including in-store Clearance Centers, free-standing Pure Sleep Mattress Stores, Franchises, Flooring Stores, unique product collections, a full service e-Commerce website, all supported by a nationally recognized advertising and marketing strategy that propelled our growth from his original store to over 100 stores located throughout Michigan, Ohio, Indiana, Illinois and Iowa.

Mr. Van also understood the value of helping others. Art Van Furniture provides support to non-profit organizations such as Forgotten Harvest, Gleaners Community Food Bank, The Henry Ford Health System, and Genesys Health foundation, St. Mary's Hospital Foundation, Helen DeVos Children's Hospital Foundation and America's Thanksgiving Day Parade. In addition, Art Van Furniture is proud to host fund raising



events for our Art Van Charity Challenge recipients, annual toy collection drives for Toys for Tots and blood drives for the American Red Cross. Since its creation in 2009, the Art Van Charity Challenge has raised $24 Million for charity, with a special focus on assisting families, children and the hungry. The Art Van Charity Challenge supports more than 259 charity partners through grants, sponsorships and in-kind donations.

In 2017, after 59 years in business, Mr. Van Elslander decided to sell his stores to the investment company, THLee, located in Boston, MA.  Shortly after purchasing Art Van Furniture, THLee helped the company continue its dramatic growth by assisting in the purchase of our other two great Brands: Levin Furniture and Wolf Furniture.  As Mr. Van Elslander stated when he sold the company, "*the future of Art Van Furniture is bright, I am very excited to see the company continue to grow and expand.*"

Today, including the Levin and Wolf brands, Art Van Furniture employs more than 5,750 employees in 180+ locations in nine states.  Throughout all that growth, our company's culture, vision, and mission have remained true to Mr. Van's vision.

## Levin Furniture



Joining the Art Van family of brands in 2017, Levin Furniture was founded in 1920 by Sam Levin, and remained in the Levin Family for three generations.

Beginning in rural Mount Pleasant, Pennsylvania, the store originally sold hardware items as well as furniture, and customers could buy everything from flyswatters and expandable window screens to three piece "parlor suites."

The store was successful from its beginning. Gradually hardware items were phased out and the furniture division expanded. Both Jessie and Sam Levin worked long hours developing their business and it was the quintessential mom and pop store. A generous system of credit and installment buying was a basic concept of Levin's. Sam was proud that he



Sam Levin



Leonard Levin



Howard Levin

never removed a customer from his books during the Great Depression, often accepting chickens, eggs or other items of barter for desperately needed mattresses or furniture.

In 1943, son Leonard, the first boy after five daughters, entered the business. Under his leadership a major expansion altered the history of the store. An elegant private townhouse was purchased and added to the store as an integral unit, but under the name "Colonial House." This was a boutique store within a store and was fastidiously created in a Williamsburg-like design. The entire concept was Early American with a complete line of furniture and a large accessory department. It became so successful that it was included on bus tours and frequently, groups ranging from fifteen to thirty, would visit the various rooms and usually have an accompanying lecture on the history of furniture during that period.

In 1978, Howard Levin, Leonard and Sally's older son, entered the family business. Howard moved Levin's into the Pittsburgh area and within seven years had opened five major, full service stores in the Pittsburgh area, making Levin's the largest furniture retailer in Western Pennsylvania.



Upon Leonard's death in 1989, Howard was named President and continued to expand the role he had played during the previous years. During this time the company successfully entered the Ohio market. When Howard died suddenly, Robert Levin, his younger brother, took over the duties of President and expanded Levin's from nine to fifteen furniture and eighteen free-standing mattress stores. Throughout their long history, the Levin family maintained their tradition of service, quality and competitive pricing.

## Wolf and Gardiner-Wolf Furniture

Beginning in 1902 when Charles Wolf and his partner John Fox started City Furniture in downtown Altoona, PA, they would have had no idea that their company would still be going strong more than 100 years later as a key part of the Art Van family of brands. Wolf Furniture has had many milestones during its history.  The founder's sons, George and Herbert Wolf, ran the company for over 50 years.  During this time they grew and expanded throughout Central Pennsylvania, adapting to the difficult Depression years by offering easy credit and affordable furniture.



During the booming years following World War II, the company grew and expanded, growing to twenty-seven stores in three states in the 1950's.  In 1992, the company sold all but three of their stores to Helig Meyers. This sale propelled the Wolf Company into new growth with acquisitions of Hi-Way Furniture, Johnson Furniture and new stores in several areas.



In 2000, Doug Wolf became the 8th President of the Company and oversaw expansion via acquisitions and expansions throughout Eastern Pennsylvania, Maryland, and Virginia.  In 2015, Wolf Furniture acquired five Gardiner's Furniture stores in Maryland.  This brought Wolf's to a total of eighteen locations, which they sold to Art Van in 2017.

# WELCOME TO OUR COMPANY!

Every company needs direction, a roadmap as it were to where we are going and what we want to be.  Our Vision, Mission and Guiding Principles are those roadmaps.  They, along with our "Why" statement and PARTNERS values should provide every associate with a clear understanding of what we want to accomplish and represent to each other, our customers, and our communities.

## Vision

A vision is an ambitious and inspirational definition of what we want to be.  Our Vision is:
**Exceed Expectations, Every Guest Every Time – Through this we will become #1 in the markets we serve.**

## Mission

A purposeful and logical description of how we will accomplish our vision.
**We exceed expectations with outstanding product, inspiring store and web experience, flawless service, and engaging communication.**

## Our Guiding Principle

A declaration and standard of the way we express ourselves.
**We will be _easy and delightful_ for our guests and each other, putting guest satisfaction above all else.**

## Our "Why" Statement

Every company understands "why" they are in business, and what they want to achieve.
**We will go to places we have never been before.  As a result, we will never want to go back.  Our vision and mission is to clearly differentiate ourselves from others, with the need to constantly and never-endingly improve.  We strive to be smart, hungry, humble, and to live with purpose, drive, and style.  We promote and inspire others, and we live to make a difference.**

Art Van Furniture Associate Handbook

## Partner Values

We are all partners in the success of ourselves, our co-workers, and our Company.  In order to achieve success, we expect everyone who represents Art Van to live the P.A.R.T.N.E.R.S. values in our work and life.

**P**assion — Love what you do and pass it on to others.

**A**ccountability — Take responsibility for everything you touch.

**R**esponsiveness — Affect the outcome by being proactive.

**T**eamwork — Help those around you achieve new levels of excellence.

**N**ew Thinking — Trailblazers are always looking toward innovation.

**E**thical Behavior — Represent yourself and the company with dignity – even when no one is looking.

**R**espect — Be considerate of your co-workers and our guests

**S**upport — Make those around you feel valuable.

# INTRODUCTION

## About this Handbook

This Handbook (see date in page footer), supersedes and replaces all prior handbooks, as well as inconsistent policies, procedures, work rules and/or representations, either oral or written.

No one has the authority to modify the "at will" nature of your employment relationship as described in this handbook.

The Handbook applies to all Art Van associates and generally includes associates in the Sales, Housekeeping, Customer Pick-Up (CPU), Professional, Administrative, Technical, Visual Merchandising, Warehouse, Clerical, and Management job classifications.

Art Van Furniture, LLC, Pure Sleep, Art Van Flooring, Scott Shuptrine Interiors, and AVASI are collectively referred to herein as Art Van Furniture or simply "AVF" or Company.

Except for Arbitration, the policies, procedures, work rules and benefits contained in this Handbook are not intended, and shall not be construed, as being or creating a contract of or for employment for any specified period of time, either expressed or implied. Except for Arbitration, Management reserves the right to unilaterally, in its discretion, delete, modify, and/or add, all or in part, any policy, procedure, work rule, or benefit contained in the Handbook, at any time upon prior notice.  With respect to Arbitration, the Company reserves the sole right to prospectively add to, delete from or modify the procedural rules at any time by giving ten (10) days-notice to associates of the change or termination. The right to add to, delete from or modify the procedural rules of Arbitration shall not apply to any request to arbitrate initiated before the change.

No one has the authority to bind the Company to any agreement contrary or in addition to this Handbook except by written agreement signed by the President or Chief Executive Officer (CEO).

## Handbook Updates

This handbook is continuously reviewed and updated.  Periodically, the entire handbook will be re-issued.  Interim changes will be posted on the associate intranet and you will be notified of changes on various associate bulletin boards.

## Benefits Information

Please Note the Following: The master insurance agreements between the Company and the insurance carriers and the provisions of the 401k and Profit Sharing Plans define your insurance and profit sharing rights.  This Handbook does not create any rights over and above those contained in the agreements and the Plan. If there is a discrepancy between this Handbook and the agreements or Plan, the agreements and Plan prevail.

We hope you find this Handbook helpful in understanding our policies, procedures, work rules and benefits. If you have any questions, please feel free to ask your manager or a Human Resources representative.

Art Van Furniture Associate Handbook

## Standard Operating Policies – SOP's

A handbook such as this cannot cover all of the possible policies, practices and procedures of the company.  If there is an item not covered in this handbook it may also be found in the company's Standard Operating Policies (SOP's) which can be found on the intranet.  When new SOP's are created or updated, a communication is sent to all work locations.

## Policy Questions or Concerns

Any questions or concerns relating to associate policies, practices or procedures may be directed to the Human Resources Department, who will review, investigate and respond.

## Employment at Will

Your employment relationship with our Company is at-will. This means that, just as you may resign at any time for any reason or no reason, the Company may terminate your employment at any time for any reason, with or without cause or advance notice, except for an illegal reason.  No manager, supervisor, or employee of the Company has any authority to enter into an agreement for employment for any specified period of time or to make an agreement for employment other than at-will other than the Chief Executive (CEO) of the company has the authority to make any such agreement, and then only in writing.  Nothing in this Handbook including rules of conduct, discussions of corrective action, performance evaluations, the open door policy or the arbitration policy modify or detract from the at-will character of your employment.

All company employees, regardless of position, are considered "at-will" employees.

# ASSOCIATE RELATIONS POLICIES

## Equal Employment Opportunity (EEO)

We provide equal employment opportunities to all associates and applicants for employment regardless of race, color, sex, sexual orientation, religion, age, marital, military or veteran status, national origin, gender identity or expression, height, weight, disability, genetic information or any other category protected by law. This policy applies to all of our employment practices, including hiring, placement, training, promotion, demotion, separation, transfer, layoff and recall decisions, leave of absence, associate benefits and compensation.  All employment decisions are based solely on the qualifications of each individual at our sole discretion.

## Americans with Disabilities Act (ADA) and Reasonable Accommodation

To ensure equal employment opportunities to qualified individuals with a disability, the Company will comply with the American with Disabilities Act ("ADA").  This includes making reasonable accommodations for the known disability as defined by the ADA of an otherwise qualified individual that does not create an undue hardship, create a danger to the associate or others on the operation of the Company or change the essential functions of the position.

## Religious Accommodations

The Company respects the sincerely held religious beliefs and practices of all associates, and will make reasonable accommodations that do not create an undue hardship on the operation of the Company or change the essential functions of the position after an approved request. Associates who may require a reasonable accommodation should contact their Manager or Human Resources representative.

## Our Working Relationship With Our Associates

Open communication in all directions is a key to our success.  Leadership strives to effectively communicate the company's vision for the future as well as our expectations for the present. Your participation, feedback and ideas are essential to the process. We encourage all associates to express their concerns so that we may help find solutions and improve our work environment. The Company conducts regular associate engagement surveys and has a special email box helpusimprove@artvan.com to ensure that we always understand and hear what concerns you.

Respect is one of our shared values.  Here, you are not just a number. We respect you as a unique individual. We encourage you to develop your own potential, and we strive to provide you with the tools and training to enable you to grow personally and professionally.

Our environment is one where exceptional performance and efforts are recognized and rewarded. We believe that we are a place "where winners come to win."

Communicating directly with each other rather than through an outside party best enables us to be responsive to your individual concerns and needs. Our associates understand that a union could not make us a more successful competitor in the marketplace.

Art Van Furniture Associate Handbook

## Whistle Blower Protection

The Company provides protection to any associate who reports wrongdoing to external third parties or agrees to cooperate with public agencies.  We will not discharge, threaten, or otherwise discriminate against you in your compensation, terms, conditions, location, or privileges of employment because you, or a person acting on your behalf, report a violation or suspected violation of a local, state or federal law, rule or regulation, unless you know that the report is false. You receive the same protection if a public body asks you to participate in an investigation, hearing, or inquiry held by that public body, or a court action.

## Anti-Discrimination, Harassment and Bullying

The Company is committed to providing a working environment that is free of unlawful harassment for all associates and third parties, including vendors, business representatives and guests, and to provide a mechanism for addressing concerns.

This policy applies to all persons involved in our business and prohibits unlawful harassment by or of any associate, manager, or third parties, including vendors, business representatives and or guests.

Each individual has the responsibility for maintaining acceptable standards of personal behavior and ensuring that others have the opportunity to work and shop in a businesslike atmosphere free from harassment. The Company prohibits sexual harassment and harassment because of race, color, religion, age, military or marital status, national origin, height, weight, disability, genetic information, gender, gender identify, sexual orientation, or retaliation for engaging in protected activity, or any other activity prohibited by federal or state law.

### Prohibited Conduct:

Associates, including managers, are subject to appropriate corrective action, up to and including termination, for any act of harassment which, in the Company's judgment, they are found to have committed. Such acts include, but are not limited to, the following:

- Verbal conduct such as epithets, derogatory comments, jokes, innuendos, slurs or unwanted sexual advances, invitations or comments;
- Visual conduct such as derogatory posters, photography, cartoons, drawing or gestures;
- Physical conduct such as assault, unwanted touching, blocking normal movement or interfering with work;
- Threats and demands to submit to sexual requests in order to keep one's job or avoid some other loss, and offers of job benefits in return for sexual favors; and
- Retaliation for having reported, telling someone harassment will be reported, or participating in an investigation. Personal or social conduct between associates of a consensual nature, such as dating, and which does not have a discriminatory effect upon a person's employment, will not be considered harassment. An associate may have a claim of harassment even if he or she has not lost a job or some other economic benefit. The Company prohibits any form of unlawful harassment that impairs associates' working ability or emotional well-being at work.

### Reporting:

Any associate who believes that he/she is being subjected to harassment in violation of this policy should immediately report the alleged harassment to his or her manager, department head, Regional Sales Director, Regional Human Resources Manager, the Vice President of Human Resources or the Vice President and General Counsel. Such complaints or requests for investigation may initially be made either orally or in writing. Supervisors and managers who receive complaints or become aware of harassment should immediately report the matter to the Human Resources Department. Retaliating against any associate for complaining about harassment is prohibited. If an associate believes he or

she is being retaliated against, it should be immediately reported to his or her manager, department head, Regional Sales Director, Regional Human Resources Manager, Vice President and General Counsel or Vice President of Human Resources.

### *Investigative Process*

Such complaints or requests for investigation may initially be made either orally or in writing. Complaints of harassment are kept confidential to the extent possible while ensuring a complete investigation. The matter will be investigated and all associates with knowledge of the alleged incident or of similar incidents are required to cooperate in the investigation by fully and accurately responding to inquiries. The failure of any associate, including a complaining associate, to satisfactorily cooperate in such investigation may be grounds for corrective action, up to and including discharge.

### *Confidentiality*

The company will maintain the confidentiality of the complaint, and the privacy of the persons involved to the greatest extent possible, consistent with our goal of conducting a thorough and complete investigation.

### *Procedure*

1. Supervisors and managers who receive complaints or become aware of harassment report the matter to the Human Resources Department.
2. An investigator, which may be the manager or a representative of the Human Resources Department, is assigned.
3. A determination is made whether interim relief is appropriate.
4. Complaints of harassment are kept confidential to the extent possible and still conduct an investigation.
5. The assigned investigator investigates the complaint. The investigator interviews witnesses and reviews any documents or other evidence.
6. The evidence from the investigation is evaluated, and any appropriate corrective action is taken.
7. The complainant and alleged harasser are informed of the results.
8. The manager or Human Resources Department, as appropriate, follows up with the complainant re: the effectiveness of any corrective action and re: any retaliation.
9. The investigation is documented, and the documentation is kept in a confidential file. If any corrective action is taken against an associate, documentation of that corrective action is placed in the associate's personnel file.

### *Bullying*

Bullying is the infliction of malicious and abusive conduct, whether intentional or unintentional, verbal, physical or otherwise. The Company is committed to a workplace free of bullying behavior and associates found in violation of this policy will be disciplined, up to and including termination. Such acts include, but are not limited to, the following:

- **Verbal bullying:** Slandering, ridiculing or maligning a person or his or her family whether to associate or to others about associate; name calling that is hurtful, insulting or humiliating; using a person as the butt of jokes; abusive and offensive remarks.
- **Physical bullying:** Pushing, shoving, kicking, poking, tripping, assault or threat of physical assault, damage to a person's property.
- **Gesture bullying:** Nonverbal threatening gestures; glances that can convey threatening messages.
- **Exclusion:** Socially or physically excluding or disregarding a person in work-related activities.

The company prohibits any form of retaliation against any individual due to their having reported an incident or being involved in the investigation of any incident.  Events involving retaliation will be investigated and may result in corrective actions, up to and including termination.

Supervisors and managers who receive complaints or become aware of discrimination, harassment or bullying should immediately report the matter to the Human Resources Department. Failure to do so will result in corrective action up to and including termination. Retaliating or discriminating against any associate for complaining about the above company policy is prohibited.  If you believe you are being retaliated against, you should immediately report the alleged retaliation to your Manager, Department Head, Regional Sales Director, Regional Human Resources Manager, or Vice President of Human Resources.

Such complaints or requests for investigation may initially be made either orally or in writing. Complaints of harassment are kept confidential to the extent possible while enabling the company to still conduct an investigation.  The matter will be investigated and all associates with knowledge of the alleged incident or of similar incidents are required to cooperate in the investigation by fully and accurately responding to inquiries. The failure of any associate, including the complaining associate, to satisfactorily cooperate in such investigation may be grounds for corrective action, up to and including discharge. False and malicious complaints of harassment (allegations that aren't made in good faith) will result in corrective action.

# EMPLOYMENT STATUS

Employment status defines your status for purposes of salary administration and benefit eligibility. The Company has established the following employment categories:

## Regular Full-Time

An associate who is not on temporary status and who is regularly scheduled to work approximately forty (40) hours or more each work week. Such associates may be non-exempt or exempt as defined by the Fair Labor Standards Act (FLSA), as noted below. A regular full-time associate is eligible to receive benefits subject to the terms, conditions, and limitations of the applicable benefit plan.

Management, at its discretion, may temporarily reduce a non-exempt associate's work hours, due to business necessity. Although the associate's pay is adjusted accordingly, the associate maintains their regular full-time status and benefits if the change is for less than sixty (60) days. If the reduced status approaches sixty (60) calendar days, the associate's employment status is reviewed by management and may be modified.

## Regular Part-Time

An associate who in a regular budgeted position is not in a temporary status and who is regularly scheduled to work less than thirty (30) hours each work week. Such associates may be "exempt" or "nonexempt" as defined by the Fair Labor Standards Act (FLSA), as noted below. A regular part- time associate is eligible to receive certain benefits (for example, Vision, 401k, and the Associate Purchase Program). Refer to the specific benefit plan policies for eligibility. The number of scheduled hours per week may temporarily exceed your regular hours during peak periods or emergency situations.

Regular Part-Time associates who are regularly scheduled for and work between 30 and 40 hours per week are eligible for medical benefits not available to Part-Time associates scheduled for and working less than 30 hours per week. Your eligibility is tracked by the Human Resources department.

## Temporary:

Temporary associates are hired to work on a project basis or for a specified period of time. A temporary associate may be temporarily scheduled to work less than forty (40) hours, or forty (40) or more hours each work week in management's sole discretion. Such associate may be "exempt" or "nonexempt" as defined by the Fair Labor Standards Act (FLSA), as noted below. A temporary associate is not eligible to receive benefits.

If a temporary associate is hired as a regular full-time or regular part-time associate, their temporary employment is not considered as credited service in computing service and benefit entitlements but may count as the worked for determining FMLA eligibility. A temporary associate's employment status is reviewed by management after three (3) months of employment. A temporary associate cannot remain in temporary status for more than six months.

Associates may be scheduled to work in various areas due to the needs of the business or in order to maintain the minimum hours for their classifications. Associates may be changed to another classification by either posting for a different position, if there is not sufficient work (hours) available to maintain the associate's classification, through elimination of the current position, or through written request to reduce their hours or if the associate places restrictions on availability

which are incompatible with business needs or if the nature of the job changes such that the classification must be changed.  Management and Human Resources must approve such a reclassification.  A reclassified associate will remain enrolled in only those benefits for which he or she is eligible in the new classification.  A reclassification downward may result in the loss of some benefits, in accordance with the benefit plan documents.

## Fair Labor Standards Act (FLSA) Classifications

The Company, in accordance with the Fair Labor Standards Act (FLSA), classifies regular full-time, regular part-time and temporary associates as follows:

### Exempt (Salaried)

An exempt associate is exempt from the minimum wage and overtime provisions of the Fair Labor Standards Act (FLSA). To be classified as exempt, associates must be paid on a salary or commission basis, meet a minimum salary level and meet the criteria for job duties for executive, administrative, professional positions, computer professional or retail sales.

You are informed of your employment status at the time of hire.  The Company reserves the right to reclassify your position as it determines appropriate.

You should direct any questions regarding your employment status to your manager or the Compensation area of the Human Resources Department.

### Nonexempt (Hourly)

An associate classified as nonexempt is covered by the minimum wage and overtime provisions of the Fair Labor Standards Act (FLSA).  The FLSA requires overtime to be paid to non-exempt associates at one and one-half (1½) times the associate's regular rate of pay for all hours worked over forty (40) hours in the work week.

## New Hire Orientation Program

To prepare you for a successful career at our Company, you receive both an in-store or department orientation, and a corporate orientation.  At the completion of both you should have an understanding of your obligations and the commitments we make to you. Our success depends on you performing your job to the best of your ability and upholding our cultural values, therefore the company requests all new hire associates attend orientation, regardless of position.

