# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ART VAN FURNITURE, LLC., *et al.,*[1]<br><br>                      Debtors. | Chapter 7<br><br>Case No. 20-10553 (CSS)<br><br>Jointly Administered |
| TODD STEWART and JENNIFER SAWLE on behalf of themselves and all others similarly situated,<br><br>                      Plaintiffs,<br>v.<br><br>ART VAN FURNITURE, LLC, et al.,<br><br>                      Debtors. | Adv. Pro. No. 20-50548 (CSS)<br><br><br><br>**Re: Adv. D.I. 47** |

## PLAINTIFFS' REQUEST FOR ORAL ARGUMENT ON PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND RELATED RELIEF

Plaintiffs Todd Stewart and Jennifer Sawle, on behalf of themselves and all others similarly situated ("Plaintiffs"), pursuant to Del. Bankr. LR 7007-3, respectfully request oral argument in connection with *Plaintiffs' Motion for Class Certification and Related Relief* (Adv. D.I. 47) (the "Motion"). Briefing on the Motion is now completed.

*[Signature on following page]*

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, include: Art Van Furniture, LLC (9205); AVF Holding Company, Inc. (0291); AVCE, LLC (2509); AVF Holdings I, LLC (2537); AVF Holdings II, LLC (7472); AVF Parent, LLC (3451); Levin Parent, LLC (8052); Art Van Furniture of Canada, LLC (9491); AV Pure Sleep Franchising, LLC (8968); AVF Franchising, LLC (6325); LF Trucking, Inc. (1484); Sam Levin, Inc. (5198); and Comfort Mattress LLC (4463).

1

Dated: December 27, 2021          Respectfully Submitted,

                                             */s/ Michael J. Joyce*
                                             Michael J. Joyce (No. 4563)
                                             **JOYCE, LLC**
                                             1225 King Street, Suite 800
                                             Wilmington, DE 19801
                                             Telephone: (302)-388-1944
                                             Email: mjoyce@mjlawoffices.com

OF COUNSEL:

René S. Roupinian (*admitted pro hac vice*)
Jack A. Raisner (*admitted pro hac vice*)
**RAISNER ROUPINIAN LLP**
270 Madison Avenue, Suite 1801
New York, New York 10016
Telephone: (212) 221-1747
Facsimile: (212) 221-1747
Email: rsr@raisnerroupinian.com
Email: jar@raisnerroupinian.com

*Attorneys for Plaintiffs and the putative class*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| ART VAN FURNITURE, LLC., *et al.,*[2] | Case No. 20-10553 (CSS) |
| Debtors. | Jointly Administered |
| TODD STEWART and JENNIFER SAWLE on behalf of themselves and all others similarly situated, | Adv. Pro. No. 20-50548 (CSS) |
| Plaintiffs, | |
| v. | |
| ART VAN FURNITURE, LLC, et al., | |
| Defendants. | |

**CERTIFICATE OF SERVICE**

I, Jenny Hoxha, under penalty of perjury, certify the following as true and correct: I am not a party to this action, employed by Raisner Roupinian LLP, and I am over 18 years of age. I hereby certify that I caused true and correct copies of *Plaintiffs' Request for Oral Argument on Plaintiffs' Motion for Class Certification and Related Relief* and the corresponding *Certificate of Service* to be served upon the parties listed below via email as listed below:

**Service List:**

Bradford J. Sandler
Colin R. Robinson
Peter J. Keane
Beth Levine

---

[2] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, include: Art Van Furniture, LLC (9205); AVF Holding Company, Inc. (0291); AVCE, LLC (2509); AVF Holdings I, LLC (2537); AVF Holdings II, LLC (7472); AVF Parent, LLC (3451); Levin Parent, LLC (8052); Art Van Furniture of Canada, LLC (9491); AV Pure Sleep Franchising, LLC (8968); AVF Franchising, LLC (6325); LF Trucking, Inc. (1484); Sam Levin, Inc. (5198); and Comfort Mattress LLC (4463).

**PACHULSKI STANG ZIEHL & JONES LLP**
919 N. Market Street, 17th Floor
Wilmington, DE 19801
Email: bsandler@pszjlaw.com
crobinson@pszjlaw.com
pkeane@pszjlaw.com
blevine@pszjlaw.com
*Counsel to Alfred T. Giuliano, Chapter 7 Trustee for Debtors*

Dated:  December 27, 2021

/s/      *Jenny Hoxha*
Jenny Hoxha