**UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>ART VAN FURNITURE, LLC., *et al.,*[1]<br><br>                  Debtors. | Chapter 7<br><br>Case No. 20-10553 (CSS)<br><br>Jointly Administered |
| TODD STEWART and JENNIFER SAWLE on behalf of themselves and all others similarly situated,<br><br>                  Plaintiffs,<br>v.<br><br>ART VAN FURNITURE, LLC, et al.,<br><br>                  Debtors. | Adv. Pro. No. 20-50548 (CSS)<br><br><br>**Re: Adv. D.I. 47, 51, 53, 54** |

**NOTICE OF COMPLETION OF BRIEFING ON
PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND RELATED RELIEF**

Plaintiffs Todd Stewart and Jennifer Sawle, on behalf of themselves and all others similarly situated ("Plaintiffs"), pursuant to Del. Bankr. LR 7007-4, hereby give notice that briefing on *Plaintiffs' Motion for Class Certification and Related Relief* (Adv. D.I. 47) (the "Motion") is now completed. The pleadings related to the Motion, copies of which will be

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, include: Art Van Furniture, LLC (9205); AVF Holding Company, Inc. (0291); AVCE, LLC (2509); AVF Holdings I, LLC (2537); AVF Holdings II, LLC (7472); AVF Parent, LLC (3451); Levin Parent, LLC (8052); Art Van Furniture of Canada, LLC (9491); AV Pure Sleep Franchising, LLC (8968); AVF Franchising, LLC (6325); LF Trucking, Inc. (1484); Sam Levin, Inc. (5198); and Comfort Mattress LLC (4463).

1

delivered to the Court, are listed below.

| Adv. D.I. | Pleading | Date Filed |
|---|---|---|
| 47 | Plaintiffs' Motion | 11/14/21 |
| 51 | Chapter 7 Trustee's Opposition to Motion and Cross-Motion to Stay Consideration | 12/6/21 |
| 53 | Plaintiffs' Reply in Support of Motion | 12/20/21 |
| 54 | Plaintiffs' Request for Oral Argument | 12/27/21 |

Dated: December 27, 2021                           Respectfully Submitted,

                                                             */s/ Michael J. Joyce*
                                                          Michael J. Joyce (No. 4563)
                                                          **JOYCE, LLC**
                                                          1225 King Street, Suite 800
                                                          Wilmington, DE 19801
                                                          Telephone: (302)-388-1944
                                                          Email: mjoyce@mjlawoffices.com

OF COUNSEL:

René S. Roupinian (*admitted pro hac vice*)
Jack A. Raisner (*admitted pro hac vice*)
**RAISNER ROUPINIAN LLP**
270 Madison Avenue, Suite 1801
New York, New York 10016
Telephone: (212) 221-1747
Facsimile: (212) 221-1747
Email: rsr@raisnerroupinian.com
Email: jar@raisnerroupinian.com

*Attorneys for Plaintiffs and the putative class*

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| ART VAN FURNITURE, LLC., *et al.*,[2] | Case No. 20-10553 (CSS) |
| Debtors. | Jointly Administered |
| TODD STEWART and JENNIFER SAWLE on behalf of themselves and all others similarly situated, | Adv. Pro. No. 20-50548 (CSS) |
| Plaintiffs, | |
| v. | |
| ART VAN FURNITURE, LLC, et al., | |
| Defendants. | |

### CERTIFICATE OF SERVICE

I, Jenny Hoxha, under penalty of perjury, certify the following as true and correct: I am not a party to this action, I am employed by Raisner Roupinian LLP, and I am over 18 years of age. I hereby certify that I caused true and correct copies of the foregoing *Notice of Completion of Briefing on Plaintiffs' Motion for Class Certification and Related Relief* and the corresponding *Certificate of Service* to be served upon the parties listed below via email as listed below:

**Service List:**

Bradford J. Sandler
Colin R. Robinson
Peter J. Keane
Beth Levine

---

[2] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, include: Art Van Furniture, LLC (9205); AVF Holding Company, Inc. (0291); AVCE, LLC (2509); AVF Holdings I, LLC (2537); AVF Holdings II, LLC (7472); AVF Parent, LLC (3451); Levin Parent, LLC (8052); Art Van Furniture of Canada, LLC (9491); AV Pure Sleep Franchising, LLC (8968); AVF Franchising, LLC (6325); LF Trucking, Inc. (1484); Sam Levin, Inc. (5198); and Comfort Mattress LLC (4463).

3

**PACHULSKI STANG ZIEHL & JONES LLP**
919 N. Market Street, 17th Floor
Wilmington, DE 19801
Email: bsandler@pszjlaw.com
crobinson@pszjlaw.com
pkeane@pszjlaw.com
blevine@pszjlaw.com
*Counsel to Alfred T. Giuliano, Chapter 7 Trustee for Debtors*

Dated:  December 27, 2021

/s/    *Jenny Hoxha*
Jenny Hoxha