IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br>ART VAN FURNITURE, LLC, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10553 (CSS)<br><br>(Jointly Administration Requested) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of William C Price, Esquire of Clark Hill PCL to represent Levin Furniture, LLC and Levin Trucking, LLC in the above-referenced proceeding.

Dated: March 10, 2020

CLARK HILL PLC

*/s/ Karen M. Grivner*
Karen M. Grivner, Esquire (No. 4372)
824 N. Market Street
Suite 710
Wilmington, DE 19801
302-250-4750 (Phone)
302-421-9439 *(Fax)*
kerivnerae larkhill.com

## CERTIFICATION OF COUNSEL

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the bar of the Commonwealth of Pennsylvania and the State of New York, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this Action. I also certify that I am generally familiar with the Local Rules and with the Standing Order for District Court Fund effective 3/25/14. 1 further certify that I have paid the annual fee of $25.00 to the Clerk's Office for the District Court.

William C. Price
Clark Hill PLC
One Oxford Centre
301 Grant St, 14th Floor
Pittsburgh, PA 15219
Telephone (412) 394-7776
Facsimile (412) 394-2555
wprice@clarkhill.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.