# SIGN-IN SHEET

**CASE NAME:** Art Van Furniture
**CASE NO:** 20-10533
**COURTROOM LOCATION:** 6
**DATE:** 3/10/2020 at 10:00 AM

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| David L. Buchbinder | USTP/DOJ | UST |
| Linda Richenderfer | " | " |
| Dennis A. Meloro | Greenberg Traurig LLP | ACB AVF Lending, LLC |
| Jeffrey Wolf | " | " |
| Steven Fox | Riemer+Braunstein LLP | Hilco/Gordon Bros. |
| Cory Jalgowski | Burr + Forman | Wells Fargo Bank, NA |
| Jennifer Feldsher | Morgan Lewis | Wells Fargo Bank, NA |
| Marjorie Crider | " | " |
| Christopher Carter | " | " |
| Doug Herrman | Pepper Hamilton | Hilco/Gordon Bros |
| Marcy McLaughlin Smith | " | " |
| Greg Taylor | Ashby + Geddes | Kingsdown Inc. |
| Gregory Werkheiser | Benesch | Debtors |
| Jennifer Hoover | " | " |
| Kevin Capuzzi | " | " |
| John Gentile | " | " |
| Kate Harmon | " | " |
| Bruce Neilson | Morris James | F. Schumacher Holdings LLC |
| Karen Grivner | Clark Hill | Levin |
| Bill Rice | Clark Hill | Levin |
| Leslie Heilman | Ballard Spahr LLP | Simon Property Group, Brixmor, AmeriCold Logistics, Kimco, BG Retail, LLC, Starwood Retail Partners |
| Zach Shapiro | RLF | JPMorgan Chase, Comerica |
| | RLF | |
| | Shearman | IM Assets Trust, US Assets |

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.

# Court Conference

**Calendar Date:** 03/10/2020
**Calendar Time:** 10:00 AM ET

## U.S. Bankruptcy Court-District of Delaware
## Confirmed Telephonic Appearance Schedule
## Honorable Christopher S. Sontchi
### #6

