# Exhibit A

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ART VAN FURNITURE, LLC, *et al.*,[1] | ) | Case No. 20-10553 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**ORDER AUTHORIZING THE**
**DEBTORS TO REJECT CERTAIN**
**CONTRACTS *NUNC PRO TUNC* TO THE PETITION DATE**

Upon the motion (the "Motion")[2] of the above-captioned debtors and debtors in possession (collectively, the "Debtors") for entry of an order (this "Order") authorizing the Debtors to reject certain employment and separation agreements *nunc pro tunc* to the Petition Date, all as more fully set forth in the Motion; and upon the First Day Declaration; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), and this Court may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the relief requested in the Motion is in the best interest of the Debtors' estates, their creditors, and other parties in interest; and this

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Art Van Furniture, LLC (9205); AVF Holding Company, Inc. (0291); AVCE, LLC (2509); AVF Holdings I, LLC (2537); AVF Holdings II, LLC (7472); AVF Parent, LLC (3451); Levin Parent, LLC (8052); Art Van Furniture of Canada, LLC (9491); AV Pure Sleep Franchising, LLC (8968); AVF Franchising, LLC (6325); LF Trucking, Inc. (1484); Sam Levin, Inc. (5198); and Comfort Mattress LLC (4463). The location of the Debtors' service address in these chapter 11 cases is: 6500 East 14 Mile Road, Warren Michigan 48092.

[2] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Motion.

Court having found that the Debtors notice of the Motion and opportunity for a hearing on the Motion were appropriate and no other notice need be provided; and this Court having reviewed the Motion and having heard the statements in support of the relief requested therein at a hearing before this Court (the "Hearing"); and this Court having determined that the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Motion is granted as set forth in this Order.

2. The Agreements set forth on Exhibit 1 attached hereto, to the extent that they are, in fact, executory, are hereby rejected, effective as of the Petition Date.

3. This Order shall not be deemed to be a determination of whether any Agreement is executory.

4. The Debtors' rights with respect to any existing defaults of the counterparties to the Agreements, and all defenses and counterclaims to any rejection damages claims, are hereby preserved.

5. This Court shall retain jurisdiction over any and all matters arising from the interpretation or implementation of this Order.

Dated: _____, 2020  
Wilmington, Delaware

_____  
CHIEF JUDGE CHRISTOPHER S. SONTCHI  
UNITED STATES BANKRUPTCY JUDGE

# Exhibit 1

| Counter-Party | Contract Type |
|---|---|
| ARBIR, KAREN C<br>ADDRESS ON FILE | Severance Agreement |
| AZAR, MICHELE T<br>ADDRESS ON FILE | Severance Agreement |
| BAKER, GARY<br>ADDRESS ON FILE | Severance Agreement |
| BENNING, ELIZABETH S<br>ADDRESS ON FILE | Severance Agreement |
| BILLIET, MICHAEL J<br>ADDRESS ON FILE | Severance & General Release Agreement<br>Dated: 05/30/2019 |
| BOIRE, RONALD D<br>ADDRESS ON FILE | Separation & General Release Agreement<br>Dated: 08/14/2019 |
| BOSTON, MARK C<br>ADDRESS ON FILE | Severance Agreement |
| BREITENBECHER, KELLY E<br>ADDRESS ON FILE | Severance & General Release Agreement<br>Dated: 09/04/2019 |
| CHARLES, DIANE M<br>ADDRESS ON FILE | Employment Agreement |
| DAMIANI, MATTHEW E<br>ADDRESS ON FILE | Employment Agreement |
| DAVIDSON, BARRY<br>ADDRESS ON FILE | Severance Agreement |
| DIETRICHSON, HEATHER L<br>ADDRESS ON FILE | Severance Agreement |
| DILLON, BRENDA J<br>ADDRESS ON FILE | Severance Agreement |
| DOLSKI, MICHELLE A<br>ADDRESS ON FILE | Employment Agreement |
| ELAM, TARIUS E<br>ADDRESS ON FILE | Severance Agreement |
| FAY, LAWRENCE W<br>ADDRESS ON FILE | Employment Agreement |
| FAZIO, GARY T<br>ADDRESS ON FILE | Employment Agreement |
| FERGUSON, JAMES<br>ADDRESS ON FILE | Employment Agreement |
| FOSTYK, IRENE<br>ADDRESS ON FILE | Employment Agreement |
| GALEA, GAIL L<br>ADDRESS ON FILE | Separation & General Release Agreement<br>Dated: 09/05/2019 |
| GLYPTIS, GUS<br>ADDRESS ON FILE | Employment Agreement |
| GOURLEY, CRAIG R<br>ADDRESS ON FILE | Severance Agreement |
| GRIEGO, STEVE P<br>ADDRESS ON FILE | Employment Agreement |
| HAINLINE, GREGORY A<br>ADDRESS ON FILE | Severance Agreement |

| Counter-Party | Contract Type |
|---|---|
| HUMAYUN, SYED MUHAMMAD USMA<br>ADDRESS ON FILE | Severance & General Release Agreement<br>Dated: 09/09/2019 |
| LADD, DAVID D<br>ADDRESS ON FILE | Employment Agreement |
| MCINNIS, JOHN M<br>ADDRESS ON FILE | Severance Agreement |
| MCNAMARA, JEANETTE L<br>ADDRESS ON FILE | Employment Agreement |
| MCPHAIL, NEIL<br>ADDRESS ON FILE | Severance Agreement |
| NITZ, MICHAEL J<br>ADDRESS ON FILE | Severance & General Release Agreement<br>Dated: 11/22/2019 |
| NOAMAN, MOHAMMAD<br>ADDRESS ON FILE | Severance Agreement |
| O'GRADY, MICHAEL K<br>ADDRESS ON FILE | Severance & General Release Agreement<br>Dated: 07/05/2019 |
| O'ROURKE, JOHN T<br>ADDRESS ON FILE | Severance & General Release Agreement<br>Dated: 09/06/2019 |
| PELCHER, CHRISTOPHER<br>ADDRESS ON FILE | Employment Agreement |
| PODESTA, MARCELO R<br>ADDRESS ON FILE | Employment Agreement |
| POPOVSKI, JONATHON<br>ADDRESS ON FILE | Severance Agreement |
| RASHEED, MUSUAB S<br>ADDRESS ON FILE | Severance Agreement |
| SELIK, JEFFREY<br>ADDRESS ON FILE | Salary Continuation & General Release Agreement<br>Dated: 10/18/2019 |
| SILVERMAN, WENDY<br>ADDRESS ON FILE | Severance Agreement |
| SINGH, PAYAL<br>ADDRESS ON FILE | Severance Agreement |
| SINHA, JENNIFER L<br>ADDRESS ON FILE | Employment Agreement |
| SIVUNIGUNTAMUNI, SATYA<br>ADDRESS ON FILE | Employment Agreement |
| TAVEGGIA, JAMES<br>ADDRESS ON FILE | Severance & General Release Agreement<br>Dated: 07/05/2019 |
| VOIGT, ERIC<br>ADDRESS ON FILE | Severance Agreement |
| WILSON, ROBERT W<br>ADDRESS ON FILE | Severance & General Release Agreement<br>Dated: 10/10/2019 |
| WYATT, JOHN<br>ADDRESS ON FILE | Severance Agreement |
| ZAMBRICKI, MICHAEL<br>ADDRESS ON FILE | Employment Agreement |