# SIGN-IN SHEET

**CASE NAME:** Art Van Furniture
**CASE NO:** 20-10533
**COURTROOM LOCATION:** 6
**DATE:** 3/12/2020 at 2:00 PM

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Linda Richenderfer | UST | UST |
| David Buchbinder | UST | UST |
| William Price | Clark Hill | Levin Furniture LLC |
| Karen Grivner | Clark Hill | Levin Furniture LLC |
| Steven Fox | Riemer Braunstein | Hilco/GB |
| Doug Herrmann | Paper Hamilton | " |
| Mary McLaughlin Smith | " | " |
| Cory Falgowski | Burr + Forman | Wells Fargo Bank |
| Jennifer Feldsher | Morgan Lewis | Wells Fargo Bank |
| Christopher Carter | " | " |
| Eric Ivins | Polsinelli | Kensington Rd. LLC |
| | | Rapid (Both) Rinkers |
| | | Aurum Textiles/Urban Mfg |
| | | Essential Importer's Bath/Tech |
| | | Frontier-Bolton LLP |
| | | SPS (Acme) |
| | | Klaus |
| Gregory Werkheiser | Benesch | |
| Michael Busenkell | ↓ | ↓ |
| Kevin Dix / Jennifer Hoover | | |
| John Gentile | Morris James | Joron Sales, Inc. |
| Sarah Ennis | ↓ | ↓ |
| Jeffrey Waxman | | |
| Maureen Mulligan | Peabody + Arnold | |

**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.**

Court Conference
Calendar Date: 03/12/2020
Calendar Time: 02:00 PM ET

U.S. Bankruptcy Court-District of Delaware
Confirmed Telephonic Appearance Schedule
Honorable Christopher S. Sontchi
#6

2nd Revision  Mar 12 2020 7:27AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearing | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Art Van Furniture LLC | 20-10553 | Hearing | 10443780 | Blaine Adams | (212) 775-8749 ext. | Kilpatrick Townsend & Stockton LLP | Interested Party, Kilpatrick Townsend & Stockton LLP / LISTEN ONLY |
| | | Art Van Furniture LLC | 20-10553 | Hearing | 10448362 | Jason Bank | (313) 961-0200 ext. | Kerr, Russell & Weber | Creditor, Flexsteel Industries, Inc. / LISTEN ONLY |
| | | Art Van Furniture LLC | 20-10553 | Hearing | 10445467 | Lev Breydo | (646) 213-7400 ext. | Reorg Research, Inc. | Interested Party, Reorg Research, Inc. / LISTEN ONLY |
| | | Art Van Furniture LLC | 20-10553 | Hearing | 10448395 | Monica L. Clark | (612) 340-5647 ext. | Dorsey & Whitney LLP | Creditor, LCN AVF / LIVE |
| | | Art Van Furniture LLC | 20-10553 | Hearing | 10446681 | Shannon Deeby | (248) 988-5889 ext. | Clark Hill PLC | Creditor, Levin Furniture / LISTEN ONLY |
| | | Art Van Furniture LLC | 20-10553 | Hearing | 10446688 | Jarrod Duffy | (412) 394-2560 ext. | Clark Hill PLC | Creditor, Levin Furniture / LISTEN ONLY |
| | | Art Van Furniture LLC | 20-10553 | Hearing | 10445898 | Craig S. Ganz | (602) 798-5427 ext. | Ballard Spahr LLP | Creditor, Store Capital and Essential Properties / LIVE |
| | | Art Van Furniture LLC | 20-10553 | Hearing | 10445839 | Ronald E. Gold | (513) 651-6156 ext. | Frost Brown Todd LLC | Creditor, Tempur Sealy International, Inc. / LIVE |
| | | Art Van Furniture LLC | 20-10553 | Hearing | 10445115 | Paul R. Hage | (248) 727-1543 ext. | Jaffe Raitt Heuer & Weiss | Creditor, Susman Agency / LISTEN ONLY |
| | | Art Van Furniture LLC | 20-10553 | Hearing | 10446792 | Patrick J. Holohan | (646) 412-5336 ext. | Debtwire | Interested Party, Debtwire / LISTEN ONLY |
| | | Art Van Furniture LLC | 20-10553 | Hearing | 10445294 | Robert L. LeHane | (212) 808-7573 ext. | Kelley Drye & Warren LLP | Creditor, ARC Trust / LIVE |
| | | Art Van Furniture LLC | 20-10553 | Hearing | 10446431 | Joshua Leventhal | (212) 201-4073 ext. | Dorsey & Whitney LLP | Client, Joshua Leventhal / LISTEN ONLY |
| | | Art Van Furniture LLC | 20-10553 | Hearing | 10445328 | Charles Liu | (212) 309-6000 ext. | Morgan Lewis & Bockius LLP | Creditor, Wells Fargo Bank / LISTEN ONLY |
| | | Art Van Furniture LLC | 20-10553 | Hearing | 10445567 | Will Martin | (612) 492-6925 ext. | Dorsey & Whitney LLP | Creditor, LCN AVF / LIVE |

Peggy Drasal ext. 802

CourtConfCal2009
Steven Golden

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Art Van Furniture LLC | 20-10553 | Hearing | | 10444865 | Aaron Miller | (781) 439-5119 ext. | SB360 Capital Partners | Bidder, SB360 Capital Partners / LISTEN ONLY |
| Art Van Furniture LLC | 20-10553 | Hearing | ✓ | 10443778 | Robert Nussbaum | (212) 556-2208 ext. | King & Spalding LLP | Debtor, Art Van Furniture, LLC / LISTEN ONLY |
| Art Van Furniture LLC | 20-10553 | Hearing | ✓ | 10446796 | Thomas Onder | (609) 219-7458 ext. | Stark & Stark | Creditor, SBV Holland / LISTEN ONLY |
| Art Van Furniture LLC | 20-10553 | Hearing | ✓ | 10445693 | Beth E. Rogers | (770) 685-6320 ext. | Rogers Law Offices | Debtor, Art Van Furniture LLC. et al. / LIVE |
| Art Van Furniture LLC | 20-10553 | Hearing | ✓ | 10446699 | Nelson Ropke | (313) 965-8233 ext. | Clark Hill PLC | Creditor, Levin Furniture / LISTEN ONLY |
| Art Van Furniture LLC | 20-10553 | Hearing | ✓ | 10446503 | Michael J. Small | (312) 832-5832 ext. | Foley & Lardner LLP | Client, Kingsdown / LIVE |
| Art Van Furniture LLC | 20-10553 | Hearing | ✓ | 10445827 | Adam J. Webb | (513) 651-6842 ext. | Frost Brown Todd LLC | Creditor, Tempur Sealy International, Inc. / LIVE |
| Art Van Furniture LLC | 20-10553 | Hearing | ✓ | 10444133 | Deborah Williamson | (210) 554-5275 ext. | Dykema Gossett PLLC | Interested Party, Gary Van Elslander / LIVE |
| Art Van Furniture LLC | 20-10553 | Hearing | ✓ | 10445385 | Jeffrey Wolf | (617) 310-6041 ext. | Greenberg Traurig, LLP | Debtor, Art Van Furniture, LLC / LIVE |

Earle Erman
Mary Fockler