IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) )  Chapter 11 ) |
| ART VAN FURNITURE, LLC ., *et al.*,[1] | )  Case No. 20-10553(CSS) ) |
| Debtors. | )  (Jointly Administered) ) ) |

## NOTICE REGARDING COMMITTEE FORMATION MEETING

**PLEASE BE ADVISED** that the Art Van Furniture, LLC, *et al*. March 18, 2020 in person committee formation meeting will no longer take place at 10:00 am at the Sheraton in Wilmington, DE.  **Completed questionnaires are still due by Tuesday, March 17, 2020 at 4:00** p.m. and should be emailed to linda.richenderfer@usdoj.gov.   A representative of the US Trustee's Office will contact all creditors submitting a questionnaire to arrange for a telephonic interview to occur on Tuesday, March 17 or Wednesday, March 18.   Any questions may be sent to Linda Richenderfer at the email address noted above.

Dated: March 16, 2020  
Wilmington, Delaware

By:

Respectfully submitted,  
**ANDREW R. VARA**  
**UNITED STATES TRUSTEE**  
*/s/ Linda Richenderfer*  
Linda Richenderfer (DE # 4138)  
Trial Attorney  
Office of the United States Trustee  
J. Caleb Boggs Federal Building  
844 King Street, Suite 2207, Lockbox 35  
Wilmington, DE 19801  
(302) 573-6491  
(302) 573-6497 (fax)

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include:  Art Van Furniture, LLC (9205); AVF Holding Company, Inc. (0291); AVCE, LLC (2509); AVF Holdings I, LLC (2537); AVF Holdings II, LLC (7472); AVF Parent, LLC (3451); Levin Parent, LLC (8052); Art Van Furniture of Canada, LLC (9491); AV Pure Sleep Franchising, LLC (8968); AVF Franchising, LLC (6325); LF Trucking, Inc. (1484);  Sam Levin, Inc. (5198); and Comfort Mattress LLC (4463).  The location of the Debtors' service address in these chapter 11 cases is: 6500 East 14 Mile Road, Warren Michigan 48092.