# EXHIBIT B

**Declaration of Thomas Mullaney**

72735129.4

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| Art Van Furniture, LLC, *et al.*,[1] | ) ) | Case No. 20-10553 (CSS) |
| Debtors. | ) ) ) | (Jointly Administered) |

## DECLARATION OF THOMAS MULLANEY IN SUPPORT OF DEBTORS' APPLICATION FOR ENTRY OF AN ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF JONES LANG LASALLE AMERICAS, INC. AS SPECIAL REAL ESTATE CONSULTANT TO THE DEBTORS, *NUNC PRO TUNC* TO THE PETITION DATE

I, Thomas Mullaney, pursuant to 28 U.S.C. § 1746, declare:

1. I am the Managing Director of Jones Lang LaSalle Americas, Inc., a Maryland corporation ("JLL"). I am duly authorized to make this supplemental declaration (the "Declaration") on behalf of JLL. I submit this Declaration in support of the *Debtors' Application for Entry of an Order Authorizing the Retention and Employment of JLL as Special Real Estate Consultant to the Debtors,* Nunc Pro Tunc *to the Petition Date* (the "Application")[2] in accordance with sections 327(a) and 328(a) of the Bankruptcy Code and Bankruptcy Rule 2014.

2. Unless otherwise stated in this Declaration, I have personal knowledge of the facts set forth herein and, if called as a witness, I would testify thereto. To the extent that any information disclosed herein requires subsequent amendment or modification upon JLL's

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax information number, include: Art Van Furniture, LLC (9205); AVF Holding Company, Inc. (0291); AVCE, LLC (2509); AVF Holdings I, LLC (2537); AVF Holdings II, LLC (7472); AVF Parent, LLC (3451); Levin Parent, LLC (8052); Art Van Furniture of Canada, LLC (9491); AV Pure Sleep Franchising, LLC (8968); AVF Franchising, LLC (6325); LF Trucking, Inc. (1484); Sam Levin, Inc. (5198); and Comfort Mattress LLC (4463). The location of the Debtors' service address in these chapter 11 cases is: 6500 East 14 Mile Road, Warren Michigan 48092.

[2] Capitalized terms used herein, but not otherwise defined, have the meaning given to them in the Application.

72735129.4

completion of further analysis or as additional creditor information becomes available to it, one or more supplemental declarations will be submitted to the court reflecting the same.

3. JLL was engaged to represent the Debtors in their real estate advisory effective January 14, 2020, pursuant to the Engagement Agreement, as subsequently amended and modified. JLL does not have any pre-petition claim against the Debtors.

## JLL'S QUALIFICATIONS

4. JLL is a real estate & financial advisory firm, with multiple offices in the United States. JLL is one of the leading real estate & financial advisory firms to troubled companies, both inside and outside of bankruptcy. JLL's restructuring group has over 25 experienced professionals worldwide dedicated to providing restructuring and other financial advisory services and has recently advised Taco Bueno, Haggens, Round Table Pizza, and Uno Chicago Grill in their bankruptcies.

## PROFESSIONAL COMPENSATION

5. Pursuant to the terms of the Engagement Agreement, the Fee Structure comprises the following forms: a retainer and incentive-based and fixed fees. The incentive-based and fixed fees are standard fees charged by JLL, and the incentive-based and fixed fees are within the range of percentages typically charged by JLL. The Fee Structure is summarized below:

> (a) <u>Services and Incentive Fees</u>: Set forth below are the possible outcomes of JLL's efforts and the associated Incentive Fees, which are comprised of fees for Lease Sale (all as defined below):
>
> JLL sell/assign a leasehold interest to a new tenant ("<u>Lease Sale</u>").
>
> <u>Lease Sale</u>: The Incentive Fee for a Lease Sale is 1.5% of the cash received ("<u>Purchase Price</u>") by the Debtors in exchange for the Lease Obligation that becomes the obligation of the purchaser or assignee; provided, however, if the Lease Obligation is sold or assigned without the services of an outside broker representing the purchaser, then the Incentive Fee for a Lease Sale

2

>is 2.5% of the Purchase Price received by the Debtors in exchange for the Lease Obligation that becomes the obligation of the purchaser or assignee. If the Lease Obligation is sold or assigned with the purchaser having representation, then the Debtors shall pay to the purchaser's broker 1% of the cash received by the Debtors in exchange for the Lease Obligation that becomes the obligation of the purchaser or assignee.

