## EXHIBIT C

**Engagement Agreement**

## FIRST AMENDMENT TO ENGAGEMENT AGREEMENT

This Amendment (this "Amendment") effective as of March ___, 2020, by and between AVF PARENT, LLC ("Client") and JONES LANG LASALLE AMERICAS, INC. ("JLL"). Defined terms used herein that are not otherwise defined shall have the meanings ascribed to them in the Agreement (as defined below).

### Recitals

A.     Client and JLL entered into an engagement agreement (the "Agreement") dated as of January 14, 2020, under which Client engaged JLL.

B.     On March 8, 2020 (the "Petition Date"), Client and certain of its affiliates (collectively, the "Debtors") each filed voluntary bankruptcy petitions under chapter 11 of tile 11 of the United States Code in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), thereby commencing bankruptcy cases being jointly administered before the Bankrupcy Court under Case No. 20-10553 (CSS) (collectively, the "Bankruptcy Cases").

C.     Prior to the Petition Date, Client paid JLL a full funded and earned upon receipt initial retainer of $75,000.

D.     Client and JLL desire to amend the Agreement as set forth below.

### Amendments

In consideration of the mutual promises and for other good and valuable consideration, the parties agree as follows:

1.     Capitalized terms not otherwise defined herein have the meanings ascribed to such terms in the Agreement.

2.     The following are stricken in their entirety from the Agreement: (a) in the Section entitled "INCENTIVE FEES," Subsection (i) [Lease Restructure], Subsection (ii) [Lease Extension], and Subsection (iii) [Lease Termination]; and (b) the Section entitled "FIXED FEES".

3.     Subsection (iv) of the "INCENTIVE FEES" Section of the Agreement is amended as follows:

    a.  by striking any reference to "Sublease" or "Subleases" that currently appear in Subjection (iv); and

    b.  by adding the following new paragraph at the end thereof:

    "Notwithstanding anything herein to the contrary, in connection with the liquidation of Client's assets in connection with the bankruptcy proceeding filed on or about March 9, 2020, JLL shall only be required to perform the Services with respect to the Lease Sales (pursuant to a sale process) for the properties set forth on <u>Exhibit A</u> and shall be the Debtors' exclusive listing agent for such properties. The Incentive Fee for such a Lease Sale shall be 1.5% of the cash received ("Purchase Price") by the Client in exchange for the lease obligation that becomes the obligation of the purchaser or assignee; *provided, however,* if the lease obligation

is sold or assigned without the services of an outside broker representing the purchaser, then the Incentive Fee for such a Lease Sale is 2.5% of the cash received by the Client in exchange for the lease obligation that becomes the obligation of the purchaser or assignee.  If the lease obligation is sold or assigned with the purchaser having broker representation, then the Client shall pay to the purchaser's broker 1% of the cash received by the Client in exchange for the lease obligation that becomes the obligation of the purchaser or assignee (for example: (i) a purchaser buys a lease obligation and is represented by a broker: the Client shall pay 1.5% of the Purchase Price to JLL and an additional 1% of the Purchase Price to the purchaser's broker; or (ii) a purchaser buys a lease obligation and is not represented by a broker: the Client shall pay 2.5% of the Purchase Price to JLL).

4.      Existing Exhibit A to the Agreement is stricken in its entirety and replaced with new Exhibit A attached to this Amendment. JLL acknowledges and agrees that, notwithstanding the inclusion of any Lease on Exhibit A, due to the circumstances surrounding the Debtors' Bankrutpcy Cases and precipitating the commencement thereof, the Debtors are simultaneously considering and may implement steps to limit the liability of their estates for such Lease obligations, including, but not limited to, rejecting certain Leases that appear on the version of Exhibit A annexed hereto.

5.      JLL acknowledges and agrees that the effectiveness of this Amendment and its retention in the Bankruptcy Case is subject to the approval of the Bankruptcy Court.  Without limiting the foregoing, JLL further acknowledges and agrees that the timing and amount of payments to be made by the Client any Debtor under this Agreement are likewise subject to an approval process before the Bankruptcy Court.

6.      This Amendment sets forth the entire agreement between the parties with respect to the matters set forth herein.  There have been no additional oral or written representations or agreements.  As extended hereby, the Agreement shall remain in full force and effect.  In case of any inconsistency between the provisions of the Agreement and this Amendment, the latter provisions shall govern and control.

7.      This Amendment may be executed in counterparts, each of which shall be deemed an original and all of which shall be deemed one and the same instrument.

