# EXHIBIT D

## Connections Disclosure

**Jones Lang LaSalle Americas, Inc. Disclosures**

| Name | Category | Relationship to JLL | Comment |
|---|---|---|---|
| Ace American Ins. Co. (Navigators) | Outside Party | Account Receivable | JLL has worked with this entity in matters wholly unrelated to the chapter 11 filing. |
| ACE American Insurance Company (Chubb USA underwriter) | Outside Party | Account Receivable | JLL has worked with this entity in matters wholly unrelated to the chapter 11 filing. |
| Alvarez and Marsal Holdings LLC | Rebate | Account Payable | JLL has worked with this entity in matters wholly unrelated to the chapter 11 filing. |
| AVF Parent, LLC | Outside Party | Account Receivable | JLL has worked with this entity in matters wholly unrelated to the chapter 11 filing. |
| City of Auburn Hills | Government | Account Payable | JLL has worked with this entity in matters wholly unrelated to the chapter 11 filing. |
| City of Royal Oak | Government | Account Payable | JLL has worked with this entity in matters wholly unrelated to the chapter 11 filing. |
| Comptroller of Maryland | Government | Account Payable | JLL has worked with this entity in matters wholly unrelated to the chapter 11 filing. |
| Comptroller of Maryland | Government | Account Payable | JLL has worked with this entity in matters wholly unrelated to the chapter 11 filing. |
| First Commonwealth Bank | Outside Party | Account Receivable | JLL has worked with this entity in matters wholly unrelated to the chapter 11 filing. |

| Great American Ins. Co. | Outside Party | Account Receivable | JLL has worked with this entity in matters wholly unrelated to the chapter 11 filing. |
|---|---|---|---|
| GSO Capital Partners LP | Outside Party | Account Receivable | JLL has worked with this entity in matters wholly unrelated to the chapter 11 filing. |
| Hilco Trading, LLC d/b/a Hilco Global | Outside Party | Account Receivable | JLL has worked with this entity in matters wholly unrelated to the chapter 11 filing. |
| Huntington National Bank | Outside Party | Account Payable | JLL has worked with this entity in matters wholly unrelated to the chapter 11 filing. |
| Huntington National Bank | Outside Party | Account Receivable | JLL has worked with this entity in matters wholly unrelated to the chapter 11 filing. |
| Kirkland and Ellis LLP | Rebate | Account Payable | JLL has worked with this entity in matters wholly unrelated to the chapter 11 filing. |
| Kirkland and Ellis LLP | Rebate | Account Receivable | JLL has worked with this entity in matters wholly unrelated to the chapter 11 filing. |
| Kohlberg Kravis Roberts (KKR) | Outside Party | Account Receivable | JLL has worked with this entity in matters wholly unrelated to the chapter 11 filing. |
| Kuehne & Nagel Inc. | Outside Party | Account Receivable | JLL has worked with this entity in matters wholly unrelated to the chapter 11 filing. |
| M&T Bank | Outside Party | Account Receivable | JLL has worked with this entity in matters wholly unrelated to the chapter 11 filing. |
| McKnight South East, LP c/o McKnight Property Management | Outside Party | Account Receivable | JLL has worked with this entity in matters wholly unrelated to the chapter 11 filing. |

72735129.4

| Morgan Lewis and Bockius LLP | Law Firm | Account Payable | JLL has worked with this entity in matters wholly unrelated to the chapter 11 filing. |
|---|---|---|---|
| Morgan Lewis and Bockius LLP | Law Firm | Account Receivable | JLL has worked with this entity in matters wholly unrelated to the chapter 11 filing. |
| Missouri Department of Revenue | Government | Account Payable | JLL has worked with this entity in matters wholly unrelated to the chapter 11 filing. |
| Missouri Department of Revenue | Government | Account Payable | JLL has worked with this entity in matters wholly unrelated to the chapter 11 filing. |
| MSC | Outside Party | Account Receivable | JLL has worked with this entity in matters wholly unrelated to the chapter 11 filing. |
| National Union Fire Ins. Co. of Pittsburgh, PA | Outside Party | Account Receivable | JLL has worked with this entity in matters wholly unrelated to the chapter 11 filing. |
| Navigators Insurance Company | Rebate | Account Payable | JLL has worked with this entity in matters wholly unrelated to the chapter 11 filing. |
| Ohio Department of Taxation | Government | Account Payable | JLL has worked with this entity in matters wholly unrelated to the chapter 11 filing. |
| Ohio Department of Taxation | Government | Account Payable | JLL has worked with this entity in matters wholly unrelated to the chapter 11 filing. |
| Pennsylvania Department of Revenue | Government | Account Payable | JLL has worked with this entity in matters wholly unrelated to the chapter 11 filing. |
| Pennsylvania Department of Revenue | Government | Account Payable | JLL has worked with this entity in matters wholly unrelated to the chapter 11 filing. |

