# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| ART VAN FURNITURE, LLC, *et al.*,[1] | ) ) ) | Case No. 20-10553 (CSS) |
| Debtors. | ) ) ) | (Jointly Administered) |
|  | ) ) ) ) | **Objection Deadline: March 30, 2020 at 4:00 p.m. (ET)** <br> **Hearing Date: April 6, 2020 at 1:00 p.m. (ET)** |

### NOTICE OF DEBTORS' APPLICATION FOR ENTRY OF AN ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF JONES LANG LASALLE AMERICAS, INC. AS SPECIAL REAL ESTATE CONSULTANT TO THE DEBTORS *NUNC PRO TUNC* TO THE PETITION DATE

**PLEASE TAKE NOTICE** that on March 16, 2020, the above-captioned debtors and debtors in possession (collectively, the "Debtors"), filed the *Debtors Application for Entry of an Order Authorizing the Retention and Employment of Jones Lang LaSalle Americas, Inc. as Special Real Estate Consultant to the Debtors Nunc Pro Tunc to the Petition Date* (the "Application") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court"). A copy of the Application is attached hereto.

**PLEASE TAKE FURTHER NOTICE** that any response or objection to the entry of an order with respect to the relief sought in the Application must be filed with the Bankruptcy Court on or before **March 30, 2020 at 4:00 p.m. prevailing Eastern Time**.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Art Van Furniture, LLC (9205); AVF Holding Company, Inc. (0291); AVCE, LLC (2509); AVF Holdings I, LLC (2537); AVF Holdings II, LLC (7472); AVF Parent, LLC (3451); Levin Parent, LLC (8052); Art Van Furniture of Canada, LLC (9491); AV Pure Sleep Franchising, LLC (8968); AVF Franchising, LLC (6325); LF Trucking, Inc. (1484); Sam Levin, Inc. (5198); and Comfort Mattress LLC (4463). The location of the Debtors' service address in these chapter 11 cases is: 6500 East 14 Mile Road, Warren Michigan 48092.

**PLEASE TAKE FURTHER NOTICE** that this Application will be heard on April 6, 2020 before Chief Judge Christopher S. Sontchi at the United States Bankruptcy Court District of Delaware, located at 824 North Market Street, 5th Floor, Courtroom No. 6, Wilmington, Delaware 19801. Only responses and objections to the Motion made in writing and timely filed, served and received in accordance with this Notice will be considered by the Bankruptcy Court at this hearing.

**PLEASE TAKE FURTHER NOTICE THAT**, IF NO RESPONSES OR OBJECTIONS TO THE MOTION ARE TIMELY FILED, SERVED AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY GRANT THE RELIEF REQUESTED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

| | |
|---|---|
| Dated: March 16, 2020<br>Wilmington, Delaware | **BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**<br><br>  */s/ Jennifer R. Hoover*<br>Gregory W. Werkheiser (DE No. 3553)<br>Michael J. Barrie (DE No. 4684)<br>Jennifer Hoover (DE No. 5111)<br>Kevin Capuzzi (DE No. 5462)<br>Kate Harmon (DE No. 5343)<br>John C. Gentile (DE No. 6159)<br>222 Delaware Avenue, Suite 801<br>Wilmington, DE 19801<br>Telephone: (302) 442-7010<br>Facsimile: (302) 442-7012<br>E-mail: gwerkheiser@beneschlaw.com<br>    mbarrie@beneschlaw.com<br>    jhoover@beneschlaw.com<br>    kcapuzzi@beneschlaw.com<br>    kharmon@beneschlaw.com<br>    jgentile@beneschlaw.com<br><br>*Proposed Counsel to the Debtors and Debtors in Possession* |