# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

In re:

Art Van Furniture, LLC, *et al.,*

            Debtors.

Chapter 11

Case No. 20-10553 (CSS)
(Jointly Administered)

NOTICE OF APPOINTMENT OF
COMMITTEE OF UNSECURED CREDITORS

        Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above-captioned cases:

1. **La-Z-Boy, Inc.,** Attn: Natalie Dickinson, One La-Z-Boy Drive 2B, Monroe, MI 48162, Phone: (734) 384-6461

2. **Tempur Sealy,** Attn: Mo Vakil, 1000 Tempur Way, Lexington, KY 40511, Phone: (859) 455-2502

3. **Flexsteel Industries, Inc**., Attn: Jeff Ciochetto, 385 Bell Street, Dubuque, Iowa 52001, Phone: (563) 585-8313

4. **Serta Restokraft Mattress Co.,** Attn: Larry Kraft, 38024 Jay Kay Dr., Romulus, MI 48174, Phone: (248) 763-7800

5. **Kingsdown Inc.,** Attn: Mark Cummings, 126 W. Holt St., Mebane, NC 27302, Phone: (416) 919-3399

6. **STORE Capital Corp.,** Attn: Lyena Hale, 8377 E. Hartford Drive, Suite 100, Scottsdale, Arizona 85255, Phone: (480) 256-1199

7. **LCN AVF Warren (MI) LLC,** Attn: Joshua Leventhal, 888 Seventh Ave., 4th Floor, New York, NY 10019, Phone: (212) 201-4073

                                               ANDREW R. VARA
                                               United States Trustee, Regions 3 & 9

                                               /s/ *Linda Richenderfer* for
                                             T. PATRICK TINKER
                                             ASSISTANT UNITED STATES TRUSTEE

DATED: March 18, 2020

Attorney assigned to this Case: Linda Richenderfer, Phone: (302) 573-6491, Fax: (302) 573-6497

Debtors' Counsel: Greg Werkheiser, Phone: (302) 442-7010