# Court Conference

**Calendar Date:** 03/20/2020
**Calendar Time:** 11:30 AM ET

## U.S. Bankruptcy Court-District of Delaware
## Confirmed Telephonic Appearance Schedule
## Honorable Christopher S. Sontchi
## #6

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearing | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Art Van Furniture LLC | 20-10553 | Hearing | 10472497 | Sarah Baker | (847) 341-2462 ext. | Hilco Global | Representing, Hilco Global / LIVE |
| | | Art Van Furniture LLC | 20-10553 | Hearing | 10474004 | Michael J. Barrie | (302) 442-7068 ext. | Benesch Friedlander Coplan & Aronoff, LLP | Debtor, Art Van Furniture, LLC / LIVE |
| | | Art Van Furniture LLC | 20-10553 | Hearing | 10472116 | David L. Buchbinder | (302) 573-6491 ext. | Office of the United States Trustee | U.S. Trustee, David Buchbinder / LIVE |
| | | Art Van Furniture LLC | 20-10553 | Hearing | 10473046 | Matthew Chiappardi | (609) 805-1670 ext. | Law 360 | Interested Party, Law360 / LISTEN ONLY |
| | | Art Van Furniture LLC | 20-10553 | Hearing | 10465857 | Monica L. Clark | (612) 340-5647 ext. | Dorsey & Whitney LLP | Creditor, LCN AVF / LISTEN ONLY |
| | | Art Van Furniture LLC | 20-10553 | Hearing | 10472737 | Andrew S. Conway | (248) 258-7427 ext. | The Taubman Company | Creditor, The Taubman Landlords / LIVE |
| | | Art Van Furniture LLC | 20-10553 | Hearing | 10471086 | Shannon Deeby | (248) 988-5889 ext. | Clark Hill PLC | Creditor, Levin Furniture / LISTEN ONLY |
| | | Art Van Furniture LLC | 20-10553 | Hearing | 10474239 | Earle I Erman | (248) 208-0710 ext. | Maddin, Hauser, Roth & Heller, P.C. | Creditor, Rochester K M Partners LLC / LIVE |
| | | Art Van Furniture LLC | 20-10553 | Hearing | 10470989 | Mary K. Fackler | (904) 798-3700 ext. | Akerman LLP | Creditor, Spirit Realty Capital / LISTEN ONLY |
| | | Art Van Furniture LLC | 20-10553 | Hearing | 10473978 | J. Cory Falgowski | (302) 830-2312 ext. | Burr & Forman LLP | Creditor, Wells Fargo Bank / LIVE |
| | | Art Van Furniture LLC | 20-10553 | Hearing | 10472901 | Robert J. Feinstein | (212) 561-7710 ext. | Pachulski Stang Ziehl & Jones | Creditor, Creditors Committee / LIVE |
| | | Art Van Furniture LLC | 20-10553 | Hearing | 10472470 | Steven E. Fox | (212) 789-3150 ext. | Riemer & Braunstein LLP | Representing, Hilco and Gordon Brothers entities / LIVE |
| | | Art Van Furniture LLC | 20-10553 | Hearing | 10472440 | Ian Fredericks | (847) 418-2075 ext. | Hilco Global | Representing, Hilco Merchant Resources / LIVE |
| | | Art Van Furniture LLC | 20-10553 | Hearing | 10472149 | Craig S. Ganz | (602) 798-5427 ext. | Ballard Spahr LLP | Creditor, STORE, SCF RC Funding, and Broadstone / LIVE |
| | | Art Van Furniture LLC | 20-10553 | Hearing | 10473647 | John Gentile | (302) 442-7071 ext. | Benesch, Friedlander, Coplan & Aronoff LLP | Debtor, Art Van Furniture / LIVE |
