# Court Conference

**Calendar Date:** 03/24/2020
**Calendar Time:** 10:00 AM ET

## U.S. Bankruptcy Court-District of Delaware
### Confirmed Telephonic Appearance Schedule
### Honorable Christopher S. Sontchi
### #6

1st Revision   Mar 23 2020   4:24PM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearing | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Welded Construction, L.P. | 18-12378 | Hearing | 10482850 | Patrick J. Holohan | (646) 412-5336 ext. | Debtwire | Interested Party, Debtwire / LISTEN ONLY |
| | | Art Van Furniture, LLC | 20-10553 | Hearing | 10482185 | Michael J. Barrie | (302) 442-7068 ext. | Benesch Friedlander Coplan & Aronoff, LLP | Debtor, Art Van Furniture, LLC / LIVE |
| | | Art Van Furniture, LLC | 20-10553 | Hearing | 10480936 | David M. Blau | (248) 988-1817 ext. | Clark Hill PLC | Creditor, Middlebelt Plymouth Venture, Shelby Corners, Agree Realty, and Brandon Assoc. / LISTEN ONL |
| | | Art Van Furniture, LLC | 20-10553 | Hearing | 10480541 | Kevin M. Capuzzi | (302) 442-7063 ext. | Benesch Friedlander Coplan & Aronoff, LLP | Debtor, Art Van Furniture / LIVE |
| | | Art Van Furniture, LLC | 20-10553 | Hearing | 10483432 | Matthew Chiappardi | (609) 805-1670 ext. | Law 360 | Interested Party, Law360 / LISTEN ONLY |
| | | Art Van Furniture, LLC | 20-10553 | Hearing | 10478915 | Monica L. Clark | (612) 340-5647 ext. | Dorsey & Whitney LLP | Creditor, LCN AVF / LIVE |
| | | Art Van Furniture, LLC | 20-10553 | Hearing | 10480968 | Earle I Erman | (248) 208-0710 ext. | Maddin, Hauser, Roth & Heller, P.C. | Creditor, Rochester K M Partners LLC / LIVE |
| | | Art Van Furniture, LLC | 20-10553 | Hearing | 10480037 | Mary K. Fackler | (904) 798-3700 ext. | Akerman LLP | Creditor, Spirit Realty Capital / LISTEN ONLY |
| | | Art Van Furniture, LLC | 20-10553 | Hearing | 10476805 | J. Cory Falgowski | (302) 830-2312 ext. | Burr & Forman LLP | Creditor, Wells Fargo Bank / LIVE |
| | | Art Van Furniture, LLC | 20-10553 | Hearing | 10482356 | Robert J. Feinstein | (212) 561-7710 ext. | Pachulski Stang Ziehl & Jones | Creditor, Committee of Unsecured Creditors / LIVE |
| | | Art Van Furniture, LLC | 20-10553 | Hearing | 10476780 | Steven E. Fox | (212) 789-3150 ext. | Riemer & Braunstein LLP | Representing, Hilco and Gordon Brothers entities / LIVE |
| | | Art Van Furniture, LLC | 20-10553 | Hearing | 10483525 | Craig S. Ganz | (602) 798-5427 ext. | Ballard Spahr LLP | Creditor, STORE, Broadstone, et al / LIVE |
| | | Art Van Furniture, LLC | 20-10553 | Hearing | 10476003 | Ronald Gold | (513) 651-6156 ext. | Frost Brown Todd LLC | Creditor, Tempur Sealy International, Inc. / LIVE |
| | | Art Van Furniture, LLC | 20-10553 | Hearing | 10480485 | Paul R. Hage | (248) 727-1543 ext. | Jaffe Raitt Heuer & Weiss | Creditor, Susman Agency / LIVE |
| | | Art Van Furniture, LLC | 20-10553 | Hearing | 10476774 | Leslie Heilman | (302) 252-4446 ext. | Ballard Spahr LLP | Creditor, Brixmor Property Group / LIVE |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Art Van Furniture, LLC | 20-10553 | Hearing | 10476778 | Douglas Herrmann | (302) 777-6552 ext. | Pepper Hamilton LLP | Representing, Hilco and Gordon Brothers entities / LIVE |
| | Art Van Furniture, LLC | 20-10553 | Hearing | 10482854 | Patrick J. Holohan | (646) 412-5336 ext. | Debtwire | Interested Party, Debtwire / LISTEN ONLY |
| | Art Van Furniture, LLC | 20-10553 | Hearing | 10480542 | Jennifer Hoover | (302) 442-7006 ext. | Benesch Friedlander Coplan & Aronoff, LLP | Debtor, Art Van Furniture / LIVE |
