# Court Conference

**Calendar Date:** 03/19/2020
**Calendar Time:** 02:00 PM ET

## U.S. Bankruptcy Court-District of Delaware
### Confirmed Telephonic Appearance Schedule
### Honorable Christopher S. Sontchi
### #6

1st Revision  Mar 19 2020  8:15AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearing | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Art Van Furniture LLC | 20-10553 | Hearing | 10474002 | Michael J. Barrie | (302) 442-7068 ext. | Benesch Friedlander Coplan & Aronoff, LLP | Debtor, Art Van Furniture, LLC / LIVE |
| | | Art Van Furniture LLC | 20-10553 | Hearing | 10473653 | Kevin M. Capuzzi | (302) 442-7063 ext. | Benesch Friedlander Coplan & Aronoff, LLP | Debtor, Art Van Furniture, LLC / LIVE |
| | | Art Van Furniture LLC | 20-10553 | Hearing | 10472610 | J. Cory Falgowski | (302) 830-2312 ext. | Burr & Forman LLP | Creditor, Wells Fargo Bank / LIVE |
| | | Art Van Furniture LLC | 20-10553 | Hearing | 10472893 | Robert J. Feinstein | (212) 561-7710 ext. | Pachulski Stang Ziehl & Jones | Creditor, Creditors Committee / LIVE |
| | | Art Van Furniture LLC | 20-10553 | Hearing | 10473064 | Steven Fox | (212) 789-3150 ext. | Riemer & Braunstein LLP | Consultant, Hilco Merchant Resources, LLC and Gordon Brothers REtail Partners, LLC / LIVE |
| | | Art Van Furniture LLC | 20-10553 | Hearing | 10473645 | John Gentile | (302) 442-7071 ext. | Benesch, Friedlander, Coplan & Aronoff LLP | Debtor, Art Van Furniture, LLC / LIVE |
| | | Art Van Furniture LLC | 20-10553 | Hearing | 10473651 | Kate Harmon | (302) 442-7057 ext. | Benesch, Freidlander, Coplan & Aronoff LLP | Debtor, Art Van Furniture / LIVE |
| | | Art Van Furniture LLC | 20-10553 | Hearing | 10473410 | Douglas Herrmann | (302) 777-6552 ext. | Pepper Hamilton LLP | Representing, Hilco and Gordon Brothers entities / LIVE |
| | | Art Van Furniture LLC | 20-10553 | Hearing | 10473633 | Jennifer Hoover | (302) 442-7006 ext. | Benesch Friedlander Coplan & Aronoff, LLP | Debtor, Art Van Furniture, LLC / LIVE |
| | | Art Van Furniture LLC | 20-10553 | Hearing | 10473006 | Charles Liu | (212) 309-6000 ext. | Morgan Lewis & Bockius LLP | Creditor, Wells Fargo Bank / LISTEN ONLY |
| | | Art Van Furniture LLC | 20-10553 | Hearing | 10472648 | Dennis A. Meloro | (302) 661-7000 ext. | Greenberg Traurig, LLP | Interested Party, HGB AVF Lending / LIVE |
| | | Art Van Furniture LLC | 20-10553 | Hearing | 10474149 | Leslie Pappas | (571) 319-2280 ext. | Bloomberg Law | Interested Party, Bloomberg Law / LISTEN ONLY |
| | | Art Van Furniture LLC | 20-10553 | Hearing | 10473939 | Linda Richenderfer | (302) 573-6491 ext. | Office of the United States Trustee | U.S. Trustee, Linda Richenderfer / LIVE |
| | | Art Van Furniture LLC | 20-10553 | Hearing | 10473274 | Maura Russell | (215) 772-7577 ext. | Montgomery, McCracken, Walker & Rhoads, LLP | Debtor, Art Van Furniture LLC / LIVE |
| | | Art Van Furniture LLC | 20-10553 | Hearing | 10472909 | Bradford J. Sandler | (212) 561-7704 ext. | Pachulski Stang Ziehl & Jones | Creditor, Creditors Committee / LIVE |

| | Art Van Furniture LLC | 20-10553 | Hearing | 10473998 | Dennis Stogsdill | (212) 759-4433 ext. | Alvarez and Marsal | Debtor, Art Van Furniture LLC / LIVE |
|---|---|---|---|---|---|---|---|---|
| | Art Van Furniture LLC | 20-10553 | Hearing | 10472653 | Gregory Werkheiser | (302) 442-7075 ext. | Benesch, Friedlander, Coplan & Aronoff LLP | Debtor, Art Van Furniture, LLC / LIVE |
| | Art Van Furniture LLC | 20-10553 | Hearing | 10472668 | Jeffrey Wolf | (617) 310-6041 ext. | Greenberg Traurig, LLP | Interested Party, HGB AVF Lending, LLC / LIVE |
| | Art Van Furniture LLC | 20-10553 (20-50546) | Hearing | 10472880 | Jennifer Feldsher | (212) 309-6017 ext. | Morgan Lewis & Bockius LLP | Creditor, Wells Fargo Capital Finance / LIVE |