**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | ) ) Chapter 11 |
| ART VAN FURNITURE, LLC., *et al.*,[1] | ) ) Case No. 20-10553 (CSS) |
| Debtors. | ) ) (Jointly Administered) ) |

## SUPPLEMENTAL CERTIFICATE OF SERVICE

I, YunKyung Yu, depose and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtors in the above-captioned case.

On March 16, 2020, at my direction and under my supervision, employees of KCC caused to be served the following document via First Class Mail upon the service lists attached hereto as **Exhibit A** and **Exhibit B**:

- **Notice Entry of Interim Orders and Final Hearing on First Day Motion** [Docket No. 144]

Dated: March 26, 2020

*/s/ YunKyung Yu*
YunKyung Yu
KCC
222 N Pacific Coast
Highway, Suite 300
El Segundo, CA 90245

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Art Van Furniture, LLC (9205); AVF Holding Company, Inc. (0291); AVCE, LLC (2509); AVF Holdings I, LLC (2537); AVF Holdings II, LLC (7472); AVF Parent, LLC (3451); Levin Parent, LLC (8052); Art Van Furniture of Canada, LLC (9491); AV Pure Sleep Franchising, LLC (8968); AVF Franchising, LLC (6325); LF Trucking, Inc. (1484); Sam Levin, Inc. (5198); and Comfort Mattress LLC (4463). The location of the Debtors' service address in these chapter 11 cases is: 6500 East 14 Mile Road, Warren Michigan 48092.

# EXHIBIT A

**Exhibit A**
**Lienholders Service List**
**Served via First Class Mail**

| COMPANY | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|
| Centurylink Communications, LLC | 931 14th Street, Suite 900 | | Denver | CO | 80202 |
| Crown Equipment Corporation | 44 S. Washington Street | | New Bremen | OH | 45869 |
| G/S Leasing, Inc. | 3290 W Big Beaver Rd, Ste 200 | | Troy | MI | 48084 |
| GE Money Bank | 170 Election Road, Suite 125 | | Draper | UT | 84020 |
| IBM Credit LLC | One North Castle Drive | | Armonk | NY | 10504 |
| Northstar Recycling Company, Inc | 94 Maple Street | | East Longmeadow | MA | 01028 |
| PNC Bank, National Association | One PNC Plaza | 249 Fifth Avenue | Pittsburgh | PA | 15222 |
| PNC Bank, National Association | 249 Fifth Ave | MS P1-POOP-BL-7 | Pittsburgh | PA | 15222 |
| PNC Bank, National Association, as Agent for Itself and Various Financial Institutions | One PNC Plaza | 249 Fifth Avenue | Pittsburgh | PA | 15222 |
| Rugs America Corporation | 242 Route 110 | | Farmingdale | NY | 11735 |
| Synchrony Bank | 170 Election Drive, Suite 125 | | Draper | UT | 84020 |
| U.S. Bank Equipment Finance, a Division of U.S. Bank National Association | 1310 Madrid Street | | Marshall | MN | 56258 |
| Virtus Group, LP, as Administrative Agent | 1301 Fannin, 17th Floor | | Houston | TX | 77002 |
| Wells Fargo Bank, National Association, as Agent | One Boston Place, 19th Floor | | Boston | MA | 02018 |

# EXHIBIT B

**Exhibit B**
**Equity Parties Service List**
**Served via First Class Mail**

| COMPANY | ADDRESS1 | CITY | STATE | ZIP |
|---|---|---|---|---|
| Alex Smith | 35 Watergate Drive, # 1204 | Sarasota | FL | 34236 |
| Brian Cooke | 45 Lakewood Circle North | Greenwich | CT | 06830 |
| THL Cayman Fund VII Bridge Corp. | 100 Federal Street, 35th Floor | BOSTON | MA | 02110 |
| THL Executive Fund VII Bridge Corp. | 100 Federal Street, 35th Floor | BOSTON | MA | 02110 |
| THL Fund VII Bridge Corp. | 100 Federal Street, 35th Floor | BOSTON | MA | 02110 |
| THL Parallel Fund VII Bridge Corp. | 100 Federal Street, 35th Floor | BOSTON | MA | 02110 |
| THOMAS H. LEE PARTNERS, L.P | 100 FEDERAL STREET | BOSTON | MA | 02110 |