**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ART VAN FURNITURE, LLC ., *et al.*,[1] | ) | Case No. 20-10553 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**CERTIFICATE OF SERVICE**

I, YunKyung Yu, depose and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtors in the above-captioned case.

On March 24, 2020, at my direction and under my supervision, employees of KCC caused to be served the following document via Electronic Mail upon the service list attached hereto as **Exhibit A**:

- **Notice of Telephonic Status Conference** [Docket No. 184]

Dated: March 26, 2020

*/s/ YunKyung Yu*
YunKyung Yu
KCC
222 N Pacific Coast
Highway, Suite 300
El Segundo, CA 90245

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Art Van Furniture, LLC (9205); AVF Holding Company, Inc. (0291); AVCE, LLC (2509); AVF Holdings I, LLC (2537); AVF Holdings II, LLC (7472); AVF Parent, LLC (3451); Levin Parent, LLC (8052); Art Van Furniture of Canada, LLC (9491); AV Pure Sleep Franchising, LLC (8968); AVF Franchising, LLC (6325); LF Trucking, Inc. (1484); Sam Levin, Inc. (5198); and Comfort Mattress LLC (4463). The location of the Debtors' service address in these chapter 11 cases is: 6500 East 14 Mile Road, Warren Michigan 48092.

# EXHIBIT A

**Exhibit A**
**Core/2002 Service List**
**Served via Electronic Mail**

| DESCRIPTION | COMPANY | CONTACT | EMAIL |
|---|---|---|---|
| Top 30 Creditor | A-America, Inc. | Fred G. Rohrbach, CEO | tleflein@a-america.com; dmontgomery@a-america.com |
| Top 30 Creditor | Ascion LLC | Martin Rawls-Meehan, President & CEO | martin@reverie.com |
| Counsel to Kingsdown, Inc. | Ashby & Geddes, P.A. | William P. Bowden, Esq. & Gregory A. Taylor, Esq. | wbowden@ashbygeddes.com; gtaylor@ashbygeddes.com |
| Top 30 Creditor | Ashley Furniture Industries, Inc. | Todd Wanek, President & CEO | twanek@ashleyfurniture.com |
| Counsel for SCF RC Funding III, LLC, STORE SPE AVF I 2017-1, LLC, STORE SPE AVF II 2017-2, LLC, STORE Master Funding XII, LLC, Broadstone AVF Illinois, LLC and Broadstone AVF Michigan, LLC | Ballard Spahr LLP | Craig Solomon Ganz, Esquire & Michael DiGiacomo, Esquire | ganzc@ballardspahr.com; digiamcomom@ballardspahr.com |
| Counsel for Brixmor Operating Partnership LP & Counsel for SCF RC Funding III, LLC, STORE SPE AVF I 2017-1, LLC, STORE SPE AVF II 2017-2, LLC, STORE Master Funding XII, LLC, Broadstone AVF Illinois, LLC and Broadstone AVF Michigan, LLC | Ballard Spahr LLP | Leslie C. Heilman, Esquire & Laurel D. Roglen, Esquire | heilmanl@ballardspahr.com; roglenl@ballardspahr.com |
| Counsel for SCF RC Funding III, LLC, STORE SPE AVF I 2017-1, LLC, STORE SPE AVF II 2017-2, LLC, STORE Master Funding XII, LLC, Broadstone AVF Illinois, LLC and Broadstone AVF Michigan, LLC | Ballard Spahr LLP | Stacy H. Rubin, Esquire | rubins@ballardspahr.com |
| Top 30 Creditor | Bedgear, LLC | Eugene Alletto, CEO | ealletto@bedgear.com |
| Attorneys for Gary A. Van Elslander, as trustee of the Archie A. Van Elslander Trust and the Archie A. Van Elslander Trust | Bodman PLC | Ralph E. McDowell | rmcdowell@bodmanlaw.com |
| Attorneys for Guardian Alarm Company | Buchanan Ingersoll & Rooney PC | Mary F. Caloway, Esquire | mary.caloway@bipc.com |
| Attorneys for Guardian Alarm Company | Buchanan Ingersoll & Rooney PC | Peter S. Russ, Esquire | peter.russ@bipc.com |
| Counsel for Wells Fargo Bank, NA, Prepetition ABL Agent | Burr & Forman LLP | Cory Falgowski | jfalgowski@burr.com |
| Counsel for Ohio Valley Mall Company | Cafaro Management Company | Lindsey M. Harrison Madgar & Richard T. Davis | LMadgar@cafarocompany.com |
| Attorneys for Middlebelt Plymouth Venture LLC, Shelby Corners, LLC, Agree Limited Partnership, and Brandon Associates Southgate L.L.C. | Clark Hill PLC | David M. Blau, Esq. | dblau@clarkhill.com |
| Counsel for Levin Furniture, LLC and Levin Trucking, LLC | Clark Hill PLC | Karen Grivner, Counsel | kgrivner@clarkhill.com |
| Attorneys for Middlebelt Plymouth Venture LLC, Shelby Corners, LLC, Agree Limited Partnership, and Brandon Associates Southgate L.L.C. | Clark Hill PLC | Karen M. Grivner | kgrivner@clarkhill.com |
| Counsel for Levin Furniture, LLC and Levin Trucking, LLC | Clark Hill PLC | Shannon Debby, Senior Attorney | sdeeby@clarkhill.com |
| Counsel for Levin Furniture, LLC and Levin Trucking, LLC | Clark Hill PLC | William Price & Jarrod Duffy, Member | wprice@clarkhill.com; jduffy@clarkhill.com |
| Attorneys for Landlord | Connolly Gallagher LLP | Karen C. Bifferato, Esquire & Kelly M. Conlan, Esquire | kbifferato@connollygallagher.com; kconlan@connollygallagher.com |
| Attorneys for Synchrony Bank | Davis Wright Tremaine LLP | Rachel H. Herd, Esq. | hughmccullough@dwt.com; rachelherd@dwt.com |
| DE AG Office | Delaware Attorney General | Matthew Denn | attorney.general@state.de.us |
| DE DOJ | Delaware Dept of Justice | Attn Bankruptcy Dept | attorney.general@state.de.us |
| DE Secretary of State | Delaware Secretary of State | Franchise Tax | dosdoc_bankruptcy@state.de.us |
| DE State Treasury | Delaware State Treasury | | statetreasurer@state.de.us |
| Counsel for Westminster Gateway, LLC | DLA Piper LLP (US) | R. Craig Martin | craig.martin@us.dlapiper.com |
| Counsel for Westminster Gateway, LLC | DLA Piper LLP (US) | Richard M. Kremen | richard.kremen@us.dlapiper.com |

