# Court Conference

**Calendar Date:** 03/26/2020
**Calendar Time:** 01:00 PM ET

U.S. Bankruptcy Court-District of Delaware
Confirmed Telephonic Appearance Schedule
Honorable Christopher S. Sontchi
#6

*Amended Calendar   Mar 26 2020 10:01AM*

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearing | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Art Van Furniture, LLC | 20-10553 | Hearing | 10487550 | Sarah Baker | (847) 341-2462 ext. | Hilco Global | Representing, Hilco Global / LISTEN ONLY |
| | | Art Van Furniture, LLC | 20-10553 | Hearing | 10487631 | Michael J. Barrie | (302) 442-7068 ext. | Benesch Friedlander Coplan & Aronoff, LLP | Debtor, Art Van Furniture / LIVE |
| | | Art Van Furniture, LLC | 20-10553 | Hearing | 10487575 | Karen C. Bifferato | (302) 757-7300 ext. | Connolly Gallagher LLP | Claimant, 3503 RP Avondale McDowell, L.L.C. / LIVE |
| | | Art Van Furniture, LLC | 20-10553 | Hearing | 10490931 | Laura Bouyea | (410) 528-2345 ext. | Venable LLP | Interested Party, Laura Bouyea / LISTEN ONLY |
| | | Art Van Furniture, LLC | 20-10553 | Hearing | 10487613 | Mary Caloway | (302) 552-4209 ext. | Buchanan, Ingersoll & Rooney, P.C. | Creditor, Guardian Alarm / LIVE |
| | | Art Van Furniture, LLC | 20-10553 | Hearing | 10488521 | Kevin M. Capuzzi | (302) 442-7063 ext. | Benesch Friedlander Coplan & Aronoff, LLP | Debtor, Art Van Furniture / LIVE |
| | | Art Van Furniture, LLC | 20-10553 | Hearing | 10487529 | Andrew S. Conway | (248) 258-7427 ext. | The Taubman Company | Creditor, The Taubman Landlords / LISTEN ONLY |
| | | Art Van Furniture, LLC | 20-10553 | Hearing | 10489269 | John M Craig | (571) 261-5641 ext. | Law Offices of Russell R. Johnson | Creditor, American Electric Power et, al / LIVE |
| | | Art Van Furniture, LLC | 20-10553 | Hearing | 10488504 | Shannon Deeby | (248) 988-5889 ext. | Clark Hill PLC | Creditor, Levin Furniture / LISTEN ONLY |
| | | Art Van Furniture, LLC | 20-10553 | Hearing | 10488529 | Jarrod Duffy | (412) 394-2560 ext. | Clark Hill PLC | Creditor, Levin Furniture / LISTEN ONLY |
| | | Art Van Furniture, LLC | 20-10553 | Hearing | 10491062 | Earle I Erman | (248) 208-0710 ext. | Maddin, Hauser, Roth & Heller, P.C. | Creditor, Rochester K M Partners LLC / LISTEN ONLY |
| | | Art Van Furniture, LLC | 20-10553 | Hearing | 10487812 | Mary K. Fackler | (904) 798-3700 ext. | Akerman LLP | Creditor, Spirit Realty Capital / LISTEN ONLY |
| | | Art Van Furniture, LLC | 20-10553 | Hearing | 10487759 | J. Cory Falgowski | (302) 830-2312 ext. | Burr & Forman LLP | Creditor, Wells Fargo Bank / LIVE |
| | | Art Van Furniture, LLC | 20-10553 | Hearing | 10486694 | Robert J. Feinstein | (212) 561-7710 ext. | Pachulski Stang Ziehl & Jones | Creditor, Creditors Committee / LIVE |
| | | Art Van Furniture, LLC | 20-10553 | Hearing | 10484466 | Steven Fox | (212) 789-3150 ext. | Riemer & Braunstein LLP | Consultant, Hilco Merchant Resources / LIVE |

