Court Conference  
U.S. Bankruptcy Court-District of Delaware  
Calendar Date: 04/03/2020  
Confirmed Telephonic Appearance Schedule  
Calendar Time: 01:00 PM ET  
Honorable Christopher S. Sontchi  
#6  

*Amended Calendar  Apr  3 2020  9:23AM*

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearing | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Art Van Furniture, LLC | 20-10553 | Hearing | 10500959 | Sarah Baker | (847) 341-2462 ext. | Hilco Global | Representing, Hilco Global / LISTEN ONLY |
| | | Art Van Furniture, LLC | 20-10553 | Hearing | 10503064 | William J. Barrett | (312) 629-5172 ext. | Barack Ferrazzano Kirschbaum & Nagelberg, LLP | Creditor, National Shopping Plazas / LIVE |
| | | Art Van Furniture, LLC | 20-10553 | Hearing | 10506713 | Michael J. Barrie | (302) 442-7068 ext. | Benesch Friedlander Coplan & Aronoff, LLP | Debtor, Art Van Furniture / LIVE |
| | | Art Van Furniture, LLC | 20-10553 | Hearing | 10500937 | Karen C. Bifferato | (302) 757-7300 ext. | Connolly Gallagher LLP | Claimant, 3503 RP Avondale McDowell / LIVE |
| | | Art Van Furniture, LLC | 20-10553 | Hearing | 10505260 | Laura Bouyea | (410) 528-2345 ext. | Venable LLP | Creditor, CW / LISTEN ONLY |
| | | Art Van Furniture, LLC | 20-10553 | Hearing | 10506774 | Alix Brozman | (646) 213-7400 ext. | Reorg Research, Inc. | Interested Party, Reorg Research / LISTEN ONLY |
| | | Art Van Furniture, LLC | 20-10553 | Hearing | 10505719 | Ronald D.P Bruckmann | (704) 375-0057 ext. | Shumaker Loop & Kendrick LLP | Creditor, Home Meridian / LISTEN ONLY |
| | | Art Van Furniture, LLC | 20-10553 | Hearing | 10505516 | Monica L. Clark | (612) 340-5647 ext. | Dorsey & Whitney LLP | Creditor, LCN AVF / LISTEN ONLY |
| | | Art Van Furniture, LLC | 20-10553 | Hearing | 10506834 | Andrew S. Conway | (248) 258-7427 ext. | The Taubman Company | Creditor, The Taubman Landlords / LISTEN ONLY |
| | | Art Van Furniture, LLC | 20-10553 | Hearing | 10505600 | John M Craig | (571) 261-5641 ext. | Law Offices of Russell R. Johnson | Creditor, American Electric Power, et al / LIVE |
| | | Art Van Furniture, LLC | 20-10553 | Hearing | 10506862 | Shannon Deeby | (248) 988-5889 ext. | Clark Hill PLC | Creditor, Levin Furniture / LISTEN ONLY |
| | | Art Van Furniture, LLC | 20-10553 | Hearing | 10502718 | Daniel DeFranceschi | (302) 651-7700 ext. | Richards, Layton & Finger, P.A. | Interested Party, US Assets, Inc. / LIVE |
| | | Art Van Furniture, LLC | 20-10553 | Hearing | 10503911 | John D. Demmy | (302) 421-6848 ext. | Saul Ewing Arnstein & Lehr LLP | Creditor, ARCTRUST, Inc. / LIVE |
| | | Art Van Furniture, LLC | 20-10553 | Hearing | 10507840 | Jarrod Duffy | (412) 394-2560 ext. | Clark Hill PLC | Creditor, Levin Furniture / LISTEN ONLY |
| | | Art Van Furniture, LLC | 20-10553 | Hearing | 10505102 | Mary K. Fackler | (904) 798-3700 ext. | Akerman LLP | Creditor, Spirit Reality Capital / LISTEN ONLY |

