# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> ART VAN FURNITURE, LLC., *et al.*,[1] <br><br> Debtors. | Chapter 11 <br><br> Case No. 20-10553 (CSS) <br><br> Jointly Administered |

**Objection Deadline: April 17, 2020 at 4:00 p.m. (ET)**
**Hearing Date: April 27, 2020 at 2:00 p.m. (ET)**

## NOTICE OF APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ENTRY OF AN ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF ALIXPARTNERS, LLP AS ITS FINANCIAL ADVISOR EFFECTIVE AS OF MARCH 19, 2020

**PLEASE TAKE NOTICE** that on April 3, 2020, the Official Committee of Unsecured Creditors (the "Committee"), in the above-captioned cases, filed the attached *Application of the Official Committee of Unsecured Creditors for Entry of an Order Authorizing the Employment and Retention of AlixPartners, LLP as Its Financial Advisor Effective as of March 19, 2020* (the "Application") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that any response or objection to the Application must be filed with the Bankruptcy Court on or before **April 17, 2020 at 4:00 p.m. prevailing Eastern Time**.

**PLEASE TAKE FURTHER NOTICE** that at the same time, you must also serve a copy of the response or objection upon: (i) the Office of the United States Trustee for the District of Delaware: United States Trustee, J. Caleb Boggs Federal Building, 844 North King

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Art Van Furniture, LLC (9205); AVF Holding Company, Inc. (0291); AVCE, LLC (2509); AVF Holdings I, LLC (2537); AVF Holdings II, LLC (7472); AVF Parent, LLC (3451); Levin Parent, LLC (8052); Art Van Furniture of Canada, LLC (9491); AV Pure Sleep Franchising, LLC (8968); AVF Franchising, LLC (6325); LF Trucking, Inc. (1484); Sam Levin, Inc. (5198); and Comfort Mattress LLC (4463). The location of the Debtors' service address in these chapter 11 cases is: 6500 East 14 Mile Road, Warren Michigan 48092.

Street, Suite 2207, Lockbox #35, Wilmington, DE 19801 (Attn: Linda Richenderfer, Esq. (linda.richenderfer@usdoj.gov)); and (ii) [proposed] counsel to the Committee: Pachulski Stang Ziehl & Jones LLP, 919 North Market Street, 17th Floor, P.O. Box 8705, Wilmington, DE 19899-8705 (Courier 19801) (Attn: Bradford J. Sandler, Esq. (bsandler@pszjlaw.com) and Robert J. Feinstein, Esq. (rfeinstein@pszjlaw.com)).

**PLEASE TAKE FURTHER NOTICE** THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.

**PLEASE TAKE FURTHER NOTICE** THAT A HEARING TO CONSIDER APPROVAL OF THE APPLICATION WILL BE HELD ON **APRIL 27, 2020 AT 2:00 P.M. PREVAILING EASTERN TIME** BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI, CHIEF UNITED STATES BANKRUPTCY JUDGE, AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 5TH FLOOR, COURTROOM NO. 6, WILMINGTON, DELAWARE 19801.

*[Signature on next page.]*

Dated: April 3, 2020　　　　　　　PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Bradford J. Sandler*
Bradford J. Sandler (DE Bar No. 4142)
Robert J. Feinstein (NY Bar No. 1767805)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile:  (302) 652-4400
Email: bsandler@pszjlaw.com
　　　　rfeinstein@pszjlaw.com

*Proposed Counsel for the Official Committee of Unsecured Creditors*