**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ART VAN FURNITURE, LLC, *et al.*,[1] | ) | Case No. 20-10553 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **D.I. 168** |
| | ) | |

**CERTIFICATION OF COUNSEL REGARDING PROPOSED ORDER AUTHORIZING
AND APPROVING THE RETENTION AND EMPLOYMENT OF ALVAREZ &
MARSAL NORTH AMERICA, LLC AS FINANCIAL ADVISORS TO
THE DEBTORS *NUNC PRO TUNC* TO THE PETITION DATE**

The undersigned proposed counsel to the debtors and debtors in possession (collectively, the "Debtors") in the above-captioned chapter 11 cases hereby certifies as follows:

1. On March 16, 2020, the Debtors filed the *Debtors' Application for Entry of an Order Authorizing and Approving the Retention and Employment of Alvarez & Marsal North America, LLC as Financial Advisors to the Debtors Nunc Pro Tunc to the Petition Date* (the "A&M Retention Application") [D.I. 145].

2. In support of the A&M Retention Application, the Debtors filed the *Declaration of Dennis Stogsdill in Support of Debtors' Application for Entry of an Order Authorizing and Approving the Retention and Employment of Alvarez & Marsal North America, LLC as Financial Advisors to the Debtors Nunc Pro Tunc to the Petition Date* (the "Stogsdill Declaration") [D.I. 145-2].

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Art Van Furniture, LLC (9205); AVF Holding Company, Inc. (0291); AVCE, LLC (2509); AVF Holdings I, LLC (2537); AVF Holdings II, LLC (7472); AVF Parent, LLC (3451); Levin Parent, LLC (8052); Art Van Furniture of Canada, LLC (9491); AV Pure Sleep Franchising, LLC (8968); AVF Franchising, LLC (6325); LF Trucking, Inc. (1484); Sam Levin, Inc. (5198); and Comfort Mattress LLC (4463). The location of the Debtors' service address in these chapter 11 cases is: 6500 East 14 Mile Road, Warren Michigan 48092.

3. In further support of the A&M Retention Application, the Debtors filed the *Proposed Order Authorizing and Approving the Retention and Employment of Alvarez & Marsal North America, LLC as Financial Advisors to the Debtors Nunc Pro Tunc to the Petition Date* (the "Proposed A&M Retention Application Order") [D.I. 145-3].

4. The Office of the United States Trustee provided informal comments to the Stogsdill Declaration and Proposed A&M Retention Application Order (collectively, the "Responses").

5. As a result, proposed counsel to the Debtors filed the *Supplemental Declaration of Dennis Stogsdill in Support of Debtors' Application for Entry of an Order Authorizing and Approving the Retention and Employment of Alvarez & Marsal North America, LLC as Financial Advisors to the Debtors Nunc Pro Tunc to the Petition Date* (the "Supplemental Declaration") [D.I. 245]

6. Proposed counsel to the Debtors has revised the Proposed A&M Retention Application (the "Revised Proposed A&M Retention Application Order") and circulated the Revised Proposed A&M Retention Application Order to the Office of the United States Trustee. The Office of the United States Trustee has been provided with a copy of the Revised Proposed A&M Retention Application Order and confirmed that they do not object to its entry. Attached hereto as **Exhibit A** is the Revised Proposed A&M Retention Application Order. A redline reflecting the changes between the Revised Proposed A&M Retention Application Order and the version originally submitted with the A&M Retention Application is attached hereto as **Exhibit B**.

*[Remainder of Page Intentionally Left Blank]*

7. Accordingly, the Debtors respectfully request that the Court enter the Revised Proposed A&M Retention Application Order attached hereto as **Exhibit A** at the Court's convenience.

| | |
|---|---|
| Dated: April 3, 2020<br>Wilmington, Delaware | **BENESCH, FRIEDLANDER, COPLAN &<br>ARONOFF LLP** |

    /s/ *Kevin M. Capuzzi*
Gregory W. Werkheiser (DE No. 3553)
Michael J. Barrie (DE No. 4684)
Jennifer R. Hoover (DE No. 5111)
Kevin M. Capuzzi (DE No. 5462)
Kate Harmon (DE No. 5343)
John C. Gentile (DE No. 6159)
222 Delaware Avenue, Suite 801
Wilmington, DE 19801
Telephone: (302) 442-7010
Facsimile: (302) 442-7012
E-mail: gwerkheiser@beneschlaw.com
      mbarrie@beneschlaw.com
      jhoover@beneschlaw.com
      kcapuzzi@beneschlaw.com
      kharmon@beneschlaw.com
      jgentile@beenschlaw.com

*Proposed Counsel to the Debtors and Debtors in Possession*