# Court Conference

**Calendar Date:** 04/06/2020
**Calendar Time:** 01:00 PM ET

## U.S. Bankruptcy Court-District of Delaware
### Confirmed Telephonic Appearance Schedule
### Honorable Christopher S. Sontchi
### #6

*Same Day  Apr  6 2020 10:08AM*

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearing | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Art Van Furniture, LLC | 20-10553 | Hearing | 10506897 | Sarah Baker | (847) 341-2462 ext. | Hilco Global | Representing, Hilco Global / LISTEN ONLY |
| | | Art Van Furniture, LLC | 20-10553 | Hearing | 10510387 | Michael J. Barrie | (302) 442-7068 ext. | Benesch Friedlander Coplan & Aronoff, LLP | Debtor, Art Van Furniture / LIVE |
| | | Art Van Furniture, LLC | 20-10553 | Hearing | 10507914 | Karen C. Bifferato | (302) 757-7300 ext. | Connolly Gallagher LLP | Claimant, 3503 RP Avondale McDowell / LIVE |
| | | Art Van Furniture, LLC | 20-10553 | Hearing | 10511958 | Laura Bouyea | (410) 528-2345 ext. | Venable LLP | Creditor, CW / LISTEN ONLY |
| | | Art Van Furniture, LLC | 20-10553 | Hearing | 10508534 | Alix Brozman | (646) 213-7400 ext. | Reorg Research, Inc. | Interested Party, Reorg Research / LISTEN ONLY |
| | | Art Van Furniture, LLC | 20-10553 | Hearing | 10510130 | Matthew Chiappardi | (609) 805-1670 ext. | Law 360 | Interested Party, Law360 / LISTEN ONLY |
| | | Art Van Furniture, LLC | 20-10553 | Hearing | 10509651 | Monica L. Clark | (612) 340-5647 ext. | Dorsey & Whitney LLP | Creditor, LCN AVF / LISTEN ONLY |
| | | Art Van Furniture, LLC | 20-10553 | Hearing | 10511239 | Andrew S. Conway | (248) 258-7427 ext. | The Taubman Company | Creditor, The Taubman Landlords / LISTEN ONLY |
| | | Art Van Furniture, LLC | 20-10553 | Hearing | 10511080 | John M Craig | (571) 261-5641 ext. | Law Offices of Russell R. Johnson | Creditor, American Lecture Power / LIVE |
| | | Art Van Furniture, LLC | 20-10553 | Hearing | 10471365 | Shannon Deeby | (248) 988-5889 ext. | Clark Hill PLC | Creditor, Levin Furniture / LISTEN ONLY |
| | | Art Van Furniture, LLC | 20-10553 | Hearing | 10471418 | Jarrod Duffy | (412) 394-2560 ext. | Clark Hill PLC | Creditor, Levin Furniture / LISTEN ONLY |
| | | Art Van Furniture, LLC | 20-10553 | Hearing | 10510747 | Earle I Erman | (248) 208-0710 ext. | Maddin, Hauser, Roth & Heller, P.C. | Creditor, Rochester K M Partners LLC / LIVE |
| | | Art Van Furniture, LLC | 20-10553 | Hearing | 10480041 | Mary K. Fackler | (904) 798-3700 ext. | Akerman LLP | Creditor, Spirit Realty Capital / LISTEN ONLY |
| | | Art Van Furniture, LLC | 20-10553 | Hearing | 10476738 | J. Cory Falgowski | (302) 830-2312 ext. | Burr & Forman LLP | Creditor, Wells Fargo Bank / LIVE |
| | | Art Van Furniture, LLC | 20-10553 | Hearing | 10506728 | Robert J. Feinstein | (212) 561-7710 ext. | Pachulski Stang Ziehl & Jones | Creditor, Official Committee of Unsecured Creditors / LIVE |

