# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| ART VAN FURNITURE, LLC, | Case No. 20-10553 (CSS) |
| Debtor. | |

## NOTICE OF SUBSTITUTION OF COUNSEL

**PLEASE TAKE NOTICE** that Chipman Brown Cicero & Cole, LLP, hereby substitutes for Morris James LLP, as counsel for Serta Simmons Bedding, LLC ("**Serta**") in the above-captioned case.

**PLEASE TAKE FURTHER NOTICE** that Mark L. Desgrosseilliers of Chipman Brown Cicero & Cole, LLP hereby enters his appearance as counsel for Serta.

**PLEASE TAKE FURTHER NOTICE** that copies of all notices and pleadings given or filed in these cases are to be given and served upon the undersigned at the following address and telephone/facsimile numbers:

> James Franklin Failey Carroll
> Beth E. Rogers
> ROGERS LAW OFFICES
> The Equitable Building
> 100 Peachtree Street, Suite 1950
> Atlanta, Georgia 30303
> Telephone:   (678) 920-7847
> Facsimile:   (678) 990-9959
> Email:   jcarroll@berlawoffice.com
>             brogers@berlawoffice.com
>
>     -and-
>
> Mark L. Desgrosseilliers (DE 4083)
> CHIPMAN BROWN CICERO & COLE, LLP
> Hercules Plaza
> 1313 North Market Street, Suite 5400
> Wilmington, Delaware 19801
> Telephone:   (302) 295-0191
> Facsimile:   (302) 295-0199
> Email:   Desgross@chipmanbrown.com

Dated: Wilmington, Delaware
April 9, 2020

| | |
|---|---|
| **CHIPMAN BROWN CICERO & COLE, LLP** | **MORRIS JAMES LLP** |
| By: /s/ Mark L. Desgrosseilliers<br>Mark L. Desgrosseilliers (No. 4083)<br>Hercules Plaza<br>1313 North Market Street, Suite 5400<br>Wilmington, Delaware 19801<br>Telephone:    (302) 295-0191<br>Facsimile:    (302) 295-0199<br>Email:    Desgross@chipmanbrown.com<br><br>-and-<br><br>James Franklin Failey Carroll<br>Beth E. Rogers, Esquire<br>ROGERS LAW OFFICES<br>The Equitable Building<br>100 Peachtree Street, Suite 1950<br>Atlanta, Georgia 30303<br>Telephone:    (678) 920-7847<br>Facsimile:    (678) 990-9959<br>Email:    jcarroll@berlawoffice.com<br>            brogers@berlawoffice.com<br><br>*Counsel for Serta Simmons Bedding, LLC* | By: /s/ Jeffrey R. Waxman<br>Jeffrey R. Waxman (DE Bar No. 4159)<br>500 Delaware Avenue, Suite 1500<br>Wilmington, Delaware 19801<br>Telephone:    (302) 888-6800<br>Facsimile:    (302) 504-3942<br>Email:    jwaxman@morrisjames.com<br><br>*Withdrawing Counsel for Serta Simmons Bedding, LLC* |