# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ART VAN FURNITURE, LLC, *et al.,*[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 20-10553 (CSS)<br><br>Jointly Administered |

**Re: Docket No. 141**

### NOTICE OF WITHDRAWAL OF DEBTORS' APPLICATION FOR ENTRY OF AN ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF JONES LANG LASALLE AMERICAS, INC. AS SPECIAL REAL ESTATE CONSULTANT TO THE DEBTORS *NUNC PRO TUNC* TO THE PETITION DATE

**PLEASE TAKE NOTICE** that Alfed T. Giuliano, Chapter 7 Trustee for the above-captioned cases hereby withdraws the *Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Jones Lang LaSalle Americas, Inc. as Special Real Estate Consultant to the Debtors Nunc Pro Tunc to the Petition Date* [Docket No. 141] filed with the United States Bankruptcy Court for the District of Delaware on March 16, 2020.

*[Remainder of Page Intentionally Left Blank]*

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, include: Art Van Furniture, LLC (9205); AVF Holding Company, Inc. (0291); AVCE, LLC (2509); AVF Holdings I, LLC (2537); AVF Holdings II, LLC (7472); AVF Parent, LLC (3451); Levin Parent, LLC (8052); Art Van Furniture of Canada, LLC (9491); AV Pure Sleep Franchising, LLC (8968); AVF Franchising, LLC (6325); LF Trucking, Inc. (1484); Sam Levin, Inc. (5198); and Comfort Mattress LLC (4463). The location of the Debtors' service address in these chapter 11 cases is: 6500 East 14 Mile Road, Warren Michigan 48092.

Dated:  April 23, 2020

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Colin R. Robinson*

Bradford J. Sandler (DE Bar No. 4142)
Robert J. Feinstein (NY Bar No. 1767805)
Jeffrey W. Dulberg (CA Bar No. 181200)
Jason H. Rosell (CA Bar No. 269126)
Colin R. Robinson (DE Bar No. 5524)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899 (Courier 19801)
Telephone: 302-652-4100
Facsimile:  302-652-4400
E-mail:  bsandler@pszjlaw.com
         rfeinstein@pszjlaw.com
         jdulberg@pszjlaw.com
         jrosell@pszjlaw.com
         crobinson@pszjlaw.com

*Proposed Counsel for the Chapter 7 Trustee*