**Exhibit A**

Art Van

| KN Origin Reference | Shipment Tracking Number | Purchase Order Number (ON) | Port of Loading | Port of Discharge | Carrier Code | OBL | Container Number |
|---|---|---|---|---|---|---|---|
| 4340-0372-912.111 | 1030698300 | 010-1918659-010 | Vung Tau | Vancouver | HLCU | HLCUEUR191228190 | CPSU6405924 |
| 4351-0372-912.131 | 1030728552 | 010-1932837-010 | Shanghai | Vancouver | CMDU | CNKN554517 | TEMU7778144 |
| 4351-0372-912.132 | 1030729254 | 010-1929913-010 | Shanghai | Vancouver | CMDU | CNKN554518 | CMAU7471265 |
| 4351-0372-912.132 | 1030729254 | 010-1929917-010 | Shanghai | Vancouver | CMDU | CNKN554518 | CMAU7119022 |
| 4351-0372-912.132 | 1030729254 | 010-1929919-010 | Shanghai | Vancouver | CMDU | CNKN554518 | TCNU3235597 |
| 4351-0372-912.133 | 1030729483 | 010-1929041-010 | Shanghai | Vancouver | CMDU | CNKN554519 | TCNU7303750 |
| 4351-0372-912.133 | 1030729483 | 010-1929045-010 | Shanghai | Vancouver | CMDU | CNKN554519 | TEMU8518671 |
| 4351-0372-912.133 | 1030729483 | 010-1935048-010 | Shanghai | Vancouver | CMDU | CNKN554519 | CAIU9665333 |
| 4359-0372-912.053 | 1030480158 | 010-1934033-010 | Ningbo | Vancouver | HLCU | HLCUNG11912CDMU | TCKU6559173 |
| 4359-0372-912.101 | 1030563358 | 010-1932846-010 | Ningbo | Vancouver | HLCU | HLCUNG11912CEMU | HLBU2130311 |
| 4359-0372-912.101 | 1030563358 | 010-1932850-010 | Ningbo | Vancouver | HLCU | HLCUNG11912CEMU | DFSU6954822 |
| 4340-0372-912.094 | 1030645487 | 010-1914580-010 | Vung Tau | Prince Rupert | MAEU | 589567474 | INKU2546918 |
| 4340-0372-912.145 | 1030841035 | 010-1922677-010 | Vung Tau | Prince Rupert | MAEU | 589941286 | TGHU9148059 |
| 4340-0372-912.145 | 1030841035 | 010-1922679-010 | Vung Tau | Prince Rupert | MAEU | 589941286 | TCLU6615675 |
| 4359-0372-912.050 | 1030479582 | 010-1932829-010 | Ningbo | Vancouver | HLCU | HLCUNG11912CDMI0 | UACU5822240 |
| 4359-0372-912.050 | 1030479582 | 010-1932831-010 | Ningbo | Vancouver | HLCU | HLCUNG11912CDMI0 | UACU5676612 |
| 4359-0372-912.051 | 1030479924 | 010-1932833-010 | Ningbo | Vancouver | HLCU | HLCUNG11912CDMM | HAMU1327440 |
| 4359-0372-912.051 | 1030479924 | 010-1932836-010 | Ningbo | Vancouver | HLCU | HLCUNG11912CDMM | TRLU7102038 |
| 4351-0372-912.141 | 1030732878 | 010-1932840-010 | Shanghai | Vancouver | CMDU | CNKN554526 | TGBU5225073 |
| 4351-0372-912.132 | 1030729254 | 010-1929912-010 | Shanghai | Vancouver | CMDU | CNKN554518 | TCNU3235508 |
| 4351-0372-912.132 | 1030729254 | 010-1929915-010 | Shanghai | Vancouver | CMDU | CNKN554518 | TGHU6421909 |
| 4351-0372-912.132 | 1030729254 | 010-1929918-010 | Shanghai | Vancouver | CMDU | CNKN554518 | FSCU9478448 |
| 4351-0372-912.133 | 1030729483 | 010-1929038-010 | Shanghai | Vancouver | CMDU | CNKN554519 | CMAU7149705 |
| 4351-0372-912.133 | 1030729483 | 010-1929043-010 | Shanghai | Vancouver | CMDU | CNKN554519 | CMAU4594076 |
| 4351-0372-912.133 | 1030729483 | 010-1929047-010 | Shanghai | Vancouver | CMDU | CNKN554519 | CMAU4382122 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 4359-0372-912.053 | 1030480158 | 010-1934031-010 | Ningbo | Vancouver | HLCU | HLCUNG11912CDMU | TCLU5571823 |
| 4359-0372-912.053 | 1030480158 | 010-1934034-010 | Ningbo | Vancouver | HLCU | HLCUNG11912CDMU | TCNU8317527 |
| 4359-0372-912.100 | 1030563117 | 010-1932845-010 | Ningbo | Vancouver | HLCU | HLCUNG11912CEMQ | FSCU9568897 |
| 4359-0372-912.101 | 1030563358 | 010-1932847-010 | Ningbo | Vancouver | HLCU | HLCUNG11912CEMU | UACU5112839 |
| 4359-0372-912.101 | 1030563358 | 010-1932852-010 | Ningbo | Vancouver | HLCU | HLCUNG11912CEMU | HLBU2572205 |
| 4340-0372-912.033 | 1030452719 | 010-1913751-010 | Vung Tau | Prince Rupert | MAEU | 589025107 | MRKU2229854 |
| 4340-0372-912.094 | 1030645487 | 010-1914579-010 | Vung Tau | Prince Rupert | MAEU | 589567474 | MRKU2961232 |
| 4340-0372-912.145 | 1030841035 | 010-1922669-010 | Vung Tau | Prince Rupert | MAEU | 589941286 | APMU8040707 |
| 4340-0372-912.145 | 1030841035 | 010-1922678-010 | Vung Tau | Prince Rupert | MAEU | 589941286 | HASU5192577 |
| 4340-0372-001.019 | 1030989991 | 010-1921347-010 | Vung Tau | Prince Rupert | MAEU | 590377968 | PONU8108640 |
| 4340-0372-912.173 | 1030902321 | 010-1913533-010 | Vung Tau | Prince Rupert | MAEU | 590068187 | MSKU0294744 |
| 4359-0372-912.050 | 1030479582 | 010-1932830-010 | Ningbo | Vancouver | HLCU | HLCUNG11912CDMI | UACU5506827 |
| 4359-0372-912.050 | 1030479582 | 010-1932832-010 | Ningbo | Vancouver | HLCU | HLCUNG11912CDMI | HAMU1255206 |
| 4359-0372-912.051 | 1030479924 | 010-1932835-010 | Ningbo | Vancouver | HLCU | HLCUNG11912CDMM | HLXU8077130 |

