# IN UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| **ART VAN FURNITURE, LLC,** *et al*., | ) | Case No. 20-10553 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## NOTICE OF WITHDRAWAL
### (re: D.I. 325)

PLEASE TAKE NOTICE THAT Kuehne + Nagel Inc. hereby withdraws the *Emergency Motion of Kuehne+Nagel, Inc. for Entry of an Order, Pursuant to 362(d)(1) of the Bankruptcy Code Modifying the Automatic Stay to Permit Liquidation and Abandonment of Collateral* (D.I. 325), which was filed on April 24, 2020.

Respectfully submitted,

**BIELLI & KLAUDER, LLC**

Dated: April 24, 2020
Wilmington, Delaware

*/s/ David M. Klauder*
David M. Klauder, Esquire (No. 5769)
1204 N. King Street
Wilmington, DE 19801
Phone: (302) 803-4600
Fax: (302) 397-2557
Email: dklauder@bk-legal.com

-and-

**HALPERIN BATTAGLIA BENZIJA, LLP**

Walter Benzija, Esq.
Julie Dyas Goldberg, Esq.
40 Wall Street, 37th Floor
New York, NY 10005
Telephone (212) 765-9100
wbenzija@halperinlaw.net
jgoldberg@halperinlaw.net

*Co-counsel for Kuehne + Nagel Inc.*