**IN UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) ) | Chapter 7 |
| **ART VAN FURNITURE, LLC, *et al*.**, | ) ) ) | Case No. 20-10553 (CSS) |
| Debtors. | ) ) ) ) | (Jointly Administered) |
| | ) | **Re: Docket No. \_\_\_\_\_** |

**ORDER APPROVING MOTION TO SHORTEN NOTICE WITH RESPECT TO
EMERGENCY MOTION OF KUEHNE+NAGEL INC. FOR ENTRY OF
AN ORDER, PURSUANT TO § 362(D)(1) OF THE
BANKRUPTCY CODE MODIFYING THE AUTOMATIC
STAY TO PERMIT LIQUIDATION AND ABADNMENT OF COLLATERAL**

Upon consideration of the *Motion to Shorten Notice* (the "Motion to Shorten Notice") *Emergency Motion of Kuehne+Nagel, Inc. for Entry of an Order, Pursuant to 362(d)(1) of the Bankruptcy Code Modifying the Automatic Stay to Permit Liquidation and Abandonment of Collateral* (the "Motion for Relief"); and after due deliberation thereon, and cause having been demonstrated to grant the relief requested in the Motion to Shorten Notice;

IT IS HEREBY ORDERED as follows:

1. The Motion to Shorten Notice is Granted as set forth herein.

2. The Motion for Relief will be heard telephonically on _____, 2020, at \_\_\_:\_\_\_ \_\_.m. (ET) before the Honorable Christopher S. Sontchi of the United States Bankruptcy Court for the District of Delaware.

3. Any objections to the Motion for Relief shall be filed by _____, **2020, at 4:00 p.m. (ET)**.

4. The Movant shall serve a copy of this Order, along with a copy of the Motion for Relief, promptly and directly by email, facsimile, or hand delivery upon all parties listed in the

Motion to Shorten and upon all other parties who have requested notice in these cases through the Court's CM/ECF System.

    5.    The Court shall retain jurisdiction to enforce and implement this Order.