April 24, 2020

United States Bankruptcy Court
District of Delaware
824 Market Street, 3rd Floor
Wilmington, DE 19801

In Re: Chapter 7, Case No.: 20-10553-CSS
Art Van Furniture, LLC
6500 East 14 Mile Road
Warren, MI 48092
EIN: 38-1749205

To whom it may concern;

Please withdraw my claim number 1337. The credit card company that the recliner was purchased through (at Wolf Furniture) sent notification that the $749.41 will be credited back to the credit card account on the next statement.

Thank you.

*Elizabeth Foltin*

Elizabeth Foltin
606 Holliday Hills Drive
Hollidaysburg, PA 16648

Claim number 1337