# UNITED STATES BANKRUPTCY COURT
## District of Delaware
### 824 Market Street, 3rd Floor
### Wilmington, DE 19801

**In Re:**  
Art Van Furniture, LLC

**Case No.:** 20–10553–CSS

**Chapter:** 7

## *Notice of Deficiency*

☑ The document(s) you submitted to the Court was received on 4/24/20 and has been docketed at Docket # 330. However, if your intention is for this document to be docketed as a Proof of Claim (or Amended Proof of Claim), it must be submitted using Official Form B410. Official forms can be found on our website at www.uscourts.gov/forms/bankruptcy–forms/proof–claim. A proof of claim may be filed either electronically or as a paper document. For information on how to file a claim, visit the United States Bankruptcy Court – District of Delaware website at www.deb.uscourts.gov. When resubmitting your claim, please either include this Notice or ensure that you make reference to the docket number initially assigned to your filing.

☐ The document(s) you submitted to the Court was received on and has been docketed at Docket # . However, the case is currently closed. If you desire to reopen the case, a Motion to Reopen must be filed along with the appropriate filing fee.

☐ The document(s) you submitted to the Court was received on and has been docketed at Docket # . However, it is not in compliance with our Local Rules.

☐ The bankruptcy petition you filed was received on . It was docketed and assigned Case # . At the time of the filing, the applicable photo identification requirement was not satisifed. The debtor(s) named in the petition must either present in person a current, valid form of photo identification or file a legible copy by mail within the next fourteen (14) days. The form titled *Pro Se Filer Acknowledgement of Photo ID Requirement* can be found on the Court's website at http://www.deb.uscourts.gov/filing–without–attorney

☐ A bankruptcy petition, affirmed to be authorized to be filed on your behalf, was received on . It was docketed and assigned Case # . At the time of filing, the applicable photo identifcation requirement was not satisfied. The debtor(s) named in the petition must either present in person a current, valid form of photo identification or file a legible copy by mail within the next fourteen (14) days. The form titled *Pro Se Filer Acknowledgement of Photo ID Requirement* can be found on the Court's website at http://www.deb.uscourts.gov/filing–without–attorney

☐ The document(s) you filed with the Court at Docket # is not in compliance with Local Rule 9018–1(d).

☐ Other:

**Local Rules and Official Forms can be found on the Court's website at www.deb.uscourts.gov**

---

I certify that this Notice of Deficiency was mailed on the date indicated below to:

☑ Briana Riddle  
581 Lynn Dr.  
Cuyahoga Falls, OH 44221

*Una O'Boyle*  
Una O'Boyle, Clerk of Court

Date: 4/24/20                                                    By:  Donna Capell, Deputy Clerk

(VAN–489)

United States Bankruptcy Court
District of Delaware

In re:                                                                Case No. 20-10553-CSS
Art Van Furniture, LLC                                                Chapter 7
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0311-1      User: DMC              Page 1 of 6         Date Rcvd: Apr 24, 2020
                          Form ID: van489        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 26, 2020.
intp           +Briana Riddle,   581 Lynn Dr.,   Cuyahoga Falls, OH 44221-5027

