## Exhibit 1

## Budget

**AVF Holding, LLC**
*Cash Collateral Budget (14 Week)*

| $000's | Week 1 Fcst 12-Apr | Week 2 Fcst 19-Apr | Week 3 Fcst 26-Apr | Week 4 Fcst 3-May | Week 5 Fcst 10-May | Week 6 Fcst 17-May | Week 7 Fcst 24-May | Week 8 Fcst 31-May | Week 9 Fcst 7-Jun | Week 10 Fcst 14-Jun | Week 11 Fcst 21-Jun | Week 12 Fcst 28-Jun | Week 13 Fcst 5-Jul | Week 14 Fcst 12-Jul | 14 Week Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Cash Receipts** | | | | | | | | | | | | | | | |
| Deposits from Inventory Sales | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 13,607 | $ 15,196 | $ 16,763 | $ 18,852 | $ 16,392 | $ 10,203 | $ 91,013 |
| Sales Tax | - | - | - | - | - | - | - | - | 816 | 912 | 1,006 | 1,131 | 984 | 612 | 5,461 |
| **Total Cash Receipts** | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | 14,424 | 16,108 | 17,769 | 19,983 | 17,376 | 10,815 | $ 96,473 |
| **GOB Disbursements** | | | | | | | | | | | | | | | |
| Sales Tax | $ - | $ - | (690) | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | (3,865) | (124) | $ (4,680) |
| Payroll | - | - | (30) | - | - | - | - | - | - | (2,067) | (2,067) | (2,067) | (2,067) | (1,871) | (10,169) |
| Benefits | (238) | - | - | - | - | - | - | - | - | (639) | (639) | (639) | (639) | (491) | (3,283) |
| Occupancy | - | - | - | - | - | - | - | - | (4,375) | (4,375) | - | - | (3,857) | (3,857) | (16,464) |
| Advertising | - | - | - | - | - | - | - | - | (813) | (271) | (271) | (271) | (227) | (161) | (2,015) |
| Supervision | - | - | - | - | - | - | - | - | (336) | (313) | (313) | (313) | (313) | (313) | (1,900) |
| Credit Cards | - | - | - | - | - | - | - | - | (346) | (386) | (426) | (479) | (416) | (259) | (2,312) |
| Inventory Transfer Costs | - | - | - | - | - | - | - | - | (979) | - | - | - | - | - | (979) |
| Distribution Center Occupancy | - | - | - | - | - | - | - | - | (282) | (282) | - | - | (282) | (282) | (1,128) |
| Distribution Center Payroll | - | - | - | - | - | - | - | - | - | (374) | (374) | (374) | (374) | - | (1,497) |
| Distribution Center Security | - | (15) | (15) | (15) | (15) | (15) | (15) | (15) | (15) | (15) | (15) | (15) | (15) | (15) | (189) |
| On Boarding Employees | - | - | - | - | - | - | (250) | (750) | (1,500) | (1,900) | - | - | - | - | (4,400) |
| Corporate Other | - | - | - | - | - | - | - | - | (33) | (33) | (33) | (33) | (29) | (19) | (178) |
| **GOB Disbursements** | $ (238) | $ (15) | $ (734) | $ (15) | $ (15) | $ (15) | $ (265) | $ (765) | $ (8,677) | $ (10,654) | $ (4,137) | $ (4,190) | $ (12,084) | $ (7,391) | $ (49,194) |
| **Operating Disbursements** | | | | | | | | | | | | | | | |
| Administrative Staff | $ - | (76) | (73) | (64) | (62) | (51) | (51) | (51) | (164) | (164) | (164) | (164) | (145) | (118) | $ (1,348) |
