# IN UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| **ART VAN FURNITURE, LLC,** *et al.*, | Case No. 20-10553 (CSS) |
| Debtors. | (Jointly Administered) |
| | **Hearing Date: May 5, 2020 at 10:00 a.m. (ET)**<br>**Objections Due: May 4, 2020 at 12:00 p.m. (ET)** |

## NOTICE OF (A) ENTRY OF ORDER APPROVING MOTION TO SHORTEN NOTICE WITH RESPECT TO EMERGENCY MOTION OF KUEHNE + NAGEL, INC. FOR ENTRY OF AN ORDER, PURSUANT TO 362(D)(1) OF THE BANKRUPTCY CODE MODIFYING THE AUTOMATIC STAY TO PERMIT LIQUIDATION AND ABANDONMENT OF COLLATERAL AND (B) HEARING WITH RESPECT TO THE MOTION

PLEASE TAKE NOTICE that, on April 24, 2020, Kuehne + Nagel, Inc. ("K+N"), filed the *Emergency Motion of Kuehne+Nagel, Inc. for Entry of an Order, Pursuant to 362(d)(1) of the Bankruptcy Code Modifying the Automatic Stay to Permit Liquidation and Abandonment of Collateral* [D.I. 327] (the "Motion") with the Court. A copy of the Motion is attached hereto as Exhibit 1.

PLEASE TAKE FURTHER NOTICE that, on April 24, 2020, K+N filed the *Motion to Shorten Notice with Respect to Emergency Motion of Kuehne+Nagel, Inc. for Entry of an Order, Pursuant to 362(d)(1) of the Bankruptcy Code Modifying the Automatic Stay to Permit Liquidation and Abandonment of Collateral* [D.I. 328] with the Court.

PLEASE TAKE FURTHER NOTICE that on April 27, 2020, the Court entered the *Order Approving Motion to Shorten Notice with Respect to Emergency Motion of Kuehne+Nagel, Inc. for Entry of an Order, Pursuant to 362(d)(1) of the Bankruptcy Code Modifying the Automatic Stay to Permit Liquidation and Abandonment of Collateral* [D.I. 370] (the "Order Shortening Time"). A copy of the Order Shortening Time is attached hereto as Exhibit 2.

PLEASE TAKE FURTHER NOTICE that, pursuant to the Order Shortening Time, objections or responses to the relief requested in the Motion, if any, must be made in writing, filed with the Court, and served so as to be received by counsel for K+N: i.) Bielli & Klauder, LLC, 1204 N. King Street, Wilmington, Delaware 19801 (Attn: David M. Klauder, Esquire, dklauder@bk-legal.com) and ii.) Halperin Battaglia & Benzija, LLP, 40 Wall Street, 37th Floor, New York, NY 10005 (Attn: Walter Benzija, Esq., wbenzija@halperinlaw.net & Julie Goldberg, Esq., jgoldberg@halperinlaw.net) on or before **May 4, 2020, at 12:00 p.m. (ET)**.

PLEASE TAKE FURTHER NOTICE that, pursuant to the Order Shortening Time, a telephonic hearing with respect to the Motion will be held before The Honorable Christopher S. Sontchi at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, Wilmington, DE 19801, 5th Floor, Courtroom No. 6, on **May 5, 2020, at 10:00 a.m. (ET)**.

Respectfully submitted,

**BIELLI & KLAUDER, LLC**

Dated: April 27, 2020
Wilmington, Delaware

*/s/ David M. Klauder*
David M. Klauder, Esquire (No. 5769)
1204 N. King Street
Wilmington, DE 19801
Phone: (302) 803-4600
Fax: (302) 397-2557
Email: dklauder@bk-legal.com

-and-

**HALPERIN BATTAGLIA BENZIJA, LLP**

Walter Benzija, Esq. (admitted *pro hac vice*)
Julie Dyas Goldberg, Esq.(admitted *pro hac vice*)
40 Wall Street, 37th Floor
New York, NY 10005
Telephone (212) 765-9100
wbenzija@halperinlaw.net
jgoldberg@halperinlaw.net

*Co-counsel for Kuehne + Nagel Inc.*