# EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ART VAN FURNITURE, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 20-10553 (CSS)<br><br>Jointly Administered |

### DECLARATION OF DONNA M. MILLER IN SUPPORT OF APPLICATION OF ALFRED T. GIULIANO, CHAPTER 7 TRUSTEE, PURSUANT TO BANKRUPTCY CODE SECTIONS 327(A) AND 328(A), BANKRUPTCY RULES 2014(A) AND 2016, AND LOCAL RULE 2014-1 FOR AUTHORITY TO EMPLOY AND RETAIN GIULIANO, MILLER & COMPANY, LLC AS ACCOUNTANTS AND FINANCIAL ADVISORS TO CHAPTER 7 TRUSTEE, EFFECTIVE AS OF APRIL 7, 2020

I, Donna M. Miller, being duly sworn according to law, hereby declare as follows:

1. I am a manager at Giuliano, Miller & Company, LLC ("GMCO"), which maintains offices at Berlin Business Park, 140 Bradford Drive, West Berlin, New Jersey 08091. As such, I have direct knowledge of the facts contained in this declaration (the "Declaration"), and I am authorized to make this Declaration.

2. I submit this Declaration in connection with and in support of the *Application of Alfred T. Giuliano, Chapter 7 Trustee, Pursuant to Bankruptcy Code Sections 327(a) and 328(a), Bankruptcy Rules 2014(a) and 2016, and Local Rule 2014-1 for Authority to Employ and Retain Giuliano, Miller & Company LLC as Accountants and Financial Advisors to Chapter 7 Trustee, Effective as of April 7, 2020* (the "Application").

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, include: Art Van Furniture, LLC (9205); AVF Holding Company, Inc. (0291); AVCE, LLC (2509); AVF Holdings I, LLC (2537); AVF Holdings II, LLC (7472); AVF Parent, LLC (3451); Levin Parent, LLC (8052); Art Van Furniture of Canada, LLC (9491); AV Pure Sleep Franchising, LLC (8968); AVF Franchising, LLC (6325); LF Trucking, Inc. (1484); Sam Levin, Inc. (5198); and Comfort Mattress LLC (4463). The location of the Debtors' service address in these chapter 11 cases is: 6500 East 14 Mile Road, Warren Michigan 48092.

3. GMCO and members of GMCO are each a "disinterested person" as that term is defined in section 101(14) of title 11 of the United States Code (the "Bankruptcy Code") in that GMCO, its partners and staff:

    a. are not creditors, equity security holders or insiders of the Debtors;

    b. are not and were not, within 2 years before the date of the filing of the petition, a director, officer or employee of the Debtors; and

    c. do not have an interest materially adverse to the interests of the estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtors, or for any other reason.

4. GMCO is not employed or connected with the Debtors, any of the Debtors' creditors or other party-in-interest, their respective attorneys, and/or accountants. Therefore, GMCO is a "disinterested person" within the meaning of section 101(14) of the Bankruptcy Code.

5. Alfred T. Giuliano, the chapter 7 trustee of the estates of the above-captioned Debtors, is a principal of GMCO.

6. I hereby represent that I am aware of no conflict of interest that exists relating to GMCO's role as the accountants and financial advisors in the above-captioned cases.

7. GMCO maintains a computerized database which contains, *inter alia*, (1) all present and former clients, (2) parties against whom or whose interests GMCO has or is representing, and (3) other parties involved in or related to matters in which GMCO has been or is involved. I have caused the database to be reviewed and compared to the list of parties attached to this Declaration as Schedule 1 to ascertain whether GMCO may have a connection with persons or entities listed therein. I shall amend this Declaration immediately upon learning

that any of the representations contained herein are incorrect or if there are any changes in the circumstances relating to these representations.

8. I have reviewed the search results and have determined that the results do not indicate that GMCO presently holds or represents any interest adverse to the Debtors, their creditors, the Trustee or the estates, or other parties in interest or their respective professionals in these cases, subject to the disclosures set forth herein.

9. GMCO has been asked to act as accountants and financial advisors for the chapter 7 trustee, which services consist of those detailed in the Application.

10. GMCO intends to apply for compensation for professional services rendered in connection with these cases subject to approval of this Court and in compliance with applicable provisions of the Bankruptcy Code, on a an hourly fee basis, plus reimbursement of actual, necessary expenses and other charges incurred by GMCO. The current rates of the professionals most likely to render services in these cases are:

| | | |
|---|---|---|
| a. | Senior Member | $675.00 |
| b. | Managers | $520.00 |
| c. | Senior Staff | $425.00 - $450.00 |
| d. | Staff | $295.00 - $350.00 |
| d. | Paraprofessionals | $175.00 - $225.00 |

In the normal course of business, GMCO revises its hourly rates to reflect economic and other conditions. To the extent the services of other members of GMCO are utilized, their hourly billing rates will be consistent with the rates of those consultants listed above who have similar experience and seniority. Expenses will be charged at actual costs incurred (and will include charges for travel, lodging, meals, copying, telephone, and facsimile charges, etc.).

