# **EXHIBIT A**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| ART VAN FURNITURE, LLC, *et al.,*[1] | Case No. 20-10553 (CSS) |
| Debtors. | Jointly Administered |

**DECLARATION OF BRADFORD J. SANDLER IN SUPPORT OF APPLICATION OF ALFRED T. GIULIANO, CHAPTER 7 TRUSTEE, PURSUANT TO BANKRUPTCY CODE SECTIONS 327(a) AND 328(a), BANKRUPTCY RULES 2014(a) AND 2016, AND LOCAL RULE 2014-1 FOR AUTHORITY TO EMPLOY AND RETAIN PACHULSKI STANG ZIEHL & JONES LLP AS COUNSEL TO CHAPTER 7 TRUSTEE, EFFECTIVE AS OF APRIL 7, 2020**

I, Bradford J. Sandler, Esquire, being duly sworn according to law, hereby declare as follows:

1. I am a partner of Pachulski Stang Ziehl & Jones LLP ("PSZ&J"), which maintains offices for the practice of law at, among other locations, 919 N. Market Street, 17th Floor, Wilmington, Delaware 19801. I am duly admitted and in good standing to practice law in the State of Delaware and the United States District Court for the District of Delaware, among other jurisdictions.[2]

2. I am authorized to submit this declaration (the "Declaration") in support of the *Application of Alfred T. Giuliano, Chapter 7 Trustee, Pursuant to Bankruptcy Code Sections 327(a) and 328(a) and Bankruptcy Rules 2014(a) and 2016 and Local Rule 2014-1 for Authority*

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, include: Art Van Furniture, LLC (9205); AVF Holding Company, Inc. (0291); AVCE, LLC (2509); AVF Holdings I, LLC (2537); AVF Holdings II, LLC (7472); AVF Parent, LLC (3451); Levin Parent, LLC (8052); Art Van Furniture of Canada, LLC (9491); AV Pure Sleep Franchising, LLC (8968); AVF Franchising, LLC (6325); LF Trucking, Inc. (1484); Sam Levin, Inc. (5198); and Comfort Mattress LLC (4463). The location of the Debtors' service address in these chapter 11 cases is: 6500 East 14 Mile Road, Warren Michigan 48092.

[2] I am in good standing to practice law in all jurisdictions to which I am, and have been, admitted to practice.

*to Employ and Retain Pachulski Stang Ziehl & Jones LLP as Counsel to Chapter 7 Trustee, Effective as of April 7, 2020* (the "Application").[3]

3. Neither I, the Firm, nor any partner, of counsel, or associate thereof, insofar as I have been able to ascertain, has any connection with the Debtors, their creditors or any other parties in interest herein, their respective attorneys and accountants, the U.S. Trustee, or any person employed in the office of the U.S. Trustee, except as set forth herein.

4. Bankruptcy Rule 2014 requires that an application for employment under section 327 disclose all connections with the Debtors, the estates, the professionals and the Office of the Trustee. The Firm, therefore, discloses its known connections herein.

5. The Firm has undertaken an investigation of its disinterestedness in connection with this Declaration. The Firm conducts a full and thorough review of its computer database, which contains the names of clients and other parties interested in particular matters. The Firm requires all of its professionals, before accepting the representation of a new client, or the representation of an existing client in a new matter, to perform a conflicts check through the Firm's database and to enter conflict information regarding new clients or new matters into that database. Thus, a review of said computerized database should reveal any and all actual or potential conflicts of interest with respect to any given representation. In particular, an employee of the Firm, under my supervision, entered the names of the parties attached to this Declaration as Schedule 1 into the Firm's electronic database.

6. To date, it appears that PSZ&J does not hold or represent any interest adverse to and has no connection, subject to the disclosures set forth below, with the Debtors herein, their creditors, the U.S. Trustee or any party-in-interest herein in the matters upon which

---

[3] Capitalized terms not otherwise defined herein shall have the meanings and definitions ascribed to such terms in the Application.

2

PSZ&J is to be retained, and is a "disinterested person" within the meaning of section 101(14) of the Bankruptcy Code.  The Firm will file a supplemental declaration disclosing any newly-discovered connections, as needed.

