IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 7 |
| ART VAN FURNITURE, LLC, *et al.*,[1] | ) Case No. 20-10553 (CSS) |
| Debtors. | ) (Jointly Administered) |

**ORDER GRANTING MOTION TO SHORTEN NOTICE PERIOD AND SCHEDULE EXPEDITED HEARING ON MOTION OF ALFRED T. GIULIANO, CHAPTER 7 TRUSTEE, TO: (A) APPROVE AGREEMENT WITH AMERICAN SIGNATURE, INC. AND AUTHORIZE LIQUIDATION OF ASSETS AT TWO STORE LOCATIONS, AND TO SELL ASSETS FREE AND CLEAR OF ALL LIENS, CLAIMS, ENCUMBRANCES, AND INTERESTS; (B) GRANTING RELATED RELIEF**

Upon consideration of the motion (the "Motion to Shorten")[2] for entry of an order shortening the notice period and scheduling an expedited hearing on the *Motion of Alfred T. Giuliano, Chapter 7 Trustee, to: (A) Approve Agreement with American Signature, Inc. and Authorize Liquidation of Assets at Two Store Locations, and to Sell Assets Free and Clear of All Liens, Claims, Encumbrances, and Interests; and (B) Granting Related Relief* (the "Motion") filed by Alfred T. Giuliano, chapter 7 trustee (the "Trustee") to the estates of the above-captioned debtors (the "Debtors"); and the Court having determined after due deliberation that the legal and factual bases set forth in the Motion to Shorten establish just cause for the relief granted herein; and the Court finding that (a) the Court has jurisdiction for a hearing pursuant to

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Art Van Furniture, LLC (9205); AVF Holding Company, Inc. (0291); AVCE, LLC (2509); AVF Holdings I, LLC (2537); AVF Holdings II, LLC (7472); AVF Parent, LLC (3451); Levin Parent, LLC (8052); Art Van Furniture of Canada, LLC (9491); AV Pure Sleep Franchising, LLC (8968); AVF Franchising, LLC (6325); LF Trucking, Inc. (1484); Sam Levin, Inc. (5198); and Comfort Mattress LLC (4463). The location of the Debtors' service address in these chapter 11 cases is: 6500 East 14 Mile Road, Warren Michigan 48092.

[2] Capitalized terms not defined herein shall have the meanings attributed in the Motion to Shorten or the Motion, as applicable.

DOCS_DE:228385.1

28 U.S.C. §§ 157 and 1334, (b) the Motion to Shorten is a core proceeding pursuant to 28 U.S.C. § 157(b)(2) and (c) venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and notice of the Motion to Shorten being adequate and sufficient; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Motion to Shorten is GRANTED as set forth herein.

2. A hearing to consider the relief requested in the Motion shall be held on _May 5_, 2020, at _10:00_ _a_.m. (prevailing Eastern time) (the "Hearing").

3. Any objections or responses to the relief requested in the Motion are due at the Hearing.

4. Immediately after the entry of this Order, counsel for the Trustee shall serve a copy of this Order and notice of the Motion on parties originally served with the Motion to Shorten and the Motion in the manner described in the Motion to Shorten.

5. This Court shall retain jurisdiction with respect to all matters arising from or related to the interpretation and enforcement of this Order.

5/1/20    [signature]

2