**FILED**

2020 MAY -1  AM 9:19

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

# Hsin Ya Wood Industry Co Ltd

Binh Giao Ward, Thuan Giao Village, Thuan An District, VN 820000.
Tel: 011+84-2747118911 or 011-84933420-903
Email: peggy@hsinya.com.vn

April 28, 2020

United States Bankruptcy Court
District of Delaware
824 Market ST N
3rd Floor
Wilmington, DE 19801

**Re: Case Number 20-10553 to withdraw file 788**

We withdraw claim number Seven Eight Eight (788) file in Case Number 20-10553 number for Hsin Ya Wood Industry Co Ltd, the claim amount is USD 130,019.98.

Please kindly help to email me back once you all done this withdraw.

Yours faithfully,

_____
(Peggy Lin)