**WFT Trading Holdings Limited** (Co. No 14...)
27-1 & 2 Jalan Molek 3/10, Tmn Molek, Johor Bahru, Johor, Malaysia.
Tel: 011-6073630093/ 011-60127275041      Email: hoon@woodyfurnitureind.com

FILED
2020 MAY -1  AM 9:19
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

April 28, 2020

United States Bankruptcy Court
District of Delaware
824 Market ST N
3rd Floor
Wilmington, DE 19801

<u>Re: **Case Number 20-10553 to withdraw file 803**</u>

We withdraw claim number Eight Zero Three (803) file in Case Number 20-10553 number for WF Trading Holdings Ltd, the claim amount USD 30,024.61.

Please kindly help to email me back once you all done this withdraw.

Yours faithfully,

(Teo Hwee Hoon)