April 26, 2020
Lori Capozzo
3474 Bethany
Casco MI 48064
Artvan Chapter 7 Proof of Claim
20-10553 (LSS)

To whom it may concern - I recently was one of the 3500 let go by Thomas H Lee (Art Van Furniture). I've enclosed proof of vacation pay & sick days not paid. I hope this suffices.

Thank you
Lori Capozzo

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ART VAN FURNITURE, LLC | | | Pay Begin Date | 3/22/2020 | | Voucher #: | 1517776 |
| 6500 E. 14 MILE RD. | | | Pay End Date | 3/28/2020 | | Check Date: | 4/03/2020 |
| WARREN MI 48092 | | | | | | | |

| | | | | TAX DATA: | Federal: | State: |
|---|---|---|---|---|---|---|
| LORI M CAPOZZO | Employee ID: | 27022 | | Withholding Status | S | S |
| 3679 BETHUY | Department: | CHESTERFIELD | | Allowances: | 00 | 01 |
| CASCO MI 48064 | Location: | CHESTERFIELD | | Addl. Pct.: | | |
| | | SALES-DRAW & COMMISSION | | Addl. Amt.: | | |
| | Pay Rate | 38.90 | | | | |

### HOURS AND EARNINGS

| | | | YTD | | TAXES | | |
|---|---|---|---|---|---|---|---|
| Description | Hours | Earnings | Hours | Earnings | Description | Current | YTD |
| TRAINING | | | 39.25 | 427.04 | FICA MEDICARE IN | 13.53 | 344.67 |
| SAL DRAW | | | 408.79 | 4,447.64 | FICA OASDI/DISAB | 57.88 | 1,473.78 |
| SAL COMMISSION | | | | 17,711.67 | FED WITHHOLDING | 108.35 | 2,706.69 |
| SAL BEDDING SPIF | | | | 536.87 | MI WITHHOLDING | 35.80 | 798.73 |
| COMMISSION | | | | 318.33 | | | |
| HOLIDAY | | | 16.00 | 120.00 | | | |
| SAL OTHER SPIF | | | | 2,443.03 | | | |
| SAL MEDICARE SPIF | | | | 18.00 | | | |
| SICK | | | 16.00 | 120.00 | | | |
| VACATION | 24.00 | 933.60 | 88.00 | 3,423.20 | | | |
| ACTUAL HOURS | | | 448.04 | | | | |

Sick & personal time
I still had 4 - 8 hour days owed
at $10.88 an hour

| | Vac Award: 11/21/2003 | Earned | Taken | Balance |
|---|---|---|---|---|
| | Vacation | 160.00 | 88.00 | 72.00 |

72 hours vacation owed
At 38.90 An hour

| Total: | | 933.60 | | 29,565.78 | Total: | 215.56 | 5,323.87 |
|---|---|---|---|---|---|---|---|

### BEFORE-TAX DEDUCTIONS | AFTER-TAX DEDUCTIONS | DIRECT DEPOSIT DISTRIBUTIONS

| Description | Current | YTD | Description | Current | YTD | Description | Current | YTD |
|---|---|---|---|---|---|---|---|---|
| 401K | | 2,493.27 | ADD. LIFE - EMP. | | 34.32 | DIRECT DEPOSIT 1 | 718.04 | 15,858.80 |
| DEDUCTED DRAW | | 5,343.72 | SPOUSE LIFE INS. | | 60.36 | | | |
| VISION | | 27.60 | | | | | | |
| MEDICAL | | 385.20 | | | | | | |
| DENTAL | | 39.64 | | | | | | |

| Total: | | | Total: | | 94.68 | Total: | 718.04 | 15,858.80 |
|---|---|---|---|---|---|---|---|---|

| | TOTAL GROSS | FED TAXABLE GROSS | TAXES | DEDUCTIONS | DIRECT DEPOSIT | CHECK | NET PAY |
|---|---|---|---|---|---|---|---|
| Current | 933.60 | | 215.56 | | 718.04 | | 718.04 |
| YTD | 29,565.78 | | 5,323.87 | 94.68 | 15,858.80 | | 15,858.80 |

---

**ART VAN FURNITURE, LLC**
6500 E. 14 MILE RD.
WARREN MI 48092

Date: 4/03/2020
Voucher #: 1517776

### DIRECT DEPOSIT DISTRIBUTION

| | TRANSIT # | ACCOUNT # | AMOUNT |
|---|---|---|---|
| DIRECT DEPOSIT 1 | 724-14129 | ***0764 | 718.04 |

To The
Account(s) of   **LORI M CAPOZZO**
3679 BETHUY
CASCO, MI 48064

Location:   CHESTERFIELD