# LEVIN FURNITURE
www.levinfurniture.com

Join us at: 🐦 📘 💼 📷 ● ▶️

**MT PLEASANT**
**600 MAIN STREET, MT.**
**PLEASANT, PA 15666**

**FILED**
2020 MAY -1 AM 10:06
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

ORDER #: 0209901JM57
ACCOUNT #: HOBUP47299
SALE DATE: 02/09/2019
DELIVERY: 04/12/2019
SALESPERSON: DONALD FLEMING

PATRICIA HOBURN
234 HOPWOOD-COOL SPRING RD
HOPWOOD PA 15445
724-437-0371

PATRICIA HOBURN
234 HOPWOOD-COOL SPRING RD
HOPWOOD PA 15445
724-437-0371

724-204-4457

| SKU | | | Description | Qty | Price | Total |
|---|---|---|---|---|---|---|
| 56DISC | | | 56% OFF BEFORE SAVINGS PRICE<br>56% OFF BEFORE SAVINGS PRICE | 1 | $0.00 | $0.00 |
| BBACK | | | RETURN GUEST<br>RETURN GUEST | 1 | $0.00 | $0.00 |
| SPECORDER | | | NO CANCELLATIONS OR RETURNS<br>50% NON-REFUNDABLE DOWN PAYMNT | 1 | $0.00 | $0.00 |
| MWD8 | | | $3,500.00-ABOVE<br>5YR MULTI COVERAGE WOOD | 1 | $349.99 | $349.99 |
| LPPREBATE | | | REBATE IN FORM OF GIFT CARD<br>IF NO CLAIM IS FILED IN 5YRS. | 1 | $0.00 | $0.00 |
| FREEDEL | | | FREE DELIVERY PROMOTION<br>FREE DELIVERY | 1 | $0.00 | $0.00 |
| S180096 | 06 | WHS | DOUBLE DRESSER<br>35-4042-30-90-3023K<br>COL:AMISH CLASSIC | 1 | $1,929.72 | $1,929.72 |
| S896147 | 06 | WHS | LOW WIDE MIRROR<br>39-4011-30-90<br>COL:AMISH CLASSIC | 1 | $404.42 | $404.42 |
| S528658 | 06 | WHS | NIGHTSTAND<br>37-4013-30-90-3023K<br>COL: AMISH CLASSIC | 1 | $613.38 | $613.38 |
| S008826 | 06 | WHS | CHEST<br>33-4005-30-90-3023K<br>COL: AMISH CLASSIC | 1 | $1,267.20 | $1,267.20 |
| S222263 | 06 | WHS | QUEEN HEADBOARD<br>30-8013-30-90<br>COL:AMISH CLASSIC | 1 | $642.02 | $642.02 |
| S635802 | 06 | WHS | QUEEN RAILS AND SLATS<br>30-8003-30-90<br>COL:AMISH CLASSIC | 1 | $197.16 | $197.16 |
| S443688 | 06 | WHS | QUEEN LOW FOOTBOARD<br>30-8033-30-90<br>COL: AMISH CLASSIC | 1 | $544.29 | $544.29 |

*Handwritten:*
PATRICIA HOBURN
CASE NUMBER - 20-10564-CSS
CLAIM NUMBER - 52 FILED 4/24/2020

SUBTOTAL
DELIVERY CHARGE
RECYCLE FEE
SALES TAX
**\*TOTAL SALE\*:** **$6,305.07**
PAYMENTS
FINANCED

**\*\*BALANCE\*\*:** **($0.00)**

*For post-delivery questions or concerns please contact Levin's Customer Service Department at (844) 600-1795.*

CUSTOMER INITIALS

## Levin Service Plan 1.7

Note: Please refer to your sales invoice for the coverage(s) that apply to your purchase. All of the coverage's listed below may not apply to your order.

