# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 7 |
| ART VAN FURNITURE, LLC, *et al.*,[1] | ) Case No. 20-10553 (CSS) |
| Debtors. | ) (Jointly Administered) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

      Pursuant to Local Rule 9010-1 and the below certification, counsel moves the admission *pro hac vice* of Steven W. Golden of Pachulski Stang Ziehl & Jones LLP to represent the chapter 7 trustee in the above-captioned cases and any related adversary proceedings.

Dated:  May 4, 2020
                               */s/ Bradford J. Sandler*
                               Bradford J. Sandler (DE Bar No. 4142)
                               Pachulski Stang Ziehl & Jones LLP
                               919 North Market Street, 17th Floor
                               Wilmington, Delaware 19801
                               Telephone: (302) 652-4100
                               Email: bsandler@pszjlaw.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

      Pursuant to Local Rule 9010-1, I request permission to be admitted *pro hac vice* in this Court. I currently reside in the State of Delaware, having moved from New York in August 2019, and intend to take the Delaware Bar Examination in July 2020. I am admitted, practicing, and in good standing as a member of the Bar of the States of New York, Texas, and Maryland and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund revised 8/31/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.

                               */s/ Steven W. Golden*
                               Steven W. Golden
                               Pachulski Stang Ziehl & Jones LLP
                               780 Third Avenue, 34th Floor
                               New York, NY 10017
                               Tel: (212) 561-7700
                               Email: sgolden@pszjlaw.com

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Art Van Furniture, LLC (9205); AVF Holding Company, Inc. (0291); AVCE, LLC (2509); AVF Holdings I, LLC (2537); AVF Holdings II, LLC (7472); AVF Parent, LLC (3451); Levin Parent, LLC (8052); Art Van Furniture of Canada, LLC (9491); AV Pure Sleep Franchising, LLC (8968); AVF Franchising, LLC (6325); LF Trucking, Inc. (1484); Sam Levin, Inc. (5198); and Comfort Mattress LLC (4463). The location of the Debtors' service address in these chapter 11 cases is: 6500 East 14 Mile Road, Warren Michigan 48092.

## **ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.