**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **In re:** | : | **Chapter 7** |
| | : | |
| **ART VAN FURNITURE, LLC,** *et al.* | : | **Bankruptcy No. 20-10553 (CSS)** |
| | : | **(Jointly Administered)** |
| **Debtors**[1] | : | |
| | : | Related to Docket #: 327, 328, 374 |
| | : | Hearing Date: May 5, 2020 |
| | : | at 10:00 a.m. EST |

## ORDER

After consideration of the Emergency Motion of Kuehne + Nagel (herein "K + N") for Entry of an Order Pursuant to Section 362(D)(1) of the Bankruptcy Code Modifying the Automatic Stay to Permit Liquidation and Abandonment of Collateral ("Motion"), and any objections thereto,

It is hereby ORDERED that said Motion is DENIED.

_____
J.

---

[1] The Debtors are the following entities: Art Van Furniture, LLC (20-10553-CSS); AVF Holding Company, Inc. (20-10554-CSS); AVCE, LLC (20-10555-CSS); AVF Holdings I, LLC (20-10556-CSS); AVF Holdings II, LLC (20-10557-CSS); AVF Parent, LLC (20-10558-CSS); Levin Parent, LLC (20-10559-CSS); Art Van Furniture of Canada, LLC (20-10560-CSS); AV Pure Sleep Franchising, LLC (20-10561-CSS); AVF Franchising, LLC (20-10562-CSS); LF Trucking, Inc. (20-10563-CSS); Sam Levin, Inc. (20-10564-CSS); and Comfort Mattress, LLC (20-10565-CSS)