IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | : | **Chapter 7** |
| | : | |
| **ART VAN FURNITURE, LLC,** *et al.* | : | **Bankruptcy No. 20-10553 (CSS)** |
| | : | **(Jointly Administered)** |
| **Debtors**[1] | : | |
| | : | **Related to Docket #: 327, 328, 374** |
| | : | **Hearing Date: May 5, 2020** |
| | : | **         at 10:00 a.m. EST** |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the date noted below, a true and correct copy of the *Limited Objection of the Commonwealth of Pennsylvania to the Emergency Motion of Kuehne + Nagel for Entry of an Order Pursuant to Section 362(D)(1) of the Bankruptcy Code Modifying the Automatic Stay to Permit Liquidation and Abandonment of Collateral* was served on all parties requesting notice in this proceeding via the Court's Electronic Filing System.

Date: 5-4-20                     /s/ Saverio P. Mirarchi
                                 SAVERIO P. MIRARCHI
                                 *Senior Deputy Attorney General*
                                 Commonwealth of Pennsylvania
                                 Office of Attorney General
                                 PA Attorney I.D. #: 88616
                                 1600 Arch Street, Suite 300
                                 Philadelphia, Pennsylvania 19103
                                 Telephone: (215) 560-2445
                                 Fax: (215) 560-2494
                                 E-mail: smirarchi@attorneygeneral.gov

---

[1] The Debtors are the following entities: Art Van Furniture, LLC (20-10553-CSS); AVF Holding Company, Inc. (20-10554-CSS); AVCE, LLC (20-10555-CSS); AVF Holdings I, LLC (20-10556-CSS); AVF Holdings II, LLC (20-10557-CSS); AVF Parent, LLC (20-10558-CSS); Levin Parent, LLC (20-10559-CSS); Art Van Furniture of Canada, LLC (20-10560-CSS); AV Pure Sleep Franchising, LLC (20-10561-CSS); AVF Franchising, LLC (20-10562-CSS); LF Trucking, Inc. (20-10563-CSS); Sam Levin, Inc. (20-10564-CSS); and Comfort Mattress, LLC (20-10565-CSS)

1