# IN UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 7 |
| **ART VAN FURNITURE, LLC, *et al*.**, | ) ) ) | Case No. 20-10553 (CSS) |
| Debtors. | ) ) ) ) | (Jointly Administered) |

## CERTIFICATE OF SERVICE

      I, David M. Klauder, certify that on May 4, 2020, I caused a true and correct copy of the *Reply to Limited Objection of Commonwealth of Pennsylvania to Emergency Motion of Kuehne+Nagel, Inc. for Entry of an Order, Pursuant to 362(d)(1) of the Bankruptcy Code Modifying the Automatic Stay to Permit Liquidation and Abandonment of Collateral* to be served upon the below by electronic mail:


Bradford J. Sandler, Esq.
Colin Robinson, Esq.
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
Wilmington, DE 19801
**Email: bsandler@pszjlaw.com**
**Email: crobinson@pszjlaw.com**

Jennifer Feldsher, Esq.
Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, NY 10179-0060
**Email: jennifer.feldsher@morganlewis.com**


Jeffrey Waxman, Esq.
Morris James LLP
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899-2306
**Email: jwaxman@morrisjames.com**

Saverio P. Mirarchi
Commonwealth of Pennsylvania
Office of Attorney General
1600 Arch Street, Suite 300
Philadelphia, PA 19107
**Email: smirarchi@attorneygeneral.gov**

                                    **BIELLI & KLAUDER, LLC**

Date:  May 4, 2020                 */s/ David M. Klauder*
Wilmington, Delaware           David M. Klauder (No. 5769)
                                      1204 N. King Street
                                      Wilmington, DE 19801
                                      Phone: (302) 803-4600
                                      Fax: (302) 397-2557
                                      dklauder@bk-legal.com

                                      *Counsel for Kuehne + Nagel, Inc.*