**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 7 |
|  | ) |  |
| ART VAN FURNITURE, LLC, *et al.*,[1] | ) | Case No. 20-10553 (CSS) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |
|  | ) | **Hearing Date:  To be Scheduled Only If Necessary** |
|  | ) | **Objection Deadline:  May 27, 2020 at 4:00 p.m. (ET)** |
|  | ) |  |

**NOTICE OF FIRST AND FINAL FEE APPLICATION OF ALVAREZ & MARSAL NORTH AMERICA, LLC FOR PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES AS FINANCIAL ADVISOR TO THE DEBTORS FOR THE PERIOD FROM MARCH 9, 2020 THROUGH APRIL 6, 2020**

**PLEASE TAKE NOTICE** that, on May 6, 2020 the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the *First and Final Fee Application of Alvarez & Marsal North America, LLC for Payment of Compensation and Reimbursement of Expenses as Financial Advisor to the Debtors for the Period from March 9, 2020 Through April 6, 2020* (the "Final Fee Application") with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Court").  A copy of the Fee Application is attached hereto.[2]

**PLEASE TAKE FURTHER NOTICE** that the Final Fee Application is submitted pursuant to the *Order (I) Converting Their Chapter 11 Cases to Cases Under Chapter 7, (II) Establishing a Deadline for Filing Final Chapter 11 Fee Applications and Setting a Hearing*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include:  Art Van Furniture, LLC (9205); AVF Holding Company, Inc. (0291); AVCE, LLC (2509); AVF Holdings I, LLC (2537); AVF Holdings II, LLC (7472); AVF Parent, LLC (3451); Levin Parent, LLC (8052); Art Van Furniture of Canada, LLC (9491); AV Pure Sleep Franchising, LLC (8968); AVF Franchising, LLC (6325); LF Trucking, Inc. (1484); Sam Levin, Inc. (5198); and Comfort Mattress LLC (4463).  The location of the Debtors' service address in these chapter 11 cases is: 6500 East 14 Mile Road, Warren Michigan 48092.

[2] Due to the voluminous nature of Exhibit D (the time detail), the Final Fee Application is being served by mail without Exhibit D, but it is available via CM/ECF or by request to the undersigned counsel.

*Thereon, And (III) Granting Related Relief* (D.I. 276) (the "Conversion Order").

**PLEASE TAKE FURTHER NOTICE THAT** any objection or response to the Final Fee Application must be made in writing and be filed with the Court and served on the undersigned on or before **May 27, 2020 at 4:00 p.m., prevailing Eastern Time.** If an objection or response is filed, the Court will schedule a hearing, if necessary, at the Court's convenience and subject to the Court's availability, on the Final Fee Application within fourteen (14) days thereafter or such later date as the Court determines.

**PLEASE TAKE FURTHER NOTICE** THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THEN 100% OF THE FEES AND 100% OF THE EXPENSES REQUESTED IN THE FINAL FEE APPLICATION MAY BE PAID WITHOUT FURTHER NOTICE, HEARING, OR ORDER OF THE COURT.

| | |
|---|---|
| Dated: May 6, 2020<br>Wilmington, Delaware | **BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**<br><br> /s/ *Gregory W. Werkheiser*<br>Gregory W. Werkheiser (DE No. 3553)<br>Michael J. Barrie (DE No. 4684)<br>Jennifer R. Hoover (DE No. 5111)<br>Kevin M. Capuzzi (DE No. 5462)<br>Kate Harmon (DE No. 5343)<br>John C. Gentile (DE No. 6159)<br>222 Delaware Avenue, Suite 801<br>Wilmington, DE 19801<br>Telephone: (302) 442-7010<br>Facsimile: (302) 442-7012<br>E-mail: gwerkheiser@beneschlaw.com<br>          mbarrie@beneschlaw.com<br>          jhoover@beneschlaw.com<br>          kcapuzzi@beneschlaw.com<br>          kharmon@beneschlaw.com<br>          jgentile@beneschlaw.com<br><br>*Proposed Counsel to the Debtors and Debtors in Possession* |