IN THE UNITED STATES BANKRAPTCY COURT FOR DISTRICT OF DELAWARE

Chapter 11

Case No. 20-10553

In re

Art Van Furniture, LLC

    Debtor.

NOTICE OF WITHDRAWAL OF CLAIM

Me, the Creditor, Sergey Svetlikov is wishing to withdrawal the Claim#1892 filed 05/07/2020.