Withdrawl of Claim

Case # 20-10553
Claim # 1900
Renee Mikula
364 Beaver St.
Hastings, PA 16646
814-247-9256