# Withdrawl of Claim

Case # 20-10553
Claim # 1904

David Mikula
364 Beaver St, PO Box 451
Hastings, PA 16646
814-247-9256