Withdrawl of Claim

Case # 20-10553
Claim # 1901

Laura Singo
1968 East Mud Pike Rd
Berlin, PA 15530
814-267-4353
814-701-1975