# EXHIBIT "A"

**EXHIBIT A**

**CUSTOMARY AND COMPARABLE COMPENSATION DISCLOSURES WITH FEE APPLICATIONS**

( *See*  Guidelines ¶ C.3. for definitions of terms used in this Exhibit.)

| | CATEGORY OF TIMEKEEPER<br>(using  categories already maintained by the firm) | BLENDED HOURLY RATE | |
|---|---|---|---|
| | | BILLED OR COLLECTED<br><br>Firm or offices for preceding year, excluding bankruptcy | BILLED<br><br>In this fee application |
| Delete | Sr./Equity Partner/Shareholder | $574.00 | $0.00 |
| Delete | Jr./Equity Partner/Shareholder | $484.00 | $691.73 |
| Delete | Counsel | $427.00 | $0.00 |
| Delete | Sr. Associate (7 or more years since first admission) | $360.00 | $0.00 |
| Delete | Associate (4-6 years since first admission) | $338.00 | $0.00 |
| Delete | Jr. Associate (1-3 years since first admission) | $313.00 | $0.00 |
| Delete | Staff Attorney | $460.00 | $0.00 |
| Delete | Contract Attorney | $193.00 | $0.00 |
| Delete | Paralegal | $179.00 | $285.00 |
| Delete | Other (please define) | | |
| Add | *Click Add button to add additional timekeeper category* | | |
| | All timekeepers aggregated | $410.00 | $683.90 |

Case Name:                In re: Art Van Furniture, et. al.
Case Number:           20-10553 (CSS)
Applicant's Name:      Montgomery McCracken Walker & Rhoads LLP
Date of Application:   May 7, 2020
Interim or Final:         Final

UST Form 11-330-A (2013)

# EXHIBIT "B"

**EXHIBIT B**

**SUMMARY OF TIMEKEEPERS INCLUDED IN THIS FEE APPLICATION**

| | NAME | TITLE OR POSITION | DEPARTMENT, GROUP, OR SECTION | DATE OF FIRST ADMISSION[1] | FEES BILLED IN THIS APPLICATION | HOURS BILLED IN THIS APPLICATION | HOURLY RATE BILLED | | NUMBER OF RATE INCREASES SINCE CASE INCEPTION |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | IN THIS APPLICATION | IN FIRST INTERIM APPLICATION | |
| Delete | Maura I. Russell | Partner | Bankruptcy | 05/18/1994 | $48,511.00 | 69.8 | $695.00 | | 0 |
| Delete | Mark Phillips | Partner | Bankruptcy | 12/15/2003 | $120.00 | 0.2 | $600.00 | | 0 |
| Delete | Daniel Fiore | Paralegal | Bankruptcy | | $541.50 | 1.9 | $285.00 | | 0 |
| Add | *Click Add button to add additional timekeeper* | | | | | | | | |

[1] If applicable

Case Name:            In re: Art Van Furnitures, LLC
Case Number:          20-10553 (CSS)
Applicant's Name:     Montgomery McCracken Walker & Rhoads, LLP
Date of Application:  May 7, 2020
Interim or Final:     Final

UST Form 11-330-B (2013)

# EXHIBIT "C"

**EXHIBIT C-2**

**STAFFING PLAN**

If the parties consent or the court so directs, a staffing plan approved by the client in advance should generally be attached to each interim and final fee application filed by the applicant.  If the fees are sought in the fee application for a greater number of professionals than identified in the staffing plan, the fee application should explain the variance.

| | CATEGORY OF TIMEKEEPER [1] (using categories maintained by the firm) | NUMBER OF TIMEKEEPERS EXPECTED TO WORK ON THE MATTER DURING THE BUDGET PERIOD | AVERAGE HOURLY RATE |
|---|---|---|---|
| Delete | Sr./Equity Partner/Shareholder | 1 | $695.00 |
| Delete | Paralegal | 1 | $285.00 |
| Delete | Other (please define) | | |
| Add | *Click Add button to add an additional timekeeper category* | | |

[1] As an alternative, firms can identify attorney timekeepers by years of experience rather than category of attorney timekeeper: 0-3, 4-7, 8-14, and 15+.  Non-attorney timekeepers, such as paralegals, should be identified by category.

