# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 7 |
| ART VAN FURNITURE, LLC, *et al.*,[1] | ) Case No. 20-10553 (CSS) |
| Debtors. | ) (Jointly Administered) |
| | ) **Hearing Date:** To be Scheduled Only If Necessary |
| | ) **Objection Deadline:** May 28, 2020 at 4:00 p.m. (ET) |

## NOTICE OF FIRST AND FINAL APPLICATION OF MONTGOMERY MCCRACKEN WALKER & RHOADS LLP, AS SPECIAL ASSET DISPOSITION COUNSEL TO THE DEBTORS FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM THE PETITION DATE THROUGH APRIL 6, 2020

**PLEASE TAKE NOTICE** that, on May 7, 2020 the undersigned special counsel to the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the *First and Final Fee Application of Montgomery McCracken Walker & Rhoads, LLP as Special Asset Disposition Counsel to the Debtors for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Proposed Counsel to the Debtors for the Period from Petition Date Through April 6, 2020* (the "Final Fee Application") with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Court"). A copy of the Fee Application is attached hereto.

**PLEASE TAKE FURTHER NOTICE** that the Final Fee Application is submitted pursuant to the *Order (I) Converting Their Chapter 11 Cases to Cases Under Chapter 7, (II)*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Art Van Furniture, LLC (9205); AVF Holding Company, Inc. (0291); AVCE, LLC (2509); AVF Holdings I, LLC (2537); AVF Holdings II, LLC (7472); AVF Parent, LLC (3451); Levin Parent, LLC (8052); Art Van Furniture of Canada, LLC (9491); AV Pure Sleep Franchising, LLC (8968); AVF Franchising, LLC (6325); LF Trucking, Inc. (1484); Sam Levin, Inc. (5198); and Comfort Mattress LLC (4463). The location of the Debtors' service address in these chapter 11 cases is: 6500 East 14 Mile Road, Warren Michigan 48092.

*Establishing a Deadline for Filing Final Chapter 11 Fee Applications and Setting a Hearing Thereon, And (III) Granting Related Relief* (D.I. 276) (the "Conversion Order").

**PLEASE TAKE FURTHER NOTICE THAT** any objection or response to the Final Fee Application must be made in writing and be filed with the Court and served on the undersigned on or before **May 28, 2020 at 4:00 p.m., prevailing Eastern Time.** If an objection or response is filed, the Court will schedule a hearing, if necessary, at the Court's convenience and subject to the Court's availability, on the Final Fee Application within fourteen (14) days thereafter or such later date as the Court determines.

**PLEASE TAKE FURTHER NOTICE** THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THEN 100% OF THE FEES AND 100% OF THE EXPENSES REQUESTED IN THE FINAL FEE APPLICATION MAY BE PAID WITHOUT FURTHER NOTICE, HEARING, OR ORDER OF THE COURT.

Dated: May 7, 2020
      New York, New York

**MONTGOMERY MCCRACKEN WALKER & RHOADS LLP**

*/s/ Maura I. Russell*
Maura I. Russell
Gilbert R. Saydah Jr. (No. 4304)
437 Madison Avenue, 24th Floor
New York, New York  10022
Telephone: (212) 867-9500
Facsimile: (212) 599-5085
Email:  mrussell@mmwr.com
         gsaydah@mmwr.com

*Special Asset Disposition Counsel to the Debtors*