**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| ART VAN FURNITURE, LLC, *et al.*,[1] | Case No.: 20-10553 (CSS) |
| Debtors. | (Jointly Administered) |

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

PLEASE TAKE NOTICE, that pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure and sections 102(1) and 342 of the Bankruptcy Code, the undersigned hereby appears as counsel for Comcast Cable Communications Management, LLC ("Comcast") in the above-captioned proceedings and requests that copies of all notices given or required to be given and all papers served or required to be served in this case be given to and served upon it at the address of counsel as set forth below:

> Matthew G. Summers, Esquire
> Chantelle D. McClamb, Esquire
> BALLARD SPAHR LLP
> 919 N. Market Street, 11th Floor
> Wilmington, Delaware 19801-3034
> Telephone: (302) 252-4428
> Facsimile: (302) 252-4466
> E-mail: summersm@ballardspahr.com
> mcclambc@ballardspahr.com

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Art Van Furniture, LLC (9205); AVF Holding Company, Inc. (0291); AVCE, LLC (2509); AVF Holdings I, LLC (2537); AVF Holdings II, LLC (7472); AVF Parent, LLC (3451); Levin Parent, LLC (8052); Art Van Furniture of Canada, LLC (9491); AV Pure Sleep Franchising, LLC (8968); AVF Franchising, LLC (6325); LF Trucking, Inc. (1484); Sam Levin, Inc. (5198); and Comfort Mattress LLC (4463). The location of the Debtors' service address in these chapter 11 cases is: 6500 East 14 Mile Road, Warren Michigan 48092.

DMEAST #40950794 v2

PLEASE TAKE FURTHER NOTICE, that the foregoing request includes notices and papers referred to in Rules 2002 and 9010 of the Federal Rules of Bankruptcy Procedure, and also includes, without limitation, any plan of reorganization and objections thereto, monthly reports, statements, schedules, lists, notices of any kind, orders, pleadings, briefs, applications, notices of appearance, motions, applications, affidavits, adversary complaints or demands, hearings, requests for petitions, disclosure statements, answers, reply papers, memoranda, trustee reports and any other documents brought before the Court with respect to this case.

PLEASE TAKE FURTHER NOTICE that neither this notice nor any later appearance, pleading, claim, or suit shall waive any right (1) to have final orders in non-core matters entered only after *de novo* review by a District Judge, (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) to have the District Court withdraw the reference in any matter subject to recoupments to which Comcast is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

Dated: May 7, 2020

*/s/ Matthew G. Summers*
Matthew G. Summers (#5533)
Chantelle D. McClamb (#5978)
BALLARD SPAHR LLP
919 North Market Street, 11th Floor
Wilmington, Delaware 19801
Telephone: (302) 252-4428
Facsimile: (302) 252-4466
E-mail: summersm@ballardspahr.com
E-Mail: mcclambc@ballardspahr.com

*Counsel for Comcast Cable Communications Management, LLC*

# CERTIFICATE OF SERVICE

I, Matthew G. Summers, hereby certify that, on this 7th day of May, 2020, I caused a true and correct copy of the foregoing *Notice of Appearance and Request for Service* to be served upon the following individuals as noted below.

**Via First Class Mail**

Alfred T. Giuliano
Giuliano Miller & Co., LLC
2301 E. Evesham Road
Pavillion 800, Suite 210
Voorhees, NJ 08043

Bradford J. Sandler
Robert J. Feinstein
Peter J Keane
Pachulski Stang Ziehl & Jones LLP
919 N. Market Street, 17th Floor
Wilmington, DE 19801

Linda Richenderfer
Office of the US Trustee
844 King Street, Suite 2207
Wilmington, DE 19801

Gregory W. Werkheiser
Michael J. Barrie
Jennifer Hoover
Kevin Capuzzi
John C. Gentile
BENESCH, FRIEDLANDER, COPLAN &
ARONOFF LLP
222 Delaware Avenue, Suite 801
Wilmington, DE 19801

Jeffrey W. Dulberg
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Boulevard
13th Floor
Los Angeles, CA 90067-4100

Jason H. Rosell
Maxim B. Litvak
Pachulski Stang Ziehl & Jones LLP
150 California Street
15th Floor
San Francisco, CA 94111

Steven W Golden
Pachulski Stang Ziehl & Jones LLP
780 Third Avenue, 34th Floor
New York, NY 10017

*/s/ Matthew G. Summers*
Matthew G. Summers
BALLARD SPAHR LLP