5-27-2020

FILED
2020 MAY 12 AM 10: 4⁻
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

To who it may concern,

Please withdrawal claim # 896, for Case# 20-10553.

SINCERELY,

CHRISTOPHER ANGELO