United States Bankruptcy Court

District of Delaware

824 Market Street, 3rd Floor

Wilmington, DE 19801

May 7, 2020

FILED
2020 MAY 12  AM 11: 46
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Dear Sir or Madam,

I want to withdraw my initial claim from Debtor Art Van Furniture, LLC, Case number 20-10553 and Claim #529. This initial claim was filed on March 30, 2020. I have filed this claim again when the case was converted to Chapter 7 on April 7 and there is no need for duplication. Please let me know if you have any questions on this matter and thank you for your efforts.

Sincerely,

*Edward V. McGovern*

Edward V. McGovern, creditor

1008 Glencoe Avenue

Pittsburgh, PA 15220

412-508-2255

emcgovern1008@comcast.net