**FILED**

2020 MAY 12  AM 11:47

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

To whom it may concern,                                            5/5/2020

I am writing to withdraw a claim filed on 4/4/2020. Case # 20-10553 against Art Van Furniture, LLC. Claim # 787 filed in error.

My name is Lorene Crooks

295 Vegas Dr.

Hanover PA. 17331

Cell- 717-873-4642


Please feel free to contact me if you have any further questions.


Thanks so much!


Lorene