# SCHEDULE 1

## Assumed Contracts and Cure Amounts

|  | **Counterparty** | **Contract/Lease Counterparty Address/Contact Information** | **Contract/Lease Description** | **Cure Amount** |
|---|---|---|---|---|
| 1. | Blueport Commerce | Furniture.com, Inc. d/b/a Blueport Commerce<br>580 Harrison Avenue<br>Boston, MA 02118 | Commerce Web Hosting and Services Contract | $57,042 |
| 2. | Carousel Industries, Inc. (In Contact) | Carousel Industries of North America, Inc.<br>P.O. Box 842084<br>Boston, MA 02284-2084 | Service Agreement for Contact Center Cloud Software | $32,704 |
| 3. | Fortitude Technology, Inc. | Fortitude Technology, Inc.<br>Attn: Kevin Johnson, President<br>9089 Clairemont Mesa Blvd., Suite 210<br>San Diego, CA 92123 | Hosting Agreement | $21,074 |
| 4. | JDA Software, Inc. | JDA Software, Inc.<br>15059 N. Scottsdale Rd.<br>Suite 400<br>Scottsdale, AZ 85254 | Software License and Services Agreement | $98,703 |
| 5. | Oracle America, Inc. | Oracle America, Inc.<br>500 Oracle Parkway<br>Redwood Shores, CA 94065<br>Attn: General Counsel, Legal Department | General License and Services Agreement | $62,586 |
| 6. | Retail Architects (Loft) | Retail Architects, LLC<br>1300 Altura Rd., Suite 200<br>Fort Mill, SC 29708 | Loft Subscription | $86,309 |
| 7. | Robert C. Levin | Robert C. Levin<br>c/o Levin Real Estate Management Co.<br>P.O. Box 711<br>Mt. Pleasant, PA 15666 | Lease for Smithton Warehouse (301 Fitz Henry Road Smithton, PA, 15479) | $378,940.24 (agreed amount per APA) |
| 8. | Salesforce.com, Inc. | Salesforce.com, Inc..<br>Salesforce Tower<br>415 Mission Street, 3rd Floor<br>San Francisco, CA 94105 | Data / Cloud Storage | $155,289 |
| 9. | Silkroads Technology, Inc. | Silkroads Technology, Inc.<br>100 S WACKER DRIVE<br>SUITE 425<br>Chicago, IL 60606 | HRIS System | $0 |

2