**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| | Case No. 20-10553 (CSS) |
| ART VAN FURNITURE, LLC,, *et al.,* | (Jointly Administered) |
| Debtors. | **Objection Deadline: May 20, 2020 at 4:00 p.m.** |
| | **Hearing Date: May 27, 2020 at 11:00 a.m.** |
| | **Ref. Docket No. 489** |

**LIMITED OBJECTION OF SBV HOLLAND LLC TO TRUSTEE'S MOTION FOR ENTRY OF AN ORDER EXTENDING THE DEADLINE TO ASSUME OR REJECT UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY**

SBV Holland, LLC (the "Landlord"), by and through its counsel, hereby files the following Objection to the duly appointed Chapter 7 Trustee's motion (the "Motion") pursuant to sections 365(d)(1) of title 11 of the United States Code, seeking an order extending the deadline to assume or reject unexpired leases of nonresidential real property and respectfully represents as follows:

**BACKGROUND**

1. On March 8, 2020 (the "Petition Date"), the above-referenced debtors (the "Debtors") filed voluntary petitions under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") with this Court.

2. On April 7, 2020, this court converted the chapter 11 petition to a chapter 7 proceeding, appointing Alfred T. Giuliano as the Chapter 7 trustee (the "Trustee").

3. Upon information and belief, Trustee continued to operating the Debtors businesses.

1

### The Lease and Guaranty

4.  On or about December 7, 2018, Landlord and Debtors entered into a nonresidential real property lease the ("Lease") and guaranty (the "Guaranty") for premises known as 1301 E. Mall Drive, Holland, OH (the "Premises").

5.  The Lease is unexpired and a lease "of real property in a shopping center" within the meaning of section 365(b)(3) of the Bankruptcy Code. *See In re Joshua Slocum, Ltd.*, 922 F.2d 1081, 1086-87 (3d Cir. 1990).

### Limited Objections and Joinder

6.  Trustee filed the Motion seeking additional time (until August 31, 2020) to assume or reject unexpired leases of non-residential real property, including the "Leases".

7.  Landlord appreciates the Trustee's position of recently being appointed and marshalling all assets, as well as his efforts to sell inventory for the Estate.

8.  However, Landlord is currently owed $283,149.18, in base rent, plus additional rents, including taxes of $114,771.93, which are due in July 2020. (See attached accounting as Exhibit "A")

9.  Landlord joins in, adopts and incorporate by reference any other relevant objections filed by other landlords in this case.

10. Landlords reserve the right to supplement this Objection and make such other and further objections as may be necessary or appropriate.

11. Landlord requests that Court condition any extension on Trustee's: 1) timely payment of all amounts that come due under the Lease from appointment of the Trustee; 2) allocation and

budget for pre-Trustee, post-petition rents, including, without limitation the "Stub" period rent due for March 2020; and 3) compliance with the covenant terms of the Lease.

**WHEREFORE**, Landlord respectfully requests that the Court enter an order: 1) for timely payment of all amounts that come due under the Lease from appointment of the Trustee; 2) allocation and budget for pre-Trustee, post-petition rents, including, without limitation the "Stub" period rent due for March 2020; 3) compliance with the covenant terms of the Lease; and 4) granting such other and further relief as the Court deems just and proper.

Dated: May 19, 2020

Respectfully submitted,

**JOHN R. WEAVER, JR., P.A.**
**Attorney at Law**

*By: /s/ John R. Weaver, Jr*.
John R. Weaver, Jr.
831 N. Tatnall Street
Wilmington, Delaware, 19801
(302) 655-7371 (direct)
jweaverlaw@verizon.net

and

**STARK & STARK**
**A Professional Corporation**
Thomas S. Onder
Joseph H. Lemkin
993 Lenox Drive
Lawrenceville, NJ 08648
(609) 219-7458 (direct)
(609) 896-9060 (main)
(609) 895-7395 (facsimile)

Attorneys for SBV Holland, LLC

# EXHIBIT A

Art Van Bankruptcy Claim

**Rent**

| | | |
|---|---|---|
| 7 days | 3/1/2020 to 3-7/2020 | |
| | 103452.90 X 12= | $1,241,434.80 |
| | 1241434.80 /365= | $3,401.19 |
| | 3401.19 X 8= | **$27,209.52** |

**Taxes**

see tax bills

**Ohio Tax Assesment Apppeal**

see attached emails and agreement

**Money owed 3/9/2020 to 5/1/2020**

| | | |
|---|---|---|
| Balance of March Rent | | |
| 103452.90 - 27209.52 = | | $76,243.38 |
| April Rent | | $103,452.90 |
| May Rent | | $103,452.90 |
| | Total | **$283,149.18** |

**Money owed 5/1/202 to August 31/2020**

| | | |
|---|---|---|
| May rent | | $103,452.90 |
| June Rent | | $103,452.90 |
| July Rent | | $103,452.90 |
| August rent | | $103,452.90 |
| Taxes due July 31 | | $114,771.93 |
| | used prior years bill | |
| Insurance coverage 7/1 to 8/31 | | |
| | Total | **$528,583.53** |

cost unknown