## EXHIBIT A

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| ART VAN FURNITURE, LLC, *et al.*,[1] | ) | Case No. 20-10553 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

### ORDER GRANTING
### MOTION TO SHORTEN NOTICE PERIOD
### AND SCHEDULE EXPEDITED HEARING ON
### MOTION OF ALFRED T. GIULIANO, CHAPTER 7 TRUSTEE,
### FOR ENTRY OF AN ORDER AUTHORIZING (I) SALE OF CERTAIN
### ASSETS TO LEVIN FURNITURE, LLC AND LEVIN TRUCKING, LLC
### FREE AND CLEAR OF LIENS, CLAIMS, AND ENCUMBRANCES;
### (II) REJECTION OF CERTAIN UNEXPIRED LEASES OF NONRESIDENTIAL
### REAL PROPERTY; (III) ASSUMPTION OF CERTAIN EXECUTORY CONTRACTS;
### AND (IV) GRANTING RELATED RELIEF

Upon consideration of the motion (the "Motion to Shorten")[2] for entry of an order shortening the notice period and scheduling an expedited hearing on the *Motion of Alfred T. Giuliano, Chapter 7 Trustee, for Entry of an Order Authorizing (I) Sale of Purchased Assets to Levin Furniture, LLC and Levin Trucking, LLC Free and Clear of Liens, Claims, and Encumbrances; (II) Rejection of Certain Unexpired Leases of Nonresidential Real Property; (III) Assumption of Certain Assumed Contracts; and (IV) Granting Related Relief* (the "Motion") filed by Alfred T. Giuliano, chapter 7 trustee (the "Trustee") to the estates of the above-captioned debtors (the "Debtors"); and the Court having determined after due deliberation that

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Art Van Furniture, LLC (9205); AVF Holding Company, Inc. (0291); AVCE, LLC (2509); AVF Holdings I, LLC (2537); AVF Holdings II, LLC (7472); AVF Parent, LLC (3451); Levin Parent, LLC (8052); Art Van Furniture of Canada, LLC (9491); AV Pure Sleep Franchising, LLC (8968); AVF Franchising, LLC (6325); LF Trucking, Inc. (1484); Sam Levin, Inc. (5198); and Comfort Mattress LLC (4463). The location of the Debtors' service address in these chapter 11 cases is: 6500 East 14 Mile Road, Warren Michigan 48092.

[2] A capitalized term used but not defined herein shall have the meaning ascribed to it in the Motion to Shorten.

DOCS_SF:103415.2

2

the legal and factual bases set forth in the Motion to Shorten establish just cause for the relief granted herein; and the Court finding that (a) the Court has jurisdiction for a hearing pursuant to 28 U.S.C. §§ 157 and 1334, (b) the Motion to Shorten is a core proceeding pursuant to 28 U.S.C. § 157(b)(2) and (c) venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and notice of the Motion to Shorten being adequate and sufficient; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Motion to Shorten is GRANTED as set forth herein.

2. A hearing to consider the relief requested in the Motion shall be held on **May 27, 2020, at 11:00 a.m. (Eastern Time)** (the "Hearing").

3. Any objections or responses to the relief requested in the Motion must be filed and served on counsel to the Trustee on or before May 22, 2020 at 12:00 p.m. (Eastern Time).

4. Immediately after the entry of this Order, counsel for the Trustee shall serve a copy of this Order and notice of the Motion on parties originally served with the Motion to Shorten and the Motion in the manner described in the Motion to Shorten.

5. This Court shall retain jurisdiction with respect to all matters arising from or related to the interpretation and enforcement of this Order.

Dated: May 19th, 2020
Wilmington, Delaware

CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE