**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>ART VAN FURNITURE, LLC, *et al.,*<br><br>Debtors. | Chapter 7<br><br>Case No.  20-10553 (CSS)<br><br>(Jointly Administered)<br><br>**Objection Deadline:  May 20, 2020 at 4:00  p.m.**<br><br>**Hearing Date: May 27, 2020 at 11:00 a.m.**<br><br>**Ref. Docket No. 489** |

**LIMITED OBJECTION OF SVAP II PASADENA CROSSROADS, LLC TO TRUSTEE'S MOTION FOR  ENTRY OF AN ORDER EXTENDING THE DEADLINE TO ASSUME OR REJECT  UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY**

SVAP II PASADENA CROSSROADS, LLC (the "Landlord"), by and through its counsel, hereby files the  following Objection to the duly appointed Chapter 7 Trustee's motion (the "Motion") pursuant to  sections 365(d)(1) of title 11 of the United States Code, seeking an order extending the deadline  to assume or reject unexpired leases of nonresidential real property and respectfully represents as  follows:

**BACKGROUND**

1. On March 8, 2020 (the "Petition Date"), the above-referenced debtors (the "Debtors")  filed voluntary petitions under chapter 11 of title 11 of the United States Code (the "Bankruptcy  Code") with this Court.

2. On April 7, 2020, this court converted the chapter 11 petition to a chapter 7 proceeding,  appointing Alfred T. Giuliano as the Chapter 7 trustee (the "Trustee").

3. Upon information and belief, Trustee continued to operating the Debtors businesses.

### The Lease and Guaranty

4.     On August 31, 2001, Landlord and Debtors entered into a nonresidential real property lease (the "<u>Lease</u>") for premises located at 8038 Ritchie Hwy, Pasadena, MD 21122 (the "<u>Premises</u>").

5.     The Lease is unexpired and a lease "of real property in a shopping center" within the meaning of section 365(b)(3) of the Bankruptcy Code. *See In re Joshua Slocum, Ltd.*, 922 F.2d 1081, 1086-87 (3d Cir. 1990).

### Limited Objections and Joinder

6.     Trustee filed the Motion seeking additional time (until August 31, 2020) to assume or reject unexpired leases of non-residential real property, including the "Leases".

7.     Landlord appreciates the Trustee's position of recently being appointed and marshalling all assets, as well as his efforts to sell inventory for the Estate.

8.     However, Landlord is currently owed delinquent base rent of at least $125,789.34.

9.     Landlord joins in, adopts and incorporate by reference any other relevant objections filed by other landlords in this case.

10.    Landlord reserves the right to supplement this Objection and make such other and further objections as may be necessary or appropriate.

11.    Landlord requests that Court condition any extension on Trustee's: 1) timely payment of all amounts that come due under the Lease from appointment of the Trustee; 2) allocation and budget for pre-Trustee, post-petition rents, including, without limitation the "Stub" period rent due for March 2020; and 3) compliance with the covenant terms of the Lease.

**WHEREFORE**, Landlord respectfully requests that the Court enter an order: 1) for timely payment of all amounts that come due under the Lease from appointment of the Trustee; 2) allocation and budget for pre-Trustee, post-petition rents, including, without limitation the "Stub" period rent due for March 2020; 3) compliance with the covenant terms of the Lease; and 4) granting such other and further relief as the Court deems just and proper.

Dated: May 20, 2020

Respectfully submitted,

**THE POWELL FIRM**

 */s/ Jason C. Powell*
Jason C. Powell, Esq. (No. 3768)
1201 N. Orange Street, Suite 500
P.O. Box 289
Wilmington, DE 19899
Telephone: (302) 650-1572
Email: jpowell@delawarefirm.com

and

**SHRAIBERG, LANDAU & PAGE, P.A.**

*/s/ Bradley S. Shraiberg*
Bradley S. Shraiberg, Esq.
(FL Bar No. 121622 *Pro hac Pending*)
2385 NW Executive Center Dr., Suite 300
Boca Raton, FL 33431
Telephone: (561) 443-0800
Facsimile: (561) 998-0047
Email: bss@slp.law

Attorneys for SVAP II Pasadena Crossroads, LLC