**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| ART VAN FURNITURE, LLC, *et al.* ) | |
| ) | Bk. No. 20-10553 (CSS) |
| Debtors. ) | (Jointly Administered) |
| ) | |
| ) | **Hearing Date: May 27, 2020 @ 11:00a.m.** |
| ) | Ref. D.I. 489 & 521 |

**JOINDER OF THE TAUBMAN LANDLORDS TO LIMITED OBJECTION OF ACADIA REALTY LIMITED PARTNERSHIP, BRIXMOR OPERATING PARTNERSHIP LP, BROADSTONE AVF MICHIGAN, LLC, BROADSTONE AVF ILLINOIS, LLC, AND DEUTSCHE ASSET & WEALTH MANAGEMENT TO TRUSTEE'S MOTION FOR ENTRY OF AN ORDER EXTENDING THE DEADLINE TO ASSUME OR REJECT UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY**

The Taubman Landlords, by and through the undersigned counsel, hereby join in the *Limited Objection Of Acadia Realty Limited Partnership, Brixmor Operating Partnership LP, Broadstone AVF Michigan, LLC, Broadstone AVF Illinois, LLC, And Deutsche Asset & Wealth Management To Trustee's Motion For Entry Of An Order Extending The Deadline To Assume Or Reject Unexpired Leases Of Nonresidential Real Property* [D.I. 521], for the reasons stated therein and for the following:

**BACKGROUND**

1. On March 8, 2020, the Debtors filed their petitions for relief under Chapter 11 of Title 11 of the United States Code ("Bankruptcy Code").

2. On April 7, 2020, this court converted the chapter 11 petitions to chapter 7 proceedings, appointing Alfred T. Giuliano as the Chapter 7 trustee (the "Trustee").

3. The Trustee continues to operate the Debtors' businesses.

4. The Taubman Landlords are the owners or operators of certain regional retail shopping centers, at which Debtors are a tenant pursuant to a written lease (the "Taubman Lease"), which for purposes of this Limited Objection includes Taubman Auburn Hills Associates Limited Partnership, commonly known as Great Lakes Crossing Outlets, located in Auburn Hills, Michigan (the "Premises").

## LIMITED OBJECTION AND JOINDER

5. The Trustee filed a Motion seeking additional time to assume or reject unexpired leases of non-residential real property, including the Leases for the Premises, until August 31, 2020.

6. The Taubman Landlords understand the current complications faced by the Trustee, however, the Taubman Landlords are owed delinquent rent.

7. Therefore, the Taubman Landlords join in the objections filed by the Debtors' other landlords to the extent that such objections are not inconsistent with the relief requested in this Objection.

8. The Taubman Landlords reserve the right to amend and/or supplement this Objection and make such other and further objections as may be necessary

WHEREFORE, the Taubman Landlords respectfully request that this Court sustain this Objection and grant the Taubman Landlords such further relief as it deems proper.

LAW OFFICE OF SUSAN E. KAUFMAN, LLC

*/s/ Susan E. Kaufman*
Susan E. Kaufman (DSB# 3381)
M. Claire McCudden (DSB# 5036)
919 North Market Street, Suite 460
Wilmington, Delaware 19801
Telephone: (302) 472-7420
Fax: (302) 792-7420

Dated: May 21, 2020      Email: skaufman@skaufmanlaw.com

- and -

Andrew S. Conway, Esquire
The Taubman Company
200 East Long Lake Road, Suite 300
Bloomfield Hills, MI 48304
Telephone:  (248) 258-7427
Fax: (248) 258-7481
aconway@taubman.com

Attorneys for The Taubman Landlords