**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 7 |
|  | ) |  |
| ART VAN FURNITURE., *et al.*,[1] | ) | Case No. 20-10553 (CSS) |
|  | ) |  |
|  | ) | Jointly Administered |
|  | ) |  |
| Debtors. | ) | Re: Docket No. 511 |
|  | ) |  |

**LIMITED OBJECTION OF BANC OF AMERICA LEASING & CAPITAL, LLC TO TRUSTEE'S MOTION FOR ORDER APPROVING SALE OF CERTAIN ASSETS TO LEVIN FURNITURE, LLC AND LEVIN TRUCKING, LLC FREE AND CLEAR OF LIENS, CLAIMS AND ENCUMBRANCES**

Banc of America Leasing & Capital, LLC ("BALC"), by and through its undersigned counsel, objects on a limited basis to the Motion of Alfred T. Giuliano, Chapter 7 Trustee, for Order Approving (I) Sale of Certain Assets to Levin Furniture, LLC and Levin Trucking, LLC Free and Clear of Liens, Claims and Encumbrances; (II) Rejection of Certain Unexpired Leases of Nonresidential Real Property; (III) Assumption of Certain Executory Contracts; and (IV) Granting Related Relief (the "Sale Motion") [Docket No. 511]. In support of this Objection to the Sale Motion, BALC states as follows:

1. BALC is the owner of certain rolling stock personal property consisting of 26 Kenworth tractor trucks (the "Vehicles").

2. The above-captioned Debtors (the "Debtors") were allowed possession and use of the Vehicles pursuant to a Master Lease Agreement, dated August 26, 2016, and four Schedules

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, include: Art Van Furniture, LLC (9205); AVF Holding Company, Inc. (0291); AVCE, LLC (2509); AVF Holdings I, LLC (2537); AVF Holdings II, LLC (7472): AVF Parent, LLC (3451); Levin Parent, LLC (8052); Art Van Furniture of Canada, LLC (9491); AV Pure Sleep Franchising, LLC (8968); AVF Franchising, LLC (6325); LF Trucking, Inc. (1484); Sam Levin, Inc. (5198); and Comfort Mattress LLC (4463). The location of the Debtors' service address in these Chapter 11 cases is: 6500 East 14 Mile Road, Warren, Michigan 48092.
.

1

to the Master Lease Agreement with BALC (the "Leases").  True and correct copies of the Leases are attached to this Objection as Exhibit A.

3. The Leases provide that title and ownership of the Vehicles remains with BALC at all times while the Debtors have possession of the Vehicles.

4. On March 8, 2020, the Debtors each filed a voluntary petition for relief pursuant to Chapter 11 of the United States Bankruptcy Code. (the "Code").

5. On April 6, 2020, the Court entered an Order converting the Debtors' Chapter 11 cases to cases under Chapter 7 of the Bankruptcy Code.  On April 7, 2020, Alfred T. Giuliano was appointed as trustee (the "Trustee").

6. The Trustee continues to operate the Debtors' businesses.

7. As of the date of this Objection, the Leases have not been assumed or rejected by the Debtors or the Trustee.

8. The Sale Motion makes no mention of the Leases, in either the list of Rejected Leases, or the list of Assumed Contracts and Cure Amounts included as exhibits to the Sale Motion.

9. The Sale Motion states on Page 6, under the subheading of *Purchased Assets*, that the Purchased Assets include: "(ii) all such rolling stock and vehicles of Seller" that are listed on the Schedule 2.1(b) attached to the purchase agreement between the Trustee and the proposed buyer of Debtors' assets.

10. The Vehicles are not owned by Debtors or the Trustee.  Accordingly, the rolling stock being sold pursuant to the Sale Motion does not include the Vehicles.

11. However, based on the limited descriptions of the assets being sold as contained in the Sale Motion, BALC cannot be certain that the Vehicles are excluded from the proposed sale.

12. To preserve BALC's rights in the Vehicles, BALC objects to the Sale Motion to the extent that the Vehicles are included any manner with the assets being sold pursuant to the Sale Motion.

13. BALC reserves all rights to raise further objections, including objections related to any assumption or assignment of the Leases.

ACCORDINGLY, Banc of America Leasing & Capital, LLC respectfully requests that (i) any order entered by the Court specifically excludes the Vehicles as described in this Objection and on the accompanying exhibit; and (ii) such further relief the Court deems just and equitable.

Date: May 22, 2020

Respectfully submitted,

THE POWELL FIRM LLC.

s/ Jason C. Powell
Jason C. Powell, Esquire (No. 3768)
1201 North Orange Street, #500
P.O. Box 289
Wilmington, Delaware 19899
Phone: 302-650-1572
Fax: 302-650-1574
Email: jpowell@delawarefirm.com

-and-

KOHNER, MANN & KAILAS, S.C.

/s/ Eric R. von Helms
Eric R. von Helms, Esq.
Wisconsin Bar ID: 1043206
4650 North Port Washington Road
2nd Floor North
Milwaukee, Wisconsin 53212
Telephone: (414) 962-5110
Facsimile: (414) 962-8725
Email: evonhelms@kmksc.com

*Counsel to Banc of America Leasing & Capital, LLC.*