# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ART VAN FURNITURE, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 20-10553 (CSS)<br><br>Jointly Administered |

## CERTIFICATE OF SERVICE

I, Colin R. Robinson, hereby certify that on the 26th day of May, 2020, I caused a copy of the following document(s) to be served on the individuals on the attached service list(s) in the manner indicated:

**DECLARATION OF ALFRED T. GIULIANO IN SUPPORT OF MOTION FOR ENTRY OF ORDER APPROVING (I) SALE OF CERTAIN ASSETS TO LEVIN FURNITURE, LLC AND LEVIN TRUCKING, LLC FREE AND CLEAR OF LIENS, CLAIMS, AND ENCUMBRANCES; (II) REJECTION OF CERTAIN UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY; (III) ASSUMPTION OF CERTAIN EXECUTORY CONTRACTS; AND (IV) GRANTING RELATED RELIEF**

/s/ *Colin R. Robinson*
Colin R. Robinson (DE Bar No. 5524)

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, include: Art Van Furniture, LLC (9205); AVF Holding Company, Inc. (0291); AVCE, LLC (2509); AVF Holdings I, LLC (2537); AVF Holdings II, LLC (7472); AVF Parent, LLC (3451); Levin Parent, LLC (8052); Art Van Furniture of Canada, LLC (9491); AV Pure Sleep Franchising, LLC (8968); AVF Franchising, LLC (6325); LF Trucking, Inc. (1484); Sam Levin, Inc. (5198); and Comfort Mattress LLC (4463). The location of the Debtors' service address in these chapter 11 cases is: 6500 East 14 Mile Road, Warren Michigan 48092.

Art Van Furniture LLC
2002 Service List EXPEDITED
Case No. 20-10553
Document No. 227988.1
03 - Faxes
08 - Overnight Delivery
134 - Emails

(Proposed Counsel to the Chapter 7 Trustee)
Bradford J. Sandler, Esq.
Robert J. Feinstein, Esq.
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
Wilmington, DE 19801
**Email: bsandler@pszjlaw.com;
rfeinstein@pszjlaw.com;**

**FAX**
Indiana Attorney General
Attn: Bankruptcy Department
Indiana Govt Center South
302 West Washington St., 5th Fl
Indianapolis, IN 46204
**FAX: 317-232-7979**

**FAX**
Internal Revenue Service
Centralized Insolvency Operation
2970 Market St
Philadelphia, PA 19104
**FAX: 855-235-6787**

**FAX**
(Top 30 Creditor)
Kuka (HK) Trade Co., Limited
Attn: Director or Officer
RM 6 13A/F World Finance Ctr
Harbour City South Twr
17 Canton Road
Tsim Sha Tsui, Hong Kong
**FAX: 852-2577-7119**

**OVERNIGHT MAIL**
Debtors
Art Van Furniture, LLC
6500 East 14 Mile Road
Warren, MI 48092

**OVERNIGHT MAIL**
Illinois Attorney General
Attn: Bankruptcy Department
James R. Thompson Ctr
100 W. Randolph St.
Chicago, IL 60601

**OVERNIGHT MAIL**
IMB Credit LLC
Special Handling Group
Andrew Gravina
6254 Fernstone Trail NW
Acworth, GA 30101

**OVERNIGHT MAIL**
(Top 30 Creditor)
Jackson Furniture, Catnapper
W. Ronald Jackson, President
1910 King Edward Avenue
Cleveland, TN 37311

**OVERNIGHT MAIL**
Ohio Attorney General
Attn: Bankruptcy Department
30 E. Broad St. 14th Fl
Columbus, OH 43215-0410

**OVERNIGHT MAIL**
(Committee of Unsecured Creditors)
Store Capital Corp
Attn: Lyena Hale
8377 E. Hartford Drive, Suite 100
Scottsdale, AZ 85255

DOCS_DE:227988.1 05233/002

**OVERNIGHT MAIL**
Andrew Gravina
IBM Credit LLC
Special Handling Group
6254 Fernstone Trail NW
Acworth, GA 30101

**OVERNIGHT DELIVERY**
Keri Gaigalas
2701 Old Liberty, Rd
New Windsor, MD 21776

**EMAIL**
(Top 30 Creditor)
United Furniture Industries
Gene Pierce, VP of Manufacturing
5380 Highway 145 South
Tupelo, MS 38801
**Email:
pierce@unitedfurituresantarosa.coin**

**EMAIL**
(Top 30 Creditor)
Michael Nicholas Designs
Mike Cimarusti, CEO
2330 Raymer Avenue
Fullerton, CA 92336
**Email: mike@mndca.com**

**EMAIL**
(Top 30 Creditor)
Kingsdown Inc.
Mark Cummings
126 W. Holt Street
Mebane, NC 27302-2622
**Email: tmclean@kingsdown.com**

**EMAIL**
(Proposed Counsel to the Debtors and
Debtors in Possession)
Gregory W. Werkheiser, Esq.
Michael J. Barrie, Esq.
Jennifer Hoover, Esq.
Kevin Capuzzi, Esq.
John C. Gentile, Esq.
Benesch, Friedlander, Coplan & Aronoff LLP
222 Delaware Avenue, Suite 801
Wilmington, DE 19801
**Email: gwerkheiser@beneschlaw.com;
mbarrie@beneschlaw.com;
jhoover@beneschlaw.com;
kcapuzzi@beneschlaw.com;
jgentile@beneschlaw.com**

