I Andre Scott would like to withdraw claim # 2554 case # 20-10553-CSS

Andre Scott 5/27/2020