May 22, 2020

**FILED**
2020 MAY 29  AM 10: 22

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Bankruptcy Court
824 North Market St
Wilmington, DE 19801

Re: Withdrawal of Claim

To Whom It May Concern,

My credit card company had recently found in my favor in my dispute and had adjusted my account. Therefore I must withdraw my claim regarding Chapter 11 bankruptcy regarding Art Van Furniture.
Case Number 20-10553
Claim Number 1504

Thank you,

Mary Ann Noblick
340 Bethel Road
N Huntingdon, PA 15642
724-433-5837