# WOLF'S

Join us at: [social icons]
www.wolffurniture.com

371 EISENHOWER DRIVE, HANOVER, PA 17331

**BILL TO:**
BOB/CAROLE HENRY
373 SHDAY DELL RD
THOMASVILLE PA 17364
717-225-3796

**SHIP TO:**
BOB/CAROLE HENRY
373 SHDAY DELL RD
THOMASVILLE PA 17364
717-225-3796

SALES ORDER #: 01260A7QU47
ACCOUNT #: 632035
SALES DATE: 01/26/2020
DELIVERY: Layaway and Special Order
SALES ASSOCIATE: SYLVIA CATHELL
ASSOCIATE PHONE #: 717-637-5400

| SKU | ST | LOC | DESCRIPTION | QTY | PRICE EACH | TOTAL |
|---|---|---|---|---|---|---|
| FREEDEL | | | FREE DELIVERY PROMOTION<br>FREE DELIVERY | 1 | $0.00 | $0.00 |
| SPECORDER | | | NO CANCELLATIONS OR RETURNS<br>50% NON-REFUNDABLE DOWN PAYMNT | 1 | $0.00 | $0.00 |
| 30DISC | | | 30% OFF<br>30% OFF | 1 | $0.00 | $0.00 |
| 5DISC | | | BELOW IS 5% DISCOUNT<br>5% DISCOUNT | 1 | $0.00 | $0.00 |
| SPCUPH | | | UPHOLSTERY SPECIAL ORDER<br><br>Vendor ID: 2LAZ<br>Item #: 40D 521<br>Description: LAS RECLINING LOVESEAT<br>Body: RE994767<br>Pillow (Qty/Type):<br>Fringe/Cord/Welt:<br>Finish:<br>Hardware/Nailhead: | 1 | $855.73 | $855.73 |
| SPCUPH | | | UPHOLSTERY SPECIAL ORDER<br><br>Vendor ID: 2LAZ<br>Item #: 04M 521<br>Description: ARMLESS MIDDLE<br>Body: RE994767<br>Pillow (Qty/Type):<br>Fringe/Cord/Welt:<br>Finish:<br>Hardware/Nailhead: | 1 | $427.86 | $427.86 |
| SPCUPH | | | UPHOLSTERY SPECIAL ORDER<br><br>Vendor ID: 2LAZ<br>Item #: 04C 521<br>Description: CORNER UNIT<br>Body: RE994767<br>Pillow (Qty/Type):<br>Fringe/Cord/Welt:<br>Finish:<br>Hardware/Nailhead: | 1 | $728.95 | $728.95 |

CUSTOMER INITIALS _____

| Code | Description | Qty | Price | Total |
|---|---|---|---|---|
| SPCUPH | UPHOLSTERY SPECIAL ORDER<br>Vendor ID: 2LAZ<br>Item #: 4SP 521<br>Description: POWER ARMLESS RECLINER<br>Body: RE994767<br>Pillow (Qty/Type):<br>Fringe/Cord/Welt:<br>Finish:<br>Hardware/Nailhead: | 1 | $625.94 | $625.94 |
| SPCUPH | UPHOLSTERY SPECIAL ORDER<br>Vendor ID: 2LAZ<br>Item #: 4CS 521<br>Description: STORAGE CONSOLE<br>Body: RE994767<br>Pillow (Qty/Type):<br>Fringe/Cord/Welt:<br>Finish:<br>Hardware/Nailhead: | 1 | $372.40 | $372.40 |
| SPCUPH | UPHOLSTERY SPECIAL ORDER<br>Vendor ID: 2LAZ<br>Item #: 4BP 521<br>Description: POWER RAS RECLINER<br>Body: RE994767<br>Pillow (Qty/Type):<br>Fringe/Cord/Welt:<br>Finish:<br>Hardware/Nailhead: | 1 | $713.10 | $713.10 |
| MFAB9 | $3,000.00-ABOVE<br>5Yr MULTI ITEM FABRIC | 1 | $269.99 | $269.99 |
| LPPREBATE | REBATE IN FORM OF GIFT CARD<br>IF NO CLAIM IS FILED IN 5YRS. | 1 | $0.00 | $0.00 |
| RECLINEP3 | REPORT CLAIMS WITHIN 5 DAYS<br>LPP 5YR PWR RECLINE WAR 3 MECH | 1 | $159.99 | $159.99 |
| 4562188 | 3-LIGHT HANGING GLASS TL<br>(STK)STL,L312571-TL<br>37"H | 1 | $125.99 | $125.99 |

|  |  |
|---|---|
| SUB-TOTAL: | $4,279.95 |
| DELIVERY CHARGE: | $0.00 |
| RECYCLE FEE: | $0.00 |
| SALES TAX: | $256.80 |
| *TOTAL SALE*: | $4,536.75 |
| PAYMENTS: | -$4,536.75 |
| FINANCED: | $0.00 |
| **BALANCE**: | ($0.00) |

For post-delivery questions or concerns please contact Wolf's Customer Service Department at 844-282-6919.

CUSTOMER INITIALS _____