# Court Conference

Calendar Date: 06/03/2020

Calendar Time: 01:00 PM ET

U.S. Bankruptcy Court-District of Delaware

Confirmed Telephonic Appearance Schedule

Honorable Christopher S. Sontchi

#6

*Amended Calendar  Jun  3 2020  9:13AM*

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearing | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Art Van Furniture, LLC | 20-10553 | Hearing | 10609419 | Mark Audet | (508) 813-9221 ext. | Mark Audet - In Pro Per/Pro Se | Pro Se, NONE / LISTEN ONLY |
| | | Art Van Furniture, LLC | 20-10553 | Hearing | 10599575 | Michael J. Barrie | (302) 442-7068 ext. | Benesch Friedlander Coplan & Aronoff, LLP | Debtor, Art Van Furniture / LIVE |
| | | Art Van Furniture, LLC | 20-10553 | Hearing | 10599382 | Kevin M. Capuzzi | (302) 442-7063 ext. | Benesch Friedlander Coplan & Aronoff, LLP | Debtor, Art Van Furniture / LIVE |
| | | Art Van Furniture LLC | 20-10553 | Hearing | 10607579 | Michael DiGiacomo | (602) 798-5505 ext. | Ballard Spahr LLP | Creditor, Store Capital / LIVE |
| | | Art Van Furniture, LLC | 20-10553 | Hearing | 10570771 | J. Cory Falgowski | (302) 830-2312 ext. | Burr & Forman LLP | Creditor, Wells Fargo Bank / LIVE |
| | | Art Van Furniture, LLC | 20-10553 | Hearing | 10599589 | John Gentile | (302) 442-7071 ext. | Benesch Friedlander Coplan & Aronoff, LLP | Debtor, Art Van Furniture / LISTEN ONLY |
| | | Art Van Furniture, LLC | 20-10553 | Hearing | 10605926 | Douglas Herrmann | (302) 777-6552 ext. | Pepper Hamilton LLP | Representing, Hilco and Gordon Brothers entities / LIVE |
| | | Art Van Furniture, LLC | 20-10553 | Hearing | 10599570 | Jennifer Hoover | (302) 442-7006 ext. | Benesch Friedlander Coplan & Aronoff, LLP | Debtor, Art Van Furniture / LIVE |
| | | Art Van Furniture, LLC | 20-10553 | Hearing | 10603637 | Tung-Yu Liu | (212) 309-6133 ext. | Morgan Lewis & Bockius LLP | Creditor, Wells Fargo / LISTEN ONLY |
| | | Art Van Furniture, LLC | 20-10553 | Hearing | 10605928 | Marcy J. McLaughlin Smith | (302) 777-6535 ext. | Pepper Hamilton LLP | Representing, Hilco and Gordon Brothers entities / LIVE |
| | | Art Van Furniture, LLC | 20-10553 | Hearing | 10603453 | Thomas Onder | (609) 219-7458 ext. | Stark & Stark | Creditor, SBV Holland / LISTEN ONLY |
| | | Art Van Furniture, LLC | 20-10553 | Hearing | 10608022 | Leslie Pappas | (571) 319-2280 ext. | Bloomberg Law | Media, Bloomberg Law / LISTEN ONLY |
| | | Art Van Furniture, LLC | 20-10553 | Hearing | 10606126 | Linda Richenderfer | (302) 573-6491 ext. | Office of the United States Trustee | U.S. Trustee, Linda Richenderfer / LIVE |
| | | Art Van Furniture, LLC | 20-10553 | Hearing | 10608415 | Colin R. Robinson | (302) 778-6426 ext. | Pachulski Stang Ziehl & Jones | Creditor, Official Committee of Unsecured Creditors / LIVE |
| | | Art Van Furniture, LLC | 20-10553 | Hearing | 10599564 | Gregory W. Werkheiser | (302) 442-7075 ext. | Benesch Friedlander Coplan & Aronoff, LLP | Debtor, Art Van Furniture / LIVE |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Art Van Furniture, LLC | 20-10553 | Hearing | 10592751 | Jeffrey Wolf | (617) 310-6041 ext. | Greenberg Traurig, LLP | Interested Party, HGB AVF Lending / LIVE |
| Art Van Furniture, LLC | 20-10553 (20-50546) | Hearing | 10603704 | Jennifer Feldsher | (212) 309-6017 ext. | Morgan Lewis & Bockius LLP | Creditor, Wells Fargo Capital Finance / LIVE |