# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: ) | Chapter 11 |
| ) | Case No. 20-10553 (CSS) |
| ART VAN FURNITURE, LLC, et al., ) | |
| ) | Jointly Administered |
| Debtors. ) | |
| _____ ) | Docket No.: 690 |

## ORDER

IT IS HEREBY ORDERED THAT, the Order (A) Authorizing The Elimination of Existing Service List And The Creation OF A New Service List, And (B) Granting Related Relief [D.I. 690] filed on June 25, 2020, is hereby VACATED.

Dated: June 29th, 2020
Wilmington, Delaware

**CHRISTOPHER S. SONTCHI**
**UNITED STATES BANKRUPTCY JUDGE**