# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| ART VAN FURNITURE, LLC, *et al.*,[1] | Case No. 20-10553 (CSS) |
| Debtors. | Jointly Administered |

## GLOBAL NOTES AND DISCLAIMERS OF CHAPTER 7 TRUSTEE REGARDING DEBTORS' SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS

Alfred T. Giuliano (the "Trustee"), the chapter 7 trustee for the jointly administered estates of Art Van Furniture, LLC, *et al.* (the "Debtors"), submits this disclaimer in connection with the Debtors' bankruptcy schedules (the "Schedules") and statements of financial affairs (the "SOFAs"). The Debtors' Schedules and SOFAs were prepared from financial data derived from the Debtors' books and records that were available at the time of preparation of the Schedules and SOFAs. While the Trustee and his professionals have made every reasonable effort to ensure that the Schedules and SOFAs are accurate and complete based on the information that was available and reasonably accessible at the time of preparation, inadvertent errors or omissions may exist and the subsequent receipt, discovery or review of any additional information not used in the creation of the Schedules and SOFAs may result in material changes to the financial data and other information contained therein. Furthermore, the information contained in the Schedules and SOFAs has not been audited, and is subject to further review and potential adjustment. There can be no assurance that the Schedules and SOFAs are complete or accurate. The Trustee reserves all rights to amend the Schedules and SOFAs in all respects, as may be necessary or appropriate, including, but not limited to, the right to dispute or to assert offsets or defenses to any claim reflected on the Schedules and SOFAs as to amount, liability or classification, or to otherwise subsequently designate any claim as disputed, contingent or unliquidated.

These Global Notes and Disclaimers Regarding the Debtors' Schedules and SoFAs (collectively, the "Global Notes") pertain to, are incorporated by reference in, and

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, include: Art Van Furniture, LLC (9205); AVF Holding Company, Inc. (0291); AVCE, LLC (2509); AVF Holdings I, LLC (2537); AVF Holdings II, LLC (7472); AVF Parent, LLC (3451); Levin Parent, LLC (8052); Art Van Furniture of Canada, LLC (9491); AV Pure Sleep Franchising, LLC (8968); AVF Franchising, LLC (6325); LF Trucking, Inc. (1484); Sam Levin, Inc. (5198); and Comfort Mattress LLC (4463). The location of the Debtors' former headquarters was: 6500 East 14 Mile Road, Warren Michigan 48092.

1

comprise an integral part of the Schedules and SoFAs.  These Global Notes should be referred to, and reviewed in connection with, any review of the Schedules and SoFAs.[2]

**Description of the Cases and "As Is" Information Date.**  On March 8, 2020 (the "Petition Date"), each of the Debtors commenced a case under chapter 11 of the Bankruptcy Code.  The cases are being jointly administered pursuant to Bankruptcy Rule 1015(b). On April 6, 2020, the Court entered an order (the "Conversion Order") converting the chapter 11 cases to chapter 7 [Docket No. 263] effective April 7, 2020 (the "Conversion Date"), and Alfred T. Giuliano was appointed as the chapter 7 trustee [Docket No. 264].  The Conversion Order required the Trustee to file these Schedules and SoFAs.

Information in the Schedules and SOFAs reflects the Trustee's best estimate of asset values and claims owed as of the Conversion Date, pursuant to Federal Rule of Bankruptcy Procedure 1019(1)(A), unless otherwise indicated.  Certain amounts listed on the Schedules and SOFAs may reflect or otherwise take into account certain postpetition administrative expense claims that are noted on the Debtors' books and records.  The Trustee reserves all rights to object to any postpetition administrative expense claims.

**Basis of Presentation.**  The Schedules and SoFAs do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles ("GAAP"), nor are they intended to fully reconcile to any financial statements otherwise prepared and/or distributed by the Debtors.

Although these Schedules and SoFAs may, at times, incorporate information prepared in accordance with GAAP, the Schedules and SoFAs neither purport to represent nor reconcile to financial statements prepared and/or distributed by the Debtors in accordance with GAAP or otherwise.  Moreover, given, among other things, the valuation and nature of certain liabilities, to the extent that the Debtors' books and records show more assets than liabilities, this is not a conclusion that the Debtors were solvent at the Petition Date.  Likewise, to the extent that the Debtors show more liabilities than assets, this is not a conclusion that the Debtors were insolvent at the Petition Date or any time prior to the Petition Date.  In addition, no independent valuation of assets has been obtained.

**Confidentiality**.  There may be instances within the Schedules and SoFAs where names, addresses, or amounts have been left blank.  Due to the nature of an agreement between the Debtors and the third party, concerns of confidentiality, or concerns for the privacy of an individual, the Trustee may have deemed it appropriate and necessary to avoid listing such names, addresses, and amounts.

**Intercompany Claims.**  Any receivables and payables between the Debtors and affiliated entities in these cases (each an "Intercompany Receivable" or "Intercompany Payable" and, collectively, the "Intercompany Claims") are reported as assets on Schedule B or liabilities on Schedule E and Schedule F.  These Intercompany Claims may include the following components, among others:  (1) loans to affiliates, (2) accounts payable and payroll

---

[2]  These Global Notes are in addition to any specific notes contained in the Debtors' Schedules or SoFAs.  The fact that the Debtors have prepared a "general note" with respect to any of the Schedules and SoFAs and not to others should not be interpreted as a decision by the Trustee to exclude the applicability of such general note to any of the Debtors' remaining Schedules and SoFAs, as appropriate.

disbursements made out of an affiliate's bank accounts on behalf of the Debtors, (3) centrally billed expenses, (4) corporate expense allocations, and (5) accounting for trade and other intercompany transactions.  These Intercompany Claims may or may not result in allowed or enforceable claims by or against the Debtors, and by listing these claims the Trustee is not indicating a conclusion that the Intercompany Claims are enforceable.  Intercompany Claims may also be subject to set off, recoupment, and netting not reflected in the Schedules.  In situations where there is not an enforceable claim, the assets and/or liabilities of the Debtors may be greater or lesser than the amounts stated herein.  All rights to amend intercompany Claims in the Schedules and SoFAs are reserved.

The Trustee has listed the intercompany payables as unsecured claims on Schedule F.  The Trustee reserve his rights to later change the characterization, classification, categorization, or designation of such items.

**Classification and Claim Descriptions**. Any failure to designate a claim on the Schedules as "disputed," "contingent" or "unliquidated" does not constitute an admission by the Trustee that such amount is not "disputed," "contingent" or "unliquidated." The Trustee reserves the right to dispute, or to assert offsets or defenses to, any claim reflected on the Debtors' Schedules as to amount, liability or classification or to otherwise subsequently designate any claim as "disputed," "contingent" or "unliquidated."

Listing a claim (i) in Schedule D as "secured," (ii) in Schedule E as "priority" or (iii) in Schedule F as "unsecured nonpriority," or listing a contract in Schedule G as "executory" or "unexpired," does not constitute an admission by the Trustee of the legal rights of the claimant or a waiver of the Trustee's right to recharacterize or reclassify such claim or contract.

Moreover, the Trustee reserves all rights to amend the Schedules and SoFAs, in all respects, as may be necessary or appropriate, including, but not limited to, the right to dispute or to assert offsets or defenses to any claim reflected on the Schedules and SoFAs as to amount, liability or classification of the claim, or to otherwise subsequently designate any claim as "disputed," "contingent" or "unliquidated."  Furthermore, nothing contained in the Schedules and SoFAs shall constitute a waiver of rights by the Trustee involving any present or future causes of action, contested matters or other issues under the provisions of the Bankruptcy Code or other relevant non-bankruptcy laws.

**Specific Notes.**  These general notes are in addition to the specific notes set forth in the related Schedules and SoFAs hereinafter.

**Fill in this information to identify the case:**

Debtor name    **Art Van Furniture, LLC**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)    **20-10553**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■    *Schedule H: Codebtors* (Official Form 206H)

■    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐    Amended *Schedule*

☐    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐    Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **July  6, 2020**        X **/s/ Alfred T. Giuliano**
                                              Signature of individual signing on behalf of debtor

                                              **Alfred T. Giuliano**
                                              Printed name

                                              **Chapter 7 Trustee**
                                              Position or relationship to debtor

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Art Van Furniture, LLC**

United States Bankruptcy Court for the: DISTRICT OF DELAWARE

Case number (if known) **20-10553**

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

12/15

Part 1: **Summary of Assets**

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*.................................................................................... $ 0.00

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*................................................................................. $ 34,139,700.93

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*.................................................................................... $ 34,139,700.93

Part 2: **Summary of Liabilities**

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................... $ 196,834,602.63

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................ $ 29,122,369.35

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................................ +$ 140,980,429.52

4. Total liabilities .........................................................................................................
   Lines 2 + 3a + 3b

   $ 366,937,401.50

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Art Van Furniture, LLC**

United States Bankruptcy Court for the: DISTRICT OF DELAWARE

Case number (if known) **20-10553**

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☒ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|---|
| 3.1. | Bank of America | Master Disbursement Account | 1220 | $1,573,885.68 |
| 3.2. | Bank of America | AVCE, LLC Account | 2774 | $0.00 |
| 3.3. | Bank of America | General Receipt Account | 3376 | $0.00 |
| 3.4. | Bank of America | Regular Payroll Account | 5000 | $0.00 |
| 3.5. | Bank of America | General Receipts Account | 7386 | $0.00 |
| 3.6. | Bank of America | Disbursement Account | 8027 | $0.00 |
| 3.7. | Bank of America | Special Payroll Account | 8068 | $0.00 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                  Best Case Bankruptcy

| Debtor | **Art Van Furniture, LLC** | | Case number *(If known)* **20-10553** |
|---|---|---|---|
| | Name | | |

| | | | | |
|---|---|---|---|---|
| 3.8. | **Bank of America** | **Flex Spending Account** | 0082 | **$0.00** |
| 3.9. | **Bank of America** | **Master Receipt Account** | 0556 | **$16,133.18** |
| 3.10. | **Huntington Bank** | **Receipt Account** | 4987 | **$52,993.44** |
| 3.11. | **PNC Bank** | **General Receipts Account** | 7508 | **$2,054.11** |
| 3.12. | **PNC Bank** | **General Account** | 8476 | **$1,420.85** |
| 3.13. | **PNC Bank** | **Merchant Account** | 8513 | **$3,758.70** |
| 3.14. | **PNC Bank** | **General Receipts Account** | 0563 | **$670,152.81** |
| 3.15. | **Bank of America** | **General Receipts Account** | 1597 | **$0.00** |
| 3.16. | **Bank of America** | **Disbursement Account** | 6758 | **$0.00** |
| 3.17. | **PNC Bank** | **General Receipts Account** | 7586 | **$1.00** |
| 3.18. | **Bank of America** | **General Account** | 5388 | **$0.00** |
| 3.19. | **PNC Bank** | **Payroll Account** | 3523 | **$3,807.25** |
| 3.20. | **PNC Bank** | **Concentration Account** | 9791 | **$10,895.53** |
| 3.21. | **PNC Bank** | **Disbursement Account** | 9804 | **$0.00** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Art Van Furniture, LLC** | | Case number *(If known)* **20-10553** |
|---|---|---|---|
| | Name | | |

| | | | | |
|---|---|---|---|---|
| 3.22. | **PNC Bank** | **Credit Card Account** | 9812 | **$0.00** |
| 3.23. | **PNC Bank** | **General Receipts Account** | 9839 | **$0.00** |
| 3.24. | **Bank of America** | **Disbursement Account** | 6268 | **$0.00** |
| 3.25. | **Bank of America** | **General Receipts Account** | 6305 | **$0.00** |
| 3.26. | **Bank of America** | **Avasi Services Account** | 3169 | **$0.00** |
| 3.27. | **Bank of America** | **Avasi Payroll Account** | 3866 | **$0.00** |
| 3.28. | **Bank of America** | **General Account** | 2779 | **$0.00** |

4.  **Other cash equivalents** *(Identify all)*

5.  **Total of Part 1.**
    Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.          **$2,335,102.55**

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

7.  **Deposits, including security deposits and utility deposits**
    Description, including name of holder of deposit

    7.1.  **Rent Deposits. See Attachment B.7 for details.**          **$1,368,850.00**

    7.2.  **Utility Deposits. See Attachment B.7 for details.**          **$2,159,482.00**

8.  **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
    Description, including name of holder of prepayment

    8.1.  **See Attachment B.8 for details.**          **$11,010,688.00**

---

Official Form 206A/B          Schedule A/B Assets - Real and Personal Property          page  3

| Debtor | **Art Van Furniture, LLC** | Case number *(If known)* **20-10553** |
|---|---|---|
| | Name | |

9. **Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.

$14,539,020.00

**Part 3:** **Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☑ Yes Fill in the information below.

11. **Accounts receivable**

| 11a. 90 days old or less: | 17,246,725.00 | - | 0.00 | = .... | $17,246,725.00 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

12. **Total of Part 3.**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

$17,246,725.00

**Part 4:** **Investments**

**13. Does the debtor own any investments?**

☐ No. Go to Part 5.

☑ Yes Fill in the information below.

| | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 14. | **Mutual funds or publicly traded stocks not included in Part 1**<br>Name of fund or stock: | | |
| 15. | **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**<br>Name of entity: % of ownership | | |
| 15.1. | **273 Shares of stock in American Financial Group Inc.** % | | $18,853.38 |
| 15.2. | **membership Interest in AVF Franchising, LLC** **100** % | | **Unknown** |
| 15.3. | **Membership Interest in AV Pure Sleep Franchising, LLC** **100** % | | **Unknown** |
| 15.4. | **Membership Interst in AVCE, LLC** **100** % | | **Unknown** |
| 15.5. | **Membership Interest in Art Van furniture of Canada, LLC** **100** % | | **Unknown** |
| 16. | **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**<br>Describe: | | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                Best Case Bankruptcy

| Debtor | **Art Van Furniture, LLC** | Case number *(If known)* **20-10553** |
|---|---|---|
| | Name | |

**17.** **Total of Part 4.**

Add lines 14 through 16.  Copy the total to line 83.

$18,853.38

---

**Part 5:**  **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.

■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19.** **Raw materials** | | | | |
| **20.** **Work in progress** | | | | |
| **21.** **Finished goods, including goods held for resale** Goods for sale | | $48,722,151.00 | | Unknown |
| **22.** **Other inventory or supplies** | | | | |

**23.** **Total of Part 5.**

Add lines 19 through 22.  Copy the total to line 84.

$0.00

**24.** **Is any of the property listed in Part 5 perishable?**

■ No

☐ Yes

**25.** **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

■ No

☐ Yes. Book value _____ Valuation method _____ Current Value _____

**26.** **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

■ No

☐ Yes

---

**Part 6:**  **Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.

☐ Yes Fill in the information below.

---

**Part 7:**  **Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.

■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.** **Office furniture** Office furniture | $15,531,212.00 | | Unknown |
| **40.** **Office fixtures** | | | |

| Debtor | **Art Van Furniture, LLC** | Case number *(if known)* | **20-10553** |
|---|---|---|---|
| | Name | | |

**41. Office equipment, including all computer equipment and communication systems equipment and software**

| | Office equipment | $20,165,031.00 | | Unknown |
|---|---|---|---|---|

**42. Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

**43. Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86.

| | | $0.00 |
|---|---|---|

**44. Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. **Delivery trucks, tractors, trailers and vans.  See Attachment B.47 for details.** | $5,852,094.00 | | Unknown |

**48. Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

**49. Aircraft and accessories**

**50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

**51. Total of Part 8.**
Add lines 47 through 50. Copy the total to line 87.

| | | $0.00 |
|---|---|---|

**52. Is a depreciation schedule available for any of the property listed in Part 8?**
■ No
☐ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

| Official Form 206A/B | Schedule A/B Assets - Real and Personal Property | page 6 |
|---|---|---|

Debtor    **Art Van Furniture, LLC**
_____
Name

Case number *(If known)*  **20-10553**
_____

■ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.   **Real property lease for premises located at 124 Levin Way, Monroeville, PA** | Lessee | Unknown | | Unknown |
| 55.2.   **Real property lease for premises located at 60-2, 606 and 609-611 Main Street, Mount Pleasant, PA** | Lessee | Unknown | | Unknown |
| 55.3.   **Real property lease for premises located at 10688 Perry Highway, Wexford, PA** | Lessee | Unknown | | Unknown |
| 55.4.   **Real property lease for premises located at 1801 Nagel Road, Akron, OH** | Lessee | Unknown | | Unknown |
| 55.5.   **Real property lease for premises located at 16960 Sprague Road, Middleburg Heights, OH** | Lessee | Unknown | | Unknown |
| 55.6.   **Real property lease for premises located at 6229 Promler Ave., North Canton, OH** | Lessee | Unknown | | Unknown |
| 55.7.   **Real property lease for premises located at 7790 Mentor Avenue, Mento, OH** | Lessee | Unknown | | Unknown |
| 55.8.   **Leasehold Improvements** | **See Attachment B.55 for details by prooperty** | $33,932,651.47 | | $0.00 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **Art Van Furniture, LLC**                        Case number *(If known)*  **20-10553**
Name

| 56. | **Total of Part 9.** | | | **$0.00** |
|---|---|---|---|---|

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

57.  **Is a depreciation schedule available for any of the property listed in Part 9?**
■ No
☐ Yes

58.  **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** See Attachment B.60 | **$2,454,677.00** | | **Unknown** |
| 61. **Internet domain names and websites** Internt Domain Names and Websites | **$0.00** | | **Unknown** |
| 62. **Licenses, franchises, and royalties** Franchise Rights | **$12,430,569.00** | | **Unknown** |
| 63. **Customer lists, mailing lists, or other compilations** Customer Data Base | **$259,583.00** | | **Unknown** |
| 64. **Other intangibles, or intellectual property** Non-Compete Agreement | **$987,073.00** | | **Unknown** |
| 65. **Goodwill** | | | |

| 66. | **Total of Part 10.** | | | **$0.00** |
|---|---|---|---|---|

Add lines 60 through 65. Copy the total to line 89.

67.  **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
■ No
☐ Yes

68.  **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
■ No
☐ Yes

69.  **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
■ No

| Debtor | **Art Van Furniture, LLC** | Case number *(If known)* | **20-10553** |
|--------|----------------------------|--------------------------|--------------|
|        | Name                       |                          |              |

☐ Yes

| Part 11: | All other assets |
|----------|------------------|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

   ■ No.  Go to Part 12.
   ☐ Yes Fill in the information below.

Debtor    **Art Van Furniture, LLC**

Name

Case number *(If known)*  **20-10553**

---

**Summary**

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $2,335,102.55 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $14,539,020.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $17,246,725.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $18,853.38 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ..........................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $34,139,700.93 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $34,139,700.93 |

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Art Van Furniture, LLC
Schedule A/B
Question 7 - Deposits

| | Who was paid or received transfer | Prepaid Amount | Policy Dates | Account # | Address 1 | Address 2 |
|---|---|---|---|---|---|---|
| Rent deposits | | | | | | |
| | FORD ROAD INVESTMENTS, LLC | 8,000 | Lease terminated 3/31/2020 | | 9050 LAKE DOMINION DR. | |
| | BRIGHTON GATE COMMONS, LLC | 5,664 | Lease terminated 3/31/2020 | | 32820 WOODWARD AVE. STE 240 | |
| | RAMCO WEST OAKS II LLC | 4,279 | Lease expired 2/29/2020 | | P.O. BOX 643351 | |
| | WARREN VILLAGE, LLC | 7,819 | Lease terminated 3/31/2020 | | 20810 BOTSFORD DR. STE 3 | |
| | INVESTCO OF MICHIGAN LLC | 4,242 | Lease terminated 3/31/2020 | | 4459 PONTIAC LAKE ROAD | |
| | BCC WEST II LLC | 36,509 | | | C/O IDI SERVICES GROUP LLC | 1100 PEACHTREE STREET STE 1100 |
| | LCN PARTNERS | 1,368,850 | | | 888 SEVENTH AVENUE 4TH FLOOR | |
| Utilities | | | | | | |
| | American Electric Power Ohio | 2,673 | | 100828781116 | PO Box 371496 | |
| | Ameren Missouri | 18,594 | | 9211001922 | PO Box 88068 | |
| | Ameren Missouri | 4,970 | | 8231007122 | PO Box 88068 | |
| | Ameren Missouri | 14,110 | | 1790007507 | PO Box 88068 | |
| | Ameren Illinois | 1,870 | | 6266645002 | PO Box 88034 | |
| | Ameren Missouri | 1,706 | | 1647143032 | PO Box 88068 | |
| Medical benefits | Blue Cross Blue Shield (BCBS) | 680,196 | | advance deposit for self insurance health claims | | |
| | | 2,159,482 | | | | |

**Art Van Furniture, LLC**
**Schedule A/B**
**Question 8 - Pre-Payments related to bankruptcy**

| Who was paid or received transfer | Prepaid Amount | Policy Dates | Original amount | Invoice # | Address | City, State, Zip code | Notes |
|---|---|---|---|---|---|---|---|
| Prepaid insurance | | | | | | | |
| Aon - director/officer insurance | 604,175 | 3/2017 - 2/2023 | 1,242,871 | | | | Paid at closing 3/1/2017 |
| Aon - Mgmt liability and excess D&O | 3,178,944 | 3/1/2020 - 3/1/2021 | 3,467,939 | | | | Funds wired 3/5/2020 |
| State of Michigan - letter of credit | 250,000 | | | | | | LC paid 3/14/2020 |
| Travelers workers compensation deposit | 200,000 | | | | | | |
| Aon Cyber Insurance | 30,393 | 5/1/2019 - 5/1/2020 | 182,358 | | | | 2 months remaining |
| | | | | | | | |
| Prepaid other | | | | | | | |
| Mulesoft | 19,945 | 5/2019 - 4/2020 | 239,343 | 20835 | | | |
| Enterworks | 6,010 | 5/2019 - 4/2020 | 72,114 | 100026 | | | |
| Bazaarvoice | 3,542 | 5/2019 - 4/2020 | 42,500 | 81098 | | | |
| Salesforce | 12,499 | 5/2019 - 4/2020 | 149,993 | 14623954 | | | |
| Adobe | 2,791 | 5/2019 - 4/2020 | 33,490 | 1041948837 | | | |
| Slack technologies | 2,602 | 5/2019 - 4/2020 | 31,220 | CU-IS-2065 | | | |
| Atlassian | 1,767 | 5/2019 - 4/2020 | 21,200 | AT-76723114 | | | |
| Rightstar, Inc | 1,084 | 5/2019 - 4/2020 | 13,008 | 19518 | | | |
| Microsoft | 2,723 | 5/2019 - 4/2020 | 32,680 | 9878089447 | | | |
| Microsoft | 40,694 | 5/2019 - 4/2020 | 488,333 | 9878089446 | | | |
| Salesforce | 4,410 | 8/2019 - 4/2020 | 39,689 | 15104912 | | | |
| Oracle | 4,038 | 6/2019 -5/2020 | 24,229 | 3689871 | | | |
| Oracle | 2,928 | 6/2019 -5/2020 | 17,568 | 8286218 | | | |
| GS Solutions | 8,684 | 7/2019 - 6/2020 | 34,734 | 9944255 | | | |
| GS Solutions | 28,945 | | 28,945 | | | | |
| Salesforce | 259,050 | 8/2019 -7/2020 | 777,150 | 15127424 | | | |
| CDW | 11,195 | 6/2019 - 10/2020 | 27,187 | SWN4405 | | | |
| GS Solutions | 32,203 | 1/2019 -12/2021 | 55,205 | 9944054 | | | |
| CDW | 10,218 | 1/2019 -12/2021 | 17,516 | QFF4603 | | | |
| JTEK | 26,068 | 10/2018 - 9/2023 | 37,240 | JTIN0411 | | | |
| JTEK | 114,629 | 12/2018 - 11/2023 | 156,313 | JTIN0430 | | | |
| JTEK | 27,922 | 1/2019 - 12/2023 | 37,229 | JTIN0437 | | | |
| JTEK | 250,527 | 2/2019 - 1/2024 | 326,775 | JTIN0456 | | | |
| Asset management | 5,805 | 9/2019 - 8/2020 | 13,933 | 14591 | | | |
| Navex Global | 6,718 | 12/2019 - 11/2020 | 10,077 | INV209901 | | | |
| SHI International | 4,234 | 8/2017 - 7/2020 | 38,107 | B06982650 | | | |
| SHI International | 3,077 | 10/2017 - 9/2020 | 18,464 | B07279476 | | | |
| GS Solutions | 2,902 | 2/2018 - 1/2021 | 13,059 | 9943934 | | | |
| CDW | 9,022 | 12/2017 - 11/2020 | 40,600 | LXX3917 | | | |
| CDW | 10,905 | 9/2018 - 8/2021 | 22,451 | NSC7132 | | | |
| Sentinel | 12,746 | 3/2018 -2/2023 | 23,174 | P627014 | | | |
| Sentinel | 22,571 | 2/2018 - 1/2023 | 39,831 | P627498R | | | |
| CDW | 7,622 | 4/2018 - 3/2023 | 12,704 | MHG3344 | | | |
| CDW | 13,851 | 8/2018 - 7/2023 | 20,776 | NGK0423/NJT9523/NJV1970 | | | |

**Art Van Furniture, LLC**
**Schedule A/B**
**Question 8 - Pre-Payments related to bankruptcy**

| Who was paid or received transfer | Prepaid Amount | Policy Dates | Original amount | Invoice # | Address | City, State, Zip code | Notes |
|---|---|---|---|---|---|---|---|
| Solarwinds | 11,467 | 12/2019 - 11/2020 | 17,201 | IN449559 | | | |
| Vision | 17,755 | 10/2019 - 9/2020 | 35,510 | 329815 | | | |
| CDW | 11,546 | 10/2019 - 9/2020 | 23,092 | SWT8615 | | | |
| Optimizely | 41,065 | 10/2019 - 9/2020 | 82,130 | 266202 | | | |
| Salesforce | 7,125 | 10/2019 - 9/2020 | 14,250 | 15426576 | | | |
| CDW | 20,763 | 12/2019 - 11/2020 | 31,145 | VLB8389 | | | |
| Infor | 53,355 | 2/2020 - 1/2021 | 64,026 | 2078530S-USOAB | | | |
| Microsoft | 45,000 | 1/2020 - 12/2020 | 60,000 | 9878753487 | | | |
| Rightstar, Inc | 13,435 | 12/2019 - 11/2020 | 20,153 | 22321 | | | |
| Spend HQ | 30,250 | 3/2020 - 2/2021 | 33,000 | 21389 | | | |
| Think LP | 10,800 | 12/2019 - 11/2020 | 16,200 | 4265 | | | |
| Qualtrics | 45,000 | 1/2020 - 12/2020 | 60,000 | 211513 | | | |

| | | |
|---|---|---|
| Prepaid Cloud Software ( capitalized implementation costs) | 2,586,768 | Acct 1424 & 1425 |
| Prepaid inventory | 978,264 | acct 1305 |
| Prepaid real property taxes | 1,690,582 | acct 1416 |
| Prepaid personal property taxes | 210,074 | acct 1417 |
| | 11,010,688 | |

**Art Van Furniture, LLC**
**Schedule A/B**
**Part 2 Item 10 - Accounts receivable**

| Balance due from: | Total Receivable | Merchandise | Note receivable | Other billings | Less than 90 days | <90 allowance | 90 days + | 90+ allowance | Current Value |
|---|---|---|---|---|---|---|---|---|---|
| Franchisees | | | | | | | | | |
| 201 Alpena | 97,202 | 65,773 | | 31,429 | 97,202 | | | | - |
| 202 Mt Pleasant | 295,684 | 220,005 | | 75,679 | 295,684 | | | | - |
| 203 Midland PS | 1,576 | 0 | | 1,576 | 1,576 | | | | - |
| 204 Marquette | 66,113 | 35,262 | | 30,851 | 66,113 | | | | - |
| 205 Sault Ste Marie | 53,036 | 40,471 | | 12,565 | 53,036 | | | | - |
| 206 Gaylord | 80,972 | 60,294 | | 20,678 | 80,972 | | | | - |
| 207 Owosso | 87,012 | 70,521 | | 16,491 | 87,012 | | | | - |
| 208 Tawas | 56,631 | 34,717 | | 21,914 | 56,631 | | | | - |
| 209 Mishawaka | 147,313 | 134,471 | | 12,842 | 147,313 | | | | - |
| 210 Findlay | 173,479 | 120,163 | | 53,316 | 173,479 | | | | - |
| 211 Rockford | 163,777 | 122,583 | | 41,194 | 163,777 | | | | - |
| 212 Genoa | 45,511 | 17,934 | | 27,577 | 45,511 | | | | - |
| 213 Cadillac | 24,711 | 0 | | 24,711 | 24,711 | | | | - |
| 215 Portage | 91,927 | 69,047 | | 22,880 | 91,927 | | | | - |
| 217 Coralville | 1,569,375 | 806,956 | 376,433 | 385,986 | 414,726 | (364,944) | 1,154,649 | (1,154,649) | - |
| 219 Bloomington | 111,962 | 96,584 | | 15,378 | 111,962 | | | | - |
| 220 Muncie | 153,477 | 126,788 | | 26,689 | 153,477 | | | | - |
| 227 Cape Girardeau | 127,930 | 105,224 | | 22,706 | 127,930 | | | | - |
| 229 Mt Pleasant PS | 459 | 0 | | 459 | 459 | | | | - |
| 230 Evansville | 385,590 | 362,015 | | 23,575 | 230,183 | | 155,407 | (155,407) | - |
| | 3,733,738 | | | | | | | | |
| Other | | | | | | | | | |
| GREAT LAKES RECYCLING | 15,251 | | | | 15,251 | | | | - |
| AT&T | 36,769 | | | | | | 36,769 | | - |
| RX BENEFITS | 231,699 | | | | 231,699 | | | | 231,699 |
| WELLS FARGO | 153,810 | | | | 153,810 | | | | 153,810 |
| | 437,529 | | | | | | | | |
| Co-op | | | | | | | | | |
| ASCION | 57,483 | | | | 57,483 | | | | - |
| KINGSDOWN | 64,449 | | | | 64,449 | | | | - |
| SERTA | 300,557 | | | | 300,557 | | | | - |
| SIMMONS | 380,970 | | | | 380,970 | | | | - |
| TEMPUR-PEDIC | 240,474 | | | | 268,775 | | | | - |
| | 1,043,933 | | | | | | | | |
| Insurance claims | | | | | | | | | |
| NAPERVILLE (CLAIM #595184) | 1,095,998 | | | | | | 1,095,998 | | 1,095,998 |

**Art Van Furniture, LLC**
**Schedule A/B**
**Part 2 Item 10 - Accounts receivable**

| Balance due from: | Total Receivable | Merchandise | Note receivable | Other billings | Less than 90 days | <90 allowance | 90 days + | 90+ allowance | <mark>Current Value</mark> |
|---|---|---|---|---|---|---|---|---|---|
| CANTON (CLAIM #492667) | 360,087 | | | | | | 360,087 | | 360,087 |
| | 1,456,084 | | | | | | | | |
| Sales tax rebates | | | | | | | | | |
| BEDFORD PARK | 92,923 | | | | | | 92,923 | | - |
| DOWNERS GROVE | 169,091 | | | | | | 169,091 | | - |
| | 262,014 | | | | | | | | |
| 3rd Party Finance companies | | | | | | | | | |
| SYNCHRONY VOLUME REBATE | 449,855 | | | | 449,855 | | | | 449,855 |
| SYNCHRONY DEBT CANCELLATION | 13,268 | | | | 13,268 | | | | 13,268 |
| SYNCHRONY RATE REDUCTION | 54,090 | | | | 54,090 | | | | 54,090 |
| | 517,213 | | | | | | | | |
| Rent receivable | | | | | | | | | |
| BLUE BELL MATTRESS COMPANY | 78,303 | | | | 78,303 | | | | - |
| Payroll tax receivable | | | | | | | | | |
| INTERNAL REVENUE SERVICE | 66,476 | | | | 66,476 | | | | 66,476 |
| Credit card reserves | | | | | | | | | |
| VISA/MASTERCARD | 18,503,076 | | | | | | | | 11,244,082 |
| DISCOVER | 894,851 | | | | | | | | 18,973 |
| AMERICAN EXPRESS | 855,580 | | | | | | | | - |
| SYNCHRONY | 4,387,670 | | | | | | | | 3,430,580 |
| TIDEWATER | 127,358 | | | | | | | | 127,358 |
| | 24,768,535 | | | | | | | | |
| Miscellaneous vendor credits | | | | | | | | | |
| ASCION | 19,454 | | | | 19,454 | | | | - |
| SERTA | 17,589 | | | | 17,589 | | | | - |
| SIMMONS | 25,096 | | | | 25,096 | | | | - |
| SERTA | 28,172 | | | | 28,172 | | | | - |
| CENTURY | 226 | | | | 226 | | | | - |
| STEARNS & FOSTER | 14,359 | | | | 14,359 | | | | - |
| SEALY | 20,797 | | | | 20,797 | | | | - |
| ASCION | 9,287 | | | | 9,287 | | | | - |
| KINGSDOWN | 7,057 | | | | 7,057 | | | | - |
| SERTA | 11,188 | | | | 11,188 | | | | - |
| SIMMONS | 13,772 | | | | 13,772 | | | | - |
| SERTA | 17,635 | | | | 17,635 | | | | - |

**Art Van Furniture, LLC**
**Schedule A/B**
**Part 2 Item 10 - Accounts receivable**

| Balance due from: | Total Receivable | Merchandise | Note receivable | Other billings | Less than 90 days | <90 allowance | 90 days + | 90+ allowance | Current Value |
|---|---|---|---|---|---|---|---|---|---|
| CENTURY | 285 | | | | 285 | | | | - |
| LA-Z-BOY GROUP | 20,137 | | | | 20,137 | | | | - |
| | 205,055 | | | | | | | | 17,246,275 |
| | | | | | | | | | - |
| | 32,568,880 | | | | | (364,944) | | (1,310,056) | |

| | |
|---|---|
| NBV @ 4/6/20 | 30,893,880.40 |

ART VAN FURNITURE: VEHICLE LOCATIONS
STRAIGHT TRUCKS(AS OF:1/21/2019)

**Art Van Furniture, LLC**
**Case No. 20-10553**
**Attachment B.47**

| | Genral description | | | Net Book Value | Valuatiuon Method | Current Value |
|---|---|---|---|---|---|---|
| 47 | Delivery trucks | | | see summary tab | | - |

# DETAIL

| # | UNIT | YEAR | MAKE | MODEL | SERIAL # | PLATE # | STORE | Store # | Garage City | State | Status |
|---|------|------|------|-------|----------|---------|-------|---------|-------------|-------|--------|
| 1 | 501 | 2010 | FREIGHTLINER | M2-106 | 1FVACWDT6ADAV1197 | BB64867 | WH | 101 | Warren | MI | In Yard |
| 2 | 502 | 2012 | FREIGHTLINER | M2-106 | 1FVACWDT9CHBV1662 | AC72437 | WH | 101 | Warren | MI | In Yard |
| 3 | 503 | 2012 | FREIGHTLINER | M2-106 | 1FVACWDT0CHBV1663 | AC72440 | WH | 101 | Warren | MI | In Yard |
| 4 | 504 | 2012 | FREIGHTLINER | M2-106 | 1FVACWDT2CHBV1664 | AC72439 | WH | 101 | Warren | MI | In Yard |
| 5 | 505 | 2012 | FREIGHTLINER | M2-106 | 1FVACWDT4CHBV1665 | AC72438 | WH | 101 | Warren | MI | In Yard |
| 6 | 506 | 2012 | FREIGHTLINER | M2-106 | 1FVACWDT6CHBV1666 | AC72447 | WH | 101 | Warren | MI | In Yard |
| 7 | 507 | 2012 | FREIGHTLINER | M2-106 | 1FVACWDT8CHBV1667 | AC72448 | WH | 101 | Warren | MI | In Yard |
| 8 | 508 | 2012 | FREIGHTLINER | M2-106 | 1FVACWDTXCHBV1668 | AC72449 | WH | 71 | Warren | MI | In Yard |
| 9 | 509 | 2012 | FREIGHTLINER | M2-106 | 1FVACWDT1CHBV1669 | AC79900 | WH | 101 | Warren | MI | In Yard |
| 10 | 510 | 2014 | FREIGHTLINER | M2-106 | 1FVACWDT5EHFT1388 | BA03745 | WH | 101 | Warren | MI | In Yard |
| 11 | 511 | 2014 | FREIGHTLINER | M2-106 | 1FVACWDT7EHFT1389 | BA03742 | WH | 101 | Warren | MI | In Yard |
| 12 | 512 | 2014 | FREIGHTLINER | M2-106 | 1FVACWDT3EHFT1390 | BA03749 | WH | 101 | Warren | MI | Unknown |
| 13 | 513 | 2014 | FREIGHTLINER | M2-106 | 1FVACWDT5EHFT1391 | BA03744 | WH | 101 | Warren | MI | Unknown |
| 14 | 514 | 2014 | FREIGHTLINER | M2-106 | 1FVACWDT7EHFT1392 | BA03743 | TV | 57 | Warren | MI | In Yard |
| 15 | 516 | 2014 | FREIGHTLINER | M2-106 | 1FVACWDT0EHFT1394 | BA09650 | BU | 34 | Warren | MI | In Yard |
| 17 | 518 | 2014 | FREIGHTLINER | M2-106 | 1FVACWDT4EHFT1396 | BA09679 | WH | 101 | Warren | MI | In Yard |
| 18 | 519 | 2014 | FREIGHTLINER | M2-106 | 1FVACWDT6EHFT1397 | BA09656 | WH | 101 | Warren | MI | Unknown |
| 20 | 521 | 2014 | FREIGHTLINER | M2-106 | 1FVACWDTXEHFT1399 | BA09677 | WH | 101 | Warren | MI | Unknown |
| 21 | 522 | 2014 | FREIGHTLINER | M2-106 | 1FVACWDT2EHFT1400 | BA09676 | WH | 101 | Warren | MI | In Yard |
| 23 | 525 | 2015 | FREIGHTLINER | M2-106 | 3ALACWDTXFDGL6757 | BB43391 | WH | 101 | Warren | MI | In Yard |
| 24 | 526 | 2015 | FREIGHTLINER | M2-106 | 3ALACWDT1FDGL6758 | BB43392 | WH | 101 | Warren | MI | In Yard |
| 26 | 528 | 2015 | FREIGHTLINER | M2-106 | 3ALACWDTXFDGL6760 | BB43394 | WH | 101 | Warren | MI | In Yard |
| 28 | 530 | 2015 | FREIGHTLINER | M2-106 | 3ALACWDT3FDGL6762 | BA28679 | WH | 101 | Warren | MI | In Yard |
| 29 | 531 | 2015 | FREIGHTLINER | M2-106 | 3ALACWDT5FDGL6763 | BA28680 | WH | 101 | Warren | MI | In Yard |
| 33 | 535 | 2016 | KENWORTH | T280 | 3BKHHM6X0GF106038 | BA52432 | WH | 10 | Warren | MI | In Yard |
| 42 | 544 | 2016 | KENWORTH | T280 | 3BKHHHM6X0GJ106047 | BA52437 | WH | 101 | Warren | MI | In Yard |
| ## | 564 | 2018 | KENWORTH | T280 | 2NKHHM6X6JM209267 | BB20141 | WH | 101 | Warren | MI | In Yard |
| ## | 565 | 2018 | KENWORTH | T280 | 2NKHHM6X8JM209268 | BB20142 | WH | 101 | Warren | MI | In Yard |
| ## | 566 | 2018 | KENWORTH | T280 | 2NKHHM6XXJM209269 | BB20143 | WH | 101 | Warren | MI | In Yard |
| ## | 567 | 2018 | KENWORTH | T280 | 2NKHHM6X6JM209270 | BB20144 | WH | 101 | Warren | MI | In Yard |
| ## | 568 | 2018 | KENWORTH | T280 | 2NKHHM6X8JM209271 | BB20146 | WH | 101 | Warren | MI | In Yard |
| ## | 569 | 2018 | KENWORTH | T280 | 2NKHHM6XXJM209272 | BB20147 | WH | 101 | Warren | MI | In Yard |
| ## | 570 | 2018 | KENWORTH | T280 | 2NKHHM6X1JM209273 | BB20148 | WH | 101 | Warren | MI | Unknown |
| ## | 571 | 2018 | KENWORTH | T280 | 2NKHHM6X3JM209274 | BB20149 | WH | 101 | Warren | MI | In Yard |
| ## | 572 | 2018 | KENWORTH | T280 | 2NKHHM6X5JM209275 | BB35850 | WH | 101 | Warren | MI | In Yard |
| 89 | 591 | 2019 | KENWORTH | T280 | 2NKHHM6X9KM314306 | BC00834 | WH | 101 | Warren | MI | In Yard |
| 90 | 592 | 2019 | KENWORTH | T280 | 2NKHHM6X0KM314307 | BC03412 | WH | 101 | Warren | MI | In Yard |
| 91 | 593 | 2019 | KENWORTH | T280 | 2NKHHM6X2KM314308 | BC03413 | WH | 101 | Warren | MI | In Yard |
| 92 | 594 | 2019 | KENWORTH | T280 | 2NKHHM6X4KM314309 | BC03415 | WH | 101 | Warren | MI | Unknown |
| 93 | 595 | 2019 | KENWORTH | T280 | 2NKHHM6X0KM314310 | BC03414 | WH | 101 | Warren | MI | In Yard |
| 94 | 601 | 2012 | FREIGHTLINER | M2-106 | 1FVACWDTXCHBV1654 | AC72387 | WH | 101 | Warren | MI | In Yard |
| 95 | 602 | 2012 | FREIGHTLINER | M2-106 | 1FVACWDT1CHBV1655 | AC72415 | WH | 101 | Warren | MI | In Yard |
| 96 | 604 | 2012 | FREIGHTLINER | M2-106 | 1FVACWDT5CHBV1657 | AC72413 | WH | 101 | Warren | MI | In Yard |
| 97 | 605 | 2012 | FREIGHTLINER | M2-106 | 1FVACWDT7CHBV1658 | AC72412 | WH | 101 | Warren | MI | In Yard |
| 98 | 606 | 2012 | FREIGHTLINER | M2-106 | 1FVACWDT9CHBV1659 | AC79929 | WH | 101 | Warren | MI | In Yard |
| 99 | 607 | 2012 | FREIGHTLINER | M2-106 | 1FVACWDT0CHBV1660 | AC79928 | WH | 101 | Warren | MI | In Yard |
| 100 | 608 | 2012 | FREIGHTLINER | M2-106 | 1FVACWDT3CHBV1661 | AC79927 | WH | 101 | Warren | MI | In Yard |
| 101 | 788 | 2010 | FREIGHTLINER | M2-106 | 1FVACWDT4ADAV1215 | AB21344 | SS | Was 889 | Warren | MI | In Yard |
| 102 | 789 | 2017 | KENWORTH | T280 | 2NKHHM6X6HM165295 | BA96255 | SS | WH | Warren | MI | In Yard |
| 103 | 790 | 2018 | KENWORTH | T270 | 2NKHHM6XXJM209286 | BB35862 | SS | WH | Warren | MI | In Yard |
| 104 | 868 | 2010 | FREIGHTLINER | M2-106 | 1FVACWDT7ADAV1192 | AA22858 | WH | 101 | Warren | MI | In Yard |
| 105 | 870 | 2010 | FREIGHTLINER | M2-106 | 1FVACWDT0ADAV1194 | AA22855 | WH | 101 | Warren | MI | In Yard |
| 106 | 871 | 2010 | FREIGHTLINER | M2-106 | 1FVACWDT2ADAV1195 | BB43395 | WH | 101 | Warren | MI | In Yard |
| 107 | 872 | 2010 | FREIGHTLINER | M2-106 | 1FVACWDT8ADAV1198 | AA43234 | WH | 101 | Warren | MI | In Yard |
| 108 | 873 | 2010 | FREIGHTLINER | M2-106 | 1FVACWDTXADAV1199 | AA22857 | WH | 101 | Warren | MI | In Yard |
| 109 | 874 | 2010 | FREIGHTLINER | M2-106 | 1FVACWDT2ADAV1200 | AA22854 | WH | 101 | Warren | MI | In Yard |
| 110 | 875 | 2010 | FREIGHTLINER | M2-106 | 1FVACWDT4ADAV1201 | BB43397 | WH | 101 | Warren | MI | In Yard |
| 111 | 876 | 2010 | FREIGHTLINER | M2-106 | 1FVACWDT6ADAV1202 | BB43398 | WH | 10 | Warren | MI | In Yard |

ART VAN FURNITURE: VEHICLE LOCATIONS
STRAIGHT TRUCKS(AS OF:1/21/2019)

| # | UNIT | YEAR | MAKE | MODEL | SERIAL # | PLATE # | STORE | Store # | Garage City | State | Status |
|---|------|------|------|-------|----------|---------|-------|---------|-------------|-------|--------|
| 112 | 877 | 2010 | FREIGHTLINER | M2-106 | 1FVACWDT8ADAV1203 | BB43399 | WH | 101 | Warren | MI | In Yard |
| 113 | 878 | 2010 | FREIGHTLINER | M2-106 | 1FVACWDTXADAV1204 | AA43237 | WH | 101 | Warren | MI | In Yard |
| 114 | 879 | 2010 | FREIGHTLINER | M2-106 | 1FVACWDT1ADAV1205 | AA43236 | WH | 101 | Warren | MI | In Yard |
| 115 | 880 | 2010 | FREIGHTLINER | M2-106 | 1FVACWDT3ADAV1206 | AA43235 | WH | 101 | Warren | MI | In Yard |
| 116 | 881 | 2010 | FREIGHTLINER | M2-106 | 1FVACWDT5ADAV1207 | BB47050 | WH | 101 | Warren | MI | In Yard |
| 117 | 882 | 2010 | FREIGHTLINER | M2-106 | 1FVACWDT7ADAV1208 | AB67893 | WH | 101 | Warren | MI | In Yard |
| 118 | 883 | 2010 | FREIGHTLINER | M2-106 | 1FVACWDT9ADAV1209 | BB47051 | WH | 101 | Warren | MI | In Yard |
| 119 | 884 | 2010 | FREIGHTLINER | M2-106 | 1FVACWDT5ADAV1210 | AB67895 | WH | 101 | Warren | MI | In Yard |
| 120 | 885 | 2010 | FREIGHTLINER | M2-106 | 1FVACWDT7ADAV1211 | BB47052 | WH | 101 | Warren | MI | In Yard |
| 121 | 886 | 2010 | FREIGHTLINER | M2-106 | 1FVACWDT9ADAV1212 | BB47053 | WH | 101 | Warren | MI | In Yard |
| 122 | 887 | 2010 | FREIGHTLINER | M2-106 | 1FVACWDT0ADAV1213 | BB47054 | WH | 101 | Warren | MI | In Yard |
| 123 | 888 | 2010 | FREIGHTLINER | M2-106 | 1FVACWDT2ADAV1214 | BB47055 | LN | 101 | Warren | MI | In Yard |
| 124 | 890 | 2010 | FREIGHTLINER | M2-106 | 1FVACWDT6ADAV1216 | AB22856 | WH | 101 | Warren | MI | In Yard |
| 125 | 891 | 2010 | FREIGHTLINER | M2-106 | 1FVACWDT1ADAV1217 | BB47056 | WH | 101 | Warren | MI | In Yard |
| 126 | 892 | 2010 | FREIGHTLINER | M2-106 | 1FVACWDTXADAV1218 | BB47057 | WH | 101 | Warren | MI | In Yard |
| 127 | 893 | 2010 | FREIGHTLINER | M2-106 | 1FVACWDT1ADAV1219 | BB47058 | WH | 101 | Warren | MI | In Yard |
| 128 | 894 | 2010 | FREIGHTLINER | M2-106 | 1FVACWDT8ADAV1220 | BB05534 | WH | 101 | Warren | MI | In Yard |
| 129 | 895 | 2010 | FREIGHTLINER | M2-106 | 1FVACWDTXADAV1221 | AB67894 | WH | 101 | Warren | MI | In Yard |
| 130 | 896 | 2010 | FREIGHTLINER | M2-106 | 1FVACWDT1ADAV1222 | AA48263 | WH | 101 | Warren | MI | In Yard |
| 131 | 897 | 2010 | FREIGHTLINER | M2-106 | 1FVACWDT3ADAV1223 | AA48264 | WH | 101 | Warren | MI | In Yard |
| 132 | 899 | 2010 | FREIGHTLINER | M2-106 | 1FVACWDT7ADAV1225 | AA48265 | WH | 101 | Warren | MI | In Yard |

| # | UNIT | YEAR | MAKE | MODEL | FOR SALE UNITS | PLATE # | STORE | Store # | Garage City | State |
|---|------|------|------|-------|----------------|---------|-------|---------|-------------|-------|
| 1 | 500 | 2010 | FREIGHTLINER | M2-106 | 1FVACWDT4ADAV1196 | BB64868 | WH | 101 | Warren | MI |
| 2 | 523 | 2014 | FREIGHTLINER | M2-106 | 1FVACWDT4EHFT1401 | BA09675 | WH | 101 | Warren | MI |
| 3 | 600 | 2012 | FREIGHTLINER | M2-106 | 1FVACWDT8CHBV1653 | AC72386 | WH | 101 | Warren | MI |
| 4 | 603 | 2012 | FREIGHTLINER | M2-106 | 1FVACWDT3CHBV1656 | AC72414 | WH | 101 | Warren | MI |
| 5 | 786 | 2003 | ACTERRA | M6500 | 2FZAAHAK53AK66710 | AB75501 | WH | MI | Warren | MI |
| 6 | 787 | 2003 | ACTERRA | M6500 | 2FZAAHAK73AK66711 | AB21198 | WH | MI | Warren | MI |

| # | UNIT | YEAR | MAKE | MODEL | SCRAPPED UNITS | PLATE # | STORE | Store # | Garage City | State |
|---|------|------|------|-------|----------------|---------|-------|---------|-------------|-------|
| 1 | 783 | 1998 | FORD | L8501 | 1FDXN80C5WVA35150 | AB21348 | WH | MI | Warren | MI |

**Art Van Furniture, LLC**
**Case No. 20-10553**
**Attachment B.47**

|   | Genral description | Net Book Value |
|---|---|---|
| 47 | Tractors | see summary tab |

# DETAIL

| # | UNIT | YEAR | MAKE | MODEL | SERIAL # | PLATE # |
|---|---|---|---|---|---|---|
| 1 | 325 | 2012 | FREIGHTLINER | M2-112 | 1FUBC5DV4CHBV1671 | RB01966 |
| 2 | 326 | 2012 | FREIGHTLINER | M2-112 | 1FUBC5DV6CHBV1672 | RB01967 |
| 3 | 327 | 2012 | FREIGHTLINER | M2-112 | 1FUBC5DV8CHBV1673 | RB01968 |
| 4 | 328 | 2014 | FREIGHTLINER | M2-112 | 1FUBC5DV3EHFY1520 | RB06712 |
| 5 | 329 | 2015 | FREIGHTLINER | M2-112 | 1FUBC5DV4FHGL6770 | RB18169 |
| 6 | 330 | 2015 | FREIGHTLINER | M2-112 | 1FUBC5DV6FHGL6771 | RB18170 |
| 7 | 331 | 2015 | FREIGHTLINER | M2-112 | 1FUBC5DV8FHGL6772 | RB18171 |
| 8 | 332 | 2016 | KENWORTH | T680 | 1XKYAP8X4GJ487187 | RB23911 |
| 9 | 333 | 2016 | KENWORTH | T680 | 1XKYAP8X6GJ487188 | RB23912 |
| 10 | 334 | 2016 | KENWORTH | T680 | 1XKYAP8X8GJ487189 | RB23913 |
| 11 | 335 | 2016 | KENWORTH | T680 | 1XKYAP8X7GJ122177 | RB32362 |
| 12 | 336 | 2016 | KENWORTH | T680 | 1XKYAP8X9GJ122178 | RB32363 |
| 13 | 337 | 2016 | KENWORTH | T680 | 1XKYAP8X0GJ122179 | RB32364 |
| 14 | 338 | 2016 | KENWORTH | T680 | 1XKYAP8X7GJ122180 | RB63607 |
| 15 | 339 | 2016 | KENWORTH | T680 | 1XKYAP8X9GJ122181 | RB32366 |
| 16 | 340 | 2016 | KENWORTH | T680 | 1XKYAP8X0GJ122182 | RB32367 |
| 23 | 350 | 2018 | KENWORTH | T680 | 1XKYAP8X3JJ209209 | RB55453 |
| 24 | 351 | 2018 | KENWORTH | T680 | 1XKYAP8XXJJ209210 | RB55454 |
| 25 | 352 | 2018 | KENWORTH | T680 | 1XKYAP8X1JJ209211 | RB55455 |
| 26 | 353 | 2018 | KENWORTH | T680 | 1XKYAP8X3JJ209212 | RB55456 |
| 27 | 390 | 1998 | FORD | A9513 | 1FTXY92K2WVA28534 | BA06075 |

| | | | | **YARD TRACTORS** | | |
|---|---|---|---|---|---|---|
| 1 | 345 | 2014 | OTTAWA | 4x2 | 335251 | NONE |
| 2 | 346 | 2013 | OTTAWA | 4 x 2 OFF ROAD | 332304 | NONE |
| 3 | 347 | 2015 | OTTAWA | 4 x 2 OFF ROAD | 337000 | NONE |

| | | | | **FOR SALE UNITS** | | |
|---|---|---|---|---|---|---|
| 1 | 319 | 2010 | FREIGHTLINER | M2-106 | 1FUBCYBS0ADAV1226 | AA28538 |
| 2 | 320 | 2010 | FREIGHTLINER | M2-106 | 1FUBCYBS2ADAV1227 | AA91827 |
| 3 | 322 | 2010 | FREIGHTLINER | M2-106 | 1FUBCYBS6ADAV1229 | BB43388 |

ART VAN FURNITURE: VEHICLE LOCATIONS
TRACTORS (AS OF:1/21/2019)

| 4 | 323 | 2010 | FREIGHTLINER | M2-106 | 1FUBCYBS2ADAV1230 | BB43389 |
| 5 | 324 | 2010 | FREIGHTLINER | M2-106 | 1FUBCYBS4ADAV1231 | RB01965 |

ART VAN FURNITURE: VEHICLE LOCATIONS
TRACTORS (AS OF:1/21/2019)

| Valuatiuon Method | Current Value |
|---|---|
| | - |

| STORE | Store # | GARAGE CITY | STATE | Status |
|---|---|---|---|---|
| WH | 98 | Warren | MI | In Yard |
| WH | 98 | Warren | MI | In Yard |
| WH | 98 | Warren | MI | In Yard |
| WH | 98 | Warren | MI | Unknown |
| WH | 98 | Warren | MI | In Yard |
| WH | 98 | Warren | MI | In Yard |
| WH | 98 | Warren | MI | In Yard |
| WH | 98 | Warren | MI | In Yard |
| WH | 98 | Warren | MI | Unknown |
| WH | 98 | Warren | MI | In Yard |
| WH | 98 | Warren | MI | In Yard |
| WH | 98 | Warren | MI | In Yard |
| WH | 98 | Warren | MI | In Yard |
| WH | 98 | Warren | MI | In Yard |
| WH | 98 | Warren | MI | In Yard |
| WH | 98 | Warren | MI | Unknown |
| WH | 98 | Warren | MI | In Yard |
| WH | 98 | Warren | MI | In Yard |
| WH | 98 | Warren | MI | In Yard |
| WH | 98 | Warren | MI | In Yard |
| WH | 98 | Warren | MI | In Yard |

| WH | MI | Warren | MI | In Yard |
|---|---|---|---|---|
| WH | MI | Warren | MI | In Yard |
| WH | MI | Warren | MI | In Yard |

| WH | 98 | Warren | MI | In Yard |
|---|---|---|---|---|
| WH | 98 | Warren | MI | In Yard |
| WH | 98 | Warren | MI | In Yard |

ART VAN FURNITURE: VEHICLE LOCATIONS
TRACTORS (AS OF:1/21/2019)

| WH | 98 | Warren | MI | In Yard |
|----|----|--------|----|---------|
| WH | 98 | Warren | MI | In Yard |

**Art Van Furniture, LLC**
**Case No. 20-10553**
**Attachment B.47**

| | | | Net Book | Valuatiuon | Current |
| | | | Value | Method | Value |
| | Genral description | | | | |
| 47 | Vans | | see summary tab | | - |

# DETAIL

| # | UNIT | YEAR | MAKE | MODEL | SERIAL # | PLATE # | STORE | Garage City | State | Status |
|---|------|------|------|-------|----------|---------|-------|-------------|-------|--------|
| 1 | 400 | 2015 | FORD | Transit | 1FTNE1ZM8FKA78946 | DGT7986 | PS | Warren | MI | Unknown |
| 2 | 401 | 2015 | FORD | Transit | 1FTNE1ZMXFKA78947 | DGT7987 | CS | Warren | MI | Unknown |
| 3 | 402 | 2017 | FORD | Transit | 1FTYE9ZM9HKB34407 | DB79889 | CS | Warren | MI | In Yard |
| 4 | 403 | 2018 | RAM | Roadmast | 3C6TRVAG7JE103198 | DB80633 | CS | Warren | MI | In Yard |
| 5 | 404 | 2017 | RAM | Roadmast | 3C6TRVAG8HE545983 | DB80634 | CS | Warren | MI | In Yard |
| 6 | 405 | 2012 | FORD | Transit | NM0LS7DN3CT079864 | CF01235 | CS | Warren | MI | In Yard |
| 7 | 708 | 2012 | FORD | E-150 | 1FTNE1EW5CDB38625 | CE85992 | SS | Warren | MI | In Yard |
| 8 | 900 | 2016 | FORD | Transit | 1FTYE1ZM7GKB03690 | DB09256 | CS | Warren | MI | In Yard |
| 9 | 901 | 2016 | FORD | Transit | 1FTYE1ZM9GKB03691 | DB09254 | CS | Warren | MI | In Yard |
| 10 | 902 | 2016 | FORD | Transit | 1FTYE1ZM0GKB03692 | DB09255 | CS | Warren | MI | Unknown |
| 15 | 907 | 2016 | FORD | Transit | 1FTYE1ZMXGKB03697 | DB09253 | FAC | Warren | MI | #25 Grand Rapids |
| 16 | 908 | 2017 | Chevy | Express | 1GCWGAFF2H1335385 | DB47003 | CS | Warren | MI | Unknown |
| 17 | 909 | 2017 | Chevy | Express | 1GCWGAFF8H1335438 | DB47002 | CS | Warren | MI | Unknown |
| 18 | 910 | 2017 | Chevy | Express | 1GCWGAFF2H1335449 | DB47004 | CS | Warren | MI | Unknown |
| 19 | 911 | 2017 | Chevy | Express | 1GCWGAFF1H1335488 | DB47007 | CS | Warren | MI | Unknown |
| 20 | 912 | 2017 | Chevy | Express | 1GCWGAFF2H1335497 | DB47015 | CS | Warren | MI | In Yard |
| 21 | 913 | 2017 | Chevy | Express | 1GCWGAFF6H1335518 | DB47018 | CS | Warren | MI | Unknown |
| 29 | 921 | 2007 | Chevy | Express | 1GCWGAFF2H1335628 | DB47017 | SS | Warren | MI | In Yard |
| 30 | 922 | 2007 | Chevy | Express | 1GCWGAFF4H1335629 | DB47000 | SS | Warren | MI | In Yard |
| 31 | 935 | 2006 | FORD | E-150 | 1FTRE14W96DB06185 | DB93325 | 101 | Warren | MI | In Yard |
| 32 | 937 | 2007 | FORD | E-150 | 1FTNE14W17DB39181 | DB93326 | WH | Warren | MI | In Yard |
| 33 | 940 | 2007 | FORD | E-150 | 1FTNE14W77DB39184 | DB93327 | WH | Warren | MI | In Yard |
| 34 | 942 | 2007 | FORD | E-150 | 1FTNE14W07DB39186 | DB93333 | CS | Warren | MI | Unknown |
| 35 | 943 | 2007 | FORD | E-150 | 1FTNE14W27DB39187 | DB93321 | L/P | Warren | MI | In Yard |
| 36 | 952 | 2008 | FORD | E-150 | 1FTNE14W18DB45144 | DB93334 | CS | Warren | MI | In Yard |
| 37 | 953 | 2008 | FORD | E-150 | 1FTNE14W38DB45145 | DB93335 | CS | Warren | MI | Unknown |
| 38 | 955 | 2008 | FORD | E-150 | 1FTNE14W78DB45147 | AB0040 | CS | Warren | MI | In Yard |
| 39 | 956 | 2008 | FORD | E-150 | 1FTNE14W98DB45148 | DB93336 | CS | Warren | MI | In Yard |
| 40 | 957 | 2008 | FORD | E-150 | 1FTNE14W08DB45149 | DB93337 | CS | Warren | MI | In Yard |
| 41 | 958 | 2008 | FORD | E-150 | 1FTNE14W78DB45150 | DB93338 | CS | Warren | MI | Unknown |
| 42 | 959 | 2008 | FORD | E-150 | 1FTNE14W98DB45151 | DB93339 | CS | Warren | MI | In Yard |
| 43 | 965 | 2009 | FORD | E-150 | 1FTNE14W49DA89993 | DB93341 | CS | Warren | MI | In Yard |
| 44 | 966 | 2009 | FORD | E-150 | 1FTNE14W69DA89994 | DB93342 | CS | Warren | MI | Unknown |
| 45 | 968 | 2009 | FORD | E-150 | 1FTNE14WX9DA89996 | DB93343 | CS | Warren | MI | In Yard |
| 46 | 969 | 2009 | FORD | E-150 | 1FTNE14W19DA89997 | DB93344 | CS | Warren | MI | In Yard |
| 47 | 970 | 2009 | FORD | E-150 | 1FTNE14W39DA89998 | DB93345 | CS | Warren | MI | In Yard |
| 48 | 972 | 2009 | FORD | E-150 | 1FTNE14W69DA90000 | DB93346 | CS | Warren | MI | In Yard |
| 49 | 973 | 2009 | FORD | E-150 | 1FTNE14W89DA90001 | DB93347 | CS | Warren | MI | In Yard |
| 50 | 980 | 2012 | FORD | E-150 | 1FTNE1EW9CDB38627 | CE85993 | CS | Warren | MI | In Yard |
| 51 | 981 | 2012 | FORD | E-150 | 1FTNE1EW0CDB38628 | CE85994 | CS | Warren | MI | Unknown |
| 52 | 982 | 2012 | FORD | E-150 | 1FTNE1EW2CDB38629 | CE85996 | CS | Warren | MI | Unknown |
| 53 | 983 | 2012 | FORD | E-150 | 1FTNE1EW9CDB38630 | CE85995 | CS | Warren | MI | Unknown |
| 54 | 984 | 2015 | FORD | Transit | 1FTNE1ZM2FKA11047 | DA35738 | CS | Warren | MI | In Yard |
| 55 | 985 | 2015 | FORD | Transit | 1FTNE1ZM4FKA11048 | DA35740 | CS | Warren | MI | Unknown |
| 56 | 986 | 2015 | FORD | Transit | 1FTNE1ZM6FKA11049 | DA35744 | CS | Warren | MI | In Yard |
| 57 | 987 | 2015 | FORD | Transit | 1FTNE1ZM2FKA11050 | DA35742 | CS | Warren | MI | In Yard |
| 58 | 988 | 2015 | FORD | Transit | 1FTNE1ZM4FKA11051 | DA35739 | CS | Warren | MI | Unknown |
| 60 | 990 | 2015 | FORD | Transit | 1FTNE1ZM4FKA11053 | DA35743 | CS | Warren | MI | Unknown |
| 61 | 991 | 2015 | FORD | Transit | 1FTNE1ZMXFKA11054 | DA35745 | CS | Warren | MI | In Yard |
| 62 | 992 | 2015 | FORD | Transit | 1FTNE1ZM1FKA88461 | DA69006 | CS | Warren | MI | Unknown |
| 63 | 993 | 2015 | FORD | Transit | 1FTNE1ZM3FKA88462 | DA69005 | CS | Warren | MI | Unknown |
| 64 | 994 | 2015 | FORD | Transit | 1FTNE1ZM5FKA88463 | DA69004 | CS | Warren | MI | Unknown |
| 65 | 995 | 2015 | FORD | Transit | 1FTNE1ZM7FKA88464 | DA69003 | CS | Warren | MI | In Yard |
| 66 | 996 | 2015 | FORD | Transit | 1FTNE1ZM9FKA88465 | DA69002 | CS | Warren | MI | Unknown |
| 67 | 997 | 2015 | FORD | Transit | 1FTNE1ZM0FKA88466 | DA69001 | CS | Warren | MI | In Yard |
| 71 | PM002 | 2016 | FORD | Transit | NMOKS6EX4G1261872 | DB93318 | P/M | Warren | MI | #101 Warren |
| 72 | PM003 | 2016 | FORD | Transit | NMOKS6EX7G1261865 | DB93319 | P/M | Warren | MI | #80 Howell |
| 73 | PM004 | 2017 | FORD | Transit | NMOLS7E73H1305078 | DA52026 | P/M | Warren | MI | #14 Woodward |

Art Van Furniture: Vehicle Locations
Vans (As Of 1/21/2019)

| # | UNIT | YEAR | MAKE | MODEL | SERIAL # | PLATE # | STORE | Garage City | State | Status |
|---|------|------|------|-------|----------|---------|-------|-------------|-------|--------|
| 75 | PM006 | 2017 | FORD | Transit | NM0LS7E73H1299234 | DB93320 | P/M | Warren | MI | #30 Drayton |
| 76 | PM008 | 2017 | Chevrolet | Express | 1HA3GTCG6HN002090 | BB64884 | P/M | Warren | MI | #101 Warren |

| # | UNIT | YEAR | MAKE | MODEL | FOR SALE UNITS | PLATE # | STORE | Garage City | State | Status |
|---|------|------|------|-------|----------|---------|-------|-------------|-------|--------|
| 1 | 963 | 2008 | FORD | E-150 | 1FTNE14W68DB45155 | DB93340 | CS | Warren | MI | In Yard |
| 2 | 974 | 2009 | FORD | E-150 | 1FTNE14WX9DA90002 | DB93348 | CS | Warren | MI | In Yard |
| 3 | 979 | 2012 | FORD | E-150 | 1FTNE1EW7CDB38626 | DB30049 | CS | Warren | MI | In Yard |

**ART VAN FURNITURE: VEHICLE LOCATIONS**
**TRAILERS (AS OF: 1/21/2019)**

**Art Van Furniture, LLC**
**Case No. 20-10553**
**Attachment B.47**

| | Genral description | | | | | Net Book Value | Valuatiuon Method | Current Value |
|---|---|---|---|---|---|---|---|---|
| 47 | Trailers | | | | | see summary tab | | - |

# DETAIL

| # | UNIT | YEAR | MAKE | MODEL | SERIAL # | PLATE # | STORE | ST# | Garage City | State | Status |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 100 | 1997 | WABASH | 53FT | 1JJV532V5VL390558 | A119400 | WH | 98 | Warren | MI | In Yard |
| 2 | 101 | 1997 | WABASH | 53FT | 1JJV532V2VL390565 | A119401 | WH | 98 | Warren | MI | Unknown |
| 3 | 102 | 1997 | WABASH | 53FT | 1JJV532VXVL390569 | A119402 | WH | 98 | Warren | MI | Unknown |
| 4 | 104 | 1997 | WABASH | 53FT | 1JJV532V5VL390561 | D109777 | WH | 98 | Warren | MI | In Yard |
| 5 | 105 | 1997 | WABASH | 53FT | 1JJV532V7VL390562 | A119405 | WH | 98 | Warren | MI | In Yard |
| 6 | 106 | 1997 | WABASH | 53FT | 1JJV532V3VL390560 | D195831 | WH | 98 | Warren | MI | In Yard |
| 7 | 108 | 1997 | WABASH | 53FT | 1JJV532V0VL390564 | A119408 | WH | 98 | Warren | MI | In Yard |
| 8 | 110 | 1997 | WABASH | 53FT | 1JJV532V6VL390567 | A119410 | WH | 98 | Warren | MI | In Yard |
| 9 | 111 | 1997 | WABASH | 53FT | 1JJV532V8VL390568 | A119411 | WH | 98 | Warren | MI | Unknown |
| 10 | 113 | 1997 | WABASH | 53FT | 1JJV532V6VL390570 | A119412 | WH | 98 | Warren | MI | In Yard |
| 11 | 114 | 1997 | WABASH | 53FT | 1JJV532V8VL390571 | A119413 | WH | 98 | Warren | MI | Unknown |
| 12 | 115 | 1997 | WABASH | 53FT | 1JJV532VXVL390572 | A119414 | WH | 98 | Warren | MI | In Yard |
| 13 | 116 | 1997 | WABASH | 53FT | 1JJV532V1VL390573 | A119415 | WH | 98 | Warren | MI | In Yard |
| 14 | 117 | 1997 | WABASH | 53FT | 1JJV532V3VL390574 | A119416 | WH | 98 | Warren | MI | In Yard |
| 15 | 118 | 1997 | WABASH | 53FT | 1JJV532V5VL390575 | A119417 | WH | 98 | Warren | MI | In Yard |
| 16 | 119 | 1997 | WABASH | 53FT | 1JJV532VOVL403863 | B633159 | WH | 98 | Warren | MI | Unknown |
| 17 | 120 | 1999 | WABASH | 53FT | 1JJV532W3XL539500 | A119420 | WH | 98 | Warren | MI | In Yard |
| 18 | 124 | 1999 | WABASH | 53FT | 1JJV532W0XL539504 | A119423 | WH | 98 | Warren | MI | In Yard |
| 19 | 125 | 1999 | WABASH | 53FT | 1JJV532W2XL539505 | A119424 | WH | 98 | Warren | MI | In Yard |
| 20 | 126 | 1999 | WABASH | 53FT | 1JJV532W4XL539506 | D394549 | WH | 98 | Warren | MI | In Yard |
| 21 | 129 | 1999 | WABASH | 53FT | 1JJV532W7XL539502 | D129135 | WH | 98 | Warren | MI | Unknown |
| 22 | 130 | 1999 | WABASH | 53FT | 1JJV532W5XL539501 | D843879 | WH | 98 | Warren | MI | In Yard |
| 23 | 132 | 1998 | WABASH | 53FT | 1JJV532W5WL442152 | C218357 | WH | 98 | Warren | MI | In Yard |
| 24 | 133 | 1998 | WABASH | 53FT | 1JJV532W3WL442148 | D041957 | WH | 98 | Warren | MI | Unknown |
| 25 | 134 | 1998 | WABASH | 53FT | 1JJV532W1WL442147 | A119432 | WH | 98 | Warren | MI | In Yard |
| 26 | 136 | 1998 | WABASH | 53FT | 1JJV532W7WL442153 | A119434 | WH | 98 | Warren | MI | Unknown |
| 27 | 137 | 1998 | WABASH | 53FT | 1JJV532W5WL442149 | A119435 | WH | 98 | Warren | MI | Unknown |
| 28 | 139 | 1998 | WABASH | 53FT | 1JJV532W3WL442151 | A119438 | WH | 98 | Warren | MI | Unknown |
| 29 | 140 | 1998 | WABASH | 53FT | 1JJV532W1WL442150 | A119437 | WH | 98 | Warren | MI | In Yard |
| 30 | 152 | 1993 | DORSEY | 53FT | 1DTV51512PA216688 | D195832 | WH | 98 | Warren | MI | In Yard |
| 31 | 153 | 1993 | DORSEY | 53FT | 1DTV51520PA216689 | D195800 | WH | 98 | Warren | MI | In Yard |
| 32 | 154 | 1993 | DORSEY | 53FT | 1DTV51527PA216690 | B533903 | WH | 98 | Warren | MI | In Yard |
| 33 | 156 | 1993 | DORSEY | 53FT | 1DTV51520PA216692 | A119460 | WH | 98 | Warren | MI | Unknown |
| 34 | 161 | 1993 | DORSEY | 53FT | 1DTV5152XPA216697 | D588332 | WH | 98 | Warren | MI | In Yard |
| 35 | 162 | 1996 | WABASH | 53FT | 1JJV532V7TL292225 | A119466 | WH | 98 | Warren | MI | In Yard |
| 36 | 163 | 1996 | WABASH | 53FT | 1JJV532V1TL292222 | B994218 | WH | 98 | Warren | MI | Unknown |
| 37 | 164 | 1996 | WABASH | 53FT | 1JJV532V5TL292224 | A119468 | WH | 98 | Warren | MI | In Yard |
| 38 | 165 | 1996 | WABASH | 53FT | 1JJV532V2TL292228 | C390950 | WH | 98 | Warren | MI | In Yard |
| 39 | 166 | 1996 | WABASH | 53FT | 1JJV532V5TL292224 | C624632 | WH | 98 | Warren | MI | In Yard |
| 40 | 168 | 1996 | WABASH | 53FT | 1JJV532V2TL292231 | B862382 | WH | 98 | Warren | MI | In Yard |
| 41 | 173 | 1996 | WABASH | 53FT | 1JJV532V6TL292233 | A119477 | WH | 98 | Warren | MI | Unknown |
| 42 | 174 | 1996 | WABASH | 53FT | 1JJV532VXTL292235 | A119478 | WH | 98 | Warren | MI | In Yard |
| 43 | 179 | 1996 | WABASH | 53FT | 1JJV532V7TL292239 | D256008 | WH | 98 | Warren | MI | In Yard |
| 44 | 183 | 1996 | WABASH | 53FT | 1JJV532V9TL292243 | A119487 | WH | 98 | Warren | MI | Unknown |
| 45 | 185 | 1996 | WABASH | 53FT | 1JJV532V7TL341987 | A119486 | WH | 98 | Warren | MI | Unknown |
| 46 | 186 | 1996 | WABASH | 53FT | 1JJV532V9TL341988 | A119488 | WH | 98 | Warren | MI | Unknown |
| 47 | 187 | 1996 | WABASH | 53FT | 1JJV532V2TL292245 | A119489 | WH | 98 | Warren | MI | In Yard |
| 48 | 188 | 1996 | WABASH | 53FT | 1JJV532V4TL292246 | B768936 | WH | 98 | Warren | MI | In Yard |
| 49 | 189 | 1996 | WABASH | 53FT | 1JJV532VOTL341989 | A119491 | WH | 98 | Warren | MI | In Yard |
| 50 | 190 | 1996 | WABASH | 53FT | 1JJV532V7TL341990 | D642868 | WH | 98 | Warren | MI | In Yard |
| 51 | 191 | 1996 | WABASH | 53FT | 1JJV532VOTL341992 | A119493 | WH | 98 | Warren | MI | Unknown |
| 52 | 196 | 1999 | WABASH | 53FT | 1JJV532W5XL565788 | A324750 | WH | 98 | Warren | MI | Unknown |
| 53 | 197 | 1999 | WABASH | 53FT | 1JJV532W7XL565789 | A324751 | WH | 98 | Warren | MI | Unknown |
| 54 | 200 | 2000 | WABASH | 53FT | 1JJV532W9YL675860 | A324752 | WH | 98 | Warren | MI | In Yard |
| 55 | 201 | 2000 | WABASH | 53FT | 1JJV532W0YL675861 | A324753 | WH | 98 | Warren | MI | Unknown |
| 56 | 202 | 2000 | WABASH | 53FT | 1JJV532W2YL675862 | A324754 | WH | 98 | Warren | MI | Unknown |
| 57 | 203 | 2000 | WABASH | 53FT | 1JJV532W4YL675863 | A324755 | WH | 98 | Warren | MI | Unknown |
| 58 | 204 | 2000 | WABASH | 53FT | 1JJV532W6YL675864 | D065687 | WH | 98 | Warren | MI | Unknown |
| 59 | 205 | 2002 | WABASH | 53FT | 1JJV532WX2L791821 | A324757 | WH | 98 | Warren | MI | Unknown |

**ART VAN FURNITURE: VEHICLE LOCATIONS**
**TRAILERS (AS OF: 1/21/2019)**

| # | UNIT | YEAR | MAKE | MODEL | SERIAL # | PLATE # | STORE | ST# | Garage City | State | Status |
|---|------|------|------|-------|----------|---------|-------|-----|-------------|-------|--------|
| 60 | 206 | 2002 | WABASH | 53FT | 1JJV532W12L791822 | A324758 | WH | 98 | Warren | MI | In Yard |
| 61 | 207 | 2002 | WABASH | 53FT | 1JJV532W32L791823 | A324759 | WH | 98 | Warren | MI | In Yard |
| 62 | 208 | 2002 | WABASH | 53FT | 1JJV532W52L791824 | A324760 | WH | 98 | Warren | MI | In Yard |
| 63 | 209 | 2002 | WABASH | 53FT | 1JJV532W72L791825 | A324761 | WH | 98 | Warren | MI | In Yard |
| 64 | 210 | 2002 | WABASH | 53FT | 1JJV532W92L791826 | A324762 | WH | 98 | Warren | MI | In Yard |
| 65 | 211 | 2003 | GREAT DANE | 53FT | 1GRAA06273B103201 | A324763 | WH | 98 | Warren | MI | In Yard |
| 66 | 212 | 2003 | GREAT DANE | 53FT | 1GRAA06293B103202 | A324764 | WH | 98 | Warren | MI | In Yard |
| 67 | 215 | 2003 | GREAT DANE | 53FT | 1GRAA06243B103205 | A324767 | WH | 98 | Warren | MI | In Yard |
| 68 | 217 | 2005 | GREAT DANE | 53FT | 1GRAA06205T516414 | D019842 | WH | 98 | Warren | MI | Unknown |
| 69 | 218 | 2016 | GREAT DANE | 53FT | 1GRAA064GK265583 | D397807 | WH | 98 | Warren | MI | Unknown |
| 70 | 219 | 2016 | GREAT DANE | 53FT | 1GRAA062XGK265586 | D397810 | WH | 98 | Warren | MI | Unknown |
| 71 | 220 | 2016 | GREAT DANE | 53FT | 1GRAA062GK265584 | D397808 | WH | 98 | Warren | MI | Unknown |
| 72 | 221 | 2016 | GREAT DANE | 53FT | 1GRAA0623GK265588 | D397812 | WH | 98 | Warren | MI | Unknown |
| 73 | 221 | 2016 | GREAT DANE | 53FT | 1GRAA0628GK265585 | D397809 | WH | 98 | Warren | MI | Unknown |
| 74 | 223 | 2016 | GREAT DANE | 53FT | 1GRAA0621GK265587 | D397811 | WH | 98 | Warren | MI | Unknown |
| 75 | 224 | 2017 | GREAT DANE | 53FT | 1GRAA0623HB707674 | D491192 | WH | 98 | Warren | MI | Unknown |
| 76 | 225 | 2017 | GREAT DANE | 53FT | 1GRAA0625HB707675 | D491193 | WH | 98 | Warren | MI | Unknown |
| 77 | 227 | 2017 | GREAT DANE | 53FT | 1GRAA0629HB707677 | D491195 | WH | 98 | Warren | MI | Unknown |
| 78 | 228 | 2017 | GREAT DANE | 53FT | 1GRAA0620HB707678 | D491196 | WH | 98 | Warren | MI | Unknown |
| 79 | 229 | 2017 | GREAT DANE | 53FT | 1GRAA0622HB707679 | D491197 | WH | 98 | Warren | MI | Unknown |
| 80 | 230 | 2017 | GREAT DANE | 53FT | 1GRAA0629HB707680 | D491198 | WH | 98 | Warren | MI | In Yard |
| 81 | 231 | 2017 | GREAT DANE | 53FT | 1GRAA0620HB707681 | D491199 | WH | 98 | Warren | MI | In Yard |
| 82 | 232 | 2017 | GREAT DANE | 53FT | 1GRAA0622HB707682 | D491450 | WH | 98 | Warren | MI | In Yard |
| 83 | 233 | 2017 | GREAT DANE | 53FT | 1GRAA0624HB707683 | D491451 | WH | 98 | Warren | MI | In Yard |
| 84 | 234 | 2017 | GREAT DANE | 53FT | 1GRAA0626HB707684 | D491452 | WH | 98 | Warren | MI | In Yard |
| 85 | 235 | 2017 | GREAT DANE | 53FT | 1GRAA0628HB707685 | D491453 | WH | 98 | Warren | MI | In Yard |
| 86 | 236 | 2017 | GREAT DANE | 53FT | 1GRAA062XHB707686 | D491454 | WH | 98 | Warren | MI | Unknown |
| 87 | 237 | 2017 | GREAT DANE | 53FT | 1GRAA061HB707687 | D491455 | WH | 98 | Warren | MI | In Yard |
| 88 | 238 | 2017 | GREAT DANE | 53FT | 1GRAA0623HB707688 | D491456 | WH | 98 | Warren | MI | Unknown |
| 89 | 239 | 2017 | GREAT DANE | 53FT | 1GRAA0625HB707689 | D491457 | WH | 98 | Warren | MI | In Yard |
| 90 | 240 | 2017 | GREAT DANE | 53FT | 1GRAA0621HB707690 | D491458 | WH | 98 | Warren | MI | Unknown |
| 91 | 241 | 2017 | GREAT DANE | 53FT | 1GRAP062XHB707699 | D515005 | WH | 98 | Warren | MI | In Yard |
| 92 | 242 | 2017 | GREAT DANE | 53FT | 1GRAP0622HB707700 | D515006 | WH | 98 | Warren | MI | In Yard |
| 93 | 243 | 2017 | GREAT DANE | 53FT | 1GRAP0624HB707701 | D515007 | WH | 98 | Warren | MI | Unknown |
| 94 | 244 | 2018 | GREAT DANE | 53FT | 1GRAP0626JT127981 | D760181 | WH | 98 | Warren | MI | In Yard |
| 95 | 245 | 2018 | GREAT DANE | 53FT | 1GRAP0628JT127982 | D760182 | WH | 98 | Warren | MI | In Yard |
| 96 | 246 | 2018 | GREAT DANE | 53FT | 1GRAP062XJT127983 | D760183 | WH | 98 | Warren | MI | In Yard |
| 97 | 247 | 2018 | GREAT DANE | 53FT | 1GRAP0621JT127984 | D760184 | WH | 98 | Warren | MI | In Yard |
| 98 | 248 | 2018 | GREAT DANE | 53FT | 1GRAP0623JT127985 | D760185 | WH | 98 | Warren | MI | In Yard |
| 99 | 249 | 2018 | GREAT DANE | 53FT | 1GRAP0625JT127986 | D760186 | WH | 98 | Warren | MI | Unknown |
| 100 | 250 | 2018 | GREAT DANE | 53FT | 1GRAP0627JT127987 | D760187 | WH | 98 | Warren | MI | In Yard |
| 101 | 251 | 2018 | GREAT DANE | 53FT | 1GRAP0629JT127988 | D760188 | WH | 98 | Warren | MI | Unknown |
| 102 | 252 | 2018 | GREAT DANE | 53FT | 1GRAP0620JT127989 | D760189 | WH | 98 | Warren | MI | In Yard |
| 103 | 253 | 2018 | GREAT DANE | 53FT | 1GRAP0627JT127990 | D760190 | WH | 98 | Warren | MI | In Yard |
| 104 | 254 | 2018 | GREAT DANE | 53FT | 1GRAP0620JT127991 | D760191 | WH | 98 | Warren | MI | In Yard |
| 105 | 255 | 2018 | GREAT DANE | 53FT | 1GRAP0620JT127992 | D760192 | WH | 98 | Warren | MI | In Yard |
| 106 | 256 | 2018 | GREAT DANE | 53FT | 1GRAP0622JT127993 | D760193 | WH | 98 | Warren | MI | Unknown |
| 107 | 257 | 2018 | GREAT DANE | 53FT | 1GRAP0624JT127994 | D760194 | WH | 98 | Warren | MI | In Yard |
| 108 | 258 | 2018 | GREAT DANE | 53FT | 1GRAP0626JT127995 | D760195 | WH | 98 | Warren | MI | In Yard |
| 109 | 259 | 2018 | GREAT DANE | 53FT | 1GRAP0628JT127996 | D760196 | WH | 98 | Warren | MI | Unknown |
| 110 | 260 | 2018 | GREAT DANE | 53FT | 1GRAP062XJT127997 | D760197 | WH | 98 | Warren | MI | In Yard |
| 111 | 261 | 2018 | GREAT DANE | 53FT | 1GRAP0621JT127998 | D760198 | WH | 98 | Warren | MI | In Yard |
| 112 | 262 | 2018 | GREAT DANE | 53FT | 1GRAP0623JT127999 | D760199 | WH | 98 | Warren | MI | In Yard |
| 113 | 263 | 2018 | GREAT DANE | 53FT | 1GRAP0624JT128000 | D760200 | WH | 98 | Warren | MI | Unknown |

**PARKED UNITS**

| # | UNIT | YEAR | MAKE | MODEL | SERIAL # | PLATE # | STORE | ST# | Garage City | State | Status |
|---|------|------|------|-------|----------|---------|-------|-----|-------------|-------|--------|
| 1 | 121 | 1980 | TRAILMOBILE | 45FT | A31761 | | PKD | CARPET | Warren | MI | In Yard |
| 2 | 146 | 1992 | MONON | 53FT | 1NNEA5329NM172431 | | PKD | TIRES | Warren | MI | In Yard |

**FOR SALE UNITS**

| # | UNIT | YEAR | MAKE | MODEL | SERIAL # | PLATE # | STORE | ST# | Garage City | State | Status |
|---|------|------|------|-------|----------|---------|-------|-----|-------------|-------|--------|
| 1 | 149 | 1993 | DORSEY | 53FT | 1DTV51523PA216685 | C108629 | WH | 98 | Warren | MI | In Yard |
| 2 | 176 | 1996 | WABASH | 53FT | 1JJV532V3TL292237 | A119480 | WH | 98 | Warren | MI | In Yard |
| 3 | 181 | 1996 | WABASH | 53FT | 1JJV532V5TL292241 | D154223 | WH | 98 | Warren | MI | In Yard |
| 4 | 193 | 1996 | WABASH | 53FT | 1JJV532V6TL341995 | C564459 | WH | 98 | Warren | MI | In Yard |
| 5 | 109 | 1997 | WABASH | 53FT | 1JJV532V4VL390566 | A119409 | WH | 98 | Warren | MI | In Yard |
| 6 | 135 | 1998 | WABASH | 53FT | 1JJV532WXWL442146 | D154248 | WH | 98 | Warren | MI | In Yard |
| 7 | 147 | 1992 | MONON | 53FT | 1NNEA5320NM172429 | A119444 | WH | 98 | Warren | MI | In Yard |
| 8 | 159 | 1993 | DORSEY | 53FT | 1DTV51526PA216695 | D843880 | WH | 98 | Warren | MI | In Yard |

**ART VAN FURNITURE: VEHICLE LOCATIONS**
**TRAILERS (AS OF: 1/21/2019)**

| # | UNIT | YEAR | MAKE | MODEL | SERIAL # | PLATE # | STORE | ST# | Garage City | State | Status |
|---|------|------|------|-------|----------|---------|-------|-----|-------------|-------|--------|
| 9 | 167 | 1996 | WABASH | 53FT | 1JJV532V3TL292223 | A119471 | WH | 98 | Warren | MI | In Yard |
| 10 | 175 | 1996 | WABASH | 53FT | 1JJV532V8TL292234 | A119479 | WH | 98 | Warren | MI | In Yard |
| 11 | 178 | 1996 | WABASH | 53FT | 1JJV532V5TL292238 | A119481 | WH | 98 | Warren | MI | In Yard |
| 12 | 180 | 1996 | WABASH | 53FT | 1JJV532V3TL292240 | A119483 | WH | 98 | Warren | MI | In Yard |
| 13 | 181 | 1996 | WABASH | 53FT | 1JJV532V5TL292241 | D154223 | WH | 98 | Warren | MI | In Yard |
| 14 | 194 | 1996 | WABASH | 53FT | 1JJV532V4TL341994 | D041956 | WH | 98 | Warren | MI | In Yard |
| 15 | 216 | 2003 | GREAT DANE | 53FT | 1GRAA06263B103206 | D195802 | WH | 98 | Warren | MI | In Yard |

**Art Van Furniture, LLC**
**Case No. 20-10553**
**Attachment B.55 - Leasehold Improvements by location**

| Location name | location # | Net Book Value | Address | Address |
|---|---|---|---|---|
| AFFTON | 324 | 2,089.97 | 5711 S LINDBERGH | ST. LOUIS MO 63123 |
| ALGONQUIN | 165 | 1,434,707.96 | 1500 S RANDALL RD | ALGONQUIN IL 60102 |
| ALPINE | 83 | 34,958.17 | 4273 ALPINE AVE NW STE B | COMSTOCK PARK MI 49321 |
| ALPINE N PS | 134 | 15,799.16 | 3450 ALPINE AVE NW | COMSTOCK PARK MI 49321 |
| ANN ARBOR | 53 | 87,997.07 | 425 E EISENHOWER PKWY | ANN ARBOR MI 48108 |
| ANN ARBOR E PS | 122 | 17,407.29 | 3550 WASHTENAW | ANN ARBOR MI 48104 |
| ANN ARBOR W PS | 87 | 65,073.46 | 2570 JACKSON AVE | ANN ARBOR MI 48103 |
| ASHLAND PS (IL) | 406 | 12,694.43 | 2911 N. ASHLAND AVE | CHICAGO IL 60657 |
| AV FLOORING - SHELBY | 601 | 55,722.21 | 46511 VAN DYKE AVE | SHELBY TOWNSHIP MI 48317 |
| AVF WAREHOUSE | 10 | 6,057,176.15 | 6500 E FOURTEEN MILE ROAD | WARREN MI 48092 |
| BATAVIA | 189 | 683,100.60 | 165 N RANDALL RD | BATAVIA IL 60510 |
| BATTLE CREEK | 67 | 20,111.75 | 6100 B DR N | BATTLE CREEK MI 49014 |
| BAY CITY | 36 | 30,768.84 | 4150 WILDER RD | BAY CITY MI 48706 |
| BEDFORD PARK | 187 | 1,819,419.70 | 7200 S CICERO AVE | BEDFORD PARK IL 60629 |
| BLOOMFIELD W PS | 401 | 55,098.88 | 6450 TELEGRAPH RD | BLOOMFIELD TWP MI 48301 |
| BLOOMINGDALE PS (IL) | 407 | 127,796.48 | 398-102 ARMY TRAIL RD | BLOOMINGDALE IL 60108 |
| BOLINGBROOK - WAREHOUSE | 180 | 181,333.68 | 1150 115th Street | Bolingbrook, IL 60490 |
| BRIDGETON - CAM ONLY | 326 | 2,016.12 | 925 NORTHWEST PLAZA | BRIDGETON MO 63044 |
| BRIGHTON E PS | 124 | 36,783.68 | 9990 E GRAND RIVER AVE | BRIGHTON MI 48116 |
| BRIGHTON W PS | 82 | 27,629.16 | 8709 WEST GRAND RIVER | BRIGHTON MI 48116 |
| BURBANK PS (IL) | 159 | 52,713.54 | 7712 S CICERO AVE | BURBANK IL 60459 |
| BURTON | 34 | 21,441.03 | 4095 E COURT ST | BURTON MI 48509 |
| CANTON | 300 | 72,653.86 | 41661 FORD RD | CANTON MI 48187 |
| CANTON PS | 27 | 7,493.76 | 41913 FORD RD | CANTON MI 48187 |
| CHESTERFIELD | 75 | 55,256.49 | 50400 GRATIOT AVE | CHESTERFIELD MI 48051 |
| CHESTERFIELD PS | 404 | 68,336.71 | 50938 GRATIOT AVE | CHESTERFIELD MI 48051 |
| CLINTON | 29 | 135,807.05 | 33801 S GRATIOT AVE | CLINTON TWP MI 48035 |
| DEARBORN | 65 | 73,205.27 | 15701 MARKET DR | DEARBORN MI 48126 |
| DEARBORN PS | 413 | 63,863.28 | 22731 MICHIGAN AVE | DEARBORN MI 48124 |
| DEERFIELD | 306 | 2,150,498.63 | 120 S. WAUKEGAN RD | DEERFIELD IL 60015 |
| DOWNERS GROVE | 197 | 89,625.97 | 1021 BUTTERFIELD RD | DOWNERS GROVE IL 60515 |
| DRAYTON PLAINS | 30 | 48,302.18 | 5053 DIXIE HWY | WATERFORD MI 48329 |

Net Book

| Location name | location # | Value | Address | Address |
|---|---|---|---|---|
| EAST LANSING PS | 402 | 42,014.59 | 1595 W. LAKE LANSING RD | EAST LANSING MI 48823 |
| ELSTON AVENUE | 191 | 845,806.68 | 2606 ELSTON AVE | CHICAGO IL 60647 |
| FAIRVIEW | 323 | 2,154.45 | 1776 WEST HWY, 50 WEST | O'FALLON IL 62269 |
| FERNDALE PS | 244 | 66,655.09 | 23100 WOODWARD AVE | FERNDALE MI 48220 |
| FLINT | 31 | 60,430.22 | 4577 MILLER RD | FLINT MI 48507 |
| FLINT PS | 416 | 60,319.22 | 4002 MILLER RD | FLINT TOWNSHIP MI 48507 |
| FORT WAYNE | 195 | 1,106,560.89 | 311 E COLISEUM BLVD | FORT WAYNE IN 46805 |
| GLENDALE HEIGHTS | 176 | 1,309,866.54 | 125 ARMY TRAIL RD | GLENDALE HEIGHTS IL 60139 |
| GR. LAKES CROSSING | 85 | 764,367.80 | 4612 BALDWIN RD | AUBURN HILLS MI 48326 |
| GRAND BLANC PS | 160 | 23,600.42 | 11501 S SAGINAW | GRAND BLANC MI 48439 |
| GRAND RAPIDS | 25 | 80,968.41 | 4375 28TH ST SE | GRAND RAPIDS MI 49512 |
| GRAND RAPIDS N PS | 242 | 111,682.50 | 2036 EAST BELTLINE AVE | GRAND RAPIDS MI 49525 |
| GRAND RAPIDS PS | 130 | 16,726.46 | 3500 28TH ST SE | GRAND RAPIDS MI 49512 |
| GRANDVILLE | 41 | 12,426.65 | 4625 WILSON AVE SW | GRANDVILLE MI 49418 |
| GRANDVILLE PS | 152 | 66,151.67 | 4540 IVANREST AVE SW | GRANDVILLE MI 49418 |
| GROSSE POINTE PS | 418 | 49,050.28 | 19565 MAC AVE | GROSSE POINTE WOODS MI 48236 |
| GURNEE | 311 | 1,738,794.70 | 6911 W. GRAND AVE | GURNEE IL 60031 |
| HARWOOD HEIGHTS - COMMON AREA | 308 | 146,218.39 | 0 | 0 |
| HILLSIDE | 302 | 183,865.09 | 2300 TELEGRAPH RD | BLOOMFIELD HILLS MI 48302 |
| HOLLAND | 55 | 11,055.42 | 12610 FELCH ST STE 100 | HOLLAND MI 49424 |
| HOWELL | 80 | 46,498.93 | 4101 E GRAND RIVER AVE | HOWELL MI 48843 |
| HOWELL PS | 123 | 45,063.98 | 4050 E GRAND RIVER AVE | HOWELL MI 48843 |
| JACKSON | 51 | 136,219.50 | 950 N WEST AVE | JACKSON MI 49202 |
| JOILET PS (IL) | 414 | 54,999.55 | 2901 PLAINFIELD RD (RT. 30) | JOLIET IL 60435 |
| KALAMAZOO | 40 | 211,490.44 | 550 RING RD | PORTAGE MI 49024 |
| KALAMAZOO PS | 114 | 53,276.26 | 338 N DRAKE RD | KALAMAZOO MI 49009 |
| KILDEER | 304 | 2,309,696.12 | 20393 N. RAND RD | KILDEER IL 60074 |
| LAKE ORION PS | 153 | 29,236.97 | 610 N. LAPEER RD | LAKE ORION MI 48362 |
| LAKESIDE | 44 | 58,485.43 | 14055 HALL RD | SHELBY TOWNSHIP MI 48315 |
| LANSING | 71 | 100,010.39 | 8748 W SAGINAW HWY | LANSING MI 48917 |
| LANSING PS | 125 | 17,850.50 | 6007 W SAGINAW HWY | LANSING MI 48917 |
| LAPEER PS | 411 | 50,491.67 | 806 S. MAIN ST | LAPEER MI 48446 |
| MERRILLVILLE | 185 | 1,048,250.89 | 1600 E 80TH AVE | MERRILLVILLE IN 46410 |
| MONROE PS | 243 | 55,948.60 | 1570 NORTH TELEGRAPH ROAD, SUITE A | MONROE MI 48162 |
| MUSKEGON | 59 | 12,043.75 | 630 SEMINOLE RD | MUSKEGON MI 49441 |
| MUSKEGON PS | 163 | 33,046.87 | 1664 E. STERNBERG RD | MUSKEGON MI 49185 |

| Location name | location # | Net Book Value | Address | Address |
|---|---|---|---|---|
| NAPERVILLE | 178 | 1,099,828.00 | 404 SOUTH ROUTE 59 | NAPERVILLE IL 60540 |
| NEW HUDSON PS | 111 | 62,469.17 | 30821 MILFORD RD | NEW HUDSON MI 48165 |
| NOVI | 19 | 107,625.42 | 27775 NOVI RD | NOVI MI 48377 |
| NOVI PS | 119 | 9,586.65 | 43420 W OAKS DR | NOVI MI 48377 |
| O'FALLON | 321 | 2,154.45 | 2101 E. TERRA LANE | O'FALLON MO 63144 |
| OKEMOS PS | 127 | 43,486.67 | 2660 E. GRAND RIVER | E LANSING MI 48823 |
| ORLAND PARK | 183 | 2,074,213.71 | 15080 S LA GRANGE RD | ORLAND PARK IL 60462 |
| PERRYSBURG PS (OH) | 421 | 61,625.75 | 10411 FREMONT PIKE | PERRYSBURG TOWNSHIP OH 43528 |
| PETOSKEY | 105 | 31,213.71 | 1619 ANDERSON ROAD | PETOSKEY MI 49770 |
| PLAINFIELD PS (IL) | 409 | 45,427.08 | 13511 S. ROUTE 59, UNIT 111 | PLAINFIELD IL 60544 |
| PLYMOUTH PS | 241 | 60,243.76 | 41512 ANN ARBOR RD | PLYMOUTH MI 48170 |
| POLARIS LAND LEASE | 315 | 288,585.04 | 1540 GEMINI PLACE | POLARIS OH 43240 |
| PORT HURON | 73 | 39,301.42 | 1234 32ND ST | PORT HURON MI 48060 |
| PORTAGE PS | 154 | 47,245.00 | 6947 SOUTH WESTNEDGE AVE | PORTAGE MI 49002 |
| ROCHESTER | 313 | 2,615,727.69 | 1100 SOUTH ROCHESTER RD | ROCHESTER HILLS MI 48307 |
| ROCHESTER PS | 70 | 37,802.15 | 1856 S ROCHESTER RD | ROCHESTER MI 48307 |
| ROSEVILLE PS | 155 | 40,504.01 | 31851 GRATIOT AVE | ROSEVILLE MI 48066 |
| ROYAL OAK PS | 126 | 37,737.48 | 32500 WOODWARD AVE | ROYAL OAK MI 48073 |
| SAGINAW | 33 | 308,691.08 | 2660 TITTABAWASSEE RD | SAGINAW MI 48604 |
| SAGINAW PS | 169 | 42,164.79 | 4605 BAY RD | SAGINAW MI 48604 |
| SCHAUMBURG | 167 | 115,289.02 | 1293 E HIGGINS RD | SCHAUMBURG IL 60173 |
| SCHOENHERR | 15 | 319,285.99 | 13855 E 8 MILE RD | WARREN MI 48089 |
| SEVEN MILE | 20 | 32,061.49 | 29905 7 MILE RD | LIVONIA MI 48152 |
| SHELBY TWP PS | 405 | 51,143.40 | 46975  VAN DYKE AVE | SHELBY TWP MI 48317 |
| SOUTHFIELD | 24 | 367,277.72 | 22555 GREENFIELD RD | SOUTHFIELD MI 48075 |
| SOUTHFIELD PS | 417 | 56,263.61 | 29119 TELEGRAPH RD | SOUTHFIELD MI 48034 |
| SOUTHGATE PS | 164 | 28,716.66 | 15060 DIX TOLEDO RD | SOUTHGATE MI 48195 |
| SSI GROSSE POINTE | 170 | 192,366.67 | 17145 KERCHEVAL AVE | GROSSE POINTE MI 48230 |
| STERLING HEIGHTS PS | 112 | 38,286.81 | 44975 HAYES RD | STERLING HGTS MI 48313 |
| TAYLOR | 12 | 24,501.14 | 22035 EUREKA RD | TAYLOR MI 48180 |
| TAYLOR PS (Eureka Plaza) | 162 | 160,206.49 | 23471 EUREKA RD | TAYLOR MI 48180 |
| TOLEDO | 171 | 25,268.08 | 1301 E MALL DR | HOLLAND OH 43528 |
| TOLEDO PS (OH) | 173 | 38,371.34 | 4600 TALMADGE RD | TOLEDO OH 43623 |
| TOLEDO W PS (OH) | 415 | 68,248.23 | 6760 AIRPORT HWY, SUITE B | HOLLAND OH 43528 |
| TRAVERSE CITY | 57 | 22,226.32 | 1775 OAK HOLLOW DR | TRAVERSE CITY MI 49686 |
| TRAVERSE CITY PS | 400 | 84,852.03 | 3675 N. US 31 SOUTH STE. 104 | TRAVERSE CITY MI 49684 |

| Location name | location # | Net Book Value | Address | Address |
|---|---|---|---|---|
| TROY N PS | 78 | 30,750.83 | 1735 BIG BEAVER RD | TROY MI 48083 |
| TROY S PS | 117 | 41,737.15 | 272 JOHN R | TROY MI 48083 |
| UTICA E PS | 121 | 42,673.34 | 45040 NORTHPOINTE BLVD | UTICA MI 48315 |
| WARREN E PS | 132 | 28,843.75 | 6400 14 MILE RD | WARREN MI 48092 |
| WASHINGTON PS | 146 | 16,099.17 | 7663 26 MILE RD | WASHINGTON MI 48094 |
| WATERFORD PS | 135 | 22,737.15 | 4977 DIXIE HWY | WATERFORD MI 48329 |
| WEST BLOOMFIELD PS | 113 | 34,961.81 | 6470 ORCHARD LAKE RD | WEST BLOOMFIELD MI 48332 |
| WESTLAND | 23 | 139,584.21 | 8300 N WAYNE RD | WESTLAND MI 48185 |
| WESTLAND PS | 408 | 58,812.50 | 7671 NORTH WAYNE RD | WESTLAND MI 48185 |
| WHITE LAKE PS | 136 | 9,343.61 | 5951 HIGHLAND RD | WHITE LAKE MI 48383 |
| WILLOWBROOK PS (IL) | 410 | 45,797.92 | 6938 KINGERY HWY | WILLOWBROOK IL 60561 |
| WONDERLAND - LIVONIA PS | 158 | 37,160.42 | 29611 PLYMOUTH RD | LIVONIA MI 48150 |
| WOODHAVEN PS | 161 | 39,589.36 | 19800 WEST RD | WOODHAVEN MI 48183 |
| WOODRIDGE | 193 | 29,960.35 | 900 E BOUGHTON RD | WOODRIDGE IL 60517 |
| WOODWARD | 14 | 106,394.02 | 32301 WOODWARD AVE | ROYAL OAK MI 48073 |
| Fy 2020 depreciation net of additions | | (715,014.47) | | |
| | | 33,932,651.47 | | |

| Question # | General Decription | Net book Value | Valuation Method | Current Value |
|---|---|---|---|---|
| 60 | Trademarks | 2,454,677 | | Unknown |

## DETAIL

| TRADEMARK | OWNER | TRADEMARK TYPE | IC CLASS US CLASS GOODS AND SERVICES | SERIAL OR APPLICATION NUMBER | APPLICATION DATE | REGISTRATION NUMBER | REGISTRATION DATE |
|---|---|---|---|---|---|---|---|
| ADRENALINE | Art Van Furniture, LLC | Trademark Word | IC 20 Mattresses, sleep products, namely, mattresses, spring mattresses, box springs and mattress foundations | 87-102,773 | 7/13/2016 | 5,233,861 | 6/27/2017 |
| ARBOR | Art Van Furniture, LLC | Trademark Word | IC 20 Bed pillows; Pillows ; IC 24 Bed blankets; Bed covers; Bed linen; Bed pads; Bed sheets; Bed skirts; Bed spreads; Bed throws; Box spring covers; Comforters; Duvets; Eiderdown covers; Eiderdowns; Mattress covers; Mattress pads; Pillow cases | 87-681,916 | 11/13/2017 | 5,577,246 | 10/2/2018 |

| ARBOR | Art Van Furniture, LLC | Trademark  Word | mattress foundations, mattresses; spring mattresses | | | | | Pending |
|---|---|---|---|---|---|---|---|---|
| ART VAN | Art Van Furniture, LLC | Service Mark  Word | IC 42 Goods and Services: Retail Furniture Store Services | 73-757305 | 10/12/1988 | 1,555,257 | 9/5/1989 | |
| ART VAN (Canada) | Art Van Furniture, LLC | Trade-Mark (Word) | Goods: (1) Furniture Services: (1) Retail Furniture store services; (2) online retail furniture store services; Classification: 20 (furniture) & 35 (marketing) | 1725263 | 4/24/2015 | TMA1037188 | 7/8/2019 | |
| ART VAN (Canada) Chair in the Square | Art Van Furniture, LLC | Design Mark - Chair in the Square | Class 35: (Retail furniture stores) | 1835476 | 05/02/17 | TMA1054436 | 9/16/2019 | |
| ART VAN PURE SLEEP | Art Van Furniture, LLC | Service Mark  Word with Pure Sleep next to a square with Art Van word | IC 35 Retail shops featuring sleep-related products such as pillows and mattresses, | 85-130,918 | 9/16/2010 | 3,988,774 | 7/5/2011 | |
| ART VAN Chair in the Square | Art Van Furniture, LLC | Service Mark  Chair in the Square | IC 35:  Retail furniture stores | 87-404,648 | 4/10/2017 | 5,316,879 | 10/24/2017 | |
| BLACK SATURDAY | Art Van Furniture, LLC | Service Mark  Word | IC 35 Goods and Services: Retail store services featuring furniture and mattresses | 86-131,662 | 11/28/2013 | 4,579,292 | 8/5/2014 | |

| DETROIT MATTRESS CO. | Art Van Furniture, LLC | Trademark Word | Mattress foundations; Mattresses; sleep products, namely, mattresses, spring mattresses, box springs and mattress foundations | | | | |
|---|---|---|---|---|---|---|---|
| DETROIT SOFA | Art Van Furniture, LLC | Trademark Word | IC 20 Easy chairs; Sofas; Upholstered furniture | 86-622,152 | 8/26/2016 - Amended 5/7/2015- Original | 5,070,296 | 10/25/2016 |
| MATTRESS EXPRESS | Art Van Furniture, LLC | Service Mark Words | IC 42 Goods and Services: Retail Furniture Store Services | 73-757307 | 10/12/1988 | 1,563,919 | 10/31/1989 |
| MOTOR CITY MATTRESS | Art Van Furniture, LLC | Trademark | IC 20 Sleep products, namely mattresses, box springs and foundations | 88-571912 | 8/8/2019 | Pending | Pending |
| PURESLEEP | Art Van Furniture, LLC | Service Mark Word | IC 35 retail shops featuring sleep-related products such as pillows and mattressess | 86-533,340 | 2/12/2015 | 4,795,256 | 8/18/2015 |
| PURESLEEP (online services) | Art Van Furniture, LLC | Service Mark Word | IC 35 on-line retail stores services featuring mattress, pillows and other bedroom-related products | 87-724,756 | 12/18/2017 | 5,508,593 | 7/3/2018 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| PURESLEEP (claiming color blue) | Art Van Furniture, LLC | Service Mark Word | stores services featuring bedroom products sush as pillows and mattresses; Retail shops featuring bedroom products such as pillows and mattresses | | | | |
| PURETECH Child Matter | Art Van Furniture, LLC | Trademark Word | IC 20 bed pillows and pillows and IC 24 Bed blankets; Bed covers; Bed linen; Bed pads; Bed sheets; Bed skirts; Bed spreads; Bed throws; Eiderdown covers; Eiderdowns; Box spring covers; Fitted bed sheets; Flat bed sheets | 87-975564 | 8/30/2016 | 5,272,921 | 8/22/2017 |
| ROMA | Art Van Furniture, LLC | Trademark Word | IC 20: Furniture | 87-908,119 | 5/4/2018 | 5,595,818 | 10/30/2018 |
| ROMA | Art Van Furniture, LLC | Trademark Word with box and chair to left | IC 20 Good and Services: Furniture, excluding cabinets | 85-021,418 | 4/23/2010 | 4,147,167 | 5/22/2012 |
| SLEEP PURE BETTER SLEEP, NATURALLY and Sleeping Pure & Design | Art Van Furniture, LLC | Trademark Word | IC 20 mattresses, pillows, toppers, dog bed | 87407302 | 4/11/2017 | 5,456,887 | 5/1/2018 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Snoozecube<br><br>Trademark<br>Assignment | Art Van Furniture,<br>LLC | Standard Character<br>Mark | IC 20 Mattresses | 86-947529 | | 5,277,179 | 8/29/2017 |
| Snoozecube<br><br>Trademark<br>Assignment | Art Van Furniture,<br>LLC | Standard Character<br>Mark | IC 20 Mattresses | 88-576303 | 8/13/2019 | Pending | Pending |
| TAKE THE<br>TEST OR<br>TAKE YOUR<br>CHANCES | Art Van Furniture,<br>LLC | Service Mark<br><br>Word | IC 35; Retail furniture<br>stores, retail store<br>services featuring<br>assistance with<br>mattress selection;<br>retail stores featuring<br>sleep-related<br>products, namely<br>mattresses, mattress<br>protectors and pillows | 86-933,669 | 3/9/2016 | 5,085,533 | 11/22/2016 |
| THE BED FOR<br>YOUR HEAD | Art Van Furniture,<br>LLC | Service Mark<br><br>Word | IC 35 Retail furniture<br>stores, retail store<br>services featuring<br>bedding | 86-483,097 | 12/17/2014 | 4,789,730 | 8/11/2015 |
| THE BED FOR<br>YOUR HEAD | Art Van Furniture,<br>LLC | Trademark<br><br>Word | IC 20 pillows | 87-156,848 | 8/31/2016 | 5,424,282 | 3/13/2018 |
| UNIVERSAL<br>SLEEP<br>PRODUCTS<br>(to be<br>abandoned) | Art Van Furniture,<br>LLC | Trade-Mark<br><br>Word | IC 20  Beds,<br>mattresses, pillows<br>and bolsters;<br>Mattresses | 85-532,996 | 2/3/2012 | 4,404,055 | 9/17/2013 |

**Part 10**
**Schedule A/B**
**Question 61**

| Question # | General Decription | Net book Value | Valuation Method | Current Value |
|---|---|---|---|---|
| 61 | Internet domains and websites | - | | Unknown |

## DETAIL

| Domain Name | Status | Expiration Date | Auto-renew | Privacy | Registered on |
|---|---|---|---|---|---|
| 313linens.co | Active | 8/23/2020 | On | Public | GoDaddy |
| 313linens.com | Active | 8/24/2020 | On | Public | GoDaddy |
| 313linens.info | Active | 8/24/2020 | On | Public | GoDaddy |
| 313linens.net | Active | 8/24/2020 | On | Public | GoDaddy |
| 313linens.org | Active | 8/24/2020 | On | Public | GoDaddy |
| adrenalinemattress.com | Active | 9/13/2020 | On | Public | GoDaddy |
| adrenalinesleep.com | Active | 8/7/2020 | On | Public | GoDaddy |
| arborbedding.com | Active | 1/9/2021 | On | Public | GoDaddy |
| arborbedding.info | Active | 1/9/2021 | On | Public | GoDaddy |
| arborbedding.net | Active | 1/9/2021 | On | Public | GoDaddy |
| arborbedding.org | Active | 1/9/2021 | On | Public | GoDaddy |
| arborbedlinens.com | Active | 1/9/2021 | On | Public | GoDaddy |
| arborbedlinens.info | Active | 1/9/2021 | On | Public | GoDaddy |
| arborbedlinens.net | Active | 1/9/2021 | On | Public | GoDaddy |
| arborbedlinens.org | Active | 1/9/2021 | On | Public | GoDaddy |
| arborlinens.com | Active | 1/9/2021 | On | Public | GoDaddy |
| arborlinens.info | Active | 1/9/2021 | On | Public | GoDaddy |
| arborlinens.net | Active | 1/9/2021 | On | Public | GoDaddy |
| arborlinens.org | Active | 1/9/2021 | On | Public | GoDaddy |
| ARTSBACKYARD.COM | Active | 11/24/2022 | On | Public | GoDaddy |
| artvan.adult | Active | 1/25/2021 | On | Public | GoDaddy |
| artvan.bargains | Active | 1/25/2021 | On | Public | GoDaddy |
| ARTVAN.BIZ | Active | 12/15/2020 | On | Public | GoDaddy |
| artvan.blackfriday | Active | 1/24/2021 | On | Public | GoDaddy |
| artvan.ca | Active | 3/27/2020 | On | Public | GoDaddy |
| artvan.careers | Active | 1/25/2021 | On | Public | GoDaddy |
| artvan.co | Active | 7/21/2020 | On | Public | GoDaddy |
| ARTVAN.COM | Active | 7/12/2021 | On | Public | GoDaddy |
| artvan.direct | Active | 11/25/2020 | On | Public | GoDaddy |
| ARTVAN.INFO | Active | 12/16/2020 | On | Public | GoDaddy |
| ARTVAN.MOBI | Active | 12/16/2020 | On | Public | GoDaddy |
| artvan.online | Active | 4/11/2020 | On | Public | GoDaddy |
| ARTVAN.ORG | Active | 12/16/2020 | On | Public | GoDaddy |
| artvan.porn | Active | 1/25/2021 | On | Public | GoDaddy |
| ARTVAN.SALE | Active | 5/8/2020 | On | Public | GoDaddy |
| artvan.store | Active | 6/14/2020 | On | Public | GoDaddy |
| artvan.today | Active | 1/25/2021 | On | Public | GoDaddy |
| ARTVAN.US | Active | 12/15/2020 | On | Public | GoDaddy |
| artvan.wtf | Active | 1/25/2021 | On | Public | GoDaddy |
| ARTVAN.XXX | Active | 12/16/2020 | On | Public | GoDaddy |
| artvanbrands.com | Active | 12/11/2020 | On | Public | GoDaddy |
| artvancareers.com | Active | 1/25/2021 | On | Public | GoDaddy |
| ARTVANCHARITYCHALL | Active | 7/8/2020 | On | Public | GoDaddy |
| ARTVANCONTESTS.COI | Active | 3/20/2020 | On | Public | GoDaddy |
| artvandirect.biz | Active | 11/24/2020 | On | Public | GoDaddy |
| artvandirect.ca | Active | 3/31/2020 | On | Public | GoDaddy |
| artvandirect.co | Active | 11/24/2020 | On | Public | GoDaddy |
| artvandirect.com | Active | 11/25/2020 | On | Public | GoDaddy |
| artvandirect.info | Active | 11/25/2020 | On | Public | GoDaddy |

| | | | | | | |
|---|---|---|---|---|---|---|
| artvandirect.net | Active | | 11/25/2020 | On | Public | GoDaddy |
| artvandirect.org | Active | | 11/25/2020 | On | Public | GoDaddy |
| artvandirect.us | Active | | 11/24/2020 | On | Public | GoDaddy |
| ARTVANFLOORING.COM | Active | | 9/27/2020 | On | Public | GoDaddy |
| ARTVANFLOORING.INFO | Active | | 11/4/2020 | On | Public | GoDaddy |
| ARTVANFLOORING.NET | Active | | 11/4/2020 | On | Public | GoDaddy |
| ARTVANFLOORS.COM | Active | | 5/7/2020 | On | Public | GoDaddy |
| ARTVANFLOORS.NET | Active | | 7/3/2020 | On | Public | GoDaddy |
| artvanfranchising.biz | Active | | 9/5/2020 | On | Public | GoDaddy |
| artvanfranchising.co | Active | | 9/5/2020 | On | Public | GoDaddy |
| ARTVANFRANCHISING.C | Active | | 11/5/2020 | On | Public | GoDaddy |
| artvanfranchising.info | Active | | 9/6/2020 | On | Public | GoDaddy |
| artvanfranchising.net | Active | | 9/6/2020 | On | Public | GoDaddy |
| artvanfranchising.org | Active | | 9/6/2020 | On | Public | GoDaddy |
| artvanfranchising.us | Active | | 9/5/2020 | On | Public | GoDaddy |
| ARTVANFURNITURE.BIZ | Active | | 12/15/2020 | On | Public | GoDaddy |
| artvanfurniture.co | Active | | 10/19/2020 | On | Public | GoDaddy |
| ARTVANFURNITURE.INF | Active | | 12/16/2020 | On | Public | GoDaddy |
| ARTVANFURNITURE.MC | Active | | 12/16/2020 | On | Public | GoDaddy |
| artvanfurniture.net | Active | | 5/15/2020 | On | Public | GoDaddy |
| artvanfurniture.online | Active | | 4/11/2020 | On | Public | GoDaddy |
| ARTVANFURNITURE.OR | Active | | 12/2/2020 | On | Public | GoDaddy |
| artvanfurniture.store | Active | | 6/14/2020 | On | Public | GoDaddy |
| ARTVANFURNITURE.US | Active | | 12/15/2020 | On | Public | GoDaddy |
| ARTVANFURNITURE.XX | Active | | 12/16/2020 | On | Public | GoDaddy |
| artvanfurnituredirect.biz | Active | | 11/24/2020 | On | Public | GoDaddy |
| artvanfurnituredirect.co | Active | | 11/24/2020 | On | Public | GoDaddy |
| artvanfurnituredirect.com | Active | | 11/25/2020 | On | Public | GoDaddy |
| artvanfurnituredirect.info | Active | | 11/25/2020 | On | Public | GoDaddy |
| artvanfurnituredirect.net | Active | | 11/25/2020 | On | Public | GoDaddy |
| artvanfurnituredirect.org | Active | | 11/25/2020 | On | Public | GoDaddy |
| artvanfurnituredirect.us | Active | | 11/24/2020 | On | Public | GoDaddy |
| artvanfurnitureoutlet.biz | Active | | 11/4/2020 | On | Public | GoDaddy |
| artvanfurnitureoutlet.ca | Active | | 11/4/2020 | On | Public | GoDaddy |
| artvanfurnitureoutlet.co | Active | | 11/3/2020 | On | Public | GoDaddy |
| artvanfurnitureoutlet.com | Active | | 11/4/2020 | On | Public | GoDaddy |
| artvanfurnitureoutlet.galler | Active | | 11/4/2020 | On | Public | GoDaddy |
| artvanfurnitureoutlet.info | Active | | 11/4/2020 | On | Public | GoDaddy |
| artvanfurnitureoutlet.net | Active | | 11/4/2020 | On | Public | GoDaddy |
| artvanfurnitureoutlet.org | Active | | 11/4/2020 | On | Public | GoDaddy |
| artvanfurnitureoutlet.store | Active | | 11/4/2020 | On | Public | GoDaddy |
| artvanfurnitureoutlet.us | Active | | 11/4/2020 | On | Public | GoDaddy |
| artvanfurniturerewards.cor | Active | | 4/16/2020 | On | Public | GoDaddy |
| artvanfurnituresucks.biz | Active | | 10/19/2020 | On | Public | GoDaddy |
| artvanfurnituresucks.co | Active | | 10/19/2020 | On | Public | GoDaddy |
| ARTVANFURNITURESU( | Active | | 12/16/2020 | On | Public | GoDaddy |
| artvanfurnituresucks.info | Active | | 10/20/2020 | On | Public | GoDaddy |
| artvanfurnituresucks.net | Active | | 10/20/2020 | On | Public | GoDaddy |
| artvanfurnituresucks.org | Active | | 10/20/2020 | On | Public | GoDaddy |
| artvanhome.biz | Active | | 7/19/2020 | On | Public | GoDaddy |
| artvanhome.ca | Active | | 7/24/2020 | On | Public | GoDaddy |
| artvanhome.co | Active | | 7/19/2020 | On | Public | GoDaddy |
| artvanhome.info | Active | | 7/20/2020 | On | Public | GoDaddy |
| artvanhome.net | Active | | 7/20/2020 | On | Public | GoDaddy |
| artvanhome.online | Active | | 7/24/2020 | On | Public | GoDaddy |
| artvanhome.org | Active | | 7/20/2020 | On | Public | GoDaddy |
| artvanhome.us | Active | | 7/19/2020 | On | Public | GoDaddy |
| ARTVANHOMEREWARD | Active | | 1/13/2021 | On | Public | GoDaddy |
| ARTVANMATTRESSES.( | Active | | 8/13/2023 | On | Public | GoDaddy |
| ARTVANMEDIA.COM | Active | | 8/26/2020 | On | Public | GoDaddy |
| ARTVANMEDIA.INFO | Active | | 8/26/2020 | On | Public | GoDaddy |
| ARTVANMEDIA.NET | Active | | 8/26/2020 | On | Public | GoDaddy |
| artvannordicstyle.com | Active | | 8/17/2020 | On | Public | GoDaddy |
| artvanonline.ca | Active | | 3/31/2020 | On | Public | GoDaddy |
| ARTVANONLINE.COM | Active | | 12/16/2020 | On | Public | GoDaddy |
| artvanoutlet.biz | Active | | 11/4/2020 | On | Public | GoDaddy |

| | | | | | |
|---|---|---|---|---|---|
| artvanoutlet.ca | Active | 11/4/2020 | On | Public | GoDaddy |
| artvanoutlet.co | Active | 11/3/2020 | On | Public | GoDaddy |
| artvanoutlet.com | Active | 11/4/2020 | On | Public | GoDaddy |
| artvanoutlet.gallery | Active | 11/4/2020 | On | Public | GoDaddy |
| artvanoutlet.info | Active | 11/4/2020 | On | Public | GoDaddy |
| artvanoutlet.net | Active | 11/4/2020 | On | Public | GoDaddy |
| artvanoutlet.org | Active | 11/4/2020 | On | Public | GoDaddy |
| artvanoutlet.store | Active | 11/4/2020 | On | Public | GoDaddy |
| artvanpuresleep.ca | Active | 3/31/2020 | On | Public | GoDaddy |
| ARTVANPURESLEEP.CC | Active | 8/13/2023 | On | Public | GoDaddy |
| ARTVANPURESLEEPQU | Active | 3/4/2020 | On | Public | GoDaddy |
| artvanrewards.com | Active | 4/16/2020 | On | Public | GoDaddy |
| artvanrewardscard.com | Active | 4/16/2020 | On | Public | GoDaddy |
| artvansucks.biz | Active | 2/14/2020 | On | Public | GoDaddy |
| ARTVANSUCKS.CO | Active | 3/23/2020 | On | Public | GoDaddy |
| ARTVANSUCKS.COM | Active | 3/24/2020 | On | Public | GoDaddy |
| ARTVANSUCKS.INFO | Active | 3/24/2020 | On | Public | GoDaddy |
| ARTVANSUCKS.NET | Active | 3/24/2020 | On | Public | GoDaddy |
| ARTVANSUCKS.ORG | Active | 3/24/2020 | On | Public | GoDaddy |
| artvantagerewards.com | Active | 4/16/2020 | On | Public | GoDaddy |
| AVFCORP.COM | Active | 3/25/2020 | On | Public | GoDaddy |
| baltimoremattressco.com | Active | 2/16/2020 | On | Public | GoDaddy |
| baltimoremattresscompan | Active | 2/16/2020 | On | Public | GoDaddy |
| detroitmattressco.ca | Active | 3/30/2020 | On | Public | GoDaddy |
| detroitmattressco.com | Active | 3/30/2020 | On | Public | GoDaddy |
| detroitmattresscompany.c | Active | 3/30/2020 | On | Public | GoDaddy |
| detroitmattresscompany.c | Active | 3/30/2020 | On | Public | GoDaddy |
| detroitpetbeds.com | Active | 1/9/2021 | On | Public | GoDaddy |
| detroitpetbeds.info | Active | 1/9/2021 | On | Public | GoDaddy |
| detroitpetbeds.net | Active | 1/9/2021 | On | Public | GoDaddy |
| detroitpetbeds.org | Active | 1/9/2021 | On | Public | GoDaddy |
| detroitsofaco.ca | Active | 3/30/2020 | On | Public | GoDaddy |
| detroitsofaco.com | Active | 9/13/2020 | On | Public | GoDaddy |
| detroitsofacompany.ca | Active | 3/30/2020 | On | Public | GoDaddy |
| detroitsofacompany.com | Active | 9/13/2020 | On | Public | GoDaddy |
| discoverartvanfranchising. | Active | 5/9/2020 | On | Public | GoDaddy |
| hillside-furniture.com | Active | 1/2/2021 | On | Public | GoDaddy |
| hillside-furniture.net | Active | 4/20/2021 | On | Public | GoDaddy |
| hillside.furniture | Active | 2/8/2021 | On | Public | GoDaddy |
| hillsidefurniture.com | Active | 1/2/2021 | On | Public | GoDaddy |
| hillsidefurniture.net | Active | 4/20/2021 | On | Public | GoDaddy |
| MICHIGANCLEANTEAM.( | Active | 10/22/2020 | On | Public | GoDaddy |
| myartvan.com | Active | 1/25/2021 | On | Public | GoDaddy |
| pittsburghmattressco.com | Active | 2/16/2020 | On | Public | GoDaddy |
| pittsburghmattresscompar | Active | 2/16/2020 | On | Public | GoDaddy |
| purasleep.com | Active | 10/12/2020 | On | Public | GoDaddy |
| PURESLEEPEDGE.COM | Active | 11/13/2020 | On | Public | GoDaddy |
| PURESLEEPEDGE.INFO | Active | 11/13/2020 | On | Public | GoDaddy |
| PURESLEEPEDGE.NET | Active | 11/13/2020 | On | Public | GoDaddy |
| PURESLEEPEDGE.ORG | Active | 11/13/2020 | On | Public | GoDaddy |
| PURESLEEPING.COM | Active | 11/5/2020 | On | Public | GoDaddy |
| puresleepmattresses.ca | Active | 3/31/2020 | On | Public | GoDaddy |
| PURESLEEPMATTRESS | Active | 2/20/2020 | On | Public | GoDaddy |
| PURESLEEPMATTRESS | Active | 10/28/2020 | On | Public | GoDaddy |
| PURESLEEPMATTRESS | Active | 10/28/2020 | On | Public | GoDaddy |
| PURESLEEPMATTRESS | Active | 10/28/2020 | On | Public | GoDaddy |
| SCOTTSHUPTRINE-EMA | Active | 4/4/2020 | On | Public | GoDaddy |
| SCOTTSHUPTRINE.COM | Active | 9/21/2020 | On | Public | GoDaddy |
| SCOTTSHUPTRINEINTE | Active | 9/21/2020 | On | Public | GoDaddy |
| SHUPTRINEINTERIORS. | Active | 9/21/2020 | On | Public | GoDaddy |
| sleepadrenaline.com | Active | 8/7/2020 | On | Public | GoDaddy |
| THREADANDFEATHERF | Active | 3/29/2020 | On | Public | GoDaddy |
| WEVEGOTTHELOOK.CC | Active | 4/18/2020 | On | Public | GoDaddy |

**Fill in this information to identify the case:**

Debtor name    **Art Van Furniture, LLC**

United States Bankruptcy Court for the:   DISTRICT OF DELAWARE

Case number (if known)   **20-10553**

☐ Check if this is an amended filing

## Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | Do not deduct the value of collateral. | |

| 2.1 | **Virtus Group LP** | | $180,642,240.42 | Unknown |

Creditor's Name

**as Administrative Agent
1301 Fannin 17th Floor
Houston, TX 77002**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**All assets of Debtor, whether now owned or hereafter acquired.**

**Describe the lien**
**Guarantor to Term Loan Credit Agreement dated as of March 1, 2017, as amended**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| 2.2 | **Wells Fargo Bank National Association** | | $16,192,362.21 | Unknown |

Creditor's Name

**as Agent
One Boston Place 19th Floor
Accord, MA 02018**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**All assets of the Debtor**

**Describe the lien**
**Guarantor to ABL Credit Agreement dated March 1, 2017, as amended**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | **Art Van Furniture, LLC** | Case number (*if know*) | **20-10553** |
|---|---|---|---|
| | Name | | |

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**

$196,834,602.63

---

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Wells Fargo Bank National Association as Agent**<br>**125 High Street, Suite 1100**<br>**Boston, MA 02110** | Line _2.2_ | |

---

| Fill in this information to identify the case: |
| --- |

Debtor name    **Art Van Furniture, LLC**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)    **20-10553**

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  |  | Total claim | Priority amount |
| --- | --- | --- | --- | --- |
| 2.1 | Priority creditor's name and mailing address<br>**125 W ARMY TRAIL RD LLC<br>ONE PARKVIEW PLAZA 9TH<br>FLOOR<br>OAKBROOK TERRACE, IL 60181** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$39,192.25** | **$39,192.25** |
|  | Date or dates debt was incurred | Basis for the claim:<br>**POST-PETITION ADMINISTRATIVE CLAIM** |  |  |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes |  |  |
| 2.2 | Priority creditor's name and mailing address<br>**ABDU-SALAAM,FARUQ<br>REDACTED** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$268.62** | **$132.47** |
|  | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** |  |  |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes |  |  |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    40561                    Best Case Bankruptcy

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,249.20** | **$1,109.19** |
|---|---|---|---|---|
| | **ABDULLAH,SHARIQ** | *Check all that apply.* | | |
| | **REDACTED** | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$4,850.00** | **$2,391.78** |
|---|---|---|---|---|
| | **ABED AL-RAHMAN,IBRAHIM S** | *Check all that apply.* | | |
| | **REDACTED** | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,898.40** | **$936.20** |
|---|---|---|---|---|
| | **ABELL,DENISE K** | *Check all that apply.* | | |
| | **REDACTED** | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$393.00** | **$193.81** |
|---|---|---|---|---|
| | **ABOONA,NAJAH H** | *Check all that apply.* | | |
| | **REDACTED** | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,271.87** | **$627.22** |
|---|---|---|---|---|
| | **ABRAHIM,VENUS L**<br>**REDACTED** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$264.00** | **$130.19** |
|---|---|---|---|---|
| | **ABRIGO,DANIEL**<br>**REDACTED** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,652.42** | **$814.89** |
|---|---|---|---|---|
| | **ABROU,JUSTIN S**<br>**REDACTED** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$67,777.14** | **$67,777.14** |
|---|---|---|---|---|
| | **ACADIA MERRILLVILLE REALTY,**<br>**L.P.**<br>**ACCT# 0005-00004318**<br>**P.O. BOX# 415980**<br>**BOSTON, MA 02241-5980** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**POST-PETITION ADMINISTRATIVE CLAIM** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| Debtor | **Art Van Furniture, LLC** | | Case number (if known) | **20-10553** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,113.12** | **$548.94** |
|---|---|---|---|---|

**ACHENBACH,LUCAS A**
REDACTED

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$224.00** | **$110.47** |
|---|---|---|---|---|

**ACHILLE,ANDREW B**
REDACTED

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$180.00** | **$88.77** |
|---|---|---|---|---|

**ACHIM,FELICIA D**
REDACTED

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$447.70** | **$220.78** |
|---|---|---|---|---|

**ACKERMAN,SARAH M**
REDACTED

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $360.00 | $177.53 |
|---|---|---|---|---|

**ADAMS,DANIEL W**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.16 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $951.56 | $469.26 |
|---|---|---|---|---|

**ADAMS,STEVEN G**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.17 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $24.78 | $24.78 |
|---|---|---|---|---|

**ADELSON,BRADLEY C**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**POST-PETITION NET COMMISSION -**
**ADMINISTRATIVE CLAIM**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.18 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $553.30 | $553.30 |
|---|---|---|---|---|

**ADT COMMERCIAL**
**PO BOX 872987**
**KANSAS CITY, MO 64187-2987**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**POST-PETITION ADMINISTRATIVE CLAIM**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.19 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $120.00 | $59.18 |
|---|---|---|---|---|

**AGOSTI,MAUREEN W**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.20 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $111,635.53 | $111,635.53 |
|---|---|---|---|---|

**AGREE LIMITED PARTNERSHIP**
**ATTN: MR. LAITH HERMIZ**
**70 E LONG LAKE ROAD**
**BLOOMFIELD HILLS, MI 48304**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**POST-PETITION ADMINISTRATIVE CLAIM**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.21 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,518.44 | $748.82 |
|---|---|---|---|---|

**AGRUSA,NINA**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.22 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $779.52 | $384.42 |
|---|---|---|---|---|

**AGUADO,EVELYN**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.23 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $576.00 | $284.05 |
|---|---|---|---|---|
| | **AHEE,MICHELLE**<br>**REDACTED** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.24 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $960.29 | $473.57 |
|---|---|---|---|---|
| | **AIKEN,MICHAEL J**<br>**REDACTED** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.25 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $14,950.00 | $14,950.00 |
|---|---|---|---|---|
| | **AKA TRUCKING CO INC**<br>**23850 SHERWOOD**<br>**CENTERLINE, MI 48015** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**POST-PETITION ADMINISTRATIVE CLAIM** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.26 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,802.64 | $888.97 |
|---|---|---|---|---|
| | **AKEY,ERIN M**<br>**REDACTED** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

**2.27** | Priority creditor's name and mailing address
**AL RUBAYE,ADAM**
**REDACTED**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$546.92    $269.71

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.28** | Priority creditor's name and mailing address
**AL TAIE,SINAN**
**REDACTED**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$4,684.61    $2,310.22

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.29** | Priority creditor's name and mailing address
**AL-TON,FIBYANA Z**
**REDACTED**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$180.00    $88.77

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.30** | Priority creditor's name and mailing address
**ALBER,PHILLIP M**
**REDACTED**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,722.65    $849.53

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
| --- | --- | --- | --- |
| | Name | | |

---

**2.31** | Priority creditor's name and mailing address
**ALDOAR, ALMA R**
**REDACTED**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$16.80    $8.28

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.32** | Priority creditor's name and mailing address
**ALDOAR, NEAL**
**REDACTED**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$5,166.65    $2,547.94

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.33** | Priority creditor's name and mailing address
**ALDOAR, SANA**
**REDACTED**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$264.81    $130.59

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.34** | Priority creditor's name and mailing address
**ALDRED, KEVIN**
**REDACTED**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$312.31    $312.31

Date or dates debt was incurred

Basis for the claim:
**POST-PETITION NET WAGES -
ADMINISTRATIVE CLAIM**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|--------|----------------------------|------------------------|--------------|
| | Name | | |

| 2.35 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $468.46 | $231.02 |
|------|----------------------------------------------|----------------------------------------------|---------|---------|

**ALDRED,KEVIN**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.36 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $30,000.00 | $30,000.00 |
|------|----------------------------------------------|----------------------------------------------|------------|------------|

**ALEXPARTNERS**
**2000 TOWN CENTER**
**SUITE 2400**
**Southfield, MI 48075**

Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Per Motion to Convert to Chapter 7**
**POST PETITION ADMIN CLAIM**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.37 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,690.56 | $833.70 |
|------|----------------------------------------------|----------------------------------------------|-----------|---------|

**ALHISNAWI,JAWAD A**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.38 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $180.00 | $88.77 |
|------|----------------------------------------------|----------------------------------------------|---------|--------|

**ALI,ABDUL A**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.39 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,981.20** | **$977.03** |
|---|---|---|---|---|
| | **ALICANDRO,ANN A** | Check all that apply. | | |
| | **REDACTED** | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.40 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$255.00** | **$125.75** |
|---|---|---|---|---|
| | **ALKHATEB,ESSAM** | Check all that apply. | | |
| | **REDACTED** | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.41 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,935.45** | **$1,940.77** |
|---|---|---|---|---|
| | **ALLARD,COLIN C** | Check all that apply. | | |
| | **REDACTED** | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.42 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$300.00** | **$147.95** |
|---|---|---|---|---|
| | **ALLEN,ANTHONY** | Check all that apply. | | |
| | **REDACTED** | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

Official Form 206 E/F   **Schedule E/F: Creditors Who Have Unsecured Claims**   **Page 11 of 925**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.43 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $519.68 | $256.28 |
|---|---|---|---|---|
| | **ALLEN,COREY D**<br>**REDACTED** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.44 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $649.60 | $320.35 |
|---|---|---|---|---|
| | **ALLEN,COREY D**<br>**REDACTED** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.45 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,132.74 | $558.61 |
|---|---|---|---|---|
| | **ALLEN,DEVON**<br>**REDACTED** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.46 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $137.33 | $67.72 |
|---|---|---|---|---|
| | **ALLEN,JOBY L**<br>**REDACTED** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.47 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $768.00 | $378.74 |
|---|---|---|---|---|

**ALLEN,KENECIA L**
**REDACTED**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.48 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,680.00 | $828.49 |
|---|---|---|---|---|

**ALLEN,LATOYA**
**REDACTED**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.49 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $292.32 | $144.16 |
|---|---|---|---|---|

**ALLOR,JACOB H**
**REDACTED**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.50 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,956.73 | $964.96 |
|---|---|---|---|---|

**ALMAIZRU,HAYDER**
**REDACTED**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

| 2.51 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$935.00** | **$935.00** |
|---|---|---|---|---|
| | **ALPINE TOWNSHIP** | Check all that apply. | | |
| | **5255 ALPINE AVENUE NW** | ☐ Contingent | | |
| | **COMSTOCK PARK, MI 49321** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **POST-PETITION ADMINISTRATIVE CLAIM** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No | | |
| | | ☐ Yes | | |

---

| 2.52 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$4,099.03** | **$2,021.44** |
|---|---|---|---|---|
| | **ALTAHA,ABDULSALAM R** | Check all that apply. | | |
| | **REDACTED** | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

---

| 2.53 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,756.80** | **$866.37** |
|---|---|---|---|---|
| | **ALTENA,IAN A** | Check all that apply. | | |
| | **REDACTED** | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

---

| 2.54 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$60.00** | **$29.59** |
|---|---|---|---|---|
| | **ALTON,PHILIP Z** | Check all that apply. | | |
| | **REDACTED** | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

| 2.55 | Priority creditor's name and mailing address<br>**ALVAREZ & MARSAL**<br>**755 W BIG BEAVER ROAD**<br>**SUITE 650**<br>**Troy, MI 48084** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | **$813,000.00** | **$813,000.00** |
|---|---|---|---|

| | Date or dates debt was incurred | Basis for the claim:<br>**Per Motion to Convert to Chapter 7**<br>**POST PETITION ADMIN CLAIM** |
|---|---|---|

| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes |
|---|---|---|

---

| 2.56 | Priority creditor's name and mailing address<br>**ALVAREZ,DAWN**<br>**REDACTED** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,667.50** | **$822.33** |
|---|---|---|---|

| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** |
|---|---|---|

| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes |
|---|---|---|

---

| 2.57 | Priority creditor's name and mailing address<br>**ALWAN,SAMER**<br>**REDACTED** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$285.00** | **$140.55** |
|---|---|---|---|

| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** |
|---|---|---|

| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes |
|---|---|---|

---

| 2.58 | Priority creditor's name and mailing address<br>**AMBROSE JR,RODNEY K**<br>**REDACTED** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$64.26** | **$31.69** |
|---|---|---|---|

| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** |
|---|---|---|

| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes |
|---|---|---|

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.59 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,581.82** | **$780.08** |
|---|---|---|---|---|

**AMENT,JEFFREY**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.60 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,557.01** | **$1,557.01** |
|---|---|---|---|---|

**AMEREN ILLINOIS**
**P.O. BOX 88034**
**CHICAGO, IL 60680-1034**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**POST-PETITION ADMINISTRATIVE CLAIM**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.61 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$307.48** | **$307.48** |
|---|---|---|---|---|

**AMEREN MISSOURI**
**P.O. BOX 88068**
**CHICAGO, IL 60680-1068**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**POST-PETITION ADMINISTRATIVE CLAIM**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.62 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,177.77** | **$1,177.77** |
|---|---|---|---|---|

**AMERICAN ELECTRIC POWER**
**P.O. BOX 371496**
**PITTSBURGH, PA 15250-7496**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**POST-PETITION ADMINISTRATIVE CLAIM**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

**2.63** | Priority creditor's name and mailing address
**AMERICAN EXPRESS**
**PO BOX 299051**
**FT LAUDERDALE, FL 33329-9051**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

**$25,845.41**    **$25,845.41**

Date or dates debt was incurred

Basis for the claim:
**POST-PETITION ADMINISTRATIVE CLAIM**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.64** | Priority creditor's name and mailing address
**AMERICAN EXPRESS**
**P.O. BOX 0001**
**LOS ANGELES, CA 90096-0001**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$62,303.59**    **$62,303.59**

Date or dates debt was incurred

Basis for the claim:
**POST-PETITION ADMINISTRATIVE CLAIM**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.65** | Priority creditor's name and mailing address
**AMETI,FATIME**
**REDACTED**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$3,172.16**    **$1,564.35**

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.66** | Priority creditor's name and mailing address
**AMI STRATEGIES, INC**
**17187 N LAUREL PARK DRIVE**
**SUITE 125**
**LIVONIA, MI 48152-2600**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$12,986.00**    **$12,986.00**

Date or dates debt was incurred

Basis for the claim:
**POST-PETITION ADMINISTRATIVE CLAIM**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number *(if known)* | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.67 | Priority creditor's name and mailing address<br>**AMINE,ROUDTHAK**<br>**REDACTED** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $150.00 | $73.97 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.68 | Priority creditor's name and mailing address<br>**AMONS,DWAYNE L**<br>**REDACTED** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $976.00 | $481.32 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.69 | Priority creditor's name and mailing address<br>**AMOS, KEVIN**<br>**REDACTED** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $65.82 | $65.82 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**POST-PETITION NET WAGES -**<br>**ADMINISTRATIVE CLAIM** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.70 | Priority creditor's name and mailing address<br>**AMOS,KEVIN J**<br>**REDACTED** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $631.90 | $311.62 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|

Name

---

| 2.71 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,790.39** | **$882.93** |
|---|---|---|---|---|

**AMOS,KEVIN J**
**REDACTED**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.72 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$360.00** | **$177.53** |
|---|---|---|---|---|

**AMOS,NOAH E**
**REDACTED**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.73 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,176.54** | **$1,073.36** |
|---|---|---|---|---|

**AMSDILL,TIFFANY A**
**REDACTED**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.74 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$15.00** | **$7.40** |
|---|---|---|---|---|

**ANCO,ANITA**
**REDACTED**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.75 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $60.00 | $29.59 |
|---|---|---|---|---|

**ANDERSON,ALICIA**
**REDACTED**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ■ No
- ☐ Yes

---

| 2.76 | Priority creditor's name and mailing address | | $1,980.72 | $976.79 |
|---|---|---|---|---|

**ANDERSON,ALICIA**
**REDACTED**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ■ No
- ☐ Yes

---

| 2.77 | Priority creditor's name and mailing address | | $260.32 | $128.38 |
|---|---|---|---|---|

**ANDERSON,BEATRICE**
**REDACTED**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ■ No
- ☐ Yes

---

| 2.78 | Priority creditor's name and mailing address | | $489.70 | $241.50 |
|---|---|---|---|---|

**ANDERSON,CHERI**
**REDACTED**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ■ No
- ☐ Yes

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|--------|---------------------------|------------------------|--------------|
| | Name | | |

---

**2.79** | Priority creditor's name and mailing address
**ANDERSON,CORNELIOUS L**
**REDACTED**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$120.00**    **$59.18**

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.80** | Priority creditor's name and mailing address
**ANDERSON,FERNANDO A**
**REDACTED**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,705.20**    **$840.92**

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.81** | Priority creditor's name and mailing address
**ANDERSON,JAUBARE A**
**REDACTED**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,023.12**    **$504.55**

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.82** | Priority creditor's name and mailing address
**ANDERSON,NANCY P**
**REDACTED**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,754.40**    **$865.18**

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

**2.83** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$11,942.31** | **$5,889.36**

**ANDERSON,ROBERT**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.84** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,394.93** | **$687.91**

**ANDRAOUS,ALEXANDER J**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.85** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$180.00** | **$88.77**

**ANDRAOUS,SANA Y**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.86** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$202.50** | **$99.86**

**ANDRES,ERIKA**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|

Name

---

| 2.87 | Priority creditor's name and mailing address<br>**ANDREWS,ANTHONY T**<br>**REDACTED** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$180.00** | **$88.77** |
|---|---|---|---|---|

| Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** |
|---|---|

| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes |
|---|---|

---

| 2.88 | Priority creditor's name and mailing address<br>**ANDREWS,NORMA E**<br>**REDACTED** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,138.08** | **$561.24** |
|---|---|---|---|---|

| Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** |
|---|---|

| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes |
|---|---|

---

| 2.89 | Priority creditor's name and mailing address<br>**ANGLEMYER,JASON**<br>**REDACTED** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$3,606.75** | **$1,778.67** |
|---|---|---|---|---|

| Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** |
|---|---|

| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes |
|---|---|

---

| 2.90 | Priority creditor's name and mailing address<br>**ANGUS,DANIEL R**<br>**REDACTED** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$5,365.38** | **$2,645.94** |
|---|---|---|---|---|

| Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** |
|---|---|

| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes |
|---|---|

---

Official Form 206 E/F    **Schedule E/F: Creditors Who Have Unsecured Claims**    **Page 23 of 925**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | **Art Van Furniture, LLC** | Case number (*if known*) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

**2.91** | Priority creditor's name and mailing address
**ANISZKO,NATHAN C**
**REDACTED**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$4,850.00    $2,391.78

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.92** | Priority creditor's name and mailing address
**AON RISK SERVICES CENTRAL INC**
**3000 TOWN CENTER, STE 3000**
**SOUTHFIELD, MI 48075**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,752,401.47    $2,752,401.47

Date or dates debt was incurred

Basis for the claim:
**POST-PETITION ADMINISTRATIVE CLAIM**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.93** | Priority creditor's name and mailing address
**APARICIO,MARIO**
**REDACTED**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,325.20    $653.52

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.94** | Priority creditor's name and mailing address
**APPLEGATE,ROBERT C**
**REDACTED**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,832.00    $1,396.60

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.95 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $415.60 | $204.95 |
|---|---|---|---|---|
| | **ARABO,AMEL J** | Check all that apply. | | |
| | **REDACTED** | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.96 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $996.83 | $491.59 |
|---|---|---|---|---|
| | **ARANA,CARLOS R** | Check all that apply. | | |
| | **REDACTED** | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.97 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,162.96 | $573.51 |
|---|---|---|---|---|
| | **ARANA,CARLOS R** | Check all that apply. | | |
| | **REDACTED** | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.98 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $426.30 | $210.23 |
|---|---|---|---|---|
| | **ARAUJO FRANCISCO,TAYLOR Q** | Check all that apply. | | |
| | **REDACTED** | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.99 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,563.95** | **$771.26** |
|---|---|---|---|---|

**AREHART,RENEE D**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.100 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$21,208.00** | **$21,208.00** |
|---|---|---|---|---|

**ARGYLE ACRES MALL, LLC**
**P.O. BOX 72224 OPC833**
**295 FIRST MERIT CIRCLE**
**AKRON, OH 44307**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**POST-PETITION ADMINISTRATIVE CLAIM**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.101 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$330.00** | **$162.74** |
|---|---|---|---|---|

**ARJONA,MIGUEL**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.102 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,629.08** | **$803.38** |
|---|---|---|---|---|

**ARMBRUSTER,RICHARD**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

**2.103** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,997.56** | **$985.10**

**ARMSTRONG,KEMYTI A**
**REDACTED**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.104** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$403.85** | **$199.16**

**ARMSTRONG,KYLE**
**REDACTED**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.105** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$709.68** | **$349.98**

**ARMSTRONG,REGINALD E**
**REDACTED**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.106** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,226.20** | **$1,097.85**

**ARMSTRONG,TARAE K**
**REDACTED**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

| 2.107 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,080.00** | **$532.60** |
|---|---|---|---|---|

**ARNOLD,JOHNATHAN M**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.108 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$480.00** | **$236.71** |
|---|---|---|---|---|

**ARNOLD,RYAN M**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.109 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$356.01** | **$175.57** |
|---|---|---|---|---|

**ARRINGTON,LA TASHA**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.110 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$308.56** | **$152.17** |
|---|---|---|---|---|

**ARTEAGA,PAUL D**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

**2.111** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$13,933.33** | **$13,933.33**

**ASCENSION HEALTH ALLIANCE**
**FILE ID: MIDET117**
**P.O. BOX 505307**
**ST. LOUIS, MO 63150**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**POST-PETITION ADMINISTRATIVE CLAIM**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.112** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$389.94** | **$192.30**

**ASH,CRAIG K**
**REDACTED**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.113** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$515.62** | **$254.28**

**ASH,CRAIG K**
**REDACTED**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.114** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,628.50** | **$1,789.40**

**ASH,ERIKA S**
**REDACTED**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.115 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$751.91** | **$370.80** |
|---|---|---|---|---|

**ASHER,JOSEPH A**
**REDACTED**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.116 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,506.35** | **$1,236.01** |
|---|---|---|---|---|

**ASHER,JOSEPH A**
**REDACTED**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.117 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$300.00** | **$147.95** |
|---|---|---|---|---|

**ASIALA,RACHEL**
**REDACTED**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.118 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$240.00** | **$118.36** |
|---|---|---|---|---|

**ASKAR,KASEM S**
**REDACTED**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.119 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$990.00** | **$488.22** |
|---|---|---|---|---|
| | **ASPACHER,MADALIN**<br>**REDACTED** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.120 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,183.03** | **$583.41** |
|---|---|---|---|---|
| | **ASSELIN,TERRA L**<br>**REDACTED** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.121 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$110,216.49** | **$110,216.49** |
|---|---|---|---|---|
| | **AT&T**<br>**P.O. BOX 5080**<br>**CAROL STREAM, IL 60197-5080** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**POST-PETITION ADMINISTRATIVE CLAIM** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.122 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,221.42** | **$1,221.42** |
|---|---|---|---|---|
| | **AT&T MOBILITY.**<br>**P.O. BOX 6463**<br>**CAROL STREAM, IL 60197-6463** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**POST-PETITION ADMINISTRATIVE CLAIM** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|

Name

---

**2.123** | Priority creditor's name and mailing address

**AT&T TELECONFERENCE SERVICES**
**P.O. BOX 5002**
**CAROL STREAM, IL 60197-5002**

As of the petition filing date, the claim is:                      **$113.63**        **$113.63**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**POST-PETITION ADMINISTRATIVE CLAIM**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.124** | Priority creditor's name and mailing address

**AT&T-PO BOX 5014**
**P.O. BOX 5014**
**CAROL STREAM, IL 60197-5014**

As of the petition filing date, the claim is:                    **$2,145.95**      **$2,145.95**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**POST-PETITION ADMINISTRATIVE CLAIM**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.125** | Priority creditor's name and mailing address

**AT&T-PO BOX 5019**
**P.O. BOX 5019**
**CAROL STREAM, IL 60197-5019**

As of the petition filing date, the claim is:                   **$64,646.14**     **$64,646.14**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**POST-PETITION ADMINISTRATIVE CLAIM**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.126** | Priority creditor's name and mailing address

**AT&T-PO BOX 5091**
**P.O. BOX 5091**
**CAROL STREAM, IL 60197-5091**

As of the petition filing date, the claim is:                    **$9,327.93**      **$9,327.93**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**POST-PETITION ADMINISTRATIVE CLAIM**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **Art Van Furniture, LLC** | | Case number (if known) | **20-10553** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.127 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $758.46 | $374.04 |
|---|---|---|---|---|

**ATKINSON,CHRISTOPHER J**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.128 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,275.39 | $1,122.11 |
|---|---|---|---|---|

**ATKINSON,CHRISTOPHER J**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.129 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,409.12 | $694.91 |
|---|---|---|---|---|

**ATWATER,CALVIN**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.130 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $179.58 | $179.58 |
|---|---|---|---|---|

**AUBIN,ROBERT A**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**POST-PETITION NET COMMISSION -**
**ADMINISTRATIVE CLAIM**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.131 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$360.00** | **$177.53** |
|---|---|---|---|---|

**AUBIN,ROBERT A**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.132 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,046.51** | **$516.09** |
|---|---|---|---|---|

**AUGUST,MARK**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.133 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,616.26** | **$1,290.21** |
|---|---|---|---|---|

**AUGUST,MARK**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.134 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,465.87** | **$722.89** |
|---|---|---|---|---|

**AUGUST,TIMOTHY J**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | | Case number (if known) | **20-10553** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.135 | Priority creditor's name and mailing address **AUGUSTIN,GERALD C** **REDACTED** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$120.00** | **$59.18** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: **Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ■ No ☐ Yes | | |

---

| 2.136 | Priority creditor's name and mailing address **AUKERMAN,RICKY L** **REDACTED** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$2,429.05** | **$1,197.89** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: **Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ■ No ☐ Yes | | |

---

| 2.137 | Priority creditor's name and mailing address **AVERY,SHAWN M** **REDACTED** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$1,285.37** | **$1,285.37** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: **POST-PETITION NET COMMISSION - ADMINISTRATIVE CLAIM** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ■ No ☐ Yes | | |

---

| 2.138 | Priority creditor's name and mailing address **AVERY,SHAWN M** **REDACTED** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$4,659.52** | **$2,297.85** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: **Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ■ No ☐ Yes | | |

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

| 2.139 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,538.66** | **$1,745.09** |
|---|---|---|---|---|

**AVERY,TANDY**
**REDACTED**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.140 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,074.00** | **$529.64** |
|---|---|---|---|---|

**AVILA-ALVAREZ,ADOLFO**
**REDACTED**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.141 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$360.00** | **$177.53** |
|---|---|---|---|---|

**AWAD,BUSHER**
**REDACTED**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.142 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$240.00** | **$118.36** |
|---|---|---|---|---|

**AWWAD,NASIR**
**REDACTED**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | | Case number (if known) | **20-10553** |
|---|---|---|---|---|
| | Name | | | |

| 2.143 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $254.56 | $125.54 |
|---|---|---|---|---|

**AYERS,MUNJEL S**
**REDACTED**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.144 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,244.80 | $1,107.02 |
|---|---|---|---|---|

**AZIZ,SYED A**
**REDACTED**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.145 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $900.34 | $444.00 |
|---|---|---|---|---|

**BACHERT,DAVID J**
**REDACTED**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.146 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $627.52 | $309.46 |
|---|---|---|---|---|

**BACHYNSKI,BRIAN J**
**REDACTED**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.147 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,157.10** | **$1,063.78** |
|---|---|---|---|---|

**BACHYNSKI,BRIAN J**
REDACTED

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.148 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$113.60** | **$56.02** |
|---|---|---|---|---|

**BACON,CAROL A**
REDACTED

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.149 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,562.96** | **$1,263.93** |
|---|---|---|---|---|

**BAEZ,ARMANDO**
REDACTED

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.150 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,291.08** | **$636.70** |
|---|---|---|---|---|

**BAHNKE,STEVEN A**
REDACTED

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | | Case number (if known) | **20-10553** |
|---|---|---|---|---|
| | Name | | | |

| 2.151 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,746.24** | **$861.16** |
|---|---|---|---|---|

**BAHRI,LAYLA K**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.152 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,255.04** | **$618.92** |
|---|---|---|---|---|

**BAKATY,MARVIN S**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.153 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$223.08** | **$110.01** |
|---|---|---|---|---|

**BAKER,CALVIN G**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.154 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$771.40** | **$380.42** |
|---|---|---|---|---|

**BAKER,DEANTHONY M**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

**2.155** | Priority creditor's name and mailing address
**BAKER,DENISE L**
**REDACTED**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$2,019.86**     **$996.10**

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.156** | Priority creditor's name and mailing address
**BAKER,GEORGE**
**REDACTED**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$852.68**     **$420.50**

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.157** | Priority creditor's name and mailing address
**BAKER,KAYLA**
**REDACTED**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$346.18**     **$170.72**

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.158** | Priority creditor's name and mailing address
**BAKER,KENNETH R**
**REDACTED**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,861.73**     **$918.11**

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|

Name

---

**2.159** | Priority creditor's name and mailing address
**BAKER,KERRY W**
**REDACTED**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$300.00    $147.95

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.160** | Priority creditor's name and mailing address
**BAKER,LAURA**
**REDACTED**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$575.36    $283.74

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.161** | Priority creditor's name and mailing address
**BAKER,LAURA**
**REDACTED**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$719.20    $354.67

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.162** | Priority creditor's name and mailing address
**BAKER,LINA R**
**REDACTED**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$3,747.69    $1,848.18

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

| 2.163 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,944.52 | $2,944.52 |
|---|---|---|---|---|
| | **BALDASSARRA,DARGISIO** | Check all that apply. | | |
| | **REDACTED** | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **POST-PETITION NET COMMISSION - ADMINISTRATIVE CLAIM** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | ☐ Yes |

---

| 2.164 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,408.64 | $1,187.82 |
|---|---|---|---|---|
| | **BALDASSARRA,DARGISIO** | Check all that apply. | | |
| | **REDACTED** | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Wages, accrued vacation and PTO** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | ☐ Yes |

---

| 2.165 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $754.60 | $372.13 |
|---|---|---|---|---|
| | **BALDERAS,HECTOR** | Check all that apply. | | |
| | **REDACTED** | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Wages, accrued vacation and PTO** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | ☐ Yes |

---

| 2.166 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,257.67 | $620.22 |
|---|---|---|---|---|
| | **BALDERAS,HECTOR** | Check all that apply. | | |
| | **REDACTED** | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Wages, accrued vacation and PTO** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | ☐ Yes |

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

**2.167** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$151.26** | **$74.59**

**BALDUS,JOHN R**
**REDACTED**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**2.168** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$775.21** | **$382.30**

**BALDUS,JOHN R**
**REDACTED**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**2.169** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$657.11** | **$324.05**

**BALHORN,JOSHUA D**
**REDACTED**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**2.170** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$360.00** | **$177.53**

**BALL,KEVIN J**
**REDACTED**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

**2.171** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$300.00** | **$147.95**
**BALLING,MARIA E**
REDACTED

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.172** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$941.56** | **$464.33**
**BALLING,SCOTT A**
REDACTED

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.173** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$292.50** | **$144.25**
**BALTAZAR,RONALDO J**
REDACTED

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.174** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,177.28** | **$1,073.73**
**BALTIMORE,NICOLE O**
REDACTED

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.175 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $78.36 | $38.64 |
|---|---|---|---|---|

**BANASZAK,ZACHARY M**
**REDACTED**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.176 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $314,580.15 | $314,580.15 |
|---|---|---|---|---|

**BANK OF AMERICA MERCHANT**
**SERVICES**
**PO BOX 18568**
**AUSTIN, TX 78760-8568**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**POST-PETITION ADMINISTRATIVE CLAIM**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

☑ No
☐ Yes

---

| 2.177 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $1,689.60 | $833.23 |
|---|---|---|---|---|

**BANKS III,JAMES O**
**REDACTED**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.178 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $288.00 | $142.03 |
|---|---|---|---|---|

**BANNINGER,KATHERINE M**
**REDACTED**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

**2.179** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$360.00** | **$177.53**

**BANNINGER,KATHERINE M**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.180** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,823.22** | **$899.12**

**BARAJAS,JULIAN J**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.181** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,533.15** | **$756.07**

**BARAKAT,JAMAL**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.182** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$268.62** | **$132.47**

**BARAN,TIMOTHY D**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.183 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,816.00 | $895.56 |
|---|---|---|---|---|

**BARBEE,CHARLIE J**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.184 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $240.00 | $118.36 |
|---|---|---|---|---|

**BARDEN,DESTINEE**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.185 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,333.05 | $1,150.55 |
|---|---|---|---|---|

**BARE,PAMELA**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.186 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,213.06 | $1,091.37 |
|---|---|---|---|---|

**BARFIELD,DARREN**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

**2.187** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,391.46** | **$686.20**

**BARGHOUT,ZAINA**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.188** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$940.30** | **$463.71**

**BARGY,PATRICK**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.189** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,323.40** | **$652.64**

**BARNES JR,JOSEPH E**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.190** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$683.17** | **$336.91**

**BARNES,MARY KATHARINE G**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|

Name

---

**2.191** | Priority creditor's name and mailing address
**BARNES,TYLER M**
**REDACTED**

As of the petition filing date, the claim is:  **$110.00**  **$54.25**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.192** | Priority creditor's name and mailing address
**BARNETT,TAMARA L**
**REDACTED**

As of the petition filing date, the claim is:  **$1,046.15**  **$515.91**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.193** | Priority creditor's name and mailing address
**BARR,ARIC**
**REDACTED**

As of the petition filing date, the claim is:  **$42.00**  **$20.71**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.194** | Priority creditor's name and mailing address
**BARR,LORI L**
**REDACTED**

As of the petition filing date, the claim is:  **$360.00**  **$177.53**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

**2.195**

Priority creditor's name and mailing address
**BARRER,ADAM B**
**REDACTED**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,147.11    $1,058.85

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.196**

Priority creditor's name and mailing address
**BARRETT,CALEB F**
**REDACTED**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$380.00    $187.40

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.197**

Priority creditor's name and mailing address
**BARRETT,DARLENE A**
**REDACTED**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$738.46    $364.17

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.198**

Priority creditor's name and mailing address
**BARROWS,STEVEN R**
**REDACTED**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,267.96    $625.30

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | | Case number (if known) | **20-10553** |
|---|---|---|---|---|

Name

---

**2.199** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$4,684.61** | **$2,310.22**

**BARRY,KRISTEN J**
**REDACTED**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.200** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$120.00** | **$59.18**

**BARRY,TRACEY A**
**REDACTED**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.201** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$364.04** | **$179.53**

**BARTOLETTI,ELLEN L**
**REDACTED**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.202** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,934.12** | **$953.81**

**BARTOLOTTA,MICHAEL P**
**REDACTED**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

| 2.203 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $60.00 | $29.59 |
|---|---|---|---|---|

**BARTON,CYNTHIA M**
**REDACTED**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.204 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,488.96 | $734.28 |
|---|---|---|---|---|

**BARYLSKI,TAMMIE**
**REDACTED**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.205 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $859.42 | $423.82 |
|---|---|---|---|---|

**BASILISCO,ADRIANA**
**REDACTED**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.206 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $941.76 | $464.43 |
|---|---|---|---|---|

**BASS,BRANDON**
**REDACTED**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | | Case number (if known) | **20-10553** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.207 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $235.08 | $115.93 |
|---|---|---|---|---|

**BASS,GLORIA B**
**REDACTED**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.208 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $89.32 | $44.05 |
|---|---|---|---|---|

**BASS,KELISSA**
**REDACTED**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.209 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $50,077.54 | $50,077.54 |
|---|---|---|---|---|

**BATAVIA RANDALL LLC**
**1401 BROAD STREET**
**CLIFTON, NJ 07013**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**POST-PETITION ADMINISTRATIVE CLAIM**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.210 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,006.94 | $496.57 |
|---|---|---|---|---|

**BATTAGLIA,LAUREN R**
**REDACTED**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.211 | Priority creditor's name and mailing address<br>**BATTANI,ANTHONY J**<br>**REDACTED** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$242.67** | **$119.67** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.212 | Priority creditor's name and mailing address<br>**BATTEN,BRANDIE**<br>**REDACTED** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$690.38** | **$340.46** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.213 | Priority creditor's name and mailing address<br>**BATTLE,MICHAEL**<br>**REDACTED** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$944.08** | **$465.57** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.214 | Priority creditor's name and mailing address<br>**BATTOTA,FARAH**<br>**REDACTED** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$193.95** | **$95.65** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

| 2.215 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $762.68 | $376.12 |
|---|---|---|---|---|
| | **BAUER,ERIC A** | Check all that apply. | | |
| | **REDACTED** | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

---

| 2.216 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,040.74 | $513.24 |
|---|---|---|---|---|
| | **BAUMGART,MICHAEL R** | Check all that apply. | | |
| | **REDACTED** | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

---

| 2.217 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,570.44 | $774.46 |
|---|---|---|---|---|
| | **BAUMSTARK,JAMES M** | Check all that apply. | | |
| | **REDACTED** | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

---

| 2.218 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,252.30 | $617.57 |
|---|---|---|---|---|
| | **BAWAYEH,YOUSIF** | Check all that apply. | | |
| | **REDACTED** | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

**2.219** | Priority creditor's name and mailing address
**BAXTER,MARK**
**REDACTED**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$547.29    $269.90

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.220** | Priority creditor's name and mailing address
**BAXTER,MARK**
**REDACTED**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,371.61    $1,169.56

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.221** | Priority creditor's name and mailing address
**BAYARI,SAMI**
**REDACTED**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$5,094.48    $2,512.35

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.222** | Priority creditor's name and mailing address
**BAYDOUN,MOHAMAD**
**REDACTED**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,374.24    $677.71

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

**2.223** | Priority creditor's name and mailing address
**BAYLESS,STEVEN P**
**REDACTED**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$2,395.44**    **$1,181.31**

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.224** | Priority creditor's name and mailing address
**BCC WEST II LLC**
**C/O IDI SERVICES GROUP LLC**
**1100 PEACHTREE STREET STE**
**1100**
**ATLANTA, GA 30309**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$86,620.58**    **$86,620.58**

Date or dates debt was incurred

Basis for the claim:
**POST-PETITION ADMINISTRATIVE CLAIM**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>8</u>)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.225** | Priority creditor's name and mailing address
**BEAN,ANDRE**
**REDACTED**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,412.88**    **$696.76**

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.226** | Priority creditor's name and mailing address
**BEARD,SCOTT R**
**REDACTED**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$163.65**    **$80.70**

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

**2.227** | Priority creditor's name and mailing address
**BEATON,JULIE**
REDACTED

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$3,115.92    $1,536.62

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.228** | Priority creditor's name and mailing address
**BEAUFORD,JEREMIAH R**
REDACTED

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$247.84    $122.22

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.229** | Priority creditor's name and mailing address
**BECKARD,RYAN**
REDACTED

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,186.15    $1,078.10

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.230** | Priority creditor's name and mailing address
**BECKEMEYER,ROBERT E**
REDACTED

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$3,005.96    $1,482.39

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.231 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $300.00 | $147.95 |
|---|---|---|---|---|

**BEDKE,MARY C**
**REDACTED**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 2.232 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $236.63 | $116.69 |
|---|---|---|---|---|

**BEELER,BRENDA**
**REDACTED**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 2.233 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,964.64 | $968.86 |
|---|---|---|---|---|

**BEGIC,NERMINA N**
**REDACTED**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 2.234 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,600.38 | $1,775.53 |
|---|---|---|---|---|

**BEHOUNEK,KARRIE**
**REDACTED**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

**2.235** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,061.12** | **$523.29**
**BEHREL,DEREK**
**REDACTED**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred | Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number | Is the claim subject to offset?
Specify Code subsection of PRIORITY | ■ No
unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ Yes

---

**2.236** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$610.73** | **$301.18**
**BELANGER,JONATHAN**
**REDACTED**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred | Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number | Is the claim subject to offset?
Specify Code subsection of PRIORITY | ■ No
unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ Yes

---

**2.237** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$779.52** | **$384.42**
**BELANGER,MATTHEW R**
**REDACTED**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred | Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number | Is the claim subject to offset?
Specify Code subsection of PRIORITY | ■ No
unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ Yes

---

**2.238** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,364.16** | **$672.74**
**BELL,HERMAN L**
**REDACTED**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred | Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number | Is the claim subject to offset?
Specify Code subsection of PRIORITY | ■ No
unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

**2.239**

Priority creditor's name and mailing address
**BELL,JACOB L**
**REDACTED**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$300.00**    **$147.95**

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.240**

Priority creditor's name and mailing address
**BELL,MELVIN T**
**REDACTED**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$240.00**    **$118.36**

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.241**

Priority creditor's name and mailing address
**BELL,TIFFANY A**
**REDACTED**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$3,298.89**    **$1,626.85**

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.242**

Priority creditor's name and mailing address
**BELLMAN,ROBERT J**
**REDACTED**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$3,949.99**    **$1,947.94**

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

**2.243** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,618.80** | **$798.31**

**BELLOWS,RYAN**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.244** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,342.00** | **$661.81**

**BELTOWSKI,THOMAS**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.245** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,786.01** | **$880.77**

**BENDER,MEGAN M**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.246** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$581,000.00** | **$581,000.00**

**BENESCH FRIEDLANDER**
**COPLAN & ARONOFF LP**
**222 DELAWARE AVENUE**
**SUITE 801**
**Wilmington, DE 19801-1611**

Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Per Motion to Convert to Chapter 7**
**POST PETITION ADMIN CLAIM**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.247 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,276.00** | **$629.26** |
|---|---|---|---|---|

**BENHALIM,KAMAL**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.248 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$252.20** | **$124.37** |
|---|---|---|---|---|

**BENNO,REVANDA**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.249 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$931.14** | **$459.19** |
|---|---|---|---|---|

**BERBAS,TIMOTHY S**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.250 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$360.00** | **$177.53** |
|---|---|---|---|---|

**BERENDS,LINDA**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|

Name

| 2.251 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,654.40** | **$1,309.02** |
|---|---|---|---|---|

**BERENDS,LINDA**
**REDACTED**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Wages, accrued vacation and PTO** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.252 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,277.28** | **$629.89** |
|---|---|---|---|---|

**BERMAN,BRUCE H**
**REDACTED**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Wages, accrued vacation and PTO** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.253 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,093.75** | **$1,032.53** |
|---|---|---|---|---|

**BERNAL,LETICIA**
**REDACTED**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Wages, accrued vacation and PTO** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.254 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$454.72** | **$224.25** |
|---|---|---|---|---|

**BERNAL,MARTIN**
**REDACTED**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Wages, accrued vacation and PTO** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
| --- | --- | --- | --- |
| | Name | | |

| 2.255 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$60.00** | **$29.59** |
| --- | --- | --- | --- | --- |

**BERNELIS,ANDREW T**
**REDACTED**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.256 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$365.40** | **$180.20** |
| --- | --- | --- | --- | --- |

**BERRIOS,ALLYSON P**
**REDACTED**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.257 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,827.00** | **$900.99** |
| --- | --- | --- | --- | --- |

**BESS,KYLE D**
**REDACTED**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.258 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,197.79** | **$590.69** |
| --- | --- | --- | --- | --- |

**BIANCHI,TRISTAN R**
**REDACTED**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | **Art Van Furniture, LLC** | | Case number (if known) | **20-10553** |
|---|---|---|---|---|
| | Name | | | |

---

**2.259** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$672.00** | **$331.40**

**BICKHAUS,CINDY**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
| | **Wages, accrued vacation and PTO** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.260** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,026.40** | **$999.32**

**BICKHAUS,CINDY**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
| | **Wages, accrued vacation and PTO** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.261** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$4,449.66** | **$2,194.35**

**BIELANIEC,STEPHEN J**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
| | **Wages, accrued vacation and PTO** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.262** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$259.72** | **$259.72**

**BIELECKI, ROMAN**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
| | **POST-PETITION NET WAGES -** |
| | **ADMINISTRATIVE CLAIM** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

| 2.263 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$203.65** | **$100.43** |
|---|---|---|---|---|
| | **BIERKAMP,BRENDON L**<br>REDACTED | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** |
|---|---|

| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes |
|---|---|

---

| 2.264 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$360.00** | **$177.53** |
|---|---|---|---|---|
| | **BILLIET,BRADLEY**<br>REDACTED | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** |
|---|---|

| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes |
|---|---|

---

| 2.265 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$4,782.19** | **$2,358.34** |
|---|---|---|---|---|
| | **BILLOW,LANCE W**<br>REDACTED | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** |
|---|---|

| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes |
|---|---|

---

| 2.266 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$240.00** | **$118.36** |
|---|---|---|---|---|
| | **BILO,FJORALBA**<br>REDACTED | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** |
|---|---|

| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes |
|---|---|

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

**2.267** | Priority creditor's name and mailing address
**BINGHAM,EDWARD**
**REDACTED**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$470.88 | $232.21

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.268** | Priority creditor's name and mailing address
**BIRD,ALEX**
**REDACTED**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$240.00 | $118.36

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.269** | Priority creditor's name and mailing address
**BIRDEYE INC.**
**250 CAMBRIDGE AVE.**
**SUITE 103**
**PALO ALTO, CA 94306**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,372.00 | $1,372.00

Date or dates debt was incurred

Basis for the claim:
**POST-PETITION ADMINISTRATIVE CLAIM**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.270** | Priority creditor's name and mailing address
**BISHOP,WILLIAM K**
**REDACTED**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$229.15 | $113.01

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | | Case number (if known) | **20-10553** |
|---|---|---|---|---|
| | Name | | | |

---

**2.271** | Priority creditor's name and mailing address
**BITSKY,PAULINA**
**REDACTED**

As of the petition filing date, the claim is:       **$2,452.89**   **$1,209.64**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.272** | Priority creditor's name and mailing address
**BLACK,ALEXANDER L**
**REDACTED**

As of the petition filing date, the claim is:         **$55.15**     **$27.20**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.273** | Priority creditor's name and mailing address
**BLACK,JAMES E**
**REDACTED**

As of the petition filing date, the claim is:        **$360.00**    **$177.53**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.274** | Priority creditor's name and mailing address
**BLACK,JAMES E**
**REDACTED**

As of the petition filing date, the claim is:        **$982.00**    **$484.27**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.275 | Priority creditor's name and mailing address<br>**BLACK,JESSICA**<br>**REDACTED** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$504.00** | **$248.55** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.276 | Priority creditor's name and mailing address<br>**BLACK,TIFFANY**<br>**REDACTED** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,008.40** | **$497.29** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.277 | Priority creditor's name and mailing address<br>**BLACKWELL,JORDAN L**<br>**REDACTED** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$639.45** | **$315.35** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.278 | Priority creditor's name and mailing address<br>**BLAKE,DAVID W**<br>**REDACTED** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$247.98** | **$122.29** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.279 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,153.84** | **$569.02** |
|---|---|---|---|---|
| | **BLAZEVSKI,ZORICA** | Check all that apply. | | |
| | **REDACTED** | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.280 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$400.00** | **$197.26** |
|---|---|---|---|---|
| | **BLAZIC,ALENA** | Check all that apply. | | |
| | **REDACTED** | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.281 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$470.88** | **$232.21** |
|---|---|---|---|---|
| | **BLESKE,JEFFREY** | Check all that apply. | | |
| | **REDACTED** | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.282 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$784.80** | **$387.02** |
|---|---|---|---|---|
| | **BLESKE,JEFFREY** | Check all that apply. | | |
| | **REDACTED** | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.283 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $62.84 | $62.84 |
|---|---|---|---|---|

**2.283** Priority creditor's name and mailing address
**BLOOMFIELD TOWNSHIP**
**4200 TELEGRAPH RD.**
**P.O. BOX 489**
**BLOOMFIELD TWP., MI 48303**

As of the petition filing date, the claim is:     **$62.84**    **$62.84**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**POST-PETITION ADMINISTRATIVE CLAIM**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.284** Priority creditor's name and mailing address
**BLOSS,RUSSELL**
**REDACTED**

As of the petition filing date, the claim is:     **$309.32**    **$152.54**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.285** Priority creditor's name and mailing address
**BLUE CROSS BLUE SHIELD**
**600 LAFAYETTE**
**MAIL CODE 1002**
**DETROIT, MI 48226**

As of the petition filing date, the claim is:     **$964,455.57**    **$964,455.57**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**POST-PETITION ADMINISTRATIVE CLAIM**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.286** Priority creditor's name and mailing address
**BOBBISH,JOSHUA J**
**REDACTED**

As of the petition filing date, the claim is:     **$489.86**    **$241.57**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

| 2.287 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$300.00** | **$147.95** |
|---|---|---|---|---|

**BOBO,MICHAEL**
**REDACTED**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Wages, accrued vacation and PTO** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.288 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$373.52** | **$184.20** |
|---|---|---|---|---|

**BOCZKO,MARY E**
**REDACTED**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Wages, accrued vacation and PTO** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.289 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$300.00** | **$147.95** |
|---|---|---|---|---|

**BOENING,TINA J**
**REDACTED**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Wages, accrued vacation and PTO** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.290 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,485.23** | **$1,225.59** |
|---|---|---|---|---|

**BOGAL,ROBERT**
**REDACTED**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Wages, accrued vacation and PTO** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

**2.291** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$211.64** | **$104.37**

**BOGDAHN,DAVID**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.292** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$180.00** | **$88.77**

**BOGGS,LAURIE A**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.293** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,333.28** | **$1,150.66**

**BOGOIAN,MICHAEL J**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.294** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$194.88** | **$96.11**

**BOJAJ,TANYA**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|--------|---------------------------|------------------------|--------------|
| | Name | | |

| 2.295 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$990.64** | **$488.53** |
|---|---|---|---|---|
| | **BOJAJ,TANYA** **REDACTED** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ■ No ☐ Yes | | |

| 2.296 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$178.89** | **$88.22** |
|---|---|---|---|---|
| | **BOLDEN,EUDARRIUS C** **REDACTED** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ■ No ☐ Yes | | |

| 2.297 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$360.00** | **$177.53** |
|---|---|---|---|---|
| | **BOLES,DAN** **REDACTED** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ■ No ☐ Yes | | |

| 2.298 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$240.00** | **$118.36** |
|---|---|---|---|---|
| | **BOLIN,JAMES P** **REDACTED** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ■ No ☐ Yes | | |

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|

Name

---

**2.299** | Priority creditor's name and mailing address

**BOLIN,MARY**
**REDACTED**

As of the petition filing date, the claim is:  $1,944.72  $959.04
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.300** | Priority creditor's name and mailing address

**BOLING,COREY J**
**REDACTED**

As of the petition filing date, the claim is:  $1,388.04  $684.51
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.301** | Priority creditor's name and mailing address

**BOND, JAMELL**
**REDACTED**

As of the petition filing date, the claim is:  $50.75  $50.75
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**POST-PETITION NET WAGES -**
**ADMINISTRATIVE CLAIM**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.302** | Priority creditor's name and mailing address

**BOND,JAMELL**
**REDACTED**

As of the petition filing date, the claim is:  $131.95  $65.07
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.303 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,327.52** | **$1,640.97** |
|---|---|---|---|---|
| | **BOND,JOSHUA G**<br>**REDACTED** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.304 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,038.00** | **$1,005.04** |
|---|---|---|---|---|
| | **BOND,NATHANIEL E**<br>**REDACTED** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.305 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,018.44** | **$502.24** |
|---|---|---|---|---|
| | **BONDS,ANTWAN**<br>**REDACTED** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.306 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,155.60** | **$569.88** |
|---|---|---|---|---|
| | **BONGIORNO,FRANK H**<br>**REDACTED** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.307 | Priority creditor's name and mailing address **BONILLA-HENRY,JENEE** **REDACTED** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$360.00** | **$177.53** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: **Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ■ No ☐ Yes | | |

| 2.308 | Priority creditor's name and mailing address **BONIN,LOUIS** **REDACTED** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$5,543.99** | **$2,734.02** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: **Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ■ No ☐ Yes | | |

| 2.309 | Priority creditor's name and mailing address **BOOKER,KARIM I** **REDACTED** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$1,730.77** | **$853.53** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: **Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ■ No ☐ Yes | | |

| 2.310 | Priority creditor's name and mailing address **BOONE III,BEDFORD L** **REDACTED** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$5,288.00** | **$2,607.78** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: **Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ■ No ☐ Yes | | |

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|

Name

| 2.311 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,776.32** | **$875.99** |
|---|---|---|---|---|

**BOOTHE JR,JAMES D**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.312 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$348.41** | **$171.82** |
|---|---|---|---|---|

**BORYS,ROBERT L**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.313 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,090.48** | **$1,030.92** |
|---|---|---|---|---|

**BORYS,ROBERT L**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.314 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$127.50** | **$62.88** |
|---|---|---|---|---|

**BOSSARDET,CORINNE J**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.315 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,488.70** | **$1,227.30** |
|---|---|---|---|---|
| | **BOW,KIMBERLY A**<br>REDACTED | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.316 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,744.79** | **$1,353.60** |
|---|---|---|---|---|
| | **BOWEN,KEVIN C**<br>REDACTED | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.317 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,378.49** | **$679.80** |
|---|---|---|---|---|
| | **BOWERS,JEFFREY A**<br>REDACTED | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.318 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$673.73** | **$332.25** |
|---|---|---|---|---|
| | **BOYCE,CHRISTOPHER J**<br>REDACTED | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

**2.319** | Priority creditor's name and mailing address

**BOYCE,CHRISTOPHER J**
REDACTED

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,010.60**     **$498.38**

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.320** | Priority creditor's name and mailing address

**BOYCE,KEVIN L**
REDACTED

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$474.22**     **$233.86**

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.321** | Priority creditor's name and mailing address

**BOYD,CHRISTOPHER R**
REDACTED

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$640.48**     **$315.85**

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.322** | Priority creditor's name and mailing address

**BOYLAN,WESLEY A**
REDACTED

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$354.00**     **$174.58**

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Art Van Furniture, LLC** | Case number (*if known*) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

| 2.323 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$682.08** | **$336.37** |
|---|---|---|---|---|

**BOYLES,GREG S**
REDACTED

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.324 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,363.04** | **$1,165.33** |
|---|---|---|---|---|

**BOZUNG,JUSTIN**
REDACTED

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.325 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,115.38** | **$1,043.20** |
|---|---|---|---|---|

**BRADEN,LESLEY R**
REDACTED

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.326 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$4,487.88** | **$2,213.20** |
|---|---|---|---|---|

**BRADLEY,BRIAN A**
REDACTED

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

**2.327** | Priority creditor's name and mailing address
**BRADLEY,JUSTIN E**
REDACTED

As of the petition filing date, the claim is:      **$127.89**    **$63.07**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.328** | Priority creditor's name and mailing address
**BRADLEY,JUSTIN E**
REDACTED

As of the petition filing date, the claim is:      **$341.04**    **$168.18**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.329** | Priority creditor's name and mailing address
**BRADLEY,SEVE**
REDACTED

As of the petition filing date, the claim is:      **$120.00**    **$59.18**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.330** | Priority creditor's name and mailing address
**BRADY,RYAN M**
REDACTED

As of the petition filing date, the claim is:      **$462.84**    **$228.25**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

| 2.331 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **$446.94** | **$220.41** |
|---|---|---|---|---|
| | **BRAFFORD,PAUL**<br>REDACTED | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.332 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **$180.00** | **$88.77** |
|---|---|---|---|---|
| | **BRAHIMI,FATOS**<br>REDACTED | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.333 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **$488.40** | **$240.85** |
|---|---|---|---|---|
| | **BRAMEZZA,CHRISTOPHER P**<br>REDACTED | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.334 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **$1,986.16** | **$979.48** |
|---|---|---|---|---|
| | **BRANDANA,AMBER**<br>REDACTED | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.335 | Priority creditor's name and mailing address<br>**BRANDMILLER,CHRIS**<br>**REDACTED** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$157.34** | **$77.59** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.336 | Priority creditor's name and mailing address<br>**BRANHAM,BRADLEY W**<br>**REDACTED** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$4,017.68** | **$1,981.32** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.337 | Priority creditor's name and mailing address<br>**BRANTLEY,TIMM D**<br>**REDACTED** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,648.36** | **$812.89** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.338 | Priority creditor's name and mailing address<br>**BRASHEARS,BRANDON J**<br>**REDACTED** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$2,150.17** | **$1,060.36** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

**2.339** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$115.63** | **$57.02**
**BRAY,ROBERT C**
**REDACTED**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.340** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$462.52** | **$228.09**
**BRAY,ROBERT C**
**REDACTED**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.341** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$75.00** | **$36.99**
**BRAZEN,BRUCE**
**REDACTED**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.342** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,101.60** | **$543.25**
**BRECHLIN,ANNIE M**
**REDACTED**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
| --- | --- | --- | --- |
| | Name | | |

---

| 2.343 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $861.54 | $424.87 |
| --- | --- | --- | --- | --- |

**BREIGHNER,NICOLE D**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.344 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,110.24 | $547.52 |
| --- | --- | --- | --- | --- |

**BRETT,LEONARD B**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.345 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $388.33 | $191.51 |
| --- | --- | --- | --- | --- |

**BRIDGES,GERALD**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.346 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $66.78 | $66.78 |
| --- | --- | --- | --- | --- |

**BRINK'S INC.**
**7373 SOLUTIONS CENTER**
**CHICAGO, IL 60677-7003**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**POST-PETITION ADMINISTRATIVE CLAIM**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|

Name

---

| 2.347 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $346.76 | $171.00 |
|---|---|---|---|---|

**BRINKS,SARA**
**REDACTED**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.348 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $65,048.67 | $65,048.67 |
|---|---|---|---|---|

**BRIXMOR HERITAGE SQUARE,**
**LLC**
**C/O BRIXMOR PROPERTY GROUP**
**P.O. BOX 645346**
**CINCINNATI, OH 45264-5346**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**POST-PETITION ADMINISTRATIVE CLAIM**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.349 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $704,194.18 | $704,194.18 |
|---|---|---|---|---|

**BROADSTONE REAL ESTATE**
**800 CLINTON SQUARE**
**ROCHESTER, NY 14604**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**POST-PETITION ADMINISTRATIVE CLAIM**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.350 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $578.14 | $285.11 |
|---|---|---|---|---|

**BROOKS,NATHANIEL J**
**REDACTED**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.351 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,831.42** | **$903.17** |
|---|---|---|---|---|

**BROOKS,SABRINA C**
REDACTED

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.352 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$825.60** | **$407.15** |
|---|---|---|---|---|

**BROWN JR,HARRY F**
REDACTED

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.353 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$79.75** | **$39.33** |
|---|---|---|---|---|

**BROWN LEWIS,SHERLESA**
REDACTED

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.354 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$288.00** | **$142.03** |
|---|---|---|---|---|

**BROWN,ALEXANDER**
REDACTED

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

**2.355** | Priority creditor's name and mailing address
**BROWN,AUSTIN**
**REDACTED**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$488.40     $240.85

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.356** | Priority creditor's name and mailing address
**BROWN,CHRISTOPHER M**
**REDACTED**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,748.76     $862.40

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.357** | Priority creditor's name and mailing address
**BROWN,CORY K**
**REDACTED**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$980.77     $483.67

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.358** | Priority creditor's name and mailing address
**BROWN,DELMEDA Q**
**REDACTED**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$564.71     $278.49

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | | Case number (if known) | **20-10553** |
|---|---|---|---|---|
| | Name | | | |

---

**2.359** | Priority creditor's name and mailing address

**BROWN,DEUNDRE M**
**REDACTED**

| As of the petition filing date, the claim is: | $389.76 | $192.21 |
|---|---|---|
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.360** | Priority creditor's name and mailing address

**BROWN,ETHAN A**
**REDACTED**

| As of the petition filing date, the claim is: | $527.80 | $260.28 |
|---|---|---|
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.361** | Priority creditor's name and mailing address

**BROWN,ETHAN A**
**REDACTED**

| As of the petition filing date, the claim is: | $527.80 | $260.28 |
|---|---|---|
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.362** | Priority creditor's name and mailing address

**BROWN,EUGENE**
**REDACTED**

| As of the petition filing date, the claim is: | $466.10 | $229.86 |
|---|---|---|
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

**2.363** | Priority creditor's name and mailing address
**BROWN,EUGENE**
**REDACTED**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,165.24**   **$574.64**

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.364** | Priority creditor's name and mailing address
**BROWN,HERMAN**
**REDACTED**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$180.00**   **$88.77**

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.365** | Priority creditor's name and mailing address
**BROWN,JANE A**
**REDACTED**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$2,366.46**   **$1,167.02**

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.366** | Priority creditor's name and mailing address
**BROWN,LORENZO**
**REDACTED**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$192.00**   **$94.68**

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

| 2.367 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $454.72 | $224.25 |
|---|---|---|---|---|

**BROWN,NORRIS**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.368 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $300.00 | $147.95 |
|---|---|---|---|---|

**BROWN,SHANAIZAH**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.369 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $231.60 | $114.21 |
|---|---|---|---|---|

**BROWN,SHAUN N**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.370 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $218.66 | $107.83 |
|---|---|---|---|---|

**BROWN,SHERETHA**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.371 | Priority creditor's name and mailing address<br>**BROWN,STEVEN L**<br>**REDACTED** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$300.00** | **$147.95** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.372 | Priority creditor's name and mailing address<br>**BROWNING,TERRY N**<br>**REDACTED** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,193.76** | **$588.70** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.373 | Priority creditor's name and mailing address<br>**BROZIK,CHRISTOPHER M**<br>**REDACTED** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$482.04** | **$237.72** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.374 | Priority creditor's name and mailing address<br>**BROZIK,CHRISTOPHER M**<br>**REDACTED** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,928.15** | **$950.87** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **Art Van Furniture, LLC** | | Case number (if known) | **20-10553** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.375 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,190.01** | **$1,080.00** |
|---|---|---|---|---|

**BRYANT,DELBERT T**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.376 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,348.07** | **$1,157.95** |
|---|---|---|---|---|

**BRYANT,MARSAILIS D**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.377 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$300.00** | **$147.95** |
|---|---|---|---|---|

**BRYANT,ROBERT D**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.378 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,348.80** | **$1,651.46** |
|---|---|---|---|---|

**BRYANT,ROBERT D**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.379 | Priority creditor's name and mailing address<br>**BUCHHEIT,ALISON**<br>**REDACTED** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,012.32** | **$499.23** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.380 | Priority creditor's name and mailing address<br>**BUCKTOWN POWER LLC**<br>**C/O CWD REAL ESTATE**<br>**INVESTMENT**<br>**50 LOUIS SUITE 600**<br>**GRAND RAPIDS, MI 49503** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$278.43** | **$278.43** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**POST-PETITION ADMINISTRATIVE CLAIM** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.381 | Priority creditor's name and mailing address<br>**BUDZINSKI,JOHN**<br>**REDACTED** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$14,961.82** | **$7,378.43** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.382 | Priority creditor's name and mailing address<br>**BUECHE,BRIDGET N**<br>**REDACTED** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,076.91** | **$531.08** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.383 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $442.97 | $218.45 |
|---|---|---|---|---|
| | **BUESCHER,CHRISTOPHER T** <br> **REDACTED** | Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: <br> **Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number <br> Specify Code subsection of PRIORITY <br> unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? <br> ■ No <br> ☐ Yes | | |

| 2.384 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $941.76 | $464.43 |
|---|---|---|---|---|
| | **BUFORD,DERRY D** <br> **REDACTED** | Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: <br> **Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number <br> Specify Code subsection of PRIORITY <br> unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? <br> ■ No <br> ☐ Yes | | |

| 2.385 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,098.72 | $541.83 |
|---|---|---|---|---|
| | **BUFORD,DERRY D** <br> **REDACTED** | Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: <br> **Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number <br> Specify Code subsection of PRIORITY <br> unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? <br> ■ No <br> ☐ Yes | | |

| 2.386 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $624.75 | $308.10 |
|---|---|---|---|---|
| | **BUKOSKY,KANE** <br> **REDACTED** | Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: <br> **Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number <br> Specify Code subsection of PRIORITY <br> unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? <br> ■ No <br> ☐ Yes | | |

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.387 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $448.00 | $220.93 |
|---|---|---|---|---|

**BULLARD,TERENCE**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.388 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $240.00 | $118.36 |
|---|---|---|---|---|

**BUMGARDNER,JULIE**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.389 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $243.16 | $243.16 |
|---|---|---|---|---|

**BUNCH,TIM**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**POST-PETITION NET COMMISSION -**
**ADMINISTRATIVE CLAIM**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.390 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,441.60 | $710.93 |
|---|---|---|---|---|

**BUNCH,TIM**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.391 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $300.00 | $147.95 |
|---|---|---|---|---|

**BURBACH, WILLIAM P**
REDACTED

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.392 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $560.00 | $276.16 |
|---|---|---|---|---|

**BURBINE, ZACHARRIAH (ZACH)**
REDACTED

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.393 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $920.60 | $453.99 |
|---|---|---|---|---|

**BURCHAM, BONNIE L**
REDACTED

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.394 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $793.60 | $391.36 |
|---|---|---|---|---|

**BURCHMAN, AMY C**
REDACTED

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| | | | | |
|---|---|---|---|---|
| 2.395 | Priority creditor's name and mailing address<br>**BURGE,WAYNE**<br>**REDACTED** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$2,985.09** | **$1,472.10** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.396 | Priority creditor's name and mailing address<br>**BURGESS,JOSH**<br>**REDACTED** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$762.96** | **$376.25** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.397 | Priority creditor's name and mailing address<br>**BURK,JOSHUA R**<br>**REDACTED** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$724.80** | **$357.44** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.398 | Priority creditor's name and mailing address<br>**BURK,JOSHUA R**<br>**REDACTED** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$2,355.60** | **$1,161.67** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Art Van Furniture, LLC** | | Case number (if known) | **20-10553** |
|---|---|---|---|---|
| | Name | | | |

| 2.399 | Priority creditor's name and mailing address<br>**BURKE,JOHN K**<br>REDACTED | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$965.15** | **$475.96** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.400 | Priority creditor's name and mailing address<br>**BURKE,JOHN K**<br>REDACTED | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,407.50** | **$694.11** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.401 | Priority creditor's name and mailing address<br>**BURKES,TERELLE**<br>REDACTED | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$280.78** | **$138.47** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.402 | Priority creditor's name and mailing address<br>**BURKEY,DEBORAH A**<br>REDACTED | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$2,884.61** | **$1,422.55** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.403 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $180.00 | $88.77 |
|---|---|---|---|---|

**BURTIS,STEVEN M**
**REDACTED**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.404 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $341.88 | $168.60 |
|---|---|---|---|---|

**BURTON,JOHNNY**
**REDACTED**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.405 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $150.00 | $73.97 |
|---|---|---|---|---|

**BURTON,KEVIN K**
**REDACTED**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.406 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,342.64 | $662.12 |
|---|---|---|---|---|

**BURTON,KEVIN K**
**REDACTED**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.407 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,407.41** | **$694.07** |
|---|---|---|---|---|
| | **BURTON,STEVEN M** | Check all that apply. | | |
| | **REDACTED** | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.408 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$195.00** | **$96.16** |
|---|---|---|---|---|
| | **BUSH,CASEY M** | Check all that apply. | | |
| | **REDACTED** | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.409 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,116.39** | **$550.55** |
|---|---|---|---|---|
| | **BUSH,LONDON** | Check all that apply. | | |
| | **REDACTED** | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.410 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$60.00** | **$29.59** |
|---|---|---|---|---|
| | **BUSS,JAMES M** | Check all that apply. | | |
| | **REDACTED** | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

| 2.411 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$337.69** | **$166.53** |
|---|---|---|---|---|

**BUSTAMANTE,DORA A**
REDACTED

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.412 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$46.69** | **$23.03** |
|---|---|---|---|---|

**BUTLER,KYLE**
REDACTED

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.413 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,385.19** | **$683.11** |
|---|---|---|---|---|

**BUTYNESKI,ERIN**
REDACTED

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.414 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,475.23** | **$1,713.81** |
|---|---|---|---|---|

**BUZINSKI,TERRY**
REDACTED

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

| 2.415 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,146.15** | **$1,058.38** |
|---|---|---|---|---|

**BYRD,YVETTE**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.416 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$600.00** | **$295.89** |
|---|---|---|---|---|

**CADE,ASHLEY**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.417 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$797.48** | **$393.28** |
|---|---|---|---|---|

**CADY,STEPHEN M**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.418 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$216.00** | **$106.52** |
|---|---|---|---|---|

**CAIN,KEVIN**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.419 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $180.00 | $88.77 |
|---|---|---|---|---|

**CALABRESE,KIMBRA L**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.420 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $180.00 | $88.77 |
|---|---|---|---|---|

**CALL,JAMES**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.421 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $511.32 | $252.16 |
|---|---|---|---|---|

**CALLAWAY,ROBERT**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.422 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $825.40 | $407.05 |
|---|---|---|---|---|

**CAMACHO,MICHAEL D**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.423 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,485.72** | **$732.68** |
|---|---|---|---|---|

**CAMACHO,MICHAEL D**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.424 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$255.78** | **$126.14** |
|---|---|---|---|---|

**CAMAJ,LINDON**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.425 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$348.16** | **$171.70** |
|---|---|---|---|---|

**CAMPBELL,DONALD W**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.426 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,892.80** | **$933.44** |
|---|---|---|---|---|

**CAMPBELL,DONALD W**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.427 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $64.00 | $31.56 |
|---|---|---|---|---|

**CAMPBELL,DONOVAN**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.428 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $165.00 | $81.37 |
|---|---|---|---|---|

**CAMPBELL,FULTON**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.429 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $180.00 | $88.77 |
|---|---|---|---|---|

**CAMPBELL,GREGORY**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.430 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $255.78 | $126.14 |
|---|---|---|---|---|

**CAMPBELL,JACOB**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com  Best Case Bankruptcy

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.431 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $649.60 | $320.35 |
|---|---|---|---|---|
| | **CAMPBELL,KENNETH** **REDACTED** | Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ■ No ☐ Yes | | |

| 2.432 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $779.52 | $384.42 |
|---|---|---|---|---|
| | **CAMPBELL,KENNETH** **REDACTED** | Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ■ No ☐ Yes | | |

| 2.433 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $973.36 | $480.01 |
|---|---|---|---|---|
| | **CANSLER,JOHN T** **REDACTED** | Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ■ No ☐ Yes | | |

| 2.434 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,373.60 | $1,170.54 |
|---|---|---|---|---|
| | **CANTRELL,PAUL A** **REDACTED** | Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ■ No ☐ Yes | | |

| Debtor | **Art Van Furniture, LLC** | | Case number (if known) | **20-10553** |
|---|---|---|---|---|
| | Name | | | |

---

**2.435** | Priority creditor's name and mailing address

**CANTY,PATRICIA**
**REDACTED**

As of the petition filing date, the claim is: **$1,032.30** **$509.08**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.436** | Priority creditor's name and mailing address

**CAPINEGRO,ANN**
**REDACTED**

As of the petition filing date, the claim is: **$2,500.16** **$1,232.96**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.437** | Priority creditor's name and mailing address

**CAPITAL ALLIANCE CORP.**
**DBA ADVANTAGE**
**TRANSPORTATION**
**6246 W. STERNS ROAD**
**OTTAWA LAKE, MI 49267**

As of the petition filing date, the claim is: **$426.73** **$426.73**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**POST-PETITION ADMINISTRATIVE CLAIM**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.438** | Priority creditor's name and mailing address

**CAPO-CHICHI, HODONOU**
**REDACTED**

As of the petition filing date, the claim is: **$281.77** **$281.77**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**POST-PETITION NET WAGES -**
**ADMINISTRATIVE CLAIM**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.439 | Priority creditor's name and mailing address **CAPO-CHICHI,HODONOU K** REDACTED | As of the petition filing date, the claim is: Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | **$4,226.53** | **$2,084.32** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: **Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ☑ No ☐ Yes | | |

| 2.440 | Priority creditor's name and mailing address **CAPOZZO,LORI M** REDACTED | As of the petition filing date, the claim is: Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | **$3,100.80** | **$1,529.16** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: **Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ☑ No ☐ Yes | | |

| 2.441 | Priority creditor's name and mailing address **CARAMAGNO,MICHAEL J** REDACTED | As of the petition filing date, the claim is: Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | **$292.32** | **$144.16** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: **Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ☑ No ☐ Yes | | |

| 2.442 | Priority creditor's name and mailing address **CARD,QUINCY D** REDACTED | As of the petition filing date, the claim is: Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | **$589.52** | **$290.72** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: **Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ☑ No ☐ Yes | | |

| Debtor | **Art Van Furniture, LLC** | | Case number (if known) | **20-10553** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.443 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $162.40 | $80.09 |
|---|---|---|---|---|

**CARD,STANTON M**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.444 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $537.95 | $265.29 |
|---|---|---|---|---|

**CARDENAS,ROBERTO**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.445 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $537.95 | $265.29 |
|---|---|---|---|---|

**CARDENAS,ROBERTO**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.446 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $411.23 | $202.80 |
|---|---|---|---|---|

**CARDONA,BRANDON R**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.447 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $556.21 | $274.30 |
|---|---|---|---|---|

**CARLSON,HEATHER L**
**REDACTED**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.448 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,117.76 | $551.22 |
|---|---|---|---|---|

**CARLSON,MIKE**
**REDACTED**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.449 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,609.60 | $793.78 |
|---|---|---|---|---|

**CARMONA,CARLOS A**
**REDACTED**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.450 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $686.08 | $338.34 |
|---|---|---|---|---|

**CARR,STEPHEN**
**REDACTED**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.451 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$793.44** | **$391.29** |
|---|---|---|---|---|

**CARRAWAY,CAROL A**
REDACTED

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.452 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,734.60** | **$855.42** |
|---|---|---|---|---|

**CARRIER,SARA A**
REDACTED

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.453 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$308.56** | **$152.17** |
|---|---|---|---|---|

**CARTER,ANTOINE D**
REDACTED

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.454 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$272.65** | **$134.46** |
|---|---|---|---|---|

**CARTER,ANWAR**
REDACTED

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.455 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$477.65** | **$235.55** |
|---|---|---|---|---|
| | **CARTER,STEVEN E** **REDACTED** | Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ■ No ☐ Yes | | |

| 2.456 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$716.48** | **$353.33** |
|---|---|---|---|---|
| | **CARTER,STEVEN E** **REDACTED** | Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ■ No ☐ Yes | | |

| 2.457 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,972.93** | **$972.95** |
|---|---|---|---|---|
| | **CARTER,SUSAN M** **REDACTED** | Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ■ No ☐ Yes | | |

| 2.458 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,394.04** | **$687.47** |
|---|---|---|---|---|
| | **CARTIER,STEVEN P** **REDACTED** | Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ■ No ☐ Yes | | |

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

**2.459**

Priority creditor's name and mailing address
**CARVEY,LINDA J**
REDACTED

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$571.63**    **$281.90**

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.460**

Priority creditor's name and mailing address
**CARVEY,LINDA J**
REDACTED

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,714.88**    **$845.69**

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.461**

Priority creditor's name and mailing address
**CASE,MICHAEL F**
REDACTED

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$10,961.53**    **$5,405.69**

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.462**

Priority creditor's name and mailing address
**CASSEL,MARK A**
REDACTED

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$731.35**    **$360.67**

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.463 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$90.00** | **$44.38** |
|---|---|---|---|---|
| | **CASSEL,MARY J** | Check all that apply. | | |
| | **REDACTED** | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.464 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$576.00** | **$284.05** |
|---|---|---|---|---|
| | **CASTILLO,RODRIGO** | Check all that apply. | | |
| | **REDACTED** | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.465 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,058.40** | **$521.95** |
|---|---|---|---|---|
| | **CASTILLO,RODRIGO** | Check all that apply. | | |
| | **REDACTED** | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.466 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,912.88** | **$943.34** |
|---|---|---|---|---|
| | **CASTILLO,SAUL** | Check all that apply. | | |
| | **REDACTED** | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.467 | Priority creditor's name and mailing address<br>**CASTLE,ALYVIA S**<br>**REDACTED** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,346.15** | **$663.85** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.468 | Priority creditor's name and mailing address<br>**CASTLE,ALYVIA S**<br>**REDACTED** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,346.15** | **$663.85** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.469 | Priority creditor's name and mailing address<br>**CASTRO,EMMANUELLE C**<br>**REDACTED** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$180.00** | **$88.77** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.470 | Priority creditor's name and mailing address<br>**CATO,BRENDA D**<br>**REDACTED** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$2,213.87** | **$1,091.77** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
| --- | --- | --- | --- |
| | Name | | |

| 2.471 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $886.80 | $437.33 |
| --- | --- | --- | --- | --- |

**CEBALT,TREVOR**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.472 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $180.00 | $88.77 |
| --- | --- | --- | --- | --- |

**CEKO,BEVERLY A**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.473 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $180.00 | $88.77 |
| --- | --- | --- | --- | --- |

**CELO,BELUL**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.474 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $75.85 | $75.85 |
| --- | --- | --- | --- | --- |

**CENTURYLINK**
**P.O. BOX 4300**
**CAROL STREAM, IL 60197-4300**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**POST-PETITION ADMINISTRATIVE CLAIM**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | **Art Van Furniture, LLC** | | Case number (if known) | **20-10553** |
|---|---|---|---|---|
| | Name | | | |

---

**2.475** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$456.00** | **$224.88**

**CERNUDA,SHARRY**
**REDACTED**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**2.476** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$138.74** | **$138.74**

**CH ROBINSON WORLDWIDE INC.**
**PO BOX 9121**
**MINNEAPOLIS, MN 55480-9121**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**POST-PETITION ADMINISTRATIVE CLAIM**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**2.477** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$175.72** | **$86.66**

**CHAFFEE,AMY K**
**REDACTED**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**2.478** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$678.88** | **$334.79**

**CHAHIL,KENNETH**
**REDACTED**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|

Name

---

| 2.479 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,716.96** | **$846.72** |
|---|---|---|---|---|

**CHAIB,HAMZA**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.480 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,193.36** | **$588.51** |
|---|---|---|---|---|

**CHAMBERS,LETITIA D**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.481 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$826.62** | **$407.65** |
|---|---|---|---|---|

**CHANDLER,RACHEL**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.482 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,141.14** | **$1,549.06** |
|---|---|---|---|---|

**CHANDLER,RACHEL**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|--------|--------|--------|--------|
| | Name | | |

| 2.483 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,202.24** | **$1,086.04** |
|-------|--------|--------|--------|--------|
| | **CHANDLER,STEPHANI D**<br>REDACTED | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.484 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$14.21** | **$7.01** |
|-------|--------|--------|--------|--------|
| | **CHANGARIS,LORI M**<br>REDACTED | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.485 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$682.08** | **$336.37** |
|-------|--------|--------|--------|--------|
| | **CHANGARIS,LORI M**<br>REDACTED | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.486 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,510.08** | **$744.70** |
|-------|--------|--------|--------|--------|
| | **CHAPMAN,ELIJAH A**<br>REDACTED | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Art Van Furniture, LLC** | | Case number (if known) | **20-10553** |
|---|---|---|---|---|
| | Name | | | |

| 2.487 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $749.08 | $369.41 |
|---|---|---|---|---|

**CHAPMAN,JAMIE M**
**REDACTED**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.488 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,097.44 | $1,034.35 |
|---|---|---|---|---|

**CHAPMAN,JAMIE M**
**REDACTED**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.489 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,044.56 | $515.13 |
|---|---|---|---|---|

**CHAPP,JEFFREY S**
**REDACTED**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.490 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,479.16 | $1,222.60 |
|---|---|---|---|---|

**CHAPPELL,LANA**
**REDACTED**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|--------|----------------------------|------------------------|--------------|
|        | Name                       |                        |              |

| 2.491 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$720.00** | **$355.07** |
|-------|---|---|---|---|
| | **CHARBENEAU,CHAYSE**<br>REDACTED | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

| 2.492 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$15,734.16** | **$7,759.31** |
|-------|---|---|---|---|
| | **CHARLES,DIANE M**<br>REDACTED | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

| 2.493 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$833.75** | **$411.16** |
|-------|---|---|---|---|
| | **CHARLEY,KEVIN E**<br>REDACTED | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

| 2.494 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$2,640.19** | **$1,302.01** |
|-------|---|---|---|---|
| | **CHARLEY,KEVIN E**<br>REDACTED | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

| Debtor | **Art Van Furniture, LLC** | | Case number (if known) | **20-10553** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.495 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,784.71 | $880.13 |
|---|---|---|---|---|

**CHARLIER,PATRICIA A**
REDACTED

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.496 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $10,673.08 | $5,263.44 |
|---|---|---|---|---|

**CHARRON,DOUGLAS**
REDACTED

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.497 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,200.80 | $592.18 |
|---|---|---|---|---|

**CHARTRAND,RYAN J**
REDACTED

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.498 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,404.77 | $1,185.91 |
|---|---|---|---|---|

**CHASE,BENJAMIN A**
REDACTED

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.499 | Priority creditor's name and mailing address<br>**CHERGET,ERIC R**<br>**REDACTED** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$7,026.91** | **$3,465.33** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.500 | Priority creditor's name and mailing address<br>**CHESEBRO JR,NILES G**<br>**REDACTED** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$925.68** | **$456.50** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.501 | Priority creditor's name and mailing address<br>**CHIDIAC,MIMMA**<br>**REDACTED** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,062.92** | **$524.18** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.502 | Priority creditor's name and mailing address<br>**CHISHOLM,ALEXANDRA M**<br>**REDACTED** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$2,147.11** | **$1,058.85** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Art Van Furniture, LLC** | | Case number (if known) | **20-10553** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.503 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,030.43** | **$508.16** |
|---|---|---|---|---|

**CHISHOLM,GARY M**
**REDACTED**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Wages, accrued vacation and PTO** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.504 | Priority creditor's name and mailing address | | **$2,576.08** | **$1,270.40** |
|---|---|---|---|---|

**CHISHOLM,GARY M**
**REDACTED**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Wages, accrued vacation and PTO** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.505 | Priority creditor's name and mailing address | | **$866.72** | **$427.42** |
|---|---|---|---|---|

**CHISHOLM,WILLIAM**
**REDACTED**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Wages, accrued vacation and PTO** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.506 | Priority creditor's name and mailing address | | **$503.44** | **$248.27** |
|---|---|---|---|---|

**CHISOLM,JAYQUAN**
**REDACTED**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Wages, accrued vacation and PTO** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

**2.507** | Priority creditor's name and mailing address
**CHOLGER,JOSHUA D**
REDACTED

As of the petition filing date, the claim is: **$398.53**   **$196.54**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.508** | Priority creditor's name and mailing address
**CHRISTIAN,DAVID P**
REDACTED

As of the petition filing date, the claim is: **$240.00**   **$118.36**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.509** | Priority creditor's name and mailing address
**CHRISTIAN,KATY L**
REDACTED

As of the petition filing date, the claim is: **$3,400.25**   **$1,676.84**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.510** | Priority creditor's name and mailing address
**CHRISTOPHER,CARLA**
REDACTED

As of the petition filing date, the claim is: **$2,410.70**   **$1,188.84**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.511 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $247.26 | $121.94 |
|---|---|---|---|---|

**CHRISTOSON,TREVOR B**
**REDACTED**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.512 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $925.68 | $456.50 |
|---|---|---|---|---|

**CIANCIO,DEBORAH A**
**REDACTED**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.513 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $384.88 | $189.80 |
|---|---|---|---|---|

**CICHECKI,RONALD G**
**REDACTED**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.514 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,252.03 | $1,110.59 |
|---|---|---|---|---|

**CIESLINSKI,LORETA**
**REDACTED**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

**2.515** Priority creditor's name and mailing address

**CISLER,RICHARD T**
**REDACTED**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$261.00    $128.71

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.516** Priority creditor's name and mailing address

**CISNE,LUIGI**
**REDACTED**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$498.66    $245.91

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.517** Priority creditor's name and mailing address

**CITIZENS INSURANCE - WILLIS**
**TOWER WATSON**
**26555 EVERGREEN RD, STE 1530**
**SOUTHFIELD, MI 48076**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$3,597.00    $3,597.00

Date or dates debt was incurred

Basis for the claim:
**POST-PETITION ADMINISTRATIVE CLAIM**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.518** Priority creditor's name and mailing address

**CITY OF ANN ARBOR DETROIT**
**DEPT# 77610**
**P.O. BOX 77000**
**DETROIT, MI 48277-0610**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$101.38    $101.38

Date or dates debt was incurred

Basis for the claim:
**POST-PETITION ADMINISTRATIVE CLAIM**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.519 | Priority creditor's name and mailing address<br>**CITY OF BATAVIA**<br>**100 N. ISLAND AVE.**<br>**BATAVIA, IL 60510** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,476.66** | **$1,476.66** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**POST-PETITION ADMINISTRATIVE CLAIM** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.520 | Priority creditor's name and mailing address<br>**City of Battle Creek - income tax**<br>**P.O. Box 1657**<br>**Battle Creek, MI 49016** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$3.38** | **$3.38** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Withholding Taxes** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.521 | Priority creditor's name and mailing address<br>**CITY OF BRIGHTON**<br>**200 N. FIRST ST.**<br>**BRIGHTON, MI 48116** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$43.00** | **$43.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**POST-PETITION ADMINISTRATIVE CLAIM** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.522 | Priority creditor's name and mailing address<br>**CITY OF COLUMBUS TREASURER**<br>**4252 GROVES RD.**<br>**COLUMBUS, OH 43232** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$216.83** | **$216.83** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**POST-PETITION ADMINISTRATIVE CLAIM** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Official Form 206 E/F   **Schedule E/F: Creditors Who Have Unsecured Claims**   **Page 131 of 925**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

| 2.523 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $171.14 | $171.14 |
|---|---|---|---|---|

**CITY OF DEARBORN - WATER
DEPT 3101
P.O. BOX 30516
LANSING, MI 48909-8016**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**POST-PETITION ADMINISTRATIVE CLAIM**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.524 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,012.43 | $1,012.43 |
|---|---|---|---|---|

**City of Detroit - income tax
PO Box 30812
Lansing, MI 48909**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Withholding Taxes
POST PETITION ADMIN CLAIM**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.525 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $112.06 | $112.06 |
|---|---|---|---|---|

**City of Flint - income tax
PO Box 529
Eaton Rapids, MI 48827-0529**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Withholding Taxes
POST PETITION ADMIN CLAIM**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.526 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $316.85 | $316.85 |
|---|---|---|---|---|

**City of Grand Rapids - income tax
PO Box 347
Grand Rapids, MI 49501**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Withholding Taxes**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

| 2.527 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5.45 | $5.45 |
|---|---|---|---|---|

**City of Jackson - income tax**
**161 W Michigan Ave**
**Jackson, MI 49201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Withholding Taxes**
**POST PETITION ADMIN CLAIM**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.528 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $62.94 | $62.94 |
|---|---|---|---|---|

**City of Lansing- income tax**
**124 W Michigan Ave**
**1st Floor**
**Lansing, MI 48933**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Withholding Taxes**
**POST PETITION ADMIN CLAIM**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.529 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.70 | $0.70 |
|---|---|---|---|---|

**City of Lapeer - income tax**
**576 Liberty Park**
**Lapeer, MI 48446**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Withholding Taxes**
**POST PETITION ADMIN CLAIM**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.530 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $65.11 | $65.11 |
|---|---|---|---|---|

**City of Muskegon- income tax**
**PO Box 29**
**Muskegon, MI 49443-0029**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Withholding Taxes**
**POST PETITION ADMIN CLAIM**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.531 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $38.16 | $38.16 |
|---|---|---|---|---|

**CITY OF O'FALLON**
**P.O. BOX 870643**
**KANSAS CITY, MO 64187-0643**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**POST-PETITION ADMINISTRATIVE CLAIM**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.532 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.73 | $0.73 |
|---|---|---|---|---|

**City of Pontiac- income tax**
**P.O. Box 530**
**Eaton Rapids, MI 48827-0530**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Withholding Taxes**
**POST PETITION ADMIN CLAIM**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.533 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1.56 | $1.56 |
|---|---|---|---|---|

**City of Port Huron - income tax**
**100 McMorran Blvd**
**Port Huron, MI 48060**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Withholding Taxes**
**POST PETITION ADMIN CLAIM**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.534 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $24.83 | $24.83 |
|---|---|---|---|---|

**CITY OF PORTAGE**
**7900 S WESTNEDGE AVE.**
**PORTAGE, MI 49002**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**POST-PETITION ADMINISTRATIVE CLAIM**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

**2.535** | Priority creditor's name and mailing address
**CITY OF ROYAL OAK**
**P.O. BOX 64**
**ROYAL OAK, MI 48068-0064**

As of the petition filing date, the claim is: **$48.75** **$48.75**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**POST-PETITION ADMINISTRATIVE CLAIM**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.536** | Priority creditor's name and mailing address
**City of Saginaw- income tax**
**1315 S Washington Ave**
**Saginaw, MI 48601**

As of the petition filing date, the claim is: **$280.30** **$280.30**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Withholding Taxes**
**POST PETITION ADMIN CLAIM**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.537** | Priority creditor's name and mailing address
**CITY OF SOUTHGATE WATER**
**14400 DIX TOLEDO ROAD**
**SOUTHGATE, MI 48195**

As of the petition filing date, the claim is: **$21.10** **$21.10**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**POST-PETITION ADMINISTRATIVE CLAIM**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.538** | Priority creditor's name and mailing address
**City of Springfield - income tax**
**601 Avenue A**
**Springfield, MI 49037-7774**

As of the petition filing date, the claim is: **$1.49** **$1.49**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Withholding Taxes**
**POST PETITION ADMIN CLAIM**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

**2.539** | Priority creditor's name and mailing address

**CITY OF TOLEDO-DEPARTMENT OF**
**PUBLIC UTILITIES**
**OHIO BUILDING**
**TOLEDO, OH 43699-0017**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$87.34** | **$87.34**

Date or dates debt was incurred

Basis for the claim:
**POST-PETITION ADMINISTRATIVE CLAIM**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

☑ No
☐ Yes

---

**2.540** | Priority creditor's name and mailing address

**City of Walker - income tax**
**PO Box 153**
**Grand Rapids, MI 49501-0153**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$19.92** | **$19.92**

Date or dates debt was incurred

Basis for the claim:
**Withholding Taxes**
**POST PETITION ADMIN CLAIM**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

☑ No
☐ Yes

---

**2.541** | Priority creditor's name and mailing address

**CITY OF WARREN, WATER DEPT**
**P.O. BOX 554765**
**DETROIT, MI 48255-4765**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$40.56** | **$40.56**

Date or dates debt was incurred

Basis for the claim:
**POST-PETITION ADMINISTRATIVE CLAIM**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

☑ No
☐ Yes

---

**2.542** | Priority creditor's name and mailing address

**CITY UTILITIES**
**P.O. BOX 4632**
**CAROL STREAM, IL 60197-4632**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$3.74** | **$3.74**

Date or dates debt was incurred

Basis for the claim:
**POST-PETITION ADMINISTRATIVE CLAIM**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

☑ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.543 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$476.80** | **$235.13** |
|---|---|---|---|---|

**CLANCY,BRANDON**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.544 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$307.50** | **$151.64** |
|---|---|---|---|---|

**CLARE,LAURENCE A**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.545 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,053.81** | **$519.69** |
|---|---|---|---|---|

**CLARFELT,JOSHUA A**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.546 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,185.95** | **$584.85** |
|---|---|---|---|---|

**CLARK,ASHLEY E**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|

Name

| 2.547 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$382.40** | **$188.58** |
|---|---|---|---|---|

**CLARK,BAILEY R**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.548 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,730.77** | **$853.53** |
|---|---|---|---|---|

**CLARK,BROCK**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.549 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$317.76** | **$156.70** |
|---|---|---|---|---|

**CLARK,CHRISTOPHER**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.550 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,429.92** | **$705.17** |
|---|---|---|---|---|

**CLARK,CHRISTOPHER**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

**2.551** | Priority creditor's name and mailing address
**CLARK,CHRISTOPHER S**
**REDACTED**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$861.54**    **$424.87**

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.552** | Priority creditor's name and mailing address
**CLARK,JENICA L**
**REDACTED**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$2,361.50**    **$1,164.58**

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.553** | Priority creditor's name and mailing address
**CLARK,JUSTIN**
**REDACTED**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,589.60**    **$1,589.60**

Date or dates debt was incurred

Basis for the claim:
**POST-PETITION NET COMMISSION -
ADMINISTRATIVE CLAIM**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.554** | Priority creditor's name and mailing address
**CLARK,JUSTIN K**
**REDACTED**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$360.00**    **$177.53**

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
| --- | --- | --- | --- |
| | Name | | |

| 2.555 | Priority creditor's name and mailing address<br>**CLARK,KELVIN H**<br>**REDACTED** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$567.90** | **$280.06** |
| --- | --- | --- | --- | --- |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.556 | Priority creditor's name and mailing address<br>**CLAY JR,HAROLD M**<br>**REDACTED** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$123.80** | **$61.05** |
| --- | --- | --- | --- | --- |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.557 | Priority creditor's name and mailing address<br>**CLAY,JACOB R**<br>**REDACTED** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$240.00** | **$118.36** |
| --- | --- | --- | --- | --- |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.558 | Priority creditor's name and mailing address<br>**CLAY,PARKER A**<br>**REDACTED** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$864.00** | **$426.08** |
| --- | --- | --- | --- | --- |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Art Van Furniture, LLC** | Case number *(if known)* | **20-10553** |
|---|---|---|---|
| | Name | | |

---

**2.559** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $310.28 | $310.28

**CLAYTON,SETH**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**POST-PETITION NET COMMISSION -**
**ADMINISTRATIVE CLAIM**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.560** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,100.40 | $542.66

**CLAYTON,SETH M**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.561** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $58.50 | $28.85

**CLEMENTE,MIRIAM**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.562** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $293.04 | $144.51

**CLIFFORD,PATRICIA A**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (*if known*) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

| 2.563 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $208.59 | $208.59 |

**CLINTON TOWNSHIP TREASURER**
**40700 ROMEO PLANK ROAD**
**CLINTON TWP., MI 48038**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**POST-PETITION ADMINISTRATIVE CLAIM**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.564 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $70.00 | $70.00 |

**CLOSS, DEVYN**
**REDACTED**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**POST-PETITION NET WAGES -**
**ADMINISTRATIVE CLAIM**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.565 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,906.64 | $940.26 |

**CLOSS,TREVOR T**
**REDACTED**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.566 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $256.40 | $256.40 |

**CLOUTHIER,SHANE**
**REDACTED**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**POST-PETITION NET COMMISSION -**
**ADMINISTRATIVE CLAIM**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.567 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,118.40** | **$551.54** |
|---|---|---|---|---|

**CLOUTHIER,SHANE**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.568 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$792.00** | **$390.58** |
|---|---|---|---|---|

**COCHRANE,MARYANN T**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.569 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$4,214.32** | **$2,078.29** |
|---|---|---|---|---|

**COCKERILL,JASON S**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.570 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$320.44** | **$158.03** |
|---|---|---|---|---|

**COFFEY JR,ROBERT M**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

| 2.571 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$180.00** | **$88.77** |
|---|---|---|---|---|

**COFFIE,ANGELA**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.572 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$516.00** | **$254.47** |
|---|---|---|---|---|

**COFFMAN,MARTIN B**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.573 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,095.76** | **$540.37** |
|---|---|---|---|---|

**COLANGELO,ASHLEY A**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.574 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$51,549.26** | **$51,549.26** |
|---|---|---|---|---|

**COLDWATER DEVELOPMENT**
**COMPANY, LLC**
**10689 N. PENNSYLVANIA STREET**
**SUITE 100**
**INDIANAPOLIS, IN 46280**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**POST-PETITION ADMINISTRATIVE CLAIM**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | | Case number (if known) | **20-10553** |
|---|---|---|---|---|
| | Name | | | |

---

**2.575** | Priority creditor's name and mailing address
**COLE,MARK**
**REDACTED**

As of the petition filing date, the claim is: | **$360.00** | **$177.53**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.576** | Priority creditor's name and mailing address
**COLE,PAUL D**
**REDACTED**

As of the petition filing date, the claim is: | **$1,144.19** | **$1,144.19**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**POST-PETITION NET COMMISSION -**
**ADMINISTRATIVE CLAIM**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.577** | Priority creditor's name and mailing address
**COLE,PAUL D**
**REDACTED**

As of the petition filing date, the claim is: | **$401.12** | **$197.81**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.578** | Priority creditor's name and mailing address
**COLEMAN,DANIEL J**
**REDACTED**

As of the petition filing date, the claim is: | **$958.80** | **$472.83**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

| 2.579 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$487.20** | **$240.26** |
|---|---|---|---|---|
| | **COLEMAN,TREVOR J**<br>**REDACTED** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.580 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,441.69** | **$710.97** |
|---|---|---|---|---|
| | **COLES,TYRIN T**<br>**REDACTED** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.581 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$176.31** | **$86.95** |
|---|---|---|---|---|
| | **COLINA,JOSE**<br>**REDACTED** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.582 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$170.62** | **$84.14** |
|---|---|---|---|---|
| | **COLINA,MICHAEL J**<br>**REDACTED** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

**2.583** | Priority creditor's name and mailing address
**COLLEY,BRENNEN J**
REDACTED

As of the petition filing date, the claim is: **$328.86** | **$162.18**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.584** | Priority creditor's name and mailing address
**COLLIER,SEAN A**
REDACTED

As of the petition filing date, the claim is: **$38.60** | **$19.04**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.585** | Priority creditor's name and mailing address
**COLLINS,MICHAEL E**
REDACTED

As of the petition filing date, the claim is: **$120.00** | **$59.18**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.586** | Priority creditor's name and mailing address
**COLOMBO,DEBRA L**
REDACTED

As of the petition filing date, the claim is: **$300.00** | **$147.95**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|

---

**2.587** | Priority creditor's name and mailing address
**COLON,CARLOS A**
**REDACTED**

Name

| As of the petition filing date, the claim is: | **$969.83** | **$478.27** |
|---|---|---|

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.588** | Priority creditor's name and mailing address
**COLUMBIA GAS OF OHIO**
**P.O. BOX 742510**
**CINCINNATI, OH 45274-2510**

| As of the petition filing date, the claim is: | **$2,790.69** | **$2,790.69** |
|---|---|---|

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**POST-PETITION ADMINISTRATIVE CLAIM**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.589** | Priority creditor's name and mailing address
**COMBS GERMANY,CLARISSA**
**REDACTED**

| As of the petition filing date, the claim is: | **$139.66** | **$68.87** |
|---|---|---|

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.590** | Priority creditor's name and mailing address
**COMCAST-PHILADELPHIA**
**P.O. BOX 70219**
**PHILADELPHIA, PA 19176-0219**

| As of the petition filing date, the claim is: | **$4,113.82** | **$4,113.82** |
|---|---|---|

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**POST-PETITION ADMINISTRATIVE CLAIM**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

**2.591** | Priority creditor's name and mailing address

**COMEAU,CODY N**
**REDACTED**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$5.13**   **$2.53**

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.592** | Priority creditor's name and mailing address

**COMED**
**P.O. BOX 6111**
**CAROL STREAM, IL 60197-6111**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$14,772.73**   **$14,772.73**

Date or dates debt was incurred

Basis for the claim:
**POST-PETITION ADMINISTRATIVE CLAIM**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.593** | Priority creditor's name and mailing address

**CONGDON,AMBER**
**REDACTED**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$108.00**   **$53.26**

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.594** | Priority creditor's name and mailing address

**CONLEY,MIKE A**
**REDACTED**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$2,532.00**   **$1,248.66**

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.595 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **$925.68** | **$456.50** |
|---|---|---|---|---|---|
| | **CONLEY,ZEBULON L** <br> **REDACTED** | Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | | | |
| | Date or dates debt was incurred | Basis for the claim: <br> **Wages, accrued vacation and PTO** | | | |
| | Last 4 digits of account number <br> Specify Code subsection of PRIORITY <br> unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? <br> ■ No <br> ☐ Yes | | | |

| 2.596 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **$272.65** | **$134.46** |
|---|---|---|---|---|---|
| | **CONLON,JACOB A** <br> **REDACTED** | Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | | | |
| | Date or dates debt was incurred | Basis for the claim: <br> **Wages, accrued vacation and PTO** | | | |
| | Last 4 digits of account number <br> Specify Code subsection of PRIORITY <br> unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? <br> ■ No <br> ☐ Yes | | | |

| 2.597 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **$585.58** | **$288.78** |
|---|---|---|---|---|---|
| | **CONNELLY,DAVID T** <br> **REDACTED** | Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | | | |
| | Date or dates debt was incurred | Basis for the claim: <br> **Wages, accrued vacation and PTO** | | | |
| | Last 4 digits of account number <br> Specify Code subsection of PRIORITY <br> unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? <br> ■ No <br> ☐ Yes | | | |

| 2.598 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **$5,017.28** | **$2,474.28** |
|---|---|---|---|---|---|
| | **CONNOLLY,THOMAS P** <br> **REDACTED** | Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | | | |
| | Date or dates debt was incurred | Basis for the claim: <br> **Wages, accrued vacation and PTO** | | | |
| | Last 4 digits of account number <br> Specify Code subsection of PRIORITY <br> unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? <br> ■ No <br> ☐ Yes | | | |

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.599 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$330.00** | **$162.74** |
|---|---|---|---|---|

**2.599**

Priority creditor's name and mailing address

**CONNOR,SANDRA**
**REDACTED**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$330.00    $162.74

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.600**

Priority creditor's name and mailing address

**CONSTANTINE,CHRISTINE**
**REDACTED**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$720.00    $355.07

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.601**

Priority creditor's name and mailing address

**CONSUMERS ENERGY**
**P.O. BOX 740309**
**CINCINNATI, OH 45274-0309**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$48,926.84    $48,926.84

Date or dates debt was incurred

Basis for the claim:
**POST-PETITION ADMINISTRATIVE CLAIM**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.602**

Priority creditor's name and mailing address

**COOK,CHRISTOPHER E**
**REDACTED**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,760.67    $868.28

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | | Case number (if known) | **20-10553** |
|---|---|---|---|---|
| | Name | | | |

| 2.603 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $115.62 | $57.02 |
|---|---|---|---|---|

**COOK,HARLIS R**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.604 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,228.60 | $1,592.19 |
|---|---|---|---|---|

**COOK,PAUL A**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.605 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,650.88 | $1,800.43 |
|---|---|---|---|---|

**COOK,SHARON**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.606 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $909.41 | $448.48 |
|---|---|---|---|---|

**COOPER,CLARENCE C**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Art Van Furniture, LLC** | | Case number (if known) | **20-10553** |
|---|---|---|---|---|
| | Name | | | |

---

**2.607** | Priority creditor's name and mailing address
**COOPER,SHANNAN E**
REDACTED

As of the petition filing date, the claim is: **$960.80** **$473.82**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.608** | Priority creditor's name and mailing address
**COOPERSMITH,KATHRYN**
REDACTED

As of the petition filing date, the claim is: **$786.91** **$388.07**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.609** | Priority creditor's name and mailing address
**CORONADO,STEVEN K**
REDACTED

As of the petition filing date, the claim is: **$2,035.00** **$1,003.56**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.610** | Priority creditor's name and mailing address
**CORTES,JUAN G**
REDACTED

As of the petition filing date, the claim is: **$2,194.56** **$1,082.25**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | | Case number (if known) | **20-10553** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.611 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $97.44 | $48.05 |
|---|---|---|---|---|

**COSTA,NATHAN**
**REDACTED**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Wages, accrued vacation and PTO** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.612 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $288.00 | $142.03 |
|---|---|---|---|---|

**COSTANZA,LUKE R**
**REDACTED**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Wages, accrued vacation and PTO** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.613 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,432.16 | $1,692.57 |
|---|---|---|---|---|

**COTTON,STEVEN J**
**REDACTED**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Wages, accrued vacation and PTO** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.614 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,046.00 | $515.84 |
|---|---|---|---|---|

**COTTON-FLOYD,BRANDON D**
**REDACTED**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Wages, accrued vacation and PTO** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

**2.615** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$326.83** | **$161.18**
**COUCH,SHALONDA**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.616** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,053.48** | **$519.52**
**COUGHLIN,EDWARD**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.617** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$240.00** | **$118.36**
**COULSON,SARAH**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.618** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$264.00** | **$130.19**
**COULTER,IAN W**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

**2.619** | Priority creditor's name and mailing address
**COULTER,WILLIAM G**
**REDACTED**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$231.26    $114.05

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.620** | Priority creditor's name and mailing address
**COUMANS,PATRICIA J**
**REDACTED**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$517.84    $255.37

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.621** | Priority creditor's name and mailing address
**COUMANS,PATRICIA J**
**REDACTED**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$932.12    $459.68

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.622** | Priority creditor's name and mailing address
**COWANS,WINSTON T**
**REDACTED**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$752.88    $371.28

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

**2.623** | Priority creditor's name and mailing address
**COX,CHRISTINE A**
REDACTED

As of the petition filing date, the claim is: | **$320.00** | **$157.81**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.624** | Priority creditor's name and mailing address
**COYNE JR,MARTIN**
REDACTED

As of the petition filing date, the claim is: | **$7,717.01** | **$3,805.65**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.625** | Priority creditor's name and mailing address
**CRACHIOLA,ANTHONY**
REDACTED

As of the petition filing date, the claim is: | **$518.50** | **$255.70**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.626** | Priority creditor's name and mailing address
**CRAFT,NOLAN H**
REDACTED

As of the petition filing date, the claim is: | **$462.51** | **$228.09**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|--------|---------------------------|------------------------|--------------|
|        | Name |  |  |

---

| 2.627 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,487.18 | $733.40 |
|-------|---------------------------------------------|-----------------------------------------------|-----------|---------|

**CRANDALL,DONATHAN T**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.628 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $567.28 | $279.75 |
|-------|---------------------------------------------|-----------------------------------------------|---------|---------|

**CRAWFORD,DANIEL**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.629 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,762.76 | $1,362.46 |
|-------|---------------------------------------------|-----------------------------------------------|-----------|-----------|

**CRAWFORD,MELODY**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.630 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $750.00 | $369.86 |
|-------|---------------------------------------------|-----------------------------------------------|---------|---------|

**CRILL JR,ALAN B**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
| | Name | | |

---

| 2.631 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $272.65 | $134.46 |
| | **CROSKEY,PATRICIA ANNE A** | Check all that apply. | | |
| | **REDACTED** | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY | ■ No | | |
| | unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ Yes | | |

---

| 2.632 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $974.40 | $480.53 |
| | **CROSS,MEGAN** | Check all that apply. | | |
| | **REDACTED** | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY | ■ No | | |
| | unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ Yes | | |

---

| 2.633 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $124.04 | $124.04 |
| | **CROWN EQUIPMENT** | Check all that apply. | | |
| | **CORPORATION** | ☐ Contingent | | |
| | **PO BOX 641173** | ☐ Unliquidated | | |
| | **CINCINNATI, OH 45264-1173** | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **POST-PETITION ADMINISTRATIVE CLAIM** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY | ■ No | | |
| | unsecured claim: 11 U.S.C. § 507(a) (8) | ☐ Yes | | |

---

| 2.634 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $429.42 | $211.77 |
| | **CROWTHER,NATHANIEL** | Check all that apply. | | |
| | **REDACTED** | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY | ■ No | | |
| | unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ Yes | | |

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.635 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,882.32** | **$928.27** |
|---|---|---|---|---|

**CRUMLEY,MICHAEL**
**REDACTED**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 2.636 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$341.04** | **$168.18** |
|---|---|---|---|---|

**CRUMP,HOBART F**
**REDACTED**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 2.637 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$568.40** | **$280.31** |
|---|---|---|---|---|

**CRUMP,HOBART F**
**REDACTED**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 2.638 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$454.42** | **$224.10** |
|---|---|---|---|---|

**CRUZ,SANDRA**
**REDACTED**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

| 2.639 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$545.30** | **$268.92** |
|---|---|---|---|---|

**CRUZ,SANDRA**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.640 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$742.32** | **$366.08** |
|---|---|---|---|---|

**CUMMINGS,CHADWICK A**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.641 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$282.00** | **$139.07** |
|---|---|---|---|---|

**CUMMINGS,LEXII**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.642 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$456.00** | **$224.88** |
|---|---|---|---|---|

**CUNNINGHAM,MILFORD W**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number *(if known)* | **20-10553** |
|--------|----------------------------|--------------------------|--------------|
| | Name | | |

---

**2.643** | Priority creditor's name and mailing address
**CURLEY,KRISTEEN J**
**REDACTED**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,175.44    $1,072.82

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.644** | Priority creditor's name and mailing address
**CURMI,JOSEPH A**
**REDACTED**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,738.71    $857.45

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.645** | Priority creditor's name and mailing address
**CURRAN,REBEKAH A**
**REDACTED**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$180.00    $88.77

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.646** | Priority creditor's name and mailing address
**CURREY,SHAWN J**
**REDACTED**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$4,265.60    $2,103.58

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

| 2.647 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,483.36** | **$731.52** |
|---|---|---|---|---|

**CURRIE,CLINTON J**
**REDACTED**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.648 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$613.20** | **$302.40** |
|---|---|---|---|---|

**CURRY,BRIANNA S**
**REDACTED**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.649 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$240.00** | **$118.36** |
|---|---|---|---|---|

**CURTIN,DANIEL M**
**REDACTED**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.650 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$437.25** | **$215.63** |
|---|---|---|---|---|

**CURTIS,AMANDA R**
**REDACTED**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.651 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,220.34 | $601.81 |
|---|---|---|---|---|

**CURTIS,CHRIS**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.652 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,069.60 | $2,993.23 |
|---|---|---|---|---|

**CURTIS,JON W**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.653 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $915.24 | $915.24 |
|---|---|---|---|---|

**CURTIS,ZACHERY**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**POST-PETITION NET COMMISSION -**
**ADMINISTRATIVE CLAIM**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.654 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,198.40 | $590.99 |
|---|---|---|---|---|

**CURTIS,ZACHERY**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | | Case number (if known) | **20-10553** |
|---|---|---|---|---|
| | Name | | | |

**2.655**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | $2,309,629.01 | $2,309,629.01 |
|---|---|---|---|---|

**Customer Deposits**

Check all that apply:
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Post-Petition Furniture Deposits ADMINISTRATIVE CLAIM**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

- ☑ No
- ☐ Yes

---

**2.656**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | $6,841,533.10 | $6,141,015.44 |
|---|---|---|---|---|

**Customer Deposits**

Check all that apply:
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Pre-Petition Furniture Deposits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

- ☑ No
- ☐ Yes

---

**2.657**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | $135.00 | $66.58 |
|---|---|---|---|---|

**CYBULSKI,PATRICIA J**
**REDACTED**

Check all that apply:
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

- ☑ No
- ☐ Yes

---

**2.658**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | $598.56 | $295.18 |
|---|---|---|---|---|

**CZARNIOWSKI,JACOB J**
**REDACTED**

Check all that apply:
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

- ☑ No
- ☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| | | | | |
|---|---|---|---|---|
| 2.659 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$944.06** | **$465.56** |
| | **D'ANGELO,MARIANO D** | Check all that apply. | | |
| | **REDACTED** | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.660 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$300.00** | **$147.95** |
| | **DABISH,KHALED N** | Check all that apply. | | |
| | **REDACTED** | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.661 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$8,653.84** | **$4,267.65** |
| | **DADY,MICHAEL J** | Check all that apply. | | |
| | **REDACTED** | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.662 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,061.20** | **$523.33** |
| | **DAIEK,ASHLEE M** | Check all that apply. | | |
| | **REDACTED** | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|

Name

---

**2.663** | Priority creditor's name and mailing address
**DAKE,DAVID N**
**REDACTED**

As of the petition filing date, the claim is:        **$5,936.48**    **$2,927.58**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.664** | Priority creditor's name and mailing address
**DAKE,RICHARD W**
**REDACTED**

As of the petition filing date, the claim is:        **$1,076.92**    **$531.08**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.665** | Priority creditor's name and mailing address
**DAKE,RICHARD W**
**REDACTED**

As of the petition filing date, the claim is:        **$2,692.31**    **$1,327.71**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.666** | Priority creditor's name and mailing address
**DALGLEISH,REBECCA L**
**REDACTED**

As of the petition filing date, the claim is:        **$508.08**    **$250.56**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.667 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$16,923.07** | **$8,345.62** |
|---|---|---|---|---|

**DAMIANI,MATTHEW E**
REDACTED

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.668 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$66.04** | **$66.04** |
|---|---|---|---|---|

**DANIEL, MICHELLE**
REDACTED

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**POST-PETITION NET WAGES -
ADMINISTRATIVE CLAIM**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.669 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$629.30** | **$310.34** |
|---|---|---|---|---|

**DANIEL,DAVID E**
REDACTED

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.670 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$34.20** | **$16.87** |
|---|---|---|---|---|

**DANIEL,MICHELLE**
REDACTED

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| | | | | |
|---|---|---|---|---|
| 2.671 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,822.34** | **$1,391.84** |
| | **DANIEL,THOMAS J** | Check all that apply. | | |
| | REDACTED | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY | ■ No | | |
| | unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.672 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,074.46** | **$1,516.17** |
| | **DANNER,SCOTT A** | Check all that apply. | | |
| | REDACTED | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY | ■ No | | |
| | unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.673 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,196.00** | **$1,082.96** |
| | **DARNELL,JOSHUA R** | Check all that apply. | | |
| | REDACTED | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY | ■ No | | |
| | unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.674 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,444.33** | **$1,698.57** |
| | **DARNELL,MICHAEL T** | Check all that apply. | | |
| | REDACTED | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY | ■ No | | |
| | unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ Yes | | |

| Debtor | **Art Van Furniture, LLC** | | Case number (if known) | **20-10553** |
|---|---|---|---|---|

Name

| 2.675 | Priority creditor's name and mailing address<br>**DARNELL-BOYD,DARION**<br>**REDACTED** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$640.00** | **$315.62** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.676 | Priority creditor's name and mailing address<br>**DARYOUSEF,GARO**<br>**REDACTED** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$576.00** | **$284.05** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.677 | Priority creditor's name and mailing address<br>**DAUM,GERALD O**<br>**REDACTED** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$2,434.35** | **$1,200.50** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.678 | Priority creditor's name and mailing address<br>**DAVID, MIGUEL ANTONIO**<br>**REDACTED** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$284.98** | **$284.98** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**POST-PETITION NET WAGES -**<br>**ADMINISTRATIVE CLAIM** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

| 2.679 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$300.00** | **$147.95** |
|---|---|---|---|---|

**DAVID,BENJAMIN J**
**REDACTED**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 2.680 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,773.55** | **$1,860.93** |
|---|---|---|---|---|

**DAVID,JAN**
**REDACTED**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 2.681 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,994.86** | **$983.77** |
|---|---|---|---|---|

**DAVID,MIGUEL ANTONIO Q**
**REDACTED**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 2.682 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$619.84** | **$305.67** |
|---|---|---|---|---|

**DAVIDSON,JAMES D**
**REDACTED**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

| 2.683 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,817.69** | **$1,389.55** |
|---|---|---|---|---|

**DAVIDSON,JYOTHI L**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.684 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,708.49** | **$842.54** |
|---|---|---|---|---|

**DAVILA,EDMOND**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.685 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$341.04** | **$168.18** |
|---|---|---|---|---|

**DAVIS JR.,DENNIS L**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.686 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$4,973.49** | **$2,452.68** |
|---|---|---|---|---|

**DAVIS,ALETA M**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.687 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$304.00** | **$149.92** |
|---|---|---|---|---|

**DAVIS,ANTHONE D**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.688 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$313.92** | **$154.81** |
|---|---|---|---|---|

**DAVIS,BRADLEY A**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.689 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,715.97** | **$846.23** |
|---|---|---|---|---|

**DAVIS,DENNIS L**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.690 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$97.44** | **$48.05** |
|---|---|---|---|---|

**DAVIS,ELIZABETH**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | | Case number (if known) | **20-10553** |
| --- | --- | --- | --- | --- |
| | Name | | | |

| 2.691 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $487.20 | $240.26 |
| --- | --- | --- | --- | --- |

**DAVIS,ELIZABETH**
**REDACTED**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.692 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,509.00 | $744.16 |
| --- | --- | --- | --- | --- |

**DAVIS,GRETA L**
**REDACTED**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.693 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $756.60 | $373.12 |
| --- | --- | --- | --- | --- |

**DAVIS,PAUL T**
**REDACTED**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.694 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $334.00 | $164.71 |
| --- | --- | --- | --- | --- |

**DAVIS,ROBYN**
**REDACTED**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

**2.695** | Priority creditor's name and mailing address
**DAVIS,RONNIE C**
**REDACTED**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$2,750.52**   **$1,356.42**

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.696** | Priority creditor's name and mailing address
**DAVIS,VICTOR**
**REDACTED**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$941.76**   **$464.43**

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.697** | Priority creditor's name and mailing address
**DAVIS,WILLIAM M**
**REDACTED**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$163.13**   **$80.45**

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.698** | Priority creditor's name and mailing address
**DAWDY,COLTON J**
**REDACTED**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$379.61**   **$187.20**

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

| 2.699 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,759.68** | **$1,854.09** |
|---|---|---|---|---|

**DAWOOD,LAMIA G**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.700 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$240.00** | **$118.36** |
|---|---|---|---|---|

**DAWOOD,STEVE**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.701 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$41.19** | **$41.19** |
|---|---|---|---|---|

**DAYE,LAWRENCE**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**POST-PETITION NET COMMISSION -**
**ADMINISTRATIVE CLAIM**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.702 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$180.00** | **$88.77** |
|---|---|---|---|---|

**DAYE,LAWRENCE P**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

| 2.703 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $94,117.47 | $94,117.47 |
|---|---|---|---|---|

**DBD AVF LLC**
**C/O FORTRESS CREDIT**
**ADVISORS**
**32711 COLLECTION CENTER**
**DRIVE**
**CHICAGO, IL 60693-0327**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**POST-PETITION ADMINISTRATIVE CLAIM**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

☑ No
☐ Yes

---

| 2.704 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $20,296.87 | $20,296.87 |
|---|---|---|---|---|

**DBD AVF LLC**
**C/O FORTRESS CREDIT**
**ADVISORS**
**32711 COLLECTION CENTER**
**DRIVE**
**CHICAGO, IL 60693-0327**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**POST-PETITION ADMINISTRATIVE CLAIM**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

☑ No
☐ Yes

---

| 2.705 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $451.00 | $222.41 |
|---|---|---|---|---|

**DE HERNANDEZ,BERTHA**
**REDACTED**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.706 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $672.14 | $331.47 |
|---|---|---|---|---|

**DEAN,CHARLES**
**REDACTED**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.707 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,016.43** | **$994.40** |
|---|---|---|---|---|

**DEAN,CHARLES**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.708 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,562.14** | **$770.37** |
|---|---|---|---|---|

**DEAN,MICHAEL A**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.709 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,675.06** | **$1,319.21** |
|---|---|---|---|---|

**DEBRUNNER,AMY A**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.710 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$255.78** | **$126.14** |
|---|---|---|---|---|

**DEFOUR,SARAH A**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.711 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$4,453.20** | **$2,196.10** |
|---|---|---|---|---|
| | **DEFRANCESCO,HUGH B** | Check all that apply. | | |
| | **REDACTED** | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY | ■ No | | |
| | unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ Yes | | |

| 2.712 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$197.92** | **$97.60** |
|---|---|---|---|---|
| | **DEHAYES,LEE** | Check all that apply. | | |
| | **REDACTED** | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY | ■ No | | |
| | unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ Yes | | |

| 2.713 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,009.76** | **$1,484.27** |
|---|---|---|---|---|
| | **DELANEY,BRIAN** | Check all that apply. | | |
| | **REDACTED** | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY | ■ No | | |
| | unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ Yes | | |

| 2.714 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,136.00** | **$1,053.37** |
|---|---|---|---|---|
| | **DELANEY,SHAWN P** | Check all that apply. | | |
| | **REDACTED** | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY | ■ No | | |
| | unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ Yes | | |

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.715 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,822.13** | **$898.58** |
|---|---|---|---|---|
| | **DELISLE,MICHAEL**<br>REDACTED | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.716 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$896.00** | **$441.86** |
|---|---|---|---|---|
| | **DELMARTO,JOHN D**<br>REDACTED | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.717 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$98.41** | **$98.41** |
|---|---|---|---|---|
| | **DELTA CHARTER TWP**<br>**7710 W SAGINAW HWY**<br>**LANSING, MI 48917** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**POST-PETITION ADMINISTRATIVE CLAIM** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.718 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$14,042.72** | **$14,042.72** |
|---|---|---|---|---|
| | **DELTA DENTAL**<br>**16082 COLLECTION CENTER**<br>**DRIVE**<br>**CHICAGO, IL 60693** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**POST-PETITION ADMINISTRATIVE CLAIM** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.719 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $138.04 | $68.07 |
|---|---|---|---|---|

**DEMAGGIO-FOSTER,CAITLYNN**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.720 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,534.96 | $1,250.12 |
|---|---|---|---|---|

**DEMING,LAURA L**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.721 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,984.06 | $978.44 |
|---|---|---|---|---|

**DENBO,TIFFANY M**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.722 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $227.36 | $112.12 |
|---|---|---|---|---|

**DENDA,MATTHEW A**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.723 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,730.76** | **$853.53** |
|---|---|---|---|---|

**DENINGTON,BRAD P**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.724 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$929.40** | **$458.33** |
|---|---|---|---|---|

**DENNIS,JAMES R**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.725 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$535.20** | **$535.20** |
|---|---|---|---|---|

**Department of Treasury**
**Internal Revenue Service**
**KANSAS CITY, MO 64999-0006**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**FUTA unemployment**
**POST PETITION ADMIN CLAIM**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.726 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$360.00** | **$177.53** |
|---|---|---|---|---|

**DEPTULA,APRIL**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.727 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $362.80 | $178.92 |
|---|---|---|---|---|

**DEPTULA,APRIL**
**REDACTED**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.728 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,963.45 | $1,461.43 |
|---|---|---|---|---|

**DETKOWSKI,NORA**
**REDACTED**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.729 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $321.75 | $158.67 |
|---|---|---|---|---|

**DETKOWSKI,SARAH**
**REDACTED**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.730 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $702.32 | $346.35 |
|---|---|---|---|---|

**DEVANEY,TERRENCE M**
**REDACTED**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.731 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,755.80** | **$865.87** |
|---|---|---|---|---|

**DEVANEY,TERRENCE M**
REDACTED

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Wages, accrued vacation and PTO** |

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.732 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,519.93** | **$1,242.71** |
|---|---|---|---|---|

**DEVIER,VIRGINIA**
REDACTED

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Wages, accrued vacation and PTO** |

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.733 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$84.48** | **$41.66** |
|---|---|---|---|---|

**DEWANDELER,CHRISTOPHER G**
REDACTED

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Wages, accrued vacation and PTO** |

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.734 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$316.68** | **$156.17** |
|---|---|---|---|---|

**DEWBERRY,TIMOTHY T**
REDACTED

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Wages, accrued vacation and PTO** |

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
| --- | --- | --- | --- |
| | Name | | |

---

| 2.735 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$922.00** | **$454.68** |
| --- | --- | --- | --- | --- |
| | **DEWITT,DAVID M** | *Check all that apply.* | | |
| | **REDACTED** | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

---

| 2.736 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,581.60** | **$1,273.12** |
| --- | --- | --- | --- | --- |
| | **DEWITT,DAVID M** | *Check all that apply.* | | |
| | **REDACTED** | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

---

| 2.737 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$42.63** | **$21.02** |
| --- | --- | --- | --- | --- |
| | **DIAZ,KAYLA R** | *Check all that apply.* | | |
| | **REDACTED** | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

---

| 2.738 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$468.46** | **$231.02** |
| --- | --- | --- | --- | --- |
| | **DIAZ,MONICA A** | *Check all that apply.* | | |
| | **REDACTED** | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

**2.739** | Priority creditor's name and mailing address
**DICKEY,SHARON E**
REDACTED

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,141.88** | **$563.12**

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.740** | Priority creditor's name and mailing address
**DICKINSON,MATTHEW T**
REDACTED

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$240.00** | **$118.36**

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.741** | Priority creditor's name and mailing address
**DIEHL,LAURIE C**
REDACTED

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$948.80** | **$467.90**

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.742** | Priority creditor's name and mailing address
**DIEHL,TERRI**
REDACTED

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$2,287.40** | **$1,128.03**

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| | | | | |
|---|---|---|---|---|
| 2.743 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$240.00** | **$118.36** |
| | **DIELMAN,ANTOINETTE** | Check all that apply. | | |
| | **REDACTED** | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No  ☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.744 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,157.56** | **$570.85** |
| | **DIENER,SHAYNE P** | Check all that apply. | | |
| | **REDACTED** | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No  ☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.745 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$8,403.17** | **$4,144.03** |
| | **DIERICKX,JAMES V** | Check all that apply. | | |
| | **REDACTED** | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No  ☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.746 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$8,615.38** | **$4,248.68** |
| | **DIETRICHSON,HEATHER L** | Check all that apply. | | |
| | **REDACTED** | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No  ☐ Yes | | |

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|--------|----------------------------|------------------------|--------------|
| | Name | | |

| 2.747 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $741.02 | $365.43 |
|-------|---|---|---|---|

**DIETZ,ELIZABETH R**
**REDACTED**

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.748 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,913.08 | $943.44 |
|-------|---|---|---|---|

**DIETZ,MICHAEL A**
**REDACTED**

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.749 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $3,467.95 | $1,710.22 |
|-------|---|---|---|---|

**DIFRONZO,MATTHEW**
**REDACTED**

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.750 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,601.81 | $789.93 |
|-------|---|---|---|---|

**DIKOWSKI,JOSEPH J**
**REDACTED**

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.751 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $180.00 | $88.77 |
|---|---|---|---|---|

**DILLABOUGH,TONY R**
**REDACTED**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.752 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,492.64 | $1,229.25 |
|---|---|---|---|---|

**DILLARD,JEROME**
**REDACTED**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.753 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $56.15 | $56.15 |
|---|---|---|---|---|

**DILTS,ANDREW**
**REDACTED**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**POST-PETITION NET COMMISSION -**
**ADMINISTRATIVE CLAIM**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.754 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $384.00 | $189.37 |
|---|---|---|---|---|

**DILTS,ANDREW E**
**REDACTED**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
| --- | --- | --- | --- |
| | Name | | |

---

| 2.755 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $455.60 | $224.68 |
| --- | --- | --- | --- | --- |

**DILTS,ANDREW E**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (**4**)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.756 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $557.85 | $275.10 |
| --- | --- | --- | --- | --- |

**DIMITRI,SUZANNE**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (**4**)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.757 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $416.68 | $416.68 |
| --- | --- | --- | --- | --- |

**DIRECTV**
**P.O. BOX 5006**
**CAROL STREAM, IL 60197-5006**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**POST-PETITION ADMINISTRATIVE CLAIM**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (**8**)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.758 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $9,777.55 | $9,777.55 |
| --- | --- | --- | --- | --- |

**DISCOVER**
**PO BOX 498181**
**CINCINNATI, OH 45249-8181**

Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed

Date or dates debt was incurred

Basis for the claim:
**POST-PETITION ADMINISTRATIVE CLAIM**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (**8**)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.759 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $24.00 | $11.84 |
|---|---|---|---|---|

**DISMUKE,DOMINIQUE**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.760 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $240.00 | $118.36 |
|---|---|---|---|---|

**DIXON,DIONTE D**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.761 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $790.60 | $389.88 |
|---|---|---|---|---|

**DIXON,ROBIN M**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.762 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $127.50 | $62.88 |
|---|---|---|---|---|

**DO,THANH N**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | | Case number (if known) | **20-10553** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.763 | Priority creditor's name and mailing address<br>**DOBBINS,KEVIN D**<br>**REDACTED** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$114.24** | **$56.34** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.764 | Priority creditor's name and mailing address<br>**DOBBINS,KEVIN D**<br>**REDACTED** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$228.48** | **$112.68** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.765 | Priority creditor's name and mailing address<br>**DODOS,CHRISTOPHER P**<br>**REDACTED** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$7,307.68** | **$3,603.79** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.766 | Priority creditor's name and mailing address<br>**DOLSKI,ANDREW J**<br>**REDACTED** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$6,153.84** | **$3,034.77** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

| 2.767 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,672.80** | **$824.94** |
|---|---|---|---|---|
| | **DOMEIER,JOHN P** | Check all that apply. | | |
| | **REDACTED** | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

---

| 2.768 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$60.00** | **$29.59** |
|---|---|---|---|---|
| | **DONNELLY,JAMES** | Check all that apply. | | |
| | **REDACTED** | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

---

| 2.769 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$753.92** | **$371.80** |
|---|---|---|---|---|
| | **DONNELLY,JAMES** | Check all that apply. | | |
| | **REDACTED** | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

---

| 2.770 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,947.24** | **$1,946.58** |
|---|---|---|---|---|
| | **DONNELLY,MICHAEL** | Check all that apply. | | |
| | **REDACTED** | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

---

| Debtor | **Art Van Furniture, LLC** | Case number *(if known)* | **20-10553** |
| --- | --- | --- | --- |
| | Name | | |

| 2.771 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,635.89** | **$806.74** |
| --- | --- | --- | --- | --- |

**DONOVAN,BRADLEY S**
**REDACTED**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.772 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$93.67** | **$93.67** |
| --- | --- | --- | --- | --- |

**DOOLITTLE, MAX**
**REDACTED**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**POST-PETITION NET WAGES -**
**ADMINISTRATIVE CLAIM**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.773 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,083.00** | **$534.08** |
| --- | --- | --- | --- | --- |

**DOOLITTLE,MAX L**
**REDACTED**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.774 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$397.28** | **$195.92** |
| --- | --- | --- | --- | --- |

**DOPPELBERGER,GARY J**
**REDACTED**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.775 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,032.97** | **$1,002.56** |
|---|---|---|---|---|

**DORMAN,JOSEPH**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.776 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$454.72** | **$224.25** |
|---|---|---|---|---|

**DORTCH,DEJUAN M**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.777 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,069.30** | **$527.33** |
|---|---|---|---|---|

**DORTCH,DEJUAN M**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.778 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,082.88** | **$534.02** |
|---|---|---|---|---|

**DOTEN,ERIC D**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

**2.779** | Priority creditor's name and mailing address
**DOTY,ALEC R**
REDACTED

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$512.00**    **$252.49**

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.780** | Priority creditor's name and mailing address
**DOWDY,RANDALL**
REDACTED

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$222.07**    **$109.51**

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.781** | Priority creditor's name and mailing address
**DRAGO,JOHN D**
REDACTED

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$892.30**    **$440.04**

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.782** | Priority creditor's name and mailing address
**DRAKE,STEPHANIE**
REDACTED

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$635.78**    **$313.54**

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.783 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,099.37** | **$542.16** |
|---|---|---|---|---|

**DRAKE,STEPHANIE**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.784 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,435.42** | **$1,694.18** |
|---|---|---|---|---|

**DRESMAL,FRANCES D**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.785 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,045.00** | **$1,501.64** |
|---|---|---|---|---|

**DRETTMANN,DEBORAH**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.786 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$360.00** | **$177.53** |
|---|---|---|---|---|

**DRETTMANN,PAUL M**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

**2.787** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,360.38** | **$670.87**

**DRINKHORN,DAVID L**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.788** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$52.00** | **$25.64**

**DRYDEN,ALEXANDER C**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.789** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$4,319.52** | **$4,319.52**

**DTE ENERGY**
**P.O. BOX 740786**
**CINCINNATI, OH 45274-0786**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**POST-PETITION ADMINISTRATIVE CLAIM**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.790** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$38,448.77** | **$38,448.77**

**DTE ENERGY-PO BOX 630795**
**P.O. BOX 630795**
**CINCINNATI, OH 45263-0795**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**POST-PETITION ADMINISTRATIVE CLAIM**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|--------|---------------------------|------------------------|--------------|
| | Name | | |

| 2.791 | Priority creditor's name and mailing address<br>**DUBAY,JUDITH A**<br>**REDACTED** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$2,941.67** | **$1,450.69** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.792 | Priority creditor's name and mailing address<br>**DUDLEY,DAVAN J**<br>**REDACTED** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$162.40** | **$80.09** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.793 | Priority creditor's name and mailing address<br>**DUFF,STEVEN M**<br>**REDACTED** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$584.64** | **$288.32** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.794 | Priority creditor's name and mailing address<br>**DUFFINEY,GREGORY A**<br>**REDACTED** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$454.29** | **$224.03** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.795 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$1,999.03** | **$985.82** |
|---|---|---|---|---|
| | **DULLACK,MEAGAN E**<br>REDACTED | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.796 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$180.00** | **$88.77** |
|---|---|---|---|---|
| | **DUMAS,KELLIE**<br>REDACTED | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.797 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$292.32** | **$144.16** |
|---|---|---|---|---|
| | **DUNAHOO,JAYNE**<br>REDACTED | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.798 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$1,697.20** | **$836.98** |
|---|---|---|---|---|
| | **DUNAVANT,CHRISTOPHER D**<br>REDACTED | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Art Van Furniture, LLC** | Case number (*if known*) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.799 | Priority creditor's name and mailing address<br>**DUNCAN, ALISON R**<br>**REDACTED** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$300.00** | **$147.95** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.800 | Priority creditor's name and mailing address<br>**DUNKELBERGER, MICHELLE L**<br>**REDACTED** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$360.00** | **$177.53** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.801 | Priority creditor's name and mailing address<br>**DURHAM, STEVEN**<br>**REDACTED** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$228.09** | **$228.09** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**POST-PETITION NET WAGES -**<br>**ADMINISTRATIVE CLAIM** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.802 | Priority creditor's name and mailing address<br>**DURHAM, AARON M**<br>**REDACTED** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$194.88** | **$96.11** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.803 | Priority creditor's name and mailing address<br>**DURHAM,AARON M**<br>**REDACTED** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$487.20** | **$240.26** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.804 | Priority creditor's name and mailing address<br>**DURHAM,DEANDRE D**<br>**REDACTED** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$232.72** | **$114.77** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.805 | Priority creditor's name and mailing address<br>**DURHAM,DEANDRE D**<br>**REDACTED** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$319.99** | **$157.80** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.806 | Priority creditor's name and mailing address<br>**DURHAM,ELIZABETH J**<br>**REDACTED** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$294.16** | **$145.07** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Art Van Furniture, LLC** | | Case number (*if known*) | **20-10553** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.807 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $300.00 | $147.95 |
|---|---|---|---|---|
| | **DURHAM,ELIZABETH J**<br>**REDACTED** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** |
|---|---|---|

| | Last 4 digits of account number | Is the claim subject to offset? |
|---|---|---|
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

---

| 2.808 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,421.37 | $1,687.25 |
|---|---|---|---|---|
| | **DURHAM,STEVEN J**<br>**REDACTED** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** |
|---|---|---|

| | Last 4 digits of account number | Is the claim subject to offset? |
|---|---|---|
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

---

| 2.809 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $130.93 | $130.93 |
|---|---|---|---|---|
| | **DURKEE,CRAIG**<br>**REDACTED** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| | Date or dates debt was incurred | Basis for the claim:<br>**POST-PETITION NET COMMISSION -**<br>**ADMINISTRATIVE CLAIM** |
|---|---|---|

| | Last 4 digits of account number | Is the claim subject to offset? |
|---|---|---|
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

---

| 2.810 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,739.20 | $1,843.99 |
|---|---|---|---|---|
| | **DURKEE,CRAIG S**<br>**REDACTED** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** |
|---|---|---|

| | Last 4 digits of account number | Is the claim subject to offset? |
|---|---|---|
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.811 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,481.60** | **$730.65** |
|---|---|---|---|---|

**DUZEY,ROBERT J**
**REDACTED**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.812 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$956.44** | **$471.67** |
|---|---|---|---|---|

**DWORETSKY,JOSEPH L**
**REDACTED**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.813 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,414.58** | **$1,190.75** |
|---|---|---|---|---|

**DYKES,DAVID L**
**REDACTED**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.814 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$232.97** | **$114.89** |
|---|---|---|---|---|

**DZIAK,CAMERON**
**REDACTED**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | | Case number (if known) | **20-10553** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.815 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,982.50** | **$977.67** |
|---|---|---|---|---|

**DZIENDZIEL,CATHERINE M**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.816 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,269.76** | **$626.18** |
|---|---|---|---|---|

**EARLS,TIFFANY N**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.817 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$649.60** | **$320.35** |
|---|---|---|---|---|

**EATMON,KIM R**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.818 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$180.00** | **$88.77** |
|---|---|---|---|---|

**EBEL,TAMI A**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

**2.819** | Priority creditor's name and mailing address
**EBERLE, RODNEY**
**REDACTED**

As of the petition filing date, the claim is:          **$1,323.25**    **$1,323.25**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**POST-PETITION NET WAGES -**
**ADMINISTRATIVE CLAIM**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.820** | Priority creditor's name and mailing address
**EBERLE,RODNEY A**
**REDACTED**

As of the petition filing date, the claim is:          **$876.65**      **$432.32**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.821** | Priority creditor's name and mailing address
**EDDINGTON,TAMERA**
**REDACTED**

As of the petition filing date, the claim is:          **$1,018.65**    **$502.35**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.822** | Priority creditor's name and mailing address
**EDEL,DUSTIN**
**REDACTED**

As of the petition filing date, the claim is:          **$243.60**      **$120.13**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.823 | Priority creditor's name and mailing address<br>**EDEL,KRISTOPHER B**<br>REDACTED | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,467.55** | **$723.72** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.824 | Priority creditor's name and mailing address<br>**EDGAR JR,KENNETH**<br>REDACTED | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,979.97** | **$976.42** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.825 | Priority creditor's name and mailing address<br>**EDMONDSON,STACEY E**<br>REDACTED | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$121.80** | **$60.07** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.826 | Priority creditor's name and mailing address<br>**EDMUNDS,JOHN K**<br>REDACTED | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$2,276.92** | **$1,122.86** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Official Form 206 E/F   **Schedule E/F: Creditors Who Have Unsecured Claims**   **Page 207 of 925**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.827 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$243.60** | **$120.13** |
|---|---|---|---|---|

**EDWARDS,TRACIE D**
**REDACTED**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.828 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,261.20** | **$1,608.26** |
|---|---|---|---|---|

**EHLICH,SUSAN M**
**REDACTED**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.829 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,828.32** | **$901.64** |
|---|---|---|---|---|

**EICKELMANN,SANDRA**
**REDACTED**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.830 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$316.68** | **$156.17** |
|---|---|---|---|---|

**EL-ALI,ALI R**
**REDACTED**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.831 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,351.60 | $666.54 |
|---|---|---|---|---|

**ELARIDI,BAHJAT W**
REDACTED

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.832 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $243.60 | $120.13 |
|---|---|---|---|---|

**ELDER,JACOB A**
REDACTED

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.833 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,200.00 | $591.78 |
|---|---|---|---|---|

**ELIAS,MARIAM E**
REDACTED

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.834 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $595.44 | $293.64 |
|---|---|---|---|---|

**ELLIOTT,AMY S**
REDACTED

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | | Case number (if known) | **20-10553** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.835 | Priority creditor's name and mailing address<br><br>**ELLIOTT,DONNA M**<br>**REDACTED** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$2,072.77** | **$1,022.19** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.836 | Priority creditor's name and mailing address<br><br>**ELLIS,ANNE M**<br>**REDACTED** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$646.78** | **$318.96** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.837 | Priority creditor's name and mailing address<br><br>**ELLIS,ANNE M**<br>**REDACTED** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,293.56** | **$637.92** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.838 | Priority creditor's name and mailing address<br><br>**ELLIS,JOSEPH W**<br>**REDACTED** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$300.00** | **$147.95** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

| 2.839 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,140.80** | **$1,055.74** |
|---|---|---|---|---|

**ELLIS,JOSEPH W**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.840 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$280.14** | **$138.15** |
|---|---|---|---|---|

**ELLISON,CARLOTTA**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.841 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,846.15** | **$910.43** |
|---|---|---|---|---|

**ELROD,JUSTIN R**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.842 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,192.08** | **$1,574.18** |
|---|---|---|---|---|

**ELSEY,KENNETH J**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | | Case number (if known) | **20-10553** |
|---|---|---|---|---|
| | Name | | | |

**2.843** | Priority creditor's name and mailing address

**ELSNER,JOSHUA D**
**REDACTED**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,404.56**   **$692.66**

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.844** | Priority creditor's name and mailing address

**ELSTON ACQUISITION LLC**
**C/O FARBMAN GROUP**
**28400 NORTHWESTERN HWY 4TH**
**FL**
**SOUTHFIELD, MI 48034**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$44,000.00**   **$44,000.00**

Date or dates debt was incurred

Basis for the claim:
**POST-PETITION ADMINISTRATIVE CLAIM**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.845** | Priority creditor's name and mailing address

**ELSTON ACQUISITION LLC**
**C/O FARBMAN GROUP**
**28400 NORTHWESTERN HWY 4TH**
**FL**
**SOUTHFIELD, MI 48034**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$622,695.82**   **$392,493.07**

Date or dates debt was incurred

Basis for the claim:
**Property tax**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.846** | Priority creditor's name and mailing address

**EMERY,DARREN R**
**REDACTED**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$300.00**   **$147.95**

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.847 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $201.89 | $99.56 |
|---|---|---|---|---|

**ENDRES,NICHOLAS L**
**REDACTED**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.848 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $668.33 | $329.59 |
|---|---|---|---|---|

**ENDRES,NICHOLAS L**
**REDACTED**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.849 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,521.34 | $1,736.55 |
|---|---|---|---|---|

**ENDRES,PAULA L**
**REDACTED**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.850 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,402.88 | $691.83 |
|---|---|---|---|---|

**ENGELS,EARNEST G**
**REDACTED**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

**2.851** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,400.32** | **$1,676.87**

**ENGLE,JOHN**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.852** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$609.00** | **$300.33**

**ENGLISH,JACOB A**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.853** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$300.00** | **$147.95**

**ENGLISH-BENANDI,MARGARET M**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.854** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,397.22** | **$689.04**

**ENGRAM,MARTELL L**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.855 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $576.00 | $284.05 |
|---|---|---|---|---|

**EPPERLY,TIMOTHY E**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.856 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,432.80 | $706.59 |
|---|---|---|---|---|

**EPPERLY,TIMOTHY E**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.857 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,177.73 | $1,567.10 |
|---|---|---|---|---|

**ERB,EDWARD W**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.858 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,521.68 | $2,723.02 |
|---|---|---|---|---|

**ERNDT,ALAN E**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

**2.859** | Priority creditor's name and mailing address
**ERWIN,LORNA N**
**REDACTED**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$480.00    $236.71

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.860** | Priority creditor's name and mailing address
**ESCOBEDO,AMY E**
**REDACTED**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,191.30    $587.49

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.861** | Priority creditor's name and mailing address
**ESPARZA,AMANDA R**
**REDACTED**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$632.38    $311.86

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.862** | Priority creditor's name and mailing address
**ESPINOZA,EDWARD E**
**REDACTED**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,520.48    $1,242.98

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | | Case number (if known) | **20-10553** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.863 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,460.93** | **$1,213.61** |
|---|---|---|---|---|

**ESQUIVEL,MARIA R**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Wages, accrued vacation and PTO** |
|---|---|

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.864 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,173.84** | **$578.88** |
|---|---|---|---|---|

**ESTRADA,CUITLAHUAC**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Wages, accrued vacation and PTO** |
|---|---|

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.865 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$133.76** | **$65.96** |
|---|---|---|---|---|

**ESTRADA,EDUARDO R**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Wages, accrued vacation and PTO** |
|---|---|

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.866 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,732.40** | **$854.33** |
|---|---|---|---|---|

**ESTRADA,RICHARD W**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Wages, accrued vacation and PTO** |
|---|---|

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

| 2.867 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,234.24** | **$608.67** |
|---|---|---|---|---|
| | **ETHERIDGE,MARIO M**<br>REDACTED | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.868 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$617.12** | **$304.33** |
|---|---|---|---|---|
| | **EUBANKS,CHRISTOPHER W**<br>REDACTED | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.869 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$784.00** | **$386.63** |
|---|---|---|---|---|
| | **EUBANKS,DAMONTE J**<br>REDACTED | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.870 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$182.70** | **$90.10** |
|---|---|---|---|---|
| | **EVANS,BRITNEY**<br>REDACTED | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.871 | Priority creditor's name and mailing address<br>**EVANS,GEORGE W**<br>**REDACTED** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$454.72** | **$224.25** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.872 | Priority creditor's name and mailing address<br>**EWALD,STEPHEN J**<br>**REDACTED** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,815.29** | **$895.21** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.873 | Priority creditor's name and mailing address<br>**EZZANZOUNE,ZAHIRA**<br>**REDACTED** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$180.00** | **$88.77** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.874 | Priority creditor's name and mailing address<br>**FABER,WILLIAM S**<br>**REDACTED** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$127.50** | **$62.88** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
| --- | --- | --- | --- |
| | Name | | |

| 2.875 | Priority creditor's name and mailing address<br>**FABIAN,RICHARD**<br>**REDACTED** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$84.07** | **$41.46** |
| --- | --- | --- | --- | --- |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.876 | Priority creditor's name and mailing address<br>**FABIAN,RICHARD**<br>**REDACTED** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$504.40** | **$248.75** |
| --- | --- | --- | --- | --- |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.877 | Priority creditor's name and mailing address<br>**FACUNDO,ANTHONY D**<br>**REDACTED** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,444.08** | **$712.15** |
| --- | --- | --- | --- | --- |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.878 | Priority creditor's name and mailing address<br>**FAIRBROTHER,COLIN J**<br>**REDACTED** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,200.81** | **$592.18** |
| --- | --- | --- | --- | --- |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
| --- | --- | --- | --- |
| | Name | | |

| 2.879 | Priority creditor's name and mailing address **FAIRMAN,DALE R** REDACTED | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$948.60** | **$467.80** |
| --- | --- | --- | --- | --- |
| | Date or dates debt was incurred | Basis for the claim: **Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ■ No ☐ Yes | | |

| 2.880 | Priority creditor's name and mailing address **FAKLARIS,RHONDA M** REDACTED | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$2,030.00** | **$1,001.10** |
| --- | --- | --- | --- | --- |
| | Date or dates debt was incurred | Basis for the claim: **Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ■ No ☐ Yes | | |

| 2.881 | Priority creditor's name and mailing address **FARAGE,ALEJANDRO E** REDACTED | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$178.64** | **$88.10** |
| --- | --- | --- | --- | --- |
| | Date or dates debt was incurred | Basis for the claim: **Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ■ No ☐ Yes | | |

| 2.882 | Priority creditor's name and mailing address **FARAH,SAMIRA A** REDACTED | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$240.00** | **$118.36** |
| --- | --- | --- | --- | --- |
| | Date or dates debt was incurred | Basis for the claim: **Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ■ No ☐ Yes | | |

| Debtor | **Art Van Furniture, LLC** | | Case number (if known) | **20-10553** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.883 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $60.00 | $29.59 |
|---|---|---|---|---|

**FARAJ,MOHAMED H**
REDACTED

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.884 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,732.69 | $1,347.63 |
|---|---|---|---|---|

**FARMER,LAUREN E**
REDACTED

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.885 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,390.68 | $1,178.97 |
|---|---|---|---|---|

**FARRAR,RACHEL T**
REDACTED

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.886 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,508.36 | $743.85 |
|---|---|---|---|---|

**FARRIS,SCOTT**
REDACTED

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.887 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $180.00 | $88.77 |
|---|---|---|---|---|

**FARWELL,JOANNE M**
REDACTED

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.888 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,254.76 | $1,111.94 |
|---|---|---|---|---|

**FASZOLD,CHRISTOPHER L**
REDACTED

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.889 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $480.00 | $236.71 |
|---|---|---|---|---|

**FATA,JOSHUA C**
REDACTED

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.890 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $951.20 | $469.08 |
|---|---|---|---|---|

**FATA,JOSHUA C**
REDACTED

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|--------|---------------------------|------------------------|--------------|
| | Name | | |

| 2.891 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $545.70 | $269.11 |
|-------|---|---|---|---|

**FAUCHER,LUANE E**
**REDACTED**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No
☐ Yes

---

| 2.892 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $428.12 | $211.13 |
|-------|---|---|---|---|

**FAUR,LISA A**
**REDACTED**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No
☐ Yes

---

| 2.893 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,690.48 | $1,326.81 |
|-------|---|---|---|---|

**FAVA,JOSEPH R**
**REDACTED**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No
☐ Yes

---

| 2.894 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $21,153.84 | $10,432.03 |
|-------|---|---|---|---|

**FAY,LAWRENCE W**
**REDACTED**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No
☐ Yes

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.895 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$63,461.54** | **$31,296.10** |
|---|---|---|---|---|

**FAZIO,GARY T**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.896 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$380.01** | **$380.01** |
|---|---|---|---|---|

**FAZIO,MONICA**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**POST-PETITION NET COMMISSION -**
**ADMINISTRATIVE CLAIM**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.897 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$60.00** | **$29.59** |
|---|---|---|---|---|

**FAZIO,MONICA L**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.898 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$21.17** | **$21.17** |
|---|---|---|---|---|

**FEDEX**
**PO BOX 371461**
**PITTSBURGH, PA 15250-7461**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**POST-PETITION ADMINISTRATIVE CLAIM**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

**2.899** | Priority creditor's name and mailing address
**FEEHAN,CHANDLER**
REDACTED

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$955.92          $471.41

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.900** | Priority creditor's name and mailing address
**FEHMER,DAVID R**
REDACTED

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,254.93          $1,112.02

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.901** | Priority creditor's name and mailing address
**FEHRENBACH,MATTHEW W**
REDACTED

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,629.87          $1,296.92

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.902** | Priority creditor's name and mailing address
**FEHRENBACH,RACHEL M**
REDACTED

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$576.00          $284.05

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

**2.903** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$288.00** | **$142.03**
**FELEK,MICHAEL**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.904** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$60.00** | **$29.59**
**FELIX,JOSHUA M**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.905** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$219.24** | **$108.12**
**FELTSON,DESTINEE M**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.906** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$180.00** | **$88.77**
**FERDAUSI,MUNA**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.907 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$4,867.72** | **$2,400.52** |
|---|---|---|---|---|
| | **FERGUSON,DEBORAH K**<br>REDACTED | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.908 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$29,230.77** | **$14,415.17** |
|---|---|---|---|---|
| | **FERGUSON,JAMES**<br>REDACTED | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.909 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$104.24** | **$51.41** |
|---|---|---|---|---|
| | **FERGUSON,PATRICIA**<br>REDACTED | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.910 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$454.72** | **$224.25** |
|---|---|---|---|---|
| | **FESSENDEN,WILLIAM G**<br>REDACTED | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.911 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $454.72 | $224.25 |
|---|---|---|---|---|

**FESSENDEN,WILLIAM G**
REDACTED

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.912 | Priority creditor's name and mailing address | | $7,764.79 | $3,829.21 |
|---|---|---|---|---|

**FETTERMAN,MICHAEL**
REDACTED

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.913 | Priority creditor's name and mailing address | | $75.00 | $36.99 |
|---|---|---|---|---|

**FILIPOVITCH,NELDA**
REDACTED

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.914 | Priority creditor's name and mailing address | | $360.00 | $177.53 |
|---|---|---|---|---|

**FILKINS,STANLEY**
REDACTED

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.915 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $814.08 | $401.46 |
|---|---|---|---|---|
| | **FILKINS,STANLEY**<br>**REDACTED** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.916 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $1,680.00 | $828.49 |
|---|---|---|---|---|
| | **FILLEY,RICHARD**<br>**REDACTED** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.917 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $919.20 | $453.30 |
|---|---|---|---|---|
| | **FISCHER,TRACY**<br>**REDACTED** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.918 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $695.60 | $343.04 |
|---|---|---|---|---|
| | **FISHER,APRIL**<br>**REDACTED** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

**2.919** | Priority creditor's name and mailing address
**FISHER,BEVERLY J**
**REDACTED**

As of the petition filing date, the claim is:    **$2,686.12**    **$1,324.66**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.920** | Priority creditor's name and mailing address
**FISHER,BRANDON D**
**REDACTED**

As of the petition filing date, the claim is:    **$1,915.52**    **$944.64**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.921** | Priority creditor's name and mailing address
**FITCH,JAMES E**
**REDACTED**

As of the petition filing date, the claim is:    **$865.20**    **$426.67**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.922** | Priority creditor's name and mailing address
**FLAMBOE,PAMELA J**
**REDACTED**

As of the petition filing date, the claim is:    **$427.56**    **$210.85**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

| 2.923 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,962.56** | **$1,460.99** |
|---|---|---|---|---|

**FLASKA,EILEEN D**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.924 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,429.00** | **$1,429.00** |
|---|---|---|---|---|

**FLEET N CUSTOM PROS LLC**
**1240 FRANKLIN ST.**
**MARNE, MI 49435**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**POST-PETITION ADMINISTRATIVE CLAIM**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.925 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$701.20** | **$345.80** |
|---|---|---|---|---|

**FLEMING,CHRISTINE S**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.926 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$560.00** | **$276.16** |
|---|---|---|---|---|

**FLEMING,SEAN P**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

2.927 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,540.62** | **$1,252.91**

**FLENARD,BOBBY M**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

2.928 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$627.84** | **$309.62**

**FLETCHER,CARL A**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

2.929 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$120.00** | **$59.18**

**FLIPPO,ERIC J**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

2.930 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$725.12** | **$357.59**

**FLOW,JOSHUA**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.931 | Priority creditor's name and mailing address **FLOWERS,PAUL** **REDACTED** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$1,371.84** | **$676.52** |
|---|---|---|---|---|

| | Date or dates debt was incurred | Basis for the claim: **Wages, accrued vacation and PTO** |
|---|---|---|

| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ■ No ☐ Yes |
|---|---|---|

| 2.932 | Priority creditor's name and mailing address **FLOWERS,PAUL** **REDACTED** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$3,658.24** | **$1,804.06** |
|---|---|---|---|---|

| | Date or dates debt was incurred | Basis for the claim: **Wages, accrued vacation and PTO** |
|---|---|---|

| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ■ No ☐ Yes |
|---|---|---|

| 2.933 | Priority creditor's name and mailing address **FLOYD,KELLY A** **REDACTED** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$1,814.32** | **$894.73** |
|---|---|---|---|---|

| | Date or dates debt was incurred | Basis for the claim: **Wages, accrued vacation and PTO** |
|---|---|---|

| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ■ No ☐ Yes |
|---|---|---|

| 2.934 | Priority creditor's name and mailing address **FLUKER,ROY** **REDACTED** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$300.00** | **$147.95** |
|---|---|---|---|---|

| | Date or dates debt was incurred | Basis for the claim: **Wages, accrued vacation and PTO** |
|---|---|---|

| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ■ No ☐ Yes |
|---|---|---|

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

| 2.935 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$561.20** | **$276.76** |
|---|---|---|---|---|
| | **FLUKER,ROY**<br>REDACTED | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.936 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$187.50** | **$92.47** |
|---|---|---|---|---|
| | **FLYNN,LYNN M**<br>REDACTED | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.937 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$360.00** | **$177.53** |
|---|---|---|---|---|
| | **FLYNN,SUZANNE E**<br>REDACTED | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.938 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,725.84** | **$851.10** |
|---|---|---|---|---|
| | **FLYNN,SUZANNE E**<br>REDACTED | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

Official Form 206 E/F   **Schedule E/F: Creditors Who Have Unsecured Claims**   **Page 235 of 925**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

**2.939** | Priority creditor's name and mailing address
**FOGARTY,LYNN M**
**REDACTED**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$758.24**    **$373.93**

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.940** | Priority creditor's name and mailing address
**FOLKES,PENNY**
**REDACTED**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$2,449.16**    **$1,207.80**

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.941** | Priority creditor's name and mailing address
**FORD,ISAAC J**
**REDACTED**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,073.93**    **$529.61**

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.942** | Priority creditor's name and mailing address
**FORD,JULIE M**
**REDACTED**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$2,179.46**    **$1,074.80**

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.943 | Priority creditor's name and mailing address<br>**FORD,MARC D**<br>**REDACTED** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,079.96** | **$532.58** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.944 | Priority creditor's name and mailing address<br>**FORD,MICHAEL J**<br>**REDACTED** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$60.00** | **$29.59** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.945 | Priority creditor's name and mailing address<br>**FORD,PAMELA**<br>**REDACTED** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$240.00** | **$118.36** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.946 | Priority creditor's name and mailing address<br>**FORREY,CHRISTOPHER J**<br>**REDACTED** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$240.00** | **$118.36** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.947 | Priority creditor's name and mailing address<br>**FORS,STEVEN C**<br>**REDACTED** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$858.76** | **$423.50** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.948 | Priority creditor's name and mailing address<br>**FORSYTHE,CHRISTOPHER**<br>**REDACTED** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$560.00** | **$276.16** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.949 | Priority creditor's name and mailing address<br>**FORSYTHE,CHRISTOPHER**<br>**REDACTED** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,400.00** | **$690.41** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.950 | Priority creditor's name and mailing address<br>**FORTE,ROSA M**<br>**REDACTED** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$249.08** | **$122.83** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|

Name

| 2.951 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $261.63 | $129.02 |
|---|---|---|---|---|

**FORTUNE,DEBORAH**
**REDACTED**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.952 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $257.49 | $126.98 |
|---|---|---|---|---|

**FOSTER,BRENT A**
**REDACTED**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.953 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,732.69 | $1,347.63 |
|---|---|---|---|---|

**FOSTER,RICHARD**
**REDACTED**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.954 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $79.17 | $39.04 |
|---|---|---|---|---|

**FOSTER,YOLANDA C**
**REDACTED**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | | Case number (if known) | **20-10553** |
| --- | --- | --- | --- | --- |
| | Name | | | |

---

| 2.955 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,058.08** | **$1,014.94** |
| --- | --- | --- | --- | --- |

**FOUGNER,MARC D**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.956 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$582.01** | **$287.02** |
| --- | --- | --- | --- | --- |

**FOWLER,ROBERT**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.957 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$180.00** | **$88.77** |
| --- | --- | --- | --- | --- |

**FOX,DEBRA L**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.958 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$180.00** | **$88.77** |
| --- | --- | --- | --- | --- |

**FOY,JOHNNY**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | | Case number (if known) | **20-10553** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.959 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$707.37** | **$348.84** |
|---|---|---|---|---|
| | **FOY,SHAUN M** | Check all that apply. | | |
| | **REDACTED** | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Wages, accrued vacation and PTO** |

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.960 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,405.05** | **$1,186.05** |
|---|---|---|---|---|
| | **FOY,SHAUN M** | Check all that apply. | | |
| | **REDACTED** | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Wages, accrued vacation and PTO** |

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.961 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,410.63** | **$1,188.80** |
|---|---|---|---|---|
| | **FRANEY,JOHN** | Check all that apply. | | |
| | **REDACTED** | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Wages, accrued vacation and PTO** |

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.962 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,477.84** | **$728.80** |
|---|---|---|---|---|
| | **FRANKLIN,AUTUMN L** | Check all that apply. | | |
| | **REDACTED** | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Wages, accrued vacation and PTO** |

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|--------|---------------------------|------------------------|--------------|
| | Name | | |

---

| 2.963 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,917.59** | **$945.66** |
|-------|---------------------------------------------|-----------------------------------------------|--------------|-------------|

**FRANKLIN,KENNETH**
**REDACTED**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.964 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,557.37** | **$768.02** |
|-------|---------------------------------------------|-----------------------------------------------|--------------|-------------|

**FRANKLIN,SHANARD P**
**REDACTED**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.965 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,395.50** | **$688.19** |
|-------|---------------------------------------------|-----------------------------------------------|--------------|-------------|

**FRANKS,PATRICK D**
**REDACTED**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.966 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,494.67** | **$1,230.25** |
|-------|---------------------------------------------|-----------------------------------------------|--------------|---------------|

**FRANZ,KYLE D**
**REDACTED**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

| 2.967 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$779.52** | **$384.42** |
|---|---|---|---|---|

**FRCKA,SEBASTIAN R**
**REDACTED**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.968 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,235.48** | **$1,235.48** |
|---|---|---|---|---|

**FRICK,MELVIN L**
**REDACTED**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**POST-PETITION NET COMMISSION -**
**ADMINISTRATIVE CLAIM**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.969 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$360.00** | **$177.53** |
|---|---|---|---|---|

**FRICK,MELVIN L**
**REDACTED**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.970 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,219.84** | **$601.56** |
|---|---|---|---|---|

**FRICK,MELVIN L**
**REDACTED**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

**2.971** | Priority creditor's name and mailing address
**FRICK,STEVEN**
**REDACTED**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$2,474.32**   **$1,220.21**

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.972** | Priority creditor's name and mailing address
**FRIDNER,GREGORY J**
**REDACTED**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$8,653.84**   **$4,267.65**

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.973** | Priority creditor's name and mailing address
**FRIDRICH,BRIAN**
**REDACTED**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$588.48**   **$290.21**

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.974** | Priority creditor's name and mailing address
**FRIEDERS,THOMAS A**
**REDACTED**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,435.61**   **$707.97**

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.975 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$30.00** | **$14.79** |
|---|---|---|---|---|

**FRIER,ALEX C**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.976 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,087.41** | **$536.26** |
|---|---|---|---|---|

**FRISOSKY,JACKIE L**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.977 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$288.00** | **$142.03** |
|---|---|---|---|---|

**FRITZ,PAMELA**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.978 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,176.48** | **$1,073.33** |
|---|---|---|---|---|

**FROEHLICH,JAMIE M**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|

Name

---

**2.979** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$8,100.87** | **$3,994.95**

**FRONTERA, JOSEPH**
**REDACTED**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.980** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$627.86** | **$309.63**

**FRONTERA, JOSEPH M**
**REDACTED**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.981** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$627.86** | **$309.63**

**FRONTERA, JOSEPH M**
**REDACTED**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.982** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,867.10** | **$3,867.10**

**FRONTIER**
**P.O. BOX 740407**
**CINCINNATI, OH 45274-0407**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**POST-PETITION ADMINISTRATIVE CLAIM**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
| --- | --- | --- | --- |
| | Name | | |

| 2.983 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$60,154.00** | **$60,154.00** |
| --- | --- | --- | --- | --- |

**FRONTLINE MEDIA SOLUTIONS**
**ONE TOWN SQUARE BLVD**
**SUITE 204**
**ASHVILLE, NC 28803**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**POST-PETITION ADMINISTRATIVE CLAIM**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.984 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$194.88** | **$96.11** |
| --- | --- | --- | --- | --- |

**FRYE,TERRY**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.985 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$767.10** | **$767.10** |
| --- | --- | --- | --- | --- |

**FUEL MANAGEMENT SYSTEM**
**0-305 LAKE MICHIGAN DRIVE NW**
**GRAND RAPIDS, MI 49534-3355**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**POST-PETITION ADMINISTRATIVE CLAIM**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.986 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$826.62** | **$407.65** |
| --- | --- | --- | --- | --- |

**FUENTES-TORRES,AUDIEL**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.987 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,032.64** | **$509.25** |
|---|---|---|---|---|
| | **FUESTER,SHERYL L** <br> REDACTED | Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: <br> **Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number <br> Specify Code subsection of PRIORITY <br> unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? <br> ■ No <br> ☐ Yes | | |

| 2.988 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,781.90** | **$878.75** |
|---|---|---|---|---|
| | **FULKERSON,MICHELE M** <br> REDACTED | Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: <br> **Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number <br> Specify Code subsection of PRIORITY <br> unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? <br> ■ No <br> ☐ Yes | | |

| 2.989 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,915.92** | **$1,437.99** |
|---|---|---|---|---|
| | **FULLER,KIM** <br> REDACTED | Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: <br> **Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number <br> Specify Code subsection of PRIORITY <br> unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? <br> ■ No <br> ☐ Yes | | |

| 2.990 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,584.00** | **$781.15** |
|---|---|---|---|---|
| | **FULLER,TYLER G** <br> REDACTED | Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: <br> **Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number <br> Specify Code subsection of PRIORITY <br> unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? <br> ■ No <br> ☐ Yes | | |

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.991 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,524.00** | **$751.56** |
|---|---|---|---|---|

**FUNK,DANIEL**
**REDACTED**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.992 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,795.96** | **$885.68** |
|---|---|---|---|---|

**FURTON,ERIC C**
**REDACTED**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.993 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,234.24** | **$608.67** |
|---|---|---|---|---|

**FYFE,ROBERT G**
**REDACTED**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.994 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$180.00** | **$88.77** |
|---|---|---|---|---|

**GADAWSKI,KEITH**
**REDACTED**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.995 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $78.55 | $38.74 |
|---|---|---|---|---|
| | **GAISER,ANDREA J** <br> **REDACTED** | Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: <br> **Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number <br> Specify Code subsection of PRIORITY <br> unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? <br> ■ No <br> ☐ Yes | | |

| 2.996 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,664.40 | $1,313.95 |
|---|---|---|---|---|
| | **GALE,GREGORY L** <br> **REDACTED** | Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: <br> **Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number <br> Specify Code subsection of PRIORITY <br> unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? <br> ■ No <br> ☐ Yes | | |

| 2.997 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $649.17 | $320.14 |
|---|---|---|---|---|
| | **GALLAGHER,ANNETTE P** <br> **REDACTED** | Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: <br> **Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number <br> Specify Code subsection of PRIORITY <br> unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? <br> ■ No <br> ☐ Yes | | |

| 2.998 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,005.96 | $1,482.39 |
|---|---|---|---|---|
| | **GALLAGHER,MARGARET M** <br> **REDACTED** | Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: <br> **Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number <br> Specify Code subsection of PRIORITY <br> unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? <br> ■ No <br> ☐ Yes | | |

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.999 | Priority creditor's name and mailing address<br>**GALLIE,LOGAN K**<br>**REDACTED** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,888.14** | **$931.14** |

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.1000 | Priority creditor's name and mailing address<br>**GAMBLE,MICHELE R**<br>**REDACTED** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$240.00** | **$118.36** |

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.1001 | Priority creditor's name and mailing address<br>**GAMBLE,MICHELE R**<br>**REDACTED** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,831.20** | **$903.06** |

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.1002 | Priority creditor's name and mailing address<br>**GANT JR,KEVIN D**<br>**REDACTED** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,461.60** | **$720.79** |

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

**2.1003** | Priority creditor's name and mailing address

**GARCIA,ANN M**
**REDACTED**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$185.68    $91.57

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1004** | Priority creditor's name and mailing address

**GARCIA,TRACY L**
**REDACTED**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$768.45    $378.96

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1005** | Priority creditor's name and mailing address

**GARD,NATHANIEL C**
**REDACTED**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,164.31    $1,067.33

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1006** | Priority creditor's name and mailing address

**GARDUNIO,JENNIFER**
**REDACTED**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,901.82    $1,431.03

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

| 2.1007 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,766.61** | **$871.20** |
|---|---|---|---|---|

**GARLAND,VIOLET**
**REDACTED**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1008 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$34.07** | **$16.80** |
|---|---|---|---|---|

**GARMAN,DALE**
**REDACTED**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1009 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$247.01** | **$121.81** |
|---|---|---|---|---|

**GARMAN,NEIL E**
**REDACTED**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1010 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$240.00** | **$118.36** |
|---|---|---|---|---|

**GARRETT,SHARON L**
**REDACTED**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

**2.1011** | Priority creditor's name and mailing address
**GARRETT,SHARON L**
**REDACTED**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$472.96    $233.24

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1012** | Priority creditor's name and mailing address
**GARREY, MARRLEE**
**REDACTED**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$60.00    $60.00

Date or dates debt was incurred

Basis for the claim:
**POST-PETITION NET WAGES -
ADMINISTRATIVE CLAIM**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1013** | Priority creditor's name and mailing address
**GASIOROWSKI,JAVIN**
**REDACTED**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$500.19    $246.67

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1014** | Priority creditor's name and mailing address
**GASS,STEVEN M**
**REDACTED**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$300.00    $147.95

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.1015 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $100.00 | $49.32 |
|---|---|---|---|---|

**GATES,JEREMY**
**REDACTED**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1016 | Priority creditor's name and mailing address | | $70,701.00 | $70,701.00 |
|---|---|---|---|---|

**GATEWAY FAIRVIEW INC**
**P.O. BOX 6248**
**HICKSVILLE, NY 11802-6248**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**POST-PETITION ADMINISTRATIVE CLAIM**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1017 | Priority creditor's name and mailing address | | $343.20 | $169.25 |
|---|---|---|---|---|

**GATICA,JASON L**
**REDACTED**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1018 | Priority creditor's name and mailing address | | $1,811.04 | $893.12 |
|---|---|---|---|---|

**GAURONSKAS,STEVEN E**
**REDACTED**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

| 2.1019 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$13,697.10** | **$6,754.73** |
|---|---|---|---|---|
| | **GAUTHIER,KEITH R**<br>**REDACTED** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.1020 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$464.00** | **$228.82** |
|---|---|---|---|---|
| | **GAY,GERRELL J**<br>**REDACTED** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.1021 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$4,281.13** | **$2,111.24** |
|---|---|---|---|---|
| | **GEHLE,BRIAN**<br>**REDACTED** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.1022 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,410.80** | **$1,188.89** |
|---|---|---|---|---|
| | **GENDLOFF,MITCHELL**<br>**REDACTED** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.1023 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,124.16** | **$1,047.53** |
|---|---|---|---|---|
| | **GEORGE,BRENT P**<br>**REDACTED** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1024 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$92.48** | **$45.61** |
|---|---|---|---|---|
| | **GEORGE,DAKOTA D**<br>**REDACTED** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1025 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$360.00** | **$177.53** |
|---|---|---|---|---|
| | **GEORGE,GREGORY F**<br>**REDACTED** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1026 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,784.00** | **$879.78** |
|---|---|---|---|---|
| | **GEORGE,GREGORY F**<br>**REDACTED** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
| --- | --- | --- | --- |
| | Name | | |

| 2.1027 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,002.54** | **$987.55** |
| --- | --- | --- | --- | --- |

**GERACI,MEGAN M**
**REDACTED**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.1028 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,908.06** | **$1,434.11** |
| --- | --- | --- | --- | --- |

**GERMAIN,ILENE**
**REDACTED**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.1029 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$360.00** | **$177.53** |
| --- | --- | --- | --- | --- |

**GERMAN,DIOMID**
**REDACTED**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.1030 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$235.08** | **$115.93** |
| --- | --- | --- | --- | --- |

**GERRANS,JOSHUA T**
**REDACTED**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.1031 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$6,168.39** | **$3,041.95** |
|---|---|---|---|---|

**GHANNAM,HISHAM**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1032 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$764.74** | **$377.13** |
|---|---|---|---|---|

**GIAMPORTONE,SUZETTE M**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1033 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,421.68** | **$1,194.25** |
|---|---|---|---|---|

**GIAMPORTONE,SUZETTE M**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1034 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$701.57** | **$345.98** |
|---|---|---|---|---|

**GIBBONS,DAVID C**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

**2.1035** | Priority creditor's name and mailing address
**GIBBONS,ELIZABETH J**
**REDACTED**

As of the petition filing date, the claim is:    **$2,465.48**    **$1,215.85**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1036** | Priority creditor's name and mailing address
**GIBBS,KEVIN M**
**REDACTED**

As of the petition filing date, the claim is:    **$584.64**    **$288.32**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1037** | Priority creditor's name and mailing address
**GIBSON,ALFONSO**
**REDACTED**

As of the petition filing date, the claim is:    **$149.21**    **$73.58**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1038** | Priority creditor's name and mailing address
**GIBSON,JADA**
**REDACTED**

As of the petition filing date, the claim is:    **$311.18**    **$153.46**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (*if known*) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.1039 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,120.00** | **$552.33** |
|---|---|---|---|---|

**GIETZEN,HEATHER M**
**REDACTED**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1040 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$4,059.02** | **$2,001.71** |
|---|---|---|---|---|

**GILBERT,KAREN L**
**REDACTED**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1041 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,722.40** | **$1,342.55** |
|---|---|---|---|---|

**GILBERT,STEVEN L**
**REDACTED**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1042 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$180.00** | **$88.77** |
|---|---|---|---|---|

**GILBERTSEN,JAMIE**
**REDACTED**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

| 2.1043 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $855.52 | $421.90 |
|---|---|---|---|---|

**GILBOE,BRIAN L**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1044 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $385.35 | $190.04 |
|---|---|---|---|---|

**GILDENPFENNIG,MARK W**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1045 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $94.30 | $46.50 |
|---|---|---|---|---|

**GILKEY,SARAH K**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1046 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $57.82 | $28.51 |
|---|---|---|---|---|

**GILLERY,BENJAMIN F**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

| 2.1047 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $612.24 | $301.93 |
|---|---|---|---|---|

**GILLESPIE,MONA L**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1048 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,354.40 | $1,161.07 |
|---|---|---|---|---|

**GILLETTE,MATTHEW P**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1049 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $360.00 | $177.53 |
|---|---|---|---|---|

**GILLEY,JUDY L**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1050 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,993.80 | $1,476.39 |
|---|---|---|---|---|

**GILLIS,BRIGITTE A**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.1051 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$235.47** | **$116.12** |
|---|---|---|---|---|

**GILMORE,MARY L**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1052 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$266.34** | **$131.35** |
|---|---|---|---|---|

**GILSDORF,JAMES R**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1053 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,491.79** | **$735.68** |
|---|---|---|---|---|

**GIOVANNI,DEBRA J**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1054 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$180.00** | **$88.77** |
|---|---|---|---|---|

**GIOVENCO,VICTORIA S**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.1055 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,650.72 | $814.05 |
|---|---|---|---|---|

**GISSE,KENETTE M**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1056 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,063.20 | $524.32 |
|---|---|---|---|---|

**GISSE,RANDY J**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1057 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,746.12 | $861.10 |
|---|---|---|---|---|

**GLAPPA,RYAN**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1058 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $8,083.87 | $3,986.57 |
|---|---|---|---|---|

**GLASGOW,JAMES G**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.1059 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$300.00** | **$147.95** |
|---|---|---|---|---|

**GLOVER,LASHANDA**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1060 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,005.60** | **$989.06** |
|---|---|---|---|---|

**GLOVER,LASHANDA**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1061 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$687.20** | **$338.89** |
|---|---|---|---|---|

**GLOVER,ROBERT G**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1062 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$8,076.91** | **$3,983.13** |
|---|---|---|---|---|

**GNIADECKI,JOHN J**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.1063 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $495.73 | $244.47 |
|---|---|---|---|---|

**GOGA,AUSTIN**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1064 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $991.46 | $488.94 |
|---|---|---|---|---|

**GOGA,AUSTIN**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1065 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $202.50 | $99.86 |
|---|---|---|---|---|

**GOLPE,SUZANNE E**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1066 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $742.98 | $366.40 |
|---|---|---|---|---|

**GOMEZ,DIANA Y**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|

| | Name | | |

---

| 2.1067 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$180.00** | **$88.77** |
|---|---|---|---|---|

**GOMEZTAGLE PRADO,ESMERALDA M**
REDACTED

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.1068 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$240.00** | **$118.36** |
|---|---|---|---|---|

**GONZALES,AUSTIN**
REDACTED

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.1069 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,079.96** | **$532.58** |
|---|---|---|---|---|

**GONZALES,NEMUS S**
REDACTED

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.1070 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$288.00** | **$142.03** |
|---|---|---|---|---|

**GONZALEZ RAMIREZ,CARLOS D**
REDACTED

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

**2.1071** | Priority creditor's name and mailing address
**GONZALEZ,ALVARO**
REDACTED

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$180.00    $88.77

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1072** | Priority creditor's name and mailing address
**GONZALEZ,ALVARO**
REDACTED

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$348.16    $171.70

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1073** | Priority creditor's name and mailing address
**GOODMAN,CHELSEA M**
REDACTED

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$157.50    $77.67

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1074** | Priority creditor's name and mailing address
**GORDON,BRYAN D**
REDACTED

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$125.84    $62.06

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

| 2.1075 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$180.00** | **$88.77** |
|---|---|---|---|---|
| | **GORDON,CARLDERRIS J**<br>REDACTED | | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.1076 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,907.60** | **$940.73** |
|---|---|---|---|---|
| | **GORDON,DECARLO**<br>REDACTED | | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.1077 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$2,019.60** | **$995.97** |
|---|---|---|---|---|
| | **GORDON,DECARLO**<br>REDACTED | | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.1078 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$925.68** | **$456.50** |
|---|---|---|---|---|
| | **GORSKI,CHRISTOPHER J**<br>REDACTED | | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|--------|---------------------------|------------------------|--------------|
| | Name | | |

---

**2.1079** | Priority creditor's name and mailing address
**GORSKI,PATRICIA S**
**REDACTED**

As of the petition filing date, the claim is:          **$260.26**    **$128.35**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1080** | Priority creditor's name and mailing address
**GOULET,GEORGE P**
**REDACTED**

As of the petition filing date, the claim is:          **$5,601.69**    **$2,762.48**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1081** | Priority creditor's name and mailing address
**GOURLAY,JAMES D**
**REDACTED**

As of the petition filing date, the claim is:          **$3,543.45**    **$1,747.45**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1082** | Priority creditor's name and mailing address
**GRABEMEYER,ALEXANDER C**
**REDACTED**

As of the petition filing date, the claim is:          **$322.50**    **$159.04**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.1083 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $81.40 | $40.14 |
|---|---|---|---|---|
| | **GRACE,BARBARA A** <br> **REDACTED** | Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: <br> **Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number <br> Specify Code subsection of PRIORITY <br> unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? <br> ■ No <br> ☐ Yes | | |

| 2.1084 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $437.53 | $215.77 |
|---|---|---|---|---|
| | **GRACE,BARBARA A** <br> **REDACTED** | Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: <br> **Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number <br> Specify Code subsection of PRIORITY <br> unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? <br> ■ No <br> ☐ Yes | | |

| 2.1085 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $240.00 | $118.36 |
|---|---|---|---|---|
| | **GRACE,BRYAN J** <br> **REDACTED** | Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: <br> **Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number <br> Specify Code subsection of PRIORITY <br> unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? <br> ■ No <br> ☐ Yes | | |

| 2.1086 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,505.20 | $1,728.59 |
|---|---|---|---|---|
| | **GRACE,BRYAN J** <br> **REDACTED** | Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: <br> **Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number <br> Specify Code subsection of PRIORITY <br> unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? <br> ■ No <br> ☐ Yes | | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

**2.1087** | Priority creditor's name and mailing address

**GRACE,DAVID B**
**REDACTED**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$522.88** | **$257.86**

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1088** | Priority creditor's name and mailing address

**GRAHAM,DARRICK W**
**REDACTED**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,412.64** | **$696.64**

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1089** | Priority creditor's name and mailing address

**GRAND TRAVERSE COUNTY**
**DEPT OF PUBLIC WORKS**
**2650 LA FRANIER ROAD**
**TRAVERSE CITY, MI 49686**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$292.03** | **$292.03**

Date or dates debt was incurred

Basis for the claim:
**POST-PETITION ADMINISTRATIVE CLAIM**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1090** | Priority creditor's name and mailing address

**GRANITE**
**TELECOMMUNICATIONS**
**CLIENT ID# 311**
**P.O. BOX 983119**
**BOSTON, MA 02298-3119**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$23,805.92** | **$23,805.92**

Date or dates debt was incurred

Basis for the claim:
**POST-PETITION ADMINISTRATIVE CLAIM**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.1091 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,229.05 | $606.11 |
|---|---|---|---|---|

**GRANT,LINTON**
**REDACTED**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1092 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $328.86 | $162.18 |
|---|---|---|---|---|

**GRANT,ROBERT A**
**REDACTED**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1093 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $341.23 | $168.28 |
|---|---|---|---|---|

**GRANT,STEVE**
**REDACTED**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1094 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,463.55 | $3,187.50 |
|---|---|---|---|---|

**GRASLEY,SARA**
**REDACTED**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.1095 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,801.88** | **$888.60** |
|---|---|---|---|---|

**GRAVEL,SHELBY L**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1096 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,807.33** | **$891.29** |
|---|---|---|---|---|

**GRAY,CRYSTAL S**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1097 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$960.75** | **$473.79** |
|---|---|---|---|---|

**GRAY,DUNCAN E**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1098 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$212.00** | **$104.55** |
|---|---|---|---|---|

**GRAY,JOEL**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

**2.1099** | Priority creditor's name and mailing address
**GRAY,JOEL**
**REDACTED**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$848.00**  **$418.19**

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1100** | Priority creditor's name and mailing address
**GRAYBIEL,MATTHEW G**
**REDACTED**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$609.00**  **$300.33**

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1101** | Priority creditor's name and mailing address
**GREEN JR,WILLIE B**
**REDACTED**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$3,792.14**  **$1,870.10**

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1102** | Priority creditor's name and mailing address
**GREEN,MARGARET S**
**REDACTED**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$2,499.34**  **$1,232.55**

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | | Case number (if known) | **20-10553** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.1103 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$791.60** | **$390.38** |
|---|---|---|---|---|
| | **GREEN,MATEO** | Check all that apply. | | |
| | **REDACTED** | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

---

| 2.1104 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,408.79** | **$694.75** |
|---|---|---|---|---|
| | **GREEN,OLGA L** | Check all that apply. | | |
| | **REDACTED** | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

---

| 2.1105 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$300.00** | **$147.95** |
|---|---|---|---|---|
| | **GREEN,PATRICIA** | Check all that apply. | | |
| | **REDACTED** | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

---

| 2.1106 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,087.20** | **$1,029.30** |
|---|---|---|---|---|
| | **GREEN,PATRICIA** | Check all that apply. | | |
| | **REDACTED** | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| | | | | |
|---|---|---|---|---|
| 2.1107 | Priority creditor's name and mailing address **GREEN,SAVANNA R** **REDACTED** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$610.50** | **$301.07** |
| | Date or dates debt was incurred | Basis for the claim: **Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ■ No ☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.1108 | Priority creditor's name and mailing address **GREEN,SEDRICK** **REDACTED** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$346.67** | **$346.67** |
| | Date or dates debt was incurred | Basis for the claim: **POST-PETITION NET COMMISSION - ADMINISTRATIVE CLAIM** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ■ No ☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.1109 | Priority creditor's name and mailing address **GREEN,SEDRICK L** **REDACTED** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$2,857.44** | **$1,409.15** |
| | Date or dates debt was incurred | Basis for the claim: **Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ■ No ☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.1110 | Priority creditor's name and mailing address **GREENFIELD PLAZA, INC.** **75 REMITTANCE DRIVE** **SUITE 1823** **CHICAGO, IL 60675-1823** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$49,081.42** | **$49,081.42** |
| | Date or dates debt was incurred | Basis for the claim: **POST-PETITION ADMINISTRATIVE CLAIM** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset? ■ No ☐ Yes | | |

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.1111 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$240.00** | **$118.36** |
|---|---|---|---|---|
| | **GREER,LA'TEISHA**<br>**REDACTED** | | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1112 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$514.16** | **$253.56** |
|---|---|---|---|---|
| | **GREER,LISA M**<br>**REDACTED** | | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1113 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$334.94** | **$165.18** |
|---|---|---|---|---|
| | **GREER,TODD A**<br>**REDACTED** | | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1114 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$837.36** | **$412.94** |
|---|---|---|---|---|
| | **GREER,TODD A**<br>**REDACTED** | | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|--------|----------------------------|------------------------|--------------|
|        | Name                       |                        |              |

| 2.1115 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$537.24** | **$264.94** |
|---|---|---|---|---|

**GREGORY,KIMBERLY S**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1116 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$190.67** | **$94.03** |
|---|---|---|---|---|

**GRENON,AMY**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1117 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$288.00** | **$142.03** |
|---|---|---|---|---|

**GRESHAM,DAMAUN**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1118 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$264.00** | **$130.19** |
|---|---|---|---|---|

**GRESHAM,DASHAWNDA N**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

| 2.1119 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,747.75 | $861.90 |
|---|---|---|---|---|
| | **GRETSKY,AUSTIN D** | Check all that apply. | | |
| | **REDACTED** | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

---

| 2.1120 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $9,000.00 | $4,438.36 |
|---|---|---|---|---|
| | **GRIEGO,STEVE P** | Check all that apply. | | |
| | **REDACTED** | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

---

| 2.1121 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,775.36 | $1,368.67 |
|---|---|---|---|---|
| | **GRIER,BRIAN L** | Check all that apply. | | |
| | **REDACTED** | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

---

| 2.1122 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,996.34 | $1,477.65 |
|---|---|---|---|---|
| | **GRIFFIN,MELISSA A** | Check all that apply. | | |
| | **REDACTED** | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

| 2.1123 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,113.90** | **$549.32** |
|---|---|---|---|---|
| | **GRIFFIS,TYRONE** | Check all that apply. | | |
| | **REDACTED** | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

---

| 2.1124 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,885.69** | **$1,423.08** |
|---|---|---|---|---|
| | **GRIFFITH,JOHN D** | Check all that apply. | | |
| | **REDACTED** | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

---

| 2.1125 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$504.00** | **$248.55** |
|---|---|---|---|---|
| | **GRIMALDO,MARIJANE M** | Check all that apply. | | |
| | **REDACTED** | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

---

| 2.1126 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$6,090.00** | **$3,003.29** |
|---|---|---|---|---|
| | **GRIMES,QUENTIN P** | Check all that apply. | | |
| | **REDACTED** | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|

Name

---

| 2.1127 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$285.00** | **$140.55** |
|---|---|---|---|---|

**GRINDLE,DAVID J**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1128 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,885.60** | **$929.88** |
|---|---|---|---|---|

**GRINDLE,DAVID J**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1129 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$360.00** | **$177.53** |
|---|---|---|---|---|

**GRINDLE,JOSHUA M**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1130 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,267.85** | **$1,118.39** |
|---|---|---|---|---|

**GRINNELL,PATRICE L**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

| 2.1131 | Priority creditor's name and mailing address<br>**GROSSE,CHRISTINE M**<br>**REDACTED**<br>Name | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,775.67** | **$875.67** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.1132 | Priority creditor's name and mailing address<br>**GROULX,DAVID**<br>**REDACTED** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,024.32** | **$505.14** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.1133 | Priority creditor's name and mailing address<br>**GROULX,DAVID**<br>**REDACTED** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$2,560.80** | **$1,262.86** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.1134 | Priority creditor's name and mailing address<br>**GROW,TAMMY**<br>**REDACTED** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$360.00** | **$177.53** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|--------|---------------------------|------------------------|--------------|
| | Name | | |

---

| 2.1135 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,050.00** | **$517.81** |

**GROW,TAMMY**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1136 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$330.00** | **$330.00** |

**GUARDIAN ALARM CO. OF**
**MICHIGAN**
**75 REMITTANCE DR. DEPT. 1376**
**CHICAGO, IL 60675-1376**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**POST-PETITION ADMINISTRATIVE CLAIM**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1137 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$300.00** | **$147.95** |

**GUBANSKI,THOMAS**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1138 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,747.75** | **$861.90** |

**GUERRERO,CYNTHIA I**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.1139 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,392.56** | **$686.74** |
|---|---|---|---|---|
| | **GUERRERO,ROSA** | Check all that apply. | | |
| | **REDACTED** | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| | Date or dates debt was incurred | Basis for the claim: |
|---|---|---|
| | | **Wages, accrued vacation and PTO** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.1140 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,341.60** | **$661.61** |
|---|---|---|---|---|
| | **GUEST,MICHAEL J** | Check all that apply. | | |
| | **REDACTED** | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| | Date or dates debt was incurred | Basis for the claim: |
|---|---|---|
| | | **Wages, accrued vacation and PTO** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.1141 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,839.44** | **$1,400.27** |
|---|---|---|---|---|
| | **GUIDER,TAMIKO R** | Check all that apply. | | |
| | **REDACTED** | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| | Date or dates debt was incurred | Basis for the claim: |
|---|---|---|
| | | **Wages, accrued vacation and PTO** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.1142 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$560.00** | **$276.16** |
|---|---|---|---|---|
| | **GUIHER,PATRICK** | Check all that apply. | | |
| | **REDACTED** | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| | Date or dates debt was incurred | Basis for the claim: |
|---|---|---|
| | | **Wages, accrued vacation and PTO** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

| 2.1143 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $886.80 | $437.33 |
|---|---|---|---|---|
| | **GUINN,CHRISTOPHER M**<br>**REDACTED** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.1144 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $255.78 | $126.14 |
|---|---|---|---|---|
| | **GUITAR,BRENDAN N**<br>**REDACTED** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.1145 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $180.00 | $88.77 |
|---|---|---|---|---|
| | **GULLEDGE,VERDONN D**<br>**REDACTED** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.1146 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $150.79 | $74.36 |
|---|---|---|---|---|
| | **GULLY,DAMONE T**<br>**REDACTED** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

| 2.1147 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,797.00** | **$886.19** |
|---|---|---|---|---|

**GUSTAFSON,MARK C**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1148 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$201.63** | **$99.43** |
|---|---|---|---|---|

**GUTHRIE,SHERIE L**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1149 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$60.00** | **$29.59** |
|---|---|---|---|---|

**GUTIERREZ,JOSE C**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1150 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$952.54** | **$469.75** |
|---|---|---|---|---|

**GUZMAN,VIRGIL J**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.1151 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $300.00 | $147.95 |
|---|---|---|---|---|

**HABIB,KASTINE A**
REDACTED

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1152 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,142.40 | $1,056.53 |
|---|---|---|---|---|

**HABIB,KASTINE A**
REDACTED

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1153 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $180.00 | $88.77 |
|---|---|---|---|---|

**HACHEM,AMANI M**
REDACTED

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1154 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $243.60 | $120.13 |
|---|---|---|---|---|

**HAENER,JAKE K**
REDACTED

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

| 2.1155 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$974.40** | **$480.53** |
|---|---|---|---|---|

**HAG-MOHAMMAD,HALA**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1156 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,228.39** | **$1,098.93** |
|---|---|---|---|---|

**HAINLINE,KRISTI L**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1157 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$851.34** | **$419.84** |
|---|---|---|---|---|

**HAIRE JR,DAVID R**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1158 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$4,682.29** | **$2,309.07** |
|---|---|---|---|---|

**HAIST,JENEE E**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
| --- | --- | --- | --- |
| | Name | | |

| 2.1159 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $411.60 | $202.98 |
| --- | --- | --- | --- | --- |
| | **HAKIM,BAYANNE**<br>**REDACTED** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☐ No<br>☐ Yes | | |

| 2.1160 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $240.00 | $118.36 |
| --- | --- | --- | --- | --- |
| | **HAKIM,SHAHANA Y**<br>**REDACTED** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☐ No<br>☐ Yes | | |

| 2.1161 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $147.39 | $72.69 |
| --- | --- | --- | --- | --- |
| | **HALL,GRADDIE W**<br>**REDACTED** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☐ No<br>☐ Yes | | |

| 2.1162 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,010.67 | $498.41 |
| --- | --- | --- | --- | --- |
| | **HALL,GRADDIE W**<br>**REDACTED** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☐ No<br>☐ Yes | | |

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

| 2.1163 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $587.52 | $289.74 |
|---|---|---|---|---|
| | **HALL,JASON J**<br>**REDACTED** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.1164 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $156.96 | $77.40 |
|---|---|---|---|---|
| | **HALL,JUSTIN M**<br>**REDACTED** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.1165 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $591.75 | $291.82 |
|---|---|---|---|---|
| | **HALL,KYLE A**<br>**REDACTED** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.1166 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,365.38 | $1,659.64 |
|---|---|---|---|---|
| | **HALL,KYLE J**<br>**REDACTED** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

**2.1167** | Priority creditor's name and mailing address

**HALL,NICOLE R**
**REDACTED**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$102.96** | **$50.77**

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1168** | Priority creditor's name and mailing address

**HALSEY,ARTHUR N**
**REDACTED**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,737.84** | **$857.02**

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1169** | Priority creditor's name and mailing address

**HAMADE,RIHAB N**
**REDACTED**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$240.00** | **$118.36**

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1170** | Priority creditor's name and mailing address

**HAMILLA,CHRISTOPHER M**
**REDACTED**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$560.00** | **$276.16**

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

| 2.1171 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$244.20** | **$120.43** |
|---|---|---|---|---|

**HAMLET,JERRY L**
**REDACTED**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 2.1172 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$399.51** | **$197.02** |
|---|---|---|---|---|

**HAMLET,TRACY D**
**REDACTED**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 2.1173 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,317.08** | **$1,635.82** |
|---|---|---|---|---|

**HAMMOND,APRIL M**
**REDACTED**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 2.1174 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$178.64** | **$88.10** |
|---|---|---|---|---|

**HAMMOND,BRITTANY**
**REDACTED**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.1175 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$784.80** | **$387.02** |
|---|---|---|---|---|

**HAMMOND,DARRIUS D**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1176 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$444.99** | **$219.45** |
|---|---|---|---|---|

**HAMMOND,ERIKKA**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1177 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$230.96** | **$113.90** |
|---|---|---|---|---|

**HANDILAH,DANIEL**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1178 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$247.86** | **$122.23** |
|---|---|---|---|---|

**HANDLEY,ADAM**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.1179 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $656.42 | $323.71 |
|---|---|---|---|---|

**HANDY,ROBIN L**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1180 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,214.71 | $1,585.34 |
|---|---|---|---|---|

**HANEL,JEFFREY J**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1181 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $17,985.50 | $17,985.50 |
|---|---|---|---|---|

**HANLEY LM PROPERTIES LLC**
**C/O LENETTE REALTY & INV. CO.**
**1401 S. BRENTWOOD BLVD STE**
**520**
**ST. LOUIS, MO 63144**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**POST-PETITION ADMINISTRATIVE CLAIM**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1182 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,456.40 | $718.22 |
|---|---|---|---|---|

**HANSEN,TIMOTHY J**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

| 2.1183 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $672.00 | $331.40 |
|---|---|---|---|---|

**HARDWELL,GERALD L**
REDACTED

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1184 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,156.29 | $570.23 |
|---|---|---|---|---|

**HARDY,NATHANIAL**
REDACTED

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1185 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $243.60 | $120.13 |
|---|---|---|---|---|

**HARDY-HICKS,TERRANCE L**
REDACTED

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1186 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,052.40 | $518.99 |
|---|---|---|---|---|

**HARIG,MARY E**
REDACTED

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.1187 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$979.06** | **$482.82** |
|---|---|---|---|---|

**HARLESS,JOHN J**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1188 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$360.00** | **$177.53** |
|---|---|---|---|---|

**HARMON,PHILLIP V**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1189 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,875.20** | **$1,911.06** |
|---|---|---|---|---|

**HARMON,PHILLIP V**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1190 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,228.69** | **$1,099.08** |
|---|---|---|---|---|

**HARRINGTON,JASON R**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.1191 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $581.19 | $286.61 |
|---|---|---|---|---|

**HARRINGTON,MATTHEW M**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.1192 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $697.43 | $343.94 |
|---|---|---|---|---|

**HARRINGTON,MATTHEW M**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.1193 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,365.15 | $673.22 |
|---|---|---|---|---|

**HARRINGTON,RUTH L**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.1194 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $672.00 | $331.40 |
|---|---|---|---|---|

**HARRIS,ADAM G**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

| 2.1195 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $211.14 | $211.14 |
|---|---|---|---|---|

**HARRIS,BEVERLY**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**POST-PETITION NET COMMISSION - ADMINISTRATIVE CLAIM**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.1196 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $522.08 | $257.46 |
|---|---|---|---|---|

**HARRIS,BEVERLY**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.1197 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,118.65 | $551.66 |
|---|---|---|---|---|

**HARRIS,BRADFORD J**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.1198 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $520.96 | $256.91 |
|---|---|---|---|---|

**HARRIS,BRANDON C**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.1199 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$520.96** | **$256.91** |
|---|---|---|---|---|

**HARRIS,BRANDON C**
**REDACTED**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Wages, accrued vacation and PTO** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1200 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$945.60** | **$466.32** |
|---|---|---|---|---|

**HARRIS,BRANDON D**
**REDACTED**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Wages, accrued vacation and PTO** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1201 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$45.00** | **$22.19** |
|---|---|---|---|---|

**HARRIS,GABRIEL**
**REDACTED**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Wages, accrued vacation and PTO** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1202 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$224.48** | **$110.70** |
|---|---|---|---|---|

**HARRIS,GREGORY**
**REDACTED**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Wages, accrued vacation and PTO** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | | Case number (if known) | **20-10553** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.1203 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,768.00** | **$871.89** |
|---|---|---|---|---|

**HARRIS,KEITH K**
**REDACTED**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.1204 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,040.48** | **$513.11** |
|---|---|---|---|---|

**HARRIS,KELVIN D**
**REDACTED**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.1205 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,091.71** | **$538.38** |
|---|---|---|---|---|

**HARRIS,SHARON**
**REDACTED**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.1206 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$249.69** | **$123.13** |
|---|---|---|---|---|

**HARRIS,TREMAYNE A**
**REDACTED**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

**2.1207** | Priority creditor's name and mailing address

**HARRISON,DIANA**
**REDACTED**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,794.08     $1,377.90

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1208** | Priority creditor's name and mailing address

**HARSHAW,JERMAINE**
**REDACTED**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,309.84     $1,139.10

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1209** | Priority creditor's name and mailing address

**HARSHBERGER,TYLER C**
**REDACTED**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$211.12     $104.11

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1210** | Priority creditor's name and mailing address

**HART,DENNIS J**
**REDACTED**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$640.11     $315.67

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

**2.1211** | Priority creditor's name and mailing address
**HART,DENNIS J**
REDACTED

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,920.33**    **$947.01**

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1212** | Priority creditor's name and mailing address
**HARTHUN,DAWN**
REDACTED

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$8,653.84**    **$4,267.65**

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1213** | Priority creditor's name and mailing address
**HARTMAN,DEBRA**
REDACTED

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$2,863.44**    **$1,412.11**

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1214** | Priority creditor's name and mailing address
**HARVEY,J G**
REDACTED

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$3,300.64**    **$1,627.71**

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.1215 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $875.05 | $431.53 |
|---|---|---|---|---|

**HARVEY,JASMYNE N**
REDACTED

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1216 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,379.78 | $3,146.19 |
|---|---|---|---|---|

**HASAN,BASEL**
REDACTED

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1217 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $180.00 | $88.77 |
|---|---|---|---|---|

**HASHMI,AHMED M**
REDACTED

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1218 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $380.08 | $187.44 |
|---|---|---|---|---|

**HASHMI,AHMED M**
REDACTED

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

| 2.1219 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $439.56 | $216.77 |
|---|---|---|---|---|

**HASSETT,PATRICIA**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Wages, accrued vacation and PTO** |

| Last 4 digits of account number | Is the claim subject to offset? |
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1220 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $633.36 | $312.34 |
|---|---|---|---|---|

**HATSWELL,JAMES S**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Wages, accrued vacation and PTO** |

| Last 4 digits of account number | Is the claim subject to offset? |
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1221 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $119.70 | $59.03 |
|---|---|---|---|---|

**HATTEN,JACQUELINE**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Wages, accrued vacation and PTO** |

| Last 4 digits of account number | Is the claim subject to offset? |
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1222 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $889.14 | $438.48 |
|---|---|---|---|---|

**HAUCK,DANIEL J**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Wages, accrued vacation and PTO** |

| Last 4 digits of account number | Is the claim subject to offset? |
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.1223 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $923.08 | $455.22 |
|---|---|---|---|---|

**HAWE,ABJAR**
**REDACTED**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.1224 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,153.84 | $569.02 |
|---|---|---|---|---|

**HAWE,ABJAR**
**REDACTED**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.1225 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,636.76 | $2,286.62 |
|---|---|---|---|---|

**HAWORTH,RUSTY W**
**REDACTED**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.1226 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $472.14 | $232.84 |
|---|---|---|---|---|

**HAWTHORNE,MARK D**
**REDACTED**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

| 2.1227 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$855.20** | **$421.74** |
|---|---|---|---|---|

**HAWTHORNE,ROBERT B**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1228 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,717.70** | **$847.08** |
|---|---|---|---|---|

**HAYES,DANA M**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1229 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$617.58** | **$304.56** |
|---|---|---|---|---|

**HAYNES,KAYLYN M**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1230 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,591.54** | **$1,771.17** |
|---|---|---|---|---|

**HAZELTINE JR,JOHN E**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|

Name

---

| 2.1231 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,866.32** | **$920.38** |
|---|---|---|---|---|

**HEANEY,CORDARYL L**
**REDACTED**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.1232 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$568.40** | **$280.31** |
|---|---|---|---|---|

**HEARD,MARCUS J**
**REDACTED**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.1233 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$576.00** | **$284.05** |
|---|---|---|---|---|

**HEBENSTREIT,CLINT**
**REDACTED**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.1234 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,104.00** | **$544.44** |
|---|---|---|---|---|

**HEBENSTREIT,CLINT**
**REDACTED**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

**2.1235** | Priority creditor's name and mailing address

**HECTOR,KENNETH**
**REDACTED**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$6,792.40** | **$3,349.68**

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.1236** | Priority creditor's name and mailing address

**HEILIG,JOYCE**
**REDACTED**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$240.00** | **$118.36**

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.1237** | Priority creditor's name and mailing address

**HEINEMANN,RICK**
**REDACTED**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$120.00** | **$59.18**

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.1238** | Priority creditor's name and mailing address

**HEMBREE,GARY S**
**REDACTED**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$795.76** | **$392.43**

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

**2.1239** | Priority creditor's name and mailing address

**HEMINGWAY,MYRA**
**REDACTED**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$180.00    $88.77

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1240** | Priority creditor's name and mailing address

**HENDERSON,ANTHONY J**
**REDACTED**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,870.86    $922.62

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1241** | Priority creditor's name and mailing address

**HENDERSON,JASMINE M**
**REDACTED**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$568.02    $280.12

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1242** | Priority creditor's name and mailing address

**HENDERSON,JASMINE M**
**REDACTED**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$681.62    $336.14

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
| --- | --- | --- | --- |
| | Name | | |

| 2.1243 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,048.64** | **$517.14** |
| --- | --- | --- | --- | --- |
| | **HENDERSON,WILLIAM H** <br> REDACTED | *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: <br> **Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number <br> Specify Code subsection of PRIORITY <br> unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? <br> ■ No <br> ☐ Yes | | |

| 2.1244 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,592.22** | **$1,278.36** |
| --- | --- | --- | --- | --- |
| | **HENDRA,CHRIS W** <br> REDACTED | *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: <br> **Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number <br> Specify Code subsection of PRIORITY <br> unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? <br> ■ No <br> ☐ Yes | | |

| 2.1245 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,130.40** | **$1,050.61** |
| --- | --- | --- | --- | --- |
| | **HENDRIX,ADREN S** <br> REDACTED | *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: <br> **Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number <br> Specify Code subsection of PRIORITY <br> unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? <br> ■ No <br> ☐ Yes | | |

| 2.1246 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$384.00** | **$189.37** |
| --- | --- | --- | --- | --- |
| | **HENDRIX,GERALD Q** <br> REDACTED | *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: <br> **Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number <br> Specify Code subsection of PRIORITY <br> unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? <br> ■ No <br> ☐ Yes | | |

| Debtor | **Art Van Furniture, LLC** | | Case number (if known) | **20-10553** |
|---|---|---|---|---|

Name

---

| 2.1247 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$925.03** | **$456.18** |
|---|---|---|---|---|

**HENRY,ELBERT J**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1248 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$384.00** | **$189.37** |
|---|---|---|---|---|

**HENRY,GIOAVANTI**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1249 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$180.00** | **$88.77** |
|---|---|---|---|---|

**HENRY,KIMTA**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1250 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,413.12** | **$696.88** |
|---|---|---|---|---|

**HENRY,MARTIN J**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|

Name

| 2.1251 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $400.00 | $197.26 |
|---|---|---|---|---|

**HENSON,BRADLEY N**
**REDACTED**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1252 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $410.00 | $202.19 |
|---|---|---|---|---|

**HENSON,BRADLEY N**
**REDACTED**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1253 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $609.95 | $300.80 |
|---|---|---|---|---|

**HENSON,BRYAN W**
**REDACTED**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1254 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $180.00 | $88.77 |
|---|---|---|---|---|

**HERBIN,DAKOTA J**
**REDACTED**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.1255 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $304.13 | $149.98 |
|---|---|---|---|---|

**HERMAN,SARAH L**
**REDACTED**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1256 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,694.39 | $835.59 |
|---|---|---|---|---|

**HERMANOWSKI,MARCIN F**
**REDACTED**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1257 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $896.00 | $441.86 |
|---|---|---|---|---|

**HERNANDEZ,ANDRE J**
**REDACTED**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1258 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $967.20 | $476.98 |
|---|---|---|---|---|

**HERNANDEZ,GARY A**
**REDACTED**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

| 2.1259 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $156.96 | $77.40 |
|---|---|---|---|---|

**HERNANDEZ,JONATHAN R**
REDACTED

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1260 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,300.00 | $641.10 |
|---|---|---|---|---|

**HERNANDEZ,LUIS F**
REDACTED

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1261 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,320.00 | $650.96 |
|---|---|---|---|---|

**HERR,JACOB E**
REDACTED

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1262 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $117.23 | $57.81 |
|---|---|---|---|---|

**HERRING,WAYNE**
REDACTED

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

**2.1263** | Priority creditor's name and mailing address
**HERRING,WAYNE**
**REDACTED**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$568.40    $280.31

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1264** | Priority creditor's name and mailing address
**HESS,KEVIN J**
**REDACTED**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$3,319.12    $1,636.83

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1265** | Priority creditor's name and mailing address
**HIAESHUTTER,STEVE J**
**REDACTED**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$4,243.75    $2,092.81

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1266** | Priority creditor's name and mailing address
**HICKLING,DAVID S**
**REDACTED**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,656.48    $816.89

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

| 2.1267 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **$255.78** | **$126.14** |
|---|---|---|---|---|

**HICKS,JENNIFER**
**REDACTED**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.1268 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **$127.89** | **$63.07** |
|---|---|---|---|---|

**HICKS,KENDRICK**
**REDACTED**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.1269 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **$3,940.50** | **$1,943.26** |
|---|---|---|---|---|

**HIJA,THOMAS R**
**REDACTED**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.1270 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **$224,577.49** | **$224,577.49** |
|---|---|---|---|---|

**HILCO MERCHANT SERVICES**
**5 RESERVE DRIVE SUITE 206**
**NORTHBROOK, IL 60062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**POST-PETITION ADMINISTRATIVE CLAIM**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?

■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

| 2.1271 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $105.82 | $52.19 |
|---|---|---|---|---|

**HILER,MAXWELL D**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1272 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,879.62 | $926.94 |
|---|---|---|---|---|

**HILL,JAMES C**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1273 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,785.77 | $880.65 |
|---|---|---|---|---|

**HILL,RETONYA S**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1274 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $293.04 | $144.51 |
|---|---|---|---|---|

**HILL,SHANNON N**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.1275 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$340.75** | **$168.04** |
|---|---|---|---|---|

**HILL,YOLANDA D**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1276 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$778.87** | **$384.10** |
|---|---|---|---|---|

**HILL,YOLANDA D**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1277 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$427.61** | **$210.88** |
|---|---|---|---|---|

**HINES,WILLIAM B**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1278 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$243.60** | **$120.13** |
|---|---|---|---|---|

**HIRDES,SHAY L**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.1279 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$324.15** | **$159.85** |
|---|---|---|---|---|
| | **HITES,BRUCE**<br>REDACTED | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1280 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$4,990.08** | **$2,460.86** |
|---|---|---|---|---|
| | **HIXSON JR,ROY L**<br>REDACTED | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1281 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$2,759.61** | **$1,360.90** |
|---|---|---|---|---|
| | **HOCKMAN,JESSICA R**<br>REDACTED | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1282 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$2,239.20** | **$1,104.26** |
|---|---|---|---|---|
| | **HODITS,FRANK J**<br>REDACTED | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.1283 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$684.00** | **$337.32** |
|---|---|---|---|---|

**HOEGBERG,ASHTON B**
REDACTED

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.1284 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$167.86** | **$82.78** |
|---|---|---|---|---|

**HOENLE,KATHLEEN B**
REDACTED

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.1285 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$300.00** | **$147.95** |
|---|---|---|---|---|

**HOFFMAN,JURATE J**
REDACTED

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.1286 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$4,084.61** | **$2,014.33** |
|---|---|---|---|---|

**HOFFMAN,LINDSEY M**
REDACTED

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.1287 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,190.00** | **$1,080.00** |
|---|---|---|---|---|

**HOGAN,NADINE L**
**REDACTED**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Wages, accrued vacation and PTO** |

| Last 4 digits of account number | Is the claim subject to offset? |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

---

| 2.1288 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,590.43** | **$784.32** |
|---|---|---|---|---|

**HOLBROOK,COHL P**
**REDACTED**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Wages, accrued vacation and PTO** |

| Last 4 digits of account number | Is the claim subject to offset? |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

---

| 2.1289 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$522.24** | **$257.54** |
|---|---|---|---|---|

**HOLDRIDGE,JESILYN M**
**REDACTED**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Wages, accrued vacation and PTO** |

| Last 4 digits of account number | Is the claim subject to offset? |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

---

| 2.1290 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,745.77** | **$1,745.77** |
|---|---|---|---|---|

**HOLLAND BOARD OF PUBLIC**
**WORKS**
**625 HASTINGS AVE**
**HOLLAND, MI 49423**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**POST-PETITION ADMINISTRATIVE CLAIM** |

| Last 4 digits of account number | Is the claim subject to offset? |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes |

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.1291 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $7.77 | $7.77 |
|---|---|---|---|---|
| | **HOLLAND CHARTER TOWNSHIP**<br>**353 N. 120TH AVENUE**<br>**HOLLAND, MI 49424** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**POST-PETITION ADMINISTRATIVE CLAIM** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1292 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $632.88 | $312.11 |
|---|---|---|---|---|
| | **HOLLOMAN,JOHNNY L**<br>**REDACTED** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1293 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $1,284.40 | $633.40 |
|---|---|---|---|---|
| | **HOLLOMAN,KEITH E**<br>**REDACTED** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1294 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $592.92 | $292.40 |
|---|---|---|---|---|
| | **HOLLOWAY,TANYA R**<br>**REDACTED** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

| 2.1295 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$6,921.62** | **$3,413.40** |
|---|---|---|---|---|
| | **HOLMAN,JAMIE P** | Check all that apply. | | |
| | **REDACTED** | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Wages, accrued vacation and PTO** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | ☐ Yes |

---

| 2.1296 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$760.00** | **$374.79** |
|---|---|---|---|---|
| | **HOLMES,DWAYNE** | Check all that apply. | | |
| | **REDACTED** | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Wages, accrued vacation and PTO** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | ☐ Yes |

---

| 2.1297 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$240.00** | **$118.36** |
|---|---|---|---|---|
| | **HOLSTER,GREGORY T** | Check all that apply. | | |
| | **REDACTED** | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Wages, accrued vacation and PTO** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | ☐ Yes |

---

| 2.1298 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,591.92** | **$785.06** |
|---|---|---|---|---|
| | **HONKANEN,ANALICIA** | Check all that apply. | | |
| | **REDACTED** | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Wages, accrued vacation and PTO** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | ☐ Yes |

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
| --- | --- | --- | --- |
| | Name | | |

---

| 2.1299 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$390.72** | **$192.68** |
| --- | --- | --- | --- | --- |

**HONSBERGER,TROY**
**REDACTED**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1300 | Priority creditor's name and mailing address | | **$2,237.73** | **$1,103.54** |
| --- | --- | --- | --- | --- |

**HOOK,TAMMIE**
**REDACTED**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1301 | Priority creditor's name and mailing address | | **$75.00** | **$36.99** |
| --- | --- | --- | --- | --- |

**HOOKER,JAMES K**
**REDACTED**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1302 | Priority creditor's name and mailing address | | **$176.00** | **$86.79** |
| --- | --- | --- | --- | --- |

**HOOKS,NINA**
**REDACTED**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.1303 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **$909.44** | **$448.49** |
|---|---|---|---|---|
| | **HOOPER,RODERIC J**<br>REDACTED | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1304 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **$1,643.65** | **$810.57** |
|---|---|---|---|---|
| | **HORN,JOHN Q**<br>REDACTED | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1305 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **$2,877.29** | **$1,418.94** |
|---|---|---|---|---|
| | **HORN,RITA**<br>REDACTED | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1306 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **$253.75** | **$125.14** |
|---|---|---|---|---|
| | **HORNE,RYAN A**<br>REDACTED | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.1307 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$180.00** | **$88.77** |
|---|---|---|---|---|

**HORNER,EMILY L**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1308 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$300.00** | **$147.95** |
|---|---|---|---|---|

**HORNER,MATTHEW D**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1309 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,033.92** | **$509.88** |
|---|---|---|---|---|

**HORNER,MATTHEW D**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1310 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$15.00** | **$7.40** |
|---|---|---|---|---|

**HOUBECK,JOHN E**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

**2.1311** | Priority creditor's name and mailing address
**HOUGH,SCOTT A**
**REDACTED**

As of the petition filing date, the claim is:                                    **$1,614.23**     **$1,614.23**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**POST-PETITION NET COMMISSION -**
**ADMINISTRATIVE CLAIM**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1312** | Priority creditor's name and mailing address
**HOUGH,SCOTT A**
**REDACTED**

As of the petition filing date, the claim is:                                    **$360.00**     **$177.53**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1313** | Priority creditor's name and mailing address
**HOUGH,SCOTT A**
**REDACTED**

As of the petition filing date, the claim is:                                    **$3,056.56**     **$1,507.34**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1314** | Priority creditor's name and mailing address
**HOUSE,ANDREW D**
**REDACTED**

As of the petition filing date, the claim is:                                    **$170.62**     **$84.14**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.1315 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $60.00 | $29.59 |
|---|---|---|---|---|
| | **HOUSER,TANYA**<br>REDACTED | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1316 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $1,600.44 | $789.26 |
|---|---|---|---|---|
| | **HOUSTON,ROBIN R**<br>REDACTED | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1317 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $671.55 | $331.18 |
|---|---|---|---|---|
| | **HOWARD II,VANZELL**<br>REDACTED | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1318 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $263.25 | $129.82 |
|---|---|---|---|---|
| | **HOWARD,CANDACE**<br>REDACTED | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.1319 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $627.84 | $309.62 |
|---|---|---|---|---|

**HOWARD,PATRICK R**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1320 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $307.50 | $151.64 |
|---|---|---|---|---|

**HOWARD,RONDA J**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1321 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,747.52 | $1,354.94 |
|---|---|---|---|---|

**HOWARD,RONDA J**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1322 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,961.68 | $967.40 |
|---|---|---|---|---|

**HOWE,LAURA A**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.1323 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $934.56 | $460.88 |
|---|---|---|---|---|

**HOWELL,CARSEN J**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

| 2.1324 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,226.58 | $2,084.34 |
|---|---|---|---|---|

**HOWELL,JIMMIE**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

| 2.1325 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $520.33 | $256.60 |
|---|---|---|---|---|

**HOWZE,TYRONNE**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

| 2.1326 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $8,653.84 | $4,267.65 |
|---|---|---|---|---|

**HRIPKO,RAYMOND A**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.1327 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,444.75** | **$1,698.78** |
|---|---|---|---|---|
| | **HUBBARD,KENNY** | Check all that apply. | | |
| | REDACTED | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Wages, accrued vacation and PTO** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | ☐ Yes |

| 2.1328 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$608.00** | **$299.84** |
|---|---|---|---|---|
| | **HUDSON,LADONTEY** | Check all that apply. | | |
| | REDACTED | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Wages, accrued vacation and PTO** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | ☐ Yes |

| 2.1329 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$936.92** | **$462.04** |
|---|---|---|---|---|
| | **HUDSON,MEGAN M** | Check all that apply. | | |
| | REDACTED | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Wages, accrued vacation and PTO** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | ☐ Yes |

| 2.1330 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$360.00** | **$177.53** |
|---|---|---|---|---|
| | **HUERTA,LAWRENCE** | Check all that apply. | | |
| | REDACTED | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Wages, accrued vacation and PTO** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | ☐ Yes |

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

**2.1331** | Priority creditor's name and mailing address

**HUGGINS,JOSEPH M**
REDACTED

| As of the petition filing date, the claim is: | **$682.08** | **$336.37** |

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.1332** | Priority creditor's name and mailing address

**HUGHES,JOSHUA L**
REDACTED

| As of the petition filing date, the claim is: | **$360.00** | **$177.53** |

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.1333** | Priority creditor's name and mailing address

**HUGHES,JOSHUA L**
REDACTED

| As of the petition filing date, the claim is: | **$640.56** | **$315.89** |

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.1334** | Priority creditor's name and mailing address

**HUGHES,KELVIN G**
REDACTED

| As of the petition filing date, the claim is: | **$1,055.60** | **$520.57** |

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com |

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

**2.1335** | Priority creditor's name and mailing address
**HUGHES,KELVIN G**
**REDACTED**

As of the petition filing date, the claim is:                      **$1,266.72**    **$624.68**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1336** | Priority creditor's name and mailing address
**HUGHES,KIMBERLY J**
**REDACTED**

As of the petition filing date, the claim is:                      **$360.00**    **$177.53**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1337** | Priority creditor's name and mailing address
**HULCE,CHRISTOPHER J**
**REDACTED**

As of the petition filing date, the claim is:                      **$1,071.84**    **$528.58**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1338** | Priority creditor's name and mailing address
**HULWAY,SEAN L**
**REDACTED**

As of the petition filing date, the claim is:                      **$617.12**    **$304.33**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
| --- | --- | --- | --- |
| | Name | | |

| 2.1339 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,879.82** | **$1,420.19** |
| --- | --- | --- | --- | --- |

**HUMENNY,JAMIE L**
**REDACTED**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1340 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$90.00** | **$44.38** |
| --- | --- | --- | --- | --- |

**HUMPERT,KELLIE R**
**REDACTED**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1341 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,172.48** | **$1,071.36** |
| --- | --- | --- | --- | --- |

**HUND,JASON**
**REDACTED**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1342 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$129.92** | **$64.07** |
| --- | --- | --- | --- | --- |

**HUNSAKER,JOSEPH M**
**REDACTED**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.1343 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,293.11** | **$637.70** |
|---|---|---|---|---|
| | **HUNT,AMANDA** | Check all that apply. | | |
| | **REDACTED** | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY | ■ No | | |
| | unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ Yes | | |

| 2.1344 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$234.07** | **$115.43** |
|---|---|---|---|---|
| | **HUNT,BROOKE** | Check all that apply. | | |
| | **REDACTED** | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY | ■ No | | |
| | unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ Yes | | |

| 2.1345 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$280.32** | **$138.24** |
|---|---|---|---|---|
| | **HUNT,VANESSA** | Check all that apply. | | |
| | **REDACTED** | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY | ■ No | | |
| | unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ Yes | | |

| 2.1346 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,730.77** | **$853.53** |
|---|---|---|---|---|
| | **HUNTER,ADAM D** | Check all that apply. | | |
| | **REDACTED** | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY | ■ No | | |
| | unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ Yes | | |

| Debtor | **Art Van Furniture, LLC** | | Case number (if known) | **20-10553** |
| --- | --- | --- | --- | --- |
| | Name | | | |

---

| 2.1347 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$180.00** | **$88.77** |
| --- | --- | --- | --- | --- |

**HUNTER,ANA**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1348 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$180.00** | **$88.77** |
| --- | --- | --- | --- | --- |

**HUNTER,SHAVONDIA**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1349 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$97.50** | **$48.08** |
| --- | --- | --- | --- | --- |

**HUNTOON,DEBRA J**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1350 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,742.91** | **$859.52** |
| --- | --- | --- | --- | --- |

**HUNTOON,STEVEN W**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.1351 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $648.27 | $319.69 |
|---|---|---|---|---|
| | **HURLEY,MARTIN L**<br>**REDACTED** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1352 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $648.27 | $319.69 |
|---|---|---|---|---|
| | **HURLEY,MARTIN L**<br>**REDACTED** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1353 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $958.20 | $472.54 |
|---|---|---|---|---|
| | **HUSSAIN,AJMAL**<br>**REDACTED** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1354 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,265.67 | $3,089.92 |
|---|---|---|---|---|
| | **HUTCHINSON,JODI L**<br>**REDACTED** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Art Van Furniture, LLC** | Case number (*if known*) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

| 2.1355 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$300.00** | **$147.95** |
|---|---|---|---|---|
| | **HUTCHINSON, WENDY A**<br>**REDACTED** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** |
|---|---|

| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes |
|---|---|

---

| 2.1356 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,695.12** | **$1,822.25** |
|---|---|---|---|---|
| | **HUTCHINSON, WENDY A**<br>**REDACTED** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** |
|---|---|

| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes |
|---|---|

---

| 2.1357 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,385.76** | **$683.39** |
|---|---|---|---|---|
| | **HYDE, ERIC**<br>**REDACTED** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** |
|---|---|

| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes |
|---|---|

---

| 2.1358 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$16,150.98** | **$16,150.98** |
|---|---|---|---|---|
| | **IBM CORPORATION-YR6**<br>**P.O. BOX 645670**<br>**PITTSBURGH, PA 15264-5254** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim:<br>**POST-PETITION ADMINISTRATIVE CLAIM** |
|---|---|

| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes |
|---|---|

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.1359 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $194.88 | $96.11 |
|---|---|---|---|---|

**IBRAHIM,OTHMAN**
**REDACTED**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1360 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $867.36 | $427.74 |
|---|---|---|---|---|

**IDU ATE,ERASMO A**
**REDACTED**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1361 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $520.00 | $256.44 |
|---|---|---|---|---|

**IGNATOWSKI,JAMES M**
**REDACTED**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1362 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $139,110.00 | $139,110.00 |
|---|---|---|---|---|

**ILLINOIS DEPARTMENT OF**
**REVENUE**
**RETAILERS' OCCUPATION TAX**
**SPRINGFIELD, IL 62796-0001**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Illinois sales and use tax**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Art Van Furniture, LLC** | | Case number (*if known*) | **20-10553** |
|---|---|---|---|---|
| | Name | | | |

---

**2.1363**

Priority creditor's name and mailing address

**Illinois Department of Revenue - unemplo**
**101 West Jefferson Street**
**Springfield, IL 62702**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unemployment**
**POST PETITION ADMIN CLAIM**

Is the claim subject to offset?
☑ No
☐ Yes

**$1,580.52**    **$1,580.52**

---

**2.1364**

Priority creditor's name and mailing address

**IMTIAZ,MUSTAFA**
**REDACTED**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Wages, accrued vacation and PTO**

Is the claim subject to offset?
☑ No
☐ Yes

**$300.00**    **$147.95**

---

**2.1365**

Priority creditor's name and mailing address

**IMTIAZ,MUSTAFA**
**REDACTED**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Wages, accrued vacation and PTO**

Is the claim subject to offset?
☑ No
☐ Yes

**$1,854.40**    **$914.50**

---

**2.1366**

Priority creditor's name and mailing address

**INDIANA DEPARTMENT OF**
**REVENUE**
**PO BOX 1685**
**INDIANAPOLIS, IN 46206-1685**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Indiana sales and use tax**

Is the claim subject to offset?
☑ No
☐ Yes

**$125,322.00**    **$125,322.00**

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

| 2.1367 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $12,896.00 | $12,896.00 |
|---|---|---|---|---|

**INDIANA DEPARTMENT OF REVENUE**
**PO BOX 1685**
**INDIANAPOLIS, IN 46206-1685**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Indiana sales and use tax**
**POST PETITION ADMIN CLAIM**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1368 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $33.38 | $33.38 |
|---|---|---|---|---|

**Indiana Department of Revenue -**
**unemploy**
**10 N. Senate Ave**
**Indianapolis, IN 46204-2277**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unemployment**
**POST PETITION ADMIN CLAIM**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1369 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,195.48 | $1,195.48 |
|---|---|---|---|---|

**Indiana Department of Revenue**
**-income ta**
**PO 1685**
**Indianapolis, IN 46206-1685**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Withholding Taxes**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1370 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $12,980.76 | $6,401.47 |
|---|---|---|---|---|

**INGERSOLL,ANDREW G**
**REDACTED**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

| 2.1371 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $560.00 | $276.16 |
|---|---|---|---|---|

**INZURRIAGA, JARED A**
**REDACTED**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1372 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,120.00 | $552.33 |
|---|---|---|---|---|

**INZURRIAGA, JARED A**
**REDACTED**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1373 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $682.50 | $336.58 |
|---|---|---|---|---|

**IRELAND, JUSTIN J**
**REDACTED**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1374 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,200.00 | $591.78 |
|---|---|---|---|---|

**IRELAND, JUSTIN J**
**REDACTED**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

**2.1375** | Priority creditor's name and mailing address
**IRLA,JULIA M**
**REDACTED**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$3,652.57    $1,801.27

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1376** | Priority creditor's name and mailing address
**IRVIN III,BILLY E**
**REDACTED**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$767.34    $378.41

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1377** | Priority creditor's name and mailing address
**IS LEASE ADMINISTRATION**
**SERV.**
**2977 LENOX DRIVE**
**TROY, MI 48098**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$6,666.67    $6,666.67

Date or dates debt was incurred

Basis for the claim:
**POST-PETITION ADMINISTRATIVE CLAIM**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1378** | Priority creditor's name and mailing address
**ISAACSON,THOMAS R**
**REDACTED**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,066.00    $525.70

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

**2.1379** | Priority creditor's name and mailing address
**ISHAM,ALEC**
**REDACTED**

As of the petition filing date, the claim is:          **$60.00**   **$29.59**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.1380** | Priority creditor's name and mailing address
**ISLAMI,JAKUP**
**REDACTED**

As of the petition filing date, the claim is:          **$5,131.92**   **$2,530.81**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.1381** | Priority creditor's name and mailing address
**IVAN,CHRISTOPHER**
**REDACTED**

As of the petition filing date, the claim is:          **$4,453.27**   **$2,196.13**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.1382** | Priority creditor's name and mailing address
**IVERY,LEILA**
**REDACTED**

As of the petition filing date, the claim is:          **$255.78**   **$126.14**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

| 2.1383 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,313.44** | **$1,140.87** |
|---|---|---|---|---|

**JAAFAR,HASSAN K**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1384 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$248.00** | **$122.30** |
|---|---|---|---|---|

**JACKSON,ANGELA D**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1385 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$439.20** | **$216.59** |
|---|---|---|---|---|

**JACKSON,ANTHONY**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1386 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$878.40** | **$433.18** |
|---|---|---|---|---|

**JACKSON,ANTHONY**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

**2.1387** | Priority creditor's name and mailing address
**JACKSON,DAVID**
**REDACTED**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,974.23    $1,466.74

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1388** | Priority creditor's name and mailing address
**JACKSON,EDWARD**
**REDACTED**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$252.00    $124.27

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1389** | Priority creditor's name and mailing address
**JACKSON,JAINA C**
**REDACTED**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$3,269.22    $1,612.22

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1390** | Priority creditor's name and mailing address
**JACKSON,JAMES M**
**REDACTED**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$264.00    $130.19

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

| 2.1391 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$124.00** | **$61.15** |
|---|---|---|---|---|

**JACKSON,JAMIL R**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.1392 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$864.80** | **$426.48** |
|---|---|---|---|---|

**JACKSON,JESSIE V**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.1393 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$300.00** | **$147.95** |
|---|---|---|---|---|

**JACKSON,LASHONDA J**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.1394 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$471.98** | **$232.76** |
|---|---|---|---|---|

**JACKSON,LATRICE R**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

| 2.1395 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$180.00** | **$88.77** |
|---|---|---|---|---|
| | **JACKSON,SAMANTHA**<br>**REDACTED** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** |
|---|---|

| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes |
|---|---|

---

| 2.1396 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$742.98** | **$366.40** |
|---|---|---|---|---|
| | **JACOBS,BENNIE L**<br>**REDACTED** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** |
|---|---|

| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes |
|---|---|

---

| 2.1397 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$360.00** | **$177.53** |
|---|---|---|---|---|
| | **JACOBY,DAVID R**<br>**REDACTED** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** |
|---|---|

| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes |
|---|---|

---

| 2.1398 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$450.48** | **$222.15** |
|---|---|---|---|---|
| | **JACOBY,DAVID R**<br>**REDACTED** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** |
|---|---|

| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes |
|---|---|

---

| Debtor | **Art Van Furniture, LLC** | | Case number (if known) | **20-10553** |
|---|---|---|---|---|
| | Name | | | |

| 2.1399 | Priority creditor's name and mailing address<br>**JAMES,BREA**<br>**REDACTED** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$57.50** | **$28.36** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☐ No<br>☐ Yes | | |

| 2.1400 | Priority creditor's name and mailing address<br>**JAMES,DESHAWN**<br>**REDACTED** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$154.28** | **$76.08** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☐ No<br>☐ Yes | | |

| 2.1401 | Priority creditor's name and mailing address<br>**JAMES,ELLITHA L**<br>**REDACTED** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,396.80** | **$688.83** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☐ No<br>☐ Yes | | |

| 2.1402 | Priority creditor's name and mailing address<br>**JAMES,MARTIN R**<br>**REDACTED** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,079.03** | **$532.12** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☐ No<br>☐ Yes | | |

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.1403 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,800.00** | **$887.67** |
|---|---|---|---|---|

**JANCOVIC,STEVEN J**
REDACTED

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** |
|---|---|

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1404 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,799.36** | **$1,380.51** |
|---|---|---|---|---|

**JANS,JUDY S**
REDACTED

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** |
|---|---|

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1405 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$240.00** | **$118.36** |
|---|---|---|---|---|

**JANSE-VREELING,JANICE M**
REDACTED

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** |
|---|---|

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1406 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$568.40** | **$280.31** |
|---|---|---|---|---|

**JANSSEN,BRAD**
REDACTED

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** |
|---|---|

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.1407 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$4,666.66** | **$2,301.37** |
|---|---|---|---|---|

**JAREMA,CYNTHIA M**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1408 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$142.50** | **$70.27** |
|---|---|---|---|---|

**JARVIS,JOSHUA M**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1409 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,211.54** | **$597.47** |
|---|---|---|---|---|

**JASTAL,JOSHUA S**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1410 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$576.00** | **$284.05** |
|---|---|---|---|---|

**JAYNES,SCOTT**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Art Van Furniture, LLC** | | Case number (if known) | **20-10553** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.1411 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,064.00** | **$524.71** |
|---|---|---|---|---|

**JAYNES,SCOTT**
**REDACTED**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1412 | Priority creditor's name and mailing address | | **$106,021.48** | **$106,021.48** |
|---|---|---|---|---|

**JD REAL ESTATE INC**
**4333 S. PULASKI RD.**
**CHICAGO, IL 60632**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**POST-PETITION ADMINISTRATIVE CLAIM**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1413 | Priority creditor's name and mailing address | | **$2,432.88** | **$1,199.78** |
|---|---|---|---|---|

**JENSEN,CLAIRE L**
**REDACTED**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1414 | Priority creditor's name and mailing address | | **$1,296.96** | **$639.60** |
|---|---|---|---|---|

**JERNIGAN,MICHAEL**
**REDACTED**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number *(if known)* | **20-10553** |
| --- | --- | --- | --- |
| | Name | | |

| 2.1415 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$180.00** | **$88.77** |
| --- | --- | --- | --- | --- |

**JESNEK,STEVEN T**
**REDACTED**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1416 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,005.31** | **$2,005.31** |
| --- | --- | --- | --- | --- |

**JETER,GERALD F**
**REDACTED**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**POST-PETITION NET COMMISSION -**
**ADMINISTRATIVE CLAIM**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1417 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$873.28** | **$430.66** |
| --- | --- | --- | --- | --- |

**JETER,GERALD F**
**REDACTED**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1418 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,526.88** | **$752.98** |
| --- | --- | --- | --- | --- |

**JEUDEVINE,HANNAH L**
**REDACTED**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.1419 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$656.57** | **$323.79** |
|---|---|---|---|---|

**JEWELL,TONYA**
REDACTED

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.1420 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$520.00** | **$256.44** |
|---|---|---|---|---|

**JIMENEZ,ALEC J**
REDACTED

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.1421 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$809.54** | **$399.23** |
|---|---|---|---|---|

**JIMENEZ,RACHEL M**
REDACTED

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.1422 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,125.43** | **$555.01** |
|---|---|---|---|---|

**JIMERSON II,CLIFTON**
REDACTED

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.1423 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,345.76** | **$1,156.81** |
|---|---|---|---|---|

**JJONES,MICHELLE D**
**REDACTED**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.1424 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$464.16** | **$228.90** |
|---|---|---|---|---|

**JOHANNESSEN,DANIEL**
**REDACTED**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.1425 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$290.39** | **$290.39** |
|---|---|---|---|---|

**JOHN,JONATHAN**
**REDACTED**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**POST-PETITION NET COMMISSION -**
**ADMINISTRATIVE CLAIM**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.1426 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,688.24** | **$832.56** |
|---|---|---|---|---|

**JOHN,JONATHAN**
**REDACTED**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

| 2.1427 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$297.44** | **$146.68** |
|---|---|---|---|---|
| | **JOHNS,JOHN P** | *Check all that apply.* | | |
| | **REDACTED** | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Wages, accrued vacation and PTO** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | ☐ Yes |

---

| 2.1428 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$372.00** | **$183.45** |
|---|---|---|---|---|
| | **JOHNSON,AARON R** | *Check all that apply.* | | |
| | **REDACTED** | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Wages, accrued vacation and PTO** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | ☐ Yes |

---

| 2.1429 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$60.00** | **$29.59** |
|---|---|---|---|---|
| | **JOHNSON,ANTHONY S** | *Check all that apply.* | | |
| | **REDACTED** | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Wages, accrued vacation and PTO** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | ☐ Yes |

---

| 2.1430 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$262.40** | **$129.40** |
|---|---|---|---|---|
| | **JOHNSON,BRENT A** | *Check all that apply.* | | |
| | **REDACTED** | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Wages, accrued vacation and PTO** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | ☐ Yes |

---

| Debtor | **Art Van Furniture, LLC** | | Case number (if known) | **20-10553** |
|---|---|---|---|---|

Name

---

| 2.1431 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,881.04** | **$1,420.79** |
|---|---|---|---|---|

**JOHNSON,CHAD A**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1432 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$4,294.23** | **$2,117.70** |
|---|---|---|---|---|

**JOHNSON,CHARLETTA**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1433 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$994.60** | **$490.49** |
|---|---|---|---|---|

**JOHNSON,CONNIE J**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1434 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$172.08** | **$84.86** |
|---|---|---|---|---|

**JOHNSON,CURTIS C**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | | Case number (if known) | **20-10553** |
|---|---|---|---|---|
| | Name | | | |

| 2.1435 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $146.16 | $72.08 |
|---|---|---|---|---|
| | **JOHNSON,DELANO E** **REDACTED** | Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ■ No ☐ Yes | | |

| 2.1436 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,742.41 | $1,352.42 |
|---|---|---|---|---|
| | **JOHNSON,DERRICK** **REDACTED** | Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ■ No ☐ Yes | | |

| 2.1437 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $991.90 | $489.16 |
|---|---|---|---|---|
| | **JOHNSON,GEORGE J** **REDACTED** | Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ■ No ☐ Yes | | |

| 2.1438 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $360.00 | $177.53 |
|---|---|---|---|---|
| | **JOHNSON,GEORGETTE D** **REDACTED** | Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ■ No ☐ Yes | | |

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|--------|---------------------------|------------------------|--------------|
|        | Name                      |                        |              |

---

| 2.1439 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,594.40** | **$786.28** |
|--------|----------------------------------------------|-----------------------------------------------|---------------|-------------|
| | **JOHNSON,GEORGETTE D** | Check all that apply. | | |
| | **REDACTED** | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---------------------------------|----------------------|
| | **Wages, accrued vacation and PTO** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---------------------------------|---------------------------------|
| Specify Code subsection of PRIORITY | ■ No |
| unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ Yes |

---

| 2.1440 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$180.00** | **$88.77** |
|--------|----------------------------------------------|-----------------------------------------------|-------------|------------|
| | **JOHNSON,JAKE R** | Check all that apply. | | |
| | **REDACTED** | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---------------------------------|----------------------|
| | **Wages, accrued vacation and PTO** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---------------------------------|---------------------------------|
| Specify Code subsection of PRIORITY | ■ No |
| unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ Yes |

---

| 2.1441 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$152.00** | **$74.96** |
|--------|----------------------------------------------|-----------------------------------------------|-------------|------------|
| | **JOHNSON,JAMES** | Check all that apply. | | |
| | **REDACTED** | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---------------------------------|----------------------|
| | **Wages, accrued vacation and PTO** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---------------------------------|---------------------------------|
| Specify Code subsection of PRIORITY | ■ No |
| unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ Yes |

---

| 2.1442 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,847.68** | **$1,897.49** |
|--------|----------------------------------------------|-----------------------------------------------|---------------|---------------|
| | **JOHNSON,JEFFREY M** | Check all that apply. | | |
| | **REDACTED** | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---------------------------------|----------------------|
| | **Wages, accrued vacation and PTO** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---------------------------------|---------------------------------|
| Specify Code subsection of PRIORITY | ■ No |
| unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ Yes |

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
| --- | --- | --- | --- |
| | Name | | |

---

| 2.1443 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$4,110.00** | **$2,026.85** |
|---|---|---|---|---|
| | **JOHNSON,JEFFREY R**<br>**REDACTED** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.1444 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$303.54** | **$149.69** |
|---|---|---|---|---|
| | **JOHNSON,JENNIFER**<br>**REDACTED** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.1445 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$505.90** | **$249.48** |
|---|---|---|---|---|
| | **JOHNSON,JENNIFER**<br>**REDACTED** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.1446 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$97.95** | **$48.30** |
|---|---|---|---|---|
| | **JOHNSON,JILL A**<br>**REDACTED** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.1447 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,939.10** | **$956.27** |
|---|---|---|---|---|

**JOHNSON,KEYOSHA L**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1448 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$28.00** | **$13.81** |
|---|---|---|---|---|

**JOHNSON,LARRY J**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1449 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,400.50** | **$1,676.96** |
|---|---|---|---|---|

**JOHNSON,MARK (PIER) D**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1450 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$7,717.54** | **$3,805.91** |
|---|---|---|---|---|

**JOHNSON,PATRICK J**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

**2.1451** | Priority creditor's name and mailing address
**JOHNSON,PATRICK O**
REDACTED

As of the petition filing date, the claim is: **$2,700.80**   **$1,331.90**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1452** | Priority creditor's name and mailing address
**JOHNSON,REUBEN**
REDACTED

As of the petition filing date, the claim is: **$167.18**   **$82.44**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1453** | Priority creditor's name and mailing address
**JOHNSON,RYAN A**
REDACTED

As of the petition filing date, the claim is: **$1,500.00**   **$739.73**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1454** | Priority creditor's name and mailing address
**JOHNSON,WILLIAM D**
REDACTED

As of the petition filing date, the claim is: **$2,567.76**   **$1,266.29**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|--------|---------------------------|------------------------|--------------|
| | Name | | |

---

**2.1455** | Priority creditor's name and mailing address
**JOINER-GRANT,CHLOE**
**REDACTED**

As of the petition filing date, the claim is:                    **$699.08**    **$344.75**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.1456** | Priority creditor's name and mailing address
**JONES,ADRIYANNA D**
**REDACTED**

As of the petition filing date, the claim is:                    **$288.00**    **$142.03**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.1457** | Priority creditor's name and mailing address
**JONES,DEANNA F**
**REDACTED**

As of the petition filing date, the claim is:                    **$240.00**    **$118.36**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.1458** | Priority creditor's name and mailing address
**JONES,KEITH D**
**REDACTED**

As of the petition filing date, the claim is:                    **$288.00**    **$142.03**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

| 2.1459 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,000.00** | **$1,479.45** |
|---|---|---|---|---|

**JONES,MYRA**
**REDACTED**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.1460 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$216.56** | **$106.80** |
|---|---|---|---|---|

**JONES,RYAN C**
**REDACTED**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.1461 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$360.00** | **$177.53** |
|---|---|---|---|---|

**JONES,RYAN C**
**REDACTED**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.1462 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$84.02** | **$41.43** |
|---|---|---|---|---|

**JONES,TAMEKA M**
**REDACTED**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

**2.1463** | Priority creditor's name and mailing address

**JONES,TONIA**
**REDACTED**

As of the petition filing date, the claim is:                    **$180.00**    **$88.77**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1464** | Priority creditor's name and mailing address

**JONES-GATLIN,SHARON A**
**REDACTED**

As of the petition filing date, the claim is:                    **$3,205.58**    **$1,580.83**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1465** | Priority creditor's name and mailing address

**JOOS,CHRISTOPHER J**
**REDACTED**

As of the petition filing date, the claim is:                    **$107.61**    **$53.07**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1466** | Priority creditor's name and mailing address

**JORDAN,EDMUNDO**
**REDACTED**

As of the petition filing date, the claim is:                    **$2,028.27**    **$1,000.24**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.1467 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,133.40** | **$558.94** |
|---|---|---|---|---|
| | **JORDAN,EMMA** **REDACTED** | Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ■ No ☐ Yes | | |

| 2.1468 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$502.24** | **$247.68** |
|---|---|---|---|---|
| | **JORDAN,PHYLLIS D** **REDACTED** | Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ■ No ☐ Yes | | |

| 2.1469 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$682.08** | **$336.37** |
|---|---|---|---|---|
| | **JORDAN,RILEY T** **REDACTED** | Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ■ No ☐ Yes | | |

| 2.1470 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$219.24** | **$108.12** |
|---|---|---|---|---|
| | **JORDAN,SHEILA D** **REDACTED** | Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ■ No ☐ Yes | | |

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

| 2.1471 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $32,475.03 | $32,475.03 |
|---|---|---|---|---|

**JS WESTFLO LLC**
**8300 EAGER ROAD SUITE 603**
**0**
**BRENTWOOD, MO 63144**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**POST-PETITION ADMINISTRATIVE CLAIM**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1472 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $420.00 | $207.12 |
|---|---|---|---|---|

**JUDD,MITCHELL D**
**REDACTED**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1473 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $300.00 | $147.95 |
|---|---|---|---|---|

**JURCZYNSKI,SYLWESTER**
**REDACTED**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1474 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,486.97 | $2,212.75 |
|---|---|---|---|---|

**JUST,MATTHEW C**
**REDACTED**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.1475 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,006.56** | **$496.39** |
|---|---|---|---|---|

**JUST,TIMOTHY J**
**REDACTED**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.1476 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,355.18** | **$1,654.61** |
|---|---|---|---|---|

**JUST,TIMOTHY J**
**REDACTED**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.1477 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,266.88** | **$1,117.91** |
|---|---|---|---|---|

**JUSTICE,FAITH O**
**REDACTED**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.1478 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$900.00** | **$900.00** |
|---|---|---|---|---|

**JVS EXPRESS LLC**
**8300 EAGER RD**
**SUITE 603**
**BRENTWOOD, MO 63144**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**POST-PETITION ADMINISTRATIVE CLAIM**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|

Name

---

**2.1479** | Priority creditor's name and mailing address

**KACHACHI,LAYTH**
**REDACTED**

As of the petition filing date, the claim is:          **$845.76** | **$417.09**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1480** | Priority creditor's name and mailing address

**KACHI,SANDRA**
**REDACTED**

As of the petition filing date, the claim is:          **$839.33** | **$413.92**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1481** | Priority creditor's name and mailing address

**KACZMAR,JENNIFER L**
**REDACTED**

As of the petition filing date, the claim is:          **$3,790.17** | **$1,869.12**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1482** | Priority creditor's name and mailing address

**KACZMAREK,MARK E**
**REDACTED**

As of the petition filing date, the claim is:          **$1,398.70** | **$689.77**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.1483 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $60.00 | $29.59 |
|---|---|---|---|---|

**KAHN,NEAL W**
**REDACTED**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.1484 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,516.00 | $747.62 |
|---|---|---|---|---|

**KAIS,AIMEN S**
**REDACTED**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.1485 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $292.32 | $144.16 |
|---|---|---|---|---|

**KAISER,STEVEN R**
**REDACTED**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.1486 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $240.00 | $118.36 |
|---|---|---|---|---|

**KALB,RUSSEL D**
**REDACTED**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

| 2.1487 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,109.35** | **$1,040.23** |
|---|---|---|---|---|

**KALCHIK,JUDETH A**
REDACTED

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1488 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$293.04** | **$144.51** |
|---|---|---|---|---|

**KALEITA,MICHAEL**
REDACTED

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1489 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,050.33** | **$517.97** |
|---|---|---|---|---|

**KAMINSKI,KEITH W**
REDACTED

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1490 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,345.44** | **$663.50** |
|---|---|---|---|---|

**KANGAS,BRIAN**
REDACTED

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

| 2.1491 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$487.20** | **$240.26** |
|---|---|---|---|---|
| | **KAPLON,DANIEL** | *Check all that apply.* | | |
| | **REDACTED** | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

---

| 2.1492 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$584.64** | **$288.32** |
|---|---|---|---|---|
| | **KAPLON,DANIEL** | *Check all that apply.* | | |
| | **REDACTED** | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

---

| 2.1493 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$300.00** | **$147.95** |
|---|---|---|---|---|
| | **KAPOOR,KARAN** | *Check all that apply.* | | |
| | **REDACTED** | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

---

| 2.1494 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,592.77** | **$785.48** |
|---|---|---|---|---|
| | **KAPOOR,UMESH** | *Check all that apply.* | | |
| | **REDACTED** | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.1495 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,561.02 | $2,742.42 |
|---|---|---|---|---|

**KARHOFF,MARK**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1496 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,352.40 | $1,653.24 |
|---|---|---|---|---|

**KASHAT,JASON S**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1497 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,142.24 | $563.30 |
|---|---|---|---|---|

**KASZUBOWSKI,STEPHEN K**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1498 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,176.92 | $580.40 |
|---|---|---|---|---|

**KATSIAS,FRANK**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.1499 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,175.04** | **$579.47** |
|---|---|---|---|---|

**KEDZIERSKI,STEPHEN**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1500 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$46.81** | **$23.08** |
|---|---|---|---|---|

**KEECH,KODY**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1501 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,380.40** | **$680.75** |
|---|---|---|---|---|

**KEFFER,CHAD**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1502 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$252.20** | **$124.37** |
|---|---|---|---|---|

**KEIGLEY,DAMIAN I**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.1503 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$576.28** | **$284.19** |
|---|---|---|---|---|

**KEIGLEY,RONALD W**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Wages, accrued vacation and PTO** |

| Last 4 digits of account number | Is the claim subject to offset? |
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1504 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$793.16** | **$391.15** |
|---|---|---|---|---|

**KEIGLEY,RONALD W**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Wages, accrued vacation and PTO** |

| Last 4 digits of account number | Is the claim subject to offset? |
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1505 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$300.00** | **$147.95** |
|---|---|---|---|---|

**KELLEY,CAITLIN M**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Wages, accrued vacation and PTO** |

| Last 4 digits of account number | Is the claim subject to offset? |
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1506 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$784.80** | **$387.02** |
|---|---|---|---|---|

**KELLEY,EDWARD D**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Wages, accrued vacation and PTO** |

| Last 4 digits of account number | Is the claim subject to offset? |
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.1507 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $941.76 | $464.43 |
|---|---|---|---|---|

**KELLEY,EDWARD D**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.1508 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,499.34 | $1,232.55 |
|---|---|---|---|---|

**KELLY,CHARLES**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.1509 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $576.00 | $284.05 |
|---|---|---|---|---|

**KELLY,MICHAEL L**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.1510 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $270.00 | $133.15 |
|---|---|---|---|---|

**KELLY,PATRICIA A**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

**2.1511** | Priority creditor's name and mailing address

**KELLY,VINTRIES D**
**REDACTED**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,116.80** | **$550.75**

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1512** | Priority creditor's name and mailing address

**KEMP,JUSTIN M**
**REDACTED**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,978.77** | **$975.83**

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1513** | Priority creditor's name and mailing address

**KENDRICK-BEY,MILIK J**
**REDACTED**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$125.84** | **$62.06**

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1514** | Priority creditor's name and mailing address

**KENDRICK-BEY,MILIK J**
**REDACTED**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,258.40** | **$620.58**

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

| 2.1515 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $454.72 | $224.25 |
|---|---|---|---|---|

**KENNEBREW- JACKSON,CORY D**
**REDACTED**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.1516 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,644.91 | $811.19 |
|---|---|---|---|---|

**KENNEDY,PAIGE E**
**REDACTED**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.1517 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $360.00 | $177.53 |
|---|---|---|---|---|

**KETZLER,JOSEPH C**
**REDACTED**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.1518 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $360.00 | $177.53 |
|---|---|---|---|---|

**KHALIL,SONJA F**
**REDACTED**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.1519 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,553.72 | $766.22 |
|---|---|---|---|---|

**KHARSA,SUHAIL**
**REDACTED**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 2.1520 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,062.89 | $1,510.47 |
|---|---|---|---|---|

**KHLEIF,AUNI L**
**REDACTED**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 2.1521 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $920.39 | $453.89 |
|---|---|---|---|---|

**KIDD,DELANA L**
**REDACTED**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 2.1522 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $8,653.84 | $4,267.65 |
|---|---|---|---|---|

**KIELLY,DAVID G**
**REDACTED**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ☑ No
- ☐ Yes

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.1523 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,832.28** | **$1,889.89** |
|---|---|---|---|---|
| | **KIES,DAVID A** | Check all that apply. | | |
| | **REDACTED** | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No  ☐ Yes | | |

| 2.1524 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$4,384.45** | **$2,162.19** |
|---|---|---|---|---|
| | **KIJEK,MARK S** | Check all that apply. | | |
| | **REDACTED** | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No  ☐ Yes | | |

| 2.1525 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$64,906.57** | **$64,906.57** |
|---|---|---|---|---|
| | **KILDEER VILLAGE SQUARE LLC** | Check all that apply. | | |
| | **C/O THE BOND COMPANIES** | ☐ Contingent | | |
| | **350 W. HUBBARD SUITE 450** | ☐ Unliquidated | | |
| | **CHICAGO, IL 60654** | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **POST-PETITION ADMINISTRATIVE CLAIM** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No  ☐ Yes | | |

| 2.1526 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$766.31** | **$377.91** |
|---|---|---|---|---|
| | **KILDOW,WILLIAM** | Check all that apply. | | |
| | **REDACTED** | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No  ☐ Yes | | |

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

| 2.1527 | Priority creditor's name and mailing address<br>**KILIAN,JOHN**<br>**REDACTED** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$3,462.74** | **$1,707.65** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.1528 | Priority creditor's name and mailing address<br>**KILLBREATH,MICHELLE K**<br>**REDACTED** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$2,698.56** | **$1,330.80** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.1529 | Priority creditor's name and mailing address<br>**KILLIAN,JOSHUA**<br>**REDACTED** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$231.42** | **$114.12** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.1530 | Priority creditor's name and mailing address<br>**KINASZ,TINA M**<br>**REDACTED** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$3,178.80** | **$1,567.63** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

**2.1531** | Priority creditor's name and mailing address
**KING,ANDREW H**
REDACTED

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$155.04    $76.46

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1532** | Priority creditor's name and mailing address
**KING,BRIAN J**
REDACTED

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,700.93    $838.81

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1533** | Priority creditor's name and mailing address
**KING,DOMINIQUE L**
REDACTED

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$142.50    $70.27

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1534** | Priority creditor's name and mailing address
**KING,JAMES L**
REDACTED

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$487.20    $240.26

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
| --- | --- | --- | --- |
| | Name | | |

---

| 2.1535 | Priority creditor's name and mailing address<br>**KING,SANDRA J**<br>**REDACTED** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$3,235.20** | **$1,595.44** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.1536 | Priority creditor's name and mailing address<br>**KIRAZ, DANIEL**<br>**REDACTED** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$226.42** | **$226.42** |
| | Date or dates debt was incurred | Basis for the claim:<br>**POST-PETITION NET WAGES -**<br>**ADMINISTRATIVE CLAIM** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.1537 | Priority creditor's name and mailing address<br>**KIRAZ,DANIEL**<br>**REDACTED** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$3,169.82** | **$1,563.20** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.1538 | Priority creditor's name and mailing address<br>**KIRIAN-CRESSEY,SCOTT M**<br>**REDACTED** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$120.00** | **$59.18** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

**2.1539** | Priority creditor's name and mailing address

**KIRK,KENNETH**
**REDACTED**

As of the petition filing date, the claim is: **$960.12** **$473.48**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1540** | Priority creditor's name and mailing address

**KIRKENDALL,NICHOLAS M**
**REDACTED**

As of the petition filing date, the claim is: **$120.00** **$59.18**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1541** | Priority creditor's name and mailing address

**KIRKLAND,JER-WAUN**
**REDACTED**

As of the petition filing date, the claim is: **$243.60** **$120.13**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1542** | Priority creditor's name and mailing address

**KIRKMAN,DENISE A**
**REDACTED**

As of the petition filing date, the claim is: **$217.87** **$107.44**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

| 2.1543 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $240.00 | $118.36 |
|---|---|---|---|---|

**KIRUI,JAMES C**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1544 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $462.24 | $227.95 |
|---|---|---|---|---|

**KLAUS,TIM**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1545 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,874.01 | $1,417.32 |
|---|---|---|---|---|

**KLEIN,KATHERINE M**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1546 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,855.76 | $2,887.77 |
|---|---|---|---|---|

**KLEIN,MELISSA**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

**2.1547** | Priority creditor's name and mailing address
**KLEMM,ALYSSA M**
**REDACTED**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$207.06     $102.11

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1548** | Priority creditor's name and mailing address
**KLEMS,WILLIAM F**
**REDACTED**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,563.35     $770.97

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1549** | Priority creditor's name and mailing address
**KLINGERMAN,JAMES P**
**REDACTED**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$8,891.68     $4,384.94

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1550** | Priority creditor's name and mailing address
**KLONOWSKI,JACOB**
**REDACTED**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$128.00     $63.12

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

| 2.1551 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,153.84** | **$1,062.17** |
|---|---|---|---|---|

**KLOTZ,JOANNA L**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.1552 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$278.85** | **$278.85** |
|---|---|---|---|---|

**KLOZIK, DAVID**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**POST-PETITION NET WAGES -**
**ADMINISTRATIVE CLAIM**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.1553 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,379.48** | **$1,173.44** |
|---|---|---|---|---|

**KLOZIK,CHRISTOPHER P**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.1554 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,346.14** | **$1,650.15** |
|---|---|---|---|---|

**KLOZIK,DAVID J**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

**2.1555** | Priority creditor's name and mailing address
**KLUCK,DAMON**
**REDACTED**

As of the petition filing date, the claim is:    **$608.00**    **$299.84**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1556** | Priority creditor's name and mailing address
**KNAPP,JAMES E**
**REDACTED**

As of the petition filing date, the claim is:    **$3,075.38**    **$1,516.63**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1557** | Priority creditor's name and mailing address
**KNIGHT,DAVON**
**REDACTED**

As of the petition filing date, the claim is:    **$251.68**    **$124.12**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1558** | Priority creditor's name and mailing address
**KNOX,LOGAN C**
**REDACTED**

As of the petition filing date, the claim is:    **$180.00**    **$88.77**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

**2.1559** | Priority creditor's name and mailing address
**KNURICK,GERARD V**
**REDACTED**

As of the petition filing date, the claim is: $1,762.48    $869.17
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1560** | Priority creditor's name and mailing address
**KOBLINSKI,RON**
**REDACTED**

As of the petition filing date, the claim is: $180.00    $88.77
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1561** | Priority creditor's name and mailing address
**KOCAN,MARY A**
**REDACTED**

As of the petition filing date, the claim is: $2,511.44    $1,238.52
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1562** | Priority creditor's name and mailing address
**KOCH,LINDA L**
**REDACTED**

As of the petition filing date, the claim is: $180.00    $88.77
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

| 2.1563 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $360.00 | $177.53 |
|---|---|---|---|---|

**KOCIK,JESSICA**
**REDACTED**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.1564 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $240.00 | $118.36 |
|---|---|---|---|---|

**KOEFOED,SUSAN E**
**REDACTED**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.1565 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,758.48 | $1,853.50 |
|---|---|---|---|---|

**KOEL,KAREN A**
**REDACTED**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.1566 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $134.70 | $66.43 |
|---|---|---|---|---|

**KOEPPEN,KIMBERLY**
**REDACTED**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.1567 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $724.33 | $357.20 |
|---|---|---|---|---|

**KOGTEVA,MARIA I**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1568 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,360.43 | $1,164.05 |
|---|---|---|---|---|

**KOLAR,WILLIAM**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1569 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,684.61 | $830.77 |
|---|---|---|---|---|

**KOLB,DOROTA**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1570 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,379.04 | $680.07 |
|---|---|---|---|---|

**KOLECI,PJETER**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.1571 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$180.00** | **$88.77** |
|---|---|---|---|---|
| | **KOLECI,RROK** | Check all that apply. | | |
| | **REDACTED** | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.1572 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$180.00** | **$88.77** |
|---|---|---|---|---|
| | **KONGJELI,QENDRIM** | Check all that apply. | | |
| | **REDACTED** | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.1573 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$771.40** | **$380.42** |
|---|---|---|---|---|
| | **KOONTER,KEVIN R** | Check all that apply. | | |
| | **REDACTED** | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.1574 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,135.69** | **$1,053.22** |
|---|---|---|---|---|
| | **KOSLOWSKI,AMY M** | Check all that apply. | | |
| | **REDACTED** | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.1575 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,853.99** | **$1,407.45** |
|---|---|---|---|---|

**KOTHARI,DIVYESH**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>)

Is the claim subject to offset?
■ No
☐ Yes

| 2.1576 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,442.00** | **$1,204.27** |
|---|---|---|---|---|

**KOTLARZ,BROOKE A**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>)

Is the claim subject to offset?
■ No
☐ Yes

| 2.1577 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,273.70** | **$628.13** |
|---|---|---|---|---|

**KOURY,DAVID J**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>)

Is the claim subject to offset?
■ No
☐ Yes

| 2.1578 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,270.55** | **$3,270.55** |
|---|---|---|---|---|

**KOVATCH,RONALD P**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**POST-PETITION NET COMMISSION -**
**ADMINISTRATIVE CLAIM**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

| 2.1579 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$5,251.20** | **$2,589.63** |
|---|---|---|---|---|
| | **KOVATCH,RONALD P** | Check all that apply. | | |
| | **REDACTED** | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1580 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$180.00** | **$88.77** |
|---|---|---|---|---|
| | **KOWAL,MARGARET** | Check all that apply. | | |
| | **REDACTED** | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1581 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,455.20** | **$1,210.78** |
|---|---|---|---|---|
| | **KOZAK,LINDA E** | Check all that apply. | | |
| | **REDACTED** | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1582 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$120.00** | **$59.18** |
|---|---|---|---|---|
| | **KRAMER,NATHANIEL** | Check all that apply. | | |
| | **REDACTED** | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

| 2.1583 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,107.57** | **$546.20** |
|---|---|---|---|---|
| | **KRAPP-ERVING,IAN M** | Check all that apply. | | |
| | **REDACTED** | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No  ☐ Yes | | |

---

| 2.1584 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$4,003.82** | **$1,974.49** |
|---|---|---|---|---|
| | **KRAUSE,DAVID C** | Check all that apply. | | |
| | **REDACTED** | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No  ☐ Yes | | |

---

| 2.1585 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$609.00** | **$300.33** |
|---|---|---|---|---|
| | **KRAWCZYK,THOMAS R** | Check all that apply. | | |
| | **REDACTED** | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No  ☐ Yes | | |

---

| 2.1586 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,092.27** | **$1,031.80** |
|---|---|---|---|---|
| | **KREGER,LANCE C** | Check all that apply. | | |
| | **REDACTED** | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No  ☐ Yes | | |

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.1587 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $591.77 | $291.83 |
|---|---|---|---|---|

**KRIZOV,JOSEPH**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1588 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $527.80 | $260.28 |
|---|---|---|---|---|

**KROLL,JASON S**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1589 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,927.88 | $1,443.89 |
|---|---|---|---|---|

**KRUEGER,MICHELE L**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1590 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,260.00 | $621.37 |
|---|---|---|---|---|

**KRUSE,NANCY L**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.1591 | Priority creditor's name and mailing address<br>**KUBICA,JESSICA L**<br>REDACTED | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$480.00** | **$236.71** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1592 | Priority creditor's name and mailing address<br>**KUDER,STEPHANIE A**<br>REDACTED | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$178.64** | **$88.10** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1593 | Priority creditor's name and mailing address<br>**KUHR,KELLY A**<br>REDACTED | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$108.00** | **$53.26** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1594 | Priority creditor's name and mailing address<br>**KUIKSTRA,KATHERINE D**<br>REDACTED | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$898.12** | **$442.91** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
| --- | --- | --- | --- |
| | Name | | |

| 2.1595 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$804.00** | **$396.49** |
| --- | --- | --- | --- | --- |

**KUJAWA,TIMOTHY J**
**REDACTED**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1596 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$796.38** | **$392.74** |
| --- | --- | --- | --- | --- |

**KULMAN,JUSTIN W**
**REDACTED**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1597 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$486.82** | **$486.82** |
| --- | --- | --- | --- | --- |

**KUNIK,KARL**
**REDACTED**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**POST-PETITION NET COMMISSION -**
**ADMINISTRATIVE CLAIM**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1598 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$330.00** | **$162.74** |
| --- | --- | --- | --- | --- |

**KUNIK,KARL E**
**REDACTED**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.1599 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$850.88** | **$419.61** |
|---|---|---|---|---|

**KUNST,LAURIE**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Wages, accrued vacation and PTO** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1600 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,260.40** | **$621.57** |
|---|---|---|---|---|

**KUPSKI,WILLIAM J**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Wages, accrued vacation and PTO** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1601 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$231,000.00** | **$231,000.00** |
|---|---|---|---|---|

**KURTZMAN CARSON**
**CONSULTANTS LLC**
**1290 AVENUE OF THE AMERICAS**
**9TH FLOOR**
**Wilmington, DE 19801-1611**

Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Per Motion to Convert to Chapter 7** |
| | **POST PETITION ADMIN CLAIM** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1602 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$4,264.74** | **$2,103.16** |
|---|---|---|---|---|

**KUSHEL,RICHARD J**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Wages, accrued vacation and PTO** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

| 2.1603 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,641.87** | **$809.69** |
|---|---|---|---|---|
| | **KUTZ,KEVIN W** | Check all that apply. | | |
| | **REDACTED** | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

---

| 2.1604 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,153.84** | **$1,555.32** |
|---|---|---|---|---|
| | **KWAPISZ,BRIDGETTE M** | Check all that apply. | | |
| | **REDACTED** | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

---

| 2.1605 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,935.05** | **$1,940.57** |
|---|---|---|---|---|
| | **KWIECINSKI,ROBERT A** | Check all that apply. | | |
| | **REDACTED** | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

---

| 2.1606 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$341.08** | **$168.20** |
|---|---|---|---|---|
| | **L'ESPERANCE,EDWARD** | Check all that apply. | | |
| | **REDACTED** | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

---

| Debtor | **Art Van Furniture, LLC** | Case number (*if known*) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

**2.1607** | Priority creditor's name and mailing address
**L'HUILLIER,THOMAS J**
**REDACTED**

As of the petition filing date, the claim is:    **$2,475.42**    **$1,220.76**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1608** | Priority creditor's name and mailing address
**LABINE,RENAE D**
**REDACTED**

As of the petition filing date, the claim is:    **$2,686.40**    **$1,324.80**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1609** | Priority creditor's name and mailing address
**LACK,BRIAN**
**REDACTED**

As of the petition filing date, the claim is:    **$11,321.15**    **$5,583.03**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1610** | Priority creditor's name and mailing address
**LACY,KHALID D**
**REDACTED**

As of the petition filing date, the claim is:    **$627.84**    **$309.62**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | | Case number (if known) | **20-10553** |
| --- | --- | --- | --- | --- |
| | Name | | | |

---

| 2.1611 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | $25,961.53 | $12,802.95 |
| --- | --- | --- | --- | --- | --- |

**LADD,DAVID D**
**REDACTED**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1612 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | $359.31 | $177.19 |
| --- | --- | --- | --- | --- | --- |

**LAFOREST,APRYL N**
**REDACTED**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1613 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | $1,883.84 | $1,883.84 |
| --- | --- | --- | --- | --- | --- |

**LAKE COUNTY**
**DEPARTMENT OF PUBLIC**
**WORKS**
**P.O. BOX 547**
**BEDFORD PARK, IL 60499-0547**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**POST-PETITION ADMINISTRATIVE CLAIM**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1614 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | $1,268.75 | $625.68 |
| --- | --- | --- | --- | --- | --- |

**LALA,SHAHINA V**
**REDACTED**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|

Name

---

| 2.1615 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$496.95** | **$245.07** |
|---|---|---|---|---|

**LANCASTER,ANTHONY**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1616 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$662.72** | **$326.82** |
|---|---|---|---|---|

**LANDERS,ERVIN**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1617 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$852.60** | **$420.46** |
|---|---|---|---|---|

**LANDIS,LAUREN**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1618 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,366.34** | **$673.81** |
|---|---|---|---|---|

**LANDRY,JACQUELINE M**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.1619 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $569.91 | $281.05 |
|---|---|---|---|---|
| | **LANE,KATHY M**<br>**REDACTED** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1620 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,351.96 | $1,159.87 |
|---|---|---|---|---|
| | **LANG,MICHAEL J**<br>**REDACTED** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1621 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,054.08 | $519.82 |
|---|---|---|---|---|
| | **LANGBEHN,JACOB J**<br>**REDACTED** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1622 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $954.00 | $470.47 |
|---|---|---|---|---|
| | **LANGER,TIMOTHY P**<br>**REDACTED** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

| 2.1623 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,118.19** | **$1,537.74** |
|---|---|---|---|---|

**LANGFORD,MICHAEL L**
**REDACTED**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1624 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,495.01** | **$2,495.01** |
|---|---|---|---|---|

**LANSING BOARD OF WATER &**
**LIGHT**
**PO BOX 13007**
**LANSING, MI 48901-3007**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**POST-PETITION ADMINISTRATIVE CLAIM**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.1625 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$258.19** | **$258.19** |
|---|---|---|---|---|

**LARITZ, JEFF**
**REDACTED**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**POST-PETITION NET WAGES -**
**ADMINISTRATIVE CLAIM**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1626 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,323.71** | **$1,145.94** |
|---|---|---|---|---|

**LARITZ,JEFF**
**REDACTED**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

| 2.1627 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$447.25** | **$220.56** |
|---|---|---|---|---|

**LARKIN,ROBBIN C**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1628 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$273.00** | **$134.63** |
|---|---|---|---|---|

**LAROWE,ABIGAIL K**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1629 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$55.83** | **$55.83** |
|---|---|---|---|---|

**LARRIGAN, HARRY**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**POST-PETITION NET WAGES -**
**ADMINISTRATIVE CLAIM**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1630 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$446.60** | **$220.24** |
|---|---|---|---|---|

**LARRIGAN,HARRY**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

| 2.1631 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $267.96 | $132.14 |
|---|---|---|---|---|

**LARSON,RYAN J**
**REDACTED**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1632 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $248.47 | $122.53 |
|---|---|---|---|---|

**LARTIGUE,LLOYD L**
**REDACTED**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1633 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,741.73 | $1,352.09 |
|---|---|---|---|---|

**LASKOWSKI,RYAN A**
**REDACTED**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1634 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,319.23 | $1,143.73 |
|---|---|---|---|---|

**LASKOWSKY,JACQUELYN K**
**REDACTED**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.1635 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $341.04 | $168.18 |
|---|---|---|---|---|

**LATHAM,DARIUS D**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1636 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,617.92 | $1,291.03 |
|---|---|---|---|---|

**LATIF,SAM R**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1637 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $42.63 | $21.02 |
|---|---|---|---|---|

**LATIMER,WILLICE**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1638 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,134.74 | $1,545.90 |
|---|---|---|---|---|

**LAURENTIUS,LARRY A**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

| 2.1639 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $531.42 | $262.07 |
|---|---|---|---|---|

**LAWNICKI,EUGENE F**
**REDACTED**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1640 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,849.10 | $911.88 |
|---|---|---|---|---|

**LAWRENCE,SHERRI**
**REDACTED**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1641 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $300.00 | $147.95 |
|---|---|---|---|---|

**LAY,SAMANTHA A**
**REDACTED**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1642 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $240.00 | $118.36 |
|---|---|---|---|---|

**LAZRI,EDMONDA**
**REDACTED**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | | Case number (if known) | **20-10553** |
|---|---|---|---|---|
| | Name | | | |

| 2.1643 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $726,317.30 | $726,317.30 |
|---|---|---|---|---|
| | **LCN PARTNERS**<br>**888 SEVENTH AVENUE**<br>**4TH FLOOR**<br>**NEW YORK, NY 10019** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**POST-PETITION ADMINISTRATIVE CLAIM** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1644 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $884.41 | $436.15 |
|---|---|---|---|---|
| | **LEACH,ELLEN**<br>**REDACTED** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1645 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $97.44 | $48.05 |
|---|---|---|---|---|
| | **LEACH,KEMONTE**<br>**REDACTED** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1646 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $1,114.26 | $549.50 |
|---|---|---|---|---|
| | **LECHLITNER,JESSICA L**<br>**REDACTED** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

**2.1647** | Priority creditor's name and mailing address

**LEDUC JR,JOSEPH R**
**REDACTED**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$2,253.62**    **$1,111.37**

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1648** | Priority creditor's name and mailing address

**LEE,BETH A**
**REDACTED**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$2,864.59**    **$1,412.67**

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1649** | Priority creditor's name and mailing address

**LEGGETT,JENIFER**
**REDACTED**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$240.00**    **$118.36**

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1650** | Priority creditor's name and mailing address

**LEHMAN,DANIEL P**
**REDACTED**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,976.56**    **$974.74**

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
| --- | --- | --- | --- |
| | Name | | |

---

| 2.1651 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,390.76** | **$1,179.00** |
| --- | --- | --- | --- | --- |

**LEHR JR,RAY**
**REDACTED**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1652 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,858.24** | **$1,409.54** |
| --- | --- | --- | --- | --- |

**LEHR,JENNIFER A**
**REDACTED**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1653 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$198.29** | **$97.79** |
| --- | --- | --- | --- | --- |

**LEHRER,AYDEN**
**REDACTED**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1654 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$234.62** | **$234.62** |
| --- | --- | --- | --- | --- |

**LEMON, EDWARD**
**REDACTED**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**POST-PETITION NET WAGES -**
**ADMINISTRATIVE CLAIM**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.1655 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,407.68** | **$694.20** |
|---|---|---|---|---|

**LEMON,EDWARD**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1656 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,146.45** | **$565.37** |
|---|---|---|---|---|

**LEONARD,LILLIAN**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1657 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$970.69** | **$478.70** |
|---|---|---|---|---|

**LEONARD,TODD**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1658 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,006.83** | **$496.52** |
|---|---|---|---|---|

**LEONATTI,DON**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

| 2.1659 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,356.11 | $1,655.07 |
|---|---|---|---|---|

**LEONATTI,DON**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1660 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $558.00 | $275.18 |
|---|---|---|---|---|

**LEPORE,KAREN J**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1661 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,442.00 | $1,204.27 |
|---|---|---|---|---|

**LESKY,DAVID**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1662 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,541.28 | $1,253.23 |
|---|---|---|---|---|

**LESKY,JANET**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

| 2.1663 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,769.23** | **$1,365.65** |
|---|---|---|---|---|

**LESLIE,TIANNDRIA N**
**REDACTED**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.1664 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$148.71** | **$73.34** |
|---|---|---|---|---|

**LESTER,TAUNYA L**
**REDACTED**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.1665 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,208.56** | **$1,089.15** |
|---|---|---|---|---|

**LETT,MARIE A**
**REDACTED**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.1666 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$178.64** | **$88.10** |
|---|---|---|---|---|

**LEUTZE,SANDRA**
**REDACTED**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.1667 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,430.54** | **$705.47** |
|---|---|---|---|---|
| | **LEVREAULT, LINDSAY J**<br>**REDACTED** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1668 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,342.10** | **$1,648.16** |
|---|---|---|---|---|
| | **LEWAKOWSKI, JOSEPH**<br>**REDACTED** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1669 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$661.84** | **$326.39** |
|---|---|---|---|---|
| | **LEWAKOWSKI, KEVIN**<br>**REDACTED** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1670 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$992.76** | **$489.58** |
|---|---|---|---|---|
| | **LEWAKOWSKI, KEVIN**<br>**REDACTED** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Art Van Furniture, LLC** | Case number (*if known*) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.1671 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,546.88 | $1,256.00 |
|---|---|---|---|---|

**LEWIS,DORIAN E**
**REDACTED**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1672 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $450.66 | $222.24 |
|---|---|---|---|---|

**LEWIS,MARK**
**REDACTED**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1673 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $691.10 | $340.82 |
|---|---|---|---|---|

**LEWIS,MARK**
**REDACTED**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1674 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,166.40 | $1,561.51 |
|---|---|---|---|---|

**LEWIS,RODNEY D**
**REDACTED**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
| --- | --- | --- | --- |
| | Name | | |

| 2.1675 | Priority creditor's name and mailing address<br>**LEWIS,STEVE M**<br>**REDACTED** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$196.87** | **$97.09** |
| --- | --- | --- | --- | --- |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.1676 | Priority creditor's name and mailing address<br>**LEWIS,THERESE A**<br>**REDACTED** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,560.00** | **$769.32** |
| --- | --- | --- | --- | --- |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.1677 | Priority creditor's name and mailing address<br>**LEWIS,WILLIAM C**<br>**REDACTED** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$304.00** | **$149.92** |
| --- | --- | --- | --- | --- |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.1678 | Priority creditor's name and mailing address<br>**LICKFELT,DAVID J**<br>**REDACTED** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$521.80** | **$257.33** |
| --- | --- | --- | --- | --- |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.1679 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $663.78 | $663.78 |
|---|---|---|---|---|

**LINARES III,JUAN H**
REDACTED

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**POST-PETITION NET COMMISSION - ADMINISTRATIVE CLAIM**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.1680 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $300.00 | $147.95 |
|---|---|---|---|---|

**LINARES III,JUAN H**
REDACTED

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.1681 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $235.38 | $235.38 |
|---|---|---|---|---|

**LINDER, JOSEPH**
REDACTED

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**POST-PETITION NET WAGES - ADMINISTRATIVE CLAIM**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.1682 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,766.38 | $871.09 |
|---|---|---|---|---|

**LINDER,JOSEPH J**
REDACTED

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | **Art Van Furniture, LLC** | | Case number (if known) | **20-10553** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.1683 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,070.12 | $1,020.88 |
|---|---|---|---|---|

**LIPCSEI,FRANK J**
REDACTED

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1684 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $120.00 | $59.18 |
|---|---|---|---|---|

**LISABETH,RICHARD G**
REDACTED

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1685 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,308.92 | $645.49 |
|---|---|---|---|---|

**LISI,JARET V**
REDACTED

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1686 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $472.53 | $233.03 |
|---|---|---|---|---|

**LISI,JUSTIN E**
REDACTED

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | | Case number (if known) | **20-10553** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.1687 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $360.00 | $177.53 |
|---|---|---|---|---|

**LISKE,TYLER J**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.1688 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,373.36 | $1,170.42 |
|---|---|---|---|---|

**LITINSKI,FRANK J**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.1689 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $180.00 | $88.77 |
|---|---|---|---|---|

**LITTLE,ANNE E**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.1690 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $348.00 | $171.62 |
|---|---|---|---|---|

**LIVERMAN,DAYNA**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.1691 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$782.03** | **$385.66** |
|---|---|---|---|---|
| | **LOBODZINSKI,RENATA B** | Check all that apply. | | |
| | REDACTED | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.1692 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,565.47** | **$772.01** |
|---|---|---|---|---|
| | **LOBOSCHEFSKI,NICOLE M** | Check all that apply. | | |
| | REDACTED | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.1693 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$180.00** | **$88.77** |
|---|---|---|---|---|
| | **LOCKE,PAMELA** | Check all that apply. | | |
| | REDACTED | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.1694 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$243.60** | **$120.13** |
|---|---|---|---|---|
| | **LOCKETT,ANDRE D** | Check all that apply. | | |
| | REDACTED | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| Debtor | **Art Van Furniture, LLC** | | Case number (*if known*) | **20-10553** |
|---|---|---|---|---|
| | Name | | | |

---

**2.1695** Priority creditor's name and mailing address

**LOCKWOOD,JULIE**
**REDACTED**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,203.38    $2,203.38

Date or dates debt was incurred

Basis for the claim:
**POST-PETITION NET COMMISSION -**
**ADMINISTRATIVE CLAIM**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1696** Priority creditor's name and mailing address

**LOCKWOOD,JULIE L**
**REDACTED**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,963.20    $968.15

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1697** Priority creditor's name and mailing address

**LOIACONO,JOE S**
**REDACTED**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,433.76    $1,200.21

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1698** Priority creditor's name and mailing address

**LONG,JEFF L**
**REDACTED**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$180.00    $88.77

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.1699 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $240.00 | $118.36 |
|---|---|---|---|---|

**LONG,MICHAEL W**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1700 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $830.16 | $409.39 |
|---|---|---|---|---|

**LONG,TERESA M**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1701 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,294.23 | $2,117.70 |
|---|---|---|---|---|

**LONGO,CESIDIO**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1702 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $979.76 | $483.17 |
|---|---|---|---|---|

**LOPEZ,JORGE**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (*if known*) | **20-10553** |
| | Name | | |

---

**2.1703** | Priority creditor's name and mailing address
**LOPEZ,JORGE**
**REDACTED**

As of the petition filing date, the claim is: **$1,632.94** | **$805.29**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1704** | Priority creditor's name and mailing address
**LOPEZ,RICK**
**REDACTED**

As of the petition filing date, the claim is: **$6,036.77** | **$2,977.04**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1705** | Priority creditor's name and mailing address
**LOPREST,LINDSAY A**
**REDACTED**

As of the petition filing date, the claim is: **$10,220.26** | **$5,040.13**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1706** | Priority creditor's name and mailing address
**LORD,JACQUELINE A**
**REDACTED**

As of the petition filing date, the claim is: **$2,211.12** | **$1,090.42**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

| 2.1707 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,942.72** | **$1,944.36** |
|---|---|---|---|---|

**LOUNDS,DANIEL L**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.1708 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$578.14** | **$285.11** |
|---|---|---|---|---|

**LOVE,FRANCOIS T**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.1709 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$300.00** | **$147.95** |
|---|---|---|---|---|

**LOVE,MARCELLOUS**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.1710 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$76.50** | **$37.73** |
|---|---|---|---|---|

**LOVINS JR,PHILLIP M**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

| 2.1711 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,079.60** | **$532.41** |
|---|---|---|---|---|

**LOWE,MICHAEL T**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.1712 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$187.50** | **$92.47** |
|---|---|---|---|---|

**LOWE,STEVEN C**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.1713 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$526.01** | **$259.40** |
|---|---|---|---|---|

**LOWMAN,GERALD R**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.1714 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$300.00** | **$147.95** |
|---|---|---|---|---|

**LOZEN,STEPHEN J**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.1715 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$576.00** | **$284.05** |
|---|---|---|---|---|
| | **LOZIER,ADAM** | Check all that apply. | | |
| | **REDACTED** | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No | | |
| | | ☐ Yes | | |

| 2.1716 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$66.14** | **$66.14** |
|---|---|---|---|---|
| | **LUCZ, DONALD** | Check all that apply. | | |
| | **REDACTED** | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **POST-PETITION NET WAGES - ADMINISTRATIVE CLAIM** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No | | |
| | | ☐ Yes | | |

| 2.1717 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$529.10** | **$260.93** |
|---|---|---|---|---|
| | **LUCZ,DONALD** | Check all that apply. | | |
| | **REDACTED** | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No | | |
| | | ☐ Yes | | |

| 2.1718 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$812.46** | **$400.67** |
|---|---|---|---|---|
| | **LULAJ,RAKE** | Check all that apply. | | |
| | **REDACTED** | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No | | |
| | | ☐ Yes | | |

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.1719 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$470.96** | **$232.25** |
|---|---|---|---|---|
| | **LUNDBERG,JOYCELYN D**<br>REDACTED | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1720 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$706.44** | **$348.38** |
|---|---|---|---|---|
| | **LUNDBERG,JOYCELYN D**<br>REDACTED | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1721 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,178.96** | **$581.40** |
|---|---|---|---|---|
| | **LUPO,MARY BETH**<br>REDACTED | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1722 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,083.20** | **$1,027.33** |
|---|---|---|---|---|
| | **LUSAK,ROBERT**<br>REDACTED | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

**2.1723** Priority creditor's name and mailing address

**LUTZ,RYAN**
**REDACTED**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$152.00    $74.96

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1724** Priority creditor's name and mailing address

**LYNCH,LISA L**
**REDACTED**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$4,833.11    $2,383.45

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1725** Priority creditor's name and mailing address

**LYNCH,TERRENCE J**
**REDACTED**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$740.08    $364.97

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1726** Priority creditor's name and mailing address

**LYNN,PEGGY L**
**REDACTED**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$391.68    $193.16

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.1727 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,218.40** | **$600.85** |
|---|---|---|---|---|

**LYONS,JULIANNE**
**REDACTED**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.1728 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,958.57** | **$1,459.02** |
|---|---|---|---|---|

**MACK,ADELAIDE M**
**REDACTED**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.1729 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$665.82** | **$328.35** |
|---|---|---|---|---|

**MACK,ELIJAH K**
**REDACTED**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.1730 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,991.20** | **$1,475.11** |
|---|---|---|---|---|

**MACK,WILLIAM A**
**REDACTED**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
| --- | --- | --- | --- |
| | Name | | |

| 2.1731 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $156.96 | $77.40 |
| --- | --- | --- | --- | --- |
| | **MACNEAR,DRAKAR** | Check all that apply. | | |
| | **REDACTED** | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No | | |
| | | ☐ Yes | | |

| 2.1732 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $634.92 | $313.11 |
| --- | --- | --- | --- | --- |
| | **MACRANDER,BRANDON** | Check all that apply. | | |
| | **REDACTED** | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No | | |
| | | ☐ Yes | | |

| 2.1733 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,058.20 | $521.85 |
| --- | --- | --- | --- | --- |
| | **MACRANDER,BRANDON** | Check all that apply. | | |
| | **REDACTED** | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No | | |
| | | ☐ Yes | | |

| 2.1734 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $330.00 | $162.74 |
| --- | --- | --- | --- | --- |
| | **MACVAY,ANDREA C** | Check all that apply. | | |
| | **REDACTED** | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No | | |
| | | ☐ Yes | | |

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.1735 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $957.43 | $472.16 |
|---|---|---|---|---|

**MADURA,TERRI L**
**REDACTED**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1736 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,118.40 | $1,537.84 |
|---|---|---|---|---|

**MAIN,TIMOTHY J**
**REDACTED**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1737 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,294.40 | $1,131.48 |
|---|---|---|---|---|

**MAKLEBUST,DOUGLAS W**
**REDACTED**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1738 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $288.00 | $142.03 |
|---|---|---|---|---|

**MAKOWSKI,JOE**
**REDACTED**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.1739 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,361.40** | **$1,164.53** |
|---|---|---|---|---|

**MALBURG,ROBERT J**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1740 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$426.30** | **$210.23** |
|---|---|---|---|---|

**MALCZEWSKI,ALAN D**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1741 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$974.40** | **$480.53** |
|---|---|---|---|---|

**MALCZEWSKI,ALAN D**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1742 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$434.80** | **$214.42** |
|---|---|---|---|---|

**MALDONADO,LISA**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | | Case number (if known) | **20-10553** |
|---|---|---|---|---|

Name

---

| 2.1743 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$389.76** | **$192.21** |
|---|---|---|---|---|

**MALE,CHRISTOPHER L**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1744 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$487.20** | **$240.26** |
|---|---|---|---|---|

**MALE,CHRISTOPHER L**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1745 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$732.83** | **$361.40** |
|---|---|---|---|---|

**MALESEV,CRAIG S**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1746 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,905.36** | **$939.63** |
|---|---|---|---|---|

**MALESEV,CRAIG S**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|

Name

| 2.1747 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,478.24 | $1,222.15 |
|---|---|---|---|---|

**MALIK,MOHAMMED A**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1748 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $582.42 | $287.22 |
|---|---|---|---|---|

**MALIN,HUGH M**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1749 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,975.86 | $974.40 |
|---|---|---|---|---|

**MALISZEWSKI,MICHAEL**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1750 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $11.01 | $5.43 |
|---|---|---|---|---|

**MAMMO,BAYDAA**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | | Case number (if known) | **20-10553** |
|---|---|---|---|---|

Name

---

| 2.1751 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$217.50** | **$107.26** |
|---|---|---|---|---|

**MANDRELL,SALLY J**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1752 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$180.00** | **$88.77** |
|---|---|---|---|---|

**MANDRYK,MARIYA**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1753 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$288.00** | **$142.03** |
|---|---|---|---|---|

**MANN,CYNTHIA**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1754 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$180.00** | **$88.77** |
|---|---|---|---|---|

**MANN,CYNTHIA L**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

| 2.1755 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,056.96** | **$521.24** |
|---|---|---|---|---|

**MANNING,JOHN**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1756 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$240.00** | **$118.36** |
|---|---|---|---|---|

**MANNISTO,LUKE**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1757 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$180.00** | **$88.77** |
|---|---|---|---|---|

**MANSFIELD,GLEN R**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1758 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$203.81** | **$100.51** |
|---|---|---|---|---|

**MANSOUR,MOHAMMED**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.1759 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $455.54 | $224.65 |
|---|---|---|---|---|

**MANUEL JR,STEPHEN E**
REDACTED

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1760 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $546.64 | $269.58 |
|---|---|---|---|---|

**MANUEL JR,STEPHEN E**
REDACTED

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1761 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $584.64 | $288.32 |
|---|---|---|---|---|

**MARASTI,LUCAS R**
REDACTED

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1762 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $802.25 | $395.63 |
|---|---|---|---|---|

**MARENTETTE,JOHN**
REDACTED

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.1763 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$144.94** | **$71.48** |
|---|---|---|---|---|

**MARINI,ZAKI**
**REDACTED**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1764 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,492.69** | **$1,229.27** |
|---|---|---|---|---|

**MARION,MICHAEL**
**REDACTED**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1765 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$335.68** | **$165.54** |
|---|---|---|---|---|

**MARKOFF,KIMBERLY M**
**REDACTED**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1766 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$732.26** | **$361.11** |
|---|---|---|---|---|

**MARKOSKY,DARIN**
**REDACTED**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

| 2.1767 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$659.86** | **$325.41** |
|---|---|---|---|---|
| | **MAROUGI,MARINO A**<br>REDACTED | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.1768 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$813.67** | **$401.26** |
|---|---|---|---|---|
| | **MARSCHALL,CHRISTOPHER T**<br>REDACTED | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.1769 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$2,365.64** | **$1,166.62** |
|---|---|---|---|---|
| | **MARSHALL,ADAM T**<br>REDACTED | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.1770 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$1,726.56** | **$851.45** |
|---|---|---|---|---|
| | **MARSHALL,JEFFREY E**<br>REDACTED | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.1771 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$300.00** | **$147.95** |
|---|---|---|---|---|
| | **MARSON,PRESTON C**<br>**REDACTED** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1772 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$1,813.92** | **$894.54** |
|---|---|---|---|---|
| | **MARTENS,SHARON**<br>**REDACTED** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1773 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$4,697.10** | **$2,316.38** |
|---|---|---|---|---|
| | **MARTIN,CHRIS**<br>**REDACTED** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1774 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$683.76** | **$337.20** |
|---|---|---|---|---|
| | **MARTIN,DENNIS**<br>**REDACTED** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.1775 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$180.00** | **$88.77** |
|---|---|---|---|---|
| | **MARTIN,MELISSA J** **REDACTED** | Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1776 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,843.92** | **$909.33** |
|---|---|---|---|---|
| | **MARTIN,PHILLIP A** **REDACTED** | Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1777 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,816.50** | **$1,882.11** |
|---|---|---|---|---|
| | **MARTIN,STUART M** **REDACTED** | Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1778 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$918.40** | **$452.91** |
|---|---|---|---|---|
| | **MARTINDALE,GARY L** **REDACTED** | Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Art Van Furniture, LLC** | | Case number (*if known*) | **20-10553** |
|---|---|---|---|---|
| | Name | | | |

| 2.1779 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $54.45 | $54.45 |
|---|---|---|---|---|

**MARTINEZ MARTE, ALVIN**
**REDACTED**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**POST-PETITION NET WAGES - ADMINISTRATIVE CLAIM**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.1780 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $210.00 | $103.56 |
|---|---|---|---|---|

**MARTINEZ,MARY A**
**REDACTED**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.1781 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $300.00 | $147.95 |
|---|---|---|---|---|

**MARTINEZ,ROBERTO C**
**REDACTED**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.1782 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $113.68 | $56.06 |
|---|---|---|---|---|

**MASAR-STEPETIC,JEFFREY A**
**REDACTED**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.1783 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$856.32** | **$422.29** |
|---|---|---|---|---|
| | **MASON,CHRISTOPHER M** | *Check all that apply.* | | |
| | **REDACTED** | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| 2.1784 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,140.79** | **$1,055.73** |
|---|---|---|---|---|
| | **MASON,CHRISTOPHER M** | *Check all that apply.* | | |
| | **REDACTED** | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| 2.1785 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$426.00** | **$210.08** |
|---|---|---|---|---|
| | **MASON,DANIELLE** | *Check all that apply.* | | |
| | **REDACTED** | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| 2.1786 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$293.04** | **$144.51** |
|---|---|---|---|---|
| | **MASON,MICHAEL L** | *Check all that apply.* | | |
| | **REDACTED** | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.1787 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $450.23 | $222.03 |
|---|---|---|---|---|
| | **MASON,SHANECKWA** <br> **REDACTED** | Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | | |
| | Name | | | |
| | Date or dates debt was incurred | Basis for the claim: <br> **Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number <br> Specify Code subsection of PRIORITY <br> unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? <br> ■ No <br> ☐ Yes | | |

| 2.1788 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $491.16 | $242.22 |
|---|---|---|---|---|
| | **MASON,SHANECKWA** <br> **REDACTED** | Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: <br> **Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number <br> Specify Code subsection of PRIORITY <br> unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? <br> ■ No <br> ☐ Yes | | |

| 2.1789 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $487.20 | $240.26 |
|---|---|---|---|---|
| | **MASSOLLE,ZACHARY** <br> **REDACTED** | Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: <br> **Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number <br> Specify Code subsection of PRIORITY <br> unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? <br> ■ No <br> ☐ Yes | | |

| 2.1790 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $487.20 | $240.26 |
|---|---|---|---|---|
| | **MASSOLLE,ZACHARY** <br> **REDACTED** | Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: <br> **Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number <br> Specify Code subsection of PRIORITY <br> unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? <br> ■ No <br> ☐ Yes | | |

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

| 2.1791 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $300.00 | $147.95 |
|---|---|---|---|---|
| | **MASTERS,ALEX**<br>**REDACTED** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.1792 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $774.86 | $382.12 |
|---|---|---|---|---|
| | **MATARIEH,BADER**<br>**REDACTED** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.1793 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,037.85 | $511.82 |
|---|---|---|---|---|
| | **MATHEWS,HOWARD S**<br>**REDACTED** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.1794 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,594.63 | $1,279.54 |
|---|---|---|---|---|
| | **MATHEWS,HOWARD S**<br>**REDACTED** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

Official Form 206 E/F   **Schedule E/F: Creditors Who Have Unsecured Claims**   **Page 449 of 925**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.1795 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $120.00 | $59.18 |
|---|---|---|---|---|

**MATOS,GRACIELA**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1796 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $67,562.92 | $67,562.92 |
|---|---|---|---|---|

**MATTHEW MASON AS RECEIVER**
**OF ALGONQUIN C**
**1900 SOUTH RANDALL ROAD**
**ALGONQUIN, IL 60102**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**POST-PETITION ADMINISTRATIVE CLAIM**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1797 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $640.50 | $315.86 |
|---|---|---|---|---|

**MATTHEWS,AUTUMN R**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1798 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $462.52 | $228.09 |
|---|---|---|---|---|

**MATTOX,LOYD**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | | Case number (if known) | **20-10553** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.1799 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,867.00 | $1,413.86 |
|---|---|---|---|---|

**MAY,MICHAEL G**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1800 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,596.07 | $1,280.25 |
|---|---|---|---|---|

**MAY,RUSSELL**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1801 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $220.68 | $108.83 |
|---|---|---|---|---|

**MAYES,DAVINA**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1802 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $793.10 | $391.12 |
|---|---|---|---|---|

**MAYFIELD,MARK L**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

| 2.1803 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,850.58** | **$912.61** |
|---|---|---|---|---|
| | **MAYFIELD,MARK L** <br> **REDACTED** | *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: <br> **Wages, accrued vacation and PTO** |
|---|---|

| Last 4 digits of account number <br> Specify Code subsection of PRIORITY <br> unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? <br> ■ No <br> ☐ Yes |
|---|---|

---

| 2.1804 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$112.00** | **$55.23** |
|---|---|---|---|---|
| | **MCADOO,KENJUAN** <br> **REDACTED** | *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: <br> **Wages, accrued vacation and PTO** |
|---|---|

| Last 4 digits of account number <br> Specify Code subsection of PRIORITY <br> unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? <br> ■ No <br> ☐ Yes |
|---|---|

---

| 2.1805 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$408.00** | **$201.21** |
|---|---|---|---|---|
| | **MCBRIDE,RENEE M** <br> **REDACTED** | *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: <br> **Wages, accrued vacation and PTO** |
|---|---|

| Last 4 digits of account number <br> Specify Code subsection of PRIORITY <br> unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? <br> ■ No <br> ☐ Yes |
|---|---|

---

| 2.1806 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$270.50** | **$133.40** |
|---|---|---|---|---|
| | **MCCAIN,APRIL** <br> **REDACTED** | *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: <br> **Wages, accrued vacation and PTO** |
|---|---|

| Last 4 digits of account number <br> Specify Code subsection of PRIORITY <br> unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? <br> ■ No <br> ☐ Yes |
|---|---|

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

| 2.1807 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $514.61 | $253.78 |
|---|---|---|---|---|

**MCCAIN,APRIL**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1808 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,370.45 | $1,168.99 |
|---|---|---|---|---|

**MCCARTHY,SUSAN B**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1809 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,763.46 | $1,855.95 |
|---|---|---|---|---|

**MCCARTNEY,MIKE J**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1810 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $300.00 | $147.95 |
|---|---|---|---|---|

**MCCAULEY,DALE H**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number *(if known)* | **20-10553** |
|---|---|---|---|
| | Name | | |

---

**2.1811** | Priority creditor's name and mailing address

**MCCAULEY,MA VILMA T**
**REDACTED**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**POST-PETITION NET COMMISSION - ADMINISTRATIVE CLAIM**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

$536.56    $536.56

---

**2.1812** | Priority creditor's name and mailing address

**MCCAULEY,MA VILMA T**
**REDACTED**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

$231.76    $114.29

---

**2.1813** | Priority creditor's name and mailing address

**MCCLAIN,RASHANDA T**
**REDACTED**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

$3,082.02    $1,519.90

---

**2.1814** | Priority creditor's name and mailing address

**MCCLAIN,WHISPER S**
**REDACTED**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

$1,694.64    $835.71

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.1815 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $180.00 | $88.77 |
|---|---|---|---|---|

**MCCLENNEY,DESHAWNA**
**REDACTED**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.1816 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $576.92 | $284.51 |
|---|---|---|---|---|

**MCCLINTOCK,SANDRA A**
**REDACTED**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.1817 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $492.24 | $242.75 |
|---|---|---|---|---|

**MCCLURE,DEREK S**
**REDACTED**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.1818 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $369.35 | $182.15 |
|---|---|---|---|---|

**MCCLURE,NATALAJ'E**
**REDACTED**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

Official Form 206 E/F     Schedule E/F: Creditors Who Have Unsecured Claims     Page 455 of 925

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

| 2.1819 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,070.48** | **$1,021.06** |
|---|---|---|---|---|

**MCCOMAS JR,GARY W**
**REDACTED**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 2.1820 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,316.44** | **$1,142.35** |
|---|---|---|---|---|

**MCCOMB,ROSEMARY**
**REDACTED**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 2.1821 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$730.80** | **$360.39** |
|---|---|---|---|---|

**MCCONNELL,BRENDA S**
**REDACTED**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 2.1822 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$162.40** | **$80.09** |
|---|---|---|---|---|

**MCCORD,INIECE A**
**REDACTED**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.1823 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,414.09** | **$697.36** |
|---|---|---|---|---|

**MCCRARY, VINCENT D**
**REDACTED**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 2.1824 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,250.00** | **$1,109.59** |
|---|---|---|---|---|

**MCCRAY, TYRONE A**
**REDACTED**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 2.1825 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$246.00** | **$121.32** |
|---|---|---|---|---|

**MCCREE, JAHMARI A**
**REDACTED**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 2.1826 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$300.00** | **$147.95** |
|---|---|---|---|---|

**MCCUAIG, MARY T**
**REDACTED**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.1827 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $479.50 | $236.47 |
|---|---|---|---|---|
| | **MCCULLOUGH,GLENN**<br>**REDACTED** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1828 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $168.13 | $82.91 |
|---|---|---|---|---|
| | **MCDANIEL,ANGELA M**<br>**REDACTED** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1829 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $456.00 | $224.88 |
|---|---|---|---|---|
| | **MCDANIEL,BRANDEN T**<br>**REDACTED** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1830 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $360.00 | $177.53 |
|---|---|---|---|---|
| | **MCDOWELL,PAULETTE L**<br>**REDACTED** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

**2.1831** | Priority creditor's name and mailing address

**MCDOWELL,PAULETTE L**
**REDACTED**

As of the petition filing date, the claim is:          **$2,758.80**   **$1,360.50**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1832** | Priority creditor's name and mailing address

**MCFADDIN,COURTNEY M**
**REDACTED**

As of the petition filing date, the claim is:          **$2,253.62**   **$1,111.37**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1833** | Priority creditor's name and mailing address

**MCGEE,DIONNE R**
**REDACTED**

As of the petition filing date, the claim is:          **$653.19**   **$322.12**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1834** | Priority creditor's name and mailing address

**MCGEE,KELLY S**
**REDACTED**

As of the petition filing date, the claim is:          **$1,542.80**   **$760.83**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

| 2.1835 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $406.00 | $200.22 |
|---|---|---|---|---|

**MCGEE,LISA A**
**REDACTED**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1836 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,015.00 | $500.55 |
|---|---|---|---|---|

**MCGEE,LISA A**
**REDACTED**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1837 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $957.30 | $472.09 |
|---|---|---|---|---|

**MCGEE,SHANNON P**
**REDACTED**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1838 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,069.33 | $527.34 |
|---|---|---|---|---|

**MCGLYNN,COLLEEN R**
**REDACTED**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

**2.1839** Priority creditor's name and mailing address

**MCGLYNN,MATTHEW P**
**REDACTED**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$4,970.52    $2,451.22

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1840** Priority creditor's name and mailing address

**MCINNIS,JOHN P**
**REDACTED**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$180.00    $88.77

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1841** Priority creditor's name and mailing address

**MCKAY,MICHAEL J**
**REDACTED**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$153.46    $75.68

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1842** Priority creditor's name and mailing address

**MCKESSON,MICHAEL A**
**REDACTED**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,341.84    $661.73

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.1843 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,790.25** | **$1,376.01** |
|---|---|---|---|---|

**MCKNEE,ROBERT J**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1844 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$293.04** | **$144.51** |
|---|---|---|---|---|

**MCKNIGHT,KYREE A**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1845 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$410.40** | **$202.39** |
|---|---|---|---|---|

**MCLAIN,SHARON**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1846 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$520.00** | **$256.44** |
|---|---|---|---|---|

**MCLAINE,REEGIS L**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

**2.1847** | Priority creditor's name and mailing address

**MCLEAN,SAM**
**REDACTED**

As of the petition filing date, the claim is:     **$957.84**     **$472.36**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1848** | Priority creditor's name and mailing address

**MCLENNAN,MAXIMILIAN**
**REDACTED**

As of the petition filing date, the claim is:     **$249.69**     **$123.13**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1849** | Priority creditor's name and mailing address

**MCMILLAN,NIKKI K**
**REDACTED**

As of the petition filing date, the claim is:     **$535.92**     **$264.29**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1850** | Priority creditor's name and mailing address

**MCMILLAN,TIMOTHY J**
**REDACTED**

As of the petition filing date, the claim is:     **$120.00**     **$59.18**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.1851 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$17,307.68** | **$8,535.29** |
|---|---|---|---|---|

**MCNAMARA,JEANETTE L**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.1852 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$240.00** | **$118.36** |
|---|---|---|---|---|

**MCNAUGHTON,BRIDGET A**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.1853 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$341.04** | **$168.18** |
|---|---|---|---|---|

**MCNEIL,KYLER W**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.1854 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$944.00** | **$465.53** |
|---|---|---|---|---|

**MCNICHOLAS,ANDEN M**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.1855 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$8,978.83** | **$4,427.92** |
|---|---|---|---|---|
| | **MCQUEEN,ROBERT**<br>**REDACTED** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1856 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$4,891.58** | **$2,412.29** |
|---|---|---|---|---|
| | **MCWILLIAMS,TIM**<br>**REDACTED** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1857 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,076.92** | **$1,517.39** |
|---|---|---|---|---|
| | **MEDARIS,MEGAN R**<br>**REDACTED** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1858 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$360.00** | **$177.53** |
|---|---|---|---|---|
| | **MEEK,KENNETH R**<br>**REDACTED** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

**2.1859** | Priority creditor's name and mailing address
**MEEK,KENNETH R**
**REDACTED**

As of the petition filing date, the claim is:    **$1,014.00** | **$500.05**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1860** | Priority creditor's name and mailing address
**MEIER,CHRIS**
**REDACTED**

As of the petition filing date, the claim is:    **$1,174.68** | **$579.29**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1861** | Priority creditor's name and mailing address
**MELOCHE,KIMBERLEY A**
**REDACTED**

As of the petition filing date, the claim is:    **$558.50** | **$275.42**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1862** | Priority creditor's name and mailing address
**MENARD,MARTIN S**
**REDACTED**

As of the petition filing date, the claim is:    **$292.32** | **$144.16**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

**2.1863** | Priority creditor's name and mailing address

**MENDOZA,ANGELINA**
**REDACTED**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$235.08    $115.93

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1864** | Priority creditor's name and mailing address

**MENDOZA,JORDAN N**
**REDACTED**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,383.36    $682.20

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1865** | Priority creditor's name and mailing address

**MENDOZA,NICHOLAS G**
**REDACTED**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$5,748.03    $2,834.64

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1866** | Priority creditor's name and mailing address

**MENDOZA,VIRLEY**
**REDACTED**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$5,328.74    $2,627.87

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.1867 | Priority creditor's name and mailing address **MENSE,ANGELA** REDACTED | As of the petition filing date, the claim is: Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | **$1,401.71** | **$691.25** |
|---|---|---|---|---|

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1868 | Priority creditor's name and mailing address **MENZER,GERHARD** REDACTED | As of the petition filing date, the claim is: Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | **$1,193.60** | **$588.62** |
|---|---|---|---|---|

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1869 | Priority creditor's name and mailing address **MEREDITH,EVAN** REDACTED | As of the petition filing date, the claim is: Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | **$1,604.30** | **$791.16** |
|---|---|---|---|---|

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1870 | Priority creditor's name and mailing address **MERIN,JILL R** REDACTED | As of the petition filing date, the claim is: Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | **$42.63** | **$21.02** |
|---|---|---|---|---|

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.1871 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $237.39 | $117.07 |
|---|---|---|---|---|
| | **MERRILL,BETH A** <br> **REDACTED** | Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: <br> **Wages, accrued vacation and PTO** |
|---|---|

| Last 4 digits of account number <br> Specify Code subsection of PRIORITY <br> unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? <br> ■ No <br> ☐ Yes |
|---|---|

| 2.1872 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,806.44 | $1,384.00 |
|---|---|---|---|---|
| | **MERRIWEATHER,ANTHONY** <br> **REDACTED** | Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: <br> **Wages, accrued vacation and PTO** |
|---|---|

| Last 4 digits of account number <br> Specify Code subsection of PRIORITY <br> unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? <br> ■ No <br> ☐ Yes |
|---|---|

| 2.1873 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,473.51 | $1,219.81 |
|---|---|---|---|---|
| | **MERTES,GARY C** <br> **REDACTED** | Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: <br> **Wages, accrued vacation and PTO** |
|---|---|

| Last 4 digits of account number <br> Specify Code subsection of PRIORITY <br> unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? <br> ■ No <br> ☐ Yes |
|---|---|

| 2.1874 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $180.00 | $88.77 |
|---|---|---|---|---|
| | **METKO,MARSELA** <br> **REDACTED** | Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: <br> **Wages, accrued vacation and PTO** |
|---|---|

| Last 4 digits of account number <br> Specify Code subsection of PRIORITY <br> unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? <br> ■ No <br> ☐ Yes |
|---|---|

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.1875 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $54.40 | $54.40 |
|---|---|---|---|---|

2.1875 Priority creditor's name and mailing address
**METROPOLITAN ST. LOUIS
SEWER DISTRICT
P.O. BOX 437
ST. LOUIS, MO 63166-0437**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$54.40    $54.40

Date or dates debt was incurred

Basis for the claim:
**POST-PETITION ADMINISTRATIVE CLAIM**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

2.1876 Priority creditor's name and mailing address
**METZLER,MICHAEL A
REDACTED**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$5,142.40    $2,535.98

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

2.1877 Priority creditor's name and mailing address
**MEYER, MARK
REDACTED**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$173.08    $173.08

Date or dates debt was incurred

Basis for the claim:
**POST-PETITION NET WAGES -
ADMINISTRATIVE CLAIM**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

2.1878 Priority creditor's name and mailing address
**MEYER,MARK T
REDACTED**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,596.15    $1,280.29

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.1879 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $660.00 | $325.48 |
|---|---|---|---|---|

**MEYER,RUEBEN**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.1880 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,100.00 | $542.47 |
|---|---|---|---|---|

**MEYER,RUEBEN**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.1881 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,130.77 | $1,543.94 |
|---|---|---|---|---|

**MEYER,SHARON**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.1882 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,938.72 | $956.08 |
|---|---|---|---|---|

**MICHEAU,KERRI J**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

**2.1883** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$693.77** | **$342.13**

**MICHEAUX,CHRISTOPHER P**
**REDACTED**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1884** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,363,044.00** | **$1,363,044. 00**

**MICHIGAN DEPARTMENT OF**
**TREASURY**
**PO BOX 30324**
**LANSING, MI 48909**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Michigan sales and use tax**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>8</u>)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1885** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$404,105.00** | **$404,105.00**

**MICHIGAN DEPARTMENT OF**
**TREASURY**
**PO BOX 30324**
**LANSING, MI 48909**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Michigan sales and use tax**
**POST PETITION ADMIN CLAIM**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>8</u>)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1886** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,548.02** | **$2,548.02**

**Michigan Department of Treasury -**
**unempl**
**P.O. Box 77000**
**Detroit, MI 48277**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unemployment**
**POST PETITION ADMIN CLAIM**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>8</u>)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

| 2.1887 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $59.55 | $59.55 |
|---|---|---|---|---|

**MICHIGAN GAS UTILITIES**
**P.O. BOX 3140**
**MILWAUKEE, WI 53201-3140**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**POST-PETITION ADMINISTRATIVE CLAIM**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1888 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,192.90 | $2,067.73 |
|---|---|---|---|---|

**MICHRINA,KELLY A**
**REDACTED**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1889 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $117.87 | $117.87 |
|---|---|---|---|---|

**MIDDLEBELT PLYMOUTH**
**VENTURE**
**17800 LAUREL PARK DRIVE**
**NORTH**
**SUITE 200C**
**LIVONIA, MI 48152**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**POST-PETITION ADMINISTRATIVE CLAIM**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1890 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,269.22 | $1,612.22 |
|---|---|---|---|---|

**MIDELTON-KATIBA,REBECCA K**
**REDACTED**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.1891 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,107.08** | **$1,532.26** |
|---|---|---|---|---|
| | **MIKO,SANDRA M**<br>**REDACTED** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.1892 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,398.29** | **$689.57** |
|---|---|---|---|---|
| | **MILES,MARTAVIS D**<br>**REDACTED** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.1893 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,600.72** | **$1,282.55** |
|---|---|---|---|---|
| | **MILLER,DIANE N**<br>**REDACTED** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.1894 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$633.36** | **$312.34** |
|---|---|---|---|---|
| | **MILLER,JUSTIS**<br>**REDACTED** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.1895 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $725.72 | $357.89 |
|---|---|---|---|---|
| | **MILLER,LESA M** **REDACTED** | Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | | |

| | Date or dates debt was incurred | Basis for the claim: **Wages, accrued vacation and PTO** |
|---|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

| 2.1896 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,967.54 | $970.29 |
|---|---|---|---|---|
| | **MILLER,RANDALL C** **REDACTED** | Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | | |

| | Date or dates debt was incurred | Basis for the claim: **Wages, accrued vacation and PTO** |
|---|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

| 2.1897 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $313.92 | $154.81 |
|---|---|---|---|---|
| | **MILLER,SHEMAR** **REDACTED** | Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | | |

| | Date or dates debt was incurred | Basis for the claim: **Wages, accrued vacation and PTO** |
|---|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

| 2.1898 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $627.84 | $309.62 |
|---|---|---|---|---|
| | **MILLER,VINCENT S** **REDACTED** | Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | | |

| | Date or dates debt was incurred | Basis for the claim: **Wages, accrued vacation and PTO** |
|---|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.1899 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1.88** | **$0.93** |
|---|---|---|---|---|
| | **MIRACLE,NATHANIEL H**<br>**REDACTED** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1900 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,872.14** | **$923.25** |
|---|---|---|---|---|
| | **MIRON,JONATHAN A**<br>**REDACTED** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1901 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$222.64** | **$222.64** |
|---|---|---|---|---|
| | **MISSOURI AMERICAN WATER**<br>**P.O. BOX 790247**<br>**ST. LOUIS, MO 63179-0247** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**POST-PETITION ADMINISTRATIVE CLAIM** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1902 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$124,181.00** | **$124,181.00** |
|---|---|---|---|---|
| | **MISSOURI DEPARTMENT OF**<br>**REVENUE**<br>**PO BOX 3360**<br>**JEFFERSON CITY, MO 65105-3360** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Missouri sales and use tax** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Art Van Furniture, LLC** | Case number (*if known*) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.1903 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$11,796.00** | **$11,796.00** |
|---|---|---|---|---|

**MISSOURI DEPARTMENT OF REVENUE**
**PO BOX 3360**
**JEFFERSON CITY, MO 65105-3360**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Missouri sales and use tax**
**POST PETITION ADMIN CLAIM**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

☑ No
☐ Yes

---

| 2.1904 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$23.21** | **$23.21** |
|---|---|---|---|---|

**Missouri Department of Revenue -**
**unemplo**
**P.O. Box 3915**
**Jefferson City, MO 65102**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unemployment**
**POST PETITION ADMIN CLAIM**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

☑ No
☐ Yes

---

| 2.1905 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$7,115.00** | **$7,115.00** |
|---|---|---|---|---|

**Missouri Department of Revenue**
**-income t**
**PO Box 999**
**Jefferson City, MO 65108-0999**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Withholding Taxes**
**POST PETITION ADMIN CLAIM**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

☑ No
☐ Yes

---

| 2.1906 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,484.73** | **$1,225.35** |
|---|---|---|---|---|

**MITCHELL,NATASHA R**
**REDACTED**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.1907 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $216.00 | $106.52 |
|---|---|---|---|---|

**MIXON,DARISHA C**
**REDACTED**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 2.1908 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,145.52 | $564.91 |
|---|---|---|---|---|

**MOHAMMED,BAHJET R**
**REDACTED**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 2.1909 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,179.20 | $1,074.67 |
|---|---|---|---|---|

**MOLICKY,ROBERT P**
**REDACTED**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 2.1910 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $114.44 | $56.44 |
|---|---|---|---|---|

**MONDAY,TYLER J**
**REDACTED**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.1911 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $279.33 | $137.75 |
|---|---|---|---|---|
| | **MONETTE,ROBERT**<br>**REDACTED** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** |
|---|---|
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes |

| 2.1912 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $735.20 | $362.56 |
|---|---|---|---|---|
| | **MONHOLLEN,JUANITA K**<br>**REDACTED** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** |
|---|---|
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes |

| 2.1913 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $240.00 | $118.36 |
|---|---|---|---|---|
| | **MONROE,DEVIN M**<br>**REDACTED** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** |
|---|---|
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes |

| 2.1914 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $585.00 | $288.49 |
|---|---|---|---|---|
| | **MONTAGUE,KEVIN J**<br>**REDACTED** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** |
|---|---|
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes |

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.1915 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$574.92** | **$283.52** |
|---|---|---|---|---|
| | **MONTANEZ,ALEXANDRA**<br>REDACTED | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1916 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$282.97** | **$139.55** |
|---|---|---|---|---|
| | **MONTELEONE,WANDA**<br>REDACTED | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1917 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$180.00** | **$88.77** |
|---|---|---|---|---|
| | **MONTELONGO,YARITZA**<br>REDACTED | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1918 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$1,578.50** | **$778.44** |
|---|---|---|---|---|
| | **MONTELONGO,YARITZA**<br>REDACTED | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Art Van Furniture, LLC** | Case number (*if known*) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

**2.1919** | Priority creditor's name and mailing address

**MONTGOMERY MCCRACKEN WALKER & ROADS**
**1105 NORTH MARKET STREET**
**15TH FLOOR**
**Wilmington, DE 19801-1611**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$38,000.00    $38,000.00

Date or dates debt was incurred

Basis for the claim:
**Per Motion to Convert to Chapter 7**
**POST PETITION ADMIN CLAIM**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

**2.1920** | Priority creditor's name and mailing address

**MONTGOMERY,JASON**
**REDACTED**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$384.00    $189.37

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.1921** | Priority creditor's name and mailing address

**MONTGOMERY,MARQUAIL L**
**REDACTED**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$568.40    $280.31

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.1922** | Priority creditor's name and mailing address

**MOONEY,BRIAN M**
**REDACTED**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,665.44    $1,314.46

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
| --- | --- | --- | --- |
| | Name | | |

---

**2.1923** | Priority creditor's name and mailing address

**MOORE,ANDREA D**
**REDACTED**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,732.02** | **$854.15**

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

**2.1924** | Priority creditor's name and mailing address

**MOORE,DANTE E**
**REDACTED**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$142.52** | **$70.28**

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

**2.1925** | Priority creditor's name and mailing address

**MOORE,DARREN D**
**REDACTED**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$252.00** | **$124.27**

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

**2.1926** | Priority creditor's name and mailing address

**MOORE,HOLLI**
**REDACTED**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$64.81** | **$31.96**

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.1927 | Priority creditor's name and mailing address<br>**MOORE,JOHNATHON W**<br>**REDACTED** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,321.95** | **$651.92** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1928 | Priority creditor's name and mailing address<br>**MOORE,KEVIN J**<br>**REDACTED** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$248.00** | **$122.30** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1929 | Priority creditor's name and mailing address<br>**MOORE,MICHAEL A**<br>**REDACTED** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$784.80** | **$387.02** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1930 | Priority creditor's name and mailing address<br>**MOORE,NATALIE A**<br>**REDACTED** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$788.12** | **$388.66** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

| 2.1931 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$129.92** | **$64.07** |
|---|---|---|---|---|
| | **MOORE,NIKIO**<br>**REDACTED** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.1932 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$259.84** | **$128.14** |
|---|---|---|---|---|
| | **MOORE,NIKIO**<br>**REDACTED** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.1933 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$640.00** | **$315.62** |
|---|---|---|---|---|
| | **MOORE,SHANNON W**<br>**REDACTED** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.1934 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$796.00** | **$392.55** |
|---|---|---|---|---|
| | **MORALES,DENNIS A**<br>**REDACTED** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

**2.1935** | Priority creditor's name and mailing address

**MORALES,JAFETT**
**REDACTED**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$4,099.03**     **$2,021.44**

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1936** | Priority creditor's name and mailing address

**MORALES,SAMUEL**
**REDACTED**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$360.00**     **$177.53**

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1937** | Priority creditor's name and mailing address

**MORELLI,MICHAEL J**
**REDACTED**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$474.27**     **$474.27**

Date or dates debt was incurred

Basis for the claim:
**POST-PETITION NET COMMISSION -**
**ADMINISTRATIVE CLAIM**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1938** | Priority creditor's name and mailing address

**MORELLI,MICHAEL J**
**REDACTED**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$360.00**     **$177.53**

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

| 2.1939 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,925.60** | **$1,442.76** |
|---|---|---|---|---|
| | **MORELLI,MICHAEL J**<br>**REDACTED** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.1940 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$446.60** | **$220.24** |
|---|---|---|---|---|
| | **MORGAN,ANDERS J**<br>**REDACTED** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.1941 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$210.36** | **$103.74** |
|---|---|---|---|---|
| | **MORGAN,DEVIN R**<br>**REDACTED** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.1942 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,000.54** | **$1,479.72** |
|---|---|---|---|---|
| | **MORGAN,JOHN L**<br>**REDACTED** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| Debtor | **Art Van Furniture, LLC** | | Case number (if known) | **20-10553** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.1943 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,460.08** | **$720.04** |
|---|---|---|---|---|

**MORGAN,KELLY L**
**REDACTED**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1944 | Priority creditor's name and mailing address | | **$300.00** | **$147.95** |
|---|---|---|---|---|

**MORGAN,KYLE E**
**REDACTED**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1945 | Priority creditor's name and mailing address | | **$1,774.53** | **$875.11** |
|---|---|---|---|---|

**MORGAN,LINTA**
**REDACTED**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1946 | Priority creditor's name and mailing address | | **$508.48** | **$250.76** |
|---|---|---|---|---|

**MORRIS SR,KEVIN D**
**REDACTED**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.1947 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$360.00** | **$177.53** |
|---|---|---|---|---|
| | **MORRIS,MARIO**<br>**REDACTED** | | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1948 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$120.00** | **$59.18** |
|---|---|---|---|---|
| | **MORROW,BRETT**<br>**REDACTED** | | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1949 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$4,061.14** | **$2,002.75** |
|---|---|---|---|---|
| | **MORROW,KENNETH**<br>**REDACTED** | | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1950 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,045.44** | **$515.56** |
|---|---|---|---|---|
| | **MORSE,REBECCA A**<br>**REDACTED** | | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

| 2.1951 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$4,807.69** | **$2,370.92** |
|---|---|---|---|---|

**MOSCA,CAYLEY**
**REDACTED**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☐ No
☐ Yes

---

| 2.1952 | Priority creditor's name and mailing address | | **$357.67** | **$176.39** |
|---|---|---|---|---|

**MOSS,ANTHONY D**
**REDACTED**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☐ No
☐ Yes

---

| 2.1953 | Priority creditor's name and mailing address | | **$180.00** | **$88.77** |
|---|---|---|---|---|

**MOTON,KOLBY A**
**REDACTED**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☐ No
☐ Yes

---

| 2.1954 | Priority creditor's name and mailing address | | **$360.00** | **$177.53** |
|---|---|---|---|---|

**MOTTL,HEATHER J**
**REDACTED**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☐ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 2.1955 | Priority creditor's name and mailing address<br>**MOULDER,TYLER J**<br>**REDACTED** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$162.40**   **$80.09** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.1956 | Priority creditor's name and mailing address<br>**MOWID,ANDREW M**<br>**REDACTED** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$862.84**   **$425.51** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.1957 | Priority creditor's name and mailing address<br>**MOY,GEORGE**<br>**REDACTED** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,958.96**   **$966.06** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.1958 | Priority creditor's name and mailing address<br>**MUDGET III,GERALD A**<br>**REDACTED** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$3,097.06**   **$1,527.32** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.1959 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,830.45** | **$1,395.84** |
|---|---|---|---|---|

**MUEHL,RYAN S**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1960 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,436.64** | **$1,694.78** |
|---|---|---|---|---|

**MUELLER,KRISTA J**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1961 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$360.00** | **$177.53** |
|---|---|---|---|---|

**MUELLER,LOUISE C**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1962 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$598.40** | **$295.10** |
|---|---|---|---|---|

**MUIR,JONATHAN M**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|

Name

---

**2.1963** | Priority creditor's name and mailing address
**MUKHASHEN,SHARIF A**
REDACTED

As of the petition filing date, the claim is:          $312.30 | $154.01
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1964** | Priority creditor's name and mailing address
**MULDER,CARL R**
REDACTED

As of the petition filing date, the claim is:          $600.00 | $295.89
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1965** | Priority creditor's name and mailing address
**MULDER,JOHN E**
REDACTED

As of the petition filing date, the claim is:          $857.66 | $422.96
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1966** | Priority creditor's name and mailing address
**MULLER,NANCY**
REDACTED

As of the petition filing date, the claim is:          $2,362.80 | $1,165.22
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

| 2.1967 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,913.93** | **$1,437.01** |
|---|---|---|---|---|

**MULLINS,TERRY**
**REDACTED**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1968 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$240.00** | **$118.36** |
|---|---|---|---|---|

**MULTANI,TARANJEET S**
**REDACTED**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1969 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,461.53** | **$1,707.06** |
|---|---|---|---|---|

**MUNCEY,JEFFREY A**
**REDACTED**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1970 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$39.59** | **$19.52** |
|---|---|---|---|---|

**MUNS,EMILY A**
**REDACTED**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.1971 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $224.00 | $110.47 |
|---|---|---|---|---|

**MURPHY,CHRISTOPHER L**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1972 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,129.92 | $2,036.67 |
|---|---|---|---|---|

**MURPHY,JESSE C**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1973 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,500.48 | $2,219.41 |
|---|---|---|---|---|

**MURRAY,ERIN E**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1974 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,136.80 | $560.61 |
|---|---|---|---|---|

**MURRAY,MICHAEL**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | | Case number (if known) | **20-10553** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.1975 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $180.00 | $88.77 |
|---|---|---|---|---|

**MUSIC,HEDITA**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1976 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $255.00 | $125.75 |
|---|---|---|---|---|

**NADERI,MEHRNOUSH**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1977 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $245.22 | $120.93 |
|---|---|---|---|---|

**NADOLSKI,BRANDON T**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1978 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $304.00 | $149.92 |
|---|---|---|---|---|

**NAGLE,NATHAN J**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
| --- | --- | --- | --- |
| | Name | | |

| 2.1979 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,126.00** | **$555.29** |
| --- | --- | --- | --- | --- |

**NAGY, ERIC**
**REDACTED**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.1980 | Priority creditor's name and mailing address | | **$300.00** | **$147.95** |
| --- | --- | --- | --- | --- |

**NAHF, JUSTIN**
**REDACTED**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.1981 | Priority creditor's name and mailing address | | **$2,182.50** | **$1,076.30** |
| --- | --- | --- | --- | --- |

**NAIR, SHYAM K**
**REDACTED**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.1982 | Priority creditor's name and mailing address | | **$828.24** | **$408.45** |
| --- | --- | --- | --- | --- |

**NAJEEB, SAFA**
**REDACTED**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

**2.1983** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$6,471.04** | **$3,191.20**

**NAKAS,RUDY H**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1984** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$908.97** | **$448.26**

**NAKFOOR,DIANA L**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1985** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$180.00** | **$88.77**

**NAQASH,GAETH**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1986** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$186.35** | **$91.90**

**NASTALLY,MICHELLE M**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (*if known*) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.1987 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $264.00 | $130.19 |
|---|---|---|---|---|

**NATHANIEL,DAMON T**
REDACTED

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.1988 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,924.00 | $1,441.97 |
|---|---|---|---|---|

**NAVARRA,SARAH M**
REDACTED

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.1989 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,199.14 | $591.36 |
|---|---|---|---|---|

**NELSON,JUSTIN**
REDACTED

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.1990 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $681.72 | $336.19 |
|---|---|---|---|---|

**NELSON,ROBERT D**
REDACTED

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.1991 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$823.36** | **$406.04** |
|---|---|---|---|---|

**NESTEROWICH,PAUL**
**REDACTED**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.1992 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$558.66** | **$275.50** |
|---|---|---|---|---|

**NEUBAUER,LAWRENCE**
**REDACTED**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.1993 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,234.62** | **$1,102.00** |
|---|---|---|---|---|

**NEUBAUER,LAWRENCE**
**REDACTED**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.1994 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$176.00** | **$86.79** |
|---|---|---|---|---|

**NEWSON,GRANT R**
**REDACTED**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

| 2.1995 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$60.00** | **$29.59** |
|---|---|---|---|---|

**NGUYEN,PHUONG**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1996 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$480.00** | **$236.71** |
|---|---|---|---|---|

**NICHOL,TYLER L**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1997 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$944.00** | **$465.53** |
|---|---|---|---|---|

**NICHOLS,MELODY**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1998 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,609.68** | **$793.81** |
|---|---|---|---|---|

**NICKEL,AMY J**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.1999 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,826.08** | **$900.53** |
|---|---|---|---|---|

**NICKEL,JOSEPH D**
**REDACTED**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 2.2000 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$194.88** | **$96.11** |
|---|---|---|---|---|

**NICKELSON,THOMAS**
**REDACTED**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 2.2001 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$649.60** | **$320.35** |
|---|---|---|---|---|

**NICKELSON,THOMAS**
**REDACTED**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 2.2002 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$5,668.63** | **$5,668.63** |
|---|---|---|---|---|

**NICOR GAS**
**P.O. BOX 5407**
**CAROL STREAM, IL 60197-5407**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**POST-PETITION ADMINISTRATIVE CLAIM**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
- ☑ No
- ☐ Yes

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|--------|-----------------------------|-------------------------|--------------|
| | Name | | |

---

**2.2003** Priority creditor's name and mailing address

**NIEBIESZCZANSKI,JILL**
**REDACTED**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,201.92    $592.73

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.2004** Priority creditor's name and mailing address

**NIELSON,RUSSELL C**
**REDACTED**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,629.42    $1,296.70

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.2005** Priority creditor's name and mailing address

**NIEPORTE,SHARI**
**REDACTED**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$256.41    $126.45

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.2006** Priority creditor's name and mailing address

**NIGHTINGALE,SUSAN**
**REDACTED**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,081.54    $1,026.51

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | | Case number (if known) | **20-10553** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.2007 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $300.00 | $147.95 |
|---|---|---|---|---|

**NINKU,DAMASKIN**
**REDACTED**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.2008 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $1,023.96 | $1,023.96 |
|---|---|---|---|---|

**NIPSCO**
**P.O. BOX 13007**
**MERRILLVILLE, IN 46411-3007**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**POST-PETITION ADMINISTRATIVE CLAIM** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.2009 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $198.29 | $97.79 |
|---|---|---|---|---|

**NOAH,DAVID M**
**REDACTED**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.2010 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $594.87 | $293.36 |
|---|---|---|---|---|

**NOAH,DAVID M**
**REDACTED**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.2011 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$4,567.50** | **$2,252.47** |
|---|---|---|---|---|
| | **NOBLE,REBECCA L**<br>REDACTED | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.2012 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,303.20** | **$1,628.98** |
|---|---|---|---|---|
| | **NOBLE,THERESA M**<br>REDACTED | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.2013 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$208.08** | **$102.61** |
|---|---|---|---|---|
| | **NOFFSINGER,ASHLEY**<br>REDACTED | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.2014 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$180.00** | **$88.77** |
|---|---|---|---|---|
| | **NOLFO,CHRISTOPHER T**<br>REDACTED | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.2015 | Priority creditor's name and mailing address<br>**NONA,ROMEL**<br>**REDACTED** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$360.00** | **$177.53** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.2016 | Priority creditor's name and mailing address<br>**NORMAN,BRUCE D**<br>**REDACTED** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$462.84** | **$228.25** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.2017 | Priority creditor's name and mailing address<br>**NORRIS,BRIAN A**<br>**REDACTED** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$360.00** | **$177.53** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.2018 | Priority creditor's name and mailing address<br>**NORRIS,BRIAN A**<br>**REDACTED** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$961.92** | **$474.37** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.2019 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $568.40 | $280.31 |
|---|---|---|---|---|

**NORRIS,GREGORY**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.2020 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $682.08 | $336.37 |
|---|---|---|---|---|

**NORRIS,GREGORY**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.2021 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $228.93 | $228.93 |
|---|---|---|---|---|

**NORTH SHORE GAS**
**P.O. BOX 2968**
**MILWAUKEE, WI 53201-2968**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**POST-PETITION ADMINISTRATIVE CLAIM**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.2022 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $379.28 | $187.04 |
|---|---|---|---|---|

**NORTHCUTT,VIRSSIAH L**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.2023 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,523.41 | $1,244.42 |
|---|---|---|---|---|
| | **NORTON,ADAM J**<br>**REDACTED** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.2024 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $360.00 | $177.53 |
|---|---|---|---|---|
| | **NOVAK,GARY**<br>**REDACTED** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.2025 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,793.60 | $884.52 |
|---|---|---|---|---|
| | **NOVAK,GARY**<br>**REDACTED** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.2026 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,564.82 | $1,264.84 |
|---|---|---|---|---|
| | **NUGENT,JEREMY C**<br>**REDACTED** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

| 2.2027 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,389.22** | **$1,178.25** |
|---|---|---|---|---|

**NUNN,MARGARET E**
REDACTED

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 2.2028 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,722.47** | **$1,342.59** |
|---|---|---|---|---|

**NYSEN II,JEROME J**
REDACTED

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 2.2029 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$243.00** | **$119.84** |
|---|---|---|---|---|

**O'BRIEN,JONATHAN**
REDACTED

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 2.2030 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,429.92** | **$705.17** |
|---|---|---|---|---|

**O'BRYAN,JOHN M**
REDACTED

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.2031 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,725.54** | **$1,837.25** |
|---|---|---|---|---|
| | **O'CONNOR,BRIAN W**<br>**REDACTED** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.2032 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$240.00** | **$118.36** |
|---|---|---|---|---|
| | **O'CONNOR,KELSEY D**<br>**REDACTED** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.2033 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,038.46** | **$512.12** |
|---|---|---|---|---|
| | **O'CONNOR,KYLE D**<br>**REDACTED** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.2034 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$120.00** | **$59.18** |
|---|---|---|---|---|
| | **O'DAY,CAROL**<br>**REDACTED** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.2035 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $42,146.58 | $42,146.58 |
|---|---|---|---|---|
| | **O'FALLON MISSOURI PROPERTIES LLC**<br>**8300 EAGER ROAD SUITE 603**<br>**BRENTWOOD, MO 63144** | | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**POST-PETITION ADMINISTRATIVE CLAIM** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.2036 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $3,119.46 | $1,538.36 |
|---|---|---|---|---|
| | **O'GRADY,JODI**<br>**REDACTED** | | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.2037 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,949.99 | $1,454.79 |
|---|---|---|---|---|
| | **O'KEEFE,ALLISON**<br>**REDACTED** | | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.2038 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $128.05 | $63.15 |
|---|---|---|---|---|
| | **O'LARRY JR,BRIAN C**<br>**REDACTED** | | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

| 2.2039 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $97.44 | $48.05 |
|---|---|---|---|---|

**O'NEAL,NICK**
**REDACTED**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.2040 | Priority creditor's name and mailing address | | $1,378.40 | $679.76 |
|---|---|---|---|---|

**O'SULLIVAN,TIMOTHY J**
**REDACTED**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.2041 | Priority creditor's name and mailing address | | $252.00 | $124.27 |
|---|---|---|---|---|

**O'TOOLE,ETHAN J**
**REDACTED**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.2042 | Priority creditor's name and mailing address | | $1,058.08 | $521.79 |
|---|---|---|---|---|

**OBRYCKI-AHEE,CHERYL A**
**REDACTED**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.2043 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $747.12 | $368.44 |
|---|---|---|---|---|

**OCHOA,DEANNA M**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2044 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,992.31 | $982.51 |
|---|---|---|---|---|

**OCHOA,DEANNA M**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2045 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,857.92 | $2,395.69 |
|---|---|---|---|---|

**ODELL,STEVEN L**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2046 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $16,825.00 | $16,825.00 |
|---|---|---|---|---|

**OHIO DEPARTMENT OF**
**TAXATION**
**PO BOX 16158**
**COLUMBUS, OH 43216-6158**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Ohio CAT tax**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Art Van Furniture, LLC** | | Case number (if known) | **20-10553** |
|---|---|---|---|---|

Name

---

| 2.2047 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$28,336.00** | **$28,336.00** |
|---|---|---|---|---|

**OHIO DEPARTMENT OF TAXATION**
**ATTN BUSINESS COMPLIANCE DIVISION**
**PO BOX 2678**
**COLUMBUS, OH 43216-2678**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Ohio sales and use tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.2048 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$29,544.00** | **$29,544.00** |
|---|---|---|---|---|

**OHIO DEPARTMENT OF TAXATION**
**ATTN BUSINESS COMPLIANCE DIVISION**
**PO BOX 2678**
**COLUMBUS, OH 43216-2678**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Ohio sales and use tax**
**POST PETITION ADMIN CLAIM**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.2049 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,184.29** | **$1,184.29** |
|---|---|---|---|---|

**Ohio Department of Taxation - income tax**
**P.O. Box 182215**
**Columbus, OH 43216-2215**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Withholding Taxes**
**POST PETITION ADMIN CLAIM**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.2050 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$224.59** | **$224.59** |
|---|---|---|---|---|

**Ohio Department of Taxation - unemployme**
**P.O. Box 182404**
**Columbus, OH 43218-2404**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unemployment**
**POST PETITION ADMIN CLAIM**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

| 2.2051 | Priority creditor's name and mailing address<br>**OKENKA,LINDSAY M**<br>REDACTED | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$120.00** | **$59.18** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.2052 | Priority creditor's name and mailing address<br>**OLEE,TERESA M**<br>REDACTED | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$120.00** | **$59.18** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.2053 | Priority creditor's name and mailing address<br>**OLIVER,RHONDA L**<br>REDACTED | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$3,326.82** | **$1,640.62** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.2054 | Priority creditor's name and mailing address<br>**OLSEN,DEREK A**<br>REDACTED | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$3,572.83** | **$1,761.94** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.2055 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,043.00** | **$1,007.51** |
|---|---|---|---|---|

**OLSON,AMANDA K**
**REDACTED**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Wages, accrued vacation and PTO** |

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.2056 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,096.21** | **$540.60** |
|---|---|---|---|---|

**OLSSON,COLLIN O**
**REDACTED**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Wages, accrued vacation and PTO** |

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.2057 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$276.92** | **$276.92** |
|---|---|---|---|---|

**OMAN, BARBARA**
**REDACTED**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **POST-PETITION NET WAGES -** |
| | **ADMINISTRATIVE CLAIM** |

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.2058 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,938.46** | **$955.95** |
|---|---|---|---|---|

**OMAN,BARBARA L**
**REDACTED**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Wages, accrued vacation and PTO** |

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | **Art Van Furniture, LLC** | | Case number (*if known*) | **20-10553** |
| | Name | | | |

---

| 2.2059 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,736.45** | **$1,736.45** |
| | **OROSZ,RYAN A** | *Check all that apply.* | | |
| | **REDACTED** | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
| | **POST-PETITION NET COMMISSION -** |
| | **ADMINISTRATIVE CLAIM** |

| Last 4 digits of account number | Is the claim subject to offset? |
| Specify Code subsection of PRIORITY | ■ No |
| unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ Yes |

---

| 2.2060 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$300.00** | **$147.95** |
| | **OROSZ,RYAN A** | *Check all that apply.* | | |
| | **REDACTED** | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
| | **Wages, accrued vacation and PTO** |

| Last 4 digits of account number | Is the claim subject to offset? |
| Specify Code subsection of PRIORITY | ■ No |
| unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ Yes |

---

| 2.2061 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$826.62** | **$407.65** |
| | **ORTEGA,JUVENTINO** | *Check all that apply.* | | |
| | **REDACTED** | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
| | **Wages, accrued vacation and PTO** |

| Last 4 digits of account number | Is the claim subject to offset? |
| Specify Code subsection of PRIORITY | ■ No |
| unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ Yes |

---

| 2.2062 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,278.68** | **$630.58** |
| | **ORTIZ,DANIEL L** | *Check all that apply.* | | |
| | **REDACTED** | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
| | **Wages, accrued vacation and PTO** |

| Last 4 digits of account number | Is the claim subject to offset? |
| Specify Code subsection of PRIORITY | ■ No |
| unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ Yes |

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.2063 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,077.36** | **$1,024.45** |
|---|---|---|---|---|

**ORTIZ,JOEL A**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2064 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$300.00** | **$147.95** |
|---|---|---|---|---|

**ORTIZ,SHAINALIZ**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2065 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$998.68** | **$492.50** |
|---|---|---|---|---|

**OSMINSKI,JOEL**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2066 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,671.25** | **$824.18** |
|---|---|---|---|---|

**OSTRANDER,HEATHER M**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

| 2.2067 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$280.14** | **$138.15** |
|---|---|---|---|---|

**OTERO,MARGARET**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2068 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$398.53** | **$196.54** |
|---|---|---|---|---|

**OVIATT,JACOB D**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2069 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$996.33** | **$491.34** |
|---|---|---|---|---|

**OVIATT,JACOB D**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2070 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$196.15** | **$196.15** |
|---|---|---|---|---|

**OWENS, BRANDON**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**POST-PETITION NET WAGES -**
**ADMINISTRATIVE CLAIM**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
| --- | --- | --- | --- |
| | Name | | |

| 2.2071 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,440.93** | **$1,203.75** |
| --- | --- | --- | --- | --- |

**OWENS,ASPACIA**
REDACTED

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2072 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,119.20** | **$551.93** |
| --- | --- | --- | --- | --- |

**OWENS,BRANDON**
REDACTED

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2073 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$755.16** | **$372.41** |
| --- | --- | --- | --- | --- |

**OWENS,BRYCE T**
REDACTED

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2074 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$4,270.56** | **$2,106.03** |
| --- | --- | --- | --- | --- |

**OWENS,GREGORY**
REDACTED

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number *(if known)* | **20-10553** |
|---|---|---|---|
| | Name | | |

---

| 2.2075 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $540.48 | $266.54 |
|---|---|---|---|---|

**OWENS,PAMELA**
**REDACTED**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2076 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $277.42 | $136.81 |
|---|---|---|---|---|

**OWENS,SUSANNE M**
**REDACTED**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2077 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $120,000.00 | $120,000.00 |
|---|---|---|---|---|

**Pachulski Stang Ziehl & Jones LLP**
**919 North Market Street**
**17th Floor**
**Wilmington, DE 19899-8705**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Per Motion to Convert to Chapter 7**
**POST PETITION ADMIN CLAIM**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>8</u>)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2078 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $194.88 | $96.11 |
|---|---|---|---|---|

**PACIFICO,JAMES K**
**REDACTED**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.2079 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $360.00 | $177.53 |
|---|---|---|---|---|

**PACZESNY,KIM**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2080 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $360.00 | $177.53 |
|---|---|---|---|---|

**PADILLA FORD,MARIA**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2081 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,084.02 | $534.59 |
|---|---|---|---|---|

**PADILLA,MARIA J**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2082 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,024.00 | $504.99 |
|---|---|---|---|---|

**PAGE,MARCUS**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|

---

**2.2083** | Priority creditor's name and mailing address
**PAGE,NATHAN A**
**REDACTED**
Name

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$456.00** | **$224.88**

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.2084** | Priority creditor's name and mailing address
**PALMER,CAMERON J**
**REDACTED**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$243.60** | **$120.13**

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.2085** | Priority creditor's name and mailing address
**PALMER,EVAN M**
**REDACTED**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$300.00** | **$147.95**

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.2086** | Priority creditor's name and mailing address
**PALMER,MARVIN**
**REDACTED**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$24.36** | **$12.01**

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.2087 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$121.80** | **$60.07** |
|---|---|---|---|---|

**PALMER,MARVIN**
**REDACTED**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

| 2.2088 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$300.00** | **$147.95** |
|---|---|---|---|---|

**PALMER,MONICA R**
**REDACTED**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

| 2.2089 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,587.20** | **$1,275.88** |
|---|---|---|---|---|

**PALMER,MONICA R**
**REDACTED**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

| 2.2090 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$193.33** | **$95.34** |
|---|---|---|---|---|

**PANARETOS,ERIKA L**
**REDACTED**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

| 2.2091 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,045.23 | $515.46 |
|---|---|---|---|---|
| | **PANCHAL,RAMESH K** | Check all that apply. | | |
| | **REDACTED** | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

---

| 2.2092 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,516.38 | $2,227.26 |
|---|---|---|---|---|
| | **PANICCIA,JOHN A** | Check all that apply. | | |
| | **REDACTED** | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

---

| 2.2093 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $773.30 | $381.35 |
|---|---|---|---|---|
| | **PANNELL,DEONTE M** | Check all that apply. | | |
| | **REDACTED** | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

---

| 2.2094 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,064.00 | $524.71 |
|---|---|---|---|---|
| | **PANTALEON,MILO E** | Check all that apply. | | |
| | **REDACTED** | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

**2.2095** | Priority creditor's name and mailing address

**PAPINEAU,KRISTIN M**
**REDACTED**

As of the petition filing date, the claim is:          **$2,637.36**    **$1,300.62**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.2096** | Priority creditor's name and mailing address

**PARAMOUNT PREFERRED**
**SOLUTIONS**
**P.O. BOX 72211**
**CLEVELAND, OH 44192-0002**

As of the petition filing date, the claim is:          **$50.00**    **$50.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**POST-PETITION ADMINISTRATIVE CLAIM**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.2097** | Priority creditor's name and mailing address

**PARKER,CARSON F**
**REDACTED**

As of the petition filing date, the claim is:          **$255.78**    **$126.14**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.2098** | Priority creditor's name and mailing address

**PARKER,CLARENCE M**
**REDACTED**

As of the petition filing date, the claim is:          **$1,903.57**    **$938.75**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|

Name

---

| 2.2099 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,504.64** | **$1,235.16** |
|---|---|---|---|---|

**PARKER,JESSIE M**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2100 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,721.28** | **$848.85** |
|---|---|---|---|---|

**PARKS,CLARENCE L**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2101 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$491.36** | **$242.31** |
|---|---|---|---|---|

**PARKS,JOSHUA A**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2102 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$693.69** | **$342.09** |
|---|---|---|---|---|

**PARKS,JOSHUA A**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

**2.2103** | Priority creditor's name and mailing address
**PARKS,ZACHARY**
REDACTED

As of the petition filing date, the claim is: $753.60 | $371.64
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.2104** | Priority creditor's name and mailing address
**PARSLEY,TYLER L**
REDACTED

As of the petition filing date, the claim is: $941.76 | $464.43
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.2105** | Priority creditor's name and mailing address
**PARSLEY,TYLER L**
REDACTED

As of the petition filing date, the claim is: $1,098.72 | $541.83
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.2106** | Priority creditor's name and mailing address
**PARUSZKIEWICZ,STEVEN C**
REDACTED

As of the petition filing date, the claim is: $1,496.22 | $737.86
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

| 2.2107 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$120.00** | **$59.18** |
|---|---|---|---|---|

**PASCO,JANE A**
REDACTED

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.2108 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,040.00** | **$512.88** |
|---|---|---|---|---|

**PASTORA RODRIGUEZ,LUIS I**
REDACTED

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.2109 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,040.00** | **$512.88** |
|---|---|---|---|---|

**PASTORA RODRIGUEZ,LUIS I**
REDACTED

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.2110 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$10,096.15** | **$4,978.92** |
|---|---|---|---|---|

**PATEL,KIRTAN**
REDACTED

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | | Case number (if known) | **20-10553** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.2111 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $180.00 | $88.77 |
|---|---|---|---|---|

**PATEL,PREMAL**
**REDACTED**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2112 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $300.00 | $147.95 |
|---|---|---|---|---|

**PATEL,SATYEN**
**REDACTED**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2113 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,672.67 | $1,318.03 |
|---|---|---|---|---|

**PATTERSON,KEITH A**
**REDACTED**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2114 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $97.44 | $48.05 |
|---|---|---|---|---|

**PATTERSON,RYAN M**
**REDACTED**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

| 2.2115 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $594.40 | $293.13 |
|---|---|---|---|---|

**PAULETTI,PETER R**
REDACTED

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** |
|---|---|

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2116 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,183.64 | $2,556.32 |
|---|---|---|---|---|

**PAULSELL,LINDA D**
REDACTED

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** |
|---|---|

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2117 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $142.50 | $70.27 |
|---|---|---|---|---|

**PAULUS,BRIDGET M**
REDACTED

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** |
|---|---|

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2118 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $749.89 | $369.81 |
|---|---|---|---|---|

**PAVLICA III,THOMAS F**
REDACTED

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** |
|---|---|

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|

Name

---

**2.2119** | Priority creditor's name and mailing address

**PAYTAS,MICHELLE**
**REDACTED**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,171.15**     **$577.55**

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.2120** | Priority creditor's name and mailing address

**PE,DAVID R**
**REDACTED**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,896.95**     **$935.48**

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.2121** | Priority creditor's name and mailing address

**PEACH,DANIEL W**
**REDACTED**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$2,414.40**     **$1,190.66**

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.2122** | Priority creditor's name and mailing address

**PEASE,JOSHUA A**
**REDACTED**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$2,303.75**     **$1,136.10**

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.2123 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,005.44** | **$988.98** |
|---|---|---|---|---|

**PECK,JULIANA K**
REDACTED

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.2124 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$880.00** | **$433.97** |
|---|---|---|---|---|

**PECK,ROBERT W**
REDACTED

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.2125 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$4,109.12** | **$2,026.42** |
|---|---|---|---|---|

**PELCER,JANICE**
REDACTED

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.2126 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$967.42** | **$477.08** |
|---|---|---|---|---|

**PELCH,GERALD H**
REDACTED

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|

Name

---

| 2.2127 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$300.00** | **$147.95** |
|---|---|---|---|---|

**PELLERITO,BECKY**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2128 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,500.00** | **$739.73** |
|---|---|---|---|---|

**PELLONI,ALYSSA**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2129 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$672.88** | **$331.83** |
|---|---|---|---|---|

**PELT,KATHERINE A**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2130 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,560.44** | **$769.53** |
|---|---|---|---|---|

**PENINGER,STEVEN J**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

| 2.2131 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $795.76 | $392.43 |
|---|---|---|---|---|

**PENTECOST,VINCENZO L**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.2132 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,864.36 | $2,864.36 |
|---|---|---|---|---|

**PEOPLEREADY INC.**
**P.O. BOX 641034**
**PITTSBURGH, PA 15264-1034**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**POST-PETITION ADMINISTRATIVE CLAIM**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.2133 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $131.97 | $131.97 |
|---|---|---|---|---|

**PEOPLES GAS**
**P.O. BOX 2968**
**MILWAUKEE, WI 53201-2968**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**POST-PETITION ADMINISTRATIVE CLAIM**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.2134 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,401.28 | $1,677.34 |
|---|---|---|---|---|

**PERALTA,HEATHER L**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.2135 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,552.64 | $1,258.84 |
|---|---|---|---|---|

**PEREGOY,SHEILA A**
REDACTED

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2136 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $876.96 | $432.47 |
|---|---|---|---|---|

**PEREZ,ANGELICA H**
REDACTED

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2137 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $734.40 | $362.17 |
|---|---|---|---|---|

**PEREZ,MISAEL**
REDACTED

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2138 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $309.62 | $152.69 |
|---|---|---|---|---|

**PERKINS,DANIELLE D**
REDACTED

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
| --- | --- | --- | --- |
| | Name | | |

| 2.2139 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $325.70 | $160.62 |
| --- | --- | --- | --- | --- |

**PERKINS,MONICA L**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.2140 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,036.39 | $511.10 |
| --- | --- | --- | --- | --- |

**PERKINS,RICK**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.2141 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,109.16 | $1,533.28 |
| --- | --- | --- | --- | --- |

**PERKINS,RICK**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.2142 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,030.78 | $1,001.48 |
| --- | --- | --- | --- | --- |

**PERSIANI,TOM**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|

Name

---

**2.2143** | Priority creditor's name and mailing address

**PESCH,SELMA**
**REDACTED**

As of the petition filing date, the claim is: **$120.00** | **$59.18**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.2144** | Priority creditor's name and mailing address

**PESCH,SERGEY**
**REDACTED**

As of the petition filing date, the claim is: **$496.16** | **$244.68**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.2145** | Priority creditor's name and mailing address

**PESTININKAS,VLADAS**
**REDACTED**

As of the petition filing date, the claim is: **$1,112.20** | **$548.48**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.2146** | Priority creditor's name and mailing address

**PETERS,JAMES A**
**REDACTED**

As of the petition filing date, the claim is: **$4,528.02** | **$2,233.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.2147 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $360.00 | $177.53 |
|---|---|---|---|---|

**PETERSON,ANNA C**
**REDACTED**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 2.2148 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $487.20 | $240.26 |
|---|---|---|---|---|

**PETERSON,DION J**
**REDACTED**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 2.2149 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $235.08 | $115.93 |
|---|---|---|---|---|

**PETERSON,LOGAN T**
**REDACTED**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 2.2150 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $506.88 | $249.97 |
|---|---|---|---|---|

**PETERSON,SPENCER J**
**REDACTED**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ☑ No
- ☐ Yes

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

| 2.2151 | Priority creditor's name and mailing address<br>**PETRIE,WILLIAM**<br>**REDACTED** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$2,858.13** | **$1,409.49** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.2152 | Priority creditor's name and mailing address<br>**PETTY,GREG L**<br>**REDACTED** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$111.65** | **$55.06** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.2153 | Priority creditor's name and mailing address<br>**PETZ,BROOKE M**<br>**REDACTED** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$828.00** | **$408.33** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.2154 | Priority creditor's name and mailing address<br>**PFAFF,MONIQUE**<br>**REDACTED** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,756.73** | **$866.33** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.2155 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,253.56** | **$618.19** |
|---|---|---|---|---|
| | **PHILLIPS,CAMERON D** | Check all that apply. | | |
| | REDACTED | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No | | |
| | | ☐ Yes | | |

| 2.2156 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,442.31** | **$1,204.43** |
|---|---|---|---|---|
| | **PHILLIPS,DEAN M** | Check all that apply. | | |
| | REDACTED | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No | | |
| | | ☐ Yes | | |

| 2.2157 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$584.64** | **$288.32** |
|---|---|---|---|---|
| | **PHILLIPS,JODIE L** | Check all that apply. | | |
| | REDACTED | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No | | |
| | | ☐ Yes | | |

| 2.2158 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,239.78** | **$1,104.55** |
|---|---|---|---|---|
| | **PHILLIPS,KAREN** | Check all that apply. | | |
| | REDACTED | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No | | |
| | | ☐ Yes | | |

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.2159 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,617.60** | **$1,784.02** |
|---|---|---|---|---|
| | **PHILLIPS,SARAH E**<br>REDACTED | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.2160 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$132.48** | **$65.33** |
|---|---|---|---|---|
| | **PHILSON,LAVON L**<br>REDACTED | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.2161 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$662.40** | **$326.66** |
|---|---|---|---|---|
| | **PHILSON,LAVON L**<br>REDACTED | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.2162 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,127.68** | **$556.12** |
|---|---|---|---|---|
| | **PHYFER,KATHERINE**<br>REDACTED | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.2163 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,932.40** | **$952.96** |
|---|---|---|---|---|

**PICARDAT,ABRAHAM**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.2164 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$300.00** | **$147.95** |
|---|---|---|---|---|

**PICCIARIELLO,JASON B**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.2165 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$170.52** | **$84.09** |
|---|---|---|---|---|

**PICKENS,JEREMY**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.2166 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$298.40** | **$147.16** |
|---|---|---|---|---|

**PICKETT,DEON J**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

| 2.2167 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$4,917.86** | **$2,425.25** |
|---|---|---|---|---|

**PIECZYNSKI,JAMES**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2168 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$292.32** | **$144.16** |
|---|---|---|---|---|

**PIEPER,JEREMY M**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2169 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,116.40** | **$1,043.70** |
|---|---|---|---|---|

**PIER,MARY C**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2170 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,154.24** | **$569.21** |
|---|---|---|---|---|

**PIEROG,PAUL E**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

| 2.2171 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,698.80 | $837.76 |
|---|---|---|---|---|

**PIERRE-LOUIS,JONAS**
**REDACTED**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.2172 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,207.68 | $1,088.72 |
|---|---|---|---|---|

**PINCKNEY,ERIK D**
**REDACTED**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.2173 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $20.10 | $9.91 |
|---|---|---|---|---|

**PINEAU,AMBER**
**REDACTED**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.2174 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $162.40 | $80.09 |
|---|---|---|---|---|

**PINEIRO,JULIA**
**REDACTED**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.2175 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,926.08** | **$1,443.00** |
|---|---|---|---|---|

**PINKOWSKI,JAMES**
**REDACTED**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2176 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$784.80** | **$387.02** |
|---|---|---|---|---|

**PIOTROWSKI,PIOTR**
**REDACTED**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2177 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$784.80** | **$387.02** |
|---|---|---|---|---|

**PIOTROWSKI,PIOTR**
**REDACTED**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2178 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$409.90** | **$202.14** |
|---|---|---|---|---|

**PISHKO,ROBERT M**
**REDACTED**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

| 2.2179 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $106.38 | $52.46 |
|---|---|---|---|---|

**PITMAN,CAITLYN N**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2180 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,669.00 | $1,316.22 |
|---|---|---|---|---|

**PITTS,ROY L**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2181 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $624.00 | $307.73 |
|---|---|---|---|---|

**PLACHY,CHRIS J**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2182 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $743.59 | $366.70 |
|---|---|---|---|---|

**PLASS,TODD**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

**2.2183** | Priority creditor's name and mailing address

**PLASZEWSKI,BARBARA A**
REDACTED

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,238.56** | **$610.80**

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.2184** | Priority creditor's name and mailing address

**POCKRANDT,PEGGY L**
REDACTED

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$107.74** | **$53.13**

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.2185** | Priority creditor's name and mailing address

**PODESTA,MARCELO R**
REDACTED

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$24,615.39** | **$12,139.10**

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.2186** | Priority creditor's name and mailing address

**PODKOL,THOMAS E**
REDACTED

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$6,527.31** | **$3,218.95**

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

| 2.2187 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,435.72** | **$1,694.33** |
|---|---|---|---|---|

**PODOLAK,SHELLEY M**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2188 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$28,807.92** | **$28,807.92** |
|---|---|---|---|---|

**POLARIS AV, LLC**
**C/O N.P. LIMITED PARTNERSHIP**
**8800 LYRA DRIVE SUITE 550**
**COLUMBUS, OH 43240-2002**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**POST-PETITION ADMINISTRATIVE CLAIM**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2189 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$4,179.58** | **$2,061.16** |
|---|---|---|---|---|

**POLETE,STEVE**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2190 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,161.40** | **$1,559.05** |
|---|---|---|---|---|

**POLICICCHIO,JOHN**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

| 2.2191 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$300.00** | **$147.95** |
|---|---|---|---|---|

**POMA,MICHAEL M**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2192 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$854.40** | **$421.35** |
|---|---|---|---|---|

**POP,IOAN**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2193 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$10,096.15** | **$4,978.92** |
|---|---|---|---|---|

**POPOVSKI,JONATHON**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2194 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,047.48** | **$516.57** |
|---|---|---|---|---|

**POSTEMA,JAMES**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.2195 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **$3,491.60** | **$1,721.88** |
|---|---|---|---|---|

**POSTEMA,JAMES**
**REDACTED**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.2196 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **$300.00** | **$147.95** |
|---|---|---|---|---|

**POTTS,MICHAEL J**
**REDACTED**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.2197 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **$1,250.91** | **$616.89** |
|---|---|---|---|---|

**POUNDS,KAREN**
**REDACTED**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.2198 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **$3,267.81** | **$1,611.52** |
|---|---|---|---|---|

**POWE,SHEILA D**
**REDACTED**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.2199 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,749.14** | **$862.59** |
|---|---|---|---|---|

**POWELL-GREEN,ADA**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2200 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$60.90** | **$30.03** |
|---|---|---|---|---|

**POYDRAS,KIANDRA**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2201 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,809.67** | **$892.44** |
|---|---|---|---|---|

**PREECE,SHERRY B**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2202 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$318.00** | **$318.00** |
|---|---|---|---|---|

**PREMIER TRAILER LEASING INC.**
**PO BOX 206553**
**DALLAS, TX 75320-6553**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**POST-PETITION ADMINISTRATIVE CLAIM**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.2203 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$32.98** | **$16.26** |
|---|---|---|---|---|
| | **PRENDI,KLODIANA** | Check all that apply. | | |
| | **REDACTED** | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.2204 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,324.00** | **$652.93** |
|---|---|---|---|---|
| | **PRIEST,GLENN S** | Check all that apply. | | |
| | **REDACTED** | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.2205 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$660.48** | **$325.72** |
|---|---|---|---|---|
| | **PRIME,MICHAEL T** | Check all that apply. | | |
| | **REDACTED** | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.2206 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$293.04** | **$144.51** |
|---|---|---|---|---|
| | **PRISBY,ALAYNA K** | Check all that apply. | | |
| | **REDACTED** | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

| 2.2207 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $430.48 | $212.29 |
|---|---|---|---|---|

**PRITCHARD,DAVID W**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2208 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $870.00 | $870.00 |
|---|---|---|---|---|

**PRODATA COMPUTER SERVICES**
**INC.**
**2809 SOUTH 160TH ST.**
**SUITE 401**
**OMAHA, NE 68130**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**POST-PETITION ADMINISTRATIVE CLAIM**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2209 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,557.63 | $768.15 |
|---|---|---|---|---|

**PROFIT,SHAKIYLA**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2210 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $900.00 | $443.84 |
|---|---|---|---|---|

**PROMAROLI,TAMARA S**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

**2.2211** | Priority creditor's name and mailing address
**PROUDFOOT,ZACHARY A**
REDACTED

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$384.00** | **$189.37**

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.2212** | Priority creditor's name and mailing address
**PROVO,BENJAMIN A**
REDACTED

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$178.64** | **$88.10**

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.2213** | Priority creditor's name and mailing address
**PROVO,BRUCE A**
REDACTED

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,054.66** | **$520.11**

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.2214** | Priority creditor's name and mailing address
**PROWSE,WILLIAM**
REDACTED

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$7,615.39** | **$3,755.53**

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

| 2.2215 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,858.16** | **$1,409.50** |
|---|---|---|---|---|

**PRUNEDA,KIMBERLY**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.2216 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$240.00** | **$118.36** |
|---|---|---|---|---|

**PRUS,LINDA A**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.2217 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$240.00** | **$118.36** |
|---|---|---|---|---|

**PUGH,KIRA L**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.2218 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$47.06** | **$23.21** |
|---|---|---|---|---|

**PUROFOY,BRIAN A**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

| 2.2219 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,659.20** | **$818.24** |
|---|---|---|---|---|

**PURSER,BENJAMIN P**
REDACTED

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** |
|---|---|

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2220 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,219.03** | **$1,094.32** |
|---|---|---|---|---|

**PURVIS,CHRISTOPHER**
REDACTED

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** |
|---|---|

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2221 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$180.00** | **$88.77** |
|---|---|---|---|---|

**PUTRUS,SALIM**
REDACTED

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** |
|---|---|

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2222 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,288.26** | **$635.31** |
|---|---|---|---|---|

**PUZZONIA,ANNE MARIE**
REDACTED

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** |
|---|---|

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

**2.2223** | Priority creditor's name and mailing address

**PYSHNY,SIDNEY S**
**REDACTED**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$515.13      $254.04

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.2224** | Priority creditor's name and mailing address

**QADER,MOHAMMAD**
**REDACTED**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,348.07      $1,157.95

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.2225** | Priority creditor's name and mailing address

**QUICK FUEL**
**DEPT# 34516**
**P.O. BOX 39000**
**SAN FRANCISCO, CA 94139-0001**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$24,341.44      $24,341.44

Date or dates debt was incurred

Basis for the claim:
**POST-PETITION ADMINISTRATIVE CLAIM**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.2226** | Priority creditor's name and mailing address

**QUINN,DAVID J**
**REDACTED**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$347.36      $171.30

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | | Case number (if known) | **20-10553** |
|---|---|---|---|---|

Name

---

| 2.2227 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,274.40** | **$628.47** |
|---|---|---|---|---|

**QUMSIEH,WAEL N**
**REDACTED**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2228 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$203.81** | **$100.51** |
|---|---|---|---|---|

**QUTAISH,SALEM**
**REDACTED**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2229 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,387.68** | **$684.34** |
|---|---|---|---|---|

**RABAUT,JUDY D**
**REDACTED**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2230 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,728.64** | **$1,345.63** |
|---|---|---|---|---|

**RABIE,RUSSELL A**
**REDACTED**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.2231 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,409.85** | **$695.27** |
|---|---|---|---|---|
| | **RABIN,BRAD M**<br>REDACTED | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.2232 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$616.08** | **$303.82** |
|---|---|---|---|---|
| | **RACHOR,CANDICE L**<br>REDACTED | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.2233 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$316.28** | **$155.97** |
|---|---|---|---|---|
| | **RADFORD,WILLIAM N**<br>REDACTED | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.2234 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$360.00** | **$177.53** |
|---|---|---|---|---|
| | **RADICANIN,ALEKSANDAR J**<br>REDACTED | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

| 2.2235 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,203.52** | **$593.52** |
|---|---|---|---|---|
| | **RADOSEVICH,LINDA** <br> **REDACTED** | Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: <br> **Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number <br> Specify Code subsection of PRIORITY <br> unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? <br> ■ No <br> ☐ Yes | | |

---

| 2.2236 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$766.90** | **$378.20** |
|---|---|---|---|---|
| | **RADTKE,COREY W** <br> **REDACTED** | Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: <br> **Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number <br> Specify Code subsection of PRIORITY <br> unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? <br> ■ No <br> ☐ Yes | | |

---

| 2.2237 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$120.00** | **$59.18** |
|---|---|---|---|---|
| | **RADTKE,SAUNDRA K** <br> **REDACTED** | Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: <br> **Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number <br> Specify Code subsection of PRIORITY <br> unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? <br> ■ No <br> ☐ Yes | | |

---

| 2.2238 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$6,587.74** | **$3,248.75** |
|---|---|---|---|---|
| | **RAHIM,INAM U** <br> **REDACTED** | Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: <br> **Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number <br> Specify Code subsection of PRIORITY <br> unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? <br> ■ No <br> ☐ Yes | | |

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

**2.2239** | Priority creditor's name and mailing address
**RAHMAN,MUSHFIQUR**
**REDACTED**

As of the petition filing date, the claim is:    **$1,348.40**    **$664.96**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.2240** | Priority creditor's name and mailing address
**RALPH,CARRIE A**
**REDACTED**

As of the petition filing date, the claim is:    **$714.98**    **$352.59**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.2241** | Priority creditor's name and mailing address
**RAMBERG,ELIZABETH**
**REDACTED**

As of the petition filing date, the claim is:    **$1,809.73**    **$892.47**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.2242** | Priority creditor's name and mailing address
**RAMIREZ JR,REYNALDO**
**REDACTED**

As of the petition filing date, the claim is:    **$168.65**    **$83.17**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

| 2.2243 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,286.51 | $634.44 |
|---|---|---|---|---|

**RAMOS,ANGEL L**
**REDACTED**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2244 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,492.30 | $1,229.08 |
|---|---|---|---|---|

**RAMOS,CALLIE J**
**REDACTED**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2245 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,476.19 | $1,221.13 |
|---|---|---|---|---|

**RANDALL,JAMES N**
**REDACTED**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2246 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $394.32 | $194.46 |
|---|---|---|---|---|

**RANDLE,LATOYA A**
**REDACTED**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.2247 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $215.82 | $106.43 |
|---|---|---|---|---|
| | **RANDOLPH,AARON M**<br>**REDACTED** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** |
|---|---|

| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes |
|---|---|

| 2.2248 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $470.88 | $232.21 |
|---|---|---|---|---|
| | **RANDOLPH,DANIEL L**<br>**REDACTED** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** |
|---|---|

| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes |
|---|---|

| 2.2249 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,381.92 | $1,174.65 |
|---|---|---|---|---|
| | **RATTRAY,ALEXANDER**<br>**REDACTED** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** |
|---|---|

| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes |
|---|---|

| 2.2250 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $925.44 | $456.38 |
|---|---|---|---|---|
| | **RAY JR,TIMOTHY E**<br>**REDACTED** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** |
|---|---|

| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes |
|---|---|

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.2251 | Priority creditor's name and mailing address<br>**RAY,MATTHEW S**<br>**REDACTED** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$876.78** | **$432.38** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.2252 | Priority creditor's name and mailing address<br>**RAYBA,AMANDA C**<br>**REDACTED** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$112.16** | **$55.31** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.2253 | Priority creditor's name and mailing address<br>**RAYNER,RESHAUNN**<br>**REDACTED** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$560.00** | **$276.16** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.2254 | Priority creditor's name and mailing address<br>**READ,JOSHUA J**<br>**REDACTED** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$2,383.30** | **$1,175.33** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.2255 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$256.41** | **$126.45** |
|---|---|---|---|---|
| | **REDDEN,MATTHEW J**<br>REDACTED | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.2256 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$1,552.04** | **$765.39** |
|---|---|---|---|---|
| | **REDKO,ROBERT E**<br>REDACTED | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.2257 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$632.32** | **$311.83** |
|---|---|---|---|---|
| | **REDMAN,JUSTIN**<br>REDACTED | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.2258 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$2,362.59** | **$1,165.11** |
|---|---|---|---|---|
| | **REDMOND,WALTER J**<br>REDACTED | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.2259 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,347.18** | **$1,157.51** |
|---|---|---|---|---|

**REEBER,ANGELA L**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2260 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$180.00** | **$88.77** |
|---|---|---|---|---|

**REED,JULIE D**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2261 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$209.69** | **$103.41** |
|---|---|---|---|---|

**REED,LANEICIA M**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2262 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$759.46** | **$374.53** |
|---|---|---|---|---|

**REED,MARIE A**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|

Name

---

| 2.2263 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,531.54 | $1,248.43 |
|---|---|---|---|---|

**REED,MARIE A**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.2264 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $246.00 | $121.32 |
|---|---|---|---|---|

**REESE,DEANTHONY**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.2265 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $849.95 | $419.15 |
|---|---|---|---|---|

**REID,JILL A**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.2266 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,140.04 | $2,041.66 |
|---|---|---|---|---|

**REID,TIMOTHY C**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|

Name

---

| 2.2267 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$998.78** | **$492.55** |
|---|---|---|---|---|

**REINHARDT,JULIE D**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2268 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,165.24** | **$574.64** |
|---|---|---|---|---|

**REINHARDT,JULIE D**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2269 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,906.64** | **$940.26** |
|---|---|---|---|---|

**REJ,EVA**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2270 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$360.00** | **$177.53** |
|---|---|---|---|---|

**RENAUD,KENDRA L**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.2271 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $198.29 | $97.79 |
|---|---|---|---|---|

**RENCHER-TOLBERT, MARLON**
**REDACTED**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.2272 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $454.42 | $224.10 |
|---|---|---|---|---|

**RENDER, ROBERT**
**REDACTED**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.2273 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $454.42 | $224.10 |
|---|---|---|---|---|

**RENDER, ROBERT**
**REDACTED**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.2274 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $12,882.69 | $6,353.11 |
|---|---|---|---|---|

**RENKES, PETER M**
**REDACTED**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (*if known*) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

| 2.2275 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$26.88** | **$26.88** |
|---|---|---|---|---|

**REPUBLIC SERVICES**
**P.O. BOX 9001099**
**LOUISVILLE, KY 40290-1099**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**POST-PETITION ADMINISTRATIVE CLAIM** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.2276 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$388.96** | **$388.96** |
|---|---|---|---|---|

**RESSLER, KENANIAH**
**REDACTED**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**POST-PETITION NET WAGES -**<br>**ADMINISTRATIVE CLAIM** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2277 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$732.60** | **$361.28** |
|---|---|---|---|---|

**REYES VARGAS,ALBERTO A**
**REDACTED**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2278 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$2,030.00** | **$1,001.10** |
|---|---|---|---|---|

**REYNA,OSCAR G**
**REDACTED**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.2279 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,045.00** | **$1,501.64** |
|---|---|---|---|---|

**REYNOLDS,JEFFREY**
**REDACTED**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.2280 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,268.75** | **$625.68** |
|---|---|---|---|---|

**REYNOLDS,STEVEN J**
**REDACTED**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.2281 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$120.00** | **$59.18** |
|---|---|---|---|---|

**RGABI,JIHANE**
**REDACTED**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.2282 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,358.57** | **$669.98** |
|---|---|---|---|---|

**RHEAUME,KRISTIN A**
**REDACTED**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| | | | | |
|---|---|---|---|---|
| 2.2283 | Priority creditor's name and mailing address<br>**RHODES,SHERRY A**<br>REDACTED | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$300.00** | **$147.95** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.2284 | Priority creditor's name and mailing address<br>**RHODES,SHERRY A**<br>REDACTED | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$835.20** | **$411.88** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.2285 | Priority creditor's name and mailing address<br>**RICE,AARON**<br>REDACTED | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$576.00** | **$284.05** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.2286 | Priority creditor's name and mailing address<br>**RICE,GAGE P**<br>REDACTED | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$48.72** | **$24.03** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.2287 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $308.31 | $152.04 |
|---|---|---|---|---|

**RICHARD,DLICA**
**REDACTED**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2288 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $948.96 | $467.98 |
|---|---|---|---|---|

**RICHARDS,JEFFERY M**
**REDACTED**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2289 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,024.64 | $1,491.60 |
|---|---|---|---|---|

**RICHARDS,JEFFREY**
**REDACTED**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2290 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,185.68 | $1,077.87 |
|---|---|---|---|---|

**RICHARDS,REBECCA J**
**REDACTED**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.2291 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $224.00 | $110.47 |
|---|---|---|---|---|

**RICHARDSON,BENJAMIN**
REDACTED

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2292 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $435.20 | $214.62 |
|---|---|---|---|---|

**RICHARDSON,JASMINE**
REDACTED

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2293 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $525.60 | $259.20 |
|---|---|---|---|---|

**RICHARDSON,ROBERT**
REDACTED

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2294 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $462.51 | $228.09 |
|---|---|---|---|---|

**RICHARDSON,TIMOTHY D**
REDACTED

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.2295 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,960.92** | **$1,460.18** |
|---|---|---|---|---|

**RICHARDSON,YOLANDA**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2296 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,363.44** | **$1,165.53** |
|---|---|---|---|---|

**RICHART,JULIE A**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2297 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,161.24** | **$572.67** |
|---|---|---|---|---|

**RICHMOND III,ADEL**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2298 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$297.44** | **$146.68** |
|---|---|---|---|---|

**RICHMOND,WILLIAM L**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.2299 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,108.89** | **$546.85** |
|---|---|---|---|---|
| | **RICKERT,COOPER** | Check all that apply. | | |
| | **REDACTED** | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.2300 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$264.00** | **$130.19** |
|---|---|---|---|---|
| | **RICO,ELLIOT** | Check all that apply. | | |
| | **REDACTED** | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.2301 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,008.32** | **$990.40** |
|---|---|---|---|---|
| | **RIEHL,PAMELA K** | Check all that apply. | | |
| | **REDACTED** | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.2302 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$672.00** | **$331.40** |
|---|---|---|---|---|
| | **RIFE,SHANNON C** | Check all that apply. | | |
| | **REDACTED** | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com — Best Case Bankruptcy

| Debtor | **Art Van Furniture, LLC** | | Case number (if known) | **20-10553** |
|---|---|---|---|---|
| | Name | | | |

| 2.2303 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,204.80** | **$1,087.30** |
|---|---|---|---|---|

**RIFE,SHANNON C**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.2304 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$240.00** | **$118.36** |
|---|---|---|---|---|

**RIKLEY,PHILIP R**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.2305 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$244.44** | **$120.55** |
|---|---|---|---|---|

**RILEY,GYPSY L**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.2306 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,024.72** | **$1,024.72** |
|---|---|---|---|---|

**RILEY,MUNTAHA**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**POST-PETITION NET COMMISSION -**
**ADMINISTRATIVE CLAIM**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.2307 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $360.00 | $177.53 |
|---|---|---|---|---|

**RILEY,MUNTAHA**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2308 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,763.00 | $869.42 |
|---|---|---|---|---|

**RIOS,ALMAROSA**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2309 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $288.00 | $142.03 |
|---|---|---|---|---|

**RIVERA,AARON K**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2310 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $438.48 | $216.24 |
|---|---|---|---|---|

**RIVERA,PAMELA J**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.2311 | Priority creditor's name and mailing address<br>**RIZA,SACIR**<br>**REDACTED** | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$60.00** | **$29.59** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.2312 | Priority creditor's name and mailing address<br>**RIZA,STELA**<br>**REDACTED** | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,046.56** | **$516.11** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.2313 | Priority creditor's name and mailing address<br>**RIZO,VANESSA E**<br>**REDACTED** | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$192.00** | **$94.68** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.2314 | Priority creditor's name and mailing address<br>**RIZZO,CARYN A**<br>**REDACTED** | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$555.94** | **$274.16** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.2315 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$4,637.92** | **$2,287.19** |
|---|---|---|---|---|
| | **ROAT,MELISSA J**<br>**REDACTED** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.2316 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$7,295.34** | **$3,597.70** |
|---|---|---|---|---|
| | **ROBBINS,JIMMIJON**<br>**REDACTED** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.2317 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$215.39** | **$106.22** |
|---|---|---|---|---|
| | **ROBBINS,VALERIE S**<br>**REDACTED** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.2318 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$180.00** | **$88.77** |
|---|---|---|---|---|
| | **ROBERTS,JOSHUA D**<br>**REDACTED** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Art Van Furniture, LLC** | | Case number (if known) | **20-10553** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.2319 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,706.00 | $2,813.92 |
|---|---|---|---|---|

**ROBERTS,KIJANA H**
**REDACTED**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2320 | Priority creditor's name and mailing address | | $308.00 | $151.89 |
|---|---|---|---|---|

**ROBERTS,MATTHEW J**
**REDACTED**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2321 | Priority creditor's name and mailing address | | $922.23 | $454.80 |
|---|---|---|---|---|

**ROBERTSON,JIMI L**
**REDACTED**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2322 | Priority creditor's name and mailing address | | $6,461.54 | $3,186.51 |
|---|---|---|---|---|

**ROBEY,TAMARA R**
**REDACTED**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
| --- | --- | --- | --- |
| | Name | | |

---

| 2.2323 | Priority creditor's name and mailing address<br>**ROBINSON,GINA J**<br>**REDACTED** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$290.70** | **$143.36** |
| --- | --- | --- | --- | --- |

| Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** |
| --- | --- |

| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes |
| --- | --- |

---

| 2.2324 | Priority creditor's name and mailing address<br>**ROBINSON,JENELL M**<br>**REDACTED** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,169.28** | **$576.63** |
| --- | --- | --- | --- | --- |

| Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** |
| --- | --- |

| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes |
| --- | --- |

---

| 2.2325 | Priority creditor's name and mailing address<br>**ROBINSON,JONI K**<br>**REDACTED** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$2,651.52** | **$1,307.60** |
| --- | --- | --- | --- | --- |

| Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** |
| --- | --- |

| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes |
| --- | --- |

---

| 2.2326 | Priority creditor's name and mailing address<br>**ROBINSON,JUSTIN K**<br>**REDACTED** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$800.22** | **$394.63** |
| --- | --- | --- | --- | --- |

| Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** |
| --- | --- |

| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes |
| --- | --- |

---

Official Form 206 E/F   **Schedule E/F: Creditors Who Have Unsecured Claims**   **Page 582 of 925**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.2327 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $430.00 | $212.05 |
|---|---|---|---|---|

**ROBINSON,KYLE E**
REDACTED

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2328 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,028.80 | $1,986.81 |
|---|---|---|---|---|

**ROBINSON,LEONARD G**
REDACTED

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2329 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $316.68 | $156.17 |
|---|---|---|---|---|

**ROBINSON,TERRENCE**
REDACTED

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2330 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,178.24 | $581.05 |
|---|---|---|---|---|

**ROBINSON,TRACEE V**
REDACTED

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.2331 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $240.00 | $118.36 |
|---|---|---|---|---|

**ROBY,RONALD W**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2332 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,901.52 | $937.74 |
|---|---|---|---|---|

**ROCHA,RAQUEL**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2333 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $85,104.08 | $85,104.08 |
|---|---|---|---|---|

**ROCHESTER KM PARTNERS LLC**
**C/O FIRST HOLDING MGT.**
**COMPANY**
**6960 ORCHARD LAKE ROAD STE**
**300**
**WEST BLOOMFIELD, MI 48322**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**POST-PETITION ADMINISTRATIVE CLAIM**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2334 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $452.50 | $223.15 |
|---|---|---|---|---|

**ROCK,LEEANN**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

**2.2335** | Priority creditor's name and mailing address
**ROCK,LEEANN**
**REDACTED**

As of the petition filing date, the claim is: **$565.62** **$278.94**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.2336** | Priority creditor's name and mailing address
**ROCKE,MELONEY A**
**REDACTED**

As of the petition filing date, the claim is: **$1,209.20** **$596.32**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.2337** | Priority creditor's name and mailing address
**ROCKER,ELLY R**
**REDACTED**

As of the petition filing date, the claim is: **$247.50** **$122.05**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.2338** | Priority creditor's name and mailing address
**ROD,MARIAN R**
**REDACTED**

As of the petition filing date, the claim is: **$180.00** **$88.77**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

| 2.2339 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,547.66** | **$1,256.38** |
|---|---|---|---|---|

**RODESILER,RICHARD S**
REDACTED

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2340 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,349.49** | **$1,651.80** |
|---|---|---|---|---|

**RODGERS,LAKI M**
REDACTED

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2341 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$828.24** | **$408.45** |
|---|---|---|---|---|

**RODGERS,LI SHA L**
REDACTED

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2342 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$466.90** | **$230.25** |
|---|---|---|---|---|

**RODRIGUEZ,BRANDON L**
REDACTED

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

**2.2343** | Priority creditor's name and mailing address
**RODRIGUEZ,BRIDGET**
**REDACTED**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$888.00    $437.92

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.2344** | Priority creditor's name and mailing address
**ROGERS JR,BILLY C**
**REDACTED**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,035.30    $510.56

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.2345** | Priority creditor's name and mailing address
**ROGERS JR,BILLY C**
**REDACTED**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$3,451.01    $1,701.87

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.2346** | Priority creditor's name and mailing address
**ROGERS,CYNTHIA R**
**REDACTED**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$688.92    $339.74

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|

Name

---

| 2.2347 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,128.47** | **$556.51** |
|---|---|---|---|---|

**ROGERS,TINA J**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2348 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,442.40** | **$711.32** |
|---|---|---|---|---|

**ROGGIN,ALAN W**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2349 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$240.00** | **$118.36** |
|---|---|---|---|---|

**ROHRER,LOUIS G**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2350 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,780.56** | **$878.08** |
|---|---|---|---|---|

**ROHRER,LOUIS G**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.2351 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$683.76** | **$337.20** |
|---|---|---|---|---|
| | **ROLL,BRANDON T**<br>REDACTED | | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.2352 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,153.85** | **$569.02** |
|---|---|---|---|---|
| | **ROLLINS,JERMAINE C**<br>REDACTED | | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.2353 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$3,156.48** | **$1,556.62** |
|---|---|---|---|---|
| | **ROLLINS,KEYONA A**<br>REDACTED | | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.2354 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$943.23** | **$465.15** |
|---|---|---|---|---|
| | **ROOT,JOYCE E**<br>REDACTED | | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Official Form 206 E/F    **Schedule E/F: Creditors Who Have Unsecured Claims**    **Page 589 of 925**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

| 2.2355 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,355.60** | **$1,161.67** |
|---|---|---|---|---|
| | **ROOTES,JEREMY L** <br> **REDACTED** | Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: <br> **Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number <br> Specify Code subsection of PRIORITY <br> unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? <br> ■ No <br> ☐ Yes | | |

---

| 2.2356 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$365.75** | **$180.37** |
|---|---|---|---|---|
| | **ROSE,HUNTER J** <br> **REDACTED** | Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: <br> **Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number <br> Specify Code subsection of PRIORITY <br> unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? <br> ■ No <br> ☐ Yes | | |

---

| 2.2357 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$275.75** | **$135.99** |
|---|---|---|---|---|
| | **ROSE,JOSHUA M** <br> **REDACTED** | Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: <br> **Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number <br> Specify Code subsection of PRIORITY <br> unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? <br> ■ No <br> ☐ Yes | | |

---

| 2.2358 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$292.32** | **$144.16** |
|---|---|---|---|---|
| | **ROSE,MARK J** <br> **REDACTED** | Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: <br> **Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number <br> Specify Code subsection of PRIORITY <br> unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? <br> ■ No <br> ☐ Yes | | |

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.2359 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,063.39** | **$1,017.56** |
|---|---|---|---|---|
| | **ROSE,PHILLIP L** | Check all that apply. | | |
| | **REDACTED** | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.2360 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,630.00** | **$803.84** |
|---|---|---|---|---|
| | **ROSE,SCOTT** | Check all that apply. | | |
| | **REDACTED** | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.2361 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$300.00** | **$147.95** |
|---|---|---|---|---|
| | **ROSE-WILLSMORE,ERIN E** | Check all that apply. | | |
| | **REDACTED** | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.2362 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$984.96** | **$485.73** |
|---|---|---|---|---|
| | **ROSE-WILLSMORE,ERIN E** | Check all that apply. | | |
| | **REDACTED** | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

**2.2363** | Priority creditor's name and mailing address
**ROSENGARTEN,ASHLEY**
REDACTED

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$85.34 | $42.09

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.2364** | Priority creditor's name and mailing address
**ROSS,JORDAN C**
REDACTED

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$135.00 | $66.58

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.2365** | Priority creditor's name and mailing address
**ROSS,KENNETH H**
REDACTED

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$712.53 | $351.38

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.2366** | Priority creditor's name and mailing address
**ROSS,LARRY W**
REDACTED

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$60.00 | $29.59

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

| 2.2367 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $252.00 | $124.27 |
|---|---|---|---|---|

**ROSS,SEAN L**
**REDACTED**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2368 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,073.02 | $1,022.31 |
|---|---|---|---|---|

**ROSS,TAMMY M**
**REDACTED**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2369 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $29,333.88 | $29,333.88 |
|---|---|---|---|---|

**ROTHMAN O'FALLON LLC**
**8300 EAGER ROAD SUITE 603**
**BRENTWOOD, MO 63144**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**POST-PETITION ADMINISTRATIVE CLAIM**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2370 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,332.72 | $2,136.68 |
|---|---|---|---|---|

**ROUSSIN,CONSTANCE C**
**REDACTED**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.2371 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $64,036.28 | $64,036.28 |
|---|---|---|---|---|

**2.2371** Priority creditor's name and mailing address
**RPAI US MANAGEMENT LLC**
**13068 COLLECTION CENTER**
**DRIVE**
**0**
**CHICAGO, IL 60693-0130**

As of the petition filing date, the claim is: $64,036.28   $64,036.28
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**POST-PETITION ADMINISTRATIVE CLAIM**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.2372** Priority creditor's name and mailing address
**RUBICZ,BRANDON L**
**REDACTED**

As of the petition filing date, the claim is: $112.00   $55.23
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.2373** Priority creditor's name and mailing address
**RUBY,TARA A**
**REDACTED**

As of the petition filing date, the claim is: $180.00   $88.77
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.2374** Priority creditor's name and mailing address
**RUETTIGER,LYNN**
**REDACTED**

As of the petition filing date, the claim is: $487.20   $240.26
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.2375 | Priority creditor's name and mailing address<br>**RUFF,MICHAEL T**<br>**REDACTED** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,892.25** | **$933.16** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.2376 | Priority creditor's name and mailing address<br>**RUIZ,LUIS RODRIGO R**<br>**REDACTED** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$267.96** | **$132.14** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.2377 | Priority creditor's name and mailing address<br>**RUMMEL,ADAM E**<br>**REDACTED** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,015.37** | **$500.73** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.2378 | Priority creditor's name and mailing address<br>**RUNYON,LAURA L**<br>**REDACTED** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$2,300.96** | **$1,134.72** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

**2.2379** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,587.92** | **$1,276.23**

**RUPP,GILBERT H**
**REDACTED**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.2380** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$267.96** | **$132.14**

**RUSSELL,BRADLEY F**
**REDACTED**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.2381** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,310.81** | **$646.43**

**RUTHERFORD,LATUNYA L**
**REDACTED**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.2382** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$288.00** | **$142.03**

**RYMES,KENNETH R**
**REDACTED**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
| --- | --- | --- | --- |
| | Name | | |

| 2.2383 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$345.43** | **$170.35** |
| --- | --- | --- | --- | --- |

**SAAD,MICHAEL**
**REDACTED**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.2384 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$518.15** | **$255.53** |
| --- | --- | --- | --- | --- |

**SAAD,MICHAEL**
**REDACTED**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.2385 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$127.50** | **$62.88** |
| --- | --- | --- | --- | --- |

**SABRA,ZEINAB A**
**REDACTED**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.2386 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$848.88** | **$418.63** |
| --- | --- | --- | --- | --- |

**SAD,MARY B**
**REDACTED**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|

Name

---

| 2.2387 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,519.72** | **$1,242.60** |
|---|---|---|---|---|

**SADIK,CATHLEEN A**
REDACTED

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2388 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$292.32** | **$144.16** |
|---|---|---|---|---|

**SAELER,KRISTIE L**
REDACTED

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2389 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,088.90** | **$1,030.14** |
|---|---|---|---|---|

**SAENZ II,ABEL**
REDACTED

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2390 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,811.52** | **$1,879.65** |
|---|---|---|---|---|

**SAID,ALAA Y**
REDACTED

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

| 2.2391 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $144.96 | $71.49 |
|---|---|---|---|---|

**SAID,RAYYAN**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.2392 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,225.60 | $1,590.71 |
|---|---|---|---|---|

**SAINI,VISHAL**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.2393 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $360.00 | $177.53 |
|---|---|---|---|---|

**SALAMA,FADE F**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.2394 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $672.48 | $331.63 |
|---|---|---|---|---|

**SALAMA,ZEYAD**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | Art Van Furniture, LLC | Case number (if known) | 20-10553 |
|---|---|---|---|
| | Name | | |

---

| 2.2395 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,915.28 | $944.52 |
|---|---|---|---|---|
| | **SALAME,NICOLE M**<br>REDACTED | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.2396 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,423.38 | $701.94 |
|---|---|---|---|---|
| | **SALAYSAY,RAMON**<br>REDACTED | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.2397 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,733.36 | $854.81 |
|---|---|---|---|---|
| | **SALIM,FAZAL**<br>REDACTED | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.2398 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $563.04 | $277.66 |
|---|---|---|---|---|
| | **SALVATORI,THOMAS C**<br>REDACTED | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.2399 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $71.07 | $35.05 |
|---|---|---|---|---|

**SAMA,TASNIMA Z**
REDACTED

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.2400 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,909.97 | $941.90 |
|---|---|---|---|---|

**SAMPLE,ROBERT E**
REDACTED

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.2401 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,140.00 | $1,548.49 |
|---|---|---|---|---|

**SAMRA,AHMAD R**
REDACTED

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.2402 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,017.94 | $1,488.30 |
|---|---|---|---|---|

**SANBORN,PAUL W**
REDACTED

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|

Name

| 2.2403 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,111.42** | **$548.10** |
|---|---|---|---|---|

**SANDERS,BRUCE A**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.2404 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$300.00** | **$147.95** |
|---|---|---|---|---|

**SANDERS,STEVEN**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.2405 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$559.20** | **$275.77** |
|---|---|---|---|---|

**SANDERS,STEVEN**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.2406 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$124.00** | **$61.15** |
|---|---|---|---|---|

**SANDERS,WILL**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.2407 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $950.04 | $468.51 |
|---|---|---|---|---|

**SANDS,ANTHONY W**
**REDACTED**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Wages, accrued vacation and PTO** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2408 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,081.36 | $1,519.57 |
|---|---|---|---|---|

**SANSING,DAVID M**
**REDACTED**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Wages, accrued vacation and PTO** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2409 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $375.14 | $185.00 |
|---|---|---|---|---|

**SANTANA,DAVID**
**REDACTED**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Wages, accrued vacation and PTO** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2410 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,090.36 | $537.71 |
|---|---|---|---|---|

**SANTI,CHRISTOPHER**
**REDACTED**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Wages, accrued vacation and PTO** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.2411 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$446.60** | **$220.24** |
|---|---|---|---|---|

**SANTILLI,ANTHONY**
**REDACTED**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.2412 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,009.71** | **$991.09** |
|---|---|---|---|---|

**SANTILLI,ANTHONY**
**REDACTED**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.2413 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$560.00** | **$276.16** |
|---|---|---|---|---|

**SANTUCCI,DENNIS B**
**REDACTED**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.2414 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$360.00** | **$177.53** |
|---|---|---|---|---|

**SAPERSTEIN,RODNEY A**
**REDACTED**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

| 2.2415 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$134.32** | **$66.24** |
|---|---|---|---|---|

**SARICOS,KOSMAS M**
**REDACTED**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2416 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$210.00** | **$103.56** |
|---|---|---|---|---|

**SASSO,PHILLIP**
**REDACTED**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2417 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,287.31** | **$1,621.14** |
|---|---|---|---|---|

**SAWDY,DAVE**
**REDACTED**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2418 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$240.00** | **$118.36** |
|---|---|---|---|---|

**SAWLE,JACOB**
**REDACTED**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.2419 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $120.00 | $59.18 |
|---|---|---|---|---|

**SAWLE,JENNIFER M**
**REDACTED**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2420 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,266.80 | $624.72 |
|---|---|---|---|---|

**SAXTON,BARBARA J**
**REDACTED**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2421 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $243.60 | $120.13 |
|---|---|---|---|---|

**SBROCCHI,ANTHONY M**
**REDACTED**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2422 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $104,780.76 | $104,780.76 |
|---|---|---|---|---|

**SBV HOLLAND**
**100 NORTH POND DRIVE**
**WALLED LAKE, MI 48390**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**POST-PETITION ADMINISTRATIVE CLAIM**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

| 2.2423 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,785.84** | **$1,373.84** |
|---|---|---|---|---|

**SCHACHERMEYER,MICHAEL W**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2424 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,470.04** | **$1,470.04** |
|---|---|---|---|---|

**SCHARF'S SERV. & FUEL OIL INC.**
**6650 E TEN MILE ROAD**
**CENTER LINE, MI 48015**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**POST-PETITION ADMINISTRATIVE CLAIM**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2425 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$533.97** | **$263.33** |
|---|---|---|---|---|

**SCHATZBERG,NEAL**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2426 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$533.97** | **$263.33** |
|---|---|---|---|---|

**SCHATZBERG,NEAL**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.2427 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$4,445.92** | **$2,192.51** |
|---|---|---|---|---|

**SCHERER,ROBERT J**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2428 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$360.00** | **$177.53** |
|---|---|---|---|---|

**SCHERZ,EMILY C**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2429 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,312.50** | **$647.26** |
|---|---|---|---|---|

**SCHLAK,TIMOTHY L**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2430 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,714.00** | **$845.26** |
|---|---|---|---|---|

**SCHLANHART,SCOTT T**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.2431 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$761.76** | **$375.66** |
|---|---|---|---|---|
| | **SCHMIDT,DANIEL V**<br>REDACTED | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.2432 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$1,734.43** | **$855.34** |
|---|---|---|---|---|
| | **SCHMIDT,PETER**<br>REDACTED | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.2433 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$120.00** | **$59.18** |
|---|---|---|---|---|
| | **SCHMITT,JANNIK L**<br>REDACTED | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.2434 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$2,128.96** | **$1,049.90** |
|---|---|---|---|---|
| | **SCHMITZ,KATHY**<br>REDACTED | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.2435 | Priority creditor's name and mailing address<br>**SCHOENWETHER,MICHAEL S**<br>REDACTED | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,510.88** | **$745.09** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.2436 | Priority creditor's name and mailing address<br>**SCHOENWETHER,REESE**<br>REDACTED | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$6,459.87** | **$3,185.69** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.2437 | Priority creditor's name and mailing address<br>**SCHOLLENBERGER,CHRISTIAN**<br>REDACTED | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$12,131.73** | **$5,982.77** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.2438 | Priority creditor's name and mailing address<br>**SCHOONOVER,LYNN**<br>REDACTED | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$161.25** | **$79.52** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

**2.2439** Priority creditor's name and mailing address

**SCHOONOVER,ROBERT**
REDACTED

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$3,328.07    $1,641.24

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.2440** Priority creditor's name and mailing address

**SCHORNACK,THERESA**
REDACTED

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,654.07    $815.71

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.2441** Priority creditor's name and mailing address

**SCHORSCH,LAURA**
REDACTED

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$707.80    $349.05

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.2442** Priority creditor's name and mailing address

**SCHRADER,RACHAEL**
REDACTED

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$567.68    $279.95

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

**2.2443** | Priority creditor's name and mailing address
**SCHROEDER,SHERYL**
**REDACTED**

As of the petition filing date, the claim is:                    **$57.75**    **$57.75**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**POST-PETITION NET COMMISSION - ADMINISTRATIVE CLAIM**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.2444** | Priority creditor's name and mailing address
**SCHROEDER,SHERYL**
**REDACTED**

As of the petition filing date, the claim is:                    **$360.00**    **$177.53**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.2445** | Priority creditor's name and mailing address
**SCHROEDER,SHERYL**
**REDACTED**

As of the petition filing date, the claim is:                    **$612.96**    **$302.28**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.2446** | Priority creditor's name and mailing address
**SCHUETZE,WILLIAM**
**REDACTED**

As of the petition filing date, the claim is:                    **$2,079.37**    **$1,025.44**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

| 2.2447 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$180.00** | **$88.77** |
|---|---|---|---|---|

**SCHUHMACHER,ALEXANDER F**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2448 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$60.00** | **$29.59** |
|---|---|---|---|---|

**SCHULD JR.,ROBERT L**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2449 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$991.45** | **$488.93** |
|---|---|---|---|---|

**SCHULER,CHRISTINA**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2450 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$682.22** | **$336.44** |
|---|---|---|---|---|

**SCHULTZ,CHERYL A**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.2451 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $852.77 | $420.54 |
|---|---|---|---|---|

**SCHULTZ,CHERYL A**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2452 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,870.00 | $1,415.34 |
|---|---|---|---|---|

**SCHULTZ,KATHI L**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2453 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,034.74 | $510.28 |
|---|---|---|---|---|

**SCHULTZ,KEVIN**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2454 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,897.02 | $935.52 |
|---|---|---|---|---|

**SCHULTZ,KEVIN**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.2455 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,020.00** | **$503.01** |
|---|---|---|---|---|

| 2.2455 | Priority creditor's name and mailing address<br>**SCHULTZ,SARAH**<br>**REDACTED** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,020.00** | **$503.01** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.2456 | Priority creditor's name and mailing address<br>**SCHWARTZ,DAVID M**<br>**REDACTED** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$2,630.76** | **$1,297.36** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.2457 | Priority creditor's name and mailing address<br>**SCHWIDERSON,SARAH M**<br>**REDACTED** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$180.00** | **$88.77** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.2458 | Priority creditor's name and mailing address<br>**SCOTT,CHENEQUA R**<br>**REDACTED** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$216.00** | **$106.52** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.2459 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $105.00 | $51.78 |
|---|---|---|---|---|

**SCOTT,JULIUS A**
REDACTED

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2460 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $9.92 | $4.89 |
|---|---|---|---|---|

**SCOTT,LASHON**
REDACTED

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2461 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $120.00 | $59.18 |
|---|---|---|---|---|

**SCOTT,MARK A**
REDACTED

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2462 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $380.57 | $187.68 |
|---|---|---|---|---|

**SCOTT,PAMELA A**
REDACTED

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.2463 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,186.15 | $1,078.10 |
|---|---|---|---|---|

**SCUDDER,ANGELA M**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2464 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $10,280.45 | $5,069.81 |
|---|---|---|---|---|

**SEARS,JEFFREY A**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2465 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,912.65 | $943.22 |
|---|---|---|---|---|

**SEBRIGHT,MARK A**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2466 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $180.00 | $88.77 |
|---|---|---|---|---|

**SECHLER,GREG R**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.2467 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$447.20** | **$220.54** |
|---|---|---|---|---|

**SECHLER,GREG R**
REDACTED

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2468 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$180.00** | **$88.77** |
|---|---|---|---|---|

**SEGAL,JOHN B**
REDACTED

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2469 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$113.68** | **$56.06** |
|---|---|---|---|---|

**SEGARS III,TOMMY**
REDACTED

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2470 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,083.14** | **$1,027.30** |
|---|---|---|---|---|

**SEIFERT,SCOTT A**
REDACTED

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

| 2.2471 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $180.00 | $88.77 |
|---|---|---|---|---|

**SEIFNER,ESTER M**
**REDACTED**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 2.2472 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,191.06 | $1,080.52 |
|---|---|---|---|---|

**SELLERS,PATRICK H**
**REDACTED**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 2.2473 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,020.86 | $1,489.74 |
|---|---|---|---|---|

**SELTZ,CARA L**
**REDACTED**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 2.2474 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,395.02 | $687.96 |
|---|---|---|---|---|

**SEMBORSKI,BRIAN D**
**REDACTED**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.2475 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,060.03 | $1,060.03 |
|---|---|---|---|---|

**SEMCO ENERGY GAS COMPANY**
**PO BOX 740812**
**CINCINNATI, OH 45274-0812**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**POST-PETITION ADMINISTRATIVE CLAIM**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2476 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,832.80 | $903.85 |
|---|---|---|---|---|

**SENECAL,ERIK A**
**REDACTED**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2477 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,140.00 | $562.19 |
|---|---|---|---|---|

**SENGSTOCK,PAMELA J**
**REDACTED**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2478 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,417.78 | $1,685.48 |
|---|---|---|---|---|

**SENSAT,DARREN J**
**REDACTED**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.2479 | Priority creditor's name and mailing address<br>**SEWELL,DEMOND A**<br>REDACTED | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$675.04** | **$332.90** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.2480 | Priority creditor's name and mailing address<br>**SHABANI,JOHNNY S**<br>REDACTED | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$2,953.85** | **$1,456.69** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.2481 | Priority creditor's name and mailing address<br>**SHAFER,ROBERT E**<br>REDACTED | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$560.00** | **$276.16** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.2482 | Priority creditor's name and mailing address<br>**SHAFLEY,DAWN M**<br>REDACTED | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$213.20** | **$105.14** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Art Van Furniture, LLC** | | Case number (if known) | **20-10553** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.2483 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,038.93** | **$1,498.65** |
|---|---|---|---|---|

**SHAH,RAJESH M**
REDACTED

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.2484 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$360.00** | **$177.53** |
|---|---|---|---|---|

**SHAKESPEARE,MICHAEL D**
REDACTED

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.2485 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$482.12** | **$237.76** |
|---|---|---|---|---|

**SHANKEL,DANIEL G**
REDACTED

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.2486 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$120.00** | **$59.18** |
|---|---|---|---|---|

**SHARETTE,VANCE P**
REDACTED

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

| 2.2487 | Priority creditor's name and mailing address<br>**SHAW,BRIAN R**<br>**REDACTED** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$2,292.72** | **$1,130.66** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.2488 | Priority creditor's name and mailing address<br>**SHAW,WHITNEY A**<br>**REDACTED** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$195.36** | **$96.34** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.2489 | Priority creditor's name and mailing address<br>**SHAW,YASMIN**<br>**REDACTED** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$560.00** | **$276.16** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.2490 | Priority creditor's name and mailing address<br>**SHEALY,CHRISTOPHER J**<br>**REDACTED** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$243.60** | **$120.13** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.2491 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$341.04** | **$168.18** |
|---|---|---|---|---|

**SHEALY,DEVONTE L**
**REDACTED**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.2492 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,744.00** | **$860.05** |
|---|---|---|---|---|

**SHEARER,DOUGLAS J**
**REDACTED**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.2493 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$180.00** | **$88.77** |
|---|---|---|---|---|

**SHEHI,VALENTINA**
**REDACTED**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.2494 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$160.64** | **$160.64** |
|---|---|---|---|---|

**SHELBY TOWNSHIP TREASURER**
**6333 23 MILE ROAD**
**SHELBY TWP., MI 48316**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**POST-PETITION ADMINISTRATIVE CLAIM**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☒ No
☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.2495 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $180.00 | $88.77 |
|---|---|---|---|---|

**SHEMSHEDINI,AVNI**
REDACTED

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2496 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $954.24 | $470.58 |
|---|---|---|---|---|

**SHEMSHEDINI,SAJBE**
REDACTED

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2497 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $300.00 | $147.95 |
|---|---|---|---|---|

**SHEMSHEDINI,YLLDES**
REDACTED

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2498 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $412.09 | $203.22 |
|---|---|---|---|---|

**SHEPPERSON,KIMBERLY L**
REDACTED

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.2499 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,488.00** | **$733.81** |
|---|---|---|---|---|

**SHIELDS JR,MICHAEL**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2500 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$240.00** | **$118.36** |
|---|---|---|---|---|

**SHIELDS,JASON J**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2501 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,307.68** | **$1,138.03** |
|---|---|---|---|---|

**SHIFMAN,JEFFREY P**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2502 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$925.95** | **$456.63** |
|---|---|---|---|---|

**SHINGLER,JAMES**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.2503 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$360.00** | **$177.53** |
|---|---|---|---|---|
| | **SHOCK,ROGER E**<br>REDACTED | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.2504 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,186.00** | **$584.88** |
|---|---|---|---|---|
| | **SHOFEL,JOEL**<br>REDACTED | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.2505 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$21,701.61** | **$21,701.61** |
|---|---|---|---|---|
| | **SHOPTELLIGENCE**<br>**330 EAST LIBERTY STREET**<br>**ANN ARBOR, MI 48104** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**POST-PETITION ADMINISTRATIVE CLAIM** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.2506 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,229.06** | **$606.11** |
|---|---|---|---|---|
| | **SHORT,CHARLES J**<br>REDACTED | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.2507 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$669.20** | **$330.02** |
|---|---|---|---|---|
| | **SHORT,KYLE K** | Check all that apply. | | |
| | **REDACTED** | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.2508 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$360.00** | **$177.53** |
|---|---|---|---|---|
| | **SHULLERI,RUDI** | Check all that apply. | | |
| | **REDACTED** | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.2509 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$446.60** | **$220.24** |
|---|---|---|---|---|
| | **SIALOU,AHOU** | Check all that apply. | | |
| | **REDACTED** | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.2510 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$535.92** | **$264.29** |
|---|---|---|---|---|
| | **SIALOU,AHOU** | Check all that apply. | | |
| | **REDACTED** | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

| 2.2511 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$4,500.00** | **$2,219.18** |
|---|---|---|---|---|

**SICKMILLER,BROOKE R**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2512 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,986.56** | **$979.67** |
|---|---|---|---|---|

**SIECZKOWSKI,WILLIAM E**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2513 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,217.45** | **$1,586.69** |
|---|---|---|---|---|

**SIGAL,RONALD M**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2514 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$276.00** | **$136.11** |
|---|---|---|---|---|

**SIGLER,AHMOND K**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

**2.2515** | Priority creditor's name and mailing address

**SIGNS & DISPLAY**
**34191 CAMINO CAPISTRANO**
**CAPISTRANO, CA 92624**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$547,001.66      $547,001.66

Date or dates debt was incurred

Basis for the claim:
**POST-PETITION ADMINISTRATIVE CLAIM**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.2516** | Priority creditor's name and mailing address

**SILVA,ANGELA N**
**REDACTED**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,730.88      $853.58

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.2517** | Priority creditor's name and mailing address

**SILVERMAN,WENDY**
**REDACTED**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$5,020.30      $2,475.76

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.2518** | Priority creditor's name and mailing address

**SILVERSTEIN,JOSHUA A**
**REDACTED**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$3,911.43      $1,928.92

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.2519 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $456.00 | $224.88 |
|---|---|---|---|---|

**SIMCOX,EDWARD T**
**REDACTED**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.2520 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,416.53 | $1,684.86 |
|---|---|---|---|---|

**SIMMONS,DANIEL L**
**REDACTED**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.2521 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,785.84 | $880.69 |
|---|---|---|---|---|

**SIMMONS,SHEENA E**
**REDACTED**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.2522 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $210.00 | $103.56 |
|---|---|---|---|---|

**SIMS,RHOLONDA**
**REDACTED**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.2523 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $170.52 | $84.09 |
|---|---|---|---|---|

**SIMSACK,JANET M**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2524 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,064.80 | $2,497.71 |
|---|---|---|---|---|

**SINAWI,WEROUD**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2525 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $360.00 | $177.53 |
|---|---|---|---|---|

**SINCLAIR,BRETT D**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2526 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,041.92 | $513.82 |
|---|---|---|---|---|

**SINGH,JASPAL**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.2527 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,140.00** | **$562.19** |
|---|---|---|---|---|

**SINGH,PAYAL**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Wages, accrued vacation and PTO** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.2528 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,900.00** | **$936.99** |
|---|---|---|---|---|

**SINGH,PAYAL**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Wages, accrued vacation and PTO** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.2529 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$24,230.78** | **$11,949.43** |
|---|---|---|---|---|

**SINHA,JENNIFER L**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Wages, accrued vacation and PTO** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.2530 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$180.00** | **$88.77** |
|---|---|---|---|---|

**SISON,AUTUMN B**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Wages, accrued vacation and PTO** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

| 2.2531 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,095.96** | **$1,526.77** |
|---|---|---|---|---|

**SIVLEY,DAVID**
**REDACTED**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 2.2532 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$12,980.76** | **$6,401.47** |
|---|---|---|---|---|

**SIVUNIGUNTAMUNI,SATYA**
**REDACTED**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 2.2533 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$264.00** | **$130.19** |
|---|---|---|---|---|

**SKELTON,MELISSA**
**REDACTED**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 2.2534 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$115.67** | **$57.04** |
|---|---|---|---|---|

**SKINNER JR,DENNIS R**
**REDACTED**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

| 2.2535 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,190.00** | **$1,080.00** |
|---|---|---|---|---|

**SKOP,LISA J**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.2536 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$285.12** | **$140.61** |
|---|---|---|---|---|

**SKORUPSKI,JOHN**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.2537 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$4,099.54** | **$2,021.69** |
|---|---|---|---|---|

**SLANINKA,DAVID R**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.2538 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$987.16** | **$486.82** |
|---|---|---|---|---|

**SLOAN,DAVID**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.2539 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $968.36 | $477.55 |
|---|---|---|---|---|
| | **SMALARZ,KAREN**<br>REDACTED | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** |
|---|---|
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes |

| 2.2540 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,305.84 | $643.98 |
|---|---|---|---|---|
| | **SMEENGE,WILLIAM**<br>REDACTED | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** |
|---|---|
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes |

| 2.2541 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $520.20 | $256.54 |
|---|---|---|---|---|
| | **SMILEY,DEWIGHT**<br>REDACTED | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** |
|---|---|
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes |

| 2.2542 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,500.00 | $1,232.88 |
|---|---|---|---|---|
| | **SMITH,BRENT**<br>REDACTED | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** |
|---|---|
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes |

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.2543 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$507.07** | **$250.06** |
|---|---|---|---|---|

**SMITH,CARLA L**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2544 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$550.88** | **$271.67** |
|---|---|---|---|---|

**SMITH,CHRISTIAN T**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2545 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$771.40** | **$380.42** |
|---|---|---|---|---|

**SMITH,DEANDRE L**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2546 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$925.68** | **$456.50** |
|---|---|---|---|---|

**SMITH,DEANDRE L**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.2547 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $178.64 | $88.10 |
|---|---|---|---|---|

**SMITH,DEANTE**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2548 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $251.72 | $124.14 |
|---|---|---|---|---|

**SMITH,DEMARCO**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2549 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $80.00 | $39.45 |
|---|---|---|---|---|

**SMITH,DEVIN L**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2550 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $795.12 | $392.11 |
|---|---|---|---|---|

**SMITH,EMILY F**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.2551 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $422.24 | $208.23 |
|---|---|---|---|---|

**SMITH,HUNTER C**
**REDACTED**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2552 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,061.12 | $523.29 |
|---|---|---|---|---|

**SMITH,JEREMY J**
**REDACTED**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2553 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,429.17 | $704.80 |
|---|---|---|---|---|

**SMITH,JOSEPH M**
**REDACTED**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2554 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,936.31 | $954.89 |
|---|---|---|---|---|

**SMITH,KEITH H**
**REDACTED**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.2555 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,259.34** | **$621.04** |
|---|---|---|---|---|

**SMITH,LEVI C**
**REDACTED**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 2.2556 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$136.00** | **$67.07** |
|---|---|---|---|---|

**SMITH,RAINE T**
**REDACTED**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 2.2557 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$971.84** | **$479.26** |
|---|---|---|---|---|

**SMITH,RAYMOND**
**REDACTED**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 2.2558 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,643.20** | **$1,303.50** |
|---|---|---|---|---|

**SMITH,ROY P**
**REDACTED**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ☑ No
- ☐ Yes

| Debtor | **Art Van Furniture, LLC** | | Case number (if known) | **20-10553** |
|---|---|---|---|---|

Name

---

**2.2559** | Priority creditor's name and mailing address

**SMITH,SEAN**
**REDACTED**

As of the petition filing date, the claim is:                **$311.18**    **$311.18**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**POST-PETITION NET COMMISSION - ADMINISTRATIVE CLAIM**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.2560** | Priority creditor's name and mailing address

**SMITH,SEAN M**
**REDACTED**

As of the petition filing date, the claim is:                **$764.80**    **$377.16**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.2561** | Priority creditor's name and mailing address

**SMITH,SHIRLEY A**
**REDACTED**

As of the petition filing date, the claim is:                **$5,933.84**    **$2,926.28**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.2562** | Priority creditor's name and mailing address

**SMITH,STEPHEN**
**REDACTED**

As of the petition filing date, the claim is:                **$994.32**    **$490.35**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.2563 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $323.50 | $159.53 |
|---|---|---|---|---|

**SMITH,STEVEN R**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2564 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,932.40 | $952.96 |
|---|---|---|---|---|

**SMITH,TAYLOR**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2565 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,299.45 | $1,133.98 |
|---|---|---|---|---|

**SMITH,WENDY L**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2566 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $112.00 | $55.23 |
|---|---|---|---|---|

**SMITH-MORGAN,MALIEK D**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.2567 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,176.00** | **$579.95** |
|---|---|---|---|---|

**SMITHWICK,JOHN R**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2568 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$60.00** | **$29.59** |
|---|---|---|---|---|

**SMOLENSKY,CRAIG R**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2569 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$267.96** | **$132.14** |
|---|---|---|---|---|

**SNYDER,KIM A**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2570 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,034.16** | **$510.00** |
|---|---|---|---|---|

**SOLANO,JEFFREY T**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

| 2.2571 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,938.54** | **$1,449.14** |
|---|---|---|---|---|

**SOMMERS,JOSEPH**
**REDACTED**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.2572 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$240.00** | **$118.36** |
|---|---|---|---|---|

**SONGER,JEFFREY A**
**REDACTED**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.2573 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$360.00** | **$177.53** |
|---|---|---|---|---|

**SOPCHAK,ELYSE**
**REDACTED**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.2574 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$235.08** | **$115.93** |
|---|---|---|---|---|

**SOSNOWSKI,ALEXANDER G**
**REDACTED**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.2575 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$240.00** | **$118.36** |
|---|---|---|---|---|

**SOULLIERE,JOSHUA M**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2576 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,588.87** | **$783.55** |
|---|---|---|---|---|

**SOUS,JENEIN Y**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2577 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$360.00** | **$177.53** |
|---|---|---|---|---|

**SOUS,LUBNA**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2578 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$29,776.07** | **$29,776.07** |
|---|---|---|---|---|

**SOUTH LINDBERGH PROPERTY**
**LLC**
**8300 EAGER ROAD SUITE 603**
**BRENTWOOD, MO 63144**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**POST-PETITION ADMINISTRATIVE CLAIM**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.2579 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5.20 | $5.20 |
|---|---|---|---|---|

**SOUTH STICKNEY SANITARY DIST.**
**7801 LAVERGNE AVENUE**
**BURBANK, IL 60459-1527**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**POST-PETITION ADMINISTRATIVE CLAIM**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2580 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,670.97 | $1,317.19 |
|---|---|---|---|---|

**SPARKS,TERESE R**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2581 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $300.00 | $147.95 |
|---|---|---|---|---|

**SPAULDING,TYLER J**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2582 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $472.56 | $233.04 |
|---|---|---|---|---|

**SPAULDING,TYLER J**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (*if known*) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.2583 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,555.45** | **$3,555.45** |
|---|---|---|---|---|
| | **SPECTRUM BUSINESS.** | *Check all that apply.* | | |
| | **P.O. BOX 790086** | ☐ Contingent | | |
| | **ST. LOUIS, MO 63179-0086** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **POST-PETITION ADMINISTRATIVE CLAIM** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No | | |
| | | ☐ Yes | | |

| 2.2584 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,602.14** | **$790.10** |
|---|---|---|---|---|
| | **SPENCE,MARGARET K** | *Check all that apply.* | | |
| | **REDACTED** | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.2585 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,331.12** | **$1,642.74** |
|---|---|---|---|---|
| | **SPENCER,MARCUS A** | *Check all that apply.* | | |
| | **REDACTED** | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.2586 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,098.41** | **$541.68** |
|---|---|---|---|---|
| | **SPIKES,JAY S** | *Check all that apply.* | | |
| | **REDACTED** | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

**2.2587** | Priority creditor's name and mailing address

**SPIKES,JAY S**
**REDACTED**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$2,746.03**    **$1,354.21**

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.2588** | Priority creditor's name and mailing address

**SPIRE**
**DRAWER 2**
**ST. LOUIS, MO 63171**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$240.96**    **$240.96**

Date or dates debt was incurred

Basis for the claim:
**POST-PETITION ADMINISTRATIVE CLAIM**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.2589** | Priority creditor's name and mailing address

**SPIRIT SPE LOAN PORTFOLIO**
**2013-3, LLC**
**2013-3, LLC**
**C/O SPIRIT REALTY LP**
**DALLAS, TX 75320**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$48,726.62**    **$48,726.62**

Date or dates debt was incurred

Basis for the claim:
**POST-PETITION ADMINISTRATIVE CLAIM**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.2590** | Priority creditor's name and mailing address

**SPOHN,ALYCIA M**
**REDACTED**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$342.45**    **$168.88**

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.2591 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **$1,383.80** | **$682.42** |
|---|---|---|---|---|
| | **SPOOR,CASSANDRA I**<br>REDACTED | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.2592 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **$2,967.86** | **$1,463.60** |
|---|---|---|---|---|
| | **SPOTANSKI,JEANNE**<br>REDACTED | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.2593 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **$1,043.58** | **$514.64** |
|---|---|---|---|---|
| | **SPURLOCK,BRIDGET L**<br>REDACTED | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.2594 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **$323.56** | **$159.56** |
|---|---|---|---|---|
| | **SRONCE,DONALD**<br>REDACTED | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                        Best Case Bankruptcy

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.2595 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$180.00** | **$88.77** |
|---|---|---|---|---|
| | **ST. MARIE,MICHAEL**<br>REDACTED | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.2596 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,038.46** | **$512.12** |
|---|---|---|---|---|
| | **STACEWICZ,FRANCINE R**<br>REDACTED | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.2597 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,816.84** | **$1,389.13** |
|---|---|---|---|---|
| | **STADALNIKAS,MARTY J**<br>REDACTED | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.2598 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$37.17** | **$18.33** |
|---|---|---|---|---|
| | **STAFFORD,KEVIN L**<br>REDACTED | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.2599 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $13,237.44 | $6,528.05 |
|---|---|---|---|---|
| | **STAGER,ERIK M**<br>**REDACTED** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.2600 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,572.33 | $775.40 |
|---|---|---|---|---|
| | **STAINBROOK,REBEKAH L**<br>**REDACTED** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.2601 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,019.23 | $995.78 |
|---|---|---|---|---|
| | **STAJIC,NIKOLA**<br>**REDACTED** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.2602 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,133.40 | $1,052.09 |
|---|---|---|---|---|
| | **STALTER,MARK G**<br>**REDACTED** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.2603 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $657.72 | $324.36 |
|---|---|---|---|---|

**STAMBAUGH,JOHN L**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.2604 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,364.52 | $1,659.22 |
|---|---|---|---|---|

**STAMOS-GRAY,JACQUELYN S**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.2605 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,281.60 | $632.02 |
|---|---|---|---|---|

**STANFORD,CHAUNSY D**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.2606 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $666.68 | $328.77 |
|---|---|---|---|---|

**STANISLOWSKI,MICAH V**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.2607 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,615.38** | **$796.63** |
|---|---|---|---|---|

**STANKOV,TONYA Y**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2608 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$328.62** | **$162.06** |
|---|---|---|---|---|

**STAPLETON,DANIEL J**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2609 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$840.63** | **$414.56** |
|---|---|---|---|---|

**STARK,WILLIAM R**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2610 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$97.44** | **$48.05** |
|---|---|---|---|---|

**STARKEY,AUSTIN T**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

**2.2611** | Priority creditor's name and mailing address
**STARKS,ANTHONY**
**REDACTED**

As of the petition filing date, the claim is:      **$2,216.76**    **$1,093.20**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.2612** | Priority creditor's name and mailing address
**STARKS,TERESA M**
**REDACTED**

As of the petition filing date, the claim is:      **$540.00**    **$266.30**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.2613** | Priority creditor's name and mailing address
**STARR,CANDICE L**
**REDACTED**

As of the petition filing date, the claim is:      **$1,805.08**    **$890.18**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.2614** | Priority creditor's name and mailing address
**STATHAS,ANNE M**
**REDACTED**

As of the petition filing date, the claim is:      **$240.00**    **$118.36**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.2615 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$830.27** | **$409.45** |
|---|---|---|---|---|

**STEANS,TREMAINE A**
REDACTED

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.2616 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$180.00** | **$88.77** |
|---|---|---|---|---|

**STEIMEL,SAMUEL**
REDACTED

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.2617 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$300.00** | **$147.95** |
|---|---|---|---|---|

**STEPHENS,KRISTOPHER J**
REDACTED

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.2618 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$971.24** | **$478.97** |
|---|---|---|---|---|

**STEPHENS,TREVONNE**
REDACTED

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

**2.2619** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$846.45** | **$417.43**
**STEPKE,CHRISTOPHER**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.2620** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,481.28** | **$730.49**
**STEPKE,CHRISTOPHER**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.2621** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,742.48** | **$859.31**
**STEVENS,ANTHONY A**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.2622** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$681.42** | **$681.42**
**STEVENS,LARRY**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**POST-PETITION NET COMMISSION -**
**ADMINISTRATIVE CLAIM**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | Art Van Furniture, LLC | Case number (if known) | 20-10553 |
| --- | --- | --- | --- |
| | Name | | |

| 2.2623 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $545.22 | $268.88 |
| --- | --- | --- | --- | --- |
| | **STEVENS,LARRY**<br>**REDACTED** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.2624 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $186.76 | $92.10 |
| --- | --- | --- | --- | --- |
| | **STEWART,EMERY C**<br>**REDACTED** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.2625 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,288.27 | $635.31 |
| --- | --- | --- | --- | --- |
| | **STEWART,JEROME D**<br>**REDACTED** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.2626 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $267.96 | $132.14 |
| --- | --- | --- | --- | --- |
| | **STEWART,ROBERT**<br>**REDACTED** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

| 2.2627 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,148.06** | **$1,552.47** |
|---|---|---|---|---|
| | **STEWART,STEVEN M** | Check all that apply. | | |
| | **REDACTED** | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

---

| 2.2628 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,442.00** | **$1,204.27** |
|---|---|---|---|---|
| | **STILES,GREGORY** | Check all that apply. | | |
| | **REDACTED** | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

---

| 2.2629 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,263.74** | **$623.21** |
|---|---|---|---|---|
| | **STILES,JOHN** | Check all that apply. | | |
| | **REDACTED** | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

---

| 2.2630 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$120.00** | **$59.18** |
|---|---|---|---|---|
| | **STILTNER,CORY J** | Check all that apply. | | |
| | **REDACTED** | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

---

| Debtor | **Art Van Furniture, LLC** | | Case number (if known) | **20-10553** |
| | Name | | | |

---

**2.2631** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **$274.05** | **$135.15**

**STIRM,DAVID A**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.2632** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **$417.36** | **$205.82**

**STOLZ,CHARLES**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.2633** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **$324,418.31** | **$324,418.31**

**STONEBRIAR (ESSENTIAL**
**PROPERTIES)**
**47 HULFISH STREET**
**SUITE 210**
**PRINCETON, NJ 08542**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**POST-PETITION ADMINISTRATIVE CLAIM**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.2634** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **$693.77** | **$342.13**

**STONEX,CHARLES W**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

**2.2635** | Priority creditor's name and mailing address
**STONEX,DANIEL S**
**REDACTED**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$3,518.10** | **$1,734.95**

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.2636** | Priority creditor's name and mailing address
**STOPPIELLO JR,FRANK**
**REDACTED**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$2,817.69** | **$1,389.55**

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.2637** | Priority creditor's name and mailing address
**STOPPIELLO,ILAF R**
**REDACTED**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$120.00** | **$59.18**

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.2638** | Priority creditor's name and mailing address
**STORE CAPITAL (AVF I)**
**8377 E HARTFORD DRIVE**
**SUITE 100**
**SCOTTSDALE, AZ 85255**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$227,840.63** | **$227,840.63**

Date or dates debt was incurred

Basis for the claim:
**POST-PETITION ADMINISTRATIVE CLAIM**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

**2.2639** | Priority creditor's name and mailing address

**STORE CAPITAL (AVF II)**
**8377 E HARTFORD DRIVE**
**SUITE 100**
**SCOTTSDALE, AZ 85255**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**POST-PETITION ADMINISTRATIVE CLAIM**

Is the claim subject to offset?
☒ No
☐ Yes

**$519,547.31**    **$519,547.31**

---

**2.2640** | Priority creditor's name and mailing address

**STORE CAPITAL (SMXII)**
**8377 E HARTFORD DRIVE**
**SUITE 100**
**SCOTTSDALE, AZ 85255**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**POST-PETITION ADMINISTRATIVE CLAIM**

Is the claim subject to offset?
☒ No
☐ Yes

**$348,419.38**    **$348,419.38**

---

**2.2641** | Priority creditor's name and mailing address

**STORM,DEBORAH**
**REDACTED**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Wages, accrued vacation and PTO**

Is the claim subject to offset?
☒ No
☐ Yes

**$2,247.35**    **$1,108.28**

---

**2.2642** | Priority creditor's name and mailing address

**STOUGHTON,CHRISTIAN**
**REDACTED**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Wages, accrued vacation and PTO**

Is the claim subject to offset?
☒ No
☐ Yes

**$1,992.24**    **$982.47**

---

| Debtor | **Art Van Furniture, LLC** | | Case number (if known) | **20-10553** |
| | Name | | | |

---

| 2.2643 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $240.00 | $118.36 |
| | **STRAND,CARL A**<br>**REDACTED** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.2644 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $634.24 | $312.78 |
| | **STRAND,CARL A**<br>**REDACTED** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.2645 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $52.50 | $25.89 |
| | **STRAUB,DOMINIC**<br>**REDACTED** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.2646 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,311.07 | $1,139.71 |
| | **STREETER,DENISE L**<br>**REDACTED** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.2647 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$153.71** | **$75.80** |
|---|---|---|---|---|

**STRICKLER,VICTORIA M**
REDACTED

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2648 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$292.32** | **$144.16** |
|---|---|---|---|---|

**STROMBERG,JAMES D**
REDACTED

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2649 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$270.87** | **$133.58** |
|---|---|---|---|---|

**STRONG,GEORGE**
REDACTED

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2650 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,780.76** | **$878.18** |
|---|---|---|---|---|

**STRONG,JEFFREY A**
REDACTED

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.2651 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$360.00** | **$177.53** |
|---|---|---|---|---|
| | **STRONG,TIMOTHY S**<br>REDACTED | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.2652 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,415.40** | **$698.01** |
|---|---|---|---|---|
| | **STRONG,TIMOTHY S**<br>REDACTED | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.2653 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,818.88** | **$896.98** |
|---|---|---|---|---|
| | **STURM,HEATHER L**<br>REDACTED | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.2654 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$816.16** | **$402.49** |
|---|---|---|---|---|
| | **SUDDETH,BART I**<br>REDACTED | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| Debtor | **Art Van Furniture, LLC** | | Case number (if known) | **20-10553** |
| --- | --- | --- | --- | --- |
| | Name | | | |

| 2.2655 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,182.84 | $1,076.47 |
| --- | --- | --- | --- | --- |

**SULLIVAN,BECKY**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2656 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $329.41 | $162.45 |
| --- | --- | --- | --- | --- |

**SULLIVAN,TARSCHA N**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2657 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $658.82 | $324.90 |
| --- | --- | --- | --- | --- |

**SULLIVAN,TARSCHA N**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2658 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,445.76 | $1,445.76 |
| --- | --- | --- | --- | --- |

**SUMNER ONE**
**6717 WALDEMAR AVE**
**ST. LOUIS, MO 63139**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**POST-PETITION ADMINISTRATIVE CLAIM**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.2659 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $584.64 | $288.32 |
|---|---|---|---|---|
| | **SURMAN,JOANN M** <br> **REDACTED** | Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: <br> **Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number <br> Specify Code subsection of PRIORITY <br> unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? <br> ■ No <br> ☐ Yes | | |

| 2.2660 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $974.40 | $480.53 |
|---|---|---|---|---|
| | **SURMAN,JOANN M** <br> **REDACTED** | Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: <br> **Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number <br> Specify Code subsection of PRIORITY <br> unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? <br> ■ No <br> ☐ Yes | | |

| 2.2661 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $264.00 | $130.19 |
|---|---|---|---|---|
| | **SURPRENANT,ZACHARY** <br> **REDACTED** | Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: <br> **Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number <br> Specify Code subsection of PRIORITY <br> unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? <br> ■ No <br> ☐ Yes | | |

| 2.2662 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $995.20 | $490.78 |
|---|---|---|---|---|
| | **SUTHERLIN,CHRISTOPHER** <br> **REDACTED** | Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: <br> **Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number <br> Specify Code subsection of PRIORITY <br> unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? <br> ■ No <br> ☐ Yes | | |

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

**2.2663** Priority creditor's name and mailing address

**SUTTON-WHEELER,LORA**
**REDACTED**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$240.00**    **$118.36**

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.2664** Priority creditor's name and mailing address

**SWARY,ERIC**
**REDACTED**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$249.69**    **$123.13**

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.2665** Priority creditor's name and mailing address

**SWENDROWSKI,JOE A**
**REDACTED**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$261.87**    **$129.14**

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.2666** Priority creditor's name and mailing address

**SWILLUM,MARK R**
**REDACTED**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$196.20**    **$96.76**

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

| 2.2667 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$941.76** | **$464.43** |
|---|---|---|---|---|

**SWILLUM,MARK R**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2668 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,440.00** | **$710.14** |
|---|---|---|---|---|

**SWITALSKI,THOMAS A**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2669 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,345.40** | **$663.48** |
|---|---|---|---|---|

**SYED,MONOWAR**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2670 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$360.00** | **$177.53** |
|---|---|---|---|---|

**SYMON,JACOB**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (*if known*) | **20-10553** |
| | Name | | |

| 2.2671 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$536.64** | **$264.64** |
|---|---|---|---|---|

**SYMON,JACOB**
**REDACTED**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2672 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$767.31** | **$378.40** |
|---|---|---|---|---|

**SZAJNA,AMY L**
**REDACTED**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2673 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,790.22** | **$882.85** |
|---|---|---|---|---|

**SZAROWICZ,DAVID M**
**REDACTED**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2674 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$903.85** | **$445.73** |
|---|---|---|---|---|

**SZAROWICZ,JONATHAN D**
**REDACTED**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.2675 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$783.04** | **$386.16** |
|---|---|---|---|---|

**SZCZECHOWICZ,MARTA E**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.2676 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$300.00** | **$147.95** |
|---|---|---|---|---|

**SZTONCEL,SZYMON B**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.2677 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,513.99** | **$746.63** |
|---|---|---|---|---|

**SZYMANSKI,BRENDA B**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.2678 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,829.68** | **$1,888.61** |
|---|---|---|---|---|

**TALBOT,JEFFREY M**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | **Art Van Furniture, LLC** | | Case number (if known) | **20-10553** |
|---|---|---|---|---|
| | Name | | | |

| 2.2679 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $576.00 | $284.05 |
|---|---|---|---|---|

**TANCHEV,ILIYA S**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Wages, accrued vacation and PTO** |

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.2680 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,967.53 | $970.29 |
|---|---|---|---|---|

**TANHA,ALI T**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Wages, accrued vacation and PTO** |

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.2681 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $341.04 | $168.18 |
|---|---|---|---|---|

**TANTO,MICHAEL R**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Wages, accrued vacation and PTO** |

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.2682 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $330.00 | $162.74 |
|---|---|---|---|---|

**TAPLEY,RUSSELL S**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Wages, accrued vacation and PTO** |

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

**2.2683** | Priority creditor's name and mailing address

**TAPLEY,RUSSELL S**
**REDACTED**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$2,121.60**  **$1,046.27**

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.2684** | Priority creditor's name and mailing address

**TATE,MARCQUES L**
**REDACTED**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$104.00**  **$51.29**

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.2685** | Priority creditor's name and mailing address

**TAUBMAN AUBURN HILLS**
**ASSOCIATES LIMITED**
**DEPARTMENT 124501**
**DETROIT, MI 48267**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$43,319.00**  **$43,319.00**

Date or dates debt was incurred

Basis for the claim:
**POST-PETITION ADMINISTRATIVE CLAIM**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.2686** | Priority creditor's name and mailing address

**TAWFEEQ,FADHIL**
**REDACTED**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,580.00**  **$779.18**

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

**2.2687** | Priority creditor's name and mailing address

**TAYLOR,GREGORY**
**REDACTED**

| As of the petition filing date, the claim is: | **$300.00** | **$147.95** |

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.2688** | Priority creditor's name and mailing address

**TAYLOR,GREGORY**
**REDACTED**

| As of the petition filing date, the claim is: | **$350.40** | **$172.80** |

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.2689** | Priority creditor's name and mailing address

**TAYLOR,JOHN**
**REDACTED**

| As of the petition filing date, the claim is: | **$2,673.78** | **$1,318.58** |

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.2690** | Priority creditor's name and mailing address

**TAYLOR,JONATHAN L**
**REDACTED**

| As of the petition filing date, the claim is: | **$783.91** | **$386.59** |

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | | Case number (if known) | **20-10553** |
|---|---|---|---|---|
| | Name | | | |

| 2.2691 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,613.02** | **$1,288.61** |
|---|---|---|---|---|

**TAYLOR,JONATHAN L**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.2692 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$247.86** | **$122.23** |
|---|---|---|---|---|

**TAYLOR,KEVIN N**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.2693 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$821.80** | **$405.27** |
|---|---|---|---|---|

**TAYLOR,MARVIN L**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.2694 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,194.76** | **$1,082.35** |
|---|---|---|---|---|

**TAYLOR,ROBERT**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.2695 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $107.92 | $53.22 |
|---|---|---|---|---|

**TAYLOR,SEAN T**
**REDACTED**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.2696 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,123.21 | $1,047.06 |
|---|---|---|---|---|

**TAYLOR,WILLIAM A**
**REDACTED**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.2697 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $360.00 | $177.53 |
|---|---|---|---|---|

**TAYLOR-REED,FAWN M**
**REDACTED**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.2698 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,464.00 | $1,215.12 |
|---|---|---|---|---|

**TAYLOR-REED,FAWN M**
**REDACTED**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

| 2.2699 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$360.00** | **$177.53** |
|---|---|---|---|---|

**TEACHOUT,RAMONA D**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2700 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,028.80** | **$507.35** |
|---|---|---|---|---|

**TEACHOUT,RAMONA D**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2701 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$485.68** | **$239.51** |
|---|---|---|---|---|

**TEDDER,SABRINA**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2702 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,177.40** | **$580.64** |
|---|---|---|---|---|

**TEDDER,SABRINA**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

| 2.2703 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,202.47** | **$1,579.30** |
|---|---|---|---|---|

**TEMEROWSKI,MARK F**
**REDACTED**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2704 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,910.19** | **$1,435.16** |
|---|---|---|---|---|

**TEMPLETON,MARLIN**
**REDACTED**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2705 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$636.96** | **$314.12** |
|---|---|---|---|---|

**TEMPLIN,JEFFREY A**
**REDACTED**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2706 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,910.87** | **$942.35** |
|---|---|---|---|---|

**TEMPLIN,JEFFREY A**
**REDACTED**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.2707 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,974.48** | **$973.72** |
|---|---|---|---|---|

**TENHOVE,RANDY L**
**REDACTED**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.2708 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,600.59** | **$789.33** |
|---|---|---|---|---|

**TEPPER,KELLY ANN**
**REDACTED**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.2709 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,295.80** | **$639.02** |
|---|---|---|---|---|

**TERCHA,STEVEN E**
**REDACTED**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.2710 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$60.00** | **$29.59** |
|---|---|---|---|---|

**TERRY,DEBORAH**
**REDACTED**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

| 2.2711 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $336.00 | $165.70 |

**THACKSTON,TAYLOR L**
**REDACTED**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2712 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,125.00 | $1,125.00 |

**THINKLP (ANDERSON OXFORD**
**INC.)**
**219 LABRADOR**
**UNIT 100**
**WATERLOO ON N2K 4M8**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**POST-PETITION ADMINISTRATIVE CLAIM**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2713 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $240.00 | $118.36 |

**THOM,BETTY A**
**REDACTED**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2714 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,505.34 | $742.36 |

**THOM,SCOTT E**
**REDACTED**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.2715 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,928.80** | **$951.19** |
|---|---|---|---|---|

**THOMANN,PAMELA**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.2716 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$120.00** | **$59.18** |
|---|---|---|---|---|

**THOMAS JR,EDWARD D**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.2717 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$761.49** | **$375.53** |
|---|---|---|---|---|

**THOMAS,AARON R**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.2718 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,134.32** | **$1,052.54** |
|---|---|---|---|---|

**THOMAS,DAMIEN J**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|

Name

---

| 2.2719 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$456.00** | **$224.88** |
|---|---|---|---|---|

**THOMAS,JUAN J**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2720 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,603.50** | **$790.77** |
|---|---|---|---|---|

**THOMAS,KENDRA A**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2721 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,057.55** | **$521.53** |
|---|---|---|---|---|

**THOMAS,MALIK J**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2722 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,717.27** | **$1,340.02** |
|---|---|---|---|---|

**THOMPSON,DAVID P**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.2723 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $216.38 | $106.71 |
|---|---|---|---|---|

**THOMPSON,JANENE A**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2724 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $246.64 | $121.63 |
|---|---|---|---|---|

**THOMPSON,JASHAY B**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2725 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $17,610.58 | $8,684.67 |
|---|---|---|---|---|

**THOMPSON,LAURA**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2726 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,696.15 | $2,315.91 |
|---|---|---|---|---|

**THOMPSON,MICHAEL A**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

| 2.2727 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$487.20** | **$240.26** |
|---|---|---|---|---|

**THOMPSON,STEPHANIE**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2728 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$448.00** | **$220.93** |
|---|---|---|---|---|

**THOMPSON,TYLER J**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2729 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,868.55** | **$1,414.63** |
|---|---|---|---|---|

**THOR,THERESA M**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2730 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$180.00** | **$88.77** |
|---|---|---|---|---|

**THORP,AMY L**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.2731 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $120.00 | $59.18 |
|---|---|---|---|---|

**THORPE,JAMES S**
**REDACTED**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2732 | Priority creditor's name and mailing address | | $518.16 | $255.53 |
|---|---|---|---|---|

**THORPE,JAMES S**
**REDACTED**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2733 | Priority creditor's name and mailing address | | $540.43 | $266.51 |
|---|---|---|---|---|

**TIBBS,KRISANNE**
**REDACTED**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2734 | Priority creditor's name and mailing address | | $1,005.80 | $496.01 |
|---|---|---|---|---|

**TIBBS,KRISANNE**
**REDACTED**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.2735 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$8,258.65** | **$4,072.76** |
|---|---|---|---|---|
| | **TIGNANELLI,ANDREA**<br>REDACTED | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.2736 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$360.00** | **$177.53** |
|---|---|---|---|---|
| | **TIMMER,HEATHER**<br>REDACTED | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.2737 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$180.00** | **$88.77** |
|---|---|---|---|---|
| | **TINDAL,JAMES JR**<br>REDACTED | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.2738 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,416.48** | **$1,684.84** |
|---|---|---|---|---|
| | **TINOCO,FRANCISCO**<br>REDACTED | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|--------|---------------------------|------------------------|--------------|
| | Name | | |

---

**2.2739** | Priority creditor's name and mailing address

**TINOCO,JOSUE**
**REDACTED**

As of the petition filing date, the claim is:  $105.56    $52.06
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.2740** | Priority creditor's name and mailing address

**TIPTON,DAVID**
**REDACTED**

As of the petition filing date, the claim is:  $4,338.96    $2,139.76
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.2741** | Priority creditor's name and mailing address

**TIREVICIUS,BRONIUS**
**REDACTED**

As of the petition filing date, the claim is:  $572.46    $282.31
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.2742** | Priority creditor's name and mailing address

**TITUNIK,TARA N**
**REDACTED**

As of the petition filing date, the claim is:  $3,444.40    $1,698.61
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

**2.2743** | Priority creditor's name and mailing address

**TOCCO,SUSAN M**
**REDACTED**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$389.76    $192.21

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.2744** | Priority creditor's name and mailing address

**TOLBERT,CHRISTOPHER R**
**REDACTED**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,014.38    $500.24

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.2745** | Priority creditor's name and mailing address

**TOLEDO EDISON**
**P.O. BOX 3687**
**AKRON, OH 44309**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$212.68    $212.68

Date or dates debt was incurred

Basis for the claim:
**POST-PETITION ADMINISTRATIVE CLAIM**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.2746** | Priority creditor's name and mailing address

**TOLSTIK,LISA**
**REDACTED**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$540.16    $266.38

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.2747 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$545.52** | **$269.02** |
|---|---|---|---|---|

**TOMASZEWSKI,BRIAN J**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.2748 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$691.90** | **$341.21** |
|---|---|---|---|---|

**TORZ,JOHN**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.2749 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$968.66** | **$477.70** |
|---|---|---|---|---|

**TORZ,JOHN**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.2750 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$360.00** | **$177.53** |
|---|---|---|---|---|

**TOTH,CYNTHIA**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

**2.2751** Priority creditor's name and mailing address

**TOUTANT,TERRY R**
REDACTED

As of the petition filing date, the claim is:                    **$1,319.20**   **$650.56**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.2752** Priority creditor's name and mailing address

**TOWNES,RONALD S**
REDACTED

As of the petition filing date, the claim is:                    **$60.00**   **$29.59**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.2753** Priority creditor's name and mailing address

**TRACEY,KRISTOPHER**
REDACTED

As of the petition filing date, the claim is:                    **$464.75**   **$229.19**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.2754** Priority creditor's name and mailing address

**TRACEY,KRISTOPHER**
REDACTED

As of the petition filing date, the claim is:                    **$516.38**   **$254.65**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.2755 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$317,669.00** | **$317,669.00** |
|---|---|---|---|---|

**TRAVELERS - WILLIS OF
MICHIGAN INC
26555 EVERGREEN RD, STE 1530
SOUTHFIELD, MI 48076**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**POST-PETITION ADMINISTRATIVE CLAIM**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2756 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$99,732.78** | **$99,732.78** |
|---|---|---|---|---|

**TRAVELERS COMPANIES, INC
ONE TOWER SQUARE
HARTFORD, CT 06183**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**POST-PETITION ADMINISTRATIVE CLAIM**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2757 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,948.12** | **$1,948.12** |
|---|---|---|---|---|

**TRAVERSE CITY L&P
P.O. BOX 592
TRAVERSE CITY, MI 49685-0592**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**POST-PETITION ADMINISTRATIVE CLAIM**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2758 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,141.19** | **$562.78** |
|---|---|---|---|---|

**TREECE,BRIAN E
REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | | Case number (if known) | **20-10553** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.2759 | Priority creditor's name and mailing address<br>**TROTT,JENNIFER**<br>**REDACTED** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,859.97** | **$917.25** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.2760 | Priority creditor's name and mailing address<br>**TRUBA,JAMIE**<br>**REDACTED** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$240.00** | **$118.36** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.2761 | Priority creditor's name and mailing address<br>**TRUCHAN,KYLE A**<br>**REDACTED** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$578.35** | **$285.21** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.2762 | Priority creditor's name and mailing address<br>**TRUMBLE,ANNA E**<br>**REDACTED** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$180.00** | **$88.77** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.2763 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$1,191.28** | **$587.48** |
|---|---|---|---|---|
| | **TULOCK,CRAIG D**<br>REDACTED | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.2764 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$162.80** | **$80.28** |
|---|---|---|---|---|
| | **TURLEY,STEVEN C**<br>REDACTED | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.2765 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$2,692.80** | **$1,327.96** |
|---|---|---|---|---|
| | **TURNER JR,JESSIE B**<br>REDACTED | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.2766 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$92.96** | **$45.84** |
|---|---|---|---|---|
| | **TURNER,COURTNEY**<br>REDACTED | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.2767 | Priority creditor's name and mailing address<br>**TURNER,DAVON**<br>**REDACTED** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,310.05** | **$646.05** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.2768 | Priority creditor's name and mailing address<br>**TURNER,DEMETRIUS L**<br>**REDACTED** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$672.00** | **$331.40** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.2769 | Priority creditor's name and mailing address<br>**TURNER,JOSHUA**<br>**REDACTED** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,767.73** | **$871.76** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.2770 | Priority creditor's name and mailing address<br>**TURNER,ROMELL A**<br>**REDACTED** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$194.88** | **$96.11** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|--------|---------------------------|------------------------|--------------|
| | Name | | |

| 2.2771 | Priority creditor's name and mailing address<br>**TURNER,RYAN W**<br>**REDACTED** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$905.69** | **$446.64** |
|--------|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.2772 | Priority creditor's name and mailing address<br>**TUROWSKI,PAUL S**<br>**REDACTED** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$281.44** | **$138.79** |
|--------|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.2773 | Priority creditor's name and mailing address<br>**TURZA,JEFFREY D**<br>**REDACTED** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$2,752.70** | **$1,357.50** |
|--------|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.2774 | Priority creditor's name and mailing address<br>**TUTTLE,AUSTIN J**<br>**REDACTED** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$240.00** | **$118.36** |
|--------|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

**2.2775** | Priority creditor's name and mailing address

**TYE,BRIAN J**
**REDACTED**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$156.96**    **$77.40**

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.2776** | Priority creditor's name and mailing address

**TYE,BRIAN J**
**REDACTED**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,177.20**    **$580.54**

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.2777** | Priority creditor's name and mailing address

**TYLER,MARINDA R**
**REDACTED**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,805.76**    **$890.51**

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.2778** | Priority creditor's name and mailing address

**TYUS,AUGUSTA J**
**REDACTED**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$170.04**    **$83.86**

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.2779 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,462.08** | **$721.03** |
|---|---|---|---|---|
| | **ULAJ,LUMA H** <br> **REDACTED** | *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: <br> **Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number <br> Specify Code subsection of PRIORITY <br> unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? <br> ■ No <br> ☐ Yes | | |

| 2.2780 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$866.40** | **$427.27** |
|---|---|---|---|---|
| | **ULMER,DONALD** <br> **REDACTED** | *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: <br> **Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number <br> Specify Code subsection of PRIORITY <br> unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? <br> ■ No <br> ☐ Yes | | |

| 2.2781 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$235.08** | **$115.93** |
|---|---|---|---|---|
| | **ULREY,JENNIFER M** <br> **REDACTED** | *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: <br> **Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number <br> Specify Code subsection of PRIORITY <br> unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? <br> ■ No <br> ☐ Yes | | |

| 2.2782 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,869.36** | **$1,415.03** |
|---|---|---|---|---|
| | **ULREY,NICHOLE** <br> **REDACTED** | *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: <br> **Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number <br> Specify Code subsection of PRIORITY <br> unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? <br> ■ No <br> ☐ Yes | | |

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

**2.2783** | Priority creditor's name and mailing address

**UNITED STATES TRUSTEE**
**PO BOX 6200-19**
**Portland, OR 97228-6200**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$280,000.00 | $280,000.00

Date or dates debt was incurred

Basis for the claim:
**Per Motion to Convert to Chapter 7**
**POST PETITION ADMIN CLAIM**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

**2.2784** | Priority creditor's name and mailing address

**URBAN,KENNETH D**
**REDACTED**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$592.56 | $292.22

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.2785** | Priority creditor's name and mailing address

**URBAN-JORDAN,CHRISTAPHER D**
**REDACTED**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$240.00 | $118.36

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.2786** | Priority creditor's name and mailing address

**URBANSKI,TIMOTHY**
**REDACTED**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,177.20 | $580.54

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | **Art Van Furniture, LLC** | | Case number (if known) | **20-10553** |
|---|---|---|---|---|
| | Name | | | |

| 2.2787 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$2,423.07** | **$1,194.94** |
|---|---|---|---|---|
| | **URBEN,NICOLE**<br>**REDACTED** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** |
|---|---|

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2788 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$3,152.50** | **$1,554.66** |
|---|---|---|---|---|
| | **URRUTIA,PHILIP M**<br>**REDACTED** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** |
|---|---|

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2789 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$463,012.03** | **$463,012.03** |
|---|---|---|---|---|
| | **US Customs & Border Protection**<br>**6650 Telecom Drive**<br>**Suite 1000**<br>**Indianapolis, IN 46278** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim:<br>**Customs Taxes and Fees** |
|---|---|

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2790 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$2,753.76** | **$1,358.02** |
|---|---|---|---|---|
| | **USNDEK,ADAM N**<br>**REDACTED** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** |
|---|---|

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.2791 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $360.00 | $177.53 |
|---|---|---|---|---|

**USREY,LORI**
**REDACTED**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.2792 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $842.45 | $415.45 |
|---|---|---|---|---|

**UTASH,KENNETH A**
**REDACTED**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.2793 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,527.36 | $1,246.37 |
|---|---|---|---|---|

**UTASH,KENNETH A**
**REDACTED**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.2794 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,892.30 | $933.19 |
|---|---|---|---|---|

**UTHAYARATANA,KUNTHON**
**REDACTED**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.2795 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,459.35** | **$719.68** |
|---|---|---|---|---|
| | **VACI III,FRANK W** <br> **REDACTED** | Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: <br> **Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number <br> Specify Code subsection of PRIORITY <br> unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? <br> ■ No <br> ☐ Yes | | |

| 2.2796 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$15.00** | **$7.40** |
|---|---|---|---|---|
| | **VAGNETTI,PAUL** <br> **REDACTED** | Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: <br> **Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number <br> Specify Code subsection of PRIORITY <br> unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? <br> ■ No <br> ☐ Yes | | |

| 2.2797 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$60.00** | **$29.59** |
|---|---|---|---|---|
| | **VALLE,ERICA** <br> **REDACTED** | Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: <br> **Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number <br> Specify Code subsection of PRIORITY <br> unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? <br> ■ No <br> ☐ Yes | | |

| 2.2798 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$842.28** | **$415.37** |
|---|---|---|---|---|
| | **VANDERLAAN,CHAD T** <br> **REDACTED** | Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: <br> **Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number <br> Specify Code subsection of PRIORITY <br> unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? <br> ■ No <br> ☐ Yes | | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| | | | | |
|---|---|---|---|---|
| 2.2799 | Priority creditor's name and mailing address<br>**VANDERMOLEN JR,THOMAS L**<br>REDACTED | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$680.00** | **$335.34** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.2800 | Priority creditor's name and mailing address<br>**VANDERMOLEN JR,THOMAS L**<br>REDACTED | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,037.00** | **$511.40** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.2801 | Priority creditor's name and mailing address<br>**VANELSLANDER,SCOTT D**<br>REDACTED | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$2,969.04** | **$1,464.18** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.2802 | Priority creditor's name and mailing address<br>**VANHOLSTYN,RUSSELL**<br>REDACTED | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,746.96** | **$861.51** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.2803 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,880.81** | **$1,420.67** |
|---|---|---|---|---|

**VANSUMER,MATTHEW**
REDACTED

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.2804 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$60.00** | **$29.59** |
|---|---|---|---|---|

**VARGAS,ANJELICA A**
REDACTED

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.2805 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$454.72** | **$224.25** |
|---|---|---|---|---|

**VARGAS,WILLIAM**
REDACTED

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.2806 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$568.40** | **$280.31** |
|---|---|---|---|---|

**VARGAS,WILLIAM**
REDACTED

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

**2.2807** | Priority creditor's name and mailing address
**VASEY,GERALD**
**REDACTED**

As of the petition filing date, the claim is:    **$1,143.98**    **$564.15**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.2808** | Priority creditor's name and mailing address
**VASQUEZ,BRUNO**
**REDACTED**

As of the petition filing date, the claim is:    **$2,808.20**    **$1,384.87**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.2809** | Priority creditor's name and mailing address
**VASQUEZ,JULIE L**
**REDACTED**

As of the petition filing date, the claim is:    **$60.00**    **$29.59**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.2810** | Priority creditor's name and mailing address
**VAUGHN,DARIN**
**REDACTED**

As of the petition filing date, the claim is:    **$267.96**    **$132.14**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | | Case number (if known) | **20-10553** |
|---|---|---|---|---|
| | Name | | | |

| 2.2811 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,495.00** | **$1,723.56** |
|---|---|---|---|---|

**VEELE,DAVID L**
**REDACTED**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.2812 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$300.00** | **$147.95** |
|---|---|---|---|---|

**VEGA BITANCOURT,SILVANA E**
**REDACTED**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.2813 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,572.04** | **$775.25** |
|---|---|---|---|---|

**VERBIEST,DAVID W**
**REDACTED**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.2814 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$56,355.00** | **$56,355.00** |
|---|---|---|---|---|

**VEREIT REAL ESTATE LP**
**ATTN: ARCP OP PTNRSP LBX 4**
**P.O. BOX 732931**
**FORT WORTH, TX 76155**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**POST-PETITION ADMINISTRATIVE CLAIM**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|

| 2.2815 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,620.00** | **$1,292.05** |

**VERGOS,NICKOLAOS T**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2816 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,791.11** | **$1,791.11** |

**VERIZON WIRELESS**
**P.O. BOX 15062**
**ALBANY, NY 12212-5062**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**POST-PETITION ADMINISTRATIVE CLAIM**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2817 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$470.15** | **$231.85** |

**VERNAVA,AMPARO D**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2818 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$57.00** | **$28.11** |

**VERNIER,SHAWN C**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.2819 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$575.36** | **$283.74** |
|---|---|---|---|---|

**VERWEST,TOM**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2820 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,951.60** | **$1,948.73** |
|---|---|---|---|---|

**VIDICAN,SILVIA**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2821 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$149.76** | **$149.76** |
|---|---|---|---|---|

**VILLAGE OF BEDFORD PARK**
**6701 S. ARCHER ROAD**
**BEDFORD PARK, IL 60501**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**POST-PETITION ADMINISTRATIVE CLAIM**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2822 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,657.97** | **$2,657.97** |
|---|---|---|---|---|

**VILLAGE OF DOWNERS GROVE**
**801 BURLINGTON AVE.**
**DOWNERS GROVE, IL 60515-4782**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**POST-PETITION ADMINISTRATIVE CLAIM**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

| 2.2823 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $75.25 | $75.25 |
|---|---|---|---|---|

**VILLAGE OF HARWOOD HEIGHTS**
**7300 W. WILSON AVENUE**
**HARWOOD HEIGHTS, IL 60706**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**POST-PETITION ADMINISTRATIVE CLAIM**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2824 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $586.08 | $289.03 |
|---|---|---|---|---|

**VINEYARD,LESLIE**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2825 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $120.00 | $59.18 |
|---|---|---|---|---|

**VINSON,TRACY D**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2826 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $7,026.91 | $3,465.33 |
|---|---|---|---|---|

**VIRGO,LAURA A**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

| 2.2827 | Priority creditor's name and mailing address **VISCOMI,CYNTHIA L** REDACTED | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$295.71** | **$145.83** |
|---|---|---|---|---|

| | Date or dates debt was incurred | Basis for the claim: **Wages, accrued vacation and PTO** |
|---|---|---|

| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ■ No ☐ Yes |
|---|---|---|

---

| 2.2828 | Priority creditor's name and mailing address **VLIEK,ROSS T** REDACTED | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$300.00** | **$147.95** |
|---|---|---|---|---|

| | Date or dates debt was incurred | Basis for the claim: **Wages, accrued vacation and PTO** |
|---|---|---|

| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ■ No ☐ Yes |
|---|---|---|

---

| 2.2829 | Priority creditor's name and mailing address **VOLKENANT JR,JAMES F** REDACTED | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$168.64** | **$83.16** |
|---|---|---|---|---|

| | Date or dates debt was incurred | Basis for the claim: **Wages, accrued vacation and PTO** |
|---|---|---|

| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ■ No ☐ Yes |
|---|---|---|

---

| 2.2830 | Priority creditor's name and mailing address **VOLKENANT JR,JAMES F** REDACTED | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$1,011.84** | **$498.99** |
|---|---|---|---|---|

| | Date or dates debt was incurred | Basis for the claim: **Wages, accrued vacation and PTO** |
|---|---|---|

| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ■ No ☐ Yes |
|---|---|---|

---

| Debtor | **Art Van Furniture, LLC** | | Case number (if known) | **20-10553** |
| --- | --- | --- | --- | --- |
| | Name | | | |

| 2.2831 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $180.00 | $88.77 |
| --- | --- | --- | --- | --- |

**VON LINSOWE,KURSTYN A**
REDACTED

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.2832 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,903.84 | $2,418.33 |
| --- | --- | --- | --- | --- |

**VONBRODA,NATHAN**
REDACTED

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.2833 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $555.38 | $273.89 |
| --- | --- | --- | --- | --- |

**VORA,UMA J**
REDACTED

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.2834 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,761.79 | $2,348.28 |
| --- | --- | --- | --- | --- |

**VRUBEL,SVETLANA M**
REDACTED

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | | Case number (if known) | **20-10553** |
|---|---|---|---|---|
| | Name | | | |

---

**2.2835** | Priority creditor's name and mailing address
**WACHIRA,ELIAS**
**REDACTED**

As of the petition filing date, the claim is: **$1,538.64**  **$758.78**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.2836** | Priority creditor's name and mailing address
**WADLEY,MICHAEL**
**REDACTED**

As of the petition filing date, the claim is: **$2,367.76**  **$1,167.66**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.2837** | Priority creditor's name and mailing address
**WAGNER,COLLEEN J**
**REDACTED**

As of the petition filing date, the claim is: **$312.31**  **$154.02**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.2838** | Priority creditor's name and mailing address
**WAGNER,DOMINIQUE D**
**REDACTED**

As of the petition filing date, the claim is: **$912.00**  **$449.75**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.2839 | Priority creditor's name and mailing address **WAGNER,NICOLE T** REDACTED | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$300.00** | **$147.95** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: **Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ■ No ☐ Yes | | |

| 2.2840 | Priority creditor's name and mailing address **WAGNER,NICOLE T** REDACTED | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$1,877.60** | **$925.94** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: **Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ■ No ☐ Yes | | |

| 2.2841 | Priority creditor's name and mailing address **WAITES,LAWRENCE J** REDACTED | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$576.00** | **$284.05** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: **Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ■ No ☐ Yes | | |

| 2.2842 | Priority creditor's name and mailing address **WAITES,LAWRENCE J** REDACTED | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$1,520.80** | **$749.98** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: **Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ■ No ☐ Yes | | |

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

| 2.2843 | Priority creditor's name and mailing address<br>**WAITINAS,SAMANTHA**<br>REDACTED | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$905.76** | **$446.68** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.2844 | Priority creditor's name and mailing address<br>**WALAWSKI,JOSEPH P**<br>REDACTED | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$644.40** | **$317.79** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.2845 | Priority creditor's name and mailing address<br>**WALAWSKI,JOSEPH P**<br>REDACTED | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$672.00** | **$331.40** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.2846 | Priority creditor's name and mailing address<br>**WALBRIDGE,FREDRICK G**<br>REDACTED | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$180.00** | **$88.77** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.2847 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $212.00 | $104.55 |
|---|---|---|---|---|

**WALKER,CE'VONTE**
**REDACTED**
Name

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2848 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $530.00 | $261.37 |
|---|---|---|---|---|

**WALKER,CE'VONTE**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2849 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,883.52 | $928.86 |
|---|---|---|---|---|

**WALKER,CHARLES C**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2850 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,917.92 | $945.82 |
|---|---|---|---|---|

**WALKER,DANNA**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.2851 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$300.00** | **$147.95** |
|---|---|---|---|---|
| | **WALKER,GWEN R**<br>REDACTED | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.2852 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,944.80** | **$959.08** |
|---|---|---|---|---|
| | **WALKER,KATHRYN**<br>REDACTED | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.2853 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$240.00** | **$118.36** |
|---|---|---|---|---|
| | **WALKER,KYRA**<br>REDACTED | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.2854 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$384.00** | **$189.37** |
|---|---|---|---|---|
| | **WALKER,MARCO D**<br>REDACTED | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.2855 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$1,450.00** | **$715.07** |
|---|---|---|---|---|
| | **WALKER,RHYAN L**<br>**REDACTED** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.2856 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$849.99** | **$419.17** |
|---|---|---|---|---|
| | **WALKER,SHERRI L**<br>**REDACTED** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.2857 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$39.08** | **$19.27** |
|---|---|---|---|---|
| | **WALLACE,BRITNEY R**<br>**REDACTED** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.2858 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$78.35** | **$38.64** |
|---|---|---|---|---|
| | **WALLACE,DIONNE**<br>**REDACTED** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.2859 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $324.00 | $159.78 |
|---|---|---|---|---|

**WALTER,HUNTER J**
**REDACTED**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2860 | Priority creditor's name and mailing address | | $2,535.60 | $1,250.43 |
|---|---|---|---|---|

**WALTERS,MICHAEL L**
**REDACTED**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2861 | Priority creditor's name and mailing address | | $1,290.24 | $636.28 |
|---|---|---|---|---|

**WARD,DEBRA L**
**REDACTED**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2862 | Priority creditor's name and mailing address | | $272.80 | $134.53 |
|---|---|---|---|---|

**WARD,KYLE J**
**REDACTED**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.2863 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $649.60 | $320.35 |
|---|---|---|---|---|

**WARD,LEXXIS R**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2864 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $397.88 | $196.21 |
|---|---|---|---|---|

**WARD,MATHEW R**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2865 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $480.00 | $236.71 |
|---|---|---|---|---|

**WARD,MONIQUE**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2866 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,987.20 | $979.99 |
|---|---|---|---|---|

**WARD,OZELLA**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|

Name

| 2.2867 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,835.40** | **$905.13** |
|---|---|---|---|---|
| | **WARD,TERESA** | Check all that apply. | | |
| | **REDACTED** | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.2868 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$868.13** | **$428.12** |
|---|---|---|---|---|
| | **WARE,KENTRELL M** | Check all that apply. | | |
| | **REDACTED** | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.2869 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$448.00** | **$220.93** |
|---|---|---|---|---|
| | **WARNER,CAMERON C** | Check all that apply. | | |
| | **REDACTED** | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.2870 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$617.12** | **$304.33** |
|---|---|---|---|---|
| | **WASHBURN,TREVOR** | Check all that apply. | | |
| | **REDACTED** | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

| 2.2871 | Priority creditor's name and mailing address<br>**WASHINGTON II,JAMES P**<br>REDACTED | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$104.00** | **$51.29** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.2872 | Priority creditor's name and mailing address<br>**WASHINGTON II,JAMES P**<br>REDACTED | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$539.50** | **$266.05** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.2873 | Priority creditor's name and mailing address<br>**WASHINGTON,DAREN**<br>REDACTED | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,098.72** | **$541.83** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.2874 | Priority creditor's name and mailing address<br>**WASHINGTON,DEITRA**<br>REDACTED | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$288.00** | **$142.03** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

**2.2875** Priority creditor's name and mailing address

**WATERFORD TOWNSHIP
WATER AND SEWER DEPT.
DEPT. 771353
DETROIT, MI 48277-1353**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**POST-PETITION ADMINISTRATIVE CLAIM**

Is the claim subject to offset?
☑ No
☐ Yes

$508.97          $508.97

---

**2.2876** Priority creditor's name and mailing address

**WATERFORD TOWNSHIP
TREASURER
DEPT 771361
P.O. BOX 77000
DETROIT, MI 48277-2000**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**POST-PETITION ADMINISTRATIVE CLAIM**

Is the claim subject to offset?
☑ No
☐ Yes

$129.70          $129.70

---

**2.2877** Priority creditor's name and mailing address

**WATERS,KYLE J
REDACTED**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Wages, accrued vacation and PTO**

Is the claim subject to offset?
☑ No
☐ Yes

$157.10          $77.47

---

**2.2878** Priority creditor's name and mailing address

**WATERS,VALERIE
REDACTED**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Wages, accrued vacation and PTO**

Is the claim subject to offset?
☑ No
☐ Yes

$120.00          $59.18

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.2879 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,510.08** | **$744.70** |
|---|---|---|---|---|

**WATKINS,CONYUS A**
**REDACTED**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.2880 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$292.32** | **$144.16** |
|---|---|---|---|---|

**WATKINS,KENDALL D**
**REDACTED**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.2881 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$140.02** | **$69.05** |
|---|---|---|---|---|

**WATSON JR,MONTEZ D**
**REDACTED**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.2882 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,715.36** | **$845.93** |
|---|---|---|---|---|

**WATSON,MITCH**
**REDACTED**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.2883 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $142.52 | $70.28 |
|---|---|---|---|---|
| | **WATSON,NICK** | Check all that apply. | | |
| | **REDACTED** | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.2884 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,180.80 | $582.31 |
|---|---|---|---|---|
| | **WATSON,RACHARD G** | Check all that apply. | | |
| | **REDACTED** | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.2885 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $180.00 | $88.77 |
|---|---|---|---|---|
| | **WATTENBARGER,BRANDON L** | Check all that apply. | | |
| | **REDACTED** | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.2886 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $180.00 | $88.77 |
|---|---|---|---|---|
| | **WAZWAZ,AMJAD** | Check all that apply. | | |
| | **REDACTED** | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.2887 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $180.00 | $88.77 |
|---|---|---|---|---|

**WEAR,DAN**
**REDACTED**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2888 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $895.11 | $441.42 |
|---|---|---|---|---|

**WEBB,DAVID**
**REDACTED**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2889 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $61.97 | $30.56 |
|---|---|---|---|---|

**WEBER,BRANDON A**
**REDACTED**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2890 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,358.34 | $669.87 |
|---|---|---|---|---|

**WEBER,MICHAEL D**
**REDACTED**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.2891 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$645.54** | **$318.35** |
|---|---|---|---|---|
| | **WEBSTER,RONEAL**<br>REDACTED | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.2892 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$1,294.40** | **$638.33** |
|---|---|---|---|---|
| | **WEED,TIMOTHY A**<br>REDACTED | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.2893 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$300.00** | **$147.95** |
|---|---|---|---|---|
| | **WEGNER,RICHARD**<br>REDACTED | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.2894 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$1,808.80** | **$892.01** |
|---|---|---|---|---|
| | **WEGNER,RICHARD**<br>REDACTED | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Art Van Furniture, LLC** | | Case number (if known) | **20-10553** |
|---|---|---|---|---|

Name

---

| 2.2895 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $418.96 | $206.61 |
|---|---|---|---|---|

**WEIBLE, JOANNA G**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2896 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,823.20 | $1,392.26 |
|---|---|---|---|---|

**WEIDNER, SHEILA M**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2897 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,369.38 | $2,154.76 |
|---|---|---|---|---|

**WEITZMANN, JAMES J**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2898 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,675.92 | $1,319.63 |
|---|---|---|---|---|

**WELCH, ROBERT D**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.2899 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $341.04 | $168.18 |
|---|---|---|---|---|

**WELLS,DELVON A**
**REDACTED**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2900 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $341.04 | $168.18 |
|---|---|---|---|---|

**WELLS,DELVON A**
**REDACTED**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2901 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,001.96 | $987.27 |
|---|---|---|---|---|

**WELLS,VICTORIA L**
**REDACTED**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2902 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,425.11 | $1,195.94 |
|---|---|---|---|---|

**WENDLAND,RENEE M**
**REDACTED**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
| --- | --- | --- | --- |
| | Name | | |

| 2.2903 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $528.78 | $260.77 |
| --- | --- | --- | --- | --- |

**WENDORF,ERIC J**
REDACTED

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.2904 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $11,766.75 | $5,802.78 |
| --- | --- | --- | --- | --- |

**WENGER,CATHRINE F**
REDACTED

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.2905 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $627.84 | $309.62 |
| --- | --- | --- | --- | --- |

**WESLEY,ALLAN R**
REDACTED

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.2906 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $300.00 | $147.95 |
| --- | --- | --- | --- | --- |

**WESTAFER,TYLER J**
REDACTED

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.2907 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,218.00** | **$600.66** |
|---|---|---|---|---|

**WETZEL,LUCAS**
REDACTED

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2908 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,152.00** | **$568.11** |
|---|---|---|---|---|

**WHALEY,JOHNATHAN A**
REDACTED

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2909 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$288.00** | **$142.03** |
|---|---|---|---|---|

**WHEELER,DANIELLE L**
REDACTED

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2910 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$720.00** | **$355.07** |
|---|---|---|---|---|

**WHITAKER JR,GERROD A**
REDACTED

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | | Case number (if known) | **20-10553** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.2911 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$6,502.45** | **$3,206.69** |
|---|---|---|---|---|

**WHITE,GARTH K**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2912 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,601.35** | **$1,776.01** |
|---|---|---|---|---|

**WHITE,JAMES L**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2913 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,240.56** | **$611.78** |
|---|---|---|---|---|

**WHITE,RAMON**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2914 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$616.72** | **$304.14** |
|---|---|---|---|---|

**WHITE,SANDRA J**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.2915 | Priority creditor's name and mailing address<br>**WHITE,SHARAYA**<br>REDACTED | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $10.13 | $5.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.2916 | Priority creditor's name and mailing address<br>**WHITE-BROWNER,MILDRED R**<br>REDACTED | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,055.03 | $520.29 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.2917 | Priority creditor's name and mailing address<br>**WHITFIELD,TYQUAYLE**<br>REDACTED | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,408.00 | $694.36 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.2918 | Priority creditor's name and mailing address<br>**WHITLEY,TIMOTHY G**<br>REDACTED | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,917.44 | $945.59 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.2919 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$1,807.33** | **$891.29** |
|---|---|---|---|---|
| | **WIACEK,MICHAEL J**<br>REDACTED | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.2920 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$1,040.00** | **$512.88** |
|---|---|---|---|---|
| | **WIDEMAN,JESSICA**<br>REDACTED | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.2921 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$213.15** | **$105.12** |
|---|---|---|---|---|
| | **WIDEMAN,MICHAEL**<br>REDACTED | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.2922 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$861.95** | **$425.07** |
|---|---|---|---|---|
| | **WIEGAND,JAMES C**<br>REDACTED | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Debtor **Art Van Furniture, LLC**

Name

Case number (if known) **20-10553**

| 2.2923 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,577.60 | $777.99 |
|---|---|---|---|---|

**WIGENT,MARK S**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.2924 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,074.84 | $4,074.84 |
|---|---|---|---|---|

**WIGEON LLC**
**P.O. BOX 179173**
**ST. LOUIS, MO 63117-9173**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**POST-PETITION ADMINISTRATIVE CLAIM**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.2925 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $300.00 | $147.95 |
|---|---|---|---|---|

**WIGGINS,JAMES L**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.2926 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $300.00 | $147.95 |
|---|---|---|---|---|

**WIGHTMAN,STEVE**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.2927 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $744.00 | $366.90 |
|---|---|---|---|---|

**WIKMAN,NIKLAS H**
**REDACTED**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.2928 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,180.40 | $1,568.42 |
|---|---|---|---|---|

**WILKERSON,PISINEE**
**REDACTED**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.2929 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,389.15 | $1,178.21 |
|---|---|---|---|---|

**WILKINSON,CHARLES**
**REDACTED**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.2930 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $665.46 | $328.17 |
|---|---|---|---|---|

**WILL,ASHLEY A**
**REDACTED**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.2931 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $264.00 | $130.19 |
|---|---|---|---|---|
| | **WILLEY,JD** | Check all that apply. | | |
| | **REDACTED** | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.2932 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $71.23 | $71.23 |
|---|---|---|---|---|
| | **WILLIAMS, KELLEY** | Check all that apply. | | |
| | **REDACTED** | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **POST-PETITION NET WAGES - ADMINISTRATIVE CLAIM** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.2933 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $292.32 | $144.16 |
|---|---|---|---|---|
| | **WILLIAMS,ADRIAN J** | Check all that apply. | | |
| | **REDACTED** | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.2934 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $630.75 | $311.05 |
|---|---|---|---|---|
| | **WILLIAMS,ANTHONY J** | Check all that apply. | | |
| | **REDACTED** | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.2935 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,261.52** | **$622.12** |
|---|---|---|---|---|

**WILLIAMS,BRODERICK D**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2936 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,534.68** | **$756.83** |
|---|---|---|---|---|

**WILLIAMS,CHRIS**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2937 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$164.05** | **$80.90** |
|---|---|---|---|---|

**WILLIAMS,DOROTHY J**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2938 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$360.00** | **$177.53** |
|---|---|---|---|---|

**WILLIAMS,GREGORY S**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

| 2.2939 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,782.80 | $1,372.34 |
|---|---|---|---|---|

**WILLIAMS,GREGORY S**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2940 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $569.80 | $281.00 |
|---|---|---|---|---|

**WILLIAMS,KELLEY**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2941 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $852.80 | $420.56 |
|---|---|---|---|---|

**WILLIAMS,LARISSA J**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2942 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $270.00 | $133.15 |
|---|---|---|---|---|

**WILLIAMS,LATISHA K**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.2943 | Priority creditor's name and mailing address<br>**WILLIAMS,LYNDA D**<br>REDACTED | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$2,239.20** | **$1,104.26** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.2944 | Priority creditor's name and mailing address<br>**WILLIAMS,MATTHEW**<br>REDACTED | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$3,966.72** | **$1,956.19** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.2945 | Priority creditor's name and mailing address<br>**WILLIAMS,MICHAEL A**<br>REDACTED | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$464.04** | **$228.84** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.2946 | Priority creditor's name and mailing address<br>**WILLIAMS,REGINALD**<br>REDACTED | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,840.00** | **$907.40** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.2947 | Priority creditor's name and mailing address<br>**WILLIAMS,ROBERT F**<br>**REDACTED** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$3,593.07** | **$1,771.92** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.2948 | Priority creditor's name and mailing address<br>**WILLIAMS,TAMMY**<br>**REDACTED** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$714.56** | **$352.39** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.2949 | Priority creditor's name and mailing address<br>**WILLIAMS,TIM W**<br>**REDACTED** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$2,659.84** | **$1,311.70** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.2950 | Priority creditor's name and mailing address<br>**WILLIAMS,TYLER C**<br>**REDACTED** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$10,096.15** | **$4,978.92** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.2951 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,569.60** | **$774.05** |
|---|---|---|---|---|

**WILLIAMSON,ALLANTE D**
**REDACTED**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.2952 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$180.00** | **$88.77** |
|---|---|---|---|---|

**WILLIAMSON,DENARD**
**REDACTED**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.2953 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,116.00** | **$1,043.51** |
|---|---|---|---|---|

**WILLIAMSON,JEFFREY T**
**REDACTED**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.2954 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$45,129.00** | **$45,129.00** |
|---|---|---|---|---|

**WILLIS TOWER WATSON FKA**
**WILLIS OF MICHIG**
**P.O. BOX 416719**
**BOSTON, MA 02241-6719**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**POST-PETITION ADMINISTRATIVE CLAIM**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.2955 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $81,452.00 | $81,452.00 |
|---|---|---|---|---|

**WILLIS TOWER WATSON FKA
WILLIS OF MICHIG
P.O. BOX 416719
BOSTON, MA 02241-6719**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**POST-PETITION ADMINISTRATIVE CLAIM**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2956 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $324.58 | $160.07 |
|---|---|---|---|---|

**WILSON,ALEXA V
REDACTED**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2957 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $28.42 | $14.02 |
|---|---|---|---|---|

**WILSON,ALICIA M
REDACTED**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2958 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,598.30 | $1,281.35 |
|---|---|---|---|---|

**WILSON,JAMES
REDACTED**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

| 2.2959 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$360.00** | **$177.53** |
|---|---|---|---|---|

**WILSON,JANET L**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2960 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,896.00** | **$935.01** |
|---|---|---|---|---|

**WILSON,JANET L**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2961 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,352.57** | **$1,160.17** |
|---|---|---|---|---|

**WILSON,JASON L**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2962 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$4,135.02** | **$2,039.19** |
|---|---|---|---|---|

**WILSON,LAVERN J**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

| 2.2963 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,520.58** | **$749.88** |
|---|---|---|---|---|
| | **WILSON,MARK E** | Check all that apply. | | |
| | **REDACTED** | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Wages, accrued vacation and PTO** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | ☐ Yes |

---

| 2.2964 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$53.93** | **$53.93** |
|---|---|---|---|---|
| | **WILSON,ROBERT K** | Check all that apply. | | |
| | **REDACTED** | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **POST-PETITION NET COMMISSION - ADMINISTRATIVE CLAIM** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | ☐ Yes |

---

| 2.2965 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,376.00** | **$678.58** |
|---|---|---|---|---|
| | **WILSON,ROBERT K** | Check all that apply. | | |
| | **REDACTED** | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Wages, accrued vacation and PTO** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | ☐ Yes |

---

| 2.2966 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,467.97** | **$723.93** |
|---|---|---|---|---|
| | **WINDHORST,DAVID W** | Check all that apply. | | |
| | **REDACTED** | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Wages, accrued vacation and PTO** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | ☐ Yes |

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.2967 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,138.98 | $2,138.98 |
|---|---|---|---|---|

**WINN TELECOM**
**402 N. MISSION, SUITE 1**
**MT. PLEASANT, MI 48858**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**POST-PETITION ADMINISTRATIVE CLAIM**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2968 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,978.52 | $2,455.16 |
|---|---|---|---|---|

**WINOWIECKI,DAVID**
**REDACTED**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2969 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,432.07 | $706.23 |
|---|---|---|---|---|

**WINOWIECKI,GERALD P**
**REDACTED**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2970 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,799.15 | $1,380.40 |
|---|---|---|---|---|

**WINTER,EARL W**
**REDACTED**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|

Name

---

**2.2971** | Priority creditor's name and mailing address

**WIRTH,KATHY K**
**REDACTED**

As of the petition filing date, the claim is:      **$3,409.12** | **$1,681.21**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.2972** | Priority creditor's name and mailing address

**WISCONSIN DEPARTMENT OF**
**REVENUE**
**CUSTOMER SERVICE BUREAU**
**PO BOX 8949**
**MADISON, WI 53708-8949**

As of the petition filing date, the claim is:      **$2,980.00** | **$1,500.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wisconsin sales and use tax**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.2973** | Priority creditor's name and mailing address

**WISEMAN,JOSEPH**
**REDACTED**

As of the petition filing date, the claim is:      **$1,250.48** | **$616.68**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.2974** | Priority creditor's name and mailing address

**WISEMAN,MIKE G**
**REDACTED**

As of the petition filing date, the claim is:      **$11,916.66** | **$5,876.71**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | | Case number (if known) | **20-10553** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.2975 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $799.68 | $394.36 |
|---|---|---|---|---|

**WISNIEWSKI,ANNA**
**REDACTED**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2976 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $817.95 | $403.37 |
|---|---|---|---|---|

**WITT,DREW T**
**REDACTED**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2977 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $745.41 | $367.60 |
|---|---|---|---|---|

**WITT,JENNI R**
**REDACTED**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2978 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $328.86 | $162.18 |
|---|---|---|---|---|

**WITT,NINA**
**REDACTED**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|

Name

| 2.2979 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$356.26** | **$175.69** |
|---|---|---|---|---|

**WITTNER,JOEL M**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.2980 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,014.40** | **$993.40** |
|---|---|---|---|---|

**WLEKLINSKI,GREGORY S**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.2981 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$549.04** | **$270.76** |
|---|---|---|---|---|

**WLODAREK,JOSEPH**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.2982 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$658.85** | **$324.91** |
|---|---|---|---|---|

**WLODAREK,JOSEPH**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

| 2.2983 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$5,523.45** | **$2,723.89** |
|---|---|---|---|---|

**WLUDYKA,REBECCA**
**REDACTED**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2984 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$180.00** | **$88.77** |
|---|---|---|---|---|

**WODARSKI,DEVIN T**
**REDACTED**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2985 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$533.02** | **$533.02** |
|---|---|---|---|---|

**WOJEWNIK,SCOTT**
**REDACTED**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**POST-PETITION NET COMMISSION -**
**ADMINISTRATIVE CLAIM**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2986 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$621.60** | **$306.54** |
|---|---|---|---|---|

**WOJEWNIK,SCOTT E**
**REDACTED**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (*if known*) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

| 2.2987 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $427.04 | $210.60 |
|---|---|---|---|---|

**WOJT,AARON V**
**REDACTED**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2988 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $659.64 | $325.30 |
|---|---|---|---|---|

**WOJTKOWSKI,DARIUSZ**
**REDACTED**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2989 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $989.45 | $487.95 |
|---|---|---|---|---|

**WOJTKOWSKI,DARIUSZ**
**REDACTED**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2990 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $529.10 | $260.93 |
|---|---|---|---|---|

**WOLF,KATIE L**
**REDACTED**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.2991 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,058.20** | **$521.85** |
|---|---|---|---|---|

**WOLF,KATIE L**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2992 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$198.75** | **$98.01** |
|---|---|---|---|---|

**WOLFE,STEVEN R**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2993 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,983.69** | **$978.26** |
|---|---|---|---|---|

**WOLLMANN,ROBERT R**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2994 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$360.00** | **$177.53** |
|---|---|---|---|---|

**WOMACK,JORDAN J**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.2995 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $531.92 | $262.32 |
|---|---|---|---|---|

**WON,KIMBERLY A**
REDACTED

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2996 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $619.40 | $305.46 |
|---|---|---|---|---|

**WOOD,SARA R**
REDACTED

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2997 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $336.00 | $165.70 |
|---|---|---|---|---|

**WOOD,TRISTIN T**
REDACTED

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2998 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $247.86 | $122.23 |
|---|---|---|---|---|

**WOODS,CANDACE**
REDACTED

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.2999 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $120.00 | $59.18 |
|---|---|---|---|---|

**WOODS,CASSANDRA J**
**REDACTED**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.3000 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $721.92 | $356.02 |
|---|---|---|---|---|

**WOODS,JEFFREY L**
**REDACTED**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.3001 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $535.92 | $264.29 |
|---|---|---|---|---|

**WOODS,KEVONTAY**
**REDACTED**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.3002 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $711.96 | $351.10 |
|---|---|---|---|---|

**WOODS,KYLE**
**REDACTED**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|

Name

---

| 2.3003 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $836.54 | $412.54 |
|---|---|---|---|---|

**WOODS,LAKEYIA**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3004 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,973.35 | $2,452.61 |
|---|---|---|---|---|

**WOOLEY,CASEY A**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3005 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,617.28 | $797.56 |
|---|---|---|---|---|

**WOOTEN,ANGELA Y**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3006 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,817.69 | $1,389.55 |
|---|---|---|---|---|

**WORST,TARYN**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | | Case number (if known) | **20-10553** |
|---|---|---|---|---|

Name

---

| 2.3007 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$300.00** | **$147.95** |
|---|---|---|---|---|

**WORTHY,ROBERT J**
**REDACTED**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3008 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$399.12** | **$196.83** |
|---|---|---|---|---|

**WORTHY,ROBERT J**
**REDACTED**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3009 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$286.23** | **$141.15** |
|---|---|---|---|---|

**WOTEN,ELIZABETH M**
**REDACTED**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3010 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$318.75** | **$157.19** |
|---|---|---|---|---|

**WOTRING,BRADLEY D**
**REDACTED**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|

Name

---

| 2.3011 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $593.32 | $292.60 |
|---|---|---|---|---|

**WOTRING,BRADLEY D**
**REDACTED**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.3012 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $568.14 | $280.18 |
|---|---|---|---|---|

**WRATHELL,LINDA**
**REDACTED**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.3013 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $760.00 | $374.79 |
|---|---|---|---|---|

**WRIGHT,AARON**
**REDACTED**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.3014 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $584.64 | $288.32 |
|---|---|---|---|---|

**WRIGHT,JOHN**
**REDACTED**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.3015 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$240.00** | **$118.36** |
|---|---|---|---|---|

**XHAJA,VIOLLCA**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.3016 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$207.00** | **$102.08** |
|---|---|---|---|---|

**YAGELSKI,MALORIE**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.3017 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$514.60** | **$253.78** |
|---|---|---|---|---|

**YAGHNAM,TAMARA**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.3018 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$857.66** | **$422.96** |
|---|---|---|---|---|

**YAGHNAM,TAMARA**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.3019 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $247.86 | $122.23 |
|---|---|---|---|---|

**YEJE,ELIAKIM**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3020 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,655.22 | $816.27 |
|---|---|---|---|---|

**YELDON,TYRON I**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3021 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,308.68 | $1,138.53 |
|---|---|---|---|---|

**YOSUA,ANDREW T**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3022 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $576.00 | $284.05 |
|---|---|---|---|---|

**YOUNG,AARON**
**REDACTED**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

**2.3023** | Priority creditor's name and mailing address
**YOUNG,NORMAN**
**REDACTED**

| As of the petition filing date, the claim is: | **$1,944.40** | **$958.88** |
| Check all that apply. | | |

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.3024** | Priority creditor's name and mailing address
**YOUNG,WALTER C**
**REDACTED**

As of the petition filing date, the claim is: **$1,676.68**  **$826.86**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.3025** | Priority creditor's name and mailing address
**YOUSIF,DIANA**
**REDACTED**

As of the petition filing date, the claim is: **$288.00**  **$142.03**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.3026** | Priority creditor's name and mailing address
**YUCHA,LINDA**
**REDACTED**

As of the petition filing date, the claim is: **$2,803.76**  **$1,382.68**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.3027 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,568.35** | **$773.43** |
|---|---|---|---|---|

**YUNG,CHEE K**
**REDACTED**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3028 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$311.25** | **$153.49** |
|---|---|---|---|---|

**YUSUBOV,GEORGE**
**REDACTED**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3029 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$7,502.83** | **$3,700.03** |
|---|---|---|---|---|

**ZAFRAN,GINA D**
**REDACTED**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3030 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$300.00** | **$147.95** |
|---|---|---|---|---|

**ZAKNOUN,ZAHIA**
**REDACTED**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | | Case number (if known) | **20-10553** |
|---|---|---|---|---|
| | Name | | | |

| 2.3031 | Priority creditor's name and mailing address<br>**ZAKO,HAITHAM**<br>**REDACTED** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,647.88** | **$812.65** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.3032 | Priority creditor's name and mailing address<br>**ZALGHOUT,HASSAN**<br>**REDACTED** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$180.00** | **$88.77** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.3033 | Priority creditor's name and mailing address<br>**ZAMAN,SYED M**<br>**REDACTED** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$180.00** | **$88.77** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.3034 | Priority creditor's name and mailing address<br>**ZAMBRICKI,MICHAEL**<br>**REDACTED** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$29,276.75** | **$14,437.85** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.3035 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$6,084.61** | **$3,000.63** |
|---|---|---|---|---|
| | **ZANETTI,LEAH M**<br>REDACTED | | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.3036 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$2,742.10** | **$1,352.27** |
|---|---|---|---|---|
| | **ZAORSKI,ELISABETH G**<br>REDACTED | | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.3037 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$198.29** | **$97.79** |
|---|---|---|---|---|
| | **ZARAGOZA,ERIC R**<br>REDACTED | | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.3038 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,119.19** | **$551.93** |
|---|---|---|---|---|
| | **ZARATE,MARCO**<br>REDACTED | | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.3039 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $297.60 | $146.76 |
|---|---|---|---|---|
| | **ZARNITSKY,DMITRY** **REDACTED** | Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ■ No ☐ Yes | | |

| 2.3040 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $235.08 | $115.93 |
|---|---|---|---|---|
| | **ZARZYCKI,LANCE J** **REDACTED** | Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ■ No ☐ Yes | | |

| 2.3041 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $462.84 | $228.25 |
|---|---|---|---|---|
| | **ZAVINSKY,JOHN S** **REDACTED** | Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ■ No ☐ Yes | | |

| 2.3042 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $990.96 | $488.69 |
|---|---|---|---|---|
| | **ZAZA,BILAL M** **REDACTED** | Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ■ No ☐ Yes | | |

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.3043 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$300.00** | **$147.95** |
|---|---|---|---|---|
| | **ZELASKO,RONALD J**<br>**REDACTED** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.3044 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,060.34** | **$1,016.06** |
|---|---|---|---|---|
| | **ZELEK,CYNTHIA A**<br>**REDACTED** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.3045 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$177.13** | **$87.35** |
|---|---|---|---|---|
| | **ZELENAK,ANTHONY**<br>**REDACTED** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.3046 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$4,114.65** | **$2,029.14** |
|---|---|---|---|---|
| | **ZENOR,JAMES C**<br>**REDACTED** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.3047 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$769.55** | **$379.50** |
|---|---|---|---|---|

**ZIEGLER,MICHAEL B**
**REDACTED**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.3048 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$185.90** | **$91.68** |
|---|---|---|---|---|

**ZRNICH,DYLAN K**
**REDACTED**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.3049 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$60.00** | **$29.59** |
|---|---|---|---|---|

**ZUBALIK,JOHN W**
**REDACTED**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.3050 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$120.00** | **$59.18** |
|---|---|---|---|---|

**ZUCKER,STEVEN**
**REDACTED**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.3051 | Priority creditor's name and mailing address<br>**ZUE,RUSSELL T**<br>REDACTED | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$2,180.04** | **$1,075.09** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.3052 | Priority creditor's name and mailing address<br>**ZWIESELE,FREDERICK**<br>REDACTED | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$5,246.76** | **$2,587.44** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.3053 | Priority creditor's name and mailing address<br>**ZYCZYNSKI,LAUDIE F**<br>REDACTED | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$3,029.92** | **$1,494.21** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.3054 | Priority creditor's name and mailing address<br>**ZYCZYNSKI,MEGHAN A**<br>REDACTED | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$421.23** | **$207.73** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, accrued vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 2.3055 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $728.73 | $359.37 |
|---|---|---|---|---|

**ZYCZYNSKI,MEGHAN A**
**REDACTED**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.3056 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $792.51 | $390.83 |
|---|---|---|---|---|

**ZYGNER,JEFFREY**
**REDACTED**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.3057 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $990.64 | $488.53 |
|---|---|---|---|---|

**ZYGNER,JEFFREY**
**REDACTED**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, accrued vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

**3.** List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**\*Claim amounts above may be overstated for invoice payments made directly by factor in March 2020 totaling approximately $3 million**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $58,152.09 |
|---|---|---|---|

**11 MILE TRUCK FRAME & AXLE**
**250 CAMBRIDGE AVE.**
**MADISON HTS., MI 48071-3814**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  _Trade Debt_

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$11,147.49** |
|---|---|---|---|

**123 NET**
**BRIDGE COMPANY**
**SUITE 700**
**SOUTHFIELD, MI 48075**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$14,254.77** |
|---|---|---|---|

**125 S. WACKER STREET PROPERTY**
**PO BOX 742636**
**125 SOUTH WACKER DRIVE**
**CHICAGO, IL 60606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$39,192.95** |
|---|---|---|---|

**125 W ARMY TRAIL RD LLC**
**ONE PARKVIEW PLAZA 9TH FLOOR**
**OAKBROOK TERRACE, IL 60181**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$8,657.22** |
|---|---|---|---|

**1850 S. ROCHESTER LLC.**
**12143 ALTAMAR PLACE**
**OAK PARK, MI 48237**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$780.00** |
|---|---|---|---|

**20-20 TECHNOLOGIES COMM. CORP.**
**35730 HERMITAGE CT**
**GRAND RAPIDS, MI 49544**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$660.88** |
|---|---|---|---|

**21ST CENTURY MEDIA - MICHIGAN**
**3996 CHICAGO DRIVE**
**PHILADELPHIA, PA 19178-0154**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$30,000.00** |
|---|---|---|---|

**313 PRESENTS**
**PO BOX 672**
**DETROIT, MI 48201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$11,282.51** |
|---|---|---|---|

**33 MANAGEMENT LLC**
**21040 COOLIDGE HWY.**
**CHICAGO, IL 60654**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$7,927.41** |
|---|---|---|---|

**330ND, LLC**
**CENTRAL AVENUE LANE C8/2**
**200 W. MICHIGAN AVE. SUITE 201**
**KALAMAZOO, MI 49007**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$75.00** |
|---|---|---|---|

**37TH DISTRICT COURT**
**P.O. BOX 643351**
**WARREN, MI 48093**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$11,000.00** |
|---|---|---|---|

**4400 NORTH WOODWARD LLC**
**41216 VINCENTI CT**
**TROY, MI 48084**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$15.00** |
|---|---|---|---|

**52-1 JUDICIAL DISTRICT COURT**
**PO BOX 3305**
**NOVI, MI 48374-1222**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$15.00** |
|---|---|---|---|

**62-B DISTRICT COURT**
**PO BOX 3305**
**KENTWOOD, MI 49512**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$695,428.11** |
|---|---|---|---|

**A AMERICA**
**26500 AGOURA RD #102-875**
**ALGONA, WA 98001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Art Van Furniture, LLC** | | Case number (if known) | **20-10553** |
|---|---|---|---|---|

Name

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $36,844.20 |
|---|---|---|---|

**A&B COMMERCIAL CLEANING**
**DEPT. CH 17747**
**SHELBY TOWNSHIP, MI 48315**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $505,356.53 |
|---|---|---|---|

**ABBYSON LIVING**
**SMEDEGARVEJ 6 TVIS**
**CALABASAS, CA 91302**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67,777.14 |
|---|---|---|---|

**ACADIA MERRILLVILLE REALTY, L.P.**
**ACCT# 0005-00004318**
**P.O. BOX# 415980**
**BOSTON, MA 02241-5980**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9.00 |
|---|---|---|---|

**ACCUSHIELD LLC**
**PO BOX 5016**
**SUITE 360**
**ATLANTA, GA 30339**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,501.89 |
|---|---|---|---|

**ACE-TEX ENTERPRISES**
**P.O. BOX 743162**
**DETROIT, MI 48267-0242**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,519.45 |
|---|---|---|---|

**ACME FURNITURE INDUSTRIES**
**715 N. NEW BALLAS ROAD**
**CITY OF INDUSTRY, CA 91748**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,203.42 |
|---|---|---|---|

**ACTIVE FOAM PRODUCTS INC.**
**7201 E. MCNICHOLS RD.**
**EASTPOINTE, MI 48021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

**3.24** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$25,372.00**

**ADESSO INC.**
**PO BOX 33835**
**2ND FLOOR**
**NEW YORK, NY 10018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.25** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$38.59**

**ADT COMMERCIAL**
**C/O HOME MERIDIAN**
**KANSAS CITY, MO 64187-2987**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.26** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,787.37**

**ADVANCE DISTRIBUTION INC**
**3964 COLLECTION CENTER DRIVE**
**MR. JOHN DYER**
**KOKOMO, IN 46901**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.27** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$73.25**

**AFFORDABLE/AMERIWOOD FURN**
**4103 WAGON WHEEL LANE**
**MEMPHIS, TN 38177-0299**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.28** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$733.00**

**AG/RTB LLC**
**46791 CROSSWICK**
**NEW YORK, NY 10011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.29** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$111,635.53**

**AGREE LIMITED PARTNERSHIP**
**ATTN: MR. LAITH HERMIZ**
**70 E LONG LAKE ROAD**
**BLOOMFIELD HILLS, MI 48304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.30** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$606.50**

**AICO**
**8959 TYLER BLVD.**
**PICO RIVERA, CA 90660**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

**3.31** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,499.14**

**AIR WORKS**
**180 OTTAWA NW**
**MT. CLEMENS, MI 48043**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.32** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,500.00**

**AJN INVESTMENTS LLC**
**PARTS & SERVICE**
**WEST BLOOMFIELD, MI 48325**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.33** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$37,700.00**

**AKA TRUCKING CO INC**
**4230 ORCHARD LAKE RD.**
**CENTERLINE, MI 48015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.34** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$14,640.05**

**ALEX SMITH**
**PO BOX 630871**
**SARASOTA, FL 34236**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.35** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,389.37**

**ALL AMERICA PLYWOOD CO. INC.**
**GRAND RAPIDS NORTH**
**DETROIT, MI 48203-2095**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.36** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$11,128.54**

**ALL QUALITY CONSTRUCTION**
**P.O. BOX 1480, STATION A**
**CHESTERFIELD, MI 48047**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.37** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$29.94**

**ALL TIRE & AUTO SERVICE CENTER**
**PO BOX 740812**
**COMMERCE TOWNSHIP, MI 48382**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$750.00** |
|---|---|---|---|

**ALL TRADE CONTRACTING**
**P.O. BOX 286**
**MILFORD, MI 48381**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$495.12** |
|---|---|---|---|

**ALLSTAR CHAUFFEURED SERVICES**
**22740 VAN DYKE**
**TROY, MI 48084**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$12.97** |
|---|---|---|---|

**ALLSTATE FLORAL**
**803 N  MICHIGAN AVE**
**CERRITOS, CA 90703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,266.15** |
|---|---|---|---|

**ALPHA MEDIA LLC**
**P.O. BOX 81850**
**CREST HILL, IL 40403**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,823.80** |
|---|---|---|---|

**ALPINA MANUFACTURING LLC**
**P.O. BOX 645670**
**CHICAGO, IL 60707**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$11,500.00** |
|---|---|---|---|

**ALPINE MARKET PLACE**
**16082 COLLECTION CENTER DRIVE**
**6500 FOURTEEN MILE RD.**
**WARREN, MI 48092**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$154,701.22** |
|---|---|---|---|

**ALPINE MARKET PLACE CONDO**
**ASSOCIATION**
**6500 FOURTEEN MILE ROAD**
**WARREN, MI 48092**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | | Case number (if known) | **20-10553** |
| | Name | | | |

---

**3.45** | **Nonpriority creditor's name and mailing address**
**ALPINE VALLEY LLC**
**FILE 1414**
**2314 HELEN AVENUE**
**PORTAGE, MI 49002**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$9,294.33**

---

**3.46** | **Nonpriority creditor's name and mailing address**
**Alvarez, Theresa**
**5563 MADERIA**
**SCHAUMBURG, IL 60193**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.47** | **Nonpriority creditor's name and mailing address**
**AMANDA WITMER**
**P.O. BOX 9001099**
**MADISON HEIGHTS, MI 48071**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$70.00**

---

**3.48** | **Nonpriority creditor's name and mailing address**
**AMD LLC.**
**PO BOX 16429**
**1360 PORTER STREET SUITE 210**
**DEARBORN, MI 48124**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$8,650.14**

---

**3.49** | **Nonpriority creditor's name and mailing address**
**AMEREN MISSOURI**
**LEVEL 2 LOTEMAU CENTRE**
**CHICAGO, IL 60680-1068**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$2,955.42**

---

**3.50** | **Nonpriority creditor's name and mailing address**
**AMERICAN DREW**
**LEVEL 2 LOTEMAU CENTRE**
**CHICAGO, IL 60673-1228**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$2,890.40**

---

**3.51** | **Nonpriority creditor's name and mailing address**
**AMERICAN EXPRESS**
**PO BOX 299051**
**FT LAUDERDALE, FL 33329-9051**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Credit Card Fees**

Is the claim subject to offset? ■ No ☐ Yes

**$17,230.27**

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|--------|---------------------------|------------------------|--------------|
| | Name | | |

| 3.52 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$437,735.05** |
|------|------------------------------------------------------|-----------------------------------------------------------------|-----------------|

**AMERICAN EXPRESS**
**8725 REX ROAD**
**LOS ANGELES, CA 90096-0001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,540.00** |
|------|------------------------------------------------------|-----------------------------------------------------------------|-----------------|

**AMERICAN FENCE & SUPPLY CO, INC**
**13870 HORSESHOE DRIVE #5**
**WARREN, MI 48089**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.54 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$197.07** |
|------|------------------------------------------------------|-----------------------------------------------------------------|-----------------|

**AMERICAN INSTITUTE FOR**
**LINE, LTD.**
**30445 NORTHWESTERN HWY.**
**FARMINGTON HILLS, MI 48334**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.55 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$45,775.14** |
|------|------------------------------------------------------|-----------------------------------------------------------------|-----------------|

**AMERICAN LEATHER**
**959 CHICAGO DR SW**
**DALLAS, TX 75236**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$13,166.50** |
|------|------------------------------------------------------|-----------------------------------------------------------------|-----------------|

**AMERICAN SPIRIT MEDIA LLC**
**375 W. SOUTH FRONTAGE RD.**
**BIRMINGHAM, AL 35246-2134**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.57 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$462.59** |
|------|------------------------------------------------------|-----------------------------------------------------------------|-----------------|

**AMERIGAS**
**P.O. BOX 2121**
**PITTSBURGH, PA 15250-7473**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$35.81** |
|------|------------------------------------------------------|-----------------------------------------------------------------|-----------------|

**AMETI, FATIME**
**308 N. MAIN STREET**
**CAROL STREAM, IL 60188**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $31,473.82 |
|---|---|---|---|

**AMI STRATEGIES, INC**
**PO BOX 2175**
**SUITE 125**
**LIVONIA, MI 48152-2600**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $24,075.67 |
|---|---|---|---|

**AMISCO INDUSTRIES LTD**
**1026 W. EL NORTE PKWY #250**
**L'ISLET QC G0R2C0**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $424.00 |
|---|---|---|---|

**ANCHOR WIPING CLOTH COMPANY**
**DEPT 77571**
**DETROIT, MI 48234**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,906.55 |
|---|---|---|---|

**ANDERSEN MATERIAL HANDLING**
**8315 DRURY INDUSTRIAL PKWY**
**PO BOX 1015**
**WIXOM, MI 48393-1015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,045.00 |
|---|---|---|---|

**ANDERSON LAWN CARE**
**P.O. BOX 5996**
**WENTZVILLE, MO 63385**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $435.00 |
|---|---|---|---|

**ANN ARBOR/YPSILANTI REGIONAL**
**12185 ALBEE RD.**
**115 WEST HURON ST. 3RD FLOOR**
**ANN ARBOR, MI 48104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,850.39 |
|---|---|---|---|

**APAC PAPER & PACKAGING CORP.**
**5824 12TH AVE.**
**PO BOX 64000**
**DETROIT, MI 48264**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

| 3.66 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$72.90** |
|---|---|---|---|

**APPLIED IMAGING**
**29 CHURCH**
**CHICAGO, IL 60677-7007**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.67 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$424.61** |
|---|---|---|---|

**APPLIED INDUSTRIAL TECH. INC.**
**UNEMPLOYMENT INSURANCE TAX**
**CHICAGO, IL 60673-1225**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.68 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$15,643.69** |
|---|---|---|---|

**AQUENT LLC.**
**PO BOX 1918**
**CHICAGO, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.69 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$468.11** |
|---|---|---|---|

**ARAMSCO INC.**
**145 GRAND AVENUE**
**PHILADELPHIA, PA 19178-3956**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.70 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$21,208.00** |
|---|---|---|---|

**ARGYLE ACRES MALL**
**12928 SANDOVAL ST**
**295 FIRST MERIT CIRCLE**
**AKRON, OH 44307**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.71 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$422.70** |
|---|---|---|---|

**ART REMEDY LLC**
**DBA CROSLEY BRANDS**
**HOLLYWOOD, FL 33020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.72 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$100.00** |
|---|---|---|---|

**ART VAN FURNITURE TECH PLAZA**
**22168 CHELSEA LN**
**WARREN, MI 48092**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

| 3.73 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,500.00** |
|---|---|---|---|

**ART VAN FURNITURE-CANTON**
**1431 WASHINGTON BLVD.**
**0**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.74 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$500.00** |
|---|---|---|---|

**ART VAN FURNITURE-ROCHESTER**
**ASSISTANCE LLC**
**ROCHESTER HILLS, MI 48307**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.75 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,154.50** |
|---|---|---|---|

**ARTERIORS IMPORT TRADING**
**PO BOX 96030**
**DALLAS, TX 75320-5978**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.76 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$14,093.33** |
|---|---|---|---|

**ASCENSION HEALTH ALLIANCE**
**12900 HALL RD**
**P.O. BOX 505307**
**ST. LOUIS, MO 63150**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.77 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,742.35** |
|---|---|---|---|

**ASCION LLC**
**2308 GRANBY ST**
**PO BOX 87618**
**CHICAGO, IL 60680-0618**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.78 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,087,499.17** |
|---|---|---|---|

**ASHLEY FURNITURE IND INC**
**2750 W GRAND**
**ARCADIA, WI 54612**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.79 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$38,374.31** |
|---|---|---|---|

**ASPEN FURNITURE VALUES INTL.**
**PO BOX 18745**
**PHOENIX, AZ 85043**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

**3.80** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$603.89**

**ASSET ACCEPTANCE LLC.**
**7811 MONTROSE ROAD SUITE 400**
**TROY, MI 48083**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.81** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,700.00**

**ASSOCIATED PRODUCTION MUSIC LLC**
**8300 EAGER RD**
**SUITE 900**
**HOLLYWOOD, CA 90028**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.82** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$46,637.07**

**AT&T**
**7318 W 90TH STREET**
**CAROL STREAM, IL 60197-5080**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.83** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,500.66**

**AT&T TELECONFERENCE SERVICES**
**48700 GRAND RIVER AVE**
**CAROL STREAM, IL 60197-5002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.84** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$873.65**

**AT&T-PO BOX 5014**
**22 JERICHO TURNPIKE**
**CAROL STREAM, IL 60197-5014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.85** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$27,257.71**

**AT&T-PO BOX 5019**
**P.O. BOX 674191**
**CAROL STREAM, IL 60197-5019**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.86** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,677.67**

**AT&T-PO BOX 5091**
**550 W LAFAYETTE BLVD**
**CAROL STREAM, IL 60197-5091**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | | Case number (if known) | **20-10553** |
|---|---|---|---|---|

Name

---

**3.87** | Nonpriority creditor's name and mailing address
**ATLAS DOOR REPAIR**
**C/O RIVER CADDIS DEVELOPMENT**
**SUITE 1**
**PLAINFIELD, IL 60585**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

**$2,452.00**

---

**3.88** | Nonpriority creditor's name and mailing address
**ATTITUDE & EXPERIENCE INC.**
**3813 GLENWOOD AVENUE**
**TRAVERSE CITY, MI 49685**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

**$638.48**

---

**3.89** | Nonpriority creditor's name and mailing address
**AV Pure Sleep Franchising, LLC**
**FILE ID: MIDET117**
**ST. LOUIS, MO 63150**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Intercompany Claim__

Is the claim subject to offset? ■ No ☐ Yes

**$99,160.16**

---

**3.90** | Nonpriority creditor's name and mailing address
**AVENTRIC TECHNOLOGIES**
**3011 LONE WOLF COURT**
**SUITE B**
**WARREN, MI 48091**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

**$62.54**

---

**3.91** | Nonpriority creditor's name and mailing address
**AVF Franchising, LLC**
**6500 East 14 Mile Road**
**Warren, MI 48092**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Intercompany payable__

Is the claim subject to offset? ■ No ☐ Yes

**$4,385,619.95**

---

**3.92** | Nonpriority creditor's name and mailing address
**AVTEX SOLUTIONS LLC**
**25916 DEQUINDRE RD**
**SUITE 300**
**BLOOMINGTON, MN 55431**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

**$85,998.69**

---

**3.93** | Nonpriority creditor's name and mailing address
**Aziz, Syed**
**P.O. BOX 3383**
**CHICAGO, IL 60625**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

**$55.61**

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$494.19** |
|---|---|---|---|

**B&B REPAIRS LTD.**
**UNIT**
**LUCKEY, OH 43443**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,482.00** |
|---|---|---|---|

**B&G ENTERPRISES LLC.**
**5185 HICKORY HILL RD**
**CHARLEVOIX, MI 49720**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$13,975.19** |
|---|---|---|---|

**B.P. OF WHITE LAKE INC.**
**Samoa  Taiwan Branch**
**BIRMINGHAM, MI 48009**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$383,699.50** |
|---|---|---|---|

**BACKER LANDSCAPING INC**
**P.O. BOX 251041**
**ROSEVILLE, MI 48066**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$7,870.31** |
|---|---|---|---|

**BAKER & HOSTETLER LLP**
**1514 SUMMER ST, UNIT B**
**CLEVELAND, OH 44190-0189**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$75.00** |
|---|---|---|---|

**BALANCING ACT INSTALLATIONS IN**
**2604 S. AIRPORT / 501 S UNION**
**BOYNE CITY, MI 49712**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$209,720.10** |
|---|---|---|---|

**BANK OF AMERICA MERCHANT SERVICES**
**PO BOX 18568**
**AUSTIN, TX 78760-8568**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

**3.101** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$439.70**

**BANNERVISION LLC**
**P.O. BOX 37**
**CHICAGO, IL 60654**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.102** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$534.45**

**BARBARA FOLEY**
**P.O. BOX 310407**
**PO BOX 1818**
**MEMPHIS, TN 38101-1818**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.103** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,993.88**

**BARBARA JACOBS PHOTOGRAPHY**
**5101 OLD HWY S #670**
**OAK PARK, MI 48237**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.104** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,554.08**

**BARCODES INC. LLC**
**CART SALES AND SERVICE**
**CHICAGO, IL 60690-0776**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.105** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$19,252.76**

**BASSETT MIRROR CO INC**
**645 3 MILE ROAD NW**
**CHARLOTTE, NC 28260**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.106** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50,077.54**

**BATAVIA RANDALL LLC.**
**5220 SPRING VALLEY ROAD**
**CLIFTON, NJ 07013**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.107** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,866.69**

**BATTLE CREEK CITY TREASURER**
**1724 COOLIDGE**
**BATTLE CREEK, MI 49016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

**3.108** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,489.35**

**BAY CITY TREASURER**
**DEPT OF PUBLIC WORKS**
**301 WASHINGTON AVE**
**BAY CITY, MI 48708**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.109** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$86,314.55**

**BCC WEST II LLC**
**1230 M37 SOUTH**
**1100 PEACHTREE STREET STE 1100**
**ATLANTA, GA 30309**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.110** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,170.00**

**BDP INTERNATIONAL INC.**
**P.O. BOX 554884**
**PHILADELPHIA, PA 19178-2295**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.111** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$36,960.76**

**BEASLEY MEDIA GROUP, LLC**
**2105 LUNT**
**SUITE 200**
**NAPLES, FL 34103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.112** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$323,079.51**

**BEDGEAR, LLC**
**1200 N DETROIT ST.**
**SUITE 101**
**FARMINGDALE, NY 11735**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.113** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$17,356.41**

**BEHOLD WASHINGTON, LLC .**
**CENTERS OF KANSAS, P.A.**
**PO BOX 1000**
**MEMPHIS, TN 38148-3005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.114** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$105,180.39**

**BEHOLD WASHINGTON, LLC.**
**184, SECTOR - 6. IMT MANESAR**
**PO BOX 1000**
**MEMPHIS, TN 38148-3005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 3.115 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $752.07 |
|---|---|---|---|

**BELLE TIRE DISTRIBUTORS**
**DEPT. 78731**
**DETROIT, MI 48264-1612**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,500.00 |
|---|---|---|---|

**BELLEEK POTTERY LTD**
**114 W 26TH STREET**
**10 FRANCIS LANE**
**EAST LYME, CT 06357**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50.00 |
|---|---|---|---|

**Benawra, Minu**
**P.O. BOX 842965**
**SCHAUMBURG, IL 60194**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $88.50 |
|---|---|---|---|

**BENESCH FRIEDLANDER COPLAN &**
**ARONOFF LLP**
**P.O. BOX 644840**
**CLEVELAND, OH 44114**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $241,000.52 |
|---|---|---|---|

**BERNHARDT FURNITURE**
**6460 W CORTLAND ST**
**CHICAGO, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $143,348.40 |
|---|---|---|---|

**BEST CHAIRS INC**
**33 5E RUE**
**CHICAGO, IL 60677-1001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $475.58 |
|---|---|---|---|

**BETTER TRENDS LLC**
**OF COMMERCE**
**SOMERSET, NJ 08873**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number *(if known)* | **20-10553** |
|---|---|---|---|
| | Name | | |

| 3.122 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $130.00 |
|---|---|---|---|

**BILL STARK.**
**8458 FRANCINE**
**WARREN, MI 48091**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12,348.00 |
|---|---|---|---|

**BIRDEYE INC.**
**C/O CWD REAL ESTATE INVESTMENT**
**SUITE 103**
**PALO ALTO, CA 94306**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $240.00 |
|---|---|---|---|

**BIVONA & COMPANY LLC**
**213 PARK ST.**
**PHILADELPHIA, PA 19178-2876**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $624.75 |
|---|---|---|---|

**BLACK DIAMOND BROADCAST HOLDINGS**
**LLC**
**1 MAX PLACE**
**TRAVERSE CITY, MI 49696-6016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,846.25 |
|---|---|---|---|

**BLARNEY STONE BROADCASTING, INC.**
**PO BOX 405607**
**GRAYLING, MI 49738**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $194.46 |
|---|---|---|---|

**BLOOMFIELD TOWNSHIP**
**P.O. BOX 14502**
**P.O. BOX 489**
**BLOOMFIELD TWP., MI 48303**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $13,998.55 |
|---|---|---|---|

**BLOOMINGDALE SQUARE LP**
**P.O. BOX 74008799**
**1540 E. DUNDEE ROAD SUITE 240**
**PALATINE, IL 60074**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

| 3.129 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,042.75** |
|---|---|---|---|

**BLUE BELL MATTRESS COMPANY**
**12434 SOUTH 70TH COURT**
**ROSEVILLE, MI 48066**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Trade Debt_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.130 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$13,100.00** |
|---|---|---|---|

**BLUE BELL MATTRESS COMPANY LLC**
**24 THOMPSON ROAD**
**EAST WINDSOR, CT 06088**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Trade Debt_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.131 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$405,631.60** |
|---|---|---|---|

**BLUE BELL MATTRESS COMPANY.**
**888 WEST BIG BEAVER ROAD**
**ROSEVILLE, MI 48066**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Trade Debt_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$70.75** |
|---|---|---|---|

**BLUE360 MEDIA**
**9181 RUE BOIVIN STREET**
**SALT LAKE CITY, UT 84141-3164**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Trade Debt_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$120.14** |
|---|---|---|---|

**BOLINGBROOK GLASS & MIRROR INC**
**UNITS 6&8 LLC.**
**BOLINGBROOK, IL 60440**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Trade Debt_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$150.00** |
|---|---|---|---|

**BOS**
**PO BOX 74008196**
**ROSELLE, IL 60172-1684**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Trade Debt_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$471.50** |
|---|---|---|---|

**BOYD SPECIALTY SLEEP**
**1950 N. STEMMONS FWY**
**KANSAS CITY, MO 64184-0001**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Trade Debt_

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

| 3.136 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$8,208.67** |
|---|---|---|---|
| | **BRANDON ASSOCIATES SOUTHGATE** | ☐ Contingent | |
| | **24809 NETWORK PLACE** | ☐ Unliquidated | |
| | **MID-AMERICA REAL ESTATE MICH.** | ☐ Disputed | |
| | **BLOOMFIELD HILLS, MI 48304** | | |
| | | **Basis for the claim:  Trade Debt** | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.137 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,453.35** |
|---|---|---|---|
| | **BRAUMILLER LAW GROUP, PLLC** | ☐ Contingent | |
| | **1501 W MARKET ST.** | ☐ Unliquidated | |
| | **SUITE 200** | ☐ Disputed | |
| | **DALLAS, TX 75254** | | |
| | | **Basis for the claim:  Trade Debt** | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.138 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$8,075.25** |
|---|---|---|---|
| | **BRIGHT RIVER USA LLC** | ☐ Contingent | |
| | **ATTN: GREG BAKER** | ☐ Unliquidated | |
| | **PO BOX 123567** | ☐ Disputed | |
| | **DALLAS, TX 75312-3567** | | |
| | | **Basis for the claim:  Trade Debt** | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.139 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$7,000.00** |
|---|---|---|---|
| | **BRIGHTON GATE COMMONS** | ☐ Contingent | |
| | **P.O. BOX 164138** | ☐ Unliquidated | |
| | **32820 WOODWARD AVE. STE 240** | ☐ Disputed | |
| | **ROYAL OAK, MI 48073** | | |
| | | **Basis for the claim:  Trade Debt** | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.140 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$7,300.25** |
|---|---|---|---|
| | **BRINK'S INC.** | ☐ Contingent | |
| | **4350 DELEMERE BLVD.** | ☐ Unliquidated | |
| | **CHICAGO, IL 60677-7003** | ☐ Disputed | |
| | | **Basis for the claim:  Trade Debt** | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.141 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$30.00** |
|---|---|---|---|
| | **BRITTANY ANDERSON** | ☐ Contingent | |
| | **PO BOX 932621** | ☐ Unliquidated | |
| | **WATERFORD, MI 48329** | ☐ Disputed | |
| | | **Basis for the claim:  Trade Debt** | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.142 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$65,048.67** |
|---|---|---|---|
| | **BRIXMOR HERITAGE SQUARE, LLC** | ☐ Contingent | |
| | **C/O BRIXMOR PROPERTY GROUP** | ☐ Unliquidated | |
| | **P.O. BOX 645346** | ☐ Disputed | |
| | **CINCINNATI, OH 45264-5346** | | |
| | | **Basis for the claim:  Trade Debt** | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

**3.143** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$230,202.75**

**BRIXMOR HOLDINGS 1 SPE LLC**
**PO BOX 645324**
**CINCINNATI, OH 45264-5324**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Real property tax**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.144** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,380,772.90**

**BROADSTONE REAL ESTATE**
**800 CLINTON SQUARE**
**ROCHESTER,, NY 14604**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.145** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,056.07**

**BRONER INC**
**2675 BEACON HILLS DR**
**DETROIT, MI 48267-4350**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.146** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,496.47**

**BRUCE BOCHENEK SALES**
**1240 FRANKLIN ST.**
**BRIDGEVIEW, IL 60455**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.147** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$964.02**

**BRUNSCHWIG & FILS**
**21711 MICHIGAN AVE.**
**NEW YORK, NY 10087-9413**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.148** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$611.16**

**BUCKTOWN POWER LLC**
**1 MAX PLACE**
**50 LOUIS SUITE 600**
**GRAND RAPIDS, MI 49503**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.149** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,002.00**

**BUD'S WRECKER SERVICE**
**4185 E 14 MILE RD**
**GRAND RAPIDS, MI 49509**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

**3.150** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$32.00**

**Burtis, Steven**
**26600 HEYN DRIVE**
**MARSHALL, MI 49068**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.151** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,463.11**

**C&N PARTY RENTALS LLC.**
**CLIENT ID# 311**
**ROYAL OAK, MI 48073**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.152** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$26,512.97**

**C.A. SHORT COMPANY INC.**
**101 EAST LAKE STREET**
**CHARLOTTE, NC 28289-0151**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.153** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$981.75**

**CADILLAC TELECASTING COMPANY**
**10300 W. BUCKEYE RD**
**OAKLAND TWP, MI 48306**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.154** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$25,256.52**

**CADRE**
**14400 DIX TOLEDO ROAD**
**CINCINNATI, OH 45202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.155** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$428.00**

**CANTON CHAMBER OF COMMERCE**
**TAXATION DEPARTMENT**
**CANTON, MI 48187-4775**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.156** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$183,501.62**

**CANYON FURNITURE COMPANY**
**P.O. BOX 371496**
**PO BOX 2107**
**SEFFNER, FL 33583**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

**3.157** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$7,813.34**

**CAPITAL ALLIANCE CORP.**
**RHODES PLC.**
**6246 W. STERNS ROAD**
**OTTAWA LAKE, MI 49267**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Date(s) debt was incurred __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.158** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$280.00**

**CARLSON DASH LLC**
**PO BOX 743299**
**PLEASANT PRAIRIE, WI 53158**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Date(s) debt was incurred __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.159** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$45.00**

**CAROLINA CHAIR & TABLE CO.**
**P.O. BOX 71225**
**GREENSBORO, NC 27419**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Date(s) debt was incurred __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.160** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$93,205.75**

**CARROLL SEATING COMPANY**
**P.O. BOX 6463**
**ELK GROVE, IL 60007**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Date(s) debt was incurred __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.161** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,240.00**

**CASANA FURNITURE COMPANY**
**4333 S. PULASKI RD.**
**PALATINE, IL 60055-7747**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Date(s) debt was incurred __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.162** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$28,612.74**

**CASANA FURNITURE COMPANY LTD**
**TREASURY**
**PALATINE, IL 60055-7747**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Date(s) debt was incurred __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.163** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$42.00**

**CASEYVILLE TOWNSHIP SEWER SYST**
**PO BOX 530930**
**FAIRVIEW HEIGHTS, IL 62208**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Date(s) debt was incurred __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

**3.164** Nonpriority creditor's name and mailing address

**CASTERS & EQUIPMENT CO**
**C/O TENNANT & ASSOCIATES**
**FRASER, MI 48026**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$2,353.00**

---

**3.165** Nonpriority creditor's name and mailing address

**CASUAL CUSHION CORP**
**3001 OAKMEAD VILLAGE DR**
**ROCK HILL, SC 29730**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$444.56**

---

**3.166** Nonpriority creditor's name and mailing address

**CATNAPPER**
**P.O. BOX 782773**
**CLEVELAND, TN 37364-1359**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$672.75**

---

**3.167** Nonpriority creditor's name and mailing address

**CBS CORPORATION**
**P.O. BOX 674487**
**BALTIMORE, MD 21211**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$28,071.25**

---

**3.168** Nonpriority creditor's name and mailing address

**CBS TELEVISION STATION**
**C/O MATT DROZD**
**SOUTHFIELD, MI 48033**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$50,205.25**

---

**3.169** Nonpriority creditor's name and mailing address

**CDW DIRECT**
**PREVENTIVE MEDICINE**
**CHICAGO, IL 60675-5723**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$153,031.15**

---

**3.170** Nonpriority creditor's name and mailing address

**CENTRAL MICHIGAN UNIVERSITY**
**4940 DISTRICT BLVD**
**MT. PLEASANT, MI 48858**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$350.00**

---

| Debtor | **Art Van Furniture, LLC** | Case number *(if known)* | **20-10553** |
| | Name | | |

---

**3.171** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$9,386.67**

**CENTRAL WAYNE PROPERTIES LLC**
**P.O. BOX 4751**
**700 N. OLD WOODWARD AVENUE**
**BIRMINGHAM, MI 48009**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.172** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$106,000.20**

**CENTURY FURNITURE COMPANY**
**1032 SOUTH ROCHESTER RD.**
**ATLANTA, GA 30384-5607**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.173** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$9,599.26**

**CENTURYLINK BUSINESS SERVICES**
**2710 CURTISS ST.**
**PHOENIX, AZ 85072-2187**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.174** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$9,152.89**

**CERTEGY PAYMENT SOLUTIONS LLC**
**LOCKBOX #17096**
**ATLANTA, GA 31193-6733**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.175** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$86,322.85**

**CH ROBINSON WORLDWIDE INC.**
**23900 W. INDUSTRIAL DRIVE S.**
**MINNEAPOLIS, MN 55480-9121**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.176** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$415.00**

**CHADDOCK**
**P.O.BOX 21082**
**MORGANTON, NC 28680**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.177** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$43,200.00**

**CHAMELEON COLLECTIVE INC.**
**P.O. BOX 890151**
**DAVIE, FL 33328**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

**3.178** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,320.86**

**CHAPTER 13 TRUSTEE-PO BOX 2018**
**12226 STALLMAN RD**
**MEMPHIS, TN 38101-2018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.179** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$379.86**

**CHAPTER 13 TRUSTEE-PO BOX 2039**
**31000 NORTHWESTERN HIGHWAY**
**MEMPHIS, TN 38101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.180** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$103.85**

**CHAPTER 13 TRUSTEE-PO BOX 2175**
**PO BOX 2970**
**MEMPHIS, TN 38101-2175**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.181** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$136.00**

**CHAPTER 13 TRUSTEE-PO BOX 588**
**40920 EXECUTIVE DRIVE**
**PO BOX 588**
**MEMPHIS, TN 38101-0588**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.182** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$15,789.59**

**CHARTER COMMUNICATIONS HOLDINGS,**
**LLC**
**PO DRAWER L**
**ST LOUIS, MO 63131-3674**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.183** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$96.09**

**CHARTER TWP. OF PLYMOUTH**
**P O BOX 1969**
**PLYMOUTH, MI 48170**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.184** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$28,379.70**

**CHATEAU D'AX**
**DEPT 3101**
**CHARLOTTE, NC 28233-3441**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 3.185 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $267.19 |
|---|---|---|---|

**CHELSEA HOUSE**
**8TH STREET BASNI PHASE II NEAR**
**ROCKY MOUNT, NC 27802-0672**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.186 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $381.70 |
|---|---|---|---|

**CHERRYLAND ELECTRIC CO-OP INC.**
**P.O. BOX 781363**
**GRAWN, MI 49637-0500**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.187 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,320.50 |
|---|---|---|---|

**CHESAPEAKE MEDIA I,  LLC**
**2977 LENOX DRIVE**
**DALLAS, TX 75320-6270**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.188 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,083.33 |
|---|---|---|---|

**CHESTERFIELD COMMONS ASSOC.**
**410 EAST FIRST STREET SOUTH**
**BIRMINGHAM, MI 48009**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.189 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $338.07 |
|---|---|---|---|

**CHF INDUSTRIES INC**
**6650 HIGHLAND ROAD**
**NEW YORK, NY 10016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.190 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $275,000.00 |
|---|---|---|---|

**CHICAGO BEARS FOOTBALL CLUB INC.**
**14038 PARK PLACE**
**LAKE FOREST, IL 60045**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.191 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,480.00 |
|---|---|---|---|

**CHICAGO SERVICE SOURCE INC.**
**9B BUILDING 10 MOONBAY GARDEN**
**CHICAGO, IL 60632**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

| 3.192 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$222,891.23** |
|---|---|---|---|

**CHICAGO TRIBUNE**
**C/O MIDWEST REALTY GROUP**
**CHICAGO, IL 60693-0148**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.193 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$15,749.90** |
|---|---|---|---|

**CINTAS CORPORATE SERVICES**
**118 N. CLARK ST. ROOM 120**
**CINCINNATI, OH 45263-5208**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.194 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,732.00** |
|---|---|---|---|

**CITICASTERS CO**
**P.O. BOX 180073**
**CHICAGO, IL 60693-0039**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.195 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,677.80** |
|---|---|---|---|

**CITY ELECTRIC SUPPLY**
**3750 ADMIRAL DRIVE UNIT 102**
**WILBRAHAM, MA 01095**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.196 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$906.60** |
|---|---|---|---|

**CITY OF ANN ARBOR DETROIT**
**9150 JOEL RD.**
**P.O. BOX 77000**
**DETROIT, MI 48277-0610**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.197 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,347.53** |
|---|---|---|---|

**CITY OF BATAVIA**
**625 HASTINGS AVE**
**BATAVIA, IL 60510**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.198 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$396.55** |
|---|---|---|---|

**CITY OF BATTLE CREEK**
**34410 ROSATI AVE.**
**PO BOX 235**
**BATTLE CREEK, MI 49016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

**3.199**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$80.00** |
|---|---|---|
| **CITY OF BAY CITY**<br>**DEPT# 34516**<br>**BAY CITY, MI 48708** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Trade Debt** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

---

**3.200**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,525.00** |
|---|---|---|
| **CITY OF BRIDGETON**<br>**1520 S VANDEVENTER AVD**<br>**BRIDGETON, MO 63044** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Trade Debt** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.201**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$423.00** |
|---|---|---|
| **CITY OF BURTON**<br>**P.O. BOX 803707**<br>**4303 S. CENTER RD.**<br>**BURTON, MI 48519** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Trade Debt** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.202**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,723.60** |
|---|---|---|
| **CITY OF DEARBORN - WATER**<br>**DEPT OF BUSINESS SERVICES**<br>**P.O. BOX 30516**<br>**LANSING, MI 48909-8016** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Trade Debt** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.203**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$149.36** |
|---|---|---|
| **CITY OF FERNDALE**<br>**P.O. BOX 641034**<br>**DETROIT, MI 48267-4487** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Trade Debt** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.204**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$100.00** |
|---|---|---|
| **CITY OF GROSSE POINTE**<br>**2809 SOUTH 160TH ST.**<br>**GROSSE POINTE, MI 48230** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Trade Debt** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.205**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$499.01** |
|---|---|---|
| **CITY OF HIGHLAND PARK**<br>**43320 NORTH GRATIOT**<br>**P.O. BOX 239**<br>**EATON RAPIDS, MI 48827-0239** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Trade Debt** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Art Van Furniture, LLC** | Case number (*if known*) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

| 3.206 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$20.00** |
|---|---|---|---|

**CITY OF JOLIET**
P.O. BOX 95904
150 W. JEFFERSON STREET
JOLIET, IL 60432

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.207 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$511.39** |
|---|---|---|---|

**CITY OF LIVONIA WATER DEPT**
P.O. BOX 30158
DETROIT, MI 48267-4191

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.208 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,705.66** |
|---|---|---|---|

**CITY OF NAPERVILLE**
PO BOX 6593
CAROL STREAM, IL 60197-4231

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.209 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$363.52** |
|---|---|---|---|

**CITY OF NORTON SHORES-WATER
& MYERS P.C.**
4814 HENRY ST.
NORTON SHORES, MI 49441

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.210 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$33.11** |
|---|---|---|---|

**CITY OF NOVI WATER
DEPT. 3618**
DETROIT, MI 48232-5321

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.211 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$280.70** |
|---|---|---|---|

**CITY OF O'FALLON**
545 E JOHN CARPENTER FREEWAY
KANSAS CITY, MO 64187-0643

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.212 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,720.91** |
|---|---|---|---|

**CITY OF PETOSKEY**
C/O LENETTE REALTY & INV. CO.
PETOSKEY, MI 49770

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 3.213 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $167.60 |
|---|---|---|---|

**CITY OF PORTAGE**
**35532 MOUND AVENUE**
**PORTAGE, MI 49002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.214 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $572.08 |
|---|---|---|---|

**CITY OF SOUTHFIELD WATER DEPT.**
**PO BOX 279**
**DETROIT, MI 48232-0835**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.215 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $21.10 |
|---|---|---|---|

**CITY OF SOUTHGATE**
**2392 ROYAL AVE.**
**SOUTHGATE, MI 48195**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.216 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $227.98 |
|---|---|---|---|

**CITY OF TOLEDO-DEPARTMENT OF**
**P.O. BOX 856690**
**OHIO BUILDING**
**TOLEDO, OH 43699-0017**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.217 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,360.19 |
|---|---|---|---|

**CITY OF WARREN, WATER DEPT**
**8515 15 MILE ROAD**
**DETROIT, MI 48255-4765**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.218 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $644.30 |
|---|---|---|---|

**CITY OF WESTLAND WATER &**
**24300 KARIM BLVD.**
**P.O. BOX 551807**
**DETROIT, MI 48255-1807**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.219 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $195.35 |
|---|---|---|---|

**CITY UTILITIES**
**KOTH, GREGORY & NIEMINSKI PC**
**CAROL STREAM, IL 60197-4632**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

**3.220** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$18,400.00**

**CJ SOLUTIONS GROUP INC**
**6972 PUTTYGUT RD**
**ESCONDIDO, CA 92026**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.221** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$30,315.00**

**CLASS PAINTING INC.**
**PO BOX 33441**
**WATERFORD, MI 48327**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.222** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$92,814.52**

**CLASSIC BRANDS LLC**
**P.O. BOX 5002**
**PHILADELPHIA, PA 19182-9810**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.223** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$34,145.07**

**CLASSIC HEATING & COOLING**
**PO BOX 405607**
**ROMEO, MI 48065**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.224** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$7,095.00**

**CLEAN FLEET SYSTEMS LLC**
**OAKLAND COUNTY COURTHOUSE**
**GRAND RAPIDS, MI 49525**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.225** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$28,890.00**

**CLEAR CHANNEL OUTDOOR HOLDINGS,**
**INC**
**100 N. ISLAND AVE.**
**SUITE 111**
**SAN ANTONIO, TX 78249**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.226** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$566,185.05**

**CLEARPRISM LLC.**
**P.O. BOX 670242**
**7TH FLOOR**
**DALLAS, TX 75201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

**3.227** | Nonpriority creditor's name and mailing address
**CLINTON TWP. TREASURER**
**1760 S TELEGRAPH RD**
**DETROIT, MI 48255-3160**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$234.68**

---

**3.228** | Nonpriority creditor's name and mailing address
**COASTAL NETWORK CONSULTING**
**45525 HANFORD ROAD**
**OCEAN CITY, NJ 08226**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$41,973.17**

---

**3.229** | Nonpriority creditor's name and mailing address
**COASTER CO OF AMERICA**
**PO BOX 733909**
**SANTE FE SPRINGS, CA 90670**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$32,628.48**

---

**3.230** | Nonpriority creditor's name and mailing address
**COGNIZANT WORLDWIDE LIMITED**
**2810 W. CHARLESTON BLVD.**
**TEANECK, NJ 07666**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$432,986.25**

---

**3.231** | Nonpriority creditor's name and mailing address
**COLDWATER DEVELOPMENT CO. LLC.**
**501 SOUTH GARY**
**SUITE 100**
**INDIANAPOLIS, IN 46280**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$51,549.26**

---

**3.232** | Nonpriority creditor's name and mailing address
**COLLECTOR OF REVENUE**
**41 S CENTRAL 8TH FLOOR**
**Saint Louis, MO 63105**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Property tax estimate - Richmond, MD**

Is the claim subject to offset? ■ No ☐ Yes

**$20,199.24**

---

**3.233** | Nonpriority creditor's name and mailing address
**COLLEN ZELLMER LINARES**
**7411 CENTRAL AVE**
**ALEXANDRIA, VA 22302**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$306.47**

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

| 3.234 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,617.03** |
|---|---|---|---|

**COLUMBIA GAS OF OHIO**
**CHACABUCO 320**
**CINCINNATI, OH 45274-2510**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.235 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$210.00** |
|---|---|---|---|

**COLUMBIASOFT**
**COMPENSATION**
**SUITE 190**
**PORTLAND, OR 97224**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.236 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$716.10** |
|---|---|---|---|

**COLUMBUS SEWER & WATER SERV.**
**P.O. BOX 933715**
**COLUMBUS, OH 43218-2882**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.237 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$13,406.63** |
|---|---|---|---|

**COMBINED COMMUNICATIONS OF**
**OKLAHOMA, LLC**
**HOTEL & CONFERENCE CENTER**
**GRAND RAPIDS, MI 49544**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.238 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$56,095.33** |
|---|---|---|---|

**COMCAST HOLDINGS CORPORATION**
**6514 OLD LAKE ROAD**
**BOSTON, MA 02241-5949**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.239 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,242.32** |
|---|---|---|---|

**COMCAST-PHILADELPHIA**
**P.O. BOX 13848**
**PHILADELPHIA, PA 19176-0219**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.240 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$42,318.65** |
|---|---|---|---|

**COMED**
**201 E. 5TH ST. SUITE 1800**
**CAROL STREAM, IL 60197-6111**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 3.241 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,390,690.26 |
|---|---|---|---|

**Comfort Mattress, LLC**
**ST LOUIS COUNTY**
**CLAYTON, MO 63105**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Intercompany Claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.242 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,006.95 |
|---|---|---|---|

**COMFORT RESEARCH**
**PO BOX 896624**
**GRAND RAPIDS, MI 49504**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.243 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,870.48 |
|---|---|---|---|

**COMM-WORKS LLC**
**P.O. BOX 2269**
**PLYMOUTH, MN 55441**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.244 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $690.14 |
|---|---|---|---|

**COMMUNICATION DESIGNS LLC.**
**C/O BREAD OF LIFE LLC**
**CHINA TWP., MI 48054**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.245 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $666.82 |
|---|---|---|---|

**COMPLETE AUTO GLASS**
**7574 ELDERKIN COURT**
**KENTWOOD, MI 49518**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.246 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $96.68 |
|---|---|---|---|

**COMPLETE SOLUTIONS & SOURCING**
**256 W DATA DR.**
**MONTROSE, NY 10548**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.247 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $42,199.13 |
|---|---|---|---|

**COMPONE ADMINISTRATORS INC.**
**3625 E. PHILADELPHIA ST.**
**SUITE 400**
**NOVI, MI 48375**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

| 3.248 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$122.50** |
|---|---|---|---|

**CONCENTRA OCCUPATIONAL HEALTH .**
**25675 WEST EIGHT MILE RD.**
**P.O. BOX 369**
**LOMBARD, IL 60148-0369**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.249 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,435.00** |
|---|---|---|---|

**CONCENTRA OCCUPATIONAL HEALTH.**
**P.O. BOX 847891**
**P.O. BOX 5106**
**SOUTHFIELD, MI 48086-5106**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.250 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$106,385.99** |
|---|---|---|---|

**CONSUMERS ENERGY**
**6500 14 MILE ROAD**
**CINCINNATI, OH 45274-0309**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.251 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$438,492.58** |
|---|---|---|---|

**Cook County Treasurer**
**PO Box 805438**
**Chicago, IL 60680-4116**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Property tax estimate - Bedford Park, IL**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.252 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$512,733.81** |
|---|---|---|---|

**Cook County Treasurer**
**PO Box 805438**
**Chicago, IL 60680-4116**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Property tax estimate - Harwood Heights, IL**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.253 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$481,913.00** |
|---|---|---|---|

**Cook County Treasurer**
**PO Box 805438**
**Chicago, IL 60680-4116**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Property tax estimate - Schaumburg, IL**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.254 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$15,402.12** |
|---|---|---|---|

**CORPORATE EAGLE MGT. SERVICES**
**CONSULTANTS, LLC**
**WATERFORD, MI 48327**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | | Case number (if known) | **20-10553** |
|---|---|---|---|---|

Name

---

**3.255**

**Nonpriority creditor's name and mailing address**

**CORPORATE SERVICES**
**P.O. BOX 3140**
**P.O. BOX 1048**
**DANDRIDGE, TN 37725**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$500.00**

---

**3.256**

**Nonpriority creditor's name and mailing address**

**CORSICANA MATTRESS COMPAN**
**ACCOUNTING DEPARTMENT**
**CORSICANA, TX 75151**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$41,022.00**

---

**3.257**

**Nonpriority creditor's name and mailing address**

**CORSICANA MATTRESS COMPANY**
**P.O. BOX 88034**
**CORSICANA, TX 75151**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$199,943.00**

---

**3.258**

**Nonpriority creditor's name and mailing address**

**COUNTRY CORNERS**
**24809 NETWORK PLACE**
**2079 RELIABLE PARKWAY**
**CHICAGO, IL 60686**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$8,342.50**

---

**3.259**

**Nonpriority creditor's name and mailing address**

**COUNTY COLLECTOR ST CLAIR COUNTY**
**10 PUBLIC SQUARE**
**Belleville, IL 62220**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Property tax estimate - Fairview Heights, IL**

Is the claim subject to offset? ■ No ☐ Yes

**$81,590.76**

---

**3.260**

**Nonpriority creditor's name and mailing address**

**COURIER & PRESS**
**17730 E. 14 MILE RD.**
**CINCINNATI, OJ 45263-0871**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$734.63**

---

**3.261**

**Nonpriority creditor's name and mailing address**

**COX, KHARI**
**1990 E. ALGONQUIN RD. STE 180**
**DETROIT, MI 48224**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$7.00**

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

| 3.262 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$29,250.00** |
|---|---|---|---|

**COYOTE LOGISTICS LLC**
**DEPT# 77610**
**ATLANTA, GA 30374-2636**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.263 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$148,851.00** |
|---|---|---|---|

**COZZIA USA LLC**
**PO BOX 11407**
**COVINA, CA 91724**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.264 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$181.67** |
|---|---|---|---|

**CRAIG S SCHOENHERR SR**
**1000 INDUSTRIAL PARK ROAD**
**SUITE 350**
**STERLING HTS, MI 48313-1151**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.265 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,192.18** |
|---|---|---|---|

**CRAMCO INC.**
**6200 AVALON BLVD.**
**PHILADELPHIA, PA 19134**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.266 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$15,000.00** |
|---|---|---|---|

**CREATIVE CIRCLE LLC.**
**PO BOX 1050**
**CHICAGO, IL 60674-8799**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.267 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$151.24** |
|---|---|---|---|

**CREATIVE SPECIALTIES CO**
**1 PICNIC COURT**
**MADISON HEIGHTS, MI 48071-4240**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.268 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$28,750.74** |
|---|---|---|---|

**CREDENTIAL CHECK CORPORATION**
**12355 NATURAL BRIDGE ROAD**
**SUITE 300**
**TROY, MI 48083**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

**3.269** | Nonpriority creditor's name and mailing address

**CROSS GRAND PLAZA LLC**
**PO BOX 531634**
**LAKE ORION, MI 48362**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$6,517.00**

---

**3.270** | Nonpriority creditor's name and mailing address

**CROSSLAYER INC.**
**33096 COLLECTIONS CENTER DRIVE**
**NEW YORK, NY 10001**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$285.00**

---

**3.271** | Nonpriority creditor's name and mailing address

**CROWN EQUIPMENT CORPORATION**
**1331 CONANT ST**
**CINCINNATI, OH 45264-1173**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$7,064.53**

---

**3.272** | Nonpriority creditor's name and mailing address

**CRYSTAL CLEAR WINDOW WASHING**
**P.O. BOX 71172**
**BOLINGBROOK, IL 60440**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$6,200.00**

---

**3.273** | Nonpriority creditor's name and mailing address

**CULLIGAN OF ANN ARBOR/DETROIT**
**3073 PALISADES COURT**
**WICHITA, KS 67201-2932**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$65.00**

---

**3.274** | Nonpriority creditor's name and mailing address

**CULLIGAN OF BOLINGBROOK**
**PO BOX 159**
**SUITE B**
**BOLINGBROOK, IL 60440**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$138.13**

---

**3.275** | Nonpriority creditor's name and mailing address

**CULLIGAN WATER CONDITIONING**
**WEBER & OLCESE**
**FLINT, MI 48507-3906**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$114.00**

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 3.276 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$9,718.25** |
|---|---|---|---|

**CUMULUS MEDIA NEW HOLDINGS INC**
**2154 PAYSPHERE CIRCLE**
**FLINT, MI 48507**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.277 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$20,927.00** |
|---|---|---|---|

**CUMULUS MEDIA NEW HOLDINGS INC.**
**500 FRANK W BURR BLVD**
**FLINT, MI 48507**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.278 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$35,325.15** |
|---|---|---|---|

**CUMULUS MEDIA NEW HOLDINGS, INC**
**3725 MALDEN AVENUE**
**FLINT, MI 48507**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.279 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$13,276.25** |
|---|---|---|---|

**CUMULUS RADIO CORPORATION**
**968 ASHBROOK CIRCLE**
**CHICAGO, IL 60689**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.280 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$373.92** |
|---|---|---|---|

**CURREY AND COMPANY INC**
**P.O. BOX 222**
**ATLANTA, GA 30340**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.281 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,098.03** |
|---|---|---|---|

**CURTIS 1000 INC.**
**311 EAST FIRST AVE**
**MILWAUKEE, WI 53288-0237**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.282 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$13,212.37** |
|---|---|---|---|

**CURVATURE LLC**
**P.O. BOX 301133**
**SANTA BARBARA, CA 93117**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 3.283 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,600.97** |
|---|---|---|---|

**CWD GRANDVILLE 1, LLC.**
**A DIVISION OF THE DIXIE GROUP**
**50 LOUIS STREET NW SUITE 600**
**GRAND RAPIDS, MI 49503**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.284 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$310.00** |
|---|---|---|---|

**CYAN DESIGNS**
**7351 MCGUIRE BLVD**
**FORT WORTH, TX 76161**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.285 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50.00** |
|---|---|---|---|

**Czaplicki, Jeanette**
**3518 FENTON RD.**
**LEMONT, IL 60439**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.286 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$108,000.00** |
|---|---|---|---|

**DALTON FLOORING OUTLET LLC**
**46511 VAN DYKE AVE**
**SHELBY TOWNSHIP, MI 48317**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.287 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$85,905.04** |
|---|---|---|---|

**DALYN RUG COMPANY**
**3500 AMERICAN BLVD. WEST**
**DALTON, GA 30722-1031**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.288 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$22,869.19** |
|---|---|---|---|

**DAN SLANEC HEATING & COOLING**
**8214 WELLMOOR COURT**
**CLINTON TWP., MI 48035**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.289 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$140.74** |
|---|---|---|---|

**DAVID A. BADER**
**PO BOX 2072**
**CINCINATTI, OH 45242**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

| 3.290 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$18,712.00** |
|---|---|---|---|

**DBD AVF LLC**
**32711 COLLECTION CENTER DRIVE**
**CHICAGO, IL 60693-0327**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Illinois sales and use tax**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.291 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$20,296.87** |
|---|---|---|---|

**DBD AVF LLC**
**1225 MARTIN CUSTIS DR# 1009**
**32711 COLLECTION CENTER DRIVE**
**CHICAGO, IL 60693-0327**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.292 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$94,117.47** |
|---|---|---|---|

**DBD AVF LLC**
**C/O FORTRESS CREDIT ADVISORS**
**32711 COLLECTION CENTER DRIVE**
**CHICAGO, IL 60693-0327**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.293 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$14,625.00** |
|---|---|---|---|

**DDI MEDIA**
**5990 WHITTIER**
**ST. LOUIS, MO 63114**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.294 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$430.00** |
|---|---|---|---|

**DEARBORN AREA CHAMBER**
**P.O. BOX 790247**
**22100 MICHIGAN AVENUE**
**DEARBORN, MI 48124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.295 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,710.00** |
|---|---|---|---|

**DELOITTE TAX LLP**
**1273 BOUL ST-LAURENT QUEST**
**DALLAS, TX 75284-4736**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.296 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$179.46** |
|---|---|---|---|

**DELTA CHARTER TWP**
**17050 MASONIC**
**LANSING, MI 48917**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

| 3.297 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$246.44** |
|---|---|---|---|

**DELTA ENTERPRISES**
**226 RUSSELL ST**
**NEW YORK, NY 10001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.298 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$699,768.22** |
|---|---|---|---|

**DEMATIC CORP.**
**29199 W. SIX MILE RD.**
**CHICAGO, IL 60673-1684**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.299 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,801.00** |
|---|---|---|---|

**DENNIS CARNEY**
**149 MOREWOOD AVE**
**1115 N. IRISH ROAD**
**DAVISON, MI 48423**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.300 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$54,000.00** |
|---|---|---|---|

**DESCARTES SYSTEMS (USA) LLC**
**30450 LITTLE MACK**
**P.O. BOX 404037**
**ATLANTA, GA 30384-4037**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.301 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$65,131.22** |
|---|---|---|---|

**DETROIT AUTO ELECTRIC**
**3033 RIVIERA DRIVE**
**OAK PARK, MI 48237-3203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.302 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$36,141.70** |
|---|---|---|---|

**DETROIT DINING COMPANY**
**DEPT. CH 17747**
**Pigeon, MI 48755**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.303 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$59.50** |
|---|---|---|---|

**DETROIT INTERNATIONAL**
**C/O FIRST HOLDING MGT. COMPANY**
**P.O. BOX 32666**
**DETROIT, MI 48232**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **Art Van Furniture, LLC** | | Case number (if known) | **20-10553** |
|---|---|---|---|---|

Name

---

**3.304**

**Nonpriority creditor's name and mailing address**

**DETROIT INTL. BRIDGE CO. CND**
**4211 S. MLK BLVD.**
**WINDSOR ON N9A 6R6**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$63.00**

---

**3.305**

**Nonpriority creditor's name and mailing address**

**DETROIT TOWING GROUP INC.**
**7710 W SAGINAW HWY**
**ST. CLAIR SHORES, MI 48081**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$11,510.00**

---

**3.306**

**Nonpriority creditor's name and mailing address**

**DETROIT WOODWORKING LLC**
**1005 W. MAIN STREET**
**ST. CLAIR SHORES, MI 48080**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,344.52**

---

**3.307**

**Nonpriority creditor's name and mailing address**

**DHI EQUIPMENT SALES & SERVICE**
**5091 COMMERCE RD**
**NOVI, MI 48375**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$894.56**

---

**3.308**

**Nonpriority creditor's name and mailing address**

**DIAMOND SPORTS INTERMEDIATE**
**HOLDINGS A,**
**231 W INLET ROAD**
**CHICAGO, IL 60693**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$21,619.75**

---

**3.309**

**Nonpriority creditor's name and mailing address**

**DIGI-UPS LLC.**
**PO BOX 9121**
**SOUTHFIELD, MI 48034**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$33,000.00**

---

**3.310**

**Nonpriority creditor's name and mailing address**

**DINEC, DIVISION OF BDM FURN.**
**10411 CORPORATE DRIVE STE 100**
**LOUISEVILLE QC J5V2L4**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$39,147.96**

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|

Name

---

| 3.311 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$762.58** |
|---|---|---|---|

**DIRECTV**
**UNIT 3 A-8 LEVEL 3A LABUAB**
**CAROL STREAM, IL 60197-5006**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number _____

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.312 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,518.37** |
|---|---|---|---|

**DISCOVER**
**PO BOX 498181**
**CINCINNATI, OH 45249-8181**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number _____

Basis for the claim: **Credit Card Fees**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.313 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,966.70** |
|---|---|---|---|

**DISCOVERY BENEFITS INC.**
**P.O. BOX 538450**
**FARGO, ND 58106-9528**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number _____

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.314 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,092.52** |
|---|---|---|---|

**DISPLAYS 2 GO**
**PO BOX 696**
**CHICAGO, IL 60673-1292**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number _____

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.315 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$53,360.33** |
|---|---|---|---|

**DOCKTER CHINA LIMITED**
**1362 W. FULTON ST.**
**DONGCHENG RD**
**DONGGUAN CITY, GU 00052-3110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number _____

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.316 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$26,596.88** |
|---|---|---|---|

**DOMUS VITA INC.**
**DEPT. OF PUBLIC WORKS / WATER**
**TUPELO, MS 38802**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number _____

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.317 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$430.12** |
|---|---|---|---|

**DOREL HOME FURNISHINGS**
**BINH CHANH DONG**
**WRIGHT CITY, MO 63390**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number _____

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Art Van Furniture, LLC**     Case number (if known) **20-10553**

Name

| 3.318 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,229.87 |
|---|---|---|---|

**DOREL HOME FURNISHINGS**
**28366 FRANKLIN RD**
**WRIGHT CITY, MO 63390**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.319 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,320.32 |
|---|---|---|---|

**DOREL ASIA SRL**
**305 SOUTH HAMILTON STREET**
**WRIGHT CITY, MO 63390**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.320 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $654.86 |
|---|---|---|---|

**DOREL HOME  FURNISHINGS**
**GILBERT MARTIN WOODWORKING CO.**
**WRIGHT CITY, MO 63390**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.321 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,476.50 |
|---|---|---|---|

**DOREL HOME FURNISHINGS**
**292 INDUSTRIAL DRIVE**
**WRIGHT CITY, MO 63390**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.322 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $33.32 |
|---|---|---|---|

**DOREL JUVENILE INC**
**DEPT. 3618**
**CHICAGO, IL 60074**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.323 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,047.60 |
|---|---|---|---|

**DOUBLE ENVELOPE**
**P.O. BOX 981274**
**P.O. BOX 733182**
**DALLAS, TX 75373-3182**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.324 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $29,835.32 |
|---|---|---|---|

**DOUG BROWN PACKAGING PROD**
**330 HAMILTON ROW SUITE 300**
**TROY, MI 48083**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

**3.325** | Nonpriority creditor's name and mailing address
**DOWNERS GROVE SANITARY DIST.**
**550 S.E. MIZNER BLVD. 605B**
**P.O. BOX 1412**
**DOWNERS GROVE, IL 60515-0703**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    **$259.32**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.326** | Nonpriority creditor's name and mailing address
**DSV AIR & SEA INC**
**PO BOX 98473**
**PITTSBURGH, PA 15251-0876**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    **$282.91**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.327** | Nonpriority creditor's name and mailing address
**DSV AIR & SEA INC.**
**P.O. BOX 773964**
**TORONTO ON M5W5P7**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    **$850.21**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.328** | Nonpriority creditor's name and mailing address
**DTE ENERGY**
**P.O. BOX 0776**
**CINCINNATI, OH 45274-0786**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    **$73,130.54**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.329** | Nonpriority creditor's name and mailing address
**DTE ENERGY-PO BOX 630795**
**PO BOX 782876**
**CINCINNATI, OH 45263-0795**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    **$57,781.17**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.330** | Nonpriority creditor's name and mailing address
**DUPAGE COUNTY COLLECTOR**
**421 N. COUNTY FARM ROAD**
**Wheaton, IL 60187**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    **$499,781.93**
☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Property Tax Estimate - Downers Grove, IL**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.331** | Nonpriority creditor's name and mailing address
**DUPAGE COUNTY PUBLIC WORKS**
**3905 AIRPORT DR NW**
**CAROL STREAM, IL 60197-4751**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    **$37.87**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number *(if known)* | **20-10553** |
|---|---|---|---|
| | Name | | |

---

**3.332** Nonpriority creditor's name and mailing address

**DYNAMIC RUGS**
P.O. BOX 2968
FREDERICK, MD 21704

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$255.00**

---

**3.333** Nonpriority creditor's name and mailing address

**EAGLE OFFICE SOLUTIONS INC.**
3000 TOWN CENTER SUITE 2390
SUITE A-2
TROY, MI 48083

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$157.73**

---

**3.334** Nonpriority creditor's name and mailing address

**EAN SERVICES, LLC**
6500 HILLISTER AVE. STE 210
ATLANTA, GA 30384-2383

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$12,476.39**

---

**3.335** Nonpriority creditor's name and mailing address

**EAST BELTLINE DEVELOPMENT II LLC**
PO BOX 715165
CINCINNATI, OH 45271-5165

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$181,645.57**

---

**3.336** Nonpriority creditor's name and mailing address

**EAST BELTLINE DEVELOPMENT II, LLC**
12801 PROSPECT STREET
CINCINNATI, OH 45271-5165

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$3,678.85**

---

**3.337** Nonpriority creditor's name and mailing address

**EASTERN ACCENTS**
C/O CIT GROUP/COMM.SERVICES
CHICAGO, IL 60641

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$1,424.74**

---

**3.338** Nonpriority creditor's name and mailing address

**EASTLAKE COMMONS ASSOC. LLC.**
OF COMMERCE
SUITE 300
BIRMINGHAM, MI 48009

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$11,721.18**

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

| 3.339 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$10,180.00** |
|---|---|---|---|

**ECUTOPIA**
**410 EAST FIRST STREET SOUTH**
**STE 210**
**SAN DIEGO, CA 92123**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.340 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$600.00** |
|---|---|---|---|

**EKATA INC.**
**DEPT # 14801**
**PASADENA, CA 91185-4184**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.341 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$820.00** |
|---|---|---|---|

**ELECTROCYCLE INC.**
**5595 TREADWELL**
**FARMINGTON HILLS, MI 48335**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.342 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$115.00** |
|---|---|---|---|

**ELEGANT FURNITURE & LIGHTING**
**C/O NATIONAL SHOPPING PLAZAS**
**PHILADELPHIA, PA 19134**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.343 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,752.00** |
|---|---|---|---|

**ELEVATOR SERVICE LLC**
**380 THE JIANGNAN AVENUE**
**GRAND RAPIDS, MI 49503**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.344 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$42,774.31** |
|---|---|---|---|

**ELITE HOME PRODUCTS**
**4111 NORWICH CT**
**SADDLE BROOK, NJ 07663**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.345 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,269,631.00** |
|---|---|---|---|

**ELITE REWARDS**
**357 W. CHICAGO SUITE 100**
**ST PETERSBURG, FL 33733**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

| 3.346 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$60.00** |
|---|---|---|---|

**ELLE DECOR**
**PO BOX 60324**
**BOONE, IA 50037-0871**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Trade Debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.347 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,541.12** |
|---|---|---|---|

**ELSTON ACQUISITION LLC**
**841 ROSE DRIVE**
**28400 NORTHWESTERN HWY 4TH FL**
**SOUTHFIELD, MI 48034**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Trade Debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.348 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$44,000.00** |
|---|---|---|---|

**ELSTON ACQUISITION LLC**
**C/O FARBMAN GROUP**
**28400 NORTHWESTERN HWY 4TH FL**
**SOUTHFIELD, MI 48034**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Trade Debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.349 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$75,262.25** |
|---|---|---|---|

**ELSTON ACQUISITION LLC**
**C/O FARBMAN GROUP**
**28400 NORTHWESTERN HWY 4TH FL**
**SOUTHFIELD, MI 48034**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Trade Debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.350 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$7,939.81** |
|---|---|---|---|

**ELSTON ACQUISITION LLC**
**C/O FARBMAN GROUP**
**28400 NORTHWESTERN HWY 4TH FL**
**SOUTHFIELD, MI 48034**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Trade Debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.351 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,230.09** |
|---|---|---|---|

**EMERGENCY FLEET SERVICE**
**3068 HIGHLAND BLVD**
**P.O. BOX 99341**
**TROY, MI 48099-9341**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Trade Debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.352 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$34,408.66** |
|---|---|---|---|

**ENERGY PRODUCTS INC.**
**C/O VISION INVESTMENT PARTNERS**
**SUITE 101**
**MADISON HEIGHTS, MI 48071**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Trade Debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

**3.353** | Nonpriority creditor's name and mailing address

**ENERSYS INC.**
**5140 MEIJER DR.**
**CHICAGO, IL 60677-1006**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$43,831.00**

---

**3.354** | Nonpriority creditor's name and mailing address

**ENGLAND**
**48150 GRAND RIVER AVE.**
**CHICAGO, IL 60673-1248**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$1,069,201.17**

---

**3.355** | Nonpriority creditor's name and mailing address

**ENGLAND INC**
**11370 GARFIELD**
**CHICAGO, IL 60673-1248**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$684,103.08**

---

**3.356** | Nonpriority creditor's name and mailing address

**ENTERCOM COMMUNICATIONS CORP.**
**737 NORTH LASALLE STREET**
**CLEVELAND, OH 44194-0015**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$76,560.08**

---

**3.357** | Nonpriority creditor's name and mailing address

**ETNA SUPPLY**
**2401 4TH AVE**
**DETROIT, MI 48277**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$309.54**

---

**3.358** | Nonpriority creditor's name and mailing address

**EXPORTS INTERNATIONAL CORP**
**PO BOX 45**
**NEW DELHI  110-062**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$314.18**

---

**3.359** | Nonpriority creditor's name and mailing address

**F SCHUMACHER & CO .**
**7998 SOLUTIONS CENTER**
**NEW YORK, NY 10116**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$4,903.20**

---

| Debtor | **Art Van Furniture, LLC** | Case number *(if known)* | **20-10553** |
|---|---|---|---|
| | Name | | |

---

**3.360** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,759.18**

**F1 PROPERTIES LLC**
**817 OTTAWA AVE. NW**
**BIRMINGHAM, MI 48009**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.361** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$559.94**

**FABRICTECH CORPORATION**
**FULFILLMENT**
**CEDAR GROVE, NJ 07009**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.362** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,564.91**

**FABRICUT**
**26107 SHERWOOD AVE.**
**TULSA, OK 74147-0490**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.363** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$15,212.00**

**FADED LLC**
**775 N. SECOND STREET**
**HOUSTON, TX 77007**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.364** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,160.84**

**FAHEY SCHULTZ BURZYCH**
**2090 WOODWARD STREET**
**4151 OKEMOS ROAD**
**OKEMOS, MI 48864**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.365** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$100.00**

**FARIDA HARARWALA**
**P.O. BOX 2045**
**0**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.366** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$86,289.67**

**FEDEX**
**441 N. CHIMNEY ROCK ROAD**
**PITTSBURGH, PA 15250-7461**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

**3.367** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,288.54**

**FEDEX FREIGHT**
**1323 BOYNE AVE**
**PITTSBURGH, PA 15251-2125**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.368** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$181.47**

**FEIZY IMPORT & EXPORT COM**
**5800 STEELES AVENUE WEST**
**FARMERS BRANCH, TX 75234**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.369** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$75,080.94**

**FEIZY IMPORT & EXPORT COMPANY**
**CHAPTER 13 TRUST ACCOUNT**
**FARMERS BRANCH, TX 75234**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.370** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$610.20**

**FIBRENEW INDUSTRIES (CHATHAM)**
**DAVID LORD, MEMBER**
**CHATHAM ON N7M 2B2**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.371** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$271.20**

**FIBRENEW INDUSTRIES LONDON INC**
**P.O. BOX 13007**
**LONDON ON N6E 1N5**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.372** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,852.50**

**FINE FURNITURE DESIGN**
**32035 VAN DYKE AVE.**
**HIGH POINT, NC 27265**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.373** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$18,621.51**

**FIRE DEFENSE EQUIPMENT CO.**
**1719 ELIZABETH AVE NW**
**ROYAL OAK, MI 48073**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

| 3.374 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$394.26** |
|---|---|---|---|

**FIRESAFETY INC.**
**60 BROAD STREET**
**P.O. BOX 19**
**WOOD RIVER, IL 62095**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** _Trade Debt_

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.375 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$34.16** |
|---|---|---|---|

**FIRESTONE COMPLETE AUTO CARE**
**POST OFFICE BOX 93050**
**HOMER GLEN, IL 60491**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** _Trade Debt_

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.376 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,144.21** |
|---|---|---|---|

**FIRST CHOICE COFFEE SERVICES**
**1637 W. BIG BEAVER STE F**
**TROY, MI 48083**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** _Trade Debt_

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.377 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$775.03** |
|---|---|---|---|

**FISH WINDOW CLEANING - MAUMEE**
**1890 1ST CAPITOL DRIVE #812**
**SUITE 101**
**MAUMEE, OH 43537**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** _Trade Debt_

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.378 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,268.50** |
|---|---|---|---|

**FISH WINDOW CLEANING-COLUMBUS**
**281 ZHONGHE MID ROAD**
**COLUMBUS, OH 43216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** _Trade Debt_

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.379 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,472.00** |
|---|---|---|---|

**FISH WINDOW CLEANING-FRASER**
**PO BOX 7422**
**FRASER, MI 48026**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** _Trade Debt_

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.380 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,053.00** |
|---|---|---|---|

**FISH WINDOW CLEANING-S LYON**
**PO BOX 404535**
**SOUTH LYON, MI 48178**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** _Trade Debt_

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | | Case number (if known) | **20-10553** |
|---|---|---|---|---|

Name

---

| 3.381 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,842.00 |
|---|---|---|---|

**FISH WINDOW CLEANING-TAYLOR**
**306 EASTMAN STREET**
**TAYLOR, MI 48180**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.382 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,681.00 |
|---|---|---|---|

**FISH WINDOW CLEANING-UTICA**
**146 N GROESBECK**
**UTICA, MI 48318**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.383 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,405.00 |
|---|---|---|---|

**FISH WINDOW CLEANING-W BLMFLD**
**PO BOX 32126**
**WEST BLOOMFIELD, MI 48325**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.384 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $42.40 |
|---|---|---|---|

**FISHER DOOR AND HARDWARE INC.**
**PO BOX 404535**
**WYOMING, MI 49509**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.385 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,548.50 |
|---|---|---|---|

**FISHMAN STEWART PLLC.**
**HUMAN TOUCH**
**CHICAGO, IL 60674-8661**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.386 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,735.69 |
|---|---|---|---|

**FLASH FURNITURE**
**95 MAYHILL STREET**
**ATLANTA, GA 30353-1634**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.387 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $369.80 |
|---|---|---|---|

**FLEETWORTHY SOLUTIONS INC.**
**4190 TELEGRAPH ROAD STE. 3000**
**MILWAUKEE, WI 53288-0783**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

| 3.388 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,564,268.13** |
|---|---|---|---|

**FLEXSTEEL INDUSTRIES INC**
**2525 WOODWARD AVE**
**DUBUQUE, IA 52004-0877**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.389 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$337.40** |
|---|---|---|---|

**FLINT TOWNSHIP**
**114 GROVE PARK**
**1490 SOUTH DYE RD.**
**FLINT, MI 48532**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.390 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$202,430.95** |
|---|---|---|---|

**FLOORSAVERS RESTORATION INC.**
**C/O ELDER BRINKMAN LAW OFFICES**
**P.O. BOX 357**
**CLAWSON, MI 48017**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.391 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$458.17** |
|---|---|---|---|

**FLUID TRANSFER SYSTEMS INC.**
**WELTMAN, WEINBERG & REIS, CO**
**NOVI, MI 48375-4140**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.392 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,606.59** |
|---|---|---|---|

**FOLIA**
**62 VERONICA AVENUE**
**BOSTON, MA 02241-8440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.393 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$9,200.00** |
|---|---|---|---|

**FORD ROAD INVESTMENTS**
**330 HAMILTON ROW**
**BRIGHTON, MI 48114**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.394 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$8,775.66** |
|---|---|---|---|

**FORGE INDUSTRIAL STAFFING INC.**
**PO BOX 664032**
**CHICAGO, IL 60694-1172**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

**3.395**

**Nonpriority creditor's name and mailing address**
**FORT WAYNE NEWSPAPERS**
**861 S. OAK PARK ROAD**
**P.O. BOX 100**
**FORT WAYNE, IN 46801-0100**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$14,225.16**

---

**3.396**

**Nonpriority creditor's name and mailing address**
**FOUCHER, LUANE**
**8201 RONDA DRIVE**
**0**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

**3.397**

**Nonpriority creditor's name and mailing address**
**FOX BUICK GMC**
**6212 INDEPENDENCE DRIVE**
**COMSTOCK PARK, MI 49321**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$605.24**

---

**3.398**

**Nonpriority creditor's name and mailing address**
**Fox, Lindsey**
**C/O SCHOSTAK BROTHERS & CO.**
**PALOS HEIGHTS, IL 60463**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$12.80**

---

**3.399**

**Nonpriority creditor's name and mailing address**
**FRANKLIN CORP**
**50665 CENTRAL INDUSTRIAL DRIVE**
**HOUSTON, MS 38851**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$703,319.58**

---

**3.400**

**Nonpriority creditor's name and mailing address**
**FREIGHTQUOTE BY CH ROBINSON**
**CHAPTER 13 TRUST ACCOUNT**
**MINNEAPOLIS, MN 55480-9121**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$49,914.85**

---

**3.401**

**Nonpriority creditor's name and mailing address**
**FRONTIER**
**0**
**CINCINNATI, OH 45274-0407**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$3,559.33**

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

| 3.402 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$60,154.00** |

**FRONTLINE MEDIA SOLUTIONS INC.**
**1481 N. HUNDLEY ST.**
**SUITE 204**
**ASHEVILLE, NC 28803**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.403 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,112,775.43** |

**FUSION FURNITURE INC.**
**292 TOWN CENTER DRIVE**
**DALLAS, TX 75373-4183**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.404 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,362.21** |

**FUTURE REPRODUCTIONS**
**PO BOX 55**
**SOUTHFIELD, MI 48033**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.405 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$22,408.40** |

**G/S SOLUTIONS**
**1920 MCKINNEY AVE.**
**TROY, MI 48084**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.406 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$7,563.78** |

**GADELLNET CONSULTING SERVICES, LLC**
**PO BOX 371461**
**ST LOUIS, MO 63110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.407 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,652.35** |

**GARAN LUCOW MILLER PC**
**PO BOX 733331**
**SUITE 200**
**DETROIT, MI 48207**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.408 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$18,679.21** |

**GARDA CL GREAT LAKES INC.**
**1525 WEST W.T. HARRIS BLVD 2C2**
**LOCKBOX 233209**
**CHICAGO, IL 60689-5332**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 3.409 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $325.00 |
|---|---|---|---|

**GARRETT BURKE**
**30 ROCKEFELLER PLAZA**
**VAN BUREN TWP, MI 48111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.410 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $33,333.00 |
|---|---|---|---|

**GARY VAN ELSLANDER**
**P.O. BOX 936733**
**GROSSE POINTE PARK, MI 48230**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.411 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,017.29 |
|---|---|---|---|

**GATEHOUSE MEDIA OHIO HOLDINGS II INC.**
**34245 GROESBECK HWY.**
**COLUMBUS, OH 43218-2537**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.412 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $70,701.00 |
|---|---|---|---|

**GATEWAY FAIRVIEW INC**
**P.O. BOX 6248**
**HICKSVILLE, NY 11802-6248**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.413 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,484.00 |
|---|---|---|---|

**GEMINI SYSTEMS**
**22829 NETWORK PLACE**
**ROCHESTER, MI 48308-1850**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.414 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50.00 |
|---|---|---|---|

**GENDLOFF, MITCH**
**540 W. MADISON, 4TH FLOOR**
**KEEGO HARBOR, MI 48230**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.415 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,969.10 |
|---|---|---|---|

**GENERAL HARDWOOD COMPANY**
**PO BOX 959270**
**DETROIT, MI 48212**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

| 3.416 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$186.00** |
|---|---|---|---|

**GENESYS OCCUPATIONAL HEALTH**
**PO BOX 73579**
**CHICAGO, IL 60677-7007**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Trade Debt_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.417 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$38.75** |
|---|---|---|---|

**GEO CRAFTS INC**
**115 SOUTH HAMILTON ST.**
**NANTICOKE, PA 18634**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Trade Debt_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.418 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$80.00** |
|---|---|---|---|

**GIS - HIRERIGHT**
**4036 TELEGRAPH ROAD SUITE 201**
**ATLANTA, GA 30353-8450**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Trade Debt_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.419 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$92,161.47** |
|---|---|---|---|

**GLEN DIMPLEX AMERICAS LIMITED**
**P.O. BOX 5014**
**PITTSBURGH, PA 15251-0930**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Trade Debt_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.420 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$225.00** |
|---|---|---|---|

**GLENDALE HEIGHTS CHAMBER OF**
**P.O. BOX 633301**
**300 CIVIC CENTER PLAZA**
**GLENDALE HEIGHTS, IL 60139**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Trade Debt_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.421 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$45,784.91** |
|---|---|---|---|

**GLIDEAWAY BED CARRIAGE MF**
**C/O CWD REAL ESTATE INVESTMENT**
**CHICAGO, IL 60677-7009**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Trade Debt_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.422 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$34,930.58** |
|---|---|---|---|

**GLOBAL LINKING SOLUTIONS**
**PO BOX 75723**
**CHARLOTTE, NC 28241**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Trade Debt_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

**3.423** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$198.00**

GODINGER
P O BOX 2276
RIDGEWOOD, NY 11385

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.424** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$692.80**

GOOD YEAR COMMERCIAL TIRE
319 RIDGE ROAD
LANSING, MI 48917

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.425** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,414.14**

GORDON FOOD SERVICE,INC
4459 PONTIAC LAKE ROAD
CHICAGO, IL 60680-1029

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.426** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$835.72**

GOWLING WLG (CANADA) LLP
4936 TECHNICAL DRIVE
100 KING ST. WEST SUITE 1600
TORONTO ON M5X 1G5

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.427** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$600.00**

GRAEBE HANNA & SULLIVAN PLLC.
PO BOX 576
SUITE 375
RALEIGH, NC 27609

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.428** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$228,845.50**

GRAHAM MEDIA GROUP DETROIT, INC
CONDO ASSOCIATION
DETROIT, MI 48226

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.429** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,548.15**

GRAINGER
3385 ALPINE AVE N.W.
PALATINE, IL 60038-0001

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

**3.430**

**Nonpriority creditor's name and mailing address**
**GRAND SAGINAW PLAZA LLC.**
**PO BOX 4235 STATION A**
**SUITE 201**
**BLOOMFIELD HILLS, MI 48302**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$9,500.00**

---

**3.431**

**Nonpriority creditor's name and mailing address**
**GRAND TRAVERSE COUNTY.**
**18621 89TH PLACE SOUTH**
**2650 LA FRANIER ROAD**
**TRAVERSE CITY, MI 49686**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$413.01**

---

**3.432**

**Nonpriority creditor's name and mailing address**
**GRANITE TELECOMMUNICATIONS**
**SEWER DIVISION**
**P.O. BOX 983119**
**BOSTON, MA 02298-3119**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$24,734.74**

---

**3.433**

**Nonpriority creditor's name and mailing address**
**GRAPHIC COMMUNICATIONS INC**
**GI BANEGAARDSPLADS 10**
**SHELBY TWP., MI 48315-3263**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$35.65**

---

**3.434**

**Nonpriority creditor's name and mailing address**
**GRAPHICS EAST INC.**
**2505 INDUSTRIAL ROW DR.**
**ROSEVILLE, MI 48066**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$286,526.13**

---

**3.435**

**Nonpriority creditor's name and mailing address**
**GRAY MEDIA GROUP, INC.**
**320 E. BIG BEAVER SUITE 300**
**TALLAHASSEE, FL 32317-4200**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$98,049.63**

---

**3.436**

**Nonpriority creditor's name and mailing address**
**GRAY'S TOWING SERVICE INC.**
**2125 2ND AVENUE SW**
**WATERFORD, MI 48329**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$3,072.50**

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 3.437 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$7,402.50** |
|---|---|---|---|

**GREAT DAY INTERACTIVE LLC**
**936 DEARNESS DR.**
**LEONARD, MI 48367**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.438 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,866.10** |
|---|---|---|---|

**GREAT LAKES DOCK & DOOR LLC**
**ONE JOFRAN WAY**
**HAZEL PARK, MI 48030-0128**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.439 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$628.13** |
|---|---|---|---|

**GREAT LAKES ENERGY COOP**
**1 MAX PLACE**
**PO BOX 70**
**BOYNE CITY, MI 49712**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.440 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,207.65** |
|---|---|---|---|

**GREAT LAKES PROGRAM SERVICE**
**730 E NINE MILE ROAD**
**600 WEST MADISON**
**CHICAGO, IL 60661-2474**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.441 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$49,081.42** |
|---|---|---|---|

**GREENFIELD PLAZA INC**
**7373 SOLUTIONS CENTER**
**SUITE 1823**
**CHICAGO, IL 60675-1823**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.442 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$108.19** |
|---|---|---|---|

**Gregory, Jordan**
**P.O. BOX 13848**
**APT22**
**KENTWOOD, MI 49512**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.443 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$50.00** |
|---|---|---|---|

**Griffin, Melissa**
**1825 BARRETT LAKES BLVD.**
**WARREN, MI 48093**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

**3.444** | Nonpriority creditor's name and mailing address

**GS RETAIL SERVICES**
**0**
**TARENTUM, PA 15084**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$6,172.15**

---

**3.445** | Nonpriority creditor's name and mailing address

**GSA INTERNATIONAL LTD. GSBE**
**7718 SOLUTION CENTER**
**WAYNE, MI 48184**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$123,760.72**

---

**3.446** | Nonpriority creditor's name and mailing address

**GUARDIAN ALARM CO. OF MICHIGAN**
**P.O. BOX 205978**
**CHICAGO, IL 60675-1376**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$105,729.21**

---

**3.447** | Nonpriority creditor's name and mailing address

**H M RICHARDS INC**
**43 E. NINE MILE RD.**
**BIRMINGHAM, AL 35246-1277**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$1,994,756.49**

---

**3.448** | Nonpriority creditor's name and mailing address

**Haire Jr., David**
**1505 WOODWARD AVENUE**
**SOUTH LYON, MI 48178**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$52.00**

---

**3.449** | Nonpriority creditor's name and mailing address

**HALLMART COLLECTIBLES INC.**
**6606 TUSSING ROAD**
**STUDIO CITY, CA 91604**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$210.00**

---

**3.450** | Nonpriority creditor's name and mailing address

**HAMMARY**
**35 WATERGATE DRIVE # 1204**
**CHICAGO, IL 60673-1228**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$347,831.12**

---

| Debtor | **Art Van Furniture, LLC** | Case number *(if known)* | **20-10553** |
|---|---|---|---|
| | Name | | |

---

**3.451** | Nonpriority creditor's name and mailing address

**HAMPTON INN & SUITES WARREN**
**BINH KHANH QUARTER**
**WARREN, MI 48093**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$5,577.04**

---

**3.452** | Nonpriority creditor's name and mailing address

**HANCOCK & MOORE INC**
**P.O. BOX 740407**
**ATLANTA, GA 30384-5607**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$5,870.00**

---

**3.453** | Nonpriority creditor's name and mailing address

**HANDY LIVING**
**22357 DEAN COURT**
**WHEELING, IL 60090**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$3,991.96**

---

**3.454** | Nonpriority creditor's name and mailing address

**HANLEY LM PROPERTIES LLC**
**P.O. BOX 8099**
**1401 S. BRENTWOOD BLVD STE 520**
**ST. LOUIS, MO 63144**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$17,985.50**

---

**3.455** | Nonpriority creditor's name and mailing address

**HATTERAS INC.**
**125 E. LAKE ST.**
**DEARBORN, MI 48126**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$10,772.09**

---

**3.456** | Nonpriority creditor's name and mailing address

**HAYDEN'S MOBILE WASH LLC.**
**1551 EAST LINCOLN AVE.**
**DEARBORN HEIGHTS, MI 48125**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$8,426.00**

---

**3.457** | Nonpriority creditor's name and mailing address

**HELP SYSTEMS LLC**
**P.O. BOX 88029**
**P.O. BOX 1450**
**MINNEAPOLIS, MN 55485-5955**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$4,714.55**

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

**3.458**

**Nonpriority creditor's name and mailing address**

**HENDERSON GLASS INC**
**DEPT. LA 24184**
**SUITE # 201**
**ROCHESTER HILLS, MI 48307**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

$8,984.57

---

**3.459**

**Nonpriority creditor's name and mailing address**

**HERITAGE BROADCASTING COMPANY OF**
**MICHIGA**
**19635 E. WALNUT DRIVE NORTH**
**CADILLAC, MI 49601**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

$16,970.25

---

**3.460**

**Nonpriority creditor's name and mailing address**

**HEXAWARE TECHNOLOGIES LTD.**
**ACCOUNTS RECEIVABLE**
**0**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

$361,454.00

---

**3.461**

**Nonpriority creditor's name and mailing address**

**HI HO HELIO**
**43866 NOWLAND DR**
**PLAZA SHOPS**
**ST. LOUIS, MO 63141**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

$974.13

---

**3.462**

**Nonpriority creditor's name and mailing address**

**HIEND ACCENTS**
**DEPT #7052**
**IRVING, TX 75038**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

$140.00

---

**3.463**

**Nonpriority creditor's name and mailing address**

**HIGHLAND HOUSE FURNITURE**
**1 FIRST CANADIAN PLACE**
**ATLANTA, GA 30384-5607**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

$4,702.62

---

**3.464**

**Nonpriority creditor's name and mailing address**

**HILCO MERCHANT SERVICES**
**5 RESERVE DRIVE SUITE 206**
**NORTHBROOK, IL 60062**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

$185,266.32

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

**3.465** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$12,200.73**

**HILLSDALE FURNITURE, LLC**
**11 S124 CARPENTER STREET**
**PO BOX 87618**
**CHICAGO, IL 60680-0618**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.466** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$206.70**

**HIRERIGHT LLC.**
**52 MAIN STREET**
**DALLAS, TX 75284-7891**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.467** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,694.03**

**HOEKSTRA ROOFING COMPANY**
**4350 LASSITER AT NORTH HILLS**
**KALAMAZOO, MI 49048**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.468** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,246.68**

**HOFFMANN BROTHERS**
**1731 BEECHMONT**
**1025 HANLEY INDUSTRIAL**
**ST. LOUIS, MO 63144**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.469** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$165.60**

**HOLIDAY INN EXPRESS**
**1112 KINGWOOD AVE.**
**358 RIVER RIDGE DRIVE**
**WALKER, MI 49544**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.470** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,994.56**

**HOLIDAY INN EXPRESS & SUITES**
**PO BOX 11407**
**STERLING HEIGHTS, MI 48312**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.471** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,208.83**

**HOLLAND BOARD OF PUBLIC WORKS**
**1455 W THORNDALE AVE**
**HOLLAND, MI 49423**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

**3.472** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$358.44**

**HOLLAND CHARTER TOWNSHIP**
**PO BOX 2307**
**HOLLAND, MI 49424**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.473** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$127,421.13**

**HOLLAND HOUSE**
**CHAMBER**
**INDIANAPOLIS, IN 46235**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.474** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,210.58**

**HOLLAND SENTINEL**
**DEPT 32-2501768661**
**HOLLAND, MI 49423**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.475** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,210.78**

**HOLLAND SPECIAL DELIVERY INC.**
**PO BOX 1408**
**HUDSONVILLE, MI 49426**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.476** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$22,015.09**

**HOME DEPOT**
**PO BOX 553160**
**P.O. BOX 78047**
**PHOENIX, AZ 85062-8047**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.477** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$95,969.42**

**HOME ELEGANCE BY TOP-LINE**
**P.O. BOX 5080**
**ITASCA, IL 60143**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.478** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$98,774.69**

**HOMESTRETCH**
**601 N. 75TH AVENUE**
**Nettleton, MS 38858**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 3.479 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,396.17** |
|---|---|---|---|

**HOMEWOOD SUITES BY HILTON**
**3135 BOARDWALK**
**WARREN, MI 48093**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.480 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$129,510.10** |
|---|---|---|---|

**HOOKER FURNITURE CORP.**
**30575 ANDERSEN CT**
**ATLANTA, GA 30384-4535**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.481 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,702.70** |
|---|---|---|---|

**HOWARD MILLER CLOCK CO**
**P.O. BOX 251302**
**DETROIT, MI 48277-0362**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.482 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$300.00** |
|---|---|---|---|

**HTA COMPANIES, INC.**
**PO BOX 100624**
**DIMONDALE, MI 48821**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.483 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$104,892.12** |
|---|---|---|---|

**HUBBARD BROADCASTING INC**
**S-272A M.I.A BASNI PHASE-II**
**ST LOUIS, MO 63195**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.484 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$80.00** |
|---|---|---|---|

**HUGHES FURNITURE INDUSTRIES**
**5140 EAST ML AVENUE**
**952 STOUT ROAD**
**RANDLEMAN, NC 27317**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.485 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$90.00** |
|---|---|---|---|

**HUGO'S LOCKSMITHING & KEYS INC**
**INSURANCE CO**
**BAY CITY, MI 48706**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com
Best Case Bankruptcy

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

**3.486** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$14,054.00**

HUNG YEH INTERNATIONAL CO
2200 E ANN STREET
VAEA STREET
APIA

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.487** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12,883.00**

HUNG YEH INTERNATIONAL CORP
6317 TAYLOR DR
VAEA STREET
APIA

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.488** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$125.61**

HUNT SIGN COMPANY
7350 S. MADISON ST.
BERKLEY, MI 48072

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.489** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,695.18**

HUNTER DOUGLAS FABRICATION
P.O. BOX 5006
ATLANTA, GA 30384-5756

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.490** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$85.36**

I&L DISTRIBUTING
12795 16TH AVENUE NORTH
BROOKLYN, NY 11218

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.491** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,764.36**

IBM CORPORATION-YR6
0-305 LAKE MICHIGAN DRIVE NW
PITTSBURGH, PA 15264-5254

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.492** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,175.48**

IC ELECTRIC INC
DEPARTMENT OF PUBLIC WORKS
DELTON, MI 49046

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

| 3.493 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$120.01** |
|---|---|---|---|

**ICLE**
**C/O N.P. LIMITED PARTNERSHIP**
**ANN ARBOR, MI 48109-1444**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.494 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$261,504.00** |
|---|---|---|---|

**IHEART MEDIA ENTERTAINMENT INC.**
**2410 B CANTON FARM RD**
**CHICAGO, IL 60693-0039**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.495 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$120,197.21** |
|---|---|---|---|

**ILLINOIS DEPARTMENT OF REVENUE**
**RETAILERS' OCCUPATION TAX**
**SPRINGFIELD,, IL 62796-0001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Insurance**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.496 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$90.00** |
|---|---|---|---|

**ILLINOIS TOLLWAY AUTHORITY**
**C/O HOME MERIDIAN**
**CHICAGO, IL 60680**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.497 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$31,325.00** |
|---|---|---|---|

**ILLUMINATED MOBILE**
**TOM VAUGHN**
**SUITE 1712**
**CHICAGO, IL 60660**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.498 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$17,191.99** |
|---|---|---|---|

**IMAX CORPORATION**
**CENTERS OF MICHIGAN P.C.**
**DALLAS, TX 75373-3331**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.499 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$9,230.75** |
|---|---|---|---|

**IMG USA**
**1280 E BIG BEAVER**
**CORONA, CA 92880-2011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

**3.500** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,636.27**

**INDUSTRIAL BATTERY PRODUCTS**
**75 REMITTANCE DRIVE DEPT 1576**
**CHICAGO, IL 60675-1576**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.501** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,887.00**

**INDUSTRIAS MAGTOMER CUERO**
**P.O. BOX 410743**
**AVELLANEDA  6600**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.502** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$295.00**

**INFORMATION PLUS**
**PO BOX 842748**
**COLDWATER, MI 49036**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.503** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,611.86**

**INTEGRITY BUSINESS SOLUTIONS**
**CHACABUCO 320**
**WARREN, MI 48091**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.504** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,811.00**

**INTERACTIVE HEALTH**
**10082 S M-43 HWY**
**4600 E. CONANT ST.**
**LONG BEACH, CA 90808**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.505** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$50.00**

**INTERCON**
**4401 ATLANTIC AVENUE**
**SALT LAKE CITY, UT 84116-3090**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.506** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$375.35**

**INTERFACEFLOR**
**19394 SYRACUSE**
**ATLANTA, GA 30374-3162**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **Art Van Furniture, LLC** | | Case number (*if known*) | **20-10553** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.507 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $9,228.57 |
|---|---|---|---|

**INTERIOR ENVIROMENTS**
P.O. BOX 402383
NOVI, MI 48374

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.508 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $9,703.00 |
|---|---|---|---|

**INTERNATIONAL SOS**
1901 10TH STREET SUITE 500
P.O. BOX 419386
BOSTON, MA 02241-9386

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.509 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $920.50 |
|---|---|---|---|

**INTERNATIONAL TABLE PADS**
529 TOWNSEND AVE
INDIANAPOLIS, IN 46222

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.510 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $10,647.01 |
|---|---|---|---|

**INTERSTATE PARTNERS 1 LLC.**
P.O. BOX 9528
1038 TROWBRIDGE ROAD
EAST LANSING, MI 48834

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.511 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $31,798.23 |
|---|---|---|---|

**INTRADO INTERACTIVE SERVICES CORPORATION**
PO BOX 2039
CHICAGO, IL 60674-7064

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.512 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $5,662.54 |
|---|---|---|---|

**INVESTCO OF MICHIGAN LLC**
21477 BRIDGE STREET SUITE L
WATERFORD, MI 48328

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.513 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $9,200.00 |
|---|---|---|---|

**INVISIONAPP INC**
1045 INDEPENDENCE
NEW YORK, NY 10087

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

**3.514** | Nonpriority creditor's name and mailing address
**IPO PANG XINGPU**
**345 N. MAIN**
**0**

**As of the petition filing date, the claim is:** Check all that apply.    **$6,302.87**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.515** | Nonpriority creditor's name and mailing address
**ISHAM, ALEC**
**3890 OAKWOOD AVE.**
**BATTLE CREEK, MI 49015**

**As of the petition filing date, the claim is:** Check all that apply.    **$28.62**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.516** | Nonpriority creditor's name and mailing address
**J.C. EHRLICH**
**10689 N. PENNSYLVANIA STREET**
**READING, PA 19612-3848**

**As of the petition filing date, the claim is:** Check all that apply.    **$20,725.74**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.517** | Nonpriority creditor's name and mailing address
**J.D. REAL ESTATE INC.**
**0**
**CHICAGO, IL 60632**

**As of the petition filing date, the claim is:** Check all that apply.    **$106,021.48**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.518** | Nonpriority creditor's name and mailing address
**J.KALTZ & CO.**
**TROLDHOEJVEJ 7**
**FERNDALE, MI 48220**

**As of the petition filing date, the claim is:** Check all that apply.    **$335.49**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.519** | Nonpriority creditor's name and mailing address
**JACKSON FURNITURE CO**
**1315 TRINITY DRUVE**
**CLEVELAND TN**

**As of the petition filing date, the claim is:** Check all that apply.    **$143,672.12**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.520** | Nonpriority creditor's name and mailing address
**JACOBUS ENERGY**
**22708 PEMBERVILLE ROAD**
**MILWAUKEE, WI 53288-0249**

**As of the petition filing date, the claim is:** Check all that apply.    **$84,172.72**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|

Name

---

**3.521**

**Nonpriority creditor's name and mailing address**
**JARBOU AND SONS**
**508 W BATEMAN CIRCLE**
**30953 MOUND RD**
**WARREN, MI 48092**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$2,648.68**

---

**3.522**

**Nonpriority creditor's name and mailing address**
**JB HUNT TRANSPORT INC**
**353 WEST 39TH STREET**
**CHICAGO, IL 60693-8545**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$488,246.95**

---

**3.523**

**Nonpriority creditor's name and mailing address**
**JC DESIGNS INC.**
**PO BOX 26829**
**SUITE 101**
**HIGH POINT, NC 27262**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$8,816.25**

---

**3.524**

**Nonpriority creditor's name and mailing address**
**JENDRUSIK, ROB**
**2436 W 700 S**
**ROCHESTER HILLS, MI 48307**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$73.63**

---

**3.525**

**Nonpriority creditor's name and mailing address**
**JERUSALEM PROPERTIES LLC.**
**P.O. BOX 740786**
**WARREN, MI 48092**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$9,500.00**

---

**3.526**

**Nonpriority creditor's name and mailing address**
**JETS PIZZA .**
**3005 MILL WOOD LANE**
**STERLING HTS, MI 48310**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$301.30**

---

**3.527**

**Nonpriority creditor's name and mailing address**
**JGW FURNITURE**
**C/O FORTRESS CREDIT ADVISORS**
**LEBANON GA 3046**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$11,941.00**

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

**3.528**

**Nonpriority creditor's name and mailing address**

**JIMMIE'S TOWING**
**107 TRUMBULL STREET BLDG. G-1**
**JACKSON, MI 49201**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$150.00**

---

**3.529**

**Nonpriority creditor's name and mailing address**

**JLA HOME FABRICS**
**BSC ACQUISITION SUB COLLECTION**
**45875 NORTHPORT LOOP EAST**
**FREMONT, CA 94538**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$9,692.64**

---

**3.530**

**Nonpriority creditor's name and mailing address**

**JOHN DOEZEMA REAL ESTATE**
**600 WEST MAIN STREET**
**2149 JOLLY ROAD SUITE 200**
**OKEMOS, MI 48864**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$6,198.75**

---

**3.531**

**Nonpriority creditor's name and mailing address**

**JOHN EHMCKE**
**12500 HALL RD.**
**FREELAND, MI 48623-9211**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$75.00**

---

**3.532**

**Nonpriority creditor's name and mailing address**

**JOHN KARIMALIS**
**347 FIFTH AVENUE**
**NOVI, MI 48377**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$250.00**

---

**3.533**

**Nonpriority creditor's name and mailing address**

**JOHN RICHARD COLLECTION**
**7786 SOLUTION CENTER**
**GREENWOOD, MS 38930**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$5,121.00**

---

**3.534**

**Nonpriority creditor's name and mailing address**

**JOHNSON CONTROLS**
**4311 FOREST WAY DR**
**P.O. BOX 371967**
**PITTSBURGH, PA 15250-7967**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$4,117.26**

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

**3.535**

Nonpriority creditor's name and mailing address
**JOSEPH CORY HOLDINGS LLC.**
**PO BOX 931184**
**4TH FLOOR**
**SECAUCUS, NJ 07094**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$266.57**

---

**3.536**

Nonpriority creditor's name and mailing address
**JOSEPH FLECKENSTEIN**
**PO BOX 12069**
**PITTSBURGH, PA 15213**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$400.00**

---

**3.537**

Nonpriority creditor's name and mailing address
**JPD FINANCIAL**
**23953 RESEARCH DR.**
**6920 SANTA TERESA BLVD**
**SAN JOSE, CA 95119**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$8,885.17**

---

**3.538**

Nonpriority creditor's name and mailing address
**JRNN**
**17147 MAUMEE AVE.**
**COLORADO SPRINGS, CO 80962-5130**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$27,899.66**

---

**3.539**

Nonpriority creditor's name and mailing address
**JS WESTFLO LLC**
**3428 BRADENHAM LANE**
**BRENTWOOD, MO 63144**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$32,475.03**

---

**3.540**

Nonpriority creditor's name and mailing address
**JSL ELECTRIC LLC**
**PO BOX 734183**
**MACOMB, MI 48044**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$5,730.79**

---

**3.541**

Nonpriority creditor's name and mailing address
**JVS EXPRESS LLC**
**PO BOX 829810**
**SUITE 603**
**BRENTWOOD, MO 63144**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$23,250.00**

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

| 3.542 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,026.25** |
|---|---|---|---|

**K/E ELECTRIC SUPPLY CORP**
**5116 MECKLER LANE**
**MOUNT CLEMENS, MI 48043**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim: _Trade Debt_**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.543 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$47.53** |
|---|---|---|---|

**KALALOU**
**FISHMAN GROUP**
**JACKSON, MS 39209**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim: _Trade Debt_**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.544 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$93.48** |
|---|---|---|---|

**KALCHIK, JUDEY**
**MONITORING INC.**
**ANN ARBOR, MI 48103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim: _Trade Debt_**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.545 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$833.74** |
|---|---|---|---|

**KAREN GILBERT**
**PO BOX 95344**
**ROCHESTER HILLS, MI 48307**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim: _Trade Debt_**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.546 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,428.75** |
|---|---|---|---|

**KATHLEEN MURPHY**
**1963 OLMSTEAD RD**
**BIRMINGHAM, MI 48009**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim: _Trade Debt_**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.547 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$111.00** |
|---|---|---|---|

**KEITH HOLLOMAN**
**24711 HARPER ST.**
**SCHAUMBURG, IL 60194**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim: _Trade Debt_**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.548 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$551.20** |
|---|---|---|---|

**KEITH'S MICHIGAN AUTO & GOLF**
**15990 STURGEON**
**31639 MOUND ROAD**
**WARREN, MI 48092**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim: _Trade Debt_**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

**3.549** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,099.79**

**KELLER FORD INC.**
**PO BOX 13007**
**GRAND RAPIDS, MI 49544**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No   ☐ Yes

---

**3.550** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$434.80**

**KEN KALCHIK DESIGN**
**2360 ORCHARD LAKE ROAD**
**ANN ARBOR, MI 48103-2102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.551** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$698.54**

**KENDALL ELECTRIC INC**
**LAKRIFAZALPUR MINI BYPASS**
**P.O. BOX 671121**
**DETROIT, MI 48267-1121**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.552** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,156.45**

**KENNEDY FERRIS COMMUNICATIONS**
**75 REMITTANCE DRIVE**
**BIRMINGHAM, MI 48009**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.553** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,262.00**

**KENROY INTERNATIONAL**
**54 W 8TH**
**CHICAGO, IL 60677-6372**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.554** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$70.00**

**KENT COUNTY CLERK**
**P.O. BOX 223648**
**SUITE 2400**
**GRAND RAPIDS, MI 49503**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.555** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$742.00**

**KGT PHOTOGRAPHIC INC.**
**1729 NORTHFIELD DRIVE**
**HIGHLAND, MI 48357**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

**3.556** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$11,035.84**

**KIEZI PROPERTIES BG, LLC**
**22960 W. INDUSTRIAL DRIVE**
**SUITE 300**
**TROY, MI 48084**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.557** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$64,906.57**

**KILDEER VILLAGE SQUARE LLC**
**C/O THE BOND COMPANIES**
**350 W. HUBBARD SUITE 450**
**CHICAGO, IL 60654**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.558** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,134,268.77**

**KINGSDOWN INC**
**43 E. NINE MILE ROAD**
**NEWARK, NJ 07101-3501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.559** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,615.78**

**KINNIE TRANSPORTATION GROUP**
**NW 5955**
**WARREN, MI 48092**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.560** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$25,000.00**

**KLNB, LLC**
**PUBLIC UTILITIES**
**SUITE 505**
**BALTIMORE, MD 21204**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.561** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,814.70**

**KMS INVESTMENTS LLC.**
**4600 CREYTS RD**
**SAGINAW, MI 48603**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.562** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$7,393.00**

**KNICKERBOCKER**
**P.O. BOX 7006**
**LITTLE FERRY, NJ 07643**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

**3.563**

**Nonpriority creditor's name and mailing address**
**KOLCRAFT ENTERPRISES INC.**
**3213 ELBOB LANE**
**CHICAGO, IL 60607**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$659.20**

---

**3.564**

**Nonpriority creditor's name and mailing address**
**KOMYATTE & CASBON P.C.**
**TWO NORTH LASALLE ST.**
**9650 GORDON DRIVE**
**HIGHLAND, IN 46322**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$37.93**

---

**3.565**

**Nonpriority creditor's name and mailing address**
**KONE INC.**
**26220 LITTLE MACK**
**CAROL STREAM, IL 60132-3491**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$11,067.08**

---

**3.566**

**Nonpriority creditor's name and mailing address**
**KOUNT INC.**
**DEPT 825654155**
**BOISE, ID 83702**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$4,600.00**

---

**3.567**

**Nonpriority creditor's name and mailing address**
**KRAVET FARRICS INC**
**P.O. BOX 96723**
**NEW YORK, NY 10087-9413**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$46.00**

---

**3.568**

**Nonpriority creditor's name and mailing address**
**KRYSTAL CLEAR WINDOW WASHING**
**PO BOX 654058**
**RAPID CITY, MI 49676**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$128.00**

---

**3.569**

**Nonpriority creditor's name and mailing address**
**KUEHNE & NAGEL INC**
**17630 E. 10 MILE RD.**
**SUITE 221-229**
**GLEN BURNIE, MD 21061**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$543,270.92**

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

**3.570** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,150,653.17**

**KUKA (HK) TRADE CO., LIMI**
**C/O PLAZACORP REALTY ADVISORS**
**HANGZHOU  310006**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.571** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$185,634.07**

**KUKA (HK) TRADE CO., LIMITED**
**22814 NETWORK PLACE**
**HANGZHOU  310006**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.572** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$106,186.56**

**KURIO KING INC.**
**6500 FOURTEEN MILE ROAD**
**JAMUL, CA 91935**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.573** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$163.00**

**LA RUG / FUN RUGS**
**P.O. BOX 72211**
**LOS ANGLES, CA 90003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.574** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,993,261.39**

**LA-Z-BOY CHAIR COMPANY**
**24700 NORTHWESTERN HWY.**
**CHICAGO, IL 60673-1228**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.575** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$558.54**

**LAKESHORE RECYCLING SYSTEMS**
**107 N FRANKLIN ST**
**DETROIT, MI 48255-4884**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.576** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,150.00**

**LAMAR TEXAS LIMITED PARTNERSHIP**
**5977 ALPINE AVENUE NW**
**BANTON ROUGE, LA 70896**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

**3.577** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$10.65**

Landis, Lauren
1075 ALEXANDER COURT
FORT WAYNE, IN 46825

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.578** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$49,478.45**

LANE HOME FURNISHINGS
ATTN: NAJIB SAMONA
VERONA, MS 38879

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.579** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$12,587.23**

LANSING BOARD OF WATER & LIGHT
UNIT 9, 6/F CHEVALIER
LANSING, MI 48901-3007

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.580** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$463.39**

LAW OFFICE OF AARON D. COX
17800 LAUREL PARK DRIVE NORTH
TAYLOR, MI 48180

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.581** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$50.00**

LAWRENCE, SHERRI
C/O TENNANT & ASSOCIATES
APT 308
AUBURN HILLS, MI 48326

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.582** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,501.72**

LB OFFICE PRODUCTS
3011 SKYWAY CIRCLE S.
MADISON HEIGHTS, MI 48071

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.583** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$207,157.00**

LEATHER ITALIA USA
9673 THOMAS PLACE
LELAND, NC 28451

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com |

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

**3.584**  | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,595.00**

**LEE HECHT HARRISON LLC**
**251 DONNELL DR.**
**PALATINE, IL 60055-0544**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.585**  | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$31,281.50**

**LEGACY CLASSIC**
**12405 POWERCOURT DRIVE**
**CHARLOTTE, NC 28289-6624**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.586**  | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$60.75**

**LEGACY CLASSIC FURNITURE**
**P.O. BOX 1427**
**CHARLOTTE, NC 28275-1168**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.587**  | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,725.00**

**LEM LOGISTICS**
**ATTORNEY GENERAL**
**CANTON, MI 48188**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.588**  | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$970.93**

**LENNON MURPHY & PHILLIPS, LLC**
**1599 POST ROAD EAST**
**WESTPORT, CT 06880**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.589**  | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,044.95**

**LES STANFORD CADILLAC**
**PO BOX 77362**
**DEARBORN, MI 48124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.590**  | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$315,382.33**

**LIBERTY FURNITURE INDUSTR**
**3141 UNION LAKE RD.**
**ATLANTA, GA 30336**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

| 3.591 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,956.00** |
|---|---|---|---|

**LIFESTYLE PUBLICATIONS LLC**
**4201 W MICHIGAN AVE**
**SUITE 15**
**KANSAS CITY, MO 64108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim: Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.592 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$245.00** |
|---|---|---|---|

**LIGHT-IN WINDOW CLEANING**
**33 DRUMMOND ST**
**HOLLY, MI 48442**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim: Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.593 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$13,500.00** |
|---|---|---|---|

**LILA PRODUCTIONS LLC**
**PO BOX 641173**
**ORCHARD LAKE VILLAGE, MI 48324**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim: Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.594 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$33,352.75** |
|---|---|---|---|

**LINKEDIN CORPORATION**
**1051 COUNTRY CLUB ROAD**
**CHICAGO, IL 60693-0622**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim: Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.595 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$182.36** |
|---|---|---|---|

**LINON HOME DECOR PRODUCTS**
**100 TRAS STREET**
**MINEOLA, NY 11501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim: Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.596 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$35,494.42** |
|---|---|---|---|

**LITE SOURCE INC**
**1686 OVERVIEW DRIVE**
**CHINO, CA 91710**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim: Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.597 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$8.75** |
|---|---|---|---|

**LITTLE GIANT LADDER SYSTEMS**
**13740 E 14 MILE RD**
**PO BOX 3100**
**SPRINGVILLE, UT 84663**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim: Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|

Name

---

**3.598**

**Nonpriority creditor's name and mailing address**
**LIVINGSTON PRESS & ARGUS**
**281 ZHONGHE MID ROAD**
**3964 SOLUTIONS CENTER**
**CHICAGO, IL 60677-3009**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$1,311.29**

---

**3.599**

**Nonpriority creditor's name and mailing address**
**LJ GASCHO**
**300 NORTH AVE.**
**PIGEON, MI 48755**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$408,519.70**

---

**3.600**

**Nonpriority creditor's name and mailing address**
**LMP WORLDWIDE**
**17187 N LAUREL PARK DRIVE**
**MILFORD, MI 48381**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$143,350.60**

---

**3.601**

**Nonpriority creditor's name and mailing address**
**LOLOI RUGS**
**15251 E. 12 MILE RD.**
**GRAPEVINE, TX 76099-9732**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$82,731.36**

---

**3.602**

**Nonpriority creditor's name and mailing address**
**LOWE'S COMPANIES INC**
**9089 CLAIREMONT MESA BLVD**
**ATLANTA, GA 30353-0954**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$9,031.45**

---

**3.603**

**Nonpriority creditor's name and mailing address**
**LOWER HURON SUPPLY CO.**
**5353 JILLSON STREET**
**PO BOX 459**
**WAYNE, MI 48184**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$258.42**

---

**3.604**

**Nonpriority creditor's name and mailing address**
**LUCAS COUNTY**
**ONE GOVERNMENT CENTER**
**Toledo, OH 43604**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Property tax estimate - Toldeo, OH**

Is the claim subject to offset? ■ No ☐ Yes

**$174,294.18**

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

**3.605**

Nonpriority creditor's name and mailing address
**LUMISOURCE**
**2155 EXCISE AVENUE**
**ELK GROVE VILLAGE, IL 60007**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$711.00**

---

**3.606**

Nonpriority creditor's name and mailing address
**LUTZ, RYAN**
**6259 BANDINI BLVD**
**NEW BALTIMORE, MI 48047**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$43.43**

---

**3.607**

Nonpriority creditor's name and mailing address
**LVG ELECTRICAL & COMMUNICATIONS**
**DEPT CH #10544**
**ST CHARLES, MO 63301**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$1,008.36**

---

**3.608**

Nonpriority creditor's name and mailing address
**LYON TOWNSHIP TREASURER**
**6650 E TEN MILE ROAD**
**NEW HUDSON, MI 48165-9721**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$34.73**

---

**3.609**

Nonpriority creditor's name and mailing address
**MAC FREIGHT SERVICES INC**
**30040 MANOR DR**
**EL JOBEAN, FL 33927**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$202,858.70**

---

**3.610**

Nonpriority creditor's name and mailing address
**MACALLISTER RENTALS**
**8700 REX ROAD**
**P.O. BOX 78000**
**DETROIT, MI 48278-0731**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$430.36**

---

**3.611**

Nonpriority creditor's name and mailing address
**MACDONALD BROADCASTING COMPANY**
**22545 HESLIP DR.**
**SAGINAW, MI 48601**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$6,298.50**

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

**3.612** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,380.00**

**MACDONALD GARBER BROADCASTING**
**0**
**PETOSKEY, MI 49770**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.613** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,360.38**

**MACKELLAR PROMOTIONAL MKT.**
**PO BOX 14200**
**ROCHESTER HILLS, MI 48309**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.614** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$26,586.88**

**MACOMB TIRE INC.**
**P.O. BOX 33321 DRAWER 47**
**ROSEVILLE, MI 48066**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.615** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$499.00**

**MACOMB WHOLESALE SUPPLY CORP.**
**28714 NETWORK PLACE**
**FRASER, MI 48026**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.616** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$117,119.71**

**MAGNUSSEN HOME FURNISHINGS INC**
**P.O. BOX 72224 OPC833**
**SUITE B**
**ONTARIO, CA 91761-8536**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.617** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$71,253.06**

**MALOUF**
**ACCOUNTS RECEIVABLE**
**LOGAN, UT 84341**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.618** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,852.95**

**MANHATTAN COMFORT**
**28600 MEADOWBROOK**
**DAYTON, NJ 08810**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

**3.619** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12,862.99**

MANNA UNITED LLC
6317 TAYLOR DR
2339 11TH STREET
ENCINITAS, CA 92024

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.620** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,318.80**

MANNINO'S BAKERY
810 LANDMARK DRIVE
STERLING HTS., MI 48310

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.621** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$57,830.81**

MANWAH INC
SOLUTIONS
CHARLOTTE, NC 28235-5162

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.622** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12,166.67**

MAPLE ORCHARD ASSOCIATES LLC
3301 DIXIE HIGHWAY
251 E. MERRILL SUITE 205
BIRMINGHAM, MI 48009

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.623** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$26,665.44**

MARCO TECHNOLOGIES LLC
36535 GREEN STREET
PHILADELPHIA, PA 19178-2773

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.624** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$24.89**

MARK CENSOPRANO
38025 JAYKAY DRIVE
HUDSON, OH 44236

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.625** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$149.63**

MARK HOFSTEE
P.O. BOX 827932
GRANDVILLE, MI 49418

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 3.626 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $27,849.24 |
|---|---|---|---|

**MARKSMAN ROOFING & MAINT. INC.**
**INCOME TAX DIVISION**
**MAYVILLE, MI 48744**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Trade Debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.627 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,000.00 |
|---|---|---|---|

**MARSH & MCLENNAN AGENCY**
**PO BOX 297**
**SUITE 200**
**TROY, MI 48084**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Trade Debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.628 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $398.33 |
|---|---|---|---|

**MARTIN SVENSSON HOME**
**P.O. BOX 535414**
**LOS ANGELES, CA 90058-0291**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Trade Debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.629 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $290.00 |
|---|---|---|---|

**MARY LOWRY**
**12848 COLLECTIONS CENTER DRIVE**
**LANSING, MI 48910**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Trade Debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.630 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67,562.92 |
|---|---|---|---|

**MATTHEW MASON AS RECEIVER OF**
**ALGONQUIN C**
**1900 SOUTH RANDALL ROAD**
**ALGONQUIN, IL 60102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Trade Debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.631 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,010.41 |
|---|---|---|---|

**MATZKA INC**
**2118 MERCANTILE DR.**
**WARREN, MI 48090-0177**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Trade Debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.632 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $379,595.29 |
|---|---|---|---|

**MAX HOME FURNISHINGS**
**23850 SHERWOOD**
**FULTON, MS 38843**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Trade Debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 3.633 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$100.00** |
|---|---|---|---|
| | **MAX HOME FURNISHINGS-DSOF**<br>**1020 LIVERNOIS**<br>**FULTON, MS 38843** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Trade Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.634 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$447,997.03** |
|---|---|---|---|
| | **MAX HOME FURNISHINGS-DSOFA**<br>**4 WEST 20TH ST.**<br>**FULTON, MS 38843** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Trade Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.635 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$7,875.00** |
|---|---|---|---|
| | **MBM INVESTMENTS, LLC**<br>**218 LITTLE FALLS ROAD STE 2**<br>**600 N. OLD WOODWARD AVE.**<br>**BIRMINGHAM, MI 48009** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Trade Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.636 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$14,886.33** |
|---|---|---|---|
| | **MC GROUP**<br>**PO BOX 1050**<br>**MENTOR, OH 44060** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Trade Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.637 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$43.00** |
|---|---|---|---|
| | **McLean, Sam**<br>**200 WEST MADISON SUITE 1800**<br>**PORTAGE, MI 49024** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Trade Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.638 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$10,953.90** |
|---|---|---|---|
| | **MCMILLAN METRO P.C.**<br>**3855 COLLECTION CENTER DR**<br>**POTOMAC, MD 20854** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Trade Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.639 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,357.22** |
|---|---|---|---|
| | **MCNAUGHTON MCKAY ELECTRIC CO**<br>**1100 WEST MONROE STREET**<br>**PO BOX 67000**<br>**DETROIT, MI 48267-0148** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Trade Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

**3.640** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,180.00**

**MDI WORLDWIDE**
**315 S. LINCOLN STREET A-2**
**FARMINGTON, MI 48332-0576**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.641** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$155.50**

**MEDEXPRESS URGENT CARE**
**FILE 55327**
**BELFAST, ME 04915-4068**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.642** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$403,220.70**

**Meidterranean Shipping Co., Inc.**
**420 Fifth Avenue**
**New York, NY 10018**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Accrued demurrance charges**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.643** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,306.14**

**MERCANA FURNITURE & DECOR LTD.**
**P.O. BOX 3257**
**BLAINE, WA 98231**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.644** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$29,470.05**

**MERCURY PROMOTIONS &**
**39864 COLLECTION CENTER**
**P.O. BOX 77000**
**DETROIT, MI 48227-0867**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.645** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$71,740.00**

**MEREDETH CORPORATION**
**P.O. BOX 1657**
**SAGINAW, MI 48607**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.646** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,197.27**

**METCOM**
**P.O. BOX 88249**
**ST. CLAIR SHORES, MI 48080-1811**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number *(if known)* | **20-10553** |
|---|---|---|---|
| | Name | | |

---

**3.647** | Nonpriority creditor's name and mailing address

**METROPOLITAN AIR COMPRESSOR CO**
**ATTN: BILLING DEPT**
**ROSEVILLE, MI 48066**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$1,764.32**

---

**3.648** | Nonpriority creditor's name and mailing address

**METROPOLITAN ST. LOUIS**
**1020 N GLOSTER ST  #147**
**P.O. BOX 437**
**ST. LOUIS, MO 63166-0437**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$156.65**

---

**3.649** | Nonpriority creditor's name and mailing address

**MICHELLE D. MCBRIDE**
**ST. CHARLES COUNTY COLLECTOR OF**
**REVENUE**
**201 N SECOND STREET**
**SUITE 134**
**  KS 66301**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** **Property tax estimate - O'Fallon, MO**

Is the claim subject to offset? ■ No ☐ Yes

**$25,435.44**

---

**3.650** | Nonpriority creditor's name and mailing address

**MICHIGAN BATTERY EQUIPMENT INC**
**PO BOX 415949**
**FLINT, MI 48531**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$19,240.06**

---

**3.651** | Nonpriority creditor's name and mailing address

**MICHIGAN DEPT. OF THE TREASURY**
**DEPT# 880121**
**LANSING, MI 48909-7649**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$73.69**

---

**3.652** | Nonpriority creditor's name and mailing address

**MICHIGAN DOOR SYSTEMS**
**LOT 3356 BATU 7 3/4**
**FRASER, MI 48026-0419**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$1,081.50**

---

**3.653** | Nonpriority creditor's name and mailing address

**MICHIGAN GAS UTILITIES**
**8300 EAGER ROAD**
**MILWAUKEE, WI 53201-3140**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$225.25**

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|--------|---------------------------|------------------------|--------------|
| | Name | | |

---

**3.654** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$172.17**

**MICHIGAN GUARANTY AGENCY-MN**
**PO BOX 887**
**ST. PAUL, MN 55116-0325**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.655** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$29,657.14**

**MICHIGAN KENWORTH**
**P.O. BOX 635208**
**CLINTON TWP., MI 48036**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.656** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,865.16**

**MICHIGAN KENWORTH-CHICAGO**
**C/O VLAHAKIS COMMERCIAL**
**CHICAGO, IL 60673-1289**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.657** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,470.39**

**MICHIGAN MAINTENANCE SUPPLY CO**
**ASSISTANCE INC.**
**WARREN, MI 48089**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.658** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$675.00**

**MICHIGAN WEST COAST CHAMBER**
**C/O MARKUS MANAGEMENT GROUP**
**272 E. 8TH STREET**
**HOLLAND, MI 49423**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.659** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$64,444.95**

**MICHIGAN.COM.**
**DEPT #3005**
**CHICAGO, IL 60677-3009**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.660** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$24,860.20**

**MICROSOFT CORPORATION**
**P.O. BOX 554765**
**SUITE 5010 LB #842467**
**DALLAS, TX 75207**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

**3.661** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,746.67**

**MIDCO GLOBAL INC.**
**P.O. BOX 65130**
**KIRKWOOD, MO 63122**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.662** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$11,315.69**

**MIDDLEBELT PLYMOUTH VENTURE**
**C/O BANK OF AMERICA**
**SUITE 200C**
**LIVONIA, MI 48152**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.663** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$196.71**

**MIDLAND FUNDING LLC**
**10/D UNION WAY COMMERCE CENTRE**
**WARREN, MI 48090**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.664** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$221.91**

**MIDLAND FUNDING LLC .**
**12400 COLLECTIONS CENTER DR.**
**WARREN, MI 48090**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.665** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$171.40**

**MIDWEST AIR FILTER INC.**
**C/O TX9222U**
**LANSING, MI 48901-0210**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.666** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$96.88**

**MIDWEST GLASS FABRICATORS INC.**
**P.O. BOX 640814**
**HIGHLAND, MI 48357**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.667** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$226,016.46**

**MILESTONE INTERNET MARKETING, INC**
**5255 ALPINE AVENUE NW**
**SANTA CLARA, CA 95051**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

**3.668** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$328.60**

**MILFAST INDUSTRIAL SUPPLY**
**P.O. BOX 7247**
**NEW BALTIMORE, MI 48047**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.669** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$7,911.23**

**MILFORD ROAD PLAZA LLC.**
**PO BOX 7962**
**NOVI, MI 48377**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.670** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,883.00**

**MILLER CAR CARE**
**829 SHADY MOSS CT.**
**BURT, MI 48417**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.671** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$9,333.34**

**MILLER RD LLC**
**4845 GOVERNORS WAY**
**SUITE 110**
**SYLVAN LAKE, MI 48320**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.672** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$13,447.00**

**MILLION DOLLAR BABY CO.**
**P.O. BOX 710830**
**PICO RIVERA, CA 90660**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.673** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,024.23**

**MISSOURI AMERICAN WATER**
**899 E. MANDOLINE AVE**
**ST. LOUIS, MO 63179-0247**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.674** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$7,779.00**

**MISSOURI DEPARTMENT OF REVENUE**
**0**
**P.O. BOX 999**
**JEFFERSON CITY, MO 65108-0999**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

**3.675**

**Nonpriority creditor's name and mailing address**

**MLIVE MEDIA GROUP**
**14400 DX-TOLEDO ROAD**
**P.O. BOX 77000**
**DETROIT, MI 48277-0571**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$25,261.73**

---

**3.676**

**Nonpriority creditor's name and mailing address**

**MOBILE LOCK & SAFE INC.**
**625 W. WARD AVE**
**CHICAGO, IL 60680-3707**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$1,028.19**

---

**3.677**

**Nonpriority creditor's name and mailing address**

**MODERN MARKETING CONCEPTS**
**9050 LAKE DOMINION DR.**
**8600 SOLUTION CENTER**
**CHICAGO, IL 60677-8006**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$6,252.34**

---

**3.678**

**Nonpriority creditor's name and mailing address**

**MODUS FURNITURE INTL**
**P.O. BOX 371473**
**PASADENA, CA 91185-3052**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$148,265.46**

---

**3.679**

**Nonpriority creditor's name and mailing address**

**MODWAY INC**
**30665 NORTHWESTERN HWY.**
**NEW YORK, NY 10087-2130**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$2,081.94**

---

**3.680**

**Nonpriority creditor's name and mailing address**

**MOE'S HOME COLLECTION**
**PO BOX 208**
**KENT, WA 98031**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$1,248.49**

---

**3.681**

**Nonpriority creditor's name and mailing address**

**MOHAWK FINISHING PRODUCTS**
**P.O. BOX 805438**
**ATLANTA, GA 30353-5414**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$15,726.54**

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

**3.682** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,643.02**

**MOHECO PRODUCTS LTD.**
**1827 VILLAGE GREEN BLVD. #101**
**LIVONIA, MI 48150**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.683** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$11,453.00**

**MOMENI INC**
**684125 NETWORK PLACE**
**CARLSTADT, NJ 07072**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.684** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$8,950.50**

**MONARCH SPECIALTIES INC**
**1944 PACKARD HWY.**
**LAVAL QC H7P0A8**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.685** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$54.00**

**MONROE SYSTEMS FOR BUSINESS**
**1308 BROADWAY**
**PHILADELPHIA, PA 19178-1363**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.686** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$8,506.86**

**MONROE TEL LLC.**
**3025 PIONEER WAY EAST**
**SUITE 200**
**FARMINGTON HILLS, MI 48334**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.687** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$12.00**

**MOORE, ANDREA**
**3801 RENNIE SCHOOL RD**
**DETROIT, MI 48234**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.688** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$35,480.38**

**MORGAN LEWIS & BOCKIUS LLP**
**1010 PARK AVENUE**
**New York, NY 10178-0060**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Professional services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

| 3.689 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$890.00** |
|---|---|---|---|

**MOSES WINDOW CLEANING**
**62228 COLLECTIONS CENTER DR.**
**SUTTONS BAY, MI 49682**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.690 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$300.00** |
|---|---|---|---|

**MOTOR CITY VEHICLE FINANCE**
**GCS ACCOUNTS REC.**
**BLOOMFIELD HILLS, MI 48302**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.691 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$96.56** |
|---|---|---|---|

**MULLER MULLER RICHMOND HARMS**
**P.O. BOX 633833**
**33233 WOODWARD AVE.**
**BIRMINGHAM, MI 48012-3026**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.692 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$63.00** |
|---|---|---|---|

**MUNSON OCCUPATIONAL HEALTH**
**1951 KIDWELL DRIVE**
**TRAVERSE CITY, MI 49685**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.693 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$17,937.49** |
|---|---|---|---|

**MURROWS TRANSFER INC**
**P.O. BOX 461**
**HIGH POINT, NC 27263**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.694 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$694.09** |
|---|---|---|---|

**MUSUAB SOHAIL RASHEED**
**1525 WEST 2960 SOUTH**
**APT 252**
**RICHMOND, TX 77407**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.695 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$29,768.08** |
|---|---|---|---|

**NAJARIAN FURNITURE CO INC**
**2500 W. 36TH STREET**
**PASADENA, CA 91101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 3.696 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,325.06 |
|---|---|---|---|

**NATIONAL DOOR SYSTEMS LLC**
**8194 KIRKRIDGE ST**
**PONTIAC, MI 48342-3306**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.697 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $24,214.59 |
|---|---|---|---|

**NATIONAL SHOPPING PLAZAS, LLC**
**P.O. BOX 4632**
**SUITE 4200**
**CHICAGO, IL 60606-3465**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.698 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,715.00 |
|---|---|---|---|

**NATIONAL SYSTEMS INSTALLERS**
**3622 MOMENTUM PL**
**SUITE 312**
**WATERFORD, MI 48327**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.699 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,612.96 |
|---|---|---|---|

**NATIONWIDE ILLUMINATION LLC**
**29253 NETWORK PLACE**
**MT. CLEMENS, MI 48043**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.700 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,468.37 |
|---|---|---|---|

**NATUZZI**
**PO BOX 70001**
**PHILADELPHIA, PA 19170-7515**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.701 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $86,729.75 |
|---|---|---|---|

**NBC UNIVERSAL, LLC**
**P.O. BOX 5091**
**NEW YORK, NY 10112**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.702 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $77.52 |
|---|---|---|---|

**NC CHILD SUPPORT**
**PO BOX 10020**
**PO BOX 900012**
**RALEIGH, NC 27675-9012**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

| 3.703 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$33.80** |
|---|---|---|---|

**NCI CHICAGO WICKER**
**SCOTT SCHISLER**
**CHICAGO, IL 60680-1713**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.704 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,943.00** |
|---|---|---|---|

**NECTAR BRAND LLC**
**74 WEST LONG LAKE RD. STE 101**
**LOS ANGELES, CA 90074-8932**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.705 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$72,170.00** |
|---|---|---|---|

**NEED IT NOW OHIO**
**1401 BROAD STREET**
**LEWIS CENTER, OH 43035**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.706 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$33,412.74** |
|---|---|---|---|

**NEW BENEFITS LTD.**
**PO BOX 52187**
**DALLAS, TX 75380**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.707 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$343,043.16** |
|---|---|---|---|

**NEW CLASSIC FURNITURE**
**49851 SUSSEX**
**FONTANA, CA 92336**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.708 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$79,737.00** |
|---|---|---|---|

**NEW ENGEN INC.**
**P.O. BOX 70189**
**SUITE 700**
**SEATTLE, WA 98121**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.709 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$22.72** |
|---|---|---|---|

**NEW RIDGE HOME GOODS**
**19 SMILEY INGRAM ROAD SE**
**BLACKSBURG, VA 24060**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

**3.710** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$485,323.28**

**NEW WORLD COMMUNICATIONS OF DETROIT, INC**
PO BOX 872987
ATLANTA, GA 30384-0624

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.711** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$55,590.30**

**NEWMARK GRUBB KNIGHT FRANK**
4200 TELEGRAPH RD.
500 WEST MONROE STREET
CHICAGO, IL 60661

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.712** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$34,633.25**

**NEXSTAR  BROADCASTING INC.**
13038 W CAMPUS DRIVE
ATLANTA, GA 30384

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.713** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$21,836.50**

**NEXSTAR BROADCASTING   INC**
1711 LATHAM STREET
CHICAGO, IL 60693

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.714** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,460.00**

**NEXSTAR BROADCASTING  INC**
PO BOX 877
DALLAS, TX 75284-2748

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.715** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$125,175.25**

**NEXSTAR BROADCASTING  INC.**
DEPT# 64854
CHICAGO, IL 60693-0128

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.716** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$115,899.58**

**NEXSTAR BROADCASTING,   INC**
P.O. BOX 500
CHICAGO, IL 60693

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

**3.717**

**Nonpriority creditor's name and mailing address**

**NEXSTAR BROADCASTING, INC**
P.O. BOX 70219
SUITE 700
IRVING, TX 75062

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$19,035.75**

---

**3.718**

**Nonpriority creditor's name and mailing address**

**NEXSTAR BROADCASTING, INC**
6984 TERRELL ST
CHICAGO, IL 60693

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$48,705.00**

---

**3.719**

**Nonpriority creditor's name and mailing address**

**NICOR GAS**
39500 HIGH POINTE BLVD.
CAROL STREAM, IL 60197-5407

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$17,562.42**

---

**3.720**

**Nonpriority creditor's name and mailing address**

**NIPSCO**
740 WHITTIER ROAD
MERRILLVILLE, IN 46411-3007

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$5,324.62**

---

**3.721**

**Nonpriority creditor's name and mailing address**

**NOBLE ART & CRAFT HOUSE**
DEPT. #10432
AIIMS COLLEGE
JADHPUR  342005

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$104,659.83**

---

**3.722**

**Nonpriority creditor's name and mailing address**

**NOLAN TRANSPORTATION GROUP**
1876 RIVER RUN TRAIL
ATLANTA, GA 31193-1184

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$1,142.13**

---

**3.723**

**Nonpriority creditor's name and mailing address**

**NORMAN WAXMAN**
13800 DIPLOMAT DRIVE
BOCA RATON, FL 33432

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$7,500.00**

---

| Debtor | **Art Van Furniture, LLC** | Case number (*if known*) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

| 3.724 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,656.04** |
|---|---|---|---|

**NORSTAR OFFICE PRODUCTS**
**6030 N. SHERIDAN RD.**
**COMMERCE, CA 90040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.725 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,711.12** |
|---|---|---|---|

**NORTH SHORE GAS**
**320 6E RUE, C.P. 1420**
**MILWAUKEE, WI 53201-2968**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.726 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,040.55** |
|---|---|---|---|

**NORTHERN MICHIGAN REVIEW INC.**
**1859 JOHN R**
**HAGERSTOWN, MD 21741**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.727 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$23,040.00** |
|---|---|---|---|

**NORTHPOINT TRADING**
**PO BOX 846936**
**SECOND FLOOR**
**NEW YORK, NY 10016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.728 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,512.50** |
|---|---|---|---|

**NORTHSIDE SERVICE INC**
**DUNS#065849168**
**LANSING, MI 48906**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.729 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,301.84** |
|---|---|---|---|

**NORTHWOOD COLLECTION INC.**
**965 FREEDOM LANE**
**TORONTO ON M8V1Y7**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.730 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$96,686.97** |
|---|---|---|---|

**NOURISON RUG CORP**
**6255 W. SUNSET BLVD**
**PO BOX 35651**
**NEWARK, NJ 07193-5651**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

| 3.731 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$343,468.26** |
|---|---|---|---|

**NTVB MEDIA**
**18840 JOHN R**
**TROY, MI 48083**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.732 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$12,078.00** |
|---|---|---|---|

**NUEVO**
**PO BOX 1031**
**TORONTO ON M6B3Y1**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.733 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$42,146.58** |
|---|---|---|---|

**O'FALLON MISSOURI PROPERTIES, LLC**
**4645 TROY CT.**
**SUITE 603**
**BRENTWOOD, MO 63144**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.734 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,801.84** |
|---|---|---|---|

**OAKLAND SQUARE OWNER, LLC**
**1020 GREENE STREET**
**MINNEAPOLIS, MN 55485-6690**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.735 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$27,736.22** |
|---|---|---|---|

**OFFICE DEPOT**
**COLLECTOR'S OFFICE**
**CINCINNATI, OH 45263-3301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.736 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$760.02** |
|---|---|---|---|

**OFFICE EXPRESS INC.**
**P.O. BOX 27057**
**SUITE A**
**TROY, MI 48083**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.737 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,334.85** |
|---|---|---|---|

**OFFICETEAM**
**3458 SASHABAW RD**
**CHICAGO, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

**3.738**

**Nonpriority creditor's name and mailing address**

**OFFICIAL TOWING**
**4005 ORCHARD DRIVE**
**ST. CLAIR SHORES, MI 48080**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☒ No ☐ Yes

**$458.00**

---

**3.739**

**Nonpriority creditor's name and mailing address**

**OGLETREE DEAKINS**
**COMMERCE**
**SUITE 300**
**BIRMINGHAM, MI 48009**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☒ No ☐ Yes

**$4,910.40**

---

**3.740**

**Nonpriority creditor's name and mailing address**

**OHIO DEPARTMENT OF COMMERCE -**
**DIVISION**
**32091 HOLLINGSWORTH AVE.**
**PO BOX 4009**
**REYNOLDSBURG, OH 43068-9009**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☒ No ☐ Yes

**$1,465.00**

---

**3.741**

**Nonpriority creditor's name and mailing address**

**OLYMPIA ENTERTAINMENT EVENTS**
**CENTER, LLC**
**P.O. BOX 5019**
**DETROIT, MI 48201**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☒ No ☐ Yes

**$90,833.00**

---

**3.742**

**Nonpriority creditor's name and mailing address**

**OREGON MUNICIPAL COURT**
**101 LONGXING ROAD**
**OREGON, OH 43616**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☒ No ☐ Yes

**$367.51**

---

**3.743**

**Nonpriority creditor's name and mailing address**

**ORIAN RUGS**
**C/O HORIZON MANAGEMENT**
**ANDERSON, SC 29621**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☒ No ☐ Yes

**$55,541.91**

---

**3.744**

**Nonpriority creditor's name and mailing address**

**ORIENT OVERSEAS CONTAINER**
**28310 HAYES RD. BLDG. F**
**10913 SOUTH RIVER FRONT PKWY**
**SOUTH JORDAN, UT 84095**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☒ No ☐ Yes

**$735.00**

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

| 3.745 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$439.52** |
|---|---|---|---|

**OSF HEALTHCARE**
**44090 W. 12 MILE ROAD**
**420 NORTH MAIN STREET**
**BLOOMINGTON, IL 61701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.746 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$129.38** |
|---|---|---|---|

**OTC BRANDS, INC.**
**768 TURNBULL CANYON ROAD**
**DES MOINES, IA 50306-3502**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.747 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$120,340.01** |
|---|---|---|---|

**OVERMAN INTERNATIONAL CORP**
**90503 COLLECTION CENTER DRIVE**
**DANDRIDGE, TN 37725**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.748 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$19,695.00** |
|---|---|---|---|

**OWEN & COMPANY LTD**
**P.O. BOX 182882**
**VAUGHAN ON L4L 0J4**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.749 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,412.00** |
|---|---|---|---|

**P.B. POLLOCK & SON INC.**
**16005 STURGEON**
**FRASER, MI 48026**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.750 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,313.51** |
|---|---|---|---|

**PACIFIC COAST LIGHTING**
**PO BOX 182537**
**20250 PLUMMER STREET**
**CHATSWORTH, CA 91311**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.751 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$18,100.00** |
|---|---|---|---|

**PACKER & ASSOCIATES**
**1405 XENIUM LANE N. STE 120**
**NOVI, MI 48376-0887**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

**3.752**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $58,817.40 |
|---|---|---|
| **PALLISER FURNITURE CORP**<br>**26438 EUREKA DRIVE**<br>**P.O. BOX 66900**<br>**CHICAGO, IL 60666-0900** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim:  **Trade Debt** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.753**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $174.00 |
|---|---|---|
| **PANCHAL, RAMESH**<br>**ATTN: ACCOUNTS RECEIVABLE**<br>**AURORA, IL 60504** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim:  **Trade Debt** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.754**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,303.00 |
|---|---|---|
| **PAOLINA'S DRAPERIES INC.**<br>**281 ZHONGHE MID ROAD**<br>**STERLING HEIGHTS, MI 48310** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim:  **Trade Debt** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.755**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,855.66 |
|---|---|---|
| **PAPER EXPRESS**<br>**3515 N. GRAHAM RD**<br>**BLOOMFIELD HILLS, MI 48302** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim:  **Trade Debt** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.756**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50.00 |
|---|---|---|
| **PARAMOUNT PREFERRED SOLUTIONS**<br>**PO BOX 2305**<br>**CLEVELAND, OH 44192-0002** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim:  **Trade Debt** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.757**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $47,520.51 |
|---|---|---|
| **PARKER HOUSE**<br>**HERITAGE HOME GROUP**<br>**EASTVALE, CA 92880** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim:  **Trade Debt** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.758**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,490.00 |
|---|---|---|
| **PARKWAY ELECTRIC &**<br>**COMMUNICATIONS, LLC**<br>**888 W BIG BEAVER ROAD**<br>**HOLLAND, MI 49424** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim:  **Trade Debt** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

3.759 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$306,625.00**

**PATRICK HARWOOD & ASSOCIATES**
**4020 SOMERS DRIVE**
**SUITE 130**
**SOUTHFIELD, MI 48034**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

3.760 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$59,115.36**

**PAXTON SALES INC.**
**1195 SOLUTIONS CENTER**
**TUPELO, MS 38804**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

3.761 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$7,782.59**

**PCM**
**PO BOX 890081**
**LOS ANGELES, CA 90074-5327**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

3.762 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$100.61**

**PE, DAVID**
**26039 DEQUINDRE**
**BOLINGBROOK, IL 60490**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

3.763 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$40,277.34**

**PEAK LIVING**
**C/O KEITH A. SPARKS (P77485)**
**CHICAGO, IL 60674-8196**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

3.764 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$12,750.00**

**PEGASUS HOME FASHIONS**
**6317 TAYLOR DR**
**ELIZABETH, NJ 07206**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

3.765 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$25,596.90**

**PEOPLE 2.0 GLOBAL LP**
**7900 S WESTNEDGE AVE.**
**PHILADELPHIA, PA 19182-7932**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

| 3.766 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $9,202.30 |
|---|---|---|---|

**PEOPLEREADY INC.**
4201 WEST BELMONT AVE.
PITTSBURGH, PA 15264-1034

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Trade Debt_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.767 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,726.19 |
|---|---|---|---|

**PEOPLES GAS**
8300 EAGER ROAD SUITE 603
MILWAUKEE, WI 53201-2968

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Trade Debt_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.768 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $545.00 |
|---|---|---|---|

**PETOSKEY TOWING INC.**
2180 44TH STREET SE
PETOSKEY, MI 49770

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Trade Debt_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.769 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $506.20 |
|---|---|---|---|

**PHASE 3 MARKETING**
PO BOX 419
P.O. BOX 2153
BIRMINGHAM, AL 35287-7052

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Trade Debt_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.770 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $14,474.03 |
|---|---|---|---|

**PHILLIPS SIGN & LIGHTING INC**
645 ROMAN DRIVE
HARRISON TWP., MI 48045-1363

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Trade Debt_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.771 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $546.00 |
|---|---|---|---|

**PHYSICIANS IMMEDIATE CARE**
14587 MARKESE
CAROL STREAM, IL 60197-4563

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Trade Debt_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.772 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $50.00 |
|---|---|---|---|

**Pier, Mary**
30777 NORTHWESTERN HWY.
WARREN, MI 48093

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Trade Debt_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com · Best Case Bankruptcy

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

**3.773**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $316.92 |
|---|---|---|
| **PIGEON & POODLE**<br>**PO BOX 748932**<br>**CITY OF INDUSTRY, CA 91745** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Trade Debt** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.774**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $22,906.72 |
|---|---|---|
| **PILOT FREIGHT SERVICES**<br>**106 MCLEAN DR.**<br>**DALLAS, TX 75265-4058** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Trade Debt** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.775**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $128,883.80 |
|---|---|---|
| **PIRRELLO DIGITAL IMAGING**<br>**2872 JACKSON RD.**<br>**WILLOWBROOK, IL 60527** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Trade Debt** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.776**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $736.33 |
|---|---|---|
| **PITNEY BOWES PURCHASE POWER**<br>**40 N GRATIOT AVE**<br>**PITTSBURGH, PA 15250-7874** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Trade Debt** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.777**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $589.36 |
|---|---|---|
| **PLASTICRAFTS**<br>**420 FIFTH AVENUE**<br>**REDFORD, MI 48240** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Trade Debt** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.778**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,833.34 |
|---|---|---|
| **PLYMOUTH HAGGERTY**<br>**29200 NORTHWESTERN HWY. #130**<br>**P.O. BOX 252164**<br>**WEST BLOOMFIELD, MI 48034** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Trade Debt** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.779**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $28,807.92 |
|---|---|---|
| **POLARIS AV LLC.**<br>**301 WASHINGTON AVE**<br>**8800 LYRA DRIVE SUITE 550**<br>**COLUMBUS, OH 43240-2002** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Trade Debt** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

| 3.780 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,135.78** |
|---|---|---|---|

**POLYTEK DEVELOPMENT CORP.**
**PO BOX 519**
**CHICAGO, IL 60677-5287**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.781 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$678.60** |
|---|---|---|---|

**PORT 68**
**4062 E. 17 MILE RD.**
**CHICAGO, IL 60641**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.782 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$11,987.04** |
|---|---|---|---|

**PORTAGE MICHIGAN PLAZA**
**P.O. BOX 42348**
**200 WEST MADISON STREET**
**CHICAGO, IL 60606-3465**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.783 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,420.00** |
|---|---|---|---|

**PR NEWSWIRE ASSOCIATION LLC**
**100 WEST ROAD**
**NEW YORK, NY 10087-5897**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.784 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$15,595.00** |
|---|---|---|---|

**PRECISION PAINTING CO.**
**6480 HIGHLAND RD**
**BELLWOOD, IL 60104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.785 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,547.70** |
|---|---|---|---|

**PREFERRED SAFE & LOCK INC.**
**635 NORTH BILLY MITCHELL RD**
**ST. CLAIR SHORES, MI 48080**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.786 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,458.69** |
|---|---|---|---|

**PREMIER TRAILER LEASING INC.**
**P.O. BOX 220**
**DALLAS, TX 75320-6553**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

**3.787** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,230.63**

**PREPAC MANUFACTURING LTD**
**CENTER**
**DELTA BC V4G1N4**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.788** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$552.00**

**PRESTO-X**
**21643 E. NINE MILE ROAD**
**READING, PA 19612-3848**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.789** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$312.70**

**PRINTMASTERS**
**P.O. BOX 803475**
**MADISON HEIGHTS, MI 48071**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.790** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$630.00**

**PRO CARPET**
**PO BOX 177**
**STERLING HEIGHTS, MI 48314**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.791** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,922.50**

**PROBITY TECH SOLUTIONS**
**P.O. BOX 26067**
**WOODHAVEN, MI 48183**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.792** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$870.00**

**PRODATA COMPUTER SERVICES INC.**
**4980 EUCALYPTUS AVE.**
**SUITE 401**
**OMAHA, NE 68130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.793** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$500.00**

**PROFESSIONAL IRRIGATION SERV.**
**P.O. BOX 16325 LOCKBOX 7096**
**FAIRVIEW HEIGHTS, IL 62208**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | | Case number (*if known*) | **20-10553** |
|---|---|---|---|---|
| | Name | | | |

---

**3.794** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,306.80**

**PROFESSIONAL RUG WORKS IN**
**14052 PETERBORO DRIVE**
**TROY, MI 48083**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.795** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,768.64**

**PROFESSIONAL RUG WORKS INC.**
**29 E. HINTZ ROAD**
**TROY, MI 48083**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.796** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,516.93**

**PROGRESSIVE FINANCE**
**C/O FARBMAN GROUP**
**DRAPER, UT 84020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.797** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$128,277.95**

**PROGRESSIVE FURNITURE**
**FANTAN INDUSTRIAL ZONE**
**CINCINNATI, OH 45263-3833**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.798** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$11,306.25**

**PROPAC IMAGES**
**178 RIDGE ROAD SUITE A**
**ALBERTVILLE, AL 35950-6969**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.799** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,921.17**

**PROTECTION ONE ALARM**
**PO BOX 9121**
**P.O. BOX 872987**
**KANSAS CITY, MO 64187-2987**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.800** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,676.46**

**PROVIDENT LIFE & ACCIDENT**
**1850 LARCHWOOD DR.**
**P.O. BOX 403748**
**ATLANTA, GA 30384-3748**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (*if known*) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

**3.801** | Nonpriority creditor's name and mailing address
**PULASKI (HMI)**
**15075 LINCOLN #302**
**CLIENT ID#50012**
**ATLANTA, GA 30374-3807**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$75,027.34**

---

**3.802** | Nonpriority creditor's name and mailing address
**QUALTRICS, LLC**
**200 PUBLIC SQUARE**
**PO BOX 29650**
**PHOENIX, AZ 85038-9650**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$60,000.00**

---

**3.803** | Nonpriority creditor's name and mailing address
**QUICK FUEL**
**1604 SOLUTIONS CENTER**
**P.O. BOX 39000**
**SAN FRANCISCO, CA 94139-0001**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$8,406.53**

---

**3.804** | Nonpriority creditor's name and mailing address
**R+L CARRIERS, INC.**
**BOX 88237**
**PORT WILLIAM, OH 45164-2000**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$12,533.67**

---

**3.805** | Nonpriority creditor's name and mailing address
**R.A.C. WASHINGTON LLC.**
**BIN 88783**
**BLOOMFIELD HILLS, MI 48302**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$6,487.90**

---

**3.806** | Nonpriority creditor's name and mailing address
**R.W. LAPINE INC.**
**WATER DIVISION TREAS OFFICE**
**P.O. BOX 2045**
**KALAMAZOO, MI 49003-2045**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$28,842.04**

---

**3.807** | Nonpriority creditor's name and mailing address
**RAMCO WEST OAKS II LLC**
**2802 ELDER LANE**
**PITTSBURGH, PA 15264-3351**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$557.80**

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

| 3.808 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$60.61** |
|---|---|---|---|

**RANDY'S OLDE TOWNE SERVICE INC**
**1700 STUTZ DRIVE SUITE 82**
**TRAVERSE CITY, MI 49684**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.809 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,497.00** |
|---|---|---|---|

**RECRUITING.COM**
**2897 PINE BLUFFS**
**P.O. BOX 29650**
**PHOENIX, AZ 85038-9650**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.810 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$7,250.00** |
|---|---|---|---|

**RED PEPPER SOFTWARE**
**140185 BELL ROAD**
**SUITE 202**
**PLEASANT GROVE, UT 84062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.811 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$50.00** |
|---|---|---|---|

**Reinhardt, Julie**
**8300 EAGER ROAD**
**LANSING, MI 48917**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.812 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$240.00** |
|---|---|---|---|

**Rej, Eva**
**900 CALEDONIA ROAD UNIT 9**
**CLAWSON, MI 48017**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.813 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$353.48** |
|---|---|---|---|

**RELIABLE COMPACTOR SERVICE INC**
**265 NORTH EUCLID AVE.**
**SHELBY TWP., MI 48318-2314**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.814 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$253.17** |
|---|---|---|---|

**REN-WIL INC**
**P.O. BOX 397**
**LASALLE QUE H8R2E8**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

**3.815** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,425.90**

**REPUBLIC SERVICES**
**HVAC, PLUMBING, ELECTRICAL**
**LOUISVILLE, KY 40290-1099**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.816** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,200.00**

**RFMS INC.**
**PO BOX 1359**
**TUSCALOOSA, AL 35406**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.817** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$49,868.63**

**RHH, LLC DESIGN WORKS**
**DEPT 3567**
**GREENSBORO, NC 27410**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.818** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$7,562.66**

**RICK BROWN**
**PO BOX 223125**
**LANSING, MI 48910**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.819** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,398.80**

**RIGHTSTAR INC.**
**3209 MOMENTUM PLACE**
**SUITE 110**
**VIENNA, VA 22182**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.820** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$170.68**

**ROADRUNNER TRANSPORTATION SERV**
**442 MAYFIELD LANE**
**CHICAGO, IL 60694-4857**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.821** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$11,250.00**

**ROB HAZELTON LLC**
**8308 Haist Road**
**PLEASANT RIDGE, MI 48069-1021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

**3.822** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$51,020.73**

**ROBIN BRUCE**
**PO BOX 840001**
**CHARLOTTE, NC 28260-0324**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.823** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$60.00**

**ROBINSON, LEONARD**
**7839 PELHAM**
**ALLEN PARK, MI 48101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.824** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$85,104.08**

**ROCHESTER KM PARTNERS LLC**
**2741 W FARRAGUT**
**6960 ORCHARD LAKE ROAD STE 300**
**WEST BLOOMFIELD, MI 48322**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.825** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$450.00**

**ROCHESTER REGIONAL CHAMBER**
**P.O. BOX 10210**
**71 WALNUT SUITE 110**
**ROCHESTER, MI 48307**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.826** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,500.00**

**ROCK FALLS LEASING CORPORATION**
**PO BOX 776372**
**OAK BROOK, IL 60522**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.827** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$30,576.00**

**ROCKBOT INC.**
**P.O. BOX 8040**
**OAKLAND, CA 94612**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.828** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$675.70**

**ROCKET ENTERPRISE INC.**
**P.O. BOX 35162**
**WARREN, MI 48092**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | | Case number (if known) | **20-10553** |
|---|---|---|---|---|
| | Name | | | |

---

**3.829** | Nonpriority creditor's name and mailing address | | **$5,462.70**

**ROCKET FIBER**
**1155 BREWERY PARK BLVD**
**DETROIT, MI 48226**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.830** | Nonpriority creditor's name and mailing address | | **$72.50**

**RODZINA INDUSTRIES INC**
**P.O. BOX 182314**
**FLINT, MI 48507**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.831** | Nonpriority creditor's name and mailing address | | **$349.55**

**RODZINA INDUSTRIES INC-CANTON**
**715 AUBURN ROAD**
**CANTON, MI 48187**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.832** | Nonpriority creditor's name and mailing address | | **$3,900.00**

**ROI REVOLUTION INC.**
**22824 NETWORK PLACE**
**RALEIGH, NC 27604**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.833** | Nonpriority creditor's name and mailing address | | **$2,440.00**

**ROMO GROUP**
**P.O. BOX 74007064**
**1700 STUTZ DRIVE STE 61**
**TROY, MI 48084**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.834** | Nonpriority creditor's name and mailing address | | **$177.32**

**ROOSEN VARCHETTI & OLIVIER PLL**
**1060 AVENIDA ACASO**
**MT CLEMENS, MI 48046**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.835** | Nonpriority creditor's name and mailing address | | **$6,500.00**

**ROSEVILLE VILLAGE LLC**
**2055 LUNA RD.**
**SUITE 301**
**FARMINGTON HILLS, MI 48334**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

**3.836** | Nonpriority creditor's name and mailing address
**ROTHMAN.O'FALLON, LLC**
**P.O. BOX 1006**
**SUITE 603**
**BRENTWOOD, MO 63144**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$29,333.88**

---

**3.837** | Nonpriority creditor's name and mailing address
**ROTO ROOTER**
**23380 GODDARD ROAD**
**BATTLE CREEK, MI 49014**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$1,080.49**

---

**3.838** | Nonpriority creditor's name and mailing address
**ROTO-ROOTER WATER RESTORATION**
**353 N. 120TH AVENUE**
**GRAND RAPIDS, MI 49548**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$3,284.61**

---

**3.839** | Nonpriority creditor's name and mailing address
**ROYAL ROOFING COMPANY, INC**
**DEPT. LA 23052**
**ORION, MI 48359**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$418.00**

---

**3.840** | Nonpriority creditor's name and mailing address
**RPAI US MANAGEMENT LLC**
**DEPT #3005**
**CHICAGO, IL 60693-0130**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$64,036.28**

---

**3.841** | Nonpriority creditor's name and mailing address
**RPL ASSOCIATES INC**
**1198 SPRING CREEK PLACE**
**SUITE 105**
**SOUTHFIELD, MI 48076**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$870.00**

---

**3.842** | Nonpriority creditor's name and mailing address
**RUSTIQUE INC**
**PO BOX 715165**
**TORONTO ON M3A1A3**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$9,207.58**

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

**3.843** | Nonpriority creditor's name and mailing address
**RYAN FISHMAN**
**7425 N.W. 79TH STREET**
**800 W. LONG LAKE RD. SUITE 170**
**BLOOMFIELD HILLS, MI 48302**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$706.90**

---

**3.844** | Nonpriority creditor's name and mailing address
**RYDER INVESTMENTS LLC**
**13800 DIPLOMAT DRIVE**
**500 SOUTH OLD WOODWARD STE 200**
**BIRMINGHAM, MI 48009**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$7,495.13**

---

**3.845** | Nonpriority creditor's name and mailing address
**RYDER TRANSPORTATION SERVICES**
**22835 NETWORK PLACE**
**CHICAGO, IL 60693**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$1,037.82**

---

**3.846** | Nonpriority creditor's name and mailing address
**S. WALTER PACKAGING CORP.**
**P.O. BOX 340019**
**PHILADELPHIA, PA 19176-6225**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$32,146.64**

---

**3.847** | Nonpriority creditor's name and mailing address
**SAGEBROOK HOME**
**110 BI-COUNTY BLVD.**
**COMMERCE, CA 90040**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$64,834.65**

---

**3.848** | Nonpriority creditor's name and mailing address
**SAGGEZZA**
**2030 POWERS FERRY ROAD SE**
**CHICAGO, IL 60606-3499**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$640,586.85**

---

**3.849** | Nonpriority creditor's name and mailing address
**SALESFORCE.COM INC.**
**34977 WOODWARD AVENUE**
**DALLAS, TX 75320-3141**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$217.44**

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

**3.850** | Nonpriority creditor's name and mailing address
**Sam Levin, Inc.**
**6500 East 14 Mile Road**
**Warren, MI 48092**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Intercompanuy Claim**

Is the claim subject to offset? ■ No  ☐ Yes

**$46,875,865.93**

---

**3.851** | Nonpriority creditor's name and mailing address
**SAM MOORE**
**3416 MOMENTUM PLACE**
**ATLANTA, GA 30384**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$3,439.16**

---

**3.852** | Nonpriority creditor's name and mailing address
**SAM'S CLUB**
**5855 NORTH MICHIGAN RD.**
**ATLANTA, GA 30353-0930**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$2,971.12**

---

**3.853** | Nonpriority creditor's name and mailing address
**SAMUEL LAWRENCE FURNITURE**
**6300 PROVIDENCE WAY**
**CLIENT ID#500012**
**ATLANTA, GA 30374-3807**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$160.00**

---

**3.854** | Nonpriority creditor's name and mailing address
**SAMUEL LAWRENCE FURNITURE (HMI)**
**707 SONGHUA ROAD**
**CLIENT ID#500012**
**ATLANTA, GA 30374-3807**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$14,632.50**

---

**3.855** | Nonpriority creditor's name and mailing address
**SARNOFF & BACCASH**
**PO BOX 6016**
**SUITE 1000**
**CHICAGO, IL 60602**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$56,264.60**

---

**3.856** | Nonpriority creditor's name and mailing address
**SAUDER WOODWORKING INC**
**21200 SCHOENHERR**
**CINCINNATI OH 45263 3834**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$154,629.08**

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 3.857 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,964.50** |
|---|---|---|---|
| | **SAULT-CHEBOYGAN MEDIA GROUP**<br>**207 S. EUCLID AVE.**<br>**CHEBOYGAN, MI 49721** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Trade Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.858 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$7,250.18** |
|---|---|---|---|
| | **SCHARF'S SERV. & FUEL OIL INC.**<br>**#1 HELMKAMP DRIVE**<br>**CENTER LINE, MI 48015** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Trade Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.859 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$83,321.82** |
|---|---|---|---|
| | **SCHINDLER ELEVATOR CORPORATION**<br>**33477 WOODWARD AVE. STE 800**<br>**CHICAGO, IL 60673-3050** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Trade Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.860 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$28,734.98** |
|---|---|---|---|
| | **SCHNADIG/CARACOLE**<br>**200 N. FIRST ST.**<br>**PO BOX 123618**<br>**DALLAS, TX 75312-3618** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Trade Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.861 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$16.50** |
|---|---|---|---|
| | **SCHNADIG/CARACOLE.**<br>**901 LANE KANGYE ROAD**<br>**PO BOX 123618**<br>**DALLAS, TX 75312-3618** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Trade Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.862 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$63,890.94** |
|---|---|---|---|
| | **SCHNEIDER NATIONAL,INC.**<br>**P.O. BOX 641612**<br>**CHICAGO, IL 60677-5413** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Trade Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.863 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$151,956.30** |
|---|---|---|---|
| | **SCREEN WORKS INC.**<br>**4501 MOUNTAIN CREEK PARKWAY**<br>**NOVI, MI 48374** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Trade Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

| 3.864 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$440,246.45** |
|---|---|---|---|

**SCRIPPS MEDIA, INC.**
**1337 TAYLOR FARM ROAD**
**CINCINNATI, OH 45201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Trade Debt_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.865 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,346,704.11** |
|---|---|---|---|

**SEALY MATTRESS COMPANY**
**OWNER LLC.**
**ATLANTA, GA 31193-2621**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Trade Debt_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.866 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,300.88** |
|---|---|---|---|

**SEMCO ENERGY GAS COMPANY**
**P.O. BOX 128**
**CINCINNATI, OH 45274-0812**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Trade Debt_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.867 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,104.29** |
|---|---|---|---|

**SENSOURCE**
**PO BOX 379**
**YOUNGSTOWN, OH 44515-3033**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Trade Debt_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.868 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$35,480.00** |
|---|---|---|---|

**SERTA RESTOKRAFT MATTRESS**
**PO BOX 1359**
**ROMULUS, MI 48174**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Trade Debt_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.869 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,137,036.23** |
|---|---|---|---|

**SERTA RESTOKRAFT MATTRESS CO.**
**8300 COMMON ROAD**
**ROMULUS, MI 48174**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Trade Debt_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.870 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$924,511.13** |
|---|---|---|---|

**SERVECO NORTH AMERICA**
**4740 WALMA AVE. SE**
**CARTERSVILLE, GA 30121**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Trade Debt_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
| --- | --- | --- | --- |
| | Name | | |

| 3.871 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$600.00** |
| --- | --- | --- | --- |

**SET & PROPS KING LLC.**
P.O. BOX 17343
BERKLEY, MI 48072

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

| 3.872 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,858.82** |
| --- | --- | --- | --- |

**SETON IDENTIFICATION PRODUCTS**
PO BOX 405756
CHICAGO, IL 60694-5904

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

| 3.873 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$913.62** |
| --- | --- | --- | --- |

**SEYFARTH SHAW LLP**
514 W 26TH STREET
CHICAGO, IL 60693

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

| 3.874 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$9,433.32** |
| --- | --- | --- | --- |

**SHAW INDUSTRIES INC .**
P.O. BOX 630795
BOSTON, MA 02241-3305

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

| 3.875 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,258.54** |
| --- | --- | --- | --- |

**SHAW INDUSTRIES INC.**
PARK HILL CROSSING DR.
BOSTON, MA 02241-3305

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

| 3.876 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$38.46** |
| --- | --- | --- | --- |

**SHAW, BRIAN**
C/O HOME MERIDIAN
LOT 23
PORTLAND, MI 48875

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

| 3.877 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$108.70** |
| --- | --- | --- | --- |

**SHEK LAW OFFICES**
6705 DENNETT PLACE
SAGINAW, MI 48602

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

**3.878** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$10,294.09**

**SHELBY CORNERS LLC**
**P O BOX 7007**
**17800 NORTH LAUREL PARK DRIVE**
**LIVONIA, MI 48152**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.879** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$750.08**

**SHEREN PLUMBING & HEATING INC.**
**2000 WHITTIER**
**TRAVERSE CITY, MI 49685**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.880** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$18,155.97**

**SHERMAN MECHANICAL INC.**
**P.O. BOX 8069**
**CARY, IL 60013-1891**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.881** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$244.63**

**SHERMETA LAW GROUP**
**NEWARK POST OFFICE**
**ROCHESTER, MI 48308**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.882** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,863.20**

**SHERWIN-WILLIAMS**
**63-15 TRAFFIC AVENUE**
**WARREN, MI 48088-1487**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.883** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$8,486.00**

**SHOPS AT THE SHORES OF**
**18552 NOTTINGHAM LANE**
**596 NORTH LAPEER ROAD**
**LAKE ORION, MI 48362**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.884** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$66,048.39**

**SHOPTELLIGENCE**
**PO BOX 8500-2295**
**ANN ARBOR, MI 48104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

**3.885** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$946,567.06**

**SIGNAL RESTORATION SERVICES**
**STATE OF MICHIGAN**
**TROY, MI 48084**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.886** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$547,001.66**

**SIGNS & DISPLAYS INC.**
**18895 EAST ARENTH AVENUE**
**CAPISTRANO BEACH, CA 92624**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.887** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$26,516.84**

**SIGNS NOW .**
**P.O. BOX 870643**
**DOWNERS GROVE, IL 60515**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.888** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$63,510.00**

**SIMON HOME IMPROVEMENTS**
**C/O WILLIAM FOLLET**
**HARRISON TOWNSHIP, MI 48045**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.889** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$22,728.21**

**SIMON LI FURNITURE**
**4926 OAKWAY COURT**
**SHANGHAI  201107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.890** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,275.94**

**SIMPLI HOME LTD.**
**10603 6 1/2 MILE**
**PALATINE, IL 60055-9071**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.891** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$119,127.50**

**SINCLAIR TELEVISION GROUP, INC**
**P.O. BOX 783956**
**DALLAS, TX 75320-6270**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (*if known*) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

**3.892** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,485.00**

**SKYLINE FURNITURE MFG. INC.**
**PO BOX 405607**
**THORNTON, IL 60476**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.893** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$462,312.31**

**SLEEPMADE**
**P.O. BOX 770299**
**COLUMBUS, MS 39703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.894** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$104,822.25**

**SNOW PLUS**
**FILE ID: MIDET117**
**CAROL STREAM, IL 60188**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.895** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$208.66**

**SOCIAL SECURITY ADMINISTRATION.**
**2525 WOODWARD AVE**
**PHILADELPHIA, PA 19122-9985**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.896** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$29,916.25**

**SOFT LINE AMERICA LLC**
**P.O. BOX 500**
**HIGH POINT, NC 27260**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.897** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,621.40**

**SOPRANOS CATERING**
**25613 POWERS AVE.**
**ROSEVILLE, MI 48066**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.898** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,281.61**

**SOURCE ONE DIGITAL**
**PO BOX 418440**
**NORTON SHORES, MI 49441**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (*if known*) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

| 3.899 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$29,776.07** |
|---|---|---|---|

**SOUTH LINDBERGH PROPERTY, LLC**
**1920 FOOTBALL DRIVE**
**SUITE 603**
**BRENTWOOD, MO 63144**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __Trade Debt__

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.900 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$16,054.74** |
|---|---|---|---|

**SOUTH SHORE INDUSTRIES LTD**
**P.O. BOX 740309**
**STE-CROIX QUE G0S2H0**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __Trade Debt__

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.901 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12.70** |
|---|---|---|---|

**SOUTH STICKNEY SANITARY DIST.**
**6333 23 MILE ROAD**
**BURBANK, IL 60459-1527**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __Trade Debt__

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.902 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$13,666.67** |
|---|---|---|---|

**SOUTH TEL PLAZA LLC.**
**596 N. LAPEER ROAD**
**BLOOMFIELD HILLS, MI 48302**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __Trade Debt__

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.903 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$275.00** |
|---|---|---|---|

**SOUTHERN ENTERPRISES INC**
**P.O. BOX 5407**
**DALLAS, TX 75267-9031**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __Trade Debt__

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.904 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,141,005.52** |
|---|---|---|---|

**SOUTHERN MOTION INC**
**421 MADISON AVE.**
**DALLAS, TX 75373-3755**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __Trade Debt__

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.905 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$550.00** |
|---|---|---|---|

**SPARROW OCCUPATIONAL HEALTH**
**SEWER DISTRICT**
**P.O. BOX 13008**
**LANSING, MI 48901**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __Trade Debt__

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

**3.906** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,272.67**

**SPECTRUM BUSINESS.**
9420 E. 33RD STREET
ST. LOUIS, MO 63179-0086

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim: _Trade Debt_**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.907** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$9,556.70**

**SPEEDWRENCH INC.**
PO BOX 200876
HUDSONVILLE, MI 49426

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim: _Trade Debt_**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.908** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$33,000.00**

**SPENDHQ**
PO BOX 10
SUITE 300
ATLANTA, GA 30092

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim: _Trade Debt_**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.909** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$74.21**

**Spikes, Jay**
MAILROOM  -  ATTN: ACCOUNTS
AURORA, IL 60506

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim: _Trade Debt_**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.910** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,816.49**

**SPIRE**
ONE TOWN SQUARE BLVD
ST. LOUIS, MO 63171

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim: _Trade Debt_**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.911** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$48,726.62**

**SPIRIT SPE LOAN PORTFOLIO 2013-3, LLC**
2013-3, LLC
C/O SPIRIT REALTY LP
DALLAS, TX 75320

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim: _Trade Debt_**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.912** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$50.00**

**Spotanski, Jeanne**
7275 TOWER ROAD
O'FALLON, MO 63366

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim: _Trade Debt_**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **Art Van Furniture, LLC** | | Case number (if known) | **20-10553** |
|---|---|---|---|---|
| | Name | | | |

---

**3.913** | Nonpriority creditor's name and mailing address
**SPRINT ELECTRICAL SERVICE INC.**
**BEHIND AKANSHA AUTOMOBILES**
**ELK GROVE VILLAGE, IL 60007**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$3,221.14**

---

**3.914** | Nonpriority creditor's name and mailing address
**ST. LOUIS POST-DISPATCH**
**2590 HOLLYWOOD BLVD**
**ST. LOUIS, MO 63179-0099**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$114,100.82**

---

**3.915** | Nonpriority creditor's name and mailing address
**STANDARD FURNITURE MFG CO**
**800 MILWAUKEE AVE. N**
**ATLANTA, GA 31193-3715**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$889,394.41**

---

**3.916** | Nonpriority creditor's name and mailing address
**STANDARD PRINTING OF WARREN**
**150 MEADOWLANDS PARKWAY**
**WARREN, MI 48089-4799**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$1,807.30**

---

**3.917** | Nonpriority creditor's name and mailing address
**STANLEY INDUSTRIES INC**
**5383 HILL 23 DRIVE**
**CLAWSON, MI 48017-1729**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$13,094.70**

---

**3.918** | Nonpriority creditor's name and mailing address
**STAPLES INC**
**24 N WALNUT**
**DALLAS, TX 75266-0409**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$60,571.88**

---

**3.919** | Nonpriority creditor's name and mailing address
**STAR CRANE & HOIST-METRO**
**5330 SEAMAN ST.**
**ALLENDALE, MI 49401**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

**3.920**

**Nonpriority creditor's name and mailing address**
**STAR TRUCK RENTALS INC**
**P.O. BOX 64**
**GRAND RAPIDS, MI 49508**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Trade Debt**

Is the claim subject to offset? ☐ No ☐ Yes

**$25,429.02**

---

**3.921**

**Nonpriority creditor's name and mailing address**
**STATE CORPORATION COMMISSION**
**4393 CLAY AVE**
**MERRIFIELD, VA 22116-7621**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

**3.922**

**Nonpriority creditor's name and mailing address**
**STATE OF MICHIGAN-DEPARTMENT**
**P.O. BOX 346**
**REGULATORY AFFAIRS CORP. DIV.**
**LANSING, MI 48909**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Trade Debt**

Is the claim subject to offset? ☐ No ☐ Yes

**$180.00**

---

**3.923**

**Nonpriority creditor's name and mailing address**
**STAY PUT PADS**
**26905 W ELEVEN MILE**
**1133 EMPIRE CENTRAL**
**DALLAS, TX 75247**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$35,107.71**

---

**3.924**

**Nonpriority creditor's name and mailing address**
**STEARNS & FOSTER COMPANY**
**15041 BURTON**
**ATLANTA, GA 31193-2621**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$2,258,951.19**

---

**3.925**

**Nonpriority creditor's name and mailing address**
**STEIN WORLD FURNITURE**
**3331 W. BIG BEAVER ROAD**
**BOSTON, MA 02284-2432**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$656.00**

---

**3.926**

**Nonpriority creditor's name and mailing address**
**Steiner, Valerie**
**2445 BROWN RD**
**BURR RIDGE, IL 60527**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

| Debtor | **Art Van Furniture, LLC** | | Case number (if known) | **20-10553** |
|---|---|---|---|---|
| | Name | | | |

| 3.927 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$475.00** |
|---|---|---|---|

**STERLING HEIGHTS CHAMBER OF COMMERCE**
**3964 SOLUTIONS CENTER**
**SUITE 1000**
**STERLING HEIGHTS, MI 48313**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.928 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$42.46** |
|---|---|---|---|

**STEVEN J. FINK & ASSOCIATES PC**
**P.O. BOX 203141**
**SUITE 1233**
**CHICAGO, IL 60602**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.929 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$642,475.47** |
|---|---|---|---|

**STONEBRIAR (ESSENTIAL PROPERTIES)**
**47 HULFISH STREET**
**SUITE 210**
**PRINCETON,, NJ 08542**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.930 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$446,746.32** |
|---|---|---|---|

**STORE CAPITAL (AVF I)**
**8377 E HARTFORD DRIVE**
**SUITE 100**
**SCOTTSDALE,, AZ 85255**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.931 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,018,720.22** |
|---|---|---|---|

**STORE CAPITAL (AVF II)**
**8377 E HARTFORD DRIVE**
**SUITE 100**
**SCOTTSDALE,, AZ 85255**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.932 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$683,175.26** |
|---|---|---|---|

**STORE CAPITAL (SMXII)**
**8377 E HARTFORD DRIVE**
**SUITE 100**
**SCOTTSDALE,, AZ 85255**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.933 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$115.24** |
|---|---|---|---|

**STORE SUPPLY WAREHOUSE**
**4201 WEST BELMONT AVE**
**BRIDGETON, MO 63044**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

**3.934** | Nonpriority creditor's name and mailing address
**STOUT RISIUS ROSS LLC**
**P O BOX 60756**
**CHICAGO, IL 60694**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$72,625.00**

---

**3.935** | Nonpriority creditor's name and mailing address
**STRATTON HOME DECOR**
**P.O. BOX 30149**
**SUNRISE, FL 33326**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$526.75**

---

**3.936** | Nonpriority creditor's name and mailing address
**STUDIO CENTER CORPORATION**
**G. REYNOLDS SIMS & ASSOC. PC**
**VIRGINIA BEACH, VA 23462**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$42,895.00**

---

**3.937** | Nonpriority creditor's name and mailing address
**STUDIO DESIGNS INC**
**PO BOX 5380**
**COMMERCE, CA 90040**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$31.46**

---

**3.938** | Nonpriority creditor's name and mailing address
**STYLE-LINE FURNITURE INC**
**8308 HAIST ROAD**
**VERONA, MS 38879**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$838.59**

---

**3.939** | Nonpriority creditor's name and mailing address
**STYLECRAFT HOME COLLECTION**
**P.O. BOX 0001**
**DALLAS, TX 75267-6088**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$154,898.26**

---

**3.940** | Nonpriority creditor's name and mailing address
**SUBURBAN NATURAL GAS COMPANY**
**DANIEL R. ZAJAC**
**COLUMBUS, OH 43218-3035**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,349.37**

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

| 3.941 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,426.25** |
|---|---|---|---|

**SUMNER ONE**
**120 PARKWOOD DR.**
**ST. LOUIS, MO 63139**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.942 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$131,918.48** |
|---|---|---|---|

**SUN LIFE ASSURANCE CO. OF**
**PO BOX 34757**
**P.O. BOX 7247-7184**
**PHILADELPHIA, PA 19170-7184**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.943 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$318.58** |
|---|---|---|---|

**SUNBELT FURNITURE XPRESS**
**P O BOX 88713**
**HICKORY, NC 28603-0487**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.944 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$924.78** |
|---|---|---|---|

**SUNBELT RENTALS INC.**
**6195 PURDUE DRIVE**
**REDFORD, MI 48239**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.945 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$31,960.98** |
|---|---|---|---|

**SUNNY DESIGNS**
**PO BOX 2018**
**RANCHO CUCAMONGA, CA 91730**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.946 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$11,511.49** |
|---|---|---|---|

**SUPERFLEET MASTERCARD**
**P.O. BOX 844736**
**CHARLOTTE, NC 28272-0995**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.947 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$160.00** |
|---|---|---|---|

**SUPERIOR SWEEPING SERVICE INC.**
**11952 JAMES STREET**
**RICHLAND, MI 49083**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 3.948 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $717.00 |
|---|---|---|---|

**SURE LOCK & HOMES LLC**
**4333 HIGHWAY 9 SOUTH**
**HARBOR SPRINGS, MI 49740**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.949 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,965.00 |
|---|---|---|---|

**SURYA CARPET INC**
**PO BOX 486**
**CHARLOTTE, NC 28289-6604**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.950 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,075.50 |
|---|---|---|---|

**SVEC CONSTRUCTION COMPANY**
**4660 LA JOLLA VILLAGE DR.**
**SUITE 18**
**TRAVERSE CITY, MI 49686-5086**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.951 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,529.71 |
|---|---|---|---|

**SVH PROPERTIES LLC.**
**P.O. BOX 37871**
**GRAND RAPIDS, MI 49512**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.952 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19.78 |
|---|---|---|---|

**SWEETWATER'S DONUT MILL**
**3807 COLLECTIONS CENTER DR.**
**BATTLE CREEK, MI 49015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.953 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $24,900.00 |
|---|---|---|---|

**SYNCHRONY BANK**
**950 FORRER BLVD**
**OH3-4246**
**KETTERING, OH 45420**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.954 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $194,147.00 |
|---|---|---|---|

**SYNERGY HOME FURNISHINGS**
**P.O. BOX 88068**
**RIPLEY, MS 38663**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **Art Van Furniture, LLC** | | Case number (if known) | **20-10553** |
|---|---|---|---|---|
| | Name | | | |

---

**3.955** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,051.63**

SYSTEMS DUPLICATING CO,INC
1107 N MAIN STREET
TROY, MI 48083

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Trade Debt_

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.956** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$123,612.08**

T.S. EXPEDITING SERVICES INC
22510 NETWORK PLACE
PERRYSBURGH, OH 43552

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Trade Debt_

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.957** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,595.83**

TAPE PRODUCTS CO
ONE BROADCAST WAY
PITTSBURGH, PA 15264-4917

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Trade Debt_

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.958** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$51,820.97**

TAUBMAN AUBURN HILLS
470 W. NORTH FRONTAGE ROAD
DEPARTMENT 124501
DETROIT, MI 48267

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Trade Debt_

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.959** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$29,682.56**

TECH ELECTRIC COMPANY
14839 COLLECTIONS CENTER DRIVE
MACOMB TWP., MI 48042

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Trade Debt_

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.960** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,993.75**

TECHNOLOGY CONSULTING INC.
26 INDUSTRIAL PARK Zhouzhuang
LOUISVILLE, KY 40252-0529

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Trade Debt_

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.961** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$104,452.25**

TEGNA INC.
PO BOX 190
TOLEDO, OH 43604

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Trade Debt_

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

**3.962** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,890,986.52**

**TEMPUR-PEDIC INC**
**550 3 MILE RD. NW**
**DALLAS, TX 75320-2707**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.963** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,111.04**

**TEMPUS TECHNOLOGIES, INC**
**8351 MARIAN**
**AUBURN, IN 46706**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.964** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,183.01**

**TENNANT COMPANY**
**26403 GROESBECK HWY.**
**CHICAGO, IL 60694-1414**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.965** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$46.15**

**TENNESSEE CHILD SUPPORT**
**C/O SCOTT YALDO**
**NASHVILLE, TN 37229**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.966** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$7,204.90**

**THE ALLENWEST GROUP LLC.**
**1460 COMBERMERE DR.**
**BERKLEY, MI 48072**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.967** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$11,000.00**

**THE BRIGHT GROUP, INC.**
**3112 EAST LAS HERMANAS ST**
**CHICAGO, IL 60654**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.968** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$311,600.71**

**THE HARTFORD**
**345 W LIBERTY**
**PHILADELPHIA, PA 19178-3690**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

**3.969** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,480.00**

THE HARTFORD
PO BOX 783690
PHILADELPHIA, PA 19178-3690

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Wisconsin sales and use tax__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.970** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$14,713.50**

THE HOWARD ELLIOT COMPANY
SHOPPING CENTER LLC
SUITE A
ADDISON, IL 60101

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.971** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,098.22**

THE JOB SHOPPE
31993 VAN DYKE AVENUE
TECUMSEH ON N8N 1M2

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.972** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$125.00**

THE LITTLE BLUE BOOK INC.
P.O. BOX 371874
GROSSE POINTE WOODS, MI 48236

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.973** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$354.59**

THE NATURAL LIGHT
1901 WATERSIDE VILLAGE DR
PANAMA CITY, FL 32406

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.974** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$570.00**

THE NOVI CHAMBER OF COMMERCE
1400 N. 30TH ST. SUITE 22
SUITE 201
NOVI, MI 48375

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.975** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,678,899.00**

THE SIMMONS MFG. CO. LLC
P.O. BOX 780154
ATLANTA, GA 30394-5655

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

**3.976** | **Nonpriority creditor's name and mailing address**
THE SUSSMAN AGENCY
1750 E. ELEVEN MILE RD.
SUITE 130
SOUTHFIELD, MI 48034

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ☐ No ☐ Yes

$5,797,370.37

---

**3.977** | **Nonpriority creditor's name and mailing address**
THE TOLEDO BLADE COMPANY
DEPT. 10419
TOLEDO, OH 43697

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ☐ No ☐ Yes

$3,449.52

---

**3.978** | **Nonpriority creditor's name and mailing address**
THE WINDOW CREW, INC.
58000 GRAND RIVER AVE.
KIRKWOOD, MO 63122

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

$765.00

---

**3.979** | **Nonpriority creditor's name and mailing address**
THEODORE-ALEXANDER
P.O. BOX 751168
CHARLOTTE, NC 28260-2808

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

$1,002.50

---

**3.980** | **Nonpriority creditor's name and mailing address**
THERESA THOR
6080 SURETY DRIVE
WARREN, MI 48092

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

$5.61

---

**3.981** | **Nonpriority creditor's name and mailing address**
THINKLP (ANDERSON OXFORD INC.)
15495 SW SEQUOIA PARKWAY
UNIT 100
WATERLOO ON N2K 4M8

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

$19,762.50

---

**3.982** | **Nonpriority creditor's name and mailing address**
THIRD PARTY WITHHOLDING/MICHIGAN
DEPT. O
330 EAST LIBERTY STREET
LANSING, MI 48909

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

$6.00

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|--------|---------------------------|------------------------|--------------|
| | Name | | |

---

**3.983** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$462,603.44**

**THOMAS H. LEE MANAGEMENT CO.**
**700 TOUBY PIKE**
**BOSTON, MA 02110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.984** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$631.39**

**THOMSON REUTERS**
**8351 MOBERLY LANE**
**P.O. BOX 6016**
**CAROL STREAM, IL 60197-6016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.985** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,561.12**

**THOMSON REUTERS - WEST**
**3290 W. BIG BEAVER RD STE 200**
**CAROL STREAM, IL 60197-6292**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.986** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,596.72**

**TIME MASTERS**
**715 E. SOUTH BLVD.**
**LOS ANGELES, CA 90065**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.987** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$109.99**

**TIRAR RILEY**
**PO BOX 206553**
**DETROIT, MI 48228**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.988** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,565.29**

**TIREMAXX**
**4036 TELEGRAPH ROAD**
**TOLEDO, OH 43607**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.989** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,706.75**

**TM-MARQ LLC.**
**410 EAST FIRST STREET SOUTH**
**TOLEDO, OH 43613**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

| 3.990 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,599.15** |
|---|---|---|---|

**TOLEDO EDISON**
P.O. BOX 74008661
AKRON, OH 44309

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.991 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$75.00** |
|---|---|---|---|

**TOLEDO MUNICIPAL COURT**
2442 E. MAPLE AVE.
555 N ERIE ST
TOLEDO, OH 43604

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.992 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,880.00** |
|---|---|---|---|

**TOM FRANJAC**
33477 WOODWARD AVENUE STE 800
ST CLAIR SHORES, MI 48080

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.993 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$940.80** |
|---|---|---|---|

**TOV FURNITURE**
529 TOWNSEND AVE
CEDARHURST, NY 11516

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.994 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$15,799.27** |
|---|---|---|---|

**TOWNSQUARE MEDIA INC**
P.O. BOX 5200
CHICAGO, IL 60673-1252

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.995 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,976.50** |
|---|---|---|---|

**TOWNSQUARE MEDIA INC. OF FLINT**
PO BOX 26
CHICAGO, IL 60673-1252

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.996 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,958.40** |
|---|---|---|---|

**TOWNSQUARE MEDIA KALAMAZOO, LLC**
BUILDING 4 NO 1200 QING FENG
KALAMAZOO, MI 49009

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

| 3.997 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$10,278.20** |
|---|---|---|---|

**TOWNSQUARE MEDIA, LLC**
**410 EAST FIRST STREET SOUTH**
**CHICAGO, IL 60673-1271**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.998 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$12,700.00** |
|---|---|---|---|

**TRAFFIC DISPLAYS LLC.**
**50 BEST FRIEND ROAD**
**GREENVILLE, MI 48838**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.999 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$64.00** |
|---|---|---|---|

**TRANS OCEAN IMPORT CO. INC.**
**1207 LAKEWOOD DR**
**PORT CHESTER, NY 10573**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,472.54** |
|---|---|---|---|

**TRANSPORTATION REPAIRS &**
**PO BOX 870**
**7001 SANTA FE DRIVE SUITE B**
**HODGKINS, IL 60525**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,444.81** |
|---|---|---|---|

**TRAVERSE CITY L&P**
**50671 WING DR.**
**TRAVERSE CITY, MI 49685-0592**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,398.13** |
|---|---|---|---|

**TRAVERSE CITY RECORD EAGLE**
**560 AXMINISTER DRIVE**
**TRAVERSE CITY, MI 49684**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,348.53** |
|---|---|---|---|

**TREASURE GARDEN**
**P.O. BOX 3491**
**BALDWIN PARK, CA 91706**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 3.100 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$343.66** |
|---|---|---|---|

**TREDROC TIRE SERVICES LLC.**
**200 WEST MADISON STREET**
**PO BOX 1127**
**BEDFORD PARK, IL 60499**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:  Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$46,527.58** |
|---|---|---|---|

**TRINITY LOGISTICS, INC.**
**PO BOX 9413**
**PITTSBURGH, PA 15253-5904**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:  Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,875.00** |
|---|---|---|---|

**TRIUMPH CONNECTIONS**
**E & E CO., LTD**
**CHICAGO, IL 60606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:  Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,734.38** |
|---|---|---|---|

**TROY SPORTS CENTER**
**PO BOX 952092**
**1819 E. BIG BEAVER ROAD**
**TROY, MI 48083**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:  Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$59,729.96** |
|---|---|---|---|

**TWIN STAR INTERNATIONAL**
**12197 COLLECTIONS CTR DR**
**ATLANTA, GA 30374-3864**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:  Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$26.30** |
|---|---|---|---|

**U.S COURTS: PACER**
**38025 JAYKAY DRIVE**
**PORTLAND, OR 97208-5208**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:  Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$227.12** |
|---|---|---|---|

**U.S. DEPARTMENT OF EDUCATION**
**PO BOX 787**
**ST. LOUIS, MO 63179-0356**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:  Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

**3.101**
**1**

**Nonpriority creditor's name and mailing address**

**U2 LIGHTING**
**BOARD OF PUBLIC WORKS**
**PUDONG,SHANGHAI**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$6,304.35**

---

**3.101**
**2**

**Nonpriority creditor's name and mailing address**

**ULINE**
**8219 BURLESON RD.**
**P.O. BOX 88741**
**CHICAGO, IL 60680-1741**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$3,145.91**

---

**3.101**
**3**

**Nonpriority creditor's name and mailing address**

**ULTRA COMFORT AMERICA**
**451 NORTH ETON UNIT E-8**
**OLD FORGE, PA 18518**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$1,589.45**

---

**3.101**
**4**

**Nonpriority creditor's name and mailing address**

**UMA ENTERPRISES INC**
**ACCOUNTS RECEIVABLE**
**COLUMBUS, OH 43260-3878**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$115,579.84**

---

**3.101**
**5**

**Nonpriority creditor's name and mailing address**

**UNITED FURNITURE INDUSTRI**
**P.O. BOX 1509**
**VERONA, MS 38879**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$450.00**

---

**3.101**
**6**

**Nonpriority creditor's name and mailing address**

**UNITED PARCEL SERVICE**
**29200 NORTHWESTERN HWY.**
**CAROL STREAM, IL 60132-0577**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$157.88**

---

**3.101**
**7**

**Nonpriority creditor's name and mailing address**

**UNITED STATES TREASURY-MO**
**P.O. BOX 1628**
**KANSAS CITY, MO 64121-9236**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$458.92**

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

| 3.101 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$167.50** |
|---|---|---|---|

**UNITED WEAVERS OF AMERICA**
**2285 FRANKLIN RD. SUITE 222**
**DALTON, GA 30722**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.101 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$107.50** |
|---|---|---|---|

**UNITED WEAVERS OF AMERICA INC.**
**3010 DUGAN DR.  SUITE 1**
**DALTON, GA 30722**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.102 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$47.75** |
|---|---|---|---|

**UNITERS NORTH AMERICA, LLC**
**114 RAILSIDE RD**
**ATLANTA, GA 30353-0117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.102 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$647.50** |
|---|---|---|---|

**UNIVERSAL INTERMODAL SERVICES**
**PO BOX 58291**
**CINCINNATI, OH 45271-4982**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.102 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$22,525.00** |
|---|---|---|---|

**UNIVISION RECEIVABLES CO. LLC**
**4830 N LOOP 1604W**
**LOS ANGELES, CA 90074-0520**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.102 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$15.50** |
|---|---|---|---|

**UPS FREIGHT**
**7155 19 MILE ROAD**
**CHICAGO, IL 60673-1280**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.102 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$111.66** |
|---|---|---|---|

**US DEPARTMENT OF EDUCATION.**
**2600 VAN BUREN ST**
**PO BOX 105081**
**ATLANTA, GA 30348-5081**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☐ No ☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number *(if known)* | **20-10553** |
|---|---|---|---|
| | Name | | |

---

**3.102 5**

**Nonpriority creditor's name and mailing address**

**USA TODAY NETWORK**
**PO BOX 77093**
**DALLAS, TX 75267-7313**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$8,098.76**

---

**3.102 6**

**Nonpriority creditor's name and mailing address**

**UTTERMOST COMPANY**
**5134 HORTON BAY ROAD N**
**BALTIMORE, MD 21279-0086**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$77,650.26**

---

**3.102 7**

**Nonpriority creditor's name and mailing address**

**VACO LLC**
**PO BOX 413164**
**BRENTWOOD, TN 37024**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$52,968.00**

---

**3.102 8**

**Nonpriority creditor's name and mailing address**

**VAN MANEN OIL COMPANY**
**PO BOX 842980**
**GRAND RAPIDS, MI 49534**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$637.33**

---

**3.102 9**

**Nonpriority creditor's name and mailing address**

**VANDERWEY PAINTING**
**P.O. BOX 6111**
**CEDAR SPRINGS, MI 49319**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$18,952.78**

---

**3.103 0**

**Nonpriority creditor's name and mailing address**

**VANGUARD FURNITURE**
**10400 BURNETT RD.**
**RALEIGH, NC 27676-6010**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$83,330.02**

---

**3.103 1**

**Nonpriority creditor's name and mailing address**

**VARNUM LLP.**
**PO BOX 772107**
**P.O. BOX 352**
**GRAND RAPIDS, MI 49501-0352**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$8,005.50**

---

| Debtor | **Art Van Furniture, LLC** | | Case number (if known) | **20-10553** |
|---|---|---|---|---|

Name

---

**3.103 2**

**Nonpriority creditor's name and mailing address**

**VELO LAW OFFICE**
**819 BLUECRAB ROAD**
**1750 LEONARD ST, NE**
**GRAND RAPIDS, MI 49505**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$350.67**

---

**3.103 3**

**Nonpriority creditor's name and mailing address**

**VENTURE GRAFIX**
**841 ROSE DR**
**WIXOM, MI 48393**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$1,650.00**

---

**3.103 4**

**Nonpriority creditor's name and mailing address**

**VEREIT REAL ESTATE LP**
**30450 LITTLE MACK**
**P.O. BOX 732931**
**FORT WORTH, TX 76155**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$55,250.00**

---

**3.103 5**

**Nonpriority creditor's name and mailing address**

**VEREIT REAL ESTATE LP**
**ATTN: ARCP OP PTNRSP LBX 4**
**P.O. BOX 732931**
**FORT WORTH, TX 76155**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$111,605.00**

---

**3.103 6**

**Nonpriority creditor's name and mailing address**

**VERIZON WIRELESS**
**P.O. BOX 4231**
**ALBANY, NY 12212-5062**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$27,247.41**

---

**3.103 7**

**Nonpriority creditor's name and mailing address**

**VESCO OIL CORPORATION**
**7155 STATE HWY 13**
**P.O. BOX 525**
**SOUTHFIELD, MI 48037-0525**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$1,460.04**

---

**3.103 8**

**Nonpriority creditor's name and mailing address**

**VETERANS FASTENERS CORP.**
**529 TOWNSEND AVE**
**SYRACUSE, NY 13208**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$942.28**

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

**3.1039**

**Nonpriority creditor's name and mailing address**
**VEV REAL ESTATE LLC**
**1319 MILITARY CUTOFF RD**
**101 W. BIG BEAVER RD. STE 200**
**TROY, MI 48084**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

**$8,061.31**

---

**3.1040**

**Nonpriority creditor's name and mailing address**
**VF5 PERRY LLC.**
**29905 W. 6 MILE RD.**
**SUITE 702**
**CORAL GABLES, FL 33134**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

**$13,233.34**

---

**3.1041**

**Nonpriority creditor's name and mailing address**
**VILLAGE OF ALGONQUIN**
**PO BOX 633834**
**ALGONQUIN, IL 60102-7369**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

**$36.70**

---

**3.1042**

**Nonpriority creditor's name and mailing address**
**VILLAGE OF BEDFORD PARK**
**P.O. BOX 802577**
**BEDFORD PARK, IL 60501**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

**$149.76**

---

**3.1043**

**Nonpriority creditor's name and mailing address**
**VILLAGE OF BLOOMINGDALE**
**BINH KHANH HAMLET**
**BLOOMINGDALE, IL 60108**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

**$67.70**

---

**3.1044**

**Nonpriority creditor's name and mailing address**
**VILLAGE OF DOWNERS GROVE**
**PO BOX 4095**
**DOWNERS GROVE, IL 60515-4782**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

**$355.00**

---

**3.1045**

**Nonpriority creditor's name and mailing address**
**VILLAGE OF GLENDALE HEIGHTS**
**84 MAPLEFIELD RD.**
**CAROL STREAM 60188-7156**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

**$60.14**

---

| Debtor | **Art Van Furniture, LLC** | | Case number (if known) | **20-10553** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.104 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $84.36 |
|---|---|---|---|

**VILLAGE OF GURNEE**
**DEPT 880102**
**GURNEE, IL 60031-2636**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $106.03 |
|---|---|---|---|

**VILLAGE OF HARWOOD HEIGHTS**
**1256 COUNTRY ROAD 931**
**HARWOOD HEIGHTS, IL 60706**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $145.05 |
|---|---|---|---|

**VILLAGE OF ORLAND PARK-CHICAGO**
**P.O. BOX 2968**
**CHICAGO, IL 60694-4713**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $32.72 |
|---|---|---|---|

**VILLAGE OF SCHAUMBURG**
**PO BOX 775413**
**CAROL STREAM, IL 60197-6755**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $569.62 |
|---|---|---|---|

**VINYL PRO**
**PO BOX 2609**
**MARIETTA, GA 30067**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $112.28 |
|---|---|---|---|

**VISION SERVICE PLAN**
**G.P.O. BOX 5897**
**LOS ANGELES, CA 90074-2788**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,061.84 |
|---|---|---|---|

**VISTA MARIA**
**PO BOX 98545**
**DEARBORN HEIGHTS, MI 48127**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

| 3.105 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$12,299.77** |
|---|---|---|---|

**VISUAL COMFORT & CO**
**P O BOX 961008**
**DALLAS, TX 75397-4399**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$13,734.94** |
|---|---|---|---|

**WALKER EDISON FURNITURE**
**575 E. BIG BEAVER ROAD**
**DEPT. 3211**
**CHICAGO, IL 60675-3211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$13,174.83** |
|---|---|---|---|

**WALKER'S TRUCK AND TRAILER**
**P.O. BOX 2932**
**4135 VONDELL PARKWAY**
**LANSING, MI 48917**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$100.00** |
|---|---|---|---|

**Walker, Rhyan**
**1020 LIVERNOIS**
**LATHRUP VILLAGE, MI 48076**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$6,910.60** |
|---|---|---|---|

**WARREN VILLAGE LLC**
**P.O. BOX 758**
**FARMINGTON HILLS, MI 48336**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$7.00** |
|---|---|---|---|

**WASHBURN, TREVOR**
**LONG LAKE, LLC**
**ROYAL OAK, MI 48067**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$9,972.67** |
|---|---|---|---|

**WASHTENAW COMMONS LLC.**
**410 EAST FIRST STREET SOUTH**
**SUITE 201**
**BLOOMFIELD HILLS, MI 48302**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 3.106 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $66,658.76 |
|---|---|---|---|

**WASTE HARMONICS**
**C/O IDI SERVICES GROUP LLC**
**VICTOR, NY 14564**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Trade Debt **

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $225.00 |
|---|---|---|---|

**WATERFORD AREA CHAMBER OF**
**1280 EAST BIG BEAVER RD.**
**2309 AIRPORT ROAD**
**WATERFORD, MI 48327**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Trade Debt **

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $250.00 |
|---|---|---|---|

**WAYNE TEN ROBERTS II**
**CHESTERFIELD CONDO ASSOC.**
**CANTON, MI 48188**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Trade Debt **

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $33,988.10 |
|---|---|---|---|

**WBBM-AM**
**P.O. BOX 4300**
**CHICAGO, IL 60673-1225**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Trade Debt **

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $54,145.00 |
|---|---|---|---|

**WBNS-TV, INC.**
**30450 LITTLE MACK**
**COLUMBUS, OH 43215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Trade Debt **

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $280.15 |
|---|---|---|---|

**WEBER & OLCESE**
**90359 COLLECTIONS CENTER DRIVE**
**SUITE 124**
**TROY, MI 48084**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Trade Debt **

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $28,514.22 |
|---|---|---|---|

**WELLS FARGO VENDOR FIN SERV**
**4252 GROVES RD.**
**PHILADELPHIA, PA 19176-0241**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Trade Debt **

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Art Van Furniture, LLC | Case number (if known) | 20-10553 |
|--------|------------------------|------------------------|----------|
|        | Name                   |                        |          |

---

**3.106 7**

**Nonpriority creditor's name and mailing address**
**WELLS FARGO VENDOR FINANCIAL**
**30660 RYAN**
**P.O. BOX 650016**
**DALLAS, TX 75265-0016**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

**$52.93**

---

**3.106 8**

**Nonpriority creditor's name and mailing address**
**WENDOVER ART**
**PO BOX 530954**
**LARGO, FL 33773**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

**$814.81**

---

**3.106 9**

**Nonpriority creditor's name and mailing address**
**WESLEY ALLEN**
**1355 GEZON PARKWAY SW**
**LOS ANGELES, CA 90001**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

**$6,683.00**

---

**3.107 0**

**Nonpriority creditor's name and mailing address**
**WEST HEALTH ADVOCATE SOLUTIONS**
**P.O. BOX 742510**
**DENVER, CO 80256-1509**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

**$20,040.80**

---

**3.107 1**

**Nonpriority creditor's name and mailing address**
**WESTWOOD DESIGNS (INTERCON)**
**THANHPHU ARE INDUSTRIAL PARK**
**SALT LAKE CITY, UT 84116-3090**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

**$9,423.61**

---

**3.107 2**

**Nonpriority creditor's name and mailing address**
**WETZEL BROTHERS**
**7301 AMBASSADOR ROW**
**7810 SOLUTION CENTER**
**CHICAGO, IL 60677-7008**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

**$4,880.34**

---

**3.107 3**

**Nonpriority creditor's name and mailing address**
**WFLD**
**33105 GROESBECK HWY.**
**CHICAGO, IL 60693**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

**$35,848.75**

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

**3.107 4**

**Nonpriority creditor's name and mailing address**
**WGN-TV**
**PO BOX 206270**
**CHICAGO, IL 60693**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Debt 

Is the claim subject to offset? ☒ No ☐ Yes

**$29,856.25**

---

**3.107 5**

**Nonpriority creditor's name and mailing address**
**WHALEN LIMITED**
**PO BOX 674350**
**SAN DIEGO, CA 92154**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Debt 

Is the claim subject to offset? ☒ No ☐ Yes

**$47,612.26**

---

**3.107 6**

**Nonpriority creditor's name and mailing address**
**Whaley, Jay**
**13068 COLLECTION CENTER DRIVE**
**BOLINGBROOK, IL 60490**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Debt 

Is the claim subject to offset? ☒ No ☐ Yes

**$50.00**

---

**3.107 7**

**Nonpriority creditor's name and mailing address**
**WHITE LAKE SQUARE LLC**
**BOX 200930**
**BLOOMFIELD HILLS, MI 48304**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Debt 

Is the claim subject to offset? ☒ No ☐ Yes

**$4,919.78**

---

**3.107 8**

**Nonpriority creditor's name and mailing address**
**WHOLESALE INTERIORS**
**6679 PEACHTREE INDUSTRIAL BLVD**
**LOMBARD, IL 60148**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Debt 

Is the claim subject to offset? ☒ No ☐ Yes

**$13,772.00**

---

**3.107 9**

**Nonpriority creditor's name and mailing address**
**WIGEON LLC.**
**75 REMITTANCE DR. DEPT. 1376**
**ST. LOUIS, MO 63117-9173**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Debt 

Is the claim subject to offset? ☒ No ☐ Yes

**$4,074.84**

---

**3.108 0**

**Nonpriority creditor's name and mailing address**
**WILDWOOD LAMPS**
**CENTRALIZED COLLECTIONS**
**ROCKY MOUNT, NC 27802-0672**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Debt 

Is the claim subject to offset? ☒ No ☐ Yes

**$325.00**

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

**3.108**
**1**

**Nonpriority creditor's name and mailing address**

**WILLIAMS REFRIGERATION &**
**40700 ROMEO PLANK ROAD**
**27332 VAN DYKE**
**WARREN, MI 48093-2850**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Trade Debt_

Is the claim subject to offset? ■ No ☐ Yes

**$22,310.08**

---

**3.108**
**2**

**Nonpriority creditor's name and mailing address**

**WILLOWBROOK PLAZA**
**REPAIR SERVICE INC.**
**200 WEST MADISON STREET**
**CHICAGO, IL 60606-3402**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Trade Debt_

Is the claim subject to offset? ■ No ☐ Yes

**$11,422.13**

---

**3.108**
**3**

**Nonpriority creditor's name and mailing address**

**WINDEMULLER ELECTRIC INC.**
**P.O. BOX 775287**
**WAYLAND, MI 49348-8901**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Trade Debt_

Is the claim subject to offset? ■ No ☐ Yes

**$116.00**

---

**3.108**
**4**

**Nonpriority creditor's name and mailing address**

**WINDHAM PROFESSIONS INC.**
**OF COMMERCE**
**380 MAIN STREET**
**SALEM, NH 03079**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Trade Debt_

Is the claim subject to offset? ■ No ☐ Yes

**$57.52**

---

**3.108**
**5**

**Nonpriority creditor's name and mailing address**

**WINDSOR FURNITURE SERVICE**
**45970 APPLE LANE**
**LASALLE ON N9J 3V7**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Trade Debt_

Is the claim subject to offset? ■ No ☐ Yes

**$1,711.95**

---

**3.108**
**6**

**Nonpriority creditor's name and mailing address**

**WINN TELECOM**
**MARATHON GAS STATION**
**MT. PLEASANT, MI 48858**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Trade Debt_

Is the claim subject to offset? ■ No ☐ Yes

**$2,128.13**

---

**3.108**
**7**

**Nonpriority creditor's name and mailing address**

**WISCONSIN DEPARTMENT OF REVENUE**
**CUSTOMER SERVICE BUREAU**
**PO BOX 8949**
**MADISON, WI 53708-8949**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Trade Debt_

Is the claim subject to offset? ■ No ☐ Yes

**$46,371.22**

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **Art Van Furniture, LLC** | | Case number (if known) | **20-10553** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.108 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,823.25** |
|---|---|---|---|

**WLAJ-TV LLC**
**SECURITY SOLUTIONS**
**ATLANTA, GA 30384**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$45,220.00** |
|---|---|---|---|

**WLS TELEVISION INC.**
**344 N MULBERRY STREET**
**P.O. BOX 732384**
**DALLAS, TX 75373-2384**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$221,127.50** |
|---|---|---|---|

**WLS TELEVISION, INC.**
**1519 7 PINES RD #181**
**CHICAGO, IL 60601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$13,584.56** |
|---|---|---|---|

**WM CAPITAL PARTNERS 73 LLC**
**237 W. 35TH STREET SUITE 806**
**FND OF CENTRAL TEXAS**
**WACO, TX 76710**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$7,871.02** |
|---|---|---|---|

**WOLVERINE FREIGHTLINER**
**P.O. BOX 470490**
**107 S. GROESBECK**
**MT. CLEMENS, MI 48043**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$60.23** |
|---|---|---|---|

**WOLVERINE GLASS PRODUCTS INC.**
**PO BOX 74857**
**WYOMING, MI 49519**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$5,993.65** |
|---|---|---|---|

**WOLVERINE SOLUTIONS GROUP**
**PO BOX 569**
**DETROIT, MI 48211-1913**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

**3.109**
**5**

**Nonpriority creditor's name and mailing address**

**WOOD TV**
**1 PARK AVENUE 9TH FLOOR**
**CHICAGO, IL 60693**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$29,781.45**

---

**3.109**
**6**

**Nonpriority creditor's name and mailing address**

**Wooley, Casey**
**P.O. BOX 8799**
**ELGIN, IL 60123**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$135.99**

---

**3.109**
**7**

**Nonpriority creditor's name and mailing address**

**WORKMAN PLASTERING**
**PO BOX 626**
**GRAND RAPIDS, MI 49508**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$1,126.00**

---

**3.109**
**8**

**Nonpriority creditor's name and mailing address**

**WORLD WIDE DRAPERY FABRIC INC**
**11684 VENTURA BLVD #953**
**2ND FLOOR**
**LOS ANGELES, CA 90015**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$3,901.00**

---

**3.109**
**9**

**Nonpriority creditor's name and mailing address**

**WOTV**
**2950 OLD HIGGINS ROAD**
**CHICAGO, IL 60693**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$799.85**

---

**3.110**
**0**

**Nonpriority creditor's name and mailing address**

**WPTA TELEVISION INC**
**25167 DEQUINDRE**
**QUINCY, IL 62306**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$13,891.55**

---

**3.110**
**1**

**Nonpriority creditor's name and mailing address**

**WRIGHT GLOBAL GRAPHICS**
**P.O. BOX 1900**
**NASHVILLE, TN 37230-6186**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$36,023.15**

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

| 3.110 2 | **Nonpriority creditor's name and mailing address** <br> **WTCM RADIO, INC** <br> **181 SIERRA PASS DRIVE** <br> **TRAVERSE CITY, MI 49684** | **As of the petition filing date, the claim is:** Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | **$1,564.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ <br> Last 4 digits of account number _ | **Basis for the claim:** **Trade Debt** <br><br> Is the claim subject to offset? ■ No ☐ Yes | |

| 3.110 3 | **Nonpriority creditor's name and mailing address** <br> **WTMX-FM** <br> **23 ROOSEVELT AVE. SUITE 15** <br> **CHICAGO, IL 60681-0141** | **As of the petition filing date, the claim is:** Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | **$59,079.25** |
|---|---|---|---|
| | Date(s) debt was incurred _ <br> Last 4 digits of account number _ | **Basis for the claim:** **Trade Debt** <br><br> Is the claim subject to offset? ■ No ☐ Yes | |

| 3.110 4 | **Nonpriority creditor's name and mailing address** <br> **WZZM 13** <br> **PO BOX 25612** <br> **PO BOX 637389** <br> **CINCINNATI, OH 45263-7389** | **As of the petition filing date, the claim is:** Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | **$8,051.63** |
|---|---|---|---|
| | Date(s) debt was incurred _ <br> Last 4 digits of account number _ | **Basis for the claim:** **Trade Debt** <br><br> Is the claim subject to offset? ■ No ☐ Yes | |

| 3.110 5 | **Nonpriority creditor's name and mailing address** <br> **XPO LOGISTICS FREIGHT, INC.** <br> **3844 WEST NORTHSIDE DRIVE** <br> **CHICAGO, IL 60673-1559** | **As of the petition filing date, the claim is:** Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | **$1,661.62** |
|---|---|---|---|
| | Date(s) debt was incurred _ <br> Last 4 digits of account number _ | **Basis for the claim:** **Trade Debt** <br><br> Is the claim subject to offset? ■ No ☐ Yes | |

| 3.110 6 | **Nonpriority creditor's name and mailing address** <br> **XPO LOGISTICS, INC.** <br> **5781 SAVOY DR.** <br> **CHICAGO, IL 60673-1277** | **As of the petition filing date, the claim is:** Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | **$23,992.42** |
|---|---|---|---|
| | Date(s) debt was incurred _ <br> Last 4 digits of account number _ | **Basis for the claim:** **Trade Debt** <br><br> Is the claim subject to offset? ■ No ☐ Yes | |

| 3.110 7 | **Nonpriority creditor's name and mailing address** <br> **YEHBROTHERS WORLDTRADE PT** <br> **DBA ADVANTAGE TRANSPORTATION** <br> **CHUNG-CHENG 3RD RD.** <br> **KAOHSIUNG  800** | **As of the petition filing date, the claim is:** Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | **$40,767.50** |
|---|---|---|---|
| | Date(s) debt was incurred _ <br> Last 4 digits of account number _ | **Basis for the claim:** **Trade Debt** <br><br> Is the claim subject to offset? ■ No ☐ Yes | |

| 3.110 8 | **Nonpriority creditor's name and mailing address** <br> **YEHBROTHERS WORLDTRADE PTE LTD** <br> **2490 INDUSTRIAL ROW DR.** <br> **CHUNG-CHENG 3RD RD.** <br> **KAOHSIUNG  800** | **As of the petition filing date, the claim is:** Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | **$0.99** |
|---|---|---|---|
| | Date(s) debt was incurred _ <br> Last 4 digits of account number _ | **Basis for the claim:** **Trade Debt** <br><br> Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

---

**3.110 9**

**Nonpriority creditor's name and mailing address**
**YRC**
**4155 AUTOROUTE CHOMEDEY**
**CHICAGO, IL 60673-3151**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$388.81**

---

**3.111 0**

**Nonpriority creditor's name and mailing address**
**Z-LINE DESIGNS**
**P.O. BOX 5544**
**DECATUR, AL 35609-2201**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$2,715.93**

---

**3.111 1**

**Nonpriority creditor's name and mailing address**
**ZAVINSKY, JOHN**
**7204 E GRAND RIVER**
**CLINTON TWP, MI 48038**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$15.00**

---

**3.111 2**

**Nonpriority creditor's name and mailing address**
**Zdanowski, Samantha**
**21650 W ELEVEN MILE**
**APT109**
**SOUTHFIELD, MI 48075**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

**3.111 3**

**Nonpriority creditor's name and mailing address**
**ZENACOMP INCORPORATED**
**P.O. BOX 280370**
**WALLED LAKE, MI 48390**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$606.25**

---

**3.111 4**

**Nonpriority creditor's name and mailing address**
**ZENITH FREIGHT LINES INC**
**19801 PLEASANT**
**CONOVER, NC 28613**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$219.72**

---

**3.111 5**

**Nonpriority creditor's name and mailing address**
**ZUO MODERN INC**
**P.O. BOX 9413**
**OAKLAND, CA 94621**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$1,328.83**

---

| Debtor | **Art Van Furniture, LLC** | Case number (if known) | **20-10553** |
|---|---|---|---|
| | Name | | |

**Part 3:**    **List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:**    **Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 29,122,369.35 |
| **5b. Total claims from Part 2** | 5b. + | $ | 140,980,429.52 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 170,102,798.87 |

**Fill in this information to identify the case:**

Debtor name **Art Van Furniture, LLC**

United States Bankruptcy Court for the: DISTRICT OF DELAWARE

Case number (if known) **20-10553**

☐ Check if this is an amended filing

# Official Form 206G
# Schedule G: Executory Contracts and Unexpired Leases

**12/15**

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest | **Real property lease for loaction at 125 S WACKER CHICAGO, IL 60675** | **125 S WACKER STREET PROPERTY OWNER LLC**<br>**125 S. Wacker Drive**<br>**Suite 2000**<br>**Chicago, IL 60606** |
| State the term remaining | | |
| List the contract number of any government contract | | |
| 2.2. State what the contract or lease is for and the nature of the debtor's interest | **Real property lease for loaction at 125 ARMY TRAIL RD GLENDALE HEIGHTS IL 60139** | **125 W ARMY TRAIL RD LLC**<br>**One Maritime Plaza**<br>**Suite 2100**<br>**San Francisco, CA 94111** |
| State the term remaining | | |
| List the contract number of any government contract | | |
| 2.3. State what the contract or lease is for and the nature of the debtor's interest | **Real property lease for loaction at 1600 E 80TH AVE MERRILLVILLE IN 46410** | **ACADIA MERRILLVILLE REALTY, L.P.**<br>**Acadia Realty Trust**<br>**411 Theodore Fremd Ave.**<br>**Suite 300**<br>**Rye, NY 10580** |
| State the term remaining | | |
| List the contract number of any government contract | | |
| 2.4. State what the contract or lease is for and the nature of the debtor's interest | **Real property lease for loaction at 41661 FORD RD CANTON MI 48187** | **AGREE LIMITED PARTNERSHIP**<br>**70 East Long Lake Road**<br>**Bloomfield Hills, MI 48304** |
| State the term remaining | | |
| List the contract number of any government contract | | |



Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

| Debtor 1 | **Art Van Furniture, LLC** | | Case number *(if known)* | **20-10553** |
|---|---|---|---|---|
| | First Name   Middle Name   Last Name | | | |

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Real property lease for loaction at 46511 VAN DYKE AVE SHELBY TOWNSHIP MI 48317** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **AJN INVESTMENTS LLC**<br>**PO Box 251041**<br>**West Bloomfield, MI 48325** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Real property lease for loaction at 4273 ALPINE AVE NW STE B COMSTOCK PARK MI 49321** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **ALPINE MARKET PLACE CONDO ASSOCIATION**<br>**6500 Fourteen Mile Road**<br>**Warren, MI 48092** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Real property lease for loaction at 950 N WEST AVE JACKSON MI 49202** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **ARGYLE ACRES MALL, LLC**<br>**336 Joicey Blvd.**<br>**Toronto ON M5M 2 W1** |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Real property lease for loaction at 17145 KERCHEVAL AVE GROSSE POINTE MI 48230** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **ASCENSION HEALTH ALLIANCE**<br>**File ID: MIIDET117**<br>**PO Box 505307**<br>**St. Louis, MO 63150** |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Master Services Agreement dated October 18, 2012, as amended** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Banc of America Merchant Services, LLC**<br>**Bank of America, N.A.**<br>**1231 Durrett Lane**<br>**Louisville, KY 40213** |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Real property lease for loaction at 165 N RANDALL RD BATAVIA IL 60510** | **BATAVIA RANDALL LLC**<br>**1401 Broad Street**<br>**Clifton, NJ 07013** |
|---|---|---|---|
| | State the term remaining | | |

Debtor 1  **Art Van Furniture, LLC**
     First Name         Middle Name         Last Name

Case number (*if known*)  **20-10553**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| List the contract number of any government contract | |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Real property lease for loaction at 1150 115th Street Bolingbrook, IL 60490** | |
| | State the term remaining | | **BCC WEST II LLC c/o IDI Logistics 1100 Peachtree Street Suite 1000 Atlanta, GA 30309** |
| | List the contract number of any government contract | | |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Master Vendor Products Agreement dated December 2017** | |
| | State the term remaining | | **Blue Bell Mattress Company, LLC 24 Thompson Road East Windsor, CT 06088** |
| | List the contract number of any government contract | | |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Real property lease for loaction at 404 SOUTH ROUTE 59 NAPERVILLE IL 60540** | |
| | State the term remaining | | **BRIXMOR HERITAGE SQUARE, LLC Brixmor Property Group One Fayette Street Suite 150 Conshohocken, PA 19428** |
| | List the contract number of any government contract | | |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Real property lease for loaction at 6540 E FOURTEEN MILE ROAD WARREN, MI 48092** | |
| | State the term remaining | | **BROADSTONE 800 Clinton Square Rochester, NY 14604** |
| | List the contract number of any government contract | | |

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **Real property lease for loaction at 27775 NOVI RD NOVI MI 48377** | |
| | State the term remaining | | **BROADSTONE 800 Clinton Square Rochester, NY 14604** |
| | List the contract number of any government contract | | |

| Debtor 1 | **Art Van Furniture, LLC** | | Case number *(if known)* | **20-10553** |
|---|---|---|---|---|
| | First Name        Middle Name        Last Name | | | |



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **Real property lease for loaction at 33801 S GRATIOT AVE CLINTON TWP MI 48035** | |
|---|---|---|---|
| | State the term remaining | | **BROADSTONE**<br>**800 Clinton Square**<br>**Rochester, NY 14604** |
| | List the contract number of any government contract | | |

| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | **Real property lease for loaction at 4577 MILLER RD FLINT MI 48507** | |
|---|---|---|---|
| | State the term remaining | | **BROADSTONE**<br>**800 Clinton Square**<br>**Rochester, NY 14604** |
| | List the contract number of any government contract | | |

| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | **Real property lease for loaction at 4625 WILSON AVE SW GRANDVILLE MI 49418** | |
|---|---|---|---|
| | State the term remaining | | **BROADSTONE**<br>**800 Clinton Square**<br>**Rochester, NY 14604** |
| | List the contract number of any government contract | | |

| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | **Real property lease for loaction at 1775 OAK HOLLOW DR TRAVERSE CITY MI 49686** | |
|---|---|---|---|
| | State the term remaining | | **BROADSTONE**<br>**800 Clinton Square**<br>**Rochester, NY 14604** |
| | List the contract number of any government contract | | |

| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | **Real property lease for loaction at 8748 W SAGINAW HWY LANSING MI 48917** | |
|---|---|---|---|
| | State the term remaining | | **BROADSTONE**<br>**800 Clinton Square**<br>**Rochester, NY 14604** |
| | List the contract number of any government contract | | |

| 2.21. | State what the contract or lease is for and the nature of the debtor's interest | **Real property lease for loaction at 50400 GRATIOT AVE CHESTERFIELD MI 48051** | **BROADSTONE**<br>**800 Clinton Square**<br>**Rochester, NY 14604** |
|---|---|---|---|

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor 1 | **Art Van Furniture, LLC** | | | Case number (*if known*) | **20-10553** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |



**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | State the term remaining | |
|---|---|---|
|  | List the contract number of any government contract | _____ |

| 2.22. | State what the contract or lease is for and the nature of the debtor's interest | **Real property lease for loaction at 3500 28TH ST SE GRAND RAPIDS MI 49512** | |
|---|---|---|---|
|  | State the term remaining | | **BROADSTONE** |
|  | List the contract number of any government contract | _____ | **800 Clinton Square** **Rochester, NY 14604** |

| 2.23. | State what the contract or lease is for and the nature of the debtor's interest | **Real property lease for loaction at 1021 BUTTERFIELD RD DOWNERS GROVE IL 60515** | |
|---|---|---|---|
|  | State the term remaining | | **BROADSTONE** |
|  | List the contract number of any government contract | _____ | **800 Clinton Square** **Rochester, NY 14604** |

| 2.24. | State what the contract or lease is for and the nature of the debtor's interest | **Master Lease Agreement dated March 1, 2017, as amended** | |
|---|---|---|---|
|  | State the term remaining | | **Broadstone AVF Michigan, LLC** **c/o Broadstone Real Estate, LLC** |
|  | List the contract number of any government contract | _____ | **800 Clinton Square** **Rochester, NY 14604** |

| 2.25. | State what the contract or lease is for and the nature of the debtor's interest | **Real property lease for loaction at 311 E COLISEUM BLVD FORT WAYNE IN 46805** | |
|---|---|---|---|
|  | State the term remaining | | **COLDWATER DEVELOPMENT COMPANY, LLC** **10689 Pennsyulvania Street** |
|  | List the contract number of any government contract | _____ | **Suite 100** **Indianapolis, IN 46280** |

| 2.26. | State what the contract or lease is for and the nature of the debtor's interest | **Real property lease dated November 22, 2017** | |
|---|---|---|---|
|  | State the term remaining | | **Cole AV Portfolio I, LLC** **2325 E. Camelback Road** |
|  | List the contract number of any government contract | _____ | **Suite 1100** **Phoenix, AZ 85016** |

| Debtor 1 | **Art Van Furniture, LLC** | | | Case number *(if known)* | **20-10553** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.27. | State what the contract or lease is for and the nature of the debtor's interest | **Real property lease for loaction at 7304 W. LAWRENCE AVE, LOT A HARWOOD HEIGHTS IL 60706** | |
|---|---|---|---|
| | State the term remaining | | **DBD AVF LLC**<br>**c/o Fortress Investment Group**<br>**10250 Constellation Blvd.**<br>**Suite 1600**<br>**Los Angeles, CA 90067** |
| | List the contract number of any government contract | | |

| 2.28. | State what the contract or lease is for and the nature of the debtor's interest | **Real property lease for loaction at 2606 ELSTON AVE CHICAGO IL 60647** | |
|---|---|---|---|
| | State the term remaining | | **ELSTON ACQUISITION LLC**<br>**c/o Farbman Group**<br>**28400 Northwestern Highway**<br>**4th Floor**<br>**Southfield, MI 48034** |
| | List the contract number of any government contract | | |

| 2.29. | State what the contract or lease is for and the nature of the debtor's interest | **Real property lease for loaction at 120 S. WAUKEGAN RD DEERFIELD IL 60015** | |
|---|---|---|---|
| | State the term remaining | | **GATEWAY FAIRVIEW INC**<br>**Alternative Investments**<br>**3414 Peachtree Road N.E.**<br>**Suite 950**<br>**Atlanta, GA 30326** |
| | List the contract number of any government contract | | |

| 2.30. | State what the contract or lease is for and the nature of the debtor's interest | **Service and Supplies Agreement dated April 19, 2018** | |
|---|---|---|---|
| | State the term remaining | | **Governor Business Solutions**<br>**15260 Commerce Dr. South**<br>**Dearborn, MI 48120** |
| | List the contract number of any government contract | | |

| 2.31. | State what the contract or lease is for and the nature of the debtor's interest | **Real property lease for loaction at 22555 GREENFIELD RD SOUTHFIELD MI 48075** | |
|---|---|---|---|
| | State the term remaining | | **GREENFIELD PLAZA, INC.**<br>**31800 Northwestern Highway**<br>**Suite 350**<br>**Farmington Hills, MI 48334** |
| | List the contract number of any government contract | | |

| 2.32. | State what the contract or lease is for and the nature of the debtor's interest | **Real property lease for loaction at 15080 S LA GRANGE RD ORLAND PARK IL 60462** | |
|---|---|---|---|
| | State the term remaining | | **JD REAL ESTATE INC**<br>**4333 S. Pulaski Rd.**<br>**Chicago, IL 60632** |

| Debtor 1 | **Art Van Furniture, LLC** | | Case number *(if known)* | **20-10553** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | List the contract number of any government contract | |
|---|---|---|

| 2.33. | State what the contract or lease is for and the nature of the debtor's interest | **Software License and Services Agreement dated December 5, 2007, as amended** | |
|---|---|---|---|
| | State the term remaining | | **JDA Software, Inc.** |
| | List the contract number of any government contract | | **15059 N. Scottsdale Road Suite 400 Scottsdale, AZ 85254** |

| 2.34. | State what the contract or lease is for and the nature of the debtor's interest | **Real property lease for loaction at 925 NORTHWEST PLAZA BRIDGETON MO 63044** | |
|---|---|---|---|
| | State the term remaining | | **JS WESTFLO LLC** |
| | List the contract number of any government contract | | **45 Colonial Hills Drive St. Louis, MO 63141** |

| 2.35. | State what the contract or lease is for and the nature of the debtor's interest | **Real property lease for loaction at 20393 N. RAND RD KILDEER IL 60074** | |
|---|---|---|---|
| | State the term remaining | | **KILDEER VILLAGE SQUARE LLC** |
| | List the contract number of any government contract | | **c/o the Bond Companies 340 W. Hubbard Suite 450 Chicago, IL 60654-5806** |

| 2.36. | State what the contract or lease is for and the nature of the debtor's interest | **Real property lease for loaction at 6500 E FOURTEEN MILE ROAD WARREN MI 48092** | |
|---|---|---|---|
| | State the term remaining | | **LCN PARTNERS** |
| | List the contract number of any government contract | | **888 Seventh Avenue 4th Floor New York, NY 10019** |

| 2.37. | State what the contract or lease is for and the nature of the debtor's interest | **Real property lease for loaction at 4375 28TH ST SE GRAND RAPIDS MI 49512** | |
|---|---|---|---|
| | State the term remaining | | **LCN PARTNERS** |
| | List the contract number of any government contract | | **888 Seventh Avenue 4th Floor New York, NY 10019** |

| Debtor 1 | **Art Van Furniture, LLC** | | | Case number *(if known)* | **20-10553** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.38. | State what the contract or lease is for and the nature of the debtor's interest | **Real property lease for loaction at 15701 MARKET DR DEARBORN MI 48126** | |
|---|---|---|---|
| | State the term remaining | | **LCN PARTNERS** |
| | List the contract number of any government contract | | **888 Seventh Avenue 4th Floor New York, NY 10019** |

| 2.39. | State what the contract or lease is for and the nature of the debtor's interest | **Real property lease for loaction at 4273 ALPINE AVE NW STE B COMSTOCK PARK MI 49321** | |
|---|---|---|---|
| | State the term remaining | | **LCN PARTNERS** |
| | List the contract number of any government contract | | **888 Seventh Avenue 4th Floor New York, NY 10019** |

| 2.40. | State what the contract or lease is for and the nature of the debtor's interest | **Real property lease for loaction at 2300 TELEGRAPH RD BLOOMFIELD HILLS MI 48302** | |
|---|---|---|---|
| | State the term remaining | | **LCN PARTNERS** |
| | List the contract number of any government contract | | **888 Seventh Avenue 4th Floor New York, NY 10019** |

| 2.41. | State what the contract or lease is for and the nature of the debtor's interest | **Real property lease for location at 30450 LITTLE MACK ROSEVILLE MI 48066** | |
|---|---|---|---|
| | State the term remaining | | **LCN PARTNERS** |
| | List the contract number of any government contract | | **888 Seventh Avenue 4th Floor New York, NY 10019** |

| 2.42. | State what the contract or lease is for and the nature of the debtor's interest | **Real property lease for loaction at 1500 S RANDALL RD ALGONQUIN IL 60102** | |
|---|---|---|---|
| | State the term remaining | | **MATTHEW MASON AS RECEIVER OF ALGONQUIN C** |
| | List the contract number of any government contract | | **1900 S. Randall Road Algonquin, IL 60102** |

| 2.43. | State what the contract or lease is for and the nature of the debtor's interest | **Postage Meters lease agreement** | |
|---|---|---|---|
| | State the term remaining | | **Pitney Bowes Global Financial Services 2225 American Drive Neenah, WI 54956-1005** |

Debtor 1  **Art Van Furniture, LLC**
_____

First Name          Middle Name          Last Name

Case number *(if known)*   **20-10553**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | | |
|---|---|---|
| | List the contract number of any government contract | |

| 2.44. | State what the contract or lease is for and the nature of the debtor's interest | **Real property lease for loaction at 1100 SOUTH ROCHESTER RD ROCHESTER HILLS MI 48307** | |
| | State the term remaining | | **ROCHESTER KM PARTNERS LLC**<br>**c/o First Holding Management Co.**<br>**6960 Orchard Lake**<br>**West Bloomfield, MI 48322** |
| | List the contract number of any government contract | | |

| 2.45. | State what the contract or lease is for and the nature of the debtor's interest | **Real property lease for loaction at 1776 WEST HWY, 50 WEST O'FALLON IL 62269** | |
| | State the term remaining | | **ROTHMAN O'FALLON LLC**<br>**45 Colonial Hills Drive**<br>**St. Louis, MO 63141** |
| | List the contract number of any government contract | | |

| 2.46. | State what the contract or lease is for and the nature of the debtor's interest | **Real property lease for loaction at 6911 W. GRAND AVE GURNEE IL 60031** | |
| | State the term remaining | | **RPAI US MANAGEMENT LLC**<br>**2021 Spring Road**<br>**Oak Brook, IL 60523** |
| | List the contract number of any government contract | | |

| 2.47. | State what the contract or lease is for and the nature of the debtor's interest | **Real property lease for loaction at 1301 E MALL DR HOLLAND OH 43528** | |
| | State the term remaining | | **SBV HOLLAND**<br>**100 N Pond Dr.**<br>**Suite F**<br>**PO Box 838**<br>**Walled Lake, MI 48390** |
| | List the contract number of any government contract | | |

| 2.48. | State what the contract or lease is for and the nature of the debtor's interest | **Real property lease for loaction at 5711 S LINDBERGH ST. LOUIS MO 63123** | |
| | State the term remaining | | **SOUTH LINDBERGH PROPERTY LLC**<br>**45 Colonial Hills Drive**<br>**St. Louis, MO 63141** |
| | List the contract number of any government contract | | |

| Debtor 1 | **Art Van Furniture, LLC** | | Case number *(if known)* | **20-10553** |
|---|---|---|---|---|
| | First Name | Middle Name   Last Name | | |



### Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.49. | State what the contract or lease is for and the nature of the debtor's interest | **Real property lease for loaction at 7200 S CICERO AVE BEDFORD PARK IL 60629** | |
|---|---|---|---|
| | State the term remaining | | **SPIRIT SPE LOAN PORTFOLIO 2013-3, LLC 16767 N Permieter Drive Suite 2010 Scottsdale, AZ 85260** |
| | List the contract number of any government contract | | |

| 2.50. | State what the contract or lease is for and the nature of the debtor's interest | **Real property lease dated February 22, 2018** | |
|---|---|---|---|
| | State the term remaining | | **Store Investment Corporation 8377 E. Hartford Drive Suite 100 Scottsdale, AZ 85255** |
| | List the contract number of any government contract | | |

| 2.51. | State what the contract or lease is for and the nature of the debtor's interest | **Real property lease dated April 6, 2018** | |
|---|---|---|---|
| | State the term remaining | | **Store Master Funding XII, LLC 8377 Hartford Drive Suite 100 Scottsdale, AZ 85255** |
| | List the contract number of any government contract | | |

| 2.52. | State what the contract or lease is for and the nature of the debtor's interest | **Private label Consumer Credit Card Program Agreement dated June 5, 2009, as amended** | |
|---|---|---|---|
| | State the term remaining | | **Synchrony Bank 170 Election Road Suite 125 Draper, UT 84020-6425** |
| | List the contract number of any government contract | | |

| 2.53. | State what the contract or lease is for and the nature of the debtor's interest | **Real property lease for loaction at 4612 BALDWIN RD AUBURN HILLS MI 48326** | |
|---|---|---|---|
| | State the term remaining | | **TAUBMAN AUBURN HILLS ASSOCIATES LIMITED 200 East Long Lake Road PO Box 200 Bloomfield Hills, MI 04830-3200** |
| | List the contract number of any government contract | | |

| 2.54. | State what the contract or lease is for and the nature of the debtor's interest | **2019 Vendor Buying Agreement, and Multi-Line Retailer Agreement dated April 19, 2018** | |
|---|---|---|---|
| | State the term remaining | | **Tempur-Pedic North America, LLC 550 3 Mile Road NW Dallas, TX 75320** |

| Debtor 1 | **Art Van Furniture, LLC** | | Case number *(if known)* | **20-10553** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| List the contract number of any government contract | |

| 2.55. | State what the contract or lease is for and the nature of the debtor's interest | **4 separate real property leases dated November 22, 2017 for premises located in: (i) Avon, OH; (ii) Middleburg Hearights, OH; (iii) North Canton OH; and (IV) Montor, OH, as amended** | |
|---|---|---|---|
| | State the term remaining | | **VEREIT Real Estate, L.P.** |
| | List the contract number of any government contract | | **2325 E. Camelback Road** **Suite 1100** **Phoenix, AZ 85016** |

**Fill in this information to identify the case:**

Debtor name __**Art Van Furniture, LLC**__

United States Bankruptcy Court for the: __DISTRICT OF DELAWARE__

Case number (if known) __**20-10553**__

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 **AFV Franchising, LLC** | **6500 East 14 Mile Road Warren, MI 48092** | **Wells Fargo Bank National Association** | ■ D __2.2__<br>☐ E/F _____<br>☐ G _____ |
| 2.2 **AV Pure Sleep Franchising, LLC** | **6500 East 14 Mile Road Warren, MI 48092** | **Wells Fargo Bank National Association** | ■ D __2.2__<br>☐ E/F _____<br>☐ G _____ |
| 2.3 **AV Pure Sleep Franchising, LLC** | **6500 East 14 Mile Road Warren, MI 48092** | **Virtus Group LP** | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.4 **AVF Franchising, LLC** | **6500 East 14 Mile Road Warren, MI 48092** | **Virtus Group LP** | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.5 **AVF Holdings II, LLC** | **6500 East 14 Mile Road Warren, MI 48092** | **Wells Fargo Bank National Association** | ■ D __2.2__<br>☐ E/F _____<br>☐ G _____ |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **Art Van Furniture, LLC** | | Case number *(if known)* | **20-10553** |

---

**■** Additional Page to List More Codebtors

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| 2.6 | **AVF Holdings II, LLC** | **6500 East 14 Mile Road**<br>**Warren, MI 48092** | **Virtus Group LP** | **■** D ___**2.1**___<br>☐ E/F _____<br>☐ G _____ |
| 2.7 | **AVF Parent, LLC** | **6500 East 14 Mile Road**<br>**Warren, MI 48092** | **Wells Fargo Bank**<br>**National Association** | **■** D ___**2.2**___<br>☐ E/F _____<br>☐ G _____ |
| 2.8 | **AVF Parent, LLC** | **6500 East 14 Mile Road**<br>**Warren, MI 48092** | **Virtus Group LP** | **■** D ___**2.1**___<br>☐ E/F _____<br>☐ G _____ |
| 2.9 | **Comfort Mattress, LLC** | **6500 East 14 Mile Road**<br>**Warren, MI 48092** | **Wells Fargo Bank**<br>**National Association** | **■** D ___**2.2**___<br>☐ E/F _____<br>☐ G _____ |
| 2.10 | **Comfort Mattress, LLC** | **6500 East 14 Mile Road**<br>**Warren, MI 48092** | **Virtus Group LP** | **■** D ___**2.1**___<br>☐ E/F _____<br>☐ G _____ |
| 2.11 | **Levin Parent LLC** | **6500 East 14 Mile Road**<br>**Warren, MI 48092** | **Wells Fargo Bank**<br>**National Association** | **■** D ___**2.2**___<br>☐ E/F _____<br>☐ G _____ |
| 2.12 | **LF Trucking, Inc.** | **6500 East 14 Mile Road**<br>**Warren, MI 48092** | **Wells Fargo Bank**<br>**National Association** | **■** D ___**2.2**___<br>☐ E/F _____<br>☐ G _____ |
| 2.13 | **Sam Levin, Inc.** | **6500 East 14 Mile Road**<br>**Warren, MI 48092** | **Wells Fargo Bank**<br>**National Association** | **■** D ___**2.2**___<br>☐ E/F _____<br>☐ G _____ |

---