# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ART VAN FURNITURE, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 20-10553 (CSS)<br><br>Jointly Administered |

## ORDER SCHEDULING OMNIBUS HEARING DATE

IT IS HEREBY ORDERED that the following omnibus hearing date has been scheduled in the above-captioned matter:

**DATE**

August 13, 2020

**TIME**

11:00 a.m. prevailing Eastern Time

IT IS HEREBY FURTHER ORDERED that the hearing shall take place at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 5th Floor, Courtroom No. 6, Wilmington, Delaware 19801.

Dated: July 8th, 2020
Wilmington, Delaware

CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, include: Art Van Furniture, LLC (9205); AVF Holding Company, Inc. (0291); AVCE, LLC (2509); AVF Holdings I, LLC (2537); AVF Holdings II, LLC (7472); AVF Parent, LLC ([]52); Art Van Furniture of Canada, LLC (9491); AV Pure Sleep Franchising, LLC (6325); LF Trucking, Inc. (1484); Sam Levin, Inc. (5198); and Comfort […] of the Debtors' former headquarters was: 6500 East 14 Mile Road, Warren[…]

DOCS_DE:228640.4 05233/003