IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ART VAN FURNITURE, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 20-10553 (CSS)<br><br>(Jointly Administered)<br><br>**Objection Deadline: July 22, 2020 at 4:00 p.m. (ET)**<br>**Hearing Date: To be determined** |

### NOTICE OF MOTION OF CENTURYLINK COMMUNICATIONS, LLC TO COMPEL DEBTORS TO ASSUME OR REJECT CONTRACTS AND FOR APPROVAL OF ADMINISTRATIVE EXPENSE CLAIM OR, IN THE ALTERNATIVE, FOR RELIEF FROM THE AUTOMATIC STAY

**PLEASE TAKE NOTICE** that on July 8, 2020, CenturyLink Communications, LLC, including its parents, subsidiaries, and affiliates, including Level 3 Communications, LLC and Global Crossing Telecommunications, Inc., (collectively, "CenturyLink"), by and through its undersigned counsel, filed the *Motion of CenturyLink Communications, LLC to Compel Debtors to Assume or Reject Contracts and for Approval of Administrative Expense Claim or, in the Alternative, for Relief from the Automatic Stay* (the "Motion"), with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, Wilmington, Delaware 19801 (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that any response or objection to the relief sought in the Motion must be filed with the Bankruptcy Court on or before **July 22, 2020 at 4:00 p.m. prevailing Eastern Time** (the "Objection Deadline"). You must also serve a copy of your response or objection upon the undersigned counsel for the Consultant so as to be received on or prior to the Objection Deadline.

**PLEASE TAKE FURTHER NOTICE** THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

**PLEASE TAKE FURTHER NOTICE** that a hearing with respect to the Motion will be held at the United States Bankruptcy Court for the District of Delaware before The Honorable Christopher S. Sontchi, 824 North Market Street, 5th Floor, Courtroom #6, Wilmington, Delaware 19801 **at a date and time to be determined**.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, include: Art Van Furniture, LLC (9205); AVF Holding Company, Inc. (0291); AVCE, LLC (2509); AVF Holdings I, LLC (2537); AVF Holdings II, LLC (7472); AVF Parent, LLC (3451); Levin Parent, LLC (8052); Art Van Furniture of Canada, LLC (9491); AV Pure Sleep Franchising, LLC (8968); AVF Franchising, LLC (6325); LF Trucking, Inc. (1484); Sam Levin, Inc. (5198); and Comfort Mattress LLC (4463). The location of the Debtors' former headquarters was: 6500 East 14 Mile Road, Warren Michigan 48092.

#58559861 v1

-2-

Dated: July 8, 2020

**TROUTMAN PEPPER HAMILTON SANDERS, LLP**

*/s/ Henry J. Jaffe*
Henry Jaffe (DE Bar. No. 2987)
Hercules Plaza, Suite 5100
1313 Market Street
P.O. Box 1709
Wilmington, DE 19899-1709
Telephone: (302) 777-6500
Facsimile: (302) 421-8390
E-mail: Henry.Jaffe@Troutman.com

-and-

Stinson LLP
Lucas L. Schneider (CO I.D. #48125)
1050 17th Street, Suite 2400
Denver, CO 80265
Telephone: (303) 376-8414
E-mail: lucas.schneider@stinson.com

*Counsel for CenturyLink Communications, LLC*

#58559861 v1