ADDENDUM TO
CUSTOMER ORDER

This Addendum ("Addendum") (i) is entered into this 3⁰ day of  June , 2017 (the "Addendum Effective Date"), by and between **LEVEL 3 COMMUNICATIONS, LLC** ("Level 3") and **SAM LEVIN INC. DBA LEVIN FURNITURE** ("Customer"), and (ii) modifies the Quotes # 6817373, 6686229, 6687096, 6687944 and 6926166 (the "Customer Orders"), a copies of which are attached hereto.

**WHEREAS**, the parties wish to augment the Customer Orders to incorporate revised terms applicable to the same.

**NOW THEREFORE**, the parties agree to modify the Customer Order in the following limited respects:

1. Section 2 of the Orders' Terms and Conditions is modified to change the time to respond to a price increase from two (2) business days to five (5) business days.

2. <u>Limited to Customer Order</u>. The parties acknowledge and agree that this Addendum shall apply to the Customer Orders and shall have no applicability to any other customer order(s) that Customer may have otherwise submitted or may submit to Level 3 in the future. All other Terms and Conditions will remain in effect.

These terms and conditions have been read, are understood, and are hereby accepted.

| LEVEL 3 COMMUNICATIONS, LLC | SAM LEVIN INC. DBA LEVIN FURNITURE |
|---|---|
| By _Samantha Leapley (Jun 30, 2017)_ | By _Joseph Knouse_ |
| Name  Samantha Leapley | Name  JOSEPH KNOUSE |
| Title  Vice President, Legal | Title  Director of IT |

Proposal prepared for Sam Levin Inc. dba Levin Furniture - Quote# 6817373 - S

# Level(3)

## Quote # 6817373

### Proposal

| Pricing Prepared For | Prepared On | Price Valid Until | Currency |
|---|---|---|---|
| Sam Levin Inc. dba Levin Furniture | 05/26/2017 | 08/24/2017 | USD |

#### IP VPN

| Total Mrc | Total Nrc |
|---|---|
| 949.88 | .00 |

##### Location

| Site Name | Country | Site Address |
|---|---|---|
| 67661 Mall Ring Rd St Clairsville, OH 43950 | USA | 67661 MALL RING RD SAINT CLAIRSVILLE, OH 43950 |

##### Universal Service Fund

| USF | |
|---|---|
| Interstate | |

##### Summary

| Mrc | Nrc |
|---|---|
| 949.88 | .00 |

| #Sites |
|---|
| 1 |

##### IP VPN Services

| Port | Distance(km) |
|---|---|
| Ethernet (10 Mb) | |

#### Product Details

| Description | Qty | Usage Mrc | Usage Nrc | Vendor | Poo |
|---|---|---|---|---|---|
| A - 67661 MALL RING RD SAINT CLAIRSVILLE, OH 43950<br>Off Net Access - Ethernet (10 Mb) - [Bandwidth = Ethernet (10 Mb), Quoted Sub-bandwidth = 10, Level 3 Class of Service = Best Effort] | 1 | | | | |
| A - 67661 MALL RING RD SAINT CLAIRSVILLE, OH 43950<br>IP VPN Port - Ethernet (10 Mb) - [Bandwidth = Ethernet (10 Mb), Network Integrity = No, CRTP = No, Multicast = No, Partner Network Type = None] | 1 | | | | |
| A - 67661 MALL RING RD SAINT CLAIRSVILLE, OH 43950<br>Commit - Basic Plus & Basic - [Capacity (Mb) = 4.000] | 1 | | | | |
| A - 67661 MALL RING RD SAINT CLAIRSVILLE, OH 43950<br>Commit - Enhanced Plus & Enhanced - [Capacity (Mb) = 3.000] | 1 | | | | |
| A - 67661 MALL RING RD SAINT CLAIRSVILLE, OH 43950<br>Commit - Premium Plus & Premium - [Capacity (Mb) = 3.000] | 1 | | | | |

| Term | Total Mrc |
|---|---|
| 3 Years | 949.88 |

Proposal prepared for Sam Levin Inc. dba Levin Furniture - Quote# 6817373 - S

## Order Terms and Conditions

1. This confidential Order may not be disclosed to third parties and is non-binding until accepted by Level 3 as set forth in section 4.
2. Pricing is valid for 90 calendar days from the date indicated unless otherwise specified herein. Prior to installation Level 3 may notify Customer in writing (including by e-mail) of price increases due to off-net vendors. Customer has 2 business days following such notice to terminate this Order (without liability) otherwise Customer is deemed to accept the increase. Services may be provided by Level 3 or its affiliates. Services to be provided internationally may require a Local Country Agreement.
3. If a generic demarcation point (such as a street address) is provided, the demarcation point for on net services shall be Level 3's Minimum Point of Entry (MPOE) at such location (as determined by Level 3) and off-net demarcation points shall be the off-net vendor's MPOE. If this Order identifies aspects of services which are procured by Customer directly from third parties, Level 3 is not liable for such services.
4. Customer places this Order by signing (including electronically or digitally) or otherwise acknowledging (in a manner acceptable to Level 3) this document and returning it to Level 3. The Service identified in this Order shall be governed by and subject to the Master Service Agreement(s) and Service Schedule(s) (if any) between Level 3 and Customer (or its affiliate if expressly provided for under such affiliate Master Service Agreement) applicable to such Service. If Customer has not executed a Master Services Agreement with Level 3 but has executed a services agreement (including but not limited to Standard Terms and Conditions) with an affiliate of Level 3 ("Affiliate Agreement"), then the terms of the most recent such Affiliate Agreement shall apply to the Service herein (to the extent not inconsistent with this Order) provided that in such cases, the current standard Level 3 Service Schedule applicable to the Services shall apply. In the event that Level 3 and Customer have not executed a Master Service Agreement and/or applicable Service Schedule(s) with respect to such Service and have not executed an Affiliate Agreement (i) Level 3's standard Master Service Agreement/Service Schedule(s) (as of the date of this Order) shall govern, a copy of which are available upon request and (ii) the Level 3 contracting party shall be the Level 3 entity invoicing such Services. Notwithstanding anything in any Affiliate Agreement to the contrary, Level 3's acceptance of this Order will be evidenced by (and this Order upon) the earlier of Level 3's written delivery of a Customer Commit Date ("CCD") (i.e. the projected installation date) or Level 3's delivery of the requested Service, and, at the end of the Service Term the Services set forth herein shall renew on a month to month basis, terminable by either party with 30 days' advanced written notice and the rates are subject to change upon 30 days' notice from Level 3.
5. Neither party shall be liable for any damages for lost profits, lost revenues, loss of goodwill, loss of anticipated savings, loss of data or cost of purchasing replacement service, or any indirect, incidental, special, consequential, exemplary or punitive damages arising out of the performance or failure to perform under this Order. Customer's sole remedies for any outages, failures to deliver or defects in Service are contained in the service levels applicable to the affected Service.
6. All transport services ordered from Level 3 will be treated as interstate for regulatory purposes. Customer may certify transport service as being intrastate (for regulatory purposes only) in a format as required by Level 3, but only where the transport services are sold on a stand-alone basis, the end points for the service are located in the same state and neither end point is a Level 3 provided IP port ("Intrastate Services"). Where Customer requests that services be designated as Intrastate Services, Customer certifies to Level 3 that not more than 10% of Customer's traffic utilizing the Intrastate Services will be originated or terminated outside of the state in which the Intrastate Services are provided. Such election will apply prospectively only, and will apply to all Intrastate Services stated in this Order.
7. Charges for certain Services are subject to (a) a property tax surcharge of 3.75% and (b) a cost recovery fee of 4.25% per month to reimburse Level 3 for various governmental taxes and surcharges. Such charges are subject to change by Level 3 and shall be applied regardless of whether Customer has delivered a valid tax exemption certificate. For additional details on taxes and surcharges that are assessed, visit www.level3.com/taxes.
8. Customer will pay Level 3's standard (i) expedite charges (added to the NRC) if Customer requests a delivery date inside Level 3's standard interval duration (available upon request or at https://MyLevel3.net) and (ii) ancillary charges for additional activities, features or options as set forth in Level 3's ancillary charge summary, a copy of which is available upon request. If Level 3 cannot complete installation due to Customer delay or inaction, Level 3 may begin charging Customer and Customer shall pay such charges.
9. Equipment provided by Level 3 to be located in the Customer's premises ("CPE") is subject to the terms of the Customer Premise Equipment Addendum, a copy of which is available upon request. For colocation, data center and/or hosting services, pre-arranged escorted access may be required at certain locations, and cross connect services are subject to whether facilities are available at the particular location to complete the connection.
10. For Level 3 Internet Services provided in certain countries in the Asia-Pacific region where Level 3 does not currently hold a license to provide such Services (Level 3 is so licensed in Hong Kong, Japan, Singapore and Australia), Customer consents that Level 3 may provide such Service by procuring services of third party carriers as Customer's agent and Customer appoints Level 3 as its agent to the extent necessary to obtain such Service.

