**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>ART VAN FURNITURE, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 20-10553 (CSS)<br><br>(Jointly Administered)<br><br>**Re: Docket No. \_\_\_** |

**ORDER GRANTING MOTION OF CENTURYLINK COMMUNICATIONS, LLC TO COMPEL DEBTORS TO ASSUME OR REJECT CONTRACTS AND FOR APPROVAL OF ADMINISTRATIVE EXPENSE CLAIM OR, IN THE ALTERNATIVE, FOR <u>RELIEF FROM THE AUTOMATIC STAY</u>**

Upon the motion (the "<u>Motion</u>")[2] of CenturyLink to enter an order (i) compelling the Debtors and Trustee to assume or reject Debtors' Agreements, telecommunications goods and services, and accounts with CenturyLink pursuant to Bankruptcy Code Section 365(d)(2), (ii) allowing and directing the immediate payment of its administrative expense claim under Bankruptcy Code Sections 503(b)(1)(A) and 365(d)(5), and/or (iii) in the alternative, for relief from the automatic stay pursuant to Bankruptcy Code Section 362(d), all as more fully set forth in the Motion; and the Court having jurisdiction to decide the Motion and grant the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and venue being proper before the Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the relief requested in the Motion having been provided in accordance with the Local Rule 9013-1 and the Federal

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, include: Art Van Furniture, LLC (9205); AVF Holding Company, Inc. (0291); AVCE, LLC (2509); AVF Holdings I, LLC (2537); AVF Holdings II, LLC (7472); AVF Parent, LLC (3451); Levin Parent, LLC (8052); Art Van Furniture of Canada, LLC (9491); AV Pure Sleep Franchising, LLC (8968); AVF Franchising, LLC (6325); LF Trucking, Inc. (1484); Sam Levin, Inc. (5198); and Comfort Mattress LLC (4463). The location of the Debtors' former headquarters was: 6500 East 14 Mile Road, Warren Michigan 48092.

[2] Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Motion.

Rules of Bankruptcy Procedure; and such notice having been adequate and appropriate under the circumstances, and it appearing that no other or further notice need be provided; and the Court having held a hearing to consider the relief requested in the Motion (the "Hearing"); and upon the record of the Hearing, and upon all of the proceedings had before the Court; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and upon all of the proceedings had before the Court and after due deliberation and sufficient cause appearing therefore,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is granted to the extent set forth herein.

2. The Debtors and Trustee shall assume or reject the Agreements and respective telecommunications goods and services and accounts on or before _____;

3. In the event the Debtors and Trustee assume the Agreements and respective telecommunications goods and services, the Debtors and Trustee shall cure all defaults upon assumption;

4. In the event the Debtors and Trustee reject the Agreements and respective telecommunications goods and services and accounts, the Debtors and Trustee shall surrender CenturyLink's equipment, if any, no later than by _____;

5. All unpaid post-petition expenses are deemed an allowed administrative expense claim and the Debtors and Trustee shall make immediate payment of the allowed administrative expense;

6. In the event the Debtors and Trustee fail to comply with any of the provisions of this Order or the Debtors and Trustee reject the Agreements and respective telecommunications goods and services and accounts, the automatic stay is lifted to permit CenturyLink to enforce its

rights and remedies under the Agreements including, but not limited to, terminating the Agreements and accounts and recovering its equipment, if any;

7. Further, this Order lifting the stay is effective immediately notwithstanding the provisions of Bankruptcy Rule 4001(a)(3); and

8. The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, and/or enforcement of this Order.