## <u>CERTIFICATE OF SERVICE</u>

I, Henry J. Jaffe, hereby certify that on the 8th day of July, 2020 I caused the foregoing

*Motion of CenturyLink Communications, LLC to Compel Debtors to Assume or Reject Contracts and for Approval of Administrative Expense Claim or, in the Alternative, for Relief from the Automatic Stay* to be served upon the parties on the attached service list in the manner indicated.


/s/ *Henry J. Jaffe*
Henry J. Jaffe (DE Bar No. 2987)

#58559861 v1

Art Van Furniture LLC
2002 Service List (FCM)
Case No.  20-10553

**FIRST CLASS MAIL**
(Counsel to the Chapter 7 Trustee)
Bradford J. Sandler, Esq.
Robert J. Feinstein, Esq.
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
Wilmington, DE  19801

**FIRST CLASS MAIL**
Chapter 7 Trustee
Alfred T. Giuliano, Esq.
Giuliano Miller & Co., LLC
2301 E. Evesham Road
Pavillion 800, Suite 210
Voorhees, NJ 08043

**FIRST CLASS MAIL**
(Counsel to the Debtors)
Gregory W. Werkheiser, Esq., Michael J. Barrie,
Esq., Jennifer Hoover, Esq., Kevin Capuzzi,
Esq., and John C. Gentile, Esq.
Benesch, Friedlander, Coplan & Aronoff LLP
222 Delaware Avenue, Suite 801
Wilmington, DE 19801

**FIRST CLASS MAIL**
(Counsel to Wells Fargo Bank, NA, Prepetition ABL Agent)
Jennifer Feldsher, Esq.
Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, NY 10179-0060

**FIRST CLASS MAIL**
(Counsel to Wells Fargo Bank, NA, Prepetition ABL Agent)
Marjorie Crider, Esq.
Christopher Carter, Esq.
Morgan, Lewis & Bockius LLP
One Federal Street
Boston, MA 02110-1726

**FIRST CLASS MAIL**
(Prepetition Term Loan Agent)
Virtus Group, L.P.
Beth Cesari, Senior Director
3300 N Interstate 35, Suite 350
Austin, TX 78705

**FIRST CLASS MAIL**
(Counsel to Wells Fargo Bank, NA, Prepetition ABL Agent)
Cory Falgowski, Esq.
Burr & Forman, LLP
1201 N. Market Street, Suite 1407
Wilmington, DE  19801

**FIRST CLASS MAIL**
Office of the United States Trustee
Linda Richenderfer, Esq.  and Benjamin A.
Hackman, Esq.
J. Caleb Boggs Federal Building
844 King St., Ste 2207
Lockbox 35
Wilmington, DE 19899-0035

**FIRST CLASS MAIL**
Debtors
Art Van Furniture, LLC
6500 East 14 Mile Road
Warren, MI  48092

**FIRST CLASS MAIL**
(Counsel to Virtus Group, L.P., Prepetition Term Loan Agent)
Christopher G. Boies, Esq.
King & Spalding LLP
1185 Avenue of the Americas
New York, NY 10036

**FIRST CLASS MAIL**

(Counsel to Levin Furniture, LLC; Levin Trucking, LLC;
Middlebelt Plymouth Venture LLC; Shelby Corners, LLC; Agree
Limited Partnership; Brandon Associates Southgate L.L.C.)

Karen Grivner, Esq.
Clark Hill PLC
824 N. Market Street, Suite 710
Wilmington, DE  19801

**FIRST CLASS MAIL**

(Counsel to Landlords)
Karen C. Bifferato, Esq.
Kelly M. Conlan, Esq.
Connolly Gallagher LLP
1201 N. Market Street, 20th Floor
Wilmington, DE  19801

**FIRST CLASS MAIL**

Delaware Attorney General
Carvel State Office Building
820 N French Street
Wilmington, DE 19801

**FIRST CLASS MAIL**

Delaware Dept of Justice
Attn:  Bankruptcy Dept
820 N French St., 6th Fl
Wilmington, DE  19801

**FIRST CLASS MAIL**

(Counsel to Westminster Gateway, LLC)
R. Craig Martin, Esq.
DLA Piper LLP (US)
1201 N. Market Street, Suite 2100
Wilmington, DE  19801-1147

