# EXHIBIT A

## AR Report

**Aging Detail as of 6/23/20**

| Property | Lease | Charge Code | Date | Current Owed | 0-30 Owed | 31-60 Owed | 61-90 Owed | Over 90 Owed | Pre-payments | Total Owed |
|---|---|---|---|---|---|---|---|---|---|---|
| **Westmoreland Crossing (100-0826)** | | | | | | | | | | |
| **Levin Furniture (l0014031)** | | | | | | | | | | |
| 100-0826 | Levin Furniture | ancbase | 3/1/2020 | 28,354.01 | 0.00 | 0.00 | 0.00 | 28,354.01 | 0.00 | 28,354.01 |
| 100-0826 | Levin Furniture | ancbase | 4/1/2020 | 28,354.01 | 0.00 | 0.00 | 28,354.01 | 0.00 | 0.00 | 28,354.01 |
| 100-0826 | Levin Furniture | ancbase | 5/1/2020 | 28,354.01 | 0.00 | 28,354.01 | 0.00 | 0.00 | 0.00 | 28,354.01 |
| 100-0826 | Levin Furniture | ancbase | 6/1/2020 | 28,354.01 | 28,354.01 | 0.00 | 0.00 | 0.00 | 0.00 | 28,354.01 |
| | **Levin Furniture** | | | **113,416.04** | **28,354.01** | **28,354.01** | **28,354.01** | **28,354.01** | **0.00** | **113,416.04** |
| **100-0826** | | | | **113,416.04** | **28,354.01** | **28,354.01** | **28,354.01** | **28,354.01** | **0.00** | **113,416.04** |
| **Grand Total** | | | | **113,416.04** | **28,354.01** | **28,354.01** | **28,354.01** | **28,354.01** | **0.00** | **113,416.04** |

HB: 4848-1611-4113.2