# EXHIBIT B

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 7 |
| ART VAN FURNITURE, LLC, *et al.*,[1] | ) Case No. 20-10553 (CSS) |
| Debtors. | ) Jointly Administered |

### DECLARATION OF GARY RODDY

I, Gary Roddy, declare as follows:

1) I am an adult, over the age of eighteen (18) years, and of sound mind. I make the following Declaration from my own personal knowledge. If called to testify hereabout, I could and would do so competently.

2) I am currently the Vice President of Legal Collections for CBL & Associates Management, Inc. ("CBL"). I am personally familiar with CBL's business operations and its business records, including but not limited to those operations and records that pertain to this bankruptcy case.

3) Following the March 8, 2020, Petition Date, Sam Levin, Inc. ("Debtor") continued to operate its business in Westmoreland Crossing, a location leased by CBL affiliate CBL/Westmoreland, L.P. ("Landlord").

4) On January 5, 2011, Debtor entered into that certain Lease (the "Lease"), as amended, whereby Debtor leased certain retail space called Unit 2 (the "Premises") from Landlord at Westmoreland Crossing, Greensburg, Pennsylvania.

5) Under the terms of the Lease, Debtor is required to make certain payments

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Art Van Furniture, LLC (9205); AVF Holding Company, Inc. (0291); AVCE, LLC (2509); AVF Holdings I, LLC (2537); AVF Holdings II, LLC (7472); AVF Parent, LLC (3451); Levin Parent, LLC (8052); Art Van Furniture of Canada, LLC (9491); AV Pure Sleep Franchising, LLC (8968); AVF Franchising, LLC (6325); LF Trucking, Inc. (1484); Sam Levin, Inc. (5198); and Comfort Mattress LLC (4463). The location of Debtors' principal place of business is 6500 East 14 Mile Road, Warren, Michigan 48092.

PAGE \* MERGEFORMAT 1

to Landlord arising out of its use and occupancy of the Premises. These payments include such items as rent and related charges, common area maintenance obligations, real property taxes, and all other charges imposed by the Lease, including year-end adjustments and reconciliations for charges that are paid on an estimated basis. The Debtor has not paid all obligations that have arisen or accrued during the post-petition period, and certain amounts remain due and owing for the period from the Petition Date through the date of this Declaration.

6) As of the date of this Declaration, the Lease has been rejected by Debtor. *See* Docket No. 573.

7) The following amounts detailed in *Table 1* are due and owing for the period following the Petition Date:

| Property Name | Property Location | Post-Petition Charges (March 8- June 2020) |
|---|---|---|
| Westmoreland Crossing | Greensburg, PA | $107,013.52 |

8) CBL is entitled to an administrative expense claim for such obligations in the total amount of One Hundred Seven Thousand Thirteen and 52/100 ($107,013.52) (the "Claim"), which represents the amount of rent and charges that accrued under CBL Leases from March 8, 2020 through the date of this Declaration, minus Debtor's post-petition payments to date.

I declare under penalty of perjury under the laws of Tennessee and the United States that the foregoing is true and correct and that this Declaration was executed as of the date shown below at Chattanooga, Hamilton County, Tennessee.

DATE: 07/06/2020

_____
GARY RODDY
Vice President – Legal Collections

CBL & Associates Management, Inc.

PAGE \* MERGEFORMAT 1