UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 7 |
| ART VAN FURNITURE, LLC, *et al.*,[1] | ) Case No. 20-10553 (CSS) |
| Debtors. | ) (Jointly Administered) |
| | ) HEARING: JULY 24, 2020 AT 1:00 P.M. |
| | ) OBJECTIONS DUE: JULY 17, 2020 AT 4:00 P.M. |

**ORDER GRANTING MOTION OF CBL & ASSOCIATES MANAGEMENT, INC. FOR ALLOWANCE OF ADMINISTRATIVE CLAIM PURSUANT TO 11 U.S.C. §§ 365(d)(3), 503(b)(1)(A), AND 507(a)**

Upon the motion (the "Motion")[2] of CBL & Associates Management, Inc. ("CBL") for an order granting CBL an allowed administrative expense claim pursuant to Bankruptcy Code Sections 365(d)(3), 503(b)(1)(A), and 507(a) ; and it appearing that the relief sought in the Motion and the entry of this Order are appropriate and necessary; and upon consideration of the Motion and all of the proceedings before the Court; and after due deliberation and sufficient cause appearing therefor, it is hereby

ORDERED, as follows:

1. The Motion is GRANTED in its entirety.

2. CBL shall have and is hereby granted an allowed administrative claim against the Debtors in the amount of $107,013.52 pursuant to Bankruptcy Code Sections 365(d)(3), 503(b)(1)(A), which claim is entitled to priority under Bankruptcy Code section 507(a)(2).

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Art Van Furniture, LLC (9205); AVF Holding Company, Inc. (0291); AVCE, LLC (2509); AVF Holdings I, LLC (2537); AVF Holdings II, LLC (7472); AVF Parent, LLC (3451); Levin Parent, LLC (8052); Art Van Furniture of Canada, LLC (9491); AV Pure Sleep Franchising, LLC (8968); AVF Franchising, LLC (6325); LF Trucking, Inc. (1484); Sam Levin, Inc. (5198); and Comfort Mattress LLC (4463). The location of Debtors' principal place of business is 6500 East 14 Mile Road, Warren, Michigan 48092.

[2] Capitalized terms not herein defined shall have the meanings ascribed to them in the Motion.

HB: 4848-1611-4113.2

2

3. This Court shall retain jurisdiction over any and all matters arising from the interpretation or implementation of this Order.

4. This order shall be enforceable and effective immediately upon its entry.

Dated: July ___, 2020

_____
Christopher S. Sontchi
United States Bankruptcy Judge