# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 7 |
| | ) |
| ART VAN FURNITURE, LLC, *et al.*,[1] | ) Case No. 20-10553 (CSS) |
| Debtors. | ) |
| | ) (Jointly Administered) |
| | ) |
| | ) **HEARING: JULY 24, 2020 AT 1:00 P.M.** |
| | ) **OBJECTIONS DUE: JULY 17, 2020 AT 4:00** |
| | ) **P.M.** |

## <u>NOTICE OF MOTION</u>

**PLEASE TAKE NOTICE** that on July 8, 2020, CBL & Associates Management, Inc. ("<u>CBL</u>") filed the **Motion of CBL & Associates Management, Inc. for Allowance and Payment of Administrative Claim Pursuant to 11 U.S.C. §§ 503(b)(1)(A) and 507(a)** (the "<u>Motion</u>") with the United States Bankruptcy Court for the District of Delaware (the "<u>Bankruptcy Court</u>").

PLEASE TAKE FURTHER NOTICE that objections, if any, to the entry of an order approving the Motion must be (a) in writing and served on or before **July 17 , 2020 at 4:00 p.m.** (prevailing Eastern Standard Time) (the "<u>Objection Deadline</u>"); (b) filed with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801; and (c) served as to be received on or before the Objection Deadline by the undersigned attorneys for CBL.

PLEASE TAKE FURTHER NOTICE THAT only objections made in writing and timely filed and received, in accordance with the procedures above, will be considered by the Bankruptcy Court at such hearing.

PLEASE TAKE FURTHER NOTICE THAT A HEARING ON THE MOTION WILL BE HELD ON **JULY 24, 2020 AT 1:00 P.M. (PREVAILING EASTERN TIME)** BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI, AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 6th FLOOR, COURTROOM 1, WILMINGTON, DELAWARE 19801.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Art Van Furniture, LLC (9205); AVF Holding Company, Inc. (0291); AVCE, LLC (2509); AVF Holdings I, LLC (2537); AVF Holdings II, LLC (7472); AVF Parent, LLC (3451); Levin Parent, LLC (8052); Art Van Furniture of Canada, LLC (9491); AV Pure Sleep Franchising, LLC (8968); AVF Franchising, LLC (6325); LF Trucking, Inc. (1484); Sam Levin, Inc. (5198); and Comfort Mattress LLC (4463).  The location of Debtors' principal place of business is 6500 East 14 Mile Road, Warren, Michigan 48092.

      IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: July 8, 2020
Wilmington, Delaware

                              HOGAN♦McDANIEL

                              /s/Garvan F. McDaniel
                              Garvan F. McDaniel (DE Bar No. 4167)
                              1311 Delaware Avenue
                              Wilmington, Delaware 19806
                              Telephone: 302.656.7540
                              Facsimile: 302.656.7599
                              Email: gfmcdaniel@dkhogan.com

                              *ATTORNEYS FOR CBL & ASSOCIATES MANAGEMENT, INC.*

HB: 4848-1611-4113.2