UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 7 |
| ART VAN FURNITURE, LLC, *et al*.,[1] Debtors. | ) ) ) ) ) ) ) ) ) | Case No. 20-10553 (CSS) (Jointly Administered) **HEARING: JULY 24, 2020 AT 1:00 P.M. OBJECTIONS DUE: JULY 17, 2020 AT 4:00 P.M.** |

## CERTIFICATE OF SERVICE

I, Garvan McDaniel, hereby certify that on July 8, 2020, I caused a copy of the foregoing **Motion of CBL & Associates Management, Inc. for Allowance and Payment of Administrative Claim Pursuant to 11 U.S.C. §§ 503(b)(1)(A) and 507(a)** to be served on all parties receiving service via ECF and the parties on the attached service list via first class mail.

Respectfully submitted by:

HOGAN♦McDANIEL

/s/Garvan F. McDaniel
Garvan F. McDaniel (DE Bar No. 4167)
1311 Delaware Avenue
Wilmington, Delaware 19806
Telephone: 302.656.7540
Facsimile: 302.656.7599
Email: gfmcdaniel@dkhogan.com

*ATTORNEYS FOR CBL & ASSOCIATES MANAGEMENT, INC.*

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Art Van Furniture, LLC (9205); AVF Holding Company, Inc. (0291); AVCE, LLC (2509); AVF Holdings I, LLC (2537); AVF Holdings II, LLC (7472); AVF Parent, LLC (3451); Levin Parent, LLC (8052); Art Van Furniture of Canada, LLC (9491); AV Pure Sleep Franchising, LLC (8968); AVF Franchising, LLC (6325); LF Trucking, Inc. (1484); Sam Levin, Inc. (5198); and Comfort Mattress LLC (4463). The location of Debtors' principal place of business is 6500 East 14 Mile Road, Warren, Michigan 48092.

HB: 4848-1611-4113.2

## Service List

**Via First Class Mail and E-Mail:**

ART VAN FURNITURE, LLC
6500 East 14 Mile Road
Warren, MI 48092
*Debtors*

ALFRED T. GIULIANO
Giuliano Miller & Co., LLC
2301 E. Evesham Road
Pavilion 800, Suite 210
Voorhees, NJ 08043
Email: atgiuliano@giulianomiller.com
*Chapter 7 Trustee*

BENESCH FRIEDLANDER COPLAN & ARONOFF LLP
Attn: Gregory Werkheiser
222 Delaware Avenue, Suite 801
Wilmington, DE 19801-1611
Email: gwerkheiser@beneschlaw.com
*Counsel to the Debtors*

PACHULSKI STANG ZIEHL & JONES LLP
Attn: Bradford J. Sandler
919 N. Market Street, 17th Floor
Wilmington, DE 19801
Email: bsandler@pszjlaw.com
*Counsel to the Chapter 7 Trustee*

U.S. TRUSTEE
Attn: Linda Richenderfer
Office of the United States Trustee for the District of Delaware
844 King Street, Suite 2207
Wilmington, DE 19801
Email: Linda.Richenderfer@usdoj.gov

MORGAN, LEWIS & BOCKIUS LLP
Attn: Marjorie S. Crider
Attn: Christopher L. Carter
One Federal Street
Boston, MA 02110
Email: marjorie.crider@morganlewis.com
Email: christopher.carter@morganlewis.com
*Counsel to Wells Fargo Bank, N.A. as Administrative Agent and Collateral Agent for itself and other ABL Lenders*

BURR & FORMAN LLP
Attn: J. Cory Falgowski
1201 N. Market street, Suite 1407
Wilmington, DE 19801
Email: jfalgowski@burr.com
*Counsel to Wells Fargo Bank, N.A. as Administrative Agent and Collateral Agent for itself and other ABL Lenders*

HB: 4848-1611-4113.2