# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
-------------------------------------------------------------------x
In re:                                        :  Chapter 7
                                              :
ART VAN FURNITURE, LLC, et al.,¹              :  Case No. 20-10553 (CSS)
                                              :  Jointly Administered
          Debtors               .            :
                                              :
-------------------------------------------------------------------x
```

## NOTICE OF WITHDRAWAL

**PLEASE TAKE NOTICE** that Broadstone AVF Michigan, LLC and Broadstone AVF Illinois, LLC, by and through their undersigned counsel, hereby withdraw the *Motion of Broadstone AVF Michigan, LLC and Broadstone AVF Illinois, LLC for Entry of an Order Granting Allowance and Directing Payment of Administrative Expense Claims Pursuant to 11 U.S.C. § 503(b)(1)(A)* [D.I. 755].

Dated: July 8, 2020           Respectfully Submitted,
       Wilmington, Delaware


                              /s/ *Laurel D. Roglen*
                              Leslie C. Heilman (DE No. 4716)
                              Laurel D. Roglen (DE No. 5759)
                              **BALLARD SPAHR LLP**
                              919 N. Market Street, 11th Floor
                              Wilmington, Delaware 19801
                              Telephone: (302) 252-4465
                              Facsimile:  (302) 252-4466
                              E-mail:  heilmanl@ballardspahr.com
                                       roglenl@ballardspahr.com

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number, include: Art Van Furniture, LLC (9205); AVF Holding Company, Inc. (0291); AVCE, LLC (2509); AVF Holdings I, LLC (2537); AVF Holdings II, LLC (7472); AVF Parent, LLC (3451); Levin Parent, LLC (8052); Art Van Furniture of Canada, LLC (9491); AV Pure Sleep Franchising, LLC (8968); AVF Franchising, LLC (6325); LF Trucking, Inc. (1484); Sam Levin, Inc. (5198); and Comfort Mattress LLC (4463). The location of the Debtors' service address in these chapter 7 cases is: 6500 East 14 Mile Road, Warren, Michigan 48092.

and

Craig Solomon Ganz, Esquire
Michael DiGiacomo, Esquire
BALLARD SPAHR LLP
1 E. Washington Street, Suite 2300
Phoenix, AZ 85004
Telephone: (602) 798-5427
Facsimile: (602) 798-5595
E-mail: ganzc@ballardspahr.com
        digiacomom@ballardspahr.com

*Counsel for Broadstone AVF Michigan, LLC and*
*Broadstone AVF Illinois, LLC*

**CERTIFICATE OF SERVICE**

I, Laurel D. Roglen, Esquire hereby certify that on this 8th day of July, 2020, a

true and correct copy of the foregoing *Notice of Withdrawal* was served electronically on parties

who have requested notice in these cases via CM/ECF and upon the addressees listed on the

attached service list in the manner indicated.

Dated:  July 8, 2020
Wilmington, Delaware

*/s/ Laurel D. Roglen*
Laurel D. Roglen (No. 5759)
BALLARD SPAHR LLP

**By First-Class Mail and E-Mail**

Bradford J. Sandler
Pachulski Stang Ziehl & Jones LLP
919 N. Market Street, 17th Floor
Wilmington, DE  19801
E-mail: bsandler@pszjlaw.com

*Counsel to the Chapter 7 Trustee*

Linda Richenderfer
Office of the US Trustee
US Trustee's Office
844 King Street, Suite 2207
Wilmington, DE 19801
E-mail: Linda.Richenderfer@usdoj.gov

*Counsel to the U.S. Trustee*

Alfred T. Giuliano
Giuliano Miller & Co., LLC
2301 E. Evesham Road
Pavillion 800, Suite 210
Voorhees, NJ 08043
E-mail:  atgiuliano@giulianomiller.com
*Chapter 7 Trustee*

J. Cory Falgowski, Esquire
Burr & Forman LLP
1201 N. Market Street, Suite 1407
Wilmington, DE 19801
Email:  jfalgowski@burr.com

Marjorie S. Crider, Esquire
Christopher L. Carter, Esquire
Morgan, Lewis & Bockius LLP
One Federal Street
Boston, MA 02110
Email: marjorie.crider@morganlewis.com,
christopher.carter@morganlewis.com

*Counsel to Wells Fargo Bank, N.A.  as
Administrative Agent and Collateral Agent
for itself and the other ABL Lenders*