# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: | ) Chapter 7 |
| | ) |
| ART VAN FURNITURE, LLC, *et al.*,[1] | ) Case No. 20-10553 (CSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) **Objection Deadline: July 17, 2020 at** |
| | ) **4:00pm** |
| | ) **Hearing Date: July 24, 2020 at 1:00pm** |

## NOTICE OF LCN AVF WARREN (MI) LLC AND LCN CAPITAL PARTNERS, LLC'S MOTION FOR AN ORDER TO ALLOW AND PAY ADMINISTRATIVE CLAIM FOR UNPAID RENT AND RELATED CHARGES, AND ACTUAL AND NECESSARY COSTS AND EXPENSES TO PRESERVE THE ESTATE

**TO: ALL PARTIES IN INTEREST**

**PLEASE TAKE NOTICE** that on July 9, 2020, LCN AVF Warren (MI) LLC ("LCN AVF") and LCN Capital Partners, LLC ("LCN Capital" and, together with LCN AVF, collectively, "LCN"), filed a motion (the "Motion") for an Order to allow and pay administrative claim for unpaid rent and related charges, and actual and necessary costs and expenses to preserve the estate in this proceeding.

**PLEASE TAKE NOTICE** that the Motion will be heard on **July 24, 2020 at 1:00p.m.** before the Honorable Christopher S. Sontchi, United States Bankruptcy Court Judge, 824 Market Street, 5th Floor, Courtroom #6, Wilmington, Delaware 19801.

**PLEASE TAKE NOTICE** that objections, if any, to the Motion must be presented in writing and filed with the Court by **July 17, 2020 at 4:00 p.m. (EST)**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Art Van Furniture, LLC (9205); AVF Holding Company, Inc. (0291); AVCE, LLC (2509); AVF Holdings I, LLC (2537); AVF Holdings II, LLC (7472); AVF Parent, LLC (3451); Levin Parent, LLC (8052); Art Van Furniture of Canada, LLC (9491); AV Pure Sleep Franchising, LLC (8968); AVF Franchising, LLC (6325); LF Trucking, Inc. (1484); Sam Levin, Inc. (5198); and Comfort Mattress LLC (4463). The location of the Debtors' service address in these chapter 11 cases is: 6500 East 14 Mile Road, Warren Michigan 48092.

**PLEASE TAKE FURTHER NOTICE** that, if you fail to respond in accordance with this notice, the Bankruptcy Court may grant the relief requested in the Motion without further notice or hearing.

Dated: July 9, 2020

**DORSEY & WHITNEY (DELAWARE) LLP**

*/s/ Eric Lopez Schnabel*
Eric Lopez Schnabel (DE Bar No. 3672)
300 Delaware Avenue, Suite 1010
Wilmington, Delaware 19801
Telephone: (302) 425-7171
Facsimile: (302) 425-7177
E-mail: schnabel.eric@dorsey.com

*Counsel for the LCN AVF Warren (MI) LLC and LCN Capital Partners, LLC*