**EXHIBIT "A"**

| Date Filed | State Filed | Alternate BU | Legal Entity Name | Tenant Number | GL Date | Bill Code | Name - Remark | Date Range Billed | Gross Amount | Total Amt Due | Pre-Petition Charges thru 3/7/20 | Ch11 Post-Petition Charges 3/8/20 - current | Ch 7 Post-Petition Charges 3/8/20 - current |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3/8/2020 | DE | 415801 - Heritage Square | Brixmor Heritage Square LLC | 863148 - Art Van Furniture | 9/3/2019 | POA | 5346-payment on account | | -100.00 | -100.00 | -100.00 | | |
| 3/8/2020 | DE | 415801 - Heritage Square | Brixmor Heritage Square LLC | 863148 - Art Van Furniture | 1/15/2020 | RRET | RRET | 1/1/18-12/31/18 | -25,810.43 | -25,810.43 | -25,810.43 | | |
| 3/8/2020 | DE | 415801 - Heritage Square | Brixmor Heritage Square LLC | 863148 - Art Van Furniture | 3/1/2020 | AMR | Annual Minimum Rent | | 47,792.00 | 47,792.00 | 10,791.74 | 37,000.26 | |
| 3/8/2020 | DE | 415801 - Heritage Square | Brixmor Heritage Square LLC | 863148 - Art Van Furniture | 3/1/2020 | CAM | CAM (Escrow / Deposit) | | 5,321.67 | 5,321.67 | 1,201.67 | 4,120.00 | |
| 3/8/2020 | DE | 415801 - Heritage Square | Brixmor Heritage Square LLC | 863148 - Art Van Furniture | 3/1/2020 | INS | Insurance | | 1,136.67 | 1,136.67 | 256.67 | 880.00 | |
| 3/8/2020 | DE | 415801 - Heritage Square | Brixmor Heritage Square LLC | 863148 - Art Van Furniture | 3/1/2020 | RETX | Real Estate Tax (Escrow) | | 10,798.33 | 10,798.33 | 2,438.33 | 8,360.00 | |
| 3/8/2020 | DE | 415801 - Heritage Square | Brixmor Heritage Square LLC | 863148 - Art Van Furniture | 4/1/2020 | AMR | Annual Minimum Rent | | 47,792.00 | 47,792.00 | | 9,558.40 | 38,233.60 |
| 3/8/2020 | DE | 415801 - Heritage Square | Brixmor Heritage Square LLC | 863148 - Art Van Furniture | 4/1/2020 | CAM | CAM (Escrow / Deposit) | | 5,321.67 | 5,321.67 | | 1,064.33 | 4,257.34 |
| 3/8/2020 | DE | 415801 - Heritage Square | Brixmor Heritage Square LLC | 863148 - Art Van Furniture | 4/1/2020 | INS | Insurance | | 1,136.67 | 1,136.67 | | 227.33 | 909.34 |
| 3/8/2020 | DE | 415801 - Heritage Square | Brixmor Heritage Square LLC | 863148 - Art Van Furniture | 4/1/2020 | RETX | Real Estate Tax (Escrow) | | 10,798.33 | 10,798.33 | | 2,159.67 | 8,638.66 |
| 3/8/2020 | DE | 415801 - Heritage Square | Brixmor Heritage Square LLC | 863148 - Art Van Furniture | 5/1/2020 | AMR | Annual Minimum Rent | | 47,792.00 | 47,792.00 | | | 47,792.00 |
| 3/8/2020 | DE | 415801 - Heritage Square | Brixmor Heritage Square LLC | 863148 - Art Van Furniture | 5/1/2020 | CAM | CAM (Escrow / Deposit) | | 5,321.67 | 5,321.67 | | | 5,321.67 |
| 3/8/2020 | DE | 415801 - Heritage Square | Brixmor Heritage Square LLC | 863148 - Art Van Furniture | 5/1/2020 | INS | Insurance | | 1,136.67 | 1,136.67 | | | 1,136.67 |
| 3/8/2020 | DE | 415801 - Heritage Square | Brixmor Heritage Square LLC | 863148 - Art Van Furniture | 5/1/2020 | RETX | Real Estate Tax (Escrow) | | 10,798.33 | 10,798.33 | | | 10,798.33 |
