**EXHIBIT "B"**



<u>VIA FEDERAL EXPRESS</u>

February 28, 2020

Art Van Furniture – Midwest, LLC.
c/o Art Van Furniture, Inc
Attn: Office of General Counsel
6500 E. Fourteen Mile Road
Warren, Michigan 48092

RE:   RECORDED – ORGINAL CONTRACTOR'S CLAIM OF LEIN
        **HERRITAGE SQUARE**
        **ART VAN FURNITIURE**
        **404 SOUTH US RT 59, NAPERVILLE, IL 60540**

To whom it may concern:

We are in receipt of the enclosed copy of the Recorded – Original Contractor's Claim of Lien from Signal USA, LLC contracted by Art Van Furniture for services, labor, materials, equipment, and/or work provided at the above reference location.  The lien is for non-payment of these items in the amount of $946,050.01

Per **Section 6.05. Mechanic's Lien** of the lease dated May 19, 2014.
"Tenant shall promptly pay all contractors and materialmen, so as to minimize the possibility of a lien attaching to the Demised Premises and/or the Shopping Center, and should any such lien be made or filed, Tenant shall bond against or discharge the same within sixty (60) days after the filing thereof.  Notwithstanding the foregoing, in any case when more than Ten Thousand and 00/100 Dollars ($10,000) of work is to be performed by or for Tenant, tenant shall, unless Landlord consents otherwise in writing, file an effective waiver of liens which will, under applicable paw, preclude the possibility of an effective mechanic's lien.  In the event Tenant shall fail to bond or discharge a filed lien within the time provided for herein, Landlord, at its option, in addition to all other rights and remedies provided herein, may bond or pay the lien or claim without inquiring into the validity thereof.  Tenant shall immediately, upon demand, reimburse Landlord for the amount so paid.  Upon prior notice to Tenant, Landlord or Landlord's representatives shall have the right to go upon and inspect the Demised Premises at all reasonable times and shall have the right to post and keep posted thereon notices of non-responsibility, or such other notices which Landlord may deem to be proper for the protection of Landlord's interest in the Demised Premises.  Tenant, shall, before the commencement of any work which might result in the filing of a mechanics' or materialmen's lien, give Landlord written notice of Tenant's intention to do so in sufficient time to enable the posting of such notices."

Based on the above, this is our formal notice to have this recorded lien released of record without cost to the Landlord within thirty (30) day's upon receipt of this notice.  Please reply to us in writing providing documentation of such released of record.  If this matter is not resolved within the allocated time period, Landlord will take all remedies available to resolve this matter at Tenants sole cost and expense.

We thank you in advance for your prompt attention to this matter.  Should you have any questions, please do not hesitate to contact me directly at 847-562-4177 or bill.jarosik @brixmor.com.

Sincerely,

**BRIXMOR HERITAGE SQUARE LLC**

*[signature]*

Bill Jarosik
Property Manager

Enclosure

Brixmor Property Group
8700 W Bryn Mawr Ave. Suite 1000S
Chicago, IL 60631
847.272.9800
brixmor.com

Our center is you

FRED BUCHOLZ, RECORDER
DUPAGE COUNTY ILLINOIS
02/20/2020 02:53 PM
RHSP

DOCUMENT # R2020-017564

Recording Requested by and
Document Prepared By:
Signal USA, LLC
2490 Industrial Row
Troy, Michigan 48084

Please Return To:
Signal USA, LLC:
c/o Mail Center
9450 SW Gemini Dr #7790
Beaverton, Oregon 97008-7105
Reference ID: 3188717

SPACE ABOVE FOR RECORDER'S USE

# ORIGINAL CONTRACTOR'S CLAIM OF LIEN

## In the Office of the Recorder of Deeds County of: DuPage County, State of: Illinois

**Claimant:**
Signal USA, LLC
2490 Industrial Row
Troy, Michigan 48084

**Property Owner:**
Art Van Furniture
404 S IL-59
Naperville, Illinois 60540
Centro Bradley Heritage Square LLC
450 LEXINGTON AVE 13TH FL
New York, New York 10017
CENTRO BRADLEY HERITAGE
C/O THOMSON REUTERS PTS P O BOX 4900
Scottsdale, Arizona 85261

PIN: 07-22-102-022

**Services:** Services, labor, materials, equipment, and/or work provided by the Claimant:

labor, materials, equipment and supervision to repair store.

