## CERTIFICATE OF SERVICE

I, Leslie C. Heilman, Esquire hereby certify that on this 10th day of July, 2020, a true and correct copy of the foregoing *Motion of Brixmor Heritage Square LLC for Entry of an Order (I) Compelling Immediate Payment of Post-Petition Rental Obligation in Accordance with the Terms of a Nonresidential Real Property Lease and 11 U.S.C. § 363(d)(3); and (II) Allowing and Directing the Immediate Payment of Administrative Expense Claims Pursuant to 11 U.S.C. § 503(b)(1)* was served electronically on parties who have requested notice in these cases via CM/ECF and upon the addressees listed on the attached service list in the manner indicated.

Dated: July 10, 2020
Wilmington, Delaware

*/s/ Leslie C. Heilman*
Leslie C. Heilman (No. 4716)
BALLARD SPAHR LLP

**By Hand Delivery**

Bradford J. Sandler
Pachulski Stang Ziehl & Jones LLP
919 N. Market Street, 17th Floor
Wilmington, DE 19801
E-mail: bsandler@pszjlaw.com

*Counsel to the Chapter 7 Trustee*

Linda Richenderfer
Office of the US Trustee
US Trustee's Office
844 King Street, Suite 2207
Wilmington, DE 19801
E-mail: Linda.Richenderfer@usdoj.gov

*Counsel to the U.S. Trustee*

**By First-Class Mail**

Alfred T. Giuliano
Giuliano Miller & Co., LLC
2301 E. Evesham Road
Pavillion 800, Suite 210
Voorhees, NJ 08043
E-mail: atgiuliano@giulianomiller.com
*Chapter 7 Trustee*

J. Cory Falgowski, Esquire
Burr & Forman LLP
1201 N. Market Street, Suite 1407
Wilmington, DE 19801
Email: jfalgowski@burr.com

Marjorie S. Crider, Esquire
Christopher L. Carter, Esquire
Morgan, Lewis & Bockius LLP
One Federal Street
Boston, MA 02110
Email: marjorie.crider@morganlewis.com, christopher.carter@morganlewis.com
*Counsel to Wells Fargo Bank, N.A. as Administrative Agent and Collateral Agent for itself and the other ABL Lenders*