FILED
2020 JUL 21  AM 10: 15
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

July 13, 2020

U. S Bankruptcy Court
District of Delaware
824 Market Street, 3rd Floor
Wilmington, DE 19801

Bill Beese
139 Pilgrim Dr.
Boalsburg, PA 16827

To whom it may concern:

Please use this letter as a formal withdrawal of my bankruptcy claim:

> Case number 20-10555
> Claim number 1222
> Bill Beese
> 139 Pilgrim Dr.
> Boalsburg, PA 16827

Thank you,

*[signature: Bill B.]*

Bill Beese

Cc:
Giuliano Miller & Company, LLC
2301 E. Evesham Road
Pavilion 800, Suite 210
Voorhees, New Jersey 08043