**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| In re: | Chapter 7 |
|---|---|
| ART VAN FURNITURE, LLC, *et al.* | Case No. 20-10553 (CSS) |
| Debtors. | (Jointly Administered) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves for the admission *pro hac vice* of P. Sabin Willett, Esquire to represent Wells Fargo Bank, National Association in this action.

Dated: July 20, 2020

BURR & FORMAN LLP
/s/  *J. Cory Falgowski*
J. Cory Falgowski (DE No. 4546)
1201 N. Market Street, Suite 1407
Wilmington, DE 19801
Telephone: (302) 830-2312
Email: jfalgowski@burr.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the Commonwealth of Massachusetts, and am admitted to practice before the United States Court of Appeals for the First Circuit, Second Circuit, Fifth Circuit and D.C. Circuit, and for the United States District Court for the District of Massachusetts, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules and with the Revised Standing Order for District Court Fund revised 8/31/16.  I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court for the District Court.

Dated: July 20, 2020

/s/  *P. Sabin Willett*
P. Sabin Willett
Morgan, Lewis & Bockius LLP
One Federal Street
Boston, MA  02110
Telephone: (617) 951-8775
Email:  sabin.willett@morganlewis.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

**Dated: 7/21/2020**
**Wilmington, Delaware**

**CHRISTOPHER S. SONTCHI**
**UNITED STATES BANKRUPTCY JUDGE**