## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| ART VAN FURNITURE, LLC, *et al.,* | Case No. 20-10553 (CSS) |
| Debtors. | Jointly Administered |

### MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

       Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Beth E. Levine of Pachulski Stang Ziehl & Jones LLP, to represent Alfred T. Giuliano, Chapter 7 Trustee in the above-captioned proceedings.

Dated: July 20, 2020

                */s/ Colin R. Robinson*
                Colin R. Robinson (DE Bar No. 5524)
                Pachulski Stang Ziehl & Jones LLP
                919 North Market Street, 17th Floor
                Wilmington, DE  19899-8705 (Courier 19801)

### CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

       Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of Bar of the State of New York, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of these actions.  I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 8/31/16.  I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated: July 20, 2020

                */s/ Beth E. Levine*
                Beth E. Levine (NY Bar No. 2572246)
                Pachulski Stang Ziehl & Jones LLP
                780 Third Avenue, 34th Floor
                New York, NY  10017-2024
                Telephone: (212) 561-7700
                Facsimile:  (212) 561-7777
                Email:  blevine@pszjlaw.com

### ORDER GRANTING MOTION

       IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

**Dated: 7/21/2020**
**Wilmington, Delaware**

                **CHRISTOPHER S. SONTCHI**
                **UNITED STATES BANKRUPTCY JUDGE**