Withdrawal of Claim - case number 20-10553

I **am unable to locate** the Withdrawal of Claim form on the Delaware Court site. Therefore, please consider this my request to withdrawal my claim in case number 20-10553.

Please see below for my information and the details on claim number 2051-1.

**District of Delaware**
**Claims Register**

20-10553-CSS Art Van Furniture, LLC Converted 04/07/2020

| | | |
|---|---|---|
| Judge: Christopher S. Sontchi | Chapter: 7 | |
| Office: Delaware | Last Date to file claims: 06/16/2020 | |
| Trustee: Alfred T. Giuliano | Last Date to file (Govt): 10/05/2020 | |

| Creditor: (14916103)<br>Stacy Miros<br>119 Morewood Road<br>Glenshaw, PA 15116 | Claim No: 2051<br>Original Filed Date: 05/11/2020<br>Original Entered Date: 05/11/2020 | Status:<br>Filed by: CR<br>Entered by: EPOC Filer<br>Modified: |
|---|---|---|

Amount claimed: $4002.73

History:
Details    2051-1    05/11/2020 Claim #2051 filed by Stacy Miros, Amount claimed: $4002.73 (EPOC Filer)

Description:
Remarks:

**Claims Register Summary**

Case Name: Art Van Furniture, LLC
Case Number: 20-10553-CSS
Chapter: 7
Date Filed: 03/08/2020
Total Number Of Claims: 1

| Total Amount Claimed* | $4002.73 |
|---|---|
| Total Amount Allowed* | |

*Includes general unsecured claims