# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ART VAN FURNITURE, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10553 (CSS)<br><br>(Jointly Administered)<br><br>**Re: Docket No. 400** |

### ORDER GRANTING FINAL APPLICATION OF ALIXPARTNERS, LLP AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED FOR THE PERIOD MARCH 19, 2020 THROUGH APRIL 6, 2020

Upon the *Final Application of AlixPartners LLP as Financial Advisor to the Official Committee of Unsecured Creditors for the Allowance of Compensation for Services Rendered for the Period March 19, 2020 Through April 6, 2020* (the "Final Application");[2] and due and proper notice of the Application having been given; and it appearing that no other or further notice is required; and it appearing that the Court has jurisdiction to consider the Application in accordance with 28 U.S.C. §§ 157 and 1334 and the *Standing Order of Reference* dated February 29, 2012; and it appearing that venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and it appearing that the relief requested in the Application is in the best interest of the Committee, the Debtors, the estates, and creditors, and after due deliberation, and sufficient cause appearing,

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Art Van Furniture, LLC (9205); AVF Holding Company, Inc. (0291); AVCE, LLC (2509); AVF Holdings I, LLC (2537); AVF Holdings II, LLC (7472); AVF Parent, LLC (3451); Levin Parent, LLC (8052); Art Van Furniture of Canada, LLC (9491); AV Pure Sleep Franchising, LLC (8968); AVF Franchising, LLC (6325); LF Trucking, Inc. (1484); Sam Levin, Inc. (5198); and Comfort Mattress LLC (4463). The location of the Debtors' service address in these chapter 11 cases is: 6500 East 14 Mile Road, Warren Michigan 48092.

[2] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Application.

**IT IS HEREBY ORDERED THAT:**

1. The Application is granted as provided herein.

2. AlixPartners, LLP is hereby allowed a final allowance of compensation for services rendered to the Official Committee of Unsecured Creditors in the sum of $26,834.50 for the period March 19, 2020 through April 6, 2020.

3. The Debtors are authorized and directed to make payment of the outstanding amount of $26,834.50 within ten (10) days of the entry of this Order.

4. This Court shall retain jurisdiction over any and all matters arising from or related to the interpretation and/or implementation of this Order.

Dated: July 22nd, 2020  
Wilmington, Delaware

**CHRISTOPHER S. SONTCHI**  
**UNITED STATES BANKRUPTCY JUDGE**