# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>ART VAN FURNITURE, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 20-10553 (CSS)<br>Jointly Administered<br><br>Related D.I. No(s).: 770 |

## ORDER GRANTING MOTION OF GUTTMAN COMPANY, INC. FOR THE ALLOWANCE OF ADMINISTRATIVE CLAIM

Upon consideration of *Motion of Guttman Company, Inc. for the Allowance and Payment of Administrative Claims* (the "Motion")[2], and any and all responses to the Motion and hearings related thereto, and the Court having found that (i) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1134, (ii) venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409, (iii) this is a core proceeding pursuant to 28 U.S.C. § 157(b), and (iv) that notice of the Motion was adequate and proper and that no other or further notice of the Motion was required; and the Court having determined that good and sufficient cause appearing therefor; it is hereby **ORDERED** that:

1. The Motion is GRANTED as set forth herein.

2. Guttman Company, Inc. is hereby granted an allowed chapter 11 administrative expense claim pursuant to § 503(b)(9) of the Bankruptcy Code in the amount of $9,080.90 (the "Allowed Claim").

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, include: Art Van Furniture, LLC (9205); AVF Holding Company, Inc. (0291); AVCE, LLC (2509); AVF Holdings I, LLC (2537); AVF Holdings II, LLC (7472); AVF Parent, LLC (3451); Levin Parent, LLC (8052); Art Van Furniture of Canada, LLC (9491); AV Pure Sleep Franchising, LLC (8968); AVF Franchising, LLC (6325); LF Trucking, Inc. (1484); Sam Levin, Inc. (5198); and Comfort Mattress LLC (4463).

[2] Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to them in the Motion.

{C1118588.1}

3. Any distribution on account of the Allowed Claim will be made as and when any other chapter 11 administrative expense claims receive a distribution, per the priorities of the Bankruptcy Code.

4. The Court shall retain jurisdiction over all matters related to the implementation of this Order.

*[Signature]*

Dated: July 23, 2020

{C1118588.1}