# EXHIBIT A

### (Rejected Leases)

| Location | Address | City | State | Zip code | Rejection Date |
|---|---|---|---|---|---|
| Harwood Heights AVF | 7304 W. LAWRENCE AVE, LOT A | HARWOOD HEIGHTS | IL | 60706 | 06/30/20 |
| Hagerstown | 900 PREMIUM OUTLETS BLVD | HAGERSTOWN | MD | 21740 | 06/30/20 |
| Westminster | 1030 BALTIMORE BLVD., SUITE 110 | WESTMINSTER | MD | 21157 | 06/30/20 |
| Affton | 5711 S LINDBERGH | ST. LOUIS | MO | 63123 | 06/30/20 |
| Catonsville | 6415 BALTIMORE NATIONAL PIKE | CATONSVILLE | MD | 21228 | 06/30/20 |
| Downers Grove | 1021 BUTTERFIELD RD | DOWNERS GROVE | IL | 60515 | 06/30/20 |
| Chesterfield | 50400 GRATIOT AVE | CHESTERFIELD | MI | 48051 | 06/30/20 |
| Clinton Township | 33801 S GRATIOT AVE | CLINTON TWP | MI | 48035 | 06/30/20 |
| Flint | 4577 MILLER RD | FLINT | MI | 48507 | 06/30/20 |
| Lansing | 8748 W SAGINAW HWY | LANSING | MI | 48917 | 06/30/20 |
| Traverse Ciy | 27775 NOVI RD | NOVI | MI | 48377 | 06/30/20 |
| Novi | 1775 OAK HOLLOW DR | TRAVERSE CITY | MI | 49684 | 06/30/20 |
| Gurnee | 6911 W. GRAND AVE | GURNEE | IL | 60031 | 06/30/20 |
| Canton | 41661 FORD RD | CANTON | MI | 48187 | 06/30/20 |
| State College | 138 VALLEY VISTA DR | STATE COLLEGE | PA | 16803 | 06/30/20 |
| Fairview | 1776 WEST HWY, 50 WEST | O'FALLON | IL | 62269 | 06/30/20 |