IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re

ART VAN FURNITURE, LLC,
*et al.*,

　　　　　Debtors.

Chapter 7

Case No. 20-10553 (CSS)
Jointly Administered

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of ___Sy Lampl, Esquire___
to represent ___Samalex Trust___
in this action.

/s/ Adam Hiller (DE Bar No. 4105)
Firm Name:　　HILLER LAW, LLC
Address:　　　1500 North French Street
　　　　　　　Wilmington, Delaware 19801
Phone:　　　　(302) 442-7677
Email:　　　　ahiller@adamhillerlaw.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the Commonwealth of Pennsylvania, the United States District Court for the Western District of Pennsylvania, and the United States Court of Appeals for the Third Circuit and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 8/31/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Firm Name:　　Robert O Lampl Law Office
Address:　　　Benedum Trees Building
　　　　　　　223 Fourth Avenue, 4th Floor
　　　　　　　Pittsburgh, PA 15222
Phone:　　　　(412) 392-0330
Email:　　　　*slampl@lampllaw.com*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Dated: July 24th, 2020
Wilmington, Delaware

8/31
7/23/2020

**CHRISTOPHER S. SONTCHI**
**UNITED STATES BANKRUPTCY JUDGE**

Local Form 105