# Court Conference

Calendar Date: 07/24/2020
Calendar Time: 01:00 PM ET

U.S. Bankruptcy Court-District of Delaware
Confirmed Telephonic Appearance Schedule
Honorable Christopher S. Sontchi
#6

*Amended Calendar   Jul 24 2020  9:19AM*

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearing | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Art Van Furniture, LLC | 20-10553 | Hearing | 10740654 | Karen C. Bifferato | (302) 757-7300 ext. | Connolly Gallagher LLP | Claimant, 3503 RP Avondale McDowell / LIVE |
| | | Art Van Furniture, LLC | 20-10553 | Hearing | 10734256 | John D. Demmy | (302) 421-6848 ext. | Saul Ewing Arnstein & Lehr LLP | Creditor, ARCTRUST / LIVE |
| | | Art Van Furniture, LLC | 20-10553 | Hearing | 10745798 | Douglas M. Eppler | (216) 781-1212 ext. | Walter \| Haverfield LLP | Creditor, L&Y Properties-Solon, LLC / LIVE |
| | | Art Van Furniture, LLC | 20-10553 | Hearing | 10734242 | Earle I Erman | (248) 208-0710 ext. | Maddin, Hauser, Roth & Heller, P.C. | Lessor, Rochester K M Partners LLC / LISTEN ONLY |
| | | Art Van Furniture, LLC | 20-10553 | Hearing | 10698015 | J. Cory Falgowski | (302) 830-2312 ext. | Burr & Forman LLP | Creditor, Wells Fargo Bank / LIVE |
| | | Art Van Furniture, LLC | 20-10553 | Hearing | 10736348 | Jennifer Feldsher | (212) 309-6017 ext. | Morgan Lewis & Bockius LLP | Creditor, Wells Fargo Capital Finance / LIVE |
| | | Art Van Furniture, LLC | 20-10553 | Hearing | 10748715 | Craig S. Ganz | (602) 798-5427 ext. | Ballard Spahr LLP | Creditor, STORE / LIVE |
| | | Art Van Furniture, LLC | 20-10553 | Hearing | 10748718 | Alfred T. Giuliano - Trustee | (856) 767-3000 ext. 11 | Giuliano Miller & Co., LLC | Trustee, Alfred T. Giuliano / LIVE |
| | | Art Van Furniture, LLC | 20-10553 | Hearing | 10743167 | Adam Hiller | (302) 442-7677 ext. | Hiller Law | Creditor, Samalex Trust / LIVE |
| | | Art Van Furniture, LLC | 20-10553 | Hearing | 10745792 | Shanti M. Katona | (302) 252-0924 ext. | Polsinelli PC | Creditor, L&Y Properties-Solon, LLC / LIVE |
| | | Art Van Furniture, LLC | 20-10553 | Hearing | 10744069 | Susan E. Kaufman | (302) 472-7420 ext. | Law Office of Susan E. Kaufman, LLC | Interested Party, Taubman Landlords / LIVE |
| | | Art Van Furniture, LLC | 20-10553 | Hearing | 10746998 | Sy Lampl | (412) 392-0330 ext. | Robert O Lampl Law Office | Creditor, Samalex Trust / LIVE |
| | | Art Van Furniture, LLC | 20-10553 | Hearing | 10744213 | Beth E. Levine | (302) 778-6401 ext. | Pachulski Stang Ziehl & Jones | Trustee, Alfred T. Giulianl / LIVE |
| | | Art Van Furniture, LLC | 20-10553 | Hearing | 10746761 | Alexander Lewitt | (561) 443-0818 ext. | Shraiberg, Landau & Page | Creditor, SVAP II Pasadena Crossroads, LLC / LISTEN ONLY |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Art Van Furniture, LLC | 20-10553 | Hearing | 10745807 | Mark Lindsay | (412) 456-8100 ext. | Bernstein-Burkley, PC | Creditor, A & R Properties LP / LIVE |
