# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF Delaware

In re Art Van Furniture, LLC

**Case No. 20-10553-CSS**
**Reporting Period: 06/01/2020 through 06/30/2020**

## MONTHLY OPERATING REPORT

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached | Affidavit/Supplement Attached |
|---|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | x | | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1a | | | |
| Schedule of Professional Fees Paid | MOR-1b | | | |
| Copies of bank statements | | | | |
| Cash disbursements journals | | | | |
| Statement of Operations | MOR-2 | | | |
| Balance Sheet | MOR-3 | | | |
| Status of Postpetition Taxes | MOR-4 | | | |
| Copies of IRS Form 6123 or payment receipt | | | | |
| Copies of tax returns filed during reporting period | | | | |
| Summary of Unpaid Postpetition Debts | MOR-4 | | | |
| Listing of aged accounts payable | MOR-4 | | | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | | | |
| Debtor Questionnaire | MOR-5 | | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents
are true and correct to the best of my knowledge and belief.

_____          _____
Alfred T. Giuliano - Chapter 7 Trustee          Date    7/23/20

# Art Van Furniture, LLC
## Cash Receipts and Disbursements
**For the Period (06/01/2020 - 06/30/2020)**

| | Art Van Furniture, LLC | AVF Parent LLC | AV Pure Sleep Franchising, LLC | LF Trucking, Inc. | Sam Levin, Inc. | Consolidated |
|---|---|---|---|---|---|---|
| | *20-10553* | *20-10558* | *20-10561* | *20-10563* | *20-10564* | |
| **Beginning Cash Balance - June 1, 2020** | 12,239,047.93 | 161,500.51 | 62.06 | - | 2,326,555.73 | 14,727,166.23 |
| Turnover of Bank Funds | 755,698.53 | - | - | 8,274.98 | 45,157.21 | 809,130.72 |
| Turnover of Funds - Other | - | - | - | - | - | - |
| Collection of Accounts Receivable | - | - | - | - | - | - |
| Miscellaneous Refunds | 63,283.61 | - | - | - | 0.35 | 63,283.96 |
| Sale of Assets | 1,026,565.37 | - | - | - | 23,096,002.42 | 24,122,567.79 |
| Interest | 124.03 | - | - | - | 410.97 | 535.00 |
| TOTAL CASH RECEIPTS | 1,845,671.54 | - | - | 8,274.98 | 23,141,570.95 | 24,995,517.47 |
| Payments to Secured Creditor | (178,910.25) | - | - | - | - | (178,910.25) |
| Third Party Services Provided | (3,362,981.36) | - | - | - | (40,240.70) | (3,403,222.06) |
| Payment of Unpaid Commissions | (32,851.07) | | | | | (29,676.92) |
| Sales and Use Tax Paid | (29,676.92) | - | - | - | - | (29,676.92) |
| Bank and Technology Service Fee | (644.33) | - | - | (11.02) | - | (655.35) |
| TOTAL CASH DISBURSEMENTS | (3,605,063.93) | - | - | (11.02) | (40,240.70) | (3,612,464.58) |
| Net activity for the month of June | (1,759,392.39) | - | - | 8,263.96 | 23,101,330.25 | 21,383,052.89 |
| Transfers | - | - | - | - | - | - |
| **Ending Cash Balance - June 30, 2020** | 10,479,655.54 | 161,500.51 | 62.06 | 8,263.96 | 25,427,885.98 | 36,110,219.12 |

