## Exhibit 1

**Budget**

*Cash Collateral Budget (30 Week)*

| | Act | | | | | | | | | | | | |
|---|---:|---:|---:|---:|---:|---:|---:|---:|---:|---:|---:|---:|---:|
| **Cash Receipts** | | | | | | | | | | | | | |
| Turnover of Bank Account Funds | $ 1,482 | | | | | | | | | | | | |
| Inventory Sales | 20,353 | | | | | | | | | | | | |
| ASI Proceeds | 3,055 | 1,126 | 1,541 | 1,618 | 1,883 | 2,188 | 2,562 | 2,547 | 2,249 | 1,655 | 1,272 | 983 | 807 | 1,058 |
| License Fee | 3,000 | | | | | | | | | | | | | |
| Accounts Receivable | 2 | | | | | | | | | | | | | |
| FF&E Sales | 285 | | | | | | | | | | | | | |
| IP | 250 | | | | | | | | | | | | | |
| Bellwood Property | | | | | | | | | | 943 | | | 1,000 | |
| IRS Tax Refunds | | | | | | | | | | | | | | |
| Return Insurance Premium | 1,000 | | | | | | | | | | | | 1,056 | |
| Rolling Stock Levin | | | | | | | | | | | | | | |
| Rolling Stock Auction | | | | | | | | | | 5,000 | | | | |
| Levin Customer Deposits | | | | | | | 1,000 | | | | | | | |
| Merchant Credit Card Charge Back Escrow | | | | | | | | 5,000 | | 1,000 | | | 1,000 | |
| Visa Master Card | | | | | | | | | | | | | 1,000 | |
| Refunds & De Minimis Cash Receipts | 525 | | | | | | | | | | | | | |
| Dividends | 266 | | | | | | | | | | | | | |
| Insurance Claim | | | | 1,469 | | | | | | | | | | |
| **Total Cash Receipts** | $ 30,258 | $ 1,126 | $ 1,541 | $ 1,618 | $ 3,352 | $ 2,188 | $ 3,562 | $ 7,547 | $ 2,249 | $ 8,598 | $ 1,272 | $ 983 | $ 4,863 | $ 1,058 |
| **Operating Disbursements** | | | | | | | | | | | | | | |
| Sales Tax | $ (822) | | | | | | | | | | | | | |
| Payroll | (233) | | | | | | | | | | | | | |
| Benefits | (226) | | | | | | | | | | | | | |
| Transfer Costs | (428) | (205) | (148) | (82) | (76) | (76) | (76) | (76) | (58) | | | | | |
| **OCCUPANCY** | | | | | | | | | | | | | | |
| March (Post Petition CH11) | | | | | | | | | | | | | (4,169) | |
| April (Post Petition CH11) | | | | | | | | | | | | | (848) | |
| April (Post Conversion CH7) | | | | | | | | | | | | | (3,459) | |
| May (CH 7) | | | (2,133) | | | | | | | (2,133) | | | | |
| June (CH 7) | | | (2,138) | | | | | | | (2,138) | | | | |
| July (CH 7) | | 487 | (1,114) | | | | | | | (1,114) | | | | |
| July (Sub Rent) | | | | | | | | | | | | | | |
| Aug (CH 7) | | | | | | | | | | (263) | | | | |
| LCM | (2,928) | | | | | | | | | | | | (2,179) | |
| Distribution Center Security | (74) | (8) | (36) | (24) | (8) | (8) | (8) | (8) | (8) | | | | | |
| Inventory Adjustment | (3,997) | | | | | | | | | | | | | |
| Warehouse Inventory | (50) | | | | | | | | | | | | | |
| Corporate Other - Levin TSA | | (3) | (8) | (8) | (8) | (8) | (2) | (2) | (2) | | | | | |
| Corporate Other | | | | | | | | | | | | | | |
| Administrative Staff | (592) | (22) | (21) | (21) | (21) | (16) | (16) | (16) | (16) | (11) | (11) | (11) | (11) | |
