**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| ART VAN FURNITURE, LLC, *et al.*,[1] | ) | Case No. 20-10553 (CSS) |
| Debtors. | ) | (Jointly Administered) |
| | ) | **Re: Docket No. 606** |

**CERTIFICATION OF COUNSEL REGARDING PROPOSED ORDER APPROVING STIPULATION RESOLVING REQUEST FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIMS**

The undersigned counsel to Alfred T. Giuliano, Chapter 7 Trustee (the "Trustee") of the debtors in the above-captioned chapter 7 cases (collectively, the "Debtors") hereby certifies as follows:

1. On March 8, 2020 (the "Petition Date"), the Debtors each filed a voluntary petition for relief pursuant to chapter 11 of Bankruptcy Code.

2. On April 6, 2020, the Court entered an order converting the Debtors' chapter 11 cases to cases under chapter 7 of the Bankruptcy Code [D.I. 263], effective as of 12:00 a.m. (prevailing Eastern Time) on April 7, 2020 (the "Conversion Date"), and on April 7, 2020, Trustee was appointed as interim trustee of the Debtors' chapter 7 cases [D.I. 264]

3. L&Y Properties – Solon, LLC (together "L&Y" or "Claimant") is the owner of certain real property (the "Premises"), in which the Debtors operated certain of their retail

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Art Van Furniture, LLC (9205); AVF Holding Company, Inc. (0291); AVCE, LLC (2509); AVF Holdings I, LLC (2537); AVF Holdings II, LLC (7472); AVF Parent, LLC (3451); Levin Parent, LLC (8052); Art Van Furniture of Canada, LLC (9491); AV Pure Sleep Franchising, LLC (8968); AVF Franchising, LLC (6325); LF Trucking, Inc. (1484); Sam Levin, Inc. (5198); and Comfort Mattress LLC (4463). The location of the Debtors' service address in these chapter 11 cases is: 6500 East 14 Mile Road, Warren Michigan 48092.

locations pursuant to written leases of nonresidential real property (individually, a "Lease," and collectively, the "Leases").

4. On June 4, 2020, L&Y filed its *Motion of L&Y Properties – Solon, LLC, for an Order to Allow and Pay Administrative Claim for Rent and Related Charges* [Docket No. 606] (the "Motion") seeking allowance and payment of L&Y's administrative expenses.

5. The Trustee and L&Y entered into negotiations to resolve the Motion and have entered into a stipulation (the "Stipulation") resolving their disputes related to the Motion and to set the allowed amounts of L&Y's administrative expenses.

6. Attached hereto as **Exhibit A** is a proposed form of order (the "Proposed Order") approving the Stipulation.

7. Accordingly, the Trustee respectfully requests entry of the Proposed Order at the Court's earliest convenience.

*[Reminder of Page Intentionally Left Blank]*

Dated: August 28, 2020

**PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Colin R. Robinson*
Bradford J. Sandler (DE Bar No. 4142)
Jason H. Rosell (CA Bar No. 269126)
Colin R. Robinson (DE Bar No. 5524)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899 (Courier 19801)
Telephone: 302-652-4100
Facsimile: 302-652-4400
E-mail: bsandler@pszjlaw.com
jrosell@pszjlaw.com
crobinson@pszjlaw.com

*Counsel for the Chapter 7 Trustee*