# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 7 |
| ART VAN FURNITURE, LLC, *et al.*,[1] | ) Case No. 20-10553 (CSS) |
| Debtors. | ) (Jointly Administered) |
| | ) **Re: Docket No. 880** |

### CERTIFICATION OF COUNSEL REGARDING PROPOSED ORDER APPROVING STIPULATION RESOLVING REQUEST FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIMS

The undersigned counsel to Alfred T. Giuliano, Chapter 7 Trustee (the "Trustee") of the debtors in the above-captioned chapter 7 cases (collectively, the "Debtors") hereby certifies as follows:

1. On March 8, 2020 (the "Petition Date"), the Debtors each filed a voluntary petition for relief pursuant to chapter 11 of Bankruptcy Code.

2. On April 6, 2020, the Court entered an order converting the Debtors' chapter 11 cases to cases under chapter 7 of the Bankruptcy Code [D.I. 263], effective as of 12:00 a.m. (prevailing Eastern Time) on April 7, 2020 (the "Conversion Date"), and on April 7, 2020, Trustee was appointed as interim trustee of the Debtors' chapter 7 cases [D.I. 264]

3. Gowe Leasing Limited (together "Gowe" or "Claimant") is the owner of certain real property (the "Premises"), in which the Debtors operated certain of their retail locations

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Art Van Furniture, LLC (9205); AVF Holding Company, Inc. (0291); AVCE, LLC (2509); AVF Holdings I, LLC (2537); AVF Holdings II, LLC (7472); AVF Parent, LLC (3451); Levin Parent, LLC (8052); Art Van Furniture of Canada, LLC (9491); AV Pure Sleep Franchising, LLC (8968); AVF Franchising, LLC (6325); LF Trucking, Inc. (1484); Sam Levin, Inc. (5198); and Comfort Mattress LLC (4463). The location of the Debtors' service address in these chapter 11 cases is: 6500 East 14 Mile Road, Warren Michigan 48092.

2

pursuant to written leases of nonresidential real property (individually, a "Lease," and collectively, the "Leases").

4. On August 5, 2020, Gowe filed its *Motion of Gowe Leasing Limited for the Payment of Administrative Claim for Unpaid Rent* [Docket No. 880] (the "Motion") seeking allowance and payment of Gowe's administrative expenses.

5. The Trustee and Gowe entered into negotiations to resolve the Motion and have entered into a stipulation (the "Stipulation") resolving their disputes related to the Motion and to set the allowed amounts of Gowe's administrative expenses.

6. Attached hereto as **Exhibit A** is a proposed form of order (the "Proposed Order") approving the Stipulation.

7. Accordingly, the Trustee respectfully requests entry of the Proposed Order at the Court's earliest convenience.

*[Reminder of Page Intentionally Left Blank]*

DOCS_DE:230547.1 05233/003

Dated:  September 8, 2020

**PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Colin R. Robinson*
Bradford J. Sandler (DE Bar No. 4142)
Jason H. Rosell (CA Bar No. 269126)
Colin R. Robinson (DE Bar No. 5524)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899 (Courier 19801)
Telephone: 302-652-4100
Facsimile: 302-652-4400
E-mail: bsandler@pszjlaw.com
         jrosell@pszjlaw.com
         crobinson@pszjlaw.com

*Counsel for the Chapter 7 Trustee*