# **<u>Exhibit A</u>**

Gutman Declaration

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 7 |
| ) | |
| ART VAN FURNITURE, LLC, *et. al.*,[1] ) | Case No 20-10553 (CSS) |
| ) | |
| Debtors. ) | Jointly Administered |
| ) | |

## DECLARATION OF ANDY GUTMAN

I, Andy Gutman, hereby declare as follows:

1. I have personal knowledge of the facts contained herein and, if called upon as a witness in this matter, I could and would competently testify as to those facts.

2. I am the authoirzed agent of Elston Acquisition LLC ("Landlord"), the landlord (as successor in interest by assignment from JPMCC 2007-C! North Elston Avenue, LLC ) under that certain Lease Agreement, dated as of April 9, 2013 (as amended, supplemented, or otherwise restated, the "Lease"), pursuant to which Art Van Furniture, LLC (the "Debtor") leases property located at 2606 North Elston Avenue, Chicago IL, 60647 (the "Premises")

3. I submit this declaration in support of the *Motion of Elston Acquisition, LLC for an Order that (A) Allows Its Chapter 11 and Chapter 7 Administrative Expense Claims and (B) Compels the Chapter 7 Trustee to Immediately Pay the Administrative Expense Claims* (the "Motion").

4. A true and correct copy of the Lease is attached to the Motion as Exhibit B.

---

[1] The Debtors in these cases, along with the last four digits of each Debtors' federal EIN, are as follows: Art Van Furniture, LLC (9205); AVF Holding Company, Inc. (0291); AVCE, LLC (2509); AVF Holdings I, LLC (2537); AVF Holdings II, LLC (7472); AVF Parent, LLC (3451); Levin Parent, LLC (8052); Art Van Furniture of Canada, LLC (9491.); AV Pure Sleep Franchising, LLC (8968); AVF Franchising, LLC (6325); LF Trucking, Inc. (1484); Sam Levin, Inc. (5198); and Comfort Mattress LLC (4463). The location of the Debtors' service address in these chapter 11 cases is: 6500 East 14 Mile Road, Warren Michigan 48092.

5. Pursuant to Section 2 of the Lease, the Debtor is obligated to pay Minimum Monthly Rent for the Premises on or before the first (1st) day of each month. Additionally, in the event the Debtor does not pay Landlord any amount due under the Lease when such sum is due, the Lease entitles Landlord to collect a late fee in the amount in the amount of "the greater of (i) Five Hundred Dollars ($500.00), or (ii) two percent (2%) of the unpaid amount," as well as interest calculated at a rate of ten percent (10%) per annum.

6. Pursuant to Sections 6 of the Lease, the Debtor is also obligated to pay certain taxes and additional rent to Landlord, including real estate taxes assessed with respect to the Premises. *See* Lease, § 6.

7. The Debtor has not paid any of its obligations under the Lease that have arisen or accrued from March 8, 2020 (the "Petition Date") through July 29, 2020 (the "Rejection Date").

8. As of the date of this Declaration, the Debtor owes Landlord the following amounts for the period from the Petition Date through the Rejection Date:

|  | March 8- March 31 (Stub Rent) | April 1 - April 6 (Chapter 11 Admin Rent) | April 7 – April 30 (Chapter 7 Admin Rent) | May (Chapter 7 Admin Rent) | June (Chapter 7 Admin Rent) | July 1 – July 29 (Chapter 7 Admin Rent) |
|---|---|---|---|---|---|---|
| RENT | $34,064.52 | $8,800.00 | $35,200.00 | $44,000.00 | $44,000.00 | $41,151.29 |
| REAL ESTATE TAXES | $16,984.88 | $4,378.46 | $17,513.84 | $21,892.30 | $21,892.30 | $21,892.30 |
| TOTAL | $51,049.40 | $13,178.46 | $52,713.84 | $65,892.30 | $65,892.30 | $63,043.59 |

9. As of the date of this Declaration, the Debtor owes Landlord an amount no less than $311,769.89 for the period from the Petition Date through the Rejection Date. The amount due to Landlord for the period March 8, 2020 through April 6, 2020 (as a Chapter 11 administrative

11165052_1

claim) is $64,227.86[2], and the amount due to Landlord for the period April 7, 2020 through July 29, 2020 (as a Chapter 7 administrative claim) is 247,542.03.

8 I declare under penalty of perjury that the foregoing is true and correct.

Executed this ___ day of September 2020, in Southfield, MI.

_____
Andy Gutman

---

[2] Such amount includes stub rent in the amount of $51,049.40 for the period from the Petition Date through and including March 31, 2020.