IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| ART VAN FURNITURE, LLC, *et. al.*,[1] | ) | Case No 20-10553 (CSS) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**Hearing Date: Oct. 16, 2020 at 01:00 P.M.**
**Objection Deadline: Sept. 22, 2020 at 5:00 P.M.**

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on September 8, 2020, Elston Acquisition LLC (the "Landlord") filed the Motion of Elston Acquisition, LLC for an Order that (A) Allows Its Chapter 11 and Chapter 7 Administrative Expense Claims and (B) Compels the Chapter 7 Trustee to Immediately Pay the Administrative Expense Claims (the "Motion") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court").

PLEASE TAKE FURTHER NOTICE that any responses or objections to the Motion must be in writing, filed with the Clerk of the Bankruptcy Court and served upon and received by the undersigned counsel for the Landlord at or before **4:00 p.m. (Eastern Time) on September 22, 2019**.

PLEASE TAKE FURTHER NOTICE that if an objection is timely filed, served and received and such objection is not otherwise timely resolved, a hearing to consider such

---

[1] The Debtors in these cases, along with the last four digits of each Debtors' federal EIN, are as follows: Art Van Furniture, LLC (9205); AVF Holding Company, Inc. (0291); AVCE, LLC (2509); AVF Holdings I, LLC (2537); AVF Holdings II, LLC (7472); AVF Parent, LLC (3451); Levin Parent, LLC (8052); Art Van Furniture of Canada, LLC (9491.); AV Pure Sleep Franchising, LLC (8968); AVF Franchising, LLC (6325); LF Trucking, Inc. (1484); Sam Levin, Inc. (5198); and Comfort Mattress LLC (4463). The location of the Debtors' service address in these chapter 11 cases is: 6500 East 14 Mile Road, Warren Michigan 48092.

objection and the Motion will be held before The Honorable Christopher S. Sontchi at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware 19801 on **October 16, 2020 at 1:00 p.m. (Eastern Time)**.

**IF NO OBJECTIONS TO THE MOTION ARE TIMELY FILED, SERVED AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

| | |
|---|---|
| Dated: September 8, 2020<br>Wilmington, Delaware | FAEGRE DRINKER BIDDLE & REATH LLP<br><br> /s/ Joseph N. Argentina, Jr.<br>Joseph N. Argentina, Jr. (Del. Bar No. 5453)<br>222 Delaware Avenue, Suite 1410<br>Wilmington, DE 19801<br>Tel: (302) 467-4200<br>Fax: (302) 467-4201<br>Joseph.Argentina@faegredrinker.com<br><br>*Attorneys for Elston Acquisition LLC* |

ACTIVE.124983903.01