

# Art Van Furniture

www.artvan.com

**RETAIL CENTER**
630 SEMINOLE RD
MUSKEGON MI 49441
(231) 733-2141

Invoice: 59 - 0831615
Date: 8/25/19

FILED

For Service Call (800) 662-0038

| Sold to: | Delivered to: | Salesperson: |
|---|---|---|
| Kimyonna Stalling | Kimyonna Stalling | 33220 Stacie |
| 1284 W Dale Ave Apt 2 | 1284 W Dale Ave Apt 2 | |
| Muskegon Mi 49441  2251 | Muskegon Mi 49441  2251 | |
| Home : (517) 388-8065 | Home : (517) 388-8065  290-9266 | |
| Work : ( )  - | Work : ( )  - | |
| Cross Streets: Cpu | | |

2020 SEP 10  AM 9: 23

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

| TP | Qty | SKU# | Description | Delivery Date | P s | Via | Price | Extended Price | Reg Price |
|---|---|---|---|---|---|---|---|---|---|
| RT | 1 | 510121092 | Horizon Round Mirror/Silver/39x39 | | | | 149.99 | 149.99 | 149.99 |
| LY | 1 | 700000048 | Future/Refund | | | | 158.99 | 158.99 | |

*tP and tPt hot pouder*

*Maintain all fuctions Follow through*

** 60 Day Lay-a-Way - Inventory is NOT Held - Payments must be made Every 14 Days, Orders witho... Payment Received may be Cancelled. Please
Contact the store for More Information
 Special Instructions:
In Store Credit Only No Refunds
** TO LEARN MORE ABOUT THE CARE AND PROTECTION FOR YOUR PURCHASE VISIT WWW.ARTVAN.COM/SERVICES

*Correct Address:*
*751 Leonard Ave*
*Muskegon, Mich. 49442*

### Deposit Summary

| | | | |
|---|---|---|---|
| Cash | .00 | Taxable Subtotal: | 149.99CR |
| Check | .00 | Sales Tax | 9.00CR |
| SYNCB | .00 | Non-Tax Subtotal: | 158.99 |
| SYNCB Down Payment | .00 | | |
| other Finance | .00 | Invoice Total: | .00 |
| Credit Cards | .00 | Deposit amount: | .00 |
| Gift Certificate | .00 | | |
| | | Previous Paid: | .00 |
| | | Invoice Balance: | .00 |
| | | Amount Financed: | .00 |
| | | Outstanding Balance: | .00 |

I have had the opportunity to read Art Van's Terms and Conditions as printed on both sides of this invoice and I agree to them. If payment is made by check, delivery of title to the merchandise is subject to collection of the check. If Payment is made by credit card, the purchase is subject to the terms of the applicable credit agreement.

Signature Suppressed
For Your Protection                    08/25/2019
Buyers Signature                       Date

8/25/19 17:04:39