**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| ART VAN FURNITURE, LLC *et al.*, | Case No.: 20-10553 (CSS) |
| Debtors. | (Jointly Administered) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Ralph E. McDowell to represent Gary A. Van Elslander, as trustee of the Archie A. Van Elslander Trust and Archie A. Van Elslander Trust.

Dated: September 21, 2020        SMITH, KATZENSTEIN & JENKINS LLP

*/s/ Kathleen M. Miller*
Kathleen M. Miller (No. 2898)
1000 West Street, Suite 1501
Wilmington, DE  19801
Telephone: (302) 652-8400
Email: KMiller@skjlaw.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the State of Michigan and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Revised Standing Order for District Court Fund, effective 8/30/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.

Signed: *Ralph E. McDowell*

Date: September 18, 2020

Ralph E. McDowell
BODMAN PLC
6th Floor at Ford Field
1901 St. Antoine Street
Detroit, Michigan 48226
Office: 313-393-7592
email: rmcdowell@bodmanlaw.com