IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| Art Van Furniture, LLC | ) | |
| | ) | Case No. 20-10553 |
| Debtor. | ) | |
| | ) | |
| _____ | ) | |
| | ) | |

NOTICE OF WITHDRAWAL OF CLAIM

Creditor Name:  Matthew Senska
Claim Number:  3271
Filing Date:  6/16/2020