# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 7 |
|  | ) |  |
| ART VAN FURNITURE., *et al.*,[1] | ) | Case No. 20-10553 (CSS) |
|  | ) |  |
|  | ) | Jointly Administered |
|  | ) |  |
| Debtors. | ) |  |
|  | ) |  |

## NOTICE OF AMENDED MOTION OF BANC OF AMERICA LEASING & CAPITAL, LLC TO COMPEL PAYMENT OF ADMINISTRATIVE CLAIM FOR POST-PETITION LEASE OBLIGATIONS

TO: ANY PARTY THAT HAS REQUESTED SERVICE PURSUANT TO BANKRTUPCY COURT RULE 2002

**PLEASE TAKE NOTICE** that on or about September 30, 2020, Banc of America Leasing & Capital, LLC filed its Amended Motion to Compel Payment of Administrative Claim for Post-Petition Lease (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that any response or objection to the entry of a final order with respect to the relief sought in the Motion must be

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, include: Art Van Furniture, LLC (9205); AVF Holding Company, Inc. (0291); AVCE, LLC (2509); AVF Holdings I, LLC (2537); AVF Holdings II, LLC (7472): AVF Parent, LLC (3451); Levin Parent, LLC (8052); Art Van Furniture of Canada, LLC (9491); AV Pure Sleep Franchising, LLC (8968); AVF Franchising, LLC (6325); LF Trucking, Inc. (1484); Sam Levin, Inc. (5198); and Comfort Mattress LLC (4463).  The location of the Debtors' service address in these Chapter 11 cases is: 6500 East 14 Mile Road, Warren, Michigan 48092.
.

1

filed with the Bankruptcy Court on or before **October 9, 2020 at 4:00 p.m. (Eastern time).**

**PLEASE TAKE FURTHER NOTICE** that at the same time you must also serve a copy of the response or objection upon the following counsel:

| | |
|---|---|
| Jason C. Powell, Esq. | Eric R. von Helms, Esquire |
| The Powell Firm, LLC | Kohner, Mann & Kailas, S.C. |
| 1201 N. Orange Street, Suite 500 | 4650 North Port Washington Road |
| P.O. Box 289 | 2nd Floor North |
| Wilmington, DE 19899 | Milwaukee, WI 53212 |
| jpowell@delawarefirm.com | evonhelms@kmksc.com |

**PLEASE TAKE FURTHER NOTICE** THAT IF YOU FAIL TO RESPONSE IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

**PLEASE TAKE FURTHER NOTICE THAT A HEARING ON THE MOTION WILL BE HELD ON <u>October 16, 2020 at 1:00 p.m. (Eastern time)</u>** before the Honorable Christopher S. Sontchi, Chief United States Bankruptcy Judge, at the United States Bankruptcy Court for the District of Delaware, 824 N.

Market Street, Fifth Floor, Courtroom 6, Wilmington, Delaware 19801.

| | |
|---|---|
| Date: September 30, 2020 | THE POWELL FIRM, LLC |
| | /s/ Jason C. Powell |
| | Jason C. Powell, Esquire (No. 3768) |
| | 1201 North Orange Street, #500 |
| | P.O. Box 289 |
| | Wilmington, Delaware 19899 |
| | Phone: 302-650-1572 |
| | Fax: 302-650-1574 |
| | Email: jpowell@delawarefirm.com |
| | |
| | -and- |
| | |
| | KOHNER, MANN & KAILAS, S.C. |
| | |
| | /s/ Eric R. von Helms |
| | Eric R. von Helms, Esq. |
| | Wisconsin Bar ID: 1043206 |
| | 4650 North Port Washington Road |
| | 2nd Floor North |
| | Milwaukee, Wisconsin 53212 |
| | Telephone: (414) 962-5110 |
| | Facsimile: (414) 962-8725 |
| | Email: evonhelms@kmksc.com |
| | |
| | *Counsel to Banc of America Leasing & Capital, LLC.* |