

4135 Vondell Parkway
Lansing, MI 48917
Phone: (517) 322-3110
Fax: (517) 322-3143
www.walkerstts.com
general@walkerstts.com

Walker's Truck & Trailer
R Stamp: R-2327
Cargo Tank: CT13706
Repair Facility: F166911

**Date: Mar 05 2020**                **Invoice 77879**                **Terms: Net 30**

Customer  ART VAN FURNITURE, INC.
Address   6500 E 14 MILE RD
          WARREN, MI 48092-1295
Phone     517-231-3592
Email     dkrause@artvan.com

Unit Number  555
Make         KENWORTH
Model        T270
Year         2017
VIN          2NKHHM6X5HM165286
Mileage      117632

| Item | Description | Price | Quantity | | Extended Price |
|---|---|---|---|---|---|
| 1 | **WON'T GO INTO GEAR** | | | | |
| | COMPLAINT: STARTED UNIT UP SATURDAY UNIT WENT INTO GEAR AND DROVE AROUND BUILDING FINE. PARKED UNIT AND LET SIT FOR A WHILE, STARTED BACK UP WENT INTO GEAR FINE AND BACKED INTO LOADING DOCK. AFTER BACKING IN AND LOADING TRUCK, UNIT WOULD NOT GO INTO DRIVE. THEY DISCONNECTED BATTERY AND LET SIT FOR HALF HOUR AND RECONNECTED BATTERY. TRUCK STARTED AND WENT ONTO GEAR FINE AND DROVE STRAIGHT TO US. | | | | |
| | CORRECTION: WENT ON SERVICE CALL TO CUSTOMER LOCATION, INSPECTED UNIT FOR CUSTOMER COMPLAINT, NO ISSUES FOUND. ADVISED CUSTOMER AND INSPECTED WITH CUSTOMER, THEY WILL BRING UNIT TO WALKER'S SHOP. | | | | |
| | ONCE RETURNED TO SHOP, SCANNED UNIT FOR CUSTOMER COMPLAINT, NO FAULTS APPEARED. INSPECTED FURTHER, FOUND ARNES MOTOR SHIFTING ERRATICALLY, REMOVED AND REPLACED MOTOR. SENT TO DEALER FOR WARRANTY. TESTED OPERATION, NO ISSUES FOUND. | | | | |
| | *ONCE WE RECEIVE A WARRANTY CREDIT, WE WILL CREATE A NEW CREDIT INVOICE AND RETURN THAT TO YOU. | | | | |
| SBW-ACT810-01 | ACTUATOR - HORIZONTAL | $1,279.09 | 1.00 | Each | $1,279.09 |
| Labor | Jacob Walters (M256789) | $110.00 | 2.50 | Hour | $275.00 |
| Labor | Jason Higgins (M269492) | $110.00 | 1.60 | Hour | $176.00 |
| **Parts Subtotal: $1,279.09** | | **Labor Subtotal: $451.00** | | | **Task Subtotal: $1,730.09** |

Parts Total: $1,279.09
Labor Total: $451.00
Invoice Subtotal: $1,730.09
Environmental Fee: $22.55
Tax: $78.10
**Invoice Total: $1,830.74**

---

**Picked Up By:**

Sign: _____  Print: _____  Date: _____

The factory warranty constitutes all of the warranties with respect to the sale of this (these) items. The seller expressly disclaims all warranties, either express or implied, including any implied warranty of merchantability or fitness for a particular purpose.

# DETROIT AUTO ELECTRIC

21040 COOLIDGE HIGHWAY • OAK PARK • MICHIGAN • 48237
PHONE: (248) 543-8805 • FAX: (248) 543-7248

SEPEMBER 2, 2020

To:

ART VAN FURNITURE

6500 14 MILE ROAD

WARREN, MI 48092

RE: VEHICLE GARAGE KEEPER'S LIEN

VIN # 2NKHHM6X0HM165289

YEAR: 2017

MAKE: KENWORTH

ATTACHED: INVOICE #  144350 02/21/20, 144360 02/28/20

ATTACHED: LIEN APPLICATION

To Whom It May Concern,

This is a statement that all lienholders are being notified of the garage keeper's lien and have the right to take possession of the vehicle after paying the amount due of $5,196.31 for the completed repair.

