# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 7 |
| ART VAN FURNITURE., *et al.*,[1] | ) Case No. 20-10553 (CSS) |
|  | ) Jointly Administered |
| Debtors. | ) Docket No. _____ |

## ORDER GRANTING AMENDED MOTION OF BANC OF AMERICA LEASING & CAPITAL, LLC TO COMPEL PAYMENT OF ADMINISTRATIVE CLAIM FOR POST-PETITION LEASE OBLIGATIONS

Upon consideration of the Motion of BANC OF AMERICA LEASING & CAPITAL, LLC ("BALC") to Compel Payment of Post-Petition Lease Obligations and Motion for Relief from Stay Concerning Personal Property, dated June 19, 2020 (Docket No. 679), as further amended by the Amended Motion of Banc of America Leasing & Capital, LLC to Compel Payment of Administrative Claim for Post-Petition Lease Obligations (the "Amended Motion"); with the Court having found that it has jurisdiction over the Motion pursuant to 28 U.S.C. § 1334; that venue of the Amended Motion is proper in this Court pursuant to 28 U.S.C. § 1409; that the

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, include: Art Van Furniture, LLC (9205); AVF Holding Company, Inc. (0291); AVCE, LLC (2509); AVF Holdings I, LLC (2537); AVF Holdings II, LLC (7472): AVF Parent, LLC (3451); Levin Parent, LLC (8052); Art Van Furniture of Canada, LLC (9491); AV Pure Sleep Franchising, LLC (8968); AVF Franchising, LLC (6325); LF Trucking, Inc. (1484); Sam Levin, Inc. (5198); and Comfort Mattress LLC (4463). The location of the Debtors' service address in these Chapter 11 cases is: 6500 East 14 Mile Road, Warren, Michigan 48092.
.

1

Amended Motion is a core matter under 28 U.S.C. § 157 (b)(2); and the Court having found that notice of the Amended Motion was given in accordance with the applicable Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules; and the Court, having reviewed the Amended Motion and having considered the statements of counsel with respect to the Amended Motion at the hearing, if any; and the Court having considered any objections to the requested relief; and after due deliberation, and good and sufficient cause appearing, it is hereby ORDERED that:

1. The Amended Motion is GRANTED as described in this Order.

2. BALC shall have the following allowed administrative priority expense claims (the "Administrative Claims"):

    (a) $147,728.11 for unpaid rents owed to BALC for the period after the March 8, 2020 Petition Date and before the August 13, 2020 Rejection Date;

    (b) $115,912.28 for the Stipulated Loss Value for the Missing Vehicles;

    (c) $19,114.36, for the costs incurred to date by BALC for the repairs to the Repaired Vehicles and transporting the Vehicles;

    (d) The additional costs and expenses which may still be incurred by BALC in repairing, transporting, and selling the Vehicles at auction;

3. The Chapter 7 Trustee shall pay BALC the Administrative Claims described in Paragraphs 2(a) through (c) within ten days of the entry of this Order.

4. The Chapter 7 Trustee shall pay BALC the Administrative Claims described in Paragraph 2(d) within ten days BALC presenting the Chapter 7 Trustee with costs and expenses described in Paragraph 2(d).

5. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

_____
Honorable Christopher S. Sontchi
United States Bankruptcy Court