## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on September 30, 2020, he caused the foregoing to be electronically filed with the Clerk of the Court using the ECF system that will send notification of such filing to the parties indicated on the Notice of Electronic Filing, and that the foregoing is also being served on the parties listed below via regular U.S. Mail:

Bradford J. Sandler, Esquire
Colin R. Robinson, Esquire
Pachulski Stang Ziehl & Jones, LLP
919 N. Market Street, 17th Floor
Wilmington, DE 19801

Benjamin A. Hackman, Esquire
Office of the United States Trustee
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801

J. Cory Falgowski, Esquire
Burr & Forman LLP
1201 Market Street, Suite 1407
Wilmington, DE 19801

Jennifer Feldsher, Esquire
Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, NY 10178

Marjorie S. Crider, Esquire
Christopher L. Carter, Esquire
Morgan, Lewis & Bockius LLP
One Federal Street
Boston, MA 0211

      /s/ Jason C. Powell
Jason C. Powell, Esquire (No. 3768)