UNITED STATES BANKRUPTCY COURT
DISTRICT OF Delaware

In re Art Van Furniture, LLC

Case No. 20-10553-CSS
Reporting Period: 07/01/2020 through 07/31/2020

MONTHLY OPERATING REPORT

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached | Affidavit/Supplement Attached |
|---|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | x | | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1a | | | |
| Schedule of Professional Fees Paid | MOR-1b | | | |
| Copies of bank statements | | | | |
| Cash disbursements journals | | | | |
| Statement of Operations | MOR-2 | | | |
| Balance Sheet | MOR-3 | | | |
| Status of Postpetition Taxes | MOR-4 | | | |
| Copies of IRS Form 6123 or payment receipt | | | | |
| Copies of tax returns filed during reporting period | | | | |
| Summary of Unpaid Postpetition Debts | MOR-4 | | | |
| Listing of aged accounts payable | MOR-4 | | | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | | | |
| Debtor Questionnaire | MOR-5 | | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents are true and correct to the best of my knowledge and belief.

_____
Alfred T. Giuliano - Chapter 7 Trustee

Date: 10/12/20

# Art Van Furniture, LLC
**Cash Receipts and Disbursements**
For the Period (07/01/2020 - 07/31/2020)

| | Art Van Furniture, LLC | AVF Holding Company, Inc. | AVF Parent LLC | AV Pure Sleep Franchising, LLC | LF Trucking, Inc. | Sam Levin, Inc. | Consolidated |
|---|---:|---:|---:|---:|---:|---:|---:|
| | *20-10553* | *20-10554* | *20-10558* | *20-10561* | *20-10563* | *20-10564* | |
| **Beginning Cash Balance - July 1, 2020** | 10,479,655.54 | - | 161,500.51 | 62.06 | 8,263.96 | 25,427,885.98 | 36,077,368.05 |
| Turnover of Bank Funds | - | 125,222.83 | - | - | - | - | 125,222.83 |
| Turnover of Funds - Other | - | - | - | - | - | - | - |
| Collection of Accounts Receivable | - | - | - | - | - | - | - |
| Miscellaneous Refunds | 762.05 | 182,241.04 | 7,067.00 | - | - | - | 190,070.09 |
| Sale of Assets | 1,774,509.00 | - | - | - | - | - | 1,774,509.00 |
| Interest | - | - | - | - | - | - | - |
| **TOTAL CASH RECEIPTS** | 1,775,271.05 | 307,463.87 | 7,067.00 | - | - | - | 2,089,801.92 |
| Payments to Secured Creditor | (191,036.45) | - | - | - | - | - | (191,036.45) |
| Third Party Services Provided | (375,530.99) | - | - | - | - | (12,582.86) | (388,113.85) |
| Payment of Unpaid Commissions | - | | | | | | |
| Sales and Use Tax Paid | - | | - | - | | - | - |
| Bank and Technology Service Fee | - | - | - | - | - | - | - |
| **TOTAL CASH DISBURSEMENTS** | (566,567.44) | - | - | - | - | (12,582.86) | (579,150.30) |
| Net activity for the month of June | 1,208,703.61 | 307,463.87 | 7,067.00 | - | - | (12,582.86) | 1,510,651.62 |
| Transfers | - | - | - | - | - | - | - |
| **Ending Cash Balance - July 31, 2020** | 11,688,359.15 | 307,463.87 | 168,567.51 | 62.06 | 8,263.96 | 25,415,303.12 | 37,588,019.67 |

