UNITED STATES BANKRUPTCY COURT
DISTRICT OF Delaware

In re Art Van Furniture, LLC

Case No. 20-10553-CSS
Reporting Period: 08/01/2020 through 08/31/2020

MONTHLY OPERATING REPORT

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached | Affidavit/Supplement Attached |
|---|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | X | | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1a | | | |
| Schedule of Professional Fees Paid | MOR-1b | | | |
| Copies of bank statements | | | | |
| Cash disbursements journals | | | | |
| Statement of Operations | MOR-2 | | | |
| Balance Sheet | MOR-3 | | | |
| Status of Postpetition Taxes | MOR-4 | | | |
| Copies of IRS Form 6123 or payment receipt | | | | |
| Copies of tax returns filed during reporting period | | | | |
| Summary of Unpaid Postpetition Debts | MOR-4 | | | |
| Listing of aged accounts payable | MOR-4 | | | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | | | |
| Debtor Questionnaire | MOR-5 | | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents are true and correct to the best of my knowledge and belief.

_____
Alfred T. Giuliano - Chapter 7 Trustee

10/12/20
Date

# Art Van Furniture, LLC
**Cash Receipts and Disbursements**
For the Period (08/01/2020 - 08/31/2020)

| | Art Van Furniture, LLC | AVF Holding Company, Inc. | AVF Parent LLC | AV Pure Sleep Franchising, LLC | LF Trucking, Inc. | Sam Levin, Inc. | Consolidated |
|---|---|---|---|---|---|---|---|
| | *20-10553* | *20-10554* | *20-10558* | *20-10561* | *20-10563* | *20-10564* | |
| **Beginning Cash Balance - August 1, 2020** | 11,688,359.15 | 307,463.87 | 168,567.51 | 62.06 | 8,263.96 | 25,415,303.12 | 37,588,019.67 |
| Turnover of Bank Funds | - | - | - | - | - | - | - |
| Turnover of Funds - Other | - | - | - | - | - | - | - |
| Collection of Accounts Receivable | - | - | - | - | - | - | - |
| Miscellaneous Refunds | 250,051.67 | - | - | - | - | 91,547.15 | 341,598.82 |
| Sale of Assets | 5,762,249.00 | - | - | - | - | - | 5,762,249.00 |
| Interest | 349.55 | - | - | - | - | 849.39 | 1,198.94 |
| **TOTAL CASH RECEIPTS** | 6,012,650.22 | - | - | - | - | 92,396.54 | 6,105,046.76 |
| Payments to Secured Creditor | (10,186,255.96) | - | - | - | - | (12,500,000.00) | (22,686,255.96) |
| Third Party Services Provided | (1,548,619.56) | - | - | - | - | (15,979.34) | (1,564,598.90) |
| Payment of Unpaid Commissions | - | | | | | | |
| Sales and Use Tax Paid | - | | | - | - | - | - |
| Bank and Technology Service Fee | (6,236.01) | - | - | - | (26.38) | - | (6,262.39) |
| **TOTAL CASH DISBURSEMENTS** | (11,741,111.53) | - | - | - | (26.38) | (12,515,979.34) | (24,257,117.25) |
| Net activity for the month of August | (5,728,461.31) | - | - | - | (26.38) | (12,423,582.80) | (18,152,070.49) |
| Transfers | - | - | - | - | - | - | - |
| **Ending Cash Balance - August 31, 2020** | 5,959,897.84 | 307,463.87 | 168,567.51 | 62.06 | 8,237.58 | 12,991,720.32 | 19,435,949.18 |

