UNITED STATES BANKRUPTCY COURT
DISTRICT OF Delaware

In re Art Van Furniture, LLC

Case No. 20-10553-CSS
Reporting Period: 09/01/2020 through 09/30/2020

## MONTHLY OPERATING REPORT

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached | Affidavit/Supplement Attached |
|---|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | x | | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1a | | | |
| Schedule of Professional Fees Paid | MOR-1b | | | |
| Copies of bank statements | | | | |
| Cash disbursements journals | | | | |
| Statement of Operations | MOR-2 | | | |
| Balance Sheet | MOR-3 | | | |
| Status of Postpetition Taxes | MOR-4 | | | |
| Copies of IRS Form 6123 or payment receipt | | | | |
| Copies of tax returns filed during reporting period | | | | |
| Summary of Unpaid Postpetition Debts | MOR-4 | | | |
| Listing of aged accounts payable | MOR-4 | | | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | | | |
| Debtor Questionnaire | MOR-5 | | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents are true and correct to the best of my knowledge and belief.

_____        10/12/20
Alfred T. Giuliano - Chapter 7 Trustee        Date

# Art Van Furniture, LLC

**Cash Receipts and Disbursements**
For the Period (09/01/2020 - 09/30/2020)

| | Art Van Furniture, LLC | AVF Holding Company, Inc. | AVF Parent LLC | AV Pure Sleep Franchising, LLC | LF Trucking, Inc. | Sam Levin, Inc. | Consolidated |
|---|---|---|---|---|---|---|---|
| | *20-10553* | *20-10554* | *20-10558* | *20-10561* | *20-10563* | *20-10564* | |
| **Beginning Cash Balance - September 1, 2020** | 5,959,897.84 | 306,791.95 | 168,567.51 | 62.06 | 8,237.58 | 12,991,720.32 | 19,435,277.26 |
| Turnover of Bank Funds | - | - | - | - | - | - | - |
| Turnover of Funds - Other | - | - | - | - | - | - | - |
| Collection of Accounts Receivable | - | - | - | - | - | - | - |
| Miscellaneous Refunds | 1,663.90 | - | - | - | - | 15.00 | 1,678.90 |
| Sale of Assets | 9,470,581.36 | - | - | - | - | - | 9,470,581.36 |
| Interest | 169.15 | - | - | - | - | 406.99 | 576.14 |
| **TOTAL CASH RECEIPTS** | 9,472,414.41 | - | - | - | - | 421.99 | 9,472,836.40 |
| Payments to Secured Creditor | (160,593.75) | - | - | - | - | - | (160,593.75) |
| Third Party Services Provided | (2,053,603.05) | - | - | - | - | (368,872.70) | (2,422,475.75) |
| Payment of Unpaid Commissions | - | - | - | - | - | - | - |
| Customer Refunds | - | - | - | - | - | (155,917.65) | (155,917.65) |
| Sales and Use Tax Paid | - | - | - | - | - | - | - |
| Bank and Technology Service Fee | (5,119.71) | - | - | - | (14.04) | - | (5,133.75) |
| **TOTAL CASH DISBURSEMENTS** | (2,219,316.51) | - | - | - | (14.04) | (524,790.35) | (2,744,120.90) |
| Net activity for the month of September | 7,253,097.90 | - | - | - | (14.04) | (524,368.36) | 6,728,715.50 |
| Transfers | - | - | - | - | - | - | - |
| **Ending Cash Balance - September 30, 2020** | 13,212,995.74 | 306,791.95 | 168,567.51 | 62.06 | 8,223.54 | 12,467,351.96 | 26,163,992.76 |

