# Court Conference

Calendar Date: 10/16/2020

Calendar Time: 10:00 AM ET

U.S. Bankruptcy Court-District of Delaware

Confirmed Telephonic Appearance Schedule

Honorable Christopher S. Sontchi

#6

*Amended Calendar   Oct 16 2020  7:26AM*

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearing | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Exide Holdings, LLC | 20-11157 | Hearing | 10910356 | Eric Albert | (202) 532-3234 ext. | United States Department of Justice | Interested Party, United States Department of Justice / LISTEN ONLY |
| | | Exide Holdings, Inc. | 20-11157 | Hearing | 10910256 | Anthony A. Austin | (916) 210-7245 ext. | California Department of Justice | Creditor, California Department of Toxic Substances Control / LIVE |
| | | Exide Holdings, Inc. | 20-11157 | Hearing | 10909615 | John Z. Balasko | (202) 514-7162 ext. | U.S. Department of Justice - Civil Division | Interested Party, United States of America / LIVE |
| | | Exide Holdings, Inc. | 20-11157 | Hearing | 10909616 | Jason B. Binford | (512) 475-4936 ext. | State of Texas - Office of the Attorney General -Bankruptcy & Collections Div.Only | Interested Party, Texas Commission on Environmental Quality / LISTEN ONLY |
| | | Exide Holdings, Inc. | 20-11157 | Hearing | 10910349 | Gary Bressler | (215) 557-2971 ext. | McElroy, Deutsch, Mulvaney & Carpenter, LLP | Creditor, Westchester Fire Insurance Company and its affiliated sureties / LIVE |
| | | Exide Holdings, Inc. | 20-11157 | Hearing | 10909595 | Robert A. Britton | (212) 373-3615 ext. | Paul Weiss Rifkind Wharton & Garrison | Interested Party, Ad Hoc Group of Noteholders / LIVE |
| | | Exide Holdings, Inc. | 20-11157 | Hearing | 10910461 | Alix Brozman | (646) 213-7400 ext. | Reorg Research, Inc. | Interested Party, Reorg Research, Inc. / LISTEN ONLY |
| | | Exide Holdings, Inc. | 20-11157 | Hearing | 10909812 | Daniel L Cantor | (212) 408-2486 ext. | O'Melveny & Myers LLP | Creditor, California Department of Toxic Substances Control / LIVE |
| | | Exide Holdings, Inc. | 20-11157 | Hearing | 10910437 | Marc Casarino | (302) 467-4520 ext. | White and Williams LLP | Defendant(s), Bank of America / LISTEN ONLY |
| | | Exide Holdings, Inc. | 20-11157 | Hearing | 10909586 | Linda J. Casey | (302) 573-6491 ext. | Office of the United States Trustee | U.S. Trustee, Office of the United States Trustee / LIVE |
| | | Exide Holdings, Inc. | 20-11157 | Hearing | 10909722 | Eric Chafetz | (973) 597-2500 ext. | Lowenstein Sandler, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |

