4308 Greene Street
Gary, IN 46403

October 9, 2020

United States Bankruptcy Court
for the District of Delaware
824 North Market Street, 3rd Floor
Wilmington, Delaware 19801

Case # 20-10553 – Art Van
Ref Claim # 2529

Attn: Claims Dept

To Whom It May Concern,

I would like to change my home address on your files due to my recent move. Please see new address below:

Debra N. Jenkins
4311 East 12th Place
Gary, IN 46403

Thank you,

Debra Jenkins