**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| ART VAN FURNITURE, LLC, *et al.*,[1] | Case No. 20-10553 (CSS) |
| Debtors. | Jointly Administered |
| | **Sale Objection Deadline: Dec. 11, 2020 at 4:00 p.m. (ET)**<br>**Sale Hearing Date: Dec. 18, 2020 at 3:00 p.m. (ET)** |

**NOTICE OF (I) PROPOSED SALE OF SALE OF RIGHTS IN VISA/MASTERCARD
CLASS ACTION INTERCHANGE LITIGATION FREE AND CLEAR OF ALL LIENS,
CLAIMS, INTERESTS, AND ENCUMBRANCES,
(II) AUCTION, AND (III) SALE HEARING**

**PLEASE TAKE NOTICE** that Alfred T. Giuliano, chapter 7 trustee (the "Trustee") to the estates of the above-captioned debtors (the "Debtors") filed a motion [Docket No. 1014] (the "Motion")[2] for entry of an order: (a) establishing bidding procedures (the "Bid Procedures") in connection with the sale (the "Sale") of the rights of the Debtors' estates as putative class members in the Class Action Interchange Litigation, free and clear of all liens, claims, and encumbrances (the "Asset") and authorizing the Trustee's ability to select a stalking horse bidder and provide bid protections; (b) approving the form and manner of notices of the Sale and the Bid Procedures; (c) scheduling a hearing date to consider the approval of the Sale (the "Sale Hearing"), and (d) granting related relief, with the United States Bankruptcy Court for the District of Delaware (the "Court").

**PLEASE TAKE FURTHER NOTICE** that on October 26, 2020, the Court entered an order (the "Bid Procedures Order") approving the Bid Procedures [Docket No. 1060].

**PLEASE TAKE FURTHER NOTICE** that the Sale Hearing to consider, among other things, the approval of the Sale of the Asset and the APA (as defined in the Motion) with the party or parties submitting the highest or otherwise best bid at the Auction (as defined in the Motion), **will be held on December 18, 2020 at 3:00 p.m. (Eastern Time)** before The Honorable Christopher S. Sontchi, Chief United States Bankruptcy Judge, at the United States

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, include: Art Van Furniture, LLC (9205); AVF Holding Company, Inc. (0291); AVCE, LLC (2509); AVF Holdings I, LLC (2537); AVF Holdings II, LLC (7472); AVF Parent, LLC (3451); Levin Parent, LLC (8052); Art Van Furniture of Canada, LLC (9491); AV Pure Sleep Franchising, LLC (8968); AVF Franchising, LLC (6325); LF Trucking, Inc. (1484); Sam Levin, Inc. (5198); and Comfort Mattress LLC (4463).

[2] Capitalized terms used, but not defined, herein shall have the meaning ascribed to them in the Motion.

Bankruptcy Court for the District of Delaware, 824 Market Street, 5th Floor, Courtroom No. 6, Wilmington, DE 19801, or as soon thereafter as the Trustee may be heard.  This hearing may be adjourned from time to time, without further notice to parties in interest other than by announcement of the adjournment in open Court.

**PLEASE TAKE FURTHER NOTICE** an Auction **will be held telephonically and/or via Zoom videoconference on December 10, 2020, at 10:00 a.m. (Eastern Time)**, or such later time or other place as the Trustee shall determine, in accordance with the Bid Procedures set forth in the Bid Procedures Order.

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Motion, the Trustee seeks, among other things, to sell the Asset to a prevailing bidder at an auction (the "Prevailing Bidder"), free and clear of all liens, claims, encumbrances and other interests pursuant to section 363 of the Bankruptcy Code.

**PLEASE TAKE FURTHER NOTICE** that objections to the Motion must be in writing, conform to the Federal Rules of Bankruptcy Procedure and the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, and be filed with the Court and served upon:  (i) counsel for the Trustee, (a) Pachulski Stang Ziehl & Jones LLP, 919 N. Market Street, 17th Floor, Wilmington, DE  19801 (Attn: Bradford J. Sandler and Colin R. Robinson) bsandler@pszjlaw.com, crobinson@pszjlaw.com; (ii) the U.S. Trustee; Benjamin A. Hackman, Office of the United States Trustee, 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE  19801, benjamin.a.hackman@usdoj.gov; and (iii) counsel to the ABL Lender, (a) Burr & Forman LLP, 1201 Market Street, Suite 1407, Wilmington, DE  19801; (Attn: J. Cory Falgowski) jfalgowski@burr.com, (b) Morgan, Lewis & Bockius LLP, 101 Park Avenue, New York, NY 10178 (Attn: Jennifer Feldsher) jfeldsher@morganlewis.com, and (c) Morgan, Lewis & Bockius LLP, One Federal Street, Boston, MA 02110 (Attn: Marjorie S. Crider and Christopher L. Carter) marjorie.crider@morganlewis.com, christopher.carter@morganlewis.com, so as to be actually received no later **than December 11, 2020 at 4:00 p.m. (Eastern Time).**

**PLEASE TAKE FURTHER NOTICE** that this Sale Notice and the Sale Hearing are subject to the full terms and conditions of the Sale Motion, the Bid Procedures Order, and the Bid Procedures, which shall control in the event of any conflict.  A copy of the Sale Motion, Bid Procedures and/or Bid Procedures Order may be obtained by request made to counsel to the Trustee, Pachulski Stang Ziehl & Jones LLP, 919 North Market Street, 17th Floor, Wilmington, DE 19801, Attn:  Bradford J. Sandler, Colin R. Robinson, and Peter J. Keane, Telephone:  (302) 652-4100, Facsimile:  (302) 652-4400, E-mail: bsandler@pszjlaw.com, crobinson@pszjlaw.com, and pkeane@pszjlaw.com

**THE TRUSTEE ENCOURAGES ALL PARTIES TO CAREFULLY REVIEW THE BID PROCEDURES ATTACHED HERETO AS EXHIBIT A, AS WELL AS ALL TERMS AND CONDITIONS OF THE MOTION, THE APA, AND THE BID PROCEDURES ORDER.**

| | |
|---|---|
| Dated: October 27, 2020 | PACHULSKI STANG ZIEHL & JONES LLP |
| | |
| | */s/ Peter J. Keane* |
| | Bradford J. Sandler (DE Bar No. 4142) |
| | Colin R. Robinson (DE Bar No. 5524) |
| | Peter J. Keane (DE Bar No. 5503) |
| | 919 North Market Street, 17th Floor |
| | P.O. Box 8705 |
| | Wilmington, DE  19899 (Courier 19801) |
| | Telephone: 302-652-4100 |
| | Facsimile:  302-652-4400 |
| | E-mail:  bsandler@pszjlaw.com |
| |           crobinson@pszjlaw.com |
| |           pkeane@pszjlaw.com |
| | |
| | *Counsel to Alfred T. Giuliano, Chapter 7 Trustee* |