## Exhibit A

DOCS_DE:231309.1 05233/003

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| ART VAN FURNITURE, LLC, *et al.*,[1] | Case No. 20-10553 (CSS) |
| Debtors. | Jointly Administered |

### EXHIBIT 1

### ART VAN FURNITURE, LLC, ET AL.

### BID PROCEDURES IN CONNECTION WITH SALE OF RIGHTS IN VISA/MASTERCARD CLASS ACTION INTERCHANGE LITIGATION

These bid procedures (the "Bid Procedures") shall be the exclusive mechanism governing a disposition of the rights to any payments (the "Asset") that the estates for the above-captioned debtors (collectively, the "Debtors") may recover as a result of their potential involvement as putative class members in the consolidated class action entitled *In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation* (Case No. 1:05 md-1720-JG-JO) (the "Class Action Interchange Litigation").

1.     **Determining Potential Bidders**

To participate in the bidding process, each person or entity who wishes to receive non-public information concerning the Asset (a "Potential Bidder") must contact Alfred T. Giuliano, the appointed chapter 7 trustee (the "Seller" or "Trustee") of the above-captioned Debtors, to express an interest in receiving information about the Asset.

2.     **Qualified Bids and Qualified Bidders**

To become a Qualified Bidder, each Potential Bidder must deliver to the Trustee and his counsel a "Qualified Bid" on or before **December 4, 2020 at 12:00 p.m. (Eastern time)** (the "Bid Deadline").  To constitute a Qualified Bid, a bid must:

---

[1]  The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, include: Art Van Furniture, LLC (9205); AVF Holding Company, Inc. (0291); AVCE, LLC (2509); AVF Holdings I, LLC (2537); AVF Holdings II, LLC (7472); AVF Parent, LLC (3451); Levin Parent, LLC (8052); Art Van Furniture of Canada, LLC (9491); AV Pure Sleep Franchising, LLC (8968); AVF Franchising, LLC (6325); LF Trucking, Inc. (1484); Sam Levin, Inc. (5198); and Comfort Mattress LLC (4463).

a.    be in writing;

b.    provide an irrevocable offer in the form of an asset purchase agreement marked to show all changes requested by the Potential Bidder (including those related to purchase price) from the form of APA;

c.    offering to pay a price equal to or greater than (i) the Stalking Horse Overbid in the event that a Stalking Horse Selection Notice has been filed prior to the Bid Deadline with respect to the relevant Assets, or (ii) an amount that the Trustee determines constitutes a fair and adequate price, the acceptance of which would be in the best interests of the estates (the "Minimum Bid");

d.    provide a clean version of the APA containing all of the requested changes described, above, and with such clean version executed by the Potential Bidder;

1.    The Trustee may conclude, in his reasonable business judgment, that any such changes are detrimental to creditors and/or the estates and, based on such determination, decline to designate the Potential Bidder and the Potential Bid as qualified to participate in the Auction, unless such requested changes are acceptably modified or are eliminated.

2.    The APA shall not include any financing, due diligence, or other contingencies and must, by its terms, remain open and binding on the Potential Bidder until the conclusion of the Auction.  If a Potential Bidder and a Potential Bid are deemed qualified to participate in the Auction, and the Auction concludes with such Qualified Bid being determined by the Trustee, in his reasonable business judgment, as the highest or otherwise best received at the Auction ("Prevailing Bid"), the asset purchase agreement with respect to such Qualifying Bid, by its terms, shall remain binding upon the Prevailing Bidder submitting such Qualified Bid.

