## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| ART VAN FURNITURE, LLC, *et al.,* | Case No. 20-10553 (CSS) |
| Debtors. | Jointly Administered |

### ORDER SCHEDULING OMNIBUS HEARING DATE

IT IS HEREBY ORDERED that the following omnibus hearing date has been scheduled in the above-captioned matter:

| **DATE** | **TIME** |
|---|---|
| December 18, 2020 | 3:00 p.m. prevailing Eastern Time |

IT IS HEREBY FURTHER ORDERED that the hearing shall take place at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 5th Floor, Courtroom No. 6, Wilmington, Delaware 19801.

**Dated: October 28th, 2020**
**Wilmington, Delaware**

**CHRISTOPHER S. SONTCHI**
**UNITED STATES BANKRUPTCY JUDGE**

DOCS_DE:228640.7 05233/003