BL9684656

# THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE, WILMINGTON DIVISION

In Re:     ART VAN FURNITURE, LLC             Chapter: 7
                                              Bankruptcy No: 20-10553

## WITHDRAWAL OF CLAIM

American Express Travel Related Services Co, Inc, by and through its counsel, withdraws its Proof of Claim Number 3030 filed on June 12th, 2020, for account number 4441 and in the amount of $2,047.91.

Respectfully submitted,

By: /s/ Shraddha Bharatia

Shraddha Bharatia, Claims Administrator
Becket & Lee LLP
POB 3001
Malvern, PA 19355-0701

DATE:     11/5/2020