## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| | ) |
| **In re:** | ) **Chapter 7** |
| | ) |
| **ART VAN FURNITURE,** | ) **Case No. 20-10553 (CSS)** |
| **LLC,** *et al.*, | ) |
| | ) **(Jointly Administered)** |
| **Debtors.** | ) |
| | ) **Related Docket Nos. 1010 & _____** |
| | ) |
| | ) |

## ORDER ALLOWING ADMINISTRATIVE EXPENSE CLAIM
## OF THE CITY OF NOVI, MICHIGAN

Upon consideration of the *Application of City of Novi* ("Novi") *for Allowance of Administrative Expense Claim* [Docket No. 1010](the "Application"), and after appropriate notice of the Application having been given and no objections thereto having been filed, and the Court otherwise being fully advised in the premises, the Court having jurisdiction over this proceeding and the parties herein, and it appearing just and appropriate to do so, it is **HEREBY ORDERED THAT**:

Novi shall have an allowed administrative expense claim in the amount of $6,526.70 in the chapter 7 case of Debtor Art Van Furniture, LLC (Case No. 20-10553).

**Dated: November 5th, 2020**
**Wilmington, Delaware**

ME1 34671299v.1
ME1 34839284v.1

**CHRISTOPHER S. SONTCHI**
**UNITED STATES BANKRUPTCY JUDGE**