UNITED STATES BANKRUPTCY COURT
DISTRICT OF Delaware

In re Art Van Furniture, LLC

Case No. 20-10553-CSS
Reporting Period: 10/01/2020 through 10/31/2020

## MONTHLY OPERATING REPORT

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached | Affidavit/Supplement Attached |
|---|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | x | | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1a | | | |
| Schedule of Professional Fees Paid | MOR-1b | | | |
| Copies of bank statements | | | | |
| Cash disbursements journals | | | | |
| Statement of Operations | MOR-2 | | | |
| Balance Sheet | MOR-3 | | | |
| Status of Postpetition Taxes | MOR-4 | | | |
| Copies of IRS Form 6123 or payment receipt | | | | |
| Copies of tax returns filed during reporting period | | | | |
| Summary of Unpaid Postpetition Debts | MOR-4 | | | |
| Listing of aged accounts payable | MOR-4 | | | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | | | |
| Debtor Questionnaire | MOR-5 | | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents are true and correct to the best of my knowledge and belief.

_____
Alfred T. Giuliano / Chapter 7 Trustee

Date 11/10/20

# Art Van Furniture, LLC
## Cash Receipts and Disbursements
For the Period (10/01/2020 - 10/31/2020)

| | Art Van Furniture, LLC | AVF Holding Company, Inc. | AVF Parent LLC | AV Pure Sleep Franchising, LLC | LF Trucking, Inc. | Sam Levin, Inc. | Consolidated |
|---|---|---|---|---|---|---|---|
| | *20-10553* | *20-10554* | *20-10558* | *20-10561* | *20-10563* | *20-10564* | |
| **Beginning Cash Balance - October 1, 2020** | 13,212,995.74 | 306,791.95 | 168,567.51 | 62.06 | 8,223.54 | 12,467,351.96 | 26,163,992.76 |
| Turnover of Bank Funds | - | - | - | - | - | - | - |
| Turnover of Funds - Other | - | - | - | - | - | - | - |
| Collection of Accounts Receivable | - | - | - | - | - | - | - |
| Miscellaneous Refunds | 3,472.13 | - | - | - | - | 113.33 | 3,585.46 |
| Sale of Assets | 2,357,227.74 | - | - | - | - | - | 2,357,227.74 |
| Interest | 174.79 | - | - | - | - | 412.99 | 587.78 |
| **TOTAL CASH RECEIPTS** | 2,360,874.66 | - | - | - | - | 526.32 | 2,361,400.98 |
| Payments to Secured Creditor | - | - | - | - | - | - | - |
| Third Party Services Provided | (3,281,886.75) | - | - | - | - | (431,349.66) | (3,713,236.41) |
| Payment of Unpaid Commissions | - | - | - | - | - | - | - |
| Customer Refunds | - | - | - | - | - | (48,339.16) | (48,339.16) |
| Sales and Use Tax Paid | - | - | - | - | - | - | - |
| Bank and Technology Service Fee | (5,594.26) | (1,012.62) | - | - | (13.14) | - | (6,620.02) |
| **TOTAL CASH DISBURSEMENTS** | (3,287,481.01) | (1,012.62) | - | - | (13.14) | (479,688.82) | (3,768,195.59) |
| Net activity for the month of October | (926,606.35) | (1,012.62) | - | - | (13.14) | (479,162.50) | (1,406,794.61) |
| Transfers | - | - | - | - | - | - | - |
| **Ending Cash Balance - October 31, 2020** | 12,286,389.39 | 305,779.33 | 168,567.51 | 62.06 | 8,210.40 | 11,988,189.46 | 24,757,198.15 |

