IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| ART VAN FURNITURE, LLC, *et al.,* | Case No. 20-10553 (CSS) |
| Debtors. | Jointly Administered |

## ORDER SCHEDULING OMNIBUS HEARING DATES

IT IS HEREBY ORDERED that the following omnibus hearing dates have been scheduled in the above-captioned matter:

| DATE | TIME |
|---|---|
| January 19, 2021 | 11:00 a.m. prevailing Eastern Time |
| February 16, 2021 | 10:00 a.m. prevailing Eastern Time |

IT IS HEREBY FURTHER ORDERED that the hearings shall take place at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 5th Floor, Courtroom No. 6, Wilmington, Delaware 19801.

Dated: November 24th, 2020
Wilmington, Delaware

CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE

DOCS_DE:228640.7 05233/003