**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>ART VAN FURNITURE, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 20-10553 (CSS)<br><br>(Jointly Administered)<br><br>Related to Docket No. 1090 |

## ORDER ALLOWING ADMINISTRATIVE EXPENSE CLAIM

Upon consideration of Waste Harmonics, LLC's Motion for Allowance of Chapter 11 Administrative Expense Claim (the "Motion")[2] and any and all responses to the Motion and hearings related thereto; and the Court having found that (a) it has jurisdiction over this matter pursuant to 28 U.S.C. § 1334, (b) venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409, (c) this is a core proceeding pursuant to 28 U.S.C. § 157(b) and (d) notice of the Motion was proper and adequate and that no other or further notice of the Motion was required; and the Court having determined that good and sufficient cause appearing therefor; it is hereby ORDERED that:

1. The Motion is GRANTED as set forth herein.

2. Waste Harmonics, LLC is hereby granted an allowed chapter 11 administrative expense claim pursuant to section 503(b)(1)(A) of the Bankruptcy Code in the amount of $31,858.09 (the "Allowed Claim").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Art Van Furniture, LLC (9205); AVF Holding Company, Inc. (0291); AVCE, LLC (2509); AVF Holdings I, LLC (2537); AVF Holdings II, LLC (7472); AVF Parent, LLC (3451); Levin Parent, LLC (8052); Art Van Furniture of Canada, LLC (9491); AV Pure Sleep Franchising, LLC (8968); AVF Franchising, LLC (6325); LF Trucking, Inc. (1484); Sam Levin, Inc. (5198); and Comfort Mattress LLC (4463).

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

3. Any distribution on account of the Allowed Claim will be made as and when any and all other allowed chapter 11 administrative expense claims receive a distribution, per the priorities of the Bankruptcy Code.

4. The Court shall retain jurisdiction over all matters related to the implementation of this Order.

Dated: December 15th, 2020
Wilmington, Delaware

**CHRISTOPHER S. SONTCHI**
UNITED STATES BANKRUPTCY JUDGE