IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **In re:** | **Chapter 7** |
| **ART VAN FURNITURE, LLC, et al.,**[1] | **Case No. 20-10553 (CSS)** |
| | **Jointly Administered** |
| **Debtors.** | |
| | Re: Docket No. 1080 |

**ORDER GRANTING FIRST INTERIM ("NON-CONTINGENCY")
APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF
EXPENSES OF GIULIANO MILLER AND COMPANY LLC AS
ACCOUNTANTS AND FINANCIAL ADVISORS TO THE CHAPTER 7 TRUSTEE
FOR THE PERIOD FROM APRIL 7, 2020 THROUGH OCTOBER 31, 2020**

Giuliano, Miller & Company, LLC ("GMCO"), as accountants and financial advisors for the Chapter 7 Trustee in the above-captioned cases, filed a First Interim ("Non-Contingency") application for allowance of compensation and reimbursement of expenses for April 7, 2020 through October 31, 2020 (the "First Interim Application"). The Court has reviewed the First Interim Application and finds that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) notice of the First Interim Application, and any hearing on the First Interim Application, was adequate under the circumstances; (c) all persons with standing have been afforded the opportunity to be heard on the First Interim Application; and (d) the Office of the United States Trustee having provided informal comments. Accordingly, it is hereby

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, include: Art Van Furniture, LLC (9205); AVF Holding Company, Inc. (0291); AVCE, LLC (2509); AVF Holdings I, LLC (2537); AVF Holdings II, LLC (7472); AVF Parent, LLC (3451); Levin Parent, LLC (8052); Art Van Furniture of Canada, LLC (9491); AV Pure Sleep Franchising, LLC (8968); AVF Franchising, LLC (6325); LF Trucking, Inc. (1484); Sam Levin, Inc. (5198); and Comfort Mattress LLC (4463).

ORDERED that the First Interim Application is GRANTED, on an interim basis. Fees in the amount of $1,050,164.75, and costs in the amount of $5,605.16, are allowed on an interim basis. The Chapter 7 Trustee in the above cases shall pay to GMCO from any available assets of the Debtors' estates in accordance with the Final Cash Collateral Order the sum of $1,050,164.75 as compensation and $5,605.16 as reimbursement of expenses, for a total allowance of $1,055,769.91 services rendered and disbursements incurred by GMCO for the period April 7, 2020 through October 31, 2020.

ORDERED that this Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

**Dated: December 16th, 2020**
**Wilmington, Delaware**

**CHRISTOPHER S. SONTCHI**
**UNITED STATES BANKRUPTCY JUDGE**

DOCS_DE:231714.3 05233/003