IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| ART VAN FURNITURE, LLC, *et al.*,[1] | ) | Case No. 20-10553 (CSS) |
| | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | **Re: Docket No. 1099** |

### ORDER GRANTING SECOND INTERIM PPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PACHULSKI STANG ZIEHL & JONES LLP, AS COUNSEL TO THE CHAPTER 7 TRUSTEE, FOR THE PERIOD FROM JULY 1, 2020 THROUGH SEPTEMBER 30, 2020

Pachulski Stang Ziehl & Jones LLP ("PSZ&J"), as counsel for the Chapter 7 Trustee in the above-captioned cases, filed a *Second Interim Application for Allowance of Compensation and Reimbursement of Expenses for July 1, 2020 through September 30, 2020* (the "Second Interim Application").[2]  The Court has reviewed the Second Interim Application and finds that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) notice of the Second Interim Application, and any hearing on the Second Interim Application, was adequate under the circumstances; (c) all persons with standing have been afforded the opportunity to be heard on the Second Interim Application; and (d) the Office of the United States Trustee having provided informal comments.  Accordingly, it is hereby

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, include: Art Van Furniture, LLC (9205); AVF Holding Company, Inc. (0291); AVCE, LLC (2509); AVF Holdings I, LLC (2537); AVF Holdings II, LLC (7472); AVF Parent, LLC (3451); Levin Parent, LLC (8052); Art Van Furniture of Canada, LLC (9491); AV Pure Sleep Franchising, LLC (8968); AVF Franchising, LLC (6325); LF Trucking, Inc. (1484); Sam Levin, Inc. (5198); and Comfort Mattress LLC (4463). The location of the Debtors' service address in these chapter 11 cases is: 6500 East 14 Mile Road, Warren Michigan 48092.

[2] Capitalized terms not otherwise defined herein shall have their meaning as set forth in the Second Interim Application.

2

ORDERED that the Second Interim Application is GRANTED, on an interim basis. Fees in the amount of $688,075.50, and costs in the amount of $18,522.77, are allowed on an interim basis.  The Chapter 7 Trustee in the above cases shall pay to PSZ&J, from any available assets of the Debtors' estates in accordance with the Final Cash Collateral Order, the sum of the sum of $688,075.50 as compensation and $18,522.77 as reimbursement of expenses, for a total of $706,598.27 for services rendered and disbursements incurred by PSZ&J for the period July 1, 2020 through September 30, 2020.

ORDERED that this Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Dated: December 16th, 2020
Wilmington, Delaware

CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE