IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In Re:

ART VAN FURNITURE, LLC,

Debtor.

Chapter 7

Case No. 20-10553-CSS

## CERTIFICATE OF SERVICE

I, Kristi J. Doughty, certify under penalty of perjury that I am not less than eighteen (18) years of age; that I caused to be electronically filed with the Clerk of the Bankruptcy Court a Notice of Motion and Motion for Relief from Automatic Stay Pursuant to 11 U.S.C. §362(d)(1) (with attached proposed Order) on January 4, 2021 and served same as indicated below.

**E-Mail Service:** via CM/ECF e-mail notification to those requesting service pursuant to Rule 2002 and via **Mail Service:** Regular, first-class United States mail, postage full pre-paid, addressed to:

| | |
|---|---|
| Alfred T. Giuliano<br>2301 E. Evesham Road<br>Pavillion 800, Suite 210<br>Voorhees, New Jersey  08043 | Michael Jason Barrie<br>Kevin M. Capuzzi<br>John C. Gentile<br>Jennifer R. Hoover<br>Gregory W. Werkheiser<br>Benesch Friedlander Coplan & Aronoff LLP<br>1313 North Market Street<br>Suite 1201<br>Wilmington, DE 19801<br>mbarrie@beneschlaw.com |
| Kate Harmon<br>Benesch, Friedlander, Coplan & Aronoff<br>222 Delaware Avenue<br>Suite 801<br>Wilmington, DE 19801 | |
| Maura I. Russell<br>Montgomery McCracken Walker & Rhoads LLP<br>437 Madison Avenue<br>New York, NY 10022 | Bradford J. Sandler<br>Colin Robinson<br>Peter J. Keane<br>Pachulski Stang Ziehl & Jones LLP<br>919 N. Market Street, 17th Floor<br>Wilmington, DE 19801 |
| Eric Michael Sutty<br>Elliott Greenleaf<br>1105 Market Street, Suite 1700<br>Wilmington, De 19801 | Jeffrey W. Dulberg<br>Erin Gray<br>Pachulski Stang Ziehl & Jones LLp<br>10100 Santa Monica Boulevard<br>13th Floor<br>Los Angeles, CA 90067-4100 |

| | |
|---|---|
| Steven W Golden<br>Beth E. Levine<br>Robert J. Feinstein<br>Pachulski Stang Ziehl & Jones LLP<br>780 Third Avenue, 34th Floor<br>New York, NY 10017 | Linda Richenderfer<br>United States Trustee (District of Delaware)<br>844 King Street, Room 2207<br>Lockbox #35<br>Wilmington, Delaware  19801 |
| Jason H. Rosell<br>Maxim B. Litvak<br>c/o Pachulski Stang Ziehl & Jones LLP<br>150 California Street<br>15th Floor<br>San Francisco, CA 94111 | |

ACAR Leasing LTD dba GM Financial Leasing
By Its Counsel

  /s/ Kristi J. Doughty_____
Kristi J. Doughty
Schnader Harrison Segal & Lewis LLP
824 N. Market St., Suite 800
Wilmington, DE 19801-4939
(302)482-4038
Email: KDoughty@Schnader.com