IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In Re:

ART VAN FURNITURE, LLC,

Debtor.

Case No. 20-10553-CSS
Chapter 7

Objections Due by: February 8, 2021 @ 4:00 p.m.
Hearing Date: February 16, 2021 @ 10:00 a.m.

### NOTICE OF MOTION OF ACAR LEASING LTD DBA GM FINANCIAL LEASING FOR RELIEF FROM STAY UNDER §362 OF THE BANKRUPTCY CODE AS TO THE 2018 CADILLAC CT6 VIN 1G6KB5RS7JU157249

**TO:**

Michael Jason Barrie
Attorney for Debtor
Benesch Friedlander Coplan & Aronoff LLP
1313 North Market Street
Suite 1201
Wilmington, DE 19801

Alfred T. Giuliano
2301 E. Evesham Road
Pavillion 800, Suite 210
Voorhees, New Jersey  08043

Linda Richenderfer
United States Trustee (District of Delaware)
844 King Street, Room 2207
Lockbox #35
Wilmington, Delaware  19801

ACAR Leasing LTD dba GM Financial Leasing has filed a Motion for Relief from Stay which seeks the following relief:   Relief from the Automatic Stay Pursuant to 11 U.S.C. §362(d)(1)  or, in the alternative, directing the Debtor, above-named, to immediately provide for the adequate protection of any property subject to the interests of the Movant.

HEARING ON THE MOTION WILL BE HELD ON FEBRUARY 16, 2021, at 10:00 A.M.

**ANY RESPONSE MUST BE FILED AND SERVED TOGETHER WITH A CERTIFICATE OF SERVICE ON OR BEFORE FEBRUARY 8, 2021.  FAILURE TO TIMELY FILE AND SERVE A RESPONSE WILL RESULT IN AN ORDER GRANTING THE RELIEF REQUESTED IN THE MOTION.**

You are required to file a response (and the supporting documentation required by Local Rule 4001-1(d) to the attached motion at least seven (7) calendar days before the above hearing date.

At the same time, you must also serve a copy of the response upon movant's attorney:

Kristi J. Doughty, Esq.
Schnader Harrison Segal & Lewis LLP
824 N. Market St., Suite 800
Wilmington, DE 19801-4939

The hearing date specified above may be a preliminary hearing or may be consolidated with the final hearing, as determined by the Court.

The attorneys for the parties shall confer with respect to the issues raised by the motion in advance for the purpose of determining whether a consent judgment may be entered and/or for the purpose of stipulating to relevant facts such as value of the property, and the extent and validity of any security instrument.

| | |
|---|---|
| DATED:   January 4, 2021 | ACAR LEASING LTD DBA GM FINANCIAL LEASING<br>By Its Counsel<br><br>__/s/ Kristi J. Doughty_____<br>Kristi J. Doughty<br>Schnader Harrison Segal & Lewis LLP<br>824 N. Market St., Suite 800<br>Wilmington, DE 19801-4939<br>(302)482-4038<br>Email: KDoughty@Schnader.com |