UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re:  
    Art Van Furniture, LLC,  
    Debtor(s).

Chapter 7  
Bky. No. 20-10553-CSS

**STATE OF TEXAS** )  
                           ) ss.  
**COUNTY OF DALLAS** )      **AFFIDAVIT**

    I, Jodi Loyd, a bankruptcy specialist of ACAR Leasing LTD d/b/a GM Financial Leasing, declare under penalty of perjury that I have personal knowledge of the information set forth below, which is true and correct to the best of my knowledge, information and belief:

    1.    This affidavit is based on the loan payment records of ACAR Leasing LTD d/b/a GM Financial Leasing  These records are regularly maintained in the course of business and it is the regular practice to make and maintain these records.  These records reflect the loan payments that are noted in the records at the time of receipt by persons whose regular duties include recording this information.  I maintain these records and regularly use and rely upon them in the performance of my duties.

    2.    ACAR Leasing LTD d/b/a GM Financial Leasing has a valid, perfected security interest in the following (the "Collateral"):
        2018 Cadillac CT6 serial number 1G6KB5RS7JU157249.

    3.    $37,278.13    is the outstanding balance under the contract.

    4.    $0.00    is the amount of the existing delinquency under the contract.

    5.    $30,750.00    is the fair market value of the Collateral.

    6.    No    Appropriate insurance has been verified.

    Further your affiant sayeth not.

Dated:    12/22/2020

_Jodi Loyd_  
Jodi Loyd  
Bankruptcy Specialist  
GM Financial

Subscribed and sworn to before me on  
December 22, 2020

_Jeanette Mills_  
Notary



JEANETTE MILLS  
Notary Public  
STATE OF TEXAS  
Notary ID # 13191302-7  
My Comm. Exp. February 20, 2023

xxxxx89682 / 131332 / 1016130