IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In Re:

    ART VAN FURNITURE, LLC,

        Debtor.

Case No. 20-10553-CSS
Chapter 7

Related to Doc. No.:

### ORDER GRANTING RELIEF FROM AUTOMATIC STAY PURSUANT TO 11 U.S.C. SECTION 362(d)(1) AS TO THE 2018 CADILLAC CT6 VIN 1G6KB5RS7JU157249

Creditor, ACAR Leasing LTD dba GM Financial Leasing, having moved for an Order, pursuant to 11 U.S.C. Section 362(d)(1), authorizing relief from automatic stay, or the granting of adequate protection herein,

UPON reading and filing the Notice of Motion and Motion for Relief from Automatic Stay, pursuant to 11 U.S.C. Section 362(d)(1), dated January 4, 2021, together with the exhibits annexed thereto and due proof of service thereof, and upon all pleadings and proceedings heretofore had herein, and no opposition having been interposed, and due deliberation having been had thereon and good and sufficient cause appearing

NOW, ON MOTION of ACAR Leasing LTD dba GM Financial Leasing, by its counsel, Schnader Harrison Segal & Lewis LLP, it is hereby

ORDERED, that the automatic stay instituted upon the filing of the petition for an Order for relief by the debtor, above-named, be, and the same hereby is, terminated in that it shall not apply to any action by creditor, ACAR Leasing LTD dba GM Financial Leasing, to obtain possession and dispose of its Vehicle; namely, one (1) 2018 Cadillac CT6 (V.I.N. 1G6KB5RS7JU157249 ); and it is further

ORDERED, that Rule 4001 (a)(3) is deemed not applicable.

                                                                                    _____
                                                                                    Hon. Christopher S. Sontchi
                                                                                     United States Bankruptcy Judge
                                                                                     District of Delaware