Please Remove my Claim

Case # 20-10553
Art Van Furniture, LLC

Shirley Decker
7375 McCarty Rd
Saginaw MI 48603
586.484.2701

Claim # 2836