# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| ART VAN FURNITURE, LLC, *et al.,* | Case No. 20-10553 (CSS) |
| Debtors. | Jointly Administered |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves for the admission *pro hac vice* of Deborah D. Williamson, Esquire of Dykema Gossett PLLC to represent VEC, LLC in the above-captioned case.

Dated: January 29, 2021
Wilmington, Delaware

*/s/ Bradford J. Sandler*
Bradford J. Sandler (DE Bar No. 4142)
**PACHULSKI STANG ZIEHL & JONES LLP**
919 N. Market Street, 17th Floor
Wilmington, DE 19899
Telephone: (302) 652-4100
Email: bsandler@pszjlaw.com

*Counsel to Alfredo T. Giuliano, Chapter 7 Trustee*

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Texas, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 8/31/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.

*/s/ Deborah D. Williamson*
Deborah D. Williamson (TX State Bar No. 21617500)
**DYKEMA GOSSETT PLLC**
112 East Pecan Street, Suite 1800
San Antonio, TX 78205
Telephone: (210) 554-5500
Email: dwilliamson@dykema.com

*Counsel to VEC, LLC*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

118507.000002 4852-6182-8313.1