# Court Conference

U.S. Bankruptcy Court-District of Delaware

Confirmed Telephonic Appearance Schedule

Honorable Christopher S. Sontchi

#6

Calendar Date: 02/01/2021
Calendar Time: 10:00 AM ET

2nd Revision  Feb  1 2021  5:49AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearing | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Art Van Furniture, LLC | 20-10553 | Hearing | 11069431 | Alfred T. Giuliano - Trustee | (856) 767-3000 ext. 111 | Giuliano Miller & Co., LLC | Trustee, Alfred T. Giulianl / LIVE |
| | | Art Van Furniture, LLC | 20-10553 | Hearing | 11065763 | Steve Grob | (210) 554-5272 ext. | Dykema Gossett PLLC | Client, Steve Grob / LISTEN ONLY |
| | | Art Van Furniture, LLC | 20-10553 | Hearing | 11069426 | Peter J. Keane | (302) 778-6401 ext. | Pachulski Stang Ziehl & Jones | Trustee, Alfred T. Giulianl / LIVE |
| | | Art Van Furniture LLC | 20-10553 | Hearing | 11075719 | Lisa M. Peters | (402) 661-8609 ext. | Kutak Rock LLP | Interested Party, VEREIT Real Estate, L.P. / LISTEN ONLY |
| | | Art Van Furniture, LLC | 20-10553 | Hearing | 11069422 | Bradford J. Sandler | (212) 561-7704 ext. | Pachulski Stang Ziehl & Jones | Trustee, Alfred T. Giulianl / LIVE |
| | | Art Van Furniture, LLC | 20-10553 | Hearing | 11075759 | David Van Elslander | (210) 554-5272 ext. | Dykema Gossett PLLC | Client, David Van Elslander / LISTEN ONLY |
| | | Art Van Furniture, LLC | 20-10553 | Hearing | 11065740 | Gary Van Elslander | (210) 554-5275 ext. | Dykema Gossett PLLC | Client, Gary V. Elslander / LIVE |
| | | Art Van Furniture, LLC | 20-10553 | Hearing | 11065637 | Deborah Williamson | (210) 554-5275 ext. | Dykema Gossett PLLC | Interested Party, Gary Van Elslander / LIVE |
| | | Art Van Furniture, LLC | 20-10553 (20-50546) | Hearing | 11074277 | Marcy J. McLaughlin Smith | (302) 777-6535 ext. | Troutman Pepper LLP | Representing, Hilco Merchant Resources, LLC and Gordon Brothers Retail Partners LLC / LIVE |