IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In Re:

    ART VAN FURNITURE, LLC,

        Debtor.

Case No. 20-10553-CSS
Chapter 7

Related to Doc. No.: 1129

## ORDER GRANTING RELIEF FROM AUTOMATIC STAY PURSUANT TO 11 U.S.C. SECTION 362(d)(1) AS TO THE 2018 CADILLAC CT6 VIN 1G6KB5RS7JU157249

Creditor, ACAR Leasing LTD dba GM Financial Leasing , having moved for an Order, pursuant to 11 U.S.C. Section 362(d)(1), authorizing relief from automatic stay, or the granting of adequate protection herein,

UPON reading and filing the Notice of Motion and Motion for Relief from Automatic Stay, pursuant to 11 U.S.C. Section 362(d)(1), dated January 4, 2021, together with the exhibits annexed thereto and due proof of service thereof, and upon all pleadings and proceedings heretofore had herein, and no opposition having been interposed, and due deliberation having been had thereon and good and sufficient cause appearing

NOW, ON MOTION of ACAR Leasing LTD dba GM Financial Leasing, by its counsel, Schnader Harrison Segal & Lewis LLP, it is hereby

ORDERED, that the automatic stay instituted upon the filing of the petition for an Order for relief by the debtor, above-named, be, and the same hereby is, modified pursuant to the terms of this Order for the limited purpose of allowing any action by creditor, ACAR Leasing LTD dba GM Financial Leasing, to obtain possession and dispose of its Vehicle; namely, one (1) 2018 Cadillac CT6 (V.I.N. 1G6KB5RS7JU157249 ); and it is further

ORDERED, this Order is without prejudice to any other claims ACAR Leasing LTD dba GM Financial Leasing may have against the bankruptcy estate pursuant to the Motor Vehicle Lease Agreement, provided that any proofs of claim must be filed within  ninety (90) days from entry of this

Order, and both ACAR Leasing LTD dba GM Financial Leasing and the Trustee reserve any and all rights, claims and defenses with respect to such proofs of claim; and it is further

ORDERED, that Rule 4001 (a)(3) is deemed not applicable.

_____
Hon. Christopher S. Sontchi
United States Bankruptcy Judge
District of Delaware

**Dated: February 10th, 2021**
**Wilmington, Delaware**

**CHRISTOPHER S. SONTCHI**
**UNITED STATES BANKRUPTCY JUDGE**