# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| ART VAN FURNITURE, LLC, *et al.,* | Case No. 20-10553 (CSS) |
| Debtors. | Jointly Administered |

## ORDER SCHEDULING OMNIBUS HEARING DATE

IT IS HEREBY ORDERED that the following omnibus hearing date has been scheduled in the above-captioned matter:

| **DATE** | **TIME** |
|---|---|
| April 15, 2021 | 11:00 a.m. prevailing Eastern Time |

**Dated: February 24th, 2021**
**Wilmington, Delaware**

**CHRISTOPHER S. SONTCHI**
**UNITED STATES BANKRUPTCY JUDGE**

DOCS_DE:228640.10 05233/003