# IN THE UNITED STATES BANKRUPTCY
# COURT FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | : | Chapter 7 |
| | : | |
| **ART VAN FURNITURE, LLC,** *et al.* | : | Bankruptcy No. 20-10553 (CSS) |
| | : | (Jointly Administered) |
| **Debtors** | : | |
| | : | |

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that the Motion for Admission Pro Hac Vice of Deputy Attorney General James S. Wise of the Commonwealth of Pennsylvania, Office of Attorney General is granted.

_____

J.

**Dated: March 29th, 2021**
**Wilmington, Delaware**

**CHRISTOPHER S. SONTCHI**
**UNITED STATES BANKRUPTCY JUDGE**