## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | **CHAPTER 11** |
| | ) | |
| **ART VAN FURNITURE, LLC, et al.,** | ) | **Case No. 20-10553 (CSS)** |
| | ) | |
| Debtors. | ) | **Jointly Administered** |
| | ) | |

## NOTICE OF WITHDRAWAL

Please withdraw the appearance of *pro hac vice* of Maureen Mulligan of Peabody & Arnold LLP as counsel for Jofran Sales, Inc. in the above captioned cases.

JOFRAN SALES

By their Attorneys,

*/s/ Maureen Mulligan*
Maureen Mulligan, BBO #556482
Peabody & Arnold LLP
Federal Reserve Plaza
600 Atlantic Avenue, 6th Floor
Boston, MA  02210-2261
Tel:  (617) 951-2100
mmulligan@peabodyarnold.com

DATED:  March 29, 2021

## **CERTIFICATE OF SERVICE**

I, Maureen Mulligan, hereby certify that on March 29, 2021 this document was filed with the ECF system to be electronically served upon all registered participants as identified on the Notice of Electronic Filing.


*/s/ Maureen Mulligan*
Maureen Mulligan

1887466_1
16190-205529