# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ART VAN FURNITURE, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 20-10553 (CSS)<br><br>Jointly Administered<br><br>**Re: Docket Nos. 1014, 1060, 1062, 1095, 1152, 1185**<br><br>**Extended Sale Objection Deadline:**<br>**To be determined**<br>**Adjourned Sale Hearing Date:**<br>**To be determined** |

## NOTICE OF ADJOURNMENT OF SALE DEADLINES, AUCTION, AND SALE HEARING TO A DATE TO BE DETERMINED

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

1.    On October 7, 2020, Alfred T. Giuliano, chapter 7 trustee (the "Trustee") to the estates of the above-captioned debtors (the "Debtors") filed a motion [Docket No. 1014] (the "Motion")[2] for entry of an order: (a) establishing bidding procedures (the "Bid Procedures") in connection with the sale (the "Sale") of the rights of the Debtors' estates as putative class members in the Class Action Interchange Litigation, free and clear of all liens, claims, and encumbrances (the "Asset") and authorizing the Trustee's ability to select a stalking horse bidder and provide bid protections; (b) approving the form and manner of notices of the Sale and the Bid Procedures; (c) scheduling a hearing date to consider the approval of the Sale (the "Sale Hearing"), and (d) granting related relief, with the United States Bankruptcy Court for the District of Delaware (the "Court").

2.    On October 26, 2020, the Court entered an order (the "Bid Procedures Order") approving the Bid Procedures [Docket No. 1060].

3.    On November 24, 2020, the Trustee filed the *Notice of Extended Sale Deadlines, New Auction Date, and New Sale Hearing Date* [Docket No. 1095], on January 25, 2021, the Trustee filed the *Second Notice of Extended Sale Deadlines, New Auction Date, and New Sale Hearing Date* [Docket No. 1152], and on February 23, 2021, the Trustee filed the

---

[1]  The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, include: Art Van Furniture, LLC (9205); AVF Holding Company, Inc. (0291); AVCE, LLC (2509); AVF Holdings I, LLC (2537); AVF Holdings II, LLC (7472); AVF Parent, LLC (3451); Levin Parent, LLC (8052); Art Van Furniture of Canada, LLC (9491); AV Pure Sleep Franchising, LLC (8968); AVF Franchising, LLC (6325); LF Trucking, Inc. (1484); Sam Levin, Inc. (5198); and Comfort Mattress LLC (4463).

[2]  Capitalized terms used, but not defined, herein shall have the meaning ascribed to them in the Motion.

*Third Notice of Extended Sale Deadlines, New Auction Date, and New Sale Hearing Date*
[Docket No. 1185], with each such notice further extending certain deadlines related to the Sale.

      4.      In the exercise of his discretion under the Bid Procedures and in his business judgment, the Trustee has determined that an adjournment of the deadlines related to the Sale to dates to be determined is appropriate at this time and in the best interest of the estates.

| **Event** | **Current Extended Date/Deadline** | **Adjourned Date/Deadline** |
|---|---|---|
| Stalking Horse Selection Notice | **March 24, 2021** | **To be determined** |
| Bid Deadline | **April 1, 2021 at 12:00 p.m. (ET)** | **To be determined** |
| Auction<br><br>Location: Will be held telephonically and/or via Zoom videoconference | **April 5, 2021 at 10:00 a.m. (ET)** | **To be determined** |
| Sale Objection Deadline | **April 8, 2021 at 4:00 p.m. (ET)** | **To be determined** |
| Sale Hearing<br><br>Location: 824 North Market Street, 5th Floor, Courtroom No. 6, Wilmington, DE 19801 (via Zoom videoconference) | **April 15, 2021 at 11:00 a.m. (ET)** | **To be determined** |

      5.      When the Trustee determines to move forward with the Sale process, he will file and serve a new notice on the official service list in these cases and upon parties expressing an interest in the Sale.

      6.      Copies of the Motion, the Bid Procedures, and the Bid Procedures Order may be obtained by parties in interest free of charge by contacting the undersigned counsel to the Trustee.  Copies of such documents are also available for inspection during regular business hours at the Clerk of the Bankruptcy Court, 824 N. Market Street, 3rd Floor, Wilmington, DE 19801, and may be viewed for a fee on the internet at the Court's website (http://www.deb.uscourts.gov/) by following the directions for accessing the ECF system on such website.

3

| | |
|---|---|
| Dated:  April 2, 2021 | PACHULSKI STANG ZIEHL & JONES LLP |
| | |
| | */s/ Peter J. Keane* |
| | Bradford J. Sandler (DE Bar No. 4142) |
| | Colin R. Robinson (DE Bar No. 5524) |
| | Peter J. Keane (DE Bar No. 5503) |
| | 919 N. Market Street, 17th Floor |
| | P.O. Box 8705 |
| | Wilmington, DE 19899 (Courier 19801) |
| | Telephone:  (302) 652-4100 |
| | Facsimile:   (302) 652-4400 |
| | Email:       bsandler@pszjlaw.com |
| | crobinson@pszjlaw.com |
| | pkeane@pszjlaw.com |
| | |
| | *Counsel to Alfred T. Giuliano, Chapter 7 Trustee* |