IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| ART VAN FURNITURE, LLC, *et al.*,[1] | ) | Case No. 20-10553 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**Objection Deadline: June 3, 2021 at 4:00 p.m. (ET)**
**Hearing Date: June 21, 2021, at 10:00 a.m. (ET)**

### NOTICE OF MOTION OF ALFRED T. GIULIANO, CHAPTER 7 TRUSTEE, FOR ENTRY OF AN ORDER APPROVING (I) SALE OF REAL PROPERTY LOCATED AT 1620 N. TUCKAHOE STREET, BELLWOOD, PENNSYLVANIA 16617 FREE AND CLEAR OF LIENS, CLAIMS, AND ENCUMBRANCES; AND (II) GRANTING RELATED RELIEF

**PLEASE TAKE NOTICE** that on May 20, 2021, Alfred T. Giuliano, chapter 7 trustee (the "Trustee") to the estates of the above-captioned debtors (the "Debtors"), filed the *Motion of Alfred T. Giuliano, Chapter 7 Trustee, for Entry of an Order Approving (I) Sale of Real Property Located at 1620 N. Tuckahoe Street, Bellwood, Pennslyniva 16617 Free and Clear of Liens, Claims, and Encubrances; and (II) Granting Related Relief* (the "Motion"), with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801 (the "Bankruptcy Court"). A copy of the Motion is attached hereto.

**PLEASE TAKE FURTHER NOTICE** that any response or objection to the entry of a final order with respect to the relief sought in the Motion must be filed with the Bankruptcy Court on or before **June 3, 2021, at 4:00 p.m. (Eastern time)**.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, include: Art Van Furniture, LLC (9205); AVF Holding Company, Inc. (0291); AVCE, LLC (2509); AVF Holdings I, LLC (2537); AVF Holdings II, LLC (7472); AVF Parent, LLC (3451); Levin Parent, LLC (8052); Art Van Furniture of Canada, LLC (9491); AV Pure Sleep Franchising, LLC (8968); AVF Franchising, LLC (6325); LF Trucking, Inc. (1484); Sam Levin, Inc. (5198); and Comfort Mattress LLC (4463).

**PLEASE TAKE FURTHER NOTICE** that at the same time, you must also serve a copy of the response or objection upon: (i) counsel for the Trustee, (a) Pachulski Stang Ziehl & Jones LLP, 919 N. Market Street, 17th Floor, Wilmington, DE 19801 (Attn: Bradford J. Sandler, Colin R. Robinson, and Peter J. Keane) bsandler@pszjlaw.com, crobinson@pszjlaw.com, pkeane@pszjlaw.com; and (ii) the U.S. Trustee; Benjamin A. Hackman, Office of the United States Trustee, 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801, benjamin.a.hackman@usdoj.gov.

**PLEASE TAKE FURTHER NOTICE** THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

**PLEASE TAKE FURTHER NOTICE** THAT A HEARING TO CONSIDER THE RELIEF SOUGHT IN THE MOTION WILL BE HELD VIA ZOOM VIDEOCONFERENCE ON **JUNE 21, 2021 AT 10:00 A.M. PREVAILING EASTERN TIME** BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI, CHIEF UNITED STATES BANKRUPTCY JUDGE, AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, FIFTH FLOOR, COURTROOM NO. 6, WILMINGTON, DELAWARE 19801.

| | |
|---|---|
| Dated: May 20, 2021 | PACHULSKI STANG ZIEHL & JONES LLP |
| | */s/ Peter J. Keane* <br> Bradford J. Sandler (DE Bar No. 4142) <br> Colin R. Robinson (DE Bar No. 5524) <br> Peter J. Keane (DE Bar No. 5503) <br> 919 N. Market Street, 17th Floor <br> P.O. Box 8705 <br> Wilmington, DE 19899 (Courier 19801) <br> Telephone:  (302) 652-4100 <br> Facsimile:   (302) 652-4400 <br> Email:      bsandler@pszjlaw.com <br>             crobinson@pszjlaw.com <br>             pkeane@pszjlaw.com <br><br> *Counsel to Alfred T. Giuliano, Chapter 7 Trustee* |