## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| ART VAN FURNITURE, LLC, *et al.*,[1] | Case No. 20-10553 (CSS) |
| Debtors. | Jointly Administered |

### CERTIFICATE OF SERVICE

I, Peter J. Keane, hereby certify that on the 16th day of June 2021, I caused a copy of the following document(s) to be served on the individuals on the attached service list(s) in the manner indicated:

> *Motion of Alfred T. Giuliano, Chapter 7 Trustee, for an Order Authorizing the Payment of Prepetition Trust Fund Taxes*; *and*
>
> *Notice of Motion of Alfred T. Giuliano, Chapter 7 Trustee, for an Order Authorizing the Payment of Prepetition Trust Fund Taxes*

*/s/ Peter J. Keane*
Peter J. Keane (DE Bar No. 5503)

---

[1]  The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, include: Art Van Furniture, LLC (9205); AVF Holding Company, Inc. (0291); AVCE, LLC (2509); AVF Holdings I, LLC (2537); AVF Holdings II, LLC (7472); AVF Parent, LLC (3451); Levin Parent, LLC (8052); Art Van Furniture of Canada, LLC (9491); AV Pure Sleep Franchising, LLC (8968); AVF Franchising, LLC (6325); LF Trucking, Inc. (1484); Sam Levin, Inc. (5198); and Comfort Mattress LLC (4463).

Art Van – Trust Fund Tax Service List
Document No. 234580.1
20 – First Class Mail

**First Class Mail**
*(Taxing Authority)*
Illinois Department of Revenue
PO Box 1040
Galesburg, IL 61402-1040

**First Class Mail**
*(Taxing Authority)*
Indiana Department of Revenue
1025 Widener Ln
South Bend, IN 46614

**First Class Mail**
*(Taxing Authority)*
Maryland State Comptroller
80 Calvert Street
PO Box 466
Annapolis, MD 21404-0466

**First Class Mail**
*(Taxing Authority)*
Michigan Department of Treasury
430 W Allegan St
Lansing, MI 48933

**First Class Mail**
*(Taxing Authority)*
Missouri Department of Revenue
Harry S. Truman State Office Building
301 West High Street
Jefferson City, MO 65101

**First Class Mail**
*(Taxing Authority)*
Ohio Department of Taxation
PO Box 530
Columbus, OH 43216-0530

**First Class Mail**
*(Taxing Authority)*
Pennsylvania Department of Revenue
Office of Chief Counsel
PO Box 281061
Harrisburg, PA 17128

**First Class Mail**
*(Taxing Authority)*
Virginia Department of Revenue
Virginia Department of Taxation Office
of Customer Service
PO Box 1115
Richmond, VA 23218-1115

**First Class Mail**
*(Taxing Authority)*
West Virginia Department of Revenue
Attn: Legal Division
1001 Lee Street, East
Charleston, WV 25301

**First Class Mail**
*(Taxing Authority)*
Wisconsin Department of Revenue
Customer Service Bureau
PO Box 8949
Madison, WI 53708-8949

**First Class Mail**
*(Attorney General)*
State of Illinois Attorney General
Attention Bankruptcy Dept.
100 West Randolph Street
Chicago, IL 60601

**First Class Mail**
*(Attorney General)*
State of Indiana Attorney General
Attention Bankruptcy Dept.
Indiana Government Center South
302 W. Washington St., 5th Floor
Indianapolis IN 46204

**First Class Mail**
*(Attorney General)*
State of Maryland Attorney General
Attention Bankruptcy Dept.
200 St. Paul Place
Baltimore, MD  21202-2202

**First Class Mail**
*(Attorney General)*
State of Michigan Attorney General
Attention Bankruptcy Dept.
G. Mennen Williams Building, 7th Floor
525 W. Ottawa St.
P.O. Box 30212
Lansing, MI  48909-0212

**First Class Mail**
*(Attorney General)*
State of Missouri Attorney General
Attention Bankruptcy Dept.
Supreme Court Building
207 W. High St.
Jefferson City, MO  65102

**First Class Mail**
*(Attorney General)*
State of Ohio Attorney General
Attention Bankruptcy Dept
30 E. Broad St., 14th Floor
Columbus, OH  43215

**First Class Mail**
*(Attorney General)*
State of Virginia Attorney General
Attention Bankruptcy Dept.
900 East Main Street
Richmond, VA  23219

**First Class Mail**
*(Attorney General)*
State of Wisconsin Attorney General
Attention Bankruptcy Dept.
Wisconsin Department of Justice
State Capitol, Room 114 East
PO Box 7857
Madison, WI  53707-7857

**First Class Mail**
*(Attorney General)*
State of West Virginia Attorney General
Attention Bankruptcy Dept.
State Capitol Bldg 1 Room E 26
Charleston, WV  25305

**First Class Mail**
*(Attorney General)*
State of Pennsylvania Attorney General
Attention Bankruptcy Dept.
Strawberry Square
16th Floor
Harrisburg, PA  17120

Art Van Furniture LLC
NEW 2002 Email/FCM Service List
Case No.  20-10553
Document No.  232371.1
02 – First Class Mail
47 – Emails


