**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| IN RE:<br>    **Art Van Furniture, LLC**<br><br>    Debtor. | CHAPTER 7<br><br>CASE NO.: **20-10553/CSS** |

## APPLICATION TO PAY UNCLAIMED CHECK TO THE COURT

Alfred T. Giuliano, Chapter 7 Trustee, respectfully represents as follows:

1. The Debtor filed a case under Chapter 11 on March 8, 2020 and converted to a case under Chapter 7 on April 6, 2020.

2. I was appointed Chapter 7 Bankruptcy Trustee on April 6, 2020.

3. On June 12, 2020 the Trustee issued the following checks:

   | | | |
   |---|---|---|
   | Max Doolittle<br>300 Gatewood Drive<br>Lansing, MI  48917 | Check No.: 193 | $93.67 |
   | Kelley Williams<br>4226 Carrollton #B<br>St. Louis, MO 63044 | Check No.: 205 | $71.23 |
   | Robert Keith Wilson<br>P. O. Box 590<br>Birmingham, MI 48012 | Check No.: 179 | $53.93 |

4. The checks were not cashed or returned and a stop payment was placed for each check. The trustee has tried to obtain current addresses without success.

5. WHEREFORE, Alfred T. Giuliano, Chapter 7 Trustee, respectfully requests that the Court permit the Estate's funds of two hundred eighteen dollars and eighty-three cents ($218.83) be paid to the Clerk for deposit to the Treasury.

June 22, 2021  
Dated

/s/ Alfred T. Giuliano  
Alfred T. Giuliano, Chapter 7 Trustee  
2301 E. Evesham Road  
Pavilion 800, Suite 210  
Voorhees, New Jersey 08043