IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ART VAN FURNITURE, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 20-10553 (CSS)<br><br>Jointly Administered<br><br>**Re: Docket No. 1238** |

**NOTICE OF FILING OF REVISED ORDER APPROVING (I) SALE OF REAL PROPERTY LOCATED AT 1620 N. TUCKAHOE STREET, BELLWOOD, PENNSYLVANIA 16617 FREE AND CLEAR OF LIENS, CLAIMS, AND ENCUMBRANCES; AND (II) GRANTING RELATED RELIEF**

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

1. On May 20, 2021, Alfred T. Giuliano, chapter 7 trustee (the "Trustee") to the estates of the above-captioned debtors (the "Debtors"), filed the *Motion of Alfred T. Giuliano, Chapter 7 Trustee, for Entry of an Order Approving (I) Sale of Real Property Located at 1620 N. Tuckahoe Street, Bellwood, Pennsylvania 16617 Free and Clear of Liens, Claims, and Encumbrances; and (II) Granting Related Relief* (the "Motion") [Docket No. 1238] with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801 (the "Bankruptcy Court"). Attached as Exhibit A to the Motion was the proposed order to approve the Motion (the "Proposed Order").

2. Attached hereto as **Exhibit A** is a revised proposed form of order (the "Revised Proposed Order"), that incorporates certain updates to the order.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, include: Art Van Furniture, LLC (9205); AVF Holding Company, Inc. (0291); AVCE, LLC (2509); AVF Holdings I, LLC (2537); AVF Holdings II, LLC (7472); AVF Parent, LLC (3451); Levin Parent, LLC (8052); Art Van Furniture of Canada, LLC (9491); AV Pure Sleep Franchising, LLC (8968); AVF Franchising, LLC (6325); LF Trucking, Inc. (1484); Sam Levin, Inc. (5198); and Comfort Mattress LLC (4463).

3. A blacklined copy of the Revised Proposed Order is attached hereto as **Exhibit B** showing changes made from the order attached to the Motion.

4. The Trustee intends to present the Revised Proposed Order to the Court at the hearing scheduled to be conducted via Zoom videoconference on **July 8, 2021 at 4:00 p.m. (ET)** before the Honorable Christopher S. Sontchi, Chief United States Bankruptcy Judge, United States Bankruptcy Court for the District of Delaware, 824 Market Street, Fifth Floor, Courtroom No. 6, Wilmington, Delaware 19801..

Dated:  July 6, 2021                PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Peter J. Keane*
Bradford J. Sandler (DE Bar No. 4142)
Colin R. Robinson (DE Bar No. 5524)
Peter J. Keane (DE Bar No. 5503)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899 (Courier 19801)
Telephone: 302-652-4100
Facsimile:  302-652-4400
E-mail:  bsandler@pszjlaw.com
         crobinson@pszjlaw.com
         pkeane@pszjlaw.com

*Counsel to Alfred T. Giuliano, Chapter 7 Trustee*