# IN THE UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ART VAN FURNITURE, LLC, *et al.*,[1]<br><br>                  Debtors. | Chapter 7<br><br>Case No. 20-10553 (CSS)<br>Jointly Administered |

**NOTICE OF AGENDA FOR HEARING SCHEDULED ON JULY 8, 2021 AT 4:00 P.M. (PREVAILING EASTERN TIME), BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, LOCATED AT 824 NORTH MARKET STREET, 5TH FLOOR, COURTROOM <u>NO. 6, WILMINGTON, DELAWARE 19801</u>**

> **This remote hearing will be conducted entirely over Zoom and requires all participants to register in advance. Please register by July 7 at 12:00 p.m. <u>COURTCALL WILL NOT BE USED FOR THIS HEARING</u>.**
> **Please use the following link to register for this hearing**
>
> https://debuscourts.zoomgov.com/meeting/register/vJItdO2rrjwiGdiewVQCyHRCHfaotFYmXr8
>
> **After registering your appearance by Zoom, you will receive a confirmation email containing information about joining the hearing.**

### <u>RESOLVED MATTER:</u>

1.  Motion of Alfred T. Giuliano, Chapter 7 Trustee, for an Order Authorizing the Payment of Prepetition Trust Fund Taxes [Filed: 6/16/21] (Docket No. 1256).

    <u>Response Deadline:</u>  June 30, 2021, at 4:00 p.m. ET

    <u>Responses Received:</u>  None.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, include: Art Van Furniture, LLC (9205); AVF Holding Company, Inc. (0291); AVCE, LLC (2509); AVF Holdings I, LLC (2537); AVF Holdings II, LLC (7472); AVF Parent, LLC (3451); Levin Parent, LLC (8052); Art Van Furniture of Canada, LLC (9491); AV Pure Sleep Franchising, LLC (8968); AVF Franchising, LLC (6325); LF Trucking, Inc. (1484); Sam Levin, Inc. (5198); and Comfort Mattress LLC (4463).

Related Documents:

a. [Proposed] Order Authorizing Chapter 7 Trustee to Pay Prepetition Trust Fund Taxes [Filed: 6/16/21] (Docket No. 1256, Exhibit A).

b. Certification of No Objection Regarding Motion of Alfred T. Giuliano, Chapter 7 Trustee, for an Order Authorizing the Payment of Prepetition Trust Fund Taxes [Filed: 7/1/21] (Docket No. 1263).

c. [Signed] Order Authorizing Chapter 7 Trustee to Pay Prepetition Trust Fund Taxes [Filed: 7/6/21] (Docket No. 1266).

Status: The Court has entered the order on this motion and it is now resolved.

**UNCONTESTED MATTER GOING FORWARD:**

2. Motion of Alfred T. Giuliano, Chapter 7 Trustee, for Entry of an Order Approving (I) Sale of Real Property Located at 1620 N. Tuckahoe Street, Bellwood, Pennsylvania 16617 Free and Clear of Liens, Claims, and Encumbrances; and (II) Granting Related Relief [Filed: 5/20/21] (Docket No. 1238).

Response Deadline: June 3, 2021, at 4:00 p.m. ET

Responses Received: None.

Related Documents:

a. [Proposed] Order Approving (I) Sale of Real Property Located at 1620 N. Tuckahoe Street, Bellwood, Pennsylvania 16617 Free and Clear of Liens, Claims, and Encumbrances; and (II) Granting Related Relief [Filed: 5/20/21] (Docket No. 1238, Exhibit A).

b. Notice of Adjourned Hearing Regarding Motion of Alfred T. Giuliano, Chapter 7 Trustee, for Entry of an Order Approving (I) Sale of Real Property Located at 1620 N. Tuckahoe Street, Bellwood, Pennsylvania 16617 Free and Clear of Liens, Claims, and Encumbrances; and (II) Granting Related Relief [Filed: 6/15/21] (Docket No. 1253).

c. Notice of Filing of Revised Purchase and Sale Agreement in Connection with Motion of Alfred T. Giuliano, Chapter 7 Trustee, for Entry of an Order Approving (I) Sale of Real Property Located at 1620 N. Tuckahoe Street, Bellwood, Pennsylvania 16617 Free and Clear of Liens, Claims, and Encumbrances; and (II) Granting Related Relief [Filed: 7/6/21] (Docket No. 1264).

d. Declaration of Alfred T. Giuliano in Support of Motion of Alfred T. Giuliano, Chapter 7 Trustee, for Entry of an Order Approving (I) Sale of Real Property Located at 1620 N. Tuckahoe Street, Bellwood, Pennsylvania 16617 Free and Clear of Liens, Claims, and Encumbrances; and (II) Granting Related Relief [Filed: 7/6/21] (Docket No. 1265).

    e.       Notice of Filing of Revised Order Approving (I) Sale of Real Property Located at 1620 N. Tuckahoe Street, Bellwood, Pennsylvania 16617 Free and Clear of Liens, Claims, and Encumbrances; and (II) Granting Related Relief [Filed: 7/6/21] ([Docket No. 1267](#)).

<u>Status:</u>  This matter will go forward.

Dated: July 6, 2021                PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Peter J. Keane*
Bradford J. Sandler (DE Bar No. 4142)
Colin R. Robinson (DE Bar No. 5524)
Peter J. Keane (DE Bar No. 5503)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899 (Courier 19801)
Telephone: 302-652-4100
Facsimile:  302-652-4400
E-mail:  bsandler@pszjlaw.com
         crobinson@pszjlaw.com
         pkeane@pszjlaw.com

*Counsel to Alfred T. Giuliano, Chapter 7 Trustee*