# IN THE UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ART VAN FURNITURE, LLC., *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 20-10553 (CSS)<br>Jointly Administered |

## CERTIFICATE OF SERVICE

I, Peter J. Keane, hereby certify that on the 6th day of July, 2021, I caused a copy of the following document to be served on the individuals on the attached service list(s) in the manner indicated:

**NOTICE OF AGENDA FOR HEARING SCHEDULED ON JULY 8, 2021 AT 4:00 P.M. (PREVAILING EASTERN TIME), BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, LOCATED AT 824 NORTH MARKET STREET, 5TH FLOOR, COURTROOM NO. 6, WILMINGTON, DELAWARE 19801**

*/s/ Peter J. Keane*
Peter J. Keane (DE Bar No. 5503)

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, include: Art Van Furniture, LLC (9205); AVF Holding Company, Inc. (0291); AVCE, LLC (2509); AVF Holdings I, LLC (2537); AVF Holdings II, LLC (7472); AVF Parent, LLC (3451); Levin Parent, LLC (8052); Art Van Furniture of Canada, LLC (9491); AV Pure Sleep Franchising, LLC (8968); AVF Franchising, LLC (6325); LF Trucking, Inc. (1484); Sam Levin, Inc. (5198); and Comfort Mattress LLC (4463). The location of the Debtors' service address in these chapter 11 cases is: 6500 East 14 Mile Road, Warren Michigan 48092.

Art Van – Bellwood Property Sale Service List
Document No. 233563
02 – OVERNIGHT MAIL
02 - EXPRESS MAIL
01 - EMAIL

**EXPRESS MAIL**
Blair County Tax Collection Bureau
1419 3rd Ave.
PO Box 307
Duncansville, PA 16635

**EXPRESS MAIL**
PA Department Of Revenue
PO Box 280427
Harrisburg PA 17128-0427

**OVERNIGHT MAIL**
Antis Township Elected Tax Collector
Susan E. Kensinger
909 North Second Street
Bellwood, PA 16617

**OVERNIGHT MAIL**
Pennsylvania Department of Environmental Protection
Southcentral Regional Office
909 Elmerton Ave.
Harrisburg, PA 17110

**ELECTRONIC MAIL**
Attn: Stephen Friedman, Esquire
Reiss Sheppe LLP
425 Madison Avenue, 19th Floor
New York, NY  10017
**Email: sfriedman@reisssheppe.com**

Art Van Furniture Lienholders Service List
Document No. 228169
14 – OVERNIGHT MAIL

**OVERNIGHT MAIL**
Wells Fargo Bank, National Association, as Agent
125 High Street
Boston, MA  02010

**OVERNIGHT MAIL**
Virtus Group, LP, as Administrative Agent
1301 Fannin, 17th Floor
Houston, TX  77002

**OVERNIGHT MAIL**
G/S Leasing, Inc.
3290 W Big Beaver Rd, Ste 200
Troy, MI  48084

**OVERNIGHT MAIL**
Centurylink Communications, LLC
931 14th Street, Suite 900
Denver, CO  80202

**OVERNIGHT MAIL**
PNC Bank, National Association, as Agent for Itself and Various Financial Institutions
One PNC Plaza
249 Fifth Avenue
Pittsburgh, PA  15222

**OVERNIGHT MAIL**
PNC Bank, National Association
One PNC Plaza
249 Fifth Avenue
Pittsburgh, PA  15222

**OVERNIGHT MAIL**
Rugs America Corporation
10 Daniel Street
Farmingdale, NY 11735

**OVERNIGHT MAIL**
GE Money Bank
170 Election Road, Suite 125
Draper, UT  84020

**OVERNIGHT MAIL**
Synchrony Bank
170 Election Drive, Suite 125
Draper, UT  84020

**OVERNIGHT MAIL**
PNC Bank, National Association
249 Fifth Ave
Pittsburgh, PA  15222

**OVERNIGHT MAIL**
Crown Equipment Corporation
44 S. Washington Street
New Bremen, OH  45869

**OVERNIGHT MAIL**
U.S. Bank Equipment Finance, a Division of U.S. Bank National Association
1310 Madrid Street
Marshall, MN  56258

**OVERNIGHT MAIL**
IBM Credit LLC
One North Castle Drive
Armonk, NY  10504

**OVERNIGHT MAIL**
Northstar Recycling Company, Inc.
94 Maple Street
East Longmeadow, MA  01028

Art Van Furniture LLC
NEW 2002 Service List EXPEDITED
Case No.  20-10553
Document No.  230017.1
01 – Overnight Mail
01 - Express Mail
47 – Emails

(Counsel to the Chapter 7 Trustee)
Bradford J. Sandler, Esq.
Colin R. Robinson, Esq.
Peter J. Keane, Esq.
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
Wilmington, DE  19801
**Email:  bsandler@pszjlaw.com;**
**crobinson@pszjlaw.com;**
**pkeane@pszjlaw.com**

**OVERNIGHT MAIL**
Internal Revenue Service
Centralized Insolvency Operation
2970 Market St
Philadelphia, PA 19104
**FAX:  855-235-6787**

