July 5, 2021

**FILED**

2021 JUL 16 AM 9:24

CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

U S Bank Court
District of Delaware
824 Market Street, 3rd Floor
Wilmington, DE 19801

Gentlemen;

This letter is written in regards to my claim for *Art Van Furniture, LLC, Case number 20-10553.* I am writing to notify you that since I filed my claim in April 2020, my address has changed and I am asking you to make the change in your files.

Former address – Gloria J. Gates, 1350 Country Club Terrace, Apt. 507, Hollidaysburg, PA 16648

Current address – Gloria J. Gates, 1321 Country Club Terrace, Apt 408, Hollidaysburg, PA, 16648

If you have any information relating to the case, I would appreciate hearing from you.

Thank you for your attention to this matter.

Sincerely,

*Gloria J Gates*

Gloria J. Gates