**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

**IN THE MATTER OF**:

       **ART VAN FURNITURE, LLC**       Case No. 20-10553-CSS
                                                                                  Chapter 11
  **Debtor**
  _____/

**NOTICE OF WITHDRAWAL OF CLAIM NO. 4065**
**OF MACOMB COUNTY TREASURER**

      PLEASE TAKE NOTICE that the Macomb County Treasurer hereby withdraws Claim No. 4065.

                                                /s/ Aaron C. Thomas
                                                Aaron C. Thomas (P55114)
                                                Assistant Corporation Counsel for
                                                Macomb County
                                                One S. Main Street, 8th Floor
                                                Mount Clemens, MI 48043
                                                (586) 469-6346
                                                aaron.thomas@macombgov.org