FILED
2021 OCT -5 AM 9: 03
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

September 30, 2021

James Butler
8217 Alyssa Dr.
Brighton, Michigan 48116

United States Bankruptcy Court
Attention: Claims
824 Market Street, 3rd Floor
Wilmington, DE 19801

RE: Case # 20-10533

I have not received any response to our above case which was filed on 12/12/2020. I am inquiring as to the status of the case and if a resolution has been reached. Also, I have moved and have the above current address. Please correct the proof of claim. The contact phone and contact email remains as: (734) 777-9153 and jbutler427@att.net.

I am including previous communications for reference.

Respectfully,

*James Butler*

James Butler

| Fill in this information to identify the case: |
|---|
| Debtor 1  Art Van Furniture Company |
| Debtor 2 (Spouse, if filing) |
| United States Bankruptcy Court for the: _____ District of _____ |
| Case number  20-10553 |

## Official Form 410
# Proof of Claim 04/19

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

### Part 1: Identify the Claim

**1. Who is the current creditor?**
James Butler
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor _____

**2. Has this claim been acquired from someone else?**
☑ No
☐ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**
Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?
James Butler
Name
14151 Ashurst St.
Number    Street
Livonia          MI.      48154
City            State     ZIP Code

Contact phone  734-777-9153
Contact email  jbutler427@ATT.net

Where should payments to the creditor be sent? (if different)
Name
8217 Alyssa Dr
Number    Street
Brighton        MI       48116
City           State     ZIP Code

Contact phone _____
Contact email _____

Uniform claim identifier for electronic payments in chapter 13 (if you use one):
__ __ __ __ — __ __ __ __ — __ __ __ __ — __ __ __ __

**4. Does this claim amend one already filed?**
☑ No
☐ Yes. Claim number on court claims registry (if known) _____
Filed on 12/12/2020
         MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**
☑ No
☐ Yes. Who made the earlier filing? _____

Official Form 410                  Proof of Claim                  page 1

### Part 2: Give Information About the Claim as of the Date the Case Was Filed

**6. Do you have any number you use to identify the debtor?**
☒ No
☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ___ ___ ___ ___

**7. How much is the claim?** $ 635.85 . Does this amount include interest or other charges?
☒ No
☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**
Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.
Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).
Limit disclosing information that is entitled to privacy, such as health care information.

goods sold, not a proper refund

**9. Is all or part of the claim secured?**
☒ No
☐ Yes. The claim is secured by a lien on property.

**Nature of property:**
☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.
☐ Motor vehicle
☐ Other. Describe: _____

**Basis for perfection:** _____
Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of property:** $_____
**Amount of the claim that is secured:** $_____
**Amount of the claim that is unsecured:** $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:** $_____

**Annual Interest Rate** (when case was filed) _____ %
☐ Fixed
☐ Variable

**10. Is this claim based on a lease?**
☒ No
☐ Yes. Amount necessary to cure any default as of the date of the petition.  $_____

**11. Is this claim subject to a right of setoff?**
☐ No
☒ Yes. Identify the property: An exchange of one mattress for higher priced brand. Price of first mattress was to be credited to Synchrony credit account. This did not happen.

Official Form 410    Proof of Claim    page 2

| | |
|---|---|
| **12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?** A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☒ No<br>☐ Yes. *Check one:*   **Amount entitled to priority**<br><br>☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).   $_____<br><br>☐ Up to $3,025* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7).   $_____<br><br>☐ Wages, salaries, or commissions (up to $13,650*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4).   $_____<br><br>☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8).   $_____<br><br>☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5).   $_____<br><br>☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies.   $_____<br><br>\* Amounts are subject to adjustment on 4/01/22 and every 3 years after that for cases begun on or after the date of adjustment. |

## Part 3: Sign Below

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

*Check the appropriate box:*

☒ I am the creditor.
☐ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  12/12/2020
                  MM / DD / YYYY

Signature: *James W. Butler*

Print the name of the person who is completing and signing this claim:

Name  James W. Butler
      First name   Middle name   Last name

Title  _____

Company  _____
Identify the corporate servicer as the company if the authorized agent is a servicer.

