**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| ART VAN FURNITURE, LLC, *et al.,*[1] | Case No. 20-10553 (CSS) |
| Debtors. | Jointly Administered |

**ORDER APPROVING STIPULATION BETWEEN CHAPTER 7 TRUSTEE AND DEPARTMENT OF LABOR REGARDING COBRA PREMIUMS AND PROOF OF CLAIM**

Upon consideration of the *Stipulation Between Chapter 7 Trustee and Department of Labor Regarding COBRA Premiums and Proof of Claim* (the "Stipulation"),[2] attached hereto as **Exhibit 1**, by and among Alfred T. Giuliano, chapter 7 trustee (the "Trustee") for the estates of the above-captioned debtors (the "Debtors") and United States Department of Labor ("DOL," and together with the Trustee, the "Parties"); and this Court having reviewed the Stipulation; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Stipulation is approved.

2. The Parties are authorized to take all actions necessary to effectuate the relief granted in this Order and to consummate the Stipulation.

3. The terms and provisions of the Stipulation immediately shall be effective and enforceable upon entry of this Order.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, include: Art Van Furniture, LLC (9205); AVF Holding Company, Inc. (0291); AVCE, LLC (2509); AVF Holdings I, LLC (2537); AVF Holdings II, LLC (7472); AVF Parent, LLC (3451); Levin Parent, LLC (8052); Art Van Furniture of Canada, LLC (9491); AV Pure Sleep Franchising, LLC (8968); AVF Franchising, LLC (6325); LF Trucking, Inc. (1484); Sam Levin, Inc. (5198); and Comfort Mattress LLC (4463).

[2] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Stipulation.

4. This Court shall retain jurisdiction over all matters arising from or related to the implementation or interpretation of this Order and the Stipulation.

Dated: October 29th, 2021
Wilmington, Delaware

CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE