

FILED
2022 JAN 21  AM 9:23
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) Bankruptcy Case No. |
| Art Van Furniture, LLC | ) |
| | ) 20-10553 (CSS) |
| Debtor | ) |

### NOTICE OF WITHDRAWAL OF CLAIM

U.S. Customs and Border Protection (CBP) timely filed its proof of claim with respect to Case No. 20-10553. The claim was listed on claims register as Claim No. 3879. U.S. Customs and Border Protection hereby withdraws in its entirety its claim (#3879) previously filed in this case.

DATE: JAN 1 8 2022

_____
Casey Horn
Supervisory Financial Program Specialist
Financial Operations, Office of Finance
U.S. Customs and Border Protection



6650 Telecom Drive
Indianapolis, IN 46278

**U.S. Customs and Border Protection**

JAN 1 8 2022

Clerk of the U.S. Bankruptcy Court
for the District of Delaware
824 Market Street, 3rd Floor
Wilmington, Delaware  19801

Re:  Art Van Furniture, LLC
      Case Number: 20-10553 (CSS)

Dear Sir/Madam:

Enclosed is our Notice of Withdrawal of Claim for the above referenced bankruptcy case.  Please file the notice and return a file-marked copy of the notice in the enclosed self-addressed, stamped envelope.

If you have any questions regarding this case, please send an e-mail to BANKRUPTCYTEAM@cbp.dhs.gov .

Sincerely,

Casey Horn
Supervisory Financial Program Specialist, Long Term Debt Team
Financial Operations, Office of Finance
U.S. Customs and Border Protection

Enclosures