**EXHIBIT A**

*Bankruptcy Case: 20-10553-CSS Art Van Furniture, LLC*
*Transfer Date Range: 12-09-2019 through 03-07-2020*

**CLASSIC BRANDS LLC**
PO BOX 829810
PHILADELPHIA PA 19182-

*TRANSFERS:*

| Payment # | Payment Date | Clear Date | Payment Amount | Invoice # | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|
| 2767942 | 12/05/2019 | 12/11/2019 | $ 73.89 | 2461063 | 09/30/2019 | $ 47.25 |
| 2767942 | 12/05/2019 | 12/11/2019 | 73.89 | 2461064 | 09/30/2019 | 84.79 |
| 2767942 | 12/05/2019 | 12/11/2019 | 73.89 | 2461065 | 09/30/2019 | 126.49 |
| 2767942 | 12/05/2019 | 12/11/2019 | 73.89 | 2465051 | 10/02/2019 | 72.42 |
| 2767942 | 12/05/2019 | 12/11/2019 | 73.89 | 2465052 | 10/02/2019 | 70.69 |
| 2767942 | 12/05/2019 | 12/11/2019 | 73.89 | 2466691 | 10/03/2019 | 47.25 |
| 2767942 | 12/05/2019 | 12/11/2019 | 73.89 | RS0732253 | 10/10/2019 | -150.00 |
| 2767942 | 12/05/2019 | 12/11/2019 | 73.89 | RS0737239 | 11/14/2019 | -150.00 |
| 2767942 | 12/05/2019 | 12/11/2019 | 73.89 | RS0738870 | 11/19/2019 | -75.00 |
| 2768053 | 12/11/2019 | 12/17/2019 | 883.30 | 2466690 | 10/03/2019 | 209.47 |
| 2768053 | 12/11/2019 | 12/17/2019 | 883.30 | 2472662 | 10/07/2019 | 230.37 |
| 2768053 | 12/11/2019 | 12/17/2019 | 883.30 | 2472672 | 10/07/2019 | 20.90 |
| 2768053 | 12/11/2019 | 12/17/2019 | 883.30 | 2474459 | 10/08/2019 | 84.79 |
| 2768053 | 12/11/2019 | 12/17/2019 | 883.30 | 2477727 | 10/10/2019 | 84.79 |
| 2768053 | 12/11/2019 | 12/17/2019 | 883.30 | 2479349 | 10/11/2019 | 126.49 |
| 2768053 | 12/11/2019 | 12/17/2019 | 883.30 | 2479357 | 10/11/2019 | 126.49 |
| 2768253 | 12/24/2019 | 01/02/2020 | 56,585.57 | 2455922 | 09/27/2019 | 23,099.45 |
| 2768253 | 12/24/2019 | 01/02/2020 | 56,585.57 | 2455923 | 09/27/2019 | 23,099.45 |
| 2768253 | 12/24/2019 | 01/02/2020 | 56,585.57 | 2483535 | 10/14/2019 | 42.16 |
| 2768253 | 12/24/2019 | 01/02/2020 | 56,585.57 | 2487844 | 10/16/2019 | 154.00 |
| 2768253 | 12/24/2019 | 01/02/2020 | 56,585.57 | 2487845 | 10/16/2019 | 126.49 |
| 2768253 | 12/24/2019 | 01/02/2020 | 56,585.57 | 2489218 | 10/17/2019 | 12.82 |
| 2768253 | 12/24/2019 | 01/02/2020 | 56,585.57 | 2490526 | 10/18/2019 | 32.96 |
| 2768253 | 12/24/2019 | 01/02/2020 | 56,585.57 | 2490538 | 10/18/2019 | 562.40 |
| 2768253 | 12/24/2019 | 01/02/2020 | 56,585.57 | 2490574 | 10/20/2019 | 9,535.15 |
| 2768253 | 12/24/2019 | 01/02/2020 | 56,585.57 | 2504469 | 10/28/2019 | 70.69 |
| 2768253 | 12/24/2019 | 01/02/2020 | 56,585.57 | RS0743271 | 12/16/2019 | -150.00 |
| 2768349 | 01/03/2020 | 01/13/2020 | 479.80 | 2396201 | 08/30/2019 | 66.46 |
| 2768349 | 01/03/2020 | 01/13/2020 | 479.80 | 2490539 | 10/18/2019 | 166.25 |
| 2768349 | 01/03/2020 | 01/13/2020 | 479.80 | 2490556 | 10/18/2019 | 164.59 |
| 2768349 | 01/03/2020 | 01/13/2020 | 479.80 | 2501147 | 10/28/2019 | 82.50 |
| 2768451 | 01/08/2020 | 01/14/2020 | 565.85 | 2450763 | 09/24/2019 | 32.96 |
| 2768451 | 01/08/2020 | 01/14/2020 | 565.85 | 2518917 | 11/04/2019 | 47.25 |
| 2768451 | 01/08/2020 | 01/14/2020 | 565.85 | 2522494 | 11/05/2019 | 129.70 |
| 2768451 | 01/08/2020 | 01/14/2020 | 565.85 | 2522495 | 11/05/2019 | 129.70 |
| 2768451 | 01/08/2020 | 01/14/2020 | 565.85 | 2524830 | 11/07/2019 | 99.75 |
| 2768451 | 01/08/2020 | 01/14/2020 | 565.85 | 2526735 | 11/08/2019 | 126.49 |

|    | A       | B          | C          | D          | E       | F          | G         |
|----|---------|------------|------------|------------|---------|------------|-----------|
| 50 | 2768566 | 01/15/2020 | 01/21/2020 | 46,137.15  | 2497886 | 10/23/2019 | 23,099.44 |
| 51 | 2768566 | 01/15/2020 | 01/21/2020 | 46,137.15  | 2508937 | 10/31/2019 | 144.64    |
| 52 | 2768566 | 01/15/2020 | 01/21/2020 | 46,137.15  | 2518919 | 11/04/2019 | 120.48    |
| 53 | 2768566 | 01/15/2020 | 01/21/2020 | 46,137.15  | 2529586 | 11/11/2019 | 9.97      |
| 54 | 2768566 | 01/15/2020 | 01/21/2020 | 46,137.15  | 2533018 | 11/12/2019 | 144.64    |
| 55 | 2768566 | 01/15/2020 | 01/21/2020 | 46,137.15  | 2535288 | 11/13/2019 | 22,617.98 |
| 56 | 2768693 | 01/24/2020 | 01/28/2020 | 23,548.37  | 2486119 | 10/15/2019 | 23,464.05 |
| 57 | 2768693 | 01/24/2020 | 01/28/2020 | 23,548.37  | 2540808 | 11/15/2019 | 42.16     |
| 58 | 2768693 | 01/24/2020 | 01/28/2020 | 23,548.37  | 2549449 | 11/21/2019 | 42.16     |
| 59 | TOTAL   |            |            | $ 128,273.93 |       |            |           |