# EXHIBIT A

*Bankruptcy Case: 20-10553-CSS Art Van Furniture, LLC*
*Transfer Date Range: 12-09-2019 through 03-07-2020*

**ROBOTS AND PENCILS LP**
1215 SUPERIOR AVE. SUIT
CLEVELAND OH 44114

TRANSFERS:

| Payment # | Payment Date | Clear Date | Payment Amount | Invoice # | Invoice Date | Invoice Amount | Amount Paid |
|---|---|---|---|---|---|---|---|
| 162060 | 11/25/2019 | 12/09/2019 | $ 69,198.84 | 6794 | 08/31/2019 | $ 56,050.09 | $ 56,050.09 |
| 162060 | 11/25/2019 | 12/09/2019 | 69,198.84 | 6877 | 09/30/2019 | 13,148.75 | 13,148.75 |
| TOTAL | | | $ 69,198.84 | | | | |