2-11-2022

Change of address for claim #20-10553

New address
215 saddle blanket
Del Rio, TX 78840

Old Address
19113 shrewsbury Dr.
Livonia, MI 48152

please update address.
Thank you,
Tania Caballero Jimenez
248-798-0533
tcaballero1@hotmail.com

FILED 2022 MAR -2 AM 9:17 CLERK U.S. BANKRUPTCY COURT

Tonia Castillo
215 Saddle Blanket
Del Rio, TX 78840

US Bankruptcy Court
824 Market St N 3rd Floor
Wilmington, DE 19801