# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: ) | Chapter 7 |
| ) | Case No. 20-10553 (CSS) |
| ART VAN FURNITURE, LLC, et al., ) | |
| ) | |
| Debtors. ) | |
| _____ ) | |
| TODD STEWART and JENNIFER ) | |
| SAWLE on behalf of themselves and ) | |
| all others similarly situated, ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | Adv. Pro. No.: 20-50548 (CSS) |
| ) | Related Adv. Docket No.: 43, 47, 49 |
| ART VAN FURNITURE, LLC, et al., ) | |
| ) | |
| Defendants. ) | |

For the reasons set forth in the Court's Opinion dated March 21, 2022 it is hereby ordered that:

1) Chapter 7 Trustee's Motion for Summary Judgment [D.I. 43] filed on November 12, 2021 is Granted.

2) The Plaintiffs' Motion for Class Certification and Related Relief [D.I. 47] filed on November 14, 2021 is Denied as Moot.

3) Plaintiffs' Cross Motion to Defer Ruling [D.I. 49} filed on December 3, 2021 is Denied.

_____
Christopher S. Sontchi
United States Bankruptcy Judge

Dated: March 21, 2022