## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br><br>ART VAN FURNITURE, LLC. *et al.*<br><br>Debtors. | Chapter 7<br><br>Case No.: 20-10553 (CSS)<br>(Jointly Administered) |

## NOTICE OF WITHDRAWAL OF APPEARANCE AND
## REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that the attorney listed herein has appeared as counsel to McKnight South East, L.P. in the above referenced bankruptcy case.

**TAKE FURTHER NOTICE** that the below now withdraws his appearance. The undersigned counsel certifies that there is no controversy currently pending before the Court and that McKnight South East, L.P. consents to the withdrawal.

**TAKE FURTHER NOTICE** that the below requests to be removed from all service lists in this case, the mailing matrix, and the Court's electronic notice system.

CAMPBELL & LEVINE, LLC
Mark T. Hurford, Esquire
222 Delaware Avenue, Suite 1620
Wilmington, DE 19801
Telephone: (302) 426-1900
Facsimile: (302) 426-9947
mhurford@camlev.com


Dated: March 28, 2022

*/s/ Mark T. Hurford*
Mark T. Hurford (Bar No. 3299)
CAMPBELL & LEVINE, LLC
222 Delaware Avenue, Suite 1620
Wilmington, Delaware 19801
Telephone: (302) 426-1900
Facsimile: (302) 426-9947
Email: mhuford@camlev.com

{C1205873.1 }