# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | Chapter 7 |
| ART VAN FURNITURE, LLC, et al., | Case No. 20-10553 (CSS) |
| Debtors. | (Jointly Administered) |
| ALFRED T. GIULIANO, in his capacity as Chapter 7 Trustee of Art Van Furniture, LLC, et al., | |
| Plaintiff, | |
| v. | Adv. No. 22-50190 (CSS) |
| E-B DISPLAY COMPANY, INC., | |
| Defendant. | |

## CAROL RIVES'
## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

*PLEASE TAKE NOTICE* that the attorneys set forth below hereby appear as counsel for E-B Display Company, Inc., pursuant to 11 U.S.C. § 1109(b) and Rule 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"). The undersigned requests that all notices given or required to be given in the above-captioned case (including but not limited to all papers filed and served in all adversary proceedings in such case, and to creditors and equity security holders who file with the Court and request that all notices be mailed to them) be given to and served on the following:

"J" Jackson Shrum, Esquire
Jshrum@jshrumlaw.com
JACK SHRUM, PA
919 N. Market Street, Suite 1410
Wilmington, Delaware 19801

**PLEASE TAKE FURTHER NOTICE** that this request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes without limitation all orders and notices of any application, motion petition, pleading, request, complaint, or demand, statement of affairs, operating reports, schedules of assets and liabilities, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand-delivery, telephone, facsimile transmission, or otherwise that (1) affects or seeks to affect in any way any rights or interest of any creditor or party in interest in this case, with respect to the (a) debtor, (b) property of the debtor's estate, or proceeds thereof, in which the debtor may claim an interest, or (c) property or proceeds thereof in the possession, custody, or control of others that the debtor may seek to use; or (2) requires or seeks to require any act, delivery of any property, payment or other conduct by the undersigned.

Dated:  March 28, 2022

Respectfully submitted,
JACK SHRUM, PA

*/s/ Jack Shrum*
"J" JACKSON SHRUM (DE # 4757)
919 N. Market Street, Suite 1410
Wilmington, DE 19801
(302) 543-7551
*Attorney for E-B Display Company, Inc.*

**CERTIFICATE OF SERVICE**

    I hereby certify that on March 28, 2022, I caused a true and correct copy of the foregoing to be served electronically via the Court's Electronic Filing System on all parties requesting notice in this proceeding.

Dated: March 28, 2022

                                              Respectfully Submitted,
                                              **JACK SHRUM, P.A.**

                                              _/s/ Jack Shrum_____
                                              "J" JACKSON Shrum (DE #4757)
                                              919 N. Market Street, Suite 1410
                                              Wilmington, DE 19801
                                              (302)- 543-7551 - - Phone
                                              (302)- 543-6386 - - Fax
                                              Jshrum@jshrumlaw.com
                                              *Attorney for Carol Rives*