**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>ART VAN FURNITURE, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 20-10553 (CSS)<br>(Jointly Administered)<br><br>**Re: D.I. 1398** |

**CERTIFICATE OF NO OBJECTION REGARDING
SUPPLEMENTAL APPLICATION OF THE CHAPTER 7
TRUSTEE FOR AN ORDER AUTHORIZING RETENTION OF
ARCHER & GREINER, P.C. AS SPECIAL COUNSEL TO THE
CHAPTER 7 TRUSTEE *NUNC PRO TUNC* TO DECEMBER 1, 2020**

On March 16, 2022, Alfred T. Giuliano (the "Trustee") filed the *Supplemental Application of the Chapter 7 Trustee for an Order Authorizing Retention of Archer & Greiner, P.C. as Special Counsel to the Chapter 7 Trustee Nunc Pro Tunc to December 1, 2020* [D.I. 1398] (the "Application"). Objections or responses to the Application were due to be filed and served no later than March 30, 2022 at 4:00 p.m. (Eastern Time).

The undersigned hereby certifies that, as of the date hereof, he has received no formal or informal response or objection to the Application. The undersigned further certifies he has caused the review of the Court's docket in this case and no objection or response to the Application appears thereon.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Art Van Furniture, LLC (9205); AVF Holding Company, Inc. (0291); AVCE, LLC (2509); AVF Holdings I, LLC (2537); AVF Holdings II, LLC (7472); AVF Parent, LLC (3451); Levin Parent, LLC (8052); Art Van Furniture of Canada, LLC (9491); AV Pure Sleep Franchising, LLC (8968); AVF Franchising, LLC (6325); LF Trucking, Inc. (1484); Sam Levin, Inc. (5198); and Comfort Mattress LLC (4463).

2

WHEREFORE, the Trustee respectfully requests that the Court enter the proposed order in the form attached to the Application.

Dated:  March 31, 2022 **ARCHER & GREINER, P.C.**

/s/ *David W. Carickhoff*
David W. Carickhoff (No. 3715)
Bryan J. Hall (No. 6285)
300 Delaware Avenue, Suite 1100
Wilmington, DE 19801
Tel: (302) 777-4350
Fax: (302) 777-4352
dcarickhoff@archerlaw.com
bjhall@archerlaw.com

*Special counsel to Alfred T. Giuliano, Chapter 7 Trustee*

223871223v1