**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| ART VAN FURNITURE, LLC, et al., | Case No. 20-10553 (CSS) |
| Debtors. | (Jointly Administered) |

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 9010-1 and the attached certification, counsel hereby moves the admission *pro hac vice* of Bennett G. Young to represent Michael Nicholas Designs, Inc. in this action.

Dated: April 1, 2022
   Wilmington, Delaware

   */s/Chantelle D. McClamb*
   Chantelle D. McClamb (No. 5978)
   Ballard Spahr LLP
   919 N. Market Street, 11th Floor
   Wilmington, DE 19801
   Telephone: (302) 252-4465
   Facsimile: (302) 252-4466
   E-mail: mcclambc@ballardspahr.com

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund revised 8/31/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

   */s/ Bennett G. Young*
   Bennett G. Young, Esquire
   Jeffer Mangles Butler & Mitchell LLP
   Two Embarcadero Center, 5th Floor
   San Francisco, California 94111
   Telephone: (415) 984-9626
   Facsimilie (415) 398-5584
   E-mail: byoung@jmbm.com

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.