## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ART VAN FURNITURE, LLC, *et al.*,[1]<br><br>    Debtor. | Chapter 7<br><br>Case No. 20-10553 (CSS)<br><br>(Jointly Administered)<br><br>Adversary Proceeding No: 21-50241-CSS |
| PNC BANK, NATIONAL ASSOCIATION and PNC MERCHANT SERVICES COMPANY,<br><br>    Plaintiffs,<br><br>v.<br><br>ART VAN FURNITURE, LLC, *et al.*; ALFRED T. GIULIANO, as Chapter 7 Trustee; LEVIN FURNITURE, LLC, and LEVIN TRUCKING, LLC,<br><br>    Defendants. | |

## NOTICE OF WITHDRAWAL OF APPEARANCE

PLEASE TAKE NOTICE that Zakarij O. Thomas, Esq. withdraws as counsel to PNC Bank, National Association and PNC Merchant Services Company in the above-captioned proceeding.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Art Van Furniture, LLC (9205); AVF Holding Company, Inc. (0291); AVCE, LLC (2509); AVF Holdings I, LLC (2537); AVF Holdings II, LLC (7472); AVF Parent, LLC (3451); Levin Parent, LLC (8052); Art Van Furniture of Canada, LLC (9491); AV Pure Sleep Franchising, LLC (8968); AVF Franchising, LLC (6325); LF Trucking, Inc. (1484); Sam Levin, Inc. (5198); and Comfort Mattress LLC (4463). The location of the Debtors' service address in these chapter 11 cases is: 6500 East 14 Mile Road, Warren Michigan 48092.

PLEASE TAKE FURTHER NOTICE that PNC Bank, National Association and PNC Merchant Services Company will continue to be represented by Geoffrey G. Grivner of the law firm Buchanan Ingersoll & Rooney PC in the above-captioned proceeding.

Dated: April 4, 2022 **BUCHANAN INGERSOLL & ROONEY PC**

/s/ Geoffrey G. Grivner
Geoffrey G. Grivner (#4711)
Zakarij O. Thomas, Esquire
(admitted *pro hac vice*)
500 Delaware Avenue
Suite 720
Wilmington, DE 19801-7407
Tel: (302) 552-4200

*Attorneys for PNC Bank, National Association and PNC Merchant Services Company*