**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| ART VAN FURNITURE, LLC, *et al.*,[1] | Case No. 20-10553 (CTG) |
| Debtors. | Jointly Administered |
| | **Hearing Date: To be scheduled, if necessary**<br>**Objection Deadline: April 11, 2022 at 4:00 p.m. (ET)** |

**SUPPLEMENT TO APPLICATION OF THE CHAPTER 7 TRUSTEE FOR AN ORDER; (A) AUTHORIZING RETENTION OF SARNOFF & BACCASH AS SPECIAL TAX COUNSEL TO THE CHAPTER 7 TRUSTEE, EFFECTIVE AS OF DECEMBER 27, 2021; (B) APPROVING TAX ASSESSMENT SETTLEMENTS; AND (C) APPROVING FINAL COMPENSATION AND WAIVER UNDER LOCAL RULE 2016-2(h)**

Alfred T. Giuliano, the chapter 7 trustee (the "Trustee") of the estates of the above-captioned debtors (the "Debtors"), files this supplement (this "Supplement") to the *Application of the Chapter 7 Trustee for an Order: (A) Authorizing the Retention of Sarnoff & Baccash as Special Tax Counsel to the Chapter 7 Trustee, Effective as of December 27, 2021, (B) Approving Tax Assessment Settlements; and (C) Approving Final Compensation and Waiver Under Local Rule 2016-2(h)* [Docket No. 1405] (the "Application").

The Application seeks entry of an order: (a) authorizing the Trustee to retain Sarnoff & Baccash ("SB"), as special tax counsel to the Trustee, effective as of December 27, 2021, for the settlement of real estate tax assessment appeals; (b) approving tax assessment settlement refunds negotiated by SB (the "Settlements"); and (c) approving final compensation of SB for its services

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, include: Art Van Furniture, LLC (9205); AVF Holding Company, Inc. (0291); AVCE, LLC (2509); AVF Holdings I, LLC (2537); AVF Holdings II, LLC (7472); AVF Parent, LLC (3451); Levin Parent, LLC (8052); Art Van Furniture of Canada, LLC (9491); AV Pure Sleep Franchising, LLC (8968); AVF Franchising, LLC (6325); LF Trucking, Inc. (1484); Sam Levin, Inc. (5198); and Comfort Mattress LLC (4463).

to the Trustee in the amount of 25% of each Settlement, including a waiver of the timekeeping requirements pursuant to Local Rule 2016-2(h).

In further support of the Application, the Trustee submits this Supplement to disclose an additional Settlement that was inadvertently not included on the original Application.

As disclosed in the Application, the Trustee has determined to retain SB as his special tax counsel for the pursuit and settlement of real estate tax assessment appeals with Cook County Illinois in the Circuit Court of Cook County, Case No. 2017 Valuation Obj. No. 18 COTO 07063; Case No. 2016 Valuation Obj. No. 17-COTO-08641 and Case No. 2017 Valuation Obj. No. 18-COTO-06225 (the "Tax Appeals").  The real property subject to the appeal in Case No. 2017 Valuation Obj. No. 18 COTO 07063 is 1293 E. Higgins Road in Schaumburg, Illinois and is identified by Cook County Permanent Index Number(s): 07-13-306-005-0000 in Vol. 187, and the real property subject to the appeals in Case No. 2016 Valuation Obj. No. 17-COTO-08641 and Case No. 2017 Valuation Obj. No. 18-COTO-06225 is 2604 and 2606 N. Elston Avenue in Chicago, Illinois and is identified by Cook County Permanent Index Numbers 14-30-310-015-0000 and 14-30-310-016-0000 in Vol. 532 (the "Properties").

The Trustee also seeks to retain SB with regard to an additional Tax Appeal in Cook County Illinois in the Circuit Court of Cook County, 2018 Valuation Objection No. 19-COTO-04655, with such appeal yielding a 2018 refund on behalf of the property located at 1293 E. Higgins Road in Schaumburg, Illinois – Perm. No. 07-13-306-005-0000, pursuant to a settlement on March 9, 2022 (the "Additional Settlement").  A copy of this Additional Settlement is attached hereto as **Exhibit A**.

The Trustee may, in the future, utilize SB for resolution of other pending tax appeals for the Properties or any other properties.  Upon resolution of any such tax appeals, the Trustee will

file a motion for approval under Bankruptcy Rule 9019 with a copy of the underlying settlement agreement or order and disclosing the proposed compensation (not to exceed 25%) for SB.

WHEREFORE, the Trustee requests approval of the Application, as modified by this Supplement, and such other and further relief as may be just and proper.

Dated:  April 12, 2022	PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Peter J. Keane*
Bradford J. Sandler (DE Bar No. 4142)
Colin R. Robinson (DE Bar No. 5524)
Peter J. Keane (DE Bar No. 5503)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899 (Courier 19801)
Telephone:  (302) 652-4100
Facsimile:   (302) 652-4400
Email:	bsandler@pszjlaw.com
	crobinson@pszjlaw.com
	pkeane@pszjlaw.com

*Counsel to Alfred T. Giuliano, Chapter 7 Trustee*