# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| ART VAN FURNITURE, LLC, *et al.,*[1] | Case No. 20-10553 (CTG) |
| Debtors. | Jointly Administered |

### ADMINISTRATIVE ORDER CHANGING DOCKETS TO REFLECT THE DEBTORS' CURRENT NAMES AND REVISING CASE CAPTION

Upon the certification of counsel (the "Certification") of Alfred T. Giuliano (the "Trustee"), the chapter 7 trustee to the estates of the above-captioned debtors (the "Debtors") for entry of an administrative order (this "Order"), approving the proposed revision to the caption of the Debtors' jointly-administered bankruptcy cases and case dockets to reflect the Debtors' corporate name changes, as more fully set forth in the Certification; and the Court having found that the Court has jurisdiction to consider the Certification; and it appearing that no other or further notice need be provided; and the Court having reviewed the Certification and having determined that the legal and factual bases set forth in the Certification establish good and just cause for the relief granted herein; and upon all the proceedings had before the Court and after due deliberation and sufficient cause appearing therefor, IT IS HEREBY ORDERED THAT:

1. The Clerk of the Court is directed to change the dockets and other records of the cases to reflect the current names of the Debtors as follows:

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, include: Art Van Furniture, LLC (9205); AVF Holding Company, Inc. (0291); AVCE, LLC (2509); AVF Holdings I, LLC (2537); AVF Holdings II, LLC (7472); AVF Parent, LLC (3451); Levin Parent, LLC (8052); Art Van Furniture of Canada, LLC (9491); AV Pure Sleep Franchising, LLC (8968); AVF Franchising, LLC (6325); LF Trucking, Inc. (1484); Sam Levin, Inc. (5198); and Comfort Mattress LLC (4463).

| Original Name: | New Name: | Case Number: |
|---|---|---|
| Art Van Furniture, LLC | Start Man Furniture, LLC | 20-10553 |
| AVF Holding Company, Inc. | SVF Holding Company, Inc. | 20-10554 |
| AVCE, LLC | SVCE, LLC | 20-10555 |
| AVF Holdings I, LLC | StartVF Holdings, I, LLC | 20-10556 |
| AVF Holdings II, LLC | StartVF Holdings II, LLC | 20-10557 |
| AVF Parent, LLC | SVF Parent, LLC | 20-10558 |
| Art Van Furniture of Canada LLC | Start Man Furniture of Canada LLC | 20-10560 |
| AV Pure Sleep Franchising, LLC | SV Sleep Franchising, LLC | 20-10561 |
| AVF Franchising, LLC | SVF Franchising, LLC | 20-10562 |

2. The caption of the Debtors' jointly administered bankruptcy cases, to be used by all parties in all pleadings and for all purposes and proceedings in the chapter 7 cases, shall be as follows:

| | |
|---|---|
| In re: | Chapter 7 |
| START MAN FURNITURE, LLC, *et al.,*[1] | Case No. 20-10553 (CTG) |
| Debtors. | Jointly Administered |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, include: Start Man Furniture, LLC (f/k/a Art Van Furniture, LLC) (9205); SVF Holding Company, Inc. (f/k/a AVF Holding Company, Inc.) (0291); SVCE, LLC (f/k/a AVCE, LLC) (2509); StartVF Holdings I, LLC (f/k/a AVF Holdings I, LLC) (2537); StartVF Holdings II, LLC (f/k/a AVF Holdings II, LLC) (7472); SVF Parent, LLC (f/k/a AVF Parent, LLC) (3451); Levin Parent, LLC (8052); Start Man Furniture of Canada, LLC (f/k/a Art Van Furniture of Canada, LLC) (9491); SV Sleep Franchising, LLC (f/k/a AV Pure Sleep Franchising, LLC) (8968); SVF Franchising, LLC (f/k/a AVF Franchising, LLC) (6325); LF Trucking, Inc. (1484); Sam Levin, Inc. (5198); and Comfort Mattress LLC (4463).

3. The Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: April 18th, 2022
Wilmington, Delaware

CRAIG T. GOLDBLATT
UNITED STATES BANKRUPTCY
JUDGE