UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In Re:            Chapter 7

Case No. 20-10553 (CTG)

Debtor: Art Van Furniture, LLC et. al

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of Richard P. Schroeter Jr.

to represent E-B Display Company in this action.

/s/ Jack Shrum

Firm Name: Jack Shrum, PA

Address: 919 N. Market Street Ste. 1410
Wilmington, DE 19801

Phone: 302-543-7751

Email: jshrum@jshrumlaw.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the state of Ohio and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 8/31/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

/s/ Richard P. Schroeter Jr.

Firm Name: Stark & Knoll Co., L.P.A.

Address: 3475 Ridgewood Rd.
Akron, OH 44333

Phone: 330-376-3300

Email: rschroeter@stark-knoll.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Dated: May 9th, 2022
Wilmington, Delaware

CRAIG T. GOLDBLATT
UNITED STATES BANKRUPTCY JUDGE