**EXHIBIT B**

Exhibit B

| Store # | Store Name | Merchandise | Royalty | Delivery & Shuttle Fees | Warranty | Other | Statement Total | Marketing Exp Invoice | Total AR |
|---|---|---|---|---|---|---|---|---|---|
| 209 | Mishawaka | $ 134,471.45 | $ 8,128.75 | $ 7,730.78 | $ 4,616.52 | $ (1,343.35) | $ 153,604.15 | $ 11,574.10 | $ 165,178.25 |

## Account Status

## 209 Mishawaka

| Invoice Number | Type | Invoice Date | Due Date | Currency | Invoice Amount | Balance Due |
|---|---|---|---|---|---:|---:|
| R209030820 | Royalty INV | 08-MAR-20 | 11-MAR-20 | USD | 8,128.75 | 8,128.75 |
| 209-0001191 | Merchandise INV | 26-FEB-20 | 12-MAR-20 | USD | 25,065.17 | 25,065.17 |
| 209-0001192 | Merchandise INV | 28-FEB-20 | 14-MAR-20 | USD | 15,492.72 | 15,492.72 |
| 209-0001193 | Delivery Merch INV | 29-FEB-20 | 15-MAR-20 | USD | 1,120.52 | 1,120.52 |
| 209-0001194 | Delivery Fees INV | 29-FEB-20 | 15-MAR-20 | USD | 429.00 | 429.00 |
| 209-0001195 | CPU VIA Merch INV | 29-FEB-20 | 15-MAR-20 | USD | (1,004.36) | (1,004.36) |
| 209-0001196 | CPU VIA Fees INV | 29-FEB-20 | 15-MAR-20 | USD | (50.00) | (50.00) |
| 209-0001197 | Warranty INV | 29-FEB-20 | 15-MAR-20 | USD | 4,316.32 | 4,316.32 |
| 209-0001198 | Gift Cards INV | 29-FEB-20 | 15-MAR-20 | USD | (50.00) | (50.00) |
| S209022920 | Shuttle INV | 29-FEB-20 | 15-MAR-20 | USD | 2,103.80 | 2,103.80 |
| 209-0001199 | Merchandise INV | 02-MAR-20 | 17-MAR-20 | USD | 19,736.11 | 19,736.11 |
| 209-0001200 | Merchandise INV | 04-MAR-20 | 19-MAR-20 | USD | 15,919.41 | 15,919.41 |
| 209-0001201 | Merchandise INV | 06-MAR-20 | 21-MAR-20 | USD | 27,489.10 | 27,489.10 |
| S209030720 | Shuttle INV | 07-MAR-20 | 22-MAR-20 | USD | 2,053.80 | 2,053.80 |
| 209-0001202 | Merchandise INV | 08-MAR-20 | 23-MAR-20 | USD | 30,768.94 | 30,768.94 |
| 209-0001203 | Delivery Merch INV | 08-MAR-20 | 23-MAR-20 | USD | 1,196.06 | 1,196.06 |
| 209-0001204 | Delivery Fees INV | 08-MAR-20 | 23-MAR-20 | USD | 143.00 | 143.00 |
| 209-0001205 | Warranty INV | 08-MAR-20 | 23-MAR-20 | USD | 300.20 | 300.20 |
| 209-0001206 | Gift Cards INV | 08-MAR-20 | 23-MAR-20 | USD | (238.99) | (238.99) |
| S209031420 | Shuttle INV | 08-MAR-20 | 23-MAR-20 | USD | 684.60 | 684.60 |
| | | | | Total Due | | 153,604.15 |

