**EXHIBIT B**

**Exhibit B**

| Store # | Store Name | Merchandise | Royalty | Delivery & Shuttle Fees | Warranty | Other | Statement Total | Marketing Exp Invoice | Total AR |
|---------|-----------|-------------|---------|------------------------|----------|-------|-----------------|----------------------|----------|
| 220 | Muncie | $ 126,788.07 | $ 5,212.12 | $ 5,714.35 | $ 3,066.64 | $ (264.10) | $ 140,517.08 | $ 21,796.22 | $ 162,313.30 |

## Account Status

## 220 Muncie

| Invoice Number | Type | Invoice Date | Due Date | Currency | Invoice Amount | Balance Due |
|---|---|---|---|---|---|---|
| 220-0000398 | Merchandise INV | 20-FEB-20 | 06-MAR-20 | USD | 19,287.48 | 19,287.48 |
| S220022220 | Shuttle INV | 22-FEB-20 | 08-MAR-20 | USD | 1,630.00 | 1,630.00 |
| 220-0000399 | Merchandise INV | 25-FEB-20 | 11-MAR-20 | USD | 28,883.41 | 28,883.41 |
| R220030820 | Royalty INV | 08-MAR-20 | 11-MAR-20 | USD | 5,212.12 | 5,212.12 |
| 220-0000400 | Merchandise INV | 27-FEB-20 | 13-MAR-20 | USD | 21,978.34 | 21,978.34 |
| 220-0000401 | Delivery Merch INV | 29-FEB-20 | 15-MAR-20 | USD | 725.35 | 725.35 |
| 220-0000402 | Delivery Fees INV | 29-FEB-20 | 15-MAR-20 | USD | 99.00 | 99.00 |
| 220-0000403 | CPU VIA Merch INV | 29-FEB-20 | 15-MAR-20 | USD | (214.10) | (214.10) |
| 220-0000404 | CPU VIA Fees INV | 29-FEB-20 | 15-MAR-20 | USD | (50.00) | (50.00) |
| 220-0000405 | Warranty INV | 29-FEB-20 | 15-MAR-20 | USD | 2,496.47 | 2,496.47 |
| S220022920 | Shuttle INV | 29-FEB-20 | 15-MAR-20 | USD | 1,630.00 | 1,630.00 |
| 220-0000406 | Merchandise INV | 03-MAR-20 | 18-MAR-20 | USD | 28,730.30 | 28,730.30 |
| 220-0000407 | Merchandise INV | 05-MAR-20 | 20-MAR-20 | USD | 27,908.54 | 27,908.54 |
| S220030720 | Shuttle INV | 07-MAR-20 | 22-MAR-20 | USD | 1,630.00 | 1,630.00 |
| 220-0000410 | Warranty INV | 08-MAR-20 | 23-MAR-20 | USD | 570.17 | 570.17 |
| | | | | | Total Due | 140,517.08 |

