# **EXHIBIT B**

Exihibit B

| Store # | Store Name | Merchandise | Royalty | Delivery & Shuttle Fees | Warranty | Other | Statement Total | Marketing Exp Invoice | Total AR |
|---|---|---|---|---|---|---|---|---|---|
| 212 | Genoa | $ 43,656.12 | $ 8,260.85 | $ 1,243.60 | $ 2,645.77 | $ (939.60) | $ 54,866.74 | $ 24,026.70 | $ 78,893.44 |

## Account Status

## 212 Genoa

| Invoice Number | Type | Invoice Date | Due Date | Currency | Invoice Amount | Balance Due |
|---|---|---|---|---|---|---|
| 212-0000668 | Merchandise INV | 25-FEB-20 | 11-MAR-20 | USD | 17,951.52 | 17,951.52 |
| R212030820 | Royalty INV | 08-MAR-20 | 11-MAR-20 | USD | 8,260.85 | 8,260.85 |
| 212-0000669 | Merchandise INV | 28-FEB-20 | 14-MAR-20 | USD | 7,770.59 | 7,770.59 |
| 212-0000670 | CPU VIA Merch INV | 29-FEB-20 | 15-MAR-20 | USD | 484.10 | 484.10 |
| 212-0000671 | CPU VIA Fees INV | 29-FEB-20 | 15-MAR-20 | USD | 50.00 | 50.00 |
| 212-0000672 | Warranty INV | 29-FEB-20 | 15-MAR-20 | USD | 2,078.74 | 2,078.74 |
| 212-0000673 | Gift Cards INV | 29-FEB-20 | 15-MAR-20 | USD | (785.48) | (785.48) |
| S212022920 | Shuttle INV | 29-FEB-20 | 15-MAR-20 | USD | 656.80 | 656.80 |
| 212-0000674 | Merchandise INV | 03-MAR-20 | 18-MAR-20 | USD | 14,480.51 | 14,480.51 |
| 212-0000675 | Merchandise INV | 06-MAR-20 | 21-MAR-20 | USD | 3,453.50 | 3,453.50 |
| S212030720 | Shuttle INV | 07-MAR-20 | 22-MAR-20 | USD | 586.80 | 586.80 |
| 212-0000676 | CPU VIA Merch INV | 08-MAR-20 | 23-MAR-20 | USD | (638.22) | (638.22) |
| 212-0000677 | CPU VIA Fees INV | 08-MAR-20 | 23-MAR-20 | USD | (50.00) | (50.00) |
| 212-0000678 | Warranty INV | 08-MAR-20 | 23-MAR-20 | USD | 567.03 | 567.03 |
|  |  |  |  |  | Total Due | 54,866.74 |

Report Run Date - 15-MAR-2020

# FRANCHISE BILLING FORM
## ART VAN FURNITURE

| MONTH | NOVEMBER | YEAR | 2019 | | | INVOICE DATE: | 1/16/2020 |
|---|---|---|---|---|---|---|---|
| STORE | 212 | | GENOA | | | DUE DATE: | 1/31/2020 |
| INVOICE | 212-113019 | | | | | | |

