**EXHIBIT B**

Exhibit B

| Store # | Store Name | Merchandise | Royalty | Delivery & Shuttle Fees | Warranty | Other | Statement Total | Marketing Exp Invoice | Total AR |
|---|---|---|---|---|---|---|---|---|---|
| 220 | Muncie | $ 126,788.07 | $ 5,212.12 | $ 5,714.35 | $ 3,066.64 | $ (264.10) | $ 140,517.08 | $ 21,796.22 | $ 162,313.30 |

## Account Status

## 220 Muncie

| Invoice Number | Type | Invoice Date | Due Date | Currency | Invoice Amount | Balance Due |
|---|---|---|---|---|---|---|
| 220-0000398 | Merchandise INV | 20-FEB-20 | 06-MAR-20 | USD | 19,287.48 | 19,287.48 |
| S220022220 | Shuttle INV | 22-FEB-20 | 08-MAR-20 | USD | 1,630.00 | 1,630.00 |
| 220-0000399 | Merchandise INV | 25-FEB-20 | 11-MAR-20 | USD | 28,883.41 | 28,883.41 |
| R220030820 | Royalty INV | 08-MAR-20 | 11-MAR-20 | USD | 5,212.12 | 5,212.12 |
| 220-0000400 | Merchandise INV | 27-FEB-20 | 13-MAR-20 | USD | 21,978.34 | 21,978.34 |
| 220-0000401 | Delivery Merch INV | 29-FEB-20 | 15-MAR-20 | USD | 725.35 | 725.35 |
| 220-0000402 | Delivery Fees INV | 29-FEB-20 | 15-MAR-20 | USD | 99.00 | 99.00 |
| 220-0000403 | CPU VIA Merch INV | 29-FEB-20 | 15-MAR-20 | USD | (214.10) | (214.10) |
| 220-0000404 | CPU VIA Fees INV | 29-FEB-20 | 15-MAR-20 | USD | (50.00) | (50.00) |
| 220-0000405 | Warranty INV | 29-FEB-20 | 15-MAR-20 | USD | 2,496.47 | 2,496.47 |
| S220022920 | Shuttle INV | 29-FEB-20 | 15-MAR-20 | USD | 1,630.00 | 1,630.00 |
| 220-0000406 | Merchandise INV | 03-MAR-20 | 18-MAR-20 | USD | 28,730.30 | 28,730.30 |
| 220-0000407 | Merchandise INV | 05-MAR-20 | 20-MAR-20 | USD | 27,908.54 | 27,908.54 |
| S220030720 | Shuttle INV | 07-MAR-20 | 22-MAR-20 | USD | 1,630.00 | 1,630.00 |
| 220-0000410 | Warranty INV | 08-MAR-20 | 23-MAR-20 | USD | 570.17 | 570.17 |
| | | | | | Total Due | 140,517.08 |

Report Run Date - 15-MAR-2020

# FRANCHISE BILLING FORM
## ART VAN FURNITURE

| NOVEMBER | 2019 | | | | INVOICE DATE: | 1/16/2020 |
|---|---|---|---|---|---|---|
| STORE | 220 | MUNCIE | | | DUE DATE: | 1/31/2020 |
| INVOICE | 220-113019 | | | | | |

