# EXHIBIT B

Exihibit B

| Store # | Store Name | Merchandise | Royalty | Delivery & Shuttle Fees | Warranty | Other | Statement Total | Marketing Exp Invoice | Total AR |
|---|---|---|---|---|---|---|---|---|---|
| 201 | Alpena | $ 65,773.11 | $ 6,374.16 | $ 9,988.59 | $ 2,927.37 | $ (370.79) | $ 84,692.44 | $ 15,546.13 | $ 100,238.57 |

## Account Status

# 201 Alpena

| Invoice Number | Type | Invoice Date | Due Date | Currency | Invoice Amount | Balance Due |
|---|---|---|---|---|---|---|
| 201122419CORR | Payment | 24-DEC-19 | 24-DEC-19 | USD | 0 | 0 |
| 201122419CORR | Payment | 24-DEC-19 | 24-DEC-19 | USD | 0 | 0 |
| 201011320CORR | Payment | 13-JAN-20 | 13-JAN-20 | USD | 0 | 0 |
| R201030820 | Royalty INV | 08-MAR-20 | 11-MAR-20 | USD | 6,374.16 | 6,374.16 |
| 201-0001271 | Delivery Merch INV | 29-FEB-20 | 15-MAR-20 | USD | 6,972.63 | 6,972.63 |
| 201-0001272 | Delivery Fees INV | 29-FEB-20 | 15-MAR-20 | USD | 737.00 | 737.00 |
| 201-0001273 | Warranty INV | 29-FEB-20 | 15-MAR-20 | USD | 2,331.02 | 2,331.02 |
| S201022920 | Shuttle INV | 29-FEB-20 | 15-MAR-20 | USD | 766.32 | 766.32 |
| 201-0001274 | Merchandise INV | 02-MAR-20 | 17-MAR-20 | USD | 34,157.51 | 34,157.51 |
| S201030720 | Shuttle INV | 07-MAR-20 | 22-MAR-20 | USD | 756.32 | 756.32 |
| 201-00001276 | CPU VIA Merch INV | 08-MAR-20 | 23-MAR-20 | USD | (320.79) | (320.79) |
| 201-00001277 | CPU VIA Fees INV | 08-MAR-20 | 23-MAR-20 | USD | (50.00) | (50.00) |
| 201-0001275 | Merchandise INV | 08-MAR-20 | 23-MAR-20 | USD | 31,615.60 | 31,615.60 |
| 201-0001278 | Warranty INV | 08-MAR-20 | 23-MAR-20 | USD | 596.35 | 596.35 |
| S201031420 | Shuttle INV | 08-MAR-20 | 23-MAR-20 | USD | 756.32 | 756.32 |
| | | | | | Total Due | 84,692.44 |

