# EXHIBIT B

Exhibit B

| Store # | Store Name | Merchandise | Royalty | Delivery & Shuttle Fees | Warranty | Other | Statement Total | Marketing Exp Invoice | Total AR |
|---|---|---|---|---|---|---|---|---|---|
| 205 | Sault Ste Marie | $ 40,470.54 | $ 3,738.20 | | $ 2,138.60 | $ (1,451.34) | $ 44,896.00 | $ 8,898.37 | $ 53,794.37 |

## Account Status

### 205 Sault Ste Marie

| Invoice Number | Type | Invoice Date | Due Date | Currency | Invoice Amount | Balance Due |
|---|---|---|---|---|---|---|
| 205-0000964 | Merchandise INV | 25-FEB-20 | 11-MAR-20 | USD | 18,548.97 | 18,548.97 |
| R205030820 | Royalty INV | 08-MAR-20 | 11-MAR-20 | USD | 3,738.20 | 3,738.20 |
| 205-0000965 | CPU VIA Merch INV | 29-FEB-20 | 15-MAR-20 | USD | (801.34) | (801.34) |
| 205-0000966 | CPU VIA Fees INV | 29-FEB-20 | 15-MAR-20 | USD | (150.00) | (150.00) |
| 205-0000967 | Warranty INV | 29-FEB-20 | 15-MAR-20 | USD | 1,542.91 | 1,542.91 |
| 205-0000968 | Gift Cards INV | 29-FEB-20 | 15-MAR-20 | USD | (500.00) | (500.00) |
| 205-0000969 | Merchandise INV | 03-MAR-20 | 18-MAR-20 | USD | 21,921.57 | 21,921.57 |
| 205-0000970 | Warranty INV | 08-MAR-20 | 23-MAR-20 | USD | 595.69 | 595.69 |
|  |  |  |  |  | Total Due | 44,896.00 |

Report Run Date - 15-MAR-2020

# FRANCHISE BILLING FORM
## ART VAN FURNITURE

| MONTH | NOVEMBER | | | | | | INVOICE DATE: | 1/16/2020 |
|---|---|---|---|---|---|---|---|---|
| STORE | 205 | SAULT STE MARIE | | | | | DUE DATE: | 1/31/2020 |
| INVOICE | 205-113019 | | | | | | | |

