To Whom It May Concern ;  United States Bankruptcy Court and / or Pachulski Stang Ziehl & Jones

    I am sending this letter in regards to case # 20-10553 in relation to the Art Van Furniture LLC summons. (CTG)

    I have made several attempts to reach by telephone , ( 302-652-4100) , the office of Pachulski Stang Ziehl & Jones LLP with no success. I have left messages with my business phone # ( 989-362-2388) and my personal phone # ( 989-305-0520) and have yet to receive a return call.

    I have left messages on December 12 and December 19 of 2021 for Bradford Sandler.

I have left messages on May 13 and May 16 for Ms Jones , I have left a message on May 20 on the general answering service. These messages have been left with my business and personal phone #'s.

    I am making an attempt to resolve this issue but with no response. With these phone #'s You can reach me (24) hours a day.

                        Thank You

                        Daniel Murphy  06/01/2022

2022 JUN -6  AM 10: 44  FILED