IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| ART VAN FURNITURE, LLC, et al.,[1] | Case No. 20-10553 (CSS) |
| Debtors. | Jointly Administered |
| | Re: Docket No. 1448 |

**CERTIFICATION OF NO OBJECTION REGARDING FOURTH INTERIM (NON-CONTINGENCY) APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PACHULSKI STANG ZIEHL & JONES LLP, AS COUNSEL TO THE CHAPTER 7 TRUSTEE, FOR THE PERIOD FROM OCTOBER 1, 2021 THROUGH MARCH 31, 2022**

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the relief requested in the *Fourth Interim (Non-Contingency) Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Counsel to the Chapter 7 Trustee, for the Period From October 1, 2021 Through March 31, 2022* (the "Application") [Docket No. 1448] filed on May 25, 2022. The undersigned further certifies that he has caused the Court's docket in this case to be reviewed and no answer, objection or other responsive pleading to the relief requested in the Application appears thereon. Pursuant to the *Notice of Fourth Interim (Non-Contingency) Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Counsel to the Chapter 7 Trustee, for the Period From October 1, 2021 Through March 31, 2022* (the "Notice"), responses to the Application were to be filed and served no later than June 8, 2022 at 4:00 p.m. prevailing Eastern Time.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, include: Art Van Furniture, LLC (9205); AVF Holding Company, Inc. (0291); AVCE, LLC (2509); AVF Holdings I, LLC (2537); AVF Holdings II, LLC (7472); AVF Parent, LLC (3451); Levin Parent, LLC (8052); Art Van Furniture of Canada, LLC (9491); AV Pure Sleep Franchising, LLC (8968); AVF Franchising, LLC (6325); LF Trucking, Inc. (1484); Sam Levin, Inc. (5198); and Comfort Mattress LLC (4463).

DOCS_DE:232038.2 05233/003

Attached hereto as **Exhibit A** is a proposed order to approve the Application (the "Proposed Order"). It is respectfully requested that the Court enter the Proposed Order as its earliest convenience.

Dated: June 9, 2022                                  PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Peter J. Keane*
Bradford J. Sandler (DE Bar No. 4142)
Colin R. Robinson (DE Bar No. 5524)
Peter J. Keane (DE Bar No. 5503)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899 (Courier 19801)
Telephone:  (302) 652-4100
Facsimile:  (302) 652-4400
Email:       bsandler@pszjlaw.com
                crobinson@pszjlaw.com
                pkeane@pszjlaw.com

*Counsel to Alfred T. Giuliano, Chapter 7 Trustee*