IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| START MAN FURNITURE, LLC, et al.,[1] | Case No. 20-10553 (CTG) |
| Debtors. | (Jointly Administered) |

**NOTICE OF AGENDA FOR HEARING SCHEDULED ON JUNE 15, 2022 AT 10:00 A.M. (PREVAILING EASTERN TIME), BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, LOCATED AT 824 NORTH MARKET STREET, 5TH FLOOR, COURTROOM NO. 6, WILMINGTON, DELAWARE 19801**

**PLEASE NOTE: THE HEARING IS CANCELED WITH PERMISSION OF THE COURT AS NO MATTERS ARE SCHEDULED TO GO FORWARD.**

**RESOLVED MATTERS:**

1. Third Omnibus Motion of Alfred T. Giuliano, Chapter 7 Trustee, to Approve Settlement Agreements [Filed: 3/11/22] (Docket No. 1396).

   Response Deadline: February 11, 2022, at 4:00 p.m. ET

   Responses Received: None.

   Related Documents:

   a. Certification of No Objection Regarding Third Omnibus Motion of Alfred T. Giuliano, Chapter 7 Trustee, to Approve Settlement Agreements [Filed: 3/28/22] (Docket No. 1406).

   b. [Signed] Order Granting Third Omnibus Motion of Alfred T. Giuliano, Chapter 7

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, include: Start Man Furniture, LLC (f/k/a Art Van Furniture, LLC) (9205); SVF Holding Company, Inc. (f/k/a AVF Holding Company, Inc.) (0291); SVCE, LLC (f/k/a AVCE, LLC) (2509); StartVF Holdings I, LLC (f/k/a AVF Holdings I, LLC) (2537); StartVF Holdings II, LLC (f/k/a AVF Holdings II, LLC) (7472); SVF Parent, LLC (f/k/a AVF Parent, LLC) (3451); Levin Parent, LLC (8052); Start Man Furniture of Canada, LLC (f/k/a Art Van Furniture of Canada, LLC) (9491); SV Sleep Franchising, LLC (f/k/a AV Pure Sleep Franchising, LLC) (8968); SVF Franchising, LLC (f/k/a AVF Franchising, LLC) (6325); LF Trucking, Inc. (1484); Sam Levin, Inc. (5198); and Comfort Mattress LLC (4463).

      Trustee, to Approve Settlement Agreements [Filed: 4/4/22] (Docket No. 1412).

      Status: The Court has entered an order on this matter. No hearing is necessary

2. Supplemental Application of the Chapter 7 Trustee for an Order Authorizing Retention of Archer & Greiner, P.C. as Special Counsel to the Chapter 7 Trustee Nunc Pro Tunc to December 1, 2020 [Filed: 3/16/22] (Docket No. 1399).

    Response Deadline: March 30, 2022, at 4:00 p.m. ET

    Responses Received: None.

    Related Documents:

    a. Certification of No Objection Regarding Supplemental Application of the Chapter 7 Trustee for an Order Authorizing Retention of Archer & Greiner, P.C. as Special Counsel to the Chapter 7 Trustee Nunc Pro Tunc to December 1, 2020 [Filed: 3/31/22] (Docket No. 1407).

    b. [Signed] Order Approving Supplemental Application of the Chapter 7 Trustee for an Order Authorizing Retention of Archer & Greiner, P.C. as Special Counsel to the Chapter 7 Trustee Nunc Pro Tunc to December 1, 2020 [Filed: 4/5/22] (Docket No. 1415).

    Status: The Court has entered an order on this matter. No hearing is necessary.

3. Fifth Motion of Alfred T. Giuliano, Chapter 7 Trustee, for Order (A) Enlarging the Period Within Which the Chapter 7 Trustee May Remove Actions and (B) Granting Related Relief [Filed: 5/13/22] (Docket No. 1447).

    Response Deadline: May 27, 2022, at 4:00 p.m. ET

    Responses Received: None.

    Related Documents:

    a. Certification of No Objection Regarding Fifth Motion of Alfred T. Giuliano, Chapter 7 Trustee, for Order (A) Enlarging the Period Within Which the Chapter 7 Trustee May Remove Actions and (B) Granting Related Relief [Filed: 6/1/22] (Docket No. 1450).

    b. [Signed] Fifth Order (A) Enlarging the Period Within Which the Chapter 7 Trustee May Remove Actions and (B) Granting Related Relief [Filed: 6/6/22] (Docket No. 1452).

    Status: The Court has entered an order on this matter. No hearing is necessary.

**QUARTERLY FEE APPLICATIONS:**

4.  Quarterly Fee Applications are scheduled to go forward at this hearing. Attached hereto as Exhibit A is a complete list of those quarterly fee applications scheduled to be heard. The items listed on Exhibit A hereto correspond to the order of the fee applications, and documents related thereto, that were previously submitted to the Court, pursuant to the Court's Chambers' Procedures.

    Responses Received: None.

    Related Documents: None.

    Status: The Chapter 7 Trustee has filed certifications of no objection on all quarterly fee applications scheduled for this hearing. No hearing is necessary.

Dated: June 13, 2022                PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Peter J. Keane*
Bradford J. Sandler (DE Bar No. 4142)
Colin R. Robinson (DE Bar No. 5524)
Peter J. Keane (DE Bar No. 5503)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899 (Courier 19801)
Telephone: 302-652-4100
Facsimile:  302-652-4400
E-mail:  bsandler@pszjlaw.com
             crobinson@pszjlaw.com
             pkeane@pszjlaw.com

*Counsel to Alfred T. Giuliano, Chapter 7 Trustee*