# EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> START MAN FURNITURE, LLC, et al.,[1] <br><br> Debtors. | Chapter 7 <br><br> Case No. 20-10553 (CTG) <br><br> (Jointly Administered) |

**AMENDED[2] INDEX TO QUARTERLY FEE APPLICATION BINDER IN CONNECTION WITH THE HEARING SCHEDULED ON JUNE 15, 2022 AT 10:00 A.M. (EASTERN TIME)**

**QUARTERLY FEE APPLICATIONS:**

1. Fourth Interim ("Non-Contingency") Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Counsel to the Chapter 7 Trustee, for the Period From October 1, 2021 Through March 31, 2022 [Filed: 5/25/22] (Docket No. 1448).

   Response Deadline: June 8, 2022 at 4:00 p.m. (ET).

   Responses Received: None.

   Related Documents:

   A. Certification of No Objection Regarding Fourth Interim ("Non-Contingency") Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Counsel to the Chapter 7 Trustee, for the Period From October 1, 2021 Through March 31, 2022 [Filed: 6/9/22] (Docket No. 1453).

   **Status: The Chapter 7 Trustee has filed a certification of no objection. Accordingly, no hearing on this matter is necessary unless requested by the Court.**

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, include: Start Man Furniture, LLC (f/k/a Art Van Furniture, LLC) (9205); SVF Holding Company, Inc. (f/k/a AVF Holding Company, Inc.) (0291); SVCE, LLC (f/k/a AVCE, LLC) (2509); StartVF Holdings I, LLC (f/k/a AVF Holdings I, LLC) (2537); StartVF Holdings II, LLC (f/k/a AVF Holdings II, LLC) (7472); SVF Parent, LLC (f/k/a AVF Parent, LLC) (3451); Levin Parent, LLC (8052); Start Man Furniture of Canada, LLC (f/k/a Art Van Furniture of Canada, LLC) (9491); SV Sleep Franchising, LLC (f/k/a AV Pure Sleep Franchising, LLC) (8968); SVF Franchising, LLC (f/k/a AVF Franchising, LLC) (6325); LF Trucking, Inc. (1484); Sam Levin, Inc. (5198); and Comfort Mattress LLC (4463).

[2] **Amended items are in bold.**

2.    Fifth Interim (Contingent) Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Counsel to the Chapter 7 Trustee, for the Period From April 7, 2020 Through April 4, 2022 [Filed: 5/25/22] (Docket No. 1449).

<u>Response Deadline:</u> June 8, 2022 at 4:00 p.m. (ET).

<u>Responses Received:</u>  None as of the date of this Index.

<u>Related Documents:</u>

A.    Certification of No Objection Regarding Fifth Interim (Contingent) Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Counsel to the Chapter 7 Trustee, for the Period From April 7, 2020 Through April 4, 2022 [Filed: 6/9/22] (Docket No. 1454).

**Status:  The Chapter 7 Trustee has filed a certification of no objection. Accordingly, no hearing on this matter is necessary unless requested by the Court.**

Dated:  June 13, 2022                  PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Peter J. Keane*
Bradford J. Sandler (DE Bar No. 4142)
Colin R. Robinson (DE Bar No. 5524)
Peter J. Keane (DE Bar No. 5503)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899 (Courier 19801)
Telephone:  (302) 652-4100
Facsimile:   (302) 652-4400
Email:    bsandler@pszjlaw.com
            crobinson@pszjlaw.com
            pkeane@pszjlaw.com

*Counsel to Alfred T. Giuliano, Chapter 7 Trustee*