**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>START MAN FURNITURE, LLC, et al.,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 20-10553 (CTG)<br><br>(Jointly Administered)<br><br>Re: Docket No. 1448 |

**ORDER GRANTING
FOURTH INTERIM ("NON-CONTINGENCY") APPLICATION
FOR COMPENSATION AND REIMBURSEMENT
OF EXPENSES OF PACHULSKI STANG ZIEHL & JONES LLP,
AS COUNSEL TO THE CHAPTER 7 TRUSTEE, FOR
THE PERIOD FROM OCTOBER 1, 2021 THROUGH MARCH 31, 2022**

Pachulski Stang Ziehl & Jones LLP ("PSZ&J"), as counsel for the Chapter 7 Trustee in the above-captioned cases, filed a Fourth Interim ("Non-Contingency") application for allowance of compensation and reimbursement of expenses for October 1, 2021 through March 31, 2022 (the "Fourth Interim Fee Application"). The Court has reviewed the Fourth Interim Fee Application and finds that: (a) the district court has jurisdiction under 28 U.S.C. § 1334, which was referred to this Court under 28 U.S.C. § 157 pursuant to the *Amended Standing Order of Reference from the United States District Court for the District of Delaware*, dated February 29, 2012; (b) notice of the Fourth Interim Fee Application, and any hearing on the Fourth Interim Fee Application, was adequate under the circumstances; and (c) all persons with standing have

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, include: Start Man Furniture, LLC (f/k/a Art Van Furniture, LLC) (9205); SVF Holding Company, Inc. (f/k/a AVF Holding Company, Inc.) (0291); SVCE, LLC (f/k/a AVCE, LLC) (2509); StartVF Holdings I, LLC (f/k/a AVF Holdings I, LLC) (2537); StartVF Holdings II, LLC (f/k/a AVF Holdings II, LLC) (7472); SVF Parent, LLC (f/k/a AVF Parent, LLC) (3451); Levin Parent, LLC (8052); Start Man Furniture of Canada, LLC (f/k/a Art Van Furniture of Canada, LLC) (9491); SV Sleep Franchising, LLC (f/k/a AV Pure Sleep Franchising, LLC) (8968); SVF Franchising, LLC (f/k/a AVF Franchising, LLC) (6325); LF Trucking, Inc. (1484); Sam Levin, Inc. (5198); and Comfort Mattress LLC (4463).

DOCS_DE:239259.2 05233/003

been afforded the opportunity to be heard on the Fourth Interim Fee Application.  Accordingly, it is hereby

ORDERED that the Fourth Interim Fee Application is GRANTED, on an interim basis. Fees in the amount of $818,631.00, and costs in the amount of $23,145.83, are allowed on an interim basis.  The Chapter 7 Trustee in the above cases shall pay to PSZ&J the sum of $818,631.00 as compensation and $23,145.83 as reimbursement of expenses, for a total of $841,776.83 for services rendered and disbursements incurred by PSZ&J for the period October 1, 2021 through March 31, 2022.

ORDERED that this Order shall be immediately effective and enforceable upon its entry.

ORDERED that this Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Dated: June 27th, 2022
Wilmington, Delaware

CRAIG T. GOLDBLATT
UNITED STATES BANKRUPTCY JUDGE