# **EXHIBIT 1**

**Form of Settlement Stipulation**

IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, PENNSYLVANIA
CIVIL DIVISION

**TAX APPEAL STIPULATION**

Property Location:   10688 Perry Hwy, Wexford PA

Block & Lot No.:   1348G4

Stipulation:   It is agreed that the assessment for the above-referenced property shall be as follows:

| Year | 2019 | 2020 | 2021 | 2022 |
|---|---|---|---|---|
| Land | | | | |
| Building | | | | |
| Total Assessed | $7,800,000 | $7,800,000 | $7,800,000 | $7,800,000 |
| Agreed to Fair Market Value | $7,800,000 | $7,800,000 | $7,800,000 | $7,800,000 |

The parties hereto stipulate to settlement upon the numbers set forth above to avoid further expense of litigating disputed facts and law, and further stipulate that this Tax Appeal Stipulation shall not be construed as an admission or evidence as to the market value or assessable value in the event an appeal is filed by any party in a future tax year, and that the above-captioned appeal be marked settled and discontinued.

By the Board:   Consented to By:

_____   _____
Special Master

_____   _____
Lay Master

_____   _____
Lay Master

_____   _____
Date

**Exhibit 1**