## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE (DELAWARE)

| | |
|---|---|
| In re: | Chapter 7 |
| **Start Man Furniture LLC, et al.**<br>**fka Art Van Furniture, LLC** | Case No. 20-10553-CTG |
| **Debtor.** | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

**PLEASE TAKE NOTICE** that, pursuant to Rules 2002 and 9010 of the Federal Rules of Bankruptcy Procedure, the undersigned hereby appears in the above-captioned chapter 7 proceeding as counsel on behalf of Paul Property Management ("PPM") and requests that all notices given or required to be given in these cases, including, but not limited to, all orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether written or oral, and whether transmitted or conveyed by mail, electronic mail, ECF notice, hand delivery, telephone or otherwise, which affects PPM or this chapter 7 bankruptcy case to be served upon:

> Jordan S. Blask
> Pennsylvania Bar No. 308511
> **Frost Brown Todd LLC**
> 501 Grant Street
> Suite 800
> Pittsburgh, PA 15219
> Telephone: 412-513-4300
> Facsimile: 412-513-4299
> E-mail: jblask@fbtlaw.com

**PLEASE TAKE FURTHER NOTICE** that this entry of appearance is not intended as nor is it a consent to jurisdiction of the Bankruptcy Court over PPM, specifically but not limited to (i) its right to have final orders in non-core matters entered only after *de novo* review by a district judge, (ii) its right to a trial by jury in any proceeding triable herein, or in any case,

controversy or proceeding related hereto, (iii) its right to have the reference withdrawn by the District Court in any matter subject to mandatory, or discretionary withdrawal, or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to PPM is or may be entitled to under agreement, in law or equity, all of which rights, claims, actions, defenses, setoffs and recoupments PPM expressly reserves.

Date: July 5, 2022                                         Respectfully submitted,

**FROST BROWN TODD LLC**

By: */s/ Jordan S. Blask*
Jordan S. Blask
Pennsylvania Bar No. 308511
501 Grant Street
Suite 800
Pittsburgh, PA 15219
Telephone: 412-513-4300
Facsimile: 412-513-4299
E-mail: jblask@fbtlaw.com

**COUNSEL FOR PAUL PROPERTY MANAGEMENT**

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of July, 2022, a true and correct copy of the foregoing *Notice of Appearance and Request for Notices* was sent via ECF Noticing to all parties receiving ECF Notices in this chapter 7 cases.

*/s/ Jordan S. Blask*
Jordan S. Blask

0151022.0758311   4859-6804-1254v1