# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>START MAN FURNITURE, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 20-10553 (CTG)<br><br>(Jointly Administered) |
| ALFRED T. GIULIANO, in his capacity as Chapter 7 Trustee of Start Man Furniture, LLC, *et al.*,<br>Plaintiff,<br>vs.<br><br>LMP WORLDWIDE, INC.,<br>Defendant. | Adv. Proc. No. 22-50181 (CTG) |
| MAJESTIC MIRROR & FRAMES, INC.,<br>Defendant. | Adv. Proc. No. 22-50199 (CTG) |
| NEW ENGEN, INC.,<br>Defendant. | Adv. Proc. No. 22-50205 (CTG) |
| LOLOI, INC.,<br>Defendant. | Adv. Proc. No. 22-50213 (CTG) |
| THE DISPLAY GROUP, LTD.,<br>Defendant. | Adv. Proc. No. 22-50221 (CTG) |
| TWO UNIQUE INCORPORATED,<br>Defendant. | Adv. Proc. No. 22-50222 (CTG) |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, include: Start Man Furniture, LLC (f/k/a Art Van Furniture, LLC) (9205); SVF Holding Company, Inc. (f/k/a AVF Holding Company, Inc.) (0291); SVCE, LLC (f/k/a AVCE, LLC) (2509); StartVF Holdings I, LLC (f/k/a AVF Holdings I, LLC) (2537); StartVF Holdings II, LLC (f/k/a AVF Holdings II, LLC) (7472); SVF Parent, LLC (f/k/a AVF Parent, LLC) (3451); Levin Parent, LLC (8052); Start Man Furniture of Canada, LLC (f/k/a Art Van Furniture of Canada, LLC) (9491); SV Sleep Franchising, LLC (f/k/a AV Pure Sleep Franchising, LLC) (8968); SVF Franchising, LLC (f/k/a AVF Franchising, LLC) (6325); LF Trucking, Inc. (1484); Sam Levin, Inc. (5198); and Comfort Mattress LLC (4463).

| | |
|---|---|
| WHITEWOOD INDUSTRIES, INC. dba JOHN THOMAS FURNITURE,<br>　　　　　　　　　　　Defendant. | Adv. Proc. No. 22-50225 (CTG) |

**CERTIFICATION OF NO OBJECTION REGARDING FOURTH OMNIBUS MOTION OF ALFRED T. GIULIANO, CHAPTER 7 TRUSTEE, TO APPROVE SETTLEMENT AGREEMENTS**

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the relief requested in the *Fourth Omnibus Motion of Alfred T. Giuliano, Chapter 7 Trustee, to Approve Settlement Agreements* (the "Motion") filed on June 20, 2022. The undersigned further certifies that he has caused the Court's docket in this case to be reviewed and no answer, objection or other responsive pleading to the relief requested in the Motion appears thereon. Pursuant to the *Notice of Fourth Omnibus Motion of Alfred T. Giuliano, Chapter 7 Trustee, to Approve Settlement Agreements* (the "Notice"), responses to the Motion were to be filed and served no later than July 5, 2022 at 4:00 p.m. prevailing Eastern Time.

It is hereby respectfully requested that the proposed order attached hereto as Exhibit A be entered at the Court's earliest convenience.

Dated: July 13, 2022

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Peter J. Keane*
Bradford J. Sandler (DE Bar No. 4142)
Colin R. Robinson (DE Bar No. 5524)
Peter J. Keane (DE Bar No. 5503)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899 (Courier 19801)
Telephone: 302-652-4100
Facsimile:  302-652-4400
E-mail:  bsandler@pszjlaw.com
            crobinson@pszjlaw.com
            pkeane@pszjlaw.com

*Counsel to Alfred T. Giuliano, Chapter 7 Trustee*