# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>START MAN FURNITURE, LLC, *et al.,*[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 20-10553 (CTG)<br><br>(Jointly Administered) |
| ALFRED T. GIULIANO, in his capacity as Chapter 7 Trustee of Start Man Furniture, LLC, *et al.*,<br><br>Plaintiff,<br><br>vs.<br><br>(SEE *EXHIBIT A* ATTACHED HERETO*)*<br><br>Defendants. | Adv. Proc. Nos. (SEE *EXHIBIT A*) |
| ALFRED T. GIULIANO, in his capacity as Chapter 7 Trustee of Start Man Furniture, LLC, *et al.*,<br><br>Plaintiff,<br><br>vs.<br><br>(SEE *EXHIBIT B* ATTACHED HERETO*)*<br><br>Defendants. | Adv. Proc. Nos. (SEE *EXHIBIT B*) |

**NOTICE OF AGENDA FOR HEARING SCHEDULED ON JULY 18, 2022 AT 10:00 A.M. (PREVAILING EASTERN TIME), BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, LOCATED AT 824 NORTH MARKET STREET, 5TH FLOOR, COURTROOM <u>NO. 6, WILMINGTON, DELAWARE 19801</u>**

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, include: Start Man Furniture, LLC (f/k/a Art Van Furniture, LLC) (9205); SVF Holding Company, Inc. (f/k/a AVF Holding Company, Inc.) (0291); SVCE, LLC (f/k/a AVCE, LLC) (2509); StartVF Holdings I, LLC (f/k/a AVF Holdings I, LLC) (2537); StartVF Holdings II, LLC (f/k/a AVF Holdings II, LLC) (7472); SVF Parent, LLC (f/k/a AVF Parent, LLC) (3451); Levin Parent, LLC (8052); Start Man Furniture of Canada, LLC (f/k/a Art Van Furniture of Canada, LLC) (9491); SV Sleep Franchising, LLC (f/k/a AV Pure Sleep Franchising, LLC) (8968); SVF Franchising, LLC (f/k/a AVF Franchising, LLC) (6325); LF Trucking, Inc. (1484); Sam Levin, Inc. (5198); and Comfort Mattress LLC (4463).

**THIS HEARING HAS BEEN CANCELLED BY THE COURT
AS NO MATTERS ARE SCHEDULED TO GO FORWARD.**

**RESOLVED MATTERS:**

1. Motion of Alfred T. Giuliano, Chapter 7 Trustee, to Approve Settlement Stipulation Regarding Real Estate Tax Assessment Appeal for Real Property in Allegheny County, Pennsylvania [Filed: 6/13/22] (Docket No. 1458).

    Response Deadline:  June 27, 2022, at 4:00 p.m. ET

    Responses Received:  None.

    Related Documents:

    a. Certification of No Objection Regarding Motion of Alfred T. Giuliano, Chapter 7 Trustee, to Approve Settlement Stipulation Regarding Real Estate Tax Assessment Appeal for Real Property in Allegheny County, Pennsylvania [Filed: 6/28/22] (Docket No. 1462).

    b. [Signed] Order Granting Motion of Alfred T. Giuliano, Chapter 7 Trustee, to Approve Settlement Stipulation Regarding Real Estate Tax Assessment Appeal for Real Property in Allegheny County, Pennsylvania [Filed: 6/30/22] (Docket No. 1463).

    Status:  The Court has entered an order on this matter.  No hearing is necessary.

2. Fourth Omnibus Motion of Alfred T. Giuliano, Chapter 7 Trustee, to Approve Settlement Agreements [Filed: 6/20/22] (Docket No. 1459) [Adversary Pro. Nos.: See *Exhibit A*].

    Response Deadline:  July 5, 2022, at 4:00 p.m. ET

    Responses Received:  None.

    Related Documents:

    a. [Proposed] Order Granting Fourth Omnibus Motion of Alfred T. Giuliano, Chapter 7 Trustee, to Approve Settlement Agreements [Filed: 6/20/22] (Docket No. 1459, Exhibit A) [Adversary Pro. Nos.: See *Exhibit A*].

    b. Certification of No Objection Regarding Fourth Omnibus Motion of Alfred T. Giuliano, Chapter 7 Trustee, to Approve Settlement Agreements [Filed: 7/12/22] (Docket No. 1466) [Adversary Pro. Nos.: See *Exhibit A*]

    c. [Signed] Order Granting Fourth Omnibus Motion of Alfred T. Giuliano, Chapter 7 Trustee, to Approve Settlement Agreements [Filed: 7/14/22] (Docket No. 1467)

[Adversary Pro. Nos.: See *Exhibit A*].

Status:  The Court has entered an order on this matter.  No hearing is necessary.

**PRE-TRIAL CONFERENCES:**

3. Pre-Trial Conference for Defendants listed on *Exhibit B*.

    Status:  The pretrial conference scheduled for the Defendants listed on *Exhibit B* is adjourned to a date to be determined.

Dated: July 14, 2022    PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Peter J. Keane*
Bradford J. Sandler (DE Bar No. 4142)
Colin R. Robinson (DE Bar No. 5524)
Peter J. Keane (DE Bar No. 5503)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899 (Courier 19801)
Telephone: 302-652-4100
Facsimile:  302-652-4400
E-mail:  bsandler@pszjlaw.com
            crobinson@pszjlaw.com
            pkeane@pszjlaw.com

*Counsel to Alfred T. Giuliano, Chapter 7 Trustee*