## **EXHIBIT A**

| | |
|---|---|
| LMP WORLDWIDE, INC., <br><br>    Defendant. | Adv. Proc. No. 22-50181 (CTG) |
| MAJESTIC MIRROR & FRAMES, INC., <br><br>    Defendant. | Adv. Proc. No. 22-50199 (CTG) |
| NEW ENGEN, INC., <br><br>    Defendant. | Adv. Proc. No. 22-50205 (CTG) |
| LOLOI, INC., <br><br>    Defendant. | Adv. Proc. No. 22-50213 (CTG) |
| THE DISPLAY GROUP, LTD., <br><br>    Defendant. | Adv. Proc. No. 22-50221 (CTG) |
| TWO UNIQUE INCORPORATED, <br><br>    Defendant. | Adv. Proc. No. 22-50222 (CTG) |
| WHITEWOOD INDUSTRIES, INC. dba JOHN THOMAS FURNITURE, <br><br>    Defendant. | Adv. Proc. No. 22-50225 (CTG) |