# EXHIBIT B

| | |
|---|---|
| AMERICAN HOME FURNISHINGS, INC., <br><br>　　　　　Defendant. | Adv. Proc. No. 22-50317 (CTG) |
| DANIEL ROY MURPHY, KIMBERLY JEAN MURPHY, <br><br>　　　　　Defendant. | Adv. Proc. No. 22-50318 (CTG) |
| SOUTHERN HOME FURNISHINGS, LLC, <br><br>　　　　　Defendant. | Adv. Proc. No. 22-50319 (CTG) |
| ESLINGER HOME FURNISHINGS INC., <br><br>　　　　　Defendant. | Adv. Proc. No. 22-50320 (CTG) |
| J. A. LONG, INC., <br><br>　　　　　Defendant. | Adv. Proc. No. 22-50322 (CTG) |
| JB VILLAGE, LLC, <br><br>　　　　　Defendant. | Adv. Proc. No. 22-50323 (CTG) |
| J. DILLMAN, INC., <br><br>　　　　　Defendant. | Adv. Proc. No. 22-50324 (CTG) |
| LYNNS FURNITURE AND MATTRESS, LLC, <br><br>　　　　　Defendants. | Adv. Proc. No. 22-50325 (CTG) |
| SAMSEN HOME FURNISHINGS, INC., <br><br>　　　　　Defendant. | Adv. Proc. No. 22-50326 (CTG) |
| SIMPSON FURNITURE COMPANY, | Adv. Proc. No. 22-50327 (CTG) |
| YOUNG APPLIANCE CO., INC., <br><br>　　　　　Defendant. | Adv. Proc. No. 22-50328 (CTG) |
| HOUSEHOLD APPLIANCE, INC. <br><br>　　　　　Defendant. | Adv. Proc. No. 22-50329 (CTG) |

| | |
|---|---|
| DAVID ALLEN LEE AND LISA MARIE LEE,<br><br>                    Defendants. | Adv. Proc. No. 22-50330 (CTG) |
| BRUCE ALLEN DIETZ AND JULIE ANN DIETZ,<br><br>                    Defendants. | Adv. Proc. No. 22-50337 (CTG) |
| OTTO KEITH ERICKSON, JOANNE CLARA ERICKSON, THOMAS GEORGE ERICKSON, REBECCA LYNN ERICKSON, DONALD CHARLES ERICKSON, AND WANDA MARIE ERICKSON,<br><br>                    Defendants. | Adv. Proc. No. 22-50338 (CTG) |
| THOMAS ALLEN LYNCH, TAMARA ANN LYNCH,<br><br>                    Defendants. | Adv. Proc. No. 22-50339 (CTG) |