## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| START MAN FURNITURE, LLC, et al.[1] | Case No. 20-10553 (CTG) |
| Debtors. | (Jointly Administered) |

## CERTIFICATION OF COUNSEL
## REGARDING OMNIBUS HEARING DATES

The undersigned hereby certifies that:

1.    Attached hereto as **Exhibit A** is an order (the "Omnibus Hearing Order") that states with specificity the time and date of each omnibus hearing presently scheduled, subject to Court approval.

2.    Alfred T. Giuliano, chapter 7 trustee (the "Trustee"), for the estates of the above-captioned debtors, hereby requests the Court to enter the Omnibus Hearing Order.

3.    Notice of this Certification of Counsel and the enclosed Omnibus Hearing Order will be provided to: (i) the Office of the United States Trustee for the District of Delaware; and (ii) those parties that requested service and notice of papers in accordance with Fed. R. Bankr. P. 2002.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, include: Start Man Furniture, LLC (f/k/a Art Van Furniture, LLC) (9205); SVF Holding Company, Inc. (f/k/a AVF Holding Company, Inc.) (0291); SVCE, LLC (f/k/a AVCE, LLC) (2509); StartVF Holdings I, LLC (f/k/a AVF Holdings I, LLC) (2537); StartVF Holdings II, LLC (f/k/a AVF Holdings II, LLC) (7472); SVF Parent, LLC (f/k/a AVF Parent, LLC) (3451); Levin Parent, LLC (8052); Start Man Furniture of Canada, LLC (f/k/a Art Van Furniture of Canada, LLC) (9491); SV Sleep Franchising, LLC (f/k/a AV Pure Sleep Franchising, LLC) (8968); SVF Franchising, LLC (f/k/a AVF Franchising, LLC) (6325); LF Trucking, Inc. (1484); Sam Levin, Inc. (5198); and Comfort Mattress LLC (4463).

Dated:  July 27, 2022

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Peter J. Keane*

Bradford J. Sandler (DE Bar No. 4142)
Colin R. Robinson (DE Bar No. 5524)
Peter J. Keane (DE Bar No. 5503)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899 (Courier 19801)
Telephone:  (302) 652-4100
Facsimile:   (302) 652-4400
Email:      bsandler@pszjlaw.com
            crobinson@pszjlaw.com
            pkeane@pszjlaw.com

*Counsel to Alfred T. Giuliano, Chapter 7 Trustee*