## Exhibit A

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| START MAN FURNITURE, LLC, et al. | Case No. 20-10553 (CTG) |
| Debtors. | (Jointly Administered) |

## <u>ORDER SCHEDULING OMNIBUS HEARING DATES</u>

IT IS HEREBY ORDERED that the following omnibus hearing dates have been scheduled in the above-captioned matter:

| <u>DATE</u> | <u>TIME</u> |
|---|---|
| September 6, 2022 | 10:00 a.m. Eastern Time |
| October 3, 2022 | 10:00 a.m. Eastern Time |