# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| START MAN FURNITURE, LLC, et al. | Case No. 20-10553 (CTG) |
| Debtors. | (Jointly Administered) |

## ORDER SCHEDULING OMNIBUS HEARING DATES

IT IS HEREBY ORDERED that the following omnibus hearing dates have been scheduled in the above-captioned matter:

| **DATE** | **TIME** |
|---|---|
| September 6, 2022 | 10:00 a.m. Eastern Time |
| October 3, 2022 | 10:00 a.m. Eastern Time |

Dated: July 28th, 2022
Wilmington, Delaware

**CRAIG T. GOLDBLATT**
**UNITED STATES BANKRUPTCY JUDGE**