# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Start Man Furniture, LLC (f/k/a Art Van Furniture, LLC), *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 20-10553 (CTG)<br><br>Jointly Administered<br><br>**Hrg. Date: 9/6/22 at 10:00 a.m. (ET)**<br>**Obj. Deadline: 8/17/22 at 4:00 p.m. (ET)** |

## NOTICE OF HEARING ON JOINT MOTION OF
## VAN ELSLANDER DEFENDANTS AND RICHARD KIM YOST FOR
## ENTRY OF ORDER MODIFYING AUTOMATIC STAY TO ALLOW
## FOR REIMBURSEMENT AND PAYMENT OF COSTS AND FEES
## UNDER DIRECTORS AND OFFICERS INSURANCE POLICIES

TO: (i) the Office of the United States Trustee for the District of Delaware; (ii) counsel to the Trustee; (iii) counsel to the Insurers; and (iv) all parties entitled to notice pursuant to Local Rule 2002-1(b)

**PLEASE TAKE NOTICE** that, on August 3, 2022, the *Joint Motion of Van Elslander Defendants and Richard Kim Yost for Entry of Order Modifying Automatic Stay to Allow for Reimbursement and Payment of Costs and Fees Under Directors and Officers Insurance Policies* (the "**Motion**") was filed with the United States Bankruptcy Court for the District of Delaware (the "**Court**").

**PLEASE TAKE FURTHER NOTICE** that an objection, if any, to the Motion must be in writing, filed with the Court, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801, and served upon (a) counsel to the Van Elslander Defendants, McDermott Will & Emery LLP, 1007 North Orange Street, 10th Floor, Wilmington, DE 19801 (Attn: David R. Hurst); and (b) counsel to Richard Kim Yost, Macauley LLC, 300 Delaware Avenue, Suite 1018, Wilmington, DE 19801 (Attn: Thomas G. Macauley) and Barris, Sott, Denn & Driker, P.L.L.C., 333 W. Fort St., Suite 1200, Detroit, MI 48226 (Attn: Stephen E. Glazek), so that it is received on or before **August 17, 2022 at 4:00 p.m. (ET)**.

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion, if necessary, will be held on **September 6, 2022 at 10:00 a.m. (ET)** before the Honorable Craig T. Goldblatt,

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, include: Start Man Furniture, LLC (f/k/a Art Van Furniture, LLC) (9205); SVF Holding Company, Inc. (f/k/a AVF Holding Company, Inc.) (0291); SVCE, LLC (f/k/a AVCE, LLC) (2509); StartVF Holdings I, LLC (f/k/a AVF Holdings I, LLC) (2537); StartVF Holdings II, LLC (f/k/a AVF Holdings II, LLC) (7472); SVF Parent, LLC (f/k/a AVF Parent, LLC) (3451); Levin Parent, LLC (8052); Start Man Furniture of Canada, LLC (f/k/a Art Van Furniture of Canada, LLC) (9491); SV Sleep Franchising, LLC (f/k/a AV Pure Sleep Franchising, LLC) (8968); SVF Franchising, LLC (f/k/a AVF Franchising, LLC) (6325); LF Trucking, Inc. (1484); Sam Levin, Inc. (5198); and Comfort Mattress LLC (4463).

United States Bankruptcy Judge, United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Courtroom No. 7, Wilmington, Delaware 19801.

     IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED BY THE MOTION WITHOUT FURTHER NOTICE OR A HEARING

| | |
|---|---|
| Dated: Wilmington, Delaware<br>August 3, 2022 | **McDERMOTT WILL & EMERY LLP**<br><br>*/s/ David R. Hurst*<br>David R. Hurst (I.D. No. 3743)<br>The Nemours Building<br>1007 North Orange Street, 10th Floor<br>Wilmington, DE 19801<br>(302) 485-3900<br>dhurst@mwe.com<br><br>- and -<br><br>Jason D. Gerstein<br>One Vanderbilt Avenue<br>New York, NY 10017-3852<br>(212) 547-5844<br>jgerstein@mwe.com<br><br>*Counsel for the Van Elslander Defendants* |