# EXHIBIT A

## Proposed Order

DM_US 189422599-5.117487.0011

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Start Man Furniture, LLC (f/k/a Art Van Furniture, LLC), *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 20-10553 (CTG)<br><br>Jointly Administered<br><br>**Related to Docket No. \_\_\_** |

## ORDER MODIFYING AUTOMATIC STAY TO ALLOW
## FOR REIMBURSEMENT AND PAYMENT OF COSTS AND
## FEES UNDER DIRECTORS AND OFFICERS INSURANCE POLICIES

Upon the joint motion (the "**Motion**") of the Van Elslander Defendants and Richard Kim Yost (collectively the "**Defendants**") pursuant to Bankruptcy Code section 362(d)(1), Bankruptcy Rule 4001, and Local Rule 4001-1 for entry of an order modifying the automatic stay of Bankruptcy Code section 362(a) (the "**Automatic Stay**") to the extent applicable to permit National Union Fire Insurance Company of Pittsburgh, Pa., Ace American Insurance Company, and Beazley Insurance Company, Inc. (collectively, the "**Insurers**") to make payments under and in accordance with the Insurance Policies to the Insured Parties for the reimbursement and payment of their costs and fees incurred in defending the Adversary Proceeding, as set forth more fully in the Motion; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, include: Start Man Furniture, LLC (f/k/a Art Van Furniture, LLC) (9205); SVF Holding Company, Inc. (f/k/a AVF Holding Company, Inc.) (0291); SVCE, LLC (f/k/a AVCE, LLC) (2509); StartVF Holdings I, LLC (f/k/a AVF Holdings I, LLC) (2537); StartVF Holdings II, LLC (f/k/a AVF Holdings II, LLC) (7472); SVF Parent, LLC (f/k/a AVF Parent, LLC) (3451); Levin Parent, LLC (8052); Start Man Furniture of Canada, LLC (f/k/a Art Van Furniture of Canada, LLC) (9491); SV Sleep Franchising, LLC (f/k/a AV Pure Sleep Franchising, LLC) (8968); SVF Franchising, LLC (f/k/a AVF Franchising, LLC) (6325); LF Trucking, Inc. (1484); Sam Levin, Inc. (5198); and Comfort Mattress LLC (4463).

28 U.S.C. § 157(b); and venue being proper before the Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided, and it appearing that no other or further notice need be provided; and good and sufficient cause appearing therefor, it is hereby

**ORDERED, ADJUDGED AND DECREED THAT:**

1. The Motion is GRANTED.

2. The Automatic Stay is hereby modified and/or lifted to the extent necessary to permit the Insurers to make payments under and in accordance with the Insurance Policies to the Insured Parties for the reimbursement and payment of their costs and fees incurred in defending the Adversary Proceeding.

3. Nothing in the Motion or this Order shall modify or alter the rights and obligations provided under the terms and conditions of the Insurance Policies, and all parties to the Insurance Policies shall retain and reserve all rights and defenses that they would otherwise have under such policies.

4. The parties are hereby authorized to take such steps and perform such acts as may be necessary to implement and effectuate the terms of this Order.

5. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

6. The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation of and/or interpretation of this Order.