# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| START MAN FURNITURE, LLC. *et al.* | Case No. 20-10553 (CTG) |
| Debtors. | (Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Laurie Heggan, depose and say that I am employed by Reliable Companies who provided noticing services in the above-captioned case.

On August 3, 2022, at my direction and under my supervision, employees of Reliable Companies caused to be served the following documents by the method indicated on the service list attached hereto as Exhibit A:

| | | |
|---|---|---|
| 08/03/2022 | 1471 | Motion to Approve Joint Motion of Van Elslander Defendants and Richard Kim Yost for Entry of Order Modifying Automatic Stay to Allow for Reimbursement and Payment of Costs and Fees Under Directors and Officers Insurance Policies Filed by AV Conner Holdings, Inc., Archie A. Van Elslander Trust dated November 26, 1982, Debra A. Van Elslander Revocable Trust, Estate of Archie A. Van Elslander, Gary A. Van Elslander Revocable Trust, Karen B. Paglino Revocable Trust, Kenneth A. Van Elslander Revocable Trust, Karen B. Paglino, Kris A. Scarfone, Sandra L. Seroka, VEV Real Estate LLC, David P. Van Elslander, Debra A. Van Elslander, Gary A. Van Elslander, Kenneth A. Van Elslander, Kim M. Van Elslander a/k/a Kim M. Campau, Lori J. Webb, Beth M. Wood. Hearing scheduled for 9/6/2022 at 10:00 AM at US Bankruptcy Court, 824 Market St., 3rd Fl., Courtroom #7, Wilmington, Delaware. Objections due by 8/17/2022. (Attachments: # 1 Notice # 2 Exhibit A) (Hurst, David) (Entered: 08/03/2022) |

X ___/s/ L. Heggan___
Laurie Heggan

Dated: August 3, 2022
State of Delaware
County of New Castle
Subscribed and sworn to (or affirmed) before me on this 3rd day of August 2022, by Laurie Heggan, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

X _____ 

JESSE L BLEVINS
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires Sept. 30, 2022

# EXHIBIT A

| | |
|---|---|
| **FIRST CLASS MAIL**<br>Internal Revenue Service<br>Centralized Insolvency Operation<br>2970 Market St<br>Philadelphia, PA 19104 | **FIRST CLASS MAIL**<br>ACAR Leasing Ltd.<br>d/b/a GM Financial Leasing<br>PO Box 183853<br>Arlington, TX 76096 |
| **FIRST CLASS MAIL & ELECTRONIC MAIL**<br>Stephen M. Packman<br>Archer & Greiner P.C.<br>Three Logan Square<br>1717 Arch Street, Suite 3500<br>Philadelphia, PA 19103<br>Email: spackman@archerlaw.com | **FIRST CLASS MAIL & ELECTRONIC MAIL**<br>David W. Carickhoff, Jr.<br>Bryan J. Hall<br>Archer & Greiner P.C.<br>300 Delaware Avenue, Suite 1100<br>Wilmington, DE 19801<br>Email: dcarickhoff@archerlaw.com<br>bjhall@archerlaw.com |
| **FIRST CLASS MAIL & ELECTRONIC MAIL**<br>Michael Esser<br>Alistair Blacklock<br>Kirkland & Ellis LLP<br>555 California Street<br>San Francisco, CA 94104<br>Email: michael.esser@kirkland.com<br>alistair.blacklock@kirkland.com | **FIRST CLASS MAIL & ELECTRONIC MAIL**<br>Richard A. Pretti<br>Kaufman Borgeest & Ryan LLP<br>120 Broadway<br>New York, NY 10271<br>Email: rpretti@kbrlaw.com |
| **FIRST CLASS MAIL & ELECTRONIC MAIL**<br>AIG Property Casualty<br>Financial Lines Claims<br>28 Liberty Street, 49th Floor<br>New York, NY 10005<br>Email: patrick.dicaprio@aig.com | **FIRST CLASS MAIL & ELECTRONIC MAIL**<br>Kimberly H. Behling<br>Chubb Companies<br>82 Hopmeadow Street<br>Simsbury, CT 06070-7683<br>Email: kbehling@chubb.com |
| **ELECTRONIC MAIL**<br>Gregory W. Werkheiser, Esq.; Michael J. Barrie, Esq.<br>Jennifer Hoover, Esq.; Kevin Capuzzi, Esq.<br>John C. Gentile, Esq.<br>Benesch, Friedlander, Coplan & Aronoff LLP<br>222 Delaware Avenue, Suite 801<br>Wilmington, DE 19801<br>Email: gwerkheiser@beneschlaw.com;<br>mbarrie@beneschlaw.com; jhoover@beneschlaw.com;<br>kcapuzzi@beneschlaw.com; jgentile@beneschlaw.com | **ELECTRONIC MAIL**<br>Ralph E. McDowell, Esq.<br>Bodman PLC<br>1901 St. Antoine Street<br>6th Floor at Ford Field<br>Detroit, MI 48226<br>Email: rmcdowell@bodmanlaw.com |

