## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re | ) | Chapter 7 |
|  | ) |  |
| START MAN FURNITURE, LLC, *et al,* | ) | Case No. 20-10553-CTG |
|  | ) |  |
| Debtor. | ) |  |
| ——————————————————— | ) |  |
|  | ) |  |
| PNC Bank, National Association and PNC Merchant Services Company | ) | Adv. Pro. No. 21-50241-CTG |
|  | ) |  |
| Plaintiffs, | ) | Related to Doc. No. 28 |
| v. | ) |  |
|  | ) |  |
| Start Man Furniture, LLC, et al., | ) |  |
|  | ) |  |
| Defendants. | ) |  |
|  | ) |  |

## <u>CERTIFICATE OF SERVICE</u>

I, Geoffrey G. Grivner, do hereby certify that on this 4th day of August, 2022, a copy of the Status Report was served via the court's ECF notification.


Dated: August 4, 2022

**BUCHANAN INGERSOLL & ROONEY PC**


*/s/ Geoffrey G. Grivner*
Geoffrey G. Grivner (#4711)
Zakarij O. Thomas, Esquire
(admitted *pro hac vice*)
500 Delaware Avenue
Suite 720
Wilmington, DE 19801-7407
Tel: (302) 552-4200

*Attorneys for PNC Bank, National Association and PNC Merchant Services Company*