# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>START MAN FURNITURE, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 20-10553 (CTG)<br>(Jointly Administered)<br><br>**Hearing Date: September 6, 2022 at 10:00 a.m.**<br>**Objection Deadline: August 25, 2022 at 4:00 p.m.** |

**STATEMENT OF FEES OF ARCHER & GREINER, P.C. FOR PROFESSIONAL SERVICES RENDERED AND DISBURSEMENTS INCURRED AS COUNSEL FOR ALFRED T. GIULIANO, CHAPTER 7 TRUSTEE**

Name of Applicant: Archer & Greiner, P.C.

Authorized to Provide Professional Services to: Chapter 7 Trustee

Date of Retention: December 30, 2020 *nunc pro tunc* to December 1, 2020

Period for which compensation and reimbursement is sought: 12/1/20 through 3/31/22

Amount of compensation sought as actual, reasonable and necessary: $192,754.50

Amount of expense reimbursement sought as actual, reasonable and necessary: $148.30

This is an ___X___ Interim _____ Final Application _____ Monthly Statement

## PREVIOUS APPLICATIONS

| | | Requested | | Allowed | |
|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| N/A | | | | | |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, include: Start Man Furniture, LLC (f/k/a Art Van Furniture, LLC) (9205); SVF Holding Company, Inc. (f/k/a AVF Holding Company, Inc.) (0291); SVCE, LLC (f/k/a AVCE, LLC) (2509); StartVF Holdings I, LLC (f/k/a AVF Holdings I, LLC) (2537); StartVF Holdings II, LLC (f/k/a AVF Holdings II, LLC) (7472); SVF Parent, LLC (f/k/a AVF Parent, LLC) (3451); Levin Parent, LLC (8052); Start Man Furniture of Canada, LLC (f/k/a Art Van Furniture of Canada, LLC) (9491); SV Sleep Franchising, LLC (f/k/a AV Pure Sleep Franchising, LLC) (8968); SVF Franchising, LLC (f/k/a AVF Franchising, LLC) (6325); LF Trucking, Inc. (1484); Sam Levin, Inc. (5198); and Comfort Mattress LLC (4463).

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| START MAN FURNITURE, LLC, *et al.*,[1] | Case No. 20-10553 (CTG) <br> (Jointly Administered) |
| Debtors. | **Hearing Date: September 6, 2022 at 10:00 a.m.** <br> **Objection Deadline: August 25, 2022 at 4:00 p.m.** |

### FIRST INTERIM APPLICATION OF ARCHER & GREINER, P.C. FOR PROFESSIONAL SERVICES RENDERED AND DISBURSEMENTS INCURRED AS COUNSEL FOR ALFRED T. GIULIANO, CHAPTER 7 TRUSTEE

Pursuant to Sections 330 and 331 of Title 11 of the United States Bankruptcy Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Local 2016-2, Archer & Greiner, P.C. ("Archer") files this First Interim Application for Allowance of Compensation and Reimbursement of Expenses (the "Application"). By this Application, Archer seeks an allowance of $192,754.50 as compensation and $148.30 for reimbursement of actual and necessary expenses, for a total of $192,902.80, for the period of December 1, 2020 through February 28, 2022 (the "Application Period"). In support of this Application, Archer respectfully represents as follows:

### Background

1. On March 8, 2020, the Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, include: Start Man Furniture, LLC (f/k/a Art Van Furniture, LLC) (9205); SVF Holding Company, Inc. (f/k/a AVF Holding Company, Inc.) (0291); SVCE, LLC (f/k/a AVCE, LLC) (2509); StartVF Holdings I, LLC (f/k/a AVF Holdings I, LLC) (2537); StartVF Holdings II, LLC (f/k/a AVF Holdings II, LLC) (7472); SVF Parent, LLC (f/k/a AVF Parent, LLC) (3451); Levin Parent, LLC (8052); Start Man Furniture of Canada, LLC (f/k/a Art Van Furniture of Canada, LLC) (9491); SV Sleep Franchising, LLC (f/k/a AV Pure Sleep Franchising, LLC) (8968); SVF Franchising, LLC (f/k/a AVF Franchising, LLC) (6325); LF Trucking, Inc. (1484); Sam Levin, Inc. (5198); and Comfort Mattress LLC (4463).

2. On March 10, 2020, the Court entered an order [D.I. 71] providing for the joint administration of the Debtors' cases.

3. On April 6, 2020, the Court entered an order [D.I. 263] converting the Debtors' cases to cases under chapter 7 of the Bankruptcy Code.

4. On April 7, 2020, Alfred T. Giuliano was appointed as the chapter 7 trustee of the Debtors [D.I. 264]. The meeting of creditors pursuant to Bankruptcy Code section 341 was held and concluded on May 8, 2020 [D.I. 480].

3. On December 10, 2020, the Chapter 7 Trustee filed an application to retain Archer as counsel for the Chapter 7 Trustee. This application was granted by Order entered December 30, 2020, *nunc pro tunc* to December 1, 2020.

### Identity of Professionals

4. The attorneys and paraprofessionals of Archer who have rendered professional services in these cases during the Application Period are identified in **Exhibit "B"** attached hereto.

