**<u>EXHIBIT A</u>**

# ARCHER & GREINER

### ATTORNEYS AT LAW
1025 LAUREL OAK ROAD
VOORHEES, NEW JERSEY 08043
(856-795-2121)

ALFRED T. GIULIANO CHAPTER 7 TRUSTEE
GIULIANO, MILLER & COMPANY, LLC
2301 E. EVESHAM RD
PAVILLION 800, STE 210
VOORHEES, NJ  08043

| | |
|---|---|
| Invoice Number: | 4250365 |
| Invoice Date: | 04/26/22 |
| Client Number: | GIU013 |

Matter Number:  GIU013.97090

**For Professional Services Rendered Through  02/28/2022**

**Task Summary**

## Time Summary by Task

| Code | Description | Hours | Value |
|------|-------------|-------|-------|
| 1 | ARCHER GREINER FEE/EMPLOYMENT APPLICATIONS | 9.70 | 4,625.50 |
| 16 | RECOVERY ACTIONS (INCLUDES AVOIDANCE ACTIONS) | 381.70 | 187,040.00 |
| 18 | OTHER LITIGATION | 1.00 | 465.00 |
| 6 | CASE ADMINISTRATION | 2.60 | 624.00 |
| | **TOTAL FEES** | **395.00** | **192,754.50** |

## Expense Summary by Task

| Code | Description | Expenses |
|------|-------------|----------|
| E123 | OTHER PROFESSIONALS | 148.30 |
| | **TOTAL DISBURSEMENTS** | **148.30** |
| | **TOTAL INVOICE** | **192,902.80** |

| GIU013 | GIULIANO (TRUSTEE), ALFRED T. | | | Invoice Number: | 4250365 |
| GIU013.97090 | IN RE: ART VAN FURNITURE, LLC  /  CHAPTER 7 BANKRUPTCY | | | | Page 2 |

| Date | Description | Task | Hours | Name | Fees |
|---|---|---|---|---|---|
| 12/04/20 | Draft Archer employment application, supporting declaration, proposed order, and notice | 1 | 1.80 | B. J. Hall | 810.00 |
| 12/04/20 | Draft retention app (.3); emails with B. Hall re same (.4) | 1 | 0.70 | D. W. Carickhoff, Jr. | 437.50 |
| 12/08/20 | Revise Archer retention application, declaration and proposed order (1.8); call and email with B. Sandler re same (.2) | 1 | 2.00 | D. W. Carickhoff, Jr. | 1,250.00 |
| 12/10/20 | Finalize Archer retention app (.2); call and emails with A. Giuliano re same (.2) | 1 | 0.40 | D. W. Carickhoff, Jr. | 250.00 |
| 02/18/22 | Begin drafting Supplemental A&G Retention Application (Contingency). | 1 | 2.00 | C. E. Hansen | 450.00 |
| 02/22/22 | Continue drafting Supplemental A&G Retention Application (Contingency). | 1 | 0.90 | C. E. Hansen | 202.50 |
| 02/25/22 | Review and revise supplemental application to retain Archer (1.8); email with A. Giuliano and B. Sandler re same (0.1) | 1 | 1.90 | D. W. Carickhoff, Jr. | 1,225.50 |
| | **ARCHER GREINER FEE/EMPLOYMENT APPLICATIONS TOTAL** | | **9.70** | | **4,625.50** |

| GIU013 | GIULIANO (TRUSTEE), ALFRED T. | | | Invoice Number: | 4250365 |
|---|---|---|---|---|---|
| GIU013.97090 | IN RE: ART VAN FURNITURE, LLC  /  CHAPTER 7 BANKRUPTCY | | | | Page 3 |

| Date | Description | Task | Hours | Name | Fees |
|---|---|---|---|---|---|
| 12/29/20 | Follow up with D. Carickhoff re investigation | 16 | 0.10 | B. J. Hall | 45.00 |
| 01/05/21 | Begin analysis for investigation of pre petition sale leaseback transactions | 16 | 1.50 | B. J. Hall | 675.00 |
| 01/11/21 | Preliminary review and inventory of sale-leaseback related documents and email D. Carickhoff re proposed next steps | 16 | 1.00 | B. J. Hall | 450.00 |
| 01/11/21 | Continue analysis of sale-leaseback documents, research docket filings, and identify additional documents and parties from which to request documents | 16 | 2.20 | B. J. Hall | 990.00 |
| 01/12/21 | Analyze documents received from B. Giuliano and send follow up request for information relating to March 2017 transaction | 16 | 0.20 | B. J. Hall | 90.00 |
| 01/16/21 | Initial review of selected financial statements for investigation of sale-leaseback transactions | 16 | 1.00 | B. J. Hall | 450.00 |
| 01/20/21 | Call with D. Carickhoff re investigation of sale-leaseback transactions | 16 | 0.20 | B. J. Hall | 90.00 |
| 01/20/21 | Call with B. Hall re docs reviewed, docs needed, and related matters | 16 | 0.20 | D. W. Carickhoff, Jr. | 125.00 |
| 01/21/21 | Analyze Equity Purchase Agreement for investigation of sale-leaseback transactions (1.2); review board minutes and other materials from the trustee (.7); analyze and summarize sale-leaseback transaction and draft memo to D. Carickhoff with proposed next steps (1.6) | 16 | 3.50 | B. J. Hall | 1,575.00 |
| 01/22/21 | Analyze and respond to email from D. Carickhoff re theories of liability and potential targets | 16 | 0.80 | B. J. Hall | 360.00 |
| 01/25/21 | Research and summarize key decisions | 16 | 1.90 | B. J. Hall | 855.00 |
| 02/02/21 | Call with D. Carickhoff re investigation of sale-leaseback transactions | 16 | 0.10 | B. J. Hall | 45.00 |
| 02/06/21 | Review analysis prepared by B. Hall (.5); emails re additional docs needed for investigation (.2) | 16 | 0.70 | D. W. Carickhoff, Jr. | 437.50 |
| 02/09/21 | Draft request for documents directed to Debtors' counsel | 16 | 0.40 | B. J. Hall | 180.00 |
| 02/09/21 | Emails with B. Hall re informal discovery | 16 | 0.20 | D. W. Carickhoff, Jr. | 125.00 |
| 02/10/21 | Emails with Benesch and B. Hall re informal discovery | 16 | 0.20 | D. W. Carickhoff, Jr. | 125.00 |
| 02/10/21 | Follow up on document requests relating to sale- | 16 | 0.30 | B. J. Hall | 135.00 |

| GIU013 | GIULIANO (TRUSTEE), ALFRED T. | | | Invoice Number: | 4250365 |
| GIU013.97090 | IN RE: ART VAN FURNITURE, LLC  /  CHAPTER 7 BANKRUPTCY | | | | Page 4 |

| Date | Description | Task | Hours | Name | Fees |
|---|---|---|---|---|---|
| | leaseback | | | | |
| 02/11/21 | Call with and follow up email to C. Hayes, Kirkland & Ellis, re document request relating to sale-leaseback transactions | 16 | 0.20 | B. J. Hall | 90.00 |
| 02/11/21 | Review materials from D. Carickhoff re AVF | 16 | 0.20 | B. J. Hall | 90.00 |
| 02/17/21 | Call with B. Hall re investigation and additional docs needed | 16 | 0.20 | D. W. Carickhoff, Jr. | 125.00 |
| 03/05/21 | Follow up email to Kirkland & Ellis re document request and discuss status with D. Carickhoff | 16 | 0.20 | B. J. Hall | 90.00 |
| 03/10/21 | Email exchange with K&E re document request and follow up note to D. Carickhoff | 16 | 0.10 | B. J. Hall | 45.00 |
| 03/15/21 | Follow up email to M. Esser re Trustee's request for information re sale-leaseback transactions | 16 | 0.10 | B. J. Hall | 45.00 |
| 03/17/21 | Prepare for (.3) and participate in (.2) call with M. Esser, Kirkland & Ellis re request for documents relating to sale-leaseback | 16 | 0.50 | B. J. Hall | 225.00 |
| 03/17/21 | Call with D. Carickhoff re status of investigation of sale-leasebacks | 16 | 0.20 | B. J. Hall | 90.00 |
| 03/17/21 | Call with B. Hall re discussions with transaction counsel and related matters | 16 | 0.20 | D. W. Carickhoff, Jr. | 125.00 |
| 03/19/21 | Follow up call with Kirkland & Ellis re sale-leaseback document production | 16 | 0.20 | B. J. Hall | 90.00 |
| 03/19/21 | Review and consider follow up email from Kirkland | 16 | 0.20 | B. J. Hall | 90.00 |
| 03/19/21 | Emails with B. Hall re informal discovery issues | 16 | 0.20 | D. W. Carickhoff, Jr. | 125.00 |
| 03/22/21 | Initial review and index of documents produced by Kirkland & Ellis (1.2); identify potential areas for follow up (.3); initial review of disclosure schedules to Equity Purchase Agreement (1.0) | 16 | 2.50 | B. J. Hall | 1,125.00 |
| 03/22/21 | Call with B. Hall re update on informal discovery | 16 | 0.10 | D. W. Carickhoff, Jr. | 62.50 |
| 03/23/21 | Continue review of documents produced by Kirkland & Ellis (1.0) including 2016 and 2015 financial statements (1.2) | 16 | 2.20 | B. J. Hall | 990.00 |
| 03/23/21 | Compare and summarize differences between pre- and post-acquisition financial statements | 16 | 1.70 | B. J. Hall | 765.00 |
| 03/23/21 | Research and trace real property and sale-leaseback transactions | 16 | 1.20 | B. J. Hall | 540.00 |
| 03/23/21 | Identify documents missing from Kirkland & | 16 | 0.30 | B. J. Hall | 135.00 |

