## **EXHIBIT B**

Case 20-10553-CTG   Doc 1476-3   Filed 08/11/22   Page 1 of 4

**ATTACHMENT B**
**TO FEE APPLICATION**
**SUMMARY OF ARCHER & GREINER FEES**
**APRIL 1, 2020 THROUGH JANUARY 31, 2021**

| NAME OF PROFESSIONAL | POSITION, YEAR ASSUMED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|
| Stephen M. Packman | Shareholder and head of Bankruptcy and Restructuring Group. Admitted in New Jersey and Pennsylvania in 1989. Joined firm in 1992. | $685.00<br>$665.00 | 54.5<br>2.5 | $37,332.50<br>$1,662.50 |
| David W. Carickhoff | Shareholder in Bankruptcy and Restructuring Group. Practicing in Delaware and Pennsylvania since 1998. Joined firm in 2013. | $645.00<br>$625.00 | 14.8<br>10.4 | $9,546.00<br>$6,500.00 |
| Trevor J. Cooney | Shareholder and head of Insurance Practice Group. Admitted in New Jersey and Pennsylvania in 2000. | $495.00 | 2.8 | $1,386.00 |
| Bryan J. Hall | Partner in the Bankruptcy and Restructuring Group. Admitted in New York in 2012 and Delaware in 2016. Joined firm in 2020. | $465.00<br>$450.00 | 216.2<br>61.4 | $100,533.00<br>$27,630.00 |
| Sabrina N. Espinal | Associate in the Bankruptcy and Restructuring Group. Admitted in Pennsylvania in 2022. | $275.00 | 11.8 | $3,245.00 |
| Leonard A. Smith | Paralegal. Joined firm in 1990. | $295.00 | 7.3 | $2,153.50 |
| Joyce E. Buckley | Paralegal. Joined firm in 1996. | $240.00 | 2.9 | $696.00 |
| Christian E. Hansen | Paralegal. Joined firm in 2018. | $225.00 | 6.8 | $1,530.00 |
| Barbara A. Bershak | Litigation Technology Analyst. | $150.00 | 3.6 | $540.00 |
|  |  |  | 395.0 |  |
| **Grand Total**: |  |  |  | $192,754.50 |
|  | **Blended Rate** | $487.99 |  |  |


## COMPENSATION BY PROJECT CATEGORY

| | PROJECT CATEGORY | TOTAL HOURS | TOTAL FEES |
|---|---|---|---|
| 01 | Archer & Greiner Fee/Employment Application | 9.7 | $4,625.50 |
| 02 | Other Professionals' Fee Employment Issues | | |
| 03 | Executory Contracts and Unexpired Leases | | |
| 04 | Claims Analysis and Objections | | |
| 05 | Meetings | | |
| 06 | Case Administration | 2.6 | $624.00 |
| 07 | Debtor's Operations | | |
| 08 | Labor and Employment Issues | | |
| 09 | Financing Issues | | |
| 10 | Financing Issues (DIP Financing/Cash Collateral) | | |
| 11 | Real Estate and Environmental Issues | | |
| 12 | Sale of Assets | | |
| 13 | Stay Relief Issues | | |
| 14 | Secured Creditors / Equipment Lessor Issues (includes lien investigation) | | |
| 15 | Tax Issues | | |
| 16 | Recovery Actions (includes avoidance actions) | 381.7 | $187,040.00 |
| 17 | Hearings – Preparation and Attendance | | |
| 18 | Other Litigation | 1.0 | $465.00 |
| 19 | Non-Working Travel Time | | |
| 20 | Financing Issues (DIP Financing/Cash Collateral) | | |
| 21 | Regulatory Issues | | |

**Total Fees:**                                                                                              **$192,754.50**

## EXPENSE SUMMARY

| EXPENSE CATEGORY | SERVICE PROVIDER | TOTAL EXPENSES |
|---|---|---|
| Outside Services | LexisNexis Risk Data Management Inc. | $148.30 |
| **TOTAL** | | **$148.30** |

224139057v1