# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| START MAN FURNITURE, LLC, *et al.*,[1] | Case No. 20-10553 (CTG) <br> (Jointly Administered) |
| Debtors. | **Hearing Date: September 6, 2022 at 10:00 a.m.** <br> **Objection Deadline: August 25, 2022 at 4:00 p.m.** |

**NOTICE OF FIRST INTERIM APPLICATION OF ARCHER & GREINER, P.C. FOR PROFESSIONAL SERVICES RENDERED AND DISBURSEMENTS INCURRED AS COUNSEL FOR ALFRED T. GIULIANO, CHAPTER 7 TRUSTEE**

PLEASE TAKE NOTICE that Archer & Greiner, P.C. ("A&G") has filed the *First Interim Fee Application of Archer & Greiner, P.C. for Professional Services Rendered and Disbursements Incurred as Counsel for Alfred T. Giuliano, Chapter 7 Trustee* (the "Fee Application"). By the Fee Application, A&G seeks an interim allowance of fees in the amount of $192,754.50 and expenses in the amount of $148.30 for the period of December 1, 2020 through February 28, 2022.

PLEASE TAKE FURTHER NOTICE that any objections to the Fee Application must be made in writing and filed with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court"), on or before **August 25, 2022 by 4:00 pm** (the "Objection Deadline"). At the same time, you must

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, include: Start Man Furniture, LLC (f/k/a Art Van Furniture, LLC) (9205); SVF Holding Company, Inc. (f/k/a AVF Holding Company, Inc.) (0291); SVCE, LLC (f/k/a AVCE, LLC) (2509); StartVF Holdings I, LLC (f/k/a AVF Holdings I, LLC) (2537); StartVF Holdings II, LLC (f/k/a AVF Holdings II, LLC) (7472); SVF Parent, LLC (f/k/a AVF Parent, LLC) (3451); Levin Parent, LLC (8052); Start Man Furniture of Canada, LLC (f/k/a Art Van Furniture of Canada, LLC) (9491); SV Sleep Franchising, LLC (f/k/a AV Pure Sleep Franchising, LLC) (8968); SVF Franchising, LLC (f/k/a AVF Franchising, LLC) (6325); LF Trucking, Inc. (1484); Sam Levin, Inc. (5198); and Comfort Mattress LLC (4463).

also serve a copy of the response upon the undersigned counsel to the Trustee so that the response is received on or before the Objection Deadline.

PLEASE TAKE FURTHER NOTICE that if an objection is timely filed, a hearing on the Fee Application will be held on **September 6, 2022 at 10:00 a.m. (Eastern Time)** before the Honorable Craig T Goldblatt, United States Bankruptcy Judge, at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Courtroom #7, Wilmington, Delaware 19801.  Notice and details regarding participation in the hearing will be provided separately in advance of the hearing.

**PLEASE TAKE FURTHER NOTICE that if no objection is filed timely and in accordance with the procedures set forth above, the Bankruptcy Court may enter an order without further notice or hearing.**

Dated:  August 11, 2022                                   /s/ *David W. Carickhoff*
                                                                           David W. Carickhoff (No. 3715)
                                                                           ARCHER & GREINER, P.C.
                                                                           300 Delaware Avenue, Suite 1100
                                                                           Wilmington, DE 19801
                                                                           Tel: (302) 777-4350
                                                                           Fax: (302) 777-4352
                                                                           E-mail: dcarickhoff@archerlaw.com

                                                                           *Counsel for Chapter 7 Trustee*