# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| START MAN FURNITURE, LLC, *et al.*,[1] | Case No. 20-10553 (CTG) (Jointly Administered) |
| Debtors. | |

## CERTIFICATE OF SERVICE

I, David W. Carickhoff, hereby certify that on August 11, 2022, I caused to be served the *First Interim Fee Application of Archer & Greiner, P.C. for Professional Services Rendered and Disbursements Incurred as Counsel for Alfred T. Giuliano, Chapter 7 Trustee* (the "Fee Application") by electronic mail upon the parties listed on the attached service list.

Dated: August 11, 2022

/s/ *David W. Carickhoff*
David W. Carickhoff (No. 3715)
ARCHER & GREINER, P.C.
300 Delaware Avenue, Suite 1100
Wilmington, DE 19801
Tel: (302) 777-4350
Fax: (302) 777-4352
E-mail: dcarickhoff@archerlaw.com
            aroot@archerlaw.com

*Counsel for Chapter 7 Trustee*

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, include: Start Man Furniture, LLC (f/k/a Art Van Furniture, LLC) (9205); SVF Holding Company, Inc. (f/k/a AVF Holding Company, Inc.) (0291); SVCE, LLC (f/k/a AVCE, LLC) (2509); StartVF Holdings I, LLC (f/k/a AVF Holdings I, LLC) (2537); StartVF Holdings II, LLC (f/k/a AVF Holdings II, LLC) (7472); SVF Parent, LLC (f/k/a AVF Parent, LLC) (3451); Levin Parent, LLC (8052); Start Man Furniture of Canada, LLC (f/k/a Art Van Furniture of Canada, LLC) (9491); SV Sleep Franchising, LLC (f/k/a AV Pure Sleep Franchising, LLC) (8968); SVF Franchising, LLC (f/k/a AVF Franchising, LLC) (6325); LF Trucking, Inc. (1484); Sam Levin, Inc. (5198); and Comfort Mattress LLC (4463).

## **SERVICE LIST**

| | |
|---|---|
| Benjamin A. Hackman, Esq.<br>Office of the United States Trustee<br>844 King Street, Suite 2207<br>Wilmington, DE 19801<br>Email: benjamin.a.hackman@usdoj.gov | Bradford J. Sandler, Esq.<br>Colin R. Robinson, Esq.<br>Peter J. Keane, Esq.<br>Pachulski Stang Ziehl & Jones LLP<br>919 North Market Street, 17th Floor<br>Wilmington, DE 19801<br>Email: bsandler@pszjlaw.com<br>      crobinson@pszjlaw.com<br>      pkeane@pszjlaw.com |
| Gregory W. Werkheiser, Esq.<br>Michael J. Barrie, Esq.<br>Jennifer Hoover, Esq.<br>Kevin Capuzzi, Esq.<br>John C. Gentile, Esq.<br>Benesch, Friedlander, Coplan & Aronoff LLP<br>222 Delaware Avenue, Suite 801<br>Wilmington, DE 19801<br>Email: gwerkheiser@beneschlaw.com<br>      mbarrie@beneschlaw.com<br>      jhoover@beneschlaw.com<br>      kcapuzzi@beneschlaw.com<br>      jgentile@beneschlaw.com | Ralph E. McDowell, Esq.<br>Bodman PLC<br>1901 St. Antoine Street<br>6th Floor at Ford Field<br>Detroit, MI 48226<br>Email: rmcdowell@bodmanlaw.com |
| Cory Falgowski, Esq.<br>Burr & Forman, LLP<br>1201 N. Market Street, Suite 1407<br>Wilmington, DE 19801<br>Email: jfalgowski@burr.com | Rachel H. Herd, Esq.<br>Davis Wright Tremaine LLP<br>920 Fifth Avenue, Suite 3300<br>Seattle, WA 98104<br>Email: hughmccullough@dwt.com |
| Delaware Attorney General<br>Carvel State Office Building<br>820 N French Street<br>Wilmington, DE 19801<br>Email: attorney.general@state.de.us | Jason W. Bank, Esq.<br>Kerr, Russell and Weber, PLC<br>500 Woodward Avenue, Suite 2500<br>Detroit, MI 48226<br>Email: jbank@kerr-russell.com |
| Delaware Dept of Justice<br>Attn: Bankruptcy Dept<br>820 N French St., 6th Fl<br>Wilmington, DE 19801<br>Email: attorney.general@state.de.us | Christopher G. Boies, Esq.<br>King & Spalding LLP<br>1185 Avenue of the Americas<br>New York, NY 10036<br>Email: cboies@kslaw.com |

