**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| START MAN FURNITURE, LLC, et al.,[1] | Case No. 20-10553 (CTG) |
| Debtors. | (Jointly Administered) |

**AMENDED ORDER APPROVING STIPULATION BETWEEN CHAPTER 7 TRUSTEE, KENNETH DEBLOCK AND THE TRAVELERS INDEMNITY COMPANY AND/OR CERTAIN OF ITS PROPERTY CASUALTY AFFILIATES REGARDING RELIEF FROM AUTOMATIC STAY TO PURSUE INSURANCE PROCEEDS**

Upon consideration of the *Amended Stipulation Between Chapter 7 Trustee, Kenneth Deblock and The Travelers Indemnity Company and/or Certain of Its Property Casualty Affiliates Regarding Relief from Automatic Stay to Pursue Insurance Proceeds* (the "Stipulation"),[2] attached hereto as **Exhibit 1**, by and among Alfred T. Giuliano, chapter 7 trustee (the "Trustee") for the estates of the above-captioned debtors (the "Debtors"), Kenneth Deblock ("Plaintiff") and The Travelers Indemnity Company and/or Certain of Its Property Casualty Affiliates ("Travelers", and together with the Trustee and Plaintiff, the "Parties"); and this Court having reviewed the Stipulation; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Stipulation, attached hereto as **Exhibit 1**, is approved.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, include: Start Man Furniture, LLC (f/k/a Art Van Furniture, LLC) (9205); SVF Holding Company, Inc. (f/k/a AVF Holding Company, Inc.) (0291); SVCE, LLC (f/k/a AVCE, LLC) (2509); StartVF Holdings I, LLC (f/k/a AVF Holdings I, LLC) (2537); StartVF Holdings II, LLC (f/k/a AVF Holdings II, LLC) (7472); SVF Parent, LLC (f/k/a AVF Parent, LLC) (3451); Levin Parent, LLC (8052); Start Man Furniture of Canada, LLC (f/k/a Art Van Furniture of Canada, LLC) (9491); SV Sleep Franchising, LLC (f/k/a AV Pure Sleep Franchising, LLC) (8968); SVF Franchising, LLC (f/k/a AVF Franchising, LLC) (6325); LF Trucking, Inc. (1484); Sam Levin, Inc. (5198); and Comfort Mattress LLC (4463).

[2] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Stipulation.

2

2. The Parties are authorized to take all actions necessary to effectuate the relief granted in this Order and to consummate the Stipulation.

3. The terms and provisions of the Stipulation immediately shall be effective and enforceable upon entry of this Order.

4. For the avoidance of doubt, the *Order Approving Stipulation Between Chapter 7 Trustee And Kenneth Deblock Regarding Relief From Automatic Stay To Pursue Insurance Proceeds* (the "Original Order") [D.I. 1228] is vacated and superseded, in its entirety, by this Order; provided, however, that the modification of the automatic stay authorized in the Original Order (and provided for in the Stipulation) shall be deemed effective as of the date of the entry of the Original Order.

5. This Court shall retain jurisdiction over all matters arising from or related to the implementation or interpretation of this Order and the Stipulation.

Dated: August 18th, 2022
Wilmington, Delaware

CRAIG T. GOLDBLATT
UNITED STATES BANKRUPTCY JUDGE