# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>START MAN FURNITURE, LLC, et al.,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 20-10553 (CTG)<br>(Jointly Administered) |

## ORDER AUTHORIZING RETENTION OF CLARK HILL PLC
## AS SPECIAL COUNSEL TO THE CHAPTER 7 TRUSTEE

Upon the application (the "Application")[2] of Alfred T. Giuliano, as chapter 7 trustee (the "Trustee") of the estates of the above-captioned debtors (the "Debtors"), for entry of an order pursuant to sections 327(e) and 328 of title 11 of the United States Code (the "Bankruptcy Code") authorizing him to employ Clark Hill PLC ("Clark Hill") as special counsel and upon the Declaration of Vincent M. Roskovensky annexed thereto (the "Roskovensky Declaration"), as amended; and the Court finding that: (a) the district court has jurisdiction under 28 U.S.C. § 1334, which was referred to this Court under 28 U.S.C. § 157 pursuant to the Amended Standing Order of Reference from the United States District Court for the District of Delaware, dated February 29, 2012; (b) notice of the Application and the hearing was sufficient under the circumstances; (c) Clark Hill was employed by the Debtors prepetition; (d) Clark Hill neither represents nor holds any interest adverse to the Debtors or the Estates with respect to the

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, include: Start Man Furniture, LLC (f/k/a Art Van Furniture, LLC) (9205); SVF Holding Company, Inc. (f/k/a AVF Holding Company, Inc.) (0291); SVCE, LLC (f/k/a AVCE, LLC) (2509); StartVF Holdings I, LLC (f/k/a AVF Holdings I, LLC) (2537); StartVF Holdings II, LLC (f/k/a AVF Holdings II, LLC) (7472); SVF Parent, LLC (f/k/a AVF Parent, LLC) (3451); Levin Parent, LLC (8052); Start Man Furniture of Canada, LLC (f/k/a Art Van Furniture of Canada, LLC) (9491); SV Sleep Franchising, LLC (f/k/a AV Pure Sleep Franchising, LLC) (8968); SVF Franchising, LLC (f/k/a AVF Franchising, LLC) (6325); LF Trucking, Inc. (1484); Sam Levin, Inc. (5198); and Comfort Mattress LLC (4463).

[2] Capitalized terms used herein but not otherwise defined shall have the meanings ascribed to them in the Application.

matter for which Clark Hill is to be employed; (d) the employment of Clark Hill as special counsel is in the best interest of the Debtors' estates; and (e) the legal and factual bases set forth in the Application and the Roskovensky Declaration establish just cause for the relief granted herein; and it appearing to the Court that the Application should be approved,

IT IS HEREBY ORDERED THAT:

1. The Application is GRANTED as set forth herein.

2. The Trustee is hereby authorized to retain and employ Clark Hill as special counsel pursuant to sections 327 and 328 of the Bankruptcy Code, Bankruptcy Rules 2014 and 2016, and Local Rule 2014-1, effective as of the entry of this Order to: (i) continue and complete the prosecution of the State Court Action (including any appeals, if necessary); (ii) to obtain entry of the Stipulated Judgment; (iii) to advise the Trustee with respect to enforcement and collection of the Stipulated Judgment; and (iv) to perform and all legal services that Clark Hill and the Trustee deem necessary in connection with the State Court Action and the enforcement and collection of the Stipulated Judgment.[3]

3. The Prepetition Retainer Balance being held by Clark Hill will be applied to the payment of post-petition fees and expenses that have been approved in accordance with Bankruptcy Code section 328 (and applicable local rules and guidelines) and shall not be applied to the payment of the AVF Prepetition Claim or the LEVIN Prepetition Claim.

---

[3] Capitalized terms that are not defined in this Order have the meanings given to them in the Application.

3

      4.      Clark Hill shall file applications and be compensated in accordance with sections 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and such other procedures as may be fixed by order of the Court.

      5.      The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

      6.      This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

**Dated: August 26th, 2022**  
**Wilmington, Delaware**

**CRAIG T. GOLDBLATT**  
**UNITED STATES BANKRUPTCY JUDGE**