IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>START MAN FURNITURE, LLC, et al.<br><br>Debtors. | Chapter 7<br><br>Case No. 20-10553 (CTG)<br><br>(Jointly Administered) |

### ORDER SCHEDULING OMNIBUS HEARING DATES

IT IS HEREBY ORDERED that the following omnibus hearing dates have been scheduled in the above-captioned matter:

| DATE | TIME |
|---|---|
| January 13, 2023 | 10:00 a.m. Eastern Time |
| February 6, 2023 | 10:00 a.m. Eastern Time |

Dated: November 21st, 2022
Wilmington, Delaware

CRAIG T. GOLDBLATT
UNITED STATES BANKRUPTCY JUDGE

DOCS_DE:228640.24 05233/003