# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>START MAN FURNITURE, LLC, *et al.*,[1]<br><br>        Debtors. | Chapter 7<br><br>Case No. 20-10553 (CTG)<br><br>(Jointly Administered) |
| ALFRED T. GIULIANO, in his capacity as Chapter 7 Trustee of Start Man Furniture, LLC, *et al.*,<br><br>        Plaintiff,<br><br>vs.<br><br>HACKNEY HOME FURNISHINGS, INC. d/b/a HOLLAND HOUSE,<br><br>        Defendant. | Adv. Proc. No. 22-50175 (CTG) |
| SCHINDLER ELEVATOR CORPORATION,<br><br>        Defendant. | Adv. Proc. No. 22-50176 (CTG) |
| ROBOTS AND PENCILS L.P.,<br><br>        Defendant. | Adv. Proc. No. 22-50208 (CTG) |
| KUEHNE + NAGEL INC.,<br><br>        Defendant. | |

**NOTICE OF AGENDA FOR HEARING SCHEDULED ON NOVEMBER 28, 2022 AT 3:00 P.M. (PREVAILING EASTERN TIME), BEFORE THE HONORABLE CRAIG T. GOLDBLATT AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, LOCATED AT 824 NORTH MARKET STREET, <u>3RD FLOOR, COURTROOM NO. 7, WILMINGTON, DELAWARE 19801</u>**

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, include: Start Man Furniture, LLC (f/k/a Art Van Furniture, LLC) (9205); SVF Holding Company, Inc. (f/k/a AVF Holding Company, Inc.) (0291); SVCE, LLC (f/k/a AVCE, LLC) (2509); StartVF Holdings I, LLC (f/k/a AVF Holdings I, LLC) (2537); StartVF Holdings II, LLC (f/k/a AVF Holdings II, LLC) (7472); SVF Parent, LLC (f/k/a AVF Parent, LLC) (3451); Levin Parent, LLC (8052); Start Man Furniture of Canada, LLC (f/k/a Art Van Furniture of Canada, LLC) (9491); SV Sleep Franchising, LLC (f/k/a AV Pure Sleep Franchising, LLC) (8968); SVF Franchising, LLC (f/k/a AVF Franchising, LLC) (6325); LF Trucking, Inc. (1484); Sam Levin, Inc. (5198); and Comfort Mattress LLC (4463).

> **THE HEARING IS CANCELED WITH PERMISSION OF THE COURT.**
> **NO MATTERS ARE SCHEDULED TO GO FORWARD.**

## RESOLVED MATTER:

1. Sixth Omnibus Motion of Alfred T. Giuliano, Cheaper 7 Trustee, to Approve Settlement Agreements [Filed: 9/21/22] (Docket No. 1514).

   Response Deadline:  November 16, 2022, at 4:00 p.m. ET

   Responses Received:  None.

   Related Documents:

   a. Certification of No Objection Regarding Sixth Omnibus Motion of Alfred T. Giuliano, Cheaper 7 Trustee, to Approve Settlement Agreements [Filed: 11/18/22] (Docket No. 1517).

   b. [Signed] Order Granting Sixth Omnibus Motion of Alfred T. Giuliano, Cheaper 7 Trustee, to Approve Settlement Agreements [Filed: 11/18/22] (Docket No. 1518).

   Status:  The Court has entered an order on this matter.  No hearing is necessary.

## MATTER FOR WHICH A CNO HAS BEEN FILED:

2. Sixth Motion of Alfred T. Giuliano, Chapter 7 Trustee, for Order (A) Enlarging the Period Within Which the Chapter 7 Trustee May Remove Actions and (B) Granting Related Relief [Filed: 11/3/22] (Docket No. 1515).

   Response Deadline:  November 17, 2022, at 4:00 p.m. ET

   Responses Received:  None.

   Related Documents:

   a. Certification of No Objection Regarding Sixth Motion of Alfred T. Giuliano, Chapter 7 Trustee, for Order (A) Enlarging the Period Within Which the Chapter 7 Trustee May Remove Actions and (B) Granting Related Relief [Filed: 11/18/22] (Docket No. 1520).

   Status:  No parties have objected to the relief requested in the Motion.  Accordingly, the Chapter 7 Trustee has filed a certification of no objection and respectfully requests the entry of the order attached to the Motion.  The Court has advised that the hearing is canceled.

Dated: November 22, 2022    PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Peter J. Keane*
Bradford J. Sandler (DE Bar No. 4142)
Colin R. Robinson (DE Bar No. 5524)
Peter J. Keane (DE Bar No. 5503)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899 (Courier 19801)
Telephone: 302-652-4100
Facsimile:  302-652-4400
E-mail:  bsandler@pszjlaw.com
            crobinson@pszjlaw.com
            pkeane@pszjlaw.com

*Counsel to Alfred T. Giuliano, Chapter 7 Trustee*