# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| START MAN FURNITURE, LLC, et al.,[1] | Case No. 20-10553 (CTG) |
| Debtors. | (Jointly Administered) |

### NOTICE OF CANCELLATION OF OMNIBUS HEARING
### SCHEDULED FOR JANUARY 13, 2023 AT 10:00 A.M. (EASTERN TIME)

**PLEASE TAKE NOTICE** that the omnibus hearing scheduled for January 13, 2023, at 10:00 a.m. (Eastern Time) before the Honorable Craig T. Goldblatt, United States Bankruptcy Court Judge for the District of Delaware, 824 Market Street, 3rd Floor, Courtroom No. 7, Wilmington, Delaware 19801 has been canceled by the Court.

Dated: December 15, 2022

        PACHULSKI STANG ZIEHL & JONES LLP

        */s/ Peter J. Keane*
        Bradford J. Sandler (DE Bar No. 4142)
        Colin R. Robinson (DE Bar No. 5524)
        Peter J. Keane (DE Bar No. 5503)
        919 North Market Street, 17th Floor
        P.O. Box 8705
        Wilmington, DE 19899 (Courier 19801)
        Telephone: 302-652-4100
        Facsimile: 302-652-4400
        E-mail: bsandler@pszjlaw.com
                crobinson@pszjlaw.com
                pkeane@pszjlaw.com

        *Counsel to Alfred T. Giuliano, Chapter 7 Trustee*

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, include: Start Man Furniture, LLC (f/k/a Art Van Furniture, LLC) (9205); SVF Holding Company, Inc. (f/k/a AVF Holding Company, Inc.) (0291); SVCE, LLC (f/k/a AVCE, LLC) (2509); StartVF Holdings I, LLC (f/k/a AVF Holdings I, LLC) (2537); StartVF Holdings II, LLC (f/k/a AVF Holdings II, LLC) (7472); SVF Parent, LLC (f/k/a AVF Parent, LLC) (3451); Levin Parent, LLC (8052); Start Man Furniture of Canada, LLC (f/k/a Art Van Furniture of Canada, LLC) (9491); SV Sleep Franchising, LLC (f/k/a AV Pure Sleep Franchising, LLC) (8968); SVF Franchising, LLC (f/k/a AVF Franchising, LLC) (6325); LF Trucking, Inc. (1484); Sam Levin, Inc. (5198); and Comfort Mattress LLC (4463).