## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| START MAN FURNITURE, LLC, et al. | Case No. 20-10553 (CTG) |
| Debtors. | (Jointly Administered) |

### ORDER SCHEDULING OMNIBUS HEARING DATE

IT IS HEREBY ORDERED that the following omnibus hearing date has been scheduled in the above-captioned matter:

| **DATE** | **TIME** |
|---|---|
| June 1, 2023 | 1:00 p.m. Eastern Time |

*(signature)*

**Dated: May 1st, 2023**
**Wilmington, Delaware**

**CRAIG T. GOLDBLATT**
**UNITED STATES BANKRUPTCY JUDGE**

DOCS_DE:228640.27 05233/003