Start Man Furniture Case No. 20-10553 (AP 21-50241)
May 1, 2023 @ 10:00 AM

| First Name | Last Name | Party Representing | Firm Name |
|---|---|---|---|
| Judge | Goldblatt | Court | |
| Colin | Robinson | Alfred T. Giuliano, Chapter 7 Trustee | Pachulski Stang Ziehl & Jones LLP |
| Bradford | Sandler | Alfred T. Giuliano, Chapter 7 Trustee | Pachulski Stang Ziehl & Jones LLP |
| Peter | Keane | Alfred T. Giuliano, Chapter 7 Trustee | Pachulski Stang Ziehl & Jones LLP |
| Geoffrey | Grivner | PNC Bank, National Association and PNC Merchant Services Company | Buchanan Ingersoll & Rooney PC |
| Tyler | Dischinger | PNC Bank, National Association and PNC Merchant Services Company | Buchanan Ingersoll & Rooney PC |
| Jennifer | Feldsher | Wells Fargo Bank, National Association | Morgan, Lewis & Bockius |
| Becky | Yerak | Wall Street Journal | News Corp |
| Clifford | Katz | Levin Furniture, LLC, Levin Trucking, LLC | Platzer, Swergold, Goldberg, Katz & Jaslow, LLP |
| Jason | Gibson | Levin Furniture, LLC, Levin Trucking, LLC | The Rosner Law Group LLC |