FILED
2023 MAY 15  AM 10: 47

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Bankruptcy Case No. |
| Sam Levin, Inc | ) | |
| | ) | 20-10553 (CSS) |
| | ) | 20-10564 (CTG) |
| Debtor | ) | |

NOTICE OF WITHDRAWAL OF CLAIM

U.S. Customs and Border Protection (CBP) timely filed its proof of claim with respect to Case No. 20-10564, jointly administered with lead case, Case No. 20-10553. The claim was listed on the claims register as Claim No. 956-2. U.S. Customs and Border Protection hereby withdraws in its entirety its claim (#956-2) previously filed in this case.

DATE: 5/11/2023

Erin Gudaitis
Supervisory Financial Program Specialist
Financial Risk & Analysis Section
Financial Operations, Office of Finance
U.S. Customs and Border Protection

**FILED**

2023 MAY 15  AM 10: 47

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE



6650 Telecom Drive
Indianapolis, IN 46278

**U.S. Customs and Border Protection**

MAY 11 2023

Clerk of the U.S. Bankruptcy Court
for the District of Delaware
824 Market Street, 3rd Floor
Wilmington, Delaware 19801

Re:  Sam Levin Inc.
     Case Number: 20-10564-CTG (administered under Case No.20-10553)

Dear Sir/Madam:

Enclosed is our Notice of Withdrawal of Claim for the above referenced bankruptcy case.  Please file the notice and return a file-marked copy of the notice in the enclosed self-addressed, stamped envelope.

If you have any questions regarding this case, please make immediate contact with Dana Voong at 317-614-4426 or by sending an e-mail to Bankruptcyteam@cbp.dhs.gov.

Sincerely,

Erin Gudaitis
Supervisory Financial Program Specialist
Financial Risk & Analysis Section
Financial Operations, Office of Finance
U.S. Customs and Border Protection

Enclosures