# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| ART VAN FURNITURE, LLC, *et al.*,[1] | ) | Case No. 20-10553 (CSS) |
| | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | | **Re: Docket No. 1572** |

# ORDER GRANTING
# SEVENTH INTERIM (NON-CONTINGENT) APPLICATION
# FOR COMPENSATION AND REIMBURSEMENT
# OF EXPENSES OF PACHULSKI STANG ZIEHL & JONES LLP,
# AS COUNSEL TO THE CHAPTER 7 TRUSTEE, FOR
# THE PERIOD FROM SEPTEMBER 1, 2022 THROUGH MARCH 31, 2023

Pachulski Stang Ziehl & Jones LLP ("PSZ&J"), as counsel for the Chapter 7 Trustee in the above-captioned cases, filed a Seventh Interim (Non-Contingent) application for allowance of compensation and reimbursement of expenses for September 1, 2022 through March 31, 2023 (the "Seventh Interim Fee Application"). The Court has reviewed the Seventh Interim Fee Application and finds that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) notice of the Seventh Interim Fee Application, and any hearing on the Seventh Interim Fee Application, was adequate under the circumstances; and (c) all persons with standing have been afforded the opportunity to be heard on the Seventh Interim Fee Application. Accordingly, it is hereby

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, include: Art Van Furniture, LLC (9205); AVF Holding Company, Inc. (0291); AVCE, LLC (2509); AVF Holdings I, LLC (2537; AVF Holdings II, LLC (7472); AVE Parent, LLC (3451); Levin Parent, LLC (8052); Art Van Furniture of Canada, LLC (9491); AV Pure Sleep Franchising, LLC (8968); AVF Franchising, LLC (6325); LF Trucking, Inc. (1484); Sam Levin, Inc. (5198); and Comfort Mattress LLC (4463). The location of the Debtors' service address in these cases is: 6500 East 14 Mile Road, Warren Michigan 48092.
.

ORDERED that the Seventh Interim Fee Application is GRANTED, on an interim basis. Fees in the amount of $428,252.00, and costs in the amount of $36,623.15, are allowed on an interim basis. The Chapter 7 Trustee in the above cases shall pay to PSZ&J the sum of $428,252.00 as compensation and $36,623.15 as reimbursement of expenses, for a total of $464,875.15 for services rendered and disbursements incurred by PSZ&J for the period September 1, 2022 through March 31, 2023.

ORDERED that this Order shall be immediately effective and enforceable upon its entry.

ORDERED that this Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.