## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Start Man Furniture LLC (f/k/a Art Van Furniture, LLC), *et al.*,[1]<br><br>            Debtors. | Chapter 7<br><br>Case No. 20-10553 (CTG)<br>Jointly Administered |
| Alfred T. Giuliano, solely in his capacity as the Chapter 7 Trustee of Start Man Furniture LLC (f/k/a Art Van Furniture, LLC), *et al.*,<br><br>            Plaintiff,<br><br>   -against-<br><br>Archie A. Van Elslander Trust dated November 26, 1982, as Amended, the Estate of Archie A. Van Elslander, Gary A. Van Elslander, Gary A. Van Elslander Revocable Trust, David P. Van Elslander, Debra A. Van Elslander, Debra A. Van Elslander Revocable Trust, Kenneth A. Van Elslander, Kenneth A. Van Elslander Revocable Trust, Sandra L. Seroka, Karen B. Paglino, Karen B. Paglino Revocable Trust, Lori J. Webb, Kim M. Van Elslander a/k/a Kim M. Campau, Kris A. Scarfone, Beth M. Wood, AV Conner Holdings, Inc., VEV Real Estate LLC, and Richard Kim Yost, and John Does 1-100,<br><br>            Defendants. | Adv. Proc. No. 22-50229 (CTG)<br><br><br><br><br><br><br><br>**Objection Deadline:**<br>August 10, 2023 at 4:00 p.m. (ET)<br><br>**Hearing Date:**<br>August 17, 2023 at 1:00 p.m. |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, include: Start Man Furniture, LLC (f/k/a Art Van Furniture, LLC) (9205); SVF Holding Company, Inc. (f/k/a AVF Holding Company, Inc.) (0291); SVCE, LLC (f/k/a AVCE, LLC) (2509); StartVF Holdings I, LLC (f/k/a AVF Holdings I, LLC) (2537); StartVF Holdings II, LLC (f/k/a AVF Holdings II, LLC) (7472); SVF Parent, LLC (f/k/a AVF Parent, LLC) (3451); Levin Parent, LLC (8052); Start Man Furniture of Canada, LLC (f/k/a Art Van Furniture of Canada, LLC) (9491); SV Sleep Franchising, LLC (f/k/a AV Pure Sleep Franchising, LLC) (8968); SVF Franchising, LLC (f/k/a AVF Franchising, LLC) (6325); LF Trucking, Inc. (1484); Sam Levin, Inc. (5198); and Comfort Mattress LLC (4463).

**NOTICE OF MOTION OF THE CHAPTER 7 TRUSTEE FOR ENTRY OF AN ORDER PURSUANT TO FED. R. BANKR. P. 9019 AUTHORIZING AND APPROVING THE SETTLEMENT AGREEMENT AND MUTUAL RELEASE BETWEEN AND AMONG THE CHAPTER 7 TRUSTEE AND VARIOUS OTHER PARTIES RESOLVING CLAIMS AGAINST CERTAIN INSIDERS AND OTHERS**

PLEASE TAKE NOTICE that Alfred T. Giuliano, solely in his capacity as the chapter 7 trustee (the "Trustee") of the estates of the above-captioned debtors and plaintiff, has filed the *Motion of the Chapter 7 Trustee for Entry of an Order Pursuant to Fed. R. Bankr. P. 9019 Authorizing and Approving the Settlement Agreement and Mutual Release Between and Among the Chapter 7 Trustee and Various Other Parties Resolving Claims Against Certain Insiders and Others* (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

Any responses or objections to the Motion must be made in writing and filed on or before **August 10, 2023 at 4:00 p.m. (Eastern Time)** (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801. At the same time, you must also serve a copy of the response upon undersigned counsel so that such response is received on or before the Objection Deadline.

If an objection is timely filed, a hearing on the Motion will be held on **August 17, 2023 at 1:00 p.m. (Eastern Time)** before the Honorable Craig T. Goldblatt, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Courtroom #7, Wilmington, Delaware 19801.

PLEASE TAKE FURTHER NOTICE that if no objection is filed timely and in accordance with the procedures set forth above, the Bankruptcy Court may enter an order on the Motion without further notice or hearing.

Dated: July 27, 2023

*/s/ David W. Carickhoff*
David W. Carickhoff (No. 3715)
Bryan J. Hall (No. 6239)
ARCHER & GREINER, P.C.
300 Delaware Avenue, Suite 1100
Wilmington, Delaware 19801
Telephone: 302-777-4350
Facsimile: 302-777-4352
Email: dcarickhoff@archerlaw.com
bjhall@archerlaw.com

*Counsel for the Chapter 7 Trustee*