# IN THE UNITED STATES BANKRUPTCY COURT
# OF THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| Start Man Furniture LLC (f/k/a Art Van Furniture, LLC), *et al.*,[1] | Case No. 20-10553 (CTG)<br>(Jointly Administered) |
| Debtors. | **Hearing Date: 9/14/2023 at 10:00 a.m. (ET)**<br>**Objection Deadline: 9/6/2023 at 4:00 p.m. (ET)** |

**FIRST INTERIM (CONTINGENT FEE MATTERS) APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF ARCHER & GREINER, P.C., AS SPECIAL COUNSEL TO THE CHAPTER 7 TRUSTEE, FOR THE PERIOD MARCH 1, 2022 TO SEPTEMBER 14, 2023**

| | |
|---|---|
| *Name of Applicant:* | Archer & Greiner, P.C. |
| *Authorized to Provide Professional Services to:* | Alfred T. Giuliano, Chapter 7 Trustee |
| *Date of Retention:* | Dec. 10, 2020 (March 1, 2022 on contingency basis) |
| *Period for which Compensation and Reimbursement is sought:* | March 1, 2022 through Sept. 14, 2023 |
| *Amount of Compensation Sought as Actual, Reasonable and Necessary:* | $2,607,245.50 |
| *Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary:* | $2,397.97 |

This is an ___X___ Interim   _____ Final Application   _____ Monthly Statement

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, include: Start Man Furniture, LLC (f/k/a Art Van Furniture, LLC) (9205); SVF Holding Company, Inc. (f/k/a AVF Holding Company, Inc.) (0291); SVCE, LLC (f/k/a AVCE, LLC) (2509); StartVF Holdings I, LLC (f/k/a AVF Holdings I, LLC) (2537); StartVF Holdings II, LLC (f/k/a AVF Holdings II, LLC) (7472); SVF Parent, LLC (f/k/a AVF Parent, LLC) (3451); Levin Parent, LLC (8052); Start Man Furniture of Canada, LLC (f/k/a Art Van Furniture of Canada, LLC) (9491); SV Sleep Franchising, LLC (f/k/a AV Pure Sleep Franchising, LLC) (8968); SVF Franchising, LLC (f/k/a AVF Franchising, LLC) (6325); LF Trucking, Inc. (1484); Sam Levin, Inc. (5198); and Comfort Mattress LLC (4463).

## PRIOR CONTINGENCY FEE APPLICATIONS FILED

| | | Requested | | Allowed | |
|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| N/A | | | | | |

## PRIOR HOURLY FEE APPLICATIONS FILED

| | | Requested | | Allowed | |
|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| 8/11/22 [D.I. 1476] | Dec. 1, 2020 to Feb. 28, 2022 | $192,754.50 | $148.30 | $192,754.50 | $148.30 |

## SUMMARY OF RECOVERIES SUBJECT TO THIS APPLICATION

| Gross Recovery on Estate Causes of Action | 35% of Gross Recovery less fees previously paid |
|---|---|
| $8,000,000.00 | $2,607,245.50 ($2,800,000.00 less $192,754.50 of fees previously paid) |

## EXPENSE SUMMARY

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Photocopies ($0.10/page) | | $499.20 |
| Legal Research | LexisNexis | $444.48 |
| Hotels (for mediation in NYC – 2 people) | | $982.71 |
| Mileage (for mediation in NYC) | | $143.04 |
| Parking (in NYC for mediation – 2 people) | | $183.00 |
| Overnight Courier | Federal Express | $145.54 |
| **Total Expenses** | | **$2,397.97** |

**IN THE UNITED STATES BANKRUPTCY COURT**
**OF THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>Start Man Furniture LLC (f/k/a Art Van Furniture, LLC), *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 20-10553 (CTG)<br>(Jointly Administered)<br><br>**Hearing Date: 9/14/2023 at 10:00 a.m. (ET)**<br>**Objection Deadline: 9/6/2023 at 4:00 p.m. (ET)** |

**FIRST INTERIM (CONTINGENT FEE MATTERS) APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF ARCHER & GREINER, P.C., AS SPECIAL COUNSEL TO THE CHAPTER 7 TRUSTEE, FOR THE PERIOD MARCH 1, 2022 TO SEPTEMBER 14, 2023**

Pursuant to sections 330 and 331 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Local Rule 2016-2, Archer & Greiner, P.C. ("Archer") files this First Interim (Contingent Fee Matters) Application for Compensation and Reimbursement of Expenses of Archer & Greiner, P.C., as Counsel to the Chapter 7 Trustee, for the Period March 1, 2022 through September 14, 2023 (the "Application"). By this Application, Archer seeks allowance of compensation in the amount of $2,607,245.50 and reimbursement of actual and necessary expenses in the amount of $2,397.97 for the period March 1, 2022 through September 14, 2023 (the "Application Period"). In support of this Application, Archer respectfully represents as follows:

