# **EXHIBIT A**

# ARCHER & GREINER

ATTORNEYS AT LAW
1025 LAUREL OAK ROAD
VOORHEES, NEW JERSEY 08043
(856-795-2121)

ALFRED T. GIULIANO CHAPTER 7 TRUSTEE
GIULIANO, MILLER & COMPANY, LLC
2301 E. EVESHAM RD
PAVILLION 800, STE 210
VOORHEES, NJ  08043

Invoice Number:   4297014
Invoice Date:     08/22/23
Client Number:    GIU013

Matter Number: GIU013.97090

**For Professional Services Rendered Through  07/31/2023**

**Task Summary**

**Expense Summary by Task**

| Code | Description | Expenses |
|---|---|---:|
| E101 | COPYING | 499.20 |
| E107 | DELIVERY SERVICES/MESSENGERS | 145.54 |
| E110 | OUT OF TOWN TRAVEL | 1,308.75 |
| E123 | OTHER PROFESSIONALS | 444.48 |
| | **TOTAL DISBURSEMENTS** | **2,397.97** |
| | **TOTAL INVOICE** | **2,397.97** |

| | | | | |
|---|---|---|---|---|
| GIU013 | GIULIANO (TRUSTEE), ALFRED T. | | Invoice Number: | 4297014 |
| GIU013.97090 | IN RE: ART VAN FURNITURE, LLC / CHAPTER 7 BANKRUPTCY | | | Page 2 |

**For Charges and Disbursements**

| Date | Type | Description | | Amount |
|---|---|---|---|---|
| 12/08/22 | PHOTOCOPYING | | 22 @ 0.10 | $2.20 |
| 12/08/22 | PHOTOCOPYING | | 2 @ 0.10 | $0.20 |
| 12/08/22 | PHOTOCOPYING | | 4 @ 0.10 | $0.40 |
| 12/08/22 | PHOTOCOPYING | | 22 @ 0.10 | $2.20 |
| 12/08/22 | PHOTOCOPYING | | 22 @ 0.10 | $2.20 |
| 12/08/22 | PHOTOCOPYING | | 38 @ 0.10 | $3.80 |
| 12/08/22 | PHOTOCOPYING | | 2 @ 0.10 | $0.20 |
| 12/08/22 | PHOTOCOPYING | | 10 @ 0.10 | $1.00 |
| 12/08/22 | PHOTOCOPYING | | 16 @ 0.10 | $1.60 |
| 12/08/22 | PHOTOCOPYING | | 4 @ 0.10 | $0.40 |
| 12/08/22 | PHOTOCOPYING | | 4 @ 0.10 | $0.40 |
| 12/08/22 | PHOTOCOPYING | | 130 @ 0.10 | $13.00 |
| 12/08/22 | PHOTOCOPYING | | 94 @ 0.10 | $9.40 |
| 12/08/22 | PHOTOCOPYING | | 8 @ 0.10 | $0.80 |
| 12/08/22 | PHOTOCOPYING | | 2 @ 0.10 | $0.20 |
| 12/08/22 | PHOTOCOPYING | | 2 @ 0.10 | $0.20 |
| 12/09/22 | PHOTOCOPYING | | 1,335 @ 0.10 | $133.50 |
| 12/14/22 | PHOTOCOPYING | | 50 @ 0.10 | $5.00 |
| 12/14/22 | PHOTOCOPYING | | 20 @ 0.10 | $2.00 |
| 12/14/22 | PHOTOCOPYING | | 50 @ 0.10 | $5.00 |
| 12/14/22 | PHOTOCOPYING | | 40 @ 0.10 | $4.00 |
| 12/14/22 | PHOTOCOPYING | | 60 @ 0.10 | $6.00 |
| 12/14/22 | PHOTOCOPYING | | 90 @ 0.10 | $9.00 |
| 12/14/22 | PHOTOCOPYING | | 60 @ 0.10 | $6.00 |
| 12/14/22 | PHOTOCOPYING | | 180 @ 0.10 | $18.00 |
| 12/14/22 | PHOTOCOPYING | | 160 @ 0.10 | $16.00 |
| 12/14/22 | PHOTOCOPYING | | 20 @ 0.10 | $2.00 |
| 12/14/22 | PHOTOCOPYING | | 60 @ 0.10 | $6.00 |
| 12/14/22 | PHOTOCOPYING | | 130 @ 0.10 | $13.00 |
| 12/14/22 | PHOTOCOPYING | | 65 @ 0.10 | $6.50 |
| 12/14/22 | PHOTOCOPYING | | 60 @ 0.10 | $6.00 |

