**IN THE UNITED STATES BANKRUPTCY COURT
OF THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| Start Man Furniture LLC (f/k/a Art Van Furniture, LLC), *et al.*,[1] | Case No. 20-10553 (CTG)<br>(Jointly Administered) |
| Debtors. | **Hearing Date:  9/14/2023 at 10:00 a.m. (ET)**<br>**Objection Deadline: 9/6/2023 at 4:00 p.m. (ET)** |

**NOTICE OF FIRST INTERIM (CONTINGENT FEE MATTERS) APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF ARCHER & GREINER, P.C., AS SPECIAL COUNSEL TO THE CHAPTER 7 TRUSTEE, FOR THE PERIOD MARCH 1, 2022 TO SEPTEMBER 14, 2023**

PLEASE TAKE NOTICE that Archer & Greiner, P.C. ("Archer") has filed the *First Interim (Contingent Fee Matters) Application for Compensation and Reimbursement of Expenses of Archer & Greiner, P.C., as Special Counsel to the Chapter 7 Trustee, for the Period March 1, 2022 to September 14, 2023* (the "Application").  By the Application, Archer seeks the allowance and payment of compensation in the amount of $2,607,245.50 and reimbursement of expenses in the amount of $2,397.97 incurred in the representation of the Trustee during the period of March 1, 2022 to September 14, 2023.  Copies of the Application are available upon written request to the undersigned.

Any objections to the Application must be made in writing and filed with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court"), on or before **September 6, 2023 by 4:00 p.m. (prevailing Eastern Time)** (the "Objection Deadline").  At the same time, you must also serve a copy of the response upon the undersigned counsel to the Trustee so that the response is received on or before the Objection Deadline.

If an objection is timely filed, a hearing on the Application will be held on **September 14, 2023, at 10:00 a.m. (prevailing Eastern Time)** before the Honorable Craig T. Goldblatt, United

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, include: Start Man Furniture, LLC (f/k/a Art Van Furniture, LLC) (9205); SVF Holding Company, Inc. (f/k/a AVF Holding Company, Inc.) (0291); SVCE, LLC (f/k/a AVCE, LLC) (2509); StartVF Holdings I, LLC (f/k/a AVF Holdings I, LLC) (2537); StartVF Holdings II, LLC (f/k/a AVF Holdings II, LLC) (7472); SVF Parent, LLC (f/k/a AVF Parent, LLC) (3451); Levin Parent, LLC (8052); Start Man Furniture of Canada, LLC (f/k/a Art Van Furniture of Canada, LLC) (9491); SV Sleep Franchising, LLC (f/k/a AV Pure Sleep Franchising, LLC) (8968); SVF Franchising, LLC (f/k/a AVF Franchising, LLC) (6325); LF Trucking, Inc. (1484); Sam Levin, Inc. (5198); and Comfort Mattress LLC (4463).

States Bankruptcy Judge, 824 Market Street, 3rd Floor, Courtroom #7, Wilmington, Delaware 19801.

      PLEASE TAKE FURTHER NOTICE that if no objection is timely filed in accordance with the procedures set forth above, the Bankruptcy Court may enter an order without further notice or hearing.

Dated: August 23, 2023

**ARCHER & GREINER, P.C.**

*/s/ David W. Carickhoff*
David W. Carickhoff, Esq. (No. 3715)
Bryan J. Hall (No. 6285)
300 Delaware Avenue, Suite 1100
Wilmington, DE 19801
Telephone: (302) 777-4350
Facsimile: (302) 777-4352
Email: dcarickhoff@archerlaw.com
       bjhall@archerlaw.com

*Special Counsel for the Chapter 7 Trustee*