# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> Start Man Furniture LLC (f/k/a Art Van Furniture, LLC), *et al.*,[1] <br><br> Debtors. | Chapter 7 <br><br> Case No. 20-10553 (CTG) <br> (Jointly Administered) <br><br> **Re: Dkt. No. 1598** |

## NOTICE OF WITHDRAWAL

PLEASE TAKE NOTICE that the undersigned hereby withdraws the *Certificate of No Objection Regarding First Interim (Contingent Fee Matters) Application for Compensation and Reimbursement of Expenses of Archer & Greiner, P.C., as Special Counsel to the Chapter 7 Trustee, for the Period March 1, 2022 to September 14, 2023* [D.I. 1598].

Dated: September 11, 2023

ARCHER & GREINER, P.C.

/s/ *David W. Carickhoff*
David W. Carickhoff (No. 3715)
Bryan J. Hall (No. 6285)
300 Delaware Ave., Suite 1100
Wilmington, DE 19801
(302) 777-4350 (phone)
(302) 777-4352 (fax)
dcarickhoff@archerlaw.com
bjhall@archerlaw.com

*Special Counsel for the Chapter 7 Trustee*

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, include: Start Man Furniture, LLC (f/k/a Art Van Furniture, LLC) (9205); SVF Holding Company, Inc. (f/k/a AVF Holding Company, Inc.) (0291); SVCE, LLC (f/k/a AVCE, LLC) (2509); StartVF Holdings I, LLC (f/k/a AVF Holdings I, LLC) (2537); StartVF Holdings II, LLC (f/k/a AVF Holdings II, LLC) (7472); SVF Parent, LLC (f/k/a AVF Parent, LLC) (3451); Levin Parent, LLC (8052); Start Man Furniture of Canada, LLC (f/k/a Art Van Furniture of Canada, LLC) (9491); SV Sleep Franchising, LLC (f/k/a AV Pure Sleep Franchising, LLC) (8968); SVF Franchising, LLC (f/k/a AVF Franchising, LLC) (6325); LF Trucking, Inc. (1484); Sam Levin, Inc. (5198); and Comfort Mattress LLC (4463).

227712731 v1