**Start Man Furniture LLC, et al. Case No. 20-10553**
**Sept 14, 2023 @ 10:00 AM**

| First Name | Last Name | Party Representing | Firm Name |
|---|---|---|---|
| Judge | Goldblatt | Court | |
| Peter | Keane | Chapter 7 Trustee | |

# SIGN-IN SHEET

<u>JUDGE</u>: Goldblatt   <u>COURTROOM</u>: 3

<u>CASE NUMBER</u>: 20-10553 <u>CASE NAME</u>: Start Man Furniture, LLC ( <u>DATE</u>: 9/14/2023 (10:00 AM)

*\*\*\*PLEASE PRINT YOUR NAME LEGIBLY OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED\*\*\**

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|------|---------------------|---------------------|
| David Cavickhoff | Archer | Chapter 7 Trustee |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |