IN THE UNITED STATES BANKRUPTCY COURT
OF THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> Start Man Furniture LLC (f/k/a Art Van Furniture, LLC), *et al.*,[1] <br><br> Debtors. | Chapter 7 <br><br> Case No. 20-10553 (CTG) <br> (Jointly Administered) <br><br> **Re: D.I. 1592** |

**ORDER APPROVING FIRST INTERIM (CONTINGENT FEE MATTERS) APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF ARCHER & GREINER, P.C., AS SPECIAL COUNSEL TO THE CHAPTER 7 TRUSTEE, FOR THE PERIOD MARCH 1, 2022 TO SEPTEMBER 14, 2023**

Upon consideration of the First Interim (Contingent Fee Matters) Application for Compensation and Reimbursement of Expenses of Archer & Greiner, P.C., as Special Counsel to the Chapter 7 Trustee, for the Period March 1, 2022 to September 14, 2023 (the "Application")[2] pursuant to Section 330(a) and 331 of Title 11 of the United States Code and Rule 2016 of the Federal Rules of Bankruptcy Procedure, for allowance of compensation and reimbursement of expenses for the period from March 1, 2022 to September 14, 2023; and the Court having reviewed the Application; and the Court finding that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) notice of the Application, and any hearing thereon, was adequate

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, include: Start Man Furniture, LLC (f/k/a Art Van Furniture, LLC) (9205); SVF Holding Company, Inc. (f/k/a AVF Holding Company, Inc.) (0291); SVCE, LLC (f/k/a AVCE, LLC) (2509); StartVF Holdings I, LLC (f/k/a AVF Holdings I, LLC) (2537); StartVF Holdings II, LLC (f/k/a AVF Holdings II, LLC) (7472); SVF Parent, LLC (f/k/a AVF Parent, LLC) (3451); Levin Parent, LLC (8052); Start Man Furniture of Canada, LLC (f/k/a Art Van Furniture of Canada, LLC) (9491); SV Sleep Franchising, LLC (f/k/a AV Pure Sleep Franchising, LLC) (8968); SVF Franchising, LLC (f/k/a AVF Franchising, LLC) (6325); LF Trucking, Inc. (1484); Sam Levin, Inc. (5198); and Comfort Mattress LLC (4463).

[2] Unless otherwise defined herein, all capitalized terms shall have the meanings ascribed to them in the Application.

under the circumstances; and (c) all persons with standing have been afforded the opportunity to be heard on the Application; and after due deliberation and for other and good cause,

    IT IS HEREBY ORDERED THAT:

    1.    The Application is granted on an interim basis.

    2.    Archer & Greiner, P.C. is allowed compensation in the amount of $2,607,245.50 for the Litigation Services rendered and costs related to the same in the amount of $2,397.97 for the Application Period.

    3.    Payment may be made by the Trustee to Archer & Greiner of 100% of any and all fees and 100% of any and all expenses allowed herein by wire transfer.

**Dated: September 15th, 2023**
**Wilmington, Delaware**

**CRAIG T. GOLDBLATT**
**UNITED STATES BANKRUPTCY JUDGE**