UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| START MAN FURNITURE, LLC, | ) | Case No. 20-10553-CTG |
| et al, | ) | |
|     Debtors. | ) | |

**REQUEST TO BE REMOVED**
**FROM RECEIVING ELECTRONIC FILINGS**

Earle I. Erman of Maddin, Hauser, Roth & Heller, P.C., hereby requests that his name be removed from the service list that receives Electronic Filings and other notices in the above-captioned case.

MADDIN, HAUSER, ROTH & HELLER, P.C.

By: */s/ Earle I. Erman*
    Earle I. Erman  (P24296)
    Counsel for Rochester KM Partners, LLC
    28400 Northwestern Hwy., 2nd Floor
    Southfield, MI  48034
    (248) 208-0710
    eerman@maddinhauser.com

DATED:   September 25, 2023

03877161 v1