IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| | : | |
| Art Van Furniture, LLC | : | Case No. 20-10553 (CSS) |
| | : | |
| | : | |
| Debtor(s). | | |

**<u>NOTICE OF FILING RIDER OF INDIVIDUAL CASE BOND OF TRUSTEE</u>**

To:   Parties on the attached service list

PLEASE TAKE NOTICE that on October 18, 2023, Andrew R. Vara, United States Trustee, filed and served the attached Rider of Individual Case Bond of Chapter 7 Trustee Alfred T. Giuliano, for the above-captioned estate.

```
                              ANDREW R. VARA
                              UNITED STATES TRUSTEE


                              By: /s/ Benjamin Hackman
                              Benjamin Hackman, Esquire
                              Office of the U.S. Trustee
                              J. Caleb Boggs Federal Building
                              844 King Street, Suite 2207, Lockbox 35
                              Wilmington, Delaware 19801
                              Tel. (302) 573-6491
                              Fax: (302) 573-6497
```

Dated: October 18, 2023