**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| START MAN FURNITURE LLC, *et al.*,[1] | Case No. 20-10553-CTG |
| Debtors. | (Jointly Administered) |

**NOTICE OF WITHDRAWAL OF APPEARANCE AND
REQUEST FOR REMOVAL FROM SERVICE LISTS**

Marcy J. McLaughlin Smith hereby withdraws her appearance as counsel for Gordon Brothers Retail Partners LLC and Hilco Merchant Resources, LLC ("Gordon Brothers and Hilco") in the chapter 7 cases of the above-captioned debtors and requests that she be removed from the CM/ECF noticing list and any other service lists in these cases. Douglas D. Herrmann of Troutman Pepper Hamilton Sanders LLP will continue to represent Gordon Brothers and Hilco as counsel in these cases.

Dated: October 27, 2023
Wilmington, Delaware

**TROUTMAN PEPPER HAMILTON SANDERS LLP**

*/s/ Marcy J. McLaughlin Smith*
Marcy J. McLaughlin Smith (DE 6184)
Hercules Plaza, Suite 5100
1313 N. Market Street, P.O. Box 1709
Wilmington, Delaware 19899-1709
Telephone: (302) 777-6500
Facsimile: (302) 421-8390
E-mail: marcy.smith@troutman.com

*Withdrawing Counsel for Gordon Brothers Retail Partners LLC and Hilco Merchant Resources, LLC*

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, include: Start Man Furniture, LLC (f/k/a Art Van Furniture, LLC) (9205); SVF Holding Company, Inc. (f/k/a AVF Holding Company, Inc.) (0291); SVCE, LLC (f/k/a AVCE, LLC) (2509); StartVF Holdings I, LLC (f/k/a AVF Holdings I, LLC) (2537); StartVF Holdings II, LLC (f/k/a AVF Holdings II, LLC) (7472); SVF Parent, LLC (f/k/a AVF Parent, LLC) (3451); Levin Parent, LLC (8052); Start Man Furniture of Canada, LLC (f/k/a Art Van Furniture of Canada, LLC) (9491); SV Sleep Franchising, LLC (f/k/a AV Pure Sleep Franchising, LLC) (8968); SVF Franchising, LLC (f/k/a AVF Franchising, LLC) (6325); LF Trucking, Inc. (1484); Sam Levin, Inc. (5198); and Comfort Mattress LLC (4463).

## **CERTIFICATE OF SERVICE**

I, Marcy J. McLaughlin Smith, hereby certify that on the 27th day of October, 2023, I caused copies of the foregoing *Notice of Withdrawal of Appearance and Request for Removal From Service Lists* to be served upon all parties receiving ECF notice in this case.

/s/  *Marcy J. McLaughlin Smith*
Marcy J. McLaughlin Smith (DE 6184)