**IN THE UNITED STATES BANKRUPTCY COURT
OF THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| Start Man Furniture LLC (f/k/a Art Van Furniture, LLC), *et al.*,[1] | Case No. 20-10553 (CTG) <br> (Jointly Administered) |
| Debtors. | **Hearing Date:  To be heard with TFR** <br> **Objection Deadline:  TBD** |

**FINAL FEE APPLICATION OF
ARCHER & GREINER, P.C., SPECIAL COUNSEL FOR ALFRED T. GIULIANO,
CHAPTER 7 TRUSTEE FOR COMPENSATION AND REIMBURSEMENT OF
EXPENSES FOR THE PERIOD DECEMBER 1, 2020 THROUGH OCTOBER 31, 2023**

| | |
|---|---|
| *Name of Applicant*: | Archer & Greiner, P.C. |
| *Authorized to Provide Professional Services to*: | Alfred T. Giuliano, Chapter 7 Trustee |
| *Date of Retention*: | December 30, 2020, *nunc pro tunc* to December 1, 2020 |
| *Period for which Compensation and Reimbursement is Sought*: | December 1, 2020 through October 31, 2023 |
| *Amount of Compensation Sought as Actual, Reasonable, and Necessary*: | $2,800,000.00 |
| *Amount of Expense Reimbursement Sought as Actual, Reasonable, and Necessary*: | $2,546.27 |
| This is a(n): | _____ Interim   ✓ Final Application   _____ Monthly Statement |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, include: Start Man Furniture, LLC (f/k/a Art Van Furniture, LLC) (9205); SVF Holding Company, Inc. (f/k/a AVF Holding Company, Inc.) (0291); SVCE, LLC (f/k/a AVCE, LLC) (2509); StartVF Holdings I, LLC (f/k/a AVF Holdings I, LLC) (2537); StartVF Holdings II, LLC (f/k/a AVF Holdings II, LLC) (7472); SVF Parent, LLC (f/k/a AVF Parent, LLC) (3451); Levin Parent, LLC (8052); Start Man Furniture of Canada, LLC (f/k/a Art Van Furniture of Canada, LLC) (9491); SV Sleep Franchising, LLC (f/k/a AV Pure Sleep Franchising, LLC) (8968); SVF Franchising, LLC (f/k/a AVF Franchising, LLC) (6325); LF Trucking, Inc. (1484); Sam Levin, Inc. (5198); and Comfort Mattress LLC (4463).

## PRIOR CONTINGENCY FEE APPLICATIONS FILED

|  |  | Requested | | Allowed | |
| --- | --- | --- | --- | --- | --- |
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| 8/23/23 [D.I. 1592] | 3/1/22 – 9/14/23 | $2,607,245.50 | $2,397.94 | $2,607,245.50 | $2,397.97 |

## PRIOR HOURLY FEE APPLICATIONS FILED

|  |  | Requested | | Allowed | |
| --- | --- | --- | --- | --- | --- |
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| 8/11/22 [D.I. 1476] | Dec. 1, 2020 to Feb. 28, 2022 | $192,754.50 | $148.30 | $192,754.50 | $148.30 |

227946830 v2

**ATTACHMENT B**
**TO FEE APPLICATION**

| NAME OF PROFESSIONAL | POSITION, YEAR ASSUMED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|
| Stephen M. Packman | Shareholder and head of Bankruptcy and Restructuring Group. Admitted in New Jersey and Pennsylvania in 1989. Joined firm in 1992. | $685.00<br>$665.00 | 54.5<br>2.5 | $37,332.50<br>$1,662.50 |
| David W. Carickhoff | Shareholder in Bankruptcy and Restructuring Group. Practicing in Delaware and Pennsylvania since 1998. Joined firm in 2013. | $645.00<br>$625.00 | 14.8<br>10.4 | $9,546.00<br>$6,500.00 |
| Trevor J. Cooney | Shareholder and head of Insurance Practice Group. Admitted in New Jersey and Pennsylvania in 2000. | $495.00 | 2.8 | $1,386.00 |
| Bryan J. Hall | Partner in the Bankruptcy and Restructuring Group. Admitted in New York in 2012 and Delaware in 2016. Joined firm in 2020. | $465.00<br>$450.00 | 216.2<br>61.4 | $100,533.00<br>$27,630.00 |
| Sabrina N. Espinal | Associate in the Bankruptcy and Restructuring Group. Admitted in Pennsylvania in 2022. | $275.00 | 11.8 | $3,245.00 |
| Leonard A. Smith | Paralegal. Joined firm in 1990. | $295.00 | 7.3 | $2,153.50 |
| Joyce E. Buckley | Paralegal. Joined firm in 1996. | $240.00 | 2.9 | $696.00 |
| Christian E. Hansen | Paralegal. Joined firm in 2018. | $225.00 | 6.8 | $1,530.00 |
| Barbara A. Bershak | Litigation Technology Analyst. | $150.00 | 3.6 | $540.00 |
| | | | | |
| **Subtotal:  $487.99** | **Blended          Rate** | | 395.0 | $192,754.50 |
| | | | | |
| 35% of Gross $8,000,000.00 Recovery on Estate Causes of Action (less $192,754.50 previously paid) | | | | $2,607,245.50 |
| | | | | |
| **GRANT TOTAL:** | | | | **$2,800,000.00** |

3

227946830 v2

## COMPENSATION BY PROJECT CATEGORY

|    | PROJECT CATEGORY | TOTAL HOURS | TOTAL FEES |
|----|------------------|-------------|------------|
|    |                  |             |            |
| 01 | Archer & Greiner Fee/Employment Application | 25.5 | $8,160.50 |
| 02 | Other Professionals' Fee Employment Issues | 7.0 | $2,466.00 |
| 03 | Executory Contracts and Unexpired Leases | 30.7 | $13,877.00 |
| 04 | Claims Analysis and Objections | 108.1 | $52,703.00 |
| 05 | Meetings |  |  |
| 06 | Case Administration | 17.3 | $6,481.50 |
| 07 | Debtor's Operations | 20.3 | $9,892.00 |
| 08 | Labor and Employment Issues |  |  |
| 09 | Financing Issues |  |  |
| 10 | Financing Issues (DIP Financing/Cash Collateral) | 13.7 | $6,900.50 |
| 11 | Real Estate and Environmental Issues |  |  |
| 12 | Sale of Assets | 127.7 | $63,284.00 |
| 13 | Stay Relief Issues |  |  |
| 14 | Secured Creditors / Equipment Lessor Issues (includes lien investigation) |  |  |
| 15 | Tax Issues | 1.9 | $998.50 |
| 16 | Recovery Actions (includes avoidance actions) |  |  |
| 17 | Hearings – Preparation and Attendance | 17.3 | $7,656.50 |
| 18 | Other Litigation | 21.8 | $10,973.00 |
| 19 | Non-Working Travel Time |  |  |
| 20 | Financing Issues (DIP Financing/Cash Collateral) |  |  |
| 21 | Regulatory Issues |  |  |
|    | **Subtotal:** | **395.0** | **$192,754.50** |
|    |  |  |  |

4

|  | 35% of Gross $8,000,000.00 Recovery on Estate Causes of Action (less $192,754.50 previously paid) |  | $2,607,245.50 |
|---|---|---|---|
|  | **GRAND TOTAL:** |  | **$2,800,000.00** |

227946830 v2

**EXPENSE SUMMARY**

| EXPENSE CATEGORY | SERVICE PROVIDER | TOTAL EXPENSES |
|---|---|---:|
| Hotels (for mediation in NYC – 2 people) | | $982.71 |
| Legal Research | LexisNexis | $444.48 |
| Mileage (for mediation in NYC) | | $143.04 |
| Outside Servies | LexisNexis Risk Data Management Inc. | $148.30 |
| Overnight Courier | Federal Express | $145.54 |
| Parking (in NYC for mediation – 2 people) | Corporation Service Company | $183.00 |
| Photocopies ($0.10/page) | | $499.20 |
| **TOTAL** | | **$2,546.27** |

227946830 v2

**IN THE UNITED STATES BANKRUPTCY COURT**
**OF THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>Start Man Furniture LLC (f/k/a Art Van Furniture, LLC), *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 20-10553 (CTG)<br>(Jointly Administered)<br><br>**Hearing Date:  To be heard with TFR**<br>**Objection Deadline: TBD** |

**FINAL FEE APPLICATION OF**
**ARCHER & GREINER, P.C., SPECIAL COUNSEL FOR ALFRED T. GIULIANO,**
**CHAPTER 7 TRUSTEE FOR COMPENSATION AND REIMBURSEMENT OF**
**EXPENSES FOR THE PERIOD DECEMBER 1, 2020 THROUGH OCTOBER 31, 2023**

Pursuant to Sections 330 and 331 of Title 11 of the United States Bankruptcy Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Local 2016-2, Archer & Greiner, P.C. ("Archer") files this *Final Fee Application of Archer & Greiner, P.C., Special Counsel for Alfred T. Giuliano, Chapter 7 Trustee for Compensation and Reimbursement of Expenses for the Period December 1, 2020 Through October 31, 2023* (the "Fee Application").

By this Fee Application, Archer seeks final allowance of compensation in the amount of $2,800,000.00 and actual and necessary expenses in the amount of $2,546.27 for a total of $2,802,546.27, and payment of the unpaid amount of such fees and expenses, for the period of December 1, 2020 through October 31, 2023 (the "Final Fee Period").

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, include: Start Man Furniture, LLC (f/k/a Art Van Furniture, LLC) (9205); SVF Holding Company, Inc. (f/k/a AVF Holding Company, Inc.) (0291); SVCE, LLC (f/k/a AVCE, LLC) (2509); StartVF Holdings I, LLC (f/k/a AVF Holdings I, LLC) (2537); StartVF Holdings II, LLC (f/k/a AVF Holdings II, LLC) (7472); SVF Parent, LLC (f/k/a AVF Parent, LLC) (3451); Levin Parent, LLC (8052); Start Man Furniture of Canada, LLC (f/k/a Art Van Furniture of Canada, LLC) (9491); SV Sleep Franchising, LLC (f/k/a AV Pure Sleep Franchising, LLC) (8968); SVF Franchising, LLC (f/k/a AVF Franchising, LLC) (6325); LF Trucking, Inc. (1484); Sam Levin, Inc. (5198); and Comfort Mattress LLC (4463).

227946830 v2

## JURISDICTION

1. The Court has jurisdiction over this matter under 28 U.S.C. § 1334. This is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2). Venue of this chapter 7 case in this district is proper under 28 U.S.C. §§ 1408 and 1409.

## BACKGROUND

2. On March 8, 2020, the above-captioned Debtors each filed with this Court a voluntary petition for relief under chapter 11 of the Bankruptcy Code.

3. On April 3, 2020, the Debtors filed a motion to convert their chapter 11 cases to cases under chapter 7 of the Bankruptcy Code.

4. On April 7, 2020, the Court entered an order converting the Debtors' cases to cases under chapter 7 of the Bankruptcy Code and the Trustee was appointed as the Chapter 7 Trustee of the Estates.

5. On December 10, 2020, the Trustee filed an application to retain Archer as special counsel for the Trustee. This application was granted by Order entered December 30, 2020, with such retention effective as of December 1, 2020 [D.I. 1126].

6. On April 5, 2022, the Court entered an Order (the "Supplemental Retention Order") [D.I. 1415] approving the Trustee's supplemental application to retain Archer as contingent counsel (the "Supplemental Retention Application"). The Supplemental Retention Order clarified and expanded the scope of the Trustee's retention of Archer. Specifically, the Supplemental Retention Order authorized the Trustee to retain Archer on a contingency fee basis to render certain Litigation Services, which included the prosecution and resolution of Estate Causes of Action.

7. On August 11, 2022, Archer filed its *First Interim Application of Archer & Greiner, P.C. for Professional Services Rendered and Disbursements Incurred as Counsel for Alfred T.*

*Giuliano, Chapter 7 Trustee* [D.I. 54] ("Hourly Fee Application") seeking allowance of $192,754.50 as compensation and $148.30 for reimbursement of actual and necessary expenses. On August 31, 2022, the Court entered an order allowing the requested fees and expenses sought in the Hourly Fee Application [D.I. 1491].

8. On August 23, 2023, Archer filed its *First Interim (Contingent Fee Matters) Application for Compensation and Reimbursement of Expenses of Archer & Greiner, P.C., as Special Counsel to the Chapter 7 Trustee, for the Period March 1, 2022 to September 14, 2023* [D.I. 1592] ("Contingent Fee Application") seeking allowance of $2,607,245.50 as compensation and $2,397.97 for reimbursement of actual and necessary expenses. Consistent with the Supplemental Retention Order, Archer was not required to provide detailed time records in connection with the contingency fees sought. On September 15, 2023, the Court entered an order allowing the requested fees and expenses sought in the Contingent Fee Application [D.I. 1606].

9. For the Final Fee Period, Archer has incurred fees of $2,800,000.00 and expenses of $2,546.27 on behalf of the Trustee in this case.

10. Archer is a nationally recognized law firm with extensive experience and expertise in bankruptcy and reorganization proceedings, particularly with respect to the representation of debtors, creditors' committees, and chapter 7 trustees.

**IDENTITY OF PROFESSIONALS**

11. All attorneys and paraprofessionals of Archer who have rendered professional services in this case in connection with the Hourly Fee Application are identified in **Attachment B** of this Fee Application. Consistent with the Supplemental Retention Order, Archer was not required to provide detailed time records in connection with the contingency fees sought and so these are not included in connection with the Contingency Fee Application and are not included herein.

3

227946830 v2

**ACTUAL AND NECESSARY EXPENSES**

12. A summary of actual and necessary expenses incurred by Archer for the Final Fee Period is included in **Attachment B** of this Fee Application. The detail of Archer's actual and necessary expenses incurred in the prior interim fee periods is fully set forth in the invoices attached to the prior interim fee applications, which are available upon request to the undersigned counsel.

13. Archer charges $0.10 per page for photocopying. In addition, Archer uses outside copier services for high volume projects, and this application seeks recovery of those costs, if applicable. Archer also charges clients $0.95 per page for outgoing facsimile transactions and does not charge for incoming facsimile transactions. Online legal research (Lexis and Westlaw) is charged at Archer's discounted cost, which is computed each month based upon the negotiated discount charge to Archer and the allocations of the savings realized during each month.

14. Archer believes the foregoing rates are market rates that the majority of law firms charge clients for such services. The reasonable value of the expenses incurred by Archer to the Trustee in connection with this matter during the Final Fee Period is $2,546.27.

**RELIEF REQUESTED**

15. Pursuant to this Fee Application, Archer requests final allowance of compensation for actual and necessary professional services rendered in the amount of $2,800,000.00 for the Final Fee Period, and reimbursement of reasonable and necessary out-of-pocket expenses in the amount of $2,546.27 for the Final Fee Period.

16. At all relevant times, Archer has been a disinterested person as that term is defined in section 101(14) of the Bankruptcy Code and has not represented or held an interest adverse to the interest of the Trustee.

17. All services for which compensation is requested by Archer were performed for or on behalf of the Trustee.

18. Archer has received no payment and no promises for payment from any source other than the estate for services rendered or to be rendered in any capacity whatsoever in connection with the matters covered by this Fee Application. No agreement or understanding exists between Archer and any other entity for the sharing of compensation received or to be received for services rendered in or in connection with this case. Archer has received no retainer in this matter.

19. The professional services and related expenses for which Archer requests final allowance were rendered and incurred in connection with this case and the discharge of Archer's professional responsibilities as attorneys for the Trustee. Archer's services have been necessary and beneficial to the Trustee, the estate, creditors and other parties in interest.

20. In accordance with the factors enumerated in section 330 of the Bankruptcy Code, it is respectfully submitted that the amount of fees requested by Archer is fair and reasonable given (a) the complexity of this case, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under the Bankruptcy Code.

21. The undersigned hereby certifies that this Fee Application complies with Del. Bankr. LR 2016-2.

227946830 v2

**NOTICE**

22.    As required by the Bankruptcy Rules, notice of this Fee Application will be served upon the United States Trustee and all creditors pursuant to the Notice of the Trustee's Final Report.

**WHEREFORE**, Archer respectfully requests that the Court enter an order, in the form attached hereto (i) approving this Fee Application, (ii) providing a final allowance be made to Archer in the sum of $2,800,000.00 as compensation for reasonable and necessary processional services rendered to the Trustee and in the sum of $2,546.27 for reimbursement of actual and necessary costs and expenses incurred, for a total of $2,802,546.27, (iii) authorizing the Trustee to pay Archer the outstanding amount of such sums, if any, and (iv) for such other and further relief as the Court deems proper and just.

Dated: November 6, 2023    **ARCHER & GREINER, P.C.**

*/s/ David W. Carickhoff*
David W. Carickhoff (No. 3715)
Bryan J. Hall (No. 6285)
300 Delaware Avenue, Suite 1100
Wilmington, DE 19801
Telephone: (302) 777-4350
Facsimile: (302) 777-4352
Email: dcarickhoff@archerlaw.com
       bjhall@archerlaw.com

*Special Counsel for the Chapter 7 Trustee*

227946830 v2