## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | **Chapter 7** |
| | |
| **START MAN FURNITURE, LLC,** *et al.*,[1] | **Case No. 20-10553 (CTG)** |
| | |
| **Debtors.** | **Jointly Administered** |
| | |
| | **Hearing Date: Dec. 6, 2023 at 1:00 p.m. (ET)** |
| | **Objection Deadline:  Nov. 29, 2023 at 4:00 p.m. (ET)** |

### SECOND INTERIM ("NON-CONTINGENCY") APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF GIULIANO MILLER AND COMPANY LLC, AS ACCOUNTANTS AND FINANCIAL ADVISORS TO THE CHAPTER 7 TRUSTEE  FOR THE PERIOD FROM NOVEMBER 1, 2020 THROUGH SEPTEMBER 30, 2023

| | |
|---|---|
| Name of Applicant: | Giuliano Miller and Company LLC |
| Authorized to Provide Professional Services to: | Alfred T. Giuliano, Chapter 7 Trustee |
| Date of Retention: | Effective as of April 7, 2020, by order signed on or about May 22, 2020 |
| Period for which Compensation and Reimbursement is Sought: | November 1, 2020[2] through September 30, 2023 |
| Amount of Compensation Sought as Actual, Reasonable and Necessary: | $1,142,268.00 |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: | $      6,505.89 |

This is an:        monthly        x  interim        final application.

---

[1]   The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, include: Start Man Furniture, LLC (f/k/a Art Van Furniture, LLC) (9205); SVF Holding Company (f/k/a AVF Holding Company, Inc.) (0291); SVCE (f/k/a AVCE, LLC) (2509); Start VF Holdings (f/k/a AVF Holdings I, LLC) (2537); Start VF Holdings II (f/k/a AVF Holdings II, LLC) (7472); SVF Parent, LLC (f/k/a AVF Parent, LLC) (3451); Levin Parent, LLC (8052); Start Man Furniture of Canada, LLC (f/k/a Art Van Furniture of Canada, LLC) (9491); SV Sleep Franchising, LLC (f/k/a AV Pure Sleep Franchising, LLC) (8968); SVF Franchising, LLC (f/k/a AVF Franchising, LLC) (6325); LF Trucking, Inc. (1484); Sam Levin, Inc. (5198); and Comfort Mattress LLC (4463)..

[2]   The applicant reserves the right to include any time expended in the period indicated above in future application(s) if it is not included herein.

*Fee Application preparation time incurred to date is $52,290 or 2.3 % of the total fees.*

## PRIOR APPLICATIONS FILED

| | | REQUESTED: | | APPROVED: | |
|---|---|---|---|---|---|
| Date Filed: | Period Covered: | Fees: | Expenses: | Fees: | Expenses: |
| 11/13/20 | 04/07/20 – 10/31/20 | $1,061,058.00 (net after $25,000 voluntary reduction) | $5,605.16 | $1,050,164.75 (net after $10,893.25 reduction per order) | 5,605.16 |

**ATTACHMENT B – LOCAL FORM 102/RULE 2016-2**
**COMPENSATION BY PROFESSIONAL**
**NOVEMBER 1, 2020 THROUGH SEPTEMBER 30, 2023**

| Name of Professional | Position of Applicant/ Certifications | BS/BA Degree | Total Hours Billed | Hourly Rate ($) | Amount ($) |
|---|---|---|---|---|---|
| Alfred T. Giuliano | Sr. Member CPA, CIRA, CFE, CDBV | 1978 | 35.1<br>45.2<br>2.0<br>5.1 | 675<br>695<br>725<br>775 | 23,692.50<br>31,414.00<br>1,450.00<br>3,952.50 |
| Patrick T. Mohnacs | Member CPA, CFE | 1986 | 10.5<br>165.5<br>134.4<br>3.8 | 520<br>545<br>575<br>600 | 5,460.00<br>90,197.50<br>77,280.00<br>2,280.00 |
| Donna M. Miller | Manager CPA, CIRA, MBA, CDBV | 1980 | 35.6<br>121.1<br>9.1<br>6.0 | 520<br>545<br>575<br>600 | 18,512.00<br>65,999.50<br>5,232.50<br>3,600.00 |
| Robert L. Edwards | Manager CIRA | 1980 | 166.9<br>641.4<br>173.8<br>21.9 | 520<br>545<br>575<br>600 | 86,788.00<br>349,563.00<br>99,935.00<br>13,140.00 |
| Dana M. Roach | Senior Staff | 2000 | 7.2<br>32.7<br>19.9<br>2.3 | 425<br>450<br>475<br>500 | 3,060.00<br>14,715.00<br>9,452.50<br>1.150.00 |
| Michael G. Infanti | Senior Staff CPA, CIRA, CFE, CDBV | 2003 | 35.6<br>110.1<br>4.5<br>19.1 | 450<br>475<br>500<br>550 | 16,020.00<br>52,297.50<br>2,250.00<br>10,505.00 |
| Bradley T. Giuliano | Staff MBA, CIRA | 2011 | 46.7<br>190.2<br>71.2<br>4.0 | 350<br>375<br>400<br>425 | 16,345.00<br>71,325.00<br>28,480.00<br>1,700.00 |
| Marc S. Giuliano | IT Staff | 1984 | 6.6<br>25.4<br>0.3 | 295<br>315<br>335 | 1,947.00<br>8,001.00<br>100.50 |
| Chris A. Giuliano | Staff MA | 2016 | 46.3 | 295 | 13,658.50 |
| Theresa A. Campbell | Paraprofessional | n/a | 33.8<br>2.0 | 240<br>260 | 8,112.00<br>520.00 |
| Donna M. Dileo | Paraprofessional | n/a | 13.4<br>2.1<br>1.3 | 240<br>260<br>285 | 3,216.00<br>546.00<br>370.50 |
| **TOTAL:** | | | **2,252.1** | - | **$1,142,268.00** |

**ATTACHMENT B – LOCAL FORM 102/RULE 2016-2
COMPENSATION BY PROJECT CATEGORY
NOVEMBER 1, 2020 THROUGH SEPTEMBER 30, 2023**

| | PROJECT CATEGORY | TOTAL HOURS | FEES ($) |
|---|---|---|---|
| 1. | **951-Case Background/ Administration -** Review case documents, and review case status. | 0.3 | 180.00 |
| 2. | **952-Insurance & Bank Account Analysis** Review bank statement activity, review for insurance premium refunds, and assist with insurance audits. | 107.9 | 58,300.00 |
| 3. | **953-Claims Related Analysis –** Analyze tax claims and claims requiring an accounting. | 85.7 | 34,009.00 |
| 4. | **954-Employee Related Issues & W-2s–** Issue W-2s, reply to employee related notices, and assist in benefit matters. | 113.9 | 47,945.50 |
| 5. | **955-Fee Applications –** Prepare firm's fee applications. | 61.7 | 33,336.50 |
| 6. | **956-Litigation Support –** Assist in litigation matters including discovery and attending mediations. | 187.3 | 92,798.50 |
| 7. | **957-Preferences and Fraudulent Transfers Analysis –** Prepare analyses for preferences and fraudulent transfers. | 0.0 | 0.00 |
| 8. | **958-Accounting –** Perform general accounting and financial analysis of Debtor's assets and liabilities. | 502.2 | 245,263.50 |
| 9. | **959-Cash Collateral/Budget –** Review/prepare budgets for estate use of cash collateral. | 18.8 | 12,467.50 |
| 10. | **960-Case Consolidation Analysis –** Review financial records, bank accounts, tax returns, and other information to determine if cases should be consolidated. | 0.0 | 0.00 |
| 11. | **961-Records-Inventory & Access –** Obtain access into databases, download information, and inventory/store records. | 45.5 | 23,051.00 |

**ATTACHMENT B – LOCAL FORM 102/RULE 2016-2**
**COMPENSATION BY PROJECT CATEGORY**
**NOVEMBER 1, 2020 THROUGH SEPTEMBER 30, 2023**

| | PROJECT CATEGORY | TOTAL HOURS | FEES ($) |
|---|---|---|---|
| 12. | **962-Tax Preparation and Services –** Review and respond to various tax notices (including income, payroll, sales and use), prepare and file returns, provide tax advisory services. | 567.00 | 307,913.00 |
| 13. | **963-Reconstruction Accounting –** Reconstruct books and records of Debtors to bring transactions current. | 0.0 | 0.00 |
| 14. | **964-Valuation Services** Prepare/review asset valuations. | 0.0 | 0.00 |
| 15. | **965-Monthly Operating Reports –** Prepare/review monthly operating reports. | 9.1 | 3,377.00 |
| 16. | **966-Asset Recovery & Analysis –** Identify potential assets through forensic accounting research of records; evaluate/prepare claims in class action suits and bankruptcies. | 0.0 | 0.00 |
| 17. | **967-Insolvency Analysis-**Prepare, review, or assist in insolvency analysis. | 116.3 | 61,609.50 |
| 18. | **969-Lease Analysis-**Review leases and compute outstanding lease obligations. | 6.6 | 3,000.00 |
| 19. | **970- Travel Time –** charged @ ½ of normal hourly rate | 0.0 | 0.00 |
| 20. | **971- Operations –**Analyze the financial operations of the Debtor pre and post-petition, as necessary, where the Trustee is considering or is operating under 11 U.S.C. §721 | 243.50 | 131,808.00 |
| 21. | **975 – Prepare Bankruptcy Schedules –** prepare and file Debtors' bankruptcy schedules and SOFA. | 1.2 | 641.50 |
| 22. | **977 – Due Diligence –** Provide accounting support in sale processes. | 132.3 | 63,235.00 |
| 23. | **979 – Class Action Settlement –** Review notices received, estimate claim recovery, and complete claim based on accounting records.. | 52.8 | 23,332.50 |
| | **Total:** | **2,252.1** | **$1,142,268.00** |

**ATTACHMENT B - LOCAL FORM 102/RULE 2016-2**
**EXPENSE SUMMARY**
**NOVEMBER 1, 2020 THROUGH SEPTEMBER 30, 2023**

| EXPENSE CATEGORY | SERVICE PROVIDER/ DESCRIPTION | TOTAL EXPENSES ($) |
|---|---|---|
|  |  |  |
| Computer Assisted Legal Research |  |  |
| Facsimile | Faxes @ $1 each |  |
| Long Distance Telephone |  |  |
| In-house Copying | 21,616 copies @ $.10 each | 2,161.60 |
| Outside Services |  |  |
| Travel (Mediation) | Travel by train to NY from NJ | 32.00 |
|  | Travel – Roundtrip Mileage to train station | 47.00 |
| Lodging | Travel – Hotel in NY | 367.24 |
| Renewal Certificates | Outside services | 622.00 |
| Keys | Outside services | 7.33 |
| Courier & Express Carriers | Outside services | 1,001.39 |
| Postage & Certified Mail |  | 1,298.92 |
| Data Storage |  | 968.41 |
| **Grand Total:** |  | **$6,505.89** |

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | **Chapter 7** |
| | **Case No. 20-10553 (CTG)** |
| **START MAN FURNITURE, LLC,** *et al.*,[1] | |
| **Debtors.** | **Jointly Administered** |
| | Hearing Date: Dec. 6, 2023 at 1:00 p.m. (ET) |
| | Objection Deadline:   Nov. 29, 2023 at 4:00 p.m. (ET) |

### SECOND INTERIM ("NON-CONTINGENCY") APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF GIULIANO MILLER AND COMPANY LLC, AS ACCOUNTANTS AND FINANCIAL ADVISORS TO THE CHAPTER 7 TRUSTEE  FOR THE PERIOD FROM NOVEMBER 1, 2020 THROUGH SEPTEMBER 30, 2023

Pursuant to sections 330 and 331 of Title 11 of the United States Code (the "Bankruptcy Code"), and Rule 2016 of the Federal Rules of Bankruptcy Procedure (collectively, the "Bankruptcy Rules"), Giuliano Miller & Company LLC ("GMCO" or the "Firm"), Accountants and Financial Advisors for the Chapter 7 Trustee, hereby submits its *Second Interim Application for Compensation and for Reimbursement of Expenses for the Period from November 1, 2020[2] Through September 30, 2023* (the "Application").

By this Application GMCO seeks an interim allowance of compensation in the amount of $1,142,268.00 and actual and necessary expenses in the amount of $6,505.89 for a total allowance of $1,148,773.89 and payment of the unpaid amount of such fees and expenses, for

---

[1]   The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, include: Start Man Furniture, LLC (f/k/a Art Van Furniture, LLC) (9205); SVF Holding Company (f/k/a AVF Holding Company, Inc.) (0291); SVCE (f/k/a AVCE, LLC) (2509); Start VF Holdings (f/k/a AVF Holdings I, LLC) (2537); Start VF Holdings II (f/k/a AVF Holdings II, LLC) (7472); SVF Parent, LLC (f/k/a AVF Parent, LLC) (3451); Levin Parent, LLC (8052); Start Man Furniture of Canada, LLC (f/k/a Art Van Furniture of Canada, LLC) (9491); SV Sleep Franchising, LLC (f/k/a AV Pure Sleep Franchising, LLC) (8968); SVF Franchising, LLC (f/k/a AVF Franchising, LLC) (6325); LF Trucking, Inc. (1484); Sam Levin, Inc. (5198); and Comfort Mattress LLC (4463)..

[2] The applicant reserves the right to include any time expended in the period indicated above in future application(s) if it is not included herein.

the period November 1, 2020 through September 30, 2023 (the "Interim Period").  In support of

this Application, GMCO respectfully represents as follows:

### Jurisdiction

1.      The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157

and 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

### Background

2.      On March 8, 2020 (the "Petition Date"), each of the Debtors commenced a

case under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the

District of Delaware (the "Court").

3.      These cases were converted to Chapter 7 proceedings by order entered

April 6, 2020, and Alfred T. Giuliano ("Chapter 7 Trustee") was appointed as the Chapter 7

Trustee in these cases.

### GMCO APPOINTMENT

4.      The retention of GMCO, as accountants and financial advisors to the

Chapter 7 Trustee, was approved by this Court's "Order Granting Application of Alfred T.

Giuliano, Chapter 7 Trustee, Pursuant to Bankruptcy Code Sections 327(a) and 328(a),

Bankruptcy Rules 2014(a) and 2016, and Local Rule 2014-1 for Authority to Employ and Retain

Giuliano Miller and Company LLC as Accountants and Financial Advisors to Chapter 7 Trustee

Effective as of April 7, 2020," signed on or about May 22, 2020 (the "Retention Order").

### GMCO's APPLICATION FOR COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES

5.      During the Interim Period, GMCO's services as described below and in

GMCO's billing records on behalf of the Trustee and the estates resulted in, among other things:

(a) for the consignment and sale of the Debtors' inventory; (b) working with landlords to allow inventory sales to go forward at their locations; (c) partial satisfaction of the prepetition secured obligations owed to Wells Fargo that included Wells Fargo to relinquish any claims against the Debtors; (d) successful litigation against insiders for fraudulent transfers; (e) the discovery and recovery of any tax and/or insurance prepayments/refunds; and (f) required tax filings.

## COMPENSATION PAID AND ITS SOURCE

6.      All services for which GMCO requests compensation were performed for or on behalf of the Chapter 7 Trustee.

7.      GMCO has received no payment and no promises for payment from any source other than the Chapter 7 Trustee for services rendered or to be rendered in any capacity whatsoever in connection with the matters covered by this Application.  There is no agreement or understanding between GMCO and any other person.

## FEE STATEMENTS

8.      The fee statements for the Interim Period are attached hereto as Exhibit "A".  These statements contain daily time logs describing the time spent by each member and employee during the Interim Period.  To the best of GMCO's knowledge, this Application complies with sections 330 and 331 of the Bankruptcy Code, and the Bankruptcy Rules.  Unless time was spent in one time frame on a variety of different matters for a particular billing code, separate time entries are set forth in the time reports.  GMCO's charges for its professional services are based upon the time, nature, extent and value of such services and the cost of comparable services other than in a case under the Bankruptcy Code.

## ACTUAL AND NECESSARY EXPENSES

9.      A summary of actual and necessary expenses incurred by GMCO for the Interim Period is attached hereto as part of Exhibit "A".  GMCO customarily charges $0.10 per page for photocopying expenses related to cases, such as these, arising in Delaware.

10.      GMCO believes the foregoing rates are the market rates that the majority of accounting and financial advisory firms with GMCO's level of expertise charge clients for such services.

## SUMMARY OF SERVICES RENDERED

11.      The names of the members and employees of GMCO who have rendered professional services in these cases during the Interim Period who provided services to these accountants during the Interim Period, are set forth in the attached Exhibit "A".

12.      GMCO, by and through such persons, has prepared and assisted in the preparation of various motions and orders submitted to the Court for consideration, advised the Chapter 7 Trustee on a regular basis with respect to various matters in connection with the Debtors' bankruptcy cases, and performed all necessary professional services which are described and narrated in detail below.  GMCO's efforts have been extensive due to the size and complexity of the Debtors' bankruptcy cases.

## SUMMARY OF SERVICES BY PROJECT

13.      The services rendered by GMCO during the Interim Period can be grouped into the categories set forth below.  GMCO attempted to place the services provided in the category that best relates to such services.  However, because certain services may relate to one or more categories, services pertaining to one category may in fact be included in another category.  These services performed, by categories, are generally described below, with a more

detailed identification of the actual services provided set forth on the attached Exhibit "A".

Exhibit "A" identifies the members and employees who rendered services relating to each

category, along with the number of hours for each individual and the total compensation sought

for each category.

      **A.**      **Case Administration and Background**

          Fees:  $180.00;      Hours: 0.3

      **B.**      **Insurance And Bank Accounts**

      14.      Reviewed and analyzed outstanding insurance claim and damages issues.

      15.      Reviewed and analyzed insurance claim settlements and corresponded and

conferred regarding insurance issues.

      16.      Obtained an understanding of the cash management system between all

the Debtors.

      17.      Obtained access to available Debtor cash management reporting systems.

      18.      Obtained other bank statements from the Debtors that were not available

through on-line reporting access.

      19.      Summarized and inventoried Debtor's bank statements, including balances

as of the conversion date to be used for preparation of the bankruptcy schedules.

      20.      Reconciled the Wells Fargo bank account upon conversion and including a

review of the fees and amounts deducted.

      21.      Analyzed calculations and loss calculations and run off for a worker's

compensation audit.

      22.      Continued to review for possible return of premiums for various insurance

policies.

Fees:  $58,300.00;      Hours: 107.9

**C.    Claims Related**

23.    Continued to assist counsel with the litigation of WARN Act issues and discovery documentation requests.

24.    Assisted with the reconciliation of and other PNC litigation matters.

25.    Provided support to counsel on other claims as requested.

Fees:  $34,009.00;      Hours: 85.7

**D.    Employee Related Issues and W-2's**

26.    Coordinated and reviewed W-2s prepared by ADP for the year 2020; researched missing W-2s and address changes as necessary.

27.    Responded to inquiries from former employees regarding employee related issues.

28.    Coordinated the preparation of and reviewed final year 2020 payroll reports prepared by ADP.

29.    Coordinated the preparation of form 1095-C for health benefits.

30.    Coordinated with ADP for the issuance of W-2s and generation of payroll tax filing reports.

Fees:  $47,945.50;      Hours: 113.9

**E.    Fee Applications**

31.    Prepare this second interim fee application.

Fees:  $33,336.50;      Hours: 61.7

**F.    Litigation**

32.    Assisted counsel with financial analysis and documentation requests, including email files, in litigation versus the former officers and owners in which a settlement was reached for $8.0 million.

33.    Assisted with litigation in the WARN Act claim.

Fees: $92,978.50;    Hours: 187.3

**G.    Accounting**

34.    Continued to analyze and summarize numerous store leases (over 200 locations), and related costs to each lease for utilities. real estate taxes and other operating costs during post-petition and post-conversion periods.

35.    Reconciled vehicles and proceeds from the vehicle auction.

36.    Reconciled Second Data reserve balances.

37.    Continued to analyze and summarize numerous store leases (over 200 locations), and related costs to each lease for utilities. real estate taxes and other operating costs during post-petition and post-conversion periods.

38.    Reviewed and organized franchisee accounts receivable information that were scheduled and comprised most of the $17.2 million.  The court ruled that franchisees were not liable for the amounts.

Fees: $245,263.50;    Hours: 502.2

**H.    Cash Collateral**

39.    Assisted with preparation of budgets for the post conversion period including payroll and other operating costs.

40.    Compare actual results to budget.

Fees: $12,467.50;    Hours: 18.8

### I.        Records – Inventory and Access

41.        Assisted with record retention and requests for matters related to taxes, litigation, inventory, the sale processes.

42.        Assisted with the records destruction process including identification of certain records being stored.

43.        Assisted with the backup and preservation of certain records.

Fees:  $23,051.00;        Hours: 45.5

### J.        Tax Preparation and Services

44.        Prepared the consolidated federal income tax returns (form 1120) for AVF Holding Company Inc. & Subsidiaries for the years ended 9/30/20, 9/30/21, and 9/30/22.  The effort to complete these returns was extensive as it required 1) the review of previously filed income tax returns, 2) the reconciliation of equity to the Debtor's previously filed returns, 3) reconciling activity to the bankruptcy filing date 3) accounting for all of the activity by entity after up to each tax year end, depreciation calculations for each individual entity by period, the preparation of the individual tax trial balance, the consolidation of the trial balances through elimination of certain activity, and the preparation of all supporting schedules for the tax returns.

45.        All returns were independently reviewed before filing.

46.        The processing and filing of the returns (Note: Returns for September 30, 2022 have not yet been filed).

47.        Continued to work on the reconciliation of amounts for resolution of an Ohio sales tax audit for years 2015 through 2018.

48.        Reconciled data and prepared final state income tax returns for Iowa, MI, MO, OH, PA, WV, and Virginia for the final period ended September 30, 2020.

49.    Summarized and reviewed computations for sales and use taxes both pre and post-petition for various states, and provided related information to counsel for the filing of sales tax motion(s);.

50.    Reviewed and replied to, as necessary, miscellaneous tax notices.

51.    Collected federal tax refund of $987,037.21, as a benefit to the estates of the Debtors.

Fees:  $307,913.00;    Hours: 567.0

**K.    Monthly Operating Reports**

52.    Prepared monthly operating reports by Debtor for the post conversion months of October through November 2020.

Fees:  $3,377.00;    Hours: 9.1

**L.    Insolvency Analysis**

53.    Prepared an insolvency analysis for the purposes of the litigation against insiders.  This analysis required the identification and review of multiple years' worth of financial statements and transactions, and a determine of fair value adjustments.  The analysis was provided to the Trustee and his Counsel with whom we discussed our preliminary findings.

Fees:  $61,609.50;    Hours: 116.3

**M.    Lease Analysis**

54.    Review leases and compute outstanding lease obligations.

Fees:  $3,000.00;    Hours: 6.6

**N.    Operations**

55.     Continued to have conference calls with Debtor personnel and the Trustee regarding the facilities during the liquidation process.

56.     Continued to summarize the costs to operate certain locations.

57.     Continued to coordinate access to locations by professionals and interested parties.

58.     Continued to reconcile and oversee the inventory liquidation process implemented during the post-conversion, liquidation period.

59.     Continued to coordinate logistics issues arising from the transition of stores.

Fees:  $131,808.00;    Hours: 243.5

**O.     Prepare Bankruptcy Schedules**

60.     Follow up re: unpaid debts and continue review of draft schedules.

Fees:  $641.50;        Hours: 1.2

**P.     Due Diligence**

61.     Reviewed sales motions and pre-paid cash collateral forecasts.

62.     Provided Trustee's counsel and court appointed professionals regarding information requests.

63.     Prepared vehicle listings for sales and compared to titles.

64.     Prepared schedule of intellectual property and supporting documents (to the extent available), for sales purposes.

65.     Assist possible buyers with due diligence information for the purchase of Master Card and Visa claims.

66.    Reconciled and prepared accounting to summarize all rolling stock to be sold or returned (if leased).

Fees:  $63,235.00    Hours: 132.3

**Q.    Class Action Settlement**

67.    Continued review of documents for the sale process.

68.    Provided estimates of interchange fees.

69.    Maintained and updated data room for Visa/MC claim.

Fees:  $23,332.50    Hours: 52.8

70.    The nature of work performed by these persons is fully set forth in Exhibit "A" attached hereto.  These are GMCO's normal hourly rates for work of this character.  The reasonable value of the services rendered by GMCO for the Chapter 7 Trustee during the Interim Period is $1,142,268.00.

71.    In accordance with the factors enumerated in section 330 of the Bankruptcy Code, it is respectfully submitted that the amount requested by GMCO is fair and reasonable given (a) the complexity of the case, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under the Bankruptcy Code.  Moreover, GMCO has reviewed the requirements of Del. Bankr. LR 2016-2 and believes that this Application complies with such Rule.

WHEREFORE, GMCO respectfully requests that, for the period November 1, 2020 through September 30, 2023, an interim allowance be made to GMCO for compensation in the amount of $1,142,268.00, and actual and necessary expenses in the amount of $6,505.89 for

a total allowance of $1,148,773.89; that payment of such allowed amounts be authorized on an interim basis; and for such other and further relief as this Court may deem just and proper.

Dated:  November 15, 2023          GIULIANO, MILLER & COMPANY, LLC

                                   */s/ Donna M. Miller*
                                   Donna M. Miller, Manager
                                   2301 E. Evesham Road
                                   Pavilion 800, Suite 210
                                   Voorhees, NJ 08041
                                   *Telephone: (856) 767-3000*
                                   *Facsimile: (856) 767-3500*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| | |
| **START MAN FURNITURE, LLC,** *et al.*,[1] | **Case No. 20-10553 (CTG)** |
| | |
| **Debtors.** | **Jointly Administered** |

## DECLARATION

STATE OF NEW JERSEY    :
                             :

COUNTY OF CAMDEN    :

        Donna M. Miller, after being duly sworn according to law, deposes and says:

        a)      I am a manager with the applicant accounting firm Giuliano, Miller & Company, LLC.

        b)      I am familiar with many of the services rendered by Giuliano, Miller & Company, LLC as accountants and financial advisors to the Chapter 7 Trustee, Alfred T. Giuliano.

        c)      I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief.  Moreover, I have reviewed Del. Bankr. LR 2016-2, and submit that the Application substantially complies with such rule.

                                       */s/ Donna M. Miller*
                                         Donna M. Miller

---

[1]  The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, include: Art Van Furniture, LLC (9205); AVF Holding Company, Inc. (0291); AVCE, LLC (2509); AVF Holdings I, LLC (2537); AVF Holdings II, LLC (7472); AVF Parent, LLC (3451); Levin Parent, LLC (8052); Art Van Furniture of Canada, LLC (9491); AV Pure Sleep Franchising, LLC (8968); AVF Franchising, LLC (6325); LF Trucking, Inc. (1484); Sam Levin, Inc. (5198); and Comfort Mattress LLC (4463). The location of the Debtors' service address in these chapter 11 cases is: 6500 East 14 Mile Road, Warren Michigan 48092.