**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | **Chapter 7** |
| | **Case No. 20-10553 (CTG)** |
| **START MAN FURNITURE, LLC,** *et al.,*[1] | |
| **Debtors.** | **Jointly Administered** |
| | Re: Docket No. _____ |

**ORDER GRANTING SECOND INTERIM ("NON-CONTINGENCY") APPLICATION
FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF GIULIANO
MILLER AND COMPANY LLC, AS ACCOUNTANTS AND FINANCIAL
ADVISORS TO THE CHAPTER 7 TRUSTEE  FOR THE PERIOD FROM
NOVEMBER 1, 2020 THROUGH SEPTEMBER 30, 2023**

Giuliano, Miller & Company, LLC ("GMCO"), as accountants and financial

advisors for the Chapter 7 Trustee in the above-captioned cases, filed a Second Interim ("Non-

Contingency") application for allowance of compensation and reimbursement of expenses for

the period November 1, 2020 through September 30, 2023 (the "Second Interim Application").

The Court has reviewed the Second Interim Application and finds that:  (a) the Court has

jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) notice of the Second

Interim Application, and any hearing on the Second Interim Application, was adequate under the

circumstances; and (c) all persons with standing have been afforded the opportunity to be heard

on the Second Interim Application.  Accordingly, it is hereby

---

[1]   The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, include: Art Van Furniture, LLC (9205); AVF Holding Company, Inc. (0291); AVCE, LLC (2509); AVF Holdings I, LLC (2537); AVF Holdings II, LLC (7472); AVF Parent, LLC (3451); Levin Parent, LLC (8052); Art Van Furniture of Canada, LLC (9491); AV Pure Sleep Franchising, LLC (8968); AVF Franchising, LLC (6325); LF Trucking, Inc. (1484); Sam Levin, Inc. (5198); and Comfort Mattress LLC (4463). The location of the Debtors' service address in these chapter 11 cases is: 6500 East 14 Mile Road, Warren Michigan 48092.

ORDERED that the Second Interim Application is GRANTED, on an interim basis. Fees in the amount of $1,142,268.00, and costs in the amount of $6,505.89, are allowed on an interim basis.  The Chapter 7 Trustee in the above cases shall pay to GMCO from any available assets of the Debtors' estates in accordance with the Final Cash Collateral Order the sum of $1,142,268.00 as compensation and $6,505.89 as reimbursement of expenses, for a total allowance of $1,148,773.89 for services rendered and disbursements incurred by GMCO for the period November 1, 2020 through September 30, 2023.

ORDERED that this Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.