## Exhibit B

## FAA Terminations and Disclosures

# **FAA TERMINATION AND DISCLAIMER**

**RE: Raytheon Aircraft Company model B200 aircraft bearing manufacturer's serial number BB-1728 assigned U.S. registration number N946CE and two (2) Pratt & Whitney Canada model PT6A-42 engines bearing manufacturer's serial numbers PCE-PJ0430 and PCE-PJ0431 (collectively, the "Aircraft")**

**The undersigned parties certify that the following described Lease Agreement has been terminated and the Aircraft has been released from all of the terms and conditions thereof.**

Lease Agreement dated June 1, 2017 (the "Lease"), between Eagle Shares LLC, as lessor (the "Lessor"), and Art Van Furniture, LLC, as lessee (the "Lessee"), which was described in the Security Agreement (Aircraft) dated December 31, 2019, drawn by Corporate Eagle Management Services Inc. and Eagle Shares LLC in favor of Waterford Bank N.A., and recorded by the FAA on January 8, 2020 as Conveyance Number JW015387.  However, the actual Lease does not appear in the FAA record as a recorded document.

**Further, the Lessee hereby disclaims all right, title and interest in and to the Aircraft.**

**Dated this _____ day of _____, 2023.**


**Eagle Shares LLC,**
**as Lessor**
By:  Corporate Eagle Management Services Inc., its Sole Member


By:    _____
Name: <u>Richard M. Nini</u>
Title:  <u>Chairman</u>


**Art Van Furniture, LLC,**
**as Lessee**


By:    _____
Name: **_____**
Title:  **_____**

# **FAA TERMINATION AND DISCLAIMER**

**RE: Raytheon Aircraft Company model B200 aircraft bearing manufacturer's serial number BB-1728 and assigned U.S. registration number N946CE and two (2) Pratt & Whitney Canada model PT6A-42 engines bearing manufacturer's serial numbers PCE-PJ0430 and PCE-PJ0431 (collectively, the "Aircraft")**

**The undersigned parties hereby terminate and disclaim all right, title and interest in the Aircraft as indicated in the record maintained by the F.A.A. as evidenced by:**

Lease Agreement dated June 1, 2017 between Corporate Eagle Capital, LLC, as Lessor, and Art Van Furniture LLC, as Lessee, which was described in the Security Agreement dated August 16, 2017, drawn by Corporate Eagle Capital, LLC in favor of Comerica Bank, and recorded by the FAA on September 12, 2017 as Conveyance Number WP001347. However, the actual Lease does not appear in the FAA record as a recorded document.

**Dated this \_\_\_\_\_ day of _____, 2023.**

**Corporate Eagle Capital, LLC, as Lessor**

By: _____
Name: <u>Richard M. Nini</u>
Title: <u>Manager</u>

**Art Van Furniture LLC, as Lessee**

By: _____
Name: _____
Title: _____