**Exhibit A**

**Proposed Order**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) ) | Chapter 7 |
| START MAN FURNITURE, LLC, *et al.*,[1] | ) ) ) | Case No. 20-10553 (CTG) |
| Debtors. | ) ) ) | (Jointly Administered) **Ref. Docket No. ____** |

**ORDER SHORTENING NOTICE PERIOD AND SCHEDULING**
**HEARING WITH RESPECT TO THE TRUSTEE'S MOTION FOR**
**AUTHORIZATION TO EXECUTE FAA TERMINATIONS AND DISCLAIMERS**
**PURSUANT TO 11 U.S.C. §§ 105(a) AND 363(b) AND BANKRUPTCY RULE 9019**

Upon consideration of the motion (the "Motion to Shorten")[2] of Alfred T. Giuliano, chapter 7 trustee (the "Trustee") to the estates of the above-captioned debtors (the "Debtors"), for the entry of an order (this "Order") shortening notice with respect to the *Trustee's Motion for Authorization to Execute FAA Terminations and Disclaimers Pursuant to 11 U.S.C. §§ 105(a) and 363(b) and Bankruptcy Rule 9019* (the "Motion") and setting a hearing on the Motion, all as more fully set forth in the Motion to Shorten; and the United States District Court for the District of Delaware having jurisdiction over this matter pursuant to 28 U.S.C. § 1334, which was referred to this Court under 28 U.S.C. § 157 pursuant to the *Amended Standing Order of Reference from the United States District Court for the District of Delaware*, dated February 29, 2012; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, include: Start Man Furniture, LLC (f/k/a Art Van Furniture, LLC) (9205); SVF Holding Company, Inc. (f/k/a AVF Holding Company, Inc.) (0291); SVCE, LLC (f/k/a AVCE, LLC) (2509); StartVF Holdings I, LLC (f/k/a AVF Holdings I, LLC) (2537); StartVF Holdings II, LLC (f/k/a AVF Holdings II, LLC) (7472); SVF Parent, LLC (f/k/a AVF Parent, LLC) (3451); Levin Parent, LLC (8052); Start Man Furniture of Canada, LLC (f/k/a Art Van Furniture of Canada, LLC) (9491); SV Sleep Franchising, LLC (f/k/a AV Pure Sleep Franchising, LLC) (8968); SVF Franchising, LLC (f/k/a AVF Franchising, LLC) (6325); LF Trucking, Inc. (1484); Sam Levin, Inc. (5198); and Comfort Mattress LLC (4463).

[2] Capitalized terms used but not defined herein have the meanings ascribed to them in the Motion to Shorten.

DE:4890-1409-7556.1 05233.003

found that it may enter a final order consistent with Article III of the United States Constitution; and the Court having found that venue of this proceeding and the Motion to Shorten in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and due, sufficient, and proper notice of the Motion to Shorten having been provided under the circumstances and in accordance with the Bankruptcy Rules and the Local Rules, and it appearing that no other or further notice need be provided; and the Court having found cause for the relief requested in the Motion to Shorten pursuant to Local Rule 9006-1(e); and the Court having found and determined that the relief sought in the Motion to Shorten is in the best interests of the Debtors, their estates, their creditors, their stakeholders, and all other parties in interest, and that the legal and factual bases set forth in the Motion to Shorten establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT:**

1. The Motion to Shorten is GRANTED as set forth herein.

2. The Motion will be considered by the Court on **December 19, 2023 at __:__ __.m. (Eastern Time)** (the "Hearing").

3. Any response or objection to the Motion shall be filed no later than **December 14, 2023 at 12:00 p.m. (Eastern Time)**.

4. The Trustee is authorized to file a Certification of No Objection on or after **December 15, 2023 at 4:00 p.m. (Eastern Time)** in the event that no objections are filed to the Motion.

5. This Court shall retain exclusive jurisdiction to hear and determine all matters arising from or related to the interpretation, implementation, or enforcement of this Order.