IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>START MAN FURNITURE, LLC, et al. (f/k/a Art Van Furniture, LLC),[1]<br><br>                      Debtors. | Chapter 7<br><br>Case No. 20-10553 (CSS)<br><br>Jointly Administered<br><br>**Re: Docket Nos. 1627, 1628 and 1629** |

**Objection Deadline: December 14, 2023 at 12:00 p.m. (ET)**
**Hearing Date: December 19, 2023 at 3:00 p.m. (ET)**

**NOTICE OF HEARING REGARDING TRUSTEE'S MOTION FOR AUTHORIZATION TO EXECUTE FAA TERMINATIONS AND DISCLAIMERS PURSUANT TO 11 U.S.C. §§ 105(A) AND 363(B) AND BANKRUPTCY RULE 9019**

**PLEASE TAKE NOTICE** that on December 6, 2023, Alfred T. Giuliano, the chapter 7 trustee (the "Trustee") of the above-captioned debtors (collectively, the "Debtors"), filed the *Trustee's Motion for Authorization to Execute FAA Terminations and Disclaimers Pursuant to 11 U.S.C. §§ 105(a) and 363(b) and Bankruptcy Rule 9019* [Docket No. 1627] (the "Motion") and *Motion to Shorten Notice Period and Schedule Hearing with Respect to the Trustee's Motion for Authorization to Execute FAA Terminations and Disclaimers Pursuant to 11 U.S.C. §§ 105(a) and 363(b) and Bankruptcy Rule 9019* [Docket No. 1628] (the "Motion to Shorten") with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court"). A copy of the Motion and Motion to Shorten were previously served upon you.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, include: Start Man Furniture, LLC (f/k/a Art Van Furniture, LLC) (9205); SVF Holding Company, Inc. (f/k/a AVF Holding Company, Inc.) (0291); SVCE, LLC (f/k/a AVCE, LLC) (2509); StartVF Holdings I, LLC (f/k/a AVF Holdings I, LLC) (2537); StartVF Holdings II, LLC (f/k/a AVF Holdings II, LLC) (7472); SVF Parent, LLC (f/k/a AVF Parent, LLC) (3451); Levin Parent, LLC (8052); Start Man Furniture of Canada, LLC (f/k/a Art Van Furniture of Canada, LLC) (9491); SV Sleep Franchising, LLC (f/k/a AV Pure Sleep Franchising, LLC) (8968); SVF Franchising, LLC (f/k/a AVF Franchising, LLC) (6325); LF Trucking, Inc. (1484); Sam Levin, Inc. (5198); and Comfort Mattress LLC (4463).

DE:4872-7431-4389.1 05233.003
DOCS_DE:237383.1 05233/003

2

**PLEASE TAKE FURTHER NOTICE** that on December 7, 2023, the Bankruptcy Court entered the *Order Shortening Notice Period and Scheduling Hearing with Respect to the Trustee's Motion for Authorization to Execute FAA Terminations and Disclaimers Pursuant to 11 U.S.C. §§ 105(a) and 363(b) and Bankruptcy Rule 9019* [Docket No. 1629] (the "Order Shortening Notice") on the Motion to Shorten.  A copy of the Order Shortening Notice is attached hereto as Exhibit A.

**PLEASE TAKE FURTHER NOTICE** that any response or objection to the entry of an order with respect to the relief sought in the Motion must be made at the hearing on **December 14, 2023 at 12:00 p.m. (Eastern time)**.

**PLEASE TAKE FURTHER NOTICE** that if you choose to file a written response or objection prior to the hearing, you must at the same time serve a copy of the response or objection upon: (i) counsel to the Trustee, Pachulski Stang Ziehl & Jones LLP, 919 North Market Street, 17th Floor, P.O. Box 8705, Wilmington, DE 19899-8705 (Courier 19801), Attn: Bradford J. Sandler (bsandler@pszjlaw.com), Colin R. Robinson (crobinson@pszjlaw.com), and Peter J. Keane (pkeane@pszjlaw.com); and (ii) the Office of the United States Trustee, J. Caleb Boggs Federal Building, 844 N. King Street, Suite 2207, Lock Box 35, Wilmington, DE 19801, Attn: Benjamin A. Hackman (benjamin.a.hackman@usdoj.gov).

**PLEASE TAKE FURTHER NOTICE** THAT A HEARING TO CONSIDER THE RELIEF SOUGHT IN THE MOTION WILL BE HELD ON **DECEMBER 19, 2023 AT 3:00 P.M. PREVAILING EASTERN TIME** BEFORE THE HONORABLE CRAIG T. GOLDBLATT, UNITED STATES BANKRUPTCY JUDGE, AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, THIRD FLOOR, COURTROOM NO.7, WILMINGTON, DELAWARE 19801.

Dated: December 7, 2023

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Peter J. Keane*

Bradford J. Sandler (DE Bar No. 4142)
Colin R. Robinson (DE Bar No. 5524)
Peter J. Keane (DE Bar No. 5503)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email:    bsandler@pszjlaw.com
              crobinson@pszjlaw.com
              pkeane@pszjlaw.com

*Counsel to Alfred T. Giuliano, Chapter 7 Trustee*