IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>START MAN FURNITURE, LLC, *et al.,*[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 20-10553 (CTG)<br><br>(Jointly Administered) |

**NOTICE OF AGENDA FOR HEARING SCHEDULED ON DECEMBER 19, 2023 AT 3:00 P.M. (PREVAILING EASTERN TIME), BEFORE THE HONORABLE CRAIG T. GOLDBLATT AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, LOCATED AT 824 NORTH MARKET STREET, 3RD FLOOR, COURTROOM NO. 7, WILMINGTON, DELAWARE 19801**

**THIS HEARING HAS BEEN CANCELLED BY THE COURT
AS NO MATTERS ARE SCHEDULED TO GO FORWARD.**

**RESOLVED MATTER:**

1.  Trustee's Motion for Authorization to Execute FAA Terminations and Disclaimers Pursuant to 11 U.S.C. §§ 105(a) and 363(b) and Bankruptcy Rule 9019 [Filed: 11/22/23] ([Docket No. 1627](#))

    Response Deadline:  December 14, 2023, at 12:00 p.m. ET

    Responses Received:  None.

    Related Documents:

    a.  [Proposed] Order Authorizing Trustee to Execute FAA Terminations and Disclaimers [Filed: 12/6/23] ([Docket No. 1627, Exhibit A](#)).

    b.  Motion to Shorten Notice Period and Schedule Hearing with Respect to the Trustee's Motion for Authorization to Execute FAA Terminations and Disclaimers Pursuant to 11 U.S.C. §§ 105(a) and 363(b) and Bankruptcy Rule

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, include: Start Man Furniture, LLC (f/k/a Art Van Furniture, LLC) (9205); SVF Holding Company, Inc. (f/k/a AVF Holding Company, Inc.) (0291); SVCE, LLC (f/k/a AVCE, LLC) (2509); StartVF Holdings I, LLC (f/k/a AVF Holdings I, LLC) (2537); StartVF Holdings II, LLC (f/k/a AVF Holdings II, LLC) (7472); SVF Parent, LLC (f/k/a AVF Parent, LLC) (3451); Levin Parent, LLC (8052); Start Man Furniture of Canada, LLC (f/k/a Art Van Furniture of Canada, LLC) (9491); SV Sleep Franchising, LLC (f/k/a AV Pure Sleep Franchising, LLC) (8968); SVF Franchising, LLC (f/k/a AVF Franchising, LLC) (6325); LF Trucking, Inc. (1484); Sam Levin, Inc. (5198); and Comfort Mattress LLC (4463).

9019 [Filed: 12/6/23] ([Docket No. 1628](#))

    i.    [Signed] Order Shortening Notice Period and Schedule Hearing with Respect to the Trustee's Motion for Authorization to Execute FAA Terminations and Disclaimers Pursuant to 11 U.S.C. §§ 105(a) and 363(b) and Bankruptcy Rule 9019 [Filed: 12/7/23] ([Docket No. 1629](#))

c.    Notice of Hearing Regarding Trustee's Motion for Authorization to Execute FAA Terminations and Disclaimers Pursuant to 11 U.S.C. §§ 105(a) and 363(b) and Bankruptcy Rule 9019 [Filed: 12/7/23] ([Docket No. 1630](#))

d.    Certification of No Objection Regarding Trustee's Motion for Authorization to Execute FAA Terminations and Disclaimers Pursuant to 11 U.S.C. §§ 105(a) and 363(b) and Bankruptcy Rule 9019 [Filed: 12/15/23] ([Docket No. 1632](#))

e.    [Signed] Order Authorizing Trustee to Execute FAA Terminations and Disclaimers [Filed: 12/15/23] ([Docket No. 1633](#))

<u>Status:</u>  The order has been entered.  No hearing will be necessary.

Dated: December 15, 2023    PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Peter J. Keane*
Bradford J. Sandler (DE Bar No. 4142)
Colin R. Robinson (DE Bar No. 5524)
Peter J. Keane (DE Bar No. 5503)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899 (Courier 19801)
Telephone: 302-652-4100
Facsimile:  302-652-4400
E-mail:  bsandler@pszjlaw.com
        crobinson@pszjlaw.com
        pkeane@pszjlaw.com

*Counsel to Alfred T. Giuliano, Chapter 7 Trustee*