**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | ) Chapter 7 |
| | ) |
| START MAN FURNITURE, LLC, *et al.*[1], | ) Case No. 20-10553-CTG |
| | ) |
| Debtor. | ) Re: Docket Nos. 1189, 1521, 1526, 1531, |
| | ) 1545, 1566, 1582, 1609, 1621 |
| | ) |
| PNC Bank, National Association and PNC Merchant Services Company | ) |
| | ) |
| Plaintiffs, | ) |
| v. | ) Adv. Pro. No. 21-50241-CTG |
| | ) |
| Start Man Furniture, LLC, et al., | ) Re: Docket Nos. 28, 31, 34, 38, 41, 47, |
| | ) 48, 49, 50 |
| Defendants. | ) |

## STATUS REPORT

The above-captioned plaintiffs, PNC Bank, National Association and PNC Merchant Services Company ("Plaintiffs" or "PNC") respectfully file this *Status Report* as required by the Court's Order dated September 26, 2022 [ECF #31] (the "Scheduling Order") to inform the Court that:

1. Since Plaintiffs' last status report filing on November 21, 2023 [ECF #50], PNC, Alfred T. Giuliano, chapter 7 trustee the ("Trustee") for the estates of the above-captioned debtors

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Start Man Furniture, LLC (9205); SVF Holding Company, Inc. (0291); SVCE, LLC (2509); StartVF Holdings I, LLC (2537); StartVF Holdings II, LLC (7472); SVF Parent, LLC (3451); Levin Parent, LLC (8052); Start Man Furniture of Canada, LLC (9491); SV Sleep Franchising, LLC (8968); SVF Franchising, LLC (6325); LF Trucking, Inc. (1484); Sam Levin, Inc. (5198); and Comfort Mattress LLC (4463). The location of the Debtors' service address in these chapter 11 cases is: 6500 East 14 Mile Road, Warren Michigan 48092.

(the "Debtors") and the other parties named or potentially interested in above-captioned adversary proceeding are awaiting contact from Judge Horan's chambers regarding next steps in continuing the mediation that was held in Wilmington, Delaware on November 20, 2023 (the "Mediation").

Dated: January 17, 2024

Respectfully submitted,

**BUCHANAN INGERSOLL & ROONEY PC**

/s/ Geoffrey G. Grivner
Geoffrey G. Grivner (#4711)
500 Delaware Avenue, Suite 720
Wilmington, DE 19801
Tel: (302) 552-4200
Fax: (302) 552-4295
geoffrey.grivner@bipc.com

-and-

**BUCHANAN INGERSOLL & ROONEY PC**
Tyler S. Dischinger (*pro hac vice*)
Union Trust Building
501 Grant Street, Suite 200
Pittsburgh, PA 15219
Tel: (412) 562-8800
Fax: (412) 562-1041
tyler.dischinger@bipc.com
*Attorneys for Plaintiffs / PNC*