IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>START MAN FURNITURE, LLC, et al.,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 20-10553 (CTG)<br><br>(Jointly Administered)<br><br>Re: Docket No. 1667 |

ORDER GRANTING
FIRST INTERIM ("NON-CONTINGENCY") APPLICATION
FOR COMPENSATION AND REIMBURSEMENT
OF EXPENSES OF CLARK HILL PLC,
AS SPECIAL COUNSEL TO THE CHAPTER 7 TRUSTEE, FOR
THE PERIOD FROM AUGUST 26, 2022 THROUGH APRIL 8, 2024

Clark Hill PLC ("Clark Hill"), as special counsel for the Chapter 7 Trustee in the above-captioned cases, filed a First Interim ("Non-Contingency") application for allowance of compensation and reimbursement of expenses for August 26, 2022 through April 8, 2024 (the "First Interim Fee Application"). The Court has reviewed the First Interim Fee Application and finds that: (a) the district court has jurisdiction under 28 U.S.C. § 1334, which was referred to this Court under 28 U.S.C. § 157 pursuant to the *Amended Standing Order of Reference from the United States District Court for the District of Delaware*, dated February 29, 2012; (b) notice of the First Interim Fee Application, and any hearing on the First Interim Fee Application, was

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, include: Start Man Furniture, LLC (f/k/a Art Van Furniture, LLC) (9205); SVF Holding Company, Inc. (f/k/a AVF Holding Company, Inc.) (0291); SVCE, LLC (f/k/a AVCE, LLC) (2509); StartVF Holdings I, LLC (f/k/a AVF Holdings I, LLC) (2537); StartVF Holdings II, LLC (f/k/a AVF Holdings II, LLC) (7472); SVF Parent, LLC (f/k/a AVF Parent, LLC) (3451); Levin Parent, LLC (8052); Start Man Furniture of Canada, LLC (f/k/a Art Van Furniture of Canada, LLC) (9491); SV Sleep Franchising, LLC (f/k/a AV Pure Sleep Franchising, LLC) (8968); SVF Franchising, LLC (f/k/a AVF Franchising, LLC) (6325); LF Trucking, Inc. (1484); Sam Levin, Inc. (5198); and Comfort Mattress LLC (4463).

adequate under the circumstances; and (c) all persons with standing have been afforded the opportunity to be heard on the First Interim Fee Application. Accordingly, it is hereby

ORDERED that the First Interim Fee Application is GRANTED, on an interim basis. Fees in the amount of $9.816.00 and necessary expenses in the amount of $1,064.52 are allowed on an interim basis. The Chapter 7 Trustee in the above cases shall pay to Clark Hill a total of $10,880.52 for services rendered and disbursements incurred by Clark Hill for the period August 26, 2022 through April 8, 2024;

ORDERED that this Order shall be immediately effective and enforceable upon its entry; and

ORDERED that this Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

**Dated: September 11th, 2024**
**Wilmington, Delaware**

**CRAIG T. GOLDBLATT**
**UNITED STATES BANKRUPTCY JUDGE**