IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>**START MAN FURNITURE, LLC,** *et al.*,[1]<br><br>**Debtors.** | Chapter 7<br><br>Case No. 20-10553 (CTG)<br><br>Jointly Administered |

# ORDER GRANTING FOURTH INTERIM (CONTINGENT) APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF GIULIANO, MILLER & COMPANY, LLC, AS ACCOUNTANTS AND FINANCIAL ADVISORS TO THE CHAPTER 7 TRUSTEE, FOR THE PERIOD FROM APRIL 1, 2024 THROUGH MAY 31, 2025

Giuliano Miller & Company, LLC ("GMCO"), as accountants and financial advisors for the Chapter 7 Trustee in the above-captioned cases, filed a fourth interim (contingent) application for allowance of compensation and reimbursement of expenses for the period April 1, 2024 through May 31, 2025 (the "Fourth Interim Contingent Fee Application"). The Court has reviewed the Fourth Interim Contingent Fee Application and finds that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334; (b) notice of the Fourth Interim Contingent Fee Application, and any hearing on the Fourth Interim Contingent Fee Application, was adequate under the circumstances; and (c) all persons with standing have been afforded the opportunity to be heard on the Fourth Interim Contingent Fee Application. Accordingly, it is hereby

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, include: Start Man Furniture, LLC (f/k/a Art Van Furniture, LLC) (9205); SVF Holding Company (f/k/a AVF Holding Company, Inc.) (0291); SVCE (f/k/a AVCE, LLC) (2509); Start VF Holdings (f/k/a AVF Holdings I, LLC) (2537); Start VF Holdings II (f/k/a AVF Holdings II, LLC) (7472); SVF Parent, LLC (f/k/a AVF Parent, LLC) (3451); Levin Parent, LLC (8052); Start Man Furniture of Canada, LLC (f/k/a Art Van Furniture of Canada, LLC) (9491); SV Sleep Franchising, LLC (f/k/a AV Pure Sleep Franchising, LLC) (8968); SVF Franchising, LLC (f/k/a AVF Franchising, LLC) (6325); LF Trucking, Inc. (1484); Sam Levin, Inc. (5198); and Comfort Mattress LLC (4463)..

2

ORDERED that the Fourth Interim Contingent Fee Application is GRANTED, on an interim basis. Fees in the amount of $44,250.00, and costs in the amount of $0.00, are allowed on an interim basis. The Chapter 7 Trustee in the above cases shall pay to GMCO the sum of $44,250.00 as compensation for services rendered by GMCO for the period April 1, 2024 through May 31, 2025.

ORDERED that this Order shall be immediately effective and enforceable upon its entry.

ORDERED that this Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

**Dated: July 24th, 2025**
**Wilmington, Delaware**

**CRAIG T. GOLDBLATT**
**UNITED STATES BANKRUPTCY JUDGE**