IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ART VAN FURNITURE, LLC., *et al.*,[1]<br><br>                          Debtors.<br><br>TODD STEWART and JENNIFER SAWLE on behalf of themselves and all others similarly situated,<br><br>                          Plaintiff,<br><br>                          v.<br><br>ART VAN FURNITURE, LLC, et al.,<br><br>                          Defendants. | Chapter 7<br><br>Case No. 20-10553 (CTG) Jointly Administered<br><br>Adv. Proc. No. 20-50548 (CTG) |

**NOTICE OF AGENDA FOR HEARING SCHEDULED ON AUGUST 1, 2025 AT 2:00 P.M. (PREVAILING EASTERN TIME), BEFORE THE HONORABLE CRAIG T. GOLDBLATT AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, LOCATED AT 824 NORTH MARKET STREET, <u>3RD FLOOR, COURTROOM NO. 7, WILMINGTON, DELAWARE 19801</u>**

> **This proceeding will be remotely via Zoom. Please refer to Judge Goldblatt's Chambers Procedures https://www.deb.uscourts.gov/judge-craig-t-goldblatt and the Court's website https://www.deb.uscourts.gov/ecourt-appearances for information on who may participate remotely, the method of allowed participation (video or audio), Judge Goldblatt's expectations of remote participants, and the advance registration requirements. Registration is required by 4:00 p.m. (Eastern time) the business day before the hearing unless otherwise noticed using the eCourtAppearances tool available on the Court's website**

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number, include: Art Van Furniture, LLC (9205); AVF Holding Company, Inc. (0291); AVCE, LLC (2509); AVF Holdings I, LLC (2537); AVF Holdings II, LLC (7472); AVF Parent, LLC (3451); Levin Parent, LLC (8052); Art Van Furniture of Canada, LLC (9491); AV Pure Sleep Franchising, LLC (8968); AVF Franchising, LLC (6325); LF Trucking, Inc. (1484); Sam Levin, Inc. (5198); and Comfort Mattress LLC (4463).

4920-8126-6520.3 05233.003

**RESOLVED MATTER:**

1.  A quarterly fee application is scheduled to go forward at this hearing. Attached hereto as Exhibit A is a complete list of the quarterly fee application scheduled to be heard. The items listed on Exhibit A hereto correspond to the order of the fee application, and documents related thereto, that were previously submitted to the Court, pursuant to the Court's Chambers' Procedures.

    Responses Received:  None.

    Related Documents:  None.

    Status:  A quarterly fee application was scheduled for this hearing as indicated on the attached Exhibit A.  The items listed on Exhibit A hereto correspond to the order of the fee application, and documents related thereto, that were previously submitted to the Court, pursuant to the Court's Chambers' Procedures.

**STATUS CONFERENCE:**

2.  *[Todd Steward and Jennifer Sawle v. Art Van Furniture, LLC - Adv. Case No. 20-50548]* Status Conference

    Responses Received:  None.

    Related Documents:

    A.  [Signed] Order Dismissing Third Circuit Appeal Case Nos. 23-1075 and 23-1076 [Filed: 6/5/25] (Docket No. 78)

    Status:  A status conference will go forward on this matter.

Dated: July 30, 2025

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Peter J. Keane*
Bradford J. Sandler (DE Bar No. 4142)
Peter J. Keane (DE Bar No. 5503)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899 (Courier 19801)
Telephone: 302-652-4100
Facsimile:  302-652-4400
E-mail:  bsandler@pszjlaw.com
         pkeane@pszjlaw.com

*Counsel to Alfred T. Giuliano, Chapter 7 Trustee*