# **EXHIBIT A**

4920-8126-6520.3 05233.003

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> START MAN FURNITURE, LLC, et al.,[1] <br><br> Debtors. | Chapter 7 <br><br> Case No. 20-10553 (CTG) <br><br> (Jointly Administered) |

**AMENDED[i] INDEX TO INTERIM FEE APPLICATION BINDER IN CONNECTION WITH HEARING SCHEDULED ON AUGUST 1, 2025 AT 2:00 P.M. (EASTERN TIME)**

**INTERIM FEE APPLICATION:**

1. Fourth Interim (Contingent) Application for Compensation and Reimbursement of Expenses of Giuliano Miller and Company LLC, as Accountants and Financial Advisors to the Chapter 7 Trustee for the Period From April 1, 2024 Through May 31, 2025 [Filed: 7/2/25] (Docket No. 1714)

    Response Deadline: July 16, 2025, at 4:00 p.m. (ET).

    Responses Received: None.

    Related Documents:

    A. [Proposed] Order Granting Fourth Interim (Contingent) Application for Compensation and Reimbursement of Expenses of Giuliano Miller and Company LLC, as Accountants and Financial Advisors to the Chapter 7 Trustee for the Period From April 1, 2024 Through May 31, 2025 [Filed: 7/2/25] (Docket No. 1714)

    B. Certification of No Objection Regarding Fourth Interim (Contingent) Application for Compensation and Reimbursement of Expenses of Giuliano Miller and Company LLC, as Accountants and Financial Advisors to the Chapter 7 Trustee for the Period From April 1, 2024 Through May 31, 2025 [Filed: 7/17/25] (Docket No. 1715)

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, include: Start Man Furniture, LLC (f/k/a Art Van Furniture, LLC) (9205); SVF Holding Company, Inc. (f/k/a AVF Holding Company, Inc.) (0291); SVCE, LLC (f/k/a AVCE, LLC) (2509); StartVF Holdings I, LLC (f/k/a AVF Holdings I, LLC) (2537); StartVF Holdings II, LLC (f/k/a AVF Holdings II, LLC) (7472); SVF Parent, LLC (f/k/a AVF Parent, LLC) (3451); Levin Parent, LLC (8052); Start Man Furniture of Canada, LLC (f/k/a Art Van Furniture of Canada, LLC) (9491); SV Sleep Franchising, LLC (f/k/a AV Pure Sleep Franchising, LLC) (8968); SVF Franchising, LLC (f/k/a AVF Franchising, LLC) (6325); LF Trucking, Inc. (1484); Sam Levin, Inc. (5198); and Comfort Mattress LLC (4463).

    **C.**    **[Signed] Order Granting Fourth Interim (Contingent) Application for Compensation and Reimbursement of Expenses of Giuliano Miller and Company LLC, as Accountants and Financial Advisors to the Chapter 7 Trustee for the Period From April 1, 2024 Through May 31, 2025 [Filed: 7/24/25] ([Docket No. 1716](#))**

<u>Status</u>:  **The Court has entered an order on this matter. No hearing is necessary.**

Dated: July **30**, 2025                    PACHULSKI STANG ZIEHL & JONES LLP

                                                    */s/ Peter J. Keane*
                                                    Bradford J. Sandler (DE Bar No. 4142)
                                                    Peter J. Keane (DE Bar No. 5503)
                                                    919 N. Market Street, 17th Floor
                                                    P.O. Box 8705
                                                    Wilmington, DE 19899 (Courier 19801)
                                                    Telephone:  (302) 652-4100
                                                    Facsimile:  (302) 652-4400
                                                    Email:     bsandler@pszjlaw.com
                                                                        pkeane@pszjlaw.com

                                                  *Counsel to Alfred T. Giuliano, Chapter 7 Trustee*

---

[i] **Amended items are in bold.**