## IN THE UNITED STATES BANKRUPTCY COURT

### FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| START MAN FURNITURE, LLC, et al. | ) | Case No. 20-10553 (CTG) |
| (f/k/a Art Van Furniture, LLC),[1] | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |

**Objection Deadline:  December 30, 2025 at 4:00 p.m. ET**
**Hearing Date:  January 13, 2026, at 1:00 p.m. ET**

### ELEVENTH INTERIM (NON-CONTINGENT) APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PACHULSKI STANG ZIEHL & JONES LLP, AS COUNSEL TO THE CHAPTER 7 TRUSTEE, FOR THE PERIOD FROM NOVEMBER 1, 2024 THROUGH JULY 31, 2025

| | |
|---|---|
| Name of Applicant: | Pachulski Stang Ziehl & Jones LLP |
| Authorized to Provide Professional Services to: | Chapter 7 Trustee |
| Date of Retention: | Effective as of April 7, 2020 by order signed on or about May 22, 2020 |
| Period for which Compensation and Reimbursement is Sought: | November 1, 2024 through July 31, 2025[2] |
| Amount of Compensation Sought as Actual, Reasonable and Necessary: | $409,189.50 |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: | $ 37,841.17 |

This is an:     ☐ monthly     ☒ interim     ☐ final application.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, include: Start Man Furniture, LLC (f/k/a Art Van Furniture, LLC) (9205); SVF Holding Company, Inc. (f/k/a AVF Holding Company, Inc.) (0291); SVCE, LLC (f/k/a AVCE, LLC) (2509); StartVF Holdings I, LLC (f/k/a AVF Holdings I, LLC) (2537); StartVF Holdings II, LLC (f/k/a AVF Holdings II, LLC) (7472); SVF Parent, LLC (f/k/a AVF Parent, LLC) (3451); Levin Parent, LLC (8052); Start Man Furniture of Canada, LLC (f/k/a Art Van Furniture of Canada, LLC) (9491); SV Sleep Franchising, LLC (f/k/a AV Pure Sleep Franchising, LLC) (8968); SVF Franchising, LLC (f/k/a AVF Franchising, LLC) (6325); LF Trucking, Inc. (1484); Sam Levin, Inc. (5198); and Comfort Mattress LLC (4463).

[2] Due to an error in the generation of bills prior fee applications failed to include some time and expenses prior to November 1, 2024.  Those time and expenses items are included in the present fee application.  The applicant reserves the right to include any time expended in the time period indicated above in future application(s) if it is not included herein.

The total time expended for preparation of this fee application is anticipated to be approximately 3.0 hours and the corresponding compensation is anticipated to be approximately $3,000.00.

## PRIOR APPLICATIONS FILED

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| 11/18/20 | 04/07/20 – 06/30/20 | $1,114,489.00 | $30,995.84 | $ 1,114,489.00 | $30,995.84 |
| 11/25/20 | 07/01/20 – 09/30/20 | $ 697,215.50 | $18,522.77 | $ 688,075.50[3] | $18,522.77 |
| 10/21/21 | 10/01/20 – 09/30/21 | $1,362,046.50 | $16,659.22 | $1,360,959.00[4] | $16,659.22 |
| 05/25/22 | 10/01/21 – 03/31/22 | $ 818,631.00 | $23,145.83 | $ 818,631.00 | $23,145.83 |
| 05/25/22 | 04/07/20 – 04/04/22 (Contingent) | $ 208,437.25 | $ 170.45 | $ 208,437.25 | $ 170.45 |
| 09/29/22 | 04/01/22 – 08/31/22 | $ 657,661.50 | $24,644.14 | $ 657,661.50 | $24,644.14 |
| 05/30/23 | 09/01/22 – 03/23/23 | $ 428,252.00 | $36,623.15 | $ 426,717.50[5] | $36,623.15 |
| 05/30/23 | 04/05/22 – 03/31/23 (Contingent) | $ 340,250.00 | $ 5,971.59 | $ 340,250.00 | $ 5,971.59 |
| 11/21/24 | 04/01/23 – 10/31/24 | $ 375,715.50 | $ 9,540.56 | $ 375,715.50 | $ 9,540.56 |
| 12/27/24 | 04/01/23 – 10/31/24 (Contingent) | $ 262,625.00 | $ 1,505.24 | $ 262,625.00 | $ 1,505.24 |

## PSZ&J PROFESSIONALS

| Name of Professional Individual | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate (including Changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Bradford J. Sandler | Partner 2010; Member of NJ & PA Bars since 1996; Member of DE Bar since 2001; Member of NY Bar since 2008 | $1,895.00 | 11.40 | $21,603.00 |
| | | $1,725.00 | 4.30 | $ 7,417.50 |
| | | $1,445.00 | 33.60 | $48,552.00 |
| | | $1,295.00 | 0.20 | $ 259.00 |
| | | $1,050.00 | 43.70 | $45,885.00 |
| Benjamin L. Wallen | Partner 2025; Member of TX Bar since 2016 | $1,075.00 | 0.30 | $ 322.50 |

---

[3] This amount reflects a reduction of $9,140.00 in fees to the 2nd Interim Fee Application.
[4] This amount reflects a reduction of $1,087.50 in fees to the 3rd Interim Fee Application.
[5] This amount reflects a reduction of $1,534.50 in fees to the 7th Interim Fee Application.

| Name of Professional Individual | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate (including Changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| John A. Morris | Partner 2008; Member of NY Bar since 1991 | $1,245.00<br>$1,075.00 | 0.50<br>9.30 | $    622.50<br>$ 9,997.50 |
| Jason H. Rosell | Partner 2020; Member of CA Bar since 2010; Member of NY Bar since 2011 | $   945.00<br>$   845.00<br>$   725.00 | 1.60<br>0.20<br>7.10 | $ 1,512.00<br>$    169.00<br>$ 5,147.50 |
| Jeffrey W. Dulburg | Partner 2004; Member of CA Bar since 1995 | $1,145.00<br>$   895.00 | 0.30<br>2.00 | $    343.50<br>$ 1,790.00 |
| Kenneth H. Brown | Partner 2001; Member of CA Bar since 1981 | $   995.00 | 0.50 | $    497.50 |
| Maxim B. Litvak | Partner 2004; Member of TX Bar since 1997; Member of CA Bar since 2001 | $1,125.00<br>$   950.00 | 0.20<br>7.90 | $    225.00<br>$ 7,505.00 |
| Shirley S. Cho | Partner 2019; Member of CA Bar since 1997; Member of NY Bar since 2002 | $1,145.00<br>$   925.00 | 0.40<br>0.20 | $    458.00<br>$    185.00 |
| Steven W. Golden | Partner 2023; Member NY and MD Bars 2015; Member TX Bar 2016 | $   625.00 | 9.70 | $ 6,062.50 |
| Beth E. Levine | Of Counsel 2002; Member of NY Bar since 1992 | $1,350.00<br>$   950.00<br>$   825.00 | 5.10<br>1.60<br>20.50 | $ 6,885.00<br>$ 1,520.00<br>$16,912.50 |
| Colin R. Robinson | Of Counsel 2012; Member of NJ & PA Bars since 2001; Member of DE Bar since 2010 | $1,195.00<br>$   825.00 | 3.00<br>7.80 | $ 3,585.00<br>$ 6,435.00 |
| Erin E. Gray | Of Counsel 1997; Member of CA Bar since 1992; Member of SC Bar since 2018 | $1,295.00<br>$   825.00 | 3.60<br>2.80 | $ 4,662.00<br>$2,310.00 |
| Gillian N. Brown | Of Counsel 2016; Member of CA Bar since 1999; Member of DC Bar since 2008; Member of NY Bar since 2010 | $   850.00 | 0.10 | $     85.00 |
| Jonathan J. Kim | Of Counsel 1999; Member of CA Bar since 1995 | $   995.00 | 10.70 | $10,646.50 |
| Jeffrey P. Nolan | Of Counsel 2001; Member of CA Bar since 1992 | $1,250.00 | 0.20 | $    250.00 |
| Peter J. Keane | Of Counsel 2018; Member of PA Bar since 2008; Member of DE &NH Bars since 2010 | $1,295.00<br>$1,150.00<br>$   925.00<br>$   845.00<br>$   750.00 | 23.80<br>13.60<br>0.10<br>0.60<br>7.50 | $30,821.00<br>$15,640.00<br>$     92.50<br>$    507.00<br>$ 5,625.00 |

| Name of Professional Individual | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate (including Changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Richard J. Gruber | Of Counsel 2008; Member of CA Bar since 1982 | $1,275.00 | 1.20 | $ 1,530.00 |
| William L. Ramseyer | Of Counsel 1989; Member of CA Bar since 1980 | $1,075.00 | 1.30 | $ 1,397.50 |
|  |  | $ 850.00 | 10.40 | $ 8,840.00 |
| Cheryl A. Knotts | Paralegal | $ 575.00 | 0.50 | $ 287.50 |
|  |  | $ 545.00 | 6.00 | $ 3,270.00 |
|  |  | $ 395.00 | 0.30 | $ 118.50 |
| Karina K. Yee | Paralegal | $ 625.00 | 2.50 | $ 1,562.50 |
| Elizabeth C. Thomas | Paralegal | $ 425.00 | 0.10 | $ 42.50 |
| Melissa N. Flores | Paralegal | $ 625.00 | 0.30 | $ 187.50 |
|  |  | $ 595.00 | 1.10 | $ 654.50 |
| Nancy Lockwood | Paralegal | $ 460.00 | 18.30 | $ 8,418.00 |
| Patricia E. Cuniff | Paralegal | $ 625.00 | 26.30 | $16,437.50 |
|  |  | $ 595.00 | 8.90 | $ 5,295.50 |
|  |  | $ 460.00 | 0.50 | $ 230.00 |
|  |  | $ 425.00 | 67.60 | $28,730.00 |
| Patricia J. Jeffries | Paralegal | $ 460.00 | 0.40 | $ 184.00 |
| Virginia L. Downing | Paralegal | $ 395.00 | 1.70 | $ 671.50 |
|  |  | $ 150.00 | 0.30 | $ 45.00 |
| Yves P. Derac | Paralegal | $ 595.00 | 1.80 | $ 1,071.00 |
| Leslie A. Forrester | Library | $ 475.00 | 0.30 | $ 142.50 |
|  |  | $ 450.00 | 2.50 | $ 1,125.00 |
| Andrea R. Paul | Case Management Assistant | $ 495.00 | 0.90 | $ 445.50 |
|  |  | $ 475.00 | 0.40 | $ 190.00 |
|  |  | $ 375.00 | 0.50 | $ 187.50 |
|  |  | $ 350.00 | 8.90 | $ 3,115.00 |
| Charles J. Bouzoukis | Case Management Assistant | $ 495.00 | 1.00 | $ 495.00 |
|  |  | $ 350.00 | 0.40 | $ 140.00 |
| Beatrice M. Koveleski | File Room | $ 375.00 | 0.30 | $ 112.50 |
|  |  | $ 350.00 | 27.50 | $ 9,625.00 |
| Karen S. Neil | File Room | $ 350.00 | 11.40 | $ 3,990.00 |
| Sheryle L. Pitman | File Room | $ 350.00 | 125.80 | $44,030.00 |
| Melisa DesJardien | Accounting/Admin | $ 395.00 | 0.90 | $ 355.50 |
| Audrey L. Heckel | Law Clerk | $ 495.00 | 3.50 | $ 1,732.50 |

Grand Total:     $409,189.50
Total Hours:         568.20
Blended Rate:      $720.15

## COMPENSATION BY CATEGORY

| Project Categories | Total Hours | Total Fees |
|---|---|---|
| Asset Analysis and Recovery | 0.70 | $     482.50 |
| Asset Disposition | 54.10 | $ 58,170.00 |
| Appeals | 3.00 | $   4,651.50 |
| Bankruptcy Litigation | 113.70 | $118,050.50 |
| Business Operations | 0.40 | $     287.00 |
| Case Administration | 262.80 | $107,456.00 |
| Claims Administration and Objections | 48.20 | $ 44,664.00 |
| PSZJ Compensation | 27.00 | $ 23,603.50 |
| Other Professional Compensation | 11.80 | $ 12,603.00 |
| Contract and Lease Matters | 16.10 | $ 13,387.00 |
| Financial Filings | 1.30 | $     925.00 |
| Financing/Cash Collateral/Cash Management | 8.90 | $   8,458.50 |
| Insurance Coverage | 0.20 | $     210.00 |
| Litigation (Non-Bankruptcy) | 5.10 | $   6,124.00 |
| Meetings of and Communications with Creditors | 1.80 | $     900.00 |
| Operations | 1.00 | $   1,050.00 |
| PSZJ Retention | 0.80 | $     690.00 |
| Other Professional Retention | 7.40 | $   4,355.50 |
| Stay Litigation | 3.90 | $   3,121.50 |

## EXPENSE SUMMARY

| Expense Category | Service Provider[6] (if applicable) | Total Expenses |
|---|---|---|
| Bloomberg | | $     496.99 |
| Conference Call | Loop Up; CourtCall | $   1,346.28 |
| CourtLink | | $     179.58 |
| Federal Express | | $11,497.03 |
| Court Fees | USBC; IA SOS UCC | $     608.12 |
| Fax Transmittal (Outgoing) | | $     354.75 |
| Lexis/Nexis - Legal Research | | $     183.42 |
| Litigation Support Vendors | Everlaw | $   2,349.00 |
| Pacer - Court Research | | $     958.16 |
| Postage | | $   3,137.54 |
| Reproduction Expense | | $12,226.60 |
| Reproduction/ Scan Copy | | $   4,503.70 |

---

[6] PSZ&J may use one or more service providers.  The service providers identified herein below are the primary service providers for the categories described.

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| START MAN FURNITURE, LLC, et al. | ) | Case No. 20-10553 (CTG) |
| (f/k/a Art Van Furniture, LLC),[1] | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |

**Objection Deadline:  December 30, 2025 at 4:00 p.m. ET**
**Hearing Date:  January 13, 2026, at 1:00 p.m. ET**

**ELEVENTH INTERIM (NON-CONTINGENT) APPLICATION
FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES
OF PACHULSKI STANG ZIEHL & JONES LLP, AS
COUNSEL TO THE CHAPTER 7 TRUSTEE, FOR
THE PERIOD FROM NOVEMBER 1, 2024 THROUGH JULY 31, 2025**

Pursuant to sections 330 and 331 of Title 11 of the United States Code (the

"Bankruptcy Code"), and Rule 2016 of the Federal Rules of Bankruptcy Procedure (collectively,

the "Bankruptcy Rules"), Pachulski Stang Ziehl & Jones LLP ("PSZ&J" or the "Firm"), Counsel

for the Chapter 7 Trustee, hereby submits its Eleventh Interim (Non-Contingent) Application for

Compensation and for Reimbursement of Expenses for the Period from November 1, 2024

through July 31, 2025 (the "Application").

By this Application PSZ&J seeks an interim allowance of compensation in the

amount of $409,189.50 and actual and necessary expenses in the amount of $37,841.17 for a

total allowance of $447,030.67447,030.67, and payment of the unpaid amount of such fees and

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, include: Start Man Furniture, LLC (f/k/a Art Van Furniture, LLC) (9205); SVF Holding Company, Inc. (f/k/a AVF Holding Company, Inc.) (0291); SVCE, LLC (f/k/a AVCE, LLC) (2509); StartVF Holdings I, LLC (f/k/a AVF Holdings I, LLC) (2537); StartVF Holdings II, LLC (f/k/a AVF Holdings II, LLC) (7472); SVF Parent, LLC (f/k/a AVF Parent, LLC) (3451); Levin Parent, LLC (8052); Start Man Furniture of Canada, LLC (f/k/a Art Van Furniture of Canada, LLC) (9491); SV Sleep Franchising, LLC (f/k/a AV Pure Sleep Franchising, LLC) (8968); SVF Franchising, LLC (f/k/a AVF Franchising, LLC) (6325); LF Trucking, Inc. (1484); Sam Levin, Inc. (5198); and Comfort Mattress LLC (4463).

expenses, for the period November 1, 2024 through July 31, 2025 (the "Interim Period")[2].  In

support of this Application, PSZ&J respectfully represents as follows:

### Background

1.  On March 8, 2020 (the "Petition Date"), each of the Debtors commenced a

case under Chapter 11 of the Bankruptcy Code.  The cases were converted to Chapter 7

proceedings by order entered April 6, 2020.  Alfred T. Giuliano ("Chapter 7 Trustee") was

appointed as the Chapter 7 Trustee in these cases.

2.  The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157

and 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

3.  The retention of PSZ&J, as counsel to the Chapter 7 Trustee, was

approved effective as of April 7, 2020 by this Court's "Order Granting Application of Alfred T.

Giuliano, Chapter 7 Trustee, Pursuant to Bankruptcy Code Sections 327(a) and 328(a),

Bankruptcy Rules 2014(a) and 2016, and Local Rule 2014-1 for Authority to Employ and Retain

Pachulski Stang Ziehl & Jones LLP as Counsel to Chapter 7 Trustee Effective as of April 7,

2020," signed on or about May 22, 2020 (the "Retention Order").

### PSZ&J's APPLICATION FOR COMPENSATION AND
### FOR REIMBURSEMENT OF EXPENSES

### Compensation Paid and Its Source

4.  All services for which PSZ&J requests compensation were performed for

or on behalf of the Chapter 7 Trustee.

---

[2] Due to an error in the generation of bills prior fee applications failed to include some time and expenses prior to November 1, 2024.  Those time and expenses items are included in the present fee application.

5.      PSZ&J, and any partner, of counsel, or associate thereof, have received no payment and no promises for payment from any source other than from the Chapter 7 Trustee for services rendered or to be rendered in any capacity whatsoever in connection with the matters covered by this Application.  There is no agreement or understanding between PSZ&J and any other person other than among the partners, of counsel, or associates of PSZ&J for the sharing of compensation to be received for services rendered in these cases.

### Fee Statements

6.      The fee statements for the Interim Period are attached hereto as Exhibit A. These statements contain daily time logs describing the time spent by each attorney and paraprofessional during the Interim Period.  To the best of PSZ&J's knowledge, this Application complies with sections 330 and 331 of the Bankruptcy Code, and the Bankruptcy Rules. PSZ&J's time reports are initially handwritten by the attorney or paralegal performing the described services.  The time reports are organized on a daily basis.  PSZ&J is particularly sensitive to issues of "lumping" and, unless time was spent in one time frame on a variety of different matters for a particular billing code, separate time entries are set forth in the time reports.  PSZ&J's charges for its professional services are based upon the time, nature, extent and value of such services and the cost of comparable services other than in a case under the Bankruptcy Code.  PSZ&J has reduced its charges related to any non-working "travel time" to fifty percent (50%) of PSZ&J's standard hourly rate.  To the extent it is feasible, PSZ&J professionals attempt to work during travel.

## Actual and Necessary Expenses

7.    A summary of actual and necessary expenses incurred by PSZ&J for the

Interim Period is attached hereto as part of Exhibit A.  PSZ&J customarily charges $0.10 per

page for photocopying expenses related to cases, such as these, arising in Delaware.  PSZ&J's

photocopying machines automatically record the number of copies made when the person that is

doing the copying enters the client's account number into a device attached to the photocopier.

PSZ&J summarizes each client's photocopying charges on a daily basis.

8.    PSZ&J charges $0.25 per page for out-going facsimile transmissions.

There is no additional charge for long distance telephone calls on faxes.  The charge for outgoing

facsimile transmissions reflects PSZ&J's calculation of the actual costs incurred by PSZ&J for

the machines, supplies and extra labor expenses associated with sending telecopies and is

reasonable in relation to the amount charged by outside vendors who provide similar services.

PSZ&J does not charge the Trustee for the receipt of faxes in these cases.

9.    With respect to providers of on-line legal research services (e.g., LEXIS

and WESTLAW), PSZ&J charges the standard usage rates these providers charge for

computerized legal research.  PSZ&J bills its clients the actual amounts charged by such

services, with no premium.  Any volume discount received by PSZ&J is passed on to the client.

10.    PSZ&J believes the foregoing rates are the market rates that the majority

of law firms charge clients for such services.  In addition, PSZ&J believes that such charges are

in accordance with the American Bar Association's ("ABA") guidelines, as set forth in the

ABA's Statement of Principles, dated January 12, 1995, regarding billing for disbursements and

other charges.

**Summary of Services Rendered**

11.     The names of the partners and associates of PSZ&J who have rendered

professional services in these cases during the Interim Period, and the paralegals and case

management assistants of PSZ&J who provided services to these attorneys during the Interim

Period, are set forth in the attached Exhibit A.

12.     PSZ&J, by and through such persons, has prepared and assisted in the

preparation of various motions and orders submitted to the Court for consideration, advised the

Chapter 7 Trustee on a regular basis with respect to various matters in connection with the

Debtors' bankruptcy cases, and performed all necessary professional services which are

described and narrated in detail below.  PSZ&J's efforts have been extensive due to the size and

complexity of the Debtors' bankruptcy cases.

**Summary of Services by Project**

13.     The services rendered by PSZ&J during the Interim Period can be grouped

into the categories set forth below.  PSZ&J attempted to place the services provided in the

category that best relates to such services.  However, because certain services may relate to one

or more categories, services pertaining to one category may in fact be included in another

category.  These services performed, by categories, are generally described below, with a more

detailed identification of the actual services provided set forth on the attached Exhibit A.  Exhibit

A identifies the attorneys and paraprofessionals who rendered services relating to each category,

along with the number of hours for each individual and the total compensation sought for each

category.

### A.     Asset Analysis and Recovery

14.     This category relates to asset analysis and recovery issues.  During the

Interim Period, the Firm, among other things:  (1) reviewed and analyzed issues regarding the

Uniform Commercial Code; (2) reviewed and analyzed issues regarding Castleman; and

(3) conferred regarding asset analysis issues.

Fees:  $482.50;          Hours:  0.70

### B.     Asset Disposition

15.     This category relates to the sale or other disposition of assets.  During the

Interim Period, the Firm, among other things:  (1) reviewed and analyzed sale issues;

(2) performed work regarding the US Assets Asset Purchase Agreement; (3) reviewed and

analyzed intellectual property issues; (4) reviewed and analyzed issues regarding the ASI

agreement; (5) performed work regarding a motion to approve the ASI transaction; (6) reviewed

and analyzed issues regarding O'Fallen; (7) reviewed and analyzed funding mechanism issues;

(8) performed work regarding revisions to the ASI agreement; (9) reviewed and analyzed issues

regarding Levin and performed work regarding the Levin Asset Purchase Agreement;

(10) performed work regarding the ASI and US Asset sale orders; (11) performed work

regarding negotiations; (12) reviewed and analyzed US Asset inventory adjustment issues;

(13) performed work regarding a notice of revised Levin sale order; (14) reviewed and analyzed

Levin sale closing issues; (15) reviewed and analyzed issues regarding form of real estate

purchase agreement; (16) performed work regarding IP sale closing documents; (17) reviewed and analyzed accounts receivable collection issues; (18) reviewed and analyzed franchise agreements; (19) reviewed and analyzed issues regarding MC/Visa claims; (20) performed work regarding a notice of *de minimis* asset sale; (21) reviewed and analyzed issues regarding unclaimed property; (22) reviewed and analyzed issues regarding Synchrony; and (23) corresponded and conferred regarding asset disposition issues.

Fees:  $58,170.00;     Hours:  54.10

### C.     Appeals

16.     This category relates to appellate issues.  During the Interim Period, the Firm, among other things:  (1) reviewed and analyzed issues regarding an appeal relating to WARN Act claims; (2) reviewed and analyzed docket issues; (3) reviewed and analyzed a Third Circuit order dismissing appeals; and (4) conferred and corresponded regarding appellate issues.

Fees:  $4,651.50;     Hours:  3.00

### D.     Bankruptcy Litigation

17.     This category relates to work regarding motions or adversary proceedings in the Bankruptcy Court.  During the Interim Period, the Firm, among other things:  (1) reviewed and analyzed issues regarding a conversion motion and order, and prepared for and attended a hearing on April 6, 2020 on the conversion motion; (2) performed work regarding Agenda Notices and Hearing Binders; (3) reviewed and analyzed *pro hac vice* motion issues; (4) performed work regarding a motion to operate; (5) prepared for and attended an Omnibus hearing on April 27, 2020; (6) performed work regarding a stipulation relating to a WARN Act

action; (7) performed research and reviewed and analyzed WARN Act discovery issues;
(8) reviewed and analyzed issues regarding responding to a WARN Act complaint; (9) reviewed
and analyzed issues regarding the Signal complaint; (10) performed work regarding a stipulation
extending the time to respond to the Signal complaint; (11) reviewed and analyzed issues
regarding the Elslander litigation; (12) performed work regarding settlement in the Signal matter;
(13) reviewed and analyzed mediation materials regarding WARN Act litigation; (14) performed
work regarding a motion for summary judgment regarding WARN Act claims; (15) reviewed
and analyzed a brief in support of class certification and performed work regarding an opposition
to class certification regarding WARN Act claims; (16) reviewed and analyzed an A&G legal
memorandum; (17) reviewed and analyzed privilege issues; (18) reviewed and analyzed an
opinion granting the Trustee's motion for summary judgment regarding WARN Act issues;
(19) attended to timing issues; (20) reviewed and analyzed issues regarding the PNC settlement;
(21) performed work regarding an order scheduling Omnibus hearing date; (22) performed work
regarding a motion to approve settlement with PNC, Wells Fargo and Levin; (23) performed
work regarding motions to extend the removal deadline; (24) reviewed and analyzed issues
regarding Classic Concepts; (25) reviewed and analyzed issues regarding Ascion settlement
payments; (26) reviewed and analyzed issues regarding Clear Prism; (27) performed work
regarding a motion to approve settlement with Classic Concepts; (28) reviewed and analyzed
judgment enforcement issues; (29) reviewed and analyzed issues regarding the Stewart matter;
(30) reviewed and analyzed mediation briefs regarding WARN Act issues; (31) reviewed and

analyzed issues regarding a District Court decision in the Stewart matter; and (32) conferred and corresponded regarding bankruptcy litigation matters.

Fees:  $118,050.50;    Hours:  113.70

### E.    Business Operations

18.    This category relates to work regarding business operations issues. During the Interim Period, the Firm, among other things:  (1) reviewed and analyzed issues regarding articles of incorporation; (2) reviewed and analyzed corporate name change issues; and (3) corresponded regarding business operations issues.

Fees:  $287.00;        Hours:  0.40

### F.    Case Administration

19.    This category relates to work regarding administration of these cases. During the Interim Period, the Firm, among other things:  (1) maintained a memorandum of critical dates; (2) maintained document control; (3) maintained service lists; and (4) conferred regarding case administration issues.

Fees:  $107,456.00;    Hours:  262.80

### G.    Claims Administration and Objections

20.    This category relates to work regarding claims administration and claims objections.  During the Interim Period, the Firm, among other things:  (1) reviewed and analyzed issues regarding Jofran; (2) reviewed and analyzed issues regarding consumer claims; (3) performed work regarding the resolution of landlord claims; (4) performed research; (5) reviewed and analyzed administrative claim priority issues; (6) performed work regarding an Omnibus objection; (7) reviewed and analyzed claims reconciliation issues; (8) reviewed and

analyzed issues regarding a stipulation relating to Synchrony; (9) reviewed and analyzed issues regarding the Broadstone stipulation; (10) performed work regarding an objection to the Elston administrative claim motion; (11) reviewed and analyzed issues regarding Bank of America litigation concerning administrative claim issues; (12) reviewed and analyzed potential witness issues regarding the Bank of America matter; (13) performed work regarding settlement negotiations with Bank of America; (14) reviewed and analyzed proofs of claims and notices of appearance filed by landlords; (15) performed work regarding a landlord proof of claim worksheet; (16) reviewed and responded to inquiries from creditors; (17) reviewed and analyzed issues regarding PNC; (18) reviewed and analyzed discovery issues; (19) performed work regarding a complaint relating to Directors and Officers issues; (20) reviewed and analyzed issues regarding the Atradius matter; (21) performed work regrading settlement issues; (22) reviewed and analyzed waterfall issues; and (23) corresponded and conferred regarding claim issues.

Fees:  $44,664.00;    Hours:  48.20

### H.    PSZJ Compensation

21.    This category relates to work regarding the compensation of the Firm. During the Interim Period, the Firm, among other things:  (1) performed work regarding the Firm's First, Second, Third, Ninth and Tenth interim fee applications; (2) reviewed and analyzed fee chart issue; (3) monitored the status and filing of fee applications; and (4) corresponded regarding compensation issues.

Fees:  $23,603.50;    Hours:  27.00

**I.      Other Professional Compensation**

22.     This category relates to work regarding the compensation of professionals, other than the Firm.  During the Interim Period, the Firm, among other things:  (1) reviewed and analyzed final fee application issues; (2) performed work regarding a fee index; (3) reviewed and responded to inquiries regarding fee issues; (4) performed work regarding a Trustee compensation application; (5) performed work regarding the GMCO Fourth interim fee application; and (6) corresponded and conferred regarding compensation issues.

Fees:  $12,603.00;     Hours:  11.80

**J.      Contract and Lease Matters**

23.     This category relates to work regarding executory contracts and unexpired leases of real property.  During the Interim Period, the Firm, among other things:  (1) reviewed and analyzed issues regarding a motion to compel lease rejection; (2) reviewed and analyzed issues regarding inventory values versus rent obligations; (3) performed work regarding a Section 365(d)(3) motion; (4) reviewed and analyzed rent issues regarding Store Capital and Broadstone; (5) performed work regarding a stipulation and order in the Zephyr matter; (6) reviewed issues regarding the defense of impossibility; (7) reviewed and analyzed leases; (8) performed work regarding a motion to approve stipulation with LCN; and (9) corresponded and conferred regarding contract and lease issues.

Fees:  $13,387.00;     Hours:  16.10

### K.    Financial Filings

24.    This category relates to issues regarding compliance with reporting requirements.  During the Interim Period, the Firm, among other things, reviewed and analyzed issues regarding Schedules.

Fees:  $925.00;        Hours:  1.30

### L.    Financing/Cash Collateral/Cash Management

25.    This category relates to issues regarding cash management and regarding financing and the use of cash collateral.  During the Interim Period, the Firm, among other things:  (1) reviewed and analyzed issues regarding a Second interim cash collateral order; (2) performed work regarding a motion to use cash collateral; (3) reviewed and analyzed budget issues; (4) performed work regarding a Second stipulation extending the interim cash collateral order; (5) performed work regarding a Trustee declaration in support of the final cash collateral order; (6) prepared for and attended a final cash collateral hearing on August 13, 2020; and (7) corresponded and conferred regarding financing issues.

Fees:  $8,458.50;        Hours:  8.90

### M.    Insurance Coverage

26.    This category relates to issues regarding insurance coverage and other insurance issues.  During the Interim Period, the Firm, among other things, reviewed and analyzed insurance issues.

Fees:  $210.00;        Hours:  0.20

**N.        Litigation (Non-Bankruptcy)**

27.        This category relates to issues regarding litigation in courts other than the Bankruptcy Court.  During the Interim Period, the Firm, among other things:  (1) reviewed and analyzed issues regarding a New York State Court matter involving Victoria's Secret; (2) reviewed and analyzed RMP judgment issues; and (3) performed work regarding a settlement agreement with RMP.

Fees:  $6,124.00;        Hours:  5.10

**O.        Meetings of and Communications with Creditors**

28.        This category relates to issues regarding meetings of creditors and communications with creditors.  During the Interim Period, the Firm, among other things, performed work regarding a creditor website, and reviewed and analyzed issues regarding a Section 341 meeting of creditors.

Fees:  $900.00;        Hours:  1.80

**P.        Operations**

29.        This category relates to issues regarding operations.  During the Interim Period, the Firm, among other things, conferred regarding case issues.

Fees:  $1,050.00;        Hours:  1.00

**Q.        PSZJ Retention**

30.        This category relates to issues regarding retention of the Firm.  During the Interim Period, the Firm, among other things, performed work regarding its retention application and order.

Fees:  $690.00;        Hours:  0.80

**R.    Other Professional Retention**

31.    This category relates to issues regarding retention of professionals, other than the Firm.  During the Interim Period, the Firm, among other things:  (1) reviewed and analyzed Benesch and Archer retention issues; (2) performed work regarding the Clark Hill retention application; and (3) corresponded and conferred regarding retention issues.

Fees:  $4,355.50;        Hours:  7.40

**S.    Stay Litigation**

32.    This category relates to work regarding the automatic stay and relief from stay motions.  During the Interim Period, the Firm, among other things:  (1) performed work regarding an objection to a landlord relief from stay motion; (2) performed research; and (3) corresponded regarding stay litigation issues.

Fees:  $3,121.50;        Hours:  3.90

**<u>Valuation of Services</u>**

33.    Attorneys and paraprofessionals of PSZ&J expended a total 568.20 hours in connection with their representation of the Chapter 7 Trustee during the Interim Period, as follows:

| Name of Professional Individual | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate (including Changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Bradford J. Sandler | Partner 2010; Member of NJ & PA Bars since 1996; Member of DE Bar since 2001; Member of NY Bar since 2008 | $1,895.00 | 11.40 | $21,603.00 |
| | | $1,725.00 | 4.30 | $ 7,417.50 |
| | | $1,445.00 | 33.60 | $48,552.00 |
| | | $1,295.00 | 0.20 | $   259.00 |
| | | $1,050.00 | 43.70 | $45,885.00 |

| Name of Professional Individual | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate (including Changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Benjamin L. Wallen | Partner 2025; Member of TX Bar since 2016 | $1,075.00 | 0.30 | $ 322.50 |
| John A. Morris | Partner 2008; Member of NY Bar since 1991 | $1,245.00 $1,075.00 | 0.50 9.30 | $ 622.50 $ 9,997.50 |
| Jason H. Rosell | Partner 2020; Member of CA Bar since 2010; Member of NY Bar since 2011 | $ 945.00 $ 845.00 $ 725.00 | 1.60 0.20 7.10 | $ 1,512.00 $ 169.00 $ 5,147.50 |
| Jeffrey W. Dulburg | Partner 2004; Member of CA Bar since 1995 | $1,145.00 $ 895.00 | 0.30 2.00 | $ 343.50 $ 1,790.00 |
| Kenneth H. Brown | Partner 2001; Member of CA Bar since 1981 | $ 995.00 | 0.50 | $ 497.50 |
| Maxim B. Litvak | Partner 2004; Member of TX Bar since 1997; Member of CA Bar since 2001 | $1,125.00 $ 950.00 | 0.20 7.90 | $ 225.00 $ 7,505.00 |
| Shirley S. Cho | Partner 2019; Member of CA Bar since 1997; Member of NY Bar since 2002 | $1,145.00 $ 925.00 | 0.40 0.20 | $ 458.00 $ 185.00 |
| Steven W. Golden | Partner 2023; Member NY and MD Bars 2015; Member TX Bar 2016 | $ 625.00 | 9.70 | $ 6,062.50 |
| Beth E. Levine | Of Counsel 2002; Member of NY Bar since 1992 | $1,350.00 $ 950.00 $ 825.00 | 5.10 1.60 20.50 | $ 6,885.00 $ 1,520.00 $16,912.50 |
| Colin R. Robinson | Of Counsel 2012; Member of NJ & PA Bars since 2001; Member of DE Bar since 2010 | $1,195.00 $ 825.00 | 3.00 7.80 | $ 3,585.00 $ 6,435.00 |
| Erin E. Gray | Of Counsel 1997; Member of CA Bar since 1992; Member of SC Bar since 2018 | $1,295.00 $ 825.00 | 3.60 2.80 | $ 4,662.00 $2,310.00 |
| Gillian N. Brown | Of Counsel 2016; Member of CA Bar since 1999; Member of DC Bar since 2008; Member of NY Bar since 2010 | $ 850.00 | 0.10 | $ 85.00 |
| Jonathan J. Kim | Of Counsel 1999; Member of CA Bar since 1995 | $ 995.00 | 10.70 | $10,646.50 |
| Jeffrey P. Nolan | Of Counsel 2001; Member of CA Bar since 1992 | $1,250.00 | 0.20 | $ 250.00 |

| Name of Professional Individual | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate (including Changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Peter J. Keane | Of Counsel 2018; Member of PA Bar since 2008; Member of DE &NH Bars since 2010 | $1,295.00 | 23.80 | $30,821.00 |
| | | $1,150.00 | 13.60 | $15,640.00 |
| | | $ 925.00 | 0.10 | $ 92.50 |
| | | $ 845.00 | 0.60 | $ 507.00 |
| | | $ 750.00 | 7.50 | $ 5,625.00 |
| Richard J. Gruber | Of Counsel 2008; Member of CA Bar since 1982 | $1,275.00 | 1.20 | $ 1,530.00 |
| William L. Ramseyer | Of Counsel 1989; Member of CA Bar since 1980 | $1,075.00 | 1.30 | $ 1,397.50 |
| | | $ 850.00 | 10.40 | $ 8,840.00 |
| Cheryl A. Knotts | Paralegal | $ 575.00 | 0.50 | $ 287.50 |
| | | $ 545.00 | 6.00 | $ 3,270.00 |
| | | $ 395.00 | 0.30 | $ 118.50 |
| Karina K. Yee | Paralegal | $ 625.00 | 2.50 | $ 1,562.50 |
| Elizabeth C. Thomas | Paralegal | $ 425.00 | 0.10 | $ 42.50 |
| Melissa N. Flores | Paralegal | $ 625.00 | 0.30 | $ 187.50 |
| | | $ 595.00 | 1.10 | $ 654.50 |
| Nancy Lockwood | Paralegal | $ 460.00 | 18.30 | $ 8,418.00 |
| Patricia E. Cuniff | Paralegal | $ 625.00 | 26.30 | $16,437.50 |
| | | $ 595.00 | 8.90 | $ 5,295.50 |
| | | $ 460.00 | 0.50 | $ 230.00 |
| | | $ 425.00 | 67.60 | $28,730.00 |
| Patricia J. Jeffries | Paralegal | $ 460.00 | 0.40 | $ 184.00 |
| Virginia L. Downing | Paralegal | $ 395.00 | 1.70 | $ 671.50 |
| | | $ 150.00 | 0.30 | $ 45.00 |
| Yves P. Derac | Paralegal | $ 595.00 | 1.80 | $ 1,071.00 |
| Leslie A. Forrester | Library | $ 475.00 | 0.30 | $ 142.50 |
| | | $ 450.00 | 2.50 | $ 1,125.00 |
| Andrea R. Paul | Case Management Assistant | $ 495.00 | 0.90 | $ 445.50 |
| | | $ 475.00 | 0.40 | $ 190.00 |
| | | $ 375.00 | 0.50 | $ 187.50 |
| | | $ 350.00 | 8.90 | $ 3,115.00 |
| Charles J. Bouzoukis | Case Management Assistant | $ 495.00 | 1.00 | $ 495.00 |
| | | $ 350.00 | 0.40 | $ 140.00 |
| Beatrice M. Koveleski | File Room | $ 375.00 | 0.30 | $ 112.50 |
| | | $ 350.00 | 27.50 | $ 9,625.00 |
| Karen S. Neil | File Room | $ 350.00 | 11.40 | $ 3,990.00 |
| Sheryle L. Pitman | File Room | $ 350.00 | 125.80 | $44,030.00 |

| Name of Professional Individual | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate (including Changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Melisa DesJardien | Accounting/Admin | $  395.00 | 0.90 | $   355.50 |
| Audrey L. Heckel | Law Clerk | $  495.00 | 3.50 | $ 1,732.50 |

**Grand Total:**    **$409,189.50**
**Total Hours:**       **568.20**
**Blended Rate:**    **$720.15**

34.    The nature of work performed by these persons is fully set forth in Exhibit A attached hereto.  These are PSZ&J's normal hourly rates for work of this character.  The reasonable value of the services rendered by PSZ&J for the Chapter 7 Trustee during the Interim Period is $409,189.50.

35.    In accordance with the factors enumerated in section 330 of the Bankruptcy Code, it is respectfully submitted that the amount requested by PSZ&J is fair and reasonable given (a) the complexity of the case, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under the Bankruptcy Code.  Moreover, PSZ&J has reviewed the requirements of Del. Bankr. LR 2016-2 and believes that this Application complies with such Rule.

WHEREFORE, PSZ&J respectfully requests that, for the period November 1, 2024 through July 31, 2025, an interim allowance be made to PSZ&J for compensation in the amount of $409,189.50 and actual and necessary expenses in the amount of $37,841.17 for a

total allowance of $447,030.67; that payment of such allowed amounts be authorized on an

interim basis; and for such other and further relief as this Court may deem just and proper.

Dated:  December 16, 2025          PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Peter J. Keane*

Bradford J. Sandler (DE Bar No. 4142)
Peter J. Keane (DE Bar No. 5503)
919 N. Market Street, 17th Floor
Wilmington, DE 19801
Telephone:  (302) 652-4100
Facsimile:   (302) 652-4400
Email:   bsandler@pszjlaw.com
              pkeane@pszjlaw.com

*Counsel to Alfred T. Giuliano, Chapter 7 Trustee*

## CERTIFICATION

Peter J. Keane certifies the following:

a)       I am an attorney with the applicant law firm Pachulski Stang Ziehl &

Jones LLP, and have been admitted to appear before this Court.

b)       I am familiar with the legal services rendered by Pachulski Stang Ziehl &

Jones LLP as counsel to the Chapter 7 Trustee.

c)       I have reviewed the foregoing Application and the facts set forth therein

are true and correct to the best of my knowledge, information and belief.  Moreover, I have

reviewed Del. Bankr. LR 2016-2, and submit that the Application substantially complies with

such rule.

Dated: December 16, 2025

/s/ Peter J. Keane

Peter J. Keane