# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ART VAN FURNITURE, LLC., *et al.*,[1]<br><br>                Debtors. | Chapter 7<br><br>Case No. 20-10553 (CTG)<br><br>Jointly Administered |
| TODD STEWART and JENNIFER SAWLE on behalf of themselves and all others similarly situated,<br><br>                Plaintiff,<br><br>      v.<br><br>ART VAN FURNITURE, LLC, et al.,<br><br>                Defendants. | Adv. Proc. No. 20-50548 (CTG) |

**NOTICE OF AGENDA FOR HEARING SCHEDULED ON FEBRUARY 12, 2026 AT 10:00 A.M. (PREVAILING EASTERN TIME), BEFORE THE HONORABLE CRAIG T. GOLDBLATT AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, LOCATED AT 824 NORTH MARKET STREET, <u>3RD FLOOR, COURTROOM NO. 7, WILMINGTON, DELAWARE 19801</u>**

**THIS HEARING HAS BEEN CANCELLED BY THE COURT AS NO MATTERS ARE SCHEDULED TO GO FORWARD.**

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number, include: Art Van Furniture, LLC (9205); AVF Holding Company, Inc. (0291); AVCE, LLC (2509); AVF Holdings I, LLC (2537); AVF Holdings II, LLC (7472); AVF Parent, LLC (3451); Levin Parent, LLC (8052); Art Van Furniture of Canada, LLC (9491); AV Pure Sleep Franchising, LLC (8968); AVF Franchising, LLC (6325); LF Trucking, Inc. (1484); Sam Levin, Inc. (5198); and Comfort Mattress LLC (4463).

**ADJOURNED MATTER:**

1.  *[Todd Steward and Jennifer Sawle v. Art Van Furniture, LLC - Adv. Case No. 20-50548]* Plaintiffs' Motion for Class Certification and Related Relief [Filed: 11/14/21] ([Docket No. 47](#))

    Responses Received:

    A.  Chapter 7 Trustee's Opposition to Plaintiffs' Motion for Class Certification and Cross Motion to Stay Consideration [Filed: 12/6/21] ([Docket No. 51](#))

    Replies Received:

    A.  Plaintiffs' Reply in Further Support of Motion for Class Certification [Filed: 12/20/21] ([Docket No. 53](#))

    Related Documents:

    A.  Plaintiffs' Request for Oral Argument on Plaintiffs' Motion for Class Certification and Related Relief [Filed: 12/27/21] ([Docket No. 54](#))

    B.  Notice of Completion of Briefing on Plaintiffs' Motion for Class Certification and Related Relief [Filed: 12/27/21] ([Docket No. 55](#))

    C.  Request for Oral Argument on Chapter 7 Trustee's Motion for Summary Judgment [Filed: 12/27/25] ([Docket No. 56](#))

    D.  [Signed] Order [Filed: 3/21/25] ([Docket No. 64](#))

    E.  [Signed] Order (District Court) [Filed: 12/13/22] ([Docket No. 77](#))

    F.  [Signed] Order(Third Circuit) [Filed: 6/5/25] ([Docket No. 78](#))

    G.  [Signed] Amended Pre-Trial Scheduling Order [Filed: 8/4/25] ([Docket No. 82](#))

    H.  Notice of Rescheduled Hearing Regarding Plaintiffs' Motion for Class Certification and Related Relief [Filed: 9/4/25] ([Docket No. 85](#))

    I.  Notice of Rescheduled Hearing Regarding Plaintiffs' Motion for Class Certification and Related Relief [Filed: 10/20/25] ([Docket No. 86](#))

    J.  Notice of Rescheduled Hearing Regarding Plaintiffs' Motion for Class Certification and Related Relief [Filed: 12/1/25] ([Docket No. 87](#))

    Status: This matter is adjourned until March 10, 2026, at 3:00 p.m. (ET).

| | |
|---|---|
| Dated: February 10, 2026 | PACHULSKI STANG ZIEHL & JONES LLP |
| | */s/ Peter J. Keane* |
| | Bradford J. Sandler (DE Bar No. 4142) |
| | Peter J. Keane (DE Bar No. 5503) |
| | 919 North Market Street, 17th Floor |
| | P.O. Box 8705 |
| | Wilmington, DE  19899 (Courier 19801) |
| | Telephone: 302-652-4100 |
| | Facsimile:  302-652-4400 |
| | E-mail:  bsandler@pszjlaw.com |
| |           pkeane@pszjlaw.com |

*Counsel to Alfred T. Giuliano, Chapter 7 Trustee*