IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>START MAN FURNITURE, LLC, et al. (f/k/a Art Van Furniture, LLC),<br><br>                Debtors. | Chapter 7<br><br>Case No. 20-10553 (CTG)<br><br>(Jointly Administered) |

**ORDER SCHEDULING OMNIBUS HEARING DATE**

IT IS HEREBY ORDERED that the following omnibus hearing date has been scheduled in the above-captioned matter:

**DATE**                                          **TIME**

April 6, 2026                                  10:00 a.m. Eastern Time

*(signature)*

**Dated: March 5th, 2026**
**Wilmington, Delaware**

**CRAIG T. GOLDBLATT**
**UNITED STATES BANKRUPTCY JUDGE**

4924-0798-6836.1 05233.003