# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| START MAN FURNITURE, LLC, et al. (f/k/a Art Van Furniture, LLC),[1] | Case No. 20-10553 (CTG) |
| Debtors. | Jointly Administered |

## CERTIFICATE OF SERVICE

I, Peter J. Keane, hereby certify that on the March 13, 2026, I caused a copy of the following document(s) to be served on the individuals on the attached service list(s) in the manner indicated:

**NOTICE OF MOTION OF ALFRED T. GIULIANO, CHAPTER 7 TRUSTEE, TO APPROVE SETTLEMENT AGREEMENT BETWEEN ALFRED T. GIULIANO, CHAPTER 7 TRUSTEE, AND RETAIL MANAGEMENT PARTNERS, INC., AMIR MIRESKANDARI AND PRESTON YARNS; AND**

**MOTION OF ALFRED T. GIULIANO, CHAPTER 7 TRUSTEE, TO APPROVE SETTLEMENT AGREEMENT BETWEEN ALFRED T. GIULIANO, CHAPTER 7 TRUSTEE, AND RETAIL MANAGEMENT PARTNERS, INC., AMIR MIRESKANDARI AND PRESTON YARNS.**

*/s/ Peter J. Keane*
Peter J. Keane (DE Bar No. 5503)

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, include: Start Man Furniture, LLC (f/k/a Art Van Furniture, LLC) (9205); SVF Holding Company, Inc. (f/k/a AVF Holding Company, Inc.) (0291); SVCE, LLC (f/k/a AVCE, LLC) (2509); StartVF Holdings I, LLC (f/k/a AVF Holdings I, LLC) (2537); StartVF Holdings II, LLC (f/k/a AVF Holdings II, LLC) (7472); SVF Parent, LLC (f/k/a AVF Parent, LLC) (3451); Levin Parent, LLC (8052); Start Man Furniture of Canada, LLC (f/k/a Art Van Furniture of Canada, LLC) (9491); SV Sleep Franchising, LLC (f/k/a AV Pure Sleep Franchising, LLC) (8968); SVF Franchising, LLC (f/k/a AVF Franchising, LLC) (6325); LF Trucking, Inc. (1484); Sam Levin, Inc. (5198); and Comfort Mattress LLC (4463).

Art Van - RMP Parties 9019 Motion Service List
Document No.4930-3948-2007
01 – Electronic Mail


***ELECTRONIC MAIL***
*(Counsel to the RMP Parties)*
Johnie Patterson, Esq.
Walker & Patterson, P.C.
P.O. Box 61301
Houston, TX  77208
Email:  jjp@walkerandpatterson.com

Art Van Furniture LLC
NEW 2002 Email/FCM Service List
Case No.  20-10553
Document No.  232371.1
02 – First Class Mail
51 – Electronic Mail (Email)

(Counsel to the Chapter 7 Trustee)
Bradford J. Sandler, Esq.
Peter J. Keane, Esq.
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
Wilmington, DE  19801
**Email:  bsandler@pszjlaw.com;
pkeane@pszjlaw.com**

**FIRST CLASS MAIL**
Internal Revenue Service
Centralized Insolvency Operation
2970 Market St
Philadelphia, PA 19104

**FIRST CLASS MAIL**
ACAR Leasing Ltd.
d/b/a GM Financial Leasing
PO Box 183853
Arlington, TX 76096

**EMAIL**
(Proposed Counsel to the Debtors and
Debtors in Possession)
Michael J. Barrie, Esq.
Jennifer Hoover, Esq.
Kevin Capuzzi, Esq.
John C. Gentile, Esq.
Benesch, Friedlander, Coplan & Aronoff
LLP
222 Delaware Avenue, Suite 801
Wilmington, DE 19801
**Email:  mbarrie@beneschlaw.com;
jhoover@beneschlaw.com;
kcapuzzi@beneschlaw.com;
jgentile@beneschlaw.com**

**ELECTRONIC MAIL**
(Counsel to Gary A. Van Elslander, as
trustee of the Archie A. Van Elslander Trust
and the Archie A. Van Elslander Trust)
Ralph E. McDowell, Esq.
Bodman PLC
1901 St. Antoine Street
6th Floor at Ford Field
Detroit, MI 48226
**Email:  rmcdowell@bodmanlaw.com**

**ELECTRONIC MAIL**
(Counsel to Wells Fargo Bank, NA,
Prepetition ABL Agent)
Cory Falgowski, Esq.
Burr & Forman, LLP
1201 N. Market Street, Suite 1407
Wilmington, DE  19801
**Email:  jfalgowski@burr.com**

**ELECTRONIC MAIL**
(Counsel to Synchrony Bank)
Rachel H. Herd, Esq.
Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104
**Email:  hughmccullough@dwt.com;
rachelherd@dwt.com**

**ELECTRONIC MAIL**
Delaware Attorney General
Carvel State Office Building
820 N French Street
Wilmington, DE 19801
**Email:  attorney.general@state.de.us**

**ELECTRONIC MAIL**
Delaware Dept of Justice
Attn:  Bankruptcy Dept
820 N French St., 6th Fl
Wilmington, DE  19801
**Email:  attorney.general@state.de.us**

4911-9721-1030.1 05233.002

**ELECTRONIC MAIL**
Delaware Secretary of State
Franchise Tax
401 Federal Street
PO Box 898
Dover, DE 19903
**Email:  dosdoc_bankruptcy@state.de.us**

**ELECTRONIC MAIL**
Delaware State Treasury
820 Silver Lake Blvd., Suite 100
Dover, DE  19904
**Email:  statetreasurer@state.de.us**

**ELECTRONIC MAIL**
(Counsel to Hilco Trading Trading, LLC)
HGB AVF Lending, LLC
c/o Hilco Trading, LLC
Eric Kaup
5 Revere Dr., Suite 206
Northbrook, IL 60062
**Email:  ekaup@hilcoglobal.com**

**ELECTRONIC MAIL**
Internal Revenue Service
Attn: Susanne Larson
31 Hopkins Plz Rm 1150
Baltimore, MD 21201
**Email:  SBSE.Insolvency.Balt@irs.gov**

**ELECTRONIC MAIL**
(Counsel to Flexsteel Industries, Inc.)
Jason W. Bank, Esq.
Kerr, Russell and Weber, PLC
500 Woodward Avenue, Suite 2500
Detroit, MI 48226
**Email:  jbank@kerr-russell.com**

**ELECTRONIC MAIL**
(Counsel to Virtus Group, L.P., Prepetition
Term Loan Agent)
Todd Holleman , Esq.
King & Spalding LLP
1185 Avenue of the Americas
New York, NY 10036
**Email:  THolleman@kslaw.com**

**ELECTRONIC MAIL**
(Counsel to Taubman Landlords)
Susan E. Kaufman, Esq.
Law Office of Susan E. Kaufman, LLC
919 N. Market Street, Suite 460
Wilmington, DE 19801
**Email:  skaufman@skaufmanlaw.com**

**ELECTRONIC MAIL**
(Counsel to Wells Fargo Bank, NA,
Prepetition ABL Agent)
Jennifer Feldsher, Esq.
Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, NY 10179-0060
**Email:
jennifer.feldsher@morganlewis.com**

**ELECTRONIC MAIL**
(Counsel to Wells Fargo Bank, NA,
Prepetition ABL Agent)
Marjorie Crider, Esq.
Christopher Carter, Esq.
Morgan, Lewis & Bockius LLP
One Federal Street
Boston, MA 02110-1726
**Email:
marjorie.crider@morganlewis.com;
christopher.carter@morganlewis.com**

**ELECTRONIC MAIL**
(Counsel to Synchrony Bank)
Carl N. Kunz, III, Esq.
Morris James LLP
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899-2306
**Email:  ckunz@morrisjames.com**

**ELECTRONIC MAIL**
(Co-Counsel to Consultant)
Douglas D. Herrmann, Esq.
Evelyn Meltzer, Esq.
Troutman Pepper Hamilton SA
Hercules Plaza, Suite 5100
1313 N. Market Street
Wilmington, DE 19899-1709
**Email:
douglas.herrmann@troutman.com;
evelyn.meltzer@troutman.com**

**ELECTRONIC MAIL**
(Counsel to Hilco Merchant Resources, LLC, et al.)
Steven Fox, Esq.
Riemer & Braunstein LLP)
Times Square Tower
Seven Times Square, Suite 2506
New York, NY 10036
**Email:  sfox@riemerlaw.com**

**ELECTRONIC MAIL**
(Counsel to Serta Simmons Bedding, LLC)
Beth E. Rogers, Esq.
James F. F. Carroll, Esq.
Rogers Law Offices
100 Peachtree Street, Suite 1950
Atlanta, GA 30303
**Email:  brogers@berlawoffice.com;
jcarroll@berlawoffice.com**

**ELECTRONIC MAIL**
Securities & Exchange Commission
G Jeffrey Boujoukos, Regional Director
1617 JFK Boulevard, Ste 520
Philadelphia, PA 19103
**Email:  philadelphia@sec.gov**

**ELECTRONIC MAIL**
Securities & Exchange Commission
Secretary of the Treasury
100 F St. NE
Washington, DC 20549
**Email:  SECBankruptcy-OGC-
ADO@SEC.GOV**

**ELECTRONIC MAIL**
Securities & Exchange Commission NY
Office
Andrew Calamari, Regional Director
Brookfield Place
200 Vesey St, Ste 400
New York, NY 10281-1022
**Email:  bankruptcynoticeschr@sec.gov**

**EMAIL**
(Counsel to the Taubman Landlords)
The Taubman Company
Mona Jabr, Esq.
200 East Long Lake Road, Suite 300
Bloomfield Hills, MI 48304
**Email:  mjabr@taubman.com**

**ELECTRONIC MAIL**
US Attorney for Delaware
David C. Weiss, Esq.
Hercules Building
1313 N. Market Street
Wilmington, DE 19899-2046
**Email:  usade.ecfbankruptcy@usdoj.gov**

**ELECTRONIC MAIL**
(Prepetition Term Loan Agent)
Virtus Group, L.P.
Karen Beard, Admin
3300 N Interstate 35, Suite 350
Austin, TX 78705
**Email:  karen@virtusgrp.com**

**ELECTRONIC MAIL**
(Top 30 Creditor)
New Classic Furniture
Michele McPherson
7351 McGuire Blvd.
Fontana, CA 92336
**Email:
michele@newclassicfurniture.com**

**ELECTRONIC MAIL**
(Counsel to Oracle America, Inc.)
Shawn M. Christianson, Esq.
Buchalter, A Professional Corporation
425 Market Street, Suite 2900
San Francisco, CA  94105
**Email:  schristianson@buchalter.com**

**ELECTRONIC MAIL**
Chapter 7 Trustee
Alfred T. Giuliano, Esq.
Giuliano Miller & Co., LLC
2301 E. Evesham Road
Pavillion 800, Suite 210
Voorhees, NJ 08043
**Email:  atgiuliano@giulianomiller.com**

**ELECTRONIC MAIL**
Benjamin A. Hackman, Esq.
Office of the United States Trustee
844 King Street, Suite 2207
Wilmington, DE  19801
**Email: benjamin.a.hackman@usdoj.gov**

**ELECTRONIC MAIL**
(Counsel to Cole AV Portfolio I, LLC;
VEREIT Real Estate, Inc.)
VEREIT Real Estate, L.P.
c/o Lisa M. Peters
KUTAK ROCK LLP
1650 Farnam Street
Omaha, NE 68102
**Email  lisa.peters@kutakrock.com**

**ELECTRONIC MAIL**
Bernhardt Furniture Company
Attn:  Emily Hudson
P.O. Box 740
1839 Morganton Blvd., SW
Lenoir, NC  28645-0740
**Email:  emilyhudson@bernhardt.com**

**ELECTRONIC MAIL**
National Labor Relations Board
Nancy Wilson, Regional Director
1000 Liberty Avenue, Room 904
Pittsburgh, PA  15222
**Email:  Nancy.wilson@nlrb.gov**

**ELECTRONIC MAIL**
(Counsel to Signal USA, LLC)
John D. Stoddard, Esq.
Simon PLC Attorneys & Counselors
37000 Woodward A venue, Suite 250
Bloomfield Hills, MI 48304
**Email:  jstoddard@simonattys.com**

**ELECTRONIC MAIL**
(Counsel to La-Z-Boy Incorporated)
Anthony Saccullo, Esq.
A.M. Saccullo Legal, LLC
27 Crimson King Drive
Bear, DE  19701
**Email:  ams@saccullolegal.com**

**ELECTRONIC MAIL**
(Counsel to ACE American Insurance Company,
ACE Property and Casualty Insurance
Company, Insurance Company of North
America, Westchester Surplus Lines Insurance
Company, Fedet•al Insurance Company and
Great Northern Insurance Company
(collectively, and together with each of their
U.S.-based affiliates and successors, the "Chubb
Companies")
Drew S. McGehrin, Esq.
Duane Morris LLP
1201 N. Market Street, Suite 501
Wilmington, DE  19801
**Email: dsmcgehrin@duanemorris.com**

**ELECTRONIC MAIL**
(Counsel to PNC Bank, National Association
and PNC Merchant Services Company)
Geoffrey G. Grivner, Esquire
James D. Newell, Esquire
Buchanan Ingersoll &Rooney PC
500 Delaware Avenue
Suite 720
Wilmington, DE  19801-7407
**Email:  Geoffrey.grivner@bipc.com;
james.newell@bipc.com**

**ELECTRONIC MAIL**
(Counsel to Michael L. Hubbard II, Samalex
Trust and Signal USA LLC)
Adam Hiller, Esquire
Hiller Law, LLC
300 Delaware Avenue
Suite 210, #227
Wilmington, DE  19801
**Email:  ahiller@adamhillerlaw.com**

**ELECTRONIC MAIL**
(Counsel to E-B Display Company, Inc.)
"J" Jackson Shrum, Esquire
Jack Shrum, PA
919 N. Market Street, Suite 1410
Wilmington, DE  19801
**Email:  jshrum@jshrumlaw.com**

**ELECTRONIC MAIL**
(Counsel on behalf of Paul Property
Management)
Jordan S. Blask, Esq.
Frost Brown Todd LLC
501 Grant Street, Suite 800
Pittsburgh, PA 15219
**Email:  jblask@fbtlaw.com**