Please ask your manager any questions you might have during or after the orientation process.

## Getting Acquainted Period

The first ninety (90) days of your employment is a getting acquainted period. (This period may be extended at the discretion of the Company). This is an opportunity for you and the Company to see if the relationship is likely to be mutually satisfactory. If, for any reason, during this getting acquainted period, the relationship is not meeting our work expectations, the Company or you may end the relationship.

Associates who are promoted or transferred within the company must complete a second introductory period of the same length with each reassignment to a new position.  Any significant absence will automatically extend an introductory period by the length of the absence.  If the company determines that the designated introductory period does not allow sufficient time to thoroughly evaluate the associate's performance, the introductory period may be extended for a specified period.

The successful completion of this getting acquainted period does not modify our at-will relationship or create a just cause termination standard.

## Your Employment at Our Company

### Work Schedule

The Work Schedule policy defines the workday, workweek, and guidelines for meal periods and rest breaks.

### Workday & Workweek Defined

The Company's workday begins at 12:00 midnight (local time) and ends twenty-four (24) hours later at 11:59pm (local time). The workweek begins at midnight on Sunday (local time) and ends seven (7) days later on Saturday at 11:59pm (local time).

To optimize the Company's competitive advantage, our stores are open for business seven (7) days per week.  Hours of operation vary among our stores, retail store offices, warehouse, central service and the corporate office; therefore work schedules for associates vary throughout the Company. Your manager schedules working hours according to the business needs of the store, warehouse or department and advises you in advance of your work schedule.  Regular full-time associates are generally scheduled to work forty (40) hours per workweek; however schedules may vary according to the needs of the business.  Refer to Employment Status in the "Your Employment at Our Company" section of this Handbook.

Based on competition, special events, company and department work flow, daily and weekly work schedules may change from time to time.  Managers adjust work schedules accordingly to meet guest needs and workloads.  Changes in work schedules are announced as far in advance as practical.

Overtime may be required to meet guest needs and workloads.  The Company gives as much notice as practicable for overtime work. You are expected to work the mandatory overtime unless you have a personal emergency, which must be approved by management.

Nonexempt (Hourly) associates are eligible for overtime compensation. Refer to Overtime in the Compensation section of this Handbook.

Your supervisor will set your work schedule.  If you need to alter your work schedule, you must get it approved in advance by your Supervisor.  Trading days/times with other associates, without first getting approval from your Supervisor, is not permitted.

You are not permitted to work before or beyond your approved work schedule without specific authorization from your manager.  All overtime must be approved by your manager in advance. Failure to do so may result in disciplinary action.

Exempt (Salary) associates are expected to work whatever time is necessary to satisfactorily complete their responsibilities, meet guest needs, and supervise subordinate employees (for those in management positions).

**Art Van Furniture Associate Handbook**

## Meal Periods and Rest Breaks

### *Nonexempt (Hourly) - Non-Sales Associates*

Eligible for one fifteen (15) minute paid rest break and a thirty (30) minute unpaid meal period in each scheduled shift of six (6) hours or more. (Associates under 18 years of age, see your manager for rest breaks and meal period eligibility.)

As scheduling and workload permit, managers may schedule a nonexempt associate a one-hour unpaid meal period.

It may be necessary to occasionally work through rest breaks depending on the workload.

### *Exempt - Sales Associates*

Do not have specified rest breaks; they may take a rest break as needed. Sales Associates are eligible for up to a sixty (60) minute unpaid meal period during a work day of six (6) hours or more.

It may be necessary to occasionally work through rest breaks depending on the workload. However, sales associates may not "work through" the meal period unless requested to do so by their manager.  If you are requested by your manager to "work through" your meal period, you are compensated for the meal period.  In certain locations (primarily "stand-alone" mattress stores, staffing requirements may require that you work through your lunch hour.  In these cases you will be paid for the time worked.

To maintain a business-like and professional atmosphere in all our facilities, smoking, eating and drinking beverages is not allowed on the sales floor or in your work area, unless your manager has approved it for your work area.  Smoking is prohibited at all times anywhere on Company property.

### *Exempt (Salary) Associates*

Do not have specified rest breaks; they may take a rest break as needed. They are eligible for up to a sixty (60) minute meal period during a work day of six (6) hours or more.

### *Breastfeeding Accommodations*

The company fully complies with federal and state laws and supports breastfeeding mothers. Specifically, the company will provide reasonable break time for an employee to express breast milk for her nursing child for one year after the child's birth.  The company will provide a private place, other than a bathroom, for the employee to express milk.  This can and should include a private office or conference room where, in private, the associate can conduct this activity. Meal periods and rest breaks are based on each associate's lactation schedule and taken at a time approved by their manager.  The company provides reasonable break times for nursing mothers to express milk in compliance with the FLSA.  See below for details.

## Time Reporting

The Company is required to keep a record of all associates' work hours.

### *Nonexempt (Hourly) Associates (including Sales Associates)*

All nonexempt hourly associates are required to follow these guidelines:

- Punch in or record your time at the start of every workday, and upon return from lunch or other unpaid break.
- Punch out or record your time at the end of every workday and before lunch or other unpaid breaks or whenever an associate leaves the premises.
- Never punch in or out or record time for other associates.
- Punch out or record your time immediately after the end of the shift, unless you are specifically authorized by management to work overtime.
- Falsification of any time card can result in immediate termination.
- Do not punch in more than seven (7) minutes prior to starting time.
- Punch in & out or record time at your assigned location.
- Hourly associates must not perform work while off the clock.

You must maintain a record of the total hours you work each day. These hours must be accurately recorded in the time system by you.  Each associate must verify that the reported hours worked are complete and accurate (and that there is no unrecorded or "off-the-clock" work).  Time must accurately reflect all regular and overtime hours worked, any absences, early or late arrivals, early or late departures and meal breaks.  When you receive each pay check, please verify immediately that you were paid correctly for all regular and overtime hours worked each workweek.

### *Exempt (Salary) Associates*

If you are classified as an exempt salaried associate, you will receive a salary which is intended to compensate you for all hours that you work for the Company.  This salary will be established at the time of hire or when you become classified as an exempt associate.  While it may be subject to review and modification from time to time, such as during salary review times, the salary will be a predetermined amount that will not be subject to deductions for variations in the quantity or quality of the work you perform.

You will receive your full salary for any workweek in which work is performed.  However, under federal law, your salary is subject to certain deductions.  For example, absent contrary state law requirements, your salary can be reduced for the following reasons in a workweek in which work was performed:

- Full day absences for personal reasons, including vacation.
- Full day absences for sickness or disability, since we have a sick day pay plan and short-term disability insurance plan.
- Full day disciplinary suspensions for infractions of safety rules of major significance (including those that could cause serious harm to others).
- To offset amounts received as payment for jury and witness fees or military pay.
- The first or last week of employment in the event you work less than a full week.

Your salary also may be reduced for certain types of deductions, such as: your portion of health, dental or life insurance premiums; state, federal or local taxes, social security; or voluntary contributions to a 401(k) plan.  In any workweek in which you performed any work, your salary will not be reduced for any of the following reasons:

- Partial day absences for personal reasons, sickness or disability.
- Your absence because the facility is closed on a scheduled work day.

- Absences for jury duty, attendance as a witness, or military leave in any week in which you have performed any work.
- Any other deductions prohibited by state or federal law.

Please note:  You will be required to use accrued vacation, personal or other forms of paid time off for full or partial day absences for personal reasons, sickness or disability.  However, your salary will not be reduced for partial day absences if you do not have accrued paid time off.

## Work Assignments

Your supervisor or manager establishes and communicates your work assignments either on a daily or weekly basis.  Occasionally, you may be assigned to temporarily work outside of your current job classification to help meet guest needs when business needs dictate.  The temporary assignment may be to a lower or higher paying job classification.  Generally, temporary assignments last up to ninety (90) days.

Temporary assignments to a higher paying nonexempt (hourly) job classification provide you with an opportunity to learn more about the Company's operations, and to expand your knowledge, skills and experience. The knowledge, skills and experience gained may help you qualify for promotional opportunities as they arise.

If you are temporarily assigned to a:
- Higher nonexempt (hourly) job classification, you may receive a pay increase if you assume the majority of responsibilities for the higher nonexempt (hourly) job classification and the assignment is for more than two (2) full consecutive scheduled workweeks. Any pay increase granted would go into effect as of the third (3rd) workweek. At the conclusion of the temporary assignment, your pay is returned to your former rate.

- Lower level nonexempt (hourly) job classification, you will continue to receive your regular straight time rate of pay.

- If the temporary assignment results in a shift change, depending upon the change, you may become eligible for a shift premium or no longer eligible for a shift premium during the temporary assignment.

If you have any question regarding your work and/or location assignment, you should discuss it with your manager and/or Human Resources.

## Premium Pay

A shift premium may be paid for regular work schedules that require associates to work the majority of his/her shift on evenings and weekends.  Premium pay differs by position and location. Your supervisor will inform you if you are eligible for premium pay.

## Emergency Closings

Living where we do, there may be times when severe weather may require that we delay the start of the work day, close early or not open altogether.  Should we need to delay the start or close, associates will be informed via the company's information hotline 1-844-ART-VANN (1-844-278-8266). The hotline number for Pennsylvania is 1-800-707-0589.  In Ohio, associates should call 440-374-2400 extension 555.  Please know that unless the weather is so severe that travel is dangerous in the majority of our service area, we will attempt to make deliveries and operate our business wherever possible in order to properly service our customers.  In the event that we are open for business but you are not comfortable traveling, you have the option of using a call-off (subject to the guidelines of our Attendance Policy).

## Career Opportunities – Internal Job Postings

The Company encourages you to take advantage of career growth opportunities. Our goal is to have the most qualified associates in all positions. The Company gives notice of open positions to allow you to express interest in internal openings. The Company reserves the right to determine which positions are eligible for posting.

Internal hiring and placement decisions are based on:
- Background and qualifications
- Overall employment record, including adherence to PARTNERS values
- If background, qualifications and employment record are equal among applicants, length of service is considered.

Career Opportunities are posted on company bulletin boards, on the company POS system or on our careers website jobs.artvan.com.

Your development and the Company's success go hand-in-hand. We believe we can improve the company's success by focusing on one of the organization's most valuable assets - creative, cooperative associates.  In addition to training on job -specific skills, you may be able to participate in activities focused on the mastery of important personal and professional competencies.

Sales associates receive what we believe is the most effective training in the furniture industry. This training includes our unique selling philosophy, product knowledge, and other skills necessary to your success and ultimately the success of the Company.

Coaches and Leaders participate in on-going training to build the skills and knowledge to support and maintain the healthy sustainable growth of the Company.

## Employment of Relatives and Work Relationships

Work relationships at our Company should be characterized by integrity and objectivity. Family or other relationships between associates can compromise objectivity and integrity, and can create the appearance of favoritism.

For this policy, a relative is defined as the spouse, parent, child, sibling, aunt, uncle, niece, nephew, cousin, parent-in-law, brother-in-law, sister-in-law, a person living in the same household with the associate, or other relationship that may compromise objectivity or integrity such as romantic or sexual relationships.  If you are unsure whether your relationship with someone may compromise objectivity or integrity, you should review it with your Regional Sales Director, Department Head, Human Resources, or a higher level manager.

No associate may be placed into or remain in a position that would result in relatives reporting to or supervising one another or in the chain of command working in the same department at the same location, or where the relationship could create the appearance of compromised integrity or objectivity.

If you do become involved in such a relationship, you must inform your manager or Human Resources immediately.  Failure to notify us, or lying about the status of your relationship, is grounds for discipline, up to and including termination.  The situation will be reviewed and in some cases it may result in one of the associates transferring or resigning.  For example, sales associates who are related as defined in the policy, living together or dating may not work in the same store.

Art Van Furniture Associate Handbook

## Personnel Files

The Company maintains a permanent personnel file at our corporate offices for each associate. The personnel file contains information that is required for valid business, legal or regulatory purposes. The file is the property of the Company and we have the right to withhold permission to remove the file or any material in it.

If you wish to review your file, you may do so by submitting a written request to the Human Resources Department.  The Human Resources Department arranges a time for you to review your personnel file in the Human Resources Department, or, alternately, a copy of your file may be provided to you at the Company's discretion. After review, you may request a copy of any documents in your personnel file; reasonable copy costs will be charged to you.

To ensure the confidentiality of your personnel file, and to protect your privacy, the Company does not release any information about current or former associates without a signed consent and release in a form acceptable to the Company, unless required by law. For more information, refer to External Requests for Employment Information/References in Your Employment at the Company section of this Handbook.

### Personal Status Changes

In order for us to keep accurate personnel records, you must promptly report any changes of name, mailing address, telephone number, and emergency contact to your manager.

You are responsible for knowing the requirements and qualifications for your job, including any licensing requirements.  If you experience any changes (for example, license revocations or suspensions, traffic violations, or criminal convictions) that might affect your eligibility or ability to perform the duties of your job, you must immediately notify your manager.

## Social Security Number Privacy

The Company's goal is to ensure that associates' or others' social security numbers are maintained confidentially.  No person shall knowingly obtain, store, transfer, use, disclose, or dispose of a social security number except in accordance with the law and this policy.

### Obtaining Social Security Numbers

Social security numbers should be collected only where required by federal and state law or as otherwise permitted by law for legitimate reasons consistent with this Privacy Policy. Social security numbers are not to be used in the ordinary course of business except as the Company may determine that it is necessary, for example, to verify an individual's identity, for a pre-employment background check, for tax reporting purposes, for collection purposes, or to administer employee benefits, such as health insurance and profit sharing.

### Public Display

Social security numbers shall not be placed on identification cards, badges, time cards, employee rosters, bulletin boards, or any other materials or documents designed for public display. Documents, materials or computer screens that display social security numbers shall be kept out of public view at all times.

## Mailed or Transmitted Documents

More than four sequential digits of a social security number are not included on any document mailed outside the Company, except as required, permitted or authorized by law. Documents containing social security numbers that are sent through the mail shall not reveal the number through the envelope window or otherwise be visible from outside the envelope or package. Social security numbers shall not be sent through email unless the connection is secure or the number is encrypted.

## Access

Social security numbers are made available internally on a "need-to-know" basis.  Department heads having access to records containing social security numbers shall determine which other personnel within their departments have legitimate reason in the company's ordinary course of business to have access to such numbers. Personnel using records containing social security numbers must take appropriate steps to secure such records when not in immediate use.

## Storage and Disposal

All documents containing social security numbers shall be stored in a physically secure manner. Social security numbers shall not be stored on computers or other electronic devices that are not secured against unauthorized access.

Any documents that include social security numbers that are discarded shall not be thrown away in the trash; they shall be discarded or destroyed only in a manner that protects their confidentiality, such as shredding.

## Accountability

Any violation of this policy will result in corrective action up to and including termination of employment.  Certain violations of the Michigan Social Security Privacy Act, or other similar state laws, carry criminal or civil sanctions. The Company will cooperate with appropriate law enforcement or administrative agencies in the apprehension and prosecution of any person who knowingly obtains, uses or discloses social security numbers through the company for unlawful purposes.

## Medical Examinations

The Company reserves the right to require medical examinations for job-related reasons justified by business necessity or as required by law. The results and records of medical examinations are treated as confidential and will be maintained separately from an associate's personnel file.

Art Van Furniture Associate Handbook

## Drug and Alcohol Policy

The Company is committed to providing a safe, healthy, drug and alcohol-free environment for all of our associates and guests while complying with all applicable laws. As such we have a "zero tolerance" policy regarding the use of illegal drugs and/or alcohol or misusing prescribed medications. This policy is designed to promote associate health and safety, reduce absenteeism and tardiness, improve productivity, promote guest satisfaction, and protect the Company's facilities, equipment and reputation.

### Prohibitions

Whenever associates are working, operating Company equipment, in any Company vehicle, are present on Company property, or are conducting company business off-site, they are prohibited from:

- The use, possession, buying, selling, manufacturing or dispensing of:
  o Illegal drugs
  o Drug paraphernalia
  o Drugs or controlled substances not prescribed for the user
  o Using prescribed drugs in excess of what is prescribed
  o Alcohol, including during meal periods
  o Note: Alcohol may be served at some Company-sponsored events as approved by the President or his designee. In these cases associates who are "working" are not allowed to drink. Under no circumstances, working or not, are associates allowed to be impaired.
- Reporting to or being at work impaired by, under the influence of or having in one's bodily systems:
  o Drugs not prescribed for the user
  o Illegal drugs
  o Marijuana even with a card
  o Medically-unauthorized drugs or controlled substances, or alcohol
  o If you are in a safety-sensitive job (drivers), you may not consume alcohol for four hours before on-duty time; and, if required to take a DOT post-accident test, for eight hours after the accident or until taking the post-accident test, whichever is first.
- Drugs that impact your ability to perform your job safely.

### Drug Testing

Prospective associates, even rehires, must pass a post-offer pre-employment drug test. During employment Associates may be subject to testing for drugs or alcohol. You may be required to undergo a drug or alcohol test:

- If there is reasonable cause to believe that your demeanor, judgment or performance is impaired, or
- On promotion to a management position, or
- On return from a leave of absence, or
- After an at-fault accident, injury, or property damage, or
- As required by law, including DOT regulations. For example, delivery and shuttle drivers are subject to pre-employment, random, reasonable suspicion, return-to-duty, follow-up and post-accident testing, or
- On recall after layoff  or
- On a random basis (all associates who are eligible to operate commercial labeled motor vehicles in the course of their employment)
- All drug/alcohol tests must be taken within 48 hours of request or the associate is subject to administrative action up to and including termination.

### *Consequences*

If you test positive for covered drugs or alcohol or <u>refuse</u> to cooperate in the testing process including not timely completing a test, you are subject to corrective action, up to and including termination of employment or denial of employment.

### *Prescribed Medications*

This policy does not prohibit you from the lawful use and possession of prescribed medications i.e., those that can be legally prescribed under both federal and state law.

You must, however, consult with your doctors about the medications' effect on your fitness for duty and ability to work safely, and promptly disclose any work restrictions to your manager. You should not, however, disclose underlying medical conditions unless directed to do so. You may not perform your job duties while taking prescribed drugs that adversely affect your ability to safely and effectively perform your job duties. For example, drivers may not report for duty or remain on driving duty when using any controlled substance, except when the use is at the instruction of a physician who has advised the driver that the substance does not adversely affect the driver's ability to operate a commercial motor vehicle. If you are taking a prescribed medication you must carry it in the container labeled by a licensed pharmacist or be prepared to produce this if asked.

### *Marijuana (Medical or Otherwise)*

Marijuana, even if prescribed under an existing state medical marijuana law, remains illegal under federal law and under our Company's policy to the fullest extent as is consistent with the law of the state in which the associate is employed.  Therefore, associates testing positive for Marijuana use, regardless of prescription, may be subject to corrective actions, up to and including termination.

### Voluntary Requests for Treatment

The Company assists and supports associates who voluntarily seek help for illegal drug use and alcohol misuse <u>before</u> becoming subject to corrective action and/or termination under other Company policies. You may use available paid time off, may be placed on a leave of absence if available and appropriate, or referred to treatment providers and otherwise accommodated as required by law. You may be required to document that you are successfully following prescribed treatment, and to take and pass follow up tests.  If you want to seek help, you must do so before a drug or alcohol test is scheduled and, for drivers, before reporting to duty. That is, you may not self-identify and seek help to avoid testing or disciplinary actions based upon your performance. Once a test is scheduled, you are subject to corrective action up to and including termination of employment if the test is positive.

### Information About Substance Abuse

Information about the consequences of illegal drug use and alcohol misuse as well as sources of help are available from the Employee Assistance Program, the National Institute for Drug Abuse (NIDA), at www.nida.nih.gov, and the National Highway Traffic Safety Administration (NHTSA), at www.nhtsa.dot.gov.

## Reduction in Workforce

In the event of a reduction in work force at your location or department, our policy is to retain the most capable associates that have demonstrated skills for the positions that will remain. We may

consider a number of factors, including skills, abilities, performance review scores, length of service and disciplinary records.

## External Requests for Employment Information and References

The Company attempts to balance the confidentiality and privacy concerns of its associates with the legitimate information needs of other organizations. The Company also considers your interests in having employment information in your files disclosed as quickly and easily as possible to authorized outside organizations.

To ensure the confidentiality of employment records (including personnel, medical and payroll files) and to protect each associate's privacy, the Company does not release any information about current or former associates without a signed consent and release in a form acceptable to the Company, unless required by law. When references are requested, the Company's policy is to provide dates of employment, last position held and confirm wages, when appropriate.

The Company responds to government requests for information received from federal, state or local authorities including officials and authorized representatives of the courts, as well as law enforcement and other government agencies, as required by law.

If you want the Company to release information from your employment records (i.e. personnel file, medical file and/or payroll file) please see your manager or contact the Payroll Department for the Consent and Release form.

## Leaving the Company

If you choose to resign from employment, you are requested to submit a two (2) week written notification of your resignation to your manager. The written notification should state the date the notice was submitted, the reason for resigning and the proposed last day of work.

Once the notice is given, you are expected to actively work through the effective date of termination. In some cases, in the company's sole discretion, the associate may be asked to immediately leave their work location. Vacation time or personal time may not be used as the last day or to extend the termination date.

You are required to return all company property (i.e. identification badge, keys, uniforms, equipment, Handbook, etc.) to your manager on your last day of employment.

Your last paycheck is issued during the next regular pay cycle. Unless other arrangements are made directly with the Payroll Department, your last check will be paid in exactly the same manner as all other checks you received from the company.

If you are not in your first year of employment and have a balance in your vacation bank at termination, or if any other payments are required by state law, the balance is paid as soon as practicable, during a regular pay cycle.

There is no payoff for unused sick/personal time (non-exempt associates).  Benefits end on last day worked (all associates).

Following termination, a health insurance benefit package is mailed to your home address. The information in the package notifies you on how your group health insurance benefits have been affected by your termination, and includes the opportunity to elect continuation coverage through COBRA.

## Post-Termination Benefits Information

For information on:
- Life Insurance, 401k, or other benefits, contact the Benefits area of the Human Resources Department.
- See information on COBRA in the Employee Benefits Section.

## Re-Employment Eligibility

The following are re-employment eligibility requirements for regular full-time and regular part-time associates, and rules for recognizing prior service for regular full-time associates.

### Eligibility Criteria

Where business needs dictate, it is the practice of the Company to consider re-employment for associates who terminated:
- Voluntarily;
- Due to a reduction in the work force (for example, lay-off); or
- Involuntarily but were successful in the Open Door Procedure.

And, who:
- were rated "expected" or better at termination;
- were recommended for rehire by their former manager;
- Successfully completed their first ninety (90) days of employment ("Getting Acquainted Period");
- Pass any required alcohol or drug testing and background checks.

> If you do not meet the above criteria, you are not considered for re-employment.  Former associates eligible for re-employment are either REINSTATED or REHIRED.

### Reinstated Associates

To be considered reinstated, you must have at least one (1) year of full-time employment with the Company prior to termination, and be either:
- Re-employed within six (6) months of the termination date; or
- Recalled from lay-off within six (6) months; or
- Re-employed based on the result of the Company's Open Door Procedure.

If you are reinstated, your Benefits and Length of Service are handled as follows:
- You retain your length of service which is used to determine eligibility for benefits. Your eligibility for benefits is governed by the terms of each benefit plan.
- If you have been absent from the company for more than 90-days you will be required to fill out new paperwork as well as agree to a Background check and pre-employment drug test.
- Benefits are effective the day you are re-employed in a regular full-time position provided you had previously met the eligibility requirements for the benefit plan.
- You receive credit for prior full-time service towards the eligibility requirements for medical, dental, vision, basic life insurance, disability, and paid time off benefits (for example, sick/personal time, vacation, jury duty, holidays and bereavement).
  - Prior medical premiums paid by the associate are applied toward the first eighteen (18) months of medical payments. (Art Van Only)
  - Optional Life Insurance benefits for spouse and/or dependents may be elected.
- Length of service is retained for eligibility requirements for a Leave of Absence.

Art Van Furniture Associate Handbook

## Rehired Associates

If you are re-employed and do not meet the criteria for reinstatement, you are considered a new associate from the date of re-employment.  You do not retain your prior length of service or credit for prior full-time service. If you have been absent from the company for more than 90-days you will be required to fill out new paperwork as well as agree to a Background check and pre-employment drug test.

If you are rehired, your Benefits and Length of Service are handled as follows:
- You must meet the eligibility requirements for each benefit plan at the time of re-employment.
- Generally, length of service is not retained for eligibility requirements for a Leave of Absence.  Contact the Benefits area of the Human Resources Department for leaves of absence exceptions.

# LEAVES OF ABSENCE

The Company provides leaves of absence for regular full-time and regular part-time associates in accordance with applicable federal and state laws.  Levin associates are required to turn a  Leave of Absence form in to Human Resources.

## General Provisions for All Types of Leaves

The following are general provisions for leaves of absence.  The Company provides 5 different types of leave:
1. Family Medical Leave (FMLA)
2. Medical Leave (Non-FMLA)
3. Work-Related Medical Leave (Worker's Compensation)
4. Military Leave
5. Personal or Other Leaves (Non-FMLA)

See below for information on each type of leave.  Additional state-specific leave policies are located at the end of this section.

### Notification and Duration of Leave

- You must notify your manager of the need for a leave.  In no instances are leaves granted automatically.
- Your manager in conjunction with the Benefits area of the Human Resources Department reviews and approves the leave request.  Personal leaves also require the Regional Human Resources Manager's and the Regional Director's review and approval.
- A leave must have a specified duration and expected return to work date determined at the time the leave is granted or extended.
- You must provide thirty (30) calendar days advance notice when the need for the leave is foreseeable.  If the need is not foreseeable, you must provide as much notice as practicable prior to beginning the requested leave.  In no event will notice be provided after work is missed.
- If you use a leave of absence for a purpose other than for which it was granted or extended, your employment is terminated. The termination date is recorded as the last day you worked.
- You may not engage in activities inconsistent with the leave.
- Jobs will be held no longer than twelve (12) weeks except when appropriate as a reasonable accommodation.
- A leave of absence, with the exception of Military Leaves or as may be required by law, cannot extend beyond twenty-six (26) weeks. Generally, if you do not return to employment within twenty-six (26) weeks for any combination of leaves of absence taken in any twelve (12) month period, your employment is terminated.
- If the associate requests, the company evaluates whether it is appropriate to provide the associate with a reasonable accommodation, such as an additional amount of leave.  The company will consider all requests for accommodation in accordance with the provisions of the Americans with Disabilities Act (ADA).

## Art Van Furniture Associate Handbook

### Compensation and Benefits

- If you are eligible for a pay increase while on a full leave of absence, you receive any increase within a reasonable period of time following your return to regular employment.
- You may be required to pay your portion of your benefit costs during your leave.  The Benefits area of the Human Resources Department will provide you with information on how your benefits will be handled.

### Paid Time Off Benefits (does not apply to Military Leaves of Absence)

Refer to the Vacation Time policy in the Benefits section of this Handbook for how a Leave of Absence may affect your vacation award.  If you are on a full leave of absence on your anniversary date, you receive your vacation time in your vacation bank upon your return to regular employment.  If you do not return to work from leave, you do not receive the vacation time.

#### *Paid Leaves*

If you are on a paid leave where you are using sick/personal time or vacation time you continue to earn paid time-off benefits provided by the Company.

#### *Unpaid Leaves*

If you are on an unpaid leave or receiving income replacement benefits such as short-term disability or worker's compensation, you are not entitled to continue earning paid time-off benefits.

Employees on unpaid leave are not paid for holidays (observed and birthday), jury duty service and bereavement time that fall within an unpaid leave of absence (including associates receiving income replacement benefits such as short-term disability and worker compensation benefits).

### Expiration of Leave/Return to Work

If you fail to return to work on the first working day following the expiration of the leave, you are considered to have voluntarily resigned.  The termination date is the expiration of the leave date (does not apply to Military Leaves).

### Types of Leaves

See following sections for detailed information on each type of leave listed below.

| Type of Leave | When Eligible | Maximum Length of LOA | What happens when leave is exhausted? | Maximum Period Company Will Hold Former or Equivalent Position |
|---|---|---|---|---|
| Family or Medial Leave (FMLA), including FMLA exigency excluding FMLA caregiver | After 12 months and worked at least 1,250 hours | 12 weeks* | Leave may be extended with Non-FMLA time | 12 weeks |
| Medical Leave (Non-FMLA) | 90 days of employment | 26 weeks* | Employment terminated | Return to position not guaranteed; may apply for open positions |
| Personal Leaves and Other Leaves (Non-FMLA; Non-Medical) | After one full year | 26 weeks* | Employment Terminated | Return to position not guaranteed; may apply for open positions |
| * Maximum time for above <u>combined</u> leaves: 26 weeks | | | | |
| Work-Related Medical Leave (Workers Compensation) | Immediately | No maximum | No maximum | 6 months |
| Military Leaves USERRA | Immediately | 5 years | Employment Terminated | 12 weeks but can be reinstated up to 5 years |
| Military Caregiver FMLA | One year | 26 weeks | Employment Terminated | 26 weeks |

## 1. Family or Medical Leave (FMLA)

It is the Company's intention to provide FMLA leave and benefits consistent with the FMLA.  In the event of any inconsistency between the FMLA and this policy, the FMLA will control.

If you are a regular full-time or regular part-time associate you may be eligible for family or medical leave under the Family and Medical Leave Act (FMLA), a federal statute that covers any associate who has been employed by the Company for at least twelve (12) months (need not be consecutive) within the last seven (7) years and has worked for the Company at least 1,250 hours within the previous twelve (12) month period.

If you have previously taken a military leave you should contact the Benefits area of the Human Resources Department to determine if you meet the required months of service and number of hours to qualify for FMLA.

To qualify as FMLA leave, you must be taking leave for one of the following reasons:
- Due to your own serious health condition as defined by the FMLA and as certified by a health care provider and defined by the FMLA.
- The birth of associate's child, or to care for associate's newborn child.

- The placement of a child with associate for adoption or care or to care for the newly placed child.
- To care for your parent, spouse or child with a serious health condition as certified by a health care provider and defined by the FMLA.
- To care for an injured or ill service member (family).
- A covered family member's active duty or call to active duty in the Armed Forces or related exigency.

Bases for Exigency Leaves.  For Service Members and Qualifying Family:
- Issues related to short notice deployment.
- Attending military events and related activities.
- Certain childcare and related activities related to active duty call-up.
- To arrange care for military member's ill parent.
- To make financial arrangements or attend counseling related to call-up.
- Certain leaves for rest and recuperation during deployment (up to fifteen (15) days.
- Certain post-deployment activities.

Associates WHO QUALIFY for Leave under the Family and Medical Leave Act (FMLA)

If you qualify for a leave under the Family and Medical Leave Act (FMLA), you may take up to twelve (12) weeks of leave in any twelve (12) month period (or up to a total of twenty-six (26) weeks of leave in a single twelve (12) month period to care for an injured or ill service member). Except for leaves to care for an ill or injured service member, the Company measures the twelve (12) month period as a rolling twelve (12) month period measured backward from the date an associate uses any leave under the FMLA.  For leaves to care for an injured or ill service member, the single twelve (12) month period begins the first day the employee takes for leave and ends twelve (12) months after that date.

Work-related medical leaves (as defined above) and Short Term Disability leaves that you may be eligible for run concurrently with medical leaves covered under the Family and Medical Leave Act.

## *Reduced Schedule or Intermittent Leave*

Leave may be taken on a reduced schedule or intermittent basis, where certified by a health care provider as medically necessary, to care for a seriously ill family member, because you are seriously ill and unable to work, and to care for an injured service member.

Reduced schedule or intermittent leave may also be taken for a family member's active duty or call to active duty.

Reduced schedule and intermittent leave is generally not available after the birth of a child or to care for the newborn child, or after the placement of a child for adoption or foster care or to care for the newly-placed child.

If you need a reduced schedule or an intermittent leave, you must attempt to schedule your leave so as not to disrupt the Company's operations.

If both an associate and their spouse work for the Company and each wishes to take leave for: Birth of a child, adoption or placement of a child in foster care, or to care for a parent with a serious health condition, you and your spouse may take a combined total of twelve (12) weeks of leave.  The twelve (12) weeks is not shared to care for a child with a serious health condition.

In cases where the request is to care for a covered injured or ill service member, you may take a combined total of twenty-six (26) weeks of leave in a single twelve month period.

## *Compensation and Benefits*

A family or medical leave under the FMLA is coordinated with sick/personal time, vacation time and income replacement benefits such as short-term disability and worker's compensation.

You may choose to use any available sick/personal time, vacation time or a combination of both until you qualify for short-term disability or worker's compensation income replacement benefits. If you have available vacation time, you must use it before taking unpaid time off.

All insurance benefits (i.e., medical, dental, vision, life and disability) continue during the FMLA leave provided you continue to pay your weekly contribution rate.  If you do not return to work following FMLA leave for a reason other than:  a) the continuation, recurrence, or onset of a serious health condition which would entitle you to FMLA leave; or b) other circumstances beyond your control, you may be required to reimburse the Company for its share of health insurance premiums paid on your behalf during the FMLA leave.

The Company designated holidays that fall within the requested leave period count toward the twelve (12) week or twenty-six (26) week, whichever is applicable, FMLA entitlement.  For example, if you are on a full leave of absence and a holiday falls on a Monday, the entire week is counted toward the twelve (12) week FMLA entitlement.

## *Expiration of Leave/Return to Work*

When you return from a qualified FMLA leave, you will be returned to the same or equivalent position.

In the case of a medical leave, you must submit a Physician's Fitness for duty certificate which states that you are physically able to return to work either in a full or modified capacity.  If you are released to work in a modified capacity, the Fitness for Duty certificate must detail work restrictions as well as duration. The Company determines whether the work restrictions can be reasonably accommodated to allow you to return to work. The Company may require you to submit to a job-related medical examination to help determine your ability to perform the essential functions of the job.

Refer to General Provisions For All Types of Leaves for further requirements on leaves of absence.

## 2. Medical Leave (NON-FMLA)

Associates who DO NOT QUALIFY or have exhausted a Leave under the Family and Medical Leave Act (FMLA)

If you do not qualify for a leave under the Family and Medical Leave Act, or you have exhausted your twelve (12) week entitlement under the FMLA and you are unable to work due to a non-work related medical condition, you may be granted a discretionary, Non-FMLA leave of absence if:

- You have successfully completed the first ninety (90) days of employment ("Getting Acquainted Period"),

- You provided medical certification of your medical condition. Contact the Benefits division of the Human Resources Department for the certification form. Note: if you have been approved for short-term disability benefits, that will be accepted as certification, and your manager, in conjunction with Human Resources has determined that business factors permit the granted/extension of Non-FMLA leave.

A leave of absence, with the exception of Military Leaves or as may be required by law, cannot extend beyond twenty-six (26) weeks. Generally, if you do not return to employment within twenty-six (26) weeks for any combination of leaves of absence taken in any twelve (12) month period, your employment is terminated.

## *Compensation and Benefits*

You may choose to use any available sick/personal time, vacation time or a combination of both unless you qualify for short-term disability benefits.  If you have available vacation time, you must use it before taking unpaid time off.

*Group Health Insurance benefits for associates:*

- Group health insurance benefits (i.e. medical, dental and vision) are continued by the Company for the length of the approved leave or twenty-six (26) weeks, whichever is shorter. You are responsible for continuing to pay your normal contribution rate.
- Basic and optional life insurance and disability benefits continue through the approved leave of absence, provided you pay the weekly contribution rate.

## *Expiration of Leave/Return to Work (Non-FMLA Discretion Medical including Workers Compensation)*

You must submit to the Benefits area of the Human Resources Department a Physician's Fitness for Duty certificate (available on Company Websites or from your manager) or other official documentation from your physician which states that you are able to return to work either in a full or modified capacity.  The Company may require you to pass a drug and alcohol screen before returning to work if your full leave of absence is more than thirty (30) calendar days.

If you are released to work in a modified capacity, the Fitness for Duty certificate must detail work restrictions and duration.  The Company determines whether the work restrictions can be reasonably accommodated to allow you to return to work.  The Company may require you to submit to a job-related medical examination to help determine your ability to perform the essential functions of the job.

## 3. Work-Related Medical Leave (Workers Compensation)

If you sustain a work-related injury or illness you are required to immediately notify your manager or the Loss Prevention Department. Refer to Safety Rules in the Safety & Security section of this Handbook.

To qualify as work-related, an injury or illness must arise out of and in the course of employment as defined by state law.  In general, injuries or illnesses are considered to arise out of employment if the injury or illness results from you performing assigned work duties.  In general, they arise in the course of employment if they occur when you are in the assigned work area during regular work hours.

If the injury or illness results in your inability to perform the essential functions of your job, and the company selected physician has deemed that you cannot work without restrictions that can be accommodated, you are considered to be on a Work-Related Medical Leave of Absence. The Company is dedicated to helping you return to work as soon as possible. You are expected to maintain contact with your manager, the Worker's Compensation and Risk Manager and the Benefits area of the Human Resources Department regarding the status of your work-related injury or illness.

Work-related medical leaves run concurrently with the Family and Medical Leave Act (FMLA) provided the associate meets the eligibility criteria for FMLA.

## *Compensation and Benefits*

If you are on a work-related medical leave, you may apply for income replacement benefits through worker's compensation insurance.

You may choose to use any available sick/personal time, vacation time or a combination of both during the state mandated waiting period for worker's compensation benefits.

- Group health insurance benefits (i.e. medical, dental and vision) are continued by the Company for the length of the approved leave or six (6) months, whichever is shorter. You are responsible for continuing to pay your normal contribution rate.
- Basic and optional life insurance and disability benefits continue through the approved leave of absence, provided you pay the weekly contribution rate.

## *Expiration of Leave/Return to Work (All leaves including Workers Compensation)*

The Human Resources Department or the Worker's Compensation and Risk Manager, whichever is applicable, and the Company's insurance carrier follow-up with you and/or the physician regarding your ability to return to work either in a full or modified capacity. If necessary, a consultation with a physician other than your own physician may be required in order to evaluate your work capacity.

Refer to General Provisions For All Types of Leaves for further requirements on leaves of absence.

## 4. Military Leaves

It is the Company's intention to provide USERRA leave and benefits consistent with the USERRA.  In the event of any inconsistency between the USERRA and this policy, the USERRA will control.

The Company supports those who serve in the armed forces to protect our country and complies with the Uniformed Services Employment and Reemployment Rights Act (USERRA) and with state military leave laws that provide employment reinstatement and other rights to associates serving in the uniformed services.

The Company will grant reinstatement rights to associates performing service in the uniformed services, regardless of date of hire, for a period of up to five years of cumulative military service (longer under certain conditions).

## *Eligibility*

You are eligible for military leave if you meet the following eligibility requirements:
- You must be a member of or entering a uniformed service protected by state of federal law.
- You must be performing uniformed services duty.
- You must provide either verbal or written notice of military service as far in advance of service as possible, unless giving notice is impossible or precluded by military necessity.
- Notice should be provided to your manager.

## Compensation and Benefits

The leave is unpaid. You may use available personal time or vacation time but you are not required to do so.

You do not earn vacation time and sick/personal time while on unpaid military leave.

## Group Health Insurance Benefits

For leaves less than thirty-one (31) calendar days, you continue to receive your group health insurance benefits (i.e., medical, dental and vision benefits). You are responsible for continuing to pay your weekly contribution rate.

If the leave of absence is thirty-one (31) calendar days or more, you have the opportunity to elect continuation coverage for group health insurance benefits (i.e. medical, dental and vision) through COBRA from the first day of leave up to the length of the leave or twenty-four (24) months whichever is shorter.  You are responsible to pay your share and the employer portions of the health insurance premium rate plus an administrative fee. Refer to COBRA in the Benefits section of this Handbook.

Basic and optional life and disability insurance continue while you are on a military leave for up to six (6) months, provided you continue to pay the weekly contribution rate.

## Expiration of Leave/Return to Work

At the conclusion of the leave, you may be eligible for re-employment if:
- You have provided advance written or verbal notice of your service obligations (active duty or training).
- You have five years or less of cumulative service in the uniformed services while working for the Company.
- You return to work or apply for re-employment in a timely manner as defined by USERRA.
- You have not been separated from uniformed service with a disqualifying discharge or under other than honorable conditions.

If you are eligible to be reemployed, the Company will restore you to the job and benefits you would have attained if you had not been absent due to military service, or, in some cases, a comparable job.

The return to work is processed in accordance with state and federal laws.

Refer to General Provisions For All Types of Leaves for further requirements on leaves of absence.

Questions regarding the Company's military leave policy, applicable federal and state laws and continuation of benefits must be directed to the Benefits area of the Human Resources Department.

## 5. Personal Leaves and Other Leaves (Non-FMLA) (Non-Medical)

The Company recognizes that there may be compelling personal reasons, other than reasons covered under other types of leaves of absence, for you to request a leave of absence.  A regular full-time or regular part-time associate who has worked for the Company for at least one (1) full

year of continuous employment may request a personal leave of absence which may be granted or denied in the sole discretion of the Company.

### *Notification and Duration*

A request for personal leave is granted at the Company's sole discretion.  Generally, a personal leave of absence may be granted for up to thirty (30) calendar days with management approval. Any extension to a personal leave requires management approval prior to the expiration of the initial leave.

### *Compensation and Benefits*

The personal leave of absence is an unpaid leave.  However, all available sick/personal time and then vacation time is applied to the leave until exhausted.  Thereafter, the remaining personal leave is unpaid.

Group Health Insurance benefits (i.e. medical, dental and vision) cease at 12:00 midnight on your last paid day of the leave of absence. You have the opportunity to elect continuation coverage for group health insurance benefits (i.e. medical, dental and vision). You are responsible to pay your share and employer portions of the health insurance premium rate plus an administrative fee while on unpaid leave. Refer to COBRA in the Benefits section of this Handbook.

Upon return to regular employment, if you did not elect COBRA during your leave you may re-enroll in group health benefits after completing a new waiting period or at open enrollment, whichever comes first.

Basic and optional life insurance and disability insurance benefits continue through the approved leave of absence provided you continue to pay the weekly contribution rate.

### *Expiration of Leave/Return to Work*

The Company does not guarantee your position will be held during the leave or that an equivalent, or any, position will be available upon the expiration of the leave.

The Company complies with State-specific leaves, e.g. Military Family Leave, Leave for Victims of Domestic Violence, School Activity Leave (consult Human Resources for specifics).

## Other State Provided Leaves of Absence

### *Pennsylvania*

Pennsylvania Road Closures During a State of Emergency:  If you are unable to report to work due to a closure of roads in the county in which you live, or the county in which you work, resulting from a state of emergency declared by the Governor, you must contact your manager or follow your departmental procedure, as soon as you are aware that you are unable to report to work.  Associates will not be disciplined for such absences, but such time off will not be paid, in accordance with applicable law.

Pennsylvania Witness Duty/Crime Victim Leave:  You are permitted leave if you attend court because you are a victim of a crime, are a witness to a crime, or if a member of your family is a victim of a crime.  You must notify your immediate supervisor as soon as you become aware of your need to

appear in court. You are to provide your supervisor with documentation of your court appearance and, if possible, an estimate of the amount of time you will be absent from work and provide a daily update. Such leave is unpaid, in accordance with applicable law.

Pennsylvania Emergency Response Leave:  If you are a volunteer firefighter, fire police officer, or volunteer member of an ambulance service or rescue squad, and will miss any work because you responded to a call in the line of duty prior to reporting to work, you must notify your supervisor as soon as you are aware that you will be late to work, or unable to report to work.  You must provide your supervisor with a statement from the chief executive officer of the volunteer fire company, ambulance service, or rescue squad, documenting the time of the call and your presence at the scene. Such time off will be unpaid, in accordance with applicable law.

Pennsylvania Military Leave:  If you are a member of the U.S. armed services and are called for active military duty, other than for training, the Company will continue your health insurance and other benefits in effect at the time of your leave for the first 30 days of your leave, at no additional cost to you.  After the first 30 days of military leave, you have the voluntary option of continuing any health insurance and other benefits in effect at your own expense by paying for the insurance or benefits at the same rates paid by the Company, and the insurance coverage shall continue, except for injuries incurred in the line of military duty.

## *Ohio*

Ohio Pregnancy/Maternity Leave Policy:  Female associates working in Ohio are entitled to a reasonable leave of absence for pregnancy, childbirth and related medical conditions upon hire. Generally, twelve workweeks will be considered "reasonable" leave.  Leave under this policy is available when medically recommended and will include time off for pregnancy related complications (including severe morning sickness) and prenatal care appointments.  Deviations from the twelve weeks will be considered on a case-to-case basis and will take into consideration the associate's need and the Company's legitimate operational needs.

Associates seeking leave under this policy must submit their request to Human Resources 30 days before the first day of the absence requested.  If 30 days advance notice is not possible, associates must provide notice to Human Resources as soon as practicable (generally within 24 hours of learning of the need for leave).  The notice must include the anticipated timing and duration of the leave. Failure to provide such notice may be grounds for delay of leave. Associates must also give notice as soon as practicable if the dates of leave change and/or are extended.

A pregnancy/maternity leave of absence is unpaid.  As with FMLA leave, vacation/ sick/PTO time must be taken concurrently with the leave of absence. Pregnancy/maternity leave shall be available without regard to FMLA eligibility; however, if the associate is eligible for FMLA leave, any pregnancy/maternity leave shall run concurrently with FMLA leave.  In other words, FMLA/vacation/sick/PTO time does not extend the amount of leave available.

Associates who take a reasonable amount of leave under this policy will generally be returned to their original position or to a position of like status and pay upon signifying their intent to return to work.

Ohio Witness Duty Leave:  You are permitted leave if you are required by law to:
- Serve as a witness, pursuant to a subpoena, before a grand jury or in a criminal proceeding;
- Attend a juvenile court proceeding, pursuant to a subpoena;
- Assist, at the prosecution's request, in preparing for or attending, pursuant to a subpoena, a criminal or delinquency proceeding in which you are the victim, a family member of the victim, or the victim's representative; or

- Participate in a hearing before the Youth Services Release authority as the victim or the victim's representative.

You must give notice to your supervisor that such an appearance is required by submitting a copy of the court notice or subpoena.  Such leave will be unpaid, in accordance with applicable law, unless it pertains to a proceeding involving the Company, or involving you during the course of your employment.

Ohio Voting & Election Official Leave:  If you need time off to vote on an election day because your work schedule would otherwise prevent you from being able to vote, inform your supervisor prior to the election day, and you will be provided a reasonable amount of time off to vote, most likely at the beginning or end of the scheduled work day.  If you are an election official, please inform your supervisor of the need to take time off from work, prior to any registration or Election Day.  Leave for voting and/or election official duty is unpaid, in accordance with applicable law.

Ohio Emergency Response Leave:  If you are a volunteer firefighter or a volunteer provider of emergency medical services, and miss any work because you responded to an emergency prior to reporting to work, you will be granted such time as unpaid leave, in accordance with applicable law.  You must make every effort to provide notice to your supervisor prior to the beginning of your work shift if you will be late or absent from work because of being dispatched to an emergency.  If advance notification is not possible, you must provide your supervisor with a written explanation from the chief of the volunteer fire department or the director of the EMS service. To qualify for this type of leave, an associate must submit written notification to the Company no later than 30 days after being certified as a volunteer firefighter or a volunteer emergency services provider.

Ohio Military Family Leave:  Under certain circumstances, Ohio associates will be eligible for Ohio Military Family Leave.  Eligible associates are entitled to up to ten days or eighty hours (whichever is less) of unpaid leave per calendar year.  To be eligible for such leave, you must meet the following eligibility criteria:

- You must have been employed with the Company for at least 12 consecutive months;
- You must have worked at least 1,250 hours for the Company in the 12 months immediately preceding the start of the leave;
- You are the parent, spouse or person who has or had legal custody of a person who is a member of the uniformed services who (1) is called into active duty in the uniformed services for a period of thirty-one days or more or (2) is injured, wounded or hospitalized while serving on active duty in the uniformed services;
- You give the applicable notice of the leave, as explained further below, to the Company;
- The dates on which you take leave under this policy occur no more than two weeks prior to or one week after the deployment date of your spouse, child, ward or former ward; and
- You do not have any other leave available for your use except sick leave or disability leave.

Definitions

"Active duty" means full-time duty in the active military service of the United States or active duty pursuant to an executive order of the President of the United States, an act of the Congress of the Unites States, or a proclamation of the governor.  "Active duty" does not include active duty for training, initial active duty for training, or the period of time for which a person is absent from a position of employment for the purpose of an examination to determine the fitness of the person to perform any duty unless such period is contemporaneous with an active duty period.

"Uniformed services" means the armed forces, the Ohio organized militia when engaged in full-time National Guard duty, the commissioned corps of the public health service, and any other category of persons designated by the President of the United States in time of war or emergency.

Notice
If you are requesting leave because your spouse, child, ward or former ward is called into active duty, you must give the Company notice of your intended leave at least fourteen days prior to the start of the leave.

If you are requesting leave because your spouse, child, ward or former ward has been injured, wounded or hospitalized, you must give the Company notice of your intended leave at least two days prior to the start of the leave.  However, if you receive notice from a representative of the uniformed services that the injury, wound or hospitalization is of a critical or life-threatening nature, you may take such leave without providing advance notice to the Company.

Certification
In addition to the required notice, you must provide the Company with certification from the appropriate military authority verifying the following:

- Identifying the member of the uniformed services (1) is called into active duty in the uniformed services for a period of thirty-one days or more or (2) is injured, wounded or hospitalized while serving on active duty in the uniformed services;
- The date of the call to active duty; and
- When applicable, a statement that the injury, wound or hospitalization is of a critical or life-threatening nature.

The certification need not be provided at the same time that you provide notice of the leave, but must be provided within a reasonable time thereafter.  Please discuss the required certification with the Company's Resources Department.

Benefits
During military family leave under this policy, the Company will continue to provide you with your regularly provided benefits, including but not limited to any medical insurance, disability insurance, life insurance, and retirement plans.  However, you will continue to be responsible for your portion of the cost of such benefits. Because leave under this policy is unpaid, please make arrangements with the Human Resources Department to make arrangements for payment of your premiums during your leave.

You will also remain eligible for any benefits that you accrued prior to the start of such leave.

Job Restoration

At the end of your leave, you will be restored either to the position you held prior to the leave or to a position with equivalent seniority, benefits, pay and other terms and conditions of employment.

Questions

If you have questions regarding this policy, including your eligibility or the requirements for such leave, please contact the Human Resources Department.

# ASSOCIATE'S GENERAL OBLIGATIONS

This section of the Handbook describes your personal obligations as an associate.   Besides specific job duties that are unique to your position, the Company counts on every associate to:

- **Work to the best of your ability**. Our values include passion and tenacity. This means doing the very best job you can on every task. This includes completing the task on time and getting it done right. It also means taking care of all the details surrounding the task so that others don't have to pick up the loose ends. Finally, it means using good judgment, asking questions, anticipating problems, taking the initiative to prevent the problems from occurring and offering your ideas on how to get the job done better.
- **Abide by our policies and exemplify our values**. You are expected to follow the policies in this Handbook and to observe our other policies including our PARTNERS Values. Regardless of your position, you are expected to be a role model for others.
- **Be a good representative of our Company.**  You are "the Company" to the people with whom you have contact. Everyone is a potential guest. Strive to exceed their expectations.  Our guests' confidence in us depends not only on how we treat them but on our appearance. Your position may require a uniform so that you may readily be identified. Whether or not you wear a uniform, maintaining a clean, neat and professional appearance will enhance our guests' experience.  If you encounter an upset or quarrelsome guest, and you are unable to resolve the situation, seek help from your manager.
- **Be a good team member**. We are all members of one team. Our common goals are to maximize the sales of our merchandise and provide the best guest service.  For the team to thrive, we must all do our share and also help each other. You should conduct yourself ethically and demonstrate a respectful, supportive and responsive attitude in your dealings with other associates.

## Conduct & Safety Rules

Associates who violate conduct rules are subject to corrective action, ranging from counseling to termination of employment. The Company reserves the right to skip steps, repeat steps, and to issue discipline it determines appropriate.  The listing of these rules does not modify the at-will nature of the at will employment.

### Major Conduct Offenses

Violations of some rules are so serious that they generally result in immediate termination of employment. These rules include, but are not limited to:
- Rude, abusive or offensive treatment of guests, vendors, or other associates; or the use of profane or abusive language.
- Refusal or neglect to properly serve the customer, and/or acting in an unprofessional manner to our customer.
- Violations of the Company's Fair and Respectful workplace and Anti-Harassment policy.
- Fighting or provoking a fight at any time with an associate, guest or vendor.  This includes in our buildings, stores, or any job site or work related event.
- Any unwanted physical touching.
- Possessing any weapons of any kind at the workplace, while engaged in activities for the Company and at company-sponsored events.
- Intimidating, threatening, coercing, or interfering with associates or supervision at any time.
- Violating the drug and alcohol policy, including, but not limited to, possession or drinking of any alcoholic beverages on Company property, including the parking lot, driveway, and Company vehicles or equipment, at any time, including during rest breaks or meal periods.

- Reporting for or being at work under the influence of alcohol, illegal drugs or misusing prescription drugs.
- Refusing to cooperate in a Company investigation, lying or failing to give a complete statement in an investigation.
- Violating the drug and alcohol policy, including, but not limited to, possession of any illegal drugs or drugs for which the associate does not have a current valid prescription; distribution of, sale of or offering for sale any illegal or prescription drugs; giving drugs to another associate; any illegal use of drugs, including marijuana; or misuse of legal drugs on Company property, including the parking lot, driveway, and Company vehicles or equipment at any time, including during rest breaks or meal periods. Reporting for or being at work under the influence of prohibited drugs or with any amount present in one's bodily systems.
- Gambling on Company property or participating in other activities that violate local, state or federal laws.
- Sabotage, i.e., abuse, misuse, or deliberate destruction of Company property, tools or equipment, or the property of other associates. Deliberately restricting production or trying to induce others to do so.
- Negligence resulting in accident, loss, or damage to vehicles, equipment or property, or personal injury.
- Misconduct, illegal or disruptive behavior at company meetings, functions, events, seminars or any activity sponsored by or where you represent the Company.
- Permitting unauthorized individuals to enter non-public areas of the work location.
- Theft or misappropriation of company, associate, or guest property regardless of value. This includes unauthorized possession of a key to any company lock.
- Unauthorized use of a company vehicle or carrying an unauthorized passenger.
- Unauthorized use of company's vehicles, tools, machinery or equipment.
- Cash discrepancies equal to or greater than $100 by anyone handling money.
- Misusing the Associate Purchase Program. As per policy, the associate has the obligation to know and understand the policy when making a purchase.
- Accepting a bribe in any form.
- Insubordination, for example, refusing direction or instruction of supervisors pertaining to work or engaging in behavior that is disrespectful, sarcastic or dismissive.
- Sleeping on the job during working hours or appearing to sleep.
- Removing guest or associate information from company premises or using for any non-company purpose, company records or equipment, or confidential information without authorization.
- Violating the confidentiality of company information, for example, sales, prices, margins, or guest data.
- Falsifying any reports or records, including employment application, personnel or time records (either yours or another's), or records prepared in the course of your work.
- Failing, without permission, to report back to work after rest breaks, meal period, or from an authorized absence from your work location without permission.
- Three (3) scheduled working days of no call/no show in a rolling twelve (12) week period. Note: "texting" or emailing a manager to call off or call in late is not acceptable. Associates have to personally speak to their manager unless they are physically unable to do so.
- Not returning to work after expiration of a leave of absence. Note: military leaves of absence, including return to work from such leaves, are handled consistent with state and federal law.  Also, the company grants additional amounts of leave as may be required by law.
- Violating the policies on Nondiscrimination, Respectful Work Environment, Sexual Harassment, or Harassment or any violation under the EEO.
- Engaging in Workplace Violence or "Bullying."
- Repeatedly failing to use appropriate timekeeping method upon entering or leaving your work location.

- Making or publishing false statements about an associate, supervisor or manager, the Company or company products.  This applies to any media and social media outlet.
- Violating computer, e-mail, internet or intranet usage policies.
- Having books, magazines, or posters which contain nudity or sexually explicit material on Company premises or equipment, or in company vehicles.
- Failing to work scheduled overtime.
- Pending criminal charges or a criminal conviction when the number, nature, recentness or other circumstances in the Company's judgement present a real or potential risk to the safety or health of associates or others connected to our business, the security of Company premises and property, and/or company's reputation.
- Failing or refusing to submit to a required drug or alcohol test.
- Failure to report a traffic accident or traffic violation incurred in a company vehicle within reasonable time of incident.
- Major safety violations or a supervisor/manager's failure to enforce safety rules.

> This list is not all-inclusive.  There may be other violations serious enough to warrant immediate corrective action or termination of employment.

## Serious Conduct Offenses

Violations of the following rules generally result in corrective action up to termination or depending on the facts and circumstances resulting in termination of employment.  The Company reserves the right to skip steps, repeat steps, and to issue discipline it determines appropriate. Listing of these conduct rules do not modify the at-will nature of employment.

- Horseplay, scuffling, running, or throwing objects.
- Littering, creating or contributing to poor housekeeping or unsanitary conditions.
- Carelessness resulting in loss, damage or injury.
- Violating the "Solicitation/Distribution" policy.
- Posting or removing notices, signs, or writing of any form on bulletin boards or on Company property at any time without permission of management.
- Distracting the attention of others or causing confusion by unnecessary shouting, catcalls, or demonstrations in the work location.
- Entering the work location, except during your scheduled shift, without permission of the company.
- Violating the Attendance policy including excessive absenteeism or tardiness, or early departure from work without consent of your supervisor.
- Leaving your work location during working hours without permission.
- Wasting time or loitering while on the job.  This includes taking excessive breaks and not using "down time" productively.
- Failing to be at assigned work station and ready to work, at the regular starting time and at the end of rest breaks and meal periods.
- Stopping work or making preparations to leave work (such as washing up) before the start of the rest break or meal period, or before the specified quitting time.
- Failing to call in within the specified time period and notify the appropriate person of tardiness or absence.
- Smoking and/or the use of tobacco products or eCigarettes on any company property, including parking lots..
- Refusing to open personal property, upon request, as part of a security inspection or company investigation.
- Violating Appearance Guidelines.
- Excessive personal use of company telephones.
- Failing to do job assignment or to follow instructions.
- Poor work performance, such as low sales volume for sales associates.
- Cash discrepancies less than $100 caused by anyone handling money.
- Violating your store's floor rules or sales procedures.

- Violating any other written company policy stated within this Handbook or any other company document.

This list is not all-inclusive. There may be other violations that warrant corrective action.

## Safety Rules

The Company is committed to providing you with a safe work environment.  You are obligated to follow our safety policies and procedures and to work in a safe manner.  Our purpose is to protect you and your fellow associates from injury as well as to prevent damage to our property.

When an associate is observed in violation of any/all safety rule, immediate disciplinary action up to and including termination of employment will be enforced.  A supervisor or manager who fails to enforce safety rules is likewise subject to discipline, up to and including termination.

Our safety policies and procedures, include, but are not limited, to the following and apply as appropriate to your position:
1.  Wearing approved leather work boots per our Foot Protection policy. To assist you with this, the Company provides you with opportunities to receive discounts on work boots on an annual basis.
2.  Wearing required Personal Protective Equipment (PPE) for the job being performed.  Specific requirements are detailed in our Personal Protective Equipment policy, and written PPE program.
3.  Associates who operate any industrial moving equipment including pickers, hi-los, or other lift trucks or aerial platforms must have a valid, company-issued Industrial Truck Permit.  This must be renewed, at minimum, every three years.
4.  Any associate operating or riding on a picker or working on an elevated work surface (for example, mezzanine) must comply with our fall protection policy and written program. This includes wearing a company-issued body harness and fall restraint device and equipment that meets proper regulations at all times, whenever operating or riding on a picker and the use of the mezzanine safety gates/chains and appropriate lanyard use when working on elevated platforms.
5.  When lifting heavy objects, you must use safe lifting techniques and use a two man lift when appropriate.  These techniques are reviewed with associates periodically.  If you have any doubts about the proper, safe way to lift, see your manager.  Heavy or awkward objects should be team lifted. When loading trucks you must secure all the furniture in a safe, stable manner. If unsure of proper tie-down methods, see your manager.
6.  Associates operating their own personal vehicles on company business or company vehicles, including service vans, delivery trucks, shuttles and specialty vehicles must drive defensively, must remain free of distractions (including cell phone use, eating or other activities while driving) and observe all applicable state driving laws.  Our company logo is on all of our vehicles and your operation of these is a direct reflection on the Company.
7.  Follow all power lock out procedures when working on energized equipment.  Only trained, authorized associates can service equipment. Specific requirements can be found in our written Power Lock Out (PLO) program.
8.  Understand our Right to Know (RTK) program which includes how to obtain Safety Data Sheets (SDS), proper labeling of containers, and safe use of chemicals that you may encounter in the work environment.  Specific details of our RTK can be found in our written Right to Know/Hazard Communication program.

## Reporting Requirements

All associates have a general obligation to follow all safety rules and report observed violations, unsafe conditions, practices or procedures immediately upon notice.  Any member of the team must also report any defective or damaged equipment immediately. Reports should be made to

your manager or Loss Prevention immediately or via the Trust Hotline.

To report issues during non-work hours or confidentially our associates have access to our Trust Hotline by calling **844-773-7239 or via the internet at www.artvan.ethicspoint.com.**  The trust hotline is available 24/7, 365 days a year.

## Additional Safety Information

Additional information on safety procedures, policies and written programs can be found in the company Safety Training Manual located in the store, warehouse, or department manager's office and is available through the Loss Prevention Department.  Each Leader should be familiar with where to find this information along with the crisis management and Emergency response guide that is available in all locations.

## Cooperation With Investigations

During the course of your employment, you may be asked to help with an ongoing investigation including providing information, submitting to an interview and providing a written statement. These may involve anything from safety compliance, policy violations, to criminal investigations. You are expected to participate when requested and to provide truthful and complete information in whatever format requested (i.e. verbal, written, production of items.  Failure to cooperate with an investigation can lead to disciplinary action, up to and including termination.

## Emergency Organizations and Evacuations

You should become familiar with the emergency organization chart at your location. You should be aware of the emergency exits in your work area, and your meeting location should you need to evacuate. Certain individuals are assigned to emergency response situations based on position and/or training. The Crisis Management and Emergency Response Plan is posted in visible areas as a reference on how to handle emergency situations.

## Identification Badges

All associates at various corporate and warehouse locations are issued identification badges, which are the property of the Company. This badge must be displayed at all times while you are at the corporate and warehouse locations  The badge must remain in your possession at all times and may not be given to any other associates, vendors, contractors, guests, etc.

Any misuse of your badge results in corrective action up to and including termination of your employment.  If your badge is lost or stolen, please contact your manager and the Loss Prevention Department. You are charged for any lost or damaged badges.  This badge remains the property of the Company and must be returned when your employment ends.

## Key Control, Alarm and Door Cards/Codes

In certain instances, depending upon your position and work assignment, you may be issued building keys, alarm codes or door access codes/cards. These items are assigned to you and may not be shared with or used by other individuals. You are responsible and held accountable for those codes and keys issued to you. These items remain the property of the Company and must be returned when your employment ends. Violation of this policy is grounds for corrective actions, up to and including termination.

**Art Van Furniture Associate Handbook**

## Lockers/Offices/Desks and Other Company Property

During the course of your employment, you may be issued or assigned a locker, desk, cabinets or office. The Company is not responsible for items stored or left on Company property. It is your responsibility to assure any locker assigned to you is secure. Lockers remain the property of the Company and are subject to inspection. Locker inspections are conducted at the direction of company leadership or the Loss Prevention Department. The Company is not responsible for the loss of any valuables; therefore, it is recommended that you not keep any valuables on Company property.

## Lost and Found Property

If you find items or property on or about company locations, you are expected to turn that item or property over to your manager or the Loss Prevention Department in an attempt to locate the rightful owner. If, after sixty (60) days, the property is not claimed, the finder of the merchandise may claim the property.

## Parking

Designated parking areas are provided at each work location.  Parking lots are not guarded or monitored.  Please lock your vehicle.  The Company is not responsible for your vehicle or property left in it. Vehicles may not be left in the parking lot while you are not on the premises, unless you have the permission of your manager. The Company prohibits weapons to be left in your vehicle when your car is parked at work except when state law specifically requires that we permit storing weapons in your vehicle.  In no event is an employee permitted to bring a weapon into any company facility or to handle the weapon while in the parking lot.  Any violation will result in termination of employment.

## Reporting of Theft

Theft of merchandise, fixtures, or other company property directly impacts our bottom line. If you become aware of a theft situation, you have an obligation to report it immediately to your manager and the Loss Prevention Department.  Associates found to have been aware of and not reported theft may be subject to disciplinary action as well.

To report issues during non-work hours or confidentially our associates have access to our Trust Hotline by calling **844-773-7239 or via the internet at [www.artvan.ethicspoint.com](http://www.artvan.ethicspoint.com).**  The trust hotline is available 24/7, 365 days a year.

## Telephones

### Telephone Procedures

Good telephone procedures and manners are important as they are often the first impressions people have of you and the Company.  All locations have telephone standards requiring prompt and courteous phone answering and message taking to project an efficient and professional image. To ensure quality service, calls may be monitored.  Everyone who answers a company telephone, including a mobile telephone, contributes to this image.  Any concerns regarding proper telephone etiquette or procedure should be directed to your manager.

## Personal Telephone Calls

The working day is a time for all of us to get work done without interruption by non-work related telephone calls.  Personal calls should be brief in nature and in most cases limited to emergencies.  Incoming emergency calls are forwarded to you immediately. Your manager notifies you of non-emergency calls, so that you may return them on a break or lunch period. Personal cell phones are allowed inside our stores and warehouse; however, they must be kept on mute or vibrate and should never be used in a customer area. You can return calls in the breakroom during your rest break or meal period. These calls should in no way interfere with your daily work activities. No earphones or headphones for phone calls or listening to music are allowed to be worn while working in the warehouse, safety sensitive positions or in customer contact roles.

Refer to the Electronic Communication Systems below for more information on the use of telephones.

## Personal Music Devices

No earphones or headphones for phone calls or listening to music are allowed to be worn while working in the warehouse, safety sensitive positions or in customer contact roles. In other roles, the manager can determine if these devices can be used.

## Tobacco-Free Work Environment

Smoking and/or the use of tobacco products is the single most significant cause of preventable illness and premature death in American society.

Heart disease, cancer, pregnancy complications, and other health problems are linked to smoking and/or the use of tobacco products. Therefore, we have a tobacco-free work environment policy.

Smoking and/or the use of tobacco products, which includes cigarette (including electronic and/or vapor equipment),cigar and pipe smoking, and chewing tobacco, is never permitted anywhere on company property at any time, in any Company vehicle or while representing the company off premises.

For purposes of this policy, company property includes all land, buildings, structures, parking lots, including all vehicles parked in company parking lots and other means of transportation owned by or leased to the company and any areas, including customer property, where company business is conducted.

Tobacco-free zones apply on the grounds around company-owned facilities and around facilities leased or rented by the Company, whether or not signs are posted.  No ashtrays or smoking shelters are provided on tobacco-free campus grounds.  If you violate this policy, you may be subject to corrective action up to and including termination.

## Visitors

For safety, security and liability reasons, visitors are not generally permitted in a retail store back room or warehouse.  All visitors must register at the office and receive management approval prior to entering any non-public areas, offices or buildings.

## Workplace Violence and Bullying

The Company is committed to a safe and secure working environment for all associates.  We have adopted a "zero tolerance" position related to workplace violence and bullying.  All associates are expected to assist in maintaining an environment free of violence, threats of violence intimidation, and physical harassment. Threatening or intimidating behavior, behavior reasonably perceived to be threatening or intimidating, physical violence, stalking, bringing weapons (toy or real) into the workplace, dangerous or aggressive horseplay, or similar misconduct is not tolerated.  Bullying behavior is also prohibited; e.g., nonverbal demonstrations of hostility, isolating others, personal attacks, undermining the work performance of others or repeated infliction of verbal abuse or where conducted through the use of social media or other electronic forms of communication. Also refer to Prohibition of Harassment in the Associate Relations Policies section of this Handbook and our Fair and respectful workplace and Anti-harassment policy.

Any associate who is concerned about safety or violence in the workplace has a responsibility to report it immediately to their manager or the Loss Prevention Department.

## Post-Accident Drug Testing

The company maintains an aggressive policy of post-accident drug testing.  Associates at fault in causing an accident must submit to immediate drug Testing or be subject to administrative actions, up to and including termination.

## Vehicle Accident Review

All accidents involving company vehicles will be reviewed by the Accident Review Board.  Based on their findings, disciplinary actions up to and including termination may be recommended by the accident review board.

## Construction/Remodel Safety

As a growing company, we often have facilities under construction.  In these situations, associates are asked to obey all construction signs and safety requirements including the use of hard hats and eye protection.

## Confidentiality

In the course of your employment, you will have access to confidential and proprietary information of the Company, including financial and operating data, sales and sale plans, prices, margins, customer lists, future plans and specifications, purchasing information and data, business systems and processes, market information, buying customs and procedures, promotional plans, and other information which is proprietary to the Company.  You may also have access to private, personally identifiable information (PII) related to associate or customer data, e.g., protected health information, credit card numbers, driver's license numbers, date of birth, minor children's names, social security numbers.  All of this information is confidential, and is essential to the successful operation of the Company.  It is crucial that we maintain this confidentiality to preserve our competitive position. Company information may only be discussed with co-workers who have a legitimate business need to know.  Confidential or proprietary company information may not be disclosed to anyone outside of the company except with the President's prior written consent.

You may not use company information on behalf of any other business while employed by the Company or after your employment has been terminated, voluntarily or involuntarily.

Company materials and information, in any form, generated on behalf of, or provided by the Company are and remain the property of the Company.  Associates have no right, title or interest to such items; shall not sell or transfer any of these items to others; shall secure and protect the items and shall not use those items for any purposes other than in their capacity as associates of the Company.

These obligations shall be in full force and effect while you are employed by the Company, and they shall remain in force even after your employment has been terminated, with or without cause, by either yourself or the Company. This obligation never expires. You may be required to sign a separate confidentiality agreement.

Any associate who violates this policy will be subject to corrective action up to and including termination and even prosecution.

## Conflicts of Interest

You are expected to devote your best efforts to the interest of the Company and the conduct of the company's affairs.  If you, your spouse, or any other person living in your household are engaging in an activity that may conflict with the business of the Company or cause you to have divided loyalties, you must immediately notify the appropriate manager (as defined below) in writing about that conflict.  A conflict of interest created by any of those persons may affect your employment.

As an associate, you may not engage in activities or maintain ties which create a conflict with your employment responsibilities.  Unacceptable activities include those which could diminish the objectivity with which you perform your duties. This includes working for a vendor, competitor or business that may either directly, or indirectly compete with the Company, or which could result in adverse publicity, or which may result in a legal liability to the Company.

Associates whose duties include dealing regularly with vendors or other business representatives may not accept samples, free goods, services, or make direct purchases from those vendors or business representatives for personal use. Associates may not accept a gift or favor (meals, entertainment, theater, sports, or other event tickets, travel and lodging, loans, etc.) exceeding a value of $100.00 per year per vendor from any party that could be considered in any way a current or prospective supplier/vendor, customer, community leader, or other business contact, without prior written consent of the associate's appropriate Manager for every instance a gift is offered.  The acceptance of any gift exceeding $100.00 must be approved by the Vice-President of the department. To do so may raise the specter of impropriety, or may cause you to feel obligated to such parties, thereby jeopardizing proper business judgment.

Situations which create a conflict of interest are many and varied.  If you are unsure whether or not a particular activity does, in fact, involve a conflict, you should review it with the appropriate manager **before** entering into the situation.  Misinterpretation or misunderstanding of these rules will not excuse a violation.  Any associate who violates this policy will be subject to corrective action up to and including termination.

"Appropriate Manager" means:  Regional Sales Director or Department Head for associates in positions below that level; President, for Regional Sales Directors, Department Heads or higher-level positions.

The Company requires that all associates understand and abide by the company's Business Ethics Policy.  The full policy can be found on the Company Intranet.
Examples of common sources of Conflicts of interest include:
1.  When an associate or relative has a financial stake in a competitor, supplier or customer of the company.

2. When an associate conducts business on behalf of the company with a relative
3. When an associate or relative accepts gifts of more than acceptable value from the competitor, vendor or customer.
4. Selling products from your work to another source.  Sales of goods or services through other channels.
5. When an associate is in a relationship with someone that could question judgement or impartial behavior when acting in behalf of the company or could give an appearance of favoritism.

## Attendance

Regular and punctual attendance by all associates is essential for the successful operation of the Company.  You are important to our daily operations. Your absence or tardiness can disrupt our ability to provide the best possible service to our guests.

It is your responsibility to report for your scheduled workday on time. We expect you to be at your work station, ready to work, at your scheduled start time. Please note: The Company does not permit you to begin work until you are punched in and you may not punch in more than six (6) minutes before your scheduled shift unless your manager has authorized the work in advance. Refer to Work Schedule in the Your Employment at the Company section of this Handbook. Note: "texting" or emailing a manager to call off or call in late is not acceptable.  Associates have to personally speak to their manager unless they are physically unable to do so.

### Definition of Absence and Tardy

An absence occurrence is any absence of between one (1) and three (3) consecutive scheduled work days for the same illness that is not directly caused by a recorded work related injury or illness, scheduled vacation day, scheduled  holiday, an approved leave of absence, bereavement time, jury duty time or paid sick/personal time.  Consecutive absences for non-medical reasons (flat tire, lack of transportation) count as separate absences/occurrences even if consecutive.

Note: "texting" or emailing a manager to call off or call in late is not acceptable.  Associates have to personally speak to their manager unless they are physically unable to do so.

### Notification of Absence and Tardy

If you will be absent or tardy, you must follow your department's or store's notification guidelines. You are expected to contact your manager or their designee directly, via telephone, and provide a reason and the estimated length of your absence.  If you fail to notify your manager within one (1) hour prior to your start time, a written warning (Corrective Action Report) (or next step in the disciplinary process if you already have a written warning) is issued for the late/improper notification. A tardy beyond two (2) hour duration prior to start time may be considered an absence. Note: "texting" or emailing a manager to call off or call in late is not acceptable. Associates have to personally speak to their manager unless they are physically unable to do so.

If you are absent or expect to be absent for three (3) or more consecutive scheduled workdays due to (a) your own illness or injury, or (b) your parent, spouse or child's illness or injury, you must immediately contact your manager and then, the Benefits area of the Human Resources Department. The Benefits area of the Human Resources Department advises you of the company's Leave of Absence provisions, including your potential eligibility for Family or Medical Leave and Disability Insurance benefits.  Refer to Family or Medical Leave in the Your Employment At the Company section of this Handbook.

## *Excessive Absenteeism and Tardiness*

Neither excessive absenteeism nor tardiness can be tolerated. Excessive absenteeism and excessive tardiness results in corrective action, up to and including termination.

## *Corrective Actions*

### For Absences

Regular Full-Time Associate:
- For each occurrence of absence after all of your paid sick/personal time has been used = Written Warning (Corrective Action Report) or next step in the disciplinary process if you already have been issued a written warning in the last twelve (12) months.

Regular Part-Time Associate:
- For each occurrence of absence after three (3) unpaid absence occurrences = Written Warning (Corrective Action Report) or next step in the disciplinary process if you already have been issued a written warning in the last twelve (12) months.

### For Tardies:

- Four (4) tardies in a thirty (30) day period  =  Written Warning (Corrective Action  Report)
- Twelve (12) tardies in a twelve (12) month period = Written Warning (Corrective Action Report) or next step in the disciplinary process if you already have been issued a written warning in the last twelve (12) months.

Corrective Action may be issued regardless of the reason, justification, or written documentation (such as a medical certification) for an absence occurrence or tardy except where prohibited by law. Corrective action measures may also apply if you:
- Fail to provide a medical certificate from a licensed physician when requested.
- Exhibit a pattern of absences such as calling in absent on the weekend, Mondays, Fridays, or in conjunction with days off or at certain times of the year. If a pattern exists, appropriate corrective action is issued including skipping steps of discipline and proceeding to termination.

Regardless of the number of corrective actions, if you are absent for three (3) scheduled work days in any twelve (12) month period with no telephone call to your manager or their designee, you are considered to have voluntarily resigned from employment at the Company.

All performance documentation is permanently retained in an associate's personnel file, but documentation of minor offenses will only remain actively considered for future performance management for twelve (12) months from the date they are issued.  Refer to Corrective Action in the Associates' Obligations section of this Handbook. The Company reserves the right to review and consider prior conduct offenses at any time as part of corrective action process.

Art Van Furniture Associate Handbook

## Appearance Guidelines

While everyone has their own sense of style, we expect all of our associates to project a sharp and professional image appropriate for their work area and position.  All clothing should be well-tailored, fit appropriately, clean and pressed, and the style should reflect a professional business environment.

### Men

#### Clothing (Unless Provided with Uniform by the Company)

- Business suit (or sport coat with coordinated pants), dress shirt with collar and optional coordinated tie.
- Dress slacks, dress shirt with collar and optional coordinated tie.
- Sales must wear a jacket while assisting guests
- Dress shoes, polished
- Clothing should be appropriately coordinated to reflect a professional business environment.

#### Jewelry

- Jewelry should be minimal in quantity and conservative in style.  No visible body piercing jewelry. (Sales associates, no pierced earrings or "gauges.").
- Tattoos are to be kept covered whenever possible.

#### Hair Styles

- Hair length, color and style should be conservative and reflect a professional business environment.

### Women

#### Clothing (Unless Provided with Uniform by the Company)

- Business suit
- Dress with over the shoulder sleeves
- Dress skirt and appropriate top (sweaters are acceptable for non-sales associates, if they look professional)
- Dress pants* and appropriate top (sweaters are acceptable for non-sales associates, if they look professional) *capris and gauchos are acceptable if they are businesslike and not casual
- Leggings are never permitted
- Dress shoes (no flip flop type of shoes or athletic shoes)
- Clothing should be appropriately coordinated and of appropriate fabrics to reflect a professional business environment.  No low cut blouses or dresses, no visible cleavage, sheer or unprofessionally tight clothing, or unprofessionally short skirts or dresses, and clothing should cover the back and midriff areas at all times.

#### Jewelry

- Jewelry should be minimal in quantity and conservative in style.  No visible body piercing jewelry or "gauges" in the ears
- Tattoos are to be kept covered whenever possible.

### *Hair Styles*

- Hair color and style should be conservative and reflect a professional business environment.

### *Other*

- Your manager will advise you of any other dress guidelines applicable to your position.

## Solicitation and Distribution

To eliminate disruptions to operations and to maintain a good working atmosphere, you may not engage in solicitations of any nature or distribution of literature during working time.  Specifically, you may not:

- Solicit (soliciting for participation, membership, items for purchase, attendance or subscriptions) on behalf of any organization or for any non-company purpose during your working time or the working time of the solicited associate; or
- Distribute written, digital, video, electronic, or material of another medium (advertising, handbills, posters or literature) on behalf of any organization or for any non-company purpose at any time in working areas and during working time in non-working areas.
- Work area means all places where associates regularly work or do business, and includes areas where guests may transact business with company associates.

Persons not employed by the Company may not solicit for or distribute written, digital, video or material of another medium on behalf of any organization or for any purpose on Company property, without the prior approval of the President or his designated representative. Persons not employed by the Company or any of our brands are not permitted in work areas, unless authorized.

The solicitation and distribution policies apply to all communications on Company property, including, but not limited to, communications on the Company's electronic communication systems. Refer to Electronic Communication Systems Policy in the Communications and Information section of this Handbook.

## Progressive Coaching, Counseling and Discipline

The Company makes every reasonable attempt to follow a corrective action process to maintain a productive, safe and comfortable work environment  that encourages associates to modify their actions to meet performance and behavior expectations. If you engage in conduct that falls short of performance expectations or violates behavior obligations, as set forth in the Conduct Rules or other written company policies, the corrective action is designed to improve your performance or modify your behavior so you can succeed.  Corrective action is not implemented when, in the Company's sole discretion, skipping steps or proceeding immediately to termination is appropriate. The Company investigates each incident and determines the appropriate action based on factors, including; the severity of the offense, your employment record, and the corrective action usually taken for similar incidents, in its sole discretion.  This policy does not modify the at-will status of your employment.

### Progressive Counseling

For non-management associates, corrective action may include counseling (written or verbal), a first written Corrective Action Report (written warning), a second written Corrective Action Report, a final written Corrective Action Report or immediate termination of employment.  Management employees are generally held to a higher standard and will generally be issued a more severe level of discipline.  Corrective action may be initiated at any step in this process, at the

Company's discretion. Written Corrective Action Reports remain active for twelve (12) months from the date they are issued unless for harassment, discrimination or violence in which case they remain a permanent part of the associate's discipline.

All counseling remains a part of the associate's permanent record, even if it is no longer active or considered as part of future actions.

## Investigation and Review

All associates may be suspended with or without pay, consistent with applicable law, pending an investigation to determine if corrective action is appropriate.

You may ask that a corrective action be reviewed under the Open Door Policy.  Refer to the Open Door Policy in the Communication and Information section of this Handbook.

The corrective action process does not change or detract from the continuing at-will character of employment.

# COMPENSATION PROGRAM

## Company Pay Policy

The Company bases its decisions about pay increases on a number of factors including but not limited to:  the Company's sales performance, projected future business, the performance of individual associates and the general state of the economy.  The Company complies with the Fair Labor Standards Act (FLSA) including recordkeeping, payment of overtime, minimum wages, child labor protections, and the Equal Pay Act.

## Job Evaluation

Job evaluation is the formal process used to determine the internal level of a job classification relative to other job classifications within the Company. The Company's jobs have been evaluated in relation to the marketplace based on a number of factors including, but not limited to: job duties, knowledge and skills required to perform the job, formal education and training requirements and experience.

## Pay

An individual associate's pay is determined by a number of factors including but not limited to, direct relevant experience of the associate, the associate's job performance and merit budget.

## Payday & Paycheck

## Paydays

You are paid on a weekly basis. Your paycheck covers your work hours from the previous workweek. [For workday and workweek definitions, refer to Work Schedule in the "Your Employment at the Company" section of this Handbook.] Therefore, there is a one (1) week delay in processing the hours you worked for the workweek.  The one (1) week delay permits the orderly and accurate preparation of associate paychecks.

We make every effort that are associates are paid correctly however, inadvertent mistakes can happen.  Please review your pay statement regularly to make sure it is correct.  If you have questions, start with your manager.  If s/he cannot answer your questions, your manager or you should contact the payroll department.

## Deductions Required by Law

The Company makes the payroll deductions required by law:  Federal income tax, State income tax, Social Security and Medicare. Refer to Social Security and Medicare in the Retirement Programs section of this Handbook. In addition, the Company makes other payroll deductions based on your written authorization (i.e. medical, dental, vision and/or optional life insurance weekly contributions, flexible spending account weekly contributions, and Retirement/401k).

The Company honors court-ordered deductions (for example, garnishments, child support, tax levies, dependent benefits elections, etc.) which are processed immediately upon receipt of such notice.  When advanced notification is required to the associate, a copy of the order is provided to the associate. Refer to External Requests for Employment Information in the Your Employment at the Company section of this Handbook.

## Art Van Furniture Associate Handbook

### Check Distribution

Paychecks are usually distributed on Friday or, if Friday is a holiday, on the last scheduled workday before Friday.  If you haven't signed up for Direct Deposit and are absent on payday, you may make arrangements with your manager or the Payroll Department, in writing, for a designated person to pick up your check or to mail your check to you.

When you started your employment with the Company, you were offered the opportunity to enroll in the Direct Deposit program.  If you did not enroll in Direct Deposit at that time, and now wish to do so, contact your office manager or the Payroll Department for information and the authorization form.

### Sales Commission Payments

Sales commissions (for the previous month's sales) are processed separately from your paycheck.  Sales commission checks are processed on a monthly basis and are generally distributed by the 15th of the month. Sales commission checks are also subject to mandatory payroll deductions required by law (see above).

See your manager to get the compensation sheet for your position for more detail on how the commissions and spiffs are calculated.

If any associate has any questions regarding your payday and/or paycheck, contact your your Manager or your Regional Human Resources Manager.

## Performance Management Program (PMP)

A Performance Management Program is in place to provide ongoing feedback, both formally and informally, throughout the fiscal year regarding your performance.

The formal process consists of both a mid-year and an annual performance review, which is conducted by your manager at the end of the fiscal year (October 1st through September 30th).

For further information on the Performance Management Program including the annual performance review, please see your manager, Regional Human Resources Manager or the Compensation area of the Human Resources Department.

### Sales Associate Pay

The Company's goal is to have a "Best in Class" sales organization that consistently delivers an exceptional Guest Experience to our guests. To achieve that goal, we provide one of the best training programs in the industry.

Sales trainees are paid an hourly rate of pay for hours worked during Phase I training. After Phase I training is completed, sales associates are paid commissions based on the sales commission schedule, and the volume of delivered product. When more than one sales associate is involved in making a sale, the commission is divided.

Note: Sales commission percentages and practices do vary by company group (Art Van Furniture, Pure Sleep, Scott Shuptrine Interiors,  Art Van Flooring, Levin Furniture, and Wolf Furniture).  Separate commission documents are available for each program.

If you leave the employment of the Company, you are paid commissions on sales made while you were employed and delivered to guests before the end of the calendar month following the

calendar month in which your employment terminated.  For example, if your last day of work is May 15th, you will be paid commission for any items sold by you before May 15th if delivered before June 30th.  Please see your manager for complete details on the commission plan.

## Overtime

The Company makes every effort to carefully plan required overtime and its impact on you, guest needs and workloads. If overtime is needed, the Company gives as much notice as practicable. You are expected to work the mandatory overtime unless you have a personal emergency, which must be approved by your manager.  Failure to work mandatory overtime is a performance issue and addressed through corrective action.  The Company compensates you for overtime in accordance with the Fair Labor Standards Act (FLSA), which sets the regulations regarding the payment of overtime, as follows:

### *Non-Exempt (Hourly) Associates*

Non-exempt (hourly) associates are paid overtime at time and one-half (1 1/2) of their regular straight time rate of pay for all hours worked in excess of forty (40) hours per work week.  For the workweek definition, refer to Work Schedule in the Your Employment at the Company section of this Handbook.

If you are eligible for a shift premium, the shift premium is included in the overtime calculation.

Nonexempt associates are not permitted to work before or beyond their approved work schedule without specific authorization from their manager.  All overtime must be approved by your manager in advance.  Failure to do so may result in corrective action.

Hours worked, defined for the purposes of the overtime calculation, includes traveling from one work site to another, rest breaks of less than twenty (20) minutes, attendance at Company-organized and sponsored meetings, training or committees.  In addition, it is the policy of the Company to include holiday hours paid to you in a workweek as hours worked, even though this is not required under the FLSA. Hours worked does not include paid sick/personal time, vacation time, bereavement time, or jury duty service.

You normally receive your payment for overtime in the pay period following the pay period in which such overtime is worked, provided the time record has been properly prepared, approved by the manager, and forwarded to Payroll for processing in a timely manner.

### *Exempt (Salary) Associates*

Exempt (salary) associates are not eligible for overtime; therefore they do not receive overtime compensation.

For definitions of Exempt and Nonexempt employment status, refer to Employment Status in the Your Employment at the Company section of this Handbook.

### *FLSA SAFE HARBOR (EXEMPT/Salaried Associates Only)*

In accordance with the Fair Labor Standards Act (FLSA), the Company pays exempt (salary) associates their full salary for any workweek in which they perform work, regardless of the number of days or hours worked, subject only to deductions permitted by law.  Examples of full day deductions that are permitted by law include:

- An absence from work for one or more full days for personal reasons, other than sickness or disability, if sick/personal time or vacation time has not been earned or has been exhausted.
- An absence from work for one or more full days due to sickness or disability under certain circumstances if sick/personal time or vacation time has not been earned or has been exhausted.
- Unpaid leave that qualifies under the Family and Medical Leave Act (FMLA) (in the smallest increments in which time is recorded).
- To offset any amounts received as payment for jury duty service, witness fees, or military service pay.
- Penalties imposed in good faith for violating safety rules of "major significance" or unpaid corrective action of one or more full days for violations of workplace conduct rules.
- In the first and final week of employment where the associate did not work the full week.

If you believe that an improper payroll practice (i.e. payroll deduction) has occurred, you should submit a written complaint to the Payroll Manager. There is no retaliation against you for making a legitimate complaint. The Payroll Manager promptly investigates the complaint and determines whether an improper payroll practice has occurred.  If an improper payroll practice has occurred, The Company reimburses you for the amount of any improper deduction taken in the next payroll period. The Company makes a good-faith commitment to comply with the Fair Labor Standard Act (FLSA) in the future.

## Paid Time Off Benefits

### Bereavement Time Off

#### Regular Full-Time Associates

Bereavement Pay is not subject to a length of service requirement like other paid time off benefits.  It is available immediately.

A regular full-time associate is eligible for one (1) to three (3) consecutive paid days off from their regularly scheduled work to handle matters related to a death in their family.  (The days need not be consecutive in unusual circumstances if approved by the manager in advance.) The amount of time provided is based on the associate's relationship to the family member.  Bereavement pay is calculated based on your regular straight time rate of pay based on an eight (8) hour day or base salary, whichever is applicable, up to the maximum allowed for bereavement time off.  Sales associates receive their draw and bereavement pay for the day(s) taken.

If the death of your family member occurs while you are on vacation, you should immediately notify your manager so that the necessary time off (up to the maximum noted above) is charged to bereavement.  In the event that a bereavement day falls on a designated holiday, the holiday overrides the bereavement day. Therefore, the day will be counted as a holiday and not a bereavement day.

If additional time off is needed, personal or vacation time, if available, may be taken with your manager's approval.  If personal and vacation time has been exhausted or not earned, you may request unpaid time off with manager's approval.

#### Regular Part-Time Associates

Bereavement Pay is not subject to a length of service requirement like other paid time off benefits.  It is available immediately.

A regular part-time associate is eligible for one (1) to three (3) consecutive days off without pay from their regularly scheduled work to handle matters related to a death in their family. (The days may not be consecutive for unusual circumstances if approved by the manager in advance.) The amount of time provided is based on the associate's relationship to the family member. If additional time off is needed, you may request additional time off without pay with manager's approval.

### *Family Relationship*

You are allowed up to three (3) consecutive days off in the event of the death of your spouse, child, parent, brother, sister or parent-in-law.

You are allowed one (1) day off in the event of the death of your grandparent, grandparent-in-law, grandchild, son-in-law, daughter-in-law, step-child, step-parent, step-brother or step-sister.

With manager's approval, you may request one (1) working day off from your regularly scheduled work to attend the funeral of a relative, other than family members noted above, or close friend. Regular full-time associates are required to use available personal or vacation time before taking the day as unpaid.

### *Notification*

You must notify your manager of the need for bereavement time off as soon as possible, preferably, prior to your next scheduled start time.  Upon return to work, complete the Time-Off Request form (see your manager for the form). You must attach acceptable documentation showing the relationship and date of death or funeral (for example, obituary notice, mass card or funeral program) to the Time-Off Request form. The completed form is forwarded to your manager for approval.

### Holidays

Observed Holidays – the Company observes the following six (6) holidays.  Regular full-time associates who have completed ninety (90) days of employment are eligible for holiday pay.
   1.  New Year's Day
   2.  Memorial Day
   3.  Independence Day
   4.  Labor Day
   5.  Thanksgiving  Day
   6.  Christmas Day

Holidays falling on a Saturday are generally observed on the preceding Friday. Holidays falling on a Sunday are generally observed on the following Monday. However, the Company reserves the right to observe the holiday on another day.

If an observed holiday occurs during your vacation period, the respective day is paid as a holiday. Therefore, the day is not counted against your vacation bank.

### *Nonexempt (Hourly) - Non Sales Associates*

If you are within your first ninety (90) calendar days of full-time employment, you are not eligible for holiday pay.  If you work the holiday, you receive your regular straight time rate of pay for the hours worked that day.

If you have completed your first ninety (90) days of full-time employment, you receive the holiday off with pay. If you are required to work on a holiday that is your regular scheduled workday, you receive your regular straight time rate of pay for the hours worked plus up to eight (8) hours, depending upon the hours you worked that day, of holiday pay.

If you are required to work on a holiday that is your regular scheduled day off, you receive your regular straight time rate of pay for the hours worked plus up to eight (8) hours, depending upon the hours you worked that day, of holiday pay.  In addition, you may receive an alternate day off during the same workweek.

You are required to work the last scheduled workday before the holiday and the first scheduled workday after the holiday to be eligible for holiday pay. If you work the observed holiday, you receive holiday pay regardless if you did not work the scheduled workday before or the first scheduled workday after the holiday.

### *Nonexempt (Hourly) - Sales Associates*

*If you are within your first ninety (90) calendar days of full-time employment*, you are not eligible for holiday pay.  You receive your draw for the holiday as long as you work the holiday.  If you do not work the holiday, you do not receive your draw for that day.

*If you have completed your first ninety (90) calendar days of full-time employment*, you receive your holiday pay for the holiday as long as you worked the last scheduled workday before the holiday and the first scheduled workday after the holiday.

If you worked the observed holiday, you receive your draw for the day and regardless if you did not work the scheduled workday before or the first scheduled workday after the holiday, you also receive an alternate day off. The alternate day off is arranged with your manager. The alternate day off generally is taken within forty-five (45) days of the observed holiday with your manager's approval.  The alternate day off cannot be banked for future use.

### *Exempt (Salaried) Associates*

*If you are within your first ninety (90) calendar days of full-time employment*, you receive the holiday off with pay, provided your work-site location is closed for business.  If your work-site location is open for business, and you choose to work the holiday, you are paid your regular base salary for the day.  If the work-site is open and you choose not to work the holiday, then you are not paid for the day.

*If you have completed your first ninety (90) calendar days of full-time employment*, you receive the holiday off with pay.
- If you are required to work on a holiday that is your regular scheduled workday, you receive your regular base salary, and an alternate day off with pay may be arranged with your manager.
- If you are required to work on a holiday that is your regular scheduled day off, you receive your regular base salary, and an alternate day off with pay may be arranged with your manager.
- The alternate day off is generally taken within forty-five (45) days of the observed holiday with manager's approval.  The alternate day off cannot be banked for future use.

### *Birthday Holiday*

Only Nonexempt (Hourly) regular full-time associates in the following positions; housekeeping, and customer pick up (CPU) positions are eligible to take their birthday as a holiday. (Sales Associates are specifically excluded from this benefit)  If you are eligible for the birthday holiday, you should take the holiday within seven (7) days of your actual birthday. You cannot elect to work on your birthday holiday and be paid both holiday pay and your regular straight-time rate of pay for hours worked instead of taking the day off.

You should request your birthday holiday by completing the Time Off Request form at least one (1) week in advance.  The completed Time Off Request form should be submitted to your manager for approval.  Your manager considers workload and business considerations in determining whether to grant such requests. The holiday is counted as hours worked for overtime computation purposes.

## Jury Duty Service

The Company encourages its associates to fulfill their civic responsibilities. Therefore, the Company provides associates time off from work if they are called to and report for jury duty service during their regularly scheduled workday.  All associates are eligible for time off for jury duty service as of their date of hire. However, only regular full-time associates are eligible for paid time off.

### *Regular Full-Time Associates*

A regular full-time associate is eligible for up to thirty (30) paid days per calendar year for jury duty service. The Company pays the difference between your regular straight time rate of pay or base salary, whichever is applicable, and the jury duty stipend received for the day(s) you were absent from work for jury duty service.  Sales associates are paid a specified flat dollar amount per day in lieu of their draw for the day(s) served for jury duty.  For details on how a sales associate's jury duty service pay is processed, see your manager, or contact the Benefits area of the Human Resources Department or your Payroll representative.

If you are required to serve jury duty beyond the period of paid jury duty service (up to 30 days), you may use available vacation time or may request an unpaid leave of absence for jury duty service.

### *Regular Part-Time and Temporary Associates*

A regular part-time or temporary associate is not eligible for paid jury duty service time.  Of course, all employees, including part-time or temporary associate are eligible for unpaid time off to perform their civic duty.

### *Notification*

Upon receiving notification from the state or federal courts of an obligation for jury duty service, you are required to immediately notify your manager. In addition, you are required to complete the Time Off Request form and attach a copy of the jury summons.

If you are released from jury duty service, and allowing for commute time, you have at least half of your work shift remaining you are expected to report to work for the balance of your shift.  If you do not report back to work for the balance of your shift, if at least half the work shift is remaining, you may jeopardize your jury duty pay.

If you are appearing in court as a party or witness you are not eligible for paid time off under the jury duty service unless subpoenaed as a witness on behalf of the Company and approved by the Legal department.  Personal or vacation time, if available, may be requested for non-company business instances.  If personal or vacation time is not available, you may request unpaid time off.

## Sick & Personal Time

Sick/personal time is for periods of temporary absence due to your own illness or injury; or your parent, spouse or child's illness or injury. This time may also be used for conducting personal business, where such business cannot be accomplished during non-working hours.  Personal business includes, but is not limited to, family emergencies, house closings, legal appointments, school appointments, and special religious events.

Regular full-time non-exempt associates who have completed ninety (90) calendar days of full-time employment are eligible for paid sick and personal time off.

Regular part-time non-exempt associates who are absent or expect to be absent for three (3) or more consecutive scheduled workdays due to (a) their own illness or injury, or (b) their parent, spouse or child's illness or injury may be eligible for an unpaid medical leave under the Family and Medical Leave Act. Refer to General Provisions for All Types of Leaves in the Your Employment at the Company section of this Handbook. Absences of more than three days duration must be reported to Human Resources to determine FLSA status.

Exempt (salaried) associates do not technically have any specific annual allocation of sick or personal time.  As an exempt (salaried) associate their sick time is essentially covered under the terms of our leave of absence policies and their "personal" time, if necessary, should be scheduled with their manager and should not be excessive.  As there is no specific annual allocation, there is no annual payoff of sick/personal time for exempt associates.  Excessive use of sick/personal time by exempt (salaried) associates will be dealt with as a performance issue.

### *Earning and Utilizing Sick/Personal Time*

Regular full-time non-exempt associates begin earning eight (8) sick/personal hours for each two (2) months of full employment after they complete ninety (90) calendar days of full-time employment. Associates hired on or after August 1st do not earn sick/personal time for the calendar year in which they were hired.

On the January 1st after you have earned at least eight (8) sick/personal hours, you are credited with forty-eight (48) sick/personal hours at the beginning of each calendar year (January 1st).

Sick/personal time may not be used prior to earning, and is taken in fifteen (15) minute (.25 of an hour) increments. Time taken is charged against your credited hours for sick/personal time. You may not choose unpaid time off when vacation time is available.

See appropriate Leave of Absence for applicable guidelines on the use of sick/personal time and vacation time during leaves.

If you have exhausted your sick/personal time you are required to use available vacation time for any further sick/ personal absences.

The Company pays you for any unused sick/personal time at the end of each calendar year provided you are employed on December 15th of that calendar year. Please note, sales

associates and management personnel are not eligible for a pay-out of unused sick/personal time.

Upon termination of employment, you are not paid for unused sick/ personal time.

## *Notification*

You must follow your department's or store's notification guidelines for each day you are absent from work due to illness or injury; or if you need to leave work early due to illness or injury.

If you are absent or expect to be absent for three (3) or more consecutive scheduled workdays due to (a) your own illness or injury, or (b) your parent, spouse or child's illness or injury, you must immediately contact your manager and then the Benefits area of the Human Resources Department . The Benefits area of the Human Resources Department advises you of AVF's Leaves of Absence provisions including your potential eligibility for Family or Medical Leave and Disability Insurance benefits.

## *Medical Certification*

The Company may require you to present a medical certificate from a licensed physician verifying the need for the time off due to illness or injury.

The Company does require, for absences of three (3) or more consecutive scheduled workdays, a certificate from a licensed physician allowing you to return to work. Failure to provide medical certification when requested may result in delay in returning to work until an appropriate medical release is provided or may result in corrective action.

Upon return to work, complete the Time Off Request form to document your sick time.

## *Requesting Personal Time Off*

To request Personal Time Off, complete the Time Off Request form preferably at least one (1) week in advance, unless it is an emergency situation. You may obtain a copy of the Time Off Request form from your manager. Personal time will be granted or denied, in the sole discretion of your manager.  Personal Time is not to be used to extend vacations or holidays. Therefore, personal time cannot be scheduled the day before or after a vacation period or a holiday.

Your manager considers workload and business considerations in determining whether to grant your request.

## *Sick/Personal Time Pay*

A non-sales associate is paid their regular straight time rate of pay or base salary, whichever is applicable, for sick/personal time taken. Sales associates receive 8 hours of sick/personal pay for the time taken.

Art Van Furniture Associate Handbook

## VACATION TIME

The Company recognizes the importance of vacation time in providing the opportunity for rest, recreational and personal activities. Therefore, the Company provides paid vacation time to regular full-time associates who have completed at least one (1) year of full-time employment.

Regular full-time associates are awarded paid vacation time on their anniversary date. Vacation time is placed in the associate's vacation bank, and paid out when it is taken. The anniversary date is your date of hire or transfer to a regular full-time position.

### Non-Exempt (Hourly) Associates

Non-exempt (hourly) associates are awarded vacation time after full year(s) of employment as follows:

| Length of Service | Vacation Time |
| --- | --- |
| 1 Year | 1 Week (40 Hours) |
| 2 Years | 2 Weeks (80 Hours) |
| 5 Years | 3 Weeks (120 Hours) |
| 10 Years | 4 Weeks (160 Hours) |

### Exempt (Salaried) Associates

Exempt (Salaried) associates are awarded vacation time after full year(s) of employment as follows:

| Length of Service | Vacation Time |
| --- | --- |
| 1 Year | 2 Weeks |
| 5 Years | 3 Weeks |
| 10 Years | 4 Weeks |

### Vacation Pay Calculation

Non-sales associates' vacation pay is calculated based on your regular straight time rate of pay or base salary, whichever is applicable, at the time the vacation is taken.

Sales associates' vacation pay is calculated based on gross earnings, less draw divided by 2080 (annual base hours) which equals vacation hourly pay rate. Vacation hourly pay rate times the number of hours taken for vacation equals the amount of vacation pay. See your manager or contact your Payroll Representative for an example of the sales associate's vacation pay calculation.

### Scheduling Vacation

Each manager establishes guidelines for their location for submitting, scheduling and approving vacation requests.  Vacation time must be scheduled in advance and taken at times mutually agreed upon by you and your manager; this includes sales associates requesting to work through vacation time.

Although vacation may be taken in daily increments, the Company prefers associates to schedule vacation in one (1) week increments.  During peak vacation request periods, there may be limitations on the amount of time approved for any one associate.

To request vacation time off, you must complete the Time Off Request form, and submit at least two (2) weeks in advance.

Vacation scheduling conflicts are resolved as follows:  vacations scheduled before March 15th (or another date as determined by the location) are granted on the basis of length of service (i.e. Company length of service); vacations scheduled after March 15th (or another date as determined by the location) are granted on a first-come, first-served basis.

## Vacation Carryover

Vacation time cannot be carried over into the next anniversary year, and must be taken within twelve (12) months of the anniversary date or it is forfeited.

## Pay In Lieu of Vacation

Pay-in-lieu of vacation time is available only upon management approval.

| Vacation Time Awarded | May Receive Pay In Lieu of |
|---|---|
| 1 to 3 Weeks | 1 Week per Year |
| 4 Weeks | 2 Weeks |

## Holiday Within a Vacation Period

In the event an observed holiday falls within a scheduled vacation period, you are granted an alternate day of vacation at a later date.

## Adjustments to Vacation Time Award

If you are absent for more than thirty (30) scheduled workdays (240 hours equivalent) your vacation time award for the following anniversary year is prorated except if such absences were protected by FMLA. Absences include the following non-worked time*:
- Sick/Personal Time
- Bereavement Time
- Unpaid time off including when you receive income replacement benefits (such as short-term disability and worker's compensation insurance benefits).

*Note: In these cases, vacation time, jury duty service and holidays are not included in the non-worked time.

Vacation is prorated as follows:
   Step 1) Number of weeks worked in last anniversary year divided by 52 weeks in a year = percentage of time worked.
   Step 2) Percentage of time worked multiplied by the number of vacation hours you are eligible for based on length of service = Prorated vacation award for the next anniversary year.

Example: A non-management associate has five (5) full years of employment and is eligible for 120 hours of vacation. However, the associate worked only 39 weeks during the anniversary year.  The associate's vacation time is prorated as follows for the next anniversary year:
39 weeks worked / 52 = 75% of time worked during the anniversary year
120 vacation hours x 75% = 90 vacation hours for the next anniversary year.

### *Vacation Time While On A Leave of Absence*

If you are on a full leave of absence on your anniversary date, you receive your vacation time upon your return to work.  If you do not return to work from leave, you do not receive the vacation time. Refer to General Provisions for All Types of Leaves in the Your Employment at the Company section of this Handbook.

### *Employment Status Changes*

If your employment status changes (for example, full time to part-time or part-time to full-time) or you are promoted to a management position, please see your manager regarding how your vacation time benefits are affected.

### *Termination of Employment*

Vacation time is not awarded for hours worked between your last anniversary date and your termination date. Vacation time may not be used to extend your termination date. Refer to Leaving the Company in the Your Employment at the Company section of this Handbook.  If you fail to return to work from a scheduled vacation, for reasons other than an approved Leave of Absence, your termination is effective the last day you worked.

Upon termination, you are paid out any unused vacation time in your bank, except if you were terminated for gross misconduct.

# EMPLOYEE BENEFITS

The company's benefits have been designed to provide a wide variety of health, welfare and retirement benefits for eligible associates and their dependents.  The company reserves the right to modify, change or eliminate any of its benefits at any time.

The terms of the specific plan documents control eligibility, benefits determination and other conditions.  Associates are provided copies of summary plan descriptions and other relevant information at the time of hire and during the Company's open enrollment period for the new benefit plan year.

Any questions regarding coverage should be directed to the Benefits area of Human Resources.

Medical, dental, and vision coverage is available to eligible associates and their eligible dependents.  Refer to the Summary Plan Description (SPD) for complete details of coverage, eligibility, limitations and exclusions, or contact the Benefits area in the Human Resources Department.

## BenXpress

Associates have 24/7 access to their benefits information through BenXpress.  BenXpress can be accessed through a computer, smartphone, or tablet at www.benXpress.com/artvan.
Log in ID: First Initial Last name  (no hyphens or spaces)
Password: last 6 digits of your SSN

New associates or associates newly transferring to full time status should enroll as soon as possible, and no later than the benefit start date.  BenXpress has links to benefit plan information, a direct pass-through link to Flexible Spending, the Wellbeing Program, Art Van Advantages discounts, and contact information for all benefits providers.

## Benefits Following Termination of Employment

Group Health Insurance benefits cease upon the date of your termination of employment.  At termination, you are provided the option to continue your group health insurance benefits through the Consolidated Omnibus Reconciliation Act (COBRA) at your own cost. Refer to COBRA in the Insurance Benefits section of this handbook or contact the Benefits area in the Human Resources Department.

## Group Health Insurance Continuation Coverage (COBRA)

Under COBRA (Consolidated Omnibus Budget Reconciliation Act of 1985), if you are a current participant of the Company's Group Health Insurance plan, you are entitled to continue participating in the program at your own expense if:
- Your work hours are reduced to less than thirty (30)  (or forty (40) for dental/medical) hours and this event makes you or your spouse/dependents no longer eligible to participate.
- Your employment terminates for reasons other than gross misconduct on your part.  In addition, your spouse and/or eligible dependents may also continue coverage at their own expense in the event of:
- Your death
- Your divorce or legal separation

- A child ceasing to be eligible for coverage as a dependent under the terms of the group health insurance plan.

> The law requires that you or your dependent notify the Company's Benefits area of the Human Resources Department within sixty (60) days of the occurrence of any one of these events listed above. You or your dependent could lose the right to make a COBRA election for failure to provide timely notice to the Benefits area of the Human Resources Department.

Once the Benefits area of the Human Resources Department is notified that one of these events has occurred, you are notified that you have the right to choose continuation coverage through COBRA for any of the group health insurance plans you are currently enrolled in. If you, your spouse and/or eligible dependents choose coverage under COBRA, you must pay the total applicable premium plus an administrative fee.

If you do not elect COBRA, your health insurance coverage ceases as of your termination date. If you do elect COBRA, coverage ceases if you fail to make the COBRA payments as scheduled. Coverage also ceases if you and/or your spouse/dependents become covered by another group health insurance plan or you and/or your spouse/dependents become eligible for Medicare.

For detailed information or questions on COBRA, contact the Benefits area of the Human Resources Department.

## Other Benefits

See your current Benefit Guide for information on other benefits offered, or contact the Benefits area of the Human Resources Department.

## Workers Compensation Insurance

If you are injured on the job or incur a work-related illness, you may be covered by workers compensation insurance.  Workers compensation insurance provides limited income replacement benefits to you and payment of medical expenses incurred due to the work -related injury or illness.

If the injury or illness results in your inability to perform the essential functions of your job, even with accommodation, you are considered to be on a Work -Related Medical Leave of Absence. Refer to General Provisions for All Types of Leaves and Work-Related Medical Leave of Absence in the Your Employment at the Company section of this Handbook.

The Company is self-insured against worker's compensation expenses. We pay the cost of the income replacement benefits and medical expenses incurred due to the work -related injury or illness.

## Employee Assistance Program (EAP)

The Company recognizes that a variety of personal problems can disrupt associates' personal and work lives. While many associates solve their problems on their own or with the help of family and friends, some need professional assistance and advice.

Through the Employee Assistance Program (EAP), the Company provides confidential counseling services to associates for help in dealing with personal problems such as marriage and family problems, job pressures, substance abuse, financial issues, legal concerns and stress.

You are encouraged to seek assistance from the EAP before your personal problems start to affect your job performance.  The program is available twenty-four hours a day seven days a week.

Participation in this program does not jeopardize your job security or promotional opportunities within the Company.  However, it does not excuse you from following the company's policies and procedures or meeting required standards for satisfactory job performance.

If your manager wants to determine if a performance or behavioral issue is affected by a problem that could be resolved through referral to the program, your manager may suggest that you seek such an assessment.  In some cases, such as where you have reported that a workplace concern may be related to a mental health concern, your manager may mandatorily refer you to seek assistance through the Employee Assistance Program.

All conversations between an EAP counselor and you are kept strictly confidential unless you have provided the EAP counselor with your written consent to do otherwise.  In the case of mandatory referrals, the Human Resources Department or Legal Department and your manager are advised as to whether or not you are cooperating with the program.  No other information is released to the Human Resources Department, Legal Department and manager.

There is no cost to you and/or your immediate family members for any contact with the EAP; the cost is totally paid for by the Company.  However, there may be charges for the professional resources to which you may be referred by your EAP counselor.  When you contact the EAP, your counselor takes into consideration your group health insurance coverage as well as your personal financial situation in determining the best resource at the best cost for you. The EAP is available to you for thirty (30) days after your termination date.

Please refer to your Benefits Guide, AV Compass, or your manager for EAP contact information.

## Associate Purchase Program (AVAPP)

The AVF Associate Purchase Program (AVAPP) is a benefit that allows regular full-time and regular part-time associates who have worked ninety (90) calendar days the opportunity to purchase home furnishings and accessories at a substantial discount for their own personal use. Misuse or abuse of this benefit is grounds for termination.  Please see your manager for specific details on the program.  Note:  The terms and conditions of this program are subject to change.

## Mileage

You are responsible to provide your own transportation to and from work. When you use your personal vehicle at the request of the Company during the course of your employment, and for the benefit of the company, you are reimbursed at the company's standard mileage rate, which is updated periodically. This does not include driving to and from lunch, home, or on personal errands, including picking up lunches or meals for others. When two or more associates are required to travel to the same location, carpooling may be required to obtain reimbursement.

## 401K Associate Savings Program

After six (6) months of employment, you can save your own money for retirement on a pre-tax basis.  The Company provides a 100% vested company match on the funds that you contribute up to three (3%) percent of your salary and half of the next two (2%) percent.  Contact the Benefits area of the Human Resources Department for information.

Art Van Furniture Associate Handbook

## Social Security and Medicare (FICA)

Both the Company and you contribute to the Social Security Administration system. Your contribution is deducted from your paycheck (the deduction is listed as FICA OSASI/ DISAB on your paycheck stub). The company's contribution is paid directly to the government and matches your contribution.

Your Social Security benefit is based upon earnings, and is paid upon retirement or disability.  For further information, contact the local Social Security Administration Office.

The Company and you also contribute to the Federal Medicare System to provide for your future medical needs. Your contribution is deducted from your paycheck (the deduction is listed as FICA Medicare Ins on your paycheck stub). The Company's contribution is paid directly to the government and matches your contribution.

# OPEN DOOR POLICY

We encourage you to raise any issues or concerns about your employment, rather than keeping them to yourself or worrying about them.  We have an active human resources department with assigned human resources representation as well as an open door policy so you can present your employment concerns and have them resolved.  We cannot help you to resolve your problem unless we know about it.  Good-faith use of the procedure is never held against you.

## Human Resources Department

Our Company maintains a human resources department.  Every associate within the company has a representative of the human resources department assigned to their area.  If, at any time, an associate has a concern regarding their employment or treatment, they are encouraged to reach out to their human resources representative, who will provide information and explanations as required.

## Fleet Related Incidents/Accidents

All collisions, property damage or "new collisions" are reviewed on a monthly basis by a fleet accident review board.  The board will issue a ruling as to whether the incident was preventable or not.  Discipline will be issued, depending on the board ruling, up to and including termination.

If you believe you are being or have been harassed or retaliated against for a previous complaint, you may use the complaint procedure under the Prohibition of Harassment policy instead of the Open Door. AVF investigates all such concerns.

If you prefer to raise a concern anonymously you may call the TRUST Hotline at **844-773-7239 or www.artvan.ethicspoint.com**.

## Introduction to Open Door and Mandatory Arbitration Policy

We value our associates.  Treating people with respect and consistent with our Partner Values is key to our culture.  While we hope that your employment relationship will be free from conflict, we realize at times disputes may arise.  We encourage you to raise any issues or concerns about your employment and work environment in an appropriate forum when they arise rather than keeping them to yourself.  We also believe that a process that it efficient, even-handed and confidential will enable us to resolve issues fairly and quickly.  That's why we have adopted the Company Open Door and Mandatory Arbitration policy.  Good-faith use of the procedure is never held against you.

## To Whom This Policy Applies

This policy applies to all regular full-time and part-time associates in the company.

## Our Open Door Policy

The Company's Open Door and Mandatory Arbitration provision is intended to provide a way to resolve claims fairly, impartially, efficiently and privately.  It is not intended to modify the at-will employment status of any associate as set forth in other policies.

The Open Door and Mandatory Arbitration policy provides a variety of methods to air and resolve workplace concerns that range from informal, voluntary methods to resolve disputes to more formal mandatory and binding arbitration.

## *Voluntary Informal Methods To Resolve Disputes*

The Company's Open Door and Mandatory Arbitration policy includes several different voluntary methods to resolve disputes which are listed below.  We encourage you to use these methods as soon as you have a problem or dispute.  Remember, the sooner you bring a problem to leadership's attention, the easier it usually is to resolve.  Below are the various methods of resolving employment related disputes:

### Informal Review With Manager

If you have an issue or concern, we recommend you talk with your manager or immediate supervisor.  We strongly encourage daily, open, two-way communications.   Most concerns can be resolved through these informal, regular, two-way discussions.

### Human Resources Department

Our Company maintains a human resources department.  Every associate within the company has a representative of the human resources department assigned to their area.  If, at any time, an associate has a concern regarding their employment or treatment, they are encouraged to reach out to their human resources representative, who will provide information and explanations as required.

## Complaints of Illegal Harassment or Discrimination

**If you believe you are being or have been harassed, you may use the complaint procedure under the Respectful Work Environment and Non- Harassment Policy instead of the Open Door. AVF investigates all claims of harassment or discrimination on an expedited basis.**

## *Anonymous Reporting*

If you prefer to raise an issue or concern anonymously, you may call the Art Van Trust Hotline at 1-844-773-7239 or report online at www.artvan.ethicspoint.com. NAVEX Global, an independent company, receives the reports.

## Voluntary Formal Methods To Resolve Disputes

### *Formal Dispute Resolution Rules*

#### Deadlines

The time requirements set forth in these steps may be extended by a written, mutual agreement between you and the manager involved at that level of the process.  If your appeal at any step is not timely submitted, the dispute shall be considered resolved on the basis of the last answer or response.

If the Company's representative does not return its response to you on a timely basis, you may immediately proceed to the next level of the process in accordance with the time requirement set forth above.

#### Bypassing Review Steps

If you are not comfortable talking with the person designated to conduct a step of the review (for example, if you believe your department head is part of the problem), you may go directly to the next step.  You must contact the Human Resources Regional Manager for the Corporate Office or the Legal Department in the time designated. You will not be retaliated against or penalized for requesting that steps be bypassed.

#### Formal Voluntary Review Steps

#### 1.   Regional Sales Director or Department Head Review:

If you are not able to resolve your dispute informally with your manager, you may ask that your concern be reviewed by the Regional Sales Director or Head of the Unit in which you are employed. To do so, you should complete and sign the Associate's Appeal for Regional Sales Director/ Department Review portion of the Open Door form. Please include any information that you would like the person reviewing your issue to consider such as your version of any factual scenario, the context, your understanding of any applicable rules, the names of any witnesses or other relevant information.  You may also attach any documents or information you want the Regional Sales Director or Department Head to consider.   In most cases, you will receive a response within fifteen (15) calendar days of the receipt of the Associate's Appeal for Regional Sales Director/Department Review form.

#### 2.   Panel Review

If you believe the concern was not resolved by the Regional Sales Director or Department Head, you may appeal to the Open Door Panel by completing and signing the Associate's Appeal for Panel Review portion of the form and submitting it to the Legal Department within five (5) calendar days of when you received the response from the Regional Sales Director or Department Head.  Your request, along with information you submitted in the previous step, will be provided to the panel.  Again, you may include any information you would like the panel to consider.  You should also indicate if you want the panel to make a decision based on the written information you have provided or if you would also like to present information in person.

The Open Door Panel consists of three (3) management level associates, usually at a director level or above.  The panel will generally consist of at least one representative from the retail portion of our business and at least one person from one of the support areas.  You will be

notified of the date and time that the panel will meet to review your concern.  If you wish, you may address the Panel at that time.  The Panel considers the matter on the basis of the writings completed and submitted during this process, any oral statements you provide to the Panel,  and any other evidence the Panel deems appropriate. The Panel will generally notify you of its decision within fifteen (15) calendar days of their meeting. Notification will be in writing.

## Mandatory Arbitration

There is one process in the Open Door process that is not voluntary.  In the event that an associate is not able to resolve his or her dispute with the Company through the informal or voluntary methods set forth above, or in the event the Associate chooses to bypass the voluntary methods of dispute resolution, and still wants to pursue a claim, the dispute will need to proceed to arbitration, rather than litigation in court.

By agreeing to arbitrate future claims, by accepting employment with the Company during through the employment application process or thereafter, or by continuing employment with the Company after the initiation of mandatory arbitration, you and the company mutually agreed to be bound by the terms of the Open Door and Mandatory Arbitration procedure and to resolve all claims defined as subject to mandatory arbitration in Rule 1 through mandatory, final and binding arbitration instead of through litigation in court.  That means that arbitration is your sole and exclusive means for resolving such disputes.

The Company has instituted arbitration as part of our dispute resolution program to provide a way for you to present employment issues or concerns to a neutral person for final and binding resolution.

## Arbitration Procedures

### Overview of Arbitration

Arbitration is a process in which a dispute is presented to a neutral person, the Arbitrator, for a final and binding decision on both you and the Company. The Arbitrator makes this decision after both sides present their evidence and arguments at a hearing. There is no jury. The Arbitrator has the same authority to award relief as a court of law.

### Individual Claims Only

You agree to arbitrate any covered claims, disputes or controversies in an individual capacity and not as plaintiff or class member in any purported class, collective action or representative proceeding.

### Arbitrator's Authority

The Arbitrator may not consolidate more than one person's claims, and may not otherwise preside over any form of a representative or class proceeding.

### Amendment of Mandatory Arbitration Procedure

The Company reserves the sole right to add to, delete from or modify the procedural rules of this Procedure at any time by giving ten (10) days' notice to associates of the change or termination. This Mandatory Arbitration Procedure shall supersede all prior arbitration procedures. The right to

add to, delete from or modify the procedural rules of the Arbitration Procedure shall not apply to any complaint initiated before the change. For complaints that have been initiated, the current Arbitration Procedure shall apply unless a change is agreed to by both the Company and you.

## *Severability*

If any portion of this Procedure is ruled invalid, it will not affect the rest of the provisions.

## *Arbitration Rules*

Arbitration proceedings shall be governed by the following rules.

### *Rule 1.  Claims Subject to Arbitration*

Except as otherwise limited in these Arbitration Rules, all claims that arise out of or relate to the Associate's employment and/or separation from employment with Art Van and that concern legally protected rights for which a court or governmental agency would be authorized by law or grant relief are subject to arbitration.

Claims subject to arbitration include claims for violation of any federal, state or local constitution, statute, ordinance, regulation or rule pertaining to employment and claims of violation of the common law.

Examples of specific claims subject to arbitration include, but are not limited to, the following:
1. Claims for unpaid wages or other compensation, including nonqualified deferred compensation plans and incentive plans.
2. Claims of wrongful or unjust discharge, including claims of constructive discharge;
3. Claims of breach of express or implied contract;
4. Claims for violation of public policy;
5. Employment-related tort claims, such as claims for intentional/negligent infliction of emotional distress, defamation, malicious prosecution, and wrongful arrest/wrongful imprisonment;
6. Claims of unlawful retaliation; and
7. Claims of employment discrimination, harassment or failure to accommodate, including, but not limited to, claims based on race, sex, age, national origin, religion, physical or mental disability and marital status whether under federal, state or local law.

Further examples of specific statutory claims subject to arbitration include, but are not limited to, claims arising under the following statutes:  the Age Discrimination in Employment Act ("ADEA"), Title VII of the Civil Rights Act of 1964 ("Title VII"), 42 USC § 1981, the Americans with Disabilities Act ("ADA"), the Fair Labor Standards Act ("FLSA"), the Employee Polygraph Protection Act ("EPPA"), Elliot Larsen, and the Family Medical Leave Act ("FMLA").

### *Rule 2.  Claims Not Subject to Arbitration*

The following claims and disputes are not subject to arbitration:
1. Claims for workers' compensation and unemployment compensation, except claims of unlawful retaliation or discrimination for filing such claims are subject to arbitration;
2. Claims based on a qualified retirement plan, including pension and 401(k) plans;
3. Claims based on employee welfare benefit plans subject to ERISA, including health benefit plans, disability plans and life insurance plans;
4. Claims by the Company for injunctive relief and/or other equitable relief for unfair competition and/or the unauthorized disclosure of trade secrets or confidential information or for unfair labor practices, such as picketing and strikes;
5. Claims challenging the content, establishment or amendment of the Company policies, procedures or practices;

6.  Claims challenging the manner in which the Company decides to organize its businesses, wage rates or salary structure, job content or description;

7.  Claims challenging the company's decision as to the necessity for or the magnitude of a reorganization or reduction of the workforce; and,

8.  All other claims that do not concern legally protected rights for which a court would be authorized by law to grant relief.

### Rule 3.  Procedure to Initiate Arbitration

A party shall initiate arbitration by serving a written notice of the intent to arbitrate on the other party within the time limits set forth below.

The written notice should include the party's name, address, telephone number, social security or employee id number, unit where the employee works or worked and a short statement of the claim or claims.
If the Associate elects arbitration, he or she must deliver or mail the written notice addressed as follows:

Legal Department, Art Van Furniture, LLC, 6500 Fourteen Mile, Warren, MI 48092 together with an administrative fee of $150. You may ask for a waiver of the fee by written request.  If the Company denies the fee waiver request, the request is submitted to AAA for a final decision.

If the company elects arbitration it must give written notice to the Associate at the Associate's last known address.

### Rule 4.  Time Limit to Initiate Arbitration

Written notice to the intent to arbitrate must be delivered to the other party or must be postmarked no later than the shorter of the applicable statute of limitations or six (6) months of the date of the challenged employment action.  Challenges to matters that require administrative exhaustion must be brought within ninety (90) days of the receipt of a Right To Sue notice (or 93 days after the Notice was Mailed to you).  The failure to give written notice of intent to arbitrate within the applicable time period shall, to the greatest extent permitted by law, constitute a waiver and release with respect to the dispute and shall forever bar any claim involving that dispute.

### Rule 5.  Number of Arbitrators

The dispute shall be heard and decided by one arbitrator.

### Rule 6.  Selection of the Arbitrator

Upon initiation of arbitration by either party, the company may, at its option, promptly deliver or mail a list of proposed neutral arbitrators to the Associate.  The arbitrators on the list will meet all of the qualifications set forth in these rules.

If the Associate finds the list acceptable, the Associate must promptly notify the company in writing of that fact.  The parties will then confer in person or by telephone at a mutually agreeable time and choose an arbitrator from the list by alternately striking names, the Associate striking first, until only one name remains.  If the arbitrator chosen in this manner cannot serve for any reason, the last arbitrator stricken on the list shall be designated to hear the case.

If, for any reason, the Associate does not want to choose the arbitrator from the list sent by the company, the Associate shall promptly notify the company in writing of that fact.  The parties shall then make a joint request to the American Arbitration Association ("AAA") to provide them with a panel of at

least seven arbitrators from its Employment Dispute Resolution Roster for the region where the dispute arose.  Upon receipt of that list, the parties will confer at a mutually agreeable time in person or by telephone and choose an arbitrator from the list by alternately striking names, the Associate striking first, until only one name remains.  If the arbitrator chosen in this manner cannot serve for any reason, the last arbitrator stricken on the list shall be designated to hear the case.

If the parties choose the arbitrator through AAA, it shall be authorized to administer the arbitration.  These Arbitration Rules, however, shall govern the arbitration and all proceedings related to it.

### Rule 7.  Qualifications of the Arbitrator

The arbitrator shall be experienced in the field of employment law, shall be an attorney, shall not be employed by or affiliated with the Company or any related or affiliated company or entity, shall have no personal or financial interest in the results of the proceedings and shall have no relation to the underlying dispute or to the parties or their counsel that may create an appearance of bias.  Prior to accepting appointment, the prospective arbitrator shall disclose all information that might be relevant to the standards or neutrality set forth in this section or that may prevent a prompt hearing.

### Rule 8.  Representation

Any party shall have the right to be represented by an attorney or other authorized representative at his, her or its expense.

### Rule 9.  Communication with the Arbitrator

There shall be no ex parte (one-sided) communication with the arbitrator on any matter of substance or procedure, except for matters pertaining to the scheduling of a hearing date, unless the parties and the arbitrator agree to the contrary in advance of the communication.

### Rule 10.  Conference with the Arbitrator

The arbitrator may hold a conference at any time during the proceedings at the request of either party or on the initiative of the arbitrator for the discussion and determination of any matter of substance or procedure that will expedite the proceedings.

### Rule 11.  Date, Time and Location of Arbitration

The arbitrator shall have the authority to set the date and time of the arbitration in consultation with the parties.  The arbitration hearing will be held as close as practical to the unit where the Associate last worked, unless the parties agree otherwise.  The arbitrator shall have the authority to resolve all disputes regarding the date, time and location of the arbitration.

### Rule 12.  Postponements

The arbitrator may postpone any hearing upon the request of a party for good cause and must postpone any hearing upon the mutual agreement of the parties.

### Rule 13.  Pre-hearing Discovery

The arbitrator shall have the authority to order such discovery, by way of deposition, interrogatory, document production, or otherwise, as the arbitrator considers necessary to a full and fair exploration of the issues in dispute, consistent with the expedited nature of arbitration.  In ruling on discovery disputes the arbitrator shall be guided by the Federal Rules of Civil Procedures.

### Rule 14. Witnesses and Attendance at Hearings

Witnesses shall testify under oath.  Witnesses for each party shall submit to direct and cross examination as approved by the arbitrator.  The arbitrator shall have the authority to sequester witnesses, other than a party, during the testimony of any other witnesses.  The arbitrator also shall have the authority to decide whether any person who is not a witness may, for good cause, attend the hearing.

### Rule 15. Evidence/Subpoenas

The parties may offer such evidence as is relevant and material to the dispute and shall produce all non-privileged evidence as the arbitrator deems necessary to an understanding and determination of the dispute.  The arbitrator may receive and consider the evidence of witnesses by affidavit, but shall give it only such weight as the arbitrator deems it entitled after consideration of any objection made to its admission.  The parties may agree or the arbitrator may direct that documents or other evidence may be submitted to the arbitrator after the hearing.  All parties shall be afforded an opportunity to examine such documents or other evidence and to lodge appropriate objections, if any.

The arbitrator shall be the judge of the relevancy, materiality and admissibility of the evidence offered. Conformity to legal rules of evidence shall not be necessary, but the arbitrator shall be guided by the Federal Rules of Evidence.  However, applicable federal law with respect to privilege, including the attorney-client privilege, work product and compromise and offers to compromise shall be followed. The arbitrator may subpoena witnesses or documents upon the request of any party.

### Rule 16. Order of Proceedings / Burden of Proof

The arbitrator shall have the authority to determine the order and manner of the proceedings and shall exercise that authority to afford a full and equal opportunity to all parties to present any evidence that the arbitrator deems material and relevant to the resolution of the dispute.

The parties shall bear the same burdens of proof and burden of producing evidence as would apply if their claims and counterclaims had been brought in court.

### Rule 17. Record of Proceedings

Any party desiring a transcript shall make arrangements to have the proceedings transcribed and shall notify the other party of those arrangements at least three days in advance of the hearing.  The requesting party shall pay the cost of the record.  If the other party wants a copy of the record, that party shall pay the cost of the copy.  If the transcript is agreed by the parties or determined by the arbitrator to be the official record of the proceeding, it must be provided to the arbitrator and made available to the other party for inspection at a date, time and place determined by the arbitrator.

### Rule 18. Confidentiality

All aspects of any arbitration pursuant to these rules, including the hearing and record of the proceeding, shall be confidential and shall not be open to the public unless the parties agree otherwise in writing or the law provides to the contrary.  The arbitrator shall maintain the confidentiality of the arbitration and shall have the authority to make appropriate rulings to safeguard that confidentiality.

### Rule 19. Arbitration in Absence of a Party or Representative

Unless the law provides to the contrary, the arbitration may proceed in the absence of any party or representative who, after due notice, fails to be present or fails to obtain a postponement.  An award shall not be based solely on the default of a party.  The arbitrator shall require the party who is in attendance to present such evidence as the arbitrator may require for the making of an award.

### *Rule 20.  Motions to Dismiss and/or for Summary Disposition*

The arbitrator shall have the authority to consider and to decide motions to dismiss and/or motions for summary judgment by any party and shall apply the standards governing such motions under the Federal Rules of Civil Procedure.

### *Rule 21.  Post-Hearing Briefs*

Each party shall have the opportunity to submit one post-hearing brief, which is a written statement of facts and law in support of its position, unless the parties agree otherwise.  The arbitrator shall have the authority to set the time period for submission of post-hearing briefs in consultation with the parties.

### *Rule 22.  Closing and Reopening of Hearing*

When the arbitrator is satisfied the record is complete, including the submission of post-hearing briefs and any post-hearing documents or other evidence allowed by the arbitrator, the arbitrator shall declare the hearing is closed.

The arbitrator may reopen the hearing upon the arbitrator's initiative or upon application of a party for cause shown at any time before the award is made.

### *Rule 23.  Arbitrator's Authority / Applicable Law*

The arbitrator shall have the authority to consider and decide disputes subject to arbitration as defined in these rules.  The arbitrator shall also have the authority to interpret and apply these rules, determine the scope of these rules and to decide issues of arbitrability.

The arbitrator shall not have the authority to consolidate the claims of other Associates into one proceeding and shall not have the authority to fashion a proceeding as a class action or to award relief to a group of Associates in one proceeding.

The arbitrator shall be bound by and shall apply the state or federal substantive law that would be applied by the United States District Court for the District where the dispute arose. The parties acknowledge that this agreement evidences a transaction involving interstate commerce.  The Federal Arbitration Act, 9 USC ¶1, et. seq., shall govern the interpretation, enforcement, and proceedings pursuant to the arbitration agreement.

The arbitrator shall also be bound by any applicable company handbooks, rules, policies and procedures.
The arbitrator shall have no authority, however, to add to, detract from, change, amend or modify any law, handbook, rule, policy or procedure in any respect.  Nor shall the arbitrator have authority to consider or decide any matters that are the sole responsibility of the company in the management and conduct of its business.

### *Rule 24.  Relief*

The arbitrator may grant any remedy or relief that would have been available to the parties had the matter been heard in court.  The arbitrator shall have the authority to provide for the reimbursement of representative's fees, in whole or in part, as part of the remedy, in accordance with applicable law.

In the arbitrator orders reinstatement, the company shall have the option, within fourteen (14) calendar days of receipt of the award, to request that the arbitrator make a monetary award in lieu of reinstatement.  If the company makes such a request, the arbitrator shall make a monetary award that the company, at its discretion, may pay in lieu of reinstatement.  The arbitration hearing shall be reopened for additional proofs on this issue if either party so requests.

### Rule 25.  Arbitrator's Award

The arbitrator shall within thirty (30) calendar days of the closing of the hearing submit to the parties a reasoned decision signed by the arbitrator.  The award shall also specify the relief awarded, if any, and the elements and basis for any monetary award.

The arbitrator's award shall be final and binding on both the company and the Associate and any court of competent jurisdiction may enter a judgment on the award.  Judicial review shall be limited, as provided by law.

The parties shall accept as legal delivery of the award the placing of the award or a true copy in the mail, addressed to a party or its representative at the last known address, personal service of the award, email service or the filing of the award in any manner that may be required by law.

### Rule 26.  Fees and Expenses

The Associate is responsible for paying an administrative fee of $150. You may ask for a waiver of the fee by written request.  If the Company denies the fee waiver request, the request is submitted to AAA for a final decision.

All costs of arbitration, including the arbitrator's fees and expenses and the cost of the hearing room shall be borne fully by the company, except as otherwise limited in these rules.

Each party shall bear their own discovery costs and expenses, except as may be awarded by the arbitrator in accordance with applicable law.

The expenses of witnesses shall be borne by the party producing such witnesses, except as may be awarded by the arbitrator in accordance with applicable law.

The fees and expenses of experts, consultants, interpreters and any others retained or consulted by a party shall be borne by the party producing such witnesses or utilizing such services, except as may be awarded by the arbitrator in accordance with applicable law.

The fees and expenses charged to a party by any attorney or other representative shall be borne by the party who retains the representative, except as may be awarded by the arbitrator in accordance with applicable law.

Any fees and expenses incurred as a result of any postponement shall be borne by the party requesting or causing the postponement of the hearing.

### Rule 27.  Extensions of Time

The parties may modify any period of time by mutual written agreement.  The arbitrator may for good cause extend any period of time established by these rules, except the time for filing a notice of intent to arbitrate and for making the award.

### Rule 28.  Claim Abandonment/Default Judgment

After a demand for arbitration has been received, a party who fails to take an action required under these rules for 90 days after an action is required has abandoned his or her claim, or default may be entered.

### Rule 29.  Enforceability

These rules and any award rendered pursuant to them shall be enforceable under and subject to the Federal Arbitration Act ("FAA"), 9 U.S.C. § 1 et. seq.

### *Rule 30. Severability*

If any of these rules or parts thereof are determined by any court with jurisdiction to be unlawful, invalid or unenforceable, those provisions shall be enforced to the greatest extent permissible under the law and all remaining rules and provisions shall continue in full force and effect.

## Associate Trust Hotline

The Company maintains an Employee/Associate Hotline also known as the Trust Hotline is a 24/7, 365 day a year toll free resource at 1-844-773-7239 or via the internet at www.artvan.ethicspoint.com.

The Trust Hotline may be used to confidentially report any wrongdoing, fraud, complaint, or any other infraction of law, policy, or procedure outlined in this handbook.  The Trust Hotline is operated by a 3rd party vendor (Navex Global) who handles the intake of reports, then assigns them to an appropriate member of Human Resources, Loss Prevention, or the Legal department so that a timely investigation can be conducted.

Furthermore, the Trust Hotline can be used to address any form of theft, substance abuse, workplace violence, policy violations, and safety violations as well as any issue that impacts our business and profitability.  For further information, refer to the TRUST HOTLINE SOP.

## Crisis Management and Emergency Response

The company has developed a Crisis Management and Emergency Response program to address a number of different emergency situations.  Each store and office location has a copy of this program.  Additionally, our company "Know the Drill" poster campaign addresses a number of situations including; building evacuation, suspicious packages, pandemic preparedness, etc.

# COMMUNICATION CHANNELS

Communicating on a regular and ongoing basis is important to the enrichment of associates and the success of the Company.  To do this we have created multiple communication channels to provide information to you.  These channels include:

## Associate Information Line

The company maintains a special "hotline" for important information.  Associates are encouraged to contact 1-844-ARTVANN (1-844-278-8266) in the event of any emergency.  Company authorized information and instructions will be communicated through this number.

## Corporate Intranet

The Corporate AV Compass hosts information from each department along with company news.

## Bulletin Boards

There are posting areas at each location. These areas are used to communicate information concerning the Company.  Please check these posting areas on a regular basis to keep informed. Only official notices are posted in these areas.  Posting or removal of materials must be approved by the appropriate manager.  Unauthorized postings are subject to removal.

## Video (AVTV)

As needed, video communications are produced and distributed throughout the Company to address a variety of topics in a timely and comprehensive manner.  These videos are available "on demand" through the AVTV network.

## Help Us Improve

The company is interested in the opinions and ideas of our associates!  To facilitate the process we have created the "Help Us Improve" program.  Any associate with an idea or opinion related to our operations is encouraged to send a note to helpusimprove@artvan.com.  These emails go directly to the Office of the CEO and are reviewed and acted upon as appropriate.

## Electronic Communication Systems

All of the Electronic Communications Systems of the Company are the property of the Company.

### Definitions

- Electronic Communication Systems:  the term includes, but is not limited to, computer hardware, computer software, telephones (including cellular phones, camera phones), pagers, two-way radios, photocopy and facsimile machines, other company-supplied or reimbursed current or future devices used for communication; and all the communications and information communicated thereby, including e-mail, instant messaging, text messaging, internet, (including web-access), voice-mail and all communications and information accessed, sent, retrieved or stored in these systems.

- User: the term includes all associates, contract employees, approved guests, vendors or third parties who have access to the Company's Electronic Communication Systems.

## Access and Use of Company Electronic Communication Systems

Authorization from the user's manager or the IT Director is required to utilize any of the company's Electronic Communication Systems.  The Electronic Communications Systems are provided and intended for job -related and/or approved business purposes only.

Reasonable, incidental and occasional personal use of the Company's Electronic Communication Systems is permitted (for example, "Let's meet for lunch next week") but such messages are treated no differently from other electronic communications with respect to this policy.

Any personal use of the Communication Systems is strictly prohibited as follows: interferes with an associate's work performance, e.g., excessive use that impacts company operations; compromises the Company's business interests; results in added costs to the Company; burdens and/or compromises the effectiveness of the Electronic Communication Systems; or violates any local, state, federal or international law.

Communications (i.e., e-mails, web-submissions, faxes, text messages) sent from a company account are regarded as official company communications, regardless of content and can be reviewed by the Company at any time.  Inappropriate use of the communication systems, therefore, exposes the user and the Company to risk.

## Prohibited Electronic Activities

Users are prohibited from the following electronic communication activities:
- Users may not intentionally access, send, retrieve, display or store any vulgar, obscene, threatening, intimidating or unlawful communications, including sexually or racially explicit or disparaging material, or material that would violate the company's respectful work environment, anti-discrimination, anti-harassment policies or bullying policy.
- Chain or joke e-mails are not to be intentionally accessed, sent, retrieved, displayed or stored.
- Engaging in any activity that is a violation of local, state, federal or international law.
- Soliciting for outside business ventures, sales of goods or services, personal parties, social meetings, charities, membership in any organization, political causes, religious causes, or other matters not connected to the Company's business during work times
- Using the Electronic Communication Systems for entertainment (including sports and gambling) purposes.
- Sending, forwarding or soliciting sexually oriented messages or images.  If an item is sent to you, you must immediately delete
- Operating a business, usurping business opportunities or soliciting money for personal gain or searching for jobs outside the Company.
- Using codes, accessing files or retrieving any stored communication not addressed to them without prior clearance from their manager or the IT Director.
- Distribution of information considered by the Company to be confidential (e.g., customer records, associate data such as social security numbers. protected health information, credit card numbers, driver's license numbers, complete date of birth, minor children's names, pricing, margins, confidential strategic business initiatives, company trade secrets such as information regarding the development of systems, processes, products, know-how and technology) to any unauthorized person(s) by any means, including but not limited to e-mail, web submissions, duplication to removable media, faxes, etc.
- In general, using storage servers and other computing resources for personal data, including such things as photos, videos, MP3 and other music formats, etc.

- Users must respect intellectual property rights of the Company and third parties.  Users must avoid misappropriating or infringing the intellectual property of other companies, which can create liability for the Company and themselves

## Privacy and Confidentiality

Users should understand that they have no expectations of privacy in connection with the access and use of the company's Electronic Communication Systems, including, but not limited to, stored e-mail and voice-mail or SMS messages and usage of the Internet including any items on a company owned mobile device.  To safeguard and protect company proprietary, confidential, and business-sensitive information, and to ensure that the use of Company Electronic Information Systems is consistent with the company's legitimate business interests, the Company monitors the use of such systems in compliance with applicable laws.

The Company reserves the right to retrieve and review any message or information composed, sent or received.  Even when a message is deleted or erased, it may be possible to recreate the message; therefore, the ultimate privacy of messages cannot be ensured to anyone.

All pass codes, passwords, ID's and encrypted information for business-related accounts are also the property of the Company.  No User may enable or utilize an encryption method that is not enabled or approved by the Company and any user must provide passwords to Company upon request.

Users must exercise a greater degree of caution in transmitting information via the Internet, through any on-line service, web-site, or over the e-mail system than they take with other means of communicating information, (for example, written memorandums, letters or phone calls} because of the reduced human effort required to redistribute such information and should encrypt sensitive data before transmitting.

Generally, confidential and/or sensitive information is not to be sent via the electronic mail or over the intranet.  Users should always use care in addressing all messages to make sure that messages are not inadvertently sent to outsiders or the wrong person within the Company. Refrain from routinely forwarding messages containing confidential information to multiple parties unless there is a specific business need to do so.

To further guard against distribution of the company's confidential information, Users should not access their e-mail messages for the first time in the presence of others.  E-mail windows should not be left open on the screen when the computer is unattended.

## Security Measures

All Electronic Communication Systems passwords should be kept secured by the User. Revealing account password(s) to others or allowing use of their account by others unless approved in advance by the manager or IS Director is prohibited.  This includes but is not limited to family and other household members when work is being done at home.  Users are discouraged to develop passwords that consist of personal information (i.e. names, birth dates, street addresses) since it may be easier for others to guess the password.  The use of confidential passwords, however, does not imply any right to privacy or prevent the Company from obtaining access to information.

Reasonable efforts should be taken by the User to protect and secure the electronic communication systems provided to them by the Company.  Users in the possession of company laptops, mobile phones and/or other electronic communication systems used off-site must not leave these devices unattended at any time unless secured.  The information should be stored in an approved company encrypted form.

Art Van Furniture Associate Handbook

## Sharing, Downloading and Uploading Software and Files

No User should load any software, or download any files without their manager's and/or the IS Director's approval.  The use of any peer-to- peer file sharing software including, but not limited to Kazaa, LimeWire, Morpheus, or any torrent applications is prohibited.

## Storage and retention of information

The Company strongly discourages the long-term storage or storage of large numbers of e-mail messages for the following reasons:

- Since e-mail messages frequently contain confidential information, it is desirable to limit the number, distribution and availability of such messages.
- Retention of messages fills up large amounts of storage space on the network server and can slow down the performance of the network.
- Users should practice the following good housekeeping guidelines:
- Transfer e-mails and/or attachments to a file or delete any e-mail messages they send or receive that no longer require action or are not necessary to an ongoing project after ninety (90) days.
- Changing preferences in settings.

Do not save multiple copies of e-mails. For example, when a user sends an e-mail and receives a response that also has the original e-mail attached, the user should only save the latest e-mail. Do not reply with attachments or use "reply all" unless the response requires it.  Please note: the Company's standard purging practices are in place.

## Enforcement

Each User is responsible for adhering to this policy. Users learning of any security breach, misuse of the Company's Electronic Communication Systems or other violations of this policy must immediately notify their manager or the IS Director.  Any User found to be in violation of this policy is subject to corrective action up to and including termination.

## Use of Company Trade Names and/or Service Marks

Any use of the names or symbols associated with the Company, its products or services is protected under trademark law. Associates may not use Company names or symbols for any purpose other than as required for their job. Associates must also refrain from using the intellectual property of our vendors except as authorized.  Associates who violate this policy are subject to corrective action, up to and including termination.

## Media Inquiries

If you are contacted by the media (i.e. newspapers, radio, television, website, etc.) for an official communication or statement on behalf of the Company, refer them to our Vice President of Corporate Communications.  Be polite but firm with the media in telling them that their requests and/or inquiries have to go through the corporate office and that you are not authorized to respond.

Only designated Company spokespersons are authorized to speak with the media on behalf of the Company.  This includes but is not limited to any type of inquiry or questions about merchandise and requests to film or photograph the store.  This policy ensures that the public receives accurate, consistent and up to date information from a single authorized source.

# ATTACHMENTS

1. Employee Rights Under the Family and Medical Leave Act
2. Handbook Receipt and Acknowledgement

## Employee Rights and Responsibilities Under the Family Medical Leave Act

# EMPLOYEE RIGHTS
## UNDER THE FAMILY AND MEDICAL LEAVE ACT
### THE UNITED STATES DEPARTMENT OF LABOR WAGE AND HOUR DIVISION

**LEAVE ENTITLEMENTS**

Eligible employees who work for a covered employer can take up to 12 weeks of unpaid, job-protected leave in a 12-month period for the following reasons:

- The birth of a child or placement of a child for adoption or foster care;
- To bond with a child (leave must be taken within 1 year of the child's birth or placement);
- To care for the employee's spouse, child, or parent who has a qualifying serious health condition;
- For the employee's own qualifying serious health condition that makes the employee unable to perform the employee's job;
- For qualifying exigencies related to the foreign deployment of a military member who is the employee's spouse, child, or parent.

An eligible employee who is a covered servicemember's spouse, child, parent, or next of kin may also take up to 26 weeks of FMLA leave in a single 12-month period to care for the servicemember with a serious injury or illness.

An employee does not need to use leave in one block. When it is medically necessary or otherwise permitted, employees may take leave intermittently or on a reduced schedule.

Employees may choose, or an employer may require, use of accrued paid leave while taking FMLA leave. If an employee substitutes accrued paid leave for FMLA leave, the employee must comply with the employer's normal paid leave policies.

**BENEFITS & PROTECTIONS**

While employees are on FMLA leave, employers must continue health insurance coverage as if the employees were not on leave.

Upon return from FMLA leave, most employees must be restored to the same job or one nearly identical to it with equivalent pay, benefits, and other employment terms and conditions.

An employer may not interfere with an individual's FMLA rights or retaliate against someone for using or trying to use FMLA leave, opposing any practice made unlawful by the FMLA, or being involved in any proceeding under or related to the FMLA.

**ELIGIBILITY REQUIREMENTS**

An employee who works for a covered employer must meet three criteria in order to be eligible for FMLA leave. The employee must:

- Have worked for the employer for at least 12 months;
- Have at least 1,250 hours of service in the 12 months before taking leave;* and
- Work at a location where the employer has at least 50 employees within 75 miles of the employee's worksite.

*Special "hours of service" requirements apply to airline flight crew employees.

**REQUESTING LEAVE**

Generally, employees must give 30-days' advance notice of the need for FMLA leave. If it is not possible to give 30-days' notice, an employee must notify the employer as soon as possible and, generally, follow the employer's usual procedures.

Employees do not have to share a medical diagnosis, but must provide enough information to the employer so it can determine if the leave qualifies for FMLA protection. Sufficient information could include informing an employer that the employee is or will be unable to perform his or her job functions, that a family member cannot perform daily activities, or that hospitalization or continuing medical treatment is necessary. Employees must inform the employer if the need for leave is for a reason for which FMLA leave was previously taken or certified.

Employers can require a certification or periodic recertification supporting the need for leave. If the employer determines that the certification is incomplete, it must provide a written notice indicating what additional information is required.

**EMPLOYER RESPONSIBILITIES**

Once an employer becomes aware that an employee's need for leave is for a reason that may qualify under the FMLA, the employer must notify the employee if he or she is eligible for FMLA leave and, if eligible, must also provide a notice of rights and responsibilities under the FMLA. If the employee is not eligible, the employer must provide a reason for ineligibility.

Employers must notify its employees if leave will be designated as FMLA leave, and if so, how much leave will be designated as FMLA leave.

**ENFORCEMENT**

Employees may file a complaint with the U.S. Department of Labor, Wage and Hour Division, or may bring a private lawsuit against an employer.

The FMLA does not affect any federal or state law prohibiting discrimination or supersede any state or local law or collective bargaining agreement that provides greater family or medical leave rights.



For additional information or to file a complaint:

# 1-866-4-USWAGE
(1-866-487-9243)    TTY: 1-877-889-5627

# www.dol.gov/whd
**WHD**

U.S. Department of Labor | Wage and Hour Division

WH1420   REV 04/16

## Handbook Receipt – Acknowledgement and Arbitration Agreement

I acknowledge receipt of one copy of the Company Handbook.

I understand and agree:

- The Handbook, including the arbitration policy, governs my employment at the Company and I agree to follow the Company's rules.
- This Handbook supersedes, revokes, cancels and negates all prior inconsistent representations, policies and practices, oral or written, about my employment at the Company.
- I may terminate my employment with the company at any time for any reason and the Company may terminate my employment at its will, with or without cause, at any time, with or without notice or warning.
- No associate, manager, officer, executive or other representative of the Company, except the President/CEO, has any authority to enter into any agreement for employment for any specified period of time or to make an agreement for employment other than at-will nature.   Only the President/CEO of the company has the authority to make any such agreement and then only by an express writing.  I understand that the Company does not recognize implied agreements.
- The Handbook is reviewed periodically by the Company.  Except for Arbitration, this Handbook does not create any contractual or other legal obligations. I understand that, except for arbitration, the Company may delete, modify, add to or terminate any practices, benefits or provisions contained in the Handbook at any time upon prior notice.
- Notification by the Company for any employment-related matters will be by regular mail to the last known address known by the Company. On the third business day after mailing is posted, I am officially notified, and AVF has fulfilled its obligation to do so.
- If any portion of this acknowledgement is determined to be unenforceable, the remaining part or parts shall remain in full force and effect.

## Agreement to Use Arbitration

In consideration of my continued employment, I agree that except for claims filed with administrative agencies, any dispute, matter or controversy arising out of my employment or the termination of my employment including claims of discrimination based upon race, color, religion, sex, weight, age, gender, national origin, disability, veteran status, genetic information, height, marital status, or any other statutory or other claim, shall be submitted for exclusive resolution to arbitration consistent with the Open Door Policy; that the decision of the arbitrator shall be final and binding on me and on the Company; and that the judgment of a court having jurisdiction may be entered upon the arbitration award for the purpose of enforcing the arbitration award.

Any arbitration against the Company must be initiated within the procedures and time limitations period set forth in this Handbook or it will be forever barred. With respect to arbitration, the Company reserves the sole right to add to, delete from or modify the procedural rules on arbitration at any time by giving ten (10) days' notice to associates of the change or termination. The right to add to, delete from or modify the procedural rules shall not apply to any request to arbitrate initiated before the change.

If the arbitration provision is deemed void or inapplicable under state or federal law, any action or lawsuit must be brought within one (1) year of the event giving rise to the lawsuit or the applicable statute of limitations or within ninety (90) days of receiving a right to sue for statutory discrimination claims that require exhaustion, or the lawsuit will be forever barred.  I waive any limitations period to the contrary.  I waive the right to bring a court case on any covered claim.  I agree to arbitrate the shorter of any such claims, disputes or controversies only in an individual capacity and not as plaintiff or class member in any purported class, collective action, or representative proceeding.

_____

Signature                                                          Date

_____

Print Full Name                                              Associate ID Number