Amended Calendar  Mar 10 2020  6:45AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearing | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Art Van Furniture LLC | 20-10553 | Hearing | 10440032 | Blaine Adams | (212) 775-8749 ext. | Kilpatrick Townsend & Stockton LLP | Interested Party, Kilpatrick Townsend & Stockton LLP / LISTEN ONLY |
| | | Art Van Furniture LLC | 20-10553 | Hearing | 10440347 | Brian Allen | (617) 235-7255 ext. | Morgan Lewis & Bockius LLP | Interested Party, Brian Allen / LISTEN ONLY |
| | | Art Van Furniture LLC | 20-10553 | Hearing | 10440479 | Alix Brozman | (646) 213-7400 ext. | Reorg Research, Inc. | Interested Party, Reorg Research, Inc. / LISTEN ONLY |
| | | Art Van Furniture LLC | 20-10553 | Hearing | 10440143 | ~~James F. Carroll~~ Beth Rodgers | (770) 685-6320 ext. | Rodgers Law Offices | Creditor, Serta Simmons Bedding / LIVE |
| | | Art Van Furniture LLC | 20-10553 | Hearing | 10439481 | David H. Conaway | (704) 375-0057 ext. | Shumaker Loop & Kendrick LLP | Creditor, Legacy Classic / LISTEN ONLY |
| | | Art Van Furniture LLC | 20-10553 | Hearing | 10441974 | Shannon Deeby | (248) 988-5889 ext. | Clark Hill PLC | Creditor, Levin Furniture / LISTEN ONLY |
| | | Art Van Furniture LLC | 20-10553 | Hearing | 10441962 | Jarrod Duffy | (412) 394-2560 ext. | Clark Hill PLC | Creditor, Levin Furniture / LISTEN ONLY |
| | | Art Van Furniture LLC | 20-10553 | Hearing | 10440244 | Gary V. Elslander | (210) 554-5275 ext. | Dykema Gossett PLLC | Interested Party, Gary V. Elslander / LISTEN ONLY |
| | | Art Van Furniture LLC | 20-10553 | Hearing | 10440280 | Matthew Furlong | (617) 235-7255 ext. | Morgan Lewis & Bockius LLP | Creditor, Wells Fargo Bank / LISTEN ONLY |
| | | Art Van Furniture LLC | 20-10553 | Hearing | 10439262 | Craig S. Ganz | (602) 798-5427 ext. | Ballard Spahr LLP | Creditor, Store Capital and Essential Properties / LIVE |
| | | Art Van Furniture LLC | 20-10553 | Hearing | 10439280 | Ronald E. Gold | (513) 651-6156 ext. | Frost Brown Todd LLC | Creditor, Tempur Sealy International, Inc. / LIVE |
| | | Art Van Furniture LLC | 20-10553 | Hearing | 10440183 | Paul R. Hage | (248) 727-1543 ext. | Jaffe Raitt Heuer & Weiss | Creditor, Susman Agency / LISTEN ONLY |
| | | Art Van Furniture LLC | 20-10553 | Hearing | 10440679 | Taylor B. Harrison | (212) 390-7831 ext. | Debtwire | Interested Party, Debtwire / LISTEN ONLY |
| | | Art Van Furniture LLC | 20-10553 | Hearing | 10440324 | Stew Kessler | (617) 235-7255 ext. | Morgan Lewis & Bockius LLP | Interested Party, Stew Kessler / LISTEN ONLY |
| | | Art Van Furniture LLC | 20-10553 | Hearing | 10441998 | Robert L. LeHane | (212) 808-7573 ext. | Kelley Drye & Warren LLP | Creditor, ARC Trust / LIVE |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Art Van Furniture LLC | 20-10553 | Hearing | 10440004 | Will Martin | (612) 492-6925 ext. | Dorsey & Whitney LLP | | Creditor, LCN AVF / LIVE |
| Art Van Furniture LLC | 20-10553 | Hearing | 10440306 | Lauren Murphy | (617) 624-4488 ext. | Wells Fargo Capital Finance | | Creditor, Wells Fargo Bank / LISTEN ONLY |
| Art Van Furniture LLC | 20-10553 | Hearing | 10439709 | Robert Nussbaum | (212) 556-2208 ext. | King & Spalding LLP | | Interested Party, KKR / LISTEN ONLY |
| Art Van Furniture LLC | 20-10553 | Hearing | 10440438 | Thomas Onder | (609) 219-7458 ext. | Stark & Stark | | Creditor, SBV Holland, LLC / LISTEN ONLY |
| Art Van Furniture LLC | 20-10553 | Hearing | 10442007 | Michael Reining | (212) 808-7925 ext. | Kelley Drye & Warren LLP | | Creditor, ARC Trust / LISTEN ONLY |
| Art Van Furniture LLC | 20-10553 | Hearing | 10441967 | Nelson Ropke | (313) 965-8233 ext. | Clark Hill PLC | | Creditor, Levin Furniture / LISTEN ONLY |
| Art Van Furniture LLC | 20-10553 | Hearing | 10440735 | Michael J. Small | (312) 832-5832 ext. | Foley & Lardner LLP | | Client, Kingsdown / LIVE |
| Art Van Furniture LLC | 20-10553 | Hearing | 10439288 | ~~Adam J. Webb~~ Lovati | (513) 651-6842 ext. | Frost Brown Todd LLC | | Creditor, Tempur Sealy International, Inc. / LIVE |
| Art Van Furniture LLC | 20-10553 | Hearing | 10440190 | Deborah Williamson | (210) 554-5275 ext. | Dykema Gossett PLLC | | Interested Party, Gary Van Elslander / LISTEN ONLY |
| Art Van Furniture LLC | 20-10553 | Hearing | 10441978 | Alex Wolf | (202) 999-9069 ext. | Bloomberg Law | | Media, Bloomberg Law / LISTEN ONLY |

Handwritten signatures: Monica Clark, Aaron Miller, Earle Erman