For example, (1) where a purchaser buys a Lease Obligation and is represented by a broker, the Debtors shall pay 1.5% of the Purchase Price to JLL and an additional 1% of the Purchase Price to the purchaser's broker; or (2) where a purchaser buys a Lease Obligation and is not represented by a broker, the Debtors shall pay 2.5% of the Purchase Price to JLL.

6.  In addition to the fees indicated above, the Debtors have also agreed to reimburse JLL for its reasonable and actual necessary out-of-pocket expenses.

7.  To the best of my knowledge, the compensation arrangement described above is comparable to other similar engagements entered into by JLL and other investment banks and financial advisory firms both in and outside of chapter 11.

8.  While JLL's compensation will be determined pursuant to section 328(a) of the Bankruptcy Code; however, JLL will nevertheless file interim and final fee applications for its fees and expenses, including all monthly fees and incentive-based and fixed fees to be paid, and the U.S. Trustee shall have the right to object to JLL's request for compensation and reimbursement based on the reasonableness standard provided in section 330 of the Bankruptcy Code, not section 328(a) of the Bankruptcy Code.

9.  To the best of my knowledge, (a) no commitments have been made or received by JLL with respect to compensation or payment in connection with these cases other than in accordance with the provisions of the Bankruptcy Code and (b) other than with an employee of, or contractor or broker engaged by, JLL, JLL has no agreement with any other entity to share with such entity any compensation received by JLL in connection with these chapter 11 cases.

## JLL'S DISINTERESTEDNESS

10. To check and clear potential conflicts of interest in these cases and to identify connections and relationships, JLL and its related downstream entities researched their relationship with the entities identified by the Debtors' counsel as having an interest in these cases (the "Interested Parties").[3]

11. To the extent identified to date, **Exhibit D** of the Application discloses the Interested Parties with whom JLL has either a current or previous connection or relationship (the "Connections Disclosure"). Except as disclosed in the Connections Disclosure, the current or previous relationships that JLL has with the Interested Parties listed in the Connections Disclosure are in connection with matters totally unrelated to the Debtors and their chapter 11 cases. JLL will supplement the Connections Disclosure from time to time, as appropriate, in the event affiliated entities are added to the Interested Parties list by counsel to the Debtors or Committee and/or further investigation of the Interested Parties yields additional information material to this engagement.

12. In addition to the information provided in the Connections Disclosure, JLL has in the past been involved in a number of unrelated cases with various professionals involved in these cases, both in adverse and non-adverse roles. All of these matters were and remain unrelated to these chapter 11 cases. Furthermore, other parties in interest in these cases may have served on official court appointed committees or unofficial pre- or post-petition secured or unsecured creditor committees, in other unrelated chapter 11 cases that JLL may have advised on, both in adverse and non-adverse roles. All of these matters were and remain unrelated to these chapter 11 cases.

---

[3] The list of Interested Parties provided by counsel to the Debtors is attached hereto as Schedule 1.

13. Moreover, JLL has a well-known reorganization and restructuring practice, which encompasses the representation of many investors, financial institutions, and other persons or entities, some of which may become creditors or parties in interest including, without limitation, potential acquirers of the Debtors' assets in these chapter 11 cases. Furthermore, as part of its practice, JLL appears in cases, proceedings, and transactions involving numerous attorneys, accountants, and financial advisors, some of which may represent the Debtors, creditors, or parties in interest, or themselves be creditors or parties in interest in these chapter 11 cases. JLL has not, and will not, represent any of these creditors, investors, potential acquirers, parties in interest, attorneys, financial advisors, accountants, or any other entity in connection with these chapter 11 cases.

14. JLL has thousands of clients, past and present, which are located throughout the world, in a variety of industries. Such clients may include certain of the persons or entities that are identified as creditors of the Debtors. It is also possible that some past or present clients of JLL may have some connection to, or are creditors or holders of securities of, the Debtors. Nevertheless, insofar as I have been able to ascertain based on the results of the foregoing, to the best of my knowledge, other than as described herein, except for the Debtors, JLL has not advised any parties in interest in connection with these chapter 11 cases.

15. Some of JLL's present and future employees may have, or may in the future have, personal investments in funds or other investment vehicles, over whose investment decisions such employees have no input or control. Such entities may have made, or may in the future make, investments in the Debtors' securities, or those of its creditors, or other parties in interest in these cases.

16. Notwithstanding the above and to the best of my knowledge, JLL is a "disinterested person" as that term is defined in section 101(14) of the Bankruptcy Code in that said firm, its partners, counsel and associates:

    a. are not creditors, equity security holders or insiders of the Debtors;

    b. are not and were not, within two (2) years before the date of the filing of the Debtors' chapter 11 petitions, a director, officer, or employee of the Debtors; and

    c. does not have an interest materially adverse the Debtors' estates or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in any of the Debtors, or for any other reason.

I declare under penalty of perjury that, based upon my knowledge, information and belief as set forth in this Declaration, the foregoing is true and correct.

Dated: March 16, 2020

                                            Jones Lang LaSalle Americas, Inc., a Maryland corporation

                                            */s/ Thomas Mullaney*
                                            By: Thomas Mullaney
                                            Title: Managing Director

72735129.4

# SCHEDULE 1

## List of Interested Parties

Art Van Furniture, LLC

**Proposed Debtor(s) and Affiliated Entities**
- Art Van Furniture of Canada, LLC
- Art Van Furniture, LLC
- AV Pure Sleep Franchising, LLC
- AVCE, LLC
- AVF Franchising, LLC
- AVF Holding Company, Inc.
- AVF Holdings I, LLC
- AVF Holdings II, LLC
- AVF Parent, LLC
- Levin Parent, LLC
- LF Trucking, Inc.
- Sam Levin, Inc.

**Non-Debtor Affiliates**
- Art Van International Furniture Consulting Services (Shenzhen) Company Limited

**Current Officers**

| | |
|---|---|
| Ladd, David | EVP & Chief Financial Officer |
| Zambricki, Michael T. | General Counsel |
| Ferguson, James | Chief Operating Officer |
| Azar, Michelle | Chief Digital Officer |

**Current Directors**

| | |
|---|---|
| Alexander, David | Board Member |
| Haber, Douglas A. | Board Member |
| Longley, Cliff | Board Member |
| Smith, Alex | Board Member |
| Swenson, Jeff T. | Board Member |
| Van Eslander, Gary A. | Board Member |

**Former Officers**
- Boire, Ron
- Fazio, Gary

**Lenders and their Affiliates**
- Wells Fargo Bank, National Association
- Kohlberg Kravis Roberts (KKR)
- Chestnut Hill Funding LLC
- Cooper River LLC
- Dunlap Funding LLC
- Franklin Square Holdings, L.P.
- FS Investment Corporation
- FS Investment Corporation II

72735129.4

    FS Investment Corporation III
    FS Investment Corporation IV
    GSO Capital Partners LP
    Hamilton Street Funding LLC
    Juniata River LLC
    Locust Street Funding LLC
    Virtus Group, LP

**Lenders' Advisors**
| | |
|---|---|
| Morgan, Lewis & Bockius | ABL Counsel |
| Clear Thinking Group | ABL Advisor |

**Current / Threatened Litigation Counterparties**
    Archie A Van Elslander Trust
    White Dove
    MSC
    Todd Caver
    John Noland
    White
    Ray Berryhill
    NLRB
    Daniel Loccaino
    Amanda Kerber

**Significant Shareholders**
    Thomas H. Lee Partners, L.P.

**Banking Institutions**
    Bank of America Merrill Lynch
    First Commonwealth Bank
    Huntington National Bank
    M&T Bank
    PNC Bank
    Synchrony Financial
    Wells Fargo Bank

**Insurance / Surety**
    Ace American Ins. Co. (Navigators)
    ACE American Insurance Company (Chubb USA underwriter)
    Affiliated FM Insurance Co.
    Beazley Furlonge Ltd.
    Beazley Insurance Company, Inc.
    Charter Oak Fire Ins. Co. (A Travelers Co.)
    Citizens Ins. Co. of America
    Continental Ins. Co.
    Great American Ins. Co.
    Greenwich Insurance Company
    Hartford Insurance Company of the Midwest
    National Union Fire Ins. Co. of Pittsburgh, Pa.
    Navigators Ins. Co.
    Phoenix Ins. Co. (A Travelers Co.)
    Safety National Group
    Travelers - St. Paul Fire & Marine

Travelers Casualty & Surety Co.
Travelers Casualty Company of America
Travelers Property Casualty Ins. Co.
VTC Insurance Group
Willis Towers Watson
Travelers Casualty and Surety Company of America

**Landlords**
10411 Fremont Pike, LLC
125 W. Army Trail Road LLC
3503 RP Gurnee, L.L.C.
4400 North Woodward, LLC
55th & S. Kedzie, LLC
A&R Properties
Acadia Merrillville Realty, L.P.
AF Jonna Development & Management Company, LLC
Agree Limited Partnership
ALPine Valley, L.L.C.
AMD, LLC
Anchor Manistee
Argyle Acres Mall, LLC
Arundel Property Investors LP
B.P. Of White Lake Inc.
Bloomingdale Square, LP
BP Of White Lake, Inc.
Brandon Associates Southgate L.L.C.
Brighton Gate Commons, LLC
Brixmor Heritage Square, LLC
Brixmor Holdings 1 Spe, LLC
Broadstone
Broadstone AVF Illinois, LLC
Broadstone AVF Michigan, LLC
BRTM, LLC
Butler Sitework Assoicates LLC
C/O Mid America Asset Management, Inc.
Campus Hills Maryland Associates, L.P.
CBL/Westmoreland, LP
Ce-Monroeville 3820 Wm Penn LP
Central-Wayne Properites, LLC
Chesterfield Commons Asociates, LLC
Country Corners Shopping Center, L.L.C.
Cross Grand Plaza, LLC
Cwd Grandville 1, LLC
DBD AVF
Deville Developments LLC
East Beltline Development, LLC
Eastlake Commons Associates, LLC

Echo Strongsville LLC
Elyria-Chestnut, LLC / Nickleplate Realty Trust LLC
Farbman Group
First Inernational Hawthorne LP
Ford Road Investments, LLC
Frederick-Bilco, LLP
Gateway Fairview, Inc.
Glitz And Associates Inc
Gowe Leasing Limited
Grand Saginaw Plaza, L.L.C.
Greenfield Plaza, Inc.
GW Fidelity PH, LLC
Hanley Lm Properties, LLC
Investco Of Michigan LLC
Jack H Schwarts (DBA Maysun Realty Associates)
Jerusalem Properties, LLC
JKL Real Estate Co.
JMB Joint Venture
John Doezema Real Estate
Jonna Management Group, LLC
JS Westflo, LLC
Kalamazoo Mall LLC
Keystone Commercial
Kiezi Properties Bg, LLC
Kildeer Village Square, LLC.
Kms Investments, LLC
L & Y Properties - Solon, LLC
LCN North American Fund II REIT
LCN Partners
Lester Associates
Libby Regency Associates LP
Maple Orchard Associates, LLC
Mcknight South East LP
Mcknight South East, LP C/O Mcknight Property Management
Mcrobin Ltc And Mosites Family Gst Trust Tdba Robinson Court Associates
Middlebelt Plymouth Venture LLC
Milford Road Plaza, LLC
National Shopping Plazas, Inc.
O'Fallon Missouri Properties, LLC
Ohio Valley Mall Co.
Outlet Village Of Hagerstown LP
Paragon Batavia, LLC
Patton Center Associates LP
Paul Property Management, LP
Perry Town Center LLC
PLI II Ltd.
Plymouth Haggerty Unit 6
Ramco West Oaks Ii LLC
Ravid Frederick, LLC

4

    Reed Holding-Talmadge, LLC
    Reliance Pittsburgh LLC
    Richard And Michelle Brown
    River Caddis Development, LLC
    Rochester Km Partners, LLC
    Roseville Village, L.L.C.
    Rothman-O'Fallon LLC
    Ryder Investments
    Sandor Development Company
    SCF RC Funding III
    Shelby Corners, LLC
    Shops At The Shores Of Long Lake L.L.C.
    South Lindbergh Property LLC
    Spirit Spe Loan Portfolio 2013-3, LLC
    St. John Health
    Stonebriar
    Store Capital
    STORE Master Funding XII, LLC
    STORE SPE AVF I 2017-1, LLC
    STORE SPE AVF II 2017-2, LLC
    Svh Properties, LLC
    Tabani Akron, LP
    Taubman Auburn Hills Associates Limited Partnership
    The Allenwest Group, LLC
    Universal Mall Properties LLC
    Urban Cal Oakland Plaza, LLC
    Van Elslander Ventures, LLC
    VEREIT Real Estate L.P.
    Vereit Real Estate LP
    Walnut Capital Partners - Cranberry South LP
    Warren Village, LLC
    Washington Mall - JCP Associates, Ltd
    Waterworks Phase II
    Westminster Gateway, LLC
    White Lake Square, LLC
    WM 73 RE, LLC

**Proposed Retained Professionals**
    Kirkland & Ellis LLP
    Benesch, Friedlander, Coplan & Aronoff LLP
    Alvarez & Marsal
    Evercore Group, LLC
    Kurtzman Carson Consultants LLC
    Montgomery, McCracken, Walker & Rhoads, LLP

**Ordinary Course Professionals**
    Gordon Brothers Group, LLC
    Hilco Trading, LLC d/b/a Hilco Global
    Montgomery McCracken

**Top 30 Unsecured Creditors**
A-America, Inc.
Ascion LLC
Ashley Furniture Industries, Inc.
Bedgear, LLC
Elite Rewards
England Furniture, Inc.
Flexsteel Industries Inc.
Franklin Corporation
Fusion Furniture Inc.
H M Richards Inc.
Jackson Furniture Industries
Kingsdown Inc.
Kuehne & Nagel Inc.
Kuka (HK) Trade Co., Limited
La-Z-Boy Chair Company
Liberty Furniture Industries Inc.
Max Home Furnishings
Michael Nicholas Designs
New Classic Furniture
Sealy Mattress Company
Serta Restokraft Mattress Co.
Signal Restoration Services
Simmons Manufacturing Company, LLC
Simon Li Furniture
Southern Motion Inc.
Standard Furniture Manufacturing, LLC
Stearns & Foster Company
Tempur-Pedic Inc.
The Sussman Agency
United Furniture Industries

**Government, Regulatory, & Taxing Authorities**
Afton - St Louis, Mo
Bay City
Bear Creek Twp
Bedford Pk, IL
Bloomfield Twp
Brenda Hill, Tax Collector
Bureau Of Motor Vehicles (Pa)
Canada Revenue
Canton Twp
Carol Yancosky, Tax Coll.
Chesterfield Twp
City Of Alpine
City Of Ann Arbor
City Of Auburn Hills
City Of Bridgeton
City Of Burton

6

City Of Chesterfield
City Of Dearborn
City Of Ferndale
City Of Flint
City Of Grandville
City Of Holland
City Of Jackson
City Of Kentwood
City Of Livonia
City Of Norton Shores
City Of Novi
City Of O'Fallon
City Of Port Huron
City Of Portage
City Of Royal Oak
City Of Southfield
City Of Taylor
City Of Traverse
City Of Warren
City Of Waterford
City Of Westland
Clinton Twp
Comptroller Of Maryland
County Of Loudoun
Cuyahoga County Treasurer
Daniel Yemma Mahoning County Treasurer
Delta Twp
Donald A Wagner, Tax Collector
Dorothy Chislow Bolbrich
Downers Grv, IL
Emmett Twp
Fort Wayne, IN
Fran Surdich, Tax Collector
Francis L. King
Garfield Twp
Gateway School District
Genoa Twp
Harwood Hts, IL
Hempfield School District
Holly K Liska, Tax Collector
Jackson Local School District Board Of Education
John K. Weinstein
Joseph L Donato III, Tax Collector
Kochville Twp
Laura Keisling, Collector
Linda Fancsali,Tax Collector
Lorain County Treasuer/Daniel Talarek
Lorraine M. Fende Lake County Treasurer
Mentor Exempted Village School Board Of Education

Merriville, IN
Missouri Department Of Revenue
Mt. Pleasant Business District Authority
Municipality Of Monroeville
Ohio Department Of Taxation
Patrick J. Fulkerson, Tax Collect.(2700)
Patton Township Tax Office
Pennsylvania Department Of Revenue
Pennsylvania Dept. Of Transportation
Peters Township School District
Pine Richland School Disctrict
Polaris, OH
Richland Twp Tax Collector
Richmond, MO
Schaumburg, IL
Shelby Twp
Sherry Clabaugh, Tax Collector
Stark County Treasurer
State Of Delaware
State Of Illinois
State Of Indiana
State Of Michigan
State Of Ohio
State Of Wisconsin
Swatara Township
Toledo, OH
Tom Falcioni, Tax Collector
Tom Flickinger, County Treasurer
Township Of Pine
Treasurer Of Frederick County
Trumbull County Treasurer
U.S Customs And Border Protection
United States Treasury
Virginia Department Of Taxation
West Virginia
Woodridge, IL

**Franchisees**
David Alan Lee and Lisa Marie Lee
ESLINGER HOME FURNISHINGS, INC.
SAMSEN HOME FURNISHINGS, INC.
Southern Home Furnishings, LLC

**US Bankruptcy Judges in the District of Delaware**
Sontchi, Christopher S.           Chief Judge
Walrath, Mary F.

8

72735129.4

Chan, Ashley M.
Dorsey, John T
Gross, Kevin
Owens, Karen B.
Shannon, Brendan L.
Silverstein, Laurie Selber

**Staff for Judge Sontchi**

Szymanski, Cheryl
Gadson, Danielle
Werkheiser, Rachel

**US Trustee for the District of Delaware (and Key Staff Members)**

Agarwal, Robert
Attix, Lauren
Buchbinder, David
Casey, Linda
Dice, Holly
Dortch, Shakima L.
Fox Jr., Timothy J.
Giordano, Diane
Green, Christine
Hackman, Benjamin
Heck, Jeffrey
Leamy, Jane
McCollum, Hannah M.
O'Malley, James R.
Panacio, Michael
Richenderfer, Linda
Sarkessian, Juliet
Schepacarter, Richard
Serrano, Edith A.
Starr, Karen
Tinker, T. Patrick
Villagrana, David
Vinson, Ramona
Wynn, Dion

9