The parties have executed this Amendment as of the day and year first written above.

AVF PARENT, LLC

By: _David Ladd_____

Title: _CFO_____

JONES LANG LASALLE AMERICAS, INC.

By: _____

Title: Managing Director

Exhibit A

Lease Sale Locations

| # | Name | Address | City | State | DMA |
|---|------|---------|------|-------|-----|
| 165 | 165 - ALGONQUIN AVF | 1500 S Randall Road | Algonquin | IL | Chicago |
| 189 | 189 - BATAVIA AVF | 165 N Randall Rd | Batavia | IL | Chicago |
| 187 | 187 - BEDFORD PARK AVF | 7200 S Cicero Ave | Bedford Park | IL | Chicago |
| 407 | 407 - BLOOMINGDALE PS | 398 W Army Trail Rd #102 | Bloomingdale | IL | Chicago |
| 180 | 180 - WHSE CHICAGO | 1150 115Th St | Bolingbrook | IL | Chicago |
| 159 | 159 - BURBANK PS | 7712 Cicero Avenue | Burbank | IL | Chicago |
| 191 | 191 - ELSTON AVF | 2606 Elston Ave | Chicago | IL | Chicago |
| 406 | 406 - ASHLAND PS | 2911 N. Ashland Avenue | Chicago | IL | Chicago |
| 710 | 710 - AVF Chicago Office | South Wacker Drive Suite 1300 | Chicago | IL | Chicago |
| 306 | 306 - DEERFIELD AVF | 120 S. Waukegan | Deerfield | IL | Chicago |
| 197 | 197 - DOWNERS GROVE AVF | 1021 Butterfield Rd | Downers Grove | IL | Chicago |
| 176 | 176 - GLENDALE HEIGHTS AVF | 125 Army Trail Road | Glendale Hgts | IL | Chicago |
| 311 | 311 - GURNEE AVF | 6911 W. Grand Ave | Gurnee | IL | Chicago |
| 308 | 308 - HARWOOD HEIGHTS AVF | 7304 West Lawrence Ave | Harwood Heights | IL | Chicago |
| 414 | 414 - JOLIET PS | 2901 Plainfield | Joliet | IL | Chicago |
| 304 | 304 - KILDEER AVF | 20393 N Rand Rd | Kildeer | IL | Chicago |
| 178 | 178 - NAPERVILLE AVF | 404 South Route 59 | Naperville | IL | Chicago |
| 323 | 323- FAIRVIEW AVF | 1776 West Us 50 | O Fallon | IL | St. Louis |
| 183 | 183 - ORLAND PARK AVF | 15080 S La Grange Rd | Orland Park | IL | Chicago |
| 409 | 409 - PLAINFIELD PS | 13511 S Route 59 | Plainfield | IL | Chicago |

| | | | | | |
|---|---|---|---|---|---|
| 167 | 167 - SCHAUMBURG AVF | 1293 E Higgins Rd | Schaumburg | IL | Chicago |
| 410 | 410 - WILLOWBROOK PS | 6938 Kingery Highway | Willowbrook | IL | Chicago |
| 193 | 193 - WOODRIDGE AVF | 900 E Boughton Rd | Woodridge | IL | Chicago |
| 195 | 195 - FORT WAYNE AVF | 311 E Coliseum Blvd | Fort Wayne | IN | Fort Wayne |
| 185 | 185 - MERRILLVILLE AVF | 1600 E 80Th Ave | Merrillville | IN | Chicago |
| 65 | 65 - Bel Air MD | 2400 E Churchville Rd | Bel Air | MD | Baltimore |
| 62 | 62 - Catonsville MD | 6415 Baltimore National Pike | Catonsville | MD | Baltimore |
| 7 | 07 - Fredrick MD | 1215 West Patrick Street | Frederick | MD | Dc |
| 1 | 52 - Fred Outlet MD | 5830 Ballenger Creek Pike | Frederick | MD | Dc |
| 9 | 09 - Hagerstown MD | 900 Premium Outlets Boulevard | Hagerstown | MD | Dc |
| 61 | 61 - Pasadena MD | 8038 Ritchie Hwy | Pasadena | MD | Baltimore |
| 63 | 63 - Towson MD | 1530 E Joppa Rd | Towson | MD | Baltimore |
| 64 | 64 - Westminster MD | 1030 Baltimore Blvd Suite 110 | Westminster | MD | Baltimore |
| 53 | 053 - ANN ARBOR AVF | 425 E Eisenhower Pkwy | Ann Arbor | MI | Detroit |
| 87 | 087 - ANN ARBO W PS | 2570 Jackson Ave | Ann Arbor | MI | Detroit |
| 122 | 122 - ANN ARBOR E PS | 3550 Washtenaw | Ann Arbor | MI | Detroit |
| 85 | 085 - GREAT LAKES AVF | 4612 Baldwin Rd | Auburn Hills | MI | Detroit |
| 67 | 067 - BATTLE CREEK AVF | 6100 B Dr N | Battle Creek | MI | W. Michigan |
| 36 | 036 - BAY CITY AVF | 4150 Wilder Rd | Bay City | MI | Flint |
| 302 | 302 - BLOOMFIELD AVF | 2300 Telegraph Rd | Bloomfield Hill | MI | Detroit |
| 401 | 401 - BLOOMFIELD PS | 6450 Telegraph Road | Bloomfield Twp | MI | Detroit |
| 82 | 082 - BRIGHTON W PS | 8709 West Grand River | Brighton | MI | Detroit |

| | | | | | |
|---|---|---|---|---|---|
| 124 | 124 - BRIGHTON E PS | 9990 E Grand River Ave | Brighton | MI | Detroit |
| 34 | 034 - BURTON AVF | 4095 E Court St | Burton | MI | Flint |
| 27 | 027 - CANTON PS | 41913 Ford Rd | Canton | MI | Detroit |
| 300 | 300 - CANTON AVF | 41661 Ford Road | Canton | MI | Detroit |
| 75 | 075 - CHESTERFIELD AVF | 50400 Gratiot Ave | Chesterfield | MI | Detroit |
| 404 | 404 - CHESTERFIELD PS | 50938 Gratiot Ave | Chesterfield | MI | Detroit |
| 29 | 029 - CLINTON AVF | 33801 S Gratiot Ave | Clinton Twp | MI | Detroit |
| 83 | 083 - ALPINE AVF | 4273 Alpine Ave Nw Ste B | Comstock Park | MI | W. Michigan |
| 134 | 134 - ALPINE N PS | 4174 Alpine Ave Nw Ste A | Comstock Park | MI | W. Michigan |
| 65 | 065 - DEARBORN AVF | 15701 Market Dr | Dearborn | MI | Detroit |
| 413 | 413 - DEARBORN PS | 22731 Michigan Ave | Dearborn | MI | Detroit |
| 127 | 127 - OKEMOS PS | 2660 E. Grand River | East Lansing | MI | Lansing |
| 402 | 402 - EAST LANSING PS | 1595 Lake Lansing Road | East Lansing | MI | Lansing |
| 244 | 244 - FERNDALE PS | 23100 Woodward Ave | Ferndale | MI | Detroit |
| 31 | 031 - FLINT AVF | 4577 Miller Rd | Flint | MI | Flint |
| 416 | 416 - FLINT PS | 4002 Miller Road | Flint | MI | Flint |
| 160 | 160 - GRAND BLANC PS | 11501 South Saginaw | Grand Blanc | MI | Flint |
| 25 | 025 - GRAND RAPIDS AVF | 4375 28Th St Se | Grand Rapids | MI | W. Michigan |
| 130 | 130 - GRAND RAPIDS PS | 3500 28Th St Se | Grand Rapids | MI | W. Michigan |
| 242 | 242 - GRAND RAPIDS NORTH PS | 2036 East Beltline Ave | Grand Rapids | MI | W. Michigan |
| 41 | 041 - GRANDVILLE AVF | 4625 Wilson Ave Sw | Grandville | MI | W. Michigan |
| 152 | 152 - GRANDVILLE PS | 4540 Ivanrest Ave Sw | Grandville | MI | W. Michigan |

| 170 | 170 - GROSSE POINTE SSI | 17145 Kercheval | Grosse Pointe | MI | Detroit |
| 418 | 418 - GROSSE POINTE PS | 19387 Mack Ave | Grosse Pointe | MI | Detroit |
| 55 | 055 - HOLLAND AVF | 12610 Felch St Ste 100 | Holland | MI | W. Michigan |
| 80 | 080 - HOWELL AVF | 4101 E Grand River Ave | Howell | MI | Detroit |
| 123 | 123 - HOWELL PS | 4050 E Grand River Ave | Howell | MI | Detroit |
| 51 | 051 - JACKSON AVF | 950 N West Ave | Jackson | MI | Lansing |
| 114 | 114 - KALAMAZOO PS | 338 N Drake Rd | Kalamazoo | MI | W. Michigan |
| 153 | 153 - LAKE ORION PS | 610 N. Lapeer Rd | Lake Orion | MI | Detroit |
| 71 | 071 - LANSING AVF | 8748 W Saginaw Hwy | Lansing | MI | Lansing |
| 125 | 125 - LANSING PS | 6007 W Saginaw Hwy | Lansing | MI | Lansing |
| 411 | 411 - LAPEER PS | 806 S Main Street | Lapeer | MI | Detroit |
| 20 | 020 - SEVEN MILE AVF | 29905 7 Mile Rd | Livonia | MI | Detroit |
| 158 | 158 - LIVONIA PS | 29611 Plymouth | Livonia | MI | Detroit |
| 243 | 243 - MONROE PS | 1570 North Telegraph Road | Monroe | MI | Detroit |
| 59 | 059 - MUSKEGON AVF | 630 Seminole Rd | Muskegon | MI | W. Michigan |
| 163 | 163 - MUSKEGON PS | 1664 E Sternberg Rd | Muskegon | MI | W. Michigan |
| 111 | 111 - NEW HUDSON PS | 30821 Milford Rd | New Hudson | MI | Detroit |
| 19 | 019 - NOVI AVF | 27775 Novi Rd | Novi | MI | Detroit |
| 119 | 119 - NOVI PS | 43420 W Oaks Dr | Novi | MI | Detroit |
| 105 | 105 - PETOSKY AVF | 1619 Anderson Road | Petoskey | MI | Traverse City |
| 241 | 241 - PLYMOUTH PS | 41512 Ann Arbor Rd | Plymouth | MI | Detroit |
| 73 | 073 - PORT HURON AVF | 1234 32Nd St | Port Huron | MI | Detroit |
| 40 | 040 - KALAMAZOO AVF | 550 Ring Rd | Portage | MI | W. Michigan |

| | | | | |
|---|---|---|---|---|
| 154 | 154 - PORTAGE PS | 6947 South Westnedge Ave | Portage | MI | W. Michigan |
| 70 | 070 - ROCHESTER PS | 1856 S Rochester Rd | Rochester | MI | Detroit |
| 313 | 313 - ROCHESTER AVF | 1032 South Rochester Road | Rochester | MI | Detroit |
| 200 | 200 - ROMULUS DELV | 29225 Airport Dr Bldg 16 | Romulus | MI | |
| 155 | 155 - ROSEVILLE PS | 31851 Gratiot Ave | Roseville | MI | Detroit |
| 14 | 014 - WOODWARD AVF | 32301 Woodward Ave | Royal Oak | MI | Detroit |
| 126 | 126 - ROYL OAK PS | 32500 Woodward Ave | Royal Oak | MI | Detroit |
| 33 | 033 - SAGINAW AVF | 2660 Tittabawassee Rd | Saginaw | MI | Flint |
| 169 | 169 - SAGINAW PS | 4605 Bay Rd #200 | Saginaw | MI | Flint |
| 44 | 044 - LAKESIDE AVF | 14055 Hall Rd | Shelby Township | MI | Detroit |
| 405 | 405 - SHELBY TOWNSHIP PS | 46975 Van Dyke Ave | Shelby Twp | MI | Detroit |
| 600 | 600 - SHELBY FLOORING | 46511 Van Dyke Ave | Shelby Twp | MI | |
| 24 | 024 - SOUTHFLD AVF | 22555 Greenfield Rd | Southfield | MI | Detroit |
| 417 | 417 - SOUTHFIELD PS | 29119 Telegraph Rd | Southfield | MI | Detroit |
| 164 | 164 - SOUTHGATE PS | 15060 Dix Toledo Rd | Southgate | MI | Detroit |
| 112 | 112 - STERLING HEIGHTS PS | 44975 Hayes Rd | Sterling Hgts | MI | Detroit |
| 12 | 012 - TAYLOR AVF | 22035 Eureka Rd | Taylor | MI | Detroit |
| 162 | 162 - TAYLOR PS | 23471 Eureka Rd | Taylor | MI | Detroit |
| 57 | 057 - TRAVERSE CITY AVF | 1775 Oak Hollow Dr | Traverse City | MI | Traverse City |
| 400 | 400 - TRAVERSE CITY PS | 3675 N Us 31 S Suite B | Traverse City | MI | Traverse City |
| 78 | 078 - TROY N PS | 1735 Big Beaver Rd | Troy | MI | Detroit |
| 117 | 117 - TROY S PS | 272 John R | Troy | MI | Detroit |
| 121 | 121 - UTICA E PS | 45040 Northpointe Blvd | Utica | MI | Detroit |

| 15 | 015 - SCHOENHERR AVF | 13855 E 8 Mile Rd | Warren | MI | Detroit |
|---|---|---|---|---|---|
| 10 | 10 - WAREHOUSE AVF | 6500 E 14 Mile Rd | Warren | MI | Digital |
| 11 | 11 - TECH PLAZA AVF | 6500 E 14 Mile Rd | Warren | MI | Detroit |
| 132 | 132 - WARREN E PS | 6400 14 Mile Rd | Warren | MI | Detroit |
| 601 | 601 - AV FLOORING | 6340 E 14 Mile Rd | Warren | MI | Miscellaneous |
| 146 | 146 - WASHINGTON PS | 7887 26 Mile Road | Washington | MI | Detroit |
| 30 | 030 - DRAYTON AVF | 5053 Dixie Hwy | Waterford | MI | Detroit |
| 135 | 135 - WATERFRD PS | 4977 Dixie Hwy | Waterford | MI | Detroit |
| 113 | 113 - WEST BLOOMFIELD PS | 6470 Orchard Lake Road | West Bloomfield | MI | Detroit |
| 23 | 023 - WESTLAND AVF | 8300 N Wayne Rd | Westland | MI | Detroit |
| 408 | 408 - WESTLAND PS | 7671 North Wayne Rd | Westland | MI | Detroit |
| 136 | 136 - WHITE LAKE PS | 5951 Highland Rd | White Lake | MI | Detroit |
| 161 | 161 - WOODHAVEN PS | 19410 West Road | Woodhaven | MI | Detroit |
| 321 | 321- O'FALLON AVF | 2101 E Terra Ln | O Fallon | MO | St. Louis |
| 326 | 326- BRIDGETON AVF | 925 Northwest Plaza | Saint Ann | MO | St. Louis |
| 324 | 324- AFFTON AVF | 5711 S Lindbergh Blvd | Saint Louis | MO | St. Louis |
| 325 | 325- RICHMOND HGTS AVF | 1516 S Hanley Rd | Saint Louis | MO | St. Louis |
| 23 | 23 - AKRON | 3742 Brookwall Drive | Akron | OH | Cleveland |
| 45 | 45 - AVON | 1801 Nagel Road | Avon | OH | Cleveland |
| 52 | 52 - BOARDMAN | 300 Boardman Poland Road | Boardman | OH | Pittsburgh |
| 71 | 71 - LM-MASSILLON | 5119 West Tuscarawas St | Canton | OH | Cleveland |

| | | | | |
|---|---|---|---|---|
| 315 | 315 - POLARIS AVF | 1551 Gemini Place | Columbus | OH | Columbus |
| 72 | 72 - LM-ELYRIA | 510 Chestnut Commons Dr | Elyria | OH | Cleveland |
| 171 | 171 - TOLEDO AVF | 1301 E Mall Dr | Holland | OH | Toledo |
| 415 | 415 - HOLLAND PS | 6760 Airport Hwy Suite B | Holland | OH | Toledo |
| 65 | 65 - LM-MAYFIELD | 6061 Mayfield Rd | Mayfield Heights | OH | Cleveland |
| 76 | 76 - LM-MEDINA | 3823 Pearl Rd | Medina | OH | Cleveland |
| 27 | 27 - MENTOR | 7799 Mentor Ave | Mentor | OH | Cleveland |
| 11 | 11 - MIDDLEBURG | 16960 Sprague Road | Middleburg Heights | OH | Cleveland |
| 56 | 56 - LEVIN NILES | 836 Youngstown-Warren Rd | Niles | OH | Pittsburgh |
| 25 | 25 - CANTON NEW | 6229 Promler Avenue Nw | North Canton | OH | Cleveland |
| 12 | 12 - NORTH OLMSTED | 23250 Lorain Road | North Olmsted | OH | Cleveland |
| 18 | 18 - OAKWOOD VILLAGE | 23100 Broadway Ave | Oakwood Village | OH | Cleveland |
| 421 | 421 - PERRYSBURG PS | 10411 Fremont Pike | Perrysburg | OH | Toledo |
| 50 | 50 - ST. CLAIRSVILLE | 67661 Mall Ring Rd | Saint Clairsville | OH | Pittsburgh |
| 73 | 73 - LM-SANDUSKY | 4917 Milan Rd Plaza | Sandusky | OH | Cleveland |
| 67 | 67 - LM-SOLON | 6130 Kruse Drive | Solon | OH | Cleveland |
| 69 | 69 - LM-UNIVERSITY HEIGHTS | 13959 Cedar Rd | South Euclid | OH | Cleveland |
| 68 | 68 - LM-STOW | 1061 Graham Rd | Stow | OH | Cleveland |
| 74 | 74 - LM-STRONGSVILLE | 16105 Pearl Road | Strongsville | OH | Cleveland |
| 173 | 173 - TOLEDO PS | 4600 Talmadge Rd | Toledo | OH | Toledo |
| 28 | 28 - Altoona PA | 4 Sellers Drivealtoona | Altoona | PA | Johnstown |
| 2 | A2 - Bellwood WF (CORP WF) | 1620 N Tuckahoe Street | Bellwood | PA | |
| 75 | 75 - LM-BUTLER | 620 Butler Crossing Suite 5 | Butler | PA | Pittsburgh |
| 4 | 51 - Chambersburg PA | 480 Gateway Avenue | Chambersburg | PA | Harrisburg |

| 60 | 60 - LM-CRANBERRY | 20012 Route 19 | Cranberry | PA | Pittsburgh |
| 40 | 40 - GREENSBURG | 5280 Route 30 | Greensburg | PA | Pittsburgh |
| 50 | 50 - Hanover PA | 371 Eisenhower Drive | Hanover | PA | Harrisburg |
| 42 | 42 - Harrisburg PA | 4661 Lindle Road | Harrisburg | PA | Harrisburg |
| 54 | 54 - HERMITAGE | 1340 N. Hermitage Road Suite 1 Route 18 | Hermitage | PA | Pittsburgh |
| 33 | 33 - LM-INDIANA | 1570 Oakland Ave | Indiana | PA | Pittsburgh |
| 32 | 32 - Johnstown PA | 1130 Scalp Avenue | Johnstown | PA | Johnstown |
| 46 | 46 - Lancaster PA | 2040 Bennett Avenue | Lancaster | PA | Harrisburg |
| 2 | 02 - SOUTH HILLS | 3664 Washington Road | Mcmurray | PA | Pittsburgh |
| 5 | 43 - Mechanicsburg PA | 75 Gateway Drive | Mechanicsburg | PA | Harrisburg |
| 20 | 20 - MONROEVILLE | 124 Levin Way | Monroeville | PA | Pittsburgh |
| 62 | 62 - LM-MONROEVILLE | 3820 William Penn Highway | Monroeville | PA | Pittsburgh |
| 36 | 36 - LM-MT. LEBANON | 1600 Washington Rd | Mt Lebanon | PA | Pittsburgh |
| 1 | 01 - MT. PLEASANT | 600 Main Street | Mt. Pleasant | PA | Pittsburgh |
| 15 | 15 - THE POINTE | 400 Chauvet Drive | Pittsburgh | PA | Pittsburgh |
| 61 | 61 - LM-FOX CHAPEL | 956 Freeport Road | Pittsburgh | PA | Pittsburgh |
| 64 | 64 - LM-ROBINSON | 6528 Steubenville Pike | Pittsburgh | PA | Pittsburgh |
| 70 | 70 - LM-SHADYSIDE | 5438 Baum Blvd | Pittsburgh | PA | Pittsburgh |
| 47 | 47 - CURRY HOLLOW | 292 Curry Hollow Rd | Pleasant Hills | PA | Pittsburgh |
| 3 | 03 - SMITHTON | 301 Fitz Henry Road | Smithton | PA | Pittsburgh |
| 3 | 40 - State College PA | 138 Valley Vista Drive | State College | PA | Johnstown |
| 63 | 63 - LM-WASHINGTON | 56 Trinity Point Dr | Washington | PA | Pittsburgh |
| 29 | 29 - WEXFORD | 10688 Perry Highway | Wexford | PA | Pittsburgh |
| 44 | 44 - York PA | 380 North Northern Way | York | PA | Harrisburg |

| 48 | 48 - Leesburg PA | 131 Fort Evans Road Ne | Leesburg | VA | Dc |
|---|---|---|---|---|---|