| Pennsylvania Department of Revenue | Government | Account Payable | JLL has worked with this entity in matters wholly unrelated to the chapter 11 filing. |
|---|---|---|---|
| Pennsylvania Department of Revenue | Government | Account Payable | JLL has worked with this entity in matters wholly unrelated to the chapter 11 filing. |
| PNC Various Funds | Government | Account Payable | JLL has worked with this entity in matters wholly unrelated to the chapter 11 filing. |
| PNC Bank N A | Outside Party | Account Payable | JLL has worked with this entity in matters wholly unrelated to the chapter 11 filing. |
| PNC Bank | Outside Party | Account Receivable | JLL has worked with this entity in matters wholly unrelated to the chapter 11 filing. |
| State of Delaware | Government | Account Payable | JLL has worked with this entity in matters wholly unrelated to the chapter 11 filing. |
| State of Delaware | Government | Account Payable | JLL has worked with this entity in matters wholly unrelated to the chapter 11 filing. |
| State of Illinois | Government | Account Receivable | JLL has worked with this entity in matters wholly unrelated to the chapter 11 filing. |
| State of Michigan | Government | Account Payable | JLL has worked with this entity in matters wholly unrelated to the chapter 11 filing. |
| State of Michigan | Government | Account Payable | JLL has worked with this entity in matters wholly unrelated to the chapter 11 filing. |
| State of Ohio | Government | Account Receivable | JLL has worked with this entity in matters wholly unrelated to the chapter 11 filing. |

72735129.4

| Tempur-Pedic Inc. | Outside Party | Account Receivable | JLL has worked with this entity in matters wholly unrelated to the chapter 11 filing. |
|---|---|---|---|
| United States Treasury | Government | Account Payable | JLL has worked with this entity in matters wholly unrelated to the chapter 11 filing. |
| United States Treasury | Government | Account Payable | JLL has worked with this entity in matters wholly unrelated to the chapter 11 filing. |
| United States Treasury | Government | Account Payable | JLL has worked with this entity in matters wholly unrelated to the chapter 11 filing. |
| United States Treasury | Government | Account Payable | JLL has worked with this entity in matters wholly unrelated to the chapter 11 filing. |
| Virginia Department of Taxation | Government | Account Payable | JLL has worked with this entity in matters wholly unrelated to the chapter 11 filing. |
| Virginia Department of Taxation | Government | Account Payable | JLL has worked with this entity in matters wholly unrelated to the chapter 11 filing. |
| Virginia Department of Taxation | Government | Account Payable | JLL has worked with this entity in matters wholly unrelated to the chapter 11 filing. |
| VTC Insurance Group | Government | Account Receivable | JLL has worked with this entity in matters wholly unrelated to the chapter 11 filing. |
| Wells Fargo Bank, N.A. | Outside Party | Account Payable | JLL has worked with this entity in matters wholly unrelated to the chapter 11 filing. |
| Wells Fargo Bank NA | Outside Party | Account Payable | JLL has worked with this entity in matters wholly unrelated to the chapter 11 filing. |

72735129.4

| Wells Fargo Bank | Outside Party | Account Payable | JLL has worked with this entity in matters wholly unrelated to the chapter 11 filing. |
|---|---|---|---|
| Wells Fargo Bank | Outside Party | Account Receivable | JLL has worked with this entity in matters wholly unrelated to the chapter 11 filing. |
| Willis Towers Watson US LLC | Outside Party | Account Payable | JLL has worked with this entity in matters wholly unrelated to the chapter 11 filing. |
| Willis Towers Watson US LLC | Outside Party | Account Receivable | JLL has worked with this entity in matters wholly unrelated to the chapter 11 filing. |