| | | Art Van Furniture LLC | 20-10553 | Hearing | 10469712 | Ronald Gold | (513) 651-6156 ext. | Frost Brown Todd LLC | Creditor, Tempur Sealy International, Inc. / LIVE |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Art Van Furniture LLC | 20-10553 | Hearing | 10471351 | Karen Grivner | (302) 897-2063 ext. | Clark Hill LLP - Wilmington | Creditor, Levin Furniture / LISTEN ONLY |
| | Art Van Furniture LLC | 20-10553 | Hearing | 10473649 | Kate Harmon | (302) 442-7057 ext. | Benesch, Freidlander, Coplan & Aronoff LLP | Debtor, Art Van Furniture, LLC / LIVE |
| | Art Van Furniture LLC | 20-10553 | Hearing | 10472663 | Leslie Heilman | (302) 252-4446 ext. | Ballard Spahr LLP | Creditor, Brixmor Property Group, Store Capital, Essential Property Group, Broadstone Net / LIVE |
| | Art Van Furniture LLC | 20-10553 | Hearing | 10472811 | Leslie Heilman | (302) 252-4446 ext. | Ballard Spahr LLP | Creditor, Brixmor Property Group, Essential Property Group, Store Capital, Broadstone Net / LIVE |
| | Art Van Furniture LLC | 20-10553 | Hearing | 10472452 | Douglas Herrmann | (302) 777-6552 ext. | Pepper Hamilton LLP | Representing, Hilco and Gordon Brothers entities / LIVE |
| | Art Van Furniture LLC | 20-10553 | Hearing | 10473635 | Jennifer Hoover | (302) 442-7006 ext. | Benesch Friedlander Coplan & Aronoff, LLP | Debtor, Art Van Furniture / LIVE |
| | Art Van Furniture LLC | 20-10553 | Hearing | 10472362 | Susan E. Kaufman | (302) 472-7420 ext. | Law Office of Susan E. Kaufman, LLC | Interested Party, Taubman Landlords / LIVE |
| | Art Van Furniture LLC | 20-10553 | Hearing | 10474048 | Carl Kunz, III | (302) 888-6800 ext. | Morris James LLP | Creditor, Synchrony Bank / LIVE |
| | Art Van Furniture LLC | 20-10553 | Hearing | 10465870 | Joshua Leventhal | (212) 201-4073 ext. | Dorsey & Whitney LLP | Client, Joshua Leventhal / LISTEN ONLY |
| | Art Van Furniture LLC | 20-10553 | Hearing | 10472848 | Tung-Yu Liu | (212) 309-6133 ext. | Morgan, Lewis & Bockius LLP | Creditor, Wells Fargo / LISTEN ONLY |
| | Art Van Furniture LLC | 20-10553 | Hearing | 10465831 | Will Martin | (612) 492-6925 ext. | Dorsey & Whitney LLP | Creditor, LCN AVF / LIVE |
| | Art Van Furniture LLC | 20-10553 | Hearing | 10474072 | Hugh McCullough | (206) 757-8189 ext. | Davis Wright Tremaine, LLP | Creditor, Synchrony Bank / LIVE |
| | Art Van Furniture LLC | 20-10553 | Hearing | 10472458 | Marcy J. McLaughlin Smith | (302) 777-6535 ext. | Pepper Hamilton LLP | Representing, Hilco and Gordon Brothers entities / LIVE |
| | Art Van Furniture LLC | 20-10553 | Hearing | 10472240 | Dennis A. Meloro | (302) 661-7000 ext. | Greenberg Traurig, LLP | Interested Party, HGB AVF Lending, LLC / LIVE |
| | Art Van Furniture LLC | 20-10553 | Hearing | 10470943 | Aaron Miller | (781) 439-5119 ext. | SB360 Capital Partners | Bidder, SB360 Capital Partners / LISTEN ONLY |
| | Art Van Furniture LLC | 20-10553 | Hearing | 10471441 | Robert Nussbaum | (212) 556-2208 ext. | King & Spalding LLP | Debtor, Art Van Furniture, LLC / LISTEN ONLY |
| | Art Van Furniture LLC | 20-10553 | Hearing | 10472527 | Thomas Onder | (609) 219-7458 ext. | Stark & Stark | Creditor, SBV Holland / LISTEN ONLY |
| | Art Van Furniture LLC | 20-10553 | Hearing | 10472156 | Lisa M. Peters | (402) 661-8609 ext. | Kutak Rock LLP | Bankruptcy Counsel, VEREIT Real Estate, L.P. / LIVE |

| | Case Name | Case # | Proceeding | ID | Name | Phone | Firm | Representing |
|---|---|---|---|---|---|---|---|---|
| | Art Van Furniture LLC | 20-10553 | Hearing | 10471281 | William C. Price | (412) 394-7776 ext. | Clark Hill LLC | Creditor, Levin Furniture / LISTEN ONLY |
| | Art Van Furniture LLC | 20-10553 | Hearing | 10470395 | Jennifer D. Raviele | (212) 808-7925 ext. | Kelley Drye & Warren LLP | Creditor, Art Van Furniture LLC / LIVE |
| | Art Van Furniture LLC | 20-10553 | Hearing | 10472130 | Linda Richenderfer | (302) 573-6491 ext. | Office of the United States Trustee | U.S. Trustee, Linda Richenderfer / LIVE |
| | Art Van Furniture LLC | 20-10553 | Hearing | 10472331 | Richard W. Riley | (302) 353-4144 ext. | Whiteford, Taylor & Preston, LLP | Creditor, Gray& Associates / LIVE |
| | Art Van Furniture LLC | 20-10553 | Hearing | 10458241 | Danielle N. Rushing | (210) 554-5272 ext. | Dykema Gossett PLLC | Interested Party, Gary Van Elflander / LIVE |
| | Art Van Furniture LLC | 20-10553 | Hearing | 10473293 | Maura Russell | (215) 772-7577 ext. | Montgomery, McCracken, Walker & Rhoads, LLP | Debtor, Art Van Furniture LLC / LIVE |
| | Art Van Furniture LLC | 20-10553 | Hearing | 10472913 | Bradford J. Sandler | (212) 561-7704 ext. | Pachulski Stang Ziehl & Jones | Creditor, Creditors Committee / LIVE |
| | Art Van Furniture LLC | 20-10553 | Hearing | 10472484 | Mackenzie Shea | (617) 422-6519 ext. | Gordon Brothers Retail Partners | Representing, Gordon Brothers / LIVE |
| | Art Van Furniture LLC | 20-10553 | Hearing | 10474091 | Jessica Steinhagen | (212) 588-8890 ext. | Reorg Research, Inc. | Interested Party, Reorg Research, Inc. / LISTEN ONLY |
| | Art Van Furniture LLC | 20-10553 | Hearing | 10474018 | Dennis Stogsdill | (212) 759-4433 ext. | Alvarez and Marsal | Debtor, Art Van Furniture LLC / LIVE |
| | Art Van Furniture LLC | 20-10553 | Hearing | 10474252 | Jeffrey Waxman | (302) 888-5842 ext. | Morris James LLP | Plaintiff(s), Serta Simmons Bedding / LIVE |
| | Art Van Furniture LLC | 20-10553 | Hearing | 10473630 | Gregory Werkheiser | (302) 442-7075 ext. | Benesch, Friedlander, Coplan & Aronoff LLP | Debtor, Art Van Furniture / LIVE |
| | Art Van Furniture LLC | 20-10553 | Hearing | 10472683 | Jeffrey Wolf | (617) 310-6041 ext. | Greenberg Traurig, LLP | Interested Party, HGB AVF Lending / LIVE |
| | Art Van Furniture LLC | 20-10553 (20-50546) | Hearing | 10472856 | Jennifer Feldsher | (212) 309-6017 ext. | Morgan Lewis & Bockius LLP | Creditor, Wells Fargo Capital Finance / LIVE |