| | Art Van Furniture, LLC | 20-10553 | Hearing | 10476927 | Susan E. Kaufman | (302) 472-7420 ext. | Law Office of Susan E. Kaufman, LLC | Interested Party, Taubman Landlords / LIVE |
| | Art Van Furniture, LLC | 20-10553 | Hearing | 10480862 | Carl Kunz, III | (302) 888-6800 ext. | Morris James LLP | Creditor, Synchrony Bank / LIVE |
| | Art Van Furniture, LLC | 20-10553 | Hearing | 10478927 | Joshua Leventhal | (212) 201-4073 ext. | Dorsey & Whitney LLP | Client, Joshua Leventhal / LISTEN ONLY |
| | Art Van Furniture, LLC | 20-10553 | Hearing | 10475277 | Tung-Yu Liu | (212) 309-6133 ext. | Morgan Lewis & Bockius LLP | Creditor, Wells Fargo / LISTEN ONLY |
| | Art Van Furniture, LLC | 20-10553 | Hearing | 10478888 | Will Martin | (612) 492-6925 ext. | Dorsey & Whitney LLP | Creditor, LCN AVF / LIVE |
| | Art Van Furniture, LLC | 20-10553 | Hearing | 10480854 | Hugh McCullough | (206) 757-8189 ext. | Davis Wright Tremaine, LLP | Creditor, Synchrony Bank / LIVE |
| | Art Van Furniture, LLC | 20-10553 | Hearing | 10476963 | Dennis A. Meloro | (302) 661-7000 ext. | Greenberg Traurig, LLP | Interested Party, HGB AVF Lending / LIVE |
| | Art Van Furniture, LLC | 20-10553 | Hearing | 10482822 | Leslie Pappas | (571) 319-2280 ext. | Bloomberg Law | Interested Party, Bloomberg Law / LISTEN ONLY |
| | Art Van Furniture, LLC | 20-10553 | Hearing | 10476692 | Linda Richenderfer | (302) 573-6491 ext. | Office of the United States Trustee | U.S. Trustee, Linda Richenderfer / LIVE |
| | Art Van Furniture, LLC | 20-10553 | Hearing | 10477788 | Richard W. Riley | (302) 353-4144 ext. | Whiteford, Taylor & Preston, LLP | Creditor, Gray & Associates / LIVE |
| | Art Van Furniture, LLC | 20-10553 | Hearing | 10482366 | Colin R. Robinson | (302) 778-6426 ext. | Pachulski Stang Ziehl & Jones | Creditor, Committee of Unsecured Creditors / LIVE |
| | Art Van Furniture, LLC | 20-10553 | Hearing | 10477575 | Peter S. Russ | (412) 562-1416 ext. | Buchanan Ingersoll & Rooney P.C. | Creditor, Guardian Alarm Company / LIVE |
| | Art Van Furniture, LLC | 20-10553 | Hearing | 10482339 | Bradford J. Sandler | (212) 561-7704 ext. | Pachulski Stang Ziehl & Jones | Creditor, Committee of Unsecured Creditors / LIVE |
| | Art Van Furniture, LLC | 20-10553 | Hearing | 10482696 | Alan D. Smith | (206) 359-8410 ext. | Perkins Coie LLP | Creditor, Blue Bell Mattress Company, LLC / LIVE |
| | Art Van Furniture, LLC | 20-10553 | Hearing | 10480673 | Jessica Steinhagen | (212) 588-8890 ext. | Reorg Research, Inc. | Interested Party, Reorg Research / LISTEN ONLY |
| | Art Van Furniture, LLC | 20-10553 | Hearing | 10482193 | Dennis Stogsdill | (212) 759-4433 ext. | Alvarez and Marsal | Debtor, Art Van Furniture LLC / LIVE |
| | Art Van Furniture, LLC | 20-10553 | Hearing | 10480547 | Gregory W. Werkheiser | (302) 442-7075 ext. | Benesch Friedlander Coplan & Aronoff, LLP | Debtor, Art Van Furniture / LIVE |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Art Van Furniture, LLC | 20-10553 | Hearing | 10480648 | Deborah Williamson | (210) 554-5275 ext. | Dykema Gossett PLLC | Interested Party, Gary Van Elslander / LIVE |
| | Art Van Furniture, LLC | 20-10553 | Hearing | 10476785 | Jeffrey Wolf | (617) 310-6041 ext. | Greenberg Traurig, LLP | Representing, Hilco and Gordon Brothers entities / LIVE |
| | Art Van Furniture, LLC | 20-10553 | Hearing | 10482180 | Becky A. Yerak | (312) 543-1306 ext. | Wall Street Journal | Interested Party, Wall Street Journal / LISTEN ONLY |
| | Art Van Furniture, LLC | 20-10553 (20-50546) | Hearing | 10476800 | Jennifer Feldsher | (212) 309-6017 ext. | Morgan Lewis & Bockius LLP | Creditor, Wells Fargo Capital Finance / LIVE |