**Exhibit A**
**Core/2002 Service List**
**Served via Electronic Mail**

| DESCRIPTION | COMPANY | CONTACT | EMAIL |
|---|---|---|---|
| Attorneys for Gary Van Elslander | Dykema Gossett PLLC | Deborah D. Williamson & Danielle N. Rushing | dwilliamson@dykema.com; drushing@dykema.com |
| Top 30 Creditor | Elite Rewards | Attn Director or Officer | Michellek@eliterewards.biz |
| Top 30 Creditor | England Furniture Inc. | Attn Director or Officer | connie.gilbert@englandfurniture.com |
| Top 30 Creditor | Flexsteel Industries Inc. | Jerry Dittmer, President & CEO | jdittmer@flexsteel.com |
| Counsel to Kingsdown, Inc. | Foley & Lardner LLP | Michael J. Small, Esq. | msmall@foley.com |
| Top 30 Creditor | Franklin Corporation | Hassell Franklin, CEO | hassellfranklin@franklincorp.com |
| Counsel for Tempur Sealy International, Inc. | Frost Brown Todd LLC | Ronald E. Gold, Esq. | rgold@fbtlaw.com |
| Top 30 Creditor | Fusion Furniture Inc. | Bo Robbins, President | brobbins@fusionfurnitureinc.com |
| Counsel to Levin Furniture LLC, Levin Trucking LLC, and Levin Holdings LLC | Goldberg, Kamin & Garvin | Jonathan M. Kamin, Esquire | jonathank@gkgattorneys.com |
| Attorneys for HGB AVF Lending, LLC | Greenberg Traurig, LLP | Dennis A. Meloro | melorod@gtlaw.com |
| Counsel to AVF Lending, LLC | Greenberg Traurig, LLP | Dennis Meloro | melorod@gtlaw.com |
| Counsel to AVF Lending, LLC | Greenberg Traurig, LLP | Jeffrey M. Wolf | wolfje@gtlaw.com |
| Attorneys for HGB AVF Lending, LLC | Greenberg Traurig, LLP | Jeffrey M. Wolf | wolfje@gtlaw.com |
| Attorneys for HGB AVF Lending, LLC | Greenberg Traurig, LLP | Nancy A. Peterman | petermann@gtlaw.com |
| Top 30 Creditor | H M Richards Inc. | Joe A. Tarrant Jr., Vice President of Operations | jtarrant@hmrichards.com |
| Counsel to Hilco Trading, LLC | HGB AVF Lending, LLC | c/o Hilco Trading, LLC | ekaup@hilcoglobal.com |
| Counsel for Signal USA LLC, d/b/a Signal Restoration Services | Hiller Law, LLC | Adam Hiller, Esquire | ahiller@adamhillerlaw.com |
| Attorneys for Central Wayne Properties, LLC | Honigman LLP | Lawrence A. Lichtman, Esq. | llichtman@honigman.com |
| IRS | Internal Revenue Service | Attn Susanne Larson | SBSE.Insolvency.Balt@irs.gov |
| Iowa Attorney General | Iowa Attorney General | Attn Bankruptcy Department | IDR.Bankruptcy@ag.iowa.gov |
| Counsel to Preston Yarns, LLC | Kashishian Law LLC | Ann Kashishian | amk@kashishianlaw.com |
| Counsel for Flexsteel Industries, Inc. | Kerr, Russell And Weber, PLC | Jason W. Bank | jbank@kerr-russell.com |
| Counsel to Virtus Group, L.P., Prepetition Term Loan Agent | King & Spalding LLP | Christopher G. Boies | cboies@kslaw.com |
| Top 30 Creditor | Kuehne & Nagel Inc. | Detlef Trefzger, CEO | detlef.trefzger@kuehne-nagel.com |
| Attorneys for the Taubman Landlords | Law Office of Susan E. Kaufman, LLC | Susan E. Kaufman, Esquire | skaufman@skaufmanlaw.com |
| Top 30 Creditor | La-Z-Boy Chair Company | Natalie Dickinson | darrell.edwards@la-z-boy.com |
| Top 30 Creditor | Liberty Furniture Industries Inc. | Jason Brian, Executive VP | jasonbrian@libertyfurn.com |
| Counsel for Rochester KM Partners LLC | Maddin Hauser Roth & Heller, P.C. | Earle I. Erman | eerman@maddinhauser.com |
| Maryland Attorney General | Maryland Attorney General | Attn Bankruptcy Department | oag@oag.state.md.us |
| Top 30 Creditor | Max Home LLC | Larry Gentry, CEO | accounting@maxhomenow.com |
| Michigan Attorney General | Michigan Attorney General | Attn Bankruptcy Department | miag@michigan.gov |
| Missouri Attorney General | Missouri Attorney General | Attn Bankruptcy Department | attorney.general@ago.mo.gov |
| Attorneys for Waste Management | Monzack Mersky Mclaughlin and Browder, P.A. | Brian J. McLaughlin & Rachel B. Mersky | bmclaughlin@monlaw.com; rmersky@monlaw.com |
| Counsel for Wells Fargo Bank, NA, Prepetition ABL Agent | Morgan, Lewis & Bockius LLP | Jennifer Feldsher | jennifer.feldsher@morganlewis.com |
| Counsel for Wells Fargo Bank, NA, Prepetition ABL Agent | Morgan, Lewis & Bockius LLP | Marjorie Crider and Christopher Carter | marjorie.crider@morganlewis.com; Christopher.carter@morganlewis.com |
| Attorneys for Synchrony Bank | Morris James LLP | Carl N. Kunz, III, Esq. & Sarah M. Ennis, Esq. | ckunz@morrisjames.com; sennis@morrisjames.com |
| Counsel to Serta Simmons Bedding, LLC | Morris James LLP | Jeffrey R. Waxman | jwaxman@morrisjames.com |
| US Trustee for District of DE | Office of the United States Trustee Delaware | Linda Richenderfer | Linda.Richenderfer@usdoj.gov |
| Proposed Counsel for the Official Committee of Unsecured Creditors | Pachulski Stang Ziehl & Jones LLP | Bradford J. Sandler & Robert J. Feinstein | bsandler@pszjlaw.com; rfeinstein@pszjlaw.com |
| Co-Counsel for Consultant | Pepper Hamilton LLP | Douglas D. Herrmann & Marcy J. McLaughlin Smith | herrmannd@pepperlaw.com; mclaughlinm@pepperlaw.com |
| Counsel to Us Assets, Inc. | Richards, Layton & Finger, P.A. | Daniel J. DeFranceschi & Zachary I. Shapiro | defranceschi@rlf.com; shapiro@rlf.com |
| Counsel to Hilco Merchant Resources, LLC, Hilco IP Services, LLC, d/b/a HILCO Streambank, Hilco Real Estate, LLC, Hilco Receivables, LLC, Gordon Brothers Retail Partners, LLC, DJM Realty Services, LLC, d/b/a Gordon Brothers Real Estate, Gordon Brothers Commercial & Industrial, LLC, Gordon Brothers Brands, LLC | Riemer & Braunstein LLP | Steven Fox | sfox@riemerlaw.com |

Art Van Furniture, LLC, et al.,
Case No. 20-10553 (CSS)

**Exhibit A**
**Core/2002 Service List**
**Served via Electronic Mail**

| DESCRIPTION | COMPANY | CONTACT | EMAIL |
|---|---|---|---|
| Counsel to Serta Simmons Bedding, LLC | Rogers Law Offices | Beth E. Rogers & James F. F. Carroll | brogers@berlawoffice.com; jcarroll@berlawoffice.com |
| Attorneys for ARCTRUST, Inc. | Saul Ewing Arnstein & Lehr LLP | John D. Demmy, Esq. | john.demmy@saul.com |
| Top 30 Creditor | Sealy Mattress Company | Scott Thompson, CEO | scott.thompson@tempursealy.com |
| SEC Regional Office | Securities & Exchange Commission | G Jeffrey Boujoukos Regional Director | philadelphia@sec.gov |
| SEC Headquarters | Securities & Exchange Commission | Secretary of the Treasury | SECBankruptcy-OGC-ADO@SEC.GOV |
| SEC Regional Office | Securities & Exchange Commission NY Office | Andrew Calamari Regional Director | bankruptcynoticeschr@sec.gov |
| Counsel for Creditor, Milford Road Plaza, LLC | Segal Mccambridge Singer & Mahoney | Alan J. Taylor | ataylor@smsm.com |
| Top 30 Creditor | Serta Restokraft Mattress Co. | Larry Kraft, President | lkrafty@sertaresto.com |
| Top 30 Creditor | Signal Restoration Services | Frank Torre, Managing Partner | ftorre@signalrestoration.com |
| Top 30 Creditor | Simon Li Furniture | Simon Lichtenberg, Chief Executive Officer | simonli@trayton.com |
| Counsel for Signal USA LLC, d/b/a Signal Restoration Services | Simon PLC Attorneys and Counselors | John D. Stoddard, Esquire & Frank P. Simon, Esquire | jstoddard@simonattys.com |
| Counsel for Simon Property Group, Inc. | Simon Property Group, Inc. | Attn: Ronald M. Tucker, Esq. | rtucker@simon.com |
| Top 30 Creditor | Southern Motion Inc. | Roger Bland, CEO | rbland@southernmotion.com |
| Top 30 Creditor | Standard Furniture Manufacturing, LLC | Tim Ussery, President | tim.ussery@sfmco.com |
| Attorney for SBV Holland, LLC | Stark & Stark, P.C. | Thomas S. Onder, Esquire & Joseph H. Lemkin, Esquire | tonder@stark-stark.com; jlemkin@stark-stark.com |
| Top 30 Creditor | Stearns & Foster Company | Scott Thompson, Chairman, President & CEO | scott.thompson@tempursealy.com |
| Top 30 Creditor | Tempur-Pedic Inc. | Scott Thompson, Chairman, President & CEO | scott.thompson@tempursealy.com |
| Top 30 Creditor | The Sussman Agency | Alan Sussman, President | alan@thesussmanagency.com |
| Attorneys for the Taubman Landlords | The Taubman Company | Andrew S. Conway, Esquire | aconway@taubman.com |
| US Attorneys Office | US Attorney for Delaware | David C. Weiss | usade.ecfbankruptcy@usdoj.gov |
| Virginia Attorney General | Virginia Attorney General | Attn Bankruptcy Department | mailoag@oag.state.va.us |
| Prepetition Term Loan Agent | Virtus Group, L.P. | Beth Cesari, Senior Director | Beth.Cesari@virtusllc.com |
| Counsel for Gray & Associates, LLC, in its capacity as State Court Receiver for Campus Hills Maryland Associates Limited Partnership | Whiteford, Taylor & Preston L.L.P. | Richard W. Riley, Esq. | rriley@wtplaw.com |
| Counsel for Gray & Associates, LLC, in its capacity as State Court Receiver for Campus Hills Maryland Associates Limited Partnership | Whiteford, Taylor & Preston L.L.P. | Todd M. Brooks, Esq. | tbrooks@wtplaw.com |