| | | | | | | |
|---|---|---|---|---|---|---|
| Art Van Furniture, LLC | 20-10553 | Hearing | 10486826 | Craig S. Ganz | (602) 798-5427 ext. | Ballard Spahr LLP | Creditor, STORE / LIVE |
| Art Van Furniture, LLC | 20-10553 | Hearing | 10486697 | Ronald Gold | (513) 651-6156 ext. | Frost Brown Todd LLC | Creditor, Tempur Sealy International, Inc. / LIVE |
| Art Van Furniture, LLC | 20-10553 | Hearing | 10489485 | Karen Grivner | (302) 897-2063 ext. | Clark Hill LLP - Wilmington | Creditor, Levin Furniture / LIVE |
| Art Van Furniture, LLC | 20-10553 | Hearing | 10489260 | Bojan Guzina | (312) 853-7323 ext. | Sidley Austin LLP | Creditor, Bank of America Merchant Services / LIVE |
| Art Van Furniture, LLC | 20-10553 | Hearing | 10487539 | Paul R. Hage | (248) 727-1543 ext. | Jaffe Raitt Heuer & Weiss | Creditor, Susman Agency / LIVE |
| Art Van Furniture, LLC | 20-10553 | Hearing | 10487524 | Leslie Heilman | (302) 252-4446 ext. | Ballard Spahr LLP | Creditor, Brixmor Operating Partnership, Broadstone AVF Illinois, LLC,Broadstone AVF Michi / LIVE |
| Art Van Furniture, LLC | 20-10553 | Hearing | 10487537 | Douglas Herrmann | (302) 777-6552 ext. | Pepper Hamilton LLP | Representing, Hilco and Gordon Brothers entities / LIVE |
| Art Van Furniture, LLC | 20-10553 | Hearing | 10489681 | Adam Hiller | (302) 442-7677 ext. | Hiller Law | Creditor, Signal Restoration Services / LIVE |
| Art Van Furniture, LLC | 20-10553 | Hearing | 10489527 | Patrick J. Holohan | (646) 412-5336 ext. | Debtwire | Interested Party, Debtwire / LISTEN ONLY |
| Art Van Furniture, LLC | 20-10553 | Hearing | 10490165 | Clifford A. Katz | (212) 593-3000 ext. | Platzer, Swergold, Levine, Goldberg, Katz & Jaslow, LLP | Bankruptcy Counsel, Robert Levin / LISTEN ONLY |
| Art Van Furniture, LLC | 20-10553 | Hearing | 10484373 | Carl Kunz, III | (302) 888-6800 ext. | Morris James LLP | Creditor, Synchrony Bank / LIVE |
| Art Van Furniture, LLC | 20-10553 | Hearing | 10487492 | Lawrence A. Lichtman | (313) 465 7590 ext. | Honigman Miller Schwartz and Cohn LLP | Creditor, Central Wayne Properties, LLC / LIVE |
| Art Van Furniture, LLC | 20-10553 | Hearing | 10490618 | Mark Lindsay | (412) 456-8100 ext. | Bernstein-Burkley, PC | Creditor, A&R Property / LIVE |
| Art Van Furniture, LLC | 20-10553 | Hearing | 10486685 | Tung-Yu Liu | (212) 309-6133 ext. | Morgan Lewis & Bockius LLP | Creditor, Wells Fargo / LISTEN ONLY |
| Art Van Furniture, LLC | 20-10553 | Hearing | 10484377 | Hugh McCullough | (206) 757-8189 ext. | Davis Wright Tremaine, LLP | Creditor, Synchrony Bank / LIVE |
| Art Van Furniture, LLC | 20-10553 | Hearing | 10487541 | Marcy J. McLaughlin Smith | (302) 777-6535 ext. | Pepper Hamilton LLP | Representing, Hilco and Gordon Brothers entities / LISTEN ONLY |
| Art Van Furniture, LLC | 20-10553 | Hearing | 10490433 | Dennis A. Meloro | (302) 661-7000 ext. | Greenberg Traurig, LLP | Interested Party, HGB AVF Lending / LIVE |
| Art Van Furniture, LLC | 20-10553 | Hearing | 10491097 | Saverio Mirarchi | (215) 560-2414 ext. | State of Pennsylvania - Office of the Attorney General | Defendant(s), State of Pennsylvania - Office of the Attorney General / LIVE |
| Art Van Furniture, LLC | 20-10553 | Hearing | 10487506 | Thomas Onder | (609) 219-7458 ext. | Stark & Stark | Creditor, SBV Holland / LISTEN ONLY |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Art Van Furniture, LLC | 20-10553 | Hearing | 10489866 | Leslie Pappas | (571) 319-2280 ext. | Bloomberg Law | Interested Party, Bloomberg Law / LISTEN ONLY |
| Art Van Furniture, LLC | 20-10553 | Hearing | 10486780 | Lisa M. Peters | (402) 661-8609 ext. | Kutak Rock LLP | Bankruptcy Counsel, VEREIT Real Estate / LISTEN ONLY |
| Art Van Furniture, LLC | 20-10553 | Hearing | 10488516 | William C. Price | (412) 394-7776 ext. | Clark Hill LLC | Creditor, Levin Furniture / LIVE |
| Art Van Furniture, LLC | 20-10553 | Hearing | 10489361 | Jack Raisner | (212) 221-1747 ext. | Raisner Roupinian LLP | Creditor, Todd Stewart / LIVE |
| Art Van Furniture, LLC | 20-10553 | Hearing | 10487422 | Linda Richenderfer | (302) 573-6491 ext. | Office of the United States Trustee | U.S. Trustee, Linda Richenderfer / LIVE |
| Art Van Furniture, LLC | 20-10553 | Hearing | 10487491 | Richard W. Riley | (302) 353-4144 ext. | Whiteford, Taylor & Preston, LLP | Creditor, Gray& Associates / LIVE |
| Art Van Furniture, LLC | 20-10553 | Hearing | 10486692 | Colin R. Robinson | (302) 778-6426 ext. | Pachulski Stang Ziehl & Jones | Creditor, Creditors Committee / LIVE |
| Art Van Furniture, LLC | 20-10553 | Hearing | 10487830 | Beth E. Rogers | (770) 685-6320 ext. | Rogers Law Offices | Debtor, Art Van Furniture LLC. et al. / LIVE |
| Art Van Furniture, LLC | 20-10553 | Hearing | 10487536 | Laurel D. Roglen | (302) 252-4465 ext. | Ballard Spahr LLP | Creditor, Brixmor Operating Partnership LP; Broadstone AVF Illinois, LLC / LIVE |
| Art Van Furniture, LLC | 20-10553 | Hearing | 10489031 | Rene Roupinian | (212) 221-1747 ext. | Raisner Roupinian LLP | Creditor, Jennifer Sawle / LIVE |
| Art Van Furniture, LLC | 20-10553 | Hearing | 10488184 | Peter S. Russ | (412) 562-1416 ext. | Buchanan Ingersoll & Rooney P.C. | Creditor, Guardian Alarm Company / LIVE |
| Art Van Furniture, LLC | 20-10553 | Hearing | 10488949 | Maura Russell | (212) 551-7755 ext. | Montgomery, McCracken, Walker & Rhoads, LLP | Debtor, Art Van Furniture LLC / LIVE |
| Art Van Furniture, LLC | 20-10553 | Hearing | 10486681 | Bradford J. Sandler | (212) 561-7704 ext. | Pachulski Stang Ziehl & Jones | Creditor, Creditors Committee / LIVE |
| Art Van Furniture, LLC | 20-10553 | Hearing | 10489978 | David Sellman | (410) 332-4151 ext. | David Sellman - In Pro Per/Pro Se | Creditor/Claimant, JMB Limited Partnership / LISTEN ONLY |
| Art Van Furniture, LLC | 20-10553 | Hearing | 10486953 | Alan D. Smith | (206) 359-8410 ext. | Perkins Coie LLP | Representing, Blue Bell Mattress Company / LIVE |
| Art Van Furniture, LLC | 20-10553 | Hearing | 10487824 | Jessica Steinhagen | (212) 588-8890 ext. | Reorg Research, Inc. | Interested Party, Reorg Research / LISTEN ONLY |
| Art Van Furniture, LLC | 20-10553 | Hearing | 10489703 | Andrew Still | (714) 427-7055 ext. | Snell & Wilmer L.L.P. | Interested Party, Manna United / LISTEN ONLY |
| Art Van Furniture, LLC | 20-10553 | Hearing | 10489450 | John D. Stoddard | (248) 720-0290 ext. | Simon PLC Attorneys & Counselors | Creditor, Signal Restoration Services / LISTEN ONLY |
| Art Van Furniture, LLC | 20-10553 | Hearing | 10487638 | Dennis Stogsdill | (212) 759-4433 ext. | Alvarez and Marsal | Debtor, Art Van Furniture / LIVE |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Art Van Furniture, LLC | 20-10553 | Hearing | 10490693 | Vincent F. Sullivan | (302) 437-5542 ext. | Law360 | Media, Law360 / LISTEN ONLY |
| | Art Van Furniture, LLC | 20-10553 | Hearing | 10489729 | Gregory A. Taylor | (302) 654-1888 ext. | Ashby & Geddes | Interested Party, Kings Down Inc. / LIVE |
| | Art Van Furniture LLC | 20-10553 | Hearing | 10490838 | William F. Taylor, Jr. | (302) 984-6310 ext. | McCarter & English | Creditor, Certain Utility Companies / LIVE |
| | Art Van Furniture, LLC | 20-10553 | Hearing | 10488008 | Jeffrey Waxman | (302) 888-5842 ext. | Morris James LLP | Creditor, Serta Simmons Bedding / LIVE |
| | Art Van Furniture, LLC | 20-10553 | Hearing | 10487627 | Gregory W. Werkheiser | (302) 442-7075 ext. | Benesch Friedlander Coplan & Aronoff, LLP | Debtor, Art Van Furniture / LIVE |
| | Art Van Furniture, LLC | 20-10553 | Hearing | 10490712 | James Wiggins | (734) 674-6871 ext. | James Wiggins - In Pro Per/Pro Se | In Propria Persona, James Wiggins / LIVE |
| | Art Van Furniture, LLC | 20-10553 | Hearing | 10486612 | Deborah Williamson | (210) 554-5275 ext. | Dykema Gossett PLLC | Interested Party, Gary Van Elslander / LIVE |
| | Art Van Furniture, LLC | 20-10553 | Hearing | 10487544 | Jeffrey Wolf | (617) 310-6041 ext. | Greenberg Traurig, LLP | Representing, Hilco and Gordon Brothers entities / LIVE |
| | Art Van Furniture, LLC | 20-10553 | Hearing | 10489570 | Becky A. Yerak | (312) 543-1306 ext. | Wall Street Journal | Interested Party, Wall Street Journal / LISTEN ONLY |
| | Art Van Furniture, LLC | 20-10553 (20-50546) | Hearing | 10487608 | Jennifer Feldsher | (212) 309-6017 ext. | Morgan Lewis & Bockius LLP | Creditor, Wells Fargo Capital Finance / LIVE |