| | Art Van Furniture, LLC | 20-10553 | Hearing | 10505072 | J. Cory Falgowski | (302) 830-2312 ext. | Burr & Forman LLP | Creditor, Wells Fargo Bank / LIVE |
|---|---|---|---|---|---|---|---|---|
| | Art Van Furniture, LLC | 20-10553 | Hearing | 10505348 | Robert J. Feinstein | (212) 561-7710 ext. | Pachulski Stang Ziehl & Jones | Creditor, Official Committee of Unsecured Creditors / LIVE |
| | Art Van Furniture, LLC | 20-10553 | Hearing | 10500700 | Steven M. Fox | (212) 789-3150 ext. | Riemer & Braunstein LLP | Consultant, Hilco Merchant Resources / LIVE |
| | Art Van Furniture, LLC | 20-10553 | Hearing | 10505959 | Craig S. Ganz | (602) 798-5427 ext. | Ballard Spahr LLP | Creditor, STORE / LIVE |
| | Art Van Furniture, LLC | 20-10553 | Hearing | 10507814 | John Gentile | (302) 442-7071 ext. | Benesch Friedlander Coplan & Aronoff, LLP | Debtor, Art Van Furniture / LIVE |
| | Art Van Furniture, LLC | 20-10553 | Hearing | 10503168 | Ronald E. Gold | (513) 651-6156 ext. | Frost Brown Todd LLC | Creditor, Tempur Sealy International, Inc. / LIVE |
| | Art Van Furniture, LLC | 20-10553 | Hearing | 10503639 | Brett D. Goodman | (212) 704-2000 ext. 13620 | Troutman Sanders LLP | Creditor, Trayton Funiture (Hong Kong) Limited LTD / LISTEN ONLY |
| | Art Van Furniture, LLC | 20-10553 | Hearing | 10507835 | Karen Grivner | (302) 250-4749 ext. | Clark Hill PLC | Creditor, Levin Furniture / LIVE |
| | Art Van Furniture, LLC | 20-10553 | Hearing | 10506771 | Bojan Guzina | (312) 853-7323 ext. | Sidley Austin LLP | Creditor, Bank of America Merchant Services / LIVE |
| | Art Van Furniture, LLC | 20-10553 | Hearing | 10507932 | Paul R. Hage | (248) 727-1543 ext. | Jaffe Raitt Heuer & Weiss | Creditor, Susman Agency / LISTEN ONLY |
| | Art Van Furniture, LLC | 20-10553 | Hearing | 10506951 | Taylor B. Harrison | (212) 390-7831 ext. | Debtwire | Interested Party, Debtwire / LISTEN ONLY |
| | Art Van Furniture, LLC | 20-10553 | Hearing | 10500942 | Douglas Herrmann | (302) 777-6552 ext. | Pepper Hamilton LLP | Representing, Hilco and Gordon Brothers entities / LIVE |
| | Art Van Furniture, LLC | 20-10553 | Hearing | 10506486 | Caleb T. Holzaepfel | (423) 755-2654 ext. | Husch Blackwell LLP | Creditor, CBL & Associates Management / LISTEN ONLY |
| | Art Van Furniture, LLC | 20-10553 | Hearing | 10502653 | Carl Kunz, III | (302) 888-6800 ext. | Morris James LLP | Creditor, Synchrony Bank / LIVE |
| | Art Van Furniture, LLC | 20-10553 | Hearing | 10503619 | Mark Lindsay | (412) 456-8100 ext. | Bernstein-Burkley, PC | Creditor, A&R Properties / LIVE |
| | Art Van Furniture, LLC | 20-10553 | Hearing | 10508201 | John A. Lipinsky | (630) 871-2600 ext. | Clingen, Callow & McLean, LLC | Creditor, WM Capitol / LIVE |
| | Art Van Furniture, LLC | 20-10553 | Hearing | 10502488 | Tung-Yu Liu | (212) 309-6133 ext. | Morgan Lewis & Bockius LLP | Creditor, Wells Fargo / LISTEN ONLY |
| | Art Van Furniture, LLC | 20-10553 | Hearing | 10505539 | Will Martin | (612) 492-6925 ext. | Dorsey & Whitney LLP | Creditor, LCN AVF / LISTEN ONLY |
| | Art Van Furniture, LLC | 20-10553 | Hearing | 10502648 | Hugh McCullough | (206) 757-8189 ext. | Davis Wright Tremaine, LLP | Creditor, Synchrony Bank / LIVE |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Art Van Furniture, LLC | 20-10553 | Hearing | 10500950 | Marcy J. McLaughlin Smith | (302) 777-6535 ext. | Pepper Hamilton LLP | Representing, Hilco and Gordon Brothers entities / LISTEN ONLY |
| | Art Van Furniture, LLC | 20-10553 | Hearing | 10503019 | Dennis A. Meloro | (302) 661-7000 ext. | Greenberg Traurig, LLP | Interested Party, HGB AVF Lending / LISTEN ONLY |
| | Art Van Furniture, LLC | 20-10553 | Hearing | 10506989 | Gregory C. Michaels | (412) 392-5355 ext. | Dickie, McCamey & Chilcote, P.C. | Interested Party, Gregory C. Michaels / LISTEN ONLY |
| | Art Van Furniture, LLC | 20-10553 | Hearing | 10503422 | Aaron Miller | (781) 439-5119 ext. | SB360 Capital Partners | Bidder, SB360 Capital Partners / LISTEN ONLY |
| | Art Van Furniture, LLC | 20-10553 | Hearing | 10506813 | Saverio P. Mirarchi | (215) 560-2414 ext. | State of Pennsylvania - Office of the Attorney General | Pro Hac Vice, State of Pennsylvania - Office of the Attorney General / LIVE |
| | Art Van Furniture, LLC | 20-10553 | Hearing | 10502953 | Thomas Onder | (609) 219-7458 ext. | Stark & Stark | Creditor, SBV Holland / LISTEN ONLY |
| | Art Van Furniture, LLC | 20-10553 | Hearing | 10507063 | Leslie Pappas | (571) 319-2280 ext. | Bloomberg Law | Interested Party, Bloomberg Law / LISTEN ONLY |
| | Art Van Furniture, LLC | 20-10553 | Hearing | 10501883 | Lisa M. Peters | (402) 661-8609 ext. | Kutak Rock LLP | Bankruptcy Counsel, VEREIT Real Estate, L.P. / LISTEN ONLY |
| | Art Van Furniture, LLC | 20-10553 | Hearing | 10507839 | William C. Price | (412) 394-7776 ext. | Clark Hill LLC | Creditor, Levin Furniture / LIVE |
| | Art Van Furniture, LLC | 20-10553 | Hearing | 10503743 | Linda Richenderfer | (302) 573-6491 ext. | Office of the United States Trustee | U.S. Trustee, Linda Richenderfer / LIVE |
| | Art Van Furniture, LLC | 20-10553 | Hearing | 10502518 | Richard W. Riley | (302) 353-4144 ext. | Whiteford, Taylor & Preston, LLP | Creditor, Gray& Associates / LIVE |
| | Art Van Furniture, LLC | 20-10553 | Hearing | 10505344 | Colin R. Robinson | (302) 778-6426 ext. | Pachulski Stang Ziehl & Jones | Creditor, Official Committee of Unsecured Creditors / LIVE |
| | Art Van Furniture, LLC | 20-10553 | Hearing | 10502822 | Beth E. Rogers | (770) 685-6320 ext. | Rogers Law Offices | Debtor, Art Van Furniture LLC. et al. / LIVE |
| | Art Van Furniture, LLC | 20-10553 | Hearing | 10507527 | Rene Roupinian | (212) 221-1747 ext. | Raisner Roupinian LLP | Creditor, Jennifer Sawle / LIVE |
| | Art Van Furniture, LLC | 20-10553 | Hearing | 10505075 | Peter S. Russ | (412) 562-1416 ext. | Buchanan Ingersoll & Rooney P.C. | Creditor, Guardian Alarm Company / LIVE |
| | Art Van Furniture, LLC | 20-10553 | Hearing | 10505356 | Bradford J. Sandler | (212) 561-7704 ext. | Pachulski Stang Ziehl & Jones | Creditor, Official Committee of Unsecured Creditors / LIVE |
| | Art Van Furniture, LLC | 20-10553 | Hearing | 10503200 | Vince Schaper | (302) 888-6818 ext. | Synchrony Bank | Creditor, Synchrony Bank / LISTEN ONLY |
| | Art Van Furniture, LLC | 20-10553 | Hearing | 10502638 | Zachary Shapiro | (302) 651-7819 ext. | Richards, Layton & Finger, P.A. | Interested Party, US Assets, Inc. / LIVE |

| | Art Van Furniture, LLC | 20-10553 | Hearing | 10503740 | Igor Shleypak | (312) 863-5083 ext. | Foran Glennon Palandech Ponzi & Rudloff, P.C. | Creditor, Affiliated FM / LIVE |
|---|---|---|---|---|---|---|---|---|
| | Art Van Furniture, LLC | 20-10553 | Hearing | 10506015 | Michael J. Small | (312) 832-5832 ext. | Foley & Lardner LLP | Creditor, Kingsdown Inc / LIVE |
| | Art Van Furniture, LLC | 20-10553 | Hearing | 10505497 | Alan D. Smith | (206) 359-8410 ext. | Perkins Coie LLP | Representing, Blue Bell Mattress Company / LISTEN ONLY |
| | Art Van Furniture, LLC | 20-10553 | Hearing | 10503339 | Andrew Still | (714) 427-7055 ext. | Snell & Wilmer L.L.P. | Interested Party, Manna United / LISTEN ONLY |
| | Art Van Furniture, LLC | 20-10553 | Hearing | 10505611 | John D. Stoddard | (248) 720-0290 ext. | Simon PLC Attorneys & Counselors | Creditor, Signal Restoration Services / LIVE |
| | Art Van Furniture, LLC | 20-10553 | Hearing | 10506758 | Dennis Stogsdill | (212) 759-4433 ext. | Alvarez and Marsal | Debtor, Art Van Furniture / LIVE |
| | Art Van Furniture, LLC | 20-10553 | Hearing | 10508019 | Vincent F. Sullivan | (302) 437-5542 ext. | Law 360 | Media, Law360 / LISTEN ONLY |
| | Art Van Furniture, LLC | 20-10553 | Hearing | 10503024 | Gregory A. Taylor | (302) 654-1888 ext. | Ashby & Geddes | Interested Party, Kings Down Inc / LIVE |
| | Art Van Furniture, LLC | 20-10553 | Hearing | 10506561 | James Thorpe | (503) 522-8296 ext. | James Thorpe - In Pro Per/Pro Se | In Propria Persona, James Thorpe / LISTEN ONLY |
| | Art Van Furniture, LLC | 20-10553 | Hearing | 10505782 | Jeffrey Waxman | (302) 888-5842 ext. | Morris James LLP | Plaintiff(s), Jofran Sales / LIVE |
| | Art Van Furniture, LLC | 20-10553 | Hearing | 10506707 | Gregory W. Werkheiser | (302) 442-7075 ext. | Benesch Friedlander Coplan & Aronoff, LLP | Debtor, Art Van Furniture / LIVE |
| | Art Van Furniture, LLC | 20-10553 | Hearing | 10500979 | Deborah Williamson | (210) 554-5275 ext. | Dykema Gossett PLLC | Interested Party, Gary Van Elslander / LIVE |
| | Art Van Furniture, LLC | 20-10553 | Hearing | 10507995 | Becky A. Yerak | (312) 543-1306 ext. | Wall Street Journal | Interested Party, Wall Street Journal / LISTEN ONLY |
| | Art Van Furniture, LLC | 20-10553 (20-50546) | Hearing | 10502509 | Jennifer Feldsher | (212) 309-6017 ext. | Morgan Lewis & Bockius LLP | Creditor, Wells Fargo Capital Finance / LIVE |