| | Debtor | Case Number | Proceeding | ID | Name | Phone | Firm | Representing |
|---|---|---|---|---|---|---|---|---|
| | Art Van Furniture, LLC | 20-10553 | Hearing | 10511191 | Jim Ferguson | (888) 427-8826 ext. | Art Van Furniture | Interested Party, Jim Ferguson / LISTEN ONLY |
| | Art Van Furniture, LLC | 20-10553 | Hearing | 10509807 | Steven E. Fox | (212) 789-3150 ext. | Riemer & Braunstein LLP | Consultant, Hilco Merchant Resources and Gordon Brothers Retail Partners / LIVE |
| | Art Van Furniture, LLC | 20-10553 | Hearing | 10511479 | Craig S. Ganz | (602) 798-5427 ext. | Ballard Spahr LLP | Creditor, STORE / LIVE |
| | Art Van Furniture, LLC | 20-10553 | Hearing | 10509852 | Brett D. Goodman | (212) 704-2000 ext. 13620 | Troutman Sanders LLP | Creditor, Trayton Funiture (Hong Kong) Limited LTD / LISTEN ONLY |
| | Art Van Furniture, LLC | 20-10553 | Hearing | 10471383 | Karen Grivner | (302) 250-4749 ext. | Clark Hill PLC | Creditor, Levin Furniture / LIVE |
| | Art Van Furniture, LLC | 20-10553 | Hearing | 10511245 | Douglas Haber | (302) 442-7066 ext. | Thomas H Lee Partners | Representing, Board Member / LISTEN ONLY |
| | Art Van Furniture, LLC | 20-10553 | Hearing | 10510978 | Paul R. Hage | (248) 727-1543 ext. | Jaffe Raitt Heuer & Weiss | Creditor, Susman Agency / LISTEN ONLY |
| | Art Van Furniture, LLC | 20-10553 | Hearing | 10509708 | Taylor B. Harrison | (212) 390-7831 ext. | Debtwire | Interested Party, Debtwire / LISTEN ONLY |
| | Art Van Furniture, LLC | 20-10553 | Hearing | 10511019 | Leslie C. Heilman | (302) 252-4446 ext. | Ballard Spahr LLP | Creditor, Brixmor Properties Group Inc. / LIVE |
| | Art Van Furniture, LLC | 20-10553 | Hearing | 10506886 | Douglas Herrmann | (302) 777-6552 ext. | Pepper Hamilton LLP | Representing, Hilco and Gordon Brothers entities / LIVE |
| | Art Van Furniture, LLC | 20-10553 | Hearing | 10511125 | Jennifer Hoover | (302) 442-7006 ext. | Benesch Friedlander Coplan & Aronoff, LLP | Debtor, Art Van Furniture / LIVE |
| | Art Van Furniture, LLC | 20-10553 | Hearing | 10510933 | Clifford A. Katz | (212) 593-3000 ext. | Platzer, Swergold, Levine, Goldberg, Katz & Jaslow, LLP | Bankruptcy Counsel, Robert Levin / LISTEN ONLY |
| | Art Van Furniture, LLC | 20-10553 | Hearing | 10506696 | Carl Kunz, III | (302) 888-6800 ext. | Morris James LLP | Creditor, Synchrony Bank / LIVE |
| | Art Van Furniture, LLC | 20-10553 | Hearing | 10511171 | David Ladd | (888) 427-8826 ext. | Art Van Furniture | Debtor, Art Van Furniture / LISTEN ONLY |
| | Art Van Furniture, LLC | 20-10553 | Hearing | 10511075 | Mark Lindsay | (412) 456-8100 ext. | Bernstein-Burkley, PC | Creditor, A&R Properties / LIVE |
| | Art Van Furniture, LLC | 20-10553 | Hearing | 10509734 | John A. Lipinsky | (630) 871-2600 ext. | Clingen, Callow & McLean, LLC | Creditor, WM Capital / LIVE |
| | Art Van Furniture, LLC | 20-10553 | Hearing | 10507827 | Tung-Yu Liu | (212) 309-6133 ext. | Morgan Lewis & Bockius LLP | Creditor, Wells Fargo / LISTEN ONLY |
| | Art Van Furniture, LLC | 20-10553 | Hearing | 10511212 | Cliff Longley | (617) 227-1050 ext. | Thomas H. Lee Partners | Interested Party, Cliff Longley / LISTEN ONLY |
| | Art Van Furniture, LLC | 20-10553 | Hearing | 10509665 | Will Martin | (612) 492-6925 ext. | Dorsey & Whitney LLP | Creditor, LCN AVF / LISTEN ONLY |

| | Case Name | Case # | Proceeding | ID | Name | Phone | Firm | Representing |
|---|---|---|---|---|---|---|---|---|
| | Art Van Furniture, LLC | 20-10553 | Hearing | 10506690 | Hugh McCullough | (206) 757-8189 ext. | Davis Wright Tremaine, LLP | Creditor, Synchrony Bank / LIVE |
| | Art Van Furniture, LLC | 20-10553 | Hearing | 10511146 | Janie McDonough | (617) 227-1050 ext. | Thomas H. Lee Partners | Interested Party, Janie McDonough / LISTEN ONLY |
| | Art Van Furniture, LLC | 20-10553 | Hearing | 10506892 | Marcy J. McLaughlin Smith | (302) 777-6535 ext. | Pepper Hamilton LLP | Representing, Hilco and Gordon Brothers entities / LISTEN ONLY |
| | Art Van Furniture, LLC | 20-10553 | Hearing | 10508688 | Dennis A. Meloro | (302) 661-7000 ext. | Greenberg Traurig, LLP | Interested Party, HGB AVF Lending / LISTEN ONLY |
| | Art Van Furniture, LLC | 20-10553 | Hearing | 10509859 | Saverio P. Mirarchi | (215) 560-2414 ext. | State of Pennsylvania - Office of the Attorney General | Pro Hac Vice, State of Pennsylvania - Office of the Attorney General / LIVE |
| | Art Van Furniture LLC | 20-10553 | Hearing | 10511911 | Thomas Onder | (609) 219-7458 ext. | Stark & Stark | Creditor, SBV Holland / LISTEN ONLY |
| | Art Van Furniture, LLC | 20-10553 | Hearing | 10511039 | Leslie Pappas | (571) 319-2280 ext. | Bloomberg Law | Interested Party, Bloomberg Law / LISTEN ONLY |
| | Art Van Furniture, LLC | 20-10553 | Hearing | 10509090 | Lisa M. Peters | (402) 661-8609 ext. | Kutak Rock LLP | Interested Party, VEREIT Real Estate, L.P. / LISTEN ONLY |
| | Art Van Furniture, LLC | 20-10553 | Hearing | 10471373 | William C. Price | (412) 394-7776 ext. | Clark Hill LLC | Creditor, Levin Furniture / LIVE |
| | Art Van Furniture, LLC | 20-10553 | Hearing | 10507807 | Linda Richenderfer | (302) 573-6491 ext. | Office of the United States Trustee | U.S. Trustee, Linda Richenderfer / LIVE |
| | Art Van Furniture, LLC | 20-10553 | Hearing | 10507049 | Richard W. Riley | (302) 353-4144 ext. | Whiteford, Taylor & Preston, LLP | Creditor, Gray & Associates / LISTEN ONLY |
| | Art Van Furniture, LLC | 20-10553 | Hearing | 10506722 | Colin R. Robinson | (302) 778-6426 ext. | Pachulski Stang Ziehl & Jones | Creditor, Official Committee of Unsecured Creditors / LIVE |
| | Art Van Furniture, LLC | 20-10553 | Hearing | 10503096 | Beth E. Rogers | (770) 685-6320 ext. | Rogers Law Offices | Debtor, Art Van Furniture LLC. et al. / LIVE |
| | Art Van Furniture, LLC | 20-10553 | Hearing | 10471401 | Nelson Ropke | (313) 965-8233 ext. | Clark Hill PLC | Creditor, Levin Furniture / LISTEN ONLY |
| | Art Van Furniture, LLC | 20-10553 | Hearing | 10511557 | Rene Roupinian | (212) 221-1747 ext. | Raisner Roupinian LLP | Creditor, Jennifer Sawle / LIVE |
| | Art Van Furniture, LLC | 20-10553 | Hearing | 10511533 | Danielle N. Rushing | (210) 554-5272 ext. | Dykema Gossett PLLC | Interested Party, Gary Van Elflander / LISTEN ONLY |
| | Art Van Furniture, LLC | 20-10553 | Hearing | 10506733 | Bradford J. Sandler | (212) 561-7704 ext. | Pachulski Stang Ziehl & Jones | Creditor, Official Committee of Unsecured Creditors / LIVE |

| Case Name | Case # | Proceeding | ID | Name | Phone | Firm | Representing |
|---|---|---|---|---|---|---|---|
| Art Van Furniture, LLC | 20-10553 | Hearing | 10511100 | David Sellman | (410) 332-4151 ext. | David Sellman - In Pro Per/Pro Se | Creditor/Claimant, JMB Limited Partnership / LISTEN ONLY |
| Art Van Furniture, LLC | 20-10553 | Hearing | 10511033 | Zachary Shapiro | (302) 651-7819 ext. | Richards, Layton & Finger, P.A. | Interested Party, US Assets, Inc. / LIVE |
| Art Van Furniture, LLC | 20-10553 | Hearing | 10508590 | Igor Shleypak | (312) 863-5083 ext. | Foran Glennon Palandech Ponzi & Rudloff, P.C. | Creditor, Affiliated FM / LIVE |
| Art Van Furniture, LLC | 20-10553 | Hearing | 10511064 | Michael J. Small | (312) 832-5832 ext. | Foley & Lardner LLP | Client, Kingsdown / LISTEN ONLY |
| Art Van Furniture, LLC | 20-10553 | Hearing | 10510384 | John D. Stoddard | (248) 720-0290 ext. | Simon PLC Attorneys & Counselors | Creditor, Signal Restoration Services / LIVE |
| Art Van Furniture, LLC | 20-10553 | Hearing | 10511134 | Dennis Stogsdill | (212) 759-4433 ext. | Alvarez and Marsal | Debtor, Art Van Furniture / LIVE |
| Art Van Furniture, LLC | 20-10553 | Hearing | 10511227 | Jeff Swenson | (302) 442-7066 ext. | Thomas H Lee Partners | Movant, Board Member / LISTEN ONLY |
| Art Van Furniture, LLC | 20-10553 | Hearing | 10511026 | Gregory A. Taylor | (302) 654-1888 ext. | Ashby & Geddes | Interested Party, Kings Down Inc / LIVE |
| Art Van Furniture, LLC | 20-10553 | Hearing | 10511071 | Jeffrey Waxman | (302) 888-5842 ext. | Morris James LLP | Plaintiff(s), Jofran Sales / LIVE |
| Art Van Furniture, LLC | 20-10553 | Hearing | 10510386 | Gregory W. Werkheiser | (302) 442-7075 ext. | Benesch Friedlander Coplan & Aronoff, LLP | Debtor, Art Van Furniture / LIVE |
| Art Van Furniture, LLC | 20-10553 | Hearing | 10480657 | Deborah Williamson | (210) 554-5275 ext. | Dykema Gossett PLLC | Interested Party, Gary Van Elslander / LIVE |
| Art Van Furniture, LLC | 20-10553 | Hearing | 10508726 | Jeffrey Wolf | (617) 310-6041 ext. | Greenberg Traurig, LLP | Interested Party, HGB AVF Lending / LISTEN ONLY |
| Art Van Furniture, LLC | 20-10553 | Hearing | 10511168 | Becky A. Yerak | (312) 543-1306 ext. | Wall Street Journal | Interested Party, Wall Street Journal / LISTEN ONLY |
| Art Van Furniture, LLC | 20-10553 (20-50546) | Hearing | 10507994 | Jennifer Feldsher | (212) 309-6017 ext. | Morgan Lewis & Bockius LLP | Creditor, Wells Fargo Capital Finance / LIVE |