Sam Levin

| KN Origin Reference | Shipment Tracking Number | Purchase Order Number (ON) | Port of Loading | Port of Discharge | Carrier Code | OBL | Container Number |
|---|---|---|---|---|---|---|---|
| 4110-0372-912.015 | 1030755480 | 1018906XZAR | Yantian | Baltimore | SUDU | SUDUN9HKG028872X | HASU4027536 |
| 4340-0372-911.094 | 1030079013 | 0724906SJGS | Vung Tau | Baltimore | MAEU | MAEU588281383 | MRKU3209410 |
| 4340-0372-911.094 | 1030079013 | 0926906WJGQ | Vung Tau | Baltimore | MAEU | MAEU588281383 | MRKU2940899 |
| 4340-0372-911.094 | 1030079013 | 0926906WJHE | Vung Tau | Baltimore | MAEU | MAEU588281383 | MSKU0478295 |
| 4340-0372-911.094 | 1030079013 | 0926906WJHP | Vung Tau | Baltimore | MAEU | MAEU588281383 | CAIU9744026 |
| 4340-0372-911.094 | 1030079013 | 1015906XSDJ | Vung Tau | Baltimore | MAEU | MAEU588281383 | MRKU5305460 |
| 4340-0372-911.094 | 1030079013 | 1009906XIAT | Vung Tau | Baltimore | MAEU | MAEU588281383 | MSKU8384660 |
| 4340-0372-911.160 | 1030388395 | 1009906XIAQ | Vung Tau | Baltimore | MAEU | MAEU588881240 | TCLU5418202 |
| 4340-0372-911.160 | 1030388395 | 1009906XJBJ | Vung Tau | Baltimore | MAEU | MAEU588881240 | TCNU8161100 |
| 4340-0372-911.160 | 1030388395 | 1009906XIEH | Vung Tau | Baltimore | MAEU | MAEU588881240 | CRSU9137752 |
| 4340-0372-911.160 | 1030388395 | 1009906XJCN | Vung Tau | Baltimore | MAEU | MAEU588881240 | HASU4541442 |
| 4340-0372-911.160 | 1030388395 | 1009906XJBY | Vung Tau | Baltimore | MAEU | MAEU588881240 | HASU4867315 |
| 4340-0372-911.160 | 1030388395 | 1009906XIEN | Vung Tau | Baltimore | MAEU | MAEU588881240 | PONU8168866 |
| 4340-0372-912.089 | 1030623650 | 1016906XUGB | Vung Tau | Baltimore | MAEU | MAEU589583321 | MRSU3649155 |
| 4351-0372-911.145 | 1030145056 | 1234567ABCD | Shanghai | Baltimore | SUDU | SUDUN9SHA097098X | MSKU9368257 |
| 4351-0372-912.129 | 1030727881 | 1234567ABCD | Shanghai | Baltimore | SUDU | SUDUN9SHA100081X | MSKU1045915 |
| 4351-0372-912.129 | 1030727881 |  | Shanghai | Baltimore | SUDU | SUDUN9SHA100081X | HASU4762464 |
| 4904-9128-912.044 | 1030712013 | 0625906QRKP | Surabaya | Baltimore | MAEU | MAEU589665767 | PONU8134830 |
| 4904-9128-912.045 | 1030712184 | 1015906XSGL | Surabaya | Baltimore | MAEU | MAEU589665771 | MRKU3530728 |
| 4904-9128-912.046 | 1030712202 | 1015906XSHK | Surabaya | Baltimore | MAEU | MAEU589665769 | FSCU6281727 |