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 26, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 24, 2020 at the address(es) listed below:
              Adam Hiller    on behalf of Creditor    Signal USA LLC, d/b/a Signal Restoration Services
               ahiller@adamhillerlaw.com
              Alan D Smith    on behalf of Creditor    Blue Bell Mattress Co., LLC adsmith@perkinscoie.com,
               vbarei@perkinscoie.com;docketsea@perkinscoie.com;al-smith-9439@ecf.pacerpro.com;tmayhew@perkinscoie.com
              Alan J. Taylor    on behalf of Creditor    Milford Road Plaza, LLC ataylor@smsm.com,
               tpope@smsm.com,gleskie@smsm.com
              Alfred T. Giuliano    atgiuliano@giulianomiller.com,
               ddileo@giulianomiller.com;nj68@ecfcbis.com;agiuliano@ecf.epiqsystems.com;nj90@ecfcbis.com
              Andrew S. Conway    on behalf of Creditor    Taubman Landlords Aconway@taubman.com
              Ann M. Kashishian    on behalf of Creditor    Preston Yarns, LLC amk@kashishianlaw.com
              Anthony M. Saccullo    on behalf of Creditor    LA-Z-BOY INCORPORATED ams@saccullolegal.com
              Bradford J. Sandler    on behalf of Creditor Committee    Official Committee of Unsecured Creditors
               bsandler@pszjlaw.com
              Bradford J. Sandler    on behalf of Trustee Alfred T. Giuliano bsandler@pszjlaw.com
              Brian A. Sullivan    on behalf of Creditor    WM 73 RE, LLC bsullivan@werbsullivan.com,
               hbelair@werbsullivan.com
              Brian J. McLaughlin    on behalf of Creditor    Waste Management bmclaughlin@monlaw.com
              Carl N. Kunz, III    on behalf of Creditor    Synchrony Bank ckunz@morrisjames.com,
               wweller@morrisjames.com;rzerbe@morrisjames.com
              Christopher Dean Loizides    on behalf of Creditor    VEREIT Real Estate,L.P. loizides@loizides.com
              Christopher L. Carter    on behalf of Creditor    Wells Fargo Bank, National Association
               christopher.carter@morganlewis.com
              Colin R. Robinson    on behalf of Trustee Alfred T. Giuliano crobinson@pszjlaw.com
              Colin R. Robinson    on behalf of Creditor Committee    Official Committee of Unsecured Creditors
               crobinson@pszjlaw.com
              Craig Solomon Ganz    on behalf of Creditor    STORE SPE AVF I 2017-1, LLC ganzc@ballardspahr.com,
               PHXDocketingbkr@ballardspahr.com;hartt@ballardspahr.com;rubins@ballardspahr.com
              Craig Solomon Ganz    on behalf of Creditor    Broadstone AVF Illinois, LLC ganzc@ballardspahr.com,
               PHXDocketingbkr@ballardspahr.com;hartt@ballardspahr.com;rubins@ballardspahr.com
              Craig Solomon Ganz    on behalf of Creditor    SCF RC Funding III, LLC ganzc@ballardspahr.com,
               PHXDocketingbkr@ballardspahr.com;hartt@ballardspahr.com;rubins@ballardspahr.com
              Craig Solomon Ganz    on behalf of Creditor    STORE SPE AVF II 2017-2, LLC ganzc@ballardspahr.com,
               PHXDocketingbkr@ballardspahr.com;hartt@ballardspahr.com;rubins@ballardspahr.com
              Craig Solomon Ganz    on behalf of Creditor    Broadstone AVF Michigan, LLC ganzc@ballardspahr.com,
               PHXDocketingbkr@ballardspahr.com;hartt@ballardspahr.com;rubins@ballardspahr.com
              Craig Solomon Ganz    on behalf of Creditor    STORE Master Funding XII, LLC ganzc@ballardspahr.com,
               PHXDocketingbkr@ballardspahr.com;hartt@ballardspahr.com;rubins@ballardspahr.com
              Daniel J. DeFranceschi    on behalf of Interested Party    Us Assets, Inc. RBGroup@rlf.com
              David M. Klauder    on behalf of Creditor    Kuehne + Nagel, Inc. dklauder@bk-legal.com
              Deborah D. Williamson    on behalf of Interested Party Gary  Van Elslander dwilliamson@dykema.com,
               maraiza@dykema.com;drushing@dykema.com

```
District/off: 0311-1                  User: DMC                       Page 2 of 6                  Date Rcvd: Apr 24, 2020
                                      Form ID: van489                 Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Dennis A. Meloro    on behalf of Interested Party    HGB AVF Lending, LLC melorod@gtlaw.com, bankruptcydel@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com
        Douglas D. Herrmann    on behalf of Consultant    Gordon Brothers Retail Partners LLC wlbank@pepperlaw.com,wrightk@pepperlaw.com,molitorm@pepperlaw.com
        Douglas D. Herrmann    on behalf of Consultant    Hilco Merchant Resources, LLC wlbank@pepperlaw.com,wrightk@pepperlaw.com,molitorm@pepperlaw.com
        Earle I. Erman    on behalf of Creditor    Rochester KM Partners LLC eerman@maddinhauser.com
        GianClaudio Finizio    on behalf of Interested Party    Rothman-OFallon, LLC gfinizio@bayardlaw.com, bankserve@bayardlaw.com;lmorton@bayardlaw.com
        GianClaudio Finizio    on behalf of Interested Party    OFallon Missouri Properties, LLC gfinizio@bayardlaw.com, bankserve@bayardlaw.com;lmorton@bayardlaw.com
        GianClaudio Finizio    on behalf of Interested Party    South Lindbergh Property, LLC gfinizio@bayardlaw.com, bankserve@bayardlaw.com;lmorton@bayardlaw.com
        GianClaudio Finizio    on behalf of Interested Party    JS Westflo, LLC gfinizio@bayardlaw.com, bankserve@bayardlaw.com;lmorton@bayardlaw.com
        Gregory A. Taylor    on behalf of Interested Party    Kingsdown, Inc. gtaylor@ashbygeddes.com
        Gregory W. Werkheiser    on behalf of Debtor    Art Van Furniture of Canada, LLC gwerkheiser@beneschlaw.com, debankruptcy@beneschlaw.com
        Gregory W. Werkheiser    on behalf of Defendant    LF Trucking, Inc. gwerkheiser@beneschlaw.com, debankruptcy@beneschlaw.com
        Gregory W. Werkheiser    on behalf of Defendant    AVCE, LLC gwerkheiser@beneschlaw.com, debankruptcy@beneschlaw.com
        Gregory W. Werkheiser    on behalf of Debtor    AV Pure Sleep Franchising, LLC gwerkheiser@beneschlaw.com, debankruptcy@beneschlaw.com
        Gregory W. Werkheiser    on behalf of Defendant    AV Pure Sleep Franchising, LLC gwerkheiser@beneschlaw.com, debankruptcy@beneschlaw.com
        Gregory W. Werkheiser    on behalf of Debtor    AVF Holdings II, LLC gwerkheiser@beneschlaw.com, debankruptcy@beneschlaw.com
        Gregory W. Werkheiser    on behalf of Debtor    AVF Franchising, LLC gwerkheiser@beneschlaw.com, debankruptcy@beneschlaw.com
        Gregory W. Werkheiser    on behalf of Debtor    AVF Holding Company, Inc. gwerkheiser@beneschlaw.com, debankruptcy@beneschlaw.com
        Gregory W. Werkheiser    on behalf of Defendant    Sam Levin, Inc. gwerkheiser@beneschlaw.com, debankruptcy@beneschlaw.com
        Gregory W. Werkheiser    on behalf of Defendant    Art Van Furniture, LLC gwerkheiser@beneschlaw.com, debankruptcy@beneschlaw.com
        Gregory W. Werkheiser    on behalf of Debtor    Sam Levin, Inc. gwerkheiser@beneschlaw.com, debankruptcy@beneschlaw.com
        Gregory W. Werkheiser    on behalf of Debtor    Levin Parent, LLC gwerkheiser@beneschlaw.com, debankruptcy@beneschlaw.com
        Gregory W. Werkheiser    on behalf of Debtor    Comfort Mattress, LLC gwerkheiser@beneschlaw.com, debankruptcy@beneschlaw.com
        Gregory W. Werkheiser    on behalf of Defendant    AVF Holding Company, Inc. gwerkheiser@beneschlaw.com, debankruptcy@beneschlaw.com
        Gregory W. Werkheiser    on behalf of Defendant    AVF Holdings II, LLC gwerkheiser@beneschlaw.com, debankruptcy@beneschlaw.com
        Gregory W. Werkheiser    on behalf of Debtor    Art Van Furniture, LLC gwerkheiser@beneschlaw.com, debankruptcy@beneschlaw.com
        Gregory W. Werkheiser    on behalf of Defendant    Art Van Furniture of Canada, LLC gwerkheiser@beneschlaw.com, debankruptcy@beneschlaw.com
        Gregory W. Werkheiser    on behalf of Defendant    Comfort Mattress LLC gwerkheiser@beneschlaw.com, debankruptcy@beneschlaw.com
        Gregory W. Werkheiser    on behalf of Defendant    AVF Franchising, LLC gwerkheiser@beneschlaw.com, debankruptcy@beneschlaw.com
        Gregory W. Werkheiser    on behalf of Defendant    AVF Parent, LLC gwerkheiser@beneschlaw.com, debankruptcy@beneschlaw.com
        Gregory W. Werkheiser    on behalf of Defendant    AVF Holdings I, LLC gwerkheiser@beneschlaw.com, debankruptcy@beneschlaw.com
        Gregory W. Werkheiser    on behalf of Debtor    AVF Parent, LLC gwerkheiser@beneschlaw.com, debankruptcy@beneschlaw.com
        Gregory W. Werkheiser    on behalf of Defendant    Levin Parent, LLC gwerkheiser@beneschlaw.com, debankruptcy@beneschlaw.com
        Gregory W. Werkheiser    on behalf of Debtor    AVF Holdings I, LLC gwerkheiser@beneschlaw.com, debankruptcy@beneschlaw.com
        Gregory W. Werkheiser    on behalf of Debtor    AVCE, LLC gwerkheiser@beneschlaw.com, debankruptcy@beneschlaw.com
        Gregory W. Werkheiser    on behalf of Debtor    LF Trucking, Inc. gwerkheiser@beneschlaw.com, debankruptcy@beneschlaw.com
        Heather L. Donald    on behalf of Creditor    State of Michigan, Department of Treasury donaldh@michigan.gov
        Hugh Robert McCullough    on behalf of Creditor    Synchrony Bank hughmccullough@dwt.com, elainehuckabee@dwt.com;seadocket@dwt.com
        Jason Wayne Bank    on behalf of Creditor    Flexsteel Industries, Inc. jbank@kerr-russell.com, ssmith@kerr-russell.com
        Jeffrey R. Waxman    on behalf of Plaintiff    JoFran Sales, Inc. jwaxman@morrisjames.com, wweller@morrisjames.com;rzerbe@morrisjames.com
        Jeffrey R. Waxman    on behalf of Creditor    JoFran Sales, Inc. jwaxman@morrisjames.com, wweller@morrisjames.com;rzerbe@morrisjames.com

```
District/off: 0311-1                User: DMC                    Page 3 of 6                     Date Rcvd: Apr 24, 2020
                                    Form ID: van489              Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Jennifer R. Hoover    on behalf of Debtor    Art Van Furniture, LLC jhoover@beneschlaw.com, debankruptcy@beneschlaw.com
        Jennifer R. Hoover    on behalf of Defendant    AVCE, LLC jhoover@beneschlaw.com, debankruptcy@beneschlaw.com
        Jennifer R. Hoover    on behalf of Defendant    Art Van Furniture of Canada, LLC jhoover@beneschlaw.com, debankruptcy@beneschlaw.com
        Jennifer R. Hoover    on behalf of Defendant    LF Trucking, Inc. jhoover@beneschlaw.com, debankruptcy@beneschlaw.com
        Jennifer R. Hoover    on behalf of Defendant    AV Pure Sleep Franchising, LLC jhoover@beneschlaw.com, debankruptcy@beneschlaw.com
        Jennifer R. Hoover    on behalf of Defendant    Sam Levin, Inc. jhoover@beneschlaw.com, debankruptcy@beneschlaw.com
        Jennifer R. Hoover    on behalf of Defendant    Comfort Mattress LLC jhoover@beneschlaw.com, debankruptcy@beneschlaw.com
        Jennifer R. Hoover    on behalf of Defendant    AVF Franchising, LLC jhoover@beneschlaw.com, debankruptcy@beneschlaw.com
        Jennifer R. Hoover    on behalf of Defendant    AVF Holdings I, LLC jhoover@beneschlaw.com, debankruptcy@beneschlaw.com
        Jennifer R. Hoover    on behalf of Defendant    AVF Parent, LLC jhoover@beneschlaw.com, debankruptcy@beneschlaw.com
        Jennifer R. Hoover    on behalf of Defendant    AVF Holding Company, Inc. jhoover@beneschlaw.com, debankruptcy@beneschlaw.com
        Jennifer R. Hoover    on behalf of Defendant    AVF Holdings II, LLC jhoover@beneschlaw.com, debankruptcy@beneschlaw.com
        Jennifer R. Hoover    on behalf of Defendant    Levin Parent, LLC jhoover@beneschlaw.com, debankruptcy@beneschlaw.com
        Jennifer R. Hoover    on behalf of Defendant    Art Van Furniture, LLC jhoover@beneschlaw.com, debankruptcy@beneschlaw.com
        John C Gentile    on behalf of Debtor    Art Van Furniture, LLC jgentile@beneschlaw.com, debankruptcy@beneschlaw.com
        John D. Demmy    on behalf of Creditor    ARCTRUST, Inc. john.demmy@saul.com, robyn.warren@saul.com
        John R. Weaver, Jr.    on behalf of Creditor    SBV Holland, LLC jrweaverlaw@verizon.net, DCrivaro@stark-stark.com;DMisener@stark-stark.com
        Joseph H Lemkin    on behalf of Creditor    SBV Holland, LLC jlemkin@stark-stark.com
        Justin Cory Falgowski    on behalf of Creditor    Wells Fargo Bank, National Association jfalgowski@burr.com
        Karen C. Bifferato    on behalf of Creditor    3503 RP Gurnee L.L.C. kbifferato@connollygallagher.com
        Karen M. Grivner    on behalf of Interested Party    Levin Furniture, LLC kgrivner@clarkhill.com, scovey@clarkhill.com;djaenike@clarkhill.com
        Karen M. Grivner    on behalf of Interested Party    Agree Limited Partnership kgrivner@clarkhill.com, scovey@clarkhill.com;djaenike@clarkhill.com
        Karen M. Grivner    on behalf of Interested Party    Levin Trucking LLC kgrivner@clarkhill.com, scovey@clarkhill.com;djaenike@clarkhill.com
        Karen M. Grivner    on behalf of Interested Party    Middlebelt Plymouth Venture LLC kgrivner@clarkhill.com, scovey@clarkhill.com;djaenike@clarkhill.com
        Karen M. Grivner    on behalf of Interested Party    Brandon Associates Southgate L.L.C. kgrivner@clarkhill.com, scovey@clarkhill.com;djaenike@clarkhill.com
        Karen M. Grivner    on behalf of Interested Party    Shelby Corners, LLC kgrivner@clarkhill.com, scovey@clarkhill.com;djaenike@clarkhill.com
        Kelly M. Conlan    on behalf of Creditor    3503 RP Gurnee L.L.C. kconlan@connollygallagher.com
        Kevin M. Capuzzi    on behalf of Defendant    Art Van Furniture, LLC kcapuzzi@beneschlaw.com, debankruptcy@beneschlaw.com
        Kevin M. Capuzzi    on behalf of Defendant    Art Van Furniture of Canada, LLC kcapuzzi@beneschlaw.com, debankruptcy@beneschlaw.com
        Kevin M. Capuzzi    on behalf of Defendant    LF Trucking, Inc. kcapuzzi@beneschlaw.com, debankruptcy@beneschlaw.com
        Kevin M. Capuzzi    on behalf of Defendant    AV Pure Sleep Franchising, LLC kcapuzzi@beneschlaw.com, debankruptcy@beneschlaw.com
        Kevin M. Capuzzi    on behalf of Defendant    AVF Holding Company, Inc. kcapuzzi@beneschlaw.com, debankruptcy@beneschlaw.com
        Kevin M. Capuzzi    on behalf of Defendant    Sam Levin, Inc. kcapuzzi@beneschlaw.com, debankruptcy@beneschlaw.com
        Kevin M. Capuzzi    on behalf of Defendant    AVF Franchising, LLC kcapuzzi@beneschlaw.com, debankruptcy@beneschlaw.com
        Kevin M. Capuzzi    on behalf of Defendant    AVF Parent, LLC kcapuzzi@beneschlaw.com, debankruptcy@beneschlaw.com
        Kevin M. Capuzzi    on behalf of Defendant    Comfort Mattress LLC kcapuzzi@beneschlaw.com, debankruptcy@beneschlaw.com
        Kevin M. Capuzzi    on behalf of Debtor    Art Van Furniture, LLC kcapuzzi@beneschlaw.com, debankruptcy@beneschlaw.com
        Kevin M. Capuzzi    on behalf of Defendant    AVF Holdings I, LLC kcapuzzi@beneschlaw.com, debankruptcy@beneschlaw.com
        Kevin M. Capuzzi    on behalf of Defendant    AVCE, LLC kcapuzzi@beneschlaw.com, debankruptcy@beneschlaw.com
        Kevin M. Capuzzi    on behalf of Defendant    AVF Holdings II, LLC kcapuzzi@beneschlaw.com, debankruptcy@beneschlaw.com

```
District/off: 0311-1               User: DMC                    Page 4 of 6                    Date Rcvd: Apr 24, 2020
                                   Form ID: van489              Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Kevin M. Capuzzi    on behalf of Defendant    Levin Parent, LLC kcapuzzi@beneschlaw.com, debankruptcy@beneschlaw.com
          Laurel D. Roglen    on behalf of Creditor    Broadstone AVF Illinois, LLC roglenl@ballardspahr.com, ambroses@ballardspahr.com
          Laurel D. Roglen    on behalf of Creditor    SCF RC Funding III, LLC roglenl@ballardspahr.com, ambroses@ballardspahr.com
          Laurel D. Roglen    on behalf of Creditor    Brixmor Operating Partnership LP roglenl@ballardspahr.com, ambroses@ballardspahr.com
          Laurel D. Roglen    on behalf of Creditor    STORE SPE AVF II 2017-2, LLC roglenl@ballardspahr.com, ambroses@ballardspahr.com
          Laurel D. Roglen    on behalf of Creditor    STORE Master Funding XII, LLC roglenl@ballardspahr.com, ambroses@ballardspahr.com
          Laurel D. Roglen    on behalf of Creditor    STORE SPE AVF I 2017-1, LLC roglenl@ballardspahr.com, ambroses@ballardspahr.com
          Laurel D. Roglen    on behalf of Creditor    Broadstone AVF Michigan, LLC roglenl@ballardspahr.com, ambroses@ballardspahr.com
          Lawrence A. Lichtman    on behalf of Creditor    Central Wayne Properties, LLC LLichtman@honigman.com
          Leslie A. Berkoff    on behalf of Creditor    2505 Pitkin Corp. as Assignee from Store Investment Corporation lberkoff@moritthock.com
          Leslie C. Heilman    on behalf of Creditor    Wolf Furniture Enterprises, Inc. // Frederick BLICO LLP heilmanl@ballardspahr.com, ambroses@ballardspahr.com
          Leslie C. Heilman    on behalf of Creditor    STORE SPE AVF I 2017-1, LLC heilmanl@ballardspahr.com, ambroses@ballardspahr.com
          Leslie C. Heilman    on behalf of Creditor    Broadstone AVF Illinois, LLC heilmanl@ballardspahr.com, ambroses@ballardspahr.com
          Leslie C. Heilman    on behalf of Creditor    Brixmor Operating Partnership LP heilmanl@ballardspahr.com, ambroses@ballardspahr.com
          Leslie C. Heilman    on behalf of Creditor    STORE Master Funding XII, LLC heilmanl@ballardspahr.com, ambroses@ballardspahr.com
          Leslie C. Heilman    on behalf of Creditor    STORE SPE AVF II 2017-2, LLC heilmanl@ballardspahr.com, ambroses@ballardspahr.com
          Leslie C. Heilman    on behalf of Creditor    Broadstone AVF Michigan, LLC heilmanl@ballardspahr.com, ambroses@ballardspahr.com
          Leslie C. Heilman    on behalf of Creditor    SCF RC Funding III, LLC heilmanl@ballardspahr.com, ambroses@ballardspahr.com
          Linda Richenderfer    on behalf of U.S. Trustee    U.S. Trustee Linda.Richenderfer@usdoj.gov
          Lindsey M. Harrison Madgar    on behalf of Creditor    Cafaro Management Company lmadgar@cafarocompany.com
          Lisa M. Peters    on behalf of Creditor    VEREIT Real Estate,L.P. lisa.peters@kutakrock.com, Marybeth.brukner@kutakrock.com
          Marcy J. McLaughlin Smith    on behalf of Consultant    Hilco Merchant Resources, LLC mclaughlinm@pepperlaw.com, wlbank@pepperlaw.com;molitorm@pepperlaw.com;hardinp@pepperlaw.com
          Marcy J. McLaughlin Smith    on behalf of Consultant    Gordon Brothers Retail Partners LLC mclaughlinm@pepperlaw.com, wlbank@pepperlaw.com;molitorm@pepperlaw.com;hardinp@pepperlaw.com
          Mark L. Desgrosseilliers    on behalf of Creditor    Serta Simmons Bedding, LLC desgross@chipmanbrown.com, dero@chipmanbrown.com;fusco@chipmanbrown.com
          Mark T Hurford    on behalf of Creditor    A&R Properties, LP mhurford@camlev.com
          Mary Caloway    on behalf of Creditor    Guardian Alarm Company mary.caloway@bipc.com, annette.dye@bipc.com;donna.curcio@bipc.com
          Maureen Mulligan    on behalf of Creditor    JoFran Sales, Inc. mmulligan@peabodyarnold.com, sfeid@peabodyarnold.com;kmarco@peabodyarnold.com
          Maureen Mulligan    on behalf of Plaintiff    JoFran Sales, Inc. mmulligan@peabodyarnold.com, sfeid@peabodyarnold.com;kmarco@peabodyarnold.com
          Maxim B. Litvak    on behalf of Trustee Alfred T. Giuliano mlitvak@pszjlaw.com
          Michael A. DiGiacomo    on behalf of Creditor    STORE Master Funding XII, LLC digiacomom@ballardspahr.com, PHXDocketingbkr@ballardspahr.com;hartt@ballardspahr.com
          Michael A. DiGiacomo    on behalf of Creditor    Broadstone AVF Illinois, LLC digiacomom@ballardspahr.com, PHXDocketingbkr@ballardspahr.com;hartt@ballardspahr.com
          Michael A. DiGiacomo    on behalf of Creditor    SCF RC Funding III, LLC digiacomom@ballardspahr.com, PHXDocketingbkr@ballardspahr.com;hartt@ballardspahr.com
          Michael A. DiGiacomo    on behalf of Creditor    STORE SPE AVF I 2017-1, LLC digiacomom@ballardspahr.com, PHXDocketingbkr@ballardspahr.com;hartt@ballardspahr.com
          Michael A. DiGiacomo    on behalf of Creditor    STORE SPE AVF II 2017-2, LLC digiacomom@ballardspahr.com, PHXDocketingbkr@ballardspahr.com;hartt@ballardspahr.com
          Michael A. DiGiacomo    on behalf of Creditor    Broadstone AVF Michigan, LLC digiacomom@ballardspahr.com, PHXDocketingbkr@ballardspahr.com;hartt@ballardspahr.com
          Michael J. Small    on behalf of Interested Party    Kingsdown, Inc. msmall@foley.com
          Michael Jason Barrie    on behalf of Debtor    Levin Parent, LLC mbarrie@beneschlaw.com, debankruptcy@beneschlaw.com
          Michael Jason Barrie    on behalf of Debtor    AVF Holdings II, LLC mbarrie@beneschlaw.com, debankruptcy@beneschlaw.com
          Michael Jason Barrie    on behalf of Debtor    AVF Holding Company, Inc. mbarrie@beneschlaw.com, debankruptcy@beneschlaw.com
          Michael Jason Barrie    on behalf of Debtor    Comfort Mattress, LLC mbarrie@beneschlaw.com, debankruptcy@beneschlaw.com
          Michael Jason Barrie    on behalf of Debtor    LF Trucking, Inc. mbarrie@beneschlaw.com, debankruptcy@beneschlaw.com

```
District/off: 0311-1                  User: DMC                     Page 5 of 6                   Date Rcvd: Apr 24, 2020
                                      Form ID: van489               Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

Michael Jason Barrie    on behalf of Debtor    AVF Parent, LLC mbarrie@beneschlaw.com, debankruptcy@beneschlaw.com
Michael Jason Barrie    on behalf of Debtor    Art Van Furniture of Canada, LLC mbarrie@beneschlaw.com, debankruptcy@beneschlaw.com
Michael Jason Barrie    on behalf of Debtor    AVF Holdings I, LLC mbarrie@beneschlaw.com, debankruptcy@beneschlaw.com
Michael Jason Barrie    on behalf of Debtor    AVF Franchising, LLC mbarrie@beneschlaw.com, debankruptcy@beneschlaw.com
Michael Jason Barrie    on behalf of Debtor    Art Van Furniture, LLC mbarrie@beneschlaw.com, debankruptcy@beneschlaw.com
Michael Jason Barrie    on behalf of Debtor    AVCE, LLC mbarrie@beneschlaw.com, debankruptcy@beneschlaw.com
Michael Jason Barrie    on behalf of Debtor    AV Pure Sleep Franchising, LLC mbarrie@beneschlaw.com, debankruptcy@beneschlaw.com
Michael Jason Barrie    on behalf of Debtor    Sam Levin, Inc. mbarrie@beneschlaw.com, debankruptcy@beneschlaw.com
Michael Joseph Joyce    on behalf of Plaintiff Todd  Stewart mjoyce@mjlawoffices.com
Michael Joseph Joyce    on behalf of Plaintiff Jennifer  Sawle mjoyce@mjlawoffices.com
Nathan Quinn Rugg    on behalf of Creditor    National Shopping Plazas, Inc. nathan.rugg@bfkn.com
R. Craig Martin    on behalf of Interested Party    Westminster Gateway, LLC craig.martin@dlapiper.com, carolyn.fox@dlapiper.com;craig-martin-0553@ecf.pacerpro.com
Rachel B. Mersky    on behalf of Creditor    Waste Management rmersky@monlaw.com
Ralph Edward McDowell    on behalf of Interested Party Gary  Van Elslander rmcdowell@bodmanlaw.com
Reliable Companies    gmatthews@reliable-co.com
Richard W. Riley    on behalf of Creditor    Gray & Associates, LLC, in its capacity as State Court Receiver for Campus Hills Maryland Associates Limited Partnership rriley@wtplaw.com, clano@wtplaw.com
Ronald E Gold    on behalf of Creditor    Tempur Sealy International, Inc. rgold@fbtlaw.com, awebb@fbtlaw.com;eseverini@fbtlaw.com;bparker@fbtlaw.com
Ronald Mark Tucker    on behalf of Creditor    Simon Property Group, Inc. rtucker@simon.com, bankruptcy@simon.com
Sarah M Ennis    on behalf of Creditor    JoFran Sales, Inc. sennis@morrisjames.com, wweller@morrisjames.com;rzerbe@morrisjames.com
Sarah M Ennis    on behalf of Plaintiff    JoFran Sales, Inc. sennis@morrisjames.com, wweller@morrisjames.com;rzerbe@morrisjames.com
Sarah M Ennis    on behalf of Creditor    Synchrony Bank sennis@morrisjames.com, wweller@morrisjames.com;rzerbe@morrisjames.com
Sean A. Meluney    on behalf of Defendant    AVF Holdings II, LLC smeluney@beneschlaw.com, debankruptcy@beneschlaw.com
Sean A. Meluney    on behalf of Defendant    AVF Parent, LLC smeluney@beneschlaw.com, debankruptcy@beneschlaw.com
Sean A. Meluney    on behalf of Defendant    Sam Levin, Inc. smeluney@beneschlaw.com, debankruptcy@beneschlaw.com
Sean A. Meluney    on behalf of Defendant    Comfort Mattress LLC smeluney@beneschlaw.com, debankruptcy@beneschlaw.com
Sean A. Meluney    on behalf of Defendant    Art Van Furniture, LLC smeluney@beneschlaw.com, debankruptcy@beneschlaw.com
Sean A. Meluney    on behalf of Defendant    AV Pure Sleep Franchising, LLC smeluney@beneschlaw.com, debankruptcy@beneschlaw.com
Sean A. Meluney    on behalf of Defendant    LF Trucking, Inc. smeluney@beneschlaw.com, debankruptcy@beneschlaw.com
Sean A. Meluney    on behalf of Defendant    AVF Holdings I, LLC smeluney@beneschlaw.com, debankruptcy@beneschlaw.com
Sean A. Meluney    on behalf of Defendant    AVF Franchising, LLC smeluney@beneschlaw.com, debankruptcy@beneschlaw.com
Sean A. Meluney    on behalf of Defendant    Art Van Furniture of Canada, LLC smeluney@beneschlaw.com, debankruptcy@beneschlaw.com
Sean A. Meluney    on behalf of Defendant    AVF Holding Company, Inc. smeluney@beneschlaw.com, debankruptcy@beneschlaw.com
Sean A. Meluney    on behalf of Defendant    Levin Parent, LLC smeluney@beneschlaw.com, debankruptcy@beneschlaw.com
Sean A. Meluney    on behalf of Defendant    AVCE, LLC smeluney@beneschlaw.com, debankruptcy@beneschlaw.com
Shawn M. Christianson    on behalf of Creditor    Oracle America, Inc. schristianson@buchalter.com, cmcintire@buchalter.com
Steven A. Ginther    on behalf of Creditor    Missouri Department of Revenue deecf@dor.mo.gov
Steven E. Fox    on behalf of Consultant    Gordon Brothers Retail Partners LLC sfox@riemerlaw.com, PBekker@riemerlaw.com;dromanik@riemerlaw.com
Steven E. Fox    on behalf of Consultant    Hilco Merchant Resources, LLC sfox@riemerlaw.com, PBekker@riemerlaw.com;dromanik@riemerlaw.com
Susan E. Kaufman    on behalf of Creditor    Tempur Sealy International, Inc. skaufman@skaufmanlaw.com
Susan E. Kaufman    on behalf of Creditor    Taubman Landlords skaufman@skaufmanlaw.com
Thomas Onder    on behalf of Creditor    SBV Holland, LLC tonder@stark-stark.com, ereid@stark-stark.com
Todd M. Brooks    on behalf of Creditor    Gray & Associates, LLC, in its capacity as State Court Receiver for Campus Hills Maryland Associates Limited Partnership tbrooks@wtplaw.com, mfletcher@wtplaw.com

```
District/off: 0311-1           User: DMC                   Page 6 of 6                  Date Rcvd: Apr 24, 2020
                               Form ID: van489             Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          U.S. Trustee    USTPRegion03.WL.ECF@USDOJ.GOV
          William C. Price    on behalf of Interested Party    Levin Furniture, LLC wprice@clarkhill.com, aporter@clarkhill.com
          William C. Price    on behalf of Interested Party    Levin Trucking LLC wprice@clarkhill.com, aporter@clarkhill.com
          William F. Taylor, Jr.    on behalf of Creditor    Metropolitan Edison Company bankruptcydel@mccarter.com, bankruptcydel@mccarter.com
          William F. Taylor, Jr.    on behalf of Creditor    Commonwealth Edison Company bankruptcydel@mccarter.com, bankruptcydel@mccarter.com
          William F. Taylor, Jr.    on behalf of Creditor    Ohio Edison Company bankruptcydel@mccarter.com, bankruptcydel@mccarter.com
          William F. Taylor, Jr.    on behalf of Creditor    Pennsylvania Electric Company bankruptcydel@mccarter.com, bankruptcydel@mccarter.com
          William F. Taylor, Jr.    on behalf of Creditor    Pennsylvania Power Company bankruptcydel@mccarter.com, bankruptcydel@mccarter.com
          William F. Taylor, Jr.    on behalf of Creditor    The Cleveland Electric Illuminating Company bankruptcydel@mccarter.com, bankruptcydel@mccarter.com
          William F. Taylor, Jr.    on behalf of Creditor    West Penn Power Company bankruptcydel@mccarter.com, bankruptcydel@mccarter.com
          William F. Taylor, Jr.    on behalf of Creditor    Baltimore Gas & Electric Company bankruptcydel@mccarter.com, bankruptcydel@mccarter.com
          William F. Taylor, Jr.    on behalf of Creditor    Certain Utility Companies bankruptcydel@mccarter.com, bankruptcydel@mccarter.com
          William F. Taylor, Jr.    on behalf of Creditor    Toledo Edison Company bankruptcydel@mccarter.com, bankruptcydel@mccarter.com
          William F. Taylor, Jr.    on behalf of Creditor    American Electric Power bankruptcydel@mccarter.com, bankruptcydel@mccarter.com
          William Pierce Bowden    on behalf of Interested Party    Kingsdown, Inc. wbowden@ashby-geddes.com
          Willliam J. Barrett    on behalf of Creditor    National Shopping Plazas, Inc. willliam.barrett@bfkn.com
          Zachary I Shapiro    on behalf of Interested Party    Us Assets, Inc. shapiro@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

                                                                                                                  TOTAL: 205