| IT Support | - | - | (6) | (6) | (5) | - | (161) | (97) | (5) | (5) | (5) | (96) | (48) | (5) | (439) |
| Property Taxes | - | - | - | - | - | - | - | - | - | - | - | - | - | (830) | (830) |
| Other Operating / Utilities | - | - | - | - | - | - | - | - | (800) | (800) | (800) | (550) | (300) | (300) | (3,550) |
| Lender Interest | - | - | - | (175) | - | - | - | - | (175) | - | - | - | (160) | - | (510) |
| Insurance Payments | - | (3,200) | - | - | - | - | - | - | - | - | - | - | (109) | - | (3,309) |
| Liquidator Fee | - | - | - | - | - | - | - | - | - | (204) | (228) | (251) | (283) | (246) | (1,212) |
| Trustee Fee | - | - | (360) | - | - | - | - | - | (433) | (483) | (533) | (599) | (521) | (324) | (3,254) |
| Trustee Surety Bond | - | (5) | - | - | - | - | - | (45) | - | - | - | - | - | - | (50) |
| Trustee - Pro Fees | - | - | (500) | - | - | - | (500) | - | - | - | - | - | (500) | - | (1,500) |
| ABL Lender - Pro Fees | - | - | (409) | (100) | (100) | (90) | (90) | (100) | (100) | (100) | (80) | (80) | (80) | (70) | (1,814) |
| UST Fees | (143) | (271) | - | - | - | - | - | - | - | - | - | - | - | (250) | (250) |
| Contingency | - | - | (50) | (50) | (50) | (50) | (50) | (50) | (50) | (50) | (50) | (50) | (50) | (50) | (600) |
| **Operating Disbursements** | $ (143) | $ (3,552) | $ (1,398) | $ (395) | $ (218) | $ (196) | $ (852) | $ (343) | $ (1,726) | $ (1,806) | $ (1,860) | $ (1,791) | $ (2,196) | $ (2,194) | $ (18,666) |
| **Non-Cash Items** | | | | | | | | | | | | | | | |
| Trustee Fee | $ - | $ - | 360 | $ - | $ - | $ - | $ - | $ - | 433 | 483 | 533 | 599 | 521 | 324 | $ 3,254 |
| **Net Cash Flow** | $ (381) | $ (3,567) | $ (1,767) | $ (409) | $ (233) | $ (211) | $ (1,117) | $ (1,108) | 4,453 | 4,130 | 12,305 | 14,602 | 3,616 | 1,554 | $ 31,869 |
| **Beginning Book Cash** | $ 10,635 | $ 10,254 | $ 6,687 | $ 4,920 | $ 4,511 | $ 4,278 | $ 4,067 | $ 2,951 | $ 1,659 | $ 4,751 | $ 7,362 | $ 17,991 | $ 30,707 | $ 32,684 | $ 10,635 |
| Total Disbursements | (381) | (3,567) | (1,767) | (409) | (233) | (211) | (1,117) | (1,108) | (9,971) | (11,977) | (5,464) | (5,381) | (13,759) | (9,260) | (64,605) |
| Cash Receipts | - | - | - | - | - | - | - | - | 14,424 | 16,108 | 17,769 | 19,983 | 17,376 | 10,815 | 96,473 |
| ABL Paydown | - | - | - | - | - | - | - | (184) | (1,361) | (1,520) | (1,676) | (1,885) | (1,639) | (1,020) | (9,285) |
| **Ending Book Cash** | $ 10,254 | $ 6,687 | $ 4,920 | $ 4,511 | $ 4,278 | $ 4,067 | $ 2,951 | $ 1,659 | $ 4,751 | $ 7,362 | $ 17,991 | $ 30,707 | $ 32,684 | $ 33,219 | $ 33,219 |
| **Ending ABL Balance** | $ 33,574 | $ 33,574 | $ 33,574 | $ 33,574 | $ 33,574 | $ 33,574 | $ 33,574 | $ 33,388 | $ 32,027 | $ 30,507 | $ 28,831 | $ 26,946 | $ 25,306 | $ 24,286 | $ 24,286 |

Notes
Leases to be rejected by August 31st, assuming GOB sale begins June 1st.