11. I am aware that the services rendered by GMCO will be compensated only as authorized by further order of this Court following the making of a proper application therefore.

12. No promises have been received by GMCO or by any accountant or staff member thereof as to compensation in connection with these cases other than in accordance with the provisions of the Bankruptcy Code. GMCO has no agreement with any other entity to share with such entity any compensation received by GMCO in connection with these chapter 7 cases, except among the accountants and staff of GMCO.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

5

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 28, 2020

/s/ *Donna M. Miller*
Donna M. Miller
Giuliano, Miller & Company, LLC

## **SCHEDULE 1**

**List of Potential Parties in Interest**

## *Potential Parties in Interest*

**Bank**
Bank of America Merrill Lynch
First Commonwealth Bank
Huntington National Bank
M&T Bank
PNC Bank
Synchrony Financial
Wells Fargo Bank

**Bankruptcy Judges**
Chan, Ashley M.
Dorsey, John T
Owens, Karen B.
Shannon, Brendan L.
Silverstein, Laurie Selber
Sontchi, Christopher S.
Walrath, Mary F.

**Bankruptcy Professionals**
Benesch, Friedlander, Coplan & Aronoff LLP
Clear Thinking Group
Evercore Group, LLC
Kirkland & Ellis LLP
Kurtzman Carson Consultants LLC
Morgan, Lewis & Bockius

**Debtor**
Art Van Furniture of Canada, LLC
Art Van Furniture, LLC
AV Pure Sleep Franchising, LLC
AVCE, LLC
AVF Franchising, LLC
AVF Holding Company, Inc.
AVF Holdings I, LLC
AVF Holdings II, LLC
AVF Parent, LLC
Levin Parent, LLC
LF Trucking, Inc.
Sam Levin, Inc.

**Director/Officers**
Alexander, David
Boire, Ron
Bryant, Robert J.
Fazio, Gary

Glucksman, Steve
Haber, Douglas A.
Ladd, David
Longley, Cliff
Smith, Alex
Swenson, Jeff T.
Van Eslander, Gary A.
Yost, Kim
Zambricki, Michael T.

**Equity Holder**
Thomas H. Lee Partners, L.P.

**Franchise**
David Alan Lee and Lisa Marie Lee
ESLINGER HOME FURNISHINGS, INC.
SAMSEN HOME FURNISHINGS, INC.
Southern Home Furnishings, LLC

**Government Regulatory**
U.S Customs and Border Protection

**Insurance**
Ace American Ins. Co. (Navigators)
ACE American Insurance Company (Chubb USA underwriter)
Affiliated FM Insurance Co.
Beazley Furlonge Ltd.
Beazley Insurance Company, Inc.
Charter Oak Fire Ins. Co. (A Travelers Co.)
Citizens Ins. Co. of America
Continental Ins. Co.
Great American Ins. Co.
Greenwich Insurance Company
Hartford Insurance Company of the Midwest
National Union Fire Ins. Co. of Pittsburgh, Pa.
Navigators Ins. Co.
Phoenix Ins. Co. (A Travelers Co.)
Safety National Group
Travelers - St. Paul Fire & Marine
Travelers Casualty & Surety Co.
Travelers Casualty Company of America
Travelers Property Casualty Ins. Co.
VTC Insurance Group

Willis Towers Watson

**Landlord**
10411 Fremont Pike, LLC
125 W. Army Trail Road LLC
3503 RP Gurnee, L.L.C.
4400 North Woodward, LLC
55th & S. Kedzie, LLC
A&R Properties
Acadia Merrillville Realty, L.P.
AF Jonna Development & Management Company, LLC
Agree Limited Partnership
ALPine Valley, L.L.C.
AMD, LLC
Anchor Manistee
Argyle Acres Mall, LLC
Arundel Property Investors LP
B.P. Of White Lake Inc.
Bloomingdale Square, LP
BP Of White Lake, Inc.
Brandon Associates Southgate L.L.C.
Brighton Gate Commons, LLC
Brixmor Heritage Square, LLC
Brixmor Holdings 1 Spe, LLC
Broadstone
Broadstone AVF Illinois, LLC
Broadstone AVF Michigan, LLC
BRTM, LLC
Butler Sitework Associates LLC C/O Mid America Asset Management, Inc.
Campus Hills Maryland Associates, L.P.
CBL/Westmoreland, LP
Ce-Monroeville 3820 Wm Penn LP
Central-Wayne Properties, LLC
Chesterfield Commons Associates, LLC
Country Corners Shopping Center, L.L.C.
Cross Grand Plaza, LLC
Cwd Grandville 1, LLC
DBD AVF
Deville Developments LLC
East Beltline Development, LLC
Eastlake Commons Associates, LLC
Echo Strongsville LLC
Elyria-Chestnut, LLC / Nickleplate Realty Trust LLC
Farbman Group
First International Hawthorne LP
Ford Road Investments, LLC
Frederick-Bilco, LLP
Gateway Fairview, Inc.
Glitz and Associates Inc.
Gowe Leasing Limited
Grand Saginaw Plaza, L.L.C.
Greenfield Plaza, Inc.
GW Fidelity PH, LLC
Hanley Lm Properties, LLC
Investco Of Michigan LLC
Jack H Schwarts, Trustee Of The Jack H Schwarts Trust Agreement dba Maysun Realty Associates
Jerusalem Properties, LLC
JKL Real Estate Co.
JMB Joint Venture
John Doezema Real Estate
Jonna Management Group, LLC
JS Westflo, LLC
Kalamazoo Mall LLC
Keystone Commercial
Kiezi Properties BG, LLC
Kildeer Village Square, LLC
Kms Investments, LLC
L & Y Properties - Solon, LLC
LCN North American Fund II REIT
LCN Partners
Lester Associates
Libby Regency Associates LP
Maple Orchard Associates, LLC
Mcknight South East LP
Mcknight South East, LP C/O Mcknight Property Management
McRobin LTC and Mosites Family GST Trust tdba Robinson Court Associates
Middlebelt Plymouth Venture LLC
Milford Road Plaza, LLC
National Shopping Plazas, Inc.
O'Fallon Missouri Properties, LLC
Ohio Valley Mall Co.
Outlet Village of Hagerstown LP
Paragon Batavia, LLC
Patton Center Associates LP
Paul Property Management, LP
Perry Town Center LLC

2

PLI II Ltd.
Plymouth Haggerty Unit 6
Ramco West Oaks II LLC
Ravid Frederick, LLC
Reed Holding-Talmadge, LLC
Reliance Pittsburgh LLC
Richard and Michelle Brown
River Caddis Development, LLC
Rochester Km Partners, LLC
Roseville Village, L.L.C.
Rothman-O'Fallon LLC
Ryder Investments
Sandor Development Company
SCF RC Funding III
Shelby Corners, LLC
Shops At The Shores Of Long Lake L.L.C.
South Lindbergh Property LLC
Spirit Spe Loan Portfolio 2013-3, LLC
St. John Health
Stonebriar
Store Capital
STORE Master Funding XII, LLC
STORE SPE AVF I 2017-1, LLC
STORE SPE AVF II 2017-2, LLC
SVH Properties, LLC
Tabani Akron, LP
Taubman Auburn Hills Associates Limited
    Partnership
The Allenwest Group, LLC
Universal Mall Properties LLC
Urban Cal Oakland Plaza, LLC
Van Elslander Ventures, LLC
VEREIT Real Estate L.P.
Vereit Real Estate LP
Walnut Capital Partners – Cranberry South LP
Warren Village, LLC
Washington Mall - JCP Associates, Ltd
Waterworks Phase II
Westminster Gateway, LLC
White Lake Square, LLC
WM 73 RE, LLC

**Lender**
Chestnut Hill Funding LLC
Cooper River LLC
Dunlap Funding LLC
Franklin Square Holdings, L.P.

FS Investment Corporation
FS Investment Corporation II
FS Investment Corporation III
FS Investment Corporation IV
GSO Capital Partners LP
Hamilton Street Funding LLC
Juniata River LLC
Kohlberg Kravis Roberts (KKR)
Locust Street Funding LLC
Virtus Group, LP
Wells Fargo Bank, National Association

**Non-Debtor Affiliates**
Art Van Furniture of Canada, ULC
Art Van International Furniture
Consulting Services (Shenzhen) Company
    Limited
AV Franchising, LLC
AV Mattress Express Franchising, LLC
AVASI Services, Inc.
AVASI, Inc.
Comfort Mattress, LLC
Liberty Financing LLC
Wolf Parent, LLC

**Ordinary Course Professionals**
Gordon Brothers Group, LLC
Hilco Trading, LLC d/b/a Hilco Global
Montgomery McCracken, Attorneys at Law

**Significant Competitors**
Ashley Home Store
Bob's Discount Furniture
Gardner-White Furniture Company Inc.
Rooms To Go Incorporated
Value City Furniture

**Significant Creditor**
CIT
LA-Z-Boy Inc.
Rosenthal & Rosenthal
Serta Restokraft

**Surety**
Travelers Casualty and Surety Company of
    America
**Top 30 Creditors**

3

A-America, Inc.
Ascion LLC
Ashley Furniture Industries, Inc.
Bedgear, LLC
Elite Rewards
England
Flexsteel Industries Inc.
Franklin Corporation
Fusion Furniture Inc.
H M Richards Inc.
Jackson Furniture Industries
Kingsdown Inc.
Kuehne & Nagel Inc.
Kuka (HK) Trade Co., Limited
La-Z-Boy Chair Company
Liberty Furniture Industries Inc.
Max Home Furnishings
Michael Nicholas Designs
New Classic Furniture
Sealy Mattress Company
Serta Restokraft Mattress Co.
Signal Restoration Services
Simmons Manufacturing Company, LLC
Simon Li Furniture
Southern Motion Inc.
Standard Furniture Manufacturing, LLC
Stearns & Foster Company
Tempur-Pedic Inc.
The Sussman Agency
United Furniture Industries
Virtus Group, LP

**US Trustee**
Agarwal, Robert
Attix, Lauren
Buchbinder, David
Casey, Linda
Dice, Holly
Dortch, Shakima L.
Fox Jr., Timothy J.
Giordano, Diane
Green, Christine
Hackman, Benjamin
Heck, Jeffrey
Leamy, Jane
McCollum, Hannah M.
O'Malley, James R.

Panacio, Michael
Richenderfer, Linda
Sarkessian, Juliet
Schepacarter, Richard
Serrano, Edith A.
Starr, Karen
Tinker, T. Patrick
Villagrana, David
Vinson, Ramona
Wynn, Dion

**Vendor**
2505 PITKIN CORP
A & R PROPERTIES, L.P.
A AMERICA
A-AMERICA INC.
ABBYSON LIVING LLC
AETNA U.S. HEALTH CARE
AFFORDABLE FURNITURE
AGIO SHIAN INTERNATIONAL
AGREE LIMITED PARTNERSHIP
AMERICAN EXPRESS
AMERICAN FURNITURE/PEAK LIVING
AMERICAN GLOBAL LOGISTICS, LLC
ARTISANS GROUP LLC.
ASCION LLC
ASHLEY FURNITURE IND INC
ASPEN FURNITURE VALUES INTL.
AT&T
BACKER LANDSCAPING INC
BCC WEST II LLC
BDP INTERNATIONAL INC.
BEDGEAR, LLC
BEHOLD WASHINGTON, LLC
BERNHARDT FURNITURE
BEST CHAIRS INC
BLUE BELL MATTRESS COMPANY
CARLIN FILMS
CATNAPPER
CDW DIRECT
CENTURY FURNITURE COMPANY
CENTURYLINK BUSINESS SERVICES
CITY OF WARREN, TREASURER
CLASS PAINTING INC.
CLASSIC BRANDS LLC
CLEARFREIGHT INC
CLEARPRISM LLC.

4

CLEVELAND CHAIR COMPANY
COAST TO COAST IMPORTS, LLC
COLE AV PORTFOLIO I, LLC
COMPONE ADMINISTRATORS INC.
COMPTROLLER OF MARYLAND
CONSUMERS ENERGY
CONTAINER MARKETING
COOK COUNTY TREASURER
CORINTHIAN INC
CRAFTMASTER FURNITURE
CROSSMEDIA INC.
CROWN MARK INC
CVS CAREMARK
DANIEL'S AMISH COLLECTION
DEMATIC CORP.
DETROIT AUTO ELECTRIC
DIAMOND MATTRESS
DTE ENERGY-PO BOX 630795
DUNG KHANH COMPANY LIMITED
ELEMENTS INTERNATIONAL GROUP
ELITE REWARDS
ENGLAND CORSAIR
ENGLAND INC
EQUITY CONSTRUCTION SOLUTIONS
FEDEX
FLEXSTEEL INDUSTRIES INC
FLOORSAVERS RESTORATION INC.
FRANKLIN CORPORATION
FUSION FURNITURE INC.
FUTURA LEATHER
FUYUAN WOOD INDUSTRY CO., LTD
GATEWAY FAIRVIEW INC.
GATHERCRAFT LLC
GOOGLE INC.
GRAPHICS EAST INC.
GSA INTERNATIONAL LTD. GSBE
H M RICHARDS INC
HAMMARY FURNITURE
HANGZHOU CREATIVE LIVING CO.MLTD
HILLSDALE FURNITURE, LLC
HOLLAND HOUSE
HOME ELEGANCE BY TOP-LINE
HOMESTRETCH
HSINYA WOOD INDUSTRY COMPANY, LTD
HUNG YEH INTERNATIONAL CORP
J.B. HUNT TRANSPORTATION
J.D. REAL ESTATE INC.
JACKSON EXPRESS SERVICES LLC
JACKSON FURNITURE
JACOBUS ENERGY
JB HUNT TRANSPORT INC
JONATHAN LOUIS
JOSEPH CORY HOLDINGS LLC.
JS VIG CONSTRUCTION
JTEK DATA SOLUTIONS
JVS EXPRESS LLC
KINGSDOWN INC.
KLAUSSNER HOME FURNISHINGS
KUEHNE & NAGEL INC
KUKA (HK) TRADE CO., LIMITED
LA-Z-BOY CHAIR COMPANY
LATITUDE TREE FURNITURE
LEATHER ITALIA USA
LFN LIMITED.
LIBERTY FURNITURE INDUSTRY
LIFESTYLE ENTERPRISE
LIGHTNING TRANSPORTATION, INC.
LJ GASCHO
LYONS CONSULTING GROUP LLC
MAC FREIGHT SERVICES INC
MAGNOLIA HOME
MAGNUSSEN HOME FURNISHINGS, INC.
MALOUF
MANWAH INC
MAX HOME FURNISHINGS
MEDITERRANEAN SHIPPING CO.,INC
MICHAEL NICHOLAS DESIGNS, INC.
MICHIGAN KENWORTH-GRAND RAPIDS
MICHIGAN THANKSGIVING
MISCIK PRINTING
MODUS FURNITURE INTL
MSTAR INTERNATIONAL TRADING
NAPA FURNITURE DESIGN, INC.
NATUZZI
NEW CLASSIC FURNITURE
NTVB MEDIA
OHIO DEPARTMENT OF TAXATION*C
OLD AMERICAN INCORPORATED
PALLISER FURNITURE CORP
PATRICK HARWOOD & ASSOCIATES
PAXTON SALES INC.

- PENNSYLVANIA DEPARTMENT OF STATE (8722)
- PENSKE TRUCKING LEASING COMPANY (PA)
- PIRRELLO DIGITAL IMAGING
- PRICEWATERHOUSECOOPERS LLP
- PULASKI FURNITURE CORPORATION (HMI)
- QUAD/GRAPHICS, INC.
- RETURN GOLD INTERNATIONAL CO., LTD.
- ROBERT LEVIN
- ROHLIG USA LLC
- SAGGEZZA
- SALESFORCE.COM, INC.
- SAMUEL LAWRENCE FURNITURE (HMI)
- SAUDER WOODWORKING INC
- SCREEN WORKS INC.
- SEALY
- SEALY MATTRESS COMPANY
- SEALY MATTRESS MANUFACTURING COMPANY
- SERTA
- SERTA RESTOKRAFT MATTRESS CO.
- SERTA SIMMONS BEDDING
- SERVECO NORTH AMERICA, LLC
- SIMMONS MATTRESS
- SIMON LI FURNITURE
- SLEEPMADE LLC
- SMITH BROTHERS OF BERNE, INC.
- SOUTHERN MOTION INC
- STANDARD FURNITURE MFG CO
- STEARNS & FOSTER COMPANY
- STYLECRAFT HOME COLLECTION
- STYLELINE FURNITURE
- SUNNY DESIGNS
- SYNERGY HOME FURNISHINGS
- T.S. EXPEDITING SERVICES INC
- TEMPUR PEDIC
- TEMPUR SEALY
- TEMPUR-PEDIC, INC.
- THE HARTFORD
- THE SIMMONS MFG. CO. LLC
- THE SUSSMAN AGENCY
- TRAVELERS
- TWIN STAR INTERNATIONAL, INC.
- UNITED FURNITURE INDUSTRIES
- UNITED STATES POSTAL SERVICE
- USA PREMIUM LEATHER FURNITURE
- VEREIT AV AVON OH, LLC
- VIOLINO HONG KONG LTD
- WORLD SOURCE LP
- WZC NETWORKING LLC
- XPO LOGISTICS, INC.
- YEHBROTHERS WORLDTRADE PTE LTD