7. The Trustee has selected PSZ&J because of its experience and knowledge and believes that PSZ&J has no disqualifying conflicts of interest.  PSZ&J has advised the Trustee that it may have previously represented, may currently represent, and may in the future represent, in matters totally unrelated to the Debtors and these cases, entities that are claimants of the Debtors or other parties-in-interest in these cases.

8. PSZ&J is not aware of any other prior connection with the Debtors, their creditors or any other party-in-interest.  Upon information and belief, PSZ&J does not hold or represent any interest adverse to the Debtors' estates.

9. PSZ&J may represent, or may have represented, debtors, creditors' committees, or trustees in cases or proceedings against creditors of the Debtors that are unrelated to the Debtors and these cases.  PSZ&J has not and will not represent any such party, or any of their affiliates or subsidiaries, in relation to the Trustee, the Debtors, or these cases, except as may be disclosed in any supplemental disclosure.

10. PSZ&J is a "disinterested person" as that term is defined in section 101(14) of the Bankruptcy Code in that the Firm, its partners, of counsel and associates:

    a. are not creditors, equity security holders or insiders of the Debtors;

    b. are not and were not, within two (2) years before the Petition Date, a director, officer, or employee of the Debtors;

    c. do not have an interest materially adverse to the interests of the Debtors' estates or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtors, or for any other reason, except as disclosed herein.

3

11. Subject to Court approval in accordance with section 330(a) of the Bankruptcy Code and any applicable orders of this Court, compensation will be payable to PSZ&J on an hourly basis, plus reimbursement of actual, necessary expenses and other charges incurred by PSZ&J. PSZ&J has one hourly rate schedule for all work undertaken by the Firm, which is adjusted from time to time, usually effective as of January 1st of each calendar year. The current hourly rates charged by PSZ&J for professional and paralegals employed in its offices are:

| Partners | $750.00 - $1,495.00 per hour |
| Of Counsel | $675.00 - $1,125.00 per hour |
| Associates | $625.00 - $725.00 per hour |
| Paraprofessionals | $395.00 - $425.00 per hour |

12. The professionals and paralegals presently designated to represent the Trustee and their current standard hourly rates are:

    a. Bradford L. Sandler     $1,050.00 per hour

    b. Colin R. Robinson     $825.00 per hour

    c. Peter J. Keane     $750.00 per hour

    d. Liz C. Thomas     $425.00 per hour

13. Other attorneys and paralegals may from time to time serve the Trustee in connection with the matters herein described.

14. For work other than the Preference Work, an hourly fee rate is reasonable and customary for work of this nature. The hourly rate is set at a level designed to fairly compensate the Firm for the work of its attorneys and paralegals and to cover fixed and routine overhead expenses. The 25% contingency fee for the Preference Work is reasonable and appropriate in these cases and is customary for counsel engaged for similar services in chapter 7 cases.

15. It is the Firm's policy to charge its clients in all areas of practice for all other expenses incurred in connection with the client's case. The expenses charged to clients include, among other things, telephone and telecopier toll and other charges, mail and express mail charges, special or hand delivery charges, document retrieval, photocopying charges, charges for mailing supplies (including, without limitation, envelopes and labels) provided by the Firm to outside copying services for use in mass mailings, travel expenses, expenses for "working meals," computerized research, transcription costs, as well as non-ordinary overhead expenses such as case-required secretarial/staff overtime. The Firm will charge the Trustee for these expenses in a manner and at rates consistent with charges made generally to the Firm's other clients. The Firm believes that it is fairer to charge these expenses to the clients incurring them than to increase the hourly rates and spread the expenses among all clients.

16. No promises have been received by the Firm or by any partner, of counsel or associate thereof as to compensation in connection with these cases other than in accordance with the provisions of the Bankruptcy Code. The Firm has no agreement with any other entity to share with such entity any compensation received by the Firm in connection with these cases, except among the partners, of counsel and associates of the Firm.

17. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated:  April 30, 2020                              */s/ Bradford J. Sandler*
                                                                Bradford J. Sandler

## **SCHEDULE 1**

**List of Potential Parties in Interest**

*Potential Parties in Interest*

**Bank**
Bank of America Merrill Lynch
First Commonwealth Bank
Huntington National Bank
M&T Bank
PNC Bank
Synchrony Financial
Wells Fargo Bank

**Bankruptcy Judges**
Chan, Ashley M.
Dorsey, John T
Owens, Karen B.
Shannon, Brendan L.
Silverstein, Laurie Selber
Sontchi, Christopher S.
Walrath, Mary F.

**Bankruptcy Professionals**
Benesch, Friedlander, Coplan & Aronoff LLP
Clear Thinking Group
Evercore Group, LLC
Kirkland & Ellis LLP
Kurtzman Carson Consultants LLC
Morgan, Lewis & Bockius

**Debtor**
Art Van Furniture of Canada, LLC
Art Van Furniture, LLC
AV Pure Sleep Franchising, LLC
AVCE, LLC
AVF Franchising, LLC
AVF Holding Company, Inc.
AVF Holdings I, LLC
AVF Holdings II, LLC
AVF Parent, LLC
Levin Parent, LLC
LF Trucking, Inc.
Sam Levin, Inc.

**Director/Officers**
Alexander, David
Boire, Ron
Bryant, Robert J.
Fazio, Gary
Glucksman, Steve
Haber, Douglas A.
Ladd, David
Longley, Cliff
Smith, Alex
Swenson, Jeff T.
Van Eslander, Gary A.
Yost, Kim
Zambricki, Michael T.

**Equity Holder**
Thomas H. Lee Partners, L.P.

**Franchise**
David Alan Lee and Lisa Marie Lee
ESLINGER HOME FURNISHINGS, INC.
SAMSEN HOME FURNISHINGS, INC.
Southern Home Furnishings, LLC

**Government Regulatory**
U.S Customs and Border Protection

**Insurance**
Ace American Ins. Co. (Navigators)
ACE American Insurance Company (Chubb USA underwriter)
Affiliated FM Insurance Co.
Beazley Furlonge Ltd.
Beazley Insurance Company, Inc.
Charter Oak Fire Ins. Co. (A Travelers Co.)
Citizens Ins. Co. of America
Continental Ins. Co.
Great American Ins. Co.
Greenwich Insurance Company
Hartford Insurance Company of the Midwest
National Union Fire Ins. Co. of Pittsburgh, Pa.
Navigators Ins. Co.
Phoenix Ins. Co. (A Travelers Co.)
Safety National Group
Travelers - St. Paul Fire & Marine
Travelers Casualty & Surety Co.
Travelers Casualty Company of America
Travelers Property Casualty Ins. Co.
VTC Insurance Group

Willis Towers Watson

**Landlord**
10411 Fremont Pike, LLC
125 W. Army Trail Road LLC
3503 RP Gurnee, L.L.C.
4400 North Woodward, LLC
55th & S. Kedzie, LLC
A&R Properties
Acadia Merrillville Realty, L.P.
AF Jonna Development & Management Company, LLC
Agree Limited Partnership
ALPine Valley, L.L.C.
AMD, LLC
Anchor Manistee
Argyle Acres Mall, LLC
Arundel Property Investors LP
B.P. Of White Lake Inc.
Bloomingdale Square, LP
BP Of White Lake, Inc.
Brandon Associates Southgate L.L.C.
Brighton Gate Commons, LLC
Brixmor Heritage Square, LLC
Brixmor Holdings 1 Spe, LLC
Broadstone
Broadstone AVF Illinois, LLC
Broadstone AVF Michigan, LLC
BRTM, LLC
Butler Sitework Associates LLC C/O Mid America Asset Management, Inc.
Campus Hills Maryland Associates, L.P.
CBL/Westmoreland, LP
Ce-Monroeville 3820 Wm Penn LP
Central-Wayne Properties, LLC
Chesterfield Commons Associates, LLC
Country Corners Shopping Center, L.L.C.
Cross Grand Plaza, LLC
Cwd Grandville 1, LLC
DBD AVF
Deville Developments LLC
East Beltline Development, LLC
Eastlake Commons Associates, LLC
Echo Strongsville LLC
Elyria-Chestnut, LLC / Nickleplate Realty Trust LLC
Farbman Group

First International Hawthorne LP
Ford Road Investments, LLC
Frederick-Bilco, LLP
Gateway Fairview, Inc.
Glitz and Associates Inc.
Gowe Leasing Limited
Grand Saginaw Plaza, L.L.C.
Greenfield Plaza, Inc.
GW Fidelity PH, LLC
Hanley Lm Properties, LLC
Investco Of Michigan LLC
Jack H Schwarts, Trustee Of The Jack H Schwarts Trust Agreement dba Maysun Realty Associates
Jerusalem Properties, LLC
JKL Real Estate Co.
JMB Joint Venture
John Doezema Real Estate
Jonna Management Group, LLC
JS Westflo, LLC
Kalamazoo Mall LLC
Keystone Commercial
Kiezi Properties BG, LLC
Kildeer Village Square, LLC
Kms Investments, LLC
L & Y Properties - Solon, LLC
LCN North American Fund II REIT
LCN Partners
Lester Associates
Libby Regency Associates LP
Maple Orchard Associates, LLC
Mcknight South East LP
Mcknight South East, LP C/O Mcknight Property Management
McRobin LTC and Mosites Family GST Trust tdba Robinson Court Associates
Middlebelt Plymouth Venture LLC
Milford Road Plaza, LLC
National Shopping Plazas, Inc.
O'Fallon Missouri Properties, LLC
Ohio Valley Mall Co.
Outlet Village of Hagerstown LP
Paragon Batavia, LLC
Patton Center Associates LP
Paul Property Management, LP
Perry Town Center LLC

2

PLI II Ltd.
Plymouth Haggerty Unit 6
Ramco West Oaks II LLC
Ravid Frederick, LLC
Reed Holding-Talmadge, LLC
Reliance Pittsburgh LLC
Richard and Michelle Brown
River Caddis Development, LLC
Rochester Km Partners, LLC
Roseville Village, L.L.C.
Rothman-O'Fallon LLC
Ryder Investments
Sandor Development Company
SCF RC Funding III
Shelby Corners, LLC
Shops At The Shores Of Long Lake L.L.C.
South Lindbergh Property LLC
Spirit Spe Loan Portfolio 2013-3, LLC
St. John Health
Stonebriar
Store Capital
STORE Master Funding XII, LLC
STORE SPE AVF I 2017-1, LLC
STORE SPE AVF II 2017-2, LLC
SVH Properties, LLC
Tabani Akron, LP
Taubman Auburn Hills Associates Limited Partnership
The Allenwest Group, LLC
Universal Mall Properties LLC
Urban Cal Oakland Plaza, LLC
Van Elslander Ventures, LLC
VEREIT Real Estate L.P.
Vereit Real Estate LP
Walnut Capital Partners – Cranberry South LP
Warren Village, LLC
Washington Mall - JCP Associates, Ltd
Waterworks Phase II
Westminster Gateway, LLC
White Lake Square, LLC
WM 73 RE, LLC

**Lender**
Chestnut Hill Funding LLC
Cooper River LLC
Dunlap Funding LLC
Franklin Square Holdings, L.P.
FS Investment Corporation
FS Investment Corporation II
FS Investment Corporation III
FS Investment Corporation IV
GSO Capital Partners LP
Hamilton Street Funding LLC
Juniata River LLC
Kohlberg Kravis Roberts (KKR)
Locust Street Funding LLC
Virtus Group, LP
Wells Fargo Bank, National Association

**Non-Debtor Affiliates**
Art Van Furniture of Canada, ULC
Art Van International Furniture
Consulting Services (Shenzhen) Company Limited
AV Franchising, LLC
AV Mattress Express Franchising, LLC
AVASI Services, Inc.
AVASI, Inc.
Comfort Mattress, LLC
Liberty Financing LLC
Wolf Parent, LLC

**Ordinary Course Professionals**
Gordon Brothers Group, LLC
Hilco Trading, LLC d/b/a Hilco Global
Montgomery McCracken, Attorneys at Law

**Significant Competitors**
Ashley Home Store
Bob's Discount Furniture
Gardner-White Furniture Company Inc.
Rooms To Go Incorporated
Value City Furniture

**Significant Creditor**
CIT
LA-Z-Boy Inc.
Rosenthal & Rosenthal
Serta Restokraft

**Surety**
Travelers Casualty and Surety Company of America
**Top 30 Creditors**

3

A-America, Inc.
Ascion LLC
Ashley Furniture Industries, Inc.
Bedgear, LLC
Elite Rewards
England
Flexsteel Industries Inc.
Franklin Corporation
Fusion Furniture Inc.
H M Richards Inc.
Jackson Furniture Industries
Kingsdown Inc.
Kuehne & Nagel Inc.
Kuka (HK) Trade Co., Limited
La-Z-Boy Chair Company
Liberty Furniture Industries Inc.
Max Home Furnishings
Michael Nicholas Designs
New Classic Furniture
Sealy Mattress Company
Serta Restokraft Mattress Co.
Signal Restoration Services
Simmons Manufacturing Company, LLC
Simon Li Furniture
Southern Motion Inc.
Standard Furniture Manufacturing, LLC
Stearns & Foster Company
Tempur-Pedic Inc.
The Sussman Agency
United Furniture Industries
Virtus Group, LP

**US Trustee**
Agarwal, Robert
Attix, Lauren
Buchbinder, David
Casey, Linda
Dice, Holly
Dortch, Shakima L.
Fox Jr., Timothy J.
Giordano, Diane
Green, Christine
Hackman, Benjamin
Heck, Jeffrey
Leamy, Jane
McCollum, Hannah M.
O'Malley, James R.
Panacio, Michael
Richenderfer, Linda
Sarkessian, Juliet
Schepacarter, Richard
Serrano, Edith A.
Starr, Karen
Tinker, T. Patrick
Villagrana, David
Vinson, Ramona
Wynn, Dion

**Vendor**
2505 PITKIN CORP
A & R PROPERTIES, L.P.
A AMERICA
A-AMERICA INC.
ABBYSON LIVING LLC
AETNA U.S. HEALTH CARE
AFFORDABLE FURNITURE
AGIO SHIAN INTERNATIONAL
AGREE LIMITED PARTNERSHIP
AMERICAN EXPRESS
AMERICAN FURNITURE/PEAK LIVING
AMERICAN GLOBAL LOGISTICS, LLC
ARTISANS GROUP LLC.
ASCION LLC
ASHLEY FURNITURE IND INC
ASPEN FURNITURE VALUES INTL.
AT&T
BACKER LANDSCAPING INC
BCC WEST II LLC
BDP INTERNATIONAL INC.
BEDGEAR, LLC
BEHOLD WASHINGTON, LLC
BERNHARDT FURNITURE
BEST CHAIRS INC
BLUE BELL MATTRESS COMPANY
CARLIN FILMS
CATNAPPER
CDW DIRECT
CENTURY FURNITURE COMPANY
CENTURYLINK BUSINESS SERVICES
CITY OF WARREN, TREASURER
CLASS PAINTING INC.
CLASSIC BRANDS LLC
CLEARFREIGHT INC
CLEARPRISM LLC.

| | |
|---|---|
| CLEVELAND CHAIR COMPANY | J.B. HUNT TRANSPORTATION |
| COAST TO COAST IMPORTS, LLC | J.D. REAL ESTATE INC. |
| COLE AV PORTFOLIO I, LLC | JACKSON EXPRESS SERVICES LLC |
| COMPONE ADMINISTRATORS INC. | JACKSON FURNITURE |
| COMPTROLLER OF MARYLAND | JACOBUS ENERGY |
| CONSUMERS ENERGY | JB HUNT TRANSPORT INC |
| CONTAINER MARKETING | JONATHAN LOUIS |
| COOK COUNTY TREASURER | JOSEPH CORY HOLDINGS LLC. |
| CORINTHIAN INC | JS VIG CONSTRUCTION |
| CRAFTMASTER FURNITURE | JTEK DATA SOLUTIONS |
| CROSSMEDIA INC. | JVS EXPRESS LLC |
| CROWN MARK INC | KINGSDOWN INC. |
| CVS CAREMARK | KLAUSSNER HOME FURNISHINGS |
| DANIEL'S AMISH COLLECTION | KUEHNE & NAGEL INC |
| DEMATIC CORP. | KUKA (HK) TRADE CO., LIMITED |
| DETROIT AUTO ELECTRIC | LA-Z-BOY CHAIR COMPANY |
| DIAMOND MATTRESS | LATITUDE TREE FURNITURE |
| DTE ENERGY-PO BOX 630795 | LEATHER ITALIA USA |
| DUNG KHANH COMPANY LIMITED | LFN LIMITED. |
| ELEMENTS INTERNATIONAL GROUP | LIBERTY FURNITURE INDUSTRY |
| ELITE REWARDS | LIFESTYLE ENTERPRISE |
| ENGLAND CORSAIR | LIGHTNING TRANSPORTATION, INC. |
| ENGLAND INC | LJ GASCHO |
| EQUITY CONSTRUCTION SOLUTIONS | LYONS CONSULTING GROUP LLC |
| FEDEX | MAC FREIGHT SERVICES INC |
| FLEXSTEEL INDUSTRIES INC | MAGNOLIA HOME |
| FLOORSAVERS RESTORATION INC. | MAGNUSSEN HOME FURNISHINGS, INC. |
| FRANKLIN CORPORATION | MALOUF |
| FUSION FURNITURE INC. | MANWAH INC |
| FUTURA LEATHER | MAX HOME FURNISHINGS |
| FUYUAN WOOD INDUSTRY CO., LTD | MEDITERRANEAN SHIPPING CO.,INC |
| GATEWAY FAIRVIEW INC. | MICHAEL NICHOLAS DESIGNS, INC. |
| GATHERCRAFT LLC | MICHIGAN KENWORTH-GRAND RAPIDS |
| GOOGLE INC. | MICHIGAN THANKSGIVING |
| GRAPHICS EAST INC. | MISCIK PRINTING |
| GSA INTERNATIONAL LTD. GSBE | MODUS FURNITURE INTL |
| H M RICHARDS INC | MSTAR INTERNATIONAL TRADING |
| HAMMARY FURNITURE | NAPA FURNITURE DESIGN, INC. |
| HANGZHOU CREATIVE LIVING CO.MLTD | NATUZZI |
| HILLSDALE FURNITURE, LLC | NEW CLASSIC FURNITURE |
| HOLLAND HOUSE | NTVB MEDIA |
| HOME ELEGANCE BY TOP-LINE | OHIO DEPARTMENT OF TAXATION*C |
| HOMESTRETCH | OLD AMERICAN INCORPORATED |
| HSINYA WOOD INDUSTRY COMPANY, LTD | PALLISER FURNITURE CORP |
| | PATRICK HARWOOD & ASSOCIATES |
| HUNG YEH INTERNATIONAL CORP | PAXTON SALES INC. |

PENNSYLVANIA DEPARTMENT OF STATE (8722)
PENSKE TRUCKING LEASING COMPANY (PA)
PIRRELLO DIGITAL IMAGING
PRICEWATERHOUSECOOPERS LLP
PULASKI FURNITURE CORPORATION (HMI)
QUAD/GRAPHICS, INC.
RETURN GOLD INTERNATIONAL CO., LTD.
ROBERT LEVIN
ROHLIG USA LLC
SAGGEZZA
SALESFORCE.COM, INC.
SAMUEL LAWRENCE FURNITURE (HMI)
SAUDER WOODWORKING INC
SCREEN WORKS INC.
SEALY
SEALY MATTRESS COMPANY
SEALY MATTRESS MANUFACTURING COMPANY
SERTA
SERTA RESTOKRAFT MATTRESS CO.
SERTA SIMMONS BEDDING
SERVECO NORTH AMERICA, LLC
SIMMONS MATTRESS
SIMON LI FURNITURE
SLEEPMADE LLC
SMITH BROTHERS OF BERNE, INC.
SOUTHERN MOTION INC
STANDARD FURNITURE MFG CO
STEARNS & FOSTER COMPANY
STYLECRAFT HOME COLLECTION
STYLELINE FURNITURE
SUNNY DESIGNS
SYNERGY HOME FURNISHINGS
T.S. EXPEDITING SERVICES INC
TEMPUR PEDIC
TEMPUR SEALY
TEMPUR-PEDIC, INC.
THE HARTFORD
THE SIMMONS MFG. CO. LLC
THE SUSSMAN AGENCY
TRAVELERS
TWIN STAR INTERNATIONAL, INC.
UNITED FURNITURE INDUSTRIES
UNITED STATES POSTAL SERVICE
USA PREMIUM LEATHER FURNITURE
VEREIT AV AVON OH, LLC
VIOLINO HONG KONG LTD
WORLD SOURCE LP
WZC NETWORKING LLC
XPO LOGISTICS, INC.
YEHBROTHERS WORLDTRADE PTE LTD