**[LE]VIN SERVICE INC. TERMS AND CONDITIONS:** This is a legal contract (herein referred to as the "Plan") by purchasing it, you understand that it is a legal contract and [ack]nowledge that you have had the opportunity to read the terms and conditions set forth herein. This Plan and your sales invoice constitute the entire agreement [bet]ween you and Levin Service Inc. The total liability under this Plan is the total price you paid for the furniture item. In the event the total aggregate of all authorized [ser]vice/repairs exceeds the purchase price paid for the furniture item or we replace the furniture item with a new piece of equal value, we shall have satisfied all [obl]igations owed under this Plan. If you move outside the Levin Furniture trading area and the furniture item(s) cannot be serviced, the liability will be limited to a refund [of t]he pro-rated purchase price of this Plan. Once a refund has been issued for any furniture item, all terms & conditions of the Plan will be fulfilled, all future claims will be [voi]d. **TERM:** Your coverage under this plan is effective beginning the date you took possession of the covered item (your delivery date). The Plan will expire either five (5) [or] ten (10) years from this effective date depending on the length and type of Plan you purchased and as stated on your sales invoice. The Plan is not renewable.

**[LE]VIN SERVICE COVERAGE:** If we determine, at our sole discretion, that your furniture item cannot be serviced or repaired, we may opt to replace the affected area, part, [or] component. If the affected area(s) cannot be replaced, you may be given the option to select a new replacement piece equal in value up to the original purchase price of [tha]t item only. New coverage for the replacement item would need to be purchased and shall be available at Levin Furniture's discretion. This value excludes all taxes and [deli]very fees. If you move outside the Levin Furniture delivery area, you will be responsible for all applicable shipping/delivery costs or additional out-of-area trip charge [ass]ociated with the plan claim. The Plan is not transferable to another owner.

**[PR]ODUCT SPECIFIC COVERAGE:** *Note: An incident is defined as a single relatable occurrence that caused a covered problem and not occurrences that build up.*

**[PR]EMIUM FABRIC PROTECTION PLAN:** Term-5 Years, Invoice Limit-$15,000
[Re]port all claims to Levin Service within 5 days of the accidental staining or damage occurrence.
[Pla]n Coverage:
   a. ACCIDENTAL stains caused by any food or beverage normally consumed by humans; mold and mildew stains caused by food or beverage spills; stains caused by human or pet bodily fluids.
   b. ACCIDENTAL stains caused by grass, grease, ballpoint pen ink, iodine, nail polish, cosmetics, lipstick, crayon, and shoe polish.
   c. ACCIDENTAL rips, cuts, punctures or burns from a single relatable occurrence.

**[PR]EMIUM SUNBRELLA FABRIC PROTECTION PLAN:** Term-5 Years, Invoice Limit-$15,000
[Re]port all claims to Levin Service within 5 days of the accidental damage occurrence.
[Pla]n Coverage: ACCIDENTAL rips, cuts, punctures or burns from a single relatable occurrence.

**[PR]EMIUM LEATHER PROTECTION PLAN:** Term-5 Years, Invoice Limit-$15,000
[Re]port all claims to Levin Service within 5 days of the accidental staining or damage occurrence.
[Pla]n Coverage:
   a. ACCIDENTAL stains caused by any food or beverage normally consumed by humans; mold and mildew stains caused by food or beverage spills; stains caused by human or pet bodily fluids.
   b. ACCIDENTAL stains caused by grass, grease, ballpoint pen ink, iodine, nail polish, cosmetics, lipstick, crayon, and shoe polish.
   c. ACCIDENTAL rips, cuts, punctures or burns from a single relatable occurrence.

**[PR]EMIUM OUTDOOR PROTECTION PLAN:** Term-5 Years, Invoice Limit-$20,000
[Re]port all claims to Levin Service within 5 days of the accidental staining or damage occurrence.
[Pla]n Coverage:
   a. ACCIDENTAL stains caused by any food or beverage normally consumed by humans; stains caused by human or pet bodily fluids.
   b. ACCIDENTAL stains caused by grass, grease, ballpoint pen ink, iodine, nail polish, cosmetics, lipstick, crayon, and shoe polish.
   c. ACCIDENTAL rips, cuts, punctures or burns from a single relatable occurrence. Outdoor table includes breakage of glass components.
   d. STRUCTURAL defects to metal frames such as warping and frame breakage/cracking, separation of frame components. Umbrella mechanisms.

**[PR]EMIUM AREA RUG PROTECTION PLAN:** Term-5 years, Invoice Limit-$10,000
[Re]port all claims to Levin Service within 5 days of the accidental staining or damage occurrence.
[Pla]n Coverage:
   a. ACCIDENTAL stains caused by any food or beverage normally consumed by humans; mold and mildew stains caused by food or beverage spills; stains caused by human or pet bodily fluids.
   b. ACCIDENTAL stains caused by grass, grease, ballpoint pen ink, iodine, nail polish, cosmetics, lipstick, crayon, and shoe polish.
   c. ACCIDENTAL rips, cuts, punctures or burns from a single relatable occurrence.

**PREMIUM WOOD AND FIREPLACE PROTECTION PLAN: Term-5 Years, Invoice Limit-$15,000**
[Re]port all claims to Levin Service within 5 days of the accidental staining or damage occurrence.
[Pla]n Coverage: for wood products including any fabric and leather integrated with these products (see Fabric and Leather Protection Plans above to specifics).
   a. ACCIDENTAL stains caused by any food or beverage normally consumed by humans
   b. Mold and mildew stains caused by food or beverage spills
   c. Breakage of wood frame or structure or other hard surface from single relatable occurrence.
   d. Gouge, heat mark or liquid ring from single relatable occurrence.
   e. ACCIDENTAL breakage of glass or mirror components (with the exception of crowned or curved glass).
   f. Fireplace: Mantle, frame and non-crown glass (excludes firebox)

**[PR]EMIUM SLEEPER MECHANISM PROTECTION PLAN:** Term-5 years, Invoice Limit-$15,000
[Re]port all claims to Levin Service within 5 days of the accidental staining or damage occurrence.
[Pla]n Coverage: Structural or component failure due to normal residential use that results in the breakage of frames, mechanisms, welds, assembled joints. [spri]ngs and decking. Parts and labor included. Removable mattress is covered under manufacturer's warranty only. An individual component shall be repaired or [rep]laced a maximum of 2 times at the discretion of Levin Furniture Service. Replacement of the entire product fulfills the warranty.

**[PR]EMIUM STRUCTURAL MOTION FURNITURE PROTECTION PLAN:** Term-5 years, Invoice Limit-$20,000
[Re]port all claims to Levin Service within 5 days of the accidental staining or damage occurrence.
[Pla]n Coverage: Structural or component failure due to normal residential use that results in the breakage of frames, mechanisms, welds, swivel bases, recliner [han]dles and assembled joints. Parts and labor included. An individual component shall be repaired or replaced a maximum of 2 times at the discretion of Levin [Fur]niture Service. Replacement of the entire product fulfills the warranty.

**[PR]EMIUM STRUCTURAL POWER MOTION FURNITURE PROTECTION PLAN:** Term-5 years, Invoice Limit-$20,000
[Re]port all claims to Levin Service within 5 days of the accidental staining or damage occurrence.
[Pla]n Coverage: Structural or component failure due to normal residential use that results in the breakage of frames, mechanisms, welds, swivel bases, recliner [han]dles and assembled joints and touch screens (accidental breakage of touchscreens is not covered). Component mechanical and electrical failures such as defective [mot]ors, massagers, vibrating units and heaters. Parts and labor included. An individual component shall be repaired or replaced a maximum of 2 times at the [dis]cretion of Levin Furniture Service. Replacement of the entire product fulfills the warranty.