| | |
|---|---|
| Case Name: | In re: Art Van Furniture, LLC |
| Case Number: | 20-10553 (CSS) |
| Applicant's Name: | Montgomery McCracken Walker & Rhoads, LLP |
| Date of Application: | May 7, 2020 |
| Interim or Final: | Final |

UST Form 11-330-C (2013)

# EXHIBIT "D-1"

**EXHIBIT D -1**

**SUMMARY OF COMPENSATION REQUESTED BY PROJECT CATEGORY**

(*See* Guidelines ¶ C.8. for project category information.)

| | PROJECT CATEGORY | HOURS BUDGETED[1] | FEES BUDGETED[1] | HOURS BILLED | FEES SOUGHT |
|---|---|---|---|---|---|
| | Asset Analysis and Recovery | | | | |
| | Asset Disposition | | | 62.80 | $43,564.00 |
| | Assumption and Rejection of Leases and Contracts | | | | |
| | Avoidance Action Analysis | | | | |
| | Budgeting (Case) | | | | |
| | Business Operations | | | | |
| | Case Administration | | | | |
| | Claims Administration and Objections | | | | |
| | Corporate Governance and Board Matters | | | | |
| | Employee Benefits and Pensions | | | | |
| | Employment and Fee Applications | | | 9.10 | $5,608.50 |
| | Employment and Fee Application Objections | | | | |
| | Financing and Cash Collateral | | | | |
| | Litigation: Contested Matters and Adversary Proceedings (not otherwise within a specific project category) - identify each separately by caption and adversary number, or title of motion or application and docket number | | | | |
| Add | *Click Add button to add a litigation entry* | | | | |
| | Meetings and Communications with Creditors | | | | |
| | Non-Working Travel | | | | |
| | Plan and Disclosure Statement | | | | |
| | Real Estate | | | | |
| | Relief from Stay and Adequate Protection | | | | |
| | Reporting | | | | |
| | Tax | | | | |
| | Valuation | | | | |
| | **TOTAL** | | | 71.90 | $49,172.50 |

[1] If applicable

Case Name:            In re: Art Van Furniture, LLC
Case Number:          20-10553 (CSS)
Applicant's Name:     Montgomery McCracken Walker & Rhoads LLP
Date of Application:  May 7, 2020
Interim or Final:     Final

UST Form 11-330-D (2013)

# EXHIBIT "D-2"

**EXHIBIT D -2**

**SUMMARY OF EXPENSE REIMBURSEMENT REQUESTED BY CATEGORY**

(*See* Guidelines ¶ C.8. for project category information.)

| | CATEGORY | AMOUNT |
|---|---|---|
| | Copies | $2.00 |
| | Outside Printing | $0.00 |
| | Telephone | $39.67 |
| | Facsimile | $0.00 |
| | Online Research | $0.00 |
| | Delivery Services/Couriers | $0.00 |
| | Postage | $0.00 |
| | Local Travel | $0.00 |
| | Out-of-Town Travel: | |
| | (a) Transportation | $682.00 |
| | (b) Hotel | |
| | (c) Meals | |
| | (d) Ground Transportation | $20.00 |
| Delete | | |
| Add | *Click Add button to add an out of town travel category* | |
| | Meals (local) | |
| | Court Fees | |
| | Subpoena Fees | |
| | Witness Fees | |
| | Deposition Transcripts | |
| | Trial Transcripts | |
| | Trial Exhibits | |
| | Litigation Support Vendors | |
| | Experts | |
| | Investigators | |
| | Arbitrators/Mediators | |
| Delete | Court Call Telephonic Hearings | $99.00 |
| Delete | Estimated Costs of Copying/ Service of Final Fee Application | $800.00 |

Case Name:              In re: Art Van Furniture, LLC
Case Number:            20-10553 (CSS)
Applicant's Name:       Montgomery McCracken Walker & Rhoads LLP
Date of Application:    May 7, 2020
Interim or Final:       Final

UST Form 11-330-D (2013)

**EXHIBIT D -2 (Continued)**
**SUMMARY OF EXPENSE REIMBURSEMENT REQUESTED BY CATEGORY**

(*See* Guidelines ¶ C.8. for project category information.)

| | CATEGORY | AMOUNT |
|---|---|---|
| Delete | TOTAL EXPENSES | $1,642.67 |
| Add | *Click Add button to add another category* | |

| | |
|---|---|
| Case Name: | In re: Art Van Furniture, LLC |
| Case Number: | 20-10553 (CSS) |
| Applicant's Name: | Montgomery McCracken Walker & Rhoads LLP |
| Date of Application: | May 7, 2020 |
| Interim or Final: | Final |

# MONTGOMERY McCRACKEN
## ATTORNEYS AT LAW

**Federal Tax I.D. No. 23-0888490**

**PHILADELPHIA, PENNSYLVANIA**
**NEW YORK, NEW YORK**
**CHERRY HILL, NEW JERSEY**
**WILMINGTON, DELAWARE**
**BERWYN, PENNSYLVANIA**

## Disbursements and Other Related Charges Incurred
## On Your Behalf

| Date | Description | | Amount |
|------|-------------|---|--------|
| 03/31/20 | Pacer | $ | 2.00 |
| 02/13/20 | Conference Call - PAID TO: Soundpath Conferencing - Conference call at 9:57am on 02/13/20 with 2 participants | $ | 3.94 |
| 02/19/20 | Conference Call - PAID TO: Soundpath Conferencing - Conference call at 9:12am on 02/19/20 with 2 participants | $ | 2.85 |
| 03/02/20 | Conference Call - PAID TO: Soundpath Conferencing - Conference call at 4:43pm on 03/02/20 with 6 participants | $ | 19.70 |
| 03/10/20 | Travel - Train Fare - PAID TO: Maura I. Russell - 3/10/20 Roundtrip railfare from NYC to WIlmington to attend court hearings | $ | 317.00 |
| 03/10/20 | Local Transportation - Cabs - PAID TO: Maura I. Russell - 3/10/20 Transportation from Wilmington Train STation to Bankruptcy Court house for 1st day of Bankruptcy hearing | $ | 10.00 |
| 03/11/20 | Conference Call - PAID TO: Soundpath Conferencing - Conference call at 10:58am on 03/11/20 with 3 participants | $ | 7.34 |
| 03/12/20 | Travel - Train Fare - PAID TO: Maura I. Russell - R/T AMTRAK from NYC to Wilmington to attend continued hearings in Bankruptcy Case on 3/12/20 | $ | 365.00 |
| 03/12/20 | Local Transportation - Cabs - PAID TO: Maura I. Russell - Taxi from Wilmington Train Station to Benesch FIrm to prepare for hearings | $ | 10.00 |
| 03/19/20 | Telephone - PAID TO: Maura I. Russell - 03/19/20 Court call charge - Telephonic participation in Hearing | $ | 27.75 |
| 03/26/20 | Court Call - Maura Russell -  March 26th, 2020 at 1:00 PM ET Art Van Furniture, LLC (Case No. 20-10553) | $ | 27.75 |
| 03/31/20 | Court Call - Maura Russell in Art Van Furniture, LLC (Case No. 20-10553) on Tuesday, March 31st, 2020 at 1:00 PM ET | $ | 43.50 |
| | Total Disbursements | $ | 836.83 |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

| | |
|---|---|
| Invoice Date: | 5/7/20 |
| Invoice Number: | 780916 |
| Client Matter Number: | 69214.00001 |
| I.D.# | 07986 |

## Disbursements and Other Related Charges Incurred
## On Your Behalf

| Date | Description | | Amount |
|---|---|---|---|
| 03/14/20 | Conference Call - PAID TO: Soundpath Conferencing   -  Conference call at 10:41am on 03/14/20 with 4 participants | $ | 5.84 |
| | Total Disbursements | $ | 5.84 |

# EXHIBIT "E"



MONTGOMERY McCRACKEN
ATTORNEYS AT LAW

Federal Tax I.D. No. 23-0888490

PHILADELPHIA, PENNSYLVANIA
NEW YORK, NEW YORK
CHERRY HILL, NEW JERSEY
WILMINGTON, DELAWARE
BERWYN, PENNSYLVANIA

**Detail for Fee Services Rendered - 001 (Store Closing Program)**

| Date | Name | Task | Description | Hours |
|------|------|------|-------------|-------|
| 3/9/20 | MI Russell | 001 | Draft Declaration of D. Stogsdill in support of GOB Motion (2.1); reviewed comments from ML to GOB Motion and email exchange with G. Werkheiser re same (.3); follow up with Hilco/GB re: comments not provided to MMWR (.2); reviewed and responded to GB/Hilco comments to GOB Motion (.8); revised and circulated GOB Motion with ML and Hilco/GB Comments (1.7); reviewed comments to Interim Order form Hilco/GB and revised order to reflect same; (.7) conference call with S. Fox re: GOB Motion (.4); reviewed revised draft of GOB motion from S. Fox (.9); revised and circulated motion (1.2); revised and circulated interim and final orders (.9) | 9.20 |
| 3/10/20 | MI Russell | 001 | Working travel from NYC to Wilmington prepare for first day hearing (1.7); attend 1st day hearings (3.0); working lunch (1.0); continued first day hearings (1.0); working travel from Wilmington to NYC (1.8) | 8.50 |
| 3/10/20 | D Fiore | 001 | Run docket report and search for objections to § 363 sale | 0.10 |
| 3/11/20 | MI Russell | 001 | Conference call with G. Wercheizer and D. Stogstill re: hearing preparation (.6); phone call to US Trustee's office (.1); phone call with S. Fox re: US Trustee (.3); revised and circulated Interim Order (1.4); reviewed first day Declaration of M. Shea and of S. Baker (1,2); work on D. Stogstill Proffer (1.9); phone call with L. Heilman re: clients reservation of rights re: other interested purchasers (.4); further revised and circulated Sale Order (.7) | 6.60 |
| 3/12/20 | MI Russell | 001 | Working travel to Wilmington - prepare for hearing on GOB Motion (1.6); reviewed and consolidated comments to GOB Order (2.5); reviewed application for TRO and complaint filed by Jofan (.4); attend hearing on GOB Motion (3.5); post hearing meeting with Benesch Firm and conference call with K&E and A&M (.5) revised and circulated Interim Sale Order to Benesch Team (2.0); Non-Working travel from Wilmington to NYC (Time 1.8 hours - bill form .9) | 11.40 |



## MONTGOMERY McCRACKEN
### Attorneys at Law

**Federal Tax I.D. No. 23-0888490**

PHILADELPHIA, PENNSYLVANIA
NEW YORK, NEW YORK
CHERRY HILL, NEW JERSEY
WILMINGTON, DELAWARE
BERWYN, PENNSYLVANIA

| Date | Name | Task | Description | Hours |
|------|------|------|-------------|-------|
| 3/13/20 | MI Russell | 001 | Email exchanges with G. Wercheizer and M. Barrie re: status of review of Interim Order (.3); reviewed proposed Temperpedic Side Letter and exhibits and email exchange with R. Gold re: same (.9); reviewed Simmons contract and email exchange with M. Barrie re: express language providing that there are not such pricing restrictions (.7) | 1.90 |
| 3/14/20 | MI Russell | 001 | Conference call with M. Barrie, G. Werkheiser & D. Stogsdill re: next steps and preparation for hearing on 3/20/20 (to be handled by Benesch) (.5); follow up with S. Fox re: parameters of Side Letters previously being negotiated with Landlords (.2); reviewed Simmons agreement forwarded by client and regulations re: price protection (1.0); follow up with counsel to Simmons inquiring as to specific contractual provision to support assertion (.1) | 1.80 |
| 3/15/20 | MI Russell | 001 | Reviewed and revised proposed Side Letter with Ballard Spar (counsel for landlords for approximately 40 Stores) (.6); reviewed and begin consolidating comments to the Interim (Debtor GOB Order) (.9); reviewed & revised draft side letter with R. Riley (.4) | 1.90 |
| 3/15/20 | MI Russell | 001 | Reviewed revised Side letter forwarded AJ Webb (counsel to Tempur-Pedic/Sealy) (.2); follow up email exchange with Webb and Gold re: revised side letter now asserting price protections (.2); reviewed documentation forwarded by Tempur-Pedic/Sealy purporting to provide for price protections (1.4); follow up email exchange with Webb & Gold re: same (.2) | 2.00 |
| 3/16/20 | MI Russell | 001 | Continued to receive and incorporate comments to revised Interim (Debtor GOB) Interim Order and circulate same to all parties | 1.90 |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

# MONTGOMERY McCRACKEN

## ATTORNEYS AT LAW

**Federal Tax I.D. No. 23-0888490**

**PHILADELPHIA, PENNSYLVANIA**
**NEW YORK, NEW YORK**
**CHERRY HILL, NEW JERSEY**
**WILMINGTON, DELAWARE**
**BERWYN, PENNSYLVANIA**

| Date | Name | Task | Description | Hours |
|---|---|---|---|---|
| 3/16/20 | MI Russell | 001 | Revised and finalized Ballard Spar Side Letter (.5); revised and finalized Side Letter with R. Riley (.3); follow up with Simmons re: contract language and forwarded draft language for interim order (.3); resolved price protection issues with Simmons (.1); conference call with Termpur-Pedic counsel re: asserted price protection claims and resolved same (.8); revised and circulated proposed language for Interim (Debtors' GOB ) Order re: Jofran and TRO (.2); revised and circulated further revised Interim (Debtors' GOB) Order (.6); draft language for COC re: resolved objections and forwarded supporting email confirmations to Benesch team (.7); reviewed email from Synchrony Bank's counsel re: requested language for Interim (Debtors' GOB) order and follow up email exchange and phone call with Synchrony counsel re: same (.8); further revised and circulated Interim (Debtors' GOB) Order (.6) | 4.90 |
| 3/16/20 | MI Russell | 001 | Reviewed document production request from US Trustee and follow up with Benesch team to assist in responding to same (.3); reviewed and comment on draft COC forwarded by Benesch (.1); reviewed and revised draft of Simon Property Side Letter (.4); | 0.80 |
| 3/17/20 | MI Russell | 001 | Reviewed and revised draft landlord side letter from K Conoly (.3); phone call and email exchange with K. Sambur. counsel to LL in Illinois who wants Debtor to agree to terminate lease as of 4/30/20 in order to resolve objections to GOB (.3); follow up with clients re: Side Letters (.1); reviewed and revised Sambur side letter (.4); follow up with Benesch & A&M re: Side Letter (.1); reviewed further revised Side Letter from Simon Property (.2); reviewed document submission from S. Fox responding to US Trustee document request (.7); follow up with Benesch re: Debtors' response (.1); phone call with G. Werkheiser re: status (.2) | 2.10 |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

# MONTGOMERY McCRACKEN

ATTORNEYS AT LAW

Federal Tax I.D. No. 23-0888490

PHILADELPHIA, PENNSYLVANIA
NEW YORK, NEW YORK
CHERRY HILL, NEW JERSEY
WILMINGTON, DELAWARE
BERWYN, PENNSYLVANIA

| Date | Name | Task | Description | Hours |
|------|------|------|-------------|-------|
| 3/18/20 | MI Russell | 001 | Conference call with M Barrie re: Side letters and responding to US Trustee document request (.4); reviewed emails and documents files and assembled responsive documents to US Trustee's request and forward same to M. Barrie (2.1); draft side letter with E. Erman re: M&E Equipment Disposition (.4); reviewed objection filed by Taubman landlord (.1); reviewed and revised Taubman landlord proposed Side Letter (.9); reviewed draft of Stogsdill Declaration and email and phone call with M. Barrie re: same (.6); reviewed US Trustee Objection to Store Closing Sale Motion and follow up email with Benesch team re: same (.4); follow up discussion with K. Sambur re: lease termination (.2); revised and circulated Side Letter with Sambur re: signage issue and deferring termination issue (.6) | 5.70 |
| 3/19/20 | MI Russell | 001 | Further revised draft of Taubman Side letter together with lease excerpts (.9); revised and finalized side letter with E. Erman (.3); finalized Simon Property Side Letter (.2); finalized K. Conoly Side Letter (.3); participated in telephonic status conference with the Court (.9); fielded series of phone calls from landlords with side letters confirming letters will still be effective when Debtors resume GOBs (1.0) | 3.60 |
| 3/20/20 | MI Russell | 001 | Amended Side letter with E. Erman to address suspension of operations (.2); phone call from K. Sambur continuing to push for his clients' lease to be terminated (.1) | 0.30 |
| 3/25/20 | D Fiore | 001 | Schedule telephonic appearance for M. Russell for hearing on 3/26/2020 at 1 pm | 0.10 |
| 3/26/20 | MI Russell | 001 | NO CHARGE Participated in telephonic status conference NON BILLABLE TIME -OBSERVING CASE | 0.00 |
| 3/30/20 | MI Russell | 001 | NO CHARGE:  Reviewed correspondence from Debtors' counsel to Court re: possible Chapter 7 conversion and follow up phone call with G. Werkheiser re: same; coordinate with Court call to observe hearing on 3/31 NON BILLABLE TIME -OBSERVING CASE | 0.00 |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**



Federal Tax I.D. No. 23-0888490

**PHILADELPHIA, PENNSYLVANIA**
**NEW YORK, NEW YORK**
**CHERRY HILL, NEW JERSEY**
**WILMINGTON, DELAWARE**
**BERWYN, PENNSYLVANIA**

| Date | Name | Task | Description | Hours |
|------|------|------|-------------|-------|
| 3/31/20 | MI Russell | 001 | NO CHARGE:  Telephonic participation in status conference before the Court court re: possible conversion to Chapter 7 NON BILLABLE TIME -OBSERVING CASE | 0.00 |

Task Total    62.80

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**



**MONTGOMERY McCRACKEN**
ATTORNEYS AT LAW

**Federal Tax I.D. No. 23-0888490**

**PHILADELPHIA, PENNSYLVANIA**
**NEW YORK, NEW YORK**
**CHERRY HILL, NEW JERSEY**
**WILMINGTON, DELAWARE**
**BERWYN, PENNSYLVANIA**

## SUMMARY FOR FEE SERVICES RENDERED
### 001 (Store Closing Program)

| TK# | Timekeeper Name | Hours | Rate | Amount |
|-----|-----------------|-------|------|--------|
| 07989 | Fiore, D | 0.20 | $285.00 | $57.00 |
| 07986 | Russell, MI | 62.60 | $695.00 | $43,507.00 |
| | Task Total | 62.80 | | $43,564.00 |

# MONTGOMERY McCRACKEN

### ATTORNEYS AT LAW

**Federal Tax I.D. No. 23-0888490**

**PHILADELPHIA, PENNSYLVANIA**
**NEW YORK, NEW YORK**
**CHERRY HILL, NEW JERSEY**
**WILMINGTON, DELAWARE**
**BERWYN, PENNSYLVANIA**

**Detail for Fee Services Rendered - 002 Retention Application and Fee Application**

| Date | Name | Task | Description | Hours |
|------|------|------|-------------|-------|
| 3/10/20 | MJ Phillips | 002 | Review and revise M. Russell pro hac vice motion | 0.20 |
| 3/10/20 | D Fiore | 002 | Draft motion for admission pro hac vice for M. Russell | 0.20 |
| 3/11/20 | D Fiore | 002 | Pay pro hac vice admission fee for M. Russell; file application for admission pro hac vice for M. Russell and upload order granting admission pro hac vice; emails with M. Russell and M. Phillips re filing application | 1.50 |
| 3/23/20 | MI Russell | 002 | Reviewed and revised retention application (.9); reviewed responses to conflict search (1.0); revised Declaration (.8); revised proposed order (.3) | 3.00 |
| 3/25/20 | MI Russell | 002 | Reviewed and approved revised draft of MMWR Retention application. | 0.70 |

Task Total    5.60

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

| | | | Invoice Date: | 5/7/20 |
| | | | Invoice Number: | 780916 |
| | | | Client Matter Number: | 69214.00001 |
| | | | I.D.# | 07986 |

**Detail for Fee Services Rendered - 002 Retention Application and Fee Applicatio**

| Date | Name | Task | Description | Hours |
|------|------|------|-------------|-------|
| 4/7/20 | MI Russell | 002 | Reviewed Conversion Order (.2); work on fee application (1.7); | 1.90 |
| 4/14/20 | MI Russell | 002 | Work on First and Final Fee Application | 1.60 |
| | | | Task Total | 3.50 |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**