**EMAIL**
(Top 30 Creditor)
A-America, Inc.
Fred G. Rohrbach, CEO
800 Milwaukee Avenue N.
Algona, WA 98001
**Email: tleflein@a-america.com;
dmontgomery@a-america.com**

**EMAIL**
(Top 30 Creditor)
Ascion LLC
Martin Rawls-Meehan, President & CEO
750 Denison Court
Bloomfield Hills, MI 48302
**Email: martin@reverie.com**

**EMAIL**
(Counsel to Kingsdown, Inc.)
William P. Bowden, Esq.
Gregory A. Raylor, Esq.
Ashby & Geddes, P.A.
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899-1150
**Email: wbowden@ashbygeddes.com;
gtaylor@ashbygeddes.com**

**EMAIL**
(Top 30 Creditor)
Ashley Furniture Industries, Inc.
Todd Wanek, President & CEO
1 Ashley Way
Arcadia, WI 54612-1218
Email: **twanek@ashleyfurniture.com**

**EMAIL**
(Counsel to SCF RC Funding III, LLC, STORE SPE AVF I 2017-1, LLC, STORE SPE AVF II 2017-2, LLC, STORE Master Funding XII, LLC, Broadstone AVF Illinois, LLC and Broadstone AVF Michigan, LLC)
Craig Solomon Ganz, Esq.
Michael DiGiacomo, Esq.
Ballard Spahr LLP
1 E. Washington Street, Suite 2300
Phoenix, AZ 85004
Email: **ganzc@ballardspahr.com;
digiacomom@ballardspahr.com**

**EMAIL**
(Counsel to Brixmor Operating Partnership LP & Counsel to SCF RC Funding III, LLC, STORE SPE AVF I 2017-1, LLC, STORE SPE AVF II 2017-2, LLC, STORE Master Funding XII, LLC, Broadstone AVF Illinois, LLC and Broadstone AVF Michigan, LLC)
Leslie C. Heilman, Esq.
Laurel D. Roglen, Esq.
Ballard Spahr LLP
919 N. Market Street, 11th Floor
Wilmington, DE 19801-3034
Email: **heilmanl@ballardspahr.com;
roglenl@ballardspahr.com**

**EMAIL**
(Counsel to SCF RC Funding III, LLC, STORE SPE AVF I 2017-1, LLC, STORE SPE AVF II 2017-2, LLC, STORE Master Funding XII, LLC, Broadstone AVF Illinois, LLC and Broadstone AVF Michigan, LLC)
Stacy H. Rubin, Esq.
Ballard Spahr LLP
One Summerlin
1980 Festival Plaza Drive, Suite 900
Las Vegas, NV 89135
Email: **rubins@ballardspahr.com**

**EMAIL**
(Top 30 Creditor)
Bedgear, LLC
Eugene Alletto, CEO
100 Bi-County Blvd., Suite 101
Farmingdale, NY 11735
Email: **ealletto@bedgear.com**

**EMAIL**
(Counsel to Gary A. Van Elslander, as trustee of the Archie A. Van Elslander Trust and the Archie A. Van Elslander Trust)
Ralph E. McDowell, Esq.
Bodman PLC
1901 St. Antoine Street
6th Floor at Ford Field
Detroit, MI 48226
Email: **rmcdowell@bodmanlaw.com**

**EMAIL**
(Counsel to Guardian Alarm Company)
Mary F. Caloway, Esq.
Buchanan Ingersoll & Rooney PC
919 N. Market Street, Suite 990
Wilmington, DE 19801
Email: **mary.caloway@bipc.com**

**EMAIL**
(Counsel to Guardian Alarm Company)
Peter S. Russ, Esq.
Buchanan Ingersoll & Rooney PC
Union Trust Building
501 Grant Street, Suite 200
Pittsburgh, PA 15219
Email: **peter.russ@bipc.com**

**EMAIL**
(Counsel to Wells Fargo Bank, NA, Prepetition ABL Agent)
Cory Falgowski, Esq.
Burr & Forman, LLP
1201 N. Market Street, Suite 1407
Wilmington, DE 19801
Email: **jfalgowski@burr.com**

**EMAIL**
(Counsel to Ohio Valley Mail Company
Lindsey M. Harrison Madgar, Esq.
Richard T. Davis, Esq.
Cafaro Management Company
5577 Youngstown-Warren Road
Niles, OH 44446
**Email: LMadgar@cafarocompany.com**

**EMAIL**
(Counsel to Middlebelt Plymouth Venture LLC, Shelby Corners, LLC, Agree Limited Partnership, and Brandon Associates Southgate L.L.C.)
David M. Blau, Esq.
Clark Hill PLC
151 S. Old Woodward Ave., Suite 200
Birmingham, MI 48009
**Email: dblau@clarkhill.com**

**EMAIL**
(Counsel to Levin Furniture, LLC; Levin Trucking, LLC; Middlebelt Plymouth Venture LLC; Shelby Corners, LLC; Agree Limited Partnership; Brandon Associates Southgate L.L.C.)
Karen Grivner, Esq.
Clark Hill PLC
824 N. Market Street, Suite 710
Wilmington, DE 19801
**Email: kgrivner@clarkhill.com**

**EMAIL**
(Counsel to Levin Furniture, LLC and Levin Trucking, LLC)
Shannon Deeby, Esq.
Clark Hill PLC
151 S. Old Woodward, Suite 200
Birmingham, MI 48009
**Email: sdeeby@clarkhill.com**

**EMAIL**
(Counsel to Levin Furniture, LLC and Levin Trucking, LLC)
William Price, Esq.
Jarrod Duffy, Esq.
301 Grant Street, 14th Floor
Pittsburgh, PA 15219
**Email: wprice@clarkhill.com;
jduffy@clarkhill.com**

**EMAIL**
(Counsel to Landlords)
Karen C. Bifferato, Esq.
Kelly M. Conlan, Esq.
Connolly Gallagher LLP
1201 N. Market Street, 20th Floor
Wilmington, DE 19801
**Email:
kbifferato@connollygallagher.com;
kconlan@connollygallagher.com**

**EMAIL**
(Counsel to Synchrony Bank)
Rachel H. Herd, Esq.
Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104
**Email: hughmccullough@dwt.com;
rachelherd@dwt.com**

**EMAIL**
(Committee of Unsecured Creditors)
LCN AVF Warren (MI) LLC
Attn: Joshua Leventhal
888 Seventh Ave., 4th Floor
New York, NY 10019
**Email: jleventhal@lcnpartners.com**

**EMAIL**
Delaware Attorney General
Carvel State Office Building
820 N French Street
Wilmington, DE 19801
**Email: attorney.general@state.de.us**

**EMAIL**
Delaware Dept of Justice
Attn: Bankruptcy Dept
820 N French St., 6th Fl
Wilmington, DE 19801
**Email: attorney.general@state.de.us**

**EMAIL**
Delaware Secretary of State
Franchise Tax
401 Federal Street
PO Box 898
Dover, DE 19903
**Email: dosdoc_bankruptcy@state.de.us**

**EMAIL**
Delaware State Treasury
820 Silver Lake Blvd., Suite 100
Dover, DE 19904
**Email: statetreasurer@state.de.us**

**EMAIL**
(Counsel to Westminster Gateway, LLC)
R. Craig Martin, Esq.
DLA Piper LLP (US)
1201 N. Market Street, Suite 2100
Wilmington, DE 19801-1147
**Email: Craig.martin@us.dlapiper.com**

**EMAIL**
(Counsel to Westminster Gateway, LLC)
Richard M. Kremen, Esq.
DLA Piper LLP (US)
The Marbury Building
6255 Smith Avenue
Baltimore, MD 21209-3600
**Email: richard.kremen@us.dlapiper.com**

**EMAIL**
(Counsel to Gary Van Elslander)
Deborah D. Williamson, Esq.
Danielle N. Rushing, Esq.
Dykema Gossett PLLC
112 East Pecan Street, Suite 1800
San Antonio, TX 78205
**Email: dwilliamson@dykema.com;
drushing@dykema.com**

**EMAIL**
(Top 30 Creditor)
Elite Rewards
Attn: Director of Officer
5111 Central Avenue
St. Petersburg, FL 33710
**Email: Michellek@eliterewards.biz**

**EMAIL**
(Top 30 Creditor)
England Furniture Inc.
Attn: Director or Officer
145 England Drive
New Tazewell, TN 37825
**Email:
connie.gilbert@englandfurniture.com**

**EMAIL**
(Top 30 Creditor)
Flexsteel Industries Inc.
Jerry Dittmer, President & CEO
385 Bell Street
Dubuque, IA 52001
**Email: jdittmer@flexsteel.com**

**EMAIL**
(Counsel to Kingsdown, Inc.)
Michael J. Small, Esq.
Foley & Lardner LLP
321 North Clark St., Suite 3000
Chicago, IL 60654-4762
**Email: msmall@foley.com**

**EMAIL**
(Top 30 Creditor)
Franklin Corporation
Hassell Franklin, CEO
600 Franklin Drive
Houston, MS 38851
**Email:
hassellfranklin@franklincorp.com**

**EMAIL**
(Counsel to Tempur Sealy International, Inc., Stearns & Foster, Sealy Mattress Company)
Ronald E. Gold, Esq.
Frost Brown Todd LLC
3300 Great American Tower
301 East Fourth Street
Cincinnati, OH 45202
Email: rgold@fbtlaw.com

**EMAIL**
(Top 30 Creditor)
Fusion Furniture Inc.
Bo Robbins, President
957 Pontotoc County Industrial Pkwy
Ecru, MS 38841
Email: brobbins@fusionfurnitureinc.com

**EMAIL**
(Counsel to Levin Furniture LLC, Levin Trucking LLC, and Levin Holdings LLC)
Jonathan M. Kamin, Esq.
Goldberg, Kamin & Garvin
1806 Frick Building
437 Grant Street
Pittsburgh, PA 15219
Email: jonathank@gkgattorneys.com

**EMAIL**
(Counsel to HGB AVF Lending, LLC; AVF Lending, LLC)
Dennis A. Meloro, Esq.
Greenberg Traurig, LLP
The Nemours Building
1007 North Orange Street
Suite 1200
Wilmington, DE 19801
Email: melorod@gtlaw.com

**EMAIL**
(Counsel to HGB AVF Lending, LLC; AVF Lending, LLC)
Jeffrey M. Wolf
Greenberg Traurig, LLP
One International Place, 20th Floor
Boston, MA 02110
Email: wolfje@gtlaw.com

**EMAIL**
(Counsel to HGB AVF Lending, LLC)
Nancy A. Peterman, Esq.
Greenberg Traurig, LLP
77 West Wacker Drive, Suite 3100
Chicago, IL 60601
Email: petermann@gtlaw.com

**EMAIL**
(Top 30 Creditor)
H M Richards Inc.
Joe A. Tarrant Jr., Vice President of Operations
414 Co Road 2790
Guntown, MS 38849
Email: jtarrant@hmrichards.com

**EMAIL**
(Counsel to Hilco Trading Trading, LLC)
HGB AVF Lending, LLC
c/o Hilco Trading, LLC
Eric Kaup
5 Revere Dr., Suite 206
Northbrook, IL 60062
Email: ekaup@hilcoglobal.com

**EMAIL**
(Counsel to Signal USA LLC, d/b/a Signal Restoration Services)
Adam Hiller, Esq.
Hiller Law, LLC
1500 N. French Street, 2nd Floor
Wilmington, DE 19801
Email: ahiller@adamhillerlaw.com

**EMAIL**
(Counsel to Central Wayne Properties, LLC)
Lawrence A. Lichtman, Esq.
Honigman LLP
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226
Email: **llichtman@honigman.com**

**EMAIL**
Internal Revenue Service
Attn: Susanne Larson
31 Hopkins Plz Rm 1150
Baltimore, MD 21201
Email: **SBSE.Insolvency.Balt@irs.gov**

**EMAIL**
Iowa Attorney General
Attn: Bankruptcy Department
Hoover State Office Bldg
1305 E. Walnut Street
Des Moines, IA 50319
Email: **IDR.Bankruptcy@ag.iowa.gov**

**EMAIL**
(Counsel to Preston Yarns, LLC)
Michael D. DeBaecke, Esq.
Ashby & Geddes, P.A.
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
Email: **MDeBaecke@ashbygeddes.com**

**EMAIL**
(Counsel to Flexsteel Industries, Inc.)
Jason W. Bank, Esq.
Kerr, Russell and Weber, PLC
500 Woodward Avenue, Suite 2500
Detroit, MI 48226
Email: **jbank@kerr-russell.com**

**EMAIL**
(Counsel to Virtus Group, L.P., Prepetition Term Loan Agent)
Christopher G. Boies, Esq.
King & Spalding LLP
1185 Avenue of the Americas
New York, NY 10036
Email: **cboies@kslaw.com**

**EMAIL**
(Top 30 Creditor)
Kuehne & Nagel Inc.
Detlef Trefzger, CEO
Exchange Pl 10
Jersey City, NJ 07302-3920
Email: **detlef.trefzger@kuehne-nagel.com**

**EMAIL**
(Counsel to Taubman Landlords)
Susan E. Kaufman, Esq.
Law Office of Susan E. Kaufman, LLC
919 N. Market Street, Suite 460
Wilmington, DE 19801
Email: **skaufman@skaufmanlaw.com**

**EMAIL**
(Top 30 Creditor)
La-Z-Boy Chair Company
Natalie Dickinson
One La-Z-Boy Drive 2B
Monroe, MI 48162
Email: **darrell.edwards@la-z-boy.com**

**EMAIL**
(Top 30 Creditor)
Liberty Furniture Industries Inc.
Jason Brian, Executive VP
6021 Greens

boro Drive
Atlanta, GA 30336
Email: **jasonbrian@libertyfurn.com**

**EMAIL**
(Counsel to Rochester KM Partners)
Earle I. Erman
Maddin Hauser Roth & Heller, P.C.
28400 Northwestern Hwy., 2nd Floor
Southfield, MI 48034
Email: eerman@maddinhauser.com

**EMAIL**
Maryland Attorney General
Attn: Bankruptcy Department
200 St. Paul Place
Baltimore, MD 21202-2202
Email: oag@oag.state.md.us

**EMAIL**
(Top 30 Creditor)
Max Home LLC
Larry Gentry, CEO
101 Max Place
Fulton, MS 38843
Email: accounting@maxhomenow.com

**EMAIL**
Michigan Attorney General
Attn: Bankruptcy Department
525 W. Ottawa St.
Lansing, MI 48909
Email: miag@michigan.gov

**EMAIL**
Missouri Attorney General
Attn: Bankruptcy Department
Supreme Court Bldg
207 W. High St.
Jefferson City, MO 65101
Email: attorney.general@ago.mo.gov

**EMAIL**
(Counsel to Waste Management)
Brian J. McLaughlin, Esq.
Rachel B. Mersky, Esq.
Monzack Mersky Mclaughlin and Browder, P.A.
1201 N. Orange Street, Suite 400
Wilmington, DE 19801
Email: **bmclaughlin@monlaw.com;
rmersky@monlaw.com**

**EMAIL**
(Counsel to Wells Fargo Bank, NA, Prepetition ABL Agent)
Jennifer Feldsher, Esq.
Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, NY 10179-0060
Email:
**jennifer.feldsher@morganlewis.com**

**EMAIL**
(Counsel to Wells Fargo Bank, NA, Prepetition ABL Agent)
Marjorie Crider, Esq.
Christopher Carter, Esq.
Morgan, Lewis & Bockius LLP
One Federal Street
Boston, MA 02110-1726
Email:
**marjorie.crider@morganlewis.com;
christopher.carter@morganlewis.com**

**EMAIL**
(Counsel to Synchrony Bank)
Carl N. Kunz, III, Esq.
Sarah M. Ennis, Esq.
Morris James LLP
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899-2306
Email: **ckunz@morrisjames.com;
sennis@morrisjames.com**

EMAIL
(Counsel to Serta Simmons Bedding, LLC)
Mark L. Desgrosseilliers, Esq.
Chipman Brown Cicero & Cole, LLP
Hercules Plaza
1313 N. Market Street, Suite 5400
Wilmington, DE 19801
Email: Desgross@ChipmanBrown.com

EMAIL
Office of the United States Trustee
Delaware
Linda Richenderfer
J. Caleb Boggs Federal Building
844 King St., Ste 2207
Lockbox 35
Wilmington, DE 19899-0035
Email: Linda.Richenderfer@usdoj.gov

EMAIL
(Top 30 Creditor)
Simmons Manufacturing Company, LLC
Attn: David Swift,
Chairman and CEO
1608 Highway 20 East
McDonough, GA 30252
Email: dswitft@sertasimmons.com

EMAIL
(Co-Counsel to Consultant)
Douglas D. Herrmann, Esq.
Marcy J. McLaughlin Smith, Esq.
Pepper Hamilton LLP
Hercules Plaza, Suite 5100
1313 N. Market Street
Wilmington, DE 19899-1709
Email: herrmannd@pepperlaw.com;
mclaughlinm@pepperlaw.com

EMAIL
(Counsel to Creditor Blue Bell Mattress Co., LLC)
Alan D. Smith, Esq.
Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Email: ADSmith@perkinscoie.com

EMAIL
(Counsel to Us Assets, Inc.)
Daniel J. DeFranceschi, Esq.
Zachary I. Shapiro, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
Email: defranceschi@rlf.com;
shapiro@rlf.com"

EMAIL
(Counsel to Hilco Merchant Resources, LLC, et al.)
Steven Fox, Esq.
Riemer & Braunstein LLP)
Times Square Tower
Seven Times Square, Suite 2506
New York, NY 10036
Email: sfox@riemerlaw.com

EMAIL
(Counsel to Serta Simmons Bedding, LLC)
Beth E. Rogers, Esq.
James F. F. Carroll, Esq.
Rogers Law Offices
100 Peachtree Street, Suite 1950
Atlanta, GA 30303
Email: brogers@berlawoffice.com;
jcarroll@berlawoffice.com

EMAIL
Counsel to ARCTRUST, Inc.)
John D. Demmy, Esq.
Saul Ewing Arnstein & Lehr LLP
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19899
Email: john.demmy@saul.com

**EMAIL**
Securities & Exchange Commission
G Jeffrey Boujoukos, Regional Director
1617 JFK Boulevard, Ste 520
Philadelphia, PA 19103
Email: philadelphia@sec.gov

**EMAIL**
Securities & Exchange Commission
Secretary of the Treasury
100 F St. NE
Washington, DC 20549
Email: SECBankruptcy-OGC-ADO@SEC.GOV

**EMAIL**
Securities & Exchange Commission NY Office
Andrew Calamari, Regional Director
Brookfield Place
200 Vesey St, Ste 400
New York, NY 10281-1022
Email: bankruptcynoticeschr@sec.gov

**EMAIL**
(Counsel to Creditor, Milford Road Plaza, LLC
Alan J. Taylor, Esq.
Segal McCambridge Singer & Mahoney
29100 Northwestern Highway, Suite 240
Southfield, MI 48034
Email: ataylor@smsm.com

**EMAIL**
(Top 30 Creditor)
Serta Restokraft Mattress Co.
Larry Kraft , President
38025 Jaykay Drive
Romulus, MI 48174
Email: lkrafty@sertaresto.com

**EMAIL**
(Top 30 Creditor)
Signal Restoration Services
Frank Torre, Managing Partner
2490 Industrial Row Drive
Troy, MI 48084
Email: ftorre@signalrestoration.com

**EMAIL**
(Top 30 Creditor)
Simon Li Furniture
Simon Lichtenberg, Chief Executive Officer
200 E. Commerce Avenue
High Point, NC 27260
Email: simonli@trayton.com

**EMAIL**
(Counsel to Signal USA LLC, d/b/a Signal Restoration Services)
John D. Stoddard, Esq.
Frank P. Simon, Esq.
Simon PLC Attorneys and Counselors
37000 Woodward Avenue, Suite 250
Bloomfield Hills, MI 48304
Email: jstoddard@simonattys.com

**EMAIL**
(Counsel to Simon Property Group)
Simon Property Group, Inc.
Ronald M. Tucker, Esq.
225 West Washington Street
Indianapolis, IN 46204
Email: rtucker@simon.com

**EMAIL**
(Top 30 Creditor)
Southern Motion Inc.
Roger Bland, CEO
298 Henry Southern Drive
P.O. Box 1064
Pontotoc, MS 38863
Email: rbland@southernmotion.com

**EMAIL**
(Top 30 Creditor)
Standard Furniture Manufacturing, LLC
Tim Ussery, President
801 US-31
Bay Minette, AL 36507
Email: **tim.ussery@sfmco.com**

**EMAIL**
(Counsel to SVB Holland, LLC)
Stark & Stark, P.C.
Thomas S. Onder, Esq. & Joseph H. Lemkin, Esq.
P.O. Box 5315
Princeton, NJ 08543
Email: **tonder@stark-stark.com; jlemkin@stark-stark.com**

**EMAIL**
(Top 30 Creditor)
The Sussman Agency
Alan Sussman, President
29200 Northwestern Highway
Suite 130
Southfield, MI 48094
Email: **alan@thesussmanagency.com**

**EMAIL**
(Counsel to the Taubman Landlords)
The Taubman Company
Andrew S. Conway, Esq.
200 East Long Lake Road, Suite 300
Bloomfield Hills, MI 48304
Email: **aconway@taubman.com**

**EMAIL**
US Attorney for Delaware
David C. Weiss, Esq.
Hercules Building
1313 N. Market Street
Wilmington, DE 19899-2046
Email: **usade.ecfbankruptcy@usdoj.gov**

**EMAIL**
Virginia Attorney General
Attn: Bankruptcy Department
202 North Ninth St
Richmond, VA 23219
Email: **mailoag@oag.state.va.us**

**EMAIL**
(Prepetition Term Loan Agent)
Virtus Group, L.P.
Beth Cesari, Senior Director
3300 N Interstate 35, Suite 350
Austin, TX 78705
Email: **Beth.Cesari@virtusllc.com**

**EMAIL**
(Counsel to Gray & Associates, LLC, in its capacity as State Court Receiver for Campus Hills Maryland Associates Limited Partnership)
Richard W. Riley, Esq.
Whiteford, Taylor & Preston L.L.P.
The Renaissance Centre
405 North King Street, Suite 500
Wilmington, DE 19801
Email: **rriley@wtplaw.com**

**EMAIL**
(Counsel to Gray & Associates, LLC, in its capacity as State Court Receiver for Campus Hills Maryland Associates Limited Partnership)
Whiteford, Taylor & Preston L.L.P.
Todd M. Brooks, Esq.
Seven Saint Paul Street, 15th Floor
Baltimore, MD 21202-1626
Email: **tbrooks@wtplaw.com**

**EMAIL**
(Top 30 Creditor)
New Classic Furniture
Mitch Markowitz, CEO
7351 McGuire Blvd.
Fontana, CA 92336
Email: **mitch@newclassicfurniture.com**

**EMAIL**
(Counsel to National Shopping Plazas, Inc.)
Nathan Q. Rugg, Esq.
William Barrett, Esq.
Barack Ferrazzano Kirschbaum &
Nagelberg LLP
200 West Madison Street, Suite 3900
Chicago, IL 60606
**Email: nathan.rugg@bfkn.com;
William.barrett@bfkn.com**

**EMAIL**
(Counsel to La-Z-Boy Incorporated;
Anthony M. Saccullo, Esq.
Mary E. Augustine, Esq.
A.M. Saccullo Legal, LLC
27 Crimson King Drive
Bear, Delaware 19701
**Email: ams@saccullolegal.com
meg@saccullolegal.com**

**EMAIL**
Steven A. Ginther, Esq.
Special Assistant Attorney General
Missouri Department of Revenue
General Counsel's Office
301 W. High Street, Room 670
PO Box 475
Jefferson City, MO 65105-0475
(573) 751-5531 FAX (573) 751-7232
**Email: deecf@dor.mo.gov**

**EMAIL**
(Counsel to Trayton Furniture (Hong Kong)
Ltd. d/b/ Simon Li Furniture)
Brett D. Goodman, Esq.
Louis A. Curcio, Esq.
Troutman Sanders LLP
875 Third Avenue
New York, NY 10022
**Email: brett.goodman@troutman.com
louis.curcio@troutman.com**

**EMAIL**
(Counsel to A&R Properties, LP)
Mark T. Hurford, Esq.
Campbell & Levine, LLC
222 Delaware Avenue, Suite 1620
Wilmington, DE 19801
**Email: Mhurford@camlev.com**

**EMAIL**
(Counsel to A&R Properties, LP)
Mark A. Lindsay, Esq.
Sarah E. Wenrich, Esq.
Bernstein Burkley
707 Grant Street
Suite 2200 Gulf Tower
Pittsburgh, PA 15219
**Email: mlindsay@bernsteinlaw.com;
swenrich@bernsteinlaw.com**

**EMAIL**
Dana Nessel, Esq.
Heather L. Donald, Esq.
Office of the Attorney General
Cadillac Place, Ste. 10-200
3030 W. Grand Blvd.
Detroit, MI 48202
**Email: donaldh@michigan.gov**

**EMAIL**
(Counsel to Central Wayne Properties, LLC
Lawrence A. Lichtman, Esq.
Honigman LLP
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226
**Email: llichtman@honigman.com**

**EMAIL**
(Counsel to Oracle America, Inc.)
Shawn M. Christianson, Esq.
Buchalter, A Professional Corporation
55 Second Street, 17th Floor
San Francisco, CA 94105-3493
**Email: schristianson@buchalter.com**

**EMAIL**
(Counsel to 2505 Pitkin Corp. as Assignee from Store Investment Corporation)
Leslie A. Berkoff, Esq.
Moritt Hock & Hamroff LLP
400 Garden City Plaza
Garden City, NY 11530
**Email: lberkoff@moritthock.com**

**EMAIL**
(Counsel to Reliance Pittsburgh, LLC
Isaac T. Heintz, Esq.
4270 Ivy Pointe Boulevard, Suite 225
Cincinnati, OH 45245
**Email: isaac@finneyslawfirm.com**

**EMAIL**
Chapter 7 Trustee
Alfred T. Giuliano, Esq.
Giuliano Miller & Co., LLC
2301 E. Evesham Road
Pavillion 800, Suite 210
Voorhees, NJ 08043
**Email: atgiuliano@giulianomiller.com**

**EMAIL**
(Counsel to Allenwest Group, LLC)
Kathleen M. Miller, Esq.
Smith, Katzenstein & Jenkins LLP
1000 West Street, Suite 1501
P.O. Box 410
Wilmington, DE 19899
**Email: kmiller@skjlaw.com**

**EMAIL**
Benjamin A. Hackman, Esq.
Office of the United States Trustee
844 King Street, Suite 2207
Wilmington, DE 19801
**Email: benjamin.a.hackman@usdoj.gov**

**EMAIL**
(Counsel to Spirit Realty Capital, Inc.)
Ian Connor Bifferato, Esq.
The Bifferato Firm, P.A.
1007 N. Orange Street, 4th Floor
Wilmington, DE 19801
**Email: cbifferato@TBF.legal**

**EMAIL**
(Counsel to Spirit Realty Capital, Inc.)
Mary Katherine Fackler, Esq.
Akerman LLP
50 North Laura Street, Suite 3100
Jacksonville, FL 32202
**Email: Katherine.fackler@akerman.com**

**EMAIL**
(Counsel to Spirit Realty Capital, Inc.)
John E. Mitchell, Esq.
Akerman LLP
2001 Ross Avenue, Suite 3600
Dallas, TX 75201
**Email: John.mitchell@akerman.com**

Art Van Furniture Expedited Contracts or
Leases for Potential Assumption / Rejection
and Buyer Service List
Document No. 228709
38 – OVERNIGHT MAIL
07 – EXPRESS MAIL
08 – EMAIL

**OVERNIGHT MAIL**
Furniture.com, Inc. d/b/a
Blueport Commerce
580 Harrison Avenue
Boston, MA 02118

**OVERNIGHT MAIL**
Fortitude Technology, Inc.
Attn: Kevin Johnson, President
9089 Clairemont Mesa Blvd., Suite 210
San Diego, CA 92123

**OVERNIGHT MAIL**
JDA Software, Inc.
15059 N. Scottsdale Rd.
Suite 400
Scottsdale, AZ 85254

**OVERNIGHT MAIL**
Retail Architects, LLC
1300 Altura Rd., Suite 200
Fort Mill, SC 29708

**OVERNIGHT MAIL**
Salesforce.com, Inc.
Salesforce Tower
415 Mission Street, 3rd Floor
San Francisco, CA 94105

**OVERNIGHT MAIL**
First Interstate Hawthorne Limited
Partnership
Attn: General Counsel
The Offices at Legacy Village
25333 Cedar Road, Suite 300
Lyndhurst, OH 44124

**OVERNIGHT MAIL**
Tabani Akron, LP
2761 Trinity Mills Road
Suite 114
Carrollton, TX 75006

**OVERNIGHT MAIL**
MLCFC 2007-8 LORAIN ROAD, LLC
c/o Friedman Management Company
Attn: Property Management – McCormick Place
34975 W. Twelve Mile Road
Farmington Hills, Michigan 48331

**OVERNIGHT MAIL**
c/o LNR Partners, LLC
Attn: Director of Real Estate
1601 Washington Ave.
Miami Beach, FL 33139

**OVERNIGHT MAIL**
Nickleplate Realty Trust, LLC
6610 Chatsworth Street NW
Canton, OH 44718

**OVERNIGHT MAIL**
Perry Town Center, LLC
2555 34th Street NE
Canton, OH 44705

**OVERNIGHT MAIL**
PLI II, Ltd.
c/o Kula Lynch
Hoty Enterprises, Inc.
4918 Milan Road
Sandusky, OH 44870

**OVERNIGHT MAIL**
ECHO Strongsville, LLC
c/o ECHO Real Estate Services Company
Legal Notice
Attn: General Counsel
701 Alpha Drive
Pittsburgh, PA 15328

**OVERNIGHT MAIL**
Jack H. Schwartz d/b/a Maysun Realty
Associates
13 Deerfield Lane
Beachwood, OH 44122

**OVERNIGHT MAIL**
Gowe Leasing Limited
c/o James C. Gowe
620 East Smith Road
Medina, OH 44256

**OVERNIGHT MAIL**
DeVille Developments, LLC
3951 Convenience Circle N.W.
Canton, OH 44718

**OVERNIGHT MAIL**
L & Y Properties – Solon, LLC
3 Hemisphere Way
Bedford, OH 44146

**OVERNIGHT MAIL**
Paul Property Management, L.P.
c/o Jeffrey R. Paul
5533 Howe Street
Pittsburgh, PA 15232

**OVERNIGHT MAIL**
James P. Killeen, Esq.
Dickie, McCamey & Chilcote, P.C.
Two PPG Place, Suite 400
Pittsburgh, PA 15222

**OVERNIGHT MAIL**
CBL & Associates Management, Inc.
CBL Center, Suite 500
2030 Hamilton Place Boulevard
Chattanooga, TN 37421-6000

**OVERNIGHT MAIL**
Store Master Funding XII, LLC
8377 E. Hartford Drive
Suite 100
Scottsdale, AZ 85255

**OVERNIGHT MAIL**
Washington Mall – JCP Associates, Ltd.
c/o Mosites Development Company
4839 Campbells Run Road
Pittsburgh, PA 15205

**OVERNIGHT MAIL**
McKnight South East, L.P.
c/o McKnight Property Management
310 Grant Street, Suite 2400
Pittsburgh, PA 15219

**OVERNIGHT MAIL**
McRobin Ltd. and Mosites Family GST
Trust t/d/b/a Robinson Court Associates
c/o Mosites Development Company
4839 Campbells Run Road
Pittsburgh, PA 15205

**OVERNIGHT MAIL**
Butler Sitework Associates, L.L.C.
1765 Merriman Road
Akron, OH 44313

**OVERNIGHT MAIL**
Walnut Capital Partners – Cranberry South,
L.P.
c/o Walnut Capital Management, Inc.
Attn: Todd E. Reidbord
5500 Walnut Street, Suite 300
Pittsburgh, PA 15232

**OVERNIGHT MAIL**
Libby Regency Associates, LP
803 Commonwealth Drive
Warrendale, PA 15086

**OVERNIGHT MAIL**
J.J. Gumberg Co.
Brinton Executive Center
1051 Brinton Road
Pittsburgh, PA 15221

**OVERNIGHT MAIL**
Ohio Valley Mall Company
5577 Youngstown-Warren Road
Niles, OH 44446

**OVERNIGHT MAIL**
Silkroads Technology, Inc.
100 Wacker Drive, Suite 425
Chicago, IL 60606

**EXPRESS MAIL OVERNIGHT**
Ronald P. McCall, Esq.
PO Box 91
Sharon, PA 16146

**EXPRESS MAIL OVERNIGHT**
Robert C. Levin
c/o Levin Real Estate
Management Co.
PO Box 711
Mt. Pleasant, PA 15666

**EXPRESS MAIL OVERNIGHT**
Carousel Industries of North America, Inc.
PO Box 842084
Boston, MA 02284-2084

**EXPRESS MAIL OVERNIGHT**
Gerald E. Atkins
Managing Member
Reliance Pittsburgh, LLC
PO Box 498037
Cincinnati, OH 45249

**EXPRESS MAIL OVERNIGHT**
Ronald P. McCall, Esq.
PO Box 91
Sharon, PA 16146

**EXPRESS MAIL OVERNIGHT**
Ronald P. McCall, Esq.
PO Box 91
Sharon, PA 16146

**OVERNIGHT MAIL and EMAIL**
Cole AV Portfolio I, LLC
2 Attention: Property Management
2325 E. Camelback Road, Suite 1100
Scottsdale, AZ 85016
**Email: RElegal@vereit.com**

**OVERNIGHT MAIL AND EMAIL**
C/O VEREIT, Inc.
Attn: Asset Manager
2325 E. Camelback Road, 9th Floor
Phoenix, AZ 85016
**Email: RELegal@vereit.com**

**OVERNIGHT MAIL and EMAIL**
2505 Pitkin Corp.
Attn; Ronald Krause
380 Lexington Ave., 17th Floor
New York, NY 10168
Email: ronk2080@aol.com

**OVERNIGHT MAIL and EMAIL**
A&R Properties L.P.
c/o Steve Goldstone
3129 Kathy Lane
Sharpsville, PA 16150
**Email: steveg3@goldsteins.com**

**OVERNIGHT MAIL and EMAIL**
Counsel to the Purchaser (Levin Sale)
c/o Goldberg, Kamin & Garvin
Attention: Jonathan M. Kamin, Esq.
437 Grant St.
1806 Frick Building
Pittsburgh, PA 15219
**Email: jonathank@gkgattorneys.com**

**OVERNIGHT MAIL and EMAIL**
Clark Hill, PLC
Attention: Jarrod J. Duffy, Esq.
301 Grant Street, 14th Floor
Pittsburgh, PA 15219
**Email: jduffy@clarkhill.com**

**OVERNIGHT MAIL and EMAIL**
Platzer, Swergold, Lemvine, Goldberg, Katz
& Jaslow, LLP
Attention: Cliff A. Katz, Esq.
475 Park Avenue, South
New York, NY 10016
**Email: ckatz@platzerlaw.com**

**OVERNIGHT MAIL and EMAIL**
James R. Cooney, Esquire
ROBERT O LAMPL LAW OFFICE
223 Fourth Avenue, 4th Fl.
Pittsburgh, PA 15222
**Email: jcooney@lampllaw.com**

**EMAIL**
Samalex Trust, as successor to CE-
Monroeville 3820 Wm Penn, LP
Counsel to Samalex Trust
Hiller Law, LLC
Adam Hiller, Esq.
1500 North French Street
Wilmington, DE 19801
**Email: ahiller@adamhillerlaw.com**

Art Van Furniture Expedited Lienholders
Service List
Document No. 228392
14 – OVERNIGHT MAIL

**OVERNIGHT MAIL**
Wells Fargo Bank, National Association, as Agent
One Boston Place, 19th Floor
Boston, MA 02018

**OVERNIGHT MAIL**
Virtus Group, LP, as Administrative Agent
1301 Fannin, 17th Floor
Houston, TX 77002

**OVERNIGHT MAIL**
G/S Leasing, Inc.
3290 W Big Beaver Rd, Ste 200
Troy, MI 48084

**OVERNIGHT MAIL**
Centurylink Communications, LLC
931 14th Street, Suite 900
Denver, CO 80202

**OVERNIGHT MAIL**
PNC Bank, National Association, as Agent for Itself and Various Financial Institutions
One PNC Plaza
249 Fifth Avenue
Pittsburgh, PA 15222

**OVERNIGHT MAIL**
PNC Bank, National Association
One PNC Plaza
249 Fifth Avenue
Pittsburgh, PA 15222

**OVERNIGHT MAIL**
Rugs America Corporation
242 Route 110
Farmingdale, NY 11735

**OVERNIGHT MAIL**
GE Money Bank
170 Election Road, Suite 125
Draper, UT 84020

**OVERNIGHT MAIL**
Synchrony Bank
170 Election Drive, Suite 125
Draper, UT 84020

**OVERNIGHT MAIL**
PNC Bank, National Association
249 Fifth Ave
MS P1-POOP-BL-7
Pittsburgh, PA 15222

**OVERNIGHT MAIL**
Crown Equipment Corporation
44 S. Washington Street
New Bremen, OH 45869

**OVERNIGHT MAIL**
U.S. Bank Equipment Finance, a Division of
U.S. Bank National Association
1310 Madrid Street
Marshall, MN 56258

**OVERNIGHT MAIL**
IBM Credit LLC
One North Castle Drive
Armonk, NY 10504

**OVERNIGHT MAIL**
Northstar Recycling Company, Inc.
94 Maple Street
East Longmeadow, MA 01028