## Declarations and Signatures

Customer submits this document as a Customer Order.

| | |
|---|---|
| Authorized Signature: | *[signature]* |
| Name: | Joe Knabse |
| Title: | Director of Information Technology |
| Date: | 6-30-17 |

Proposal prepared for Sam Levin Inc. dba Levin Furniture - Quote# 6686229 - S

# Level(3)

## Quote # 6686229

| Pricing Prepared For | Prepared On | Proposal Price Valid Until | Currency | Total Nrc | Total Nrc |
|---|---|---|---|---|---|
| Sam Levin Inc. dba Levin Furniture | 06/14/2017 | 08/01/2017 | USD | | 0.00 |
| | | IP VPN | | | |

| Term | Total Mrc | | Total Nrc | | # Sites |
|---|---|---|---|---|---|
| 3 Years | 9,599.23 | | .00 | | 13 |

### Summary

| Location | | Universal Service Fund | | IP VPN Services | |
|---|---|---|---|---|---|
| Site Name | Country | Site Address | USF | Mrc | Nrc | Port |

| Site Name | Country | Site Address | USF | Mrc | Nrc | Port |
|---|---|---|---|---|---|---|
| 7799 Mentor Ave, Mentor OH 44060 | USA | 7799 Mentor Ave Mentor, OH 44060 | Interstate | 652.77 | .00 | Ethernet (10 Mb) |
| 6229 Promler Street NW, North Canton OH 44720 | USA | 6229 Promler St NW North Canton, OH 44720 | Interstate | 652.77 | .00 | Ethernet (10 Mb) |
| 6130 Knuse Drive, Solon, OH 44139 | USA | 6130 Knuse Dr Solon, OH 44139 | Interstate | 589.77 | .00 | Ethernet (10 Mb) |
| 13957 Cedar Rd SOUTH EUCLID, OH 44118 | USA | 13957 CEDAR RD SOUTH EUCLID, OH 44118 | Interstate | 687.33 | .00 | Ethernet (10 Mb) |
| 1063 Graham Road, Stowe OH 44224 | USA | 1063 Graham Rd Stow, OH 44224 | Interstate | 687.33 | .00 | Ethernet (10 Mb) |
| 1540 Oakland Ave, Indiana, PA 15701 | USA | 1540 Oakland Ave Indiana, PA 15701 | Interstate | 725.63 | .00 | Fast Ethernet (100 Mb) |
| 3820 William Penn. Hwy, Monroeville PA 15146 | USA | 3820 William Penn Hwy Monroeville, PA 15146 | Interstate | 497.75 | .00 | Fast Ethernet (100 Mb) |
| 1600 Washington Rd, Pittsburgh PA 15228 | USA | 1600 Washington Rd Pittsburgh, PA 15228 | Interstate | 497.75 | .00 | Fast Ethernet (100 Mb) |
| 6528 Steubenville Pike, Pittsburgh, PA 15205 | USA | 6528 Steubenville Pike Pittsburgh, PA 15205 | Interstate | 725.60 | .00 | Fast Ethernet (100 Mb) |
| 956 Freeport Rd, Pittsburgh PA 15238 | USA | 956 Freeport Rd Pittsburgh, PA 15238 | Interstate | 725.60 | .00 | Fast Ethernet (100 Mb) |
| 301 Fitz Henry Road, Smithton PA 15479 | USA | 301 Fitz Henry Rd Smithton, PA 15479 | Interstate | 1744.00 | .00 | Fast Ethernet (100 Mb) |
| 56 Trinity Point Dr, Washington PA 15301 | USA | 56 Trinity Point Dr Washington, PA 15301 | Interstate | 725.60 | .00 | Fast Ethernet (100 Mb) |
| 6061 Mayfield Rd. Mayfield Heights OH 44124 | USA | 6061 Mayfield Rd Mayfield Heights, OH 44124 | Interstate | 687.33 | .00 | Ethernet (10 Mb) |

Proposal prepared for Sam Levin Inc. dba Levin Furniture - Quote# 6686229 - S

| Description | Product Details | | | | | |
|---|---|---|---|---|---|---|
| | Qty | Usage Mrc | Usage Nrc | | Pop | |
| A - 6061 Mayfield Rd Mayfield Heights, OH 44124<br>Off Net Access - Ethernet (10 Mb) - [Bandwidth = Ethernet (10 Mb), Quoted Sub-bandwidth = 4, Level 3 Class of Service = Best Effort] | 1 | | | | | |
| A - 6061 Mayfield Rd Mayfield Heights, OH 44124<br>IP VPN Port - Ethernet (10 Mb) - [Bandwidth = Ethernet (10 Mb), Network Integrity = No, CRTP = No, Multicast = No, Partner Network Type = None] | 1 | | | | | |
| A - 6061 Mayfield Rd Mayfield Heights, OH 44124<br>Commit - Basic Plus & Basic - [Capacity (Mb) = 1.000] | 1 | | | | | |
| A - 6061 Mayfield Rd Mayfield Heights, OH 44124<br>Commit - Enhanced Plus & Enhanced - [Capacity (Mb) = 1.000] | 1 | | | | | |
| A - 6061 Mayfield Rd Mayfield Heights, OH 44124<br>Commit - Premium Plus & Premium - [Capacity (Mb) = 1.000] | 1 | | | | | |
| A - 7799 Mentor Ave Mentor, OH 44060<br>Off Net Access - Ethernet (10 Mb) - [Bandwidth = Ethernet (10 Mb), Quoted Sub-bandwidth = 10, Level 3 Class of Service = Premium] | 1 | | | | | |
| A - 7799 Mentor Ave Mentor, OH 44060<br>IP VPN Port - Ethernet (10 Mb) - [Bandwidth = Ethernet (10 Mb), Network Integrity = No, CRTP = No, Multicast = No, Partner Network Type = None] | 1 | | | | | |
| A - 7799 Mentor Ave Mentor, OH 44060<br>Commit - Basic Plus & Basic - [Capacity (Mb) = 4.000] | 1 | | | | | |
| A - 7799 Mentor Ave Mentor, OH 44060<br>Commit - Enhanced Plus & Enhanced - [Capacity (Mb) = 3.000] | 1 | | | | | |
| A - 7799 Mentor Ave Mentor, OH 44060<br>Commit - Premium Plus & Premium - [Capacity (Mb) = 3.000] | 1 | | | | | |
| A - 6229 Promler St NW North Canton, OH 44720<br>Off Net Access - Ethernet (10 Mb) - [Bandwidth = Ethernet (10 Mb), Quoted Sub-bandwidth = 10, Level 3 Class of Service = Premium] | 1 | | | | | |
| A - 6229 Promler St NW North Canton, OH 44720<br>IP VPN Port - Ethernet (10 Mb) - [Bandwidth = Ethernet (10 Mb), Network Integrity = No, CRTP = No, Multicast = No, Partner Network Type = None] | 1 | | | | | |
| A - 6229 Promler St NW North Canton, OH 44720<br>Commit - Basic Plus & Basic - [Capacity (Mb) = 4.000] | 1 | | | | | |
| A - 6229 Promler St NW North Canton, OH 44720<br>Commit - Enhanced Plus & Enhanced - [Capacity (Mb) = 3.000] | 1 | | | | | |
| A - 6229 Promler St NW North Canton, OH 44720<br>Commit - Premium Plus & Premium - [Capacity (Mb) = 3.000] | 1 | | | | | |
| A - 6130 Kruse Dr Solon, OH 44139<br>Off Net Access - Ethernet (10 Mb) - [Bandwidth = Ethernet (10 Mb), Quoted Sub-bandwidth = 3, Level 3 Class of Service = Premium] | 1 | | | | | |
| A - 6130 Kruse Dr Solon, OH 44139<br>IP VPN Port - Ethernet (10 Mb) - [Bandwidth = Ethernet (10 Mb), Network Integrity = No, CRTP = No, Multicast = No, Partner Network Type = None] | 1 | | | | | |
| A - 6130 Kruse Dr Solon, OH 44139<br>Commit - Basic Plus & Basic - [Capacity (Mb) = 1.000] | 1 | | | | | |
| A - 6130 Kruse Dr Solon, OH 44139<br>Commit - Enhanced Plus & Enhanced - [Capacity (Mb) = 1.000] | 1 | | | | | |
| A - 6130 Kruse Dr Solon, OH 44139<br>Commit - Premium Plus & Premium - [Capacity (Mb) = 1.000] | 1 | | | | | |
| A - 13957 CEDAR RD SOUTH EUCLID, OH 44118<br>Off Net Access - Ethernet (10 Mb) - [Bandwidth = Ethernet (10 Mb), Quoted Sub-bandwidth = 3, Level 3 Class of Service = Best Effort] | 1 | | | | | |
| A - 13957 CEDAR RD SOUTH EUCLID, OH 44118<br>IP VPN Port - Ethernet (10 Mb) - [Bandwidth = Ethernet (10 Mb), Network Integrity = No, CRTP = No, Multicast = No, Partner Network Type = None] | 1 | | | | | |
| A - 13957 CEDAR RD SOUTH EUCLID, OH 44118<br>Commit - Basic Plus & Basic - [Capacity (Mb) = 1.000] | 1 | | | | | |
| A - 13957 CEDAR RD SOUTH EUCLID, OH 44118<br>Commit - Enhanced Plus & Enhanced - [Capacity (Mb) = 1.000] | 1 | | | | | |

Proposal prepared for Sam Levin Inc. dba Levin Furniture - Quote# 6686229 - S

| Description | Qty |
|---|---|
| A - 13957 CEDAR RD SOUTH EUCLID, OH 44118 Commit - Premium Plus & Premium - [Capacity (Mb) = 1.000] | 1 |
| A - 1063 Graham Rd Stow, OH 44224 Off Net Access - Ethernet (10 Mb) - [Bandwidth = Ethernet (10 Mb), Quoted Sub-bandwidth = 3, Level 3 Class of Service = Best Effort] | 1 |
| A - 1063 Graham Rd Stow, OH 44224 IP VPN Port - Ethernet (10 Mb) - [Bandwidth = Ethernet (10 Mb), Network Integrity = No, CRTP = No, Multicast = No, Partner Network Type = None] | 1 |
| A - 1063 Graham Rd Stow, OH 44224 Commit - Basic Plus & Basic - [Capacity (Mb) = 1.000] | 1 |
| A - 1063 Graham Rd Stow, OH 44224 Commit - Enhanced Plus & Enhanced - [Capacity (Mb) = 1.000] | 1 |
| A - 1063 Graham Rd Stow, OH 44224 Commit - Premium Plus & Premium - [Capacity (Mb) = 1.000] | 1 |
| A - 1540 Oakland Ave Indiana, PA 15701 Off Net Access - Fast Ethernet (100 Mb) - [Bandwidth = Fast Ethernet (100 Mb), Quoted Sub-bandwidth = 3, Level 3 Class of Service = Best Effort] | 1 |
| A - 1540 Oakland Ave Indiana, PA 15701 IP VPN Port - Fast Ethernet (100 Mb) - [Bandwidth = Fast Ethernet (100 Mb), Network Integrity = No, CRTP = No, Multicast = No, Partner Network Type = None] | 1 |
| A - 1540 Oakland Ave Indiana, PA 15701 Commit - Basic Plus & Basic - [Capacity (Mb) = 1.000] | 1 |
| A - 1540 Oakland Ave Indiana, PA 15701 Commit - Enhanced Plus & Enhanced - [Capacity (Mb) = 1.000] | 1 |
| A - 1540 Oakland Ave Indiana, PA 15701 Commit - Premium Plus & Premium - [Capacity (Mb) = 1.000] | 1 |
| A - 3820 William Penn Hwy Monroeville, PA 15146 Off Net Access - Fast Ethernet (100 Mb) - [Bandwidth = Fast Ethernet (100 Mb), Quoted Sub-bandwidth = 3, Level 3 Class of Service = Best Effort] | 1 |
| A - 3820 William Penn Hwy Monroeville, PA 15146 IP VPN Port - Fast Ethernet (100 Mb) - [Bandwidth = Fast Ethernet (100 Mb), Network Integrity = No, CRTP = No, Multicast = No, Partner Network Type = None] | 1 |
| A - 3820 William Penn Hwy Monroeville, PA 15146 Commit - Basic Plus & Basic - [Capacity (Mb) = 1.000] | 1 |
| A - 3820 William Penn Hwy Monroeville, PA 15146 Commit - Enhanced Plus & Enhanced - [Capacity (Mb) = 1.000] | 1 |
| A - 3820 William Penn Hwy Monroeville, PA 15146 Commit - Premium Plus & Premium - [Capacity (Mb) = 1.000] | 1 |
| A - 1600 Washington Rd Pittsburgh, PA 15228 Off Net Access - Fast Ethernet (100 Mb) - [Bandwidth = Fast Ethernet (100 Mb), Quoted Sub-bandwidth = 3, Level 3 Class of Service = Best Effort] | 1 |
| A - 1600 Washington Rd Pittsburgh, PA 15228 IP VPN Port - Fast Ethernet (100 Mb) - [Bandwidth = Fast Ethernet (100 Mb), Network Integrity = No, CRTP = No, Multicast = No, Partner Network Type = None] | 1 |
| A - 1600 Washington Rd Pittsburgh, PA 15228 Commit - Basic Plus & Basic - [Capacity (Mb) = 1.000] | 1 |
| A - 1600 Washington Rd Pittsburgh, PA 15228 Commit - Enhanced Plus & Enhanced - [Capacity (Mb) = 1.000] | 1 |
| A - 1600 Washington Rd Pittsburgh, PA 15228 Commit - Premium Plus & Premium - [Capacity (Mb) = 1.000] | 1 |
| A - 6528 Steubenville Pike Pittsburgh, PA 15205 Off Net Access - Fast Ethernet (100 Mb) - [Bandwidth = Fast Ethernet (100 Mb), Quoted Sub-bandwidth = 3, Level 3 Class of Service = Best Effort] | 1 |
| A - 6528 Steubenville Pike Pittsburgh, PA 15205 IP VPN Port - Fast Ethernet (100 Mb) - [Bandwidth = Fast Ethernet (100 Mb), Network Integrity = No, CRTP = No, Multicast = No, Partner Network Type = None] | 1 |
| A - 6528 Steubenville Pike Pittsburgh, PA 15205 Commit - Basic Plus & Basic - [Capacity (Mb) = 1.000] | 1 |
| A - 6528 Steubenville Pike Pittsburgh, PA 15205 Commit - Enhanced Plus & Enhanced - [Capacity (Mb) = 1.000] | 1 |
| A - 6528 Steubenville Pike Pittsburgh, PA 15205 Commit - Premium Plus & Premium - [Capacity (Mb) = 1.000] | 1 |

Proposal prepared for Sam Levin Inc. dba Levin Furniture - Quote# 6686229 - S

| Description | Qty |
|---|---|
| A - 956 Freeport Rd Pittsburgh, PA 15238<br>Off Net Access - Fast Ethernet (100 Mb) - [Bandwidth = Fast Ethernet (100 Mb), Quoted Sub-bandwidth = 3, Level 3 Class of Service = Best Effort] | 1 |
| A - 956 Freeport Rd Pittsburgh, PA 15238<br>IP VPN Port - Fast Ethernet (100 Mb) - [Bandwidth = Fast Ethernet (100 Mb), Network Integrity = No, CRTP = No, Multicast = No, Partner Network Type = None] | 1 |
| A - 956 Freeport Rd Pittsburgh, PA 15238<br>Commit - Basic Plus & Basic - [Capacity (Mb) = 1.000] | 1 |
| A - 956 Freeport Rd Pittsburgh, PA 15238<br>Commit - Enhanced Plus & Enhanced - [Capacity (Mb) = 1.000] | 1 |
| A - 956 Freeport Rd Pittsburgh, PA 15238<br>Commit - Premium Plus & Premium - [Capacity (Mb) = 1.000] | 1 |
| A - 301 Fitz Henry Rd Smithton, PA 15479<br>Off Net Access - Fast Ethernet (100 Mb) - [Bandwidth = Fast Ethernet (100 Mb), Quoted Sub-bandwidth = 100, Level 3 Class of Service = Best Effort] | 1 |
| A - 301 Fitz Henry Rd Smithton, PA 15479<br>IP VPN Port - Fast Ethernet (100 Mb) - [Bandwidth = Fast Ethernet (100 Mb), Network Integrity = No, CRTP = No, Multicast = No, Partner Network Type = None] | 1 |
| A - 301 Fitz Henry Rd Smithton, PA 15479<br>Commit - Basic Plus & Basic - [Capacity (Mb) = 50.000] | 1 |
| A - 301 Fitz Henry Rd Smithton, PA 15479<br>Commit - Enhanced Plus & Enhanced - [Capacity (Mb) = 25.000] | 1 |
| A - 301 Fitz Henry Rd Smithton, PA 15479<br>Commit - Premium Plus & Premium - [Capacity (Mb) = 25.000] | 1 |
| A - 56 Trinity Point Dr Washington, PA 15301<br>Off Net Access - Fast Ethernet (100 Mb) - [Bandwidth = Fast Ethernet (100 Mb), Quoted Sub-bandwidth = 3, Level 3 Class of Service = Best Effort] | 1 |
| A - 56 Trinity Point Dr Washington, PA 15301<br>IP VPN Port - Fast Ethernet (100 Mb) - [Bandwidth = Fast Ethernet (100 Mb), Network Integrity = No, CRTP = No, Multicast = No, Partner Network Type = None] | 1 |
| A - 56 Trinity Point Dr Washington, PA 15301<br>Commit - Basic Plus & Basic - [Capacity (Mb) = 1.000] | 1 |
| A - 56 Trinity Point Dr Washington, PA 15301<br>Commit - Enhanced Plus & Enhanced - [Capacity (Mb) = 1.000] | 1 |
| A - 56 Trinity Point Dr Washington, PA 15301<br>Commit - Premium Plus & Premium - [Capacity (Mb) = 1.000] | 1 |

Proposal prepared for Sam Levin Inc. dba Levin Furniture - Quote# 6686229 - S

### Order Terms and Conditions

1. This confidential Order may not be disclosed to third parties and is non-binding until accepted by Level 3 as set forth in section 4.
2. Pricing is valid for 90 calendar days from the date indicated unless otherwise specified herein. Prior to installation Level 3 may notify Customer in writing (including by e-mail) of price increases due to off-net vendors. Customer has 2 business days following such notice to terminate this Order (without liability) otherwise Customer is deemed to accept the increase. Services to be provided internationally may require a Local Country Agreement.
3. If a generic demarcation point (such as a street address) is provided, the demarcation point for on-net services shall be Level 3's Minimum Point of Entry (MPOE) at such location (as determined by Level 3) and off-net demarcation points shall be the off-net vendor's MPOE. If this Order identifies aspects of services which are procured by Customer directly from third parties, Level 3 is not liable for such services.
4. Customer places this Order by signing (including electronically or digitally) or otherwise acknowledging (in a manner acceptable to Level 3) this document and returning it to Level 3. The Service identified in this Order shall be governed by and subject to the Master Service Agreement(s) and Service Schedule(s) (if any) between Level 3 and Customer (or its affiliate if expressly provided for under such affiliate Master Service Agreement) applicable to such Service. If Customer has not executed a Master Services Agreement with Level 3 but has executed a services agreement (including but not limited to Standard Terms and Conditions) with an affiliate of Level 3 ("Affiliate Agreement"), then the terms of the most recent such Affiliate Agreement shall apply to the Service herein (to the extent not inconsistent with this Order) provided that in such cases, the current standard Level 3 Service Schedule applicable to the Services shall apply. In the event that Level 3 and Customer have not executed a Master Service Agreement and/or applicable Service Schedule(s) with respect to such Service and have not executed an Affiliate Agreement, (i) Level 3's standard Master Service Agreement/Service Schedule(s) (as of the date of this Order) shall govern, a copy of which are available upon request, and (ii) the Level 3 contracting party shall be the Level 3 entity invoicing such Services. Notwithstanding anything in any Affiliate Agreement to the contrary, Level 3's acceptance of this Order will be evidenced by (and this Order will be binding on both parties upon) the earlier of Level 3's written delivery of a Customer Commit Date ("CCD") (i.e. the projected installation date) or Level 3's delivery of the requested Service, and, at the end of the Service Term the Services set forth herein shall renew on a month to month basis. Terminable by either party with 30 days' advanced written notice and the rates are subject to change upon 30 days' notice from Level 3.
5. Neither party shall be liable for any damages for lost profits, lost revenues, loss of goodwill, loss of anticipated savings, loss of data or cost of purchasing replacement service, or any indirect, incidental, special, consequential, exemplary or punitive damages arising out of the performance or failure to perform under this Order. Customer's sole remedies for any outages, failures to deliver or defects in Service are contained in the service levels applicable to the affected Service.
6. All transport services ordered from Level 3 will be treated as interstate for regulatory purposes. Customer may certify transport service as being intrastate (for regulatory purposes only) in a format as required by Level 3, but only where the transport services are sold on a stand-alone basis, the end points for the service are located in the same state and neither end point is a Level 3 provided IP port ("Intrastate Services"). Where Customer requests that services be designated as Intrastate Services, Customer certifies to Level 3 that not more than 10% of Customer's traffic utilizing the Intrastate Services will be originated or terminated outside of the state in which the Intrastate Services are provided. Such election will apply prospectively only, and will apply to all Intrastate Services stated in this Order.
7. Charges for certain Services are subject to (a) a property tax surcharge of 3.75% and (b) a cost recovery fee of 4.25% per month to reimburse Level 3 for various governmental taxes and surcharges. Such charges are subject to change by Level 3 and shall be applied regardless of whether Customer has delivered a valid tax exemption certificate. For additional details on taxes and surcharges that are assessed, visit www.level3.com/taxes.
8. Customer will pay Level 3's standard: (i) expedite charges (added to the NRC) if Customer requests a delivery date inside Level 3's standard interval duration (available upon request or at https://MyLevel3.net) and (ii) ancillary charges for additional activities, features or options as set forth in Level 3's ancillary charge summary; a copy of which is available upon request. If Level 3 cannot complete installation due to Customer delay or inaction, Level 3 may begin charging Customer and Customer shall pay such charges.
9. Equipment provided by Level 3 to be located in the Customer's premises ("CPE") is subject to the terms of the Customer Premise Equipment Addendum, a copy of which is available upon request. For colocation, data center and/or hosting services, pre-arranged escorted access may be required at certain locations, and cross connect services are subject to whether facilities are available at the particular location to complete the connection.
10. For Level 3 Internet Services provided in certain countries in the Asia-Pacific region where Level 3 does not currently hold a license to provide such Services (Level 3 is so licensed in Hong Kong, Japan, Singapore and Australia), Customer consents that Level 3 may provide such Service by procuring services of third party carriers as Customer's agent, and Customer appoints Level 3 as its agent to the extent necessary to obtain such Service.

### Declarations and Signatures

Customer submits this document as a Customer Order.

| | |
|---|---|
| Authorized Signature: | *[signature]* |
| Name: | Joe Krouse |
| Title: | Director of Information Technology |
| Date: | 6-30-17 |

Proposal prepared for Sam Levin Inc. dba Levin Furniture - Quote# 6687096 - S

# Level(3)

## Quote # 6687096

| Pricing Prepared For | Prepared On | Price Valid Until | Currency | Total Mrc |
|---|---|---|---|---|
| Sam Levin Inc. dba Levin Furniture | 06/14/2017 | 08/01/2017 | USD | 7,655.83 |

### Proposal

### IP VPN

| Term | Total Mrc | Total Nrc |
|---|---|---|
| 3 Years | 7,655.83 | .00 |

### Summary

| | Total Mrc | Total Nrc | # Sites |
|---|---|---|---|
| | 7,655.83 | 0.00 | 9 |

### IP VPN Services

| Site Name | Country | Location Site Address | Universal Service Fund USF | MRC | NRC | Port |
|---|---|---|---|---|---|---|
| 3742 Brookwall Drive, Fairlawn OH 44333 | USA | 3742 Brookwall Dr Fairlawn, OH 44333 | Interstate | 652.77 | .00 | Ethernet (10 Mb) |
| 16960 Sprague Road | USA | 16960 W Sprague Rd Middleburg Heights, OH 44130 | Interstate | 652.77 | .00 | Ethernet (10 Mb) |
| 23100 Broadway Ave, Oakwood Village, OH 44146 | USA | 23100 Broadway Ave Oakwood Village, OH 44146 | Interstate | 652.77 | .00 | Ethernet (10 Mb) |
| 3664 Washington Road | USA | 3664 Washington Rd Canonsburg, PA 15317 | Interstate | 817.43 | .00 | Fast Ethernet (100 Mb) |
| GREENSBURG_PA | USA | 5280 ROUTE 30 GREENSBURG, PA 15601 | Interstate | 817.43 | .00 | Fast Ethernet (100 Mb) |
| 124 Levin Way | USA | 124 Levin Way Monroeville, PA 15146 | Interstate | 817.43 | .00 | Fast Ethernet (100 Mb) |
| 600 Main Street, Mount Pleasant PA 15666 | USA | 600 W MAIN ST MOUNT PLEASANT, PA 15666 | Interstate | 817.43 | .00 | Fast Ethernet (100 Mb) |
| 400 Chauvet Dr | USA | 400 Chauvet Dr Pittsburgh, PA 15275 | Interstate | 591.43 | .00 | Fast Ethernet (100 Mb) |
| 10688 Perry Highway | USA | 10688 Perry Hwy Wexford, PA 15090 | Interstate | 1736.37 | .00 | Ethernet (10 Mb) |

Proposal prepared for Sam Levin Inc. dba Levin Furniture - Quote# 6687096 - S

| Description | Product Details | | | | | | |
|---|---|---|---|---|---|---|---|
| | Qty | Usage MRC | Usage NRC | Vendor | Pop | Distance(km) | |
| A - 3742 Brookwall Dr Fairlawn, OH 44333<br>Off Net Access - Ethernet (10 Mb) - [Bandwidth = Ethernet (10 Mb), Quoted Sub-bandwidth = 10, Level 3 Class of Service = Premium] | 1 | | | | | | |
| A - 3742 Brookwall Dr Fairlawn, OH 44333<br>IP VPN Port - Ethernet (10 Mb) - [Bandwidth = Ethernet (10 Mb), Network Integrity = No, CRTP = No, Multicast = No, Partner Network Type = None] | 1 | | | | | | |
| A - 3742 Brookwall Dr Fairlawn, OH 44333<br>Commit - Basic Plus & Basic - [Capacity (Mb) = 4.000] | 1 | | | | | | |
| A - 3742 Brookwall Dr Fairlawn, OH 44333<br>Commit - Enhanced Plus & Enhanced - [Capacity (Mb) = 3.000] | 1 | | | | | | |
| A - 3742 Brookwall Dr Fairlawn, OH 44333<br>Commit - Premium Plus & Premium - [Capacity (Mb) = 3.000] | 1 | | | | | | |
| A - 16960 W Sprague Rd Middleburg Heights, OH 44130<br>Off Net Access - Ethernet (10 Mb) - [Bandwidth = Ethernet (10 Mb), Quoted Sub-bandwidth = 10, Level 3 Class of Service = Premium] | 1 | | | | | | |
| A - 16960 W Sprague Rd Middleburg Heights, OH 44130<br>IP VPN Port - Ethernet (10 Mb) - [Bandwidth = Ethernet (10 Mb), Network Integrity = No, CRTP = No, Multicast = No, Partner Network Type = None] | 1 | | | | | | |
| A - 16960 W Sprague Rd Middleburg Heights, OH 44130<br>Commit - Basic Plus & Basic - [Capacity (Mb) = 4.000] | 1 | | | | | | |
| A - 16960 W Sprague Rd Middleburg Heights, OH 44130<br>Commit - Enhanced Plus & Enhanced - [Capacity (Mb) = 3.000] | 1 | | | | | | |
| A - 16960 W Sprague Rd Middleburg Heights, OH 44130<br>Commit - Premium Plus & Premium - [Capacity (Mb) = 3.000] | 1 | | | | | | |
| A - 23100 Broadway Ave Oakwood Village, OH 44146<br>Off Net Access - Ethernet (10 Mb) - [Bandwidth = Ethernet (10 Mb), Quoted Sub-bandwidth = 10, Level 3 Class of Service = Premium] | 1 | | | | | | |
| A - 23100 Broadway Ave Oakwood Village, OH 44146<br>IP VPN Port - Ethernet (10 Mb) - [Bandwidth = Ethernet (10 Mb), Network Integrity = No, CRTP = No, Multicast = No, Partner Network Type = None] | 1 | | | | | | |
| A - 23100 Broadway Ave Oakwood Village, OH 44146<br>Commit - Basic Plus & Basic - [Capacity (Mb) = 4.000] | 1 | | | | | | |
| A - 23100 Broadway Ave Oakwood Village, OH 44146<br>Commit - Enhanced Plus & Enhanced - [Capacity (Mb) = 3.000] | 1 | | | | | | |
| A - 23100 Broadway Ave Oakwood Village, OH 44146<br>Commit - Premium Plus & Premium - [Capacity (Mb) = 3.000] | 1 | | | | | | |
| A - 3664 Washington Rd Canonsburg, PA 15317<br>Off Net Access - Fast Ethernet (100 Mb) - [Bandwidth = Fast Ethernet (100 Mb), Quoted Sub-bandwidth = 10, Level 3 Class of Service = Best Effort] | 1 | | | | | | |
| A - 3664 Washington Rd Canonsburg, PA 15317<br>IP VPN Port - Fast Ethernet (100 Mb) - [Bandwidth = Fast Ethernet (100 Mb), Network Integrity = No, CRTP = No, Multicast = No, Partner Network Type = None] | 1 | | | | | | |
| A - 3664 Washington Rd Canonsburg, PA 15317<br>Commit - Basic Plus & Basic - [Capacity (Mb) = 4.000] | 1 | | | | | | |
| A - 3664 Washington Rd Canonsburg, PA 15317<br>Commit - Enhanced Plus & Enhanced - [Capacity (Mb) = 3.000] | 1 | | | | | | |
| A - 3664 Washington Rd Canonsburg, PA 15317<br>Commit - Premium Plus & Premium - [Capacity (Mb) = 3.000] | 1 | | | | | | |
| A - 5280 ROUTE 30 GREENSBURG, PA 15601<br>Off Net Access - Fast Ethernet (100 Mb) - [Bandwidth = Fast Ethernet (100 Mb), Quoted Sub-bandwidth = 10, Level 3 Class of Service = Best Effort] | 1 | | | | | | |
| A - 5280 ROUTE 30 GREENSBURG, PA 15601<br>IP VPN Port - Fast Ethernet (100 Mb) - [Bandwidth = Fast Ethernet (100 Mb), Network Integrity = No, CRTP = No, Multicast = No, Partner Network Type = None] | 1 | | | | | | |
| A - 5280 ROUTE 30 GREENSBURG, PA 15601<br>Commit - Basic Plus & Basic - [Capacity (Mb) = 4.000] | 1 | | | | | | |
| A - 5280 ROUTE 30 GREENSBURG, PA 15601<br>Commit - Enhanced Plus & Enhanced - [Capacity (Mb) = 3.000] | 1 | | | | | | |

Proposal prepared for Sam Levin Inc. dba Levin Furniture - Quote# 6687096 - S

| Location / Details | Qty |
|---|---|
| A - 5280 ROUTE 30 GREENSBURG, PA 15601<br>Commit - Premium Plus & Premium - [Capacity (Mb) = 3.000] | 1 |
| A - 124 Levin Way Monroeville, PA 15146<br>Off Net Access - Fast Ethernet (100 Mb) - [Bandwidth = Fast Ethernet (100 Mb), Quoted Sub-bandwidth = 10, Level 3 Class of Service = Best Effort] | 1 |
| A - 124 Levin Way Monroeville, PA 15146<br>IP VPN Port - Fast Ethernet (100 Mb) - [Bandwidth = Fast Ethernet (100 Mb), Network Integrity = No, CRTP = No, Multicast = No, Partner Network Type = None] | 1 |
| A - 124 Levin Way Monroeville, PA 15146<br>Commit - Basic Plus & Basic - [Capacity (Mb) = 4.000] | 1 |
| A - 124 Levin Way Monroeville, PA 15146<br>Commit - Enhanced Plus & Enhanced - [Capacity (Mb) = 3.000] | 1 |
| A - 124 Levin Way Monroeville, PA 15146<br>Commit - Premium Plus & Premium - [Capacity (Mb) = 3.000] | 1 |
| A - 600 W MAIN ST MOUNT PLEASANT, PA 15666<br>Off Net Access - Fast Ethernet (100 Mb) - [Bandwidth = Fast Ethernet (100 Mb), Quoted Sub-bandwidth = 10, Level 3 Class of Service = Best Effort] | 1 |
| A - 600 W MAIN ST MOUNT PLEASANT, PA 15666<br>IP VPN Port - Fast Ethernet (100 Mb) - [Bandwidth = Fast Ethernet (100 Mb), Network Integrity = No, CRTP = No, Multicast = No, Partner Network Type = None] | 1 |
| A - 600 W MAIN ST MOUNT PLEASANT, PA 15666<br>Commit - Basic Plus & Basic - [Capacity (Mb) = 4.000] | 1 |
| A - 600 W MAIN ST MOUNT PLEASANT, PA 15666<br>Commit - Enhanced Plus & Enhanced - [Capacity (Mb) = 3.000] | 1 |
| A - 600 W MAIN ST MOUNT PLEASANT, PA 15666<br>Commit - Premium Plus & Premium - [Capacity (Mb) = 3.000] | 1 |
| A - 400 Chauvet Dr Pittsburgh, PA 15275<br>Off Net Access - Fast Ethernet (100 Mb) - [Bandwidth = Fast Ethernet (100 Mb), Quoted Sub-bandwidth = 10, Level 3 Class of Service = Best Effort] | 1 |
| A - 400 Chauvet Dr Pittsburgh, PA 15275<br>IP VPN Port - Fast Ethernet (100 Mb) - [Bandwidth = Fast Ethernet (100 Mb), Network Integrity = No, CRTP = No, Multicast = No, Partner Network Type = None] | 1 |
| A - 400 Chauvet Dr Pittsburgh, PA 15275<br>Commit - Basic Plus & Basic - [Capacity (Mb) = 4.000] | 1 |
| A - 400 Chauvet Dr Pittsburgh, PA 15275<br>Commit - Enhanced Plus & Enhanced - [Capacity (Mb) = 3.000] | 1 |
| A - 400 Chauvet Dr Pittsburgh, PA 15275<br>Commit - Premium Plus & Premium - [Capacity (Mb) = 3.000] | 1 |
| A - 10688 Perry Hwy Wexford, PA 15090<br>Off Net Access - Ethernet (10 Mb) - [Bandwidth = Ethernet (10 Mb), Quoted Sub-bandwidth = 10] | 1 |
| A - 10688 Perry Hwy Wexford, PA 15090<br>IP VPN Port - Ethernet (10 Mb) - [Bandwidth = Ethernet (10 Mb), Network Integrity = No, CRTP = No, Multicast = No, Partner Network Type = None] | 1 |
| A - 10688 Perry Hwy Wexford, PA 15090<br>Commit - Basic Plus & Basic - [Capacity (Mb) = 4.000] | 1 |
| A - 10688 Perry Hwy Wexford, PA 15090<br>Commit - Enhanced Plus & Enhanced - [Capacity (Mb) = 3.000] | 1 |
| A - 10688 Perry Hwy Wexford, PA 15090<br>Commit - Premium Plus & Premium - [Capacity (Mb) = 3.000] | 1 |

Proposal prepared for Sam Levin Inc. dba Levin Furniture - Quote# 6687096 - S

## Order Terms and Conditions

1. This confidential Order may not be disclosed to third parties and is non-binding until accepted by Level 3 as set forth in section 4.
2. Pricing is valid for 90 calendar days from the date indicated unless otherwise specified herein. Prior to installation Level 3 may notify Customer in writing (including by e-mail) of price increases due to off-net vendors. Customer has 2 business days following such notice to terminate this Order (without liability) otherwise Customer is deemed to accept the increase. Services may be provided by Level 3 or its affiliates. Services to be provided internationally may require a Local Country Agreement.
3. If a generic demarcation point (such as a street address) is provided, the demarcation point for on-net services shall be Level 3's Minimum Point of Entry (MPOE) at such location (as determined by Level 3) and off-net demarcation points shall be the off-net vendor's MPOE. If this Order identifies aspects of services which are procured by Customer directly from third parties, Level 3 is not liable for such services.
4. Customer places this Order by signing (including electronically or digitally) or otherwise acknowledging (in a manner acceptable to Level 3) this document and returning it to Level 3. The Service identified in this Order shall be governed by and subject to the Master Service Agreement(s) and Service Schedule(s) (if any) between Level 3 and Customer (or its affiliate if expressly provided for under such affiliate Master Service Agreement) applicable to such Service. If Customer has not executed a Master Services Agreement with Level 3 but has executed a services agreement (including but not limited to Standard Terms and Conditions) with an affiliate of Level 3 ("Affiliate Agreement"), then the terms of the most recent such Affiliate Agreement shall apply to the Service herein (to the extent not inconsistent with this Order) provided that in such cases, the current standard Level 3 Service Schedule applicable to the Services shall apply. In the event that Level 3 and Customer have not executed a Master Service Agreement and/or applicable Service Schedule(s) with respect to such Service and have not executed an Affiliate Agreement, (i) Level 3's standard Master Service Agreement/Service Schedule(s) (as of the date of this Order) shall govern, a copy of which are available upon request; and (ii) the Level 3 contracting party shall be the Level 3 entity invoicing such Services. Notwithstanding anything in any Affiliate Agreement to the contrary, Level 3's acceptance of this Order will be evidenced by (and this Order will be binding on both parties upon) the earlier of Level 3's written delivery of a Customer Commit Date ("CCD") (i.e. the projected installation date) or Level 3's delivery of the requested Service, and, at the end of the Service Term the Services set forth herein shall renew on a month to month basis, terminable by either party with 30 days' advanced written notice and the rates are subject to change upon 30 days' notice from Level 3.
5. Neither party shall be liable for any damages for lost profits, lost revenues, loss of goodwill, loss of anticipated savings, loss of data or cost of purchasing replacement service, or any indirect, incidental, special, consequential, exemplary or punitive damages arising out of the performance or failure to perform under this Order. Customer's sole remedies for any outages, failures to deliver or defects in Service are contained in the service levels applicable to the affected Service.
6. All transport services ordered from Level 3 will be treated as interstate for regulatory purposes. Customer may certify transport service as being intrastate (for regulatory purposes only) in a format as required by Level 3, but only where the transport services are sold on a stand-alone basis, the end points for the service are located in the same state and neither end point is a Level 3 provided IP port ("Intrastate Services"). Where Customer requests that services be designated as Intrastate Services, Customer certifies to Level 3 that not more than 10% of Customer's traffic utilizing the Intrastate Services will be originated or terminated outside of the state in which the Intrastate Services are provided. Such election will apply prospectively only, and will apply to all Intrastate Services stated in this Order.
7. Charges for certain Services are subject to (a) a property tax surcharge of 3.75% and (b) a cost recovery fee of 4.25% per month to reimburse Level 3 for various governmental taxes and surcharges. Such charges are subject to change by Level 3 and shall be applied regardless of whether Customer has delivered a valid tax exemption certificate. For additional details on taxes and surcharges, visit www.level3.com/taxes.
8. Customer will pay Level 3's standard: (i) expedite charges (added to the NRC) if Customer requests a delivery date inside Level 3's standard interval duration (available upon request or at https://MyLevel3.net) and (ii) ancillary charges for additional activities, features or options as set forth in Level 3's ancillary charge summary; a copy of which is available upon request. If Level 3 cannot complete installation due to Customer delay or inaction, Level 3 may begin charging Customer and Customer shall pay such charges.
9. Equipment provided by Level 3 to be located in the Customer's premises ("CPE") is subject to the terms of the Customer Premise Equipment Addendum, a copy of which is available upon request. For colocation, data center and/or hosting services, pre-arranged escorted access may be required at certain locations, and cross connect services are subject to whether facilities are available at the particular location to complete the connection.
10. For Level 3 Internet Services provided in certain countries in the Asia-Pacific region where Level 3 does not currently hold a license to provide such Services (Level 3 is so licensed in Hong Kong, Japan, Singapore and Australia), Customer consents that Level 3 may provide such Service by procuring services of third party carriers as Customer's agent, and Customer appoints Level 3 as its agent to the extent necessary to obtain such Service.

## Declarations and Signatures

Customer submits this document as a Customer Order.

| | |
|---|---|
| Authorized Signature: | *[signature]* |
| Name: | Joe Krause |
| Title: | Director of Information Technology |
| Date: | 6-30-17 |

Proposal prepared for Sam Levin Inc. dba Levin Furniture - Quote# 6687944 - S

# Level(3)

## Quote # 6687944

| Pricing Prepared For | Proposal | | | | |
|---|---|---|---|---|---|
| Sam Levin Inc. dba Levin Furniture | Prepared On | Price Valid Until | Currency | Total Mrc | Total Nrc |
| | 06/14/2017 | 08/01/2017 | USD | 3,064.71 | 0.00 |

| Term | | | IP VPN | | |
|---|---|---|---|---|---|
| 3 Years | Total Mrc | | | Total Nrc | # Sites |
| | 3,064.71 | | | .00 | 5 |

| | | | | | Summary | | | |
|---|---|---|---|---|---|---|---|---|
| Location | | | Universal Service Fund | | | | IP VPN Services | |
| Site Name | Country | Site Address | USF | | Mrc | Nrc | Port | |
| 510 Chestnut Commons Drive, Elyria, OH 44035 | USA | 510 Chestnut Commons Elyria, OH 44035 | Interstate | | 408.85 | .00 | Ethernet (10 Mb) | |
| 23250 Lorain Road, North Olmsted OH 44070 | USA | 23250 Lorain Rd North Olmsted, OH 44070 | Interstate | | 552.77 | .00 | Ethernet (10 Mb) | |
| 4917 Milan Rd Plaza, Sandusky OH 44870 | USA | 4917 Milan Rd Sandusky, OH 44870 | Interstate | | 687.33 | .00 | Ethernet (10 Mb) | |
| 16105 Pearl Road, Strongsville OH 44136 | USA | 16105 Pearl Rd Strongsville, OH 44136-6035 | Interstate | | 687.33 | .00 | Ethernet (10 Mb) | |
| 5438 Baum Blvd, Pittsburgh PA 15232 | USA | 5438 Baum Blvd Pittsburgh, PA 15232 | Interstate | | 628.43 | .00 | Fast Ethernet (100 Mb) | |

Proposal prepared for Sam Levin Inc. dba Levin Furniture - Quote# 6687944 - S

| Product Details | | | | | | |
|---|---|---|---|---|---|---|
| Description | Qty | Usage Mrc | Usage Nrc | Vendor | Pop | Distance(km) |
| A - 510 Chestnut Commons Elyria, OH 44035<br>Off Net Access - Ethernet (10 Mb) - [Bandwidth = Ethernet (10 Mb), Quoted Sub-bandwidth = 3, Level 3 Class of Service = Best Effort] | 1 | | | | | |
| A - 510 Chestnut Commons Elyria, OH 44035<br>IP VPN Port - Ethernet (10 Mb) - [Bandwidth = Ethernet (10 Mb), Network Integrity = No, CRTP = No, Multicast = No, Partner Network Type = None] | 1 | | | | | |
| A - 510 Chestnut Commons Elyria, OH 44035<br>Commit - Basic Plus & Basic - [Capacity (Mb) = 1,000] | 1 | | | | | |
| A - 510 Chestnut Commons Elyria, OH 44035<br>Commit - Enhanced Plus & Enhanced - [Capacity (Mb) = 1,000] | 1 | | | | | |
| A - 510 Chestnut Commons Elyria, OH 44035<br>Commit - Premium Plus & Premium - [Capacity (Mb) = 1,000] | 1 | | | | | |
| A - 23250 Lorain Rd North Olmsted, OH 44070<br>Off Net Access - Ethernet (10 Mb) - [Bandwidth = Ethernet (10 Mb), Quoted Sub-bandwidth = 10, Level 3 Class of Service = Premium] | 1 | | | | | |
| A - 23250 Lorain Rd North Olmsted, OH 44070<br>IP VPN Port - Ethernet (10 Mb) - [Bandwidth = Ethernet (10 Mb), Network Integrity = No, CRTP = No, Multicast = No, Partner Network Type = None] | 1 | | | | | |
| A - 23250 Lorain Rd North Olmsted, OH 44070<br>Commit - Basic Plus & Basic - [Capacity (Mb) = 4,000] | 1 | | | | | |
| A - 23250 Lorain Rd North Olmsted, OH 44070<br>Commit - Enhanced Plus & Enhanced - [Capacity (Mb) = 3,000] | 1 | | | | | |
| A - 23250 Lorain Rd North Olmsted, OH 44070<br>Commit - Premium Plus & Premium - [Capacity (Mb) = 3,000] | 1 | | | | | |
| A - 4917 Milan Rd Sandusky, OH 44870<br>Off Net Access - Ethernet (10 Mb) - [Bandwidth = Ethernet (10 Mb), Quoted Sub-bandwidth = 4, Level 3 Class of Service = Best Effort] | 1 | | | | | |
| A - 4917 Milan Rd Sandusky, OH 44870<br>IP VPN Port - Ethernet (10 Mb) - [Bandwidth = Ethernet (10 Mb), Network Integrity = No, CRTP = No, Multicast = No, Partner Network Type = None] | 1 | | | | | |
| A - 4917 Milan Rd Sandusky, OH 44870<br>Commit - Basic Plus & Basic - [Capacity (Mb) = 1,000] | 1 | | | | | |
| A - 4917 Milan Rd Sandusky, OH 44870<br>Commit - Enhanced Plus & Enhanced - [Capacity (Mb) = 1,000] | 1 | | | | | |
| A - 4917 Milan Rd Sandusky, OH 44870<br>Commit - Premium Plus & Premium - [Capacity (Mb) = 1,000] | 1 | | | | | |
| A - 16105 Pearl Rd Strongsville, OH 44136-6035<br>Off Net Access - Ethernet (10 Mb) - [Bandwidth = Ethernet (10 Mb), Quoted Sub-bandwidth = 3, Level 3 Class of Service = Best Effort] | 1 | | | | | |
| A - 16105 Pearl Rd Strongsville, OH 44136-6035<br>IP VPN Port - Ethernet (10 Mb) - [Bandwidth = Ethernet (10 Mb), Network Integrity = No, CRTP = No, Multicast = No, Partner Network Type = None] | 1 | | | | | |
| A - 16105 Pearl Rd Strongsville, OH 44136-6035<br>Commit - Basic Plus & Basic - [Capacity (Mb) = 1,000] | 1 | | | | | |
| A - 16105 Pearl Rd Strongsville, OH 44136-6035<br>Commit - Enhanced Plus & Enhanced - [Capacity (Mb) = 1,000] | 1 | | | | | |
| A - 16105 Pearl Rd Strongsville, OH 44136-6035<br>Commit - Premium Plus & Premium - [Capacity (Mb) = 1,000] | 1 | | | | | |
| A - 5438 Baum Blvd Pittsburgh, PA 15232<br>Off Net Access - Fast Ethernet (100 Mb) - [Bandwidth = Fast Ethernet (100 Mb), Quoted Sub-bandwidth = 10, Level 3 Class of Service = Best Effort] | 1 | | | | | |
| A - 5438 Baum Blvd Pittsburgh, PA 15232<br>IP VPN Port - Fast Ethernet (100 Mb) - [Bandwidth = Fast Ethernet (100 Mb), Network Integrity = No, CRTP = No, Multicast = No, Partner Network Type = None] | 1 | | | | | |
| A - 5438 Baum Blvd Pittsburgh, PA 15232<br>Commit - Basic Plus & Basic - [Capacity (Mb) = 1,000] | 1 | | | | | |
| A - 5438 Baum Blvd Pittsburgh, PA 15232<br>Commit - Enhanced Plus & Enhanced - [Capacity (Mb) = 1,000] | 1 | | | | | |

Proposal prepared for Sam Levin Inc. dba Levin Furniture - Quote# 6687944 - S

| | |
|---|---|
| A - 5438 Baum Blvd Pittsburgh, PA 15232 | 1 |
| Commit - Premium Plus & Premium - [Capacity (Mb) = 1.000] | |

Proposal prepared for Sam Levin Inc. dba Levin Furniture - Quote# 6687944 - S

## Order Terms and Conditions

1. This confidential Order may not be disclosed to third parties and is non-binding until accepted by Level 3 as set forth in section 4.
2. Pricing is valid for 90 calendar days from the date indicated unless otherwise specified herein. Prior to installation Level 3 may notify Customer in writing (including by e-mail) of price increases due to off-net vendors. Customer has 2 business days following such notice to terminate this Order (without liability) otherwise Customer is deemed to accept the increase. Services may be provided by Level 3 or its affiliates. Services to be provided internationally may require a Local Country Agreement.
3. If a generic demarcation point (such as a street address) is provided, the demarcation point for an on-net services shall be Level 3's Minimum Point of Entry (MPOE) at such location (as determined by Level 3) and off-net demarcation points shall be the off-net vendor's MPOE. If this Order identifies aspects of services which are procured by Customer directly from third parties, Level 3 is not liable for such services.
4. Customer places this Order by signing (including electronically or digitally) or otherwise acknowledging (in a manner acceptable to Level 3) this document and returning it to Level 3. The Service identified in this Order shall be governed by and subject to the Master Service Agreement(s) and Service Schedule(s) (if any) between Level 3 and Customer (or its affiliate if expressly provided for under such affiliate Master Service Agreement) applicable to such Service. If Customer has not executed a Master Services Agreement with Level 3 but has executed a services agreement (including but not limited to Standard Terms and Conditions) with an affiliate of Level 3 ("Affiliate Agreement"), then the terms of the most recent such Affiliate Agreement shall apply to the Service herein (to the extent not inconsistent with this Order) provided that in such cases, the current standard Level 3 Service Schedule applicable to the Services shall apply. In the event that Level 3 and Customer have not executed a Master Service Agreement and/or applicable Service Schedule(s) with respect to such Service and have not executed an Affiliate Agreement, (i) Level 3's standard Master Service Agreement/Service Schedule(s) (as of the date of this Order) shall govern, a copy of which are available upon request and (ii) the Level 3 contracting party shall be the Level 3 entity invoicing such Services. Notwithstanding anything in any Affiliate Agreement to the contrary, Level 3's acceptance of this Order will be evidenced by (and this Order will be binding on both parties upon) the earlier of Level 3's written delivery of a Customer Commit Date ("CCD") (i.e. the projected installation date) or Level 3's delivery of the requested Service, and, at the end of the Service Term the Services set forth herein shall renew on a month to month basis, terminable by either party with 30 days' advanced written notice and the rates are subject to change upon 30 days notice from Level 3.
5. Neither party shall be liable for any damages for lost profits, lost revenues, loss of goodwill, loss of anticipated savings, loss of data or cost of purchasing replacement service, or any indirect, incidental, special, consequential, exemplary or punitive damages arising out of the performance or failure to perform under this Order. Customer's sole remedies for any outages, failures to deliver or defects in Service are contained in Service are contained in the service levels applicable to the affected Service.
6. All transport services ordered from Level 3 will be treated as interstate for regulatory purposes. Customer may certify transport service as being intrastate (for regulatory purposes only) in a format as required by Level 3, but only where the transport services are sold on a stand-alone basis, the end points for the service are located in the same state and neither end point is a Level 3 provided IP port ("Intrastate Services"). Where Customer requests that services be designated as Intrastate Services, Customer certifies to Level 3 that not more than 10% of Customer's traffic utilizing the Intrastate Services will be originated or terminated outside of the state in which the intrastate Services are provided. Such election will apply prospectively only, and will apply to all Intrastate Services stated in this Order.
7. Charges for certain Services are subject to (a) a property tax surcharge of 3.75% and (b) a cost recovery fee of 4.25% per month to reimburse Level 3 for various governmental taxes and surcharges. Such charges are subject to change by Level 3 and shall be applied regardless of whether Customer has delivered a valid tax exemption certificate. For additional details on taxes and surcharges that are assessed, visit www.level3.com/taxes.
8. Customer will pay Level 3's standard: (i) expedite charges (added to the NRC) if Customer requests a delivery date inside Level 3's standard interval duration (available upon request or at https://MyLevel3.net) and (ii) ancillary charges for additional activities, features or options as set forth in Level 3's ancillary charge summary, a copy of which is available upon request. If Level 3 cannot complete installation due to Customer delay or inaction, Level 3 may begin charging Customer and Customer shall pay such charges.
9. Equipment provided by Level 3 to be located in the Customer's premises ("CPE") is subject to the terms of the Customer Premise Equipment Addendum, a copy of which is available upon request. For collocation, data center and/or hosting services, pre-arranged escorted access may be required at certain locations, and cross connect services are subject to whether facilities are available at the particular location to complete the connection.
10. For Level 3 Internet Services provided in certain countries in the Asia-Pacific region where Level 3 does not currently hold a license to provide such Services (Level 3 is so licensed in Hong Kong, Japan, Singapore and Australia), Customer consents that Level 3 may provide such Service by procuring services of third party carriers as Customer's agent, and Customer appoints Level 3 as its agent to the extent necessary to obtain such Service.

## Declarations and Signatures

Customer submits this document as a Customer Order.

| | |
|---|---|
| Authorized Signature: | *[signature]* |
| Name: | Joe Krause |
| Title: | Director of Information Technology |
| Date: | 6-30-17 |

Proposal prepared for Sam Levin Inc. dba Levin Furniture - Quote# 6926166 - S

# Level(3)

## Quote # 6926166

| Pricing Prepared For | | Proposal | | | |
|---|---|---|---|---|---|
| | | Prepared On | Price Valid Until | Currency | |
| Sam Levin Inc. dba Levin Furniture | | 06/14/2017 | 09/12/2017 | USD | |
| Term | | | IP VPN | | |
| 3 Years | | Total Mrc | | Total Nrc | Total Nrc |
| | | 1,719.05 | | .00 | 0.00 |

| Location | | | Summary | | |
|---|---|---|---|---|---|
| Site Name | Country | Site Address | | | # Sites |
| 1801 Nagel Rd AVON, OH 44011-1439 | USA | 1801 NAGEL RD AVON, OH 44011 | | | 2 |
| 292 Curry Hollow Road PLEASANT HILLS, PA | USA | 292 CURRY HOLLOW RD PLEASANT HILLS, PA 15236 | | | |

| | Universal Service Fund | | | IP VPN Services | |
|---|---|---|---|---|---|
| | USF | Mrc | Nrc | Port | |
| | Interstate | 901.62 | .00 | Fast Ethernet (100 Mb) | |
| | Interstate | 817.43 | .00 | Fast Ethernet (100 Mb) | |

### Product Details

| Description | Qty | Usage Mrc | Usage Nrc | Vendor | Pop | Distance(km) |
|---|---|---|---|---|---|---|
| A - 1801 NAGEL RD AVON, OH 44011<br>Off Net Access - Fast Ethernet (100 Mb) - [Bandwidth = Fast Ethernet (100 Mb), Quoted Sub-bandwidth = 10] | 1 | | | | | |
| A - 1801 NAGEL RD AVON, OH 44011<br>IP VPN Port - Fast Ethernet (100 Mb) - [Bandwidth = Fast Ethernet (100 Mb), Network Integrity = No, CRTP = No, Multicast = No, Partner Network Type = None] | 1 | | | | | |
| A - 1801 NAGEL RD AVON, OH 44011<br>Commit - Basic Plus & Basic - [Capacity (Mb) = 4.000] | 1 | | | | | |
| A - 1801 NAGEL RD AVON, OH 44011<br>Commit - Enhanced Plus & Enhanced - [Capacity (Mb) = 3.000] | 1 | | | | | |
| A - 1801 NAGEL RD AVON, OH 44011<br>Commit - Premium Plus & Premium - [Capacity (Mb) = 3.000] | 1 | | | | | |
| A - 292 CURRY HOLLOW RD PLEASANT HILLS, PA 15236<br>Off Net Access - Fast Ethernet (100 Mb) - [Bandwidth = Fast Ethernet (100 Mb), Quoted Sub-bandwidth = 10] | 1 | | | | | |
| A - 292 CURRY HOLLOW RD PLEASANT HILLS, PA 15236<br>IP VPN Port - Fast Ethernet (100 Mb) - [Bandwidth = Fast Ethernet (100 Mb), Network Integrity = No, CRTP = No, Multicast = No, Partner Network Type = None] | 1 | | | | | |
| A - 292 CURRY HOLLOW RD PLEASANT HILLS, PA 15236<br>Commit - Basic Plus & Basic - [Capacity (Mb) = 4.000] | 1 | | | | | |
| A - 292 CURRY HOLLOW RD PLEASANT HILLS, PA 15236<br>Commit - Enhanced Plus & Enhanced - [Capacity (Mb) = 3.000] | 1 | | | | | |
| A - 292 CURRY HOLLOW RD PLEASANT HILLS, PA 15236<br>Commit - Premium Plus & Premium - [Capacity (Mb) = 3.000] | 1 | | | | | |

Proposal prepared for Sam Levin Inc. dba Levin Furniture - Quote# 6926166 - S

## Order Terms and Conditions

1. This confidential Order may not be disclosed to third parties and is non-binding until accepted by Level 3 as set forth in section 4.
2. Pricing is valid for 90 calendar days from the date indicated unless otherwise specified herein. Prior to installation Level 3 may notify Customer in writing (including by e-mail) of price increases due to off-net vendors. Customer has 2 business days following such notice to terminate this Order (without liability) otherwise Customer is deemed to accept the increase. Services to be provided internationally may require a Local Country Agreement.
3. If a generic demarcation point (such as a street address) is provided, the demarcation point for on net services shall be Level 3's Minimum Point of Entry (MPOE) at such location (as determined by Level 3) and off-net demarcation points shall be the off-net vendor's MPOE. If this Order identifies aspects of services which are procured by Customer directly from third parties, Level 3 is not liable for such services.
4. Customer places this Order by signing (including electronically or digitally) or otherwise acknowledging (in a manner acceptable to Level 3) this document and returning it to Level 3. The Service identified in this Order shall be governed by and subject to the Master Service Agreement(s) and Service Schedule(s) (if any) between Level 3 and Customer (or its affiliate if expressly provided for under such affiliate Master Service Agreement) applicable to such Service. If Customer has not executed a Master Services Agreement with Level 3 but has executed a services agreement (including but not limited to Standard Terms and Conditions) with an affiliate of Level 3 ("Affiliate Agreement"), then the terms of the most recent such Affiliate Agreement shall apply to the Service herein (to the extent not inconsistent with this Order) provided that in such cases, the current standard Level 3 Service Schedule applicable to the Services shall apply. In the event that Level 3 and Customer have not executed a Master Service Agreement and/or applicable Service Schedule(s) with respect to such Service and have not executed an Affiliate Agreement, (i) Level 3's standard Master Service Agreement/Service Schedule(s) (as of the date of this Order) shall govern, a copy of which are available upon request and (ii) the Level 3 contracting party shall be the Level 3 entity invoicing such Services. Notwithstanding anything in any Affiliate Agreement to the contrary, Level 3's acceptance of this Order will be evidenced by (and this Order will be binding on both parties upon) the earlier of Level 3's written delivery of a Customer Connect Date ("CCD") (i.e. the projected installation date) or Level 3's delivery of the requested Service, and, at the end of the Service Term the Services set forth herein shall renew on a month to month basis, terminable by either party with 30 days' advanced written notice and the rates are subject to change upon 30 days' notice from Level 3.
5. Neither party shall be liable for any damages for lost profits, lost revenues, loss of goodwill, loss of anticipated savings, loss of data or cost of purchasing replacement service, or any indirect, incidental, special, consequential, exemplary or punitive damages arising out of the performance or failure to perform under this Order. Customer's sole remedies for any outages, failures to deliver or defects in Service are contained in the service levels applicable to the affected Service.
6. All transport services ordered from Level 3 will be treated as interstate for regulatory purposes. Customer may certify transport service as being intrastate (for regulatory purposes only) in a format as required by Level 3, but only where the transport services are sold on a stand-alone basis, the end points for the service are located in the same state and, neither end point is a Level 3 provided IP port ("Intrastate Services"). Where Customer requests that services be designated as Intrastate Services, Customer certifies to Level 3 that not more than 10% of Customer's traffic utilizing the Intrastate Services will be originated or terminated outside of the state in which the intrastate Services are provided. Such election will apply prospectively only, and will apply to all Intrastate Services ordered in this Order.
7. Charges for certain Services are subject to (a) a property tax surcharge of 3.75% and (b) a cost recovery fee of 4.25% per month to reimburse Level 3 for various governmental taxes and surcharges. Such charges are subject to change by Level 3 and shall be applied regardless of whether Customer has delivered a valid tax exemption certificate. For additional details on taxes and surcharges that are assessed, visit www.level3.com/taxes.
8. Customer will pay Level 3's standard (i) expedite charges (added to the NRC) if Customer requests a delivery date inside Level 3's standard interval duration (available upon request or at https://MyLevel3.net) and (ii) ancillary charges for additional activities, features or options as set forth in Level 3's ancillary charge summary, a copy of which is available upon request. If Level 3 cannot complete installation due to Customer delay or inaction, Level 3 may begin charging Customer and Customer shall pay such charges.
9. Equipment provided by Level 3 to be located in the Customer's premises ("CPE") is subject to the terms of the Customer Premise Equipment Addendum, a copy of which is available upon request. For colocation, data center and/or hosting services, pre-arranged escorted access may be required at certain locations, and cross connect services are subject to whether facilities are available at the particular location to complete the connection.
10. For Level 3 Internet Services provided in certain countries in the Asia-Pacific region where Level 3 does not currently hold a license to provide such Services (Level 3 is so licensed in Hong Kong, Japan, Singapore and Australia), Customer consents that Level 3 may provide such Service by procuring services of third party carriers as Customer's agent, and Customer appoints Level 3 as its agent to the extent necessary to obtain such Service.

## Declarations and Signatures

Customer submits this document as a Customer Order.

| | |
|---|---|
| Authorized Signature: | [signature] |
| Name: | Joe Krause |
| Title: | Director of Information Technology |
| Date: | 6-30-17 |

# Sam Levin, Inc. d/b/a/ Levin Furniture - Addendum to Customer Order

Adobe Sign Document History                                      06/30/2017

| | |
|---|---|
| Created: | 06/30/2017 |
| By: | Level 3 Legal Signature (contractcountersignature@level3.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAA6Ib-qaO1RujDxntq9EiadXOPkzDsDDIT |

## "Sam Levin, Inc. d/b/a/ Levin Furniture - Addendum to Customer Order" History

- Document created by Level 3 Legal Signature (contractcountersignature@level3.com)
  06/30/2017 - 9:51:59 AM MDT- IP address: 209.244.4.106

- Document emailed to Samantha Leapley (samantha.leapley@level3.com) for signature
  06/30/2017 - 9:52:30 AM MDT

- Document viewed by Samantha Leapley (samantha.leapley@level3.com)
  06/30/2017 - 10:43:09 AM MDT- IP address: 209.244.4.106

- Document e-signed by Samantha Leapley (samantha.leapley@level3.com)
  Signature Date: 06/30/2017 - 10:43:17 AM MDT - Time Source: server- IP address: 209.244.4.106

- Signed document emailed to Level 3 Legal Signature (contractcountersignature@level3.com) and Samantha Leapley (samantha.leapley@level3.com)
  06/30/2017 - 10:43:17 AM MDT



Powered by Adobe Sign