**FIRST CLASS MAIL**

(Counsel to HGB AVF Lending, LLC; AVF Lending, LLC)
Dennis A. Meloro, Esq.
Greenberg Traurig, LLP
The Nemours Building
1007 North Orange Street
Suite 1200
Wilmington, DE 19801

**FIRST CLASS MAIL**

(Counsel to Signal USA LLC, d/b/a Signal
Restoration Services)
Adam Hiller, Esq.
Hiller Law, LLC
1500 N. French Street, 2nd Floor
Wilmington, DE 19801

**FIRST CLASS MAIL**

(Counsel to Preston Yarns, LLC)
Michael D. DeBaecke, Esq.
Ashby & Geddes, P.A.
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899

**FIRST CLASS MAIL**

(Counsel to Taubman Landlords)
Susan E. Kaufman, Esq.
Law Office of Susan E. Kaufman, LLC
919 N. Market Street, Suite 460
Wilmington, DE 19801

**FIRST CLASS MAIL**

(Counsel to Waste Management; Ohio Valley Mall Company)
Brian J. McLaughlin, Esq.
Rachel B. Mersky, Esq.
Monzack Mersky Mclaughlin and Browder, P.A.
1201 N. Orange Street, Suite 400
Wilmington, DE 19801

**FIRST CLASS MAIL**

(Counsel to Synchrony Bank)
Carl N. Kunz, III, Esq.
Sarah M. Ennis, Esq.
Morris James LLP
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899-2306

**FIRST CLASS MAIL**

(Counsel to Serta Simmons Bedding, LLC).
Mark L. Desgrosseilliers, Esq.
Chipman Brown Cicero & Cole, LLP
Hercules Plaza
1313 N. Market Street, Suite 5400
Wilmington, DE  19801

**FIRST CLASS MAIL**

(Co-Counsel to Consultant)
Douglas D. Herrmann, Esq.
Marcy J. McLaughlin Smith, Esq.
Pepper Hamilton LLP
Hercules Plaza, Suite 5100
1313 N. Market Street
Wilmington, DE 19899-1709

**FIRST CLASS MAIL**
(Counsel to Us Assets, Inc.)
Daniel J. DeFranceschi, Esq.
Zachary I. Shapiro, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801

**FIRST CLASS MAIL**
(Counsel to ARCTRUST, Inc.)
John D. Demmy, Esq.
Saul Ewing Arnstein & Lehr LLP
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19899

**FIRST CLASS MAIL**
US Attorney for Delaware
David C. Weiss, Esq.
Hercules Buildings
1313 N. Market Street
Wilmington, DE 19899-2046

**FIRST CLASS MAIL**
(Counsel to Gray & Associates, LLC, in its capacity as
State Court Receiver for Campus Hills Maryland
Associates Limited Partnership)
Richard W. Riley, Esq.
Whiteford, Taylor & Preston L.L.P.
The Renaissance Centre
405 North King Street, Suite 500
Wilmington, DE 19801

**FIRST CLASS MAIL**
(Counsel to A&R Properties, LP)
Mark T. Hurford, Esq.
Campbell & Levine, LLC
222 Delaware Avenue, Suite 1620
Wilmington, DE 19801

**FIRST CLASS MAIL**
(Counsel to Allenwest Group, LLC)
Kathleen M. Miller, Esq.
Smith, Katzenstein & Jenkins LLP
1000 West Street, Suite 1501
P.O. Box 410
Wilmington, DE 19899

**FIRST CLASS MAIL**
(Counsel to Spirit Realty Capital, Inc.)
Ian Connor Bifferato, Esq.
The Bifferato Firm, P.A.
1007 N. Orange Street, 4th Floor
Wilmington, DE 19801

**FIRST CLASS MAIL**
(Counsel to ACE American Insurance Company, et al.)
Drew S. McGehrin, Esq.
Duane Morris LLP
222 Delaware Avenue, Suite 1600
Wilmington, DE 19801

**FIRST CLASS MAIL**
(Counsel to Comcast Cable Communications Management, LLC)
Matthew G. Summers, Esq.
Chantelle D. McClamb, Esq.
Ballard Spahr LLP
919 N. Market Street, 11th Floor
Wilmington, DE 198701-3034

**FIRST CLASS MAIL**
(Counsel to JMB Limited Partnership)
Ian Connor Bifferato, Esq.
The Bifferato Law Firm P.A.
1007 North Orange Street, Fourth Floor
Wilmington, DE 19801

**FIRST CLASS MAIL**
Indiana Attorney General
Attn: Bankruptcy Department
Indiana Govt Center South
302 West Washington St., 5th Fl
Indianapolis, IN 46204

**FIRST CLASS MAIL**
Internal Revenue Service
Centralized Insolvency Operation
2970 Market Street
Philadelphia, PA 19104

**FIRST CLASS MAIL**
(Top 30 Creditor)
New Classic Furniture
Mitch Markowitz, CEO
7351 McGuire Blvd.
Fontana, CA 92336

**FIRST CLASS MAIL**
Illinois Attorney General
Attn:  Bankruptcy Department
James R. Thompson Ctr
100 W. Randolph St.
Chicago, IL 60601

**FIRST CLASS MAIL**
IMB Credit LLC
Special Handling Group
Andrew Gravina
6254 Fernstone Trail NW
Acworth, GA 30101

**FIRST CLASS MAIL**
(Top 30 Creditor)
Jackson Furniture, Catnapper
W. Ronald Jackson, President
1910 King Edward Avenue
Cleveland, TN 37311

**FIRST CLASS MAIL**
(Member Committee of Unsecured Creditors)
LCN AVF Warren (MI) LLC
Attn:  Joshua Leventhal
888 Seventh Ave., 4th Floor
New York, NY 10019

**FIRST CLASS MAIL**
Ohio Attorney General
Attn:  Bankruptcy Department
30 E. Broad St. 14th Fl
Columbus, OH 43215-0410

**FIRST CLASS MAIL**
(Member Committee of Unsecured Creditors)
Store Capital Corp
Attn: Lyena Hale
8377 E. Hartford Drive, Suite 100
Scottsdale, AZ 85255

**FIRST CLASS MAIL**
(Top 30 Creditor)
United Furniture Industries
Gene Pierce, VP of Manufacturing
5380 Highway 145 South
Tupelo, MS 38801

**FIRST CLASS MAIL**
(Top 30 Creditor)
Michael Nicholas Designs
Mike Cimarusti, CEO
2330 Raymer Avenue
Fullerton, CA 92336

**FIRST CLASS MAIL**
(Top 30 Creditor)
Kingsdown Inc.
Mark Cummings
126 W. Holt Street
Mebane, NC 27302-2622

**FIRST CLASS MAIL**
(Top 30 Creditor)
A-America, Inc.
Fred G. Rohrbach, CEO
800 Milwaukee Avenue N.
Algona, WA  98001

**FIRST CLASS MAIL**
(Top 30 Creditor)
Ascion LLC
Martin Rawls-Meehan, President & CEO
750 Denison Court
Bloomfield Hills, MI  48302

**FIRST CLASS MAIL**
(Top 30 Creditor)
Ashley Furniture Industries, Inc.
Todd Wanek, President & CEO
1 Ashley Way
Arcadia, WI 54612-1218

**FIRST CLASS MAIL**
(Counsel to SCF RC Funding III, LLC, et al.)
Craig Solomon Ganz, Esq.
Michael DiGiacomo, Esq.
Ballard Spahr LLP
1 E. Washington Street, Suite 2300
Phoenix, AZ  85004

**FIRST CLASS MAIL**
(Counsel to SCF RC Funding III, LLC, et al.)
Stacy H. Rubin, Esq.
Ballard Spahr LLP
One Summerlin
1980 Festival Plaza Drive, Suite 900
Las Vegas, NV  89135

**FIRST CLASS MAIL**

(Top 30 Creditor)
Bedgear, LLC
Eugene Alletto, CEO
100 Bi-County Blvd., Suite 101
Farmingdale, NY  11735

**FIRST CLASS MAIL**

(Counsel to Gary A. Van Elslander, as trustee of the Archie A. Van
Elslander Trust and the Archie A. Van Elslander Trust)
Ralph E. McDowell, Esq.
Bodman PLC
1901 St. Antoine Street
6th Floor at Ford Field
Detroit, MI 48226

**FIRST CLASS MAIL**

(Counsel to Guardian Alarm Company)
Peter S. Russ, Esq.
Buchanan Ingersoll & Rooney PC
Union Trust Building
501 Grant Street, Suite 200
Pittsburgh, PA  15219

**FIRST CLASS MAIL**

(Counsel to Ohio Valley Mall Company)
Lindsey M. Harrison Madgar, Esq.
Richard T. Davis, Esq.
Cafaro Management Company
5577 Youngstown-Warren Road
Niles, OH  44446

**FIRST CLASS MAIL**

(Attorneys for Middlebelt Plymouth Venture LLC, Shelby
Corners, LLC, Agree Limited Partnership, and Brandon
Associates Southgate L.L.C.)
David M. Blau, Esq.
Clark Hill PLC
151 S. Old Woodward Ave., Suite 200
Birmingham, MI  48009

**FIRST CLASS MAIL**

(Counsel to Levin Furniture, LLC and Levin
Trucking, LLC)
Shannon Deeby, Esq.
Clark Hill PLC
151 S. Old Woodward, Suite 200
Birmingham, MI  48009

**FIRST CLASS MAIL**

(Counsel to Levin Furniture, LLC and Levin Trucking, LLC)
William Price, Esq.
Jarrod Duffy, Esq.
301 Grant Street, 14th Floor
Pittsburgh, PA  15219

**FIRST CLASS MAIL**

(Counsel to Synchrony Bank)
Rachel H. Herd, Esq.
Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104

**FIRST CLASS MAIL**

Delaware Secretary of State
Franchise Tax
401 Federal Street
PO Box 898
Dover, DE 19903

**FIRST CLASS MAIL**

Delaware State Treasury
820 Silver Lake Blvd., Suite 100
Dover, DE  19904

**FIRST CLASS MAIL**

(Counsel to Westminster Gateway, LLC)
Richard M. Kremen, Esq.
DLA Piper LLP (US)
The Marbury Building
6255 Smith Avenue
Baltimore, MD  21209-3600

**FIRST CLASS MAIL**

(Counsel to Gary Van Elslander)
Deborah D. Williamson, Esq.
Danielle N. Rushing, Esq.
Dykema Gossett PLLC
112 East Pecan Street, Suite 1800
San Antonio, TX 78205

**FIRST CLASS MAIL**

(Top 30 Creditor)
Elite Rewards
Attn:  Director of Officer
5111 Central Avenue
St. Petersburg, FL  33710

**FIRST CLASS MAIL**

(Top 30 Creditor)
England Furniture Inc.
Attn:  Director or Officer
145 England Drive
New Tazewell, TN 37825

**FIRST CLASS MAIL**

(Top 30 Creditor)
Flexsteel Industries Inc.
Jerry Dittmer, President & CEO
385 Bell Street
Dubuque, IA 52001

**FIRST CLASS MAIL**

(Counsel to Kingsdown, Inc.)
Michael J. Small, Esq.
Foley & Lardner LLP
321 North Clark St., Suite 3000
Chicago, IL 60654-4762

**FIRST CLASS MAIL**

(Top 30 Creditor)
Franklin Corporation
Hassell Franklin, CEO
600 Franklin Drive
Houston, MS 38851

**FIRST CLASS MAIL**

(Counsel to Tempur Sealy International, Inc.)
Ronald E. Gold, Esq.
Frost Brown Todd LLC
3300 Great American Tower
301 East Fourth Street
Cincinnati, OH 45202

**FIRST CLASS MAIL**

(Top 30 Creditor)
Fusion Furniture Inc.
Bo Robbins, President
957 Pontotoc County Industrial Pkwy
Ecru, MS 38841

**FIRST CLASS MAIL**

(Counsel to Levin Furniture LLC, Levin Trucking LLC,
and Levin Holdings LLC)
Jonathan M. Kamin, Esq.
Goldberg, Kamin & Garvin
1806 Frick Building
437 Grant Street
Pittsburgh, PA 15219

**FIRST CLASS MAIL**

(Counsel to HGB AVF Lending, LLC; AVF Lending, LLC)
Jeffrey M. Wolf
Greenberg Traurig, LLP
One International Place, 20th Floor
Boston, MA 02110

**FIRST CLASS MAIL**

(Counsel to HGB AVF Lending, LLC; AVF Lending, LLC)
Nancy A. Peterman, Esq.
Greenberg Traurig, LLP
77 West Wacker Drive, Suite 3100
Chicago, IL  60601

**FIRST CLASS MAIL**

(Top 30 Creditor)
H M Richards Inc.
Joe A. Tarrant Jr., Vice President of Operations
414 Co Road 2790
Guntown, MS 38849

**FIRST CLASS MAIL**

(Counsel to Hilco Trading Trading, LLC)
HGB AVF Lending, LLC
c/o Hilco Trading, LLC
Eric Kaup
5 Revere Dr., Suite 206
Northbrook, IL 60062

**FIRST CLASS MAIL**

(Counsel to Central Wayne Properties, LLC)
Lawrence A. Lichtman, Esq.
Honigman LLP
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226

**FIRST CLASS MAIL**

Internal Revenue Service
Attn:  Susanne Larson
31 Hopkins Plz Rm 1150
Baltimore, MD 21201

**FIRST CLASS MAIL**

Iowa Attorney General
Attn:  Bankruptcy Department
Hoover State Office Bldg
1305 E. Walnut Street
Des Moines, IA 50319

**FIRST CLASS MAIL**
(Counsel to Flexsteel Industries, Inc.)
Jason W. Bank, Esq.
Kerr, Russell and Weber, PLC
500 Woodward Avenue, Suite 2500
Detroit, MI 48226

**FIRST CLASS MAIL**
(Top 30 Creditor)
Kuehne & Nagel Inc.
Detlef Trefzger, CEO
Exchange PI 10
Jersey City, NJ 07302-3920

**FIRST CLASS MAIL**
(Top 30 Creditor)
La-Z-Boy Chair Company
Natalie Dickinson
One La-Z-Boy Drive 2B
Monroe, MI 48162

**FIRST CLASS MAIL**
(Top 30 Creditor)
Liberty Furniture Industries Inc.
Jason Brian, Executive VP
6021 Greensboro Drive
Atlanta, GA 30336

**FIRST CLASS MAIL**
(Counsel to Rochester KM Partners)
Earle I. Erman
Maddin Hauser Roth & Heller, P.C.
28400 Northwestern Hwy., 2nd Floor
Southfield, MI 48034

**FIRST CLASS MAIL**
Maryland Attorney General
Attn:  Bankruptcy Department
200 St. Paul Place
Baltimore, MD 21202-2202

**FIRST CLASS MAIL**
(Top 30 Creditor)
Max Home LLC
Larry Gentry, CEO
101 Max Place
Fulton, MS 38843

**FIRST CLASS MAIL**
Michigan Attorney General
Attn:  Bankruptcy Department
525 W. Ottawa St.
Lansing, MI 48909

**FIRST CLASS MAIL**
Missouri Attorney General
Attn:  Bankruptcy Department
Supreme Court Bldg
207 W. High St.
Jefferson City, MO 65101

**FIRST CLASS MAIL**
(Top 30 Creditor)
Simmons Manufacturing Company, LLC
Attn:  David Swift,
Chairman and CEO
1608 Highway 20 East
McDonough, GA  30252

**FIRST CLASS MAIL**
(Counsel to Creditor Blue Bell Mattress Co., LLC)
Alan D. Smith, Esq.
Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099

**FIRST CLASS MAIL**
(Counsel to Hilco Merchant Resources, LLC, et al.)
Steven Fox, Esq.
Riemer & Braunstein LLP)
Times Square Tower
Seven Times Square, Suite 2506
New York, NY 10036

**FIRST CLASS MAIL**
(Counsel to Serta Simmons Bedding, LLC)
Beth E. Rogers, Esq.
James F. F. Carroll, Esq.
Rogers Law Offices
100 Peachtree Street, Suite 1950
Atlanta, GA 30303

**FIRST CLASS MAIL**
Securities & Exchange Commission
G Jeffrey Boujoukos, Regional Director
1617 JFK Boulevard, Ste 520
Philadelphia, PA 19103

**FIRST CLASS MAIL**
Securities & Exchange Commission
Secretary of the Treasury
100 F Street NE
Washington, DC 20549

**FIRST CLASS MAIL**
Securities & Exchange Commission NY Office
Andrew Calamari, Regional Director
Brookfield Place
200 Vesey St, Ste 400
New York, NY 10281-1022

**FIRST CLASS MAIL**
(Counsel to Creditor, Milford Road Plaza, LLC)
Alan J. Taylor, Esq.
Segal McCambridge Singer & Mahoney
29100 Northwestern Highway, Suite 240
Southfield, MI 48034

**FIRST CLASS MAIL**
(Top 30 Creditor)
Serta Restokraft Mattress Co.
Larry Kraft , President
38025 Jaykay Drive
Romulus, MI 48174

**FIRST CLASS MAIL**
(Top 30 Creditor)
Signal Restoration Services
Frank Torre, Managing Partner
2490 Industrial Row Drive
Troy, MI  48084

**FIRST CLASS MAIL**
(Top 30 Creditor)
Simon Li Furniture
Simon Lichtenberg, Chief Executive Officer
200 E. Commerce Avenue
High Point, NC  27260

**FIRST CLASS MAIL**
(Counsel to Signal USA LLC, d/b/a Signal Restoration Services)
John D. Stoddard, Esq.
Frank P. Simon, Esq.
Simon PLC Attorneys and Counselors
37000 Woodward Avenue, Suite 250
Bloomfield Hills, MI 48304

**FIRST CLASS MAIL**
(Counsel to Simon Property Group)
Simon Property Group, Inc.
Ronald M. Tucker, Esq.
225 West Washington Street
Indianapolis, IN 46204

**FIRST CLASS MAIL**
(Top 30 Creditor)
Southern Motion Inc.
Roger Bland, CEO
298 Henry Southern Drive
P.O. Box 1064
Pontotoc, MS 38863

**FIRST CLASS MAIL**
(Top 30 Creditor)
Standard Furniture Manufacturing, LLC
Tim Ussery, President
801 US-31
Bay Minette, AL 36507

**FIRST CLASS MAIL**
(Counsel to SVB Holland, LLC)
Stark & Stark, P.C.
Thomas S. Onder & Joseph H. Lemkin
P.O. Box 5315
Princeton, NJ 08543

**FIRST CLASS MAIL**
(Top 30 Creditor)
The Sussman Agency
Alan Sussman, President
29200 Northwestern Highway
Suite 130
Southfield, MI 48094

**FIRST CLASS MAIL**
(Counsel to the Taubman Landlords)
The Taubman Company
Andrew S. Conway, Esq.
200 East Long Lake Road, Suite 300
Bloomfield Hills, MI 48304

**FIRST CLASS MAIL**
Virginia Attorney General
Attn:  Bankruptcy Department
202 North Ninth Street
Richmond, VA 23219

**FIRST CLASS MAIL**
(Counsel to Gray & Associates, LLC, in its capacity as State Court
Receiver for Campus Hills Maryland Associates Limited
Partnership)
Whiteford, Taylor & Preston L.L.P.
Todd M. Brooks, Esq.
Seven Saint Paul Street, 15th Floor
Baltimore, MD 21202-1626

**FIRST CLASS MAIL**
(Counsel to National Shopping Plazas, Inc.)
Nathan Q. Rugg, Esq.
William Barrett, Esq.
Barack Ferrazzano Kirschbaum & Nagelberg
LLP
200 West Madison Street, Suite 3900
Chicago, IL 60606

**FIRST CLASS MAIL**
(Counsel to La-Z-Boy Incorporated)
Anthony M. Saccullo, Esq.
Mary E. Augustine, Esq.
A.M. Saccullo Legal, LLC
27 Crimson King Drive
Bear, Delaware 19701

**FIRST CLASS MAIL**
Steven A. Ginther, Esq.
Special Assistant Attorney General
Missouri Department of Revenue
General Counsel's Office
301 W. High Street, Room 670
PO Box 475
Jefferson City, MO 65105-0475

**FIRST CLASS MAIL**
(Counsel to Trayton Furniture (Hong Kong) Ltd.
d/b/ Simon Li Furniture)
Brett D. Goodman, Esq.
Louis A. Curcio, Esq.
Troutman Sanders LLP
875 Third Avenue
New York, NY 10022

**FIRST CLASS MAIL**
Keri Gaigalas
2701 Old Liberty, Rd
New Windsar, MD 21776

**FIRST CLASS MAIL**
(Counsel to A&R Properties, LP)
Mark A. Lindsay, Esq.
Sarah E. Wenrich, Esq.
Bernstein Burkley
707 Grant Street
Suite 2200 Gulf Tower
Pittsburgh, PA 15219

**FIRST CLASS MAIL**
Dana Nessel, Esq.
Heather L. Donald, Esq.
Office of the Attorney General
Cadillac Place, Ste. 10-200
3030 W. Grand Blvd.
Detroit, MI 48202

**FIRST CLASS MAIL**
(Counsel to Central Wayne Properties, LLC)
Lawrence A. Lichtman, Esq.
Honigman LLP
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226

**FIRST CLASS MAIL**
Andrew Gravina
IBM Credit LLC
Special Handling Group
6254 Fernstone Trail NW
Acworth, GA 30101

**FIRST CLASS MAIL**
(Counsel to Oracle America, Inc.)
Shawn M. Christianson, Esq.
Buchalter, A Professional Corporation
55 Second Street, 17th Floor
San Francisco, CA 94105-3493

**FIRST CLASS MAIL**
(Counsel to 2505 Pitkin Corp. as Assignee from Store
Investment Corporation)
Leslie A. Berkoff, Esq.
Moritt Hock & Hamroff LLP
400 Garden City Plaza
Garden City, NY 11530

**FIRST CLASS MAIL**
(Counsel to Reliance Pittsburgh, LLC
Isaac T. Heintz, Esq.
4270 Ivy Pointe Boulevard, Suite 225
Cincinnati, Ohio  45245

**FIRST CLASS MAIL**
(Counsel to Spirit Realty Capital, Inc.)
Mary Katherine Fackler, Esq.
Akerman LLP
50 North Laura Street, Suite 3100
Jacksonville, FL  32202

**FIRST CLASS MAIL**
(Counsel to Spirit Realty Capital, Inc.)
John E. Mitchell, Esq.
Akerman LLP
2001 Ross Avenue, Suite 3600
Dallas, TX  75201

**FIRST CLASS MAIL**
(Counsel to ACE American Insurance Company, et al.)
Wendy M. Simkulak, Esq.
Elisa M. Hyder, Esq.
Duane Morris LLP
30 South 17th Street
Philadelphia, PA  19103

**FIRST CLASS MAIL**
(Counsel to Oracle America, Inc.)
Amish R. Doshi, Esq.
Doshi Legal Group, P.C.
1979 Marcus Avenue, Suite 210E
Lake Success, NY  11042

**FIRST CLASS MAIL**
(Counsel to DBD AVF, LLC)
Paul R. Hage, Esq.
Jaffe Raitt Heuer & Weiss, P.C.
27777 Franklin Road, Suite 2500
Southfield, MI  48034

**FIRST CLASS MAIL**
(Counsel to Banc of America Leasing & Capital, LLC)
Eric R. von Helms
Kohner, Mann & Kailas, S.C.
4650 North Port Washington Road, 2nd Floor
Milwaukee, WI  53212

**FIRST CLASS MAIL**
(Counsel to JMB Limited Partnership)
David S. Sellman, Esq.
Tammy Colen, Esq.
Sellmanhoff, LLC
2201 Old Court Road
Baltimore, MD  21208

**FIRST CLASS MAIL**
(Counsel to Kingsdown, Inc.)
William P. Bowden, Esq.
Gregory A. Raylor, Esq.
Ashby & Geddes, P.A.
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE  19899-1150

**FIRST CLASS MAIL**
(Counsel to Brixmor Operating Partnership LP & Counsel to SCF
RC Funding III, LLC, STORE SPE AVF I 2017-1, LLC, STORE
SPE AVF II 2017-2, LLC, STORE Master Funding XII, LLC,
Broadstone AVF Illinois, LLC and Broadstone AVF Michigan)
Leslie C. Heilman, Esq.
Laurel D. Roglen, Esq.
Ballard Spahr LLP
919 N. Market Street, 11th Floor
Wilmington, DE  19801-3034

**FIRST CLASS MAIL**
(Counsel to Guardian Alarm Company)
Mary F. Caloway, Esq.
Buchanan Ingersoll & Rooney PC
919 N. Market Street, Suite 990
Wilmington, DE  19801

**FOREIGN FIRST CLASS MAIL**
(Top 30 Creditor)
Kuka (HK) Trade Co., Limited
Attn:  Director or Officer
RM 6 13A/F World Finance Ctr
Harbour City South Twr
17 Canton Road
Tsim Sha Tsui, Hong Kong