| 3/8/2020 | DE | 415801 - Heritage Square | Brixmor Heritage Square LLC | 863148 - Art Van Furniture | 5/4/2020 | RCAM | RCAM/RINS 1/1/19-12/31/19 | | -21,459.43 | -21,459.43 | | | -21,459.43 |
| 3/8/2020 | DE | 415801 - Heritage Square | Brixmor Heritage Square LLC | 863148 - Art Van Furniture | 5/4/2020 | RINS | RCAM/RINS 1/1/19-12/31/19 | | -438.95 | -438.95 | | | -438.95 |
| 3/8/2020 | DE | 415801 - Heritage Square | Brixmor Heritage Square LLC | 863148 - Art Van Furniture | 6/1/2020 | AMR | Annual Minimum Rent | | 47,792.00 | 47,792.00 | | | 47,792.00 |
| 3/8/2020 | DE | 415801 - Heritage Square | Brixmor Heritage Square LLC | 863148 - Art Van Furniture | 6/1/2020 | CAM | CAM (Escrow / Deposit) | | 5,321.67 | 5,321.67 | | | 5,321.67 |
| 3/8/2020 | DE | 415801 - Heritage Square | Brixmor Heritage Square LLC | 863148 - Art Van Furniture | 6/1/2020 | INS | Insurance | | 1,136.67 | 1,136.67 | | | 1,136.67 |
| 3/8/2020 | DE | 415801 - Heritage Square | Brixmor Heritage Square LLC | 863148 - Art Van Furniture | 6/1/2020 | RETX | Real Estate Tax (Escrow) | | 10,798.33 | 10,798.33 | | | 10,798.33 |
| 3/8/2020 | DE | 415801 - Heritage Square | Brixmor Heritage Square LLC | 863148 - Art Van Furniture | 7/1/2020 | AMR | Annual Minimum Rent | | 52,958.00 | 52,958.00 | | | 52,958.00 |
| 3/8/2020 | DE | 415801 - Heritage Square | Brixmor Heritage Square LLC | 863148 - Art Van Furniture | 7/1/2020 | CAM | CAM (Escrow / Deposit) | | 5,321.67 | 5,321.67 | | | 5,321.67 |
| 3/8/2020 | DE | 415801 - Heritage Square | Brixmor Heritage Square LLC | 863148 - Art Van Furniture | 7/1/2020 | INS | Insurance | | 1,136.67 | 1,136.67 | | | 1,136.67 |
| 3/8/2020 | DE | 415801 - Heritage Square | Brixmor Heritage Square LLC | 863148 - Art Van Furniture | 7/1/2020 | RETX | Real Estate Tax (Escrow) | | 10,798.33 | 10,798.33 | | | 10,798.33 |
| | | | | | 4/20/2020 | LIEN | Signal USA, LLC Mechanic's Lien | 2/20/2020 | 946,050.01 | 946,050.01 | | | 946,050.01 |
| | | | | | 6/16/2020 | LIEN | Carroll Seating Company, Inc. Mechanic's Lien | 4/17/2020 | 44,150.75 | 44,150.75 | | | 44,150.75 |
| | | | | | 6/16/2020 | LIEN | Carroll Seating Company, Inc. Mechanic's Lien | 4/17/2020 | 49,055.00 | 49,055.00 | | | 49,055.00 |
| | | | | | | | Totals | | 1,321,856.30 | 1,321,856.30 | (11,222.02) | 63,369.99 | 1,269,708.33 |

| Monthly Charges | | | | | | |
|---|---|---|---|---|---|---|
| Remark | Bill Code | Starting | Ending | Gross Amt | Months | Total |
| Annual Minimum Rent | AMR | 8/1/2020 | 6/30/2025 | 52,958.00 | 59 | 3,124,522.00 |
| CAM (Escrow / Deposit) | CAM | 8/1/2020 | 6/30/2025 | 5,321.67 | 59 | 313,978.53 |
| Insurance | INS | 8/1/2020 | 6/30/2025 | 1,136.67 | 59 | 67,063.53 |
| Real Estate Tax (Escrow) | RETX | 8/1/2020 | 6/30/2025 | 10,798.33 | 59 | 637,101.47 |
| | | | Total through end of lease | | | 4,142,665.53 |