**Amount of Claim:** $946,050.01

**Total Amount of Contract:** 946,050.01

**Contract Type:** Written

**Date of Contract:** September 05, 2019

**Date Last Furnish of Services:** December 13, 2019



9307110011701032931137

**Property:** Services were furnished in the improvement and/or construction of real property described as follows:
404 S IL-59
Naperville, Illinois 60540
County: DuPage County
State of: Illinois

**Legally Described As:** Lot 1 in Heritage Square, Naperville, being a subdivision of part of the Southwest 1/4 of the Northwest 1/4 of Section 22, Township 38 North, Range 9 East of the Third Principal Meridian, according to the plat thereof recorded July 28, 1992 as Document R92-143318, in DuPage County, Illinois.

PIN: 07-22-102-022

**THE UNDERSIGNED LIEN CLAIMANT**, above-identified as the **Claimant**, hereby files a claim for a **Mechanic's Lien** against the above-identified **Property Owner**, and all other parties having or claiming an interest in the real estate above-identified as the **Property**.

The **Claimant** contracted with the **Property Owner** by entering into the contract above-identified and described as the **Contract**. The contract was such that the **Claimant** would provide the above-described **Services** to the **Property** for the total cost of the contract, above-identified. The **Claimant** states that it did so provide the above-described **Services**.

The **Claimant** last furnished labor and/or materials to the **Property** on the date above-indicated.

After giving the **Property Owner** all just credits, offsets and payments, the balance unpaid, due and owing to the **Claimant** is above-identified as the **Amount of Claim** ($946,050.01 ); for which, with interest, the **Claimant** claims liens on the **Property** and improvements.

State of Louisiana   County of Orleans

On the date indicated below, Caroline Silverstein, authorized and disclosed agent for Signal USA, LLC, personally came and appeared before me, and voluntarily executed this instrument in the agent's stated capacity. The deponent says that s/he has read the foregoing Claim of Lien and knows the contents thereof, that as the appointed agent for the Claimant the deponent has been provided the information indicated in this notice, and that the same is true upon the deponent's information, knowledge and belief.

_[signature]_
Notary Public
Signed on: February 20, 2020

Signed on: February 20, 2020

Signature: _[signature]_
Signal USA, LLC
Signed by Authorized Agent: Caroline Silverstein

_[Notary seal: ALEXANDER L BENARROCHE, NOTARY PUBLIC, COMMISSIONED FOR LIFE, NOTARY ID NO. 144341, ORLEANS PARISH, LA]_

# BROCKSMITH & BROCKSMITH
*Attorneys at Law*

40 Skokie Boulevard, Suite 400
Northbrook, Illinois 60062

Paul A. Brocksmith

Tel.: (847) 559-1752
Fax: (847) 559-9197
E-mail: info@brocklaw.com

May 18, 2020

Brixmor Heritage Square LLC
Brixmor Heritage Square Mgr LLC
450 Lexington Avenue, 13th Flr.
New York, New York 10017

Brixmor Property Group
8700 W. Bryn Mawr Avenue
Suite 1000S
Chicago, Illinois 60631

Re: Heritage Square Shopping Center, Naperville, Illinois
Art Van Furniture Store, 404 South State Route 59
<u>Mechanics Lien Claim of Carroll Seating Company, Inc.</u>

To Whom It May Concern:

I am an attorney for Carroll Seating Company, Inc., a custom casework and millwork construction contractor, which furnished and installed Marlite wall panels and millwork in the improvement of your property in the Heritage Square Shopping Center, at 404 South State Route 59, Naperville, Illinois, at the direction of your lessee, Art Van Furniture, LLC. Enclosed are copies of two Claims for Mechanics Lien recorded against that property (one for materials, one for installation) reflecting a total of $93,205.75 unpaid by Art Van Furniture and owed to Carroll Seating for the work it performed.

Carroll Seating is aware of Art Van Furniture's bankruptcy. Please contact the undersigned to advise as to how you would like to address this situation. Carroll Seating would, of course, be willing to assign its claims and secured creditor status in exchange for payment for the improvements made.

Very truly yours,

Paul A. Brocksmith

PAB/tkm
Enclosures

cc: T. Madura, Carroll Seating, via email, w/encls.
B. Ratajczak, Brixmor, via email (brad.ratajczak@brixmor.com), w/encls.
H. Burns, Brixmor, via email (heather.burns@brixmor.com), w/encls.

IN THE OFFICE OF THE
RECORDER OF DEEDS
DUPAGE COUNTY, ILLINOIS

FRED BUCHOLZ, RECORDER
DUPAGE COUNTY ILLINOIS
04/17/2020 12:23 PM
RHSP

DOCUMENT # R2020-037600

STATE OF ILLINOIS  )
                   ) SS.
COUNTY OF COOK     )

## CLAIM FOR MECHANICS LIEN

CARROLL SEATING COMPANY, INC., ("claimant"), an Illinois corporation with its principal place of business located at 2105 Lunt, Elk Grove Village, Illinois 60007, hereby claims a mechanics lien pursuant to the provisions of Chapter 770, Illinois Compiled Statutes, and states as follows:

1. The real property subject to this Claim for Lien is located at 404 South Illinois Route 59, Naperville, Illinois, in the Heritage Square Shopping Center, and is more fully described as follows:

LOT 1 IN HERITAGE SQUARE, NAPERVILLE, BEING A SUBDIVISION OF PART OF THE SOUTHWEST ¼ OF THE NORTHWEST ¼ OF SECTION 22, TOWNSHIP 38 NORTH, RANGE 9 EAST OF THE THIRD PRINCIPAL MERIDIAN, ACCORDING TO THE PLAT THEREOF RECORDED JULY 28, 1992 AS DOCUMENT R92-143318, (EXCEPTING THEREFROM THAT PART TAKEN FOR ROADWAY PURPOSES AS DESCRIBED IN THE ORDER VESTING TITLE ENTERED IN CASE NO. 12 ED 22, IN THE CIRCUIT COURT OF DUPAGE COUNTY, ILLINOIS AND RECORDED AUGUST 25, 2016 AS DOCUMENT R2016-90221), IN DUPAGE COUNTY, ILLINOIS.

PIN: 07-22-102-022

2. On information and belief, the real property described above is owned by Centro Bradley Heritage Square LLC ("the owner").

3. On or about November 7, 2019, Art Van Furniture, LLC ("Art Van"), a leaseholder of a portion of the subject property, contracted with claimant, with the owner's authorization or knowing permission, for claimant to furnish labor and equipment to install certain Marlite wall panels in the improvement of the above-described real property. Claimant

2

last furnished said labor and equipment in the improvement of the above-described property on January 10, 2020.

4. The balance now due and owing to claimant for said labor and equipment furnished in the improvement of the above-described real property, after allowing all credits, is $49,055.00.

WHEREFORE, Carroll Seating Company, Inc. hereby claims a lien upon the real property described above and any improvements thereon in the amount of $49,055.00, together with interest as provided by statute.

Dated this 13th day of April, 2020.

CARROLL SEATING COMPANY, INC.

By: *Thomas Madura*
Thomas Madura, Treasurer

STATE OF ILLINOIS  )
                   ) SS.
COUNTY OF COOK     )

## AFFIDAVIT

The affiant, Thomas Madura, being first duly sworn, on oath deposes and says that he is the treasurer of Carroll Seating Company, Inc., that he has read the foregoing Claim for Mechanics Lien and knows the contents thereof, and that the statements contained therein are, to the best of his knowledge and belief, true and correct.

*Thomas Madura*
Thomas Madura

SUBSCRIBED and SWORN TO
before me this 13th day of April, 2020.

*Marcy Pollan*
Notary Public

MARCY POLLAN
OFFICIAL SEAL
Notary Public, State of Illinois
My Commission Expires
May 02, 2023

Prepared by and return after recording to:
Paul A. Brocksmith, Brocksmith & Brocksmith, 40 Skokie Blvd., Suite. 400, Northbrook, IL 60062

2

IN THE OFFICE OF THE
RECORDER OF DEEDS
DUPAGE COUNTY, ILLINOIS

FRED BUCHOLZ, RECORDER
DUPAGE COUNTY ILLINOIS
04/17/2020 12:23 PM
RHSP

DOCUMENT # R2020-037599

STATE OF ILLINOIS  )
                   ) SS.
COUNTY OF COOK     )

## CLAIM FOR MECHANICS LIEN

CARROLL SEATING COMPANY, INC., ("claimant"), an Illinois corporation with its principal place of business located at 2105 Lunt, Elk Grove Village, Illinois 60007, hereby claims a mechanics lien pursuant to the provisions of Chapter 770, Illinois Compiled Statutes, and states as follows:

1. The real property subject to this Claim for Lien is located at 404 South Illinois Route 59, Naperville, Illinois, in the Heritage Square Shopping Center, and is more fully described as follows:

LOT 1 IN HERITAGE SQUARE, NAPERVILLE, BEING A SUBDIVISION OF PART OF THE SOUTHWEST ¼ OF THE NORTHWEST ¼ OF SECTION 22, TOWNSHIP 38 NORTH, RANGE 9 EAST OF THE THIRD PRINCIPAL MERIDIAN, ACCORDING TO THE PLAT THEREOF RECORDED JULY 28, 1992 AS DOCUMENT R92-143318, (EXCEPTING THEREFROM THAT PART TAKEN FOR ROADWAY PURPOSES AS DESCRIBED IN THE ORDER VESTING TITLE ENTERED IN CASE NO. 12 ED 22, IN THE CIRCUIT COURT OF DUPAGE COUNTY, ILLINOIS AND RECORDED AUGUST 25, 2016 AS DOCUMENT R2016-90221), IN DUPAGE COUNTY, ILLINOIS.

PIN: 07-22-102-022

2. On information and belief, the real property described above is owned by Centro Bradley Heritage Square LLC ("the owner").

3. On or about October 8, 2019, Art Van Furniture, LLC ("Art Van"), a leaseholder of a portion of the subject property, contracted with claimant, with the owner's authorization or knowing permission, for claimant to furnish to Art Van certain Marlite wall panels and poplar wall base custom millwork for the improvement of the above-described real property. Claimant



last furnished said materials in the improvement of the above-described property on January 6, 2020.

4. The balance now due and owing to claimant for said material furnished in the improvement of the above-described real property, after allowing all credits, is $44,150.75.

WHEREFORE, Carroll Seating Company, Inc. hereby claims a lien upon the real property described above and any improvements thereon in the amount of $44,150.75, together with interest as provided by statute.

Dated this 13th day of April, 2020.

CARROLL SEATING COMPANY, INC.

By: *Thomas Madura*
Thomas Madura, Treasurer

STATE OF ILLINOIS  )
                   ) SS.
COUNTY OF COOK     )

### AFFIDAVIT

The affiant, Thomas Madura, being first duly sworn, on oath deposes and says that he is the treasurer of Carroll Seating Company, Inc., that he has read the foregoing Claim for Mechanics Lien and knows the contents thereof, and that the statements contained therein are, to the best of his knowledge and belief, true and correct.

*Thomas Madura*
Thomas Madura

SUBSCRIBED and SWORN TO
before me this 13th day of April, 2020.

*[signature]*
Notary Public

MARCY POLLAN
OFFICIAL SEAL
Notary Public, State of Illinois
My Commission Expires
May 02, 2023

Prepared by and return after recording to:
Paul A. Brocksmith, Brocksmith & Brocksmith, 40 Skokie Blvd., Suite. 400, Northbrook, IL 60062

2