| | Art Van Furniture, LLC | 20-10553 | Hearing | 10740153 | Kenneth A. Listwak | (302) 777-6520 ext. | Troutman Pepper Hamilton Sanders LLP | Representing, Counsel for CenturyLink Communications, LLC / LISTEN ONLY |
| | Art Van Furniture, LLC | 20-10553 | Hearing | 10735854 | Tung-Yu Liu | (212) 309-6133 ext. | Morgan Lewis & Bockius LLP | Creditor, Wells Fargo / LISTEN ONLY |
| | Art Van Furniture, LLC | 20-10553 | Hearing | 10745565 | Robert C. Maddox | (302) 651-7551 ext. | Richards, Layton & Finger, P.A. | Interested Party, Walnut Capital Partners – Cranberry South, L.P. / LIVE |
| | Art Van Furniture, LLC | 20-10553 | Hearing | 10743325 | Marcy J. McLaughlin Smith | (302) 777-6535 ext. | Troutman Pepper Hamilton Sanders LLP | Creditor, Hilco and Gordon Brothers / LIVE |
| | Art Van Furniture, LLC | 20-10553 | Hearing | 10748793 | Saverio P. Mirarchi | (215) 560-2425 ext. | State of Pennsylvania - Office of Attorney General | Interested Party, Office of Attorney General / LIVE |
| | Art Van Furniture, LLC | 20-10553 | Hearing | 10743146 | Lisa M. Peters | (402) 661-8609 ext. | Kutak Rock LLP | Interested Party, VEREIT Real Estate, L.P., et al. / LISTEN ONLY |
| | Art Van Furniture, LLC | 20-10553 | Hearing | 10745674 | Richard W. Riley | (302) 353-4144 ext. | Whiteford, Taylor & Preston, LLP | Creditor, Gray & Associates / LIVE |
| | Art Van Furniture, LLC | 20-10553 | Hearing | 10744152 | Colin R. Robinson | (302) 778-6426 ext. | Pachulski Stang Ziehl & Jones | Trustee, Alfred T. Giulianl / LIVE |
| | Art Van Furniture, LLC | 20-10553 | Hearing | 10748778 | Laurel D. Roglen | (302) 252-4465 ext. | Ballard Spahr LLP | Creditor, Brixmor Operating Partnership LP / LIVE |
| | Art Van Furniture, LLC | 20-10553 | Hearing | 10744145 | Ashley Rose | (302) 421-6854 ext. | Saul Ewing Arnstein & Lehr LLP | Witness, Ashley Rose / LIVE |
| | Art Van Furniture, LLC | 20-10553 | Hearing | 10744088 | Bradford J. Sandler | (212) 561-7704 ext. | Pachulski Stang Ziehl & Jones | Trustee, Alfred T. Giulianl / LIVE |
| | Art Van Furniture, LLC | 20-10553 | Hearing | 10749021 | Eric Schnabel | (212) 415-9368 ext. | Dorsey & Whitney LLP | Creditor, LCN AVF Warren (MI) LLC; LCN Capital Partners / LIVE |
| | Art Van Furniture, LLC | 20-10553 | Hearing | 10747217 | Igor Shleypak | (312) 863-5083 ext. | Foran Glennon Palandech Ponzi & Rudloff, P.C. | Creditor, Affiliated FM / LIVE |
| | Art Van Furniture, LLC | 20-10553 | Hearing | 10749140 | Gregory W. Werkheiser | (302) 442-7075 ext. | Benesch Friedlander Coplan & Aronoff, LLP | Debtor, Art Van Furniture / LIVE |
| | Art Van Furniture, LLC | 20-10553 | Hearing | 10736387 | Sabin Willett | (617) 951-8775 ext. | Morgan Lewis & Bockius LLP | Creditor, wells fargo bank / LIVE |
| | Art Van Furniture, LLC | 20-10553 | Hearing | 10675695 | Jeffrey Wolf | (617) 310-6041 ext. | Greenberg Traurig, LLP | Interested Party, HGB AVF Lending / LIVE |
| | Art Van Furniture, LLC | 20-10553 | Hearing | 10745812 | Darrell Young | (216) 831-6900 ext. | L&Y Properties-Solon, LLC | Creditor, L&Y Properties-Solon, LLC / LIVE |

# Court Conference

Calendar Date: **07/24/2020**
Calendar Time: **03:00 PM ET**

## U.S. Bankruptcy Court-District of Delaware
### Confirmed Telephonic Appearance Schedule
### Honorable Christopher S. Sontchi
### #6

*Amended Calendar   Jul 24 2020  9:19AM*

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearing | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | IMH Financial Corporation | 20-11858 | Hearing | 10748825 | Christopher H. Bayley | (602) 382-6214 ext. | Snell & Wilmer L.L.P. | Debtor, IMH Financial Corporation / LIVE |
| | | IMH Financial Corporation | 20-11858 | Hearing | 10748722 | William Bowden | (302) 654-1888 ext. | Ashby & Geddes | Debtor, IMH Financial Corporation / LIVE |
| | | IMH Financial Corporation | 20-11858 | Hearing | 10748960 | Jonathan Brohard | (480) 840-8508 ext. | IMH Financial Corporation | Debtor, IMH Financial Corporation / LIVE |
| | | IMH Financial Corporation | 20-11858 | Hearing | 10748769 | Richard S. Cobb | (302) 467-4400 ext. | Landis Rath & Cobb LLP | Interested Party, JP Morgan Chase Funding Inc / LISTEN ONLY |
| | | IMH Financial Corporation | 20-11858 | Hearing | 10748771 | Joshua Divack | (212) 478-7340 ext. | Hahn & Hessen LLP | Interested Party, JP Morgan Chase Funding Inc / LIVE |
| | | IMH Financial Corporation | 20-11858 | Hearing | 10748856 | James Doak | (212) 895-1947 ext. | Miller Buckfire & Co., LLC | Financial Advisor, IMH Financial Corporation / LIVE |
| | | IMH Financial Corporation | 20-11858 | Hearing | 10748739 | Katharina Earle | (302) 654-1888 ext. | Ashby & Geddes | Debtor, IMH Financial Corporation / LIVE |
| | | IMH Financial Corporation | 20-11858 | Hearing | 10748822 | James Florentine | (602) 382-6218 ext. | Snell & Wilmer L.L.P. | Debtor, IMH Financial Corporation / LIVE |
| | | IMH Financial Corporation | 20-11858 | Hearing | 10747746 | Benjamin A. Hackman | (302) 573-6491 ext. | Office of the United States Trustee | Trustee, andrew vara / LIVE |
| | | IMH Financial Corporation | 20-11858 | Hearing | 10748781 | Nicholas Jenner | (302) 467-4400 ext. | Landis Rath & Cobb LLP | Interested Party, JP Morgan Chase Funding Inc / LISTEN ONLY |
| | | IMH Financial Corporation | 20-11858 | Hearing | 10748827 | Steven D. Jerome | (602) 382-6344 ext. | Snell & Wilmer L.L.P. | Debtor, IMH Financial Corporation / LIVE |
| | | IMH Financial Corporation | 20-11858 | Hearing | 10748808 | Benjamin Keenan | (302) 654-1888 ext. 00 | Ashby & Geddes | Debtor, IMH Financial Corporation / LIVE |
| | | IMH Financial Corporation | 20-11858 | Hearing | 10748838 | Molly J. Kjartanson | (602) 229-5442 ext. | Quarles & Brady LLP | Debtor, IMH Financial Corporation / LIVE |
| | | IMH Financial Corporation | 20-11858 | Hearing | 10748764 | Adam G. Landis | (302) 467-4411 ext. | Landis Rath & Cobb LLP | Interested Party, JP Morgan Chase Funding Inc / LIVE |
| | | IMH Financial Corporation | 20-11858 | Hearing | 10748950 | Sam Montes | (480) 840-8322 ext. | IMH Financial Corporation | Debtor, IMH Financial Corporation / LIVE |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | IMH Financial Corporation | 20-11858 | Hearing | 10748736 | Stacy Newman | (302) 654-1888 ext. | Ashby & Geddes | Debtor, IMH Financial Corporation / LIVE |
| | IMH Financial Corporation | 20-11858 | Hearing | 10748975 | Ken Orgeron | (602) 382-6000 ext. | Snell & Wilmer L.L.P. | Debtor, IMH Financial Corporation / LIVE |
| | IMH Financial Corporation | 20-11858 | Hearing | 10748749 | Leslie Pappas | (571) 319-2280 ext. | Bloomberg Law | Media, Bloomberg Law / LISTEN ONLY |
| | IMH Financial Corporation | 20-11858 | Hearing | 10748933 | Chad Parson | (480) 840-8303 ext. | IMH Financial Corporation | Debtor, IMH Financial Corporation / LIVE |
| | IMH Financial Corporation | 20-11858 | Hearing | 10748850 | Jill Perrella | (520) 882-1240 ext. | Snell & Wilmer L.L.P. | Debtor, IMH Financial Corporation / LIVE |
| | IMH Financial Corporation | 20-11858 | Hearing | 10748777 | Matthew R. Pierce | (302) 467-4442 ext. | Landis Rath & Cobb LLP | Interested Party, JP Morgan Chase Funding Inc / LISTEN ONLY |
| | IMH Financial Corporation | 20-11858 | Hearing | 10748831 | Benjamin Reeves | (602) 382-6000 ext. | Snell & Wilmer L.L.P. | Debtor, 20-11858 / LIVE |
| | IMH Financial Corporation | 20-11858 | Hearing | 10748774 | Jeffrey Schwartz | (212) 478-7200 ext. | Hahn & Hessen LLP | Interested Party, JP Morgan Chase Funding Inc / LISTEN ONLY |
| | IMH Financial Corporation | 20-11858 | Hearing | 10748807 | Gregory A. Taylor | (302) 654-1888 ext. | Ashby & Geddes | Debtor, IMH Financial Corporation / LIVE |
| | IMH Financial Corporation | 20-11858 | Hearing | 10748855 | Nellwyn Voorhies | (619) 346-1628 ext. | Donlin, Recano & Company, Inc. | Representing, Claims Agent / LIVE |