# Art Van Furniture, LLC

**Cash Receipts and Disbursements**
For the Period (06/01/2020 - 06/30/2020)

| Trans. Date | [Ref #] / Check # | Paid To / Received From | Description of Transaction | Receipts | Disbursements | Net Activity |
|---|---|---|---|---|---|---|
| | | **Beginning Cash on Hand (6/1/2020)** | | | | $ 12,239,047.93 |
| **Cash Receipts** | | | | | | |
| ***PNC Bank, N.A. (Turnover of Funds)*** | | | | | | |
| 6/5/2020 | {1} | PNC Bank, N.A. | Turnover of Account Ending 0563 | 669,320.31 | | 669,320.31 |
| 6/9/2020 | {1} | PNC Bank, N.A. | Turnover of Account Ending 7586 | 1.00 | | 1.00 |
| 6/9/2020 | {1} | PNC Bank, N.A. | Turnover of Account Ending 9791 | 10,895.53 | | 10,895.53 |
| 6/9/2020 | {1} | PNC Bank, N.A. | Turnover of Account Ending 3523 | 3,807.25 | | 3,807.25 |
| 6/9/2020 | {1} | PNC Bank, N.A. | Turnover of Account Ending 8513 | 3,758.70 | | 3,758.70 |
| 6/9/2020 | {1} | PNC Bank, N.A. | Turnover of Account Ending 7508 | 2,054.11 | | 2,054.11 |
| 6/9/2020 | {1} | PNC Bank, N.A. | Turnover of Account Ending 8476 | 1,420.85 | | 1,420.85 |
| ***Wells Fargo Bank, N.A. (Turnover of Funds)*** | | | | | | |
| 6/9/2020 | {1} | Wells Fargo Bank, N.A. | Turnover of Funds Received 6/2/20 | 11,690.00 | | 11,690.00 |
| ***Huntington National Bank (Turnover of Funds)*** | | | | | | |
| 6/24/2020 | {1} | Huntington National Bank | Turnover of Account Ending 4987 | 52,750.78 | | 52,750.78 |
| | | **Turnover of Bank Funds** | | | | 755,698.53 |
| | | **Turnover of Funds - Other** | | | | - |
| | | **Collections of Accounts Receivable** | | | | - |
| ***Miscellaneous Refunds*** | | | | | | |
| 6/5/2020 | {4} | Willis Towers Watson Midwest, Inc. | Refund re: Cancelled Policy No.: PHFD42266358 001 04/01/19 - 04/01/20 | 4,900.00 | | 4,900.00 |
| 6/5/2020 | {4} | Massachusetts Mutual Life Insurance Co | Prepetition Overpayment re: 401lk 12/27/19 & 01/03/20 Payroll | 53,400.27 | | 53,400.27 |
| 6/9/2020 | {4} | FedEx Services | Refund | 3.50 | | 3.50 |
| 6/9/2020 | {4} | Salesforce.com, Inc. | Invoice No.: N107May20k | 1,080.00 | | 1,080.00 |
| 6/10/2020 | {4} | State of Wisconsin, Unclaimed Property | Turnover of Unclaimed Property | 3,249.71 | | 3,249.71 |
| 6/10/2020 | {4} | Amanda F. Alst | Circuit Court 2012 re: Amanda F. Alst | 10.00 | | 10.00 |
| 6/10/2020 | {4} | American Financial Group, Inc. | Dividend re: 273 Shares | 122.85 | | 122.85 |
| 6/10/2020 | {4} | Maurice Anthony Moner, Jr. | Restitution re: Maurice Anthony Moner, Jr. | 0.54 | | 0.54 |
| 6/10/2020 | {4} | Compass Group | Commission for Period Ending 02/27/20 re: 550 Ring Road, Portage, MI | 74.98 | | 74.98 |
| 6/10/2020 | {4} | Comcast Financial Agency Corp | Refund re: Account No.: 8771100821034699 | 356.51 | | 356.51 |
| 6/10/2020 | {4} | Compass Group | Commission re: Period Ending 02/27/20 re: Holland, MI | 62.56 | | 62.56 |
| 6/11/2020 | {4} | Compass Group | Commission for Period Ending 02/27/20 re: 600 B. Drive North, Battle Creek, MI | 22.69 | | 22.69 |
| | | **Miscellaneous Refunds** | | | | 63,283.61 |
| ***Sale of Assets*** | | | | | | |
| 6/1/2020 | 10105{3} | FI Acquisitions, LLC | Refund re: 30% Reduction in Inventory | (1,996,863.63) | | (1,996,863.63) |
| 6/26/2020 | {3} | American Signature, Inc. | Turnover of Funds Pursuant to Settlement Agreement | 3,023,429.00 | | 3,023,429.00 |
| | | **Sale of Assets** | | | | 1,026,565.37 |
| ***Interest*** | | | | | | |
| 6/30/2020 | Int. | Rabobank, N.A. | Interest posting at 0.0500% | 124.03 | | 124.03 |
| | | **Interest** | | | | 124.03 |
| | | **TOTAL CASH RECEIPTS** | | | | 1,845,671.54 |
| **Cash Disbursements** | | | | | | |
| ***Payment to Secured Creditor*** | | | | | | |
| 6/9/2020 | | Wells Fargo Bank, N.A. | May 2020 ABL Interest & LC | | 178,910.25 | (178,910.25) |
| | | **Payment to Secured Creditor** | | | | (178,910.25) |
| ***Third Party Services Provided*** | | | | | | |
| 6/1/2020 | 140 | Clear Thinking Group | Invoice No.: MLB/WF 2014 Compensation of Professional Fees | | 20,662.50 | (20,662.50) |
| 6/3/2020 | | Williams Refrigeration & Heating, Inc. | Invoice No.: 282394 Refund Due | 300.54 | | 300.54 |
| 6/5/2020 | 141 | Backer Services, Inc. | Invoice No.: 235495 Landscaping | | 765.00 | (765.00) |
| 6/5/2020 | 142 | Louis Bonin | Invoice No.: 002 Services for Period of 5/29/20 - 6/1/20 | | 277.50 | (277.50) |
| 6/8/2020 | 146 | Aon Risk Services Central, Inc. | Policy No.: QT6607K49618ATIL20 Policy Term 3/1/20 - 3/1/21 Balance Due After Cancellation | | 1,269.00 | (1,269.00) |
| 6/9/2020 | 147 | RPS Protection Ltd. | Invoice No.: 12000 for Service Dates of 5/18/20 - 5/24/20 | | 7,850.75 | (7,850.75) |
| 6/9/2020 | 148 | RPS Protection Ltd. | Invoice No.: 12907 for Service Dates of 5/25/20 - 5/31/20 | | 8,562.00 | (8,562.00) |
| 6/9/2020 | 149 | Clear Thinking Group | Invoice No.: MLB/WF 2015 Compensation of Professional Fees | | 18,548.50 | (18,548.50) |
| 6/9/2020 | | ADP, LLC | Full Service Direct Deposit re: Payroll for Period Ending 06/06/20 | | 68,837.71 | (68,837.71) |
| 6/9/2020 | | ADP, LLC | Taxes Debited re: Payroll for Period Ending 06/06/20 | | 36,102.70 | (36,102.70) |
| 6/15/2020 | 208 | Clear Thinking Group | Invoice No.: MLB/WF 2016 Compensation of Professional Fees | | 5,458.50 | (5,458.50) |
| 6/15/2020 | 209 | Morgan, Lewis & Bockius, LLP | Invoice No.: 4458810 Compensation of Professional Fees and Reimbursement of Expenses for Period of May, 2020 | | 99,363.25 | (99,363.25) |
| 6/24/2020 | 210 | Guardian Alarm | Invoice No.: 20886199-A & 20933201-A | | 16,776.74 | (16,776.74) |
| 6/24/2020 | 211 | Clear Thinking Group | Invoice No.: MLB/WF 2017 Compensation of Professional Fees | | 27,850.50 | (27,850.50) |
| 6/24/2020 | 212 | David Winowiecki | Reimbursement of Expense to Purchase Lock | | 201.78 | (201.78) |
| 6/24/2020 | | ADP, LLC | Full Service Direct Deposit re: Payroll for Period Ending 06/20/20 | | 61,930.41 | (61,930.41) |
| 6/24/2020 | | ADP, LLC | Taxes Debited re: Payroll for Period Ending 06/20/20 | | 30,643.41 | (30,643.41) |
| 6/24/2020 | 213 | First Holding Management Company, LLC | Invoice re: Emergency Services for Sprinkler System | | 696.00 | (696.00) |
| 6/25/2020 | 214 | Guardian Alarm | Invoice No.: 2097983-A for Period of 7/1/20 - 7/31/20 | | 8,388.37 | (8,388.37) |
| 6/29/2020 | 215 | Clear Thinking Group | Invoice No.: MLB/WF 2018 Compensation of Professional Fees | | 15,653.00 | (15,653.00) |
| 6/30/2020 | 216 | Absolute Performance, Inc. | Invoice No.: 10003 Support re: Outage at East DC | | 1,000.00 | (1,000.00) |
| 6/30/2020 | 217 | City of Warren - Water | Account Nos.: 400071177, 400111157 & 211923842 | | 4,834.92 | (4,834.92) |
| 6/30/2020 | | LCN Capital Partners (USA) | Rent Costs for 3rd Quarter, 2020 | | 2,927,609.36 | (2,927,609.36) |
| | | **Third Party Services Provided** | | | | (3,362,981.36) |
| ***Payment of Unpaid Commissions*** | | | | | | |
| 6/9/2020 | 150 | Ronald Kovatch | Authorized Pursuant to Cash Collateral Agreement | | 3,270.55 | (3,270.55) |
| 6/9/2020 | 151 | Dargisio Baldassarra | Authorized Pursuant to Cash Collateral Agreement | | 2,944.52 | (2,944.52) |

# Art Van Furniture, LLC

**Cash Receipts and Disbursements**

For the Period (06/01/2020 - 06/30/2020)

| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | Receipts | Disbursements | Net Activity |
|---|---|---|---|---|---|---|
| 6/9/2020 | 152 | Julie Lockwood | Authorized Pursuant to Cash Collateral Agreement | | 2,203.38 | (2,203.38) |
| 6/9/2020 | 153 | Gerald F. Jeter | Authorized Pursuant to Cash Collateral Agreement | | 2,005.31 | (2,005.31) |
| 6/9/2020 | 154 | Ryan A. Orosz | Authorized Pursuant to Cash Collateral Agreement | | 1,736.45 | (1,736.45) |
| 6/10/2020 | 155 | Scott A. Hough | Authorized Pursuant to Cash Collateral Agreement | | 1,614.23 | (1,614.23) |
| 6/10/2020 | 156 | Shawn M. Avery | Authorized Pursuant to Cash Collateral Agreement | | 1,285.37 | (1,285.37) |
| 6/10/2020 | 157 | Melvin L. Frick | Authorized Pursuant to Cash Collateral Agreement | | 1,235.48 | (1,235.48) |
| 6/10/2020 | 158 | Paul D. Cole | Authorized Pursuant to Cash Collateral Agreement | | 1,144.19 | (1,144.19) |
| 6/10/2020 | 159 | Muntaha Riley | Authorized Pursuant to Cash Collateral Agreement | | 1,024.72 | (1,024.72) |
| 6/10/2020 | 160 | Zachery Curtis | Authorized Pursuant to Cash Collateral Agreement | | 915.24 | (915.24) |
| 6/10/2020 | 161 | Larry Stevens | Authorized Pursuant to Cash Collateral Agreement | | 681.42 | (681.42) |
| 6/10/2020 | 162 | Juan H. Linares III | Authorized Pursuant to Cash Collateral Agreement | | 663.78 | (663.78) |
| 6/10/2020 | 163 | Ma Vilma T. McCauley | Authorized Pursuant to Cash Collateral Agreement | | 536.56 | (536.56) |
| 6/10/2020 | 164 | Scott Wojewnik | Authorized Pursuant to Cash Collateral Agreement | | 533.02 | (533.02) |
| 6/10/2020 | 165 | Karl Kunik | Authorized Pursuant to Cash Collateral Agreement | | 486.82 | (486.82) |
| 6/10/2020 | 166 | Michael J. Morelli | Authorized Pursuant to Cash Collateral Agreement | | 474.27 | (474.27) |
| 6/11/2020 | 167 | Monica Fazio | Authorized Pursuant to Cash Collateral Agreement | | 380.01 | (380.01) |
| 6/12/2020 | 168 | Sedrick Green | Authorized Pursuant to Cash Collateral Agreement | | 346.67 | (346.67) |
| 6/12/2020 | 169 | Sean Smith | Authorized Pursuant to Cash Collateral Agreement | | 311.18 | (311.18) |
| 6/12/2020 | 170 | Seth Clayton | Authorized Pursuant to Cash Collateral Agreement | | 310.28 | (310.28) |
| 6/12/2020 | 171 | Jonathan John | Authorized Pursuant to Cash Collateral Agreement | | 290.39 | (290.39) |
| 6/12/2020 | 172 | Shane Clouthier | Authorized Pursuant to Cash Collateral Agreement | | 256.40 | (256.40) |
| 6/12/2020 | 173 | Tim Bunch | Authorized Pursuant to Cash Collateral Agreement | | 243.16 | (243.16) |
| 6/12/2020 | 174 | Beverly Harris | Authorized Pursuant to Cash Collateral Agreement | | 211.14 | (211.14) |
| 6/12/2020 | 175 | Robert A. Aubin | Authorized Pursuant to Cash Collateral Agreement | | 179.58 | (179.58) |
| 6/12/2020 | 176 | Craig Curkee | Authorized Pursuant to Cash Collateral Agreement | | 130.93 | (130.93) |
| 6/12/2020 | 177 | Sheryl Schroeder | Authorized Pursuant to Cash Collateral Agreement | | 57.75 | (57.75) |
| 6/12/2020 | 178 | Andrew Dilts | Authorized Pursuant to Cash Collateral Agreement | | 56.15 | (56.15) |
| 6/12/2020 | 179 | Robert K. Wilson | Authorized Pursuant to Cash Collateral Agreement | | 53.93 | (53.93) |
| 6/12/2020 | 180 | Lawrence Daye | Authorized Pursuant to Cash Collateral Agreement | | 41.19 | (41.19) |
| 6/12/2020 | 181 | Bradley C. Adelson | Authorized Pursuant to Cash Collateral Agreement | | 24.78 | (24.78) |
| 6/12/2020 | 182 | Justin Clark | Authorized Pursuant to Cash Collateral Agreement | | 1,589.60 | (1,589.60) |
| 6/12/2020 | 183 | Hodonou Capo-Chichi | Authorized Pursuant to Cash Collateral Agreement | | 281.77 | (281.77) |
| 6/12/2020 | 184 | Steven Durham | Authorized Pursuant to Cash Collateral Agreement | | 228.09 | (228.09) |
| 6/12/2020 | 185 | Marrlee Garrey | Authorized Pursuant to Cash Collateral Agreement | | 60.00 | (60.00) |
| 6/12/2020 | 186 | Mark Meyer | Authorized Pursuant to Cash Collateral Agreement | | 173.08 | (173.08) |
| 6/12/2020 | 187 | Miguel Antonio David | Authorized Pursuant to Cash Collateral Agreement | | 284.98 | (284.98) |
| 6/12/2020 | 188 | Daniel Kiraz | Authorized Pursuant to Cash Collateral Agreement | | 226.42 | (226.42) |
| 6/12/2020 | 189 | Joseph Linder | Authorized Pursuant to Cash Collateral Agreement | | 235.38 | (235.38) |
| 6/12/2020 | 190 | Alvin Martinez Marte | Authorized Pursuant to Cash Collateral Agreement | | 54.45 | (54.45) |
| 6/12/2020 | 191 | Kevin Amos | Authorized Pursuant to Cash Collateral Agreement | | 65.82 | (65.82) |
| 6/12/2020 | 192 | Jamell Bond | Authorized Pursuant to Cash Collateral Agreement | | 50.75 | (50.75) |
| 6/12/2020 | 193 | Max Doolittle | Authorized Pursuant to Cash Collateral Agreement | | 93.67 | (93.67) |
| 6/12/2020 | 194 | Kevin Aldred | Authorized Pursuant to Cash Collateral Agreement | | 312.31 | (312.31) |
| 6/12/2020 | 195 | Devyn Closs | Authorized Pursuant to Cash Collateral Agreement | | 70.00 | (70.00) |
| 6/12/2020 | 196 | Jeff Laritz | Authorized Pursuant to Cash Collateral Agreement | | 258.19 | (258.19) |
| 6/12/2020 | 197 | Michelle Daniel | Authorized Pursuant to Cash Collateral Agreement | | 66.04 | (66.04) |
| 6/12/2020 | 198 | Brandon Owens | Authorized Pursuant to Cash Collateral Agreement | | 196.15 | (196.15) |
| 6/12/2020 | 199 | Roman Bielecki | Authorized Pursuant to Cash Collateral Agreement | | 259.72 | (259.72) |
| 6/12/2020 | 200 | Barbara Oman | Authorized Pursuant to Cash Collateral Agreement | | 276.92 | (276.92) |
| 6/12/2020 | 201 | David Klozik | Authorized Pursuant to Cash Collateral Agreement | | 278.85 | (278.85) |
| 6/12/2020 | 202 | Edward Lemon | Authorized Pursuant to Cash Collateral Agreement | | 234.62 | (234.62) |
| 6/12/2020 | 203 | Harry Larrigan | Authorized Pursuant to Cash Collateral Agreement | | 55.83 | (55.83) |
| 6/12/2020 | 204 | Donald Lucz | Authorized Pursuant to Cash Collateral Agreement | | 66.14 | (66.14) |
| 6/12/2020 | 205 | Kelley Williams | Authorized Pursuant to Cash Collateral Agreement | | 71.23 | (71.23) |
| 6/12/2020 | 206 | Rodney Eberle | Authorized Pursuant to Cash Collateral Agreement | | 1,323.25 | (1,323.25) |
| 6/12/2020 | 207 | Kenaniah Ressler | Authorized Pursuant to Cash Collateral Agreement | | 388.96 | (388.96) |
| | | **Payment of Unpaid Commissions** | | | | **(32,851.07)** |
| ***Sales and Use Tax Paid*** | | | | | | |
| 6/8/2020 | 143 | Ohio Department of Taxation | FEIN No.: 38-1749205 Account No.: 21036704 Period of 3/9/20 - 3/31/20 re: Sales & Use Tax | | 11,365.54 | (11,365.54) |
| 6/8/2020 | 144 | Ohio Department of Taxation | FEIN No.: 38-1749205 Account No.: 48486633 Period of 3/9/20 - 3/31/20 re: Sales & Use Tax | | 1,325.68 | (1,325.68) |
| 6/8/2020 | 145 | Ohio Department of Taxation | FEIN No.: 38-1749205 Account No.: 48483550 Period of 3/9/20 - 3/31/20 re: Sales & Use Tax | | 16,985.70 | (16,985.70) |
| | | **Sales and Use Tax Paid** | | | | **(29,676.92)** |
| ***Bank Service Charges*** | | | | | | |
| 6/30/2020 | | Rabobank, N.A. | Bank and Technology Services Fee | | 644.33 | (644.33) |
| | | **Bank Service Charges** | | | | **(644.33)** |
| | | **TOTAL CASH DISBURSEMENTS** | | | | **(3,605,063.93)** |
| | | **Net Cash Activity through 06/30/20** | | | | **(1,759,392.39)** |
| | | **Ending Cash Balance** | | | | **10,479,655.54** |

# AVF Parent LLC

## Cash Receipts and Disbursements

**For the Period (06/01/2020 - 06/30/2020)**

| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | Receipts | Disbursements | Net Activity |
|---|---|---|---|---|---|---|
| | | Beginning Cash on Hand (6/1/2020) | | | | $ 161,500.51 |
| **Cash Receipts** | | | | | | |
| | | Turnover of Bank Funds | | | | - |
| | | Turnover of Funds - Other | | | | - |
| | | Collection of Accounts Receivable | | | | - |
| | | Miscellaneous Refunds | | | | - |
| | | Sale of Assets | | | | - |
| | | TOTAL CASH RECEIPTS | | | | - |
| **Cash Disbursements** | | | | | | |
| | | Payments to Secured Creditor | | | | - |
| | | Third Party Services Provided | | | | - |
| | | Bank Service Charges | | | | - |
| | | TOTAL CASH DISBURSEMENTS | | | | - |
| | | Net Cash Activity through 06/30/20 | | | | - |
| | | Ending Cash Balance | | | | 161,500.51 |

# AV Pure Sleep Franchising, LLC

## Cash Receipts and Disbursements

**For the Period (06/01/2020 - 06/30/2020)**

| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | Receipts | Disbursements | Net Activity |
|---|---|---|---|---|---|---|
| | | Beginning Cash on Hand (6/1/2020) | | | | $ 62.06 |
| **Cash Receipts** | | | | | | |
| | | Turnover of Bank Funds | | | | - |
| | | Turnover of Funds - Other | | | | - |
| | | Collection of Accounts Receivable | | | | - |
| | | Miscellaneous Refunds | | | | - |
| | | Sale of Assets | | | | - |
| | | TOTAL CASH RECEIPTS | | | | - |
| **Cash Disbursements** | | | | | | |
| | | Payments to Secured Creditor | | | | - |
| | | Third Party Services Provided | | | | - |
| | | Bank Service Charges | | | | - |
| | | TOTAL CASH DISBURSEMENTS | | | | - |
| | | Net Cash Activity through 06/30/20 | | | | - |
| | | Ending Cash Balance | | | | 62.06 |

# LF Trucking Inc.
## Cash Receipts and Disbursements
**For the Period (06/01/2020 - 06/30/2020)**

| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | Receipts | Disbursements | Net Activity |
|---|---|---|---|---|---|---|
| | | **Beginning Cash on Hand (6/1/2020)** | | | | $          - |
| **Cash Receipts** | | | | | | |
| *PNC Bank, N.A. (Turnover of Funds)* | | | | | | |
| 6/5/2020 | {1} | PNC Bank, N.A. | Turnover of Account Ending 4307 | 8,274.98 | | 8,274.98 |
| | | **Turnover of Bank Funds** | | | | **8,274.98** |
| | | **Turnover of Funds - Other** | | | | - |
| | | **Collection of Accounts Receivable** | | | | - |
| | | **Miscellaneous Refunds** | | | | - |
| | | **Sale of Assets** | | | | - |
| | | **TOTAL CASH RECEIPTS** | | | | **8,274.98** |
| **Cash Disbursements** | | | | | | |
| | | **Payments to Secured Creditor** | | | | - |
| | | **Third Party Services Provided** | | | | - |
| *Bank Service Charges* | | | | | | |
| 6/30/20 | | Rabobank, N.A. | Bank and Technology Services Fee | | 11.02 | (11.02) |
| | | **Bank Service Charges** | | | | **(11.02)** |
| | | **TOTAL CASH DISBURSEMENTS** | | | | **(11.02)** |
| | | **Net Cash Activity through 06/30/20** | | | | **8,263.96** |
| | | **Ending Cash Balance** | | | | **8,263.96** |

# Sam Levin, Inc.

## Cash Receipts and Disbursements

**For the Period (06/01/2020 - 06/30/2020)**

| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | Receipts | Disbursements | Net Activity |
|---|---|---|---|---|---|---|
| | | Beginning Cash on Hand (6/1/2020) | | | | $ 2,326,555.73 |
| **Cash Receipts** | | | | | | |
| *First Commonwealth Bank (Turnover of Funds)* | | | | | | |
| 6/5/2020 | {1} | First Commonwealth Bank | Turnover of Account Ending 4466 | 173.56 | | 173.56 |
| 6/5/2020 | {1} | First Commonwealth Bank | Turnover of Account Ending 5331 | 20,674.12 | | 20,674.12 |
| *PNC Bank, N.A. (Turnover of Funds)* | | | | | | |
| 6/5/2020 | {1} | PNC Bank, N.A. | Turnover of Account Ending 5739 | 24,309.53 | | 24,309.53 |
| | | **Turnover of Bank Funds** | | | | 45,157.21 |
| | | **Turnover of Funds - Other** | | | | - |
| | | **Collections of Accounts Receivable** | | | | - |
| *Miscellaneous Refunds* | | | | | | |
| 6/9/20 | {2} | Dish | Refund re: 707080462505 | 0.35 | | 0.35 |
| | | **Miscellaneous Refunds** | | | | **0.35** |
| *Sale of Assets* | | | | | | |
| 6/1/20 | {6} | Levin Furniture, LLC & Levin Trucking, LLC | Asset Purchase Agreement re: Inventory Valuation & Equipment Valuation [Docket No.:573] | ########### | | 15,096,002.42 |
| 6/1/20 | {6} | Levin Furniture, LLC & Levin Trucking, LLC | Asset Purchase Agreement re: Customer Claim Advance [Docket No.: 573] | 8,000,000.00 | | 8,000,000.00 |
| | | **Sale of Assets** | | | | 23,096,002.42 |
| *Interest* | | | | | | |
| 6/30/20 | Int. | Rabobank, N.A. | Interest posting at 0.0500% | 410.97 | | 410.97 |
| | | **Interest** | | | | **410.97** |
| | | **TOTAL CASH RECEIPTS** | | | | 23,141,570.95 |
| **Cash Disbursements** | | | | | | |
| | | **Payment to Secured Creditor** | | | | - |
| *Third Party Services Provided* | | | | | | |
| 6/1/20 | 107 | Scott H. Barber | Reimbursement for Milage 348 Miles @ $ .575 | | 200.10 | (200.10) |
| 6/5/20 | 108 | Youghiogheny Valley Specialty Services LLC | Invoices: 83306, 83322 & 83344 Uniform Guard for Period of 5/1/20 - 5/17/20 | | 10,040.60 | (10,040.60) |
| 6/10/20 | 109 | International Sureties, Ltd | Premium Due for Case Bond for Period of 06/01 20 - 06/01/21 | | 30,000.00 | (30,000.00) |
| | | **Third Party Services Provided** | | | | **(40,240.70)** |
| | | **Sales and Use Tax Paid** | | | | - |
| | | **Bank Service Charges** | | | | - |
| | | **TOTAL CASH DISBURSEMENTS** | | | | (40,240.70) |
| | | **Net Cash Activity through 06/30/20** | | | | 23,101,330.25 |
| | | **Ending Cash Balance** | | | | 25,427,885.98 |