| IT Support | (71) | | | | (55) | | | | (23) | | | | (23) | |
| Other Operating / Utilities | (30) | | | | | | | | | | | | | |
| **Total Operating Disbursements** | $ (7,261) | $ 248 | $ (5,599) | $ (135) | $ (168) | $ (108) | $ (108) | $ (102) | $ (102) | $ (107) | $ (5,659) | $ (11) | $ (11) | $ (10,689) | $ - |
| **Non-Operating Disbursements** | | | | | | | | | | | | | | |
| Lender Fees & Interest | $ (5493) | $ (190) | | $ | | | | | | | | | | |
| Insurance Payments | (3,200) | | | | (129) | | | | | | | | | |
| Trustee Fee | (3,186) | (34) | (46) | (49) | (101) | (66) | (107) | (226) | (67) | (258) | (38) | (29) | (146) | (32) |
| Trustee Surety Bond | (17) | | | (619) | | | | | | | | | | |
| Trustee - Pro Fees | (3,000) | | | | (750) | | | | (750) | | | | | |
| ABL Lender - Pro Fees | (997) | (10) | (10) | (410) | | | | | | | | | | |
| Pre-petition Trust Tax | | | | | | | | | | | | | | |
| Hilco Admin Claim | | | | | | | | | | | | | (2,948) | |
| Contingency | (133) | (50) | (83) | (74) | (75) | (72) | (25) | (25) | (25) | | | | (1,447) | |
| **Total Non-Operating Disbursements** | $ (9,079) | $ (284) | $ (139) | $ (533) | $ (1,054) | $ (138) | $ (132) | $ (251) | $ (842) | $ (258) | $ (38) | $ (29) | $ (4,541) | $ (32) |
| **Non-Cash Items** | | | | | | | | | | | | | | |
| Trustee Fee | $ 4,180 | $ 34 | $ 46 | $ 49 | $ 851 | $ 66 | $ 107 | $ 226 | $ 817 | $ 258 | $ 38 | $ 29 | $ 146 | $ 32 |
| **Net Cash Flow** | $ 18,107 | $ 1,124 | $ (4,150) | $ 999 | $ 2,980 | $ 2,009 | $ 3,435 | $ 7,420 | $ 2,117 | $ 2,939 | $ 1,261 | $ 972 | $ (10,222) | $ 1,058 |
| Beginning Book Cash | $ 18,350 | $ 28,457 | $ 29,581 | $ 12,931 | $ 13,930 | $ 15,442 | $ 7,450 | $ 10,885 | $ 18,305 | $ 12,263 | $ 15,202 | $ 16,464 | $ 17,436 | $ 7,214 |
| Total Disbursements | (17,151) | (2) | (5,692) | (619) | (372) | (180) | (127) | (127) | (132) | (5,659) | (11) | (11) | (15,085) | (1,720) |
| Payment of Accrued Trustee and Fees | | | | | | | | | | (5,159) | | | | |
| Cash Receipts | 30,258 | 1,126 | 1,541 | 1,618 | 3,352 | 2,188 | 3,562 | 7,547 | 2,249 | 8,598 | 1,272 | 983 | 4,863 | 1,058 |
| Merchant Credit Card Charge Back Escrow | | | | | | | | | (3,000) | | | | | |
| Insurance Claim | | | (12,500) | | (1,469) | | | | | | | | | |
| ABL Paydown | | | | | (10,000) | | | | | | | | | |
| Ending Book Cash | $ 28,457 | $ 29,581 | $ 12,931 | $ 13,930 | $ 15,442 | $ 7,450 | $ 10,885 | $ 18,305 | $ 12,263 | $ 15,202 | $ 16,464 | $ 17,436 | $ 7,214 | $ 6,552 |
| **Ending ABL Balance** | $ 34,024 | $ 34,024 | $ 21,524 | $ 20,055 | $ 20,055 | $ 10,055 | $ 10,055 | $ 10,055 | $ 7,055 | $ 7,055 | $ 7,055 | $ 7,055 | $ 7,055 | $ 7,055 |

* This analysis does not include any recoveries from preferences of which there approximately $150M in total gross disbursements