Shawn Castle

Officer

Enclosures: #6 PAGES

CC: Susan Cetnar

# INVOICE

**Invoice #:** 144360  
**Invoice Date:** 2/28/2020

**Bill To:** ART VAN FURNITURE  
6500 14 MILE ROAD  
WARREN, MI 48092

**DETROIT AUTO ELECTRIC**  
AV DAE  
ART VAN FURNITURE  
6500 EAST 14 MILE RD  
WARREN, MI 48092

Date: 9/2/2020 at 3:07 PM Coordinated Universal Time

Page 1 of 4

## Unit: 558 - AV DAE (A. Straights)

**Company:** ART VAN  **Store Location:** 101

| Date / Time (In-Out) | Status | Repair Class | Serial Number | License | Meter Reading(s) |
|---|---|---|---|---|---|
| Date In: 2/28/2020 | CLOSED | Scheduled | 2NKHHM6X0HM165289 | BA89949 | 92,498 Miles |
| Date Out: 2/28/2020 | | | | | 5,479 Hours |
| Time In: | Location | Repair Stage | | | |
| Time Out: | AV DAE | COMPLETE | | | |

Year: 2017

**Mechanic Instructions / Complaints**

**Parts**

# INVOICE

**Invoice #:** 144360  
**Invoice Date:** 2/28/2020

**Bill To:** ART VAN FURNITURE  
6500 14 MILE ROAD  
WARREN, MI 48092

DETROIT AUTO ELECTRIC  
AV DAE  
ART VAN FURNITURE  
6500 EAST 14 MILE RD  
WARREN, MI 48092

Date: 9/2/2020 at 3:07 PM Coordinated Universal Time

Page 2 of 4

**Unit: 558 - AV DAE (A. Straights)**

| Company: | ART VAN | Store Location: | 101 |
|---|---|---|---|

| Date / Time (In-Out) | Status | Repair Class | Serial Number | License | Meter Reading(s) |
|---|---|---|---|---|---|
| Date In: 2/28/2020 | CLOSED | Scheduled | 2NKHHM6X0HM165289 | BA89949 | 92,498 Miles |
| Date Out: 2/28/2020 | | | | | 5,479 Hours |
| Time In: | Location | Repair Stage | | | |
| Time Out: | AV DAE | COMPLETE | | | |

Year: 2017

| VMRS Code | Part Number | Description | Failure Code | Qty | Price Per | Price Subtotal | Tax | Total |
|---|---|---|---|---|---|---|---|---|
| 002-000-000 Cab & Sheet Metal | | WELD MAT | | 0.00 | $0.00 | $12.00 | $0.72 | $12.72 |
| 013-000-000 Brakes | | FRONT BRAKE DRUMS | | 2.00 | $198.95 | $397.90 | $23.87 | $421.77 |
| 013-000-000 Brakes | | SETS FRONT BRAKE | | 2.00 | $103.60 | $207.20 | $12.43 | $219.63 |
| 013-000-000 Brakes | | HUB CAP COVERS | | 2.00 | $47.86 | $95.72 | $5.74 | $101.46 |
| 027-000-000 Transmission - Automatic | | EXT TRANS FILTER | | 1.00 | $19.95 | $19.95 | $1.20 | $21.15 |
| 027-000-000 Transmission - Automatic | | TRANS FLUID | | 1.00 | $18.99 | $18.99 | $1.14 | $20.13 |
| 031-000-000 Charging System | | BELT ASSEMBLY | | 1.00 | $89.95 | $89.95 | $5.40 | $95.35 |
| 031-000-000 Charging System | | TENSIONER | | 1.00 | $206.12 | $206.12 | $12.37 | $218.49 |
| 034-000-000 Lighting System | | BULBS | | 4.00 | $0.89 | $3.56 | $0.21 | $3.77 |
| 034-000-000 Lighting System | | BULBS | | 2.00 | $3.49 | $6.98 | $0.42 | $7.40 |
| 034-000-000 Lighting System | | LIGHT | | 1.00 | $19.99 | $19.99 | $1.20 | $21.19 |
| 034-000-000 Lighting System | | GROMET | | 1.00 | $2.99 | $2.99 | $0.18 | $3.17 |
| 034-000-000 Lighting System | | WIRE MAT | | 0.00 | $0.00 | $4.00 | $0.24 | $4.24 |
| MSC-000-000 Miscellaneous | 1 | SHOP SUPPLIES | | 1.00 | $10.00 | $10.00 | $0.60 | $10.60 |
| PMS-000-000 Preventative Maintenance | | OIL | | 20.00 | $4.29 | $85.80 | $5.15 | $90.95 |
| PMS-000-000 Preventative Maintenance | | OIL FILTER | | 1.00 | $14.73 | $14.73 | $0.88 | $15.61 |
| PMS-000-000 Preventative Maintenance | | FUEL FILTER | | 1.00 | $40.95 | $40.95 | $2.46 | $43.41 |
| PMS-000-000 Preventative Maintenance | | FUEL SEPERATOR FILTER | | 1.00 | $45.18 | $45.18 | $2.71 | $47.89 |
| PMS-000-000 Preventative Maintenance | | GREASE | | 1.00 | $6.00 | $6.00 | $0.36 | $6.36 |
| PMS-000-000 Preventative Maintenance | | LUBE | | 1.00 | $2.99 | $2.99 | $0.18 | $3.17 |
| PMS-000-000 Preventative Maintenance | | BRAKE CLEAN | | 1.00 | $4.75 | $4.75 | $0.29 | $5.04 |
| PMS-000-000 Preventative Maintenance | | STORAGE FEE | | 0.00 | $0.00 | $2,780.00 | $0.00 | $2,780.00 |
| PMS-000-000 Preventative Maintenance | | WASHER SALVENT | | 1.00 | $3.71 | $3.71 | $0.22 | $3.93 |
| PMS-000-000 Preventative Maintenance | | WIPERS | | 2.00 | $14.95 | $29.90 | $1.79 | $31.69 |
| | | | | | | | | $4,189.12 |

Dossier Fleet Asset Maintenance Solutions

DSR1051.0010

# INVOICE

**Invoice #:** 144360  
**Invoice Date:** 2/28/2020

**Bill To:** ART VAN FURNITURE  
6500 14 MILE ROAD  
WARREN, MI 48092

DETROIT AUTO ELECTRIC  
AV DAE  
ART VAN FURNITURE  
6500 EAST 14 MILE RD  
WARREN, MI 48092

Date: 9/2/2020 at 3:07 PM Coordinated Universal Time

Page 3 of 4

## Unit: 558 - AV DAE (A. Straights)

| | | | | | |
|---|---|---|---|---|---|
| **Company:** ART VAN | **Store Location:** 101 | | | | |
| **Date / Time (In-Out)** | **Status** | **Repair Class** | **Serial Number** | **License** | **Meter Reading(s)** |
| Date In: 2/28/2020 | CLOSED | Scheduled | 2NKHHM6X0HM165289 | BA89949 | 92,498 Miles |
| Date Out: 2/28/2020 | | | | | 5,479 Hours |
| Time In: | **Location** | **Repair Stage** | | | |
| Time Out: | AV DAE | COMPLETE | | | |
| | | | Year: 2017 | | |

### Parts

### Labor

| VMRS Code Work Accomplished | Failure Code | Method | Date | Time In | Time Out | Hours | Rate | Subtotal | Tax | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 002-000-000 Cab & Sheet Metal 24 (Repair) | | STRAIGHT TIME | 02/28/20 | | | 1.5 | $78.00 | $117.00 | $0.00 | $117.00 |
| 013-000-000 Brakes 03 (Replace with New) | | STRAIGHT TIME | 02/28/20 | | | 3.5 | $78.00 | $273.00 | $0.00 | $273.00 |
| 013-000-000 Brakes 01 (Adjust) | | STRAIGHT TIME | 02/28/20 | | | 0.5 | $78.00 | $39.00 | $0.00 | $39.00 |
| 027-000-000 Transmission - Automatic 03 (Replace with New) | | STRAIGHT TIME | 02/28/20 | | | 0.25 | $78.00 | $19.50 | $0.00 | $19.50 |
| 031-000-000 Charging System 03 (Replace with New) | | STRAIGHT TIME | 02/28/20 | | | 1.5 | $78.00 | $117.00 | $0.00 | $117.00 |
| 034-000-000 Lighting System 03 (Replace with New) | | STRAIGHT TIME | 02/28/20 | | | 0.75 | $78.00 | $58.50 | $0.00 | $58.50 |
| 034-000-000 Lighting System 03 (Replace with New) | | STRAIGHT TIME | 02/28/20 | | | 1 | $78.00 | $78.00 | $0.00 | $78.00 |
| PMS-000-000 Preventative Maintenance B (PM Level B) | | STRAIGHT TIME | 02/28/20 | | | 3.25 | $78.00 | $253.50 | $0.00 | $253.50 |

$955.50

Dossier Fleet Asset Maintenance Solutions

DSR1051.0010

# INVOICE

| | | |
|---|---|---|
| **Invoice #:** 144360 | **Bill To:** ART VAN FURNITURE | **DETROIT AUTO ELECTRIC** |
| **Invoice Date:** 2/28/2020 | 6500 14 MILE ROAD | AV DAE |
| | WARREN, MI 48092 | ART VAN FURNITURE |
| | | 6500 EAST 14 MILE RD |
| | | WARREN, MI 48092 |

Date: 9/2/2020 at 3:07 PM Coordinated Universal Time                                  Page 4 of 4

## Unit: 558 - AV DAE (A. Straights)

| Company: | ART VAN | Store Location: | 101 | | |
|---|---|---|---|---|---|
| **Date / Time (In-Out)** | **Status** | **Repair Class** | **Serial Number** | **License** | **Meter Reading(s)** |
| Date In:  2/28/2020 | CLOSED | Scheduled | 2NKHHM6X0HM165289 | BA89949 | 92,498 Miles |
| Date Out: 2/28/2020 | | | | | 5,479 Hours |
| Time In: | **Location** | **Repair Stage** | | | |
| Time Out: | AV DAE | COMPLETE | | | |
| | | | Year: 2017 | | |

### Work Performed

| VMRS System | Repair Reason | Work Description |
|---|---|---|
| PMS Preventative Maintenance | PM Services | PM SERVICE.  R&R FUEL SEPERATOR FILTER & CLEAN BOWL.   CLEAN CAB & WINDOWS.<br>R&R WIPERS.<br>PERFORMED DOT INSPECTION. |
| 013 Brakes | PM Services | INSPECT & ADJUST BRAKES ON 2 AXLES.<br>R&R FRONT BRAKE SHOES AND DRUMS.  ALSO REPLACED BROKEN HUBCAP COVERS. |
| 027 Transmission - Automatic | PM Services | R&R EXTERNAL TRANS FILTER. |
| 034 Lighting System | PM Services | R&R SIX LIGHT BULBS ON FRONT OF TRUCK.<br>R&R RIGHT FRONT CORNER CAP LIGHT AND REPAIR WIRING INSIDE TRUCK. |
| 031 Charging System | PM Services | R&R BELT ASSEMBLY AND TENSIONER. |
| 002 Cab & Sheet Metal | PM Services | STRAIGHTEN AND WELD REAR BUMPER. |
| MSC Miscellaneous | MSC | You are entitled by law to the return of all parts replaced except those which are too heavy or large, and those required to be sent back to the manufacturer or distributor because warranty work or an exchange agreement. you are entitled to inspect the parts which cannot be returned to you. Save____ Discard____ Signature_____.<br>I hereby authorize the above repair work to be done along with the necessary materials, and hereby grant you and/or your employee permission to operate the vehicle herein described on streets, highways or elsewhere for the purpose of testing and/or inspection. An express mechanic's lien is hereby acknowledged on above vehicle to secure the amount of repairs thereto.  A storage charge of $20.00 a day will accrue if vehicle is not picked up from Detroit Auto Electric on the tenth day repairs were completed.X_____.<br>Estimated increased total $_____ Authorized by: _____<br>Repairs Performed by: _____.<br>CERTIFICATION: All repairs and parts listed were furnished in compliance with the Michigan auto repair act (P.A. 300) X_____ |

| | |
|---:|---:|
| Parts | $4,109.36 |
| Parts Tax | $79.76 |
| Labor | $955.50 |
| Labor Tax | $0.00 |
| **Grand Total** | **$5,144.62** |

Dossier Fleet Asset Maintenance Solutions                                                                                                      DSR1051.0010

# INVOICE

Invoice #: 144350  
Invoice Date: 2/21/2020

Bill To:  
ART VAN FURNITURE  
6500 14 MILE ROAD  
WARREN, MI 48092

DETROIT AUTO ELECTRIC  
AV DAE  
ART VAN FURNITURE  
6500 EAST 14 MILE RD  
WARREN, MI 48092  
Page 1 of 2

Date: 9/2/2020 at 2:54 PM Coordinated Universal Time

## Unit: 558 - AV DAE (A. Straights)

| Company: | ART VAN | Store Location: | 101 |
|---|---|---|---|

| Date / Time (In-Out) | Status | Repair Class | Serial Number | License | Meter Reading(s) |
|---|---|---|---|---|---|
| Date In: 2/21/2020 | CLOSED | Unscheduled | 2NKHHM6X0HM165289 | BA89949 | 92,483 Miles |
| Date Out: 2/21/2020 | | | | | 5,478 Hours |
| Time In: | Location | Repair Stage | | | |
| Time Out: | AV DAE | COMPLETE | | | |
| | | | Year: 2017 | | |

**Mechanic Instructions / Complaints**

### Parts

| VMRS Code | Part Number | Description | Failure Code | Qty | Price Per | Price Subtotal | Tax | Total |
|---|---|---|---|---|---|---|---|---|
| 013-000-000 Brakes | | FUSE | | 1.00 | $1.97 | $1.97 | $0.12 | $2.09 |
| MSC-000-000 Miscellaneous | 1 | SHOP SUPPLIES | | 1.00 | $10.00 | $10.00 | $0.60 | $10.60 |
| | | | | | | | | $12.69 |

### Labor

| VMRS Code Work Accomplished | Failure Code | Method | Date | Time In | Time Out | Hours | Rate | Subtotal | Tax | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 013-000-000 Brakes 03 (Replace with New) | | STRAIGHT TIME | 02/21/20 | | | 0.5 | $78.00 | $39.00 | $0.00 | $39.00 |
| | | | | | | | | | | $39.00 |

### Work Performed

| VMRS System | Repair Reason | Work Description |
|---|---|---|
| 013 Brakes | Routine Work | CHECK REAR BRAKE LIGHTS, INOPERABLE. R&R FUSE, WILL FOLLOW UP AT PM SERVICE TO CONFIRM THAT HARNESS IS OK. |
| MSC Miscellaneous | MSC | You are entitled by law to the return of all parts replaced except those which are too heavy or large, and those required to be sent back to the manufacturer or distributor because warranty work or an exchange agreement. you are entitled to inspect the parts which cannot be returned to you. Save___ Discard___ Signature_____. I hereby authorize the above repair work to be done along with the necessary materials, and hereby grant you and/or your employee permission to operate the vehicle herein described on streets, highways or elsewhere for the purpose of testing and/or inspection. An express mechanic's lien is hereby acknowledged on above vehicle to secure the amount of repairs thereto.  A storage charge of $20.00 a day will accrue if vehicle is not picked up fromDetroit Auto Electric on the tenth day repairs were completed.X_____. Estimated increased total $_____ Authorized by: _____ Repairs Performed by: _____. CERTIFICATION: All repairs and parts listed were furnished in compliance with the Michigan auto repair act (P.A. 300) X_____ |

|  |  |
|---|---|
| Parts | $11.97 |
| Parts Tax | $0.72 |
| Labor | $39.00 |

# INVOICE

**Invoice #:** 144350  
**Invoice Date:** 2/21/2020

**Bill To:**  
ART VAN FURNITURE  
6500 14 MILE ROAD  
WARREN, MI 48092

DETROIT AUTO ELECTRIC  
AV DAE  
ART VAN FURNITURE  
6500 EAST 14 MILE RD  
WARREN, MI 48092

Date: 9/2/2020 at 2:54 PM Coordinated Universal Time

Page 2 of 2

### Unit: 558 - AV DAE (A. Straights)

**Company:** ART VAN          **Store Location:** 101

| Date / Time (In-Out) | Status | Repair Class | Serial Number | License | Meter Reading(s) |
|---|---|---|---|---|---|
| Date In: 2/21/2020 | CLOSED | Unscheduled | 2NKHHM6X0HM165289 | BA89949 | 92,483 Miles |
| Date Out: 2/21/2020 | | | | | 5,478 Hours |
| Time In: | Location | Repair Stage | | | |
| Time Out: | AV DAE | COMPLETE | | | |

Year: 2017

| | |
|---|---:|
| Labor Tax | $0.00 |
| Grand Total | $51.69 |

Dossier Fleet Asset Maintenance Solutions

DSR1051.0010



4135 Vondell Parkway
Lansing, MI 48917
Phone: (517) 322-3110
Fax: (517) 322-3143
www.walkerstts.com
general@walkerstts.com

Walker's Truck & Trailer
R Stamp: R-2327
Cargo Tank: CT13706
Repair Facility: F166911

| Date: Feb 26 2020 | Invoice 77817 | Terms: Net 30 |
|---|---|---|

| | | | |
|---|---|---|---|
| Customer | ART VAN FURNITURE, INC. | Unit Number | 555 |
| Address | 6500 E 14 MILE RD | Make | KENWORTH |
| | WARREN, MI 48092-1295 | Model | T270 |
| Phone | 517-231-3592 | Year | 2017 |
| Email | dkrause@artvan.com | VIN | 2NKHHM6X5HM165286 |
| | | Mileage | 117152 |

| Item | Description | Price | Quantity | Extended Price |
|---|---|---|---|---|
| 1 | **TRANSMISSION LIGHT WAS ON - WOULDN'T GO INTO GEAR - NOW MOVING - 10 MINUTES BEFORE IT WOULD GO INTO GEAR** | | | |
| | SCANNED UNIT FOR CUSTOMER COMPLAINT, NO FAULTS APPEARED. RAN UNIT AROUND LOT, COULD NOT MESS UP.  FOUND IF YOU DO NOT LET TRUCK AIR UP PROPERLY, DASH LIGHTS COME ON WARNING YOU NOT TO GO INTO GEAR, SIMILAR TO WHAT WAS DESCRIBED BY DRIVER. | | | |
| Labor | Nehemiah Merchant (M232959) | $110.00 | 0.70  Hour | $77.00 |
| **Labor Subtotal: $77.00** | **Task Subtotal: $77.00** | | | |
| 2 | **COMPLETED REPAIRS INSPECTED AND APPROVED** | | | |
| | TEST DROVE UNIT DOWN THE ROAD, NO ISSUES FOUND, SHIFTING THROUGH THE GEARS PROPERLY. | | | |
| Labor | Jeremy Saltzman (M265668) | $110.00 | 0.50  Hour | $55.00 |
| **Labor Subtotal: $55.00** | **Task Subtotal: $55.00** | | | |

Parts Total: $0.00
Labor Total: $132.00
Invoice Subtotal: $132.00
Environmental Fee: $6.60
Tax: $0.40
**Invoice Total: $139.00**

**Picked Up By:**

Sign: _____    Print: _____    Date: _____

The factory warranty constitutes all of the warranties with respect to the sale of this (these) items. The seller expressly disclaims all warranties, either express or implied, including any implied warranty of merchantability or fitness for a particular purpose.