# Art Van Furniture, LLC
## Cash Receipts and Disbursements
**For the Period (07/01/2020 - 07/31/2020)**

| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | Receipts | Disbursements | Net Activity |
|---|---|---|---|---|---|---|
| | | **Beginning Cash on Hand (7/1/2020)** | | | | $ 10,479,655.54 |
| **Cash Receipts** | | | | | | |
| | | **Turnover of Bank Funds** | | | | - |
| | | **Turnover of Funds - Other** | | | | - |
| | | **Collections of Accounts Receivable** | | | | - |
| *Miscellaneous Refunds* | | | | | | |
| 7/2/2020 | {19} | Concentra | Refund Pre-Petition Overpayment re: Patrick Sellers | 145.00 | | 145.00 |
| 7/2/2020 | {19} | Nancy W. Jones | Payment w/ memo May & June 2020 | 200.00 | | 200.00 |
| 7/2/2020 | {19} | AT&T | Final Refund re: Account No.: 253536957 | 61.66 | | 61.66 |
| 7/2/2020 | {19} | Chanay D. McCoy | Restitution | 126.00 | | 126.00 |
| 7/22/2020 | {19} | Donald Pietruk | Restitution | 100.00 | | 100.00 |
| 7/22/2020 | {19} | Donald Pietruk | Restitution | 100.00 | | 100.00 |
| 7/30/2020 | {19} | Cintas Corporation | Refund re: Invoice No.: 677825194 | 29.39 | | 29.39 |
| | | **Miscellaneous Refunds** | | | | **762.05** |
| *Sale of Assets* | | | | | | |
| 7/8/2020 | {3} | American Signature, Inc. | Gross Sales Pursuant to Agreement (Docket No. 479) | 63,092.00 | | 63,092.00 |
| 7/10/2020 | {3} | American Signature, Inc. | Net Sales Pursuant to Agreement (Docket No. 479) | 378,260.00 | | 378,260.00 |
| 7/20/2020 | {3} | American Signature, Inc. | Net Sales Pursuant to Agreement (Docket No. 479) | 590,367.00 | | 590,367.00 |
| 7/24/2020 | {7} | American Signature, Inc. | Net Sales Pursuant to Agreement (Docket No. 479) | 742,790.00 | | 742,790.00 |
| | | **Sale of Assets** | | | | **1,774,509.00** |
| | | **Interest** | | | | - |
| | | **TOTAL CASH RECEIPTS** | | | | **1,775,271.05** |
| **Cash Disbursements** | | | | | | |
| *Payment to Secured Creditor* | | | | | | |
| 7/15/2020 | | Wells Fargo Bank, N.A. | June 2020 ABL Interest, LC & Q3 Administration Fees | | 191,036.45 | (191,036.45) |
| | | **Payment to Secured Creditor** | | | | **(191,036.45)** |
| *Third Party Services Provided* | | | | | | |
| 7/7/2020 | 218 | Clear Thinking Group | Invoice No.: MLB/WF 2019 Compensation of Professional Fees | | 2,851.00 | (2,851.00) |
| 7/7/2020 | 219 | Clear Thinking Group | Invoice No.: MLB/WF 2020 Compensation of Professional Fees | | 1,396.50 | (1,396.50) |
| 7/7/2020 | 220 | Clear Thinking Group | Invoice No.: MLB/WF 2021 Compensation of Professional Fees | | 1,056.50 | (1,056.50) |
| 7/7/2020 | 221 | Laura Thompson | Invoice Nos.: 002, 003 & 004 Services for Period of 5/14/20 - 6/18/20 | | 4,400.00 | (4,400.00) |
| 7/7/2020 | 222 | IBM GF International Holdings, LLC | Invoice No.: QE190P2 for Period of 6/1/20 - 6/30/20 | | 21,768.71 | (21,768.71) |
| 7/8/2020 | 223 | Robert Edwards | Reimbursement re: Preferred Safe & Lock for Jackson, MI Store | | 450.00 | (450.00) |
| 7/8/2020 | 224 | Robert Edwards | Reimbursement re: 1099Express.com, Inc. Software | | 119.00 | (119.00) |
| 7/8/2020 | 225 | Robert Edwards | Reimbursement re: Paper Express W-2 | | 1,206.23 | (1,206.23) |
| 7/8/2020 | | ADP, LLC | Full Service Direct Deposit re: Payroll for Period Ending 7/04/20 | | 45,137.84 | (45,137.84) |
| 7/8/2020 | | ADP, LLC | Taxes Debited re: Payroll for Period Ending 7/4/2020 | | 23,940.57 | (23,940.57) |
| 7/10/2020 | 226 | WIS International | Invoice Nos.: 40731654 & 40731732 | | 14,831.70 | (14,831.70) |
| 7/22/2020 | 229 | Louis Bonin | Invoice No.: 002 Services for Period of 6/15/20 - 7/1/20 | | 3,274.50 | (3,274.50) |
| 7/22/2020 | | ADP, LLC | | | 38,027.57 | (38,027.57) |
| 7/22/2020 | | ADP, LLC | Taxes Debited re: Payroll for Period Ending 7/18/2020 | | 29,087.52 | (29,087.52) |
| | | | Invoice No.: 4433394 Compensation of Professional Fees and | | | (177,367.35) |
| 7/23/2020 | 230 | Morgan, Lewis & Bockius, LLP | Reimbursement of Expenses for Period of April, 2020 | | 177,367.35 | |
| 7/27/2020 | 231 | Clear Thinking Group | Invoice No.: MLB/WF 2022 Compensation of Professional Fees | | 10,505.00 | (10,505.00) |
| 7/29/2020 | 232 | Louis Bonin | Invoice No.: 002 Services for Period of 7/16/20 | | 111.00 | (111.00) |
| | | **Third Party Services Provided** | | | | **(375,530.99)** |
| | | **Sales and Use Tax Paid** | | | | - |
| | | **Bank Service Charges** | | | | - |
| | | **TOTAL CASH DISBURSEMENTS** | | | | **(566,567.44)** |
| | | **Net Cash Activity through 7/31/20** | | | | **1,208,703.61** |
| | | **Ending Cash Balance** | | | | **11,688,359.15** |

# AVF Holding Company Inc.

## Cash Receipts and Disbursements
**For the Period (07/01/2020 - 07/31/2020)**

| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | Receipts | Disbursements | Net Activity |
|---|---|---|---|---|---|---|
| | | **Beginning Cash on Hand (7/1/2020)** | | | | $ - |
| **Cash Receipts** | | | | | | |
| *Wells Fargo Bank, N.A. (Turnover of Funds)* | | | | | | |
| 7/16/2020 | {1} | Bank of America, N.A. | Turnover of Account Ending 5126 | 125,222.83 | | 125,222.83 |
| | | **Turnover of Bank Funds** | | | | **125,222.83** |
| | | Turnover of Funds - Other | | | | - |
| | | Collection of Accounts Receivable | | | | - |
| *Miscellaneous Refunds* | | | | | | |
| 7/20/2020 | {4} | United States Treasury | 2017 F-1120 Refund ($172,344.51 Refund + $9,896.53 Interest) | 182,241.04 | | 182,241.04 |
| | | **Miscellaneous Refunds** | | | | **182,241.04** |
| | | Sale of Assets | | | | - |
| | | **TOTAL CASH RECEIPTS** | | | | **307,463.87** |
| **Cash Disbursements** | | | | | | |
| | | Payments to Secured Creditor | | | | - |
| | | Third Party Services Provided | | | | - |
| | | Bank Service Charges | | | | - |
| | | **TOTAL CASH DISBURSEMENTS** | | | | **-** |
| | | **Net Cash Activity through 7/31/20** | | | | **307,463.87** |
| | | **Ending Cash Balance** | | | | **307,463.87** |

# AVF Parent LLC
## Cash Receipts and Disbursements
**For the Period (07/01/2020 - 07/31/2020)**

| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | Receipts | Disbursements | Net Activity |
|---|---|---|---|---|---|---|
| | | **Beginning Cash on Hand (7/1/2020)** | | | | $ 161,500.51 |
| **Cash Receipts** | | | | | | |
| | | Turnover of Bank Funds | | | | - |
| | | Turnover of Funds - Other | | | | - |
| | | Collection of Accounts Receivable | | | | - |
| *Miscellaneous Refunds* | | | | | | |
| 7/15/2020 | {4} | Travelers Property Casulaty CL Agency | Refund of Overpayment re: Account No.: 733E3087 | 7,067.00 | | 7,067.00 |
| | | | | | | - |
| | | **Miscellaneous Refunds** | | | | 7,067.00 |
| | | **Sale of Assets** | | | | - |
| | | **TOTAL CASH RECEIPTS** | | | | 7,067.00 |
| **Cash Disbursements** | | | | | | |
| | | Payments to Secured Creditor | | | | - |
| | | Third Party Services Provided | | | | - |
| | | Bank Service Charges | | | | - |
| | | **TOTAL CASH DISBURSEMENTS** | | | | - |
| | | **Net Cash Activity through 7/31/20** | | | | 7,067.00 |
| | | **Ending Cash Balance** | | | | 168,567.51 |

# AV Pure Sleep Franchising, LLC

## Cash Receipts and Disbursements
**For the Period (07/01/2020 - 07/31/2020)**

| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | Receipts | Disbursements | Net Activity |
|---|---|---|---|---|---|---|
| | | Beginning Cash on Hand (7/1/2020) | | | | $ 62.06 |
| **Cash Receipts** | | | | | | |
| | | Turnover of Bank Funds | | | | - |
| | | Turnover of Funds - Other | | | | - |
| | | Collection of Accounts Receivable | | | | - |
| | | Miscellaneous Refunds | | | | - |
| | | Sale of Assets | | | | - |
| | | **TOTAL CASH RECEIPTS** | | | | - |
| **Cash Disbursements** | | | | | | |
| | | Payments to Secured Creditor | | | | - |
| | | Third Party Services Provided | | | | - |
| | | Bank Service Charges | | | | - |
| | | **TOTAL CASH DISBURSEMENTS** | | | | - |
| | | **Net Cash Activity through 7/31/20** | | | | - |
| | | **Ending Cash Balance** | | | | 62.06 |

# LF Trucking Inc.

## Cash Receipts and Disbursements
**For the Period (07/01/2020 - 07/31/2020)**

| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | Receipts | Disbursements | Net Activity |
|---|---|---|---|---|---|---|
| | | Beginning Cash on Hand (7/1/2020) | | | | $ 8,263.96 |
| **Cash Receipts** | | | | | | |
| | | Turnover of Bank Funds | | | | - |
| | | Turnover of Funds - Other | | | | - |
| | | Collection of Accounts Receivable | | | | - |
| | | Miscellaneous Refunds | | | | - |
| | | Sale of Assets | | | | - |
| | | **TOTAL CASH RECEIPTS** | | | | - |
| **Cash Disbursements** | | | | | | |
| | | Payments to Secured Creditor | | | | - |
| | | Third Party Services Provided | | | | - |
| | | Bank Service Charges | | | | - |
| | | **TOTAL CASH DISBURSEMENTS** | | | | - |
| | | **Net Cash Activity through 7/31/20** | | | | - |
| | | **Ending Cash Balance** | | | | 8,263.96 |

# Sam Levin, Inc.

**Cash Receipts and Disbursements**
For the Period (07/01/2020 - 07/31/2020)

| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | Receipts | Disbursements | Net Activity |
|---|---|---|---|---|---|---|
| | | Beginning Cash on Hand (7/1/2020) | | | | $ 25,427,885.98 |
| **Cash Receipts** | | | | | | |
| | | Turnover of Bank Funds | | | | - |
| | | Turnover of Funds - Other | | | | - |
| | | Collections of Accounts Receivable | | | | - |
| | | Miscellaneous Refunds | | | | - |
| | | Sale of Assets | | | | - |
| | | Interest | | | | - |
| | | **TOTAL CASH RECEIPTS** | | | | - |
| **Cash Disbursements** | | | | | | |
| | | Payment to Secured Creditor | | | | - |
| *Third Party Services Provided* | | | | | | |
| 7/15/2020 | 110 | ProLawn Landscaping Company | Invoice No.: 11386 for Services on 06/04/20, 06/11/20, 06/18/20 & 06/29/20 1620 N. Tuckahoe Street, Bellwood, PA 16617 | | 625.40 | (625.40) |
| 7/15/2020 | 111 | ProLawn Landscaping Company | Invoice No.: 11290 for Services on 05/22/20 & 05/29/20 1620 N. Tuckahoe Street, Bellwood, PA 16617 | | 469.05 | (469.05) |
| 7/16/2020 | 112 | Youghiogheny Valley Specialty Services | Invoice Nos.: 83364 & 83388 Uniform Guard for Period of 5/18/20 - 5/31/20 | | 8,271.20 | (8,271.20) |
| 7/29/2020 | 113 | Monroeville Municipal Authority | Account No.: 9977-1 Service Period 04/10/20 - 06/10/20 (Service @ 124 Levin Way) | | 453.48 | (453.48) |
| 7/29/2020 | 114 | City of North Canton | Account No.: 11844*2 Service Period 04/05/20 - 06/05/20 (Service @ 6229 Promler NW) | | 167.52 | (167.52) |
| 7/31/2020 | 115 | Hill Archive | Invoice No.: 046035 Transportation & Labor re: Bellwood, PA Facility | | 2,596.21 | (2,596.21) |
| | | **Third Party Services Provided** | | | | **(12,582.86)** |
| | | Sales and Use Tax Paid | | | | - |
| | | Bank Service Charges | | | | - |
| | | **TOTAL CASH DISBURSEMENTS** | | | | (12,582.86) |
| | | **Net Cash Activity through 7/31/20** | | | | (12,582.86) |
| | | **Ending Cash Balance** | | | | 25,415,303.12 |