# Art Van Furniture, LLC
## Cash Receipts and Disbursements
**For the Period (08/01/2020 - 08/31/2020)**

| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | Receipts | Disbursements | Net Activity |
|---|---|---|---|---|---|---|
| | | **Beginning Cash on Hand (8/1/2020)** | | | | $ 11,688,359.15 |
| **Cash Receipts** | | | | | | |
| | | Turnover of Bank Funds | | | | - |
| | | Turnover of Funds - Other | | | | - |
| | | Collections of Accounts Receivable | | | | - |
| *Miscellaneous Refunds* | | | | | | |
| 8/6/2020 | {19} | Frontier Communications | Subscriber Refund re: Account No.: 5176225935 | 57.94 | | 57.94 |
| 8/10/2020 | {19} | RxBenefits, Inc. | Refund re: OPT 4th Qtr, 2019 Rebates | 245,823.00 | | 245,823.00 |
| 8/24/2020 | {19} | Donald Pietruk | Restitution re: Donald Pietruk | 400.00 | | 400.00 |
| 8/24/2020 | {19} | Enterprise Holdings | Refund re: Altima Fuel Overcharge | 4.58 | | 4.58 |
| 8/24/2020 | {19} | Cintas Corporation | Refund re: Invoice No.: 8967799 | 3.07 | | 3.07 |
| 8/24/2020 | {19} | Cummins Business Services | Refund re: CR-E3-44600 | 3,322.23 | | 3,322.23 |
| 8/24/2020 | {19} | Concentra | Refund Pre-Petition Overpayment re: Supovp | 192.00 | | 192.00 |
| 8/24/2020 | {19} | Chanay D. McCoy | Restitution | 126.00 | | 126.00 |
| 8/25/2020 | {19} | American Financial Group, Inc. | Dividend re: 273 Shares | 122.85 | | 122.85 |
| | | **Miscellaneous Refunds** | | | | **250,051.67** |
| *Sale of Assets* | | | | | | |
| 7/31/2020 | {7} | American Signature, Inc. | Net Sales Pursuant to Agreement (Docket No. 479) | 871,919.00 | | 871,919.00 |
| 8/7/2020 | {7} | American Signature, Inc. | Net Sales Pursuant to Agreement (Docket No. 479) | 910,019.00 | | 910,019.00 |
| 8/14/2020 | {7} | American Signature, Inc. | Net Sales Pursuant to Agreement (Docket No. 479) | 1,369,388.00 | | 1,369,388.00 |
| 8/21/2020 | {7} | American Signature, Inc. | Net Sales Pursuant to Agreement (Docket No. 479) | 1,088,516.00 | | 1,088,516.00 |
| 8/28/2020 | {7} | American Signature, Inc. | Net Sales Pursuant to Agreement (Docket No. 479) | 1,522,407.00 | | 1,522,407.00 |
| | | **Sale of Assets** | | | | **5,762,249.00** |
| *Interest* | | | | | | |
| 7/31/2020 | | Rabobank, N.A. | Interest posting at 0.0500% | 174.77 | | 174.77 |
| 8/31/2020 | | Rabobank, N.A. | Interest posting at 0.0500% | 174.78 | | 174.78 |
| | | **Interest** | | | | **349.55** |
| | | **TOTAL CASH RECEIPTS** | | | | **6,012,650.22** |
| **Cash Disbursements** | | | | | | |
| *Payment to Secured Creditor* | | | | | | |
| 8/13/2020 | | Wells Fargo Bank, N.A. | July 2020 ABL Interest, LC & Q3 Administration Fees | | 186,255.96 | (186,255.96) |
| 8/27/2020 | | Wells Fargo Bank, N.A. | Outgoing Wire re: Secured Debt | | 4,000,000.00 | (4,000,000.00) |
| 8/27/2020 | | Wells Fargo Bank, N.A. | Outgoing Wire re: Secured Debt | | 6,000,000.00 | (6,000,000.00) |
| | | **Payment to Secured Creditor** | | | | **(10,186,255.96)** |
| *Third Party Services Provided* | | | | | | |
| 8/3/2020 | 233 | Clear Thinking Group | Invoice No.: MLB/WF 2023 Compensation of Professional Fees | | 13,155.50 | (13,155.50) |
| 8/4/2020 | 234 | IBM GF International Holdings, LLC | Invoice No.: QE183P6 for Period of 7/1/20 - 7/31/20 | | 21,768.71 | (21,768.71) |
| 8/5/2020 | | ADP, LLC | Full Service Direct Deposit re: Payroll for Period Ending 08/01/20 | | 39,691.87 | (39,691.87) |
| 8/5/2020 | | ADP, LLC | Taxes Debited re: Payroll for Period Ending 08/01/20 | | 19,830.96 | (19,830.96) |
| 8/6/2020 | 235 | Guardian Alarm Company | Invoice No.: 20834244-R for Period of 4/7/20 - 4/30/20 | | 10,079.76 | (10,079.76) |
| 8/11/2020 | 236 | Clear Thinking Group | Invoice No.: MLB/WF 2024 Compensation of Professional Fees | | 3,864.50 | (3,864.50) |
| | | | Invoice No.: 4503035 Compensation of Professional Fees and | | | (75,440.00) |
| 8/13/2020 | 237 | Morgan, Lewis & Bockius, LLP | Reimbursement of Expenses for Period of July, 2020 | | 75,440.00 | |
| 8/18/2020 | 238 | Clear Thinking Group | Invoice No.: MLB/WF 2025 Compensation of Professional Fees | | 3,777.50 | (3,777.50) |
| 8/18/2020 | 239 | Clear Thinking Group | Invoice No.: MLB/WF 2026 Compensation of Professional Fees | | 2,807.00 | (2,807.00) |
| 8/18/2020 | 240 | Clear Thinking Group | Invoice No.: MLB/WF 2027 Compensation of Professional Fees | | 4,138.00 | (4,138.00) |
| 8/18/2020 | 241 | RPS Protection Ltd. | Invoice No.: 12976 for Service Dates of 06/29/20 - 07/05/20 | | 9,509.68 | (9,509.68) |
| 8/18/2020 | 242 | RPS Protection Ltd. | Invoice No.: 12977 for Service Dates of 07/06/20 - 07/12/20 | | 9,096.28 | (9,096.28) |
| 8/18/2020 | 243 | RPS Protection Ltd. | Invoice No.: 12978 for Service Dates of 07/13/20 - 07/19/20 | | 9,102.42 | (9,102.42) |
| 8/18/2020 | 244 | RPS Protection Ltd. | Invoice No.: 12979 for Service Dates of 07/20/20 - 07/26/20 | | 9,099.95 | (9,099.95) |
| 8/18/2020 | 245 | RPS Protection Ltd. | Invoice No.: 12980 for Service Dates of 07/27/20 - 08/02/20 | | 9,094.10 | (9,094.10) |
| 8/18/2020 | 246 | Hill Archive | Invoice No.: 046060 Initial Box Input (2,094) & Record Storage for Sept 2020 | | 3,528.65 | (3,528.65) |
| 8/18/2020 | 247 | Hill Archive | Invoice No.: 222558-2155 Transport (1,017) Documents from Warren, MI | | 23,554.26 | (23,554.26) |
| 8/18/2020 | 248 | RPS Protection Ltd. | Invoice No.: 12920 for Service Dates of 06/01/20 - 06/07/20 | | 9,425.18 | (9,425.18) |
| 8/18/2020 | 249 | RPS Protection Ltd. | Invoice No.: 12930 for Service Dates of 06/08/20 - 06/14/20 | | 9,743.29 | (9,743.29) |
| 8/18/2020 | 250 | RPS Protection Ltd. | Invoice No.: 12920 for Service Dates of 06/15/20 - 06/21/20 | | 8,775.77 | (8,775.77) |
| 8/18/2020 | 251 | RPS Protection Ltd. | Invoice No.: 12975 for Service Dates of 06/22/20 - 06/28/20 | | 8,522.75 | (8,522.75) |
| 8/19/2020 | | ADP, LLC | Full Service Direct Deposit re: Payroll for Period Ending 8/15/20 | | 26,567.18 | (26,567.18) |
| 8/19/2020 | | ADP, LLC | Taxes Debited re: Payroll for Period Ending 8/15/20 | | 12,497.13 | (12,497.13) |
| 8/20/2020 | 252 | Robert Edwards | Reimbursement re: Invoice No.: 88450 Paper Express W-2 Employee Forms | | 399.97 | (399.97) |
| 8/25/2020 | 253 | Broadstone AVF Michigan, LLC | 1/2 Allowance of Chapter 11 Claim Pursuant to Order [Docket No.: 916] | | 237,506.32 | (237,506.32) |
| 8/25/2020 | 254 | Broadstone AVF Michigan, LLC | 1/2 Allowance of Chapter 7 Claim Pursuant to Order [Docket No.: 916] | | 728,379.21 | (728,379.21) |
| 8/25/2020 | 256 | Broadstone AVF Illinois, LLC | 1/2 Allowance of Chapter 7 Claim Pursuant to Order [Docket No.: 916] | | 157,086.02 | (157,086.02) |
| 8/26/2020 | 257 | Broadstone AVF Illinois, LLC | 1/2 Allowance of Chapter 11 Claim Pursuant to Order [Docket No.: 916] | | 52,028.44 | (52,028.44) |
| 8/31/2020 | 258 | 123.NET, Inc. | Invoice Nos.: 470181, 473028 & 475864 Internet Services for Period 6/01/20 - 8/31/20 | | 11,594.15 | (11,594.15) |
| 8/31/2020 | 259 | Dave Winowiecki | Services Provided on July 29, 2020 re: Roof Leak | | 350.00 | (350.00) |
| 8/31/2020 | 260 | RPS Protection Ltd. | Invoice No.: 12981 for Service Dates of 8/03/20 - 8/09/20 | | 9,106.65 | (9,106.65) |
| 8/31/2020 | 261 | RPS Protection Ltd. | Invoice No.: 12982 for Service Dates of 8/10/20 - 8/16/20 | | 9,098.36 | (9,098.36) |
| | | **Third Party Services Provided** | | | | **(1,548,619.56)** |
| | | **Payment of Unpaid Commissions** | | | | - |
| | | **Sales and Use Tax Paid** | | | | - |
| *Bank Service Charges* | | | | | | |
| 7/31/2020 | | Rabobank, N.A. | Bank and Technology Service Fees | | 1,391.91 | (1,391.91) |
| 8/31/2020 | | Rabobank, N.A. | Bank and Technology Service Fees | | 4,844.10 | (4,844.10) |
| | | **Bank Service Charges** | | | | **(6,236.01)** |

# Art Van Furniture, LLC
**Cash Receipts and Disbursements**
**For the Period (08/01/2020 - 08/31/2020)**

| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | Receipts | Disbursements | Net Activity |
|---|---|---|---|---|---|---|
| | | **TOTAL CASH DISBURSEMENTS** | | | | **(11,741,111.53)** |
| | | **Net Cash Activity through 8/31/20** | | | | **(5,728,461.31)** |
| | | **Ending Cash Balance** | | | | **5,959,897.84** |

# AVF Holding Company Inc.

**Cash Receipts and Disbursements**
For the Period (08/01/2020 - 08/31/2020)

| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | Receipts | Disbursements | Net Activity |
|---|---|---|---|---|---|---|
| | | Beginning Cash on Hand (8/1/2020) | | | | $ 307,463.87 |
| **Cash Receipts** | | | | | | |
| | | Turnover of Bank Funds | | | | - |
| | | Turnover of Funds - Other | | | | - |
| | | Collection of Accounts Receivable | | | | - |
| | | Miscellaneous Refunds | | | | - |
| | | Sale of Assets | | | | - |
| | | **TOTAL CASH RECEIPTS** | | | | - |
| **Cash Disbursements** | | | | | | |
| | | Payments to Secured Creditor | | | | - |
| | | Third Party Services Provided | | | | - |
| ***Bank Service Charges*** | | | | | | |
| 7/31/2020 | | Rabobank, N.A. | Bank and Technology Service Fees | | 197.17 | (197.17) |
| 8/31/2020 | | Rabobank, N.A. | Bank and Technology Service Fees | | 474.75 | (474.75) |
| | | **Bank Service Charges** | | | | **(671.92)** |
| | | **TOTAL CASH DISBURSEMENTS** | | | | **(671.92)** |
| | | **Net Cash Activity through 8/31/20** | | | | **(671.92)** |
| | | **Ending Cash Balance** | | | | **306,791.95** |

Case 20-10553-CSS    Doc 1026    Filed 10/12/20    Page 6 of 9

# AVF Parent LLC

**Cash Receipts and Disbursements**
**For the Period (08/01/2020 - 08/31/2020)**

| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | Receipts | Disbursements | Net Activity |
|---|---|---|---|---|---|---|
| | | Beginning Cash on Hand (8/1/2020) | | | | $ 168,567.51 |
| **Cash Receipts** | | | | | | |
| | | Turnover of Bank Funds | | | | - |
| | | Turnover of Funds - Other | | | | - |
| | | Collection of Accounts Receivable | | | | - |
| | | Miscellaneous Refunds | | | | - |
| | | Sale of Assets | | | | - |
| | | **TOTAL CASH RECEIPTS** | | | | - |
| **Cash Disbursements** | | | | | | |
| | | Payments to Secured Creditor | | | | - |
| | | Third Party Services Provided | | | | - |
| | | Bank Service Charges | | | | - |
| | | **TOTAL CASH DISBURSEMENTS** | | | | - |
| | | **Net Cash Activity through 8/31/20** | | | | - |
| | | **Ending Cash Balance** | | | | 168,567.51 |

# AV Pure Sleep Franchising, LLC

## Cash Receipts and Disbursements
**For the Period (08/01/2020 - 08/31/2020)**

| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | Receipts | Disbursements | Net Activity |
|---|---|---|---|---|---|---|
| | | Beginning Cash on Hand (8/1/2020) | | | | $ 62.06 |
| **Cash Receipts** | | | | | | |
| | | Turnover of Bank Funds | | | | - |
| | | Turnover of Funds - Other | | | | - |
| | | Collection of Accounts Receivable | | | | - |
| | | Miscellaneous Refunds | | | | - |
| | | Sale of Assets | | | | - |
| | | TOTAL CASH RECEIPTS | | | | - |
| **Cash Disbursements** | | | | | | |
| | | Payments to Secured Creditor | | | | - |
| | | Third Party Services Provided | | | | - |
| | | Bank Service Charges | | | | - |
| | | TOTAL CASH DISBURSEMENTS | | | | - |
| | | Net Cash Activity through 8/31/20 | | | | - |
| | | Ending Cash Balance | | | | 62.06 |

# LF Trucking Inc.
## Cash Receipts and Disbursements
**For the Period (08/01/2020 - 08/31/2020)**

| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | Receipts | Disbursements | Net Activity |
|---|---|---|---|---|---|---|
| | | **Beginning Cash on Hand (8/1/2020)** | | | | $ 8,263.96 |
| **Cash Receipts** | | | | | | |
| | | Turnover of Bank Funds | | | | - |
| | | Turnover of Funds - Other | | | | - |
| | | Collection of Accounts Receivable | | | | - |
| | | Miscellaneous Refunds | | | | - |
| | | Sale of Assets | | | | - |
| | | **TOTAL CASH RECEIPTS** | | | | - |
| **Cash Disbursements** | | | | | | |
| | | Payments to Secured Creditor | | | | - |
| | | Third Party Services Provided | | | | - |
| ***Bank Service Charges*** | | | | | | |
| 7/31/2020 | | Rabobank, N.A. | Bank and Technology Service Fees | | 13.64 | (13.64) |
| 8/31/2020 | | Rabobank, N.A. | Bank and Technology Service Fees | | 12.74 | (12.74) |
| | | **Bank Service Charges** | | | | **(26.38)** |
| | | **TOTAL CASH DISBURSEMENTS** | | | | **(26.38)** |
| | | **Net Cash Activity through 8/31/20** | | | | **(26.38)** |
| | | **Ending Cash Balance** | | | | **8,237.58** |

# Sam Levin, Inc.
## Cash Receipts and Disbursements
**For the Period (08/01/2020 - 08/31/2020)**

| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | Receipts | Disbursements | Net Activity |
|---|---|---|---|---|---|---|
| | | **Beginning Cash on Hand (8/1/2020)** | | | | $ 25,415,303.12 |
| **Cash Receipts** | | | | | | |
| | | Turnover of Bank Funds | | | | - |
| | | Turnover of Funds - Other | | | | - |
| | | Collections of Accounts Receivable | | | | - |
| *Miscellaneous Refunds* | | | | | | |
| 8/24/2020 | {16} | Highmark Blue Cross & Blue Shield | Audit regarding Period of 3/1/18 - 12/31/18 | 91,547.15 | | 91,547.15 |
| | | **Miscellaneous Refunds** | | | | 91,547.15 |
| | | Sale of Assets | | | | - |
| *Interest* | | | | | | |
| 7/31/2020 | | Rabobank, N.A. | Interest posting at 0.0500% | 424.69 | | 424.69 |
| 8/31/2020 | | Rabobank, N.A. | Interest posting at 0.0500% | 424.70 | | 424.70 |
| | | **Interest** | | | | 849.39 |
| | | **TOTAL CASH RECEIPTS** | | | | 92,396.54 |
| **Cash Disbursements** | | | | | | |
| *Payment to Secured Creditor* | | | | | | |
| 8/17/2020 | | Wells Fargo Bank, N.A. | Outgoing Wire re: Secured Debt | | 12,500,000.00 | (12,500,000.00) |
| | | **Payment to Secured Creditor** | | | | (12,500,000.00) |
| *Third Party Services Provided* | | | | | | |
| 8/10/2020 | 116 | The Hartford | Account No. 16070065 Workers Compensation Policy No. 3WECAH1VW3 | | 400.00 | (400.00) |
| 8/11/2020 | 117 | Bellwood Borough Authority | Account No. 2003-0 re: 1620 N. Tuckahoe Street for Period 4/06/20 - 7/26/20 | | 679.79 | (679.79) |
| 8/13/2020 | 118 | ProLawn Landscaping Company | Invoice No.: 11507 for Services on 07/13/20 re: 1620 N. Tuckahoe Street, Bellwood, PA 16617 | | 156.35 | (156.35) |
| 8/25/2020 | 119 | Robert Edwards | Reimbursement re: Highland Sewer & Water (1130 Scalp Avenue, Johnstown, PA) Period of 1/24/20 - 6/23/20 | | 659.70 | (659.70) |
| 8/31/2020 | 121 | Samalex Trust | Rent Allowance Pursuant to Stipulation [Docket No.: 920] | | 14,083.50 | (14,083.50) |
| | | **Third Party Services Provided** | | | | (15,979.34) |
| | | Sales and Use Tax Paid | | | | - |
| | | Bank Service Charges | | | | - |
| | | **TOTAL CASH DISBURSEMENTS** | | | | (12,515,979.34) |
| | | **Net Cash Activity through 8/31/20** | | | | (12,423,582.80) |
| | | **Ending Cash Balance** | | | | 12,991,720.32 |