# Art Van Furniture, LLC

## Cash Receipts and Disbursements
**For the Period (09/01/2020 - 09/30/2020)**

| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | Receipts | Disbursements | Net Activity |
|---|---|---|---|---:|---:|---:|
| | | **Beginning Cash on Hand (9/1/2020)** | | | | $ 5,959,897.84 |
| **Cash Receipts** | | | | | | |
| | | Turnover of Bank Funds | | | | - |
| | | Turnover of Funds - Other | | | | - |
| | | Collections of Accounts Receivable | | | | - |
| **Miscellaneous Refunds** | | | | | | |
| 9/2/2020 | {19} | Cintas Corporation | Refund re: Invoice No.: CC0255545 | 552.71 | | 552.71 |
| 9/11/2020 | {19} | Ohio Department of Revenue | Refund re: Sales and Use Tax (R-SUT-0108304E) | 189.01 | | 189.01 |
| 9/18/2020 | {19} | Ameren Illinois | Refund re: Final Bill at 1776 W. Highway 50, O'Fallon, IL | 700.68 | | 700.68 |
| 9/18/2020 | {19} | Chanay D. McCoy | Restituion | 126.00 | | 126.00 |
| 9/22/2020 | {19} | OHC of Michigan, P.C. | Pre-Petition Overpayment re: Arnes Becirovic | 47.50 | | 47.50 |
| 9/22/2020 | {19} | OHC of Michigan, P.C. | Pre-Petition Overpayment re: Cornelius Boyer | 48.00 | | 48.00 |
| | | **Miscellaneous Refunds** | | | | **1,663.90** |
| **Sale of Assets** | | | | | | |
| 9/4/2020 | {7} | American Signature, Inc. | Net Sales Pursuant to Agreement (Docket No. 479) | 1,536,187.00 | | 1,536,187.00 |
| 9/11/2020 | {7} | American Signature, Inc. | Net Sales Pursuant to Agreement (Docket No. 479) | 1,392,083.00 | | 1,392,083.00 |
| 9/18/2020 | {7} | American Signature, Inc. | Net Sales Pursuant to Agreement (Docket No. 479) | 1,331,757.00 | | 1,331,757.00 |
| 9/24/2020 | {7} | Taylor & Martin, Inc. Auctioneers | Auction Proceeds | 4,034,945.36 | | 4,034,945.36 |
| 9/25/2020 | | American Signature, Inc. | Net Sales Pursuant to Agreement (Docket No. 479) | 993,299.00 | | 993,299.00 |
| 9/28/2020 | {7} | Taylor & Martin, Inc. Auctioneers | Auction Proceeds | 182,310.00 | | 182,310.00 |
| | | **Sale of Assets** | | | | **9,470,581.36** |
| **Interest** | | | | | | |
| 9/30/2020 | | Rabobank, N.A. | Interest posting at 0.0500% | 169.15 | | 169.15 |
| | | **Interest** | | | | **169.15** |
| | | **TOTAL CASH RECEIPTS** | | | | **9,472,414.41** |
| **Cash Disbursements** | | | | | | |
| *Payment to Secured Creditor* | | | | | | |
| 9/14/2020 | | Wells Fargo Bank, N.A. | August 2020 ABL Interest, LC & LC Draw Fee 8/11/20 & Burr & Forman, LLP Invoices | | 160,593.75 | (160,593.75) |
| | | **Payment to Secured Creditor** | | | | **(160,593.75)** |
| *Third Party Services Provided* | | | | | | |
| 9/1/2020 | | Batavia Randall, LLC | Chapter 7 & Chapter 11 Rent Pursuant to Order [Docket No.: 936] | | 117,034.87 | (117,034.87) |
| 9/1/2020 | | Retail Properties of America, Inc. | Chapter 7 & Chapter 11 Rent Pursuant to Order [Docket No.: 950] | | 89,857.00 | (89,857.00) |
| 9/1/2020 | | Kildeer Village Square, LLC | Chapter 7 & Chapter 11 Rent Pursuant to Order [Docket No.: 937] | | 140,544.00 | (140,544.00) |
| 9/2/2020 | 262 | ADP, LLC | Client No.: 268665 | | 4,306.09 | (4,306.09) |
| 9/2/2020 | | ADP, LLC | Full Service Direct Deposit re: Payroll for Period Ending 08/29/20 | | 20,355.63 | (20,355.63) |
| 9/2/2020 | | ADP, LLC | Taxes Debited re: Payroll for Period Ending 08/29/20 | | 10,074.43 | (10,074.43) |
| 9/3/2020 | 10101 | The Taubman Realty Group Limited Partnership | Chapter 7 & Chapter 11 Rent Pursuant to Order [Docket No.: 951] | | 82,196.00 | (82,196.00) |
| 9/9/2020 | 263 | IBM GF Interntional Holdings, LLC | Invoice No.: QE138PF for Period of 8/1/20 - 8/31/20 | | 21,768.71 | (21,768.71) |
| 9/9/2020 | 264 | IBM GF Interntional Holdings, LLC | Invoice No.: QE138PF for Period of 9/1/20 - 9/30/20 | | 21,768.71 | (21,768.71) |
| 9/9/2020 | 265 | RPS Protection Ltd. | Invoice No.: 13052 for Service Dates of 08/24/20 - 08/30/20 | | 9,104.96 | (9,104.96) |
| 9/9/2020 | 266 | RPS Protection Ltd. | Invoice No.: 13052 for Service Dates of 08/17/20 - 08/23/20 | | 9,109.25 | (9,109.25) |
| 9/9/2020 | 10102 | RPS Protection Ltd. | Invoice No.: 13037 for Service Dates of 08/31/20 - 09/06/20 | | 9,100.35 | (9,100.35) |
| 9/10/2020 | 267 | Brixmor Holdings 1 SPE, LLC | Rent Pursuant to Stipulation [Docket No.: 978] | | 2,305.10 | (2,305.10) |
| 9/11/2020 | 10103 | Morgan, Lewis & Bockius, LLP | Invoice No.: 4520559 Compensation of Professional Fees and Reimbursement of Expenses for Period of August, 2020 | | 42,799.50 | (42,799.50) |
| 9/15/2020 | 268 | Hill Archive | Invoice No.: 046451 Storage for Period of October, 2020, Box Labor (O'Fallon, MO) | | 2,620.52 | (2,620.52) |
| 9/16/2020 | 10104 | Carleton Insurance Agency | Policy for General Liability #WS436405 Effective 08/19/20 - 11/19/20 | | 2,712.50 | (2,712.50) |
| 9/16/2020 | | ADP, LLC | Full Service Direct Deposit re: Payroll for Period Ending 09/12/20 | | 20,957.52 | (20,957.52) |
| 9/16/2020 | | ADP, LLC | Taxes Debited re: Payroll for Period Ending 09/12/20 | | 10,722.92 | (10,722.92) |
| 9/17/2020 | 10105 | Guardian Alarm Company | Invoice No.: 21077226 for Period of 9/1/20 - 9/30/20 | | 4,275.00 | (4,275.00) |
| 9/17/2020 | 10106 | Guardian Alarm Company | Invoice No.: 21077226- AS for Period of 9/1/20 - 9/30/20 | | 1,181.28 | (1,181.28) |
| 9/25/2020 | 10107 | Morgan, Lewis & Bockius, LLP | Invoice No.: 4483943 Compensation of Professional Fees and Reimbursement of Expenses for Period of June, 2020 | | 72,553.00 | (72,553.00) |
| 9/28/2020 | 269 | Louis Bonin | Invoice No.: 005 Services for Period of September 2020 | | 555.00 | (555.00) |
| 9/28/2020 | 270 | Argyle Acres Mall, LLC | Chapter 11 Rent Pursuant to Stipulation [Docket No.: 984] | | 31,812.00 | (31,812.00) |
| 9/28/2020 | 271 | Argyle Acres Mall, LLC | Chapter 11 Rent Pursuant to Stipulation [Docket No.: 984] | | 7,953.00 | (7,953.00) |
| 9/28/2020 | 278 | Broadstone AVF Michigan, LLC | 1/2 Allowance of Chapter 7 Claim Pursuant to Order [Docket No.: 916] | | 237,506.33 | (237,506.33) |
| 9/28/2020 | 279 | Broadstone AVF Michigan, LLC | 1/2 Allowance of Chapter 7 Claim Pursuant to Order [Docket No.: 916] | | 728,379.22 | (728,379.22) |
| 9/28/2020 | 280 | Broadstone AVF Illinois, LLC | 1/2 Allowance of Chapter 7 Claim Pursuant to Order [Docket No.: 916] | | 52,028.45 | (52,028.45) |
| 9/28/2020 | 281 | Broadstone AVF Illinois, LLC | 1/2 Allowance of Chapter 7 Claim Pursuant to Order [Docket No.: 916] | | 157,086.01 | (157,086.01) |
| 9/28/2020 | 282 | Brixmor Holdings 1 SPE, LLC | Rent Pursuant to Stipulation [Docket No.: 978] | | 2,305.11 | (2,305.11) |
| 9/28/2020 | 283 | RPS Protection Ltd. | Invoice No.: 13052 for Service Dates of 09/07/20 - 09/13/20 | | 9,754.62 | (9,754.62) |
| 9/28/2020 | 284 | RPS Protection Ltd. | Invoice No.: 13053 for Service Dates of 09/14/20 - 09/20/20 | | 9,072.00 | (9,072.00) |
| 9/28/2020 | 285 | RPS Protection Ltd. | Invoice No.: 13068 for Service Dates of 09/21/20 - 09/27/20 | | 9,072.00 | (9,072.00) |
| 9/28/2020 | 10108 | The Taubman Realty Group Limited Partnership | Chapter 7 & Chapter 11 Rent Pursuant to Order [Docket No.: 951] | | 82,196.00 | (82,196.00) |
| 9/30/2020 | | ADP, LLC | Full Service Direct Deposit re: Payroll for Period Ending 09/26/20 | | 20,069.33 | (20,069.33) |
| 9/30/2020 | | ADP, LLC | Taxes Debited re: Payroll for Period Ending 09/26/20 | | 10,466.64 | (10,466.64) |
| | | **Third Party Services Provided** | | | | **(2,053,603.05)** |
| | | **Payment of Unpaid Commissions** | | | | - |
| | | **Sales and Use Tax Paid** | | | | - |

*Bank Service Charges*

# Art Van Furniture, LLC
**Cash Receipts and Disbursements**
**For the Period (09/01/2020 - 09/30/2020)**

| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | Receipts | Disbursements | Net Activity |
|---|---|---|---|---|---|---|
| 9/30/2020 | | Rabobank, N.A. | Bank and Technology Service Fees | | 5,119.71 | (5,119.71) |
| | | **Bank Service Charges** | | | | **(5,119.71)** |
| | | **TOTAL CASH DISBURSEMENTS** | | | | **(2,219,316.51)** |
| | | **Net Cash Activity through 9/30/20** | | | | **7,253,097.90** |
| | | **Ending Cash Balance** | | | | **13,212,995.74** |

# AVF Holding Company Inc.

## Cash Receipts and Disbursements
**For the Period (09/01/2020 - 09/30/2020)**

| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | Receipts | Disbursements | Net Activity |
|---|---|---|---|---|---|---|
| | | Beginning Cash on Hand (9/1/2020) | | | | $ 306,791.95 |
| **Cash Receipts** | | | | | | |
| | | Turnover of Bank Funds | | | | - |
| | | Turnover of Funds - Other | | | | - |
| | | Collection of Accounts Receivable | | | | - |
| | | Miscellaneous Refunds | | | | - |
| | | Sale of Assets | | | | - |
| | | **TOTAL CASH RECEIPTS** | | | | **-** |
| **Cash Disbursements** | | | | | | |
| | | Payments to Secured Creditor | | | | - |
| | | Third Party Services Provided | | | | - |
| *Bank Service Charges* | | | | | | |
| 9/30/2020 | | Rabobank, N.A. | Bank and Technology Service Fees | | 523.10 | (523.10) |
| | | **Bank Service Charges** | | | | **(523.10)** |
| | | **TOTAL CASH DISBURSEMENTS** | | | | **(523.10)** |
| | | **Net Cash Activity through 9/30/20** | | | | **(523.10)** |
| | | **Ending Cash Balance** | | | | **306,268.85** |

# AVF Parent LLC
## Cash Receipts and Disbursements
**For the Period (09/01/2020 - 09/30/2020)**

| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | Receipts | Disbursements | Net Activity |
|---|---|---|---|---|---|---|
| | | **Beginning Cash on Hand (9/1/2020)** | | | | $ 168,567.51 |
| **Cash Receipts** | | | | | | |
| | | Turnover of Bank Funds | | | | - |
| | | Turnover of Funds - Other | | | | - |
| | | Collection of Accounts Receivable | | | | - |
| | | Miscellaneous Refunds | | | | - |
| | | Sale of Assets | | | | - |
| | | **TOTAL CASH RECEIPTS** | | | | - |
| **Cash Disbursements** | | | | | | |
| | | Payments to Secured Creditor | | | | - |
| | | Third Party Services Provided | | | | - |
| | | Bank Service Charges | | | | - |
| | | **TOTAL CASH DISBURSEMENTS** | | | | - |
| | | **Net Cash Activity through 9/30/20** | | | | - |
| | | **Ending Cash Balance** | | | | 168,567.51 |

# AV Pure Sleep Franchising, LLC

## Cash Receipts and Disbursements
**For the Period (09/01/2020 - 09/30/2020)**

| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | Receipts | Disbursements | Net Activity |
|---|---|---|---|---|---|---|
| | | **Beginning Cash on Hand (9/1/2020)** | | | | $ 62.06 |
| **Cash Receipts** | | | | | | |
| | | Turnover of Bank Funds | | | | - |
| | | Turnover of Funds - Other | | | | - |
| | | Collection of Accounts Receivable | | | | - |
| | | Miscellaneous Refunds | | | | - |
| | | Sale of Assets | | | | - |
| | | **TOTAL CASH RECEIPTS** | | | | - |
| **Cash Disbursements** | | | | | | |
| | | Payments to Secured Creditor | | | | - |
| | | Third Party Services Provided | | | | - |
| | | Bank Service Charges | | | | - |
| | | **TOTAL CASH DISBURSEMENTS** | | | | - |
| | | **Net Cash Activity through 9/30/20** | | | | - |
| | | **Ending Cash Balance** | | | | 62.06 |

# LF Trucking Inc.
## Cash Receipts and Disbursements
**For the Period (09/01/2020 - 09/30/2020)**

| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | Receipts | Disbursements | Net Activity |
|---|---|---|---|---|---|---|
| | | **Beginning Cash on Hand (9/1/2020)** | | | | $ 8,237.58 |
| **Cash Receipts** | | | | | | |
| | | Turnover of Bank Funds | | | | - |
| | | Turnover of Funds - Other | | | | - |
| | | Collection of Accounts Receivable | | | | - |
| | | Miscellaneous Refunds | | | | - |
| | | Sale of Assets | | | | - |
| | | **TOTAL CASH RECEIPTS** | | | | **-** |
| **Cash Disbursements** | | | | | | |
| | | Payments to Secured Creditor | | | | - |
| | | Third Party Services Provided | | | | - |
| ***Bank Service Charges*** | | | | | | |
| 9/30/2020 | | Rabobank, N.A. | Bank and Technology Service Fees | | 14.04 | (14.04) |
| | | **Bank Service Charges** | | | | **(14.04)** |
| | | **TOTAL CASH DISBURSEMENTS** | | | | **(14.04)** |
| | | **Net Cash Activity through 9/30/20** | | | | **(14.04)** |
| | | **Ending Cash Balance** | | | | **8,223.54** |

# Sam Levin, Inc.
**Cash Receipts and Disbursements**
For the Period (09/01/2020 - 09/30/2020)

| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | Receipts | Disbursements | Net Activity |
|---|---|---|---|---|---|---|
| | | **Beginning Cash on Hand (9/1/2020)** | | | | $ 12,991,720.32 |
| **Cash Receipts** | | | | | | |
| | | Turnover of Bank Funds | | | | - |
| | | Turnover of Funds - Other | | | | - |
| | | Collections of Accounts Receivable | | | | - |
| *Miscellaneous Refunds* | | | | | | |
| 9/22/2020 | {16} | Gina Stephanie Hronakes | Restitution re: Citation No.: J-459-2012 | 15.00 | | 15.00 |
| | | **Miscellaneous Refunds** | | | | **15.00** |
| | | Sale of Assets | | | | - |
| *Interest* | | | | | | |
| 9/30/2020 | | Rabobank, N.A. | Interest posting at 0.0500% | 406.99 | | 406.99 |
| | | **Interest** | | | | **406.99** |
| | | **TOTAL CASH RECEIPTS** | | | | **421.99** |
| **Cash Disbursements** | | | | | | |
| | | Payment to Secured Creditor | | | | - |
| *Third Party Services Provided* | | | | | | |
| 9/1/2020 | | Echo Strongsville, LLC | Chapter 7 & Chapter 11 Rent Pursuant to Order [Docket No.: 941] | | 22,448.50 | (22,448.50) |
| 9/1/2020 | | L&Y Properties - Solon, LLC | Chapter 7 & Chapter 11 Rent Pursuant to Order [Docket No.: 938] | | 14,446.65 | (14,446.65) |
| 9/1/2020 | | CBL-Westmorland, LP | Chapter 7 & Chapter 11 Rent Pursuant to Order [Docket No.: 940] | | 40,130.00 | (40,130.00) |
| 9/1/2020 | | A&R Properties, LP | Chapter 7 & Chapter 11 Rent Pursuant to Order [Docket No.: 942] | | 118,084.50 | (118,084.50) |
| 9/1/2020 | | McKnight South East LP | Chapter 7 & Chapter 11 Rent Pursuant to Order [Docket No.: 943] | | 26,899.00 | (26,899.00) |
| 9/1/2020 | | Walnut Capital Partners-Cranberry South, LP | Chapter 7 & Chapter 11 Rent Pursuant to Order [Docket No.: 939] | | 20,230.00 | (20,230.00) |
| 9/10/2020 | 122 | Wolf Furniture Enterprises, Inc./Frederick BlicoLLC | Post-Petition Rent Pursuant to Stipulation [Docket No.: 979] | | 17,289.25 | (17,289.25) |
| 9/10/2020 | 123 | Wolf Furniture Enterprises, Inc./Frederick BlicoLLC | Post-Petition Rent Pursuant to Stipulation [Docket No.: 979] | | 31,945.03 | (31,945.03) |
| 9/10/2020 | 124 | Levin Furniture, LLC | Reimbursement re: Employee Hours Worked for Period of 6/01/20 - 9/10/20 | | 5,280.80 | (5,280.80) |
| 9/15/2020 | 125 | ProLawn Landscaping Company | Invoice No.: 11536 for Services on 8/4/20 & 8/31/20 re: 1620 N Tuckahoe St, Bellwood, PA 16617 | | 312.70 | (312.70) |
| 9/28/2020 | 126 | Gowe Leasing Unlimited | Chapter 11 Rent Pursuant to Order [Docket No.: 970] | | 2,305.12 | (2,305.12) |
| 9/28/2020 | 127 | Gowe Leasing Unlimited | Chapter 11 Rent Pursuant to Order [Docket No.: 970] | | 6,183.36 | (6,183.36) |
| 9/28/2020 | 128 | The Samalex Trust | Chapter 11 Rent Allowance Pursuant to Stipulation [Docket No.: 920] | | 5,170.00 | (5,170.00) |
| 9/28/2020 | 129 | The Samalex Trust | Chapter 11 Rent Allowance Pursuant to Stipulation [Docket No.: 920] | | 8,913.50 | (8,913.50) |
| 9/28/2020 | 130 | Wolf Furniture Enterprises, Inc./Frederick BlicoLLC | Post-Petition Rent Pursuant to Stipulation [Docket No.: 979] | | 17,289.25 | (17,289.25) |
| 9/28/2020 | 131 | Wolf Furniture Enterprises, Inc./Frederick BlicoLLC | Post-Petition Rent Pursuant to Stipulation [Docket No.: 979] | | 31,945.04 | (31,945.04) |
| | | | | | | - |
| | | | | | | - |
| | | **Third Party Services Provided** | | | | **(368,872.70)** |
| *Customer Refunds* | | | | | | |
| 9/16/2020 | 10101 | Rebecca Breckner | Fulfillment of Customer Option for Refund re: APA [Docket No.: 573] | | 20,959.98 | (20,959.98) |
| 9/16/2020 | 10102 | Megan Brower | Fulfillment of Customer Option for Refund re: APA [Docket No.: 573] | | 111.79 | (111.79) |
| 9/16/2020 | 10103 | James & Lois Brown | Fulfillment of Customer Option for Refund re: APA [Docket No.: 573] | | 4,209.11 | (4,209.11) |
| 9/16/2020 | 10104 | Mistie Capalingo | Fulfillment of Customer Option for Refund re: APA [Docket No.: 573] | | 114.95 | (114.95) |
| 9/16/2020 | 10105 | Corissa Casterline | Fulfillment of Customer Option for Refund re: APA [Docket No.: 573] | | 760.00 | (760.00) |
| 9/16/2020 | 10106 | Mariannina Curatolo | Fulfillment of Customer Option for Refund re: APA [Docket No.: 573] | | 353.76 | (353.76) |
| 9/16/2020 | 10107 | K. Michele Darlington | Fulfillment of Customer Option for Refund re: APA [Docket No.: 573] | | 3,996.67 | (3,996.67) |
| 9/16/2020 | 10108 | Tom Dickey | Fulfillment of Customer Option for Refund re: APA [Docket No.: 573] | | 801.67 | (801.67) |
| 9/16/2020 | 10109 | Sal Didomenico | Fulfillment of Customer Option for Refund re: APA [Docket No.: 573] | | 623.58 | (623.58) |
| 9/16/2020 | 10110 | Patrick DiPaola | Fulfillment of Customer Option for Refund re: APA [Docket No.: 573] | | 427.99 | (427.99) |
| 9/16/2020 | 10111 | Gemma Filip | Fulfillment of Customer Option for Refund re: APA [Docket No.: 573] | | 2,505.35 | (2,505.35) |
| 9/16/2020 | 10112 | Jerry Frey | Fulfillment of Customer Option for Refund re: APA [Docket No.: 573] | | 852.79 | (852.79) |
| 9/16/2020 | 10113 | William & Mary Lou Frohnappel | Fulfillment of Customer Option for Refund re: APA [Docket No.: 573] | | 1,080.00 | (1,080.00) |
| 9/16/2020 | 10114 | Thomas Golli | Fulfillment of Customer Option for Refund re: APA [Docket No.: 573] | | 1,946.67 | (1,946.67) |
| 9/16/2020 | 10115 | Suzanne Gorse | Fulfillment of Customer Option for Refund re: APA [Docket No.: 573] | | 647.96 | (647.96) |
| 9/16/2020 | 10116 | Ted Heitsche | Fulfillment of Customer Option for Refund re: APA [Docket No.: 573] | | 4,632.95 | (4,632.95) |
| 9/16/2020 | 10117 | Ledis Kodra | Fulfillment of Customer Option for Refund re: APA [Docket No.: 573] | | 2,397.63 | (2,397.63) |
| 9/16/2020 | 10118 | David & Lisa Kramer | Fulfillment of Customer Option for Refund re: APA [Docket No.: 573] | | 300.00 | (300.00) |
| 9/16/2020 | 10119 | Toni Lekanidis | Fulfillment of Customer Option for Refund re: APA [Docket No.: 573] | | 50.00 | (50.00) |
| 9/16/2020 | 10121 | Lisa Makris | Fulfillment of Customer Option for Refund re: APA [Docket No.: 573] | | 1,018.82 | (1,018.82) |
| 9/16/2020 | 10122 | Carol Manko | Fulfillment of Customer Option for Refund re: APA [Docket No.: 573] | | 3,187.49 | (3,187.49) |
| 9/16/2020 | 10123 | Angelica Mason | Fulfillment of Customer Option for Refund re: APA [Docket No.: 573] | | 967.62 | (967.62) |
| 9/16/2020 | 10124 | Kimberly McKay | Fulfillment of Customer Option for Refund re: APA [Docket No.: 573] | | 200.00 | (200.00) |
| 9/16/2020 | 10125 | Dennis Mitchell | Fulfillment of Customer Option for Refund re: APA [Docket No.: 573] | | 3,136.13 | (3,136.13) |
| 9/16/2020 | 10126 | Melissa Morales | Fulfillment of Customer Option for Refund re: APA [Docket No.: 573] | | 317.68 | (317.68) |
| 9/16/2020 | 10127 | Emily Mueller | Fulfillment of Customer Option for Refund re: APA [Docket No.: 573] | | 3,305.20 | (3,305.20) |
| 9/16/2020 | 10128 | Donnie Pittrell | Fulfillment of Customer Option for Refund re: APA [Docket No.: 573] | | 349.99 | (349.99) |
| 9/16/2020 | 10129 | Michael Rauh | Fulfillment of Customer Option for Refund re: APA [Docket No.: 573] | | 1,000.00 | (1,000.00) |
| 9/16/2020 | 10130 | Kevin Reed | Fulfillment of Customer Option for Refund re: APA [Docket No.: 573] | | 637.49 | (637.49) |
| 9/16/2020 | 10131 | Beth Sherman | Fulfillment of Customer Option for Refund re: APA [Docket No.: 573] | | 2,885.88 | (2,885.88) |
| 9/16/2020 | 10132 | Robert Sprowls | Fulfillment of Customer Option for Refund re: APA [Docket No.: 573] | | 874.49 | (874.49) |
| 9/16/2020 | 10134 | Dana Sypolt | Fulfillment of Customer Option for Refund re: APA [Docket No.: 573] | | 1,842.27 | (1,842.27) |
| 9/16/2020 | 10136 | Enolia Tisdale | Fulfillment of Customer Option for Refund re: APA [Docket No.: 573] | | 1,180.63 | (1,180.63) |
| 9/16/2020 | 10137 | Claudia Winter | Fulfillment of Customer Option for Refund re: APA [Docket No.: 573] | | 1,136.45 | (1,136.45) |
| 9/16/2020 | 10138 | Jacob Wix | Fulfillment of Customer Option for Refund re: APA [Docket No.: 573] | | 1,106.71 | (1,106.71) |
| 9/22/2020 | 10139 | Tammy Loos-Yoder | Fulfillment of Customer Option for Refund re: APA [Docket No.: 573] | | 2,614.51 | (2,614.51) |
| 9/22/2020 | 10140 | Tina Switzer | Fulfillment of Customer Option for Refund re: APA [Docket No.: 573] | | 2,465.42 | (2,465.42) |
| 9/22/2020 | 10141 | Suzanne Taylor | Fulfillment of Customer Option for Refund re: APA [Docket No.: 573] | | 1,705.75 | (1,705.75) |
| 9/22/2020 | 10142 | Ronald E. Cunningham | Fulfillment of Customer Option for Refund re: APA [Docket No.: 573] | | 141.12 | (141.12) |
| 9/22/2020 | 10143 | Angela Day | Fulfillment of Customer Option for Refund re: APA [Docket No.: 573] | | 42.39 | (42.39) |
| 9/22/2020 | 10144 | Ashley Fiala | Fulfillment of Customer Option for Refund re: APA [Docket No.: 573] | | 2,084.35 | (2,084.35) |
| 9/22/2020 | 10145 | Peter D. Flohr | Fulfillment of Customer Option for Refund re: APA [Docket No.: 573] | | 2,164.87 | (2,164.87) |
| 9/22/2020 | 10146 | Duane E. French | Fulfillment of Customer Option for Refund re: APA [Docket No.: 573] | | 1,344.55 | (1,344.55) |
| 9/22/2020 | 10147 | Amy Garland-Rusnak | Fulfillment of Customer Option for Refund re: APA [Docket No.: 573] | | 1,295.92 | (1,295.92) |
| 9/22/2020 | 10148 | Elissa Hagwood | Fulfillment of Customer Option for Refund re: APA [Docket No.: 573] | | 1,987.58 | (1,987.58) |
| 9/22/2020 | 10149 | Richard L. Hespelein | Fulfillment of Customer Option for Refund re: APA [Docket No.: 573] | | 2,594.72 | (2,594.72) |
| 9/22/2020 | 10150 | Judith A. Kirk | Fulfillment of Customer Option for Refund re: APA [Docket No.: 573] | | 995.96 | (995.96) |
| 9/22/2020 | 10151 | Michelle Leach | Fulfillment of Customer Option for Refund re: APA [Docket No.: 573] | | 500.00 | (500.00) |
| 9/22/2020 | 10152 | Rob Luklan | Fulfillment of Customer Option for Refund re: APA [Docket No.: 573] | | 985.69 | (985.69) |

# Sam Levin, Inc.
**Cash Receipts and Disbursement**
**For the Period (09/01/2020 - 09/30/2020)**

| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | Receipts | Disbursements | Net Activity |
|---|---|---|---|---|---|---|
| 9/22/2020 | 10153 | Tyson Ringle | Fulfillment of Customer Option for Refund re: APA [Docket No.: 573] | | 800.00 | (800.00) |
| 9/22/2020 | 10154 | Karl D. Rollner | Fulfillment of Customer Option for Refund re: APA [Docket No.: 573] | | 9,006.23 | (9,006.23) |
| 9/22/2020 | 10155 | Edward & Susan Sagan | Fulfillment of Customer Option for Refund re: APA [Docket No.: 573] | | 600.00 | (600.00) |
| 9/22/2020 | 10156 | James & Donna Steinbrenner | Fulfillment of Customer Option for Refund re: APA [Docket No.: 573] | | 1,737.87 | (1,737.87) |
| 9/22/2020 | 10157 | Gloria Stellfox | Fulfillment of Customer Option for Refund re: APA [Docket No.: 573] | | 995.08 | (995.08) |
| 9/22/2020 | 10158 | Edward R. Swiatek | Fulfillment of Customer Option for Refund re: APA [Docket No.: 573] | | 2,735.43 | (2,735.43) |
| 9/24/2020 | 10159 | William Vincler | Fulfillment of Customer Option for Refund re: APA [Docket No.: 573] | | 35.24 | (35.24) |
| 9/24/2020 | 10160 | Matthew & Katelyn Gustoff | Fulfillment of Customer Option for Refund re: APA [Docket No.: 573] | | 2,581.90 | (2,581.90) |
| 9/24/2020 | 10161 | Andrew & Rhonda Lenhart | Fulfillment of Customer Option for Refund re: APA [Docket No.: 573] | | 63.06 | (63.06) |
| 9/24/2020 | 10162 | Linda McMahon | Fulfillment of Customer Option for Refund re: APA [Docket No.: 573] | | 698.14 | (698.14) |
| 9/24/2020 | 10163 | Ian S. Moore | Fulfillment of Customer Option for Refund re: APA [Docket No.: 573] | | 750.00 | (750.00) |
| 9/24/2020 | 10164 | Cynthia Sorensen | Fulfillment of Customer Option for Refund re: APA [Docket No.: 573] | | 2,808.71 | (2,808.71) |
| 9/24/2020 | 10165 | Carla Wilson | Fulfillment of Customer Option for Refund re: APA [Docket No.: 573] | | 588.80 | (588.80) |
| 9/24/2020 | 10166 | John Wiszczor | Fulfillment of Customer Option for Refund re: APA [Docket No.: 573] | | 658.26 | (658.26) |
| 9/24/2020 | 10167 | Ray Lucich | Fulfillment of Customer Option for Refund re: APA [Docket No.: 573] | | 5,118.13 | (5,118.13) |
| 9/24/2020 | 10168 | Kim V. Roach | Fulfillment of Customer Option for Refund re: APA [Docket No.: 573] | | 1,167.92 | (1,167.92) |
| 9/24/2020 | 10169 | Scott Rutt | Fulfillment of Customer Option for Refund re: APA [Docket No.: 573] | | 2,061.24 | (2,061.24) |
| 9/28/2020 | 10170 | Melanie Bonsignore | Fulfillment of Customer Option for Refund re: APA [Docket No.: 573] | | 755.98 | (755.98) |
| 9/28/2020 | 10171 | Maggie Yoder Burns | Fulfillment of Customer Option for Refund re: APA [Docket No.: 573] | | 463.01 | (463.01) |
| 9/28/2020 | 10172 | Barry C. Hager | Fulfillment of Customer Option for Refund re: APA [Docket No.: 573] | | 722.24 | (722.24) |
| 9/28/2020 | 10173 | Susan Heim | Fulfillment of Customer Option for Refund re: APA [Docket No.: 573] | | 783.19 | (783.19) |
| 9/28/2020 | 10174 | Marianna Makuch | Fulfillment of Customer Option for Refund re: APA [Docket No.: 573] | | 200.00 | (200.00) |
| 9/28/2020 | 10175 | Donna Morris | Fulfillment of Customer Option for Refund re: APA [Docket No.: 573] | | 561.97 | (561.97) |
| 9/28/2020 | 10176 | Susan R. Pelley | Fulfillment of Customer Option for Refund re: APA [Docket No.: 573] | | 280.00 | (280.00) |
| 9/28/2020 | 10177 | Chris & Maxine Resh | Fulfillment of Customer Option for Refund re: APA [Docket No.: 573] | | 505.60 | (505.60) |
| 9/28/2020 | 10178 | Sandra M. Sachs | Fulfillment of Customer Option for Refund re: APA [Docket No.: 573] | | 1,176.00 | (1,176.00) |
| 9/28/2020 | 10179 | Richard A. Orsborn | Fulfillment of Customer Option for Refund re: APA [Docket No.: 573] | | 1,738.95 | (1,738.95) |
| 9/28/2020 | 10180 | Frank & Sue Rosso | Fulfillment of Customer Option for Refund re: APA [Docket No.: 573] | | 2,100.00 | (2,100.00) |
| 9/28/2020 | 10181 | Donna Appleby | Fulfillment of Customer Option for Refund re: APA [Docket No.: 573] | | 536.44 | (536.44) |
| 9/28/2020 | 10182 | Kristin Ashofteh | Fulfillment of Customer Option for Refund re: APA [Docket No.: 573] | | 2,353.82 | (2,353.82) |
| 9/28/2020 | 10183 | Alice Beatty | Fulfillment of Customer Option for Refund re: APA [Docket No.: 573] | | 1,350.44 | (1,350.44) |
| 9/28/2020 | 10184 | Sharona Bontempo | Fulfillment of Customer Option for Refund re: APA [Docket No.: 573] | | 121.44 | (121.44) |
| 9/28/2020 | 10185 | Nancy Brewer | Fulfillment of Customer Option for Refund re: APA [Docket No.: 573] | | 1,039.85 | (1,039.85) |
| 9/28/2020 | 10186 | Martha L. Bright | Fulfillment of Customer Option for Refund re: APA [Docket No.: 573] | | 356.15 | (356.15) |
| 9/28/2020 | 10187 | Frank Cullen | Fulfillment of Customer Option for Refund re: APA [Docket No.: 573] | | 2,060.22 | (2,060.22) |
| 9/28/2020 | 10188 | Daniel Jansky | Fulfillment of Customer Option for Refund re: APA [Docket No.: 573] | | 970.92 | (970.92) |
| 9/28/2020 | 10189 | Johnnie Johnson | Fulfillment of Customer Option for Refund re: APA [Docket No.: 573] | | 300.00 | (300.00) |
| 9/28/2020 | 10190 | Corey E. Jones | Fulfillment of Customer Option for Refund re: APA [Docket No.: 573] | | 80.00 | (80.00) |
| 9/28/2020 | 10191 | Janet Levatin | Fulfillment of Customer Option for Refund re: APA [Docket No.: 573] | | 700.00 | (700.00) |
| 9/28/2020 | 10192 | Tom & Shelly Noel | Fulfillment of Customer Option for Refund re: APA [Docket No.: 573] | | 6,475.63 | (6,475.63) |
| 9/28/2020 | 10193 | Richard & Alice Pastella | Fulfillment of Customer Option for Refund re: APA [Docket No.: 573] | | 75.00 | (75.00) |
| 9/28/2020 | 10194 | David Ross | Fulfillment of Customer Option for Refund re: APA [Docket No.: 573] | | 1,250.67 | (1,250.67) |
| 9/28/2020 | 10195 | Laura Schaffer | Fulfillment of Customer Option for Refund re: APA [Docket No.: 573] | | 2,976.71 | (2,976.71) |
| 9/28/2020 | 10196 | L. Mandela Zimbabwe | Fulfillment of Customer Option for Refund re: APA [Docket No.: 573] | | 561.49 | (561.49) |
| 9/28/2020 | 10197 | Marilyn I. Campbell | Fulfillment of Customer Option for Refund re: APA [Docket No.: 573] | | 1,623.65 | (1,623.65) |
| 9/28/2020 | 10198 | Richard L. Smith, Jr. | Fulfillment of Customer Option for Refund re: APA [Docket No.: 573] | | 549.74 | (549.74) |
| | | **Customer Refunds** | | | | **(155,917.65)** |
| | | **Sales and Use Tax Paid** | | | | - |
| | | **Bank Service Charges** | | | | - |
| | | **TOTAL CASH DISBURSEMENTS** | | | | **(524,790.35)** |
| | | **Net Cash Activity through 9/30/20** | | | | **(524,368.36)** |
| | | **Ending Cash Balance** | | | | **12,467,351.96** |