| Exide Holdings, Inc. | 20-11157 | Hearing | 10909643 | William Clareman | (212) 373-3000 ext. | Paul Weiss Rifkind Wharton & Garrison | Interested Party, Ad Hoc Group of Noteholders / LIVE |
|---|---|---|---|---|---|---|---|
| Exide Holdings, Inc. | 20-11157 | Hearing | 10910351 | Michael E. Collins | (615) 742-9350 ext. | Manier & Herod | Creditor, Westchester Fire Insurance Company / LIVE |
| Exide Holdings, Inc. | 20-11157 | Hearing | 10910009 | Daniel DeFranceschi | (302) 651-7700 ext. | Richards, Layton & Finger, P.A. | Debtor, Exide Holdings, Inc. / LIVE |
| Exide Holdings, Inc. | 20-11157 | Hearing | 10909623 | Monique DiSabatino | (302) 421-6806 ext. | Saul Ewing Arnstein & Lehr LLP | Creditor, MDSA / LIVE |
| Exide Holdings, Inc. | 20-11157 | Hearing | 10909610 | Alice B. Eaton | (212) 373-3125 ext. | Paul Weiss Rifkind Wharton & Garrison | Interested Party, Ad Hoc Group of Noteholders / LIVE |
| Exide Holdings, Inc. | 20-11157 | Hearing | 10909822 | Brad Elias | (212) 408-2423 ext. | O'Melveny & Myers, LLP | Creditor, California Department of Toxic Substances and Control / LIVE |
| Exide Holdings, Inc. | 20-11157 | Hearing | 10910064 | Jason Feintuch | (212) 497-7876 ext. | Houlihan Lokey | Debtor, Exide Holdings, Inc. / LIVE |
| Exide Holdings, Inc. | 20-11157 | Hearing | 10910062 | Eric Fraske | (562) 495-5777 ext. | Alta Environmental, Inc. | Debtor, Exide Holdings, Inc. / LIVE |
| Exide Holdings, Inc. | 20-11157 | Hearing | 10909542 | Mark E. Freedlander | (412) 667-6036 ext. | McGuireWoods | Bankruptcy Counsel, Ford Motor Company / LISTEN ONLY |
| Exide Holdings, Inc. | 20-11157 | Hearing | 10909787 | Peter Friedman | (202) 383-5300 ext. | O'Melveny & Myers, LLP | Creditor, California Department of Toxic Substances and Control / LIVE |
| Exide Holdings, Inc. | 20-11157 | Hearing | 10910010 | Jared Friedmann | (212) 310-8000 ext. | Weil Gotshal & Manges LLP | Debtor, Exide Holdings, Inc. / LIVE |
| Exide Holdings, Inc. | 20-11157 | Hearing | 10909996 | Paul Genender | (214) 746-7877 ext. | Weil Gotshal & Manges LLP | Debtor, Exide Holdings, Inc. / LIVE |
| Exide Holdings, Inc. | 20-11157 | Hearing | 10909740 | L. Katherine Good | (302) 984-6049 ext. | Potter Anderson & Corroon LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Exide Holdings, Inc. | 20-11157 | Hearing | 10910065 | Thomas D. Goslin | (202) 682-7508 ext. 999 | Weil Gotshal & Manges LLP | Debtor, Exide Holdings, Inc. / LIVE |
| Exide Holdings, Inc. | 20-11157 | Hearing | 10910493 | Whitney Groff | (404) 656-3338 ext. | Georgia Department of Law | Creditor, Georgia Environmental Protection Division of GA Dept. Natural Resources / LIVE |
| Exide Holdings, Inc. | 20-11157 | Hearing | 10910441 | Jonathan Helfat | (212) 661-9100 ext. | Otterbourg P.C. | Interested Party, Bank of America / LIVE |
| Exide Holdings, Inc. | 20-11157 | Hearing | 10909754 | Robert M. Hirsh | (973) 597-2500 ext. | Lowenstein Sandler, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Exide Holdings, Inc. | 20-11157 | Hearing | 10910524 | John H. Holloway | (213) 617-7495 ext. | Best Best & Krieger LLP | Interested Party, County of Los Angeles / LISTEN ONLY |
| Exide Holdings, Inc. | 20-11157 | Hearing | 10910381 | Matthew Indrisano | (202) 514-1398 ext. | U.S. Department of Justice | Creditor, United States on behalf of EPA / LIVE |
| Exide Holdings, Inc. | 20-11157 | Hearing | 10910055 | Craig E. Johnson | (347) 748-6002 ext. | Prime Clerk, LLC | Debtor, Exide Holdings, Inc. / LIVE |
| Exide Holdings, Inc. | 20-11157 | Hearing | 10910503 | Vera N. Kanova | (717) 787-9370 ext. | Commonwealth of Pennsylvania- Department of Environmental Protection | Interested Party, Pennsylvania Department of Environmental Protection / LISTEN ONLY |
| Exide Holdings, Inc. | 20-11157 | Hearing | 10909762 | Michael A. Kaplan | (973) 597-2500 ext. | Lowenstein Sandler, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Exide Holdings, Inc. | 20-11157 | Hearing | 10910408 | Brya M. Keilson | (302) 888-6959 ext. | Morris James LLP | Representing, U.S. Bank National Association, as trustee and agent / LIVE |
| Exide Holdings, Inc. | 20-11157 | Hearing | 10910515 | Lynch Kevin | (434) 760-1311 ext. | Lynch Kevin - In Pro Per/Pro Se | Interested Party, Lynch Kevin / LISTEN ONLY |
| Exide Holdings, Inc. | 20-11157 | Hearing | 10909535 | Andrew Kilpinen | (704) 377-8157 ext. | Robinson Bradshaw & Hinson | Creditor, Daramic LLC / LISTEN ONLY |
| Exide Holdings, Inc. | 20-11157 | Hearing | 10910543 | Matthew I. Kramer | (305) 455-9504 ext. | Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC | Creditor, Golder Associates / LISTEN ONLY |
| Exide Holdings, LLC | 20-11157 | Hearing | 10910516 | Marie Liu | (530) 219-7745 ext. | Marie Liu - In Pro Per/Pro Se | In Propria Persona, Marie Liu / LISTEN ONLY |
| Exide Holdings, Inc. | 20-11157 | Hearing | 10910003 | Jacqueline Marcus | (212) 310-8130 ext. | Weil Gotshal & Manges LLP | Debtor, Exide Holdings, Inc. / LIVE |
| Exide Holdings, Inc. | 20-11157 | Hearing | 10910495 | T. Burns Marlow | (770) 532-6312 ext. | Hulsey, Oliver, Mahar LLP | Creditor, Quality Industrial Services Inc. / LISTEN ONLY |
| Exide Holdings, Inc. | 20-11157 | Hearing | 10910520 | Sara V. Martinez | (803) 898-3350 ext. | South Carolina Department of Health & Environment | Interested Party, South Carolina Department of Health & Environmental Control / LISTEN ONLY |
| Exide Holdings, Inc. | 20-11157 | Hearing | 10910489 | Daniel J. McGuire | (312) 558-5600 ext. | Winston & Strawn LLP | Purchaser, ACR III Edison Holdings LLC (f/k/a Battery Bidco LLC) / LIVE |
| Exide Holdings, Inc. | 20-11157 | Hearing | 10909770 | Jeremy Merkin | (973) 597-2948 ext. | Lowenstein Sandler, LLP | Creditor, Official Committee of Unsecured Creditors / LISTEN ONLY |
| Exide Holdings, Inc. | 20-11157 | Hearing | 10910057 | Roy Messing | (212) 818-1555 ext. | Ankura Consulting Group | Debtor, Exide Holdings, Inc. / LIVE |

| | | | | | | |
|---|---|---|---|---|---|---|
| Exide Holdings, Inc. | 20-11157 | Hearing | 10909864 | Howard Meyers | (415) 655-4343 ext. | Kasowitz Benson & Torres LLP | Representing, Howard Meyers / LISTEN ONLY |
| Exide Holdings, Inc. | 20-11157 | Hearing | 10910195 | Livy Mezei | (212) 819-8200 ext. | White & Case LLP | Creditor, Revere Smelting & Refining Corp. (On Behalf of ECO-BAT NY LLC) / LIVE |
| Exide Holdings, Inc. | 20-11157 | Hearing | 10910407 | Eric J. Monzo | (302) 888-5848 ext. | Morris James LLP | Representing, US Bank, National Association, as Trustee and Agent / LIVE |
| Exide Holdings, Inc. | 20-11157 | Hearing | 10909634 | Pauline K. Morgan | (302) 571-6707 ext. | Young, Conaway Stargatt & Taylor, LLP | Interested Party, Ad Hoc Group of Noteholders / LIVE |
| Exide Holdings, Inc. | 20-11157 | Hearing | 10909830 | Aisling Murray | (212) 408-2423 ext. | O'Melveny & Myers LLP | Creditor, California Department of Toxic Substances and Control / LISTEN ONLY |
| Exide Holdings, Inc. | 20-11157 | Hearing | 10910466 | Dwayne Murray | (225) 925-1110 ext. | Murray & Murray, LLC | Interested Party, Louisiana Depart of Environmental Quality / LIVE |
| Exide Holdings, Inc. | 20-11157 | Hearing | 10910475 | Vicente Murrell | (202) 326-4020 ext. | Pension Benefit Guaranty Corporation | Creditor, Pension Benefit Guaranty Corporation / LIVE |
| Exide Holdings, Inc. | 20-11157 | Hearing | 10909545 | Amy Mussler | (404) 657-0489 ext. | State of Georgia - Office of the Attorney General | Creditor, Environmental Protection Division / LISTEN ONLY |
| Exide Holdings, Inc. | 20-11157 | Hearing | 10909594 | Seth A. Niederman | (302) 622-4227 ext. | Fox Rothschild LLP | Representing, ACR Three holdings LLC / LIVE |
| Exide Holdings, Inc. | 20-11157 | Hearing | 10909870 | Robert M. Novick | (212) 506-1758 ext. | Kasowitz Benson & Torres LLP | Representing, Howard Meyers / LISTEN ONLY |
| Exide Holdings, Inc. | 20-11157 | Hearing | 10909553 | Ricardo Palacio | (302) 654-1888 ext. 00 | Ashby & Geddes | Interested Party, City of Frisco, Texas / LIVE |
| Exide Holdings, Inc. | 20-11157 | Hearing | 10910366 | Kathryn Pamenter | (312) 814-0608 ext. | State of Illinois - Office of the Attorney General | Interested Party, State of Illinois / LISTEN ONLY |
| Exide Holdings, Inc. | 20-11157 | Hearing | 10910059 | William Peluchiwski | (312) 456-4714 ext. | Houlihan Lokey | Debtor, Exide Holdings, Inc. / LIVE |
| Exide Holdings, Inc. | 20-11157 | Hearing | 10910504 | Jordana L. Renert | (212) 457-5476 ext. | Arent Fox LLP | Trustee, US Bank National Association / LIVE |
| Exide Holdings, Inc. | 20-11157 | Hearing | 10910060 | Christopher Robinson | (312) 212-6100 ext. | Ankura Consulting Group LLC | Debtor, Exide Holdings, Inc. / LIVE |
| Exide Holdings, Inc. | 20-11157 | Hearing | 10909523 | Hume Ross | (202) 552-9631 ext. | Wiley Rein LLP | Interested Party, Hume Ross / LISTEN ONLY |

| | | | | | | |
|---|---|---|---|---|---|---|
| | Exide Holdings, Inc. | 20-11157 | Hearing | 10909583 | Jacqueline Rubin | (212) 373-3056 ext. | Paul Weiss Rifkind Wharton & Garrison | Interested Party, The Ad Hoc Group of Noteholders / LIVE |
| | Exide Holdings, Inc. | 20-11157 | Hearing | 10909602 | Abigail R. Ryan | (512) 475-4297 ext. | State of Texas - Office of the Attorney General -Bankruptcy & Collections Div.Only | Interested Party, Texas Commission on Environmental Quality / LIVE |
| | Exide Holdings, Inc. | 20-11157 | Hearing | 10909782 | Christopher M. Samis | (302) 984-6050 ext. | Potter Anderson & Corroon LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| | Exide Holdings, Inc. | 20-11157 | Hearing | 10910044 | Brendan J. Schlauch | (302) 651-7700 ext. | Richards, Layton & Finger, P.A. | Debtor, Exide Holdings, Inc. / LIVE |
| | Exide Holdings, Inc. | 20-11157 | Hearing | 10910002 | Ray C. Schrock, P.C. | (212) 310-8210 ext. | Weil Gotshal & Manges LLP | Debtor, Exide Holdings, Inc. / LIVE |
| | Exide Holdings, Inc. | 20-11157 | Hearing | 10910042 | Zachary Shapiro | (302) 651-7819 ext. | Richards, Layton & Finger, P.A. | Debtor, Exide Holdings, Inc. / LIVE |
| | Exide Holdings, Inc. | 20-11157 | Hearing | 10909994 | Sunny Singh | (212) 310-8000 ext. | Weil Gotshal & Manges LLP | Debtor, Exide Holdings, Inc. / LIVE |
| | Exide Holdings, Inc. | 20-11157 | Hearing | 10910004 | Chris Stauble | (212) 735-4935 ext. | Weil Gotshal & Manges LLP | Debtor, Exide Holdings, Inc. / LISTEN ONLY |
| | Exide Holdings, Inc. | 20-11157 | Hearing | 10909591 | Alan Tenenbaum | (202) 514-5409 ext. | U.S. Department Of Justice | Interested Party, United States On Behalf of EPA / LIVE |
| | Exide Holdings, Inc. | 20-11157 | Hearing | 10910061 | Harvey L Tepner | (929) 265-2111 ext. | Exide Holdings, Inc. - Special Subcommittee | Debtor, Exide Holdings, Inc. / LIVE |
| | Exide Holdings, Inc. | 20-11157 | Hearing | 10910518 | Edward C. Toole Jr. | (215) 981-4966 ext. | Troutman Pepper Hamilton Sanders LLP | Interested Party, Troutman Pepper Hamilton Sanders LLP / LISTEN ONLY |
| | Exide Holdings, Inc. | 20-11157 | Hearing | 10909622 | David Weiss | (212) 373-3360 ext. | Paul Weiss Rifkin Wharton & Garrison LLP | Interested Party, Ad Hoc Group of Noteholders / LISTEN ONLY |
| | Exide Holdings, Inc. | 20-11157 | Hearing | 10910071 | Gregory W. Werkheiser | (302) 442-7075 ext. | Benesch Friedlander Coplan & Aronoff, LLP | Creditor, Gould Electronics INC / LIVE |
| | Exide Holdings, Inc | 20-11157 | Hearing | 10910465 | Josh Whittaker | (215) 988-2708 ext. 2708 | Faegre Drinker Biddle & Reath LLP | Creditor, American Intergrated Services Inc. / LISTEN ONLY |
| | Exide Holdings, Inc. | 20-11157 | Hearing | 10910371 | Becky A. Yerak | (312) 543-1306 ext. | Wall Street Journal | Interested Party, Wall Street Journal / LISTEN ONLY |
| | Exide Holdings, Inc. | 20-11157 | Hearing | 10910373 | Scott A. Zuber | (973) 530-2046 ext. | Chiesa Shahinian & Giantomasi, PC | Creditor, Aspen / LIVE |
| | Exide Holdings, Inc. | 20–11157 | Hearing | 10910448 | Brett Fallon | (215) 988-2708 ext. | Faegre Drinker Biddle & Reath LLP | Creditor, American Integrated Services, Inc. / LIVE |

| Exide Holdings, Inc. | 20–11157 | Hearing | 10910499 | James R. Potter | (213) 269-6326 ext. | California Department of Justice | Creditor, California Department of Toxic Substances Control / LIVE |

# Court Conference

U.S. Bankruptcy Court-District of Delaware
Confirmed Telephonic Appearance Schedule
Honorable Christopher S. Sontchi
#6

Calendar Date: 10/16/2020
Calendar Time: 01:00 PM ET

*Amended Calendar   Oct 16 2020  7:26AM*

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearing | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Art Van Furniture, LLC | 20-10553 | Hearing | 10908236 | Kristen Connell | (302) 888-6800 ext. | Morris James LLP | Plaintiff(s), Kristen Connell   / LISTEN ONLY |
| | | Art Van Furniture, LLC | 20-10553 | Hearing | 10907172 | Bruce De'Medici | (312) 731-6778 ext. | Bruce de'Medici, Attorney at Law | Creditor, Pirrello Digital Imaging Inc. / LIVE |
| | | Art Van Furniture, LLC | 20-10553 | Hearing | 10896349 | Steven E. Fox | (212) 789-3150 ext. | Riemer & Braunstein LLP | Representing, Hilco and Gordon Brothers entities / LIVE |
| | | Art Van Furniture, LLC | 20-10553 | Hearing | 10908283 | Alfred T. Giuliano - Trustee | (856) 767-3000 ext. 11 | Giuliano Miller & Co., LLC | Trustee, Alfred T. Giuliano / LIVE |
| | | Art Van Furniture, LLC | 20-10553 | Hearing | 10908097 | Erin Gray | (310) 772-2301 ext. | Pachulski Stang Ziehl & Jones | Representing, Chapter 7 Trustee / LIVE |
| | | Art Van Furniture, LLC | 20-10553 | Hearing | 10908092 | Peter J. Keane | (302) 778-6401 ext. | Pachulski Stang Ziehl & Jones | Representing, Chapter 7 Trustee / LIVE |
| | | Art Van Furniture, LLC | 20-10553 | Hearing | 10907151 | Catherine Keenan | (312) 362-0000 ext. | Gardiner Koch Weisberg & Wrona | Pro Hac Vice, Pirrello Digital Imaging, Inc. / LIVE |
| | | Art Van Furniture, LLC | 20-10553 | Hearing | 10906603 | Eric M. Sutty | (302) 384-9409 ext. | Elliott Greenleaf, P.C. | Interested Party, Elliott Greenleaf / LIVE |
| | | Art Van Furniture, LLC | 20-10553 (20-50546) | Hearing | 10892547 | Douglas Herrmann | (302) 777-6500 ext. | Troutman Pepper LLP | Creditor, Hilco & Gordon Brothers / LIVE |
| | | Art Van Furniture, LLC | 20-10553 (20-50546) | Hearing | 10892550 | Marcy J. McLaughlin Smith | (302) 777-6535 ext. | Troutman Pepper LLP | Representing, Hilco and Gordon Brothers entities / LIVE |
| | | Art Van Furniture, LLC | 20-10553 (20-50546) | Hearing | 10891683 | Maureen Mulligan | (617) 951-2100 ext. | Peabody & Arnold LLP | Plaintiff(s), Jofran Sales / LIVE |
| | | Art Van Furniture, LLC | 20-10553 (20-50546) | Hearing | 10891668 | Jeffrey Waxman | (302) 888-5842 ext. | Morris James LLP | Plaintiff(s), Jofran Sales / LIVE |

# Court Conference

Calendar Date: 10/16/2020
Calendar Time: 02:00 PM ET

U.S. Bankruptcy Court-District of Delaware
Confirmed Telephonic Appearance Schedule
Honorable Christopher S. Sontchi
#6

*Amended Calendar   Oct 16 2020  7:26AM*

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearing | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Town Sports International, LLC | 20-12168 | Hearing | 10909051 | Taylor Crabill | (212) 257-6800 ext. | Wigdor LLP | Creditor, Unsecured Creditor / LISTEN ONLY |
| | | Town Sports International, LLC | 20-12168 | Hearing | 10908009 | Justin Alberto | (302) 651-2006 ext. | Cole Schotz P.C. | Creditor, Unsecured Creditors / LIVE |
| | | Town Sports International, LLC | 20-12168 | Hearing | 10906399 | Joshua Altman | (312) 862-2000 ext. | Kirkland & Ellis LLP | Debtor, Town Sports International, LLC. / LIVE |
| | | Town Sports International, LLC | 20-12168 | Hearing | 10895218 | Mark A. Bogdanowicz | (309) 672-1483 ext. | Howard & Howard, Attorneys PLLC | Interested Party, KRG Landlords / LIVE |
| | | Town Sports International, LLC | 20-12168 | Hearing | 10906336 | Robert S. Brady | (302) 571-5713 ext. | Young, Conaway Stargatt & Taylor, LLP | Debtor, Town Sports International, LLC / LIVE |
| | | Town Sports International, LLC | 20-12168 | Hearing | 10906721 | Stuart M. Brown | (302) 468-5700 ext. | DLA Piper (US), LLP | Real Party in Interest, Tacit, LLC / LIVE |
| | | Town Sports International, LLC | 20-12168 | Hearing | 10906367 | Travis G Buchanan | (302) 571-6600 ext. | Young, Conaway Stargatt & Taylor, LLP | Debtor, Town Sports International, LLC / LISTEN ONLY |
| | | Town Sports International, LLC | 20-12168 | Hearing | 10907068 | David L. Buchbinder | (302) 573-6491 ext. | Office of the United States Trustee | U.S. Trustee, David Buchbinder / LIVE |
| | | Town Sports International, LLC | 20-12168 | Hearing | 10901636 | Michael Byun | (310) 552-6423 ext. | Akin Gump Strauss Hauer & Feld LLP | Creditor, KLIM / LISTEN ONLY |
| | | Town Sports International, LLC | 20-12168 | Hearing | 10906744 | Richard Chesley | (312) 368-3430 ext. | DLA Piper (US), LLP | Interested Party, Tacit Capital LLC / LIVE |
| | | Town Sports International, LLC | 20-12168 | Hearing | 10900315 | Mark D. Collins | (302) 651-7531 ext. | Richards, Layton & Finger, P.A. | Interested Party, Kennedy Lewis Investment Management, LLC / LIVE |
| | | Town Sports International, LLC | 20-12168 | Hearing | 10903387 | Caitlin Conklin | (973) 848-4049 ext. | K&L Gates LLP | Bankruptcy Counsel, GP Associates, a New York Partnership / LIVE |
| | | Town Sports International, LLC | 20-12168 | Hearing | 10900325 | Travis J. Cuomo | (302) 651-7500 ext. | Richards, Layton & Finger, P.A. | Interested Party, Kennedy Lewis Investment Management, LLC / LIVE |

| Debtor | Case Number | Proceeding | ID | Name | Phone | Firm | Representing |
|---|---|---|---|---|---|---|---|
| Town Sports International, LLC | 20-12168 | Hearing | 10907959 | Laura Davis Jones | (302) 778-6401 ext. | Pachulski Stang Ziehl & Jones | Interested Party, Ad Hoc Term Lender Group / LIVE |
| Town Sports International, LLC | 20-12168 | Hearing | 10908020 | Anthony De Leo | (201) 489-3000 ext. 5068 | Cole Schotz P.C. | Creditor, Unsecured Creditors / LIVE |
| Town Sports International, LLC | 20-12168 | Hearing | 10902616 | Mark L. Desgrosseilliers | (302) 295-0191 ext. | Chipman Brown Cicero & Cole, LLP | Bankruptcy Counsel, KRG Landlords / LIVE |
| Town Sports International, LLC | 20-12168 | Hearing | 10906439 | John Didonato | (312) 880-5643 ext. | Huron Consulting Group | Debtor, Town Sports International, LLC / LIVE |
| Town Sports International, LLC | 20-12168 | Hearing | 10907261 | Michael DiGiacomo | (602) 798-5505 ext. | Ballard Spahr LLP | Bankruptcy Counsel, SCR RC Funding / LISTEN ONLY |
| Town Sports International, LLC | 20-12168 | Hearing | 10901608 | Philip Dublin | (212) 872-8083 ext. | Akin Gump Strauss Hauer & Feld LLP | Creditor, KLIM / LIVE |
| Town Sports International, LLC | 20-12168 | Hearing | 10906450 | Jason Feintuch | (212) 497-7876 ext. | Houlihan Lokey | Debtor, Town Sports International, LLC. / LIVE |
| Town Sports International, LLC | 20-12168 | Hearing | 10909411 | Gregory Flasser | (302) 429-4270 ext. | Bayard P.A. | Interested Party, Motion Soft CSI / LIVE |
| Town Sports International, LLC | 20-12168 | Hearing | 10908028 | Matthew Goeller | (302) 416-7000 ext. | K&L Gates LLP | Creditor, GP Associates, New York Associates / LIVE |
| Town Sports International, LLC | 20-12168 | Hearing | 10902835 | Douglas R. Gooding | (617) 248-5277 ext. | Choate Hall & Stewart, LLP | Creditor, Liberty Mutual / LISTEN ONLY |
| Town Sports International, LLC | 20-12168 | Hearing | 10906356 | Sean T. Greecher | (302) 571-6558 ext. | Young, Conaway Stargatt & Taylor, LLP | Debtor, Town Sports International, LLC / LIVE |
| Town Sports International, LLC | 20-12168 | Hearing | 10906387 | Nicole Greenblatt | (212) 446-4664 ext. | Kirkland & Ellis LLP | Debtor, Town Sports International, LLC / LIVE |
| Town Sports International, LLC | 20-12168 | Hearing | 10906412 | Derek Hunter | (212) 446-4800 ext. | Kirkland & Ellis LLP | Debtor, Town Sports International, LLC / LIVE |
| Town Sports International, LLC | 20-12168 | Hearing | 10909324 | Ericka Johnson | (302) 252-4337 ext. | Womble Bond Dickinson (US) LLP | Creditor, Bank United / LIVE |
| Town Sports International, LLC | 20-12168 | Hearing | 10910248 | Austin Klar | (415) 439-4787 ext. | Kirkland & Ellis LLP | Debtor, Town Sports International, LLC / LIVE |
| Town Sports International, LLC | 20-12168 | Hearing | 10909160 | David M. Klauder | (302) 803-4600 ext. | Bielli & Klauder, LLC | Creditor, EBRA 70 Pine Street / LIVE |
| Town Sports International, LLC | 20-12168 | Hearing | 10908013 | Stuart Komrower | (201) 525-6331 ext. | Cole Schotz P.C. | Creditor, Unsecured Creditor / LIVE |
| Town Sports International, LLC | 20-12168 | Hearing | 10906766 | Regan LaTesta | (858) 638-6759 ext. | DLA Piper (US), LLP | Interested Party, Station Landing III / LIVE |
| Town Sports International, LLC | 20-12168 | Hearing | 10909453 | Nicholas Lee | (201) 587-7171 ext. 37071 | Berkeley Research Group, LLC | Financial Advisor, UCC of Town Sports International / LISTEN ONLY |
| Town Sports International, LLC | 20-12168 | Hearing | 10906405 | Mark E. McKane | (415) 439-1400 ext. | Kirkland & Ellis LLP | Debtor, Town Sports International, LLC / LIVE |

| Debtor | Case # | Type | ID | Name | Phone | Firm | Representing |
|---|---|---|---|---|---|---|---|
| Town Sports International, LLC | 20-12168 | Hearing | 10906362 | Allison Mielke | (302) 571-5732 ext. | Young, Conaway Stargatt & Taylor, LLP | Debtor, Town Sports International, LLC / LISTEN ONLY |
| Town Sports International, LLC | 20-12168 | Hearing | 10908021 | Vanessa V. Moody | (617) 482-1776 ext. | Goulston & Storrs PC | Creditor, Landmark Center Park Drive LLC, et al / LIVE |
| Town Sports International, LLC | 20-12168 | Hearing | 10901626 | Naomi Moss | (212) 872-1044 ext. | Akin Gump Strauss Hauer & Feld LLP | Creditor, KLIM / LIVE |
| Town Sports International, LLC | 20-12168 | Hearing | 10908027 | Shelby K. Nace | (201) 489-3000 ext. 5068 | Cole Schotz P.C. | Creditor, Unsecured Creditors / LISTEN ONLY |
| Town Sports International, LLC | 20-12168 | Hearing | 10909382 | Frank Napolitano | (925) 217-4224 ext. | Frank Napolitano - In Pro Per/Pro Se | Creditor, Frank Napolitano / LISTEN ONLY |
| Town Sports International, LLC | 20-12168 | Hearing | 10907944 | James E. O'Neill | (302) 652-4100 ext. | Pachulski Stang Ziehl & Jones | Interested Party, Ad Hoc Term Lender Group / LIVE |
| Town Sports International, LLC | 20-12168 | Hearing | 10908040 | Melissa Pena | (917) 369-8847 ext. | Norris McLaughlin | Creditor, Yorkville Tower Associates, LLC / LISTEN ONLY |
| Town Sports International, LLC | 20-12168 | Hearing | 10898250 | Ryan Reinert | (813) 229-8900 ext. | Shutts & Bowen, LLP | Creditor, 39 W. Northfield Associates, LLC / LIVE |
| Town Sports International, LLC | 20-12168 | Hearing | 10910294 | Laurel D. Roglen | (302) 252-4465 ext. | Ballard Spahr LLP | Lessor, Federal Realty Investment Trust / LIVE |
| Town Sports International, LLC | 20-12168 | Hearing | 10906430 | Charlie Saad | (347) 267-1654 ext. | Kirkland & Ellis LLC | Debtor, Town Sports International, LLC / LISTEN ONLY |
| Town Sports International, LLC | 20-12168 | Hearing | 10906733 | Matthew Sarna | (302) 468-5700 ext. | DLA Piper (US), LLP | Interested Party, Tacit Capital, LLC / LIVE |
| Town Sports International, LLC | 20-12168 | Hearing | 10906373 | Heather Smillie | (302) 571-6708 ext. | Young, Conaway Stargatt & Taylor, LLP | Debtor, Town Sports International, LLC. / LISTEN ONLY |
| Town Sports International, LLC | 20-12168 | Hearing | 10909169 | Michael Tomback | (954) 263-4742 ext. | Reorg Research, Inc. | Interested Party, Reorg Research / LISTEN ONLY |
| Town Sports International, LLC | 20-12168 | Hearing | 10906753 | Jamila Willis | (212) 335-4500 ext. | DLA Piper (US), LLP | Interested Party, Jamila Willis / LIVE |
| Town Sports International, LLC | 20-12168 | Hearing | 10907368 | Sean T Wilson | (212) 808-7925 ext. | Kelley Drye & Warren LLP | Creditor, Philips International / LIVE |