3.    If the Auction concludes with the Qualified Bid being determined by the Trustee, in his reasonable business judgment, to be the second highest or otherwise best, the asset purchase agreement, by its terms, shall remain binding as the backup bid ("Backup Bid") until the closing of a transaction.  If the Prevailing Bidder fails to timely close the transaction pursuant to the terms of the Prevailing Bid asset purchase agreement, the Trustee may, in his

2

reasonable business judgment, elect to deem the Backup Bid as the Prevailing Bid and the Backup Bidder as the Prevailing Bidder and such bidder shall be obligated to close the transaction with the Backup Bidder within seven (7) business days following such election pursuant to the terms of its Backup Bid, or such later time as the Trustee and the Backup Bidder may agree. If a Qualified Bid is neither the Prevailing Bid, nor the Backup Bid, the asset purchase agreement, by its terms, shall cease to be binding and any deposit shall be returned to the Qualified Bidder as soon as practicable following the conclusion of the Auction.

e.    Provide a clean and redline version of the proposed sale order to approve the APA, marked to show all changes requested by the Potential Bidder from the form of sale order attached to this Motion as Exhibit D.

f.    include a good faith (the "Deposit") in an amount equal to ten percent (10%) of the Purchase Price offered to purchase the Asset, which Deposit must be submitted in the form of a certified or bank check (or other form acceptable to the Trustee in his sole and absolute discretion) payable to the order of the Trustee. All Deposits will be held in a segregated account by the Trustee until no later than ten (10) days after the Auction and thereafter returned to the respective bidders in accordance with these Bid Procedures, unless the bidder has been selected as the successful bidder, or, in the case of the Backup Bidder the Deposit shall be held by the Trustee until the Closing of the Sale to the Prevailing Bidder;

g.    fully disclose the identity of the Potential Bidder and the Potential Bidder's sponsors ("Sponsors") (if any), and the representatives thereof who are authorized to appear and act on their behalf for all purposes regarding the contemplated transaction. A Qualified Bid also shall identify if any of the principals, investors, officers or directors of the Potential Bidder are principals, investors, officers, directors or employees of any of the Debtors or the Trustee;

h.    contain written evidence reasonably acceptable to the Trustee indicating that the Potential Bidder is authorized to submit a bid;

i.    not contain a request for any break-up fee, termination fee, expense reimbursement or similar type of payment (unless the Trustee determines to select the potential Bid as a Stalking Horse Bid). Moreover, neither the tendering of a Potential Bid, nor the determination that a Potential Bid is a Qualified Bid, shall entitle

the Potential Bidder to any break-up fee, termination fee, expense reimbursement or similar type of payment.

j.      Contain a written statement that the bidder (a) has not and will not engage in any collusion with respect to the bidding process, and (b) its bid is a good faith *bona fide* offer that it intends to consummate if selected as the Prevailing Bidder.

**3.      Notification of Qualified Bidders.**

The Trustee shall identify and notify the Qualified Bidders of their selection on, or before **December 8, 2020**.

A "Qualified Bidder" under the Bid Procedures is a Potential Bidder who, no later than the Bid Deadline, delivers the Potential Bid Package to the Trustee and counsel that satisfies the requirements for a "Qualified Bid" under the Bid Procedures. The Trustee shall determine whether a Potential Bidder has submitted a bid that qualifies as a Qualified Bid.

**4.      Minimum Overbid**

The Minimum Overbid proposed by the Potential Bid can include only cash and the aggregate consideration of the Potential Bid must equal or exceed the Initial Bid plus the required Overbid increment of $50,000.00 or such other amount as the Trustee may determine in his business judgment.

**5.      Due Diligence**

The Trustee shall provide access to due diligence materials for the Asset to each Potential Bidder. The Trustee may designate an employee or other representative to coordinate all reasonable requests for additional information and due diligence access from such bidders. The Trustee shall not be obligated to furnish any due diligence information after the Bid Deadline. Potential Bidders acknowledge that the sale of the Asset is a sale "as is," "where is," and with all faults. Neither the Trustee nor any of his representatives will be obligated to furnish any information relating to the Asset to any person except to a Potential Bidder. Potential Bidders will be advised to exercise their own judgment and discretion before relying on any information regarding the Asset provided by anyone other than the Trustee or his representatives.

**6.      Stalking Horse Bidder**

The Trustee expressly reserves the right to designate a Stalking Horse Bidder in accordance with the exercise of his fiduciary duties and will file the Stalking Horse Selection Notice on or before **November 24, 2020**. The Stalking Horse Bid shall set the floor for all bids for the Asset at the Auction. Recognizing a Stalking Horse Bidder's expenditure of time, energy and resources, and that a Stalking Horse Bid provides a floor bid with respect to the Asset, the Trustee may provide any Stalking Horse Bidder with customary bid protections as may be agreed between the Trustee and the Stalking Horse Bidder, in the event the Stalking Horse Bid is

4

contingent on such Bid Protections being awarded; provided, however, the Bid Protections in the aggregate shall be no more than 3% of the Purchase Price for the Asset (collectively, the "Bid Protections"), as may be agreed between the Trustee and the Stalking Horse Bidder.  In the event the Trustee selects a Stalking Horse Bidder for the Asset, the Trustee will announce the designation of the Stalking Horse Bidder(s) by filing a notice on the Bankruptcy Court's docket (a "Stalking Horse Selection Notice") no later than one business day after the selection of a Stalking Horse Bidder. A Stalking Horse Selection Notice shall:

    (i)    state the identity of the Stalking Horse Bidder and identify the Asset that is subject to the Stalking Horse Bid;

    (ii)    attach an agreement accompanying the Stalking Horse Bid (a "Stalking Horse Agreement") memorializing the proposed transaction by and between the Stalking Horse Bidder and the Trustee for the Asset, with a redline highlighting any changes to the form APA;

    (iii)    contain a statement setting forth the terms of the Bid Protections (the "Bid Protection Amount"); and

    (iv)    contain a statement setting forth the adjusted Minimum Bid, which amount shall equal the sum of (A) the value of the Stalking Horse Bid, (B) the Bid Protection Amount, and (C) a reasonable minimum overbid amount to be calculated in the Trustee's discretion, based on, among other things, the aggregate price set forth in the Stalking Horse Bid (a "Stalking Horse Overbid").

## 7.    Notice of the Auction or of Absence of Qualified Bids

To the extent that the Trustee selects Qualified Bids, an auction (the "Auction") will be held on telephonically and/or via Zoom videoconference on **December 10, 2020 at 10:00 a.m. (Eastern time)** or such later time or other place as the Trustee may determine.  The Trustee or his counsel will distribute arrangements to participate telephonically in the Auction to all Qualified Bidders.

The Trustee shall disregard any Potential Bids received after the Bid Deadline and any such bids shall not be Qualified Bids.

## 8.    The Auction

The Auction shall be governed by the following procedures:

a.    Attendance at and Participation in the Auction.

In addition to the Trustee, his representatives and advisors, the only parties (and their respective representatives and advisors) eligible to participate in the Auction shall be: (i) those parties who have been selected as Qualified Bidders; (ii) the Office of the United States Trustee; and (iii) any creditor

who requests to participate telephonically on or before three (3) business days before the Auction.

b.      The Auction Process.

1.      The Trustee Shall Conduct the Auction.

A.      The Trustee and his professionals shall direct and preside over the Auction. At the commencement of the Auction bidding shall commence with the highest or otherwise best Qualified Bid ("Initial Bid"), as determined by the Trustee, in his reasonable business judgment. The foregoing determination shall take into account any factors the Trustee reasonably deems relevant to the value and benefit to the Debtors' estates of the Qualified Bid, including, inter alia, the following: (A) the amount and nature of the consideration; (B) the ability of the Qualified Bidder to timely close the transaction; (C) the proposed closing date; and (D) the likelihood, extent and impact of any potential delays in closing (collectively the "Bid Criteria"). The Trustee will determine and announce the bidding order. The Trustee will solicit an oral Bid from each Bidder each round. In the event that there are more than two Bidders, each Bidder shall be permitted to pass one time during the course of the entire Auction and Bidders that pass twice forfeit their standing in the Auction. All Bids made following the Initial Bid shall be Overbids (as defined below), and shall be made and received on an open basis, and all material terms of each Bid shall be fully disclosed to all other Qualified Bidders. The Trustee shall maintain a transcript of all Bids made and announced at the Auction, all Overbids and the Prevailing Bid.

B.      Terms of Overbids. An "Overbid" is any bid made at the Auction subsequent to the Trustee's announcement of the Initial Bid. To submit an Overbid for purposes of this Auction, a Qualified Bidder must comply with the following conditions:

i.      Minimum Overbid Increment. Each Overbid after the Initial Bid shall be made in increments of at least $50,000.00 or such other amount as the Trustee may determine in his business judgment.

ii.     Remaining Terms are the Same as for Qualified Bids. Except as modified below, an Overbid must comply with the conditions for a Qualified Bid set forth above, provided, however, that the Bid Deadline shall not apply. Any Overbid must remain open and binding on the Bidder until and unless the

6

Trustee accepts a higher or better Qualified Bid as an Overbid.

C.    <u>Consideration of Overbids</u>.  The Trustee reserves the right, in his reasonable business judgment, to vary the Bid Procedures prior to or after the Auction has commenced that are aimed at maximizing value to the Debtors' estates.  By way of example, and not by way of limitation, the Trustee may take breaks during the Auction to facilitate discussions between the Trustee and his representatives and advisors as well as with individual bidders and their respective representatives and advisors; allow individual Bidders to consider how they wish to proceed; and give Bidders the opportunity to provide the Trustee with such additional evidence as the Trustee, in his reasonable business judgment, may require, that the Bidder has sufficient internal resources to consummate the proposed transaction at the prevailing Overbid amount.

D.    <u>Announcing Overbids</u>.  The Trustee shall announce at the Auction the material terms of each Overbid, the basis for the calculation of the total consideration offered in each such Overbid, and the resulting benefit to the Debtors' estates based, among other things, on the Bid.

E.    <u>Conditions To, and the Closing Of, the Auction</u>.  The Auction shall continue until there is only one Qualified Bid that the Trustee determines, in his reasonable business judgment, is the highest or otherwise best Qualified Bid.  In making this decision, the Trustee shall consider the Bid Criteria. The Auction shall not close unless and until all Qualified Bidders have been given a reasonable opportunity to submit an Overbid at the Auction to the then-existing Overbid and the Prevailing Bidder has submitted a fully executed asset purchase agreement memorializing the terms of the Prevailing Bid, or made appropriate modifications to the asset purchase agreement previously submitted by such Prevailing Bidder in order to accomplish the same.  Thereafter, the Trustee shall identify which Qualified Bidder, in the reasonable business judgment of the Trustee, has made the highest or otherwise best bid, as determined by, among other things, the Bid Criteria.  The Auction shall then be closed. Once the Auction is closed, the Trustee shall be prohibited from discussing, soliciting or accepting any further bids.  The Trustee, however, retains the authority, in the exercise of his reasonable business judgment, not to move forward with any Prevailing Bid.

F.    <u>Additional Procedures</u>.  The Trustee may announce at the Auction additional procedural rules that are reasonable under the

DOCS_DE:230438.4 05233/003

circumstances (e.g. and not by way of limitation, the amount of time to make subsequent overbids) for conducting the Auction.

G.    Consent to Jurisdiction as Condition to Bidding.  All Bidders at the Auction shall be deemed to have consented to the core jurisdiction of the Bankruptcy Court and waived any right to a jury trial in connection with any disputes relating to the Auction, the sale of the Property and the transaction and enforcement of the applicable asset purchase agreement.

## 9.    Bankruptcy Court Approval and Authorization of the Transaction

The Prevailing Bid and, if necessary, the Backup Bid will be presented to the Bankruptcy Court at the Sale Hearing, as defined in the Bid Procedures Order, scheduled for **December 18, 2020, at 3:00 p.m. (Eastern time)**, and the Trustee will request the Bankruptcy Court's approval thereof and authorization for the Trustee to consummate the transaction pursuant to the terms of the Prevailing Bid (or the Backup Bid, if necessary).

## 10.    Reservation of Rights

These Bid Procedures and the Auction are solely for the benefit of the Debtors' estates. The Trustee reserves the right, in his business judgment, to vary these Bid Procedures prior to, or after, the Auction has commenced.  Nothing contained herein, or in any order approving these Bid Procedures, shall create any rights in favor of any other person or bidder (including without limitation rights as third party beneficiaries or otherwise).  The Bankruptcy Court shall retain jurisdiction to hear and determine all matters arising from or relating to the implementation of any Order approving these Bidding Procedures.

8