# Art Van Furniture, LLC
## Cash Receipts and Disbursements
For the Period (10/01/2020 - 10/31/2020)

| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | Receipts | Disbursements | Net Activity |
|---|---|---|---|---|---|---|
| | | Beginning Cash on Hand (10/1/2020) | | | | $ 13,212,995.74 |
| **Cash Receipts** | | | | | | |
| | | Turnover of Bank Funds | | | | - |
| | | Turnover of Funds - Other | | | | - |
| | | Collections of Accounts Receivable | | | | - |
| *Miscellaneous Refunds* | | | | | | |
| | | Precision Associates, Inc. v Panalpina World | | | | |
| 10/7/2020 | {19} | Transport | Settlement re: Case No.: 1:08-cv-00042-BMC-PK | 117.72 | | 117.72 |
| 10/7/2020 | {19} | Ameren Missouri | Refund for Service Address: 925 Northwest Plaza, Saint Ann, MO 63074 | 2,536.14 | | 2,536.14 |
| 10/23/2020 | {19} | Chanay D. McCoy | Restitution | 153.22 | | 153.22 |
| 10/26/2020 | {19} | Ross Roy | Restitution re: Case No.: 15C02495SC Income Tax Refund | 665.05 | | 665.05 |
| | | **Miscellaneous Refunds** | | | | **3,472.13** |
| *Sale of Assets* | | | | | | |
| 10/2/2020 | {7} | American Signature, Inc. | Net Sales Pursuant to Agreement (Docket No. 479) | 603,676.00 | | 603,676.00 |
| 10/8/2020 | {10} | Taylor & Martin, Inc. Auctioneers | Auction Proceeds | 135,973.00 | | 135,973.00 |
| 10/9/2020 | {10} | Taylor & Martin, Inc. Auctioneers | Auction Proceeds | 12,000.00 | | 12,000.00 |
| 10/9/2020 | {7} | American Signature, Inc. | Net Sales Pursuant to Agreement (Docket No. 479) | 502,477.00 | | 502,477.00 |
| 10/16/2020 | {7} | American Signature, Inc. | Net Sales Pursuant to Agreement (Docket No. 479) | 410,590.00 | | 410,590.00 |
| 10/23/2020 | {7} | American Signature, Inc. | Net Sales Pursuant to Agreement (Docket No. 479) | 362,258.29 | | 362,258.29 |
| 10/23/2020 | {7} | American Signature, Inc. | Net Sales Pursuant to Agreement (Docket No. 479) | 23,000.00 | | 23,000.00 |
| 10/30/2020 | {7} | American Signature, Inc. | Net Sales Pursuant to Agreement (Docket No. 479) | 307,253.45 | | 307,253.45 |
| | | **Sale of Assets** | | | | **2,357,227.74** |
| *Interest* | | | | | | |
| 10/30/2020 | | Rabobank, N.A. | Interest posting at 0.0500% | 174.79 | | 174.79 |
| | | **Interest** | | | | **174.79** |
| | | **TOTAL CASH RECEIPTS** | | | | **2,360,874.66** |
| **Cash Disbursements** | | | | | | |
| | | Payment to Secured Creditor | | | | - |
| *Third Party Services Provided* | | | | | | |
| 9/29/2020 | | Batavia Randall, LLC | Chapter 7 & Chapter 11 Rent Pursuant to Order [Docket No.: 936] | | 117,034.88 | (117,034.88) |
| 9/29/2020 | | Sterling Value Add Investments II, LLC | Chapter 7 & Chapter 11 Rent Pursuant to Order [Docket No.: 1000] | | 74,380.50 | (74,380.50) |
| 9/29/2020 | | Rochester KM Partners, LLC | Chapter 7 & Chapter 11 Rent Pursuant to Order [Docket No.: 971] | | 152,363.56 | (152,363.56) |
| 9/29/2020 | | Retail Properties of America, Inc. | Chapter 7 & Chapter 11 Rent Pursuant to Order [Docket No.: 950] | | 89,857.00 | (89,857.00) |
| 9/29/2020 | | Kildeer Village Square, LLC | Chapter 7 & Chapter 11 Rent Pursuant to Order [Docket No.: 937] | | 140,544.00 | (140,544.00) |
| 10/1/2020 | 286 | Hill Archive | Invoice No.: 222558-2158 Transport (1 Load) Documents from O'Fallon, MO to Bellm | | 4,883.43 | (4,883.43) |
| 10/1/2020 | | JVS Holdings LLC dba Rothman-O'Fallon, LLC | Chapter 7 & Chapter 11 Rent Pursuant to Order [Docket No.: 962, 963 & 965] | | 130,728.75 | (130,728.75) |
| 10/2/2020 | | LCN Capital Partners (USA) | Chapter 11 Rent Pursuant to Order [Docket No.: 1009] | | 1,750,000.00 | (1,750,000.00) |
| 10/5/2020 | 287 | Hill Archive | Invoice No.: 222558-2173 Transport Documents (7 Trucks/168 Pallets/7,560 Boxes) from Warren, MI to West Berlin [Trip #2] | | 65,147.88 | (65,147.88) |
| 10/7/2020 | 288 | Hill Archive | Invoice No.: 222558-2169 Transport Documents from Fort Wayne, IN to West Berlin, NJ | | 7,591.70 | (7,591.70) |
| 10/7/2020 | 289 | G/S Leasing, Inc. dba G/S Solutions | Invoice No.: B1532 re: Decommissining Services | | 6,026.71 | (6,026.71) |
| 10/9/2020 | 290 | Brixmor Operating Partnership LP | 50% Chapter 7 & Ch 11 Rent Payments Pursuant to Order [Docket No.: 1007] | | 110,183.45 | (110,183.45) |
| 10/14/2020 | 291 | Brixmor Operating Partnership LP | 50% Chapter 7 & Ch 11 Rent Payments Pursuant to Order [Docket No.: 1007] | | 110,183.47 | (110,183.47) |
| 10/14/2020 | | ADP, LLC | Full Service Direct Deposit re: Payroll for Period Ending 10/10/20 | | 13,817.46 | (13,817.46) |
| 10/14/2020 | | ADP, LLC | Payroll Taxes for Period Ending 10/10/20 | | 7,495.47 | (7,495.47) |
| 10/16/2020 | 292 | Hill Archive | Invoice No.: 046841 Initial Box Input (2,433) & Record Storage for November, 2020 | | 5,941.93 | (5,941.93) |
| 10/20/2020 | 179 | Robert K. Wilson | Stopped Payment - check issued on 6/12/20 | 53.93 | | 53.93 |
| 10/20/2020 | 193 | Max Doolittle | Stopped Payment - check issued on 6/12/20 | 93.67 | | 93.67 |
| 10/20/2020 | 205 | Kelley Williams | Stopped Payment - check issued on 6/12/20 | 71.23 | | 71.23 |
| 10/20/2020 | 293 | RPS Protection Ltd. | Invoice No.: 13080 for Service Dates of 9/28/20 - 10/01/20 | | 4,266.00 | (4,266.00) |
| 10/20/2020 | 294 | Hill Archive | Invoice No.: 222558-2175 Labor & Transfer 2-Trucks/44 Pallets/1,760 Boxes from Warren, MI to West Berlin, NJ | | 17,733.87 | (17,733.87) |
| 10/26/2020 | 295 | Argyle Acres Mall, LLC | Chapter 11 Rent Pursuant to Stipulation [Docket No.: 984] | | 7,953.00 | (7,953.00) |
| 10/26/2020 | 296 | Argyle Acres Mall, LLC | Chapter 11 Rent Pursuant to Stipulation [Docket No.: 984] | | 31,812.00 | (31,812.00) |
| 10/27/2020 | 297 | Alfred T. Giuliano | Reimbursement re: Frederick Lock & Key (locks changed at Bellwood warehouse) | | 599.31 | (599.31) |
| 10/28/2020 | | ADP, LLC | Payroll Taxes for Period Ending 10/24/20 | | 6,994.58 | (6,994.58) |
| 10/28/2020 | | ADP, LLC | Full Service Direct Deposit re: Payroll for Period Ending 10/24/20 | | 12,455.90 | (12,455.90) |
| 10/29/2020 | | JVS Holdings LLC dba Rothman-O'Fallon, LLC | Chapter 7 & Chapter 11 Rent Pursuant to Order [Docket No.: 962, 963 & 965] | | 130,728.77 | (130,728.77) |
| 10/29/2020 | | Sterling Value Add Investments II, LLC | Chapter 7 & Chapter 11 Rent Pursuant to Order [Docket No.: 1000] | | 74,380.50 | (74,380.50) |
| 10/29/2020 | | Westminster Gateway, LLC | Chapter 7 & Chapter 11 Rent Pursuant to Order [Docket No.: 1013] | | 56,637.89 | (56,637.89) |
| 10/30/2020 | | Rochester KM Partners, LLC | Chapter 7 & Chapter 11 Rent Pursuant to Order [Docket No.: 971] | | 152,363.57 | (152,363.57) |
| | | **Third Party Services Provided** | | | | **(3,281,886.75)** |
| | | Payment of Unpaid Commissions | | | | - |
| | | Sales and Use Tax Paid | | | | - |
| *Bank Service Charges* | | | | | | |
| 10/30/2020 | | Rabobank, N.A. | Bank and Technology Service Fees | | 5,594.26 | (5,594.26) |
| | | **Bank Service Charges** | | | | **(5,594.26)** |
| | | **TOTAL CASH DISBURSEMENTS** | | | | **(3,287,481.01)** |
| | | **Net Cash Activity through 10/31/20** | | | | **(926,606.35)** |
| | | **Ending Cash Balance** | | | | **12,286,389.39** |

# AVF Holding Company Inc.
## Cash Receipts and Disbursements
**For the Period (10/01/2020 - 10/31/2020)**

| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | Receipts | Disbursements | Net Activity |
|---|---|---|---|---|---|---|
| | | Beginning Cash on Hand (10/1/2020) | | | | $ 306,791.95 |
| **Cash Receipts** | | | | | | |
| | | Turnover of Bank Funds | | | | - |
| | | Turnover of Funds - Other | | | | - |
| | | Collection of Accounts Receivable | | | | - |
| | | Miscellaneous Refunds | | | | - |
| | | Sale of Assets | | | | - |
| | | **TOTAL CASH RECEIPTS** | | | | - |
| **Cash Disbursements** | | | | | | |
| | | Payments to Secured Creditor | | | | - |
| | | Third Party Services Provided | | | | - |
| *Bank Service Charges* | | | | | | |
| 9/30/2020 | | Rabobank, N.A. | Bank and Technology Service Fees | | 523.10 | (523.10) |
| 10/30/2020 | | Rabobank, N.A. | Bank and Technology Service Fees | | 489.52 | (489.52) |
| | | **Bank Service Charges** | | | | (1,012.62) |
| | | **TOTAL CASH DISBURSEMENTS** | | | | (1,012.62) |
| | | **Net Cash Activity through 10/31/20** | | | | (1,012.62) |
| | | **Ending Cash Balance** | | | | 305,779.33 |

# AVF Parent LLC
## Cash Receipts and Disbursements
**For the Period (10/01/2020 - 10/31/2020)**

| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | Receipts | Disbursements | Net Activity |
|---|---|---|---|---|---|---|
| | | Beginning Cash on Hand (10/1/2020) | | | | $ 168,567.51 |
| **Cash Receipts** | | | | | | |
| | | Turnover of Bank Funds | | | | - |
| | | Turnover of Funds - Other | | | | - |
| | | Collection of Accounts Receivable | | | | - |
| | | Miscellaneous Refunds | | | | - |
| | | Sale of Assets | | | | - |
| | | **TOTAL CASH RECEIPTS** | | | | - |
| **Cash Disbursements** | | | | | | |
| | | Payments to Secured Creditor | | | | - |
| | | Third Party Services Provided | | | | - |
| | | Bank Service Charges | | | | - |
| | | **TOTAL CASH DISBURSEMENTS** | | | | - |
| | | **Net Cash Activity through 10/31/20** | | | | - |
| | | **Ending Cash Balance** | | | | 168,567.51 |

# AV Pure Sleep Franchising, LLC
## Cash Receipts and Disbursements
**For the Period (10/01/2020 - 10/31/2020)**

| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | Receipts | Disbursements | Net Activity |
|---|---|---|---|---|---|---|
| | | Beginning Cash on Hand (10/1/2020) | | | | $ 62.06 |
| **Cash Receipts** | | | | | | |
| | | Turnover of Bank Funds | | | | - |
| | | Turnover of Funds - Other | | | | - |
| | | Collection of Accounts Receivable | | | | - |
| | | Miscellaneous Refunds | | | | - |
| | | Sale of Assets | | | | - |
| | | **TOTAL CASH RECEIPTS** | | | | - |
| **Cash Disbursements** | | | | | | |
| | | Payments to Secured Creditor | | | | - |
| | | Third Party Services Provided | | | | - |
| | | Bank Service Charges | | | | - |
| | | **TOTAL CASH DISBURSEMENTS** | | | | - |
| | | **Net Cash Activity through 10/31/20** | | | | - |
| | | **Ending Cash Balance** | | | | 62.06 |

# LF Trucking Inc.
## Cash Receipts and Disbursements
**For the Period (10/01/2020 - 10/31/2020)**

| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | Receipts | Disbursements | Net Activity |
|---|---|---|---|---|---|---|
| | | Beginning Cash on Hand (10/1/2020) | | | | $ 8,223.54 |
| **Cash Receipts** | | | | | | |
| | | Turnover of Bank Funds | | | | - |
| | | Turnover of Funds - Other | | | | - |
| | | Collection of Accounts Receivable | | | | - |
| | | Miscellaneous Refunds | | | | - |
| | | Sale of Assets | | | | - |
| | | **TOTAL CASH RECEIPTS** | | | | **-** |
| **Cash Disbursements** | | | | | | |
| | | Payments to Secured Creditor | | | | - |
| | | Third Party Services Provided | | | | - |
| ***Bank Service Charges*** | | | | | | |
| 10/30/2020 | | Rabobank, N.A. | Bank and Technology Service Fees | | 13.14 | (13.14) |
| | | **Bank Service Charges** | | | | **(13.14)** |
| | | **TOTAL CASH DISBURSEMENTS** | | | | **(13.14)** |
| | | **Net Cash Activity through 10/31/20** | | | | **(13.14)** |
| | | **Ending Cash Balance** | | | | **8,210.40** |

# Sam Levin, Inc.
## Cash Receipts and Disbursements
**For the Period (10/01/2020 - 10/31/2020)**

| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | Receipts | Disbursements | Net Activity |
|---|---|---|---|---|---|---|
| | | **Beginning Cash on Hand (10/1/2020)** | | | | $ 12,467,351.96 |
| **Cash Receipts** | | | | | | |
| | | Turnover of Bank Funds | | | | - |
| | | Turnover of Funds - Other | | | | - |
| | | Collections of Accounts Receivable | | | | - |
| *Miscellaneous Refunds* | | | | | | |
| 10/9/2020 | {16} | Gina Stephanie Hronakes | Restitution re: Citation No.: J-459-2012 | 113.33 | | 113.33 |
| | | **Miscellaneous Refunds** | | | | **113.33** |
| | | Sale of Assets | | | | - |
| *Interest* | | | | | | |
| 10/30/2020 | | Rabobank, N.A. | Interest posting at 0.0500% | 412.99 | | 412.99 |
| | | **Interest** | | | | **412.99** |
| | | **TOTAL CASH RECEIPTS** | | | | **526.32** |
| **Cash Disbursements** | | | | | | |
| | | Payment to Secured Creditor | | | | - |
| *Third Party Services Provided* | | | | | | |
| 9/29/2020 | | Campus Hills Maryland, LLC | Chapter 7 & Chapter 11 Rent Pursuant to Order [Docket No.: 985] | | 89,892.93 | (89,892.93) |
| 9/29/2020 | | McKnight South East LP | Chapter 7 & Chapter 11 Rent Pursuant to Order [Docket No.: 943] | | 26,899.00 | (26,899.00) |
| 9/29/2020 | | CBL & Associates Limited | Chapter 7 & Chapter 11 Rent Pursuant to Order [Docket No.: 940] | | 40,130.00 | (40,130.00) |
| 9/29/2020 | | Walnut Capital Partners-Cranberry South, LP | Chapter 7 & Chapter 11 Rent Pursuant to Order [Docket No.: 939] | | 20,230.00 | (20,230.00) |
| 9/29/2020 | | L & Y Properties - Solon, LLC | Chapter 7 & Chapter 11 Rent Pursuant to Order [Docket No.: 938] | | 14,446.66 | (14,446.66) |
| 9/29/2020 | | Echo Strongsville, LLC | Chapter 7 & Chapter 11 Rent Pursuant to Order [Docket No.: 941] | | 22,448.50 | (22,448.50) |
| 9/29/2020 | | A & R Properties, LP | Chapter 7 & Chapter 11 Rent Pursuant to Order [Docket No.: 942] | | 118,084.50 | (118,084.50) |
| 10/7/2020 | 132 | Bellwood Borough Authority | Account No.: 2003-0 re: 1620 N. Tuckahoe St for Period 7/26/20 - 9/28/20 | | 367.59 | (367.59) |
| 10/12/2020 | 133 | ProLawn Landscaping Company | Invoice No.: 11681 for Services on 9/14/20, 9/22/20 & 9/28/20 re: 1620 N. Tuckahoe St, Bellwood, PA 16617 | | 469.05 | (469.05) |
| 10/26/2020 | 134 | Gowe Leasing Limited | Chapter 7 & Chapter 11 Rent Pursuant to Order [Docket No.: 970] | | 2,305.13 | (2,305.13) |
| 10/26/2020 | 135 | Gowe Leasing Limited | Chapter 7 & Chapter 11 Rent Pursuant to Order [Docket No.: 970] | | 6,183.37 | (6,183.37) |
| 10/29/2020 | | Campus Hills Maryland, LLC | Chapter 7 & Chapter 11 Rent Pursuant to Order [Docket No.: 985] | | 89,892.93 | (89,892.93) |
| | | **Third Party Services Provided** | | | | **(431,349.66)** |
| *Customer Refunds* | | | | | | |
| 10/1/2020 | 10199 | Jason & Tammy Galata | Fulfillment of Customer Option for Refund re: APA [Docket No.: 573] | | 3,162.58 | (3,162.58) |
| 10/1/2020 | 10200 | Jimmy Gangale | Fulfillment of Customer Option for Refund re: APA [Docket No.: 573] | | 1,700.00 | (1,700.00) |
| 10/1/2020 | 10201 | Sarah Hadley | Fulfillment of Customer Option for Refund re: APA [Docket No.: 573] | | 1,197.70 | (1,197.70) |
| 10/1/2020 | 10202 | Raquel Polakovsky | Fulfillment of Customer Option for Refund re: APA [Docket No.: 573] | | 2,045.76 | (2,045.76) |
| 10/1/2020 | 10203 | Gino Rizzi | Fulfillment of Customer Option for Refund re: APA [Docket No.: 573] | | 312.69 | (312.69) |
| 10/1/2020 | 10204 | Vincent & Judith Strobel | Fulfillment of Customer Option for Refund re: APA [Docket No.: 573] | | 771.78 | (771.78) |
| 10/1/2020 | 10205 | Joshua Weight | Fulfillment of Customer Option for Refund re: APA [Docket No.: 573] | | 1,425.00 | (1,425.00) |
| 10/1/2020 | 10206 | Tom & Nancy Burnett | Fulfillment of Customer Option for Refund re: APA [Docket No.: 573] | | 5,773.65 | (5,773.65) |
| 10/1/2020 | 10207 | Brenda Evans | Fulfillment of Customer Option for Refund re: APA [Docket No.: 573] | | 100.00 | (100.00) |
| 10/1/2020 | 10208 | Michael Goodman | Fulfillment of Customer Option for Refund re: APA [Docket No.: 573] | | 3,477.47 | (3,477.47) |
| 10/1/2020 | 10209 | Kelly Halleen | Fulfillment of Customer Option for Refund re: APA [Docket No.: 573] | | 1,734.69 | (1,734.69) |
| 10/1/2020 | 10210 | Tammie Holmes | Fulfillment of Customer Option for Refund re: APA [Docket No.: 573] | | 752.58 | (752.58) |
| 10/1/2020 | 10211 | Aaron Jones | Fulfillment of Customer Option for Refund re: APA [Docket No.: 573] | | 344.48 | (344.48) |
| 10/1/2020 | 10212 | Patricia Levy | Fulfillment of Customer Option for Refund re: APA [Docket No.: 573] | | 2,669.60 | (2,669.60) |
| 10/1/2020 | 10213 | Verda McCafferty | Fulfillment of Customer Option for Refund re: APA [Docket No.: 573] | | 1,491.89 | (1,491.89) |
| 10/1/2020 | 10214 | Mary Kathryn Moore | Fulfillment of Customer Option for Refund re: APA [Docket No.: 573] | | 1,171.47 | (1,171.47) |
| 10/1/2020 | 10215 | Tim & Judith Tornabene | Fulfillment of Customer Option for Refund re: APA [Docket No.: 573] | | 732.57 | (732.57) |
| 10/1/2020 | 10216 | Darnika Williams | Fulfillment of Customer Option for Refund re: APA [Docket No.: 573] | | 763.97 | (763.97) |
| 10/1/2020 | 10217 | John Willis | Fulfillment of Customer Option for Refund re: APA [Docket No.: 573] | | 1,025.99 | (1,025.99) |
| 10/20/2020 | 10218 | Rita Feldman | Fulfillment of Customer Option for Refund re: APA [Docket No.: 573] | | 200.00 | (200.00) |
| 10/20/2020 | 10219 | Elizabeth Kuttesch | Fulfillment of Customer Option for Refund re: APA [Docket No.: 573] | | 1,086.69 | (1,086.69) |
| 10/20/2020 | 10220 | Ezell Linton | Fulfillment of Customer Option for Refund re: APA [Docket No.: 573] | | 970.00 | (970.00) |
| 10/20/2020 | 10221 | Sharon Nicopolis | Fulfillment of Customer Option for Refund re: APA [Docket No.: 573] | | 256.20 | (256.20) |
| 10/20/2020 | 10222 | Ike & Ami Omran | Fulfillment of Customer Option for Refund re: APA [Docket No.: 573] | | 1,800.00 | (1,800.00) |
| 10/20/2020 | 10223 | Karen Sapochak | Fulfillment of Customer Option for Refund re: APA [Docket No.: 573] | | 1,400.00 | (1,400.00) |
| 10/20/2020 | 10224 | Zach Sweat | Fulfillment of Customer Option for Refund re: APA [Docket No.: 573] | | 894.14 | (894.14) |
| 10/20/2020 | 10225 | William & Pamela Swope | Fulfillment of Customer Option for Refund re: APA [Docket No.: 573] | | 2,803.33 | (2,803.33) |
| 10/20/2020 | 10226 | Brent Tisher | Fulfillment of Customer Option for Refund re: APA [Docket No.: 573] | | 531.96 | (531.96) |
| 10/20/2020 | 10227 | Christina Finch | Fulfillment of Customer Option for Refund re: APA [Docket No.: 573] | | 275.00 | (275.00) |
| 10/20/2020 | 10228 | Joel Allen | Fulfillment of Customer Option for Refund re: APA [Docket No.: 573] | | 587.50 | (587.50) |
| 10/20/2020 | 10229 | Jame Basinger | Fulfillment of Customer Option for Refund re: APA [Docket No.: 573] | | 208.82 | (208.82) |
| 10/20/2020 | 10230 | Patrick Coughlin | Fulfillment of Customer Option for Refund re: APA [Docket No.: 573] | | 100.00 | (100.00) |
| 10/20/2020 | 10231 | Joseph Demassimo | Fulfillment of Customer Option for Refund re: APA [Docket No.: 573] | | 1,190.24 | (1,190.24) |
| 10/20/2020 | 10232 | Rebecca Goodman | Fulfillment of Customer Option for Refund re: APA [Docket No.: 573] | | 1,165.98 | (1,165.98) |
| 10/20/2020 | 10233 | James Hare | Fulfillment of Customer Option for Refund re: APA [Docket No.: 573] | | 478.00 | (478.00) |
| 10/20/2020 | 10234 | Tia Lowery | Fulfillment of Customer Option for Refund re: APA [Docket No.: 573] | | 1,203.06 | (1,203.06) |
| 10/20/2020 | 10235 | Kim Plas | Fulfillment of Customer Option for Refund re: APA [Docket No.: 573] | | 1,346.16 | (1,346.16) |
| 10/20/2020 | 10236 | John & Lynn Ann Pohl | Fulfillment of Customer Option for Refund re: APA [Docket No.: 573] | | 320.24 | (320.24) |
| 10/20/2020 | 10237 | Jim & Corinne Powell | Fulfillment of Customer Option for Refund re: APA [Docket No.: 573] | | 867.97 | (867.97) |
| | | **Customer Refunds** | | | | **(48,339.16)** |
| | | Sales and Use Tax Paid | | | | - |
| | | Bank Service Charges | | | | - |
| | | **TOTAL CASH DISBURSEMENTS** | | | | **(479,688.82)** |
| | | **Net Cash Activity through 10/31/20** | | | | **(479,162.50)** |
| | | **Ending Cash Balance** | | | | **11,988,189.46** |