(Counsel to the Chapter 7 Trustee)
Bradford J. Sandler, Esq.
Colin R. Robinson, Esq.
Peter J. Keane, Esq.
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
Wilmington, DE  19801
**Email:  bsandler@pszjlaw.com;
crobinson@pszjlaw.com;
pkeane@pszjlaw.com**

**FIRST CLASS MAIL**
Internal Revenue Service
Centralized Insolvency Operation
2970 Market St
Philadelphia, PA 19104

**FIRST CLASS MAIL**
ACAR Leasing Ltd.
d/b/a GM Financial Leasing
PO Box 183853
Arlington, TX 76096

**EMAIL**
(Proposed Counsel to the Debtors and
Debtors in Possession)
Gregory W. Werkheiser, Esq.
Michael J. Barrie, Esq.
Jennifer Hoover, Esq.
Kevin Capuzzi, Esq.
John C. Gentile, Esq.
Benesch, Friedlander, Coplan & Aronoff
LLP
222 Delaware Avenue, Suite 801
Wilmington, DE 19801
**Email: gwerkheiser@beneschlaw.com;
mbarrie@beneschlaw.com;
jhoover@beneschlaw.com;
kcapuzzi@beneschlaw.com;
jgentile@beneschlaw.com**

**EMAIL**
(Counsel to Gary A. Van Elslander, as
trustee of the Archie A. Van Elslander Trust
and the Archie A. Van Elslander Trust)
Ralph E. McDowell, Esq.
Bodman PLC
1901 St. Antoine Street
6th Floor at Ford Field
Detroit, MI 48226
**Email:  rmcdowell@bodmanlaw.com**

**EMAIL**
(Counsel to Wells Fargo Bank, NA,
Prepetition ABL Agent)
Cory Falgowski, Esq.
Burr & Forman, LLP
1201 N. Market Street, Suite 1407
Wilmington, DE  19801
**Email:  jfalgowski@burr.com**

**EMAIL**
(Counsel to Synchrony Bank)
Rachel H. Herd, Esq.
Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104
**Email:  hughmccullough@dwt.com;
rachelherd@dwt.com**

**EMAIL**
Delaware Attorney General
Carvel State Office Building
820 N French Street
Wilmington, DE 19801
**Email: attorney.general@state.de.us**

**EMAIL**
Delaware Dept of Justice
Attn: Bankruptcy Dept
820 N French St., 6th Fl
Wilmington, DE 19801
**Email: attorney.general@state.de.us**

**EMAIL**
Delaware Secretary of State
Franchise Tax
401 Federal Street
PO Box 898
Dover, DE 19903
**Email: dosdoc_bankruptcy@state.de.us**

**EMAIL**
Delaware State Treasury
820 Silver Lake Blvd., Suite 100
Dover, DE 19904
**Email: statetreasurer@state.de.us**

**EMAIL**
(Counsel to Hilco Trading Trading, LLC)
HGB AVF Lending, LLC
c/o Hilco Trading, LLC
Eric Kaup
5 Revere Dr., Suite 206
Northbrook, IL 60062
**Email: ekaup@hilcoglobal.com**

**EMAIL**
Internal Revenue Service
Attn: Susanne Larson
31 Hopkins Plz Rm 1150
Baltimore, MD 21201
**Email: SBSE.Insolvency.Balt@irs.gov**

**EMAIL**
(Counsel to Flexsteel Industries, Inc.)
Jason W. Bank, Esq.
Kerr, Russell and Weber, PLC
500 Woodward Avenue, Suite 2500
Detroit, MI 48226
**Email: jbank@kerr-russell.com**

**EMAIL**
(Counsel to Virtus Group, L.P., Prepetition
Term Loan Agent)
Christopher G. Boies, Esq.
King & Spalding LLP
1185 Avenue of the Americas
New York, NY 10036
**Email: cboies@kslaw.com**

**EMAIL**
(Counsel to Taubman Landlords)
Susan E. Kaufman, Esq.
Law Office of Susan E. Kaufman, LLC
919 N. Market Street, Suite 460
Wilmington, DE 19801
**Email: skaufman@skaufmanlaw.com**

**EMAIL**
(Counsel to Rochester KM Partners)
Earle I. Erman
Maddin Hauser Roth & Heller, P.C.
28400 Northwestern Hwy., 2nd Floor
Southfield, MI 48034
**Email: eerman@maddinhauser.com**

**EMAIL**
(Counsel to Wells Fargo Bank, NA,
Prepetition ABL Agent)
Jennifer Feldsher, Esq.
Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, NY 10179-0060
**Email: jennifer.feldsher@morganlewis.com**

**EMAIL**
(Counsel to Wells Fargo Bank, NA,
Prepetition ABL Agent)
Marjorie Crider, Esq.
Christopher Carter, Esq.
Morgan, Lewis & Bockius LLP
One Federal Street
Boston, MA 02110-1726
**Email:
marjorie.crider@morganlewis.com;
christopher.carter@morganlewis.com**

**EMAIL**
(Counsel to Synchrony Bank)
Carl N. Kunz, III, Esq.
Sarah M. Ennis, Esq.
Morris James LLP
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899-2306
**Email:  ckunz@morrisjames.com;
sennis@morrisjames.com**

**EMAIL**
(Co-Counsel to Consultant)
Douglas D. Herrmann, Esq.
Marcy J. McLaughlin Smith, Esq.
Troutman Pepper Hamilton SA
Hercules Plaza, Suite 5100
1313 N. Market Street
Wilmington, DE 19899-1709
**Email:
douglas.herrmann@troutman.com;
marcy.smith@troutman.com**

**EMAIL**
(Counsel to Hilco Merchant Resources, LLC, et al.)
Steven Fox, Esq.
Riemer & Braunstein LLP)
Times Square Tower
Seven Times Square, Suite 2506
New York, NY 10036
**Email:  sfox@riemerlaw.com**

**EMAIL**
(Counsel to Serta Simmons Bedding, LLC)
Beth E. Rogers, Esq.
James F. F. Carroll, Esq.
Rogers Law Offices
100 Peachtree Street, Suite 1950
Atlanta, GA 30303
**Email:  brogers@berlawoffice.com;
jcarroll@berlawoffice.com**

**EMAIL**
Securities & Exchange Commission
G Jeffrey Boujoukos, Regional Director
1617 JFK Boulevard, Ste 520
Philadelphia, PA 19103
**Email:  philadelphia@sec.gov**

**EMAIL**
Securities & Exchange Commission
Secretary of the Treasury
100 F St. NE
Washington, DC 20549
**Email:  SECBankruptcy-OGC-
ADO@SEC.GOV**

**EMAIL**
Securities & Exchange Commission NY
Office
Andrew Calamari, Regional Director
Brookfield Place
200 Vesey St, Ste 400
New York, NY 10281-1022
**Email:  bankruptcynoticeschr@sec.gov**

**EMAIL**
(Counsel to the Taubman Landlords)
The Taubman Company
Andrew S. Conway, Esq.
200 East Long Lake Road, Suite 300
Bloomfield Hills, MI 48304
**Email:  aconway@taubman.com**

**EMAIL**
US Attorney for Delaware
David C. Weiss, Esq.
Hercules Building
1313 N. Market Street
Wilmington, DE 19899-2046
**Email:  usade.ecfbankruptcy@usdoj.gov**

**EMAIL**
(Prepetition Term Loan Agent)
Virtus Group, L.P.
Beth Cesari, Senior Director
3300 N Interstate 35, Suite 350
Austin, TX 78705
**Email:  Beth.Cesari@virtusllc.com**

**EMAIL**
(Top 30 Creditor)
New Classic Furniture
Michele McPherson
7351 McGuire Blvd.
Fontana, CA 92336
**Email:
michele@newclassicfurniture.com**

**EMAIL**
(Counsel to Oracle America, Inc.)
Shawn M. Christianson, Esq.
Buchalter, A Professional Corporation
55 Second Street, 17th Floor
San Francisco, CA  94105-3493
**Email:  schristianson@buchalter.com**

**EMAIL**
Chapter 7 Trustee
Alfred T. Giuliano, Esq.
Giuliano Miller & Co., LLC
2301 E. Evesham Road
Pavillion 800, Suite 210
Voorhees, NJ 08043
**Email:  atgiuliano@giulianomiller.com**

**EMAIL**
Benjamin A. Hackman, Esq.
Office of the United States Trustee
844 King Street, Suite 2207
Wilmington, DE  19801
**Email: benjamin.a.hackman@usdoj.gov**

**EMAIL**
(Counsel to Cole AV Portfolio I, LLC;
VEREIT Real Estate, Inc.)
VEREIT Real Estate, L.P.
c/o Lisa M. Peters
KUTAK ROCK LLP
1650 Farnam Street
Omaha, NE 68102
**Email  lisa.peters@kutakrock.com**

**EMAIL**
Bernhardt Furniture Company
Attn:  Jeff L. Norris, Jr.
P.O. Box 740
1839 Morganton Blvd., SW
Lenoir, NC  28645-0740
**Email:  jeffnorris@bernhardt.com**

**EMAIL**
National Labor Relations Board
Nancy Wilson, Regional Director
1000 Liberty Avenue, Room 904
Pittsburgh, PA  15222
**Email:  Nancy.wilson@nlrb.gov**

**EMAIL**
(Counsel to Signal USA, LLC)
John D. Stoddard, Esq.
Simon PLC Attorneys & Counselors
37000 Woodward A venue, Suite 250
Bloomfield Hills, MI 48304
**Email:  jstoddard@simonattys.com**

**EMAIL**
La-Z-Boy Incorporated
Attn:  Natalie Dickinson
One La-Z-Boy Drive
Monroe, MI  48162, 2B Credit
**Email:  natalie.dickinson@la-z-boy.com**

4

**EMAIL**
(Counsel to La-Z-Boy Incorporated)
Anthony Saccullo, Esq.
A.M. Saccullo Legal, LLC
27 Crimson King Drive
Bear, DE  19701
**Email:  ams@saccullolegal.com**