**EXPRESS MAIL**
ACAR Leasing Ltd.
d/b/a GM Financial Leasing
PO Box 183853
Arlington, TX 76096

**EMAIL**
(Counsel to the Debtors and Debtors in Possession)
Gregory W. Werkheiser, Esq.
Michael J. Barrie, Esq.
Jennifer Hoover, Esq.
Kevin Capuzzi, Esq.
John C. Gentile, Esq.
Benesch, Friedlander, Coplan & Aronoff LLP
222 Delaware Avenue, Suite 801
Wilmington, DE 19801
**Email:  gwerkheiser@beneschlaw.com;**
**mbarrie@beneschlaw.com;**
**jhoover@beneschlaw.com;**
**kcapuzzi@beneschlaw.com;**
**jgentile@beneschlaw.com**

**EMAIL**
(Counsel to Gary A. Van Elslander, as trustee of the Archie A. Van Elslander Trust and the Archie A. Van Elslander Trust)
Ralph E. McDowell, Esq.
Bodman PLC
1901 St. Antoine Street
6th Floor at Ford Field
Detroit, MI 48226
**Email:  rmcdowell@bodmanlaw.com**

**EMAIL**
(Counsel to Wells Fargo Bank, NA, Prepetition ABL Agent)
Cory Falgowski, Esq.
Burr & Forman, LLP
1201 N. Market Street, Suite 1407
Wilmington, DE  19801
**Email:  jfalgowski@burr.com**

**EMAIL**
(Counsel to Synchrony Bank)
Rachel H. Herd, Esq.
Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104
**Email: hughmccullough@dwt.com;**
**rachelherd@dwt.com**

**EMAIL**
Delaware Attorney General
Carvel State Office Building
820 N French Street
Wilmington, DE 19801
**Email: attorney.general@state.de.us**

**EMAIL**
Delaware Dept of Justice
Attn: Bankruptcy Dept
820 N French St., 6th Fl
Wilmington, DE 19801
**Email: attorney.general@state.de.us**

**EMAIL**
Delaware Secretary of State
Franchise Tax
401 Federal Street
PO Box 898
Dover, DE 19903
**Email: dosdoc_bankruptcy@state.de.us**

**EMAIL**
Delaware State Treasury
820 Silver Lake Blvd., Suite 100
Dover, DE 19904
**Email: statetreasurer@state.de.us**

**EMAIL**
(Counsel to Hilco Trading Trading, LLC)
HGB AVF Lending, LLC
c/o Hilco Trading, LLC
Eric Kaup
5 Revere Dr., Suite 206
Northbrook, IL 60062
**Email: ekaup@hilcoglobal.com**

**EMAIL**
Internal Revenue Service
Attn: Susanne Larson
31 Hopkins Plz Rm 1150
Baltimore, MD 21201
**Email: SBSE.Insolvency.Balt@irs.gov**

**EMAIL**
(Counsel to Flexsteel Industries, Inc.)
Jason W. Bank, Esq.
Kerr, Russell and Weber, PLC
500 Woodward Avenue, Suite 2500
Detroit, MI 48226
**Email: jbank@kerr-russell.com**

**EMAIL**
(Counsel to Virtus Group, L.P., Prepetition Term Loan Agent)
Christopher G. Boies, Esq.
King & Spalding LLP
1185 Avenue of the Americas
New York, NY 10036
**Email: cboies@kslaw.com**

**EMAIL**
(Counsel to Taubman Landlords)
Susan E. Kaufman, Esq.
Law Office of Susan E. Kaufman, LLC
919 N. Market Street, Suite 460
Wilmington, DE 19801
**Email: skaufman@skaufmanlaw.com**

**EMAIL**
(Counsel to Rochester KM Partners)
Earle I. Erman
Maddin Hauser Roth & Heller, P.C.
28400 Northwestern Hwy., 2nd Floor
Southfield, MI 48034
**Email: eerman@maddinhauser.com**

**EMAIL**
(Counsel to Wells Fargo Bank, NA, Prepetition ABL Agent)
Jennifer Feldsher, Esq.
Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, NY 10179-0060
**Email: jennifer.feldsher@morganlewis.com**

| | |
|---|---|
| **EMAIL**<br>(Counsel to Wells Fargo Bank, NA, Prepetition ABL Agent)<br>Marjorie Crider, Esq.<br>Christopher Carter, Esq.<br>Morgan, Lewis & Bockius LLP<br>One Federal Street<br>Boston, MA 02110-1726<br>**Email: marjorie.crider@morganlewis.com; christopher.carter@morganlewis.com** | **EMAIL**<br>(Counsel to Serta Simmons Bedding, LLC)<br>Beth E. Rogers, Esq.<br>James F. F. Carroll, Esq.<br>Rogers Law Offices<br>100 Peachtree Street, Suite 1950<br>Atlanta, GA 30303<br>**Email: brogers@berlawoffice.com; jcarroll@berlawoffice.com** |
| **EMAIL**<br>(Counsel to Synchrony Bank)<br>Carl N. Kunz, III, Esq.<br>Sarah M. Ennis, Esq.<br>Morris James LLP<br>500 Delaware Avenue, Suite 1500<br>P.O. Box 2306<br>Wilmington, DE 19899-2306<br>**Email: ckunz@morrisjames.com; sennis@morrisjames.com** | **EMAIL**<br>Securities & Exchange Commission<br>G Jeffrey Boujoukos, Regional Director<br>1617 JFK Boulevard, Ste 520<br>Philadelphia, PA 19103<br>**Email: philadelphia@sec.gov** |
| **EMAIL**<br>(Co-Counsel to Consultant)<br>Douglas D. Herrmann, Esq.<br>Marcy J. McLaughlin Smith, Esq.<br>Troutman Pepper Hamilton SA<br>Hercules Plaza, Suite 5100<br>1313 N. Market Street<br>Wilmington, DE 19899-1709<br>**Email: douglas.herrmann@troutman.com; marcy.smith@troutman.com** | **EMAIL**<br>Securities & Exchange Commission<br>Secretary of the Treasury<br>100 F St. NE<br>Washington, DC 20549<br>**Email: SECBankruptcy-OGC-ADO@SEC.GOV** |
| **EMAIL**<br>(Counsel to Hilco Merchant Resources, LLC, et al.)<br>Steven Fox, Esq.<br>Riemer & Braunstein LLP)<br>Times Square Tower<br>Seven Times Square, Suite 2506<br>New York, NY 10036<br>**Email: sfox@riemerlaw.com** | **EMAIL**<br>Securities & Exchange Commission NY Office<br>Andrew Calamari, Regional Director<br>Brookfield Place<br>200 Vesey St, Ste 400<br>New York, NY 10281-1022<br>**Email: bankruptcynoticeschr@sec.gov** |
| | **EMAIL**<br>(Counsel to the Taubman Landlords)<br>The Taubman Company<br>Andrew S. Conway, Esq.<br>200 East Long Lake Road, Suite 300<br>Bloomfield Hills, MI 48304<br>**Email: aconway@taubman.com** |

**EMAIL**
US Attorney for Delaware
David C. Weiss, Esq.
Hercules Building
1313 N. Market Street
Wilmington, DE 19899-2046
**Email:  usade.ecfbankruptcy@usdoj.gov**

**EMAIL**
(Prepetition Term Loan Agent)
Virtus Group, L.P.
Beth Cesari, Senior Director
3300 N Interstate 35, Suite 350
Austin, TX 78705
**Email:  Beth.Cesari@virtusllc.com**

**EMAIL**
(Top 30 Creditor)
New Classic Furniture
Michele McPherson
7351 McGuire Blvd.
Fontana, CA 92336
**Email:  michele@newclassicfurniture.com**

**EMAIL**
(Counsel to Oracle America, Inc.)
Shawn M. Christianson, Esq.
Buchalter, A Professional Corporation
55 Second Street, 17th Floor
San Francisco, CA  94105-3493
**Email:  schristianson@buchalter.com**

**EMAIL**
Chapter 7 Trustee
Alfred T. Giuliano, Esq.
Giuliano Miller & Co., LLC
2301 E. Evesham Road
Pavillion 800, Suite 210
Voorhees, NJ 08043
**Email:  atgiuliano@giulianomiller.com**

**EMAIL**
Benjamin A. Hackman, Esq.
Office of the United States Trustee
844 King Street, Suite 2207
Wilmington, DE  19801
**Email: benjamin.a.hackman@usdoj.gov**

**EMAIL**
(Counsel to Cole AV Portfolio I, LLC;
VEREIT Real Estate, Inc.)
VEREIT Real Estate, L.P.
c/o Lisa M. Peters
KUTAK ROCK LLP
1650 Farnam Street
Omaha, NE 68102
**Email  lisa.peters@kutakrock.com**

**EMAIL**
Bernhardt Furniture Company
Attn:  Jeff L. Norris, Jr.
P.O. Box 740
1839 Morganton Blvd., SW
Lenoir, NC  28645-0740
**Email:  jeffnorris@bernhardt.com**

**EMAIL**
National Labor Relations Board
Nancy Wilson, Regional Director
1000 Liberty Avenue, Room 904
Pittsburgh, PA  15222
**Email:  Nancy.wilson@nlrb.gov;**

**EMAIL**
(Counsel to Signal USA, LLC)
John D. Stoddard, Esq.
Simon PLC Attorneys & Counselors
37000 Woodward A venue, Suite 250
Bloomfield Hills, MI 48304
**Email: jstoddard@simonattys.com**

**EMAIL**
La-Z-Boy Incorporated
Attn:  Natalie Dickinson
One La-Z-Boy Drive
Monroe, MI  48162, 2B Credit
**Email:  natalie.dickinson@la-z-boy.com**

4

**EMAIL**
(Counsel to La-Z-Boy Incorporated)
Anthony Saccullo, Esq.
A.M. Saccullo Legal, LLC
27 Crimson King Drive
Bear, DE  19701
**Email:  ams@saccullolegal.com**