Address  ~~1451 Ashurst St.~~  8217 Alyssa Dr.
         Number   Street
         ~~Livonia~~ Brighton  Mi.  ~~48154~~ 48116
         City                  State  ZIP Code

Contact phone  734-777-9153   Email  jbutler427@att.net

~~July 31, 2020~~
September 17, 2020

Paralegal GIULIANO, MILLER & COMPANY, LLC

2301 E. Evesham Road

Pavilion 800 Suite 210

Voorhees, New Jersey 080

Re: Error in my account #601919251369277    SECOND ATTEMPT

On 10/23/2019 we purchased a mattress at Art Van with the agreement that if we did not like the mattress after 30 days, we could exchange it for one at a higher price.

On 12/06/2019 we went to Art Van and decided to exchange the mattress for a different brand per Art Van policy. The second mattress we purchased was of higher price. We paid the necessary restocking fee and delivery fee to complete the new purchase. The price of the first mattress, was to be credited to our Synchrony credit account. This did not happen. We have the invoices (copies attached) for proof. We went to Art Van office before it closed to have the matter adjusted and was told that it may take a few months before the paperwork processes. As of today, we have not received credit for the first mattress which is $635.85. We have checked our Synchrony bank account monthly and still no credit.

We would appreciate your prompt attention.

*James Butler*

James Butler ( jbutler427@att.net )

~~14151 Ashurst St.~~   8217 Alyssa Dr

~~Livonia, MI 48154~~   Brighton MI 48116

# WELCOME!

Managing your account is easy. Visit the Learning Center at mysynchrony.com so you can access information about financing and other topics. Here you'll find:

- ✓ Understanding minimum payments
- ✓ How to improve your FICO score
- ✓ How to protect your identity
- ✓ Shopping and retail trends



*Art Van Furniture*

*[handwritten: Kept ~~queen~~ [?] mattress]*

---

ART VAN SIGNATURE/SYNCHRONY BANK

**synchrony**

JAMES BUTLER
Account Number: 6019 1925 1316 9277
Statement Closing Date: 12/24/2019

*[handwritten: after 1st payment]*

| Summary of Account Activity | |
|---|---:|
| Previous Balance | $1,000.16 |
| + New Purchases | $1,731.13 |
| − Payments | -$17.00 |
| +/− Credits, Fees & Adjustments (net) | $0.00 |
| +/− Interest Charge (net) | $0.00 |
| New Balance | $2,714.29 |
| Credit Limit | $9,000.00 |
| Available Credit | $6,285.00 |
| Days in Billing Period | 30 |

*[handwritten: after 2nd pay.]*

Pay online for free at: mysynchrony.com or Synchrony Bank customer service or to report your card lost or stolen, call 1-866-396-8254.
Best times to call are Wednesday - Friday.

*[handwritten: didn't mattress take off]*

### Payment Information

| | |
|---|---:|
| New Balance | $2,714.29 |
| Total Minimum Payment Due | $46.00 |
| Payment Due Date | 01/17/2020 |

PAYMENT DUE BY 5 P.M. EASTERN ON THE DUE DATE. We may convert your payment into an electronic debit. See reverse side.

**Late Payment Warning:** If we do not receive your Total Minimum Payment Due by the Payment Due Date listed above, you may have to pay a late fee up to $39.00.

**Minimum Payment Warning:** Making only the Total Minimum Payment Due will increase the amount of interest you pay and the time it takes to repay your balance. For example:

| If you make no additional charges using this card and each month you pay ... | You will pay off the balance shown on this statement in about ... | And you will end up paying an estimated total of ... |
|---|---|---|
| Only the minimum payment | 5 years | $2,714.00 |
| $75.00 | 3 years | $2,714.00 (Savings = $0.00) |

If you would like information about credit counseling services, call 1-877-302-8797.

*[handwritten: 1/2/20 - Jack]*

* NOTICE: See reverse side and additional pages (if any) for important information concerning your account.



# Art Van Furniture
www.artvan.com

Invoice: 23 - 1266663
Date: 10/23/19

RETAIL CENTER
8300 N WAYNE RD
WESTLAND MI 48185
(734) 425-9600
Repair & Service Call (800) 662-0038

| Sold to: | Delivered to: | Salesperson: |
|---|---|---|
| James Butler | James Butler | 25639 Rodney |
| 14151 Ashurst St | 14151 Ashurst St | |
| Livonia Mi 48154 5315 | Livonia Mi 48154 5315 | |
| Home : (734) 427-2167 | Home : (734) 427-2167 | |
| Work : ( ) - | Work : ( ) - | |

Cross Streets: Stark // Levan Off Schoolcraft

| Qty | SKU# | Description | Delivery Date | TP | Via | Price | Extended Price | Reg Price | Saved |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 10000253 | Old Bedding Removed & Recycled/Na | Thu 10/24 | | 101 | 25.00 | 25.00 | 25.00 | |
| 1 | 100044675 | Beautyrest 900 Queen Lopro Set/Queen Lo | | | | 936.00 | 936.00 | 996.00 | 60.00 |
| | 100044532 | Queen 900 Medium Mattress/Queen Med | Thu 10/24 | | 101 | | | | |
| | 100044614 | Queen Low Profile Foundation/Queen | Thu 10/24 | | 101 | | | | |

*1st Mattress 10/24*

Lines with a "DX" in the Type(TP) Column are Express Deliveries Only ** ** Weather Permitting **
Bedding to be removed for recyclingby AVF: Guest aware of $25 charge
Customer declined 30/60 day Pure Sleep Bedding Comfort Protection Policy and understands bedding cannot be returned, exchanged or refunded for Co[mfort]
Reasons. See Reverse side for details.
TO LEARN MORE ABOUT THE CARE AND PROTECTION FOR YOUR PURCHASE VISIT WWW.ARTVAN.COM/SERVICES



# Art Van Furniture
www.artvan.com

Invoice: 23 - 1267980
Date: 12/06/19

RETAIL CENTER
8300 N WAYNE RD
WESTLAND MI 48185
(734) 425-9600
Repair & Service Call (800) 662-0038

| Sold to: | Delivered to: | Salesperson: |
|---|---|---|
| James Butler<br>14151 Ashurst St<br>Livonia Mi 48154 5315<br>Home : (734) 427-2167<br>Work : ( ) - | James Butler<br>14151 Ashurst St<br>Livonia Mi 48154 5315<br>Home : (734) 427-2167<br>Work : ( ) - | 25639 Rodney |

Cross Streets: Stark // Levan Off Schoolcraft

| TP | Qty | SKU# | Description | Delivery Date | Rs | Via | Price | Extended Price | Reg Price | Saved |
|---|---|---|---|---|---|---|---|---|---|---|
| RD | 1 | 100044532 | Queen 900 Medium Mattress/Queen Medium | Thu 12/12 | | 101 | 635.85 | 635.85 | 796.00 | |
| DL | 1 | 100041549 | Medium Adapt Queen Hybrid Matt/Queen Me | Thu 12/12 | | 101 | 2199.00 | 2199.00 | 2199.00 | |
| DL | 1 | 20000004 | Delivery/Charge | Thu 12/12 | | 101 | 69.99 | 69.99 | | |

*handwritten:*
2199.00
- 635.85  returned mattress
1563.15
  69.99  delivery chg
1653.14
  97.99 tax
1731.13

\*\* Lines with a "DL" in the Type(TP) Column are NOT Express Deliveries \*\*
Customer declined 30/60 day Pure Sleep Bedding Comfort Protection Policy and understands bedding cannot be returned, exchanged or refunded for Comfo reasons. See Reverse side for details.
\*\* TO LEARN MORE ABOUT THE CARE AND PROTECTION FOR YOUR PURCHASE VISIT WWW.ARTVAN.COM/SERVICES