Report Run Date - 15-MAR-2020

# FRANCHISE BILLING FORM

## ART VAN FURNITURE

| DECEMBER | 2019 | | | | INVOICE DATE: | 3/8/2020 |
|---|---|---|---|---|---|---|
| STORE | 209 | MISHAWAKA | | | DUE DATE: | 3/23/2020 |
| INVOICE | 209-123119 | | | | | |

| STORE # | STORE NAME | BILLING DEPT | NAME | INVOICE # | DATE | DESCRIPTION | Q | PRICE | SUBTOTAL | FREIGHT/ROUNDING | TAX | GRAND TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 209 | MISHAWAKA | IT | AT&T MOBILITY | 287230900084115201 | 12/1/19 | TELECOM SERVICES | 1 | 13.50 | 13.50 | | | 13.50 |
| 209 | MISHAWAKA | ART VAN | DAMAGE/REPAIR CREDITS - ART VAN | 123119 | 12/31/19 | DAMAGE & REPAIR CREDITS | 1 | (1,350.00) | (1,350.00) | | | (1,350.00) |
| 209 | MISHAWAKA | ART VAN | ELITE REWARDS | 1231R | 12/31/19 | ELITE REWARDS FOR JAN-DEC 2018 (PYMT 12 OF 12) | 1 | 1,004.04 | 1,004.04 | | | 1,004.04 |
| 209 | MISHAWAKA | ART VAN | ELITE REWARDS | 123119 | 12/31/19 | ELITE REWARDS FOR DECEMBER 2019 | 1 | 1,092.00 | 1,092.00 | | | 1,092.00 |
| 209 | MISHAWAKA | ART VAN | MULTIPLE VENDOR DM'S | 123119 | 12/31/19 | VENDOR CREDITS (SEE ATTACHED) | 1 | (150.00) | (150.00) | | | (150.00) |
| 209 | MISHAWAKA | ADVERTISING | GRAPHIC EAST | 81550 | 11/20/19 | BLACK FRIDAY FREE SEALY BED IN BOX POSTERS GE#81407 | 1 | | 7.29 | | 0.44 | 7.73 |
| 209 | MISHAWAKA | ADVERTISING | GRAPHIC EAST | 81581 | 11/20/19 | 2019 TOYS FOR TOTS POSTERS GE#81414 | 7 | | 12.79 | | 0.77 | 13.56 |
| 209 | MISHAWAKA | ADVERTISING | GRAPHIC EAST | 81592 | 11/25/19 | DECEMBER 2019 EVENT POSTERS 12/4 WINTER HOLIDAY SALE 12/12 BLK FRI | 12 | | 13.03 | | 0.42 | 14.45 |
| 209 | MISHAWAKA | ADVERTISING | GRAPHIC EAST | 81563 | 11/29/19 | BLACK FRIDAY GIFT CARDS GE#81401 | 200 | | 7.36 | | 0.44 | 7.80 |
| 209 | MISHAWAKA | ADVERTISING | NTVB MEDIA, INC | 29227 | 12/17/19 | DECEMBER 2019 WKENT POSTERS ROUND 2-2 VERSIONS GE#81954 | 12 | | 14.04 | 11.73 | 0.00 | 25.77 |
| 209 | MISHAWAKA | ADVERTISING | NTVB MEDIA, INC | 29344 | 11/22/19 | ART VAN ISSUE DATE: 11/22/19 BLACK FRIDAY PREVIEW | 170 | | | 5.44 | | 5.44 |
| 209 | MISHAWAKA | IT | PCM | 500786093 | 12/13/19 | ART VAN ISSUE DATE: 12/20/19 MATTRESS ONLY 4PG TAB | 150 | | | 2.86 | | 2.86 |
| 209 | MISHAWAKA | ART VAN | TEMPUS TECHNOLOGIES, INC | 121943908 | 11/15/19 | REPLACEMENT OR OUTDATED COMPUTERS | 9 | 348.31 | 3,134.79 | | | 3,134.79 |
| 209 | MISHAWAKA | | | | 12/1/19 | COMPLIANCE FEE FOR CC CHIP READER | 1 | 29.00 | 29.00 | | | 29.00 |

| | | GRAND TOTAL | 209 | $ 5,654.93 |
|---|---|---|---|---|

Page 1 of 1

```
Run Date  . . :   /10/2020                                                                                       990708/ACC      )RC_SRV_CD
Run Time  . . :   .5:03.25                           ART VA      )NITURE                                            MAN898R/A_.wSYS
Store . . . . : 209 MISHAWAKA FR               Franchise Se_./ice Credits
Page  . . . . : 00001                           12/01/2019 to 12/31/2019
Vendor/Model            Debit Memo#    Service#   Road Service  Delivery Prp  Damage Reprs
=============================================================================================
SOUMO SO-5184-95P-PW-94013             808-1840566-001     50.00       .00        .00
SOUMO 813-31-PWR                       808-1840569-001    125.00       .00        .00
SOUMO 512-84                           808-1840571-001     75.00       .00        .00
SOUMO SO-716-46-262-17                 808-1840572-001    125.00       .00        .00
MANWA XW9171M-L1-1K                    808-1840574-001    125.00       .00        .00
MANWA XW9171M-L2-2K-HC                 808-1840576-001    125.00       .00        .00
SOUMO 813-31-PWR                       808-1840579-001     75.00       .00        .00
SOUMO 2113-PWR-WHEAT                   808-1840579-002     75.00       .00        .00
STYLC SO-B2663-SN-MG                   808-1840584-001    125.00       .00        .00
FRANK 91140                            808-1840588-001    125.00       .00        .00
FRANK 7517-CHOCOLATE                   808-1840594-001    125.00       .00        .00
KK    BROSE-5                          808-1840597-001     75.00       .00        .00
SAM   S272-124B                        808-1840602-001     75.00       .00        .00
KUKA  SO-KM015-15CLRAE-M-A             808-1840643-001     50.00       .00        .00
=============================================================================================
Total . . :                                               1350.00      .00        .00     1350.00
```

Franchise Elite rewards
December 31, 2019

| Orig invoice | Delivered date | Model | Retail Sale | Last cost | Store |
|---|---|---|---:|---:|---|
| 209-0099409 | 20191221 | APPLEAIRPODS | 170.00 | 170.00 | 209 |
| 209-0100111 | 20191217 | 50IN-TV | 250.00 | 250.00 | 209 |
| 209-0100165 | 20191211 | TV-43INCH | 150.00 | 150.00 | 209 |
| 209-0100299 | 20191219 | TV-43INCH | 150.00 | 150.00 | 209 |
| 209-0100613 | 20191209 | 50IN-TV | 250.00 | 250.00 | 209 |
| 209-0100749 | 20191202 | 50IN-TV | 250.00 | 250.00 | 209 |
| 209-0100862 | 20191220 | WIRELESSBEATS | 150.00 | 132.00 | 209 |
| 209-0101020 | 20191207 | AIRFRYER | (50.01) | (50.00) | 209 |
| 209-0101020 | 20191219 | AIRFRYER | 50.01 | 50.00 | 209 |
| 209-0101120 | 20191211 | TV-43INCH | 150.00 | 150.00 | 209 |
| 209-0101209 | 20191214 | 50IN-TV | 250.00 | 250.00 | 209 |
| 209-0101230 | 20191214 | TV-43INCH | 150.00 | 150.00 | 209 |
| 209-0101511 | 20191229 | KEURIGSINGLESERVE | 90.00 | 90.00 | 209 |
| | | | | 1,992.00 | |

```
PRINT DATE  : 12/02/2019                ART VAN FURNITURE INC.                              PAGE NUMBER:    1
PRINT TIME  :  9:43:05                         DEBIT MEMO
DEBIT MEMO# :  740671
REQ. STORE# :                                                        WAREHOUSE:  10 WAREHOUSE AV1
VENDOR  . . . :  STD    STANDARD FURNITURE MFG CO
REASON  . . . :                                                               ENTRY:  12/02/2019   9:43:04  SRV808KK1
                                                                              CLOSE:  12/02/2019   9:43:04  SRV808KK1

                              DEBIT MEMO   GENERATED   SHIPPED
LINE#  VENDOR/MODEL            QUANTITY    QUANTITY    QUANTITY      UNIT COST     EXTENDED COST
  1                                0           0          0              .00           30.00

    Reason . . . :                                                  Location  :
    ACK#/Product ID:                        Service #  . . :  000-0000000-000   Invoice . :
    Customer Name  :                        Delivery Date:                      Auth  . . :
    Replacement Mdl:                        Sell at  . . :    0% off            Vend Agree: Yes

    Problem Description
    ----------------------
    IN HOME DELIVERY FEE TO EXCHANGE DEFECTIVE ITEMS. $30.00
    810-1265546-001 GARRETT 4163953-CHOC ROCKER RECLINER
    REFER TO DM# 736095
    DEDUCT $30.00
    PLEASE REIMBURSE FRANCHISE STORE 209 A $30.00 HANDLING FEE.

                                                                    TOTAL COST:            30.00

                                    ** END OF LISTING **
```

```
PRINT DATE    : 12/09/2019                ART VAN F     TTURE INC.                              PAG    UMBER:    1
PRINT TIME    : 11:47:35                          DEB   MEMO
DEBIT MEMO#   : 741633
REQ. STORE#   :                                                         WAREHOUSE:  10 WAREHOUSE AVE
VENDOR . . . : MAG   MAGNUSSEN HOME FURNISHINGS INC
REASON . . . :                                                                    ENTRY: 12/09/2019  11:47:33   SRV808KK1
                                                                                  CLOSE: 12/09/2019  11:47:33   SRV808KK1
                                        =====================================================================================
                                          DEBIT MEMO   GENERATED    SHIPPED
LINE#  VENDOR/MODEL                        QUANTITY    QUANTITY    QUANTITY        UNIT COST      EXTENDED COST
=====================================================================================================================
  1                                            0           0            0               .00              30.00

       Reason . . . :
       ACK#/Product ID:                         Service #  . . : 000-0000000-000    Location :
       Customer Name :                          Delivery Date:                      Invoice  :
       Replacement Mdl:                         Sell at  . . :     0% off           Auth . . :
                                                                                    Vend Agree: Yes
       Problem Description
       -----------------------------------------------------
       IN HOME DELIVERY FEE TO EXCHANGE DEFECTIVE ITEMS. $30.00
       810-1255294-001  ST. CLAIRE D4210-62 DINING SIDE CHAIR
       REFER TO DM# 731024
       DEDUCT $30.00
       PLEASE REIMBURSE FRANCHISE STORE 209 A $30.00 HANDLING FEE.
=====================================================================================================================

                                                                                     TOTAL COST:             30.00

                                               ** END OF LISTING **
```

```
PRINT DATE   : 12/16/2019              ART VAN FURNITURE INC.                              PAGE NUMBER:  1
PRINT TIME   : 8:10:42                      DEBIT MEMO
DEBIT MEMO#  : 743027
REQ. STORE#  :                                                       WAREHOUSE: 10 WAREHOUSE AV1
VENDOR . . . : SOUMO SOUTHERN MOTION INC
REASON . . . :                                                             ENTRY: 12/16/2019  8:10:40  SRV808KK1
                                                                           CLOSE: 12/16/2019  8:10:40  SRV808KK1

                              DEBIT MEMO   GENERATED    SHIPPED
LINE#  VENDOR/MODEL            QUANTITY    QUANTITY    QUANTITY      UNIT COST    EXTENDED COST
  1                                0           0          0               .00          30.00

    Reason . . . . . :
    ACK#/Product ID  :                  Service #  . . : 000-0000000-000      Location :
    Customer Name    :                  Delivery Date:                        Invoice  :
    Replacement Mdl  :                  Sell at  . . :    0% off              Auth  . .:
                                                                              Vend Agree: Yes
    Problem Description
    -------------------
    IN HOME DELIVERY FEE TO EXCHANGE DEFECTIVE ITEMS. $30.00
    810-1265529-002 REFUELER 2113-PWR-WHEAT POWER RECLINER
    810-1265529-003 REFUELER 2113-PWR-WHEAT POWER RECLINER
    REFER TO DM# 736679
    DEDUCT $30.00
    PLEASE REIMBURSE FRANSHISE STORE 209 A $30.00 HANDLING FEE.

                                                                       TOTAL COST:        30.00

                                   ** END OF LISTING **
```

```
PRINT DATE     : 12/16/2019                ART VAN F^ ``TURE INC.
PRINT TIME     : 9:28:58                        DEB   )EMO                         PAG^  `)MBER:  1
DEBIT MEMO#    : 743064
REQ. STORE#    :                                             WAREHOUSE:  10 WAREHOUSE AVE
VENDOR . . .   : STYLC ENGLAND
REASON . . .   :                                                  ENTRY: 12/16/2019   9:28:57  SRV808KK1
                                                                  CLOSE: 12/16/2019   9:28:57  SRV808KK1

                                       DEBIT MEMO   GENERATED   SHIPPED
                                       QUANTITY     QUANTITY    QUANTITY      UNIT COST    EXTENDED COST
LINE# VENDOR/MODEL
===================================================================================================
  1                                         0            0         0              .00           30.00

    Reason . . . :
    ACK#/Product ID:                         Service #  . : 000-0000000-000    Location  :
    Customer Name :                          Delivery Date:                    Invoice . :
    Replacement Mdl:                         Sell at  . . :         0% off     Auth  . . :
                                                                               Vend Agree: Yes

    Problem Description
    ---------------------------
    IN HOME DELIVERY FEE TO EXCHANGE DEFECTIVE ITEMS. $30.00
    810-1261386-001 SO-394AV-COIL-GS CHAIR W/COIL
    REFER TO DM# 734477
    DEDUCT $30.00
    PLEASE REIMBURSE FRANCHISE STORE 209 A $30.00 HANDLING FEE.

===================================================================================================

                                                                              TOTAL COST:        30.00

                                          ** END OF LISTING **
```

```
PRINT DATE   : 12/20/2019                    ART VAN FURNITURE INC.                                     PAGE NUMBER:   1
PRINT TIME   : 12:06:52                         DEBIT MEMO
DEBIT MEMO#  : 744268
REQ. STORE#  :                                                              WAREHOUSE:  10 WAREHOUSE AV1
VENDOR . . . : VHFUR PAXTON SALES INC.
REASON . . . :                                                                 ENTRY: 12/20/2019 12:06:50 SRV808KK1
                                                                               CLOSE: 12/20/2019 12:06:50 SRV808KK1

                                      DEBIT MEMO   GENERATED   SHIPPED
LINE#  VENDOR/MODEL                    QUANTITY    QUANTITY    QUANTITY      UNIT COST    EXTENDED COST
========================================================================================================
  1                                         0          0          0              .00          30.00

       Reason . . . . . :                           Service #    . . : 000-0000000-000   Location  . :
       ACK#/Product ID:                             Delivery Date:                       Invoice . . :
       Customer Name  :                             Sell at  . . :    0% off             Auth  . . . :
       Replacement Mdl:                                                                  Vend Agree: Yes

       Problem Description
       ----------------------------------------------------------
       IN SHOP FEE TO HANDLE DEFECTIVE ITEMS $30.00
       810-1276486-001 2212B-CONSOLE-CH CONSOLE
       INVOICE# 209-0100097 SKU/SERIAL# 340091186-001303
       DEDUCT $30.00
       PLEASE REIMBURSE FRANCHISE STORE 209 A $30.00 HANDING FEE.

========================================================================================================

                                                                             TOTAL COST:          30.00


                                          ** END OF LISTING **
```

# FRANCHISE BILLING FORM
## ART VAN FURNITURE

| MONTH | NOVEMBER | | | | | | | | INVOICE DATE: | 1/16/2020 |
|---|---|---|---|---|---|---|---|---|---|---|
| STORE | 209 | MISHAWAKA | | | | | | | DUE DATE: | 1/31/2020 |
| INVOICE | 209-113019 | | | | | | | | | |

| STORE # | STORE NAME | BILLING DEPT. | NAME | INVOICE # | DATE | DESCRIPTION | Q | PRICE | SUBTOTAL | FREIGHT/ROUNDING | TAX | GRAND TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 209 | MISHAWAKA | IT | AT&T MOBILITY | 872369000BX10252019 | 11/1/19 | TELECOM SERVICES | 1 | 13.55 | 13.55 | | | 13.55 |
| 209 | MISHAWAKA | ART VAN | ELITE REWARDS | 113019 | 11/30/19 | ELITE REWARDS FOR NOVEMBER 2019 | 1 | 1,814.00 | 1,814.00 | | | 1,814.00 |
| 209 | MISHAWAKA | ART VAN | ELITE REWARDS | 123118 | 12/31/18 | ELITE REWARDS FOR JAN-DEC 2018 (PYMT 11 OF 12) | 1 | 1,904.04 | 1,904.04 | | | 1,904.04 |
| 209 | MISHAWAKA | ADVERTISING | GRAPHICS EAST | 81016 | 10/15/19 | ANNIVERSARY SALE POSTERS 18X24 GE#80753 | 12 | | 11.71 | 8.30 | 0.70 | 20.71 |
| 209 | MISHAWAKA | ADVERTISING | GRAPHICS EAST | 81168 | 10/25/19 | NOVEMBER 2019 EVENT POSTERS-2 VERSIONS GE#81026 | 12 | | 20.66 | | 1.24 | 21.90 |
| 209 | MISHAWAKA | ADVERTISING | GRAPHICS EAST | 81381 | 11/7/19 | NOVEMBER 2019 EVENT POSTERS-2-1 VERSIONS GE#81200 | 13 | | 15.21 | | 0.91 | 16.12 |
| 209 | MISHAWAKA | ART VAN | HANGZHOU CREATIVE LIVING | DM0737069 | 11/12/19 | VENDOR CREDIT | 1 | (30.00) | (30.00) | | | (30.00) |
| 209 | MISHAWAKA | SUPPLY | HATTERAS PRINTING | 67383 | 10/30/19 | BUSINESS CARDS | 1 | 14.00 | 14.00 | 8.50 | | 22.50 |
| 209 | MISHAWAKA | ART VAN | HILLSDALE FURNITURE LLC | DM0737534 | 11/14/19 | VENDOR CREDIT | 1 | (30.00) | (30.00) | | | (30.00) |
| 209 | MISHAWAKA | ART VAN | LA-Z-BOY CHAIR COMPANY | DM0739086 | 11/20/19 | VENDOR CREDIT | 1 | (30.00) | (30.00) | | | (30.00) |
| 209 | MISHAWAKA | ADVERTISING | NTVB MEDIA | 29116 | 10/31/19 | ART VAN ISSUE DATE 10/11/19 COLUMBUS DAY | 150 | | 2.61 | 0.38 | | 2.99 |
| 209 | MISHAWAKA | ADVERTISING | NTVB MEDIA | 29117 | 10/31/19 | ART VAN ISSUE DATE 10/13/19 COLUMBUS DAY 12 PAGE TABLOID | 150 | | 6.00 | 0.69 | | 6.69 |
| 209 | MISHAWAKA | ADVERTISING | NTVB MEDIA | 29205 | 11/18/19 | ART VAN ISSUE DATE: 11/1/19 BLACK SATURDAY 8PG TAB | 150 | | | | | 5.55 |
| 209 | MISHAWAKA | ADVERTISING | NTVB MEDIA | 29206 | 11/8/19 | ART VAN ISSUE DATE: 11/8/19 VETERANS DAY 4 PAGE FULL | 150 | | | | | 5.55 |
| 209 | MISHAWAKA | ADVERTISING | NTVB MEDIA | 29207 | 11/8/19 | ART VAN ISSUE DATE: 11/10/19 VETERANS DAY (PURESLEEP) 4PG TAB | 150 | | | | | 2.89 |
| 209 | MISHAWAKA | ADVERTISING | NTVB MEDIA | 29208 | 10/31/19 | ART VAN ISSUE DATE: 11/24/19 BLACK FRIDAY 8PG DOUBLE GATE | 41,150 | | | | | 2,177.11 |
| 209 | MISHAWAKA | ADVERTISING | NTVB MEDIA | 29210 | 11/18/19 | ART VAN ISSUE DATE: 11/15/19 BLACK SATURDAY RELOADED 8PG TAB | 150 | | | | | 5.61 |
| 209 | MISHAWAKA | ADVERTISING | NTVB MEDIA | 29211 | 11/18/19 | ART VAN ISSUE DATE: 11/28/19 BLACK FRIDAY MATTRESS-ONLY 4PG FULL | 41,150 | | | | | 1,401.90 |
| 209 | MISHAWAKA | ADVERTISING | NTVB MEDIA | 29209R | 11/18/19 | ART VAN ISSUE DATE: 11/10/19 VETERANS DAY (FURNITURE ONLY) | 150 | | | | | 5.14 |
| 209 | MISHAWAKA | ADVERTISING | SOUTH BEND TRIBUNE | 142293-11319 | 11/3/19 | SOUTH BEND TRIBUNE NEWSPRINT ADVERTISMENT REIMBURSEMENT | 1 | (1,395.08) | (1,395.08) | | | (1,395.08) |
| 209 | MISHAWAKA | ART VAN | SOUTHERN MOTION | DM0735610 | 11/1/19 | VENDOR CREDIT | 1 | (30.00) | (30.00) | | | (30.00) |
| 209 | MISHAWAKA | ART VAN | STANDARD FURNITURE MFG | DM0737112 | 11/13/19 | VENDOR CREDIT | 1 | (30.00) | (30.00) | | | (30.00) |
| 209 | MISHAWAKA | ART VAN | TEMPUS TECHNOLOGIES, INC | 101941536 | 10/1/19 | COMPLIANCE FEE FOR CC CHIP READER - SEPT 2019 | 1 | 29.00 | 29.00 | | | 29.00 |
| 209 | MISHAWAKA | ART VAN | TEMPUS TECHNOLOGIES, INC | 111942873 | 10/1/19 | COMPLIANCE FEE FOR CC CHIP READER - OCT 2019 | 1 | 29.00 | 29.00 | | | 29.00 |
| 209 | MISHAWAKA | ART VAN | UNITED FURNITURE INDUSTRIES | DM0735607 | 11/1/19 | VENDOR CREDIT | 1 | (30.00) | (30.00) | | | (30.00) |
| 209 | MISHAWAKA | ADVERTISING | WOLVERINE SOLUTIONS GROUP | 149536 | 10/25/19 | ART VAN-1YR EXTENDED WARRANTY MAILING SEPTEMBER | 1 | | | | | 10.00 |

5,919.17

Franchise Elite rewards
November 30, 2019

| Orig invoice | Delivered date | Model | Retail Sale | Last cost | Store |
|---|---|---|---|---|---|
| 209-0099785 | 20191120 | PROMO40HDTV | 175.00 | 175.00 | 209 |
| 209-0099896 | 20191101 | TV-43INCH | 150.00 | 150.00 | 209 |
| 209-0099999 | 20191105 | TV-43INCH | 150.00 | 150.00 | 209 |
| 209-0100151 | 20191109 | WIRELESSBEATS | 150.00 | 132.00 | 209 |
| 209-0100170 | 20191110 | 50IN-TV | 250.00 | 250.00 | 209 |
| 209-0100176 | 20191110 | 50IN-TV | 250.00 | 250.00 | 209 |
| 209-0100256 | 20191113 | WIRELESSBEATS | 150.00 | 132.00 | 209 |
| 209-0100362 | 20191123 | 50INCH-TV | 150.00 | 250.00 | 209 |
| 209-0100664 | 20191128 | 50IN-TV | 250.00 | 250.00 | 209 |
| 209-0100683 | 20191129 | SYG-100-M-BIKE | 75.00 | 75.00 | 209 |
| | | | | 1,814.00 | |