Report Run Date - 15-MAR-2020

# FRANCHISE BILLING FORM

## ART VAN FURNITURE

| NOVEMBER | 2019 |
|---|---|
| STORE | 220 | MUNCIE |
| INVOICE | 220-113019 |

INVOICE DATE: 1/16/2020
DUE DATE: 1/31/2020

| STORE # | STORE NAME | BILLING DEPT | NAME | INVOICE # | DATE | DESCRIPTION | Q | PRICE | SUBTOTAL | FREIGHT/ALLOWANCES | TAX | GRAND TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 220 | MUNCIE | ART VAN | ART VAN | 113019 | 11/30/19 | WAGES BILLED - (see attached detail) | 1 | 115.27 | 115.27 | | | 115.27 |
| 220 | MUNCIE | IT | AT&T MOBILITY | 872586000MX10232019 | 11/1/19 | TELECOM SERVICES | 1 | 13.55 | 13.55 | | | 13.55 |
| 220 | MUNCIE | ART VAN | DAMAGE & REPAIR CREDITS | 113019 | 11/30/19 | DAMAGE & REPAIR CREDITS | 1 | (662.50) | (662.50) | | | (662.50) |
| 220 | MUNCIE | ART VAN | ELITE REWARDS | 113019 | 11/30/19 | ELITE REWARDS FOR NOVEMBER 2019 | 1 | 1,520.00 | 1,520.00 | | | 1,520.00 |
| 220 | MUNCIE | ART VAN | ELITE REWARDS | 123118 | 12/31/18 | ELITE REWARDS FOR JAN-DEC 2018 (PYMT 11 OF 12) | 1 | 969.04 | 969.04 | | | 969.04 |
| 220 | MUNCIE | ADVERTISING | GRAPHICS EAST | 81016 | 10/15/19 | ANNIVERSARY SALE POSTERS 18X24 GE#40753 | 12 | 11.71 | 11.71 | 8.30 | 0.70 | 20.71 |
| 220 | MUNCIE | ADVERTISING | GRAPHICS EAST | 81168 | 10/25/19 | NOVEMBER 2019 EVENT POSTERS-2VERSIONS GE#41016 | 12 | 20.66 | 20.66 | | 1.24 | 21.90 |
| 220 | MUNCIE | ADVERTISING | GRAPHICS EAST | 81381 | 11/7/19 | NOVEMBER 2019 EVENT POSTERS-2-1 VERSIONS GE#41200 | 13 | 15.21 | 15.21 | | 0.91 | 16.12 |
| 220 | MUNCIE | ADVERTISING | GRAPHICS EAST | 81615 | 11/22/19 | POSAGE.MUMBO POSTCARD-ONE BIG HOLIDAY SALE 11/7 GE#41519 | 13,384 | | | | | 3,811.62 |
| 220 | MUNCIE | ADVERTISING | NTVB MEDIA | 29116 | 10/31/19 | ART VAN ISSUE DATE 10/11/19 COLUMBUS DAY | 50 | 0.87 | 0.87 | 0.16 | | 1.03 |
| 220 | MUNCIE | ADVERTISING | NTVB MEDIA | 29117 | 10/31/19 | ART VAN ISSUE DATE 10/11/19 COLUMBUS DAY 12 PAGE TABLOID | 11,660 | 706.75 | 706.75 | 38.98 | | 745.73 |
| 220 | MUNCIE | ADVERTISING | NTVB MEDIA | 29205 | 11/14/19 | ART VAN ISSUE DATE: 11/1/19 BLACK SATURDAY 8PG TAB | 50 | | | | | 241.85 |
| 220 | MUNCIE | ADVERTISING | NTVB MEDIA | 29206 | 11/6/19 | ART VAN ISSUE DATE: 11/3/19 VETERANS DAY 4 PAGE FULL | 50 | | | | | 241.85 |
| 220 | MUNCIE | ADVERTISING | NTVB MEDIA | 29207 | 10/31/19 | ART VAN ISSUE DATE: 11/10/19 VETERANS DAY (PUREDLIP) 8PG TAB | 50 | | | | | 120.06 |
| 220 | MUNCIE | ADVERTISING | NTVB MEDIA | 29208 | 10/31/19 | ART VAN ISSUE DATE: 11/24/19 BLACK FRIDAY 8PG DOUBLE GATE | 44,797 | | | | | 2,787.42 |
| 220 | MUNCIE | ADVERTISING | NTVB MEDIA | 29210 | 11/14/19 | ART VAN ISSUE DATE: 11/15/19 BLACK SATURDAY RELOADED 8PG TAB | 8,169 | | | | | 500.30 |
| 220 | MUNCIE | ADVERTISING | NTVB MEDIA | 29211 | 11/14/19 | ART VAN ISSUE DATE: 11/24/19 BLACK FRIDAY MATTRESS-ONLY 8PG FULL | 26,803 | | | | | 1,153.13 |
| 220 | MUNCIE | ADVERTISING | NTVB MEDIA | 29209R | 11/14/19 | ART VAN ISSUE DATE: 11/10/19 VETERANS DAY (FURNITURE ONLY) | 14,106 | | | | | 722.93 |
| 220 | MUNCIE | ART VAN | TEMPUS TECHNOLOGIES, INC | 101941911 | 10/1/19 | COMPLIANCE FEE FOR CC CHIP READER - SEPT 2019 | 1 | 29.00 | 29.00 | | | 29.00 |
| 220 | MUNCIE | ART VAN | TEMPUS TECHNOLOGIES, INC | 111941243 | 10/1/19 | COMPLIANCE FEE FOR CC CHIP READER - OCT 2019 | 1 | 29.00 | 29.00 | | | 29.00 |
| 220 | MUNCIE | ADVERTISING | WOLVERINE SOLUTIONS GROUP | 143515 | 10/24/19 | ART VAN-T5S SEPTEMBER 2019 POSTAGE/MAILING | 4 | | | | | 3.00 |

12,401.91

**Art Van Furniture**

**Franchising**

**Wages billed to Franchise store - Muncie - Store # 220**

**November 2019**

| Employee name | Commissions | Spiffs | Total Labor $ |
|---|---|---|---|
| Amy Escobedo | 51.52 | | 51.52 |
| Steve Wightman | 63.75 | | 63.75 |
| Total | | | 115.27 |

961229/ACC_RC_SRV_CD
MAN898R/NewSYS

```
Run Date . . : 10/2019
Run Time . . : 11:33:04                              ART VA...NITURE
Store . . . : 220 MUNCIE FR                    Franchise Service Credits
Page . . . : 00001                             11/01/2019 to 11/30/2019
```

| Vendor/Model | Debit Memo# | Service# | Road Service | Delivery Prp | Damage Reprs |
|---|---|---|---|---|---|
| ASH    3240138               |  | 808-1823687-001 | 75.00 | .00 | .00 |
| IZB    010-502-BARK          |  | 808-1823689-001 | 75.00 | .00 | .00 |
| FRANK  4101-DLPWR-CHARCOAL   |  | 808-1824027-001 | 50.00 | .00 | .00 |
| SYN    1617-85-DLPWR-BLACK   |  | 808-1824522-001 | 50.00 | .00 | .00 |
| STD    51216                 |  | 808-1824523-001 | 75.00 | .00 | .00 |
|  |  |  |  |  |  |
| STD    29111                 |  | 220-0000082-001 | .00 | .00 | 18.75 |
| STYLIC B2627-IV              |  | 220-0000083-001 | .00 | .00 | 75.00 |
| SAM    S272-218              |  | 220-0000084-001 | .00 | .00 | 75.00 |
| STD    16796                 |  | 220-0000085-001 | .00 | .00 | 75.00 |
| HYWD   898-QSF               |  | 220-0000086-001 | .00 | .00 | 93.75 |
| Total . . : |  |  | 325.00 | .00 | 337.50 |

Total . . : 662.50

Franchise Elite rewards
November 30, 2019

| Orig invoice | Delivered date | Model | Retail Sale | Last cost | Store |
|---|---|---|---|---|---|
| 220-0064611 | 20191102 | TV-43INCH | 150.00 | 150.00 | 220 |
| 220-0064634 | 20191103 | TV-43INCH | 150.00 | 150.00 | 220 |
| 220-0064650 | 20191104 | KITCHENAID-MIXER | 200.00 | 200.00 | 220 |
| 220-0064655 | 20191104 | KITCHENAID-MIXER | 200.00 | 200.00 | 220 |
| 220-0064864 | 20191114 | SOUND-BAR | 150.00 | 150.00 | 220 |
| 220-0064934 | 20191128 | 50IN-TV | 250.00 | 250.00 | 220 |
| 220-0065006 | 20191122 | APPLEAIRPODS | 170.00 | 170.00 | 220 |
| 220-0065040 | 20191123 | 50IN-TV | 250.00 | 250.00 | 220 |
| | | | | 1,520.00 | |

# FRANCHISE BILLING FORM

## ART VAN FURNITURE

| DECEMBER | 2019 |
|---|---|
| STORE | 220 MUNCIE |
| INVOICE | 220-123119 |

| INVOICE DATE: | 3/9/2020 |
|---|---|
| DUE DATE: | 3/23/2020 |

| STORE # | STORE NAME | BILLING DEPT | NAME | INVOICE # | DATE | DESCRIPTION | Q | PRICE | SUBTOTAL | FREIGHT/ ROUNDING | TAX | GRAND TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 220 | MUNCIE | IT | AT&T MOBILITY | 287299000001125010 | 12/1/19 | TELECOM SERVICES | 1 | 13.50 | 13.50 | | | 13.50 |
| 220 | MUNCIE | ART VAN | DAMAGE/REPAIR CREDITS - ART VAN | 123119 | 12/31/19 | DAMAGE & REPAIR CREDITS | 1 | (625.00) | (625.00) | | | (625.00) |
| 220 | MUNCIE | ART VAN | ART VAN | 123119 | 12/31/19 | WAGES BILLED - (see attached detail) | 1 | 183.40 | 183.40 | | | 183.40 |
| 220 | MUNCIE | ART VAN | ELITE REWARDS | 123118 | 12/31/18 | ELITE REWARDS FOR JAN-DEC 2018 (PYMT 12 OF 12) | 1 | 989.04 | 989.04 | | | 989.04 |
| 220 | MUNCIE | ART VAN | ELITE REWARDS | 123119 | 12/31/19 | ELITE REWARDS FOR DECEMBER 2019 | 1 | 620.00 | 620.00 | | | 620.00 |
| 220 | MUNCIE | ART VAN | MULTIPLE VENDOR DIVS | 123119 | 12/31/19 | VENDOR CREDITS (SEE ATTACHED) | 1 | (60.00) | (60.00) | | | (60.00) |
| 220 | MUNCIE | ADVERTISING | GRAPHIC EAST | 81550 | 11/20/19 | BLACK FRIDAY FREE SEALY BED IN BOX POSTERS GE#81457 | 1 | | 7.29 | | 0.44 | 7.73 |
| 220 | MUNCIE | ADVERTISING | GRAPHIC EAST | 81581 | 11/70/19 | 2019 TOYS FOR TOTS POSTERS GE#81454 | 2 | | 12.79 | | 0.77 | 13.56 |
| 220 | MUNCIE | ADVERTISING | GRAPHIC EAST | 81582 | 11/70/19 | DECEMBER 2019 EVENT POSTERS 12/6 WINTER HOLIDAY SALE 12/12 BUFBI | 12 | | 13.63 | | 0.82 | 14.45 |
| 220 | MUNCIE | ADVERTISING | GRAPHIC EAST | 81583 | 11/20/19 | BLACK FRIDAY GIFT CARDS GE#81401 | 200 | | 7.36 | | 0.44 | 7.80 |
| 220 | MUNCIE | ADVERTISING | GRAPHIC EAST | 81708 | 11/27/19 | MM/MD POSTCARD-ONE BIG HOLIDAY SALE 12/17 FRANCHISE/INSTORE | 19,388 | | 1,883.24 | 30.82 | 112.99 | 2,027.05 |
| 220 | MUNCIE | ADVERTISING | NOVA MEDIA, INC | 81963 | 12/17/19 | DECEMBER 2019 WKNT POSTERS ROUND 3-2VERSIONS GE#81954 | 12 | | 14.94 | 13.93 | 0.90 | 29.77 |
| 220 | MUNCIE | ADVERTISING | NOVA MEDIA, INC | 29527 | 11/22/19 | ART VAN ISSUE DATES 11/22/19 BLACK FRIDAY PREVIEW | 20,390 | | - | | | 789.24 |
| 220 | MUNCIE | ADVERTISING | NOVA MEDIA, INC | 29344 | 12/20/19 | ART VAN ISSUE DATES 12/20/19 MATTRESS ONLY 4PG TAB | 7,811 | | - | | | 372.77 |
| 220 | MUNCIE | ART VAN | TEMPUS TECHNOLOGIES, INC | 121944283 | 12/1/19 | COMPLIANCE FEE FOR S/C CHIP READER | 1 | 29.00 | 29.00 | | | 29.00 |
| 220 | MUNCIE | ADVERTISING | WOLVERINE SOLUTIONS GROUP | 149540 | 10/28/19 | ART VAN TSG OCTOBER 2019 POSTAGE/PROCESSING/GPHO | 4 | | - | | | 2.00 |

| GRAND TOTAL | 220 | $ | 4,394.31 |
|---|---|---|---|

Page 1 of 1



```
Run Date  . . :   10/2020                                 ART VAN FURNITURE                           990708/ACC RC_SRV_CD
Run Time  . . :   03:26                              Franchise Service Credits                        MAN998R/NewSYS
Store . . . :  220 MUNCIE FR                           12/01/2019 to 12/31/2019
Page  . . . :  1
Vendor/Model              Debit Memo#       Service#   Road Service  Delivery Prp  Damage Reprs
============================================================================================
SERTA BLUEMAX1000CF-5                   808-1840491-001      75.00         .00        .00
SOUMO 751-31-PWR                        808-1840495-001      75.00         .00        .00
ENG  SO-909-AIR-GL-AW                   808-1840496-001      75.00         .00        .00
UNIFU U683-CAFE-R                       808-1840500-001     125.00         .00        .00
FRANK 76423                             808-1840598-001     125.00         .00        .00

STD  16796                              220-0000087-001        .00         .00      75.00
AAMER HUR-CO-6-10-T                     220-0000088-001        .00         .00      75.00
============================================================================================
Total . . . :                                              475.00         .00     150.00    625.00
```

**Art Van Furniture Franchising**

**Wages billed to Franchise store - Muncie - Store # 220**

**December 2019**

| Employee name | Commissions | Spiffs | Total Labor $ |
|---|---|---|---|
| Marie O'Brien | 5.00 | | 5.00 |
| | | | |
| Mary Bedke | 3.40 | | 3.40 |
| | | 160.00 | 160.00 |
| | | | |
| Amy Escobedo | | 15.00 | 15.00 |
| | | | |
| Total | | | 183.40 |
| | | | |

Franchise Elite rewards
December 31, 2019

| Orig invoice | Delivered date | Model | Retail Sale | Last cost | Store |
|---|---|---|---|---|---|
| 220-0064294 | 20191207 | APPLEAIRPODS | 170.00 | 170.00 | 220 |
| 220-0064781 | 20191202 | 50IN-TV | 250.00 | 250.00 | 220 |
| 220-0065568 | 20191220 | KITCHENAID-MIXER | 200.00 | 200.00 | 220 |
| | | | | 620.00 | |

```
PRINT DATE  : 12/20/2019                    ART VAN F'    TURE INC.                           PAG        MBER:    1
PRINT TIME  : 11:37:19                             DEB    EMO
DEBIT MEMO# : 744254
REQ.STORE#  :                                                              WAREHOUSE:  10 WAREHOUSE AV
VENDOR . . . : FRANK FRANKLIN CORP
REASON . . . :                                                           ENTRY: 12/20/2019 11:37:18  SRV808KK1
                                                                         CLOSE: 12/20/2019 11:37:18  SRV808KK1

                            DEBIT MEMO   GENERATED     SHIPPED
LINE#   VENDOR/MODEL         QUANTITY    QUANTITY     QUANTITY          UNIT COST  EXTENDED COST
    1                             0          0            0                  .00         30.00

        Reason . . . :                      Service # . : 000-0000000-000       Location . :
        ACK#/Product ID:                    Delivery Date:                      Invoice . :
        Customer Name :                     Sell at . . :     0% off            Auth . . :
        Replacement Mdl:                                                        Vend Agree: Yes

        Problem Description
        ------------------------------------------------
        IN HOME DELIVERY FEE TO EXCHANGE DEFECTIVE ITEMS $30.00
        810-1267032-001 4464-BRANDY LIFT CHAIR
        REFER TO DM# 736989
        DEDUCT $30.00
        PLEASE REIMBURSE FRANCHISE STORE 220 A $30.00 HANDLING FEE.


                                        ** END OF LISTING **                TOTAL COST:         30.00
```

ART VAN FURNITURE INC.

```
PRINT DATE . . :  12/23/2019                                                                    PAGE NUMBER:    1
PRINT TIME . . :  10:23:40                        DEBIT MEMO
DEBIT MEMO# . :   744869
REQ. STORE# . :                                                           WAREHOUSE:  10 WAREHOUSE AVE
VENDOR . . . :  STD  STANDARD FURNITURE MFG CO                            ENTRY:  12/23/2019 10:29:19  SRV808KK1
REASON . . . :                                                           CLOSE:  12/23/2019 10:29:19  SRV808KK1
```

```
                                 DEBIT MEMO    GENERATED    SHIPPED
LINE#  VENDOR/MODEL               QUANTITY     QUANTITY     QUANTITY       UNIT COST   EXTENDED COST
=====  ===================        ==========   =========    ========       =========   =============
  1                                    0            0            0              .00          30.00

       Reason . . . :                            Service # . :  000-0000000-000       Location . . :
       ACK#/Product ID:                          Delivery Date:                       Invoice  . . :
       Customer Name :                           Sell at . . :     0% off             Auth . . . . :
       Replacement Mdl:                                                               Vend Agree: Yes

       Problem Description
       -------------------
       IN HOME DELIVERY FEE TO EXCHNAGE DEFECTIVE ITEMS. $30.00
       810-1274234-001 KYLE 16796 COUNTER TABLE & 4 STOOLS
       REFER TO DM# 741596
       DEDUCT $30.00
       PLEASE REIMBURSE FRANCHISE STORE 220 A $30.00 HANDLING FEE.
```

```
                              ** END OF LISTING **                      TOTAL COST:           30.00
```