| STORE # | STORE NAME | BILLING DEPT | NAME | INVOICE # | DATE | DESCRIPTION | Q | PRICE | SUBTOTAL | FREIGHT/ BOXCHARGES | TAX | GRAND TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 212 | GENOA | ART VAN | ART VAN | 113019 | 11/30/19 | WAGES BILLED - (see attached detail) | 1 | 151.30 | 151.30 | | | 151.30 |
| 212 | GENOA | IT | AT&T MOBILITY | 872369000BX10252019 | 11/1/19 | TELECOM SERVICES | 1 | 13.55 | 13.55 | | | 13.55 |
| 212 | GENOA | ART VAN | DAMAGE & REPAIR CREDITS | 113019 | 11/30/19 | DAMAGE & REPAIR CREDITS | 1 | (275.00) | (275.00) | | | (275.00) |
| 212 | GENOA | ART VAN | ELITE REWARDS | 113019 | 11/30/19 | ELITE REWARDS FOR NOVEMBER 2019 | 1 | 900.00 | 900.00 | | | 900.00 |
| 212 | GENOA | ART VAN | ELITE REWARDS | 123118 | 12/31/18 | ELITE REWARDS FOR JAN-DEC 2018 (PYMT 11 OF 12) | 1 | 3,512.96 | 3,512.96 | | | 3,512.96 |
| 212 | GENOA | ADVERTISING | GRAPHICS EAST | 81016 | 10/15/19 | ANNIVERSARY SALE POSTERS 18X24 GE#80753 | 14 | | 13.66 | 9.59 | 0.82 | 24.17 |
| 212 | GENOA | ADVERTISING | GRAPHICS EAST | 81168 | 10/25/19 | NOVEMBER 2019 EVENT POSTERS-2 VERSIONS GE#81026 | 14 | | 24.10 | | 1.45 | 25.55 |
| 212 | GENOA | ADVERTISING | GRAPHICS EAST | 81381 | 11/7/19 | NOVEMBER 2019 EVENT POSTERS-2-1 VERSIONS GE#81200 | 15 | | 17.55 | | 1.05 | 18.60 |
| 212 | GENOA | ADVERTISING | GRAPHICS EAST | 81615 | 11/22/19 | POSTAGE-MUMBO POSTCARD-ONE BIG HOLIDAY SALE 12/7 GE#81519 | 18,407 | | | | | 3,618.36 |
| 212 | GENOA | SUPPLY | HATTERAS PRINTING | 67387 | 10/30/19 | BUSINESS CARDS | 3 | 14.00 | 42.00 | 14.50 | | 56.50 |
| 212 | GENOA | ADVERTISING | NTVB MEDIA | 29116 | 10/31/19 | ART VAN ISSUE DATE 10/11/19 COLUMBUS DAY | 39,650 | | 931.10 | 100.01 | | 1,031.11 |
| 212 | GENOA | ADVERTISING | NTVB MEDIA | 29117 | 10/31/19 | ART VAN ISSUE DATE 10/13/19 COLUMBUS DAY 12 PAGE TABLOID | 50 | | 2.00 | 0.18 | | 2.18 |
| 212 | GENOA | ADVERTISING | NTVB MEDIA | 29205 | 11/8/19 | ART VAN ISSUE DATE: 11/1/19 BLACK SATURDAY 8PG TAB | 14,650 | | | | | 781.81 |
| 212 | GENOA | ADVERTISING | NTVB MEDIA | 29206 | 11/8/19 | ART VAN ISSUE DATE: 11/8/19 VETERANS DAY 4 PAGE FULL | 34,650 | | | | | 1,282.79 |
| 212 | GENOA | ADVERTISING | NTVB MEDIA | 29207 | 11/13/19 | ART VAN ISSUE DATE: 11/10/19 VETERANS DAY (PURESLEEP) 4PG TAB | 14,650 | | | | | 402.55 |
| 212 | GENOA | ADVERTISING | NTVB MEDIA | 29208 | 11/13/19 | ART VAN ISSUE DATE: 11/24/19 BLACK FRIDAY 8PG DOUBLE GATE | 13,050 | | | | | 1,194.84 |
| 212 | GENOA | ADVERTISING | NTVB MEDIA | 29210 | 11/13/19 | ART VAN ISSUE DATE: 11/15/19 BLACK SATURDAY RELOADED 8PG TAB | 14,650 | | | | | 788.15 |
| 212 | GENOA | ADVERTISING | NTVB MEDIA | 29211 | 11/18/19 | ART VAN ISSUE DATE: 11/24/19 BLACK FRIDAY MATTRESS-ONLY 4PG FULL | 13,050 | | | | | 854.93 |
| 212 | GENOA | ADVERTISING | NTVB MEDIA | 29209R | 11/13/19 | ART VAN ISSUE DATE: 11/10/19 VETERANS DAY (FURNITURE ONLY) | 50 | | | | | 1.71 |
| 212 | GENOA | SUPPLY | RODZINA | 158494 | 10/22/19 | NAME BADGES | 3 | 5.00 | 15.00 | 5.00 | 0.90 | 20.90 |
| 212 | GENOA | ART VAN | TEMPUS TECHNOLOGIES, INC | 101942237 | 10/1/19 | COMPLIANCE FEE FOR CC CHIP READER - SEPT 2019 | 1 | 29.00 | 29.00 | | | 29.00 |
| 212 | GENOA | ART VAN | TEMPUS TECHNOLOGIES, INC | 111943566 | 10/1/19 | COMPLIANCE FEE FOR CC CHIP READER - OCT 2019 | 1 | 29.00 | 29.00 | | | 29.00 |
| 212 | GENOA | ADVERTISING | WOLVERINE SOLUTIONS GROUP | 149535 | 10/28/19 | ART VAN-TSG SEPTEMBER 2019 POSTAGE/MAILING | 2 | | | | | 2.00 |
| 212 | GENOA | ADVERTISING | WOLVERINE SOLUTIONS GROUP | 149536 | 10/28/19 | ART VAN-1YR EXTENDED WARRANTY MAILING SEPTEMBER | 2 | | | | | 21.00 |
| | | | | | | | | | | | | 14,487.96 |

| Art Van Furniture | | | |
|---|---|---|---|
| Franchising | | | |
| Wages billed to Franchise store - Genoa - Store # 212 | | | |
| November 2019 | | | |
| | | | |
| Employee name | Commissions | Spiffs | Total Labor $ |
| Chris Dunavant | 151.30 | | 151.30 |
| | | | |
| Total | | | 151.30 |
| | | | |

```
Run Date    . . :   /10/2019                              ART VA    NITURE                                      961229/ACC      RC_SRV_CD
Run Time    . . :   11:33:03                           Franchise Service Credits                                MAN898R/NEWSYS
Store . . . . . : 212 GENOA FR                         11/01/2019 to 11/30/2019
Page  . . . . . : 00001
Vendor/Model             Debit Memo#       Service#    Road Service  Delivery Prp  Damage  Reprs
================================================================================================
KUKA  5002A-3-2A-III                       808-1822422-001    50.00          .00      .00    .00
STYLE AF16268CAV                           808-1824009-001    75.00          .00      .00    .00
LZB   10-519-CARAMEL                       808-1824528-001    75.00          .00      .00    .00
VHFUR 2412-WEDGE-BACK                      808-1824530-001    75.00          .00      .00    .00
================================================================================================
Total . . . :                                                275.00          .00      .00  275.00
```

Franchise Elite rewards
November 30, 2019

| Orig invoice | Delivered date | Model | Retail Sale | Last cost | Store |
|---|---|---|---|---|---|
| 212-0068343 | 20191106 | 50IN-TV | 250.00 | 250.00 | 212 |
| 212-0072612 | 20191102 | KITCHENAID-MIXER | 200.00 | 200.00 | 212 |
| 212-0072655 | 20191102 | TV-43INCH | (150.00) | (150.00) | 212 |
| 212-0072682 | 20191103 | TV-43INCH | (150.00) | (150.00) | 212 |
| 212-0072687 | 20191103 | KITCHENAID-MIXER | (200.00) | (200.00) | 212 |
| 212-0072739 | 20191120 | 50IN-TV | 250.00 | 250.00 | 212 |
| 212-0072753 | 20191109 | 50IN-TV | 250.00 | 250.00 | 212 |
| 212-0072764 | 20191110 | 50IN-TV | 250.00 | 250.00 | 212 |
| 212-0072802 | 20191113 | 50IN-TV | (250.00) | (250.00) | 212 |
| 212-0072802 | 20191119 | 50IN-TV | 250.00 | 250.00 | 212 |
| 212-0073007 | 20191129 | AIRFRYER | 50.01 | 50.00 | 212 |
| 212-0073020 | 20191129 | AIRFRYER | 50.01 | 50.00 | 212 |
| 212-0073021 | 20191129 | AIRFRYER | 50.01 | 50.00 | 212 |
| 212-0073043 | 20191129 | AIRFRYER | 50.01 | 50.00 | 212 |
| | | | | 900.00 | |

# FRANCHISE BILLING FORM

## ART VAN FURNITURE

| DECEMBER | 2019 | | | | | | INVOICE DATE: | 3/8/2020 |
|---|---|---|---|---|---|---|---|---|
| STORE | 212 | GENOA | | | | | DUE DATE: | 3/23/2020 |
| INVOICE | 212-123119 | | | | | | | |

| | | FRANCHISE | | | VENDOR | | | INVOICE DETAIL | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| STORE # | STORE NAME | BILLING DEPT | INVOICE # | DATE | NAME | DESCRIPTION | Q | PRICE | SUBTOTAL | FREIGHT/ROUNDING | TAX | GRAND TOTAL |
| 212 | GENOA | IT | 287369000008X11252019 | 12/1/19 | AT&T MOBILITY | TELECOM SERVICES | 1 | 13.50 | 13.50 | | | 13.50 |
| 212 | GENOA | ART VAN | 123119 | 12/31/19 | DAMAGE/REPAIR CREDITS - ART VAN | DAMAGE & REPAIR CREDITS | 1 | (275.00) | (275.00) | | | (275.00) |
| 212 | GENOA | ART VAN | 123119 | 12/31/19 | ART VAN | WAGES BILLED - (see attached detail) | 1 | 45.30 | 45.30 | | | 45.30 |
| 212 | GENOA | ART VAN | 123118 | 12/31/18 | ELITE REWARDS | ELITE REWARDS FOR JAN-DEC 2018 (PYMT 12 OF 12) | 1 | 3,512.93 | 3,512.93 | | | 3,512.93 |
| 212 | GENOA | ART VAN | 123119 | 12/31/19 | ELITE REWARDS | ELITE REWARDS FOR DECEMBER 2019 | 1 | 1,565.00 | 1,565.00 | | | 1,565.00 |
| 212 | GENOA | ART VAN | 123119 | 12/31/19 | VENDOR DM | VENDOR CREDIT (SEE ATTACHED) | 1 | (30.00) | (30.00) | | | (30.00) |
| 212 | GENOA | ADVERTISING | 81550 | 11/20/19 | GRAPHIC EAST | BLACK FRIDAY FREE SEALY BED IN BOX POSTERS GE#81457 | 1 | | 7.29 | | 0.44 | 7.73 |
| 212 | GENOA | ADVERTISING | 81581 | 11/19/19 | GRAPHIC EAST | 2019 TOYS FOR TOTS POSTERS GE#81414 | 2 | | 12.79 | | 0.77 | 13.56 |
| 212 | GENOA | ADVERTISING | 81582 | 11/19/19 | GRAPHIC EAST | DECEMBER 2019 EVENT POSTERS 12/4 WINTER HOLIDAY SALE 12/12 BLKFRI | 14 | | 15.90 | | 0.95 | 16.85 |
| 212 | GENOA | ADVERTISING | 81583 | 11/19/19 | GRAPHIC EAST | BLACK FRIDAY GIFT CARDS GE#81401 | 200 | | 7.36 | | 0.44 | 7.80 |
| 212 | GENOA | ADVERTISING | 81708 | 11/27/19 | GRAPHIC EAST | MUMBO POSTCARD-ONE BIG HOLIDAY SALE 12/7 FRANCHISE/INSTORE | 18,407 | | 1,813.14 | 29.24 | 108.79 | 1,951.17 |
| 212 | GENOA | ADVERTISING | 81963 | 12/17/19 | GRAPHIC EAST | DECEMBER 2019 WVENT POSTERS ROUND 2-2 VERSIONS GE#81954 | 14 | | 17.43 | | 1.05 | 34.74 |
| 212 | GENOA | ADVERTISING | 29217 | 11/27/19 | NTVB MEDIA, INC | ART VAN ISSUE DATE: 11/22/19 BLACK FRIDAY PREVIEW | 34,650 | | | 16.26 | | 1,397.32 |
| 212 | GENOA | ADVERTISING | 29344 | 12/13/19 | NTVB MEDIA, INC | ART VAN ISSUE DATE: 12/29/19 MATTRESS ONLY 4PG TAB | 34,650 | | | | | 899.54 |
| 212 | GENOA | IT | 900786953 | 11/15/19 | PCM | REPLACEMENT OF OUTDATED COMPUTERS | 1 | 348.31 | 348.31 | | | 348.31 |
| 212 | GENOA | ART VAN | 121944571 | 12/1/19 | TEMPUS TECHNOLOGIES, INC | COMPLIANCE FEE FOR CC CHIP READER | 1 | 29.00 | 29.00 | | | 29.00 |
| 212 | GENOA | ADVERTISING | 149540 | 10/28/19 | WOLVERINE SOLUTIONS GROUP | ART VAN TSG OCTOBER 2019 POSTAGE/PROCESSING/DPO | 1 | | | | | 1.00 |

| | GRAND TOTAL | 212 | $ 9,538.74 |

Page 1 of 1

```
Run Date    .  .  :    /10/2020                                                                              990708/ACC.     RC_SRV_CD
Run Time    .  .  :   15:03:26                                                                               MAN898R/NEWSYS
Store   .  .  .  :  212 GENOA FR
Page    .  .  .  :  00001
                                                           ART VA     NITURE
                                                       Franchise Service Credits
                                                        12/01/2019 to 12/31/2019
Vendor/Model          Debit Memo#       Service#      Road Service   Delivery Prp   Damage Reprs
================================================================================================
SIMLI M079-3BA-CHARCOAL              808-1840087-001       125.00            .00            .00
SOUMO 881-31-PWR                     808-1840097-001        75.00            .00            .00
SOUMO 881-31-PWR                     808-1840562-001        75.00            .00            .00
                                                     ===========================================
                                                           275.00            .00            .00

===========================================
Total . . :                                                275.00
===========================================
```

| Art Van Furniture | | | |
|---|---|---|---|
| Franchising | | | |
| Wages billed to Franchise store - Genoa - Store # 212 | | | |
| December 2019 | | | |
| Employee name | Commissions | Spiffs | Total Labor $ |
| Harry Brown | 45.30 | | 45.30 |
| Total | | | 45.30 |

Franchise Elite rewards
December 31, 2019

| Orig invoice | Delivered date | Model | Retail Sale | Last cost | Store |
|---|---|---|---:|---:|---|
| 212-0072678 | 20191212 | TV-43INCH | 150.00 | 150.00 | 212 |
| 212-0072988 | 20191212 | AIRFRYER | 50.01 | 50.00 | 212 |
| 212-0073020 | 20191231 | AIRFRYER | 50.01 | 50.00 | 212 |
| 212-0073089 | 20191217 | AIRFRYER | 50.01 | 50.00 | 212 |
| 212-0073099 | 20191203 | AIRFRYER | 50.01 | 50.00 | 212 |
| 212-0073100 | 20191222 | SYG-100-M-BIKE | 75.00 | 75.00 | 212 |
| 212-0073154 | 20191207 | TV-43INCH | 150.00 | 150.00 | 212 |
| 212-0073177 | 20191209 | TV-43INCH | 150.00 | 150.00 | 212 |
| 212-0073342 | 20191228 | 50IN-TV | 250.00 | 250.00 | 212 |
| 212-0073344 | 20191228 | 50IN-TV | 250.00 | 250.00 | 212 |
| 212-0073352 | 20191231 | KEURIGSINGLESERVE | 90.00 | 90.00 | 212 |
| 212-0073370 | 20191230 | 50IN-TV | 250.00 | 250.00 | 212 |
| | | | | 1,565.00 | |

```
PRINT DATE   : 12/16/2019                    ART VAN FURNITURE INC.                              PAGE NUMBER:   1
PRINT TIME   : 10:32:11                              DEBIT MEMO
DEBIT MEMO#  : 743159                                                    WAREHOUSE:  10 WAREHOUSE AVE
REQ. STORE#  :
VENDOR . . . : LZB    LA-Z-BOY CHAIR COMPANY                             ENTRY: 12/16/2019 10:32:08 SRV808KK1
REASON . . . :                                                           CLOSE: 12/16/2019 10:32:08 SRV808KK1

                           DEBIT MEMO    GENERATED    SHIPPED
LINE#  VENDOR/MODEL        QUANTITY      QUANTITY     QUANTITY     UNIT COST    EXTENDED COST
==================================================================================================
   1                            0            0           0              .00           30.00

   Reason . . . . . . :                     Service #  . : 000-0000000-000     Location :
   ACK#/Product ID:                         Delivery Date:                     Invoice  :
   Customer Name  :                         Sell at  . . :          0% off     Auth . . :
   Replacement Mdl:                                                            Vend Agree: Yes

   Problem Description
   -------------------
   IN HOME DELIVERY FEE TO EXCHANGE DEFECTIVE ITEMS. $30.00
   810-1269112-001 SO-P10-512-B153876A POWER ROCKER RECLINER
   REFER TO DM# 740664
   DEDUCT $30.00
   PLEASE REIMBURSE FRANCHISE STORE 212 A $30.00 HANDLING FEE.
==================================================================================================

                                                           TOTAL COST:           30.00

                                  ** END OF LISTING **
```