| STORE # | STORE NAME | BILLING DEPT | NAME | INVOICE # | DATE | DESCRIPTION | Q | PRICE | SUBTOTAL | FREIGHT/ BOUNCING | TAX | GRAND TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 220 | MUNCIE | ART VAN | ART VAN | 113019 | 11/30/19 | WAGES BILLED - (see attached detail) | 1 | 115.27 | 115.27 | | | 115.27 |
| 220 | MUNCIE | IT | AT&T MOBILITY | 8723690008X10252019 | 11/1/19 | TELECOM SERVICES | 1 | 13.55 | 13.55 | | | 13.55 |
| 220 | MUNCIE | ART VAN | DAMAGE & REPAIR CREDITS | 113019 | 11/30/19 | DAMAGE & REPAIR CREDITS | 1 | (662.50) | (662.50) | | | (662.50) |
| 220 | MUNCIE | ART VAN | ELITE REWARDS | 113019 | 11/30/19 | ELITE REWARDS FOR NOVEMBER 2019 | 1 | 1,520.00 | 1,520.00 | | | 1,520.00 |
| 220 | MUNCIE | ART VAN | ELITE REWARDS | 123118 | 12/31/18 | ELITE REWARDS FOR JAN-DEC 2018 (PYMT 11 OF 12) | 1 | 969.04 | 969.04 | | | 969.04 |
| 220 | MUNCIE | ADVERTISING | GRAPHICS EAST | 81016 | 10/15/19 | ANNIVERSARY SALE POSTERS 18X24 GE#80753 | 12 | | 11.71 | 8.30 | 0.70 | 20.71 |
| 220 | MUNCIE | ADVERTISING | GRAPHICS EAST | 81168 | 10/25/19 | NOVEMBER 2019 EVENT POSTERS-2 VERSIONS GE#81026 | 12 | | 20.66 | | 1.24 | 21.90 |
| 220 | MUNCIE | ADVERTISING | GRAPHICS EAST | 81381 | 11/7/19 | NOVEMBER 2019 EVENT POSTERS-2 - 1 VERSIONS GE#81200 | 13 | | 15.21 | | 0.91 | 16.12 |
| 220 | MUNCIE | ADVERTISING | GRAPHICS EAST | 81615 | 11/22/19 | POSAGE-MUMBO POSTCARD-ONE BIG HOLIDAY SALE 12/7 GE#81519 | 19,388 | | | | | 3,811.62 |
| 220 | MUNCIE | ADVERTISING | NTVB MEDIA | 29116 | 10/31/19 | ART VAN ISSUE DATE 10/11/19 COLUMBUS DAY | 50 | | 0.87 | 0.16 | | 1.03 |
| 220 | MUNCIE | ADVERTISING | NTVB MEDIA | 29117 | 10/31/19 | ART VAN ISSUE DATE 10/13/19 COLUMBUS DAY 12 PAGE TABLOID | 11,660 | | 706.75 | 38.98 | | 745.73 |
| 220 | MUNCIE | ADVERTISING | NTVB MEDIA | 29205 | 11/18/19 | ART VAN ISSUE DATE: 11/1/19 BLACK SATURDAY 8PG TAB | 50 | | | | | 241.85 |
| 220 | MUNCIE | ADVERTISING | NTVB MEDIA | 29206 | 11/8/19 | ART VAN ISSUE DATE: 11/8/19 VETERANS DAY 4 PAGE FULL | 50 | | | | | 241.85 |
| 220 | MUNCIE | ADVERTISING | NTVB MEDIA | 29207 | 11/18/19 | ART VAN ISSUE DATE: 11/10/19 VETERANS DAY (PURESLEEP) 4PG TAB | 50 | | | | | 120.96 |
| 220 | MUNCIE | ADVERTISING | NTVB MEDIA | 29208 | 10/31/19 | ART VAN ISSUE DATE: 11/28/19 BLACK FRIDAY 8PG DOUBLE GATE | 44,797 | | | | | 2,787.42 |
| 220 | MUNCIE | ADVERTISING | NTVB MEDIA | 29210 | 11/18/19 | ART VAN ISSUE DATE: 11/15/19 BLACK SATURDAY RELOADED 8PG TAB | 8,169 | | | | | 500.30 |
| 220 | MUNCIE | ADVERTISING | NTVB MEDIA | 29211 | 11/18/19 | ART VAN ISSUE DATE: 11/28/19 BLACK FRIDAY MATTRESS-ONLY 4PG FULL | 25,803 | | | | | 1,153.13 |
| 220 | MUNCIE | ADVERTISING | NTVB MEDIA | 29209R | 11/18/19 | ART VAN ISSUE DATE: 11/10/19 VETERANS DAY (FURNITURE ONLY) | 14,106 | | | | | 722.93 |
| 220 | MUNCIE | ART VAN | TEMPUS TECHNOLOGIES, INC | 101941911 | 10/1/19 | COMPLIANCE FEE FOR CC CHIP READER - SEPT 2019 | 1 | 29.00 | 29.00 | | | 29.00 |
| 220 | MUNCIE | ART VAN | TEMPUS TECHNOLOGIES, INC | 111943248 | 10/1/19 | COMPLIANCE FEE FOR CC CHIP READER - OCT 2019 | 1 | 29.00 | 29.00 | | | 29.00 |
| 220 | MUNCIE | ADVERTISING | WOLVERINE SOLUTIONS GROUP | 149535 | 10/28/19 | ART VAN-TSG SEPTEMBER 2019 POSTAGE/MAILING | 4 | | | | | 3.00 |

12,401.91

| Art Van Furniture | | | |
|---|---|---|---|
| Franchising | | | |
| Wages billed to Franchise store - Muncie - Store # 220 | | | |
| November 2019 | | | |
| Employee name | Commissions | Spiffs | Total Labor $ |
| Amy Escobedo | 51.52 | | 51.52 |
| Steve Wightman | 63.75 | | 63.75 |
| Total | | | 115.27 |

```
Run Date  . . :   /10/2019                              ART VA.        NITURE                              961229/ACC.      RC_SRV_CD
Run Time  . . :   11:33:04                            Franchise Service Credits                            MAN898R/NEWSYS
Store . . . . : 220 MUNCIE FR                          11/01/2019 to 11/30/2019
Page  . . . . : 00001
Vendor/Model              Debit Memo#       Service#  Road Service  Delivery Prp  Damage Reprs
===================================================================================================
ASH   3240138                               808-1823687-001     75.00         .00         .00
LZB   010-502-BARK                          808-1823699-001     75.00         .00         .00
FRANK 4101-DLPWR-CHARCOAL                   808-1824027-001     50.00         .00         .00
SYN   1637-85-DLPWR-BLACK                   808-1824522-001     50.00         .00         .00
STD   51216                                 808-1824523-001     75.00         .00         .00

STD   29111                                 220-0000082-001       .00         .00       18.75
STYLC B2627-IV                              220-0000083-001       .00         .00       75.00
SAM   S272-218                              220-0000084-001       .00         .00       75.00
STD   16796                                 220-0000085-001       .00         .00       75.00
HYWD  898-QSF                               220-0000086-001       .00         .00       93.75
===================================================================================================
Total . . :                                                    325.00         .00      337.50       662.50
```

Franchise Elite rewards
November 30, 2019

| Orig invoice | Delivered date | Model | Retail Sale | Last cost | Store |
|---|---|---|---|---|---|
| 220-0064611 | 20191102 | TV-43INCH | 150.00 | 150.00 | 220 |
| 220-0064634 | 20191103 | TV-43INCH | 150.00 | 150.00 | 220 |
| 220-0064650 | 20191104 | KITCHENAID-MIXER | 200.00 | 200.00 | 220 |
| 220-0064655 | 20191104 | KITCHENAID-MIXER | 200.00 | 200.00 | 220 |
| 220-0064864 | 20191114 | SOUND-BAR | 150.00 | 150.00 | 220 |
| 220-0064934 | 20191128 | 50IN-TV | 250.00 | 250.00 | 220 |
| 220-0065006 | 20191122 | APPLEAIRPODS | 170.00 | 170.00 | 220 |
| 220-0065040 | 20191123 | 50IN-TV | 250.00 | 250.00 | 220 |
| | | | | 1,520.00 | |

# FRANCHISE BILLING FORM

| DECEMBER | 2019 | | ART VAN FURNITURE | | | | | INVOICE DATE: | 3/8/2020 |
|---|---|---|---|---|---|---|---|---|---|
| STORE | 220 | MUNCIE | | | | | | DUE DATE: | 3/23/2020 |
| INVOICE | 220-123119 | | | | | | | | |

| FRANCHISE | | | VENDOR | | | INVOICE DETAIL | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| STORE # | STORE NAME | BILLING DEPT | NAME | INVOICE # | DATE | DESCRIPTION | Q | PRICE | SUBTOTAL | FREIGHT/ ROUNDING | TAX | GRAND TOTAL |
| 220 | MUNCIE | IT | AT&T MOBILITY | 287236900008X11252019 | 12/1/19 | TELECOM SERVICES | 1 | 13.50 | 13.50 | | | 13.50 |
| 220 | MUNCIE | ART VAN | DAMAGE/REPAIR CREDITS - ART VAN | 123119 | 12/31/19 | DAMAGE & REPAIR CREDITS | 1 | (625.00) | (625.00) | | | (625.00) |
| 220 | MUNCIE | ART VAN | ART VAN | 123119 | 12/31/19 | WAGES BILLED - (see attached detail) | 1 | 183.40 | 183.40 | | | 183.40 |
| 220 | MUNCIE | ART VAN | ELITE REWARDS | 123118 | 12/31/18 | ELITE REWARDS FOR JAN-DEC 2018 (PYMT 12 OF 12) | 1 | 969.04 | 969.04 | | | 969.04 |
| 220 | MUNCIE | ART VAN | ELITE REWARDS | 123119 | 12/31/19 | ELITE REWARDS FOR DECEMBER 2019 | 1 | 620.00 | 620.00 | | | 620.00 |
| 220 | MUNCIE | ART VAN | MULTIPLE VENDOR DM'S | 123119 | 12/31/19 | VENDOR CREDITS (SEE ATTACHED) | 1 | (60.00) | (60.00) | | | (60.00) |
| 220 | MUNCIE | ADVERTISING | GRAPHIC EAST | 81550 | 11/20/19 | BLACK FRIDAY FREE SEALY BED IN BOX POSTERS GE#81457 | 1 | | 7.29 | | 0.44 | 7.73 |
| 220 | MUNCIE | ADVERTISING | GRAPHIC EAST | 81581 | 11/19/19 | 2019 TOYS FOR TOTS POSTERS GE#81414 | 2 | | 12.79 | | 0.77 | 13.56 |
| 220 | MUNCIE | ADVERTISING | GRAPHIC EAST | 81582 | 11/19/19 | DECEMBER 2019 EVENT POSTERS 12/4 WINTER HOLIDAY SALE 12/12 BLKFRI | 12 | | 13.63 | | 0.82 | 14.45 |
| 220 | MUNCIE | ADVERTISING | GRAPHIC EAST | 81583 | 11/19/19 | BLACK FRIDAY GIFT CARDS GE#81401 | 200 | | 7.36 | | 0.44 | 7.80 |
| 220 | MUNCIE | ADVERTISING | GRAPHIC EAST | 81708 | 11/27/19 | MUMBO POSTCARD-ONE BIG HOLIDAY SALE 12/7 FRANCHISE/INSTORE | 19,388 | | 1,883.24 | 30.82 | 112.99 | 2,027.05 |
| 220 | MUNCIE | ADVERTISING | GRAPHIC EAST | 81963 | 12/17/19 | DECEMBER 2019 WVENT POSTERS ROUND 2-2VERSIONS GE#81954 | 12 | | 14.94 | 13.93 | 0.90 | 29.77 |
| 220 | MUNCIE | ADVERTISING | NTVB MEDIA, INC | 29227 | 11/27/19 | ART VAN ISSUE DATE: 11/22/19 BLACK FRIDAY PREVIEW | 20,390 | | | | | 789.24 |
| 220 | MUNCIE | ADVERTISING | NTVB MEDIA, INC | 29344 | 12/13/19 | ART VAN ISSUE DATE: 12/29/19 MATTRESS ONLY 4PG TAB | 7,813 | | | | | 372.77 |
| 220 | MUNCIE | ART VAN | TEMPUS TECHNOLOGIES, INC | 121944283 | 12/1/19 | COMPLIANCE FEE FOR CC CHIP READER | 1 | 29.00 | 29.00 | | | 29.00 |
| 220 | MUNCIE | ADVERTISING | WOLVERINE SOLUTIONS GROUP | 149540 | 10/28/19 | ART VAN TSG OCTOBER 2019 POSTAGE/PROCESSING/DPO | 4 | | | | | 2.00 |
| | | | | | | | | | GRAND TOTAL | 220 | $ | 4,394.31 |

```
Run Date  . . :   /10/2020                              ART VA  NITURE                              990708/ACC       RC_SRV_CD
Run Time  . . :   .3:03:26                           Franchise Se vice Credits                          MAN898R/NEwSYS
Store . . . . : 220 MUNCIE FR                        12/01/2019 to 12/31/2019
Page  . . . . :
Vendor/Model          Debit Memo#      Service#   Road Service  Delivery Prp  Damage Reprs
==================================================================================================
SERTA BLUEMAX1000CF-5                  808-1840491-001      75.00         .00          .00
SOUMO 751-31-PWR                       808-1840495-001      75.00         .00          .00
ENG   SO-909-AIR-GL-AW                 808-1840496-001      75.00         .00          .00
UNIFU U683-CAFE-R                      808-1840500-001     125.00         .00          .00
FRANK 76423                            808-1840598-001     125.00         .00          .00

STD   16796                            220-0000087-001        .00         .00        75.00
AAMER HUR-CO-6-10-T                    220-0000088-001        .00         .00        75.00
==================================================================================================
Total . . :                                                 475.00         .00       150.00        625.00
```

| Art Van Furniture | | | |
|---|---|---|---|
| Franchising | | | |
| Wages billed to Franchise store - Muncie - Store # 220 | | | |
| December 2019 | | | |
| Employee name | Commissions | Spiffs | Total Labor $ |
| Marie O'Brien | 5.00 | | 5.00 |
| Mary Bedke | 3.40 | | 3.40 |
| | | 160.00 | 160.00 |
| Amy Escobedo | | 15.00 | 15.00 |
| Total | | | 183.40 |

Franchise Elite rewards
December 31, 2019

| Orig invoice | Delivered date | Model | Retail Sale | Last cost | Store |
|---|---|---|---|---|---|
| 220-0064294 | 20191207 | APPLEAIRPODS | 170.00 | 170.00 | 220 |
| 220-0064781 | 20191202 | 50IN-TV | 250.00 | 250.00 | 220 |
| 220-0065568 | 20191220 | KITCHENAID-MIXER | 200.00 | 200.00 | 220 |
|  |  |  |  | 620.00 |  |

```
PRINT DATE   : 12/20/2019                ART VAN F   TURE INC.                                          PAG    MBER:    1
PRINT TIME   : 11:37:19                          DEB     EMO
DEBIT MEMO#  : 744254                                                    WAREHOUSE:  10 WAREHOUSE AVE
REQ. STORE#  :
VENDOR . . . : FRANK FRANKLIN CORP                                         ENTRY: 12/20/2019 11:37:18 SRV808KK1
REASON . . . :                                                             CLOSE: 12/20/2019 11:37:18 SRV808KK1

                          DEBIT MEMO   GENERATED    SHIPPED
LINE#  VENDOR/MODEL       QUANTITY     QUANTITY     QUANTITY       UNIT COST   EXTENDED COST
=====================================================================================================
  1                            0            0            0              .00           30.00

       Reason . . . :                          Location    :
       ACK#/Product ID:                        Invoice . . :
       Customer Name :       Service #  : 000-0000000-000  Auth  . . :
       Replacement Mdl:      Delivery Date:                Vend Agree: Yes
                             Sell at . . :      0% off

       Problem Description
       ------------------------------------------------
       IN HOME DELIVERY FEE TO EXCHANGE DEFECTIVE ITEMS $30.00
       810-1267032-001 4464-BRANDY LIFT CHAIR
       REFER TO DM# 736989
       DEDUCT $30.00
       PLEASE REIMBURSE FRANCHISE STORE 220 A $30.00 HANDLING FEE.
=====================================================================================================

                                                      TOTAL COST:          30.00


                                  ** END OF LISTING **
```

```
PRINT DATE    : 12/23/2019              ART VAN FURNITURE INC.                              PAGE NUMBER:    1
PRINT TIME    : 10:29:40                         DEBIT MEMO
DEBIT MEMO#   : 744869                                                    WAREHOUSE: 10 WAREHOUSE AVE
REQ. STORE#   :
VENDOR . . . :  STD   STANDARD FURNITURE MFG CO                           ENTRY: 12/23/2019  10:29:19  SRV808KK1
REASON . . . :                                                            CLOSE: 12/23/2019  10:29:19  SRV808KK1
===================================================================================================================
                            DEBIT MEMO    GENERATED    SHIPPED
LINE#  VENDOR/MODEL         QUANTITY      QUANTITY     QUANTITY     UNIT COST    EXTENDED COST
===================================================================================================================
  1                              0             0            0            .00            30.00

       Reason . . . :                                             Location   :
       ACK#/Product ID:                        Service #  . . : 000-0000000-000    Invoice    :
       Customer Name :                         Delivery Date:                      Auth       :
       Replacement Mdl:                        Sell at  . . :   0% off             Vend Agree: Yes

       Problem Description
       ----------------------
       IN HOME DELIVERY FEE TO EXCHNAGE DEFECTIVE ITEMS. $30.00
       810-1274234-001 KYLE 16796 COUNTER TABLE & 4 STOOLS
       REFER TO DM# 741596
       DEDUCT $30.00
       PLEASE REIMBURSE FRANCHISE STORE 220 A $30.00 HANDLING FEE.
===================================================================================================================

                                                                  TOTAL COST:            30.00

                              ** END OF LISTING **
```