Report Run Date - 15-MAR-2020

# FRANCHISE BILLING FORM
## ART VAN FURNITURE

| MONTH | STORE # | YEAR |
|---|---|---|
| NOVEMBER | 201 | 2019 |
| STORE | 201 | ALPENA |
| INVOICE | 201-113019 | |

INVOICE DATE: 1/16/2020
DUE DATE: 1/31/2020

| STORE # | STORE NAME | BILLING DEPT | NAME | INV/CK# | DATE | DESCRIPTION | Q | PRICE | SUBTOTAL | FREIGHT/ROUNDING | TAX | GRAND TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 201 | ALPENA | ART VAN | AMERICA | DM0735615 | 11/1/19 | VENDOR CREDIT | 1 | (30.00) | (30.00) | | | (30.00) |
| 201 | ALPENA | ART VAN | ART VAN | 201-0164283 | 11/1/19 | DAMAGED ACCESSORIES CREDIT | 1 | (28.57) | (28.57) | | | (28.57) |
| 201 | ALPENA | ART VAN | DAMAGE & REPAIR CREDITS | 113019 | 11/6/19 | DAMAGE & REPAIR CREDITS | 1 | (1,150.00) | (1,150.00) | | | (1,150.00) |
| 201 | ALPENA | ART VAN | ELITE REWARDS | 113019 | 11/30/19 | ELITE REWARDS FOR NOVEMBER 2019 | 1 | 2,478.00 | 2,478.00 | | | 2,478.00 |
| 201 | ALPENA | ART VAN | ELITE REWARDS | 123118 | 12/31/18 | ELITE REWARDS FOR JAN-DEC 2018 (PYMT 11 OF 12) | 1 | 1,484.62 | 1,484.62 | | | 1,484.62 |
| 201 | ALPENA | ART VAN | FRANKLIN CORP | DM0740134 | 11/27/19 | VENDOR CREDIT | 1 | (30.00) | (30.00) | | | (30.00) |
| 201 | ALPENA | ADVERTISING | GRAPHICS EAST | 81016 | 10/15/19 | ANNIVERSARY SALE POSTERS 18X24 GE#80753 | 8 | | 7.81 | 5.54 | 0.47 | 13.82 |
| 201 | ALPENA | ADVERTISING | GRAPHICS EAST | 81168 | 10/25/19 | NOVEMBER 2019 EVENT POSTERS-2 VERSIONS GE#81026 | 8 | | 13.77 | | 0.83 | 14.60 |
| 201 | ALPENA | ADVERTISING | GRAPHICS EAST | 81381 | 11/7/19 | NOVEMBER 2019 EVENT POSTERS-2 -1 VERSIONS GE#81200 | 9 | | 10.53 | | 0.63 | 11.16 |
| 201 | ALPENA | ADVERTISING | GRAPHICS EAST | 81615 | 11/22/19 | POSAGE-MUMBO POSTCARD-ONE BIG HOLIDAY SALE 12/7 GE#81519 | 16,431 | | | | | 3,229.07 |
| 201 | ALPENA | SUPPLY | HATTERAS PRINTING | 67387 | 10/30/19 | BUSINESS CARDS | 1 | 14.00 | 14.00 | 8.50 | 1.35 | 23.85 |
| 201 | ALPENA | SUPPLY | HATTERAS PRINTING | 67388 | 10/30/19 | BUSINESS CARDS | 1 | 14.00 | 14.00 | 8.50 | 1.35 | 23.85 |
| 201 | ALPENA | ADVERTISING | NTVB MEDIA | 29116 | 10/31/19 | ART VAN ISSUE DATE 10/11/19 COLUMBUS DAY | 13,800 | | 240.54 | 34.68 | | 275.22 |
| 201 | ALPENA | ADVERTISING | NTVB MEDIA | 29117 | 10/31/19 | ART VAN ISSUE DATE 10/13/19 COLUMBUS DAY 12PAGE TABLOID | 13,825 | | 553.42 | 46.21 | | 599.63 |
| 201 | ALPENA | ADVERTISING | NTVB MEDIA | 29205 | 11/18/19 | ART VAN ISSUE DATE: 11/1/19 BLACK SATURDAY 8PG TAB | 17,300 | | | | | 639.82 |
| 201 | ALPENA | ADVERTISING | NTVB MEDIA | 29206 | 11/8/19 | ART VAN ISSUE DATE: 11/8/19 VETERANS DAY 4 PAGE FULL | 17,300 | | | | | 640.47 |
| 201 | ALPENA | ADVERTISING | NTVB MEDIA | 29207 | 11/18/19 | ART VAN ISSURE DATE: 11/10/19 VETERANS DAY (PURESLEEP) 4PG TAB | 13,800 | | | | | 266.15 |
| 201 | ALPENA | ADVERTISING | NTVB MEDIA | 29208 | 10/31/19 | ART VAN ISSUE DATE: 11/28/19 BLACK FRIDAY 8PG DOUBLE GATE | 13,825 | | | | | 786.17 |
| 201 | ALPENA | ADVERTISING | NTVB MEDIA | 29210 | 11/18/19 | ART VAN ISSUE DATE: 11/15/19 BLACK SATURDAY RELOADED 8PG TAB | 13,800 | | | | | 516.35 |
| 201 | ALPENA | ADVERTISING | NTVB MEDIA | 29211 | 11/18/19 | ART VAN ISSUE DATE: 11/28/19 BLACK FRIDAY MATTRESS-ONLY 4PG FULL | 13,825 | | | | | 470.99 |
| 201 | ALPENA | ADVERTISING | NTVB MEDIA | 29209R | 11/18/19 | ART VAN ISSUE DATE: 11/10/19 VETERANS DAY (FURNITURE ONLY) | 13,800 | | | | | 472.46 |
| 201 | ALPENA | ART VAN | SOUTHERN MOTION | DM0735606 | 11/6/19 | VENDOR CREDIT | 1 | (30.00) | (30.00) | | | (30.00) |
| 201 | ALPENA | ART VAN | TEMPUS TECHNOLOGIES, INC | 101941528 | 10/1/19 | COMPLIANCE FEE FOR CC CHIP READER - SEPT 2019 | 1 | 29.00 | 29.00 | | | 29.00 |
| 201 | ALPENA | ART VAN | TEMPUS TECHNOLOGIES, INC | 111942865 | 10/1/19 | COMPLIANCE FEE FOR CC CHIP READER - OCT 2019 | 1 | 29.00 | 29.00 | | | 29.00 |
| 201 | ALPENA | ART VAN | UNITED FURNITURE INDUSTRIES | DM0739080 | 11/20/19 | VENDOR CREDIT | 1 | (30.00) | (30.00) | | | (30.00) |
| 201 | ALPENA | ADVERTISING | WOLVERINE SOLUTIONS GROUP | 149535 | 10/28/19 | ART VAN-TSG SEPTEMBER 2019 POSTAGE/MAILING | 4 | | | | | 3.00 |
| 201 | ALPENA | ADVERTISING | WOLVERINE SOLUTIONS GROUP | 149536 | 10/28/19 | ART VAN-1YR EXTENDED WARRANTY MAILING SEPTEMBER | 1 | | | | | 10.00 |

10,718.66

```
Run Date    :   /10/2019                              ART VA    NITURE                              961229/ACC  RC_SRV_CD
Run Time    :   11:33:02                          Franchise Service Credits                              MAN898R/    SYS
Store . . . : 201 ALPENA FR                       11/01/2019 to 11/30/2019
Page  . . . : 00001
Vendor/Model            Debit Memo#      Service#      Road Service  Delivery Prp  Damage Reprs
============================================================================================
VHFUR  2212B-CONSOLE                  808-1822175-001       125.00         .00          .00
VHFUR  2212B-ARMLESS-CHAIR            808-1822175-002       125.00         .00          .00
FRANK  4726-BJ                        808-1822402-001        75.00         .00          .00
FRANK  3509LM-CHOCOLATE               808-1822679-001        50.00         .00          .00
FUSIN  1144-KP-AV-CHARCOAL            808-1823446-001        50.00         .00          .00
FRANK  7517-CHOCOLATE                 808-1823450-001       125.00         .00          .00
FRANK  486-MOCHA                      808-1823677-001       125.00         .00          .00
BEST   SO-C4057GP-20022               808-1823735-001        75.00         .00          .00
FRANK  76444                          808-1823736-001       125.00         .00          .00
FRANK  46143-27                       808-1823737-001       125.00         .00          .00
LZB    010-403-COFFEE                 808-1823809-001        75.00         .00          .00
KDOWN  600BB-12-5                     808-1824524-001        75.00         .00          .00
============================================================================================
Total . . :                                               1150.00         .00        1150.00
```

Franchise Elite rewards
November 30, 2019

| Orig invoice | Delivered date | Model | Retail Sale | Last cost | Store |
|---|---|---|---:|---:|---|
| 201-0152977 | 20191116 | 50IN-TV | 250.00 | 250.00 | 201 |
| 201-0164295 | 20191102 | TV-43INCH | 150.00 | 150.00 | 201 |
| 201-0164320 | 20191102 | PROMO43TV | 275.00 | 275.00 | 201 |
| 201-0164325 | 20191103 | SAMSUNG-TABLET | (150.00) | (150.00) | 201 |
| 201-0164340 | 20191129 | 50IN-TV | 250.00 | 250.00 | 201 |
| 201-0164557 | 20191111 | WIRELESSBEATS | 150.00 | 132.00 | 201 |
| 201-0164774 | 20191118 | SOUND-BAR | 150.00 | 150.00 | 201 |
| 201-0164786 | 20191119 | SOUND-BAR | 150.00 | 150.00 | 201 |
| 201-0164925 | 20191125 | WIRELESSBEATS | 150.00 | 132.00 | 201 |
| 201-0164950 | 20191125 | WIRELESSBEATS | 150.00 | 132.00 | 201 |
| 201-0165039 | 20191127 | 50IN-TV | 250.00 | 250.00 | 201 |
| 201-0165047 | 20191128 | AIRFRYER | 50.01 | 50.00 | 201 |
| 201-0165059 | 20191128 | AIRFRYER | 50.01 | 50.00 | 201 |
| 201-0165060 | 20191128 | 50IN-TV | 250.00 | 250.00 | 201 |
| 201-0165062 | 20191128 | AIRFRYER | 50.01 | 50.00 | 201 |
| 201-0165069 | 20191129 | AIRFRYER | 50.01 | 50.00 | 201 |
| 201-0165071 | 20191129 | SYG-100-M-BIKE | 75.00 | 75.00 | 201 |
| 201-0165072 | 20191129 | AIRFRYER | 50.01 | 50.00 | 201 |
| 201-0165140 | 20191129 | AIRFRYER | 50.01 | 50.00 | 201 |
| 201-0165142 | 20191129 | WIRELESSBEATS | 150.00 | 132.00 | 201 |
|  |  |  |  | 2,478.00 |  |

# FRANCHISE BILLING FORM

| DECEMBER | 2019 | | ART VAN FURNITURE | | | | INVOICE DATE: | 3/8/2020 |
|---|---|---|---|---|---|---|---|---|
| STORE | 201 | ALPENA | | | | | DUE DATE: | 3/23/2020 |
| INVOICE | 201-123119 | | | | | | | |

### Franchise / Vendor / Invoice Detail

| STORE # | STORE NAME | BILLING DEPT | NAME | INVOICE # | DATE | DESCRIPTION | Q | PRICE | SUBTOTAL | FREIGHT/ ROUNDING | TAX | GRAND TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 201 | ALPENA | ART VAN | DAMAGE/REPAIR CREDITS - ART VAN | 123119 | 12/31/19 | DAMAGE & REPAIR CREDITS | 1 | (425.00) | (425.00) | | | (425.00) |
| 201 | ALPENA | ART VAN | ELITE REWARDS | 123118 | 12/31/18 | ELITE REWARDS FOR JAN-DEC 2018 (PYMT 12 OF 12) | 1 | 1,484.67 | 1,484.67 | | | 1,484.67 |
| 201 | ALPENA | ART VAN | ELITE REWARDS | 123119 | 12/31/19 | ELITE REWARDS FOR DECEMBER 2019 | 1 | 1,315.00 | 1,315.00 | | | 1,315.00 |
| 201 | ALPENA | ART VAN | MULTIPLE VENDOR DM'S | 123119 | 12/31/19 | VENDOR CREDITS (SEE ATTACHED) | 1 | (90.00) | (90.00) | | | (90.00) |
| 201 | ALPENA | ADVERTISING | GRAPHIC EAST | 81550 | 11/20/19 | BLACK FRIDAY FREE SEALY BED IN BOX POSTERS GE#81457 | 1 | | 7.29 | | 0.44 | 7.73 |
| 201 | ALPENA | ADVERTISING | GRAPHIC EAST | 81581 | 11/19/19 | 2019 TOYS FOR TOTS POSTERS GE#81414 | 2 | | 12.79 | | 0.77 | 13.56 |
| 201 | ALPENA | ADVERTISING | GRAPHIC EAST | 81582 | 11/19/19 | DECEMBER 2019 EVENT POSTERS 12/4 WINTER HOLIDAY SALE 12/12 BLKFRI | 8 | | 9.08 | | 0.54 | 9.62 |
| 201 | ALPENA | ADVERTISING | GRAPHIC EAST | 81583 | 11/19/19 | BLACK FRIDAY GIFT CARDS GE#81401 | 200 | | 7.36 | | 0.44 | 7.80 |
| 201 | ALPENA | ADVERTISING | GRAPHIC EAST | 81708 | 11/27/19 | MUMBO POSTCARD-ONE BIG HOLIDAY SALE 12/7 FRANCHISE/INSTORE | 16,431 | | 1,587.69 | 26.11 | 95.26 | 1,709.06 |
| 201 | ALPENA | ADVERTISING | GRAPHIC EAST | 81963 | 12/17/19 | DECEMBER 2019 WVENT POSTERS ROUND 2-2VERSIONS GE#81954 | 8 | | 9.96 | 9.29 | 0.60 | 19.85 |
| 201 | ALPENA | ADVERTISING | NTVB MEDIA, INC | 29227 | 11/27/19 | ART VAN ISSUE DATE: 11/22/19 BLACK FRIDAY PREVIEW | 13,800 | | | | | 500.75 |
| 201 | ALPENA | ADVERTISING | NTVB MEDIA, INC | 29344 | 12/13/19 | ART VAN ISSUE DATE: 12/29/19 MATTRESS ONLY 4PG TAB | 10,950 | | | | | 208.43 |
| 201 | ALPENA | ART VAN | STEP ONE FURNITURE | DM0702541 | 4/26/19 | IN HOME DELIVERY CHARGE TO EXCHANGE DEFECTIVE ITEM SERVICE #810-1190010-001 DM# 692006 | 1 | 30.00 | 30.00 | | | 30.00 |
| 201 | ALPENA | ART VAN | TEMPUS TECHNOLOGIES, INC | 121943900 | 12/1/19 | COMPLIANCE FEE FOR CC CHIP READER | 1 | 29.00 | 29.00 | | | 29.00 |
| 201 | ALPENA | ADVERTISING | WOLVERINE SOLUTIONS GROUP | 149540 | 10/28/19 | ART VAN TSG OCTOBER 2019 POSTAGE/PROCESSING/DPO | 12 | | | | | 7.00 |

| | GRAND TOTAL | 201 | $ 4,827.47 |
|---|---|---|---|

```
Run Date   . . :   /10/2020                              ART VA    NITURE                                990708/ACC     RC_SRV_CD
Run Time   . . : 15:03:25                            Franchise Service Credits                                MAN898R/NEWSYS
Store  . . . . : 201 ALPENA FR                        12/01/2019 to 12/31/2019
Page . . . . . : 00001
Vendor/Model         Debit Memo#      Service#     Road Service   Delivery Prp   Damage Reprs
=================================================================================================
LZB     010-502-GREY                  808-1834966-001    125.00           .00            .00
SLY     SET-FLPL-F                    808-1840071-001     75.00           .00            .00
SLY     FLPL-3                        808-1840071-002     75.00           .00            .00
NTURA   NADL-3                        808-1840082-001     75.00           .00            .00
NTURA   NF-4LPF                       808-1840082-002     75.00           .00            .00
=================================================================================================
Total . . :                                              425.00           .00            .00

                                                         425.00
```

Franchise Elite rewards
December 31, 2019

| Orig invoice | Delivered date | Model | Retail Sale | Last cost | Store |
|---|---|---|---|---|---|
| 201-0165058 | 20191202 | 50IN-TV | 250.00 | 250.00 | 201 |
| 201-0165232 | 20191202 | SYG-100-M-BIKE | (75.00) | (75.00) | 201 |
| 201-0165556 | 20191215 | TV-43INCH | 150.00 | 150.00 | 201 |
| 201-0165557 | 20191215 | TV-43INCH | 150.00 | 150.00 | 201 |
| 201-0165832 | 20191227 | 50IN-TV | 250.00 | 250.00 | 201 |
| 201-0165847 | 20191228 | 50IN-TV | 250.00 | 250.00 | 201 |
| 201-0165853 | 20191230 | KEURIGSINGLESERVE | 90.00 | 90.00 | 201 |
| 201-0165902 | 20191230 | 50IN-TV | 250.00 | 250.00 | 201 |
|  |  |  |  | 1,315.00 |  |

```
PRINT DATE      : 12/05/2019                ART VAN FURNITURE INC.                                   PAGE NUMBER:    1
PRINT TIME      : 9:16:08                          DEBIT MEMO
DEBIT MEMO#     : 741180                                                         WAREHOUSE:  10 WAREHOUSE AVF
REQ. STORE#     :
VENDOR . . . . : GOAK WHALEN LIMITED                                               ENTRY: 12/05/2019   9:16:04 SRV808KK1
REASON . . . . :                                                                   CLOSE: 12/05/2019   9:16:04 SRV808KK1

                              DEBIT MEMO   GENERATED   SHIPPED
LINE#  VENDOR/MODEL            QUANTITY     QUANTITY   QUANTITY    UNIT COST    EXTENDED COST
================================================================================================
  1                                0           0          0           .00           30.00

   Reason . . . . :                          Service #  . . : 000-0000000-000       Location   :
   ACK#/Product ID:                          Delivery Date:                         Invoice    :
   Customer Name  :                          Sell at  . . :           0% off        Auth   . . :
   Replacement Mdl:                                                                 Vend Agree: Yes

   Problem Description
   -------------------
   IN HOME DELIVERY FEE TO EXCHNAGE DEFECTIVE ITEMS. $30.00
   810-1267850-001 ALUMINA ALUM-COF5030-RTA RECTANGLE COFFEE TABLE
   REFER TO DM# 737559
   DEDUCT $30.00
   PLEASE REIMBURSE FRANCHISE STORE 201 A $30.00 HANDLING FEE
================================================================================================

                                                                             TOTAL COST:        30.00

                                        ** END OF LISTING **
```

```
PRINT DATE     12/05/2019                      ART VAN FURNITURE INC.                                    PAGE NUMBER:    1
PRINT TIME     9:35:53                              DEBIT MEMO
DEBIT MEMO#  : 741191                                                       WAREHOUSE:  10 WAREHOUSE AVF
REQ. STORE# :
VENDOR . . . : FRANK FRANKLIN CORP                                              ENTRY:  12/05/2019   9:35:51  SRV808KK1
REASON . . . :                                                                  CLOSE:  12/05/2019   9:35:51  SRV808KK1
============================================================================================================================
                              DEBIT MEMO   GENERATED   SHIPPED
LINE#  VENDOR/MODEL            QUANTITY    QUANTITY    QUANTITY         UNIT COST    EXTENDED COST
============================================================================================================================
  1                                0           0          0                 .00           30.00

       Reason . . . . . :                                      Location  :
       ACK#/Product ID:                      Service #  . : 000-00000000-000  Invoice  :
       Customer Name :                       Delivery Date:                   Auth  . . :
       Replacement Mdl:                      sell at . . :       0% off       Vend Agree: Yes

       Problem Description
       -------------------
       IN HOME DELIVERY FEE TO EXCHANGE DEFECTIVE ITEMS. $30.00
       810-1257820-001  BRADFORD 3509LM-CHOCLATE LEATHER ROCKER RECLINER
       REFER TO DM# 732596
       DEDUCT $30.00
       PLEASE REIMBURSE FRANCHISE STORE 201 A $30.00 HANDLING FEE.
============================================================================================================================

                                                                      TOTAL COST:           30.00


                                           ** END OF LISTING **
```

```
PRINT DATE    : 12/20/2019                ART VAN FURNITURE INC.                                     PAGE NUMBER:   1
PRINT TIME    : 9:49:30                         DEBIT MEMO
DEBIT MEMO#   : 744208                                                         WAREHOUSE:  10 WAREHOUSE AV?
REQ. STORE#   :
VENDOR . . . : STD   STANDARD FURNITURE MFG CO                                   ENTRY: 12/20/2019   9:49:20 SRV808KK1
REASON . . . :                                                                   CLOSE: 12/20/2019   9:49:20 SRV808KK1

                                   DEBIT MEMO    GENERATED    SHIPPED
LINE#  VENDOR/MODEL                 QUANTITY     QUANTITY    QUANTITY    UNIT COST    EXTENDED COST
===============================================================================================================
  1                                     0            0           0           .00           30.00

       Reason . . . . :                              Service #      : 000-0000000-000   Location    :
       ACK#/Product ID:                              Delivery Date:                     Invoice     :
       Customer Name  :                              Sell at . . :    0% off            Auth        :
       Replacement Mdl:                                                                 Vend Agree: Yes

       Problem Description
       -------------------
       IN HOME DELIVERY FEE TO EXCHANGE DEFECTIVE ITEMS. $30.00
       810-1271764-001 AINSLEY-3PK OCCASIONAL TABLES
       REFER TO DM# 740137
       DEDUCT $30.00
       PLEASE REIMBURSE FRANCHISE STORE 201 A $30.00 HANDLING FEE.
===============================================================================================================

                                                                               TOTAL COST:           30.00

                                         ** END OF LISTING **
```