| STORE # | STORE NAME | BILLING DEPT | NAME | INVOICE # | DATE | DESCRIPTION | Q | PRICE | SUBTOTAL | FREIGHT/ROUNDING | TAX | GRAND TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 205 | SAULT STE MARIE | IT | AT&T MOBILITY | 87236900008X10252019 | 11/1/19 | TELECOM SERVICES | 1 | 13.55 | 13.55 | | | 13.55 |
| 205 | SAULT STE MARIE | ART VAN | DAMAGE & REPAIR CREDITS | 113019 | 11/30/19 | DAMAGE & REPAIR CREDITS | 1 | (275.00) | (275.00) | | | (275.00) |
| 205 | SAULT STE MARIE | ART VAN | ELITE REWARDS | 113019 | 11/30/19 | ELITE REWARDS FOR NOVEMBER 2019 | 1 | 250.00 | 250.00 | | | 250.00 |
| 205 | SAULT STE MARIE | ART VAN | ELITE REWARDS | 123118 | 12/31/18 | ELITE REWARDS FOR JAN-DEC 2018 (PYMT 11 OF 12) | 1 | 685.25 | 685.25 | | | 685.25 |
| 205 | SAULT STE MARIE | ADVERTISING | GRAPHICS EAST | 81016 | 10/15/19 | ANNIVERSARY SALE POSTERS 18X24 GE#81026 | 12 | 11.71 | 11.71 | 8.30 | 0.70 | 20.71 |
| 205 | SAULT STE MARIE | ADVERTISING | GRAPHICS EAST | 81165 | 10/25/19 | NOVEMBER 2019 EVENT POSTERS-2 VERSIONS GE#81026 | 12 | 20.66 | 20.66 | 7.16 | 1.24 | 29.06 |
| 205 | SAULT STE MARIE | ADVERTISING | GRAPHICS EAST | 81381 | 11/7/19 | NOVEMBER 2019 EVENT POSTERS-2 -1 VERSIONS GE#81200 | 13 | 15.21 | 15.21 | | 0.91 | 16.12 |
| 205 | SAULT STE MARIE | ADVERTISING | GRAPHICS EAST | 81615 | 11/22/19 | POSAGE-MUMBO POSTCARD-ONE BIG HOLIDAY SALE 12/7 GE#81519 | 13,605 | | | | | 2,672.35 |
| 205 | SAULT STE MARIE | ADVERTISING | NTVB MEDIA | 29116 | 10/31/19 | ART VAN ISSUE DATE 10/11/19 COLUMBUS DAY | 50 | | 0.87 | 0.16 | | 1.03 |
| 205 | SAULT STE MARIE | ADVERTISING | NTVB MEDIA | 29117 | 10/31/19 | ART VAN ISSUE DATE 10/13/19 COLUMBUS DAY 12PAGE TABLOID | 50 | | 134.10 | 11.20 | | 145.30 |
| 205 | SAULT STE MARIE | ADVERTISING | NTVB MEDIA | 29205 | 11/13/19 | ART VAN ISSUE DATE: 11/1/19 BLACK SATURDAY 8PG TAB | 3,350 | | - | | | 123.90 |
| 205 | SAULT STE MARIE | ADVERTISING | NTVB MEDIA | 29206 | 11/8/19 | ART VAN ISSUE DATE: 11/8/19 VETERANS DAY 4 PAGE FULL | 3,350 | | - | | | 124.02 |
| 205 | SAULT STE MARIE | ADVERTISING | NTVB MEDIA | 29207 | 11/18/19 | ART VAN ISSUE DATE: 11/10/19 VETERANS DAY (PURESLEEP) 4PG TAB | 3,350 | | - | | | 64.61 |
| 205 | SAULT STE MARIE | ADVERTISING | NTVB MEDIA | 29208 | 10/31/19 | ART VAN ISSUE DATE: 11/28/19 BLACK FRIDAY 8PG DOUBLE GATE | 3,350 | | - | | | 190.50 |
| 205 | SAULT STE MARIE | ADVERTISING | NTVB MEDIA | 29210 | 11/18/19 | ART VAN ISSUE DATE: 11/15/19 BLACK SATURDAY RELOADED 8PG TAB | 3,350 | | - | | | 125.35 |
| 205 | SAULT STE MARIE | ADVERTISING | NTVB MEDIA | 29211 | 11/18/19 | ART VAN ISSUE DATE: 11/24/19 BLACK FRIDAY MATTRESS-ONLY 4PG FULL | 3,350 | | - | | | 114.13 |
| 205 | SAULT STE MARIE | ADVERTISING | NTVB MEDIA | 29209R | 11/18/19 | ART VAN ISSUE DATE: 11/10/19 VETERANS DAY (FURNITURE ONLY) | 50 | | - | | | 1.71 |
| 205 | SAULT STE MARIE | ADVERTISING | SCREEN WORKS | 69065 | 10/30/19 | VETERANS DAY VERTICAL WINDOW BANNERS 30X50 | 2 | 22.80 | 45.60 | | 2.74 | 48.34 |
| 205 | SAULT STE MARIE | ADVERTISING | SCREEN WORKS | 69125 | 11/13/19 | BLACK FRIDAY SALE VERTICAL WINDOW BANNERS 30X50 | 2 | | 45.60 | | 2.74 | 48.34 |
| 205 | SAULT STE MARIE | ART VAN | TEMPUS TECHNOLOGIES, INC | 101941532 | 10/1/19 | COMPLIANCE FEE FOR CC CHIP READER - SEPT 2019 | 1 | 29.00 | 29.00 | | | 29.00 |
| 205 | SAULT STE MARIE | ART VAN | TEMPUS TECHNOLOGIES, INC | 111942869 | 10/1/19 | COMPLIANCE FEE FOR CC CHIP READER - OCT 2019 | 1 | 29.00 | 29.00 | | | 29.00 |
| | | | | | | | | | | | | 4,457.27 |

```
Run Date   .  .  :   /10/2019                              ART VA      NITURE                                      961229/ACC  RC_SRV_CD
Run Time   .  .  :   11:33:03                           Franchise Service Credits                                  MAN898R/NEWSYS
Store  .  .  .  :   205 SAULT STE MARIE                 11/01/2019 to 11/30/2019
Page   .  .  .  :   00001
Vendor/Model         Debit Memo#      Service#      Road Service  Delivery Prp  Damage Reprs
==================================================================================================
ENG    6636N-III                      808-1822158-001      75.00          .00           .00
SOUMO  864-62P-PWR                    808-1822160-001      50.00          .00           .00
LZB    SO-1HR-512-B157774             808-1822167-001      75.00          .00           .00
KUKA   KM181H-32AHE                   808-1822169-001      75.00          .00           .00
==================================================================================================
Total  .  .  . :                                          275.00          .00           .00     275.00
```

Franchise Elite rewards
November 30, 2019

| Orig invoice | Delivered date | Model | Retail Sale | Last cost | Store |
|---|---|---|---|---|---|
| 205-0141118 | 20191112 | 50IN-TV | 250.00 | 250.00 | 205 |

# FRANCHISE BILLING FORM

## ART VAN FURNITURE

| DECEMBER | 2019 | | | | | | | INVOICE DATE: | | 3/8/2020 |
|---|---|---|---|---|---|---|---|---|---|---|
| STORE | 205 | SAULT STE MARIE | | | | | | DUE DATE: | | 3/23/2020 |
| INVOICE | 205-123119 | | | | | | | | | |

### FRANCHISE / VENDOR / INVOICE DETAIL

| STORE # | STORE NAME | BILLING DEPT | NAME | INVOICE # | DATE | DESCRIPTION | Q | PRICE | SUBTOTAL | FREIGHT/ ROUNDING | TAX | GRAND TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 205 | SAULT STE MARIE | IT | AT&T MOBILITY | 287236900008X11252019 | 12/1/19 | TELECOM SERVICES | 1 | 13.50 | 13.50 | | | 13.50 |
| 205 | SAULT STE MARIE | ART VAN | DAMAGE/REPAIR CREDITS - ART VAN | 123119 | 12/31/19 | DAMAGE & REPAIR CREDITS | 1 | (550.00) | (550.00) | | | (550.00) |
| 205 | SAULT STE MARIE | ADVERTISING | FALL 2019 CATALOG | 123119 | 12/31/19 | FALL 2019 CATALOG MASS MAILING | 1 | 2,438.80 | 2,438.80 | | | 2,438.80 |
| 205 | SAULT STE MARIE | ART VAN | ART VAN | 205-014416 | 12/16/19 | COST RECONCILIATION REQUEST - CREDIT | 1 | (29.56) | (29.56) | | | (29.56) |
| 205 | SAULT STE MARIE | ART VAN | ELITE REWARDS | 123118 | 12/31/18 | ELITE REWARDS FOR JAN-DEC 2018 (PYMT 12 OF 12) | 1 | 685.24 | 685.24 | | | 685.24 |
| 205 | SAULT STE MARIE | ART VAN | ELITE REWARDS | 123119 | 12/31/19 | ELITE REWARDS FOR DECEMBER 2019 | 1 | 150.00 | 150.00 | | | 150.00 |
| 205 | SAULT STE MARIE | ART VAN | MULTIPLE VENDOR DM'S | 123119 | 12/31/19 | VENDOR CREDITS (SEE ATTACHED) | 1 | (270.00) | (270.00) | | | (270.00) |
| 205 | SAULT STE MARIE | ADVERTISING | GRAPHIC EAST | 81550 | 11/20/19 | BLACK FRIDAY FREE SEALY BED IN BOX POSTERS GE#81457 | 1 | | 7.29 | | 0.44 | 7.73 |
| 205 | SAULT STE MARIE | ADVERTISING | GRAPHIC EAST | 81581 | 11/19/19 | 2019 TOYS FOR TOTS POSTERS GE#81414 | 2 | | 12.79 | | 0.77 | 13.56 |
| 205 | SAULT STE MARIE | ADVERTISING | GRAPHIC EAST | 81582 | 11/19/19 | DECEMBER 2019 EVENT POSTERS 12/4 WINTER HOLIDAY SALE 12/12 BLKFRI | 12 | | 13.63 | | 0.82 | 14.45 |
| 205 | SAULT STE MARIE | ADVERTISING | GRAPHIC EAST | 81583 | 11/19/19 | BLACK FRIDAY GIFT CARDS GE#81401 | 200 | | 7.36 | | 0.44 | 7.80 |
| 205 | SAULT STE MARIE | ADVERTISING | GRAPHIC EAST | 81708 | 11/27/19 | MUMBO POSTCARD-ONE BIG HOLIDAY SALE 12/7 FRANCHISE/INSTORE | 13,605 | | 1,328.66 | 21.62 | 79.72 | 1,430.00 |
| 205 | SAULT STE MARIE | ADVERTISING | GRAPHIC EAST | 81963 | 12/17/19 | DECEMBER 2019 WVENT POSTERS ROUND 2-2 VERSIONS GE#81954 | 12 | | 14.94 | 13.93 | 0.90 | 29.77 |
| 205 | SAULT STE MARIE | ADVERTISING | NTVB MEDIA, INC | 29227 | 11/27/19 | ART VAN ISSUE DATE: 11/22/19 BLACK FRIDAY PREVIEW | 3,350 | | | | | 121.56 |
| 205 | SAULT STE MARIE | ADVERTISING | NTVB MEDIA, INC | 29344 | 12/13/19 | ART VAN ISSUE DATE: 12/29/19 MATTRESS ONLY 4PG TAB | 50 | | | | | 0.95 |
| 205 | SAULT STE MARIE | IT | PCM | 90786953 | 11/15/19 | REPLACEMENT OF OUTDATED COMPUTERS | 1 | 348.31 | 348.31 | | | 348.31 |
| 205 | SAULT STE MARIE | ART VAN | TEMPUS TECHNOLOGIES, INC | 121943904 | 12/1/19 | COMPLIANCE FEE FOR CC CHIP READER | 1 | 29.00 | 29.00 | | | 29.00 |

**GRAND TOTAL** 205 $ 4,441.10

```
Run Date   . :   10/2020                                                                                      990708/ACC   RC_SRV_CD
Run Time   . :   3:03:25                                                                                      MAN898R/NEWSYS
Store  . . . : 205 SAULT STE MARIE                      ART VAN FURNITURE
Page   . . . :                                       Franchise Service Credits
Vendor/Model     00001                                 12/01/2019 to 12/31/2019
                 Debit Memo#    Service#         Road Service  Delivery Prp  Damage Reprs
================================================================================================
ASH    7050967                  808-1835045-001        50.00          .00          .00
KUKA   KM033-32AE-PWR           808-1835068-001       125.00          .00          .00
FRANK  4418-ONYX                808-1835072-001       125.00          .00          .00
BEST   9B27-PARSLEY             808-1839998-001       125.00          .00          .00
SOUMO  SO-81-21-186-14          808-1840010-001       125.00          .00          .00
================================================================================================
Total  . . :                                          550.00          .00          .00      550.00
```

Franchise Elite rewards
December 31, 2019

| Orig invoice | Delivered date | Model | Retail Sale | Last cost | Store |
|---|---|---|---|---|---|
| 205-0141528 | 20191220 | TV-43INCH | 150.00 | 150.00 | 205 |

```
PRINT DATE   : 12/14/2019                    ART VAN F~ ~ITURE INC.                              PAG~ ~UMBER:   1
PRINT TIME   : 13:25:29                              DEE ~EMO
DEBIT MEMO#  : 742865                                                    WAREHOUSE:   10 WAREHOUSE AV~
REQ. STORE#  :
VENDOR . . . : SOUMO SOUTHERN MOTION INC                                     ENTRY: 12/14/2019 13:25:26  SRV808KK1
REASON . . . :                                                               CLOSE: 12/14/2019 13:25:26  SRV808KK1

                       DEBIT MEMO   GENERATED    SHIPPED
LINE#  VENDOR/MODEL     QUANTITY     QUANTITY   QUANTITY    UNIT COST   EXTENDED COST
=============================================================================================================
  1                         0            0          0          .00          30.00

    Reason . . . . . :                       Service #  . :  000-0000000-000     Location  :
    ACK#/Product ID:                         Delivery Date:                      Invoice . :
    Customer Name  :                         Sell at . . :        0% off         Auth  . . :
    Replacement Mdl:                                                              Vend Agree: Yes

    Problem Description
    -----------------------------------------------------
    IN HOME DELIVERY FEE TO EXCHANGE DEFECTIVE ITEMS. $30.00
    810-1258850-001 GRANDSLAM 864-62P-PWR DUAL POWER SOFA
    REFER TO DM# 732997
    DEDUCT $30.00
    PLEASE REIMBURSE FRANCHISE STORE 205 A $30.00 HANDLING FEE.
=============================================================================================================
                                                               TOTAL COST:      30.00

                                   ** END OF LISTING **
```

```
PRINT DATE    : 12/14/2019                   ART VAN FURNITURE INC.                                PAGE NUMBER:    1
PRINT TIME    : 13:36:55                            DEBIT MEMO
DEBIT MEMO#   : 742870                                                         WAREHOUSE:  10 WAREHOUSE AVL
REQ. STORE#   :
VENDOR . . .  : FRANK FRANKLIN CORP                                              ENTRY:  12/14/2019  13:36:52  SRV808KK1
REASON . . .  :                                                                  CLOSE:  12/14/2019  13:36:52  SRV808KK1

                           DEBIT MEMO    GENERATED    SHIPPED
LINE#  VENDOR/MODEL         QUANTITY     QUANTITY    QUANTITY        UNIT COST    EXTENDED COST
===================================================================================================
  1                              0           0           0                .00           30.00

   Reason . . . :                              Location    :
   ACK#/Product ID:                            Invoice     :
   Customer Name :          Service #  . :  000-0000000-000   Auth     . :
   Replacement Mdl:         Delivery Date:                 Vend Agree: Yes
                            Sell at  . . :     0% off

   Problem Description
   ----------------------------------------------------
   IN HOME DELIVERY FEE TO EXCHANGE DEFECTIVE ITEMS $30.00
   810-1261722-001 HECTOR 76423-83 POWER ROCKING LOVESEAT
   REFER TO DM# 734761
   DEDUCT $30.00
   PLEASE REIMBURSE FRANCHISE STORE 205 A $30.00 HANDLING FEE.
===================================================================================================

                                                         TOTAL COST:         30.00

                                       ** END OF LISTING **
```

```
PRINT DATE    12/16/2019                    ART VAN F^ITURE INC.                                    PAG^  ^UMBER:   1
PRINT TIME     8:52:14                              DEB   )EMO
DEBIT MEMO#  : 743034                                                    WAREHOUSE:  10 WAREHOUSE AV^
REQ. STORE# :
VENDOR . . . : NCF    NEW CLASSIC FURNITURE                                      ENTRY: 12/16/2019  8:52:12  SRV808KK1
REASON . . . :                                                                   CLOSE: 12/16/2019  8:52:12  SRV808KK1

                            DEBIT MEMO   GENERATED   SHIPPED
LINE#  VENDOR/MODEL          QUANTITY    QUANTITY    QUANTITY    UNIT COST   EXTENDED COST
===============================================================================================
  1                              0           0          0            .00         30.00

        Reason . . . :                        Location    :
        ACK#/Product ID:                      Invoice . . :
        Customer Name :       Service # : 000-0000000-000  Auth  . . :
        Replacement Mdl:      Delivery Date:               Vend Agree: Yes
                              Sell at . . :   0% off

        Problem Description
        ----------------------------------
        IN HOME DELIVERY FEE TO EXCHNAGE DEFECTIVE ITEMS. $30.00
        810-1259837-001 LEGATO L8208-13PH DUAL POWER GLIDER RECLINER
        REFER TO DM# 733885
        DEDUCT $30.00
        PLEASE REIMBURSE FRANCHISE SOTRE 205 A $30.00 HANDLING FEE.

===============================================================================================
                                                              TOTAL COST:           30.00

                                      ** END OF LISTING **
```

```
PRINT DATE  :  12/16/2019                    ART VAN FURNITURE INC.                                  PAGE NUMBER:    1
PRINT TIME  :     9:46:36                           DEB MEMO
DEBIT MEMO# :      743129
REQ. STORE# :                                                          WAREHOUSE: 10 WAREHOUSE AVE
VENDOR .  . :  LZB   LA-Z-BOY CHAIR COMPANY                                        ENTRY: 12/16/2019  9:46:34 SRV808KK1
REASON .  . :                                                                      CLOSE: 12/16/2019  9:46:34 SRV808KK1

                              DEBIT MEMO   GENERATED   SHIPPED
LINE#  VENDOR/MODEL            QUANTITY    QUANTITY    QUANTITY      UNIT COST    EXTENDED COST
==================================================================================================
   1                               0           0          0              .00           30.00

          Reason . . . :                            Service #   . : 000-0000000-000    Location :
          ACK#/Product ID:                          Delivery Date:                     Invoice  :
          Customer Name :                           Sell at . . :       0% off         Auth . . :
          Replacement Mdl:                                                              Vend Agree: Yes

          Problem Description
          -------------------
          IN HOME DELIVERY FEE TO EXCHANGE DEFECTIVE ITEMS. $30.00
          810-1258858-001 JAY 44U-706-DLPWR DUAL POWER RELCINING SOFA
          REFER TO DM# 732964
          DEDUCT $30.00
          PLEASE REIMBURSE FRANCHISE STORE 205 A $30.00 HANDLING FEE.
==================================================================================================

                                                         TOTAL COST:             30.00

                                       ** END OF LISTING **
```

```
PRINT DATE  : 12/16/2019              ART VAN F  TURE INC.                              PAG     MBER:    1
PRINT TIME  : 10:17:17                         DEB   EMO
DEBIT MEMO# : 743149                                              WAREHOUSE:  10 WAREHOUSE AVE
REQ. STORE# :
VENDOR .  . : LZB    LA-Z-BOY CHAIR COMPANY                               ENTRY: 12/16/2019 10:17:16 SRV808KK1
REASON .  . :                                                             CLOSE: 12/16/2019 10:17:16 SRV808KK1

                              DEBIT MEMO   GENERATED   SHIPPED
LINE#  VENDOR/MODEL            QUANTITY    QUANTITY    QUANTITY     UNIT COST   EXTENDED COST
=====================================================================================================
  1                                0           0          0             .00         30.00

       Reason . . . . :                     Service # . : 000-0000000-000      Location  :
       ACK#/Product ID:                     Delivery Date:                     Invoice   :
       Customer Name  :                     Sell at . . :   0% off             Auth  . . :
       Replacement Mdl:                                                        Vend Agree: Yes

       Problem Description
       -------------------
       IN HOME DELIVERY FEE TO EXCHANGE DEFECTIVE ITEMS. $30.00
       810-1267514-001 SO-1PH-519-D143078 LIFT POWER RECLINER
       REFER TO DM# 737155
       DEDUCT $30.00
       PLEASE REIMBURSE FRANCHISE STORE 205 A $30.00 HANDLING FEE.
=====================================================================================================
                                                                   TOTAL COST:         30.00

                                      ** END OF LISTING **
```

```
PRINT DATE   : 12/16/2019                  ART VAN F` `TURE INC.                                    PAG`  `MBER:    1
PRINT TIME   : 12:00:58                              DEB  `EMO
DEBIT MEMO#  : 743190                                                      WAREHOUSE: 10 WAREHOUSE AV`
REQ. STORE#  :
VENDOR . . . : STD   STANDARD FURNITURE MFG CO                                   ENTRY: 12/16/2019 12:00:56 SRV808KK1
REASON . . . :                                                                   CLOSE: 12/16/2019 12:00:56 SRV808KK1

                                 DEBIT MEMO   GENERATED    SHIPPED
LINE#  VENDOR/MODEL                QUANTITY    QUANTITY   QUANTITY     UNIT COST   EXTENDED COST
=====================================================================================================
  1                                       0           0          0           .00          30.00

       Reason . . . :                                          Location   :
       ACK#/Product ID:                    Service # . : 000-0000000-000  Invoice    :
       Customer Name :                     Delivery Date:                 Auth       :
       Replacement Mdl:                    Sell at . . :    0% off        Vend Agree: Yes

       Problem Description
       -------------------------------------------------------
       IN HOME DELIVERY FEE TO EXCHANGE DEFECTIVE ITEMS. $30.00
       810-1270570-001 NELSON 17126D TRESTLE DINING TABLE
       REFER TO DM# 739387
       DEDUCT $30.00
       PLEASE REIMBURSE FRANCHISE STORE 205 A $30.00 HANDLING FEE.
=====================================================================================================

                                                                         TOTAL COST:          30.00

                                          ** END OF LISTING **
```

```
PRINT DATE   : 12/16/2019                ART VAN FURNITURE INC.                                    PAGE NUMBER:   1
PRINT TIME   : 14:31:16                        DEBIT MEMO
DEBIT MEMO#  : 743232
REQ. STORE#  :                                                            WAREHOUSE:  10 WAREHOUSE AVb
VENDOR . . . : MENG  MSTAR INTERNATIONAL TRADING                          ENTRY:  12/16/2019 14:31:14 SRV8O8KK1
REASON . . . :                                                            CLOSE:  12/16/2019 14:31:14 SRV8O8KK1

                          DEBIT MEMO   GENERATED    SHIPPED
LINE#  VENDOR/MODEL        QUANTITY    QUANTITY    QUANTITY    UNIT COST   EXTENDED COST
===============================================================================================
  1                             0           0           0          .00          30.00

       Reason . . . . :                       Service # . . :  000-0000000-000    Location :
       ACK#/Product ID:                       Delivery Date:                      Invoice  :
       Customer Name  :                       Sell at . . :     0% off            Auth . . :
       Replacement Mdl:                                                            Vend Agree: Yes

       Problem Description
       -----------------------------------------------------------------
       IN SHOP FEE TO HANDLE DEFECTIVE ITEMS $30.00
       810-1267493-001 ERO MNY2007-6P POWER RECLINING SOFA
       INVOICE# 205-0137561 SKU/SERIAL# 340076825-006627
       810-1267476-001 ERO MNY2007-5P POWER RECLINING LOVESEAT
       INVOICE# 205-0137561 SKU/SERIAL# 340076826-003880
       DEDUCT $30.00
       PLEASE REIMBURSE FRANCHISE STORE 205 A $30.00 HANDLING FEE.
===============================================================================================
                                                                          TOTAL COST:         30.00


                                     ** END OF LISTING **
```

```
PRINT DATE  : 12/17/2019                    ART VAN FURNITURE INC.                                    PAGE NUMBER:      1
PRINT TIME  : 8:48:01                             DEBIT MEMO
DEBIT MEMO# : 743233
REQ. STORE# :                                                              WAREHOUSE:  10 WAREHOUSE AVE
VENDOR . . : MENG  MSTAR INTERNATIONAL TRADING                                 ENTRY: 12/16/2019 14:33:32 SRV8808KK1
REASON . . :                                                                   CLOSE: 12/16/2019 14:33:32 SRV8808KK1

                              DEBIT MEMO   GENERATED   SHIPPED
LINE#  VENDOR/MODEL            QUANTITY     QUANTITY   QUANTITY    UNIT COST  EXTENDED COST
===================================================================================================================
  1                                 0           0          0            .00          30.00

       Reason . . . . . :                         Service # . . : 000-0000000-000    Location . :
       ACK#/Product ID: :                         Delivery Date:                     Invoice  . :
       Customer Name  . :                         Sell at . . :     0% off           Auth . . . :
       Replacement Mdl: :                                                            Vend Agree: Yes

       Problem Description
       -----------------------------------------------------------
       IN SHOP FEE TO HANDLE DEFECTIVE ITEMS $30.00
       810-1267386-001 ERO MNY2007-50 RECLINING CONSOLE LOVESEAT
       INVOICE# 205-0137485 SKU/SERIAL# 340068685-006113
       810-1267387-001 ERO MNY2007-50 RECLINING CONSOLE LOVESEAT
       INVOICE# 205-0137485 SKU/SERIAL# 340068685-006112
       DEDUCT $30.00
       PLEASE REIMBURSE FRANCHISE STORE 205 A $30.00 HANDLING FEE.
===================================================================================================================
                                                                               TOTAL COST:         30.00

                                              ** END OF LISTING **
```

```
PRINT DATE    : 12/17/2019                   ART VAN F[URNI]TURE INC.                              PAG[E N]UMBER:    1
PRINT TIME    : 8:48:06                              DEB[IT M]EMO
DEBIT MEMO#   : 743234                                                      WAREHOUSE:  10 WAREHOUSE AV[E]
REQ. STORE#   :
VENDOR . . . : MENG  MSTAR INTERNATIONAL TRADING                                      ENTRY: 12/16/2019  14:34:53  SRV8808KK1
REASON . . . :                                                                        CLOSE: 12/16/2019  14:34:53  SRV8808KK1

                                 DEBIT MEMO    GENERATED    SHIPPED
LINE#  VENDOR/MODEL                QUANTITY     QUANTITY   QUANTITY        UNIT COST   EXTENDED COST
========================================================================================================
  1                                       0            0          0              .00           30.00

        Reason . . . :                                Service # . . : 000-0000000-000    Location  :
        ACK#/Product ID:                              Delivery Date:                     Invoice . :
        Customer Name :                               Sell at . . :           0% off     Auth  . . :
        Replacement Mdl:                                                                 Vend Agree: Yes

        Problem Description
        ------------------------------------------------
        IN SHOP FEE TO HANDLE DEFECTIVE ITEMS $30.00
        810-12674459-001 ERO MNY2007-91 ROCKER RECLINER
        INVOICE# 205-0138570 SKU/SERIAL# 340068686-004265
        DEDUCT $30.00
        PLEASE REIMBURSE FRANCHISE STORE 205 A $30.00 HANDLING FEE.

========================================================================================================
                                                                            TOTAL COST:          30.00

                                                ** END OF LISTING **
```