| | |
|---|---|
| **ELECTRONIC MAIL**<br>Cory Falgowski, Esq.<br>Burr & Forman, LLP<br>1201 N. Market Street, Suite 1407<br>Wilmington, DE 19801<br>Email: jfalgowski@burr.com | **ELECTRONIC MAIL**<br>Rachel H. Herd, Esq.<br>Davis Wright Tremaine LLP<br>920 Fifth Avenue, Suite 3300<br>Seattle, WA 98104<br>Email: hughmccullough@dwt.com; rachelherd@dwt.com |
| **ELECTRONIC MAIL**<br>Delaware Attorney General<br>Carvel State Office Building<br>820 N French Street<br>Wilmington, DE 19801<br>Email: attorney.general@state.de.us | **ELECTRONIC MAIL**<br>Jason W. Bank, Esq.<br>Kerr, Russell and Weber, PLC<br>500 Woodward Avenue, Suite 2500<br>Detroit, MI 48226<br>Email: jbank@kerr-russell.com |
| **ELECTRONIC MAIL**<br>Delaware Dept of Justice<br>Attn: Bankruptcy Dept<br>820 N French St., 6th Fl<br>Wilmington, DE 19801<br>Email: attorney.general@state.de.us | **ELECTRONIC MAIL**<br>Christopher G. Boies, Esq.<br>King & Spalding LLP<br>1185 Avenue of the Americas<br>New York, NY 10036<br>Email: cboies@kslaw.com |
| **ELECTRONIC MAIL**<br>Delaware Secretary of State<br>Franchise Tax<br>401 Federal Street<br>PO Box 898<br>Dover, DE 19903<br>Email: dosdoc_bankruptcy@state.de.us | **ELECTRONIC MAIL**<br>Susan E. Kaufman, Esq.<br>Law Office of Susan E. Kaufman, LLC<br>919 N. Market Street, Suite 460<br>Wilmington, DE 19801<br>Email: skaufman@skaufmanlaw.com |
| **ELECTRONIC MAIL**<br>Delaware State Treasury<br>820 Silver Lake Blvd., Suite 100<br>Dover, DE 19904<br>Email: statetreasurer@state.de.us | **ELECTRONIC MAIL**<br>Earle I. Erman<br>Maddin Hauser Roth & Heller, P.C.<br>28400 Northwestern Hwy., 2nd Floor<br>Southfield, MI 48034<br>Email: eerman@maddinhauser.com |

**ELECTRONIC MAIL**
HGB AVF Lending, LLC
c/o Hilco Trading, LLC
Eric Kaup
5 Revere Dr., Suite 206
Northbrook, IL 60062
Email: ekaup@hilcoglobal.com

**ELECTRONIC MAIL**
Jennifer Feldsher, Esq.
Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, NY 10179-0060
Email: jennifer.feldsher@morganlewis.com

**ELECTRONIC MAIL**
Internal Revenue Service
Attn: Susanne Larson
31 Hopkins Plz Rm 1150
Baltimore, MD 21201
Email: SBSE.Insolvency.Balt@irs.gov

**ELECTRONIC MAIL**
Beth E. Rogers, Esq.
James F. F. Carroll, Esq.
Rogers Law Offices
100 Peachtree Street, Suite 1950
Atlanta, GA 30303
Email: brogers@berlawoffice.com;
jcarroll@berlawoffice.com

**ELECTRONIC MAIL**
Marjorie Crider, Esq.
Christopher Carter, Esq.
Morgan, Lewis & Bockius LLP
One Federal Street
Boston, MA 02110-1726
Email: marjorie.crider@morganlewis.com;
christopher.carter@morganlewis.com

**ELECTRONIC MAIL**
Securities & Exchange Commission
G Jeffrey Boujoukos, Regional Director
1617 JFK Boulevard, Ste 520
Philadelphia, PA 19103
Email: philadelphia@sec.gov

**ELECTRONIC MAIL**
Carl N. Kunz, III, Esq.
Sarah M. Ennis, Esq.
Morris James LLP
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899-2306
Email: ckunz@morrisjames.com;
sennis@morrisjames.com

**ELECTRONIC MAIL**
Securities & Exchange Commission
Secretary of the Treasury
100 F St. NE
Washington, DC 20549
Email: SECBankruptcy-OGC-ADO@SEC.GOV

**ELECTRONIC MAIL**
Douglas D. Herrmann, Esq.
Marcy J. McLaughlin Smith, Esq.
Troutman Pepper Hamilton SA
Hercules Plaza, Suite 5100
1313 N. Market Street
Wilmington, DE 19899-1709
Email: douglas.herrmann@troutman.com;
marcy.smith@troutman.com

**ELECTRONIC MAIL**
Securities & Exchange Commission NY Office
Andrew Calamari, Regional Director
Brookfield Place
200 Vesey St, Ste 400
New York, NY 10281-1022
Email: bankruptcynoticeschr@sec.gov

ELECTRONIC MAIL
Steven Fox, Esq.
Riemer & Braunstein LLP)
Times Square Tower
Seven Times Square, Suite 2506
New York, NY 10036
Email: sfox@riemerlaw.com

ELECTRONIC MAIL
The Taubman Company
Andrew S. Conway, Esq.
200 East Long Lake Road, Suite 300
Bloomfield Hills, MI 48304
Email: aconway@taubman.com

ELECTRONIC MAIL
US Attorney for Delaware
David C. Weiss, Esq.
Hercules Building
1313 N. Market Street
Wilmington, DE 19899-2046
Email: usade.ecfbankruptcy@usdoj.gov

ELECTRONIC MAIL
Benjamin A. Hackman, Esq.
Office of the United States Trustee
844 King Street, Suite 2207
Wilmington, DE 19801
Email: benjamin.a.hackman@usdoj.gov

ELECTRONIC MAIL
Virtus Group, L.P.
Karen Beard, Admin
3300 N Interstate 35, Suite 350
Austin, TX 78705
Email: karen@virtusgrp.com

ELECTRONIC MAIL
VEREIT Real Estate, L.P.
c/o Lisa M. Peters
KUTAK ROCK LLP
1650 Farnam Street
Omaha, NE 68102
Email  lisa.peters@kutakrock.com

ELECTRONIC MAIL
New Classic Furniture
Michele McPherson
7351 McGuire Blvd.
Fontana, CA 92336
Email: michele@newclassicfurniture.com

ELECTRONIC MAIL
Bernhardt Furniture Company
Attn: Jeff L. Norris, Jr.
P.O. Box 740
1839 Morganton Blvd., SW
Lenoir, NC 28645-0740
Email: jeffnorris@bernhardt.com

ELECTRONIC MAIL
Shawn M. Christianson, Esq.
Buchalter, A Professional Corporation
425 Market Street, Suite 2900
San Francisco, CA 94105
Email: schristianson@buchalter.com

ELECTRONIC MAIL
National Labor Relations Board
Nancy Wilson, Regional Director
1000 Liberty Avenue, Room 904
Pittsburgh, PA 15222
Email: Nancy.wilson@nlrb.gov

**ELECTRONIC MAIL**
Chapter 7 Trustee
Alfred T. Giuliano, Esq.
Giuliano Miller & Co., LLC
2301 E. Evesham Road
Pavillion 800, Suite 210
Voorhees, NJ 08043
Email: atgiuliano@giulianomiller.com

**ELECTRONIC MAIL**
John D. Stoddard, Esq.
Simon PLC Attorneys & Counselors
37000 Woodward Avenue, Suite 250
Bloomfield Hills, MI 48304
Email: jstoddard@simonattys.com

**ELECTRONIC MAIL**
Anthony Saccullo, Esq.
A.M. Saccullo Legal, LLC
27 Crimson King Drive
Bear, DE 19701
Email: ams@saccullolegal.com

**ELECTRONIC MAIL**
La-Z-Boy Incorporated
Attn: Natalie Dickinson
One La-Z-Boy Drive
Monroe, MI 48162, 2B Credit
Email: natalie.dickinson@la-z-boy.com

**ELECTRONIC MAIL**
Drew S. McGehrin, Esq.
Duane Morris LLP
1201 N. Market Street, Suite 501
Wilmington, DE 19801
Email: dsmcgehrin@duanemorris.com

**ELECTRONIC MAIL**
"J" Jackson Shrum, Esquire
Jack Shrum, PA
919 N. Market Street, Suite 1410
Wilmington, DE 19801
Email: jshrum@jshrumlaw.com

**ELECTRONIC MAIL**
Geoffrey G. Grivner, Esquire
James D. Newell, Esquire
Buchanan Ingersoll &Rooney PC
500 Delaware Avenue
Suite 720
Wilmington, DE 19801-7407
Email: Geoffrey.grivner@bipc.com;
james.newell@bipc.com

**ELECTRONIC MAIL**
Jordan S. Blask, Esq.
Frost Brown Todd LLC
501 Grant Street, Suite 800
Pittsburgh, PA 15219
Email: jblaslc@fbtlaw.com

**ELECTRONIC MAIL**
Trust and Signal USA LLC)
Adam Hiller, Esquire
Hiller Law, LLC
300 Delaware Avenue
Suite 210, #227
Wilmington, DE 19801
Email: ahiller@adamhillerlaw.com