5. Archer, through the persons identified in **Exhibit "B,"** has advised the Chapter 7 Trustee with respect to legal matters in connection with the stabilization and administration of the Debtors' estates and the Chapter 7 Trustee's duties and responsibilities under the Bankruptcy Code. Archer has prepared and/or assisted in the preparation of various motions, applications and orders. Archer has performed all necessary and appropriate professional services as described and narrated in detailed and on **Exhibit "A"** attached hereto.

## Summary of Services by Project

 A. <u>1: Archer & Greiner Fee/Employment Applications</u>

  Fees: $4,625.50  Total Time: 9.7

This category relates to time spent on the retention application of Archer, and its supplemental retention application for contingency matters, as opposed to retention and fee applications of other professionals in this case.

 B. <u>6: Case Administration</u>

  Fees: $624.00  Total Time: 2.6

This category includes tasks related to case management, hearing preparation, monitoring docket updates, electronic filing, inquiries by creditors and parties in interest, various status reports, research, and general matters of administration.

 C. <u>16: Recovery Actions</u>

  Fees: $187,040.00  Total Time: 381.7

This category deals with matters relating to pending or contemplated adversary proceedings, including avoidance actions, and litigation to be instituted by or on behalf of the Debtor. During the Application Period, Archer conducted an extensive investigation into certain of the Debtors' pre-petition sale leaseback. The investigation consisted of, among other things, an analysis of the Debtors' financials, leases and related documents, a review of title and lien searches and conducting legal research and communicating internally and with the Chapter 7 Trustee regarding the potential claims. Additionally, Archer prepared numerous document requests and analyzed the documents received in response. Also during the Application Period, Archer extended its investigation to the Debtors' directors and officers and analyzed potential estate causes of action.

D.     18:  Other Litigation

Fees:  $465.00                    Total Time:  1.0

This category deals with litigation investigations by the Trustee, pre-petition litigation issues and other litigation matters.

**Valuation of Services**

6.     Attorneys and paralegals of Archer have expended a total of 395.0 hours in connection with this matter during the Application Period as follows:

| ATTORNEY/PARALEGALS | RATE | HOURS | AMOUNT |
|---|---|---|---|
| Barbara A. Bershak | $150.00 | 3.6 | $540.00 |
| Christian E. Hansen | $225.00 | 6.8 | $1,530.00 |
| Joyce E. Buckley | $240.00 | 2.9 | $696.00 |
| Leonard A. Smith | $295.00 | 7.3 | $2,153.50 |
| Sabrina N. Espinal | $275.00 | 11.8 | $3,245.00 |
| Bryan J. Hall | $450.00 | 61.4 | $27,630.00 |
|  | $465.00 | 216.2 | $100,533.00 |
| Trevor J. Cooney | $495.00 | 2.8 | $1,386.00 |
| David W. Carickhoff | $625.00 | 10.4 | $6,500.00 |
|  | $645.00 | 14.8 | $9,546.00 |
| Stephen M. Packman | $665.00 | 2.5 | $1,662.50 |
|  | $685.00 | 54.5 | $37,332.50 |

7.     The professional background of the persons who have performed work in this matter is summarized in **Exhibit "B"** attached hereto.

8.     The nature of the work performed by these persons is fully set forth in **Exhibit "A"** attached hereto.  The rates charged are Archer's normal hourly rates for work of this nature.  The reasonable value of the services rendered by Archer to the Chapter 7 Trustee in connection with this matter during the Application Period is $192,754.50.

9.     In accordance with the factors enumerated in 11 U.S.C. § 330, it is respectfully submitted that the amount requested by Archer is fair and reasonable given: (a) the complexity of the case, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value

of such services, and (e) the costs of comparable services other than in a case under this title. The undersigned certifies that this Application fulfills the requirements of Local Rule 2016-2.

### Actual and Necessary Expenses

10.     A summary of actual and necessary expenses incurred by Archer for the Application Period is attached hereto as **Exhibit "A."** Archer is charged photocopying charges at $.10 per page. In addition, Archer uses outside copier services for high volume projects, and this Application seeks recovery of those costs, if applicable. Archer also charges clients $.95 per page for outgoing facsimile transactions and does not charge for incoming facsimile transactions. Online legal research (Lexis and Westlaw) is charged at Archer's discounted cost, which is computed each month based upon the negotiated discount charge to Archer and the allocations of the savings realized during each month. The reasonable value of the expenses incurred by Archer to the Chapter 7 Trustee in connection with this matter during the Application Period is $148.30.

11.     Archer believes the foregoing rates are market rates that the majority of law firms charge clients for such services.

WHEREFORE, Archer respectfully requests that this Court enter an order providing that for the period December 1, 2020 through February 28, 2022, an allowance be made to Archer in the sum of $192,754.50 as compensation for necessary professional services rendered and $148.30 for reimbursement of actual and necessary costs and expenses, for a total of $192,902.80, and that such sums be authorized for payment by the Chapter 7 Trustee.

Dated:  August 11, 2022

/s/ *David W. Carickhoff*
David W. Carickhoff (No. 3715)
ARCHER & GREINER, P.C.
300 Delaware Avenue, Suite 1100
Wilmington, DE 19801
Tel: (302) 777-4350
Fax: (302) 777-4352
E-mail: dcarickhoff@archerlaw.com

*Counsel for Chapter 7 Trustee*