GIU013                GIULIANO (TRUSTEE), ALFRED T.                                    Invoice Number:    4250365

GIU013.97090          IN RE: ART VAN FURNITURE, LLC  /  CHAPTER 7                                            Page 5
                      BANKRUPTCY

| Date | Description | Task | Hours | Name | Fees |
|------|-------------|------|-------|------|------|
| | Ellis production | | | | |
| 03/25/21 | Continue analysis and summary of sale-leaseback documents provided by Kirkland & Ellis (1.7); preliminary research on certain properties formerly owned by debtors (.8) | 16 | 2.50 | B. J. Hall | 1,125.00 |
| 03/26/21 | Continue analyzing and summarizing March 2017 sale-leaseback transactions (2.4) and work on draft summary (.5) | 16 | 2.90 | B. J. Hall | 1,305.00 |
| 04/06/21 | Analyze documents relating to November 2017 Wolf/Levin sale-leaseback transactions | 16 | 2.00 | B. J. Hall | 900.00 |
| 04/07/21 | Call with B. Hall re investigation (.6); emails with B. Sandler re update (.1) | 16 | 0.70 | D. W. Carickhoff, Jr. | 437.50 |
| 04/07/21 | Emails and call with D. Carickhoff re sale-leaseback investigation | 16 | 0.80 | B. J. Hall | 360.00 |
| 04/07/21 | Continue analyzing and summarizing key documents relating to the November 2017 sale-leaseback transactions, and identify areas for follow up | 16 | 1.00 | B. J. Hall | 450.00 |
| 04/26/21 | Continue analysis of Wolf and Levin sale-leaseback transaction related documents and identify areas for follow up | 16 | 1.00 | B. J. Hall | 450.00 |
| 04/28/21 | Email Kirkland & Ellis requesting documents relating to ongoing sale-leaseback transaction analysis | 16 | 0.20 | B. J. Hall | 90.00 |
| 05/06/21 | Following up with Kirkland re status of requests | 16 | 0.10 | B. J. Hall | 45.00 |
| 05/21/21 | Discuss status of investigation with D. Carickhoff | 16 | 0.20 | B. J. Hall | 90.00 |
| 05/21/21 | Emails with Kirkland & Ellis re status of document request | 16 | 0.20 | B. J. Hall | 90.00 |
| 05/29/21 | Initial review of second document production from Kirkland & Ellis re Levin and Wolf transactions and supplemental AVF acquisition documents | 16 | 2.00 | B. J. Hall | 900.00 |
| 06/01/21 | Continue review and analysis of second document production from K&E and update investigation notes and areas for follow up | 16 | 1.00 | B. J. Hall | 450.00 |
| 06/04/21 | Continue analysis of Levin sale-leaseback documents | 16 | 0.50 | B. J. Hall | 225.00 |
| 06/04/21 | Call with D. Carickhoff re status of investigation | 16 | 0.20 | B. J. Hall | 90.00 |

GIU013             GIULIANO (TRUSTEE), ALFRED T.                          Invoice Number:    4250365

GIU013.97090       IN RE: ART VAN FURNITURE, LLC  /  CHAPTER 7                              Page 6
                   BANKRUPTCY

| Date | Description | Task | Hours | Name | Fees |
|---|---|---|---|---|---|
| 06/04/21 | Call with B. Hall re investigation | 16 | 0.20 | D. W. Carickhoff, Jr. | 125.00 |
| 06/05/21 | Analyze and summarize Levin acquisition, sale-leaseback transactions, and transfer of real properties | 16 | 2.70 | B. J. Hall | 1,215.00 |
| 06/05/21 | Analyze and summarize Wolf acquisition, sale-leaseback transactions, and transfer of real properties | 16 | 1.80 | B. J. Hall | 810.00 |
| 06/07/21 | Call with B. Hall re investigation | 16 | 0.20 | D. W. Carickhoff, Jr. | 125.00 |
| 06/10/21 | Draft memo to D. Carickhoff on status of investigation of pre petition sale-leaseback transactions and proposed next steps | 16 | 1.50 | B. J. Hall | 675.00 |
| 07/29/21 | Meet with B. Hall re investigation into sale lease back transactions | 16 | 0.20 | D. W. Carickhoff, Jr. | 125.00 |
| 08/01/21 | Review preliminary analysis (.4); and emails with B. Hall re same (.2) | 16 | 0.60 | D. W. Carickhoff, Jr. | 375.00 |
| 08/02/21 | Review status of Art Van Furniture investigation (.5); emails with D. Carickhoff and S. Packman re same (.4); call with J. Buckley re sale-leaseback investigation (.1) | 16 | 1.00 | B. J. Hall | 450.00 |
| 08/02/21 | Conference with Archer & Greiner attorney in office B. Hall re: searches on several properties. | 16 | 0.30 | J. E. Buckley | 72.00 |
| 08/02/21 | communications re: call with trustee (.3); re-read memo on potential causes of action (.7) | 16 | 1.00 | S. M. Packman | 665.00 |
| 08/03/21 | Prepare for (.2) and participate in call with S. Packman and D. Carickhoff re investigation of sale-leaseback transactions (.4); follow up call with D. Carickhoff (.1) | 16 | 0.70 | B. J. Hall | 315.00 |
| 08/03/21 | Follow up emails with D. Carickhoff and team re sale-leaseback investigation | 16 | 0.30 | B. J. Hall | 135.00 |
| 08/03/21 | Emails re investigation update | 16 | 0.20 | D. W. Carickhoff, Jr. | 125.00 |
| 08/03/21 | communications internally and with client and counsel re: issues | 16 | 0.50 | S. M. Packman | 332.50 |
| 08/04/21 | Continue sale-leaseback investigation following call with S. Packman and D. Carickhoff, including review of financial statements and other documents (1.2), research and summary of relevant case law (1.1) and review of additional materials in preparation for call with the Trustee (.8) | 16 | 3.10 | B. J. Hall | 1,395.00 |

GIU013                GIULIANO (TRUSTEE), ALFRED T.                                    Invoice Number:    4250365

GIU013.97090          IN RE: ART VAN FURNITURE, LLC  /  CHAPTER 7                                    Page 7
                      BANKRUPTCY

| Date | Description | Task | Hours | Name | Fees |
|------|-------------|------|-------|------|------|
| 08/05/21 | Review title and lien searches from J. Buckley for March 2017 properties and update D. Carickhoff re same | 16 | 1.20 | B. J. Hall | 540.00 |
| 08/05/21 | Draft summary report to Trustee and B. Sandler in advance of call on sale-leaseback investigation | 16 | 1.40 | B. J. Hall | 630.00 |
| 08/05/21 | reviewed email and summary for call with client and counsel | 16 | 0.50 | S. M. Packman | 332.50 |
| 08/06/21 | Prepare for meeting with A. Giuliano, B. Sandler and Archer team re investigation (1.2); call with group (.5); follow up call with A. Giuliano (.2); additional research (.2); follow up call with B. Hall (.7) | 16 | 2.80 | D. W. Carickhoff, Jr. | 1,750.00 |
| 08/06/21 | Call with Trustee, B. Sandler, S. Packman, and D. Carickhoff re investigation of sale-leaseback transactions and next steps | 16 | 0.50 | B. J. Hall | 225.00 |
| 08/06/21 | Post-call with D. Carickhoff re next steps in sale-leaseback investigation | 16 | 0.70 | B. J. Hall | 315.00 |
| 08/06/21 | Research and prepare list of sample sale-leaseback properties for further analysis | 16 | 1.00 | B. J. Hall | 450.00 |
| 08/09/21 | Analyze files and financial statements (1.5); research and summarize case law (1.2); draft memo outlining questions (.8) | 16 | 3.50 | B. J. Hall | 1,575.00 |
| 08/11/21 | Emails with D. Carickhoff, B. Sandler, and Trustee re investigation of sale-leasebacks | 16 | 0.20 | B. J. Hall | 90.00 |
| 08/11/21 | Review email and attachments re:financials and additional info from B. Hall | 16 | 0.50 | S. M. Packman | 332.50 |
| 08/16/21 | Call and emails with R. Edwards re claim issues; emails with B. Hall re same | 16 | 0.40 | D. W. Carickhoff, Jr. | 250.00 |
| 08/16/21 | Call with A. Giuliano and D. Miller re investigation | 16 | 0.10 | B. J. Hall | 45.00 |
| 08/16/21 | Emails with D. Miller and B. Giuliano re investigation | 16 | 0.30 | B. J. Hall | 135.00 |
| 08/20/21 | Call with D. Miller and B. Giuliano re investigation | 16 | 0.80 | B. J. Hall | 360.00 |
| 08/20/21 | Research and respond to D. Miller and B. Giuliano re investigation | 16 | 0.50 | B. J. Hall | 225.00 |
| 08/23/21 | Review analysis re investigation of sale-leasebacks | 16 | 0.50 | B. J. Hall | 225.00 |

GIU013                     GIULIANO (TRUSTEE), ALFRED T.                                Invoice Number:    4250365

GIU013.97090          IN RE: ART VAN FURNITURE, LLC  /  CHAPTER 7                                          Page 8
                               BANKRUPTCY

| Date | Description | Task | Hours | Name | Fees |
|---|---|---|---|---|---|
| 08/30/21 | Email exchange re investigation of sale-leasebacks | 16 | 0.10 | B. J. Hall | 45.00 |
| 09/16/21 | Discuss status of investigation with D. Carichoff | 16 | 0.10 | B. J. Hall | 45.00 |
| 10/04/21 | Call with D. Miller re sale-leaseback investigation | 16 | 0.10 | B. J. Hall | 46.50 |
| 10/13/21 | Email D. Miller re investigation of prepetition sale-leasebacks | 16 | 0.10 | B. J. Hall | 46.50 |
| 10/19/21 | Research legal issues | 16 | 1.00 | B. J. Hall | 465.00 |
| 10/19/21 | Call with S. Packman re status of investigation of sale-leasebacks | 16 | 0.10 | B. J. Hall | 46.50 |
| 10/26/21 | Meet with D. Carickhoff re sale-leaseback investigation | 16 | 0.20 | B. J. Hall | 93.00 |
| 10/26/21 | Meet with B. Hall re investigation and related issues | 16 | 0.20 | D. W. Carickhoff, Jr. | 129.00 |
| 11/04/21 | Meet with D. Carickhoff re investigation of prepetition sales-leaseback transactions | 16 | 0.10 | B. J. Hall | 46.50 |
| 11/04/21 | Meet with B. Hall re investigation (.2); emails with A. Giuliano and D. Miller (.2) | 16 | 0.40 | D. W. Carickhoff, Jr. | 258.00 |
| 11/08/21 | Call with A. Giuliano, D. Miller, and D. Carichoff re: sale-leasebacks | 16 | 0.70 | B. J. Hall | 325.50 |
| 11/08/21 | Call with D. Carickhoff re Art Van Furniture investigation | 16 | 0.20 | B. J. Hall | 93.00 |
| 11/08/21 | Follow up call and emails with D. Carickhoff re Art Van Furniture investigation | 16 | 0.30 | B. J. Hall | 139.50 |
| 11/08/21 | Research and summarize issues | 16 | 1.20 | B. J. Hall | 558.00 |
| 11/08/21 | Emails to and call with D. Miller re sale-leaseback investigation | 16 | 0.20 | B. J. Hall | 93.00 |
| 11/08/21 | Prepare for and have call with A. Giuliano, D. Miller and B. Hall  re investigation issues (1.0); emails and call with B. Hall re investigation issues (.5) | 16 | 1.50 | D. W. Carickhoff, Jr. | 967.50 |
| 11/09/21 | Analyze exhibits and prepare list of topics to discuss with team | 16 | 2.40 | B. J. Hall | 1,116.00 |
| 11/09/21 | Email R. Edwards re prepetition credit agreements | 16 | 0.10 | B. J. Hall | 46.50 |
| 11/10/21 | Preliminary review of documents received from R. Edwards re investigation of issues relating to prepetition sale-leasebacks | 16 | 0.50 | B. J. Hall | 232.50 |

GIU013      GIULIANO (TRUSTEE), ALFRED T.      Invoice Number:   4250365

GIU013.97090      IN RE: ART VAN FURNITURE, LLC / CHAPTER 7      Page 9
BANKRUPTCY

| Date | Description | Task | Hours | Name | Fees |
|---|---|---|---|---|---|
| 11/22/21 | Continue review of analysis and items to discuss with D. Carickhoff | 16 | 0.50 | B. J. Hall | 232.50 |
| 12/01/21 | Review and consider areas for further investigation regarding sale-leaseback transactions | 16 | 1.20 | B. J. Hall | 558.00 |
| 12/01/21 | Draft memo to S. Packman and D. Carickhoff re status of sale-leaseback investigation and potential areas for follow up | 16 | 1.50 | B. J. Hall | 697.50 |
| 12/02/21 | Review file for potentially avoidable transfers relating to acquisition and sale-leasebacks | 16 | 1.40 | B. J. Hall | 651.00 |
| 12/02/21 | Investigate transfers to officers in connection with acquisition and sale-leaseback | 16 | 0.80 | B. J. Hall | 372.00 |
| 12/03/21 | Prepare for (.2) and participate in (.8) call with S. Packman and D. Carickhoff re investigation and proposed next steps | 16 | 1.00 | B. J. Hall | 465.00 |
| 12/03/21 | spent time working through facts and potential legal claims and damage issues with Bryan Hall and related review of documents relative to causes of action and damage claims of trustee against insiders and other transferees, officers and directors | 16 | 3.00 | S. M. Packman | 2,055.00 |
| 12/07/21 | Draft document request to Kirkland and email to S. Packman for comments | 16 | 0.50 | B. J. Hall | 232.50 |
| 12/07/21 | Draft document request to Van Elslander counsel (.5); review documents for any potential impact on investigation (.4) | 16 | 0.90 | B. J. Hall | 418.50 |
| 12/07/21 | Discuss investigation and next steps with D. Carickhoff | 16 | 0.10 | B. J. Hall | 46.50 |
| 12/07/21 | worked on outlining claims | 16 | 1.50 | S. M. Packman | 1,027.50 |
| 12/08/21 | Call with S. Packman re document requests to Kirkland and to Bodman | 16 | 0.30 | B. J. Hall | 139.50 |
| 12/08/21 | worked through case issues with B Hall reviewed related documents | 16 | 1.50 | S. M. Packman | 1,027.50 |
| 12/09/21 | Work on document requests to Kirkland & Ellis and email to S. Packman | 16 | 0.50 | B. J. Hall | 232.50 |
| 12/09/21 | Draft email to K. Miller, co-counsel to Van Elslander, re document requests | 16 | 0.30 | B. J. Hall | 139.50 |
| 12/09/21 | Continue work analyzing potential estate causes of action | 16 | 0.60 | B. J. Hall | 279.00 |

GIU013                    GIULIANO (TRUSTEE), ALFRED T.                    Invoice Number:    4250365

GIU013.97090        IN RE: ART VAN FURNITURE, LLC  /  CHAPTER 7                    Page 10
                    BANKRUPTCY

| Date | Description | Task | Hours | Name | Fees |
|------|-------------|------|-------|------|------|
| 12/09/21 | worked on open discovery and pre litigation issues with B. Hall | 16 | 1.00 | S. M. Packman | 685.00 |
| 12/10/21 | Research re: claims issues | 16 | 1.60 | B. J. Hall | 744.00 |
| 12/10/21 | Preliminary review of Art Van Furniture, Comfort Mattress, and Art Van Canada documents to identify potential targets | 16 | 0.80 | B. J. Hall | 372.00 |
| 12/10/21 | Continue analyzing potential claims and targets | 16 | 2.20 | B. J. Hall | 1,023.00 |
| 12/10/21 | Summarize and compile research and analysis to date on key data points on undercapitalization | 16 | 1.40 | B. J. Hall | 651.00 |
| 12/10/21 | Email exchange with K. Miller, counsel to Van Elsander | 16 | 0.20 | B. J. Hall | 93.00 |
| 12/10/21 | emails and review of draft document requests | 16 | 0.50 | S. M. Packman | 342.50 |
| 12/13/21 | Continue work on outline of potential claims | 16 | 1.50 | B. J. Hall | 697.50 |
| 12/13/21 | Research on potential claims | 16 | 0.50 | B. J. Hall | 232.50 |
| 12/14/21 | Continue researching potential estate causes of action | 16 | 0.80 | B. J. Hall | 372.00 |
| 12/14/21 | Continue work on outline of potential causes of action | 16 | 1.70 | B. J. Hall | 790.50 |
| 12/15/21 | Continue researching potential estate causes of action | 16 | 0.50 | B. J. Hall | 232.50 |
| 12/16/21 | Prepare for (.3) and participate in (.3) call with K. Miller, counsel to Archie A. Van Elslander Trust, re request for documents | 16 | 0.60 | B. J. Hall | 279.00 |
| 12/16/21 | Draft email to K. Miller, counsel to Archie Van Elslander Trust, requesting documents and information | 16 | 0.50 | B. J. Hall | 232.50 |
| 12/16/21 | Call with S. Packman re investigation and potential estate claims | 16 | 0.60 | B. J. Hall | 279.00 |
| 12/17/21 | Email S. Packman re Debtors' financial statements and flow of funds | 16 | 0.10 | B. J. Hall | 46.50 |
| 12/17/21 | Call with S. Packman to review the Debtors' financial statements and potential damages | 16 | 0.70 | B. J. Hall | 325.50 |
| 12/17/21 | Emails with S. Packman and D. Carickhoff re investigation | 16 | 0.30 | B. J. Hall | 139.50 |
| 12/17/21 | work through case issues with B. Hall and related communications | 16 | 1.00 | S. M. Packman | 685.00 |
| 12/17/21 | many communications re: case issues and | 16 | 1.50 | S. M. Packman | 1,027.50 |

GIU013                 GIULIANO (TRUSTEE), ALFRED T.                          Invoice Number:    4250365

GIU013.97090           IN RE: ART VAN FURNITURE, LLC  /  CHAPTER 7                            Page 11
                       BANKRUPTCY

| Date | Description | Task | Hours | Name | Fees |
|------|-------------|------|-------|------|------|
| | litigation prep | | | | |
| 12/19/21 | Continue work on analysis of potential estate causes of action, including list of potential claims (1), list of potential targets (1.5), summary of key financials (1.4), and compiling key supporting documents (.4) | 16 | 4.30 | B. J. Hall | 1,999.50 |
| 12/20/21 | Continue work on outline of potential estate claims | 16 | 1.70 | B. J. Hall | 790.50 |
| 12/20/21 | Continue researching estate causes of action | 16 | 1.70 | B. J. Hall | 790.50 |
| 12/20/21 | Call with D. Carickhoff and S. Packman re analysis of potential damages claims | 16 | 0.40 | B. J. Hall | 186.00 |
| 12/20/21 | Calls with B. Hall and S. Packman re investigation and related issues | 16 | 0.50 | D. W. Carickhoff, Jr. | 322.50 |
| 12/21/21 | Continue work investigating potential estate causes of action and review of documents | 16 | 1.40 | B. J. Hall | 651.00 |
| 12/21/21 | Meet with S. Espinal re research relating to potential estate causes of action (.3) and follow up emails to S. Espinal (.3) | 16 | 0.60 | B. J. Hall | 279.00 |
| 12/21/21 | Follow up with Kirkland on document request | 16 | 0.10 | B. J. Hall | 46.50 |
| 12/22/21 | Discuss investigation with S. Espinal | 16 | 0.20 | B. J. Hall | 93.00 |
| 12/22/21 | Continue work on investigation, including analysis of potential defenses | 16 | 2.20 | B. J. Hall | 1,023.00 |
| 12/22/21 | Investigate Sam Levin, Inc. transactions and identify areas for follow up | 16 | 1.00 | B. J. Hall | 465.00 |
| 12/22/21 | Research re: case issues | 16 | 1.50 | S. N. Espinal | 412.50 |
| 12/22/21 | Research re: case issues | 16 | 0.30 | S. N. Espinal | 82.50 |
| 12/22/21 | Research re: case issues | 16 | 1.80 | S. N. Espinal | 495.00 |
| 12/22/21 | Research re: case issues | 16 | 2.20 | S. N. Espinal | 605.00 |
| 12/23/21 | Investigation of AVF Holding Company and potential claims | 16 | 1.40 | B. J. Hall | 651.00 |
| 12/23/21 | Continue investigation and summary of potential estate causes of action (1.4); research and summarize applicable law on potential claims (1.0), defenses (.6), and potential counter arguments (.3) | 16 | 3.30 | B. J. Hall | 1,534.50 |
| 12/23/21 | Research re: case issues | 16 | 5.00 | S. N. Espinal | 1,375.00 |
| 12/24/21 | Begin drafting factual background for memo on | 16 | 4.20 | B. J. Hall | 1,953.00 |

| | | | | | |
|---|---|---|---|---|---|
| GIU013 | GIULIANO (TRUSTEE), ALFRED T. | | | Invoice Number: | 4250365 |
| GIU013.97090 | IN RE: ART VAN FURNITURE, LLC / CHAPTER 7 BANKRUPTCY | | | | Page 12 |

| Date | Description | Task | Hours | Name | Fees |
|---|---|---|---|---|---|
| | investigation | | | | |
| 12/24/21 | Begin drafting and compiling chart of potential targets | 16 | 1.60 | B. J. Hall | 744.00 |
| 12/24/21 | Begin summarizing and drafting high level outline of potential estate cause of action and identifying areas for follow up | 16 | 3.20 | B. J. Hall | 1,488.00 |
| 12/24/21 | Prepare draft exhibits to memo on investigation | 16 | 0.50 | B. J. Hall | 232.50 |
| 12/27/21 | Analyze and summarize case issues | 16 | 0.80 | B. J. Hall | 372.00 |
| 12/27/21 | Continue research and summary of law on potential estate claims | 16 | 1.00 | B. J. Hall | 465.00 |
| 12/27/21 | Continue drafting memo on potential estate causes of action | 16 | 3.30 | B. J. Hall | 1,534.50 |
| 12/27/21 | Research re: case issues | 16 | 1.00 | S. N. Espinal | 275.00 |
| 12/27/21 | Research and summarize potential causes of action | 16 | 2.30 | B. J. Hall | 1,069.50 |
| 12/28/21 | Research and analysis of case issues | 16 | 2.40 | B. J. Hall | 1,116.00 |
| 12/28/21 | Continue investigation and summary of Levin transactions | 16 | 1.00 | B. J. Hall | 465.00 |
| 12/28/21 | Continue investigation and summary of Wolf transactions | 16 | 0.60 | B. J. Hall | 279.00 |
| 12/28/21 | Continue analysis of claims | 16 | 1.00 | B. J. Hall | 465.00 |
| 12/28/21 | Continue analysis of case issues | 16 | 0.50 | B. J. Hall | 232.50 |
| 12/29/21 | Continue analyzing and summarizing arguments | 16 | 1.70 | B. J. Hall | 790.50 |
| 12/29/21 | Continue analyzing and summarizing Sam Levin transactions and potential estate causes of action | 16 | 2.20 | B. J. Hall | 1,023.00 |
| 12/29/21 | Continue analyzing and summarizing potential estate claims against former officers | 16 | 1.10 | B. J. Hall | 511.50 |
| 12/29/21 | Continue analyzing and summarizing potential estate causes of action | 16 | 1.80 | B. J. Hall | 837.00 |
| 12/30/21 | Continue drafting and editing draft memo on investigation (4.6); comprehensive review and proofread and email to S. Packman and D. Carickhoff for review (1.0) | 16 | 5.60 | B. J. Hall | 2,604.00 |
| 12/30/21 | Continue work analyzing case issues | 16 | 1.20 | B. J. Hall | 558.00 |
| 12/30/21 | Continue researching, refining, and summarizing potential causes of action | 16 | 3.50 | B. J. Hall | 1,627.50 |

GIU013           GIULIANO (TRUSTEE), ALFRED T.                    Invoice Number:    4250365

GIU013.97090     IN RE: ART VAN FURNITURE, LLC  /  CHAPTER 7                         Page 13
                 BANKRUPTCY

| Date | Description | Task | Hours | Name | Fees |
|---|---|---|---|---|---|
| 01/05/22 | Attention to investigation of sale-leasebacks and related transactions | 16 | 0.30 | B. J. Hall | 139.50 |
| 01/06/22 | Email exchange with S. Packman re investigation | 16 | 0.10 | B. J. Hall | 46.50 |
| 01/06/22 | Continue investigation of potential causes of action | 16 | 1.70 | B. J. Hall | 790.50 |
| 01/06/22 | Continue work on draft memo on investigation and email update to S. Packman and D. Carickhoff | 16 | 2.30 | B. J. Hall | 1,069.50 |
| 01/06/22 | review updated draft memo to client and related documents and emails from B.Hall | 16 | 1.00 | S. M. Packman | 685.00 |
| 01/07/22 | Continue analysis of potential estate causes of action | 16 | 2.10 | B. J. Hall | 976.50 |
| 01/07/22 | Review and circulate email from THL counsel | 16 | 0.20 | B. J. Hall | 93.00 |
| 01/10/22 | Continue investigation of potential estate causes of action and identify items for follow up | 16 | 1.40 | B. J. Hall | 651.00 |
| 01/10/22 | Email exchange with S. Packman re investigation | 16 | 0.30 | B. J. Hall | 139.50 |
| 01/10/22 | Review Equity Purchase Agreement schedules and related documents re potentially avoidable transfers | 16 | 0.70 | B. J. Hall | 325.50 |
| 01/10/22 | Review and provide comments to draft memo | 16 | 1.50 | D. W. Carickhoff, Jr. | 967.50 |
| 01/10/22 | spent time reviewing lengthy memo and related documents from B. Hall in draft for the client and made revisions to same (2.5); follow up communications re: memo and related matters (.5) | 16 | 3.00 | S. M. Packman | 2,055.00 |
| 01/11/22 | Call with S. Packman and B. Hall re memo and other issues | 16 | 1.30 | D. W. Carickhoff, Jr. | 838.50 |
| 01/11/22 | Continue work on draft investigation memo per comments from S. Packman and D. Carickhoff | 16 | 1.90 | B. J. Hall | 883.50 |
| 01/11/22 | Conference call with S. Packman and D. Carickhoff (part of call) re investigation of potential estate claims | 16 | 1.50 | B. J. Hall | 697.50 |
| 01/11/22 | Follow up call with D. Carickhoff re investigation | 16 | 0.20 | B. J. Hall | 93.00 |
| 01/11/22 | Research and respond to S. Packman re ABL credit facility | 16 | 0.30 | B. J. Hall | 139.50 |
| 01/11/22 | Preliminary review of document production from Kirkland & Ellis (3.2); emails to S. Packman re document production (.2) | 16 | 3.40 | B. J. Hall | 1,581.00 |
| 01/11/22 | spent time reviewing documents including those | 16 | 3.50 | S. M. Packman | 2,397.50 |

GIU013                    GIULIANO (TRUSTEE), ALFRED T.                         Invoice Number:    4250365

GIU013.97090       IN RE: ART VAN FURNITURE, LLC  /  CHAPTER 7                              Page 14
                            BANKRUPTCY

| Date | Description | Task | Hours | Name | Fees |
|---|---|---|---|---|---|
| | from Kirkland (3.0); communications with B. Hall re: document review and memo to client (.5) | | | | |
| 01/12/22 | Continue work on analysis of constructive fraudulent transfer and other estate causes of action | 16 | 0.70 | B. J. Hall | 325.50 |
| 01/12/22 | Continue drafting investigation memo and email to S. Packman and D. Carickhoff for review | 16 | 1.70 | B. J. Hall | 790.50 |
| 01/12/22 | reviewed updated memo to client and made few revisions | 16 | 1.00 | S. M. Packman | 685.00 |
| 01/14/22 | internal communications B. Hall re: document review (.1); reviewed summary of document attachment from Art Van counsel  (.3); followed up with B. Hall (.1) | 16 | 0.50 | S. M. Packman | 342.50 |
| 01/17/22 | Preliminary review of Van Elslander responses to initial document requests | 16 | 0.50 | B. J. Hall | 232.50 |
| 01/18/22 | Analyze and summarize documents produced by Bodman, counsel to the Van Elslanders | 16 | 2.80 | B. J. Hall | 1,302.00 |
| 01/18/22 | Call with S. Packman re investigation and next steps | 16 | 0.30 | B. J. Hall | 139.50 |
| 01/18/22 | Email exchange with M. Esser and A. Blacklock, Kirkland, re investigation | 16 | 0.20 | B. J. Hall | 93.00 |
| 01/18/22 | Draft email to S. Packman re review of documents produced by Bodman and next steps | 16 | 0.70 | B. J. Hall | 325.50 |
| 01/18/22 | worked with bryan hall on case issues and related communications | 16 | 1.50 | S. M. Packman | 1,027.50 |
| 01/19/22 | Call with B. Hall re investigation and potential claims | 16 | 0.20 | D. W. Carickhoff, Jr. | 129.00 |
| 01/19/22 | Call with R. Edwards re investigation | 16 | 0.10 | B. J. Hall | 46.50 |
| 01/19/22 | Call with D. Carickhoff re investigation | 16 | 0.20 | B. J. Hall | 93.00 |
| 01/19/22 | Email exchange with S. Packman re investigation | 16 | 0.10 | B. J. Hall | 46.50 |
| 01/19/22 | Continue work on investigation memo | 16 | 1.40 | B. J. Hall | 651.00 |
| 01/20/22 | Precall with S. Packman and D. Carickhoff re investigation | 16 | 0.30 | B. J. Hall | 139.50 |
| 01/20/22 | Review requests for documents, productions, and prepare for call with Kirkland & Ellis | 16 | 1.00 | B. J. Hall | 465.00 |
| 01/20/22 | Call with M. Esser and A. Blacklock, Kirkland, and S. Packman and D. Carickhoff re document requests | 16 | 0.60 | B. J. Hall | 279.00 |

GIU013              GIULIANO (TRUSTEE), ALFRED T.                          Invoice Number:    4250365

GIU013.97090        IN RE: ART VAN FURNITURE, LLC  /  CHAPTER 7                               Page 15
                    BANKRUPTCY

| Date | Description | Task | Hours | Name | Fees |
|---|---|---|---|---|---|
| 01/20/22 | Post-call with D. Carickhoff re next steps | 16 | 0.20 | B. J. Hall | 93.00 |
| 01/20/22 | Research and draft email to Kirkland re failed March 2017 sale-leaseback | 16 | 0.40 | B. J. Hall | 186.00 |
| 01/20/22 | Pre-call with Archer (.3); call with K&E re investigation and document requests (.6); follow up call with B. Hall (.2) | 16 | 1.10 | D. W. Carickhoff, Jr. | 709.50 |
| 01/20/22 | communications with kirkland and ellis re: discovery and due diligence issues (.7); communications internally with B. Hall re: call with Kirkland and follow-up matters (.3) | 16 | 1.00 | S. M. Packman | 685.00 |
| 01/22/22 | Continue work on investigation memo based upon recent document productions | 16 | 2.40 | B. J. Hall | 1,116.00 |
| 01/22/22 | Draft executive summary to investigation memo | 16 | 2.00 | B. J. Hall | 930.00 |
| 01/22/22 | Continue work on investigation memo and executive summary | 16 | 0.60 | B. J. Hall | 279.00 |
| 01/24/22 | Email R. Edwards re document request for investigation | 16 | 0.10 | B. J. Hall | 46.50 |
| 01/24/22 | reviewed revisions to lengthy memo for client and follow up re: finalize same for client review | 16 | 1.50 | S. M. Packman | 1,027.50 |
| 01/26/22 | Discuss investigation with D. Carickhoff | 16 | 0.10 | B. J. Hall | 46.50 |
| 01/26/22 | Analyze and summarize key documents for sale-leaseback investigation | 16 | 1.50 | B. J. Hall | 697.50 |
| 01/26/22 | Review and summarize selected provisions of valuation analyses and emails with R. Edward re same | 16 | 2.20 | B. J. Hall | 1,023.00 |
| 01/26/22 | cursory review of relevant documents | 16 | 1.00 | S. M. Packman | 685.00 |
| 01/27/22 | Revise and recirculate investigation memo per comments from D. Carickhoff | 16 | 0.50 | B. J. Hall | 232.50 |
| 01/27/22 | Review and provide comments to memo in investigation | 16 | 0.50 | D. W. Carickhoff, Jr. | 322.50 |
| 01/27/22 | reviewed the updated memo with additional comments and revisions re: claims | 16 | 1.00 | S. M. Packman | 685.00 |
| 01/28/22 | Review and respond to emails from R. Edwards and B. Giuliano re investigation | 16 | 0.30 | B. J. Hall | 139.50 |
| 01/28/22 | Analyze and summarize documents from R. Edwards | 16 | 1.20 | B. J. Hall | 558.00 |
| 01/30/22 | Review revised memo on investigation (.5); internal email re same (.1) | 16 | 0.60 | D. W. Carickhoff, Jr. | 387.00 |

GIU013          GIULIANO (TRUSTEE), ALFRED T.                    Invoice Number:   4250365

GIU013.97090    IN RE: ART VAN FURNITURE, LLC  /  CHAPTER 7                        Page 16
                BANKRUPTCY

| Date | Description | Task | Hours | Name | Fees |
|---|---|---|---|---|---|
| 01/31/22 | Review and revise investigation memo per comments from S. Packman and email to the Trustee for review | 16 | 1.00 | B. J. Hall | 465.00 |
| 01/31/22 | Emails with S. Packman and B. Hall re memo to client and related matters | 16 | 0.20 | D. W. Carickhoff, Jr. | 129.00 |
| 01/31/22 | communications B. Hall and D. Carickhoff re: final draft of memo for client and related issues (.5); reviewed entirety of lengthy memo for client prior to authorizing release (1.5) | 16 | 2.00 | S. M. Packman | 1,370.00 |
| 02/02/22 | Email exchange with S. Packman re status of investigation | 16 | 0.30 | B. J. Hall | 139.50 |
| 02/02/22 | reviewed documents (1.3); commuications internally re: report and additional litigation matters and review memo on report (.7) | 16 | 2.00 | S. M. Packman | 1,370.00 |
| 02/04/22 | Draft email to R. Edwards and B. Giuliano re investigation of transfers to insiders | 16 | 0.50 | B. J. Hall | 232.50 |
| 02/07/22 | Call with R. Edwards and B. Giuliano re investigation | 16 | 0.50 | B. J. Hall | 232.50 |
| 02/07/22 | communications in office re: issues and meeting with trustee | 16 | 0.50 | S. M. Packman | 342.50 |
| 02/07/22 | reviewed very lengthy memo and email to client for discussion | 16 | 1.00 | S. M. Packman | 685.00 |
| 02/08/22 | Prepare for call with Trustee re outcomes of investigation and outline proposed next steps | 16 | 1.00 | B. J. Hall | 465.00 |
| 02/08/22 | Meet with D. Carickhoff (.2) and emails with D. Carickhoff and S. Packman re investigation (.1) | 16 | 0.30 | B. J. Hall | 139.50 |
| 02/08/22 | Call with A. Giuliano, B. Sandler, R. Edwards, B. Giuliano, S. Packman, and D. Carickhoff re investigation | 16 | 1.00 | B. J. Hall | 465.00 |
| 02/08/22 | Postcall with S. Packman and D. Carickhoff | 16 | 0.20 | B. J. Hall | 93.00 |
| 02/08/22 | Research and email S. Packman re case issues (.7); follow up emails with R. Edwards and B. Giuliano (.1) | 16 | 0.80 | B. J. Hall | 372.00 |
| 02/08/22 | Email exchange with R. Edwards re D&O insurance | 16 | 0.30 | B. J. Hall | 139.50 |
| 02/08/22 | Pre-call with S. Packman and D. Carickhoff (.3); related discussions with D. Carickhoff (.2) | 16 | 0.50 | B. J. Hall | 232.50 |
| 02/08/22 | Meet with B. Hall re investigation and prepare for call with client (includes call with S. Packman) | 16 | 1.90 | D. W. Carickhoff, Jr. | 1,225.50 |

GIU013                  GIULIANO (TRUSTEE), ALFRED T.                    Invoice Number:    4250365

GIU013.97090      IN RE: ART VAN FURNITURE, LLC  /  CHAPTER 7                    Page 17
                  BANKRUPTCY

| Date | Description | Task | Hours | Name | Fees |
|------|-------------|------|-------|------|------|
| | (.5); call with A. Giuliano, GMCO and B. Sandler re investigation and proposed next steps (1.0); follow-up call and emails with Archer re same (.3); follow up email with A. Giuliano re same (.1) | | | | |
| 02/08/22 | worked with Bryan Hall on claims issues | 16 | 3.50 | S. M. Packman | 2,397.50 |
| 02/09/22 | Conference call with R. Edwards and B. Giuliano re investigation (.8); follow up email re same (.2) | 16 | 1.00 | B. J. Hall | 465.00 |
| 02/09/22 | Call with D. Carickhoff re investigation | 16 | 0.20 | B. J. Hall | 93.00 |
| 02/09/22 | Draft email to T. Cooney re Art Van background and D&O policies | 16 | 0.50 | B. J. Hall | 232.50 |
| 02/09/22 | worked on claim issues | 16 | 2.50 | S. M. Packman | 1,712.50 |
| 02/10/22 | Review transfers to insiders | 16 | 0.40 | B. J. Hall | 186.00 |
| 02/10/22 | Email B. Giuliano re investigation of transfers to insiders | 16 | 0.10 | B. J. Hall | 46.50 |
| 02/10/22 | Discuss case with D. Carickhoff | 16 | 0.10 | B. J. Hall | 46.50 |
| 02/10/22 | Follow up research on claims | 16 | 1.40 | B. J. Hall | 651.00 |
| 02/11/22 | worked on claim issues and related communications | 16 | 1.00 | S. M. Packman | 685.00 |
| 02/14/22 | Outline and consider issues and arguments | 16 | 1.00 | B. J. Hall | 465.00 |
| 02/14/22 | Research and respond to S. Packman re investigation (.2); email B. Giuliano re investigation (.1) | 16 | 0.30 | B. J. Hall | 139.50 |
| 02/14/22 | Research and respond to S. Packman re investigation; emails with B. Giuliano and D. Carickhoff re investigation | 16 | 0.50 | B. J. Hall | 232.50 |
| 02/14/22 | Call with S. Packman re research | 16 | 0.40 | B. J. Hall | 186.00 |
| 02/14/22 | Begin reviewing and summarizing law on case issues | 16 | 2.40 | B. J. Hall | 1,116.00 |
| 02/14/22 | communications internally re: various matters (.5); review of issues and attachments and worked on claims with B. Hall (1.5) | 16 | 2.00 | S. M. Packman | 1,370.00 |
| 02/15/22 | Reviewed B. Hall email re: background of potential claims; reviewed insurance policies and extensions; began analyzing insurance coverage. | 16 | 2.80 | T. J. Cooney | 1,386.00 |
| 02/15/22 | Continue research and draft memo to S. Packman summarizing research | 16 | 2.20 | B. J. Hall | 1,023.00 |

GIU013        GIULIANO (TRUSTEE), ALFRED T.        Invoice Number:    4250365

GIU013.97090    IN RE: ART VAN FURNITURE, LLC  /  CHAPTER 7        Page 18
                  BANKRUPTCY

| Date | Description | Task | Hours | Name | Fees |
|------|-------------|------|-------|------|------|
| 02/15/22 | Discuss investigation and next steps with D. Carickhoff | 16 | 0.40 | B. J. Hall | 186.00 |
| 02/15/22 | Meet with D. Carickhoff re outreach to targets, complaint, and next steps | 16 | 0.30 | B. J. Hall | 139.50 |
| 02/15/22 | Prepare action list | 16 | 0.50 | B. J. Hall | 232.50 |
| 02/15/22 | worked with B. Hall on claims | 16 | 1.50 | S. M. Packman | 1,027.50 |
| 02/16/22 | Call with S. Packman re next steps | 16 | 0.30 | B. J. Hall | 139.50 |
| 02/16/22 | Compile and circulate contact list for key targets | 16 | 0.40 | B. J. Hall | 186.00 |
| 02/16/22 | Begin drafting litigation outline | 16 | 1.40 | B. J. Hall | 651.00 |
| 02/16/22 | Outreach to Thomas H. Lee counsel | 16 | 0.10 | B. J. Hall | 46.50 |
| 02/16/22 | Research and summarize claims | 16 | 2.30 | B. J. Hall | 1,069.50 |
| 02/16/22 | Begin researching issues | 16 | 0.70 | B. J. Hall | 325.50 |
| 02/16/22 | Call with D. Carickhoff re outreach to targets | 16 | 0.20 | B. J. Hall | 93.00 |
| 02/16/22 | Review S. Packman email and call with B. Hall re claims and related issues | 16 | 0.40 | D. W. Carickhoff, Jr. | 258.00 |
| 02/16/22 | Research and analyze case law | 16 | 1.40 | B. J. Hall | 651.00 |
| 02/16/22 | Outreach to Van Elslander counsel | 16 | 0.10 | B. J. Hall | 46.50 |
| 02/16/22 | reviewed research | 16 | 0.50 | S. M. Packman | 342.50 |
| 02/17/22 | Continue to analyze potential breach of duty claims under Michigan and Delaware law | 16 | 2.50 | B. J. Hall | 1,162.50 |
| 02/17/22 | Discuss case with D. Carickhoff | 16 | 0.20 | B. J. Hall | 93.00 |
| 02/17/22 | Draft memo to S. Packman re analysis of breach of duty claims | 16 | 1.00 | B. J. Hall | 465.00 |
| 02/17/22 | Email exchange with counsel to Thomas H. Lee | 16 | 0.10 | B. J. Hall | 46.50 |
| 02/17/22 | Research R. Yost (.3); email L. Smith re investigation of R. Yost (.1) | 16 | 0.40 | B. J. Hall | 186.00 |
| 02/17/22 | Email exchange with counsel to the Van Elslanders | 16 | 0.20 | B. J. Hall | 93.00 |
| 02/17/22 | Research insolvency test for creditor breach of duty claims | 16 | 0.50 | B. J. Hall | 232.50 |
| 02/17/22 | Investigation locate Kim Yost | 16 | 3.60 | L. A. Smith | 1,062.00 |
| 02/17/22 | worked on breach of duty and other litigation issues with B. Hall | 16 | 1.00 | S. M. Packman | 685.00 |
| 02/18/22 | Begin drafting background section of complaint | 16 | 3.50 | B. J. Hall | 1,627.50 |

GIU013                     GIULIANO (TRUSTEE), ALFRED T.                        Invoice Number:    4250365

GIU013.97090          IN RE: ART VAN FURNITURE, LLC  /  CHAPTER 7                        Page 19
                                  BANKRUPTCY

| Date | Description | Task | Hours | Name | Fees |
|------|-------------|------|-------|------|------|
| 02/18/22 | Draft tolling agreement with Thomas H. Lee parties | 16 | 0.50 | B. J. Hall | 232.50 |
| 02/18/22 | Draft Van Elslander tolling agreement | 16 | 0.30 | B. J. Hall | 139.50 |
| 02/18/22 | Research and summary case law on avoiding management fees as fraudulent transfers | 16 | 1.00 | B. J. Hall | 465.00 |
| 02/18/22 | Prepare for and participate in call with Thomas H. Lee counsel | 16 | 0.50 | B. J. Hall | 232.50 |
| 02/18/22 | Emails with S. Packman and D. Carickhoff re tolling | 16 | 0.20 | B. J. Hall | 93.00 |
| 02/18/22 | Prepare for and participate in call with Bodman, counsel for the Van Elslander family | 16 | 0.60 | B. J. Hall | 279.00 |
| 02/18/22 | Investigation re: Kim Yost | 16 | 1.30 | L. A. Smith | 383.50 |
| 02/18/22 | communications b. hall and attachments re: case issues | 16 | 1.50 | S. M. Packman | 1,027.50 |
| 02/19/22 | Begin drafting outline of potential claims | 16 | 3.30 | B. J. Hall | 1,534.50 |
| 02/19/22 | Continue work on outline of estate causes of action | 16 | 2.20 | B. J. Hall | 1,023.00 |
| 02/20/22 | Continue working on outline and email to S. Packman for review | 16 | 2.60 | B. J. Hall | 1,209.00 |
| 02/21/22 | Continue drafting factual background | 16 | 2.80 | B. J. Hall | 1,302.00 |
| 02/21/22 | Review D. Carickhoff comments to outline | 16 | 0.20 | B. J. Hall | 93.00 |
| 02/21/22 | Email exchange with S. Packman re outline | 16 | 0.10 | B. J. Hall | 46.50 |
| 02/21/22 | Research and respond to B. Giuliano | 16 | 0.30 | B. J. Hall | 139.50 |
| 02/21/22 | Research and analysis of potential claims | 16 | 1.00 | B. J. Hall | 465.00 |
| 02/21/22 | Review and revise draft memo | 16 | 1.00 | D. W. Carickhoff, Jr. | 645.00 |
| 02/21/22 | reviewed outline of causes of action and related communications with b. hall and d. carickhoff | 16 | 1.00 | S. M. Packman | 685.00 |
| 02/22/22 | Call with S. Packman re outline and next steps | 16 | 1.00 | B. J. Hall | 465.00 |
| 02/22/22 | Review and prepare for calls re litigation | 16 | 0.50 | B. J. Hall | 232.50 |
| 02/22/22 | Review and summarize deed for headquarters from Art Van Furniture to leasing company | 16 | 0.20 | B. J. Hall | 93.00 |
| 02/22/22 | Email B. Giuliano and R. Edwards re information requests | 16 | 0.20 | B. J. Hall | 93.00 |
| 02/22/22 | Meet with D. Carickhoff re outline of complaint and next steps | 16 | 0.50 | B. J. Hall | 232.50 |

GIU013                GIULIANO (TRUSTEE), ALFRED T.                Invoice Number:    4250365

GIU013.97090          IN RE: ART VAN FURNITURE, LLC  /  CHAPTER 7                Page 20
                      BANKRUPTCY

| Date | Description | Task | Hours | Name | Fees |
|------|-------------|------|-------|------|------|
| 02/22/22 | Work on Art Van Furniture investigation | 16 | 0.50 | B. J. Hall | 232.50 |
| 02/22/22 | Call with S. Packman re tolling agreement, discuss next steps with D. Carickhoff, and circulate tolling agreements to Kirkland and Bodman | 16 | 0.40 | B. J. Hall | 186.00 |
| 02/22/22 | Meet with B. Hall re memo, strategy and related issues | 16 | 0.40 | D. W. Carickhoff, Jr. | 258.00 |
| 02/22/22 | worked on tolling agreements with b. hall and related communications | 16 | 2.00 | S. M. Packman | 1,370.00 |
| 02/23/22 | Research re: case issues | 16 | 1.50 | B. J. Hall | 697.50 |
| 02/23/22 | Research re: case issues | 16 | 0.50 | B. J. Hall | 232.50 |
| 02/23/22 | Call with B. Giuliano and R. Edwards re information requests for complaint | 16 | 0.50 | B. J. Hall | 232.50 |
| 02/23/22 | Continue drafting outline of claims | 16 | 1.90 | B. J. Hall | 883.50 |
| 02/23/22 | Analyze transfers to Thomas H. Lee parties | 16 | 0.30 | B. J. Hall | 139.50 |
| 02/23/22 | Call with S. Packman re tolling with the Van Elslander Parties | 16 | 0.30 | B. J. Hall | 139.50 |
| 02/23/22 | Review and follow up on email from R. McDowell, counsel for the Van Elslanders | 16 | 0.20 | B. J. Hall | 93.00 |
| 02/23/22 | Analyze and summarize issues (1); emails re same with B. Giuliano re same (.3) | 16 | 1.30 | B. J. Hall | 604.50 |
| 02/23/22 | Call with C. Katz, counsel to Levin, re tolling | 16 | 0.30 | B. J. Hall | 139.50 |
| 02/23/22 | Email S. Packman re discussions with defendants' counsel | 16 | 0.10 | B. J. Hall | 46.50 |
| 02/23/22 | Draft proposed outline of claims against the Van Elslander Parties | 16 | 1.00 | B. J. Hall | 465.00 |
| 02/23/22 | Call with R. McDowell, Bodman, counsel to the Van Elslanders | 16 | 0.30 | B. J. Hall | 139.50 |
| 02/23/22 | worked on tolling issues with Bryan Hall and related communications | 16 | 1.00 | S. M. Packman | 685.00 |
| 02/24/22 | Import electronic data to document review database; update document processing logs. | 16 | 1.20 | B. A. Bershak | 180.00 |
| 02/24/22 | Continue work on outline of claims against the Van Elslander Parties | 16 | 1.40 | B. J. Hall | 651.00 |
| 02/24/22 | Discuss with D. Carickhoff approach to the Van Elslander Parties | 16 | 0.10 | B. J. Hall | 46.50 |
| 02/24/22 | Call with M. Esser and A. Blacklock, Kirkland, re | 16 | 0.50 | B. J. Hall | 232.50 |

GIU013              GIULIANO (TRUSTEE), ALFRED T.                    Invoice Number:    4250365

GIU013.97090        IN RE: ART VAN FURNITURE, LLC  /  CHAPTER 7                          Page 21
                    BANKRUPTCY

| Date | Description | Task | Hours | Name | Fees |
|---|---|---|---|---|---|
| | Thomas H. Lee | | | | |
| 02/24/22 | Call with C. Katz and J. Cayman, counsel to Levin | 16 | 0.50 | B. J. Hall | 232.50 |
| 02/24/22 | Discuss tolling with D. Carickhoff | 16 | 0.20 | B. J. Hall | 93.00 |
| 02/24/22 | Email update to S. Packman re tolling | 16 | 0.20 | B. J. Hall | 93.00 |
| 02/24/22 | Analyze and summarize case issues | 16 | 1.40 | B. J. Hall | 651.00 |
| 02/24/22 | Review and revise draft Van Elsander outline per comments from D. Carickhoff | 16 | 0.30 | B. J. Hall | 139.50 |
| 02/24/22 | Email exchange with B. Giuliano re investigation | 16 | 0.30 | B. J. Hall | 139.50 |
| 02/24/22 | Review and revise memo re potential claims (1.0); meet with B. Hall re same (.2) | 16 | 1.20 | D. W. Carickhoff, Jr. | 774.00 |
| 02/24/22 | worked on litigation and coverage issues including updated draft of causes of action, discussions regarding tolling | 16 | 2.00 | S. M. Packman | 1,370.00 |
| 02/25/22 | Finalize outline and draft email to R. McDowell, Bodman | 16 | 0.50 | B. J. Hall | 232.50 |
| 02/25/22 | Coordinate re ediscovery | 16 | 0.20 | B. J. Hall | 93.00 |
| 02/25/22 | Continue drafting outline of claims | 16 | 1.40 | B. J. Hall | 651.00 |
| 02/25/22 | Import electronic data to document review database; update document processing logs. | 16 | 1.60 | B. A. Bershak | 240.00 |
| 02/25/22 | Email exchange with C. Hansen re investigation of issues | 16 | 0.20 | B. J. Hall | 93.00 |
| 02/25/22 | Work on claims against the Van Elsander parties | 16 | 1.00 | B. J. Hall | 465.00 |
| 02/25/22 | Research re: case issues (1.2); emails and phone call with B. Hall re: same (.2). | 16 | 1.40 | C. E. Hansen | 315.00 |
| 02/25/22 | communications with the Van Elsdner defense counsel and internally re: tolling issues | 16 | 1.00 | S. M. Packman | 685.00 |
| 02/26/22 | Continue drafting claims against the Van Elsander parties, including researching and describing parties, background facts, constructive fraudulent transfers, and breaches of fiduciary duties | 16 | 7.70 | B. J. Hall | 3,580.50 |
| 02/27/22 | Continue drafting and editing claims, including researching and drafting aiding and abetting breaches of duty | 16 | 4.80 | B. J. Hall | 2,232.00 |
| 02/27/22 | Edit, proofread, and circulate draft of claims | 16 | 2.80 | B. J. Hall | 1,302.00 |
| 02/28/22 | Import electronic data to document review | 16 | 0.80 | B. A. Bershak | 120.00 |

GIU013    GIULIANO (TRUSTEE), ALFRED T.     Invoice Number: 4250365

GIU013.97090  IN RE: ART VAN FURNITURE, LLC  /  CHAPTER 7      Page 22
       BANKRUPTCY

| Date | Description | Task | Hours | Name | Fees |
|------|-------------|------|-------|------|------|
| | database; update document processing logs. | | | | |
| 02/28/22 | Review and circulate monthly financial statements | 16 | 1.00 | B. J. Hall | 465.00 |
| 02/28/22 | Discuss Levin tolling with S. Packman and D. Carickhoff | 16 | 0.30 | B. J. Hall | 139.50 |
| 02/28/22 | Review and update action plan for potential litigations | 16 | 0.30 | B. J. Hall | 139.50 |
| 02/28/22 | Research re: case issues (.4); research and review pleadings re dispute between Trust, AVF Parent, and Broadstone (.6) | 16 | 1.00 | B. J. Hall | 465.00 |
| 02/28/22 | Email exchange with B. Giulano re investigation | 16 | 0.40 | B. J. Hall | 186.00 |
| 02/28/22 | Email L. Smith re investigation of Art Van Elslander personal representative | 16 | 0.20 | B. J. Hall | 93.00 |
| 02/28/22 | Multiple emails with S. Packman and D. Carickhoff re Van Elslander complaint | 16 | 0.30 | B. J. Hall | 139.50 |
| 02/28/22 | Outreach to R. Yost | 16 | 0.10 | B. J. Hall | 46.50 |
| 02/28/22 | Investigate AVASI merger into Art Van | 16 | 0.50 | B. J. Hall | 232.50 |
| 02/28/22 | Research re: case issues | 16 | 0.60 | C. E. Hansen | 135.00 |
| 02/28/22 | Research re: case issues | 16 | 1.90 | C. E. Hansen | 427.50 |
| 02/28/22 | Research re: Van Elslander Estate | 16 | 2.40 | L. A. Smith | 708.00 |
| 02/28/22 | reviewed and started revising claims and many related communications | 16 | 3.50 | S. M. Packman | 2,397.50 |

**RECOVERY ACTIONS (INCLUDES AVOIDANCE**    **381.70**      **187,040.00**
**ACTIONS) TOTAL**

GIU013              GIULIANO (TRUSTEE), ALFRED T.                          Invoice Number:    4250365

GIU013.97090        IN RE: ART VAN FURNITURE, LLC  /  CHAPTER 7                                Page 23
                    BANKRUPTCY

| Date | Description | Task | Hours | Name | Fees |
|------|-------------|------|-------|------|------|
| 02/15/22 | Continue research | 18 | 1.00 | B. J. Hall | 465.00 |
| | **OTHER LITIGATION TOTAL** | | **1.00** | | **465.00** |

GIU013          GIULIANO (TRUSTEE), ALFRED T.          Invoice Number:   4250365

GIU013.97090     IN RE: ART VAN FURNITURE, LLC  /  CHAPTER 7        Page 24
                       BANKRUPTCY

| Date | Description | Task | Hours | Name | Fees |
|------|-------------|------|-------|------|------|
| 08/05/21 | Internet research on 4 properties; email research finding to B. Hall. | 6 | 2.60 | J. E. Buckley | 624.00 |
| | **CASE ADMINISTRATION TOTAL** | | **2.60** | | **624.00** |

| GIU013 | GIULIANO (TRUSTEE), ALFRED T. | Invoice Number: | 4250365 |
|---|---|---|---|
| GIU013.97090 | IN RE: ART VAN FURNITURE, LLC  /  CHAPTER 7 BANKRUPTCY | | Page 25 |

**For Charges and Disbursements**

| Date | Type | Description | Amount |
|---|---|---|---|
| 02/18/22 | | VENDOR: LEXISNEXIS RISK DATA MANAGEMENT INC.; INVOICE#: 1022515-20220228; DATE: 2/18/2022  -  LAS - SEARCHES | $148.30 |
| | | **ETOTAL\* OUTSIDE SERVICES** | **$148.30** |
| | | **TOTAL DISBURSEMENTS\*** | **$148.30** |