| | |
|---|---|
| Delaware Secretary of State<br>Franchise Tax<br>401 Federal Street<br>PO Box 898<br>Dover, DE 19903<br>Email: dosdoc_bankruptcy@state.de.us | Susan E. Kaufman, Esq.<br>Law Office of Susan E. Kaufman, LLC<br>919 N. Market Street, Suite 460<br>Wilmington, DE 19801<br>Email: skaufman@skaufmanlaw.com |
| Delaware State Treasury<br>820 Silver Lake Blvd., Suite 100<br>Dover, DE 19904<br>Email: statetreasurer@state.de.us | Earle I. Erman<br>Maddin Hauser Roth & Heller, P.C.<br>28400 Northwestern Hwy., 2nd Floor<br>Southfield, MI 48034<br>Email: eerman@maddinhauser.com |
| HGB AVF Lending, LLC<br>c/o Hilco Trading, LLC<br>Eric Kaup<br>5 Revere Dr., Suite 206<br>Northbrook, IL 60062<br>Email: ekaup@hilcoglobal.com | Jennifer Feldsher, Esq.<br>Morgan, Lewis & Bockius LLP<br>101 Park Avenue<br>New York, NY 10179-0060<br>Email: jennifer.feldsher@morganlewis.com |
| Internal Revenue Service<br>Attn: Susanne Larson<br>31 Hopkins Plz Rm 1150<br>Baltimore, MD 21201<br>Email: SBSE.Insolvency.Balt@irs.gov | Marjorie Crider, Esq.<br>Christopher Carter, Esq.<br>Morgan, Lewis & Bockius LLP<br>One Federal Street<br>Boston, MA 02110-1726<br>Email: marjorie.crider@morganlewis.com |
| Beth E. Rogers, Esq.<br>James F. Carroll, Esq.<br>Rogers Law Offices<br>100 Peachtree Street, Suite 1950<br>Atlanta, GA 30303<br>Email: brogers@berlawoffice.com<br>          jcarroll@berlawoffice.com | Carl N. Kunz, III, Esq.<br>Sarah M. Ennis, Esq.<br>Morris James LLP<br>500 Delaware Avenue, Suite 1500<br>P.O. Box 2306<br>Wilmington, DE 19899-2306<br>Email: ckunz@morrisjames.com<br>          sennis@morrisjames.com |
| Securities & Exchange Commission<br>G Jeffrey Boujoukos, Regional Director<br>1617 JFK Boulevard, Ste 520<br>Philadelphia, PA 19103<br>Email: philadelphia@sec.gov | Securities & Exchange Commission<br>Secretary of the Treasury<br>100 F St. NE<br>Washington, DC 20549<br>Email: SECBankruptcy-OGC-ADO@SEC.GOV |

Douglas D. Herrmann, Esq.
Marcy J. McLaughlin Smith, Esq.
Troutman Pepper Hamilton SA
Hercules Plaza, Suite 5100
1313 N. Market Street
Wilmington, DE 19899-1709
Email: Douglas.Herrmann@troutman.com
　　　　Marcy.Smith@troutman.com

Securities & Exchange Commission
NY Office
Andrew Calamari, Regional Director
Brookfield Place
200 Vesey St, Ste 400
New York, NY 10281-1022
Email: bankruptcynoticeschr@sec.gov

Steven Fox, Esq.
Riemer & Braunstein LLP
Times Square Tower
Seven Times Square, Suite 2506
New York, NY 10036
Email: sfox@riemerlaw.com

The Taubman Company
Andrew S. Conway, Esq.
200 East Long Lake Road, Suite 300
Bloomfield Hills, MI 48304
Email: aconway@taubman.com

US Attorney for Delaware
David C. Weiss, Esq.
Hercules Building
1313 N. Market Street
Wilmington, DE 19899-2046
Email: usade.ecfbankruptcy@usdoj.gov

Virtus Group, L.P.
Karen Beard, Admin
3300 N Interstate 35, Suite 350
Austin, TX 78705
Email: karen@virtusgrp.com

Lisa M. Peters
KUTAK ROCK LLP
1650 Farnam Street
Omaha, NE 68102
Email: lisa.peters@kutakrock.com

Shawn M. Christianson, Esq.
Buchalter, A Professional Corporation
425 Market St., Suite 2900
San Francisco, CA 94105
Email: schristianson@buchalter.com

National Labor Relations Board
Nancy Wilson, Regional Director
1000 Liberty Avenue, Room 904
Pittsburgh, PA 15222
Email: Nancy.wilson@nlrb.gov

John D. Stoddard, Esq.
Simon PLC Attorneys & Counselors
37000 Woodward A venue, Suite 250
Bloomfield Hills, MI 48304
Email: jstoddard@simonattys.com

Anthony Saccullo, Esq.
A.M. Saccullo Legal, LLC
27 Crimson King Drive
Bear, DE 19701
Email: ams@saccullolegal.com

Drew S. McGehrin, Esq.
Duane Morris LLP
1201 N. Market Street, Suite 501
Wilmington, DE 19801
Email: dsmcgehrin@duanemorris.com

Geoffrey G. Grivner, Esquire
James D. Newell, Esquire
Buchanan Ingersoll &Rooney PC
500 Delaware Avenue, Suite 720
Wilmington, DE 19801-7407
Email: geoffrey.grivner@bipc.com

"J" Jackson Shrum, Esquire
JACK SHRUM, PA
919 N. Market Street, Suite 1410
Wilmington, Delaware 19801
Jshrum@jshrumlaw.com

Tyler S. Dischinger, Esquire
BUCHANAN INGERSOLL & ROONEY PC
Union Trust Building
501 Grant Street, Suite 200
Pittsburgh, PA 15219
Email: tyler.dischinger@bipc.com

STARK & KNOLL CO., L.P.A.
Lesley A. Weigand
Richard P. Schroeter Jr.
3475 Ridgewood Road
Akron, OH 44333
lweigand@stark-knoll.com
rschroeter@stark-knoll.com

Jordan S. Blask
Frost Brown Todd LLC
501 Grant Street Suite 800
Pittsburgh, PA 15219
E-mail: jblask@fbtlaw.com

Tyler S. Dischinger, Esquire
BUCHANAN INGERSOLL & ROONEY PC
Union Trust Building
501 Grant Street, Suite 200
Pittsburgh, PA 15219
Email: tyler.dischinger@bipc.com

Adam Hiller, Esquire
Hiller Law, LLC
300 Delaware Avenue
Suite 210, #227
Wilmington, DE 19801
Email: ahiller@adamhillerlaw.com

Bennett G. Young, Esquire
Jeffer Mangles Butler & Mitchell LLP
Two Embarcadero Center, 5th Floor
San Francisco, California 94111
E-mail: byoung@jmbm.com

MCDERMOTT WILL & EMERY LLP
David R. Hurst
The Nemours Building
1007 North Orange Street, 10th Floor
Wilmington, DE 19801
E-mail: dhurst@mwe.com

224104941v2