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, include: Start Man Furniture, LLC (f/k/a Art Van Furniture, LLC) (9205); SVF Holding Company, Inc. (f/k/a AVF Holding Company, Inc.) (0291); SVCE, LLC (f/k/a AVCE, LLC) (2509); StartVF Holdings I, LLC (f/k/a AVF Holdings I, LLC) (2537); StartVF Holdings II, LLC (f/k/a AVF Holdings II, LLC) (7472); SVF Parent, LLC (f/k/a AVF Parent, LLC) (3451); Levin Parent, LLC (8052); Start Man Furniture of Canada, LLC (f/k/a Art Van Furniture of Canada, LLC) (9491); SV Sleep Franchising, LLC (f/k/a AV Pure Sleep Franchising, LLC) (8968); SVF Franchising, LLC (f/k/a AVF Franchising, LLC) (6325); LF Trucking, Inc. (1484); Sam Levin, Inc. (5198); and Comfort Mattress LLC (4463).

**JURISDICTION**

1. The Court has jurisdiction over this matter under 28 U.S.C. § 1334. This is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2). Venue of this chapter 7 case in this district is proper under 28 U.S.C. §§ 1408 and 1409.

**BACKGROUND**

2. On March 8, 2020, the above-captioned Debtors each filed with this Court a voluntary petition for relief under chapter 11 of the Bankruptcy Code.

3. On April 3, 2020, the Debtors filed a motion to convert their chapter 11 cases to cases under chapter 7 of the Bankruptcy Code.

4. On April 7, 2020, the Court entered an order converting the Debtors' cases to cases under chapter 7 of the Bankruptcy Code and the Trustee was appointed as the Chapter 7 Trustee of the Estates.

5. On December 10, 2020, the Trustee filed an application to retain Archer as special counsel for the Trustee. This application was granted by Order entered December 30, 2020, with such retention effective as of December 1, 2020 [D.I. 1126].

6. On April 5, 2022, the Court entered an Order (the "Supplemental Retention Order") [D.I. 1415] approving the Trustee's supplemental application to retain Archer as contingent counsel (the "Supplemental Retention Application").[2] The Supplemental Retention Order clarified and expanded the scope of the Trustee's retention of Archer. Specifically, the Supplemental Retention Order authorized the Trustee to retain Archer on a contingency fee basis to render certain Litigation Services, which included the prosecution and resolution of Estate Causes of Action.

---

[2] Capitalized terms used but not defined in this Fee Application have the meanings ascribed to such terms of the Supplemental Retention Application [D.I. 1398].

7. On behalf of the Trustee, Archer investigated potential Estate Causes of Action, including potential claims and causes of action against the Debtors' former insiders. Among other things, Archer prepared a complaint and, on March 7, 2022, on behalf of the Trustee, commenced an adversary proceeding against a number of individuals and entities affiliated with the Van Elslander family (the "VE Parties"), among others, and Richard Kim Yost ("Yost"), entitled *Giuliano v. Archie A. Van Elslander Trust dated November 26, 1982, as Amended*, *et al.*, Adv. Pro. No. 22-50229 (CTG) (Bankr. D. Del.) (the "Adversary Proceeding"), asserting various claims, including fraudulent transfer and breach of fiduciary duty claims.

8. Archer, on behalf of the Trustee, asserted that the Debtors' estates have certain claims (collectively, the "THLee Claims") against (i) Thomas H. Lee Partners, L.P., Thomas H. Lee Management Co., THL Managers VII LLC, Thomas H. Lee Parallel (Cayman) Fund VII, L.P., Thomas H. Lee Equity Fund VII, L.P., Thomas H. Lee Parallel Fund VII, L.P., Thomas H. Lee Fund VI Coinvestment Partners LP, and THL Executive Fund VII (collectively, the "THLee Entity Parties"), and (ii) Todd M. Abbrecht, Jeff T. Swenson, Cliff Longley, Douglas A. Haber, Alex Smith, and David Alexander (collectively, the "THLee Director Parties" and together with the THLee Entity Parties, the "THLee Parties"). The Trustee did not file a complaint against the THLee Parties, as they entered into certain tolling agreements with the Trustee.

9. Also, on behalf of the Trustee, Archer has entered into tolling agreements with certain other parties as well.

10. On December 19, 2022, Archer, on behalf of the Trustee, participated in a mediation with the VE Parties, Yost, and the THLee Parties, led by Jed Melnick, Esq. of JAMS. The mediation continued for several months thereafter. Ultimately, the parties agreed to resolve

3

the claims as set forth more fully in the Settlement Agreement, which provides for a payment to the Estates of $8 million and mutual, general releases.

11. On July 27, 2023, the Trustee filed the *Motion of the Chapter 7 Trustee for Entry of an Order Pursuant to Fed. R. Bankr. P. 9019 Authorizing and Approving the Settlement Agreement and Mutual Release Between and Among the Chapter 7 Trustee and Various Other Parties Resolving Claims Against Certain Insiders and Others* [Main Case D.I. 1583; Adv. D.I. 45] (the "9019 Motion"), seeking the approval of the Trustee's settlement reached with the VE Parties, Yost and the THLee Parties.

12. On August 23, 2023, the Court entered an Order [Main Case D.I. 1590; Adv. D.I. 50] approving the 9019 Motion.

13. Pursuant to the Supplemental Retention Order and Supplemental Retention Application, Archer is entitled to a contingency fee equal to 35% of the gross recoveries of the Estate Causes of Action, less fees already received, and reimbursements for reasonable and necessary out-of-pocket costs and expenses.

### ARCHER'S APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES

14. The fees Archer seeks by way of this Application relate to the settlement and resolution of the Estate Causes of Action. As described in the 9019 Motion, during the Application Period, Archer negotiated a settlement on behalf of the Trustee with the VE Parties, Yost and the THLee Parties whereby the Estates receive $8,000,000.00 to resolve the Estate Causes of Action. Accordingly, Archer is seeking fees in the amount of $2,607,245.50, which equals 35% of the $8,000,000.00 settlement amount of the Estate Causes of Action, less the $192,754.50 of fees that Archer already received in these cases. Given that compensation for the Litigation Services is on

a contingency fee basis, Archer is not required to provide time detail pursuant to the Supplemental Retention Order.

15. A summary of actual and necessary expenses incurred by Archer for the Application Period in connection with the Litigation Services is set forth above. Archer customarily charges $0.10 per page for photocopying expenses in bankruptcy cases. In addition, Archer uses outside copier services for high volume projects, and this application seeks recovery of those costs, if applicable. Archer also charges clients $.95 per page for outgoing facsimile transactions and does not charge for incoming facsimile transactions. Online legal research (i.e., Lexis) is charged at Archer's discounted cost, which is computed each month based upon the negotiated discount charge to Archer and the allocations of the savings realized during each month. Archer believes the foregoing rates are market rates that the majority of law firms charge clients for such services. The reasonable value of the expenses related to the Litigation Services incurred by Archer in connection with this matter during the Application Period is $2,397.97.[3] A detailed breakdown of the reimbursable expenses is attached hereto as Exhibit A.

16. All services for which Archer requests compensation were performed for or on behalf of the Trustee. Archer has received no payment and no promises for payment from any source other than the Trustee for services rendered or to be rendered in any capacity whatsoever in connection with the matters covered by this Application. There is no agreement or understanding between Archer and any other person other than the shareholders of Archer for the sharing of compensation to be received for services rendered in these cases.

---

[3] This amount reflects expenses relating to the Litigation Services, processed by Archer for the Application Period as of the filing date of this Application. Archer reserves the right to seek reimbursement of expenses that were incurred during the Application Period, but were not processed by the filing date of this Application, in subsequent interim applications for compensation and reimbursement of expenses.

**SUMMARY OF SERVICES RENDERED**

12.     Archer has performed the Litigation Services on behalf of the Trustee, which have resulted in the settlement of the Estate Causes of Action, and has performed all necessary professional services pursuant to the terms of the Supplemental Retention Application and the Supplemental Retention Order.

14.     The reasonable value of the Litigation Services rendered by Archer for the Trustee during the Application Period is $2,607,245.50, as calculated above. That contingency fee arrangement was previously approved by the Court pursuant to the Supplemental Retention Order under section 328(a) of the Bankruptcy Code.

15.     Moreover, Archer has reviewed the requirements of Del. Bankr. Local Rule 2016-2 and certifies that this Application complies with such Rule, as modified by the Supplemental Retention Order, which excuses Archer from submitting detailed time records generally required under section 330 of the Bankruptcy Code.

**NOTICE**

16.     Notice of this Application will be provided to (i) the Trustee, (ii) the Office of the United States Trustee, and (iii) all parties that have requested in these cases to receive notices pursuant to Bankruptcy Rule 2002.

WHEREFORE, Archer respectfully requests that, for the period March 1, 2022 through September 14, 2023, an interim allowance be made to Archer for compensation in the amount of $2,607,245.50 and actual and necessary expenses in the amount of $2,397.97 for a total allowance of $2,609,634.47; that payment of such allowed amounts be authorized on an interim basis; and for such other and further relief as this Court may deem just and proper.

| | |
|---|---|
| Dated: August 23, 2023 | **ARCHER & GREINER, P.C.**<br><br>*/s/ David W. Carickhoff*<br>David W. Carickhoff, Esq. (No. 3715)<br>Bryan J. Hall (No. 6285)<br>300 Delaware Avenue, Suite 1100<br>Wilmington, DE 19801<br>Telephone: (302) 777-4350<br>Facsimile: (302) 777-4352<br>Email: dcarickhoff@archerlaw.com<br>          bjhall@archerlaw.com<br><br>*Special Counsel for the Chapter 7 Trustee* |

7