| | | | |
|---|---|---|---|
| GIU013 | GIULIANO (TRUSTEE), ALFRED T. | Invoice Number: | 4297014 |
| GIU013.97090 | IN RE: ART VAN FURNITURE, LLC / CHAPTER 7 BANKRUPTCY | | Page 3 |

| Date | Type | Description | | Amount |
|---|---|---|---|---|
| 12/14/22 | PHOTOCOPYING | | 55 @ 0.10 | $5.50 |
| 12/14/22 | PHOTOCOPYING | | 45 @ 0.10 | $4.50 |
| 12/14/22 | PHOTOCOPYING | | 100 @ 0.10 | $10.00 |
| 12/14/22 | PHOTOCOPYING | | 405 @ 0.10 | $40.50 |
| 12/14/22 | PHOTOCOPYING | | 100 @ 0.10 | $10.00 |
| 12/14/22 | PHOTOCOPYING | | 80 @ 0.10 | $8.00 |
| 12/14/22 | PHOTOCOPYING | | 85 @ 0.10 | $8.50 |
| 12/14/22 | PHOTOCOPYING | | 135 @ 0.10 | $13.50 |
| 12/14/22 | PHOTOCOPYING | | 60 @ 0.10 | $6.00 |
| 12/14/22 | PHOTOCOPYING | | 100 @ 0.10 | $10.00 |
| 12/14/22 | PHOTOCOPYING | | 55 @ 0.10 | $5.50 |
| 12/14/22 | PHOTOCOPYING | | 95 @ 0.10 | $9.50 |
| 12/14/22 | PHOTOCOPYING | | 10 @ 0.10 | $1.00 |
| 12/14/22 | PHOTOCOPYING | | 10 @ 0.10 | $1.00 |
| 12/14/22 | PHOTOCOPYING | | 10 @ 0.10 | $1.00 |
| 12/14/22 | PHOTOCOPYING | | 95 @ 0.10 | $9.50 |
| 12/14/22 | PHOTOCOPYING | | 50 @ 0.10 | $5.00 |
| 12/14/22 | PHOTOCOPYING | | 120 @ 0.10 | $12.00 |
| 12/14/22 | PHOTOCOPYING | | 310 @ 0.10 | $31.00 |
| 12/14/22 | PHOTOCOPYING | | 230 @ 0.10 | $23.00 |
| 12/14/22 | PHOTOCOPYING | | 40 @ 0.10 | $4.00 |
| 12/16/22 | PHOTOCOPYING | | 40 @ 0.10 | $4.00 |
| | **ETOTAL* PHOTOCOPYING** | | | **$499.20** |
| 03/01/22 | | VENDOR: LEXISNEXIS RISK DATA MANAGEMENT INC.; INVOICE#: 1022515-20220331; DATE: 3/1/2022  -  LAS - SEARCHES | | $46.70 |
| 03/10/22 | | VENDOR: LEXISNEXIS RISK DATA MANAGEMENT INC.; INVOICE#: 1022515-20220331; DATE: 3/10/2022  -  LAS - SEARCHES | | $314.01 |
| 03/11/22 | | VENDOR: LEXISNEXIS RISK DATA MANAGEMENT INC.; INVOICE#: 1022515-20220331; DATE: 3/11/2022  -  LAS - SEARCHES | | $83.77 |
| | **ETOTAL* OUTSIDE SERVICES** | | | **$444.48** |
| 12/18/22 | | VENDOR: CARICKHOFF, DAVID W.; INVOICE#: DWC010423; DATE: 12/18/22 - DWC - WESTIN HOTEL - HOTEL ACCOMMODATIONS IN NYC | | $485.27 |

| | | | |
|---|---|---|---|
| GIU013 | | GIULIANO (TRUSTEE), ALFRED T. | Invoice Number: 4297014 |
| GIU013.97090 | | IN RE: ART VAN FURNITURE, LLC / CHAPTER 7 BANKRUPTCY | Page 4 |

| Date | Type | Description | Amount |
|---|---|---|---|
| | | RE: ARBITRATION | |
| 12/19/22 | | VENDOR: PACKMAN STEPHEN M.; INVOICE#: SMP122222-1; DATE: 12/19/2022 - SMP - HOTEL ACCOMMODATIONS - MEDIATIONS IN NEW YORK | $497.44 |
| | **ETOTAL* HOTELS** | | **$982.71** |
| 12/19/22 | | VENDOR: HALL, BRYAN; INVOICE#: BJH010423; DATE: 12/19/22 - R/T MILEAGE AND TOLLS TO NEW YORK CITY, NY RE: ART VAN MEDIATION | $143.04 |
| | **ETOTAL* MILEAGE** | | **$143.04** |
| 12/19/22 | | VENDOR: HALL, BRYAN; INVOICE#: BJH010423; DATE: 12/19/22 - PARKING IN NEW YORK CITY, NY RE: ART VAN MEDIATION | $55.00 |
| 12/19/22 | | VENDOR: PACKMAN STEPHEN M.; INVOICE#: SMP122222-1; DATE: 12/19/2022 - SMP - PARKING - MEDIATIONS IN NEW YORK | $128.00 |
| | **ETOTAL* GROUND TRANSPORTATION** | | **$183.00** |
| 04/19/22 | | VENDOR: FEDERAL EXPRESS CORPORATION; INVOICE#: 7-734-86111; DATE: 4/19/2022; BJH TO AVF HOLDING COMPANY INC | $31.54 |
| 04/19/22 | | VENDOR: FEDERAL EXPRESS CORPORATION; INVOICE#: 7-734-86111; DATE: 04/19/2022; BJH TO JAY RITTENBERG, PHIL CASPER, ALBRT | $20.67 |
| 05/13/22 | | VENDOR: FEDERAL EXPRESS CORPORATION; INVOICE#: 7-757-19899; DATE: 05/13/2022- BJH TO MIKE REEVE | $16.03 |
| 06/21/22 | | VENDOR: FEDERAL EXPRESS CORPORATION; INVOICE#: 7-802-53621; DATE: 6/21/2022  MDR TO SEAN STERLING - FTI CONSULTING | $19.33 |
| 09/02/22 | | VENDOR: FEDERAL EXPRESS CORPORATION; INVOICE#: 7-880-34137; DATE: 9/2/2022  CEH TO DAVID LADD | $24.24 |
| 09/28/22 | | VENDOR: FEDERAL EXPRESS CORPORATION; INVOICE#: 7-903-76712; DATE: 9/28/2022  MDR TO DAVID R. HURST, ESQUIRE - MCDERMOTT WILL & EMERY LLP | $18.08 |
| 12/12/22 | | VENDOR: FEDERAL EXPRESS CORPORATION; INVOICE#: 7-981-42220; DATE: 12/12/2022  BJH TO FRED GIULIANO | $15.65 |

| | | | |
|---|---|---|---|
| GIU013 | GIULIANO (TRUSTEE), ALFRED T. | Invoice Number: | 4297014 |
| GIU013.97090 | IN RE: ART VAN FURNITURE, LLC / CHAPTER 7 BANKRUPTCY | | Page 5 |

| Date | Type | Description | Amount |
|---|---|---|---|
| | | **ETOTAL* FEDERAL EXPRESS** | **$145.54** |
| | | **TOTAL DISBURSEMENTS*** | **$2,397.97** |