**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| START MAN FURNITURE, LLC, et al. (f/k/a Art Van Furniture, LLC),[1] | Case No. 20-10553 (CTG) |
| Debtors. | Jointly Administered |
| | **Re: Docket No. 1744** |

<u>**Auction Date:**</u> **April 2, 2026 at 10:00 a.m. (ET) (via Zoom videoconference)**

**NOTICE OF AUCTION DATE IN CONNECTION WITH MOTION OF ALFRED T. GIULIANO, CHAPTER 7 TRUSTEE, FOR ORDER APPROVING SALE OF RIGHTS IN VISA/MASTERCARD CLASS ACTION INTERCHANGE LITIGATION FREE AND CLEAR OF LIENS, CLAIMS, INTERESTS, AND ENCUMBRANCES PURSUANT TO 11 U.S.C. §§ 105 AND 363 AND RELATED RELIEF**

**PLEASE TAKE NOTICE** that on March 10, 2026, Alfred T. Giuliano, the chapter 7 trustee ("<u>Trustee</u>") for the estates of the above-captioned debtors (collectively, "<u>Debtors</u>"), filed the *Motion of Alfred T. Giuliano, Chapter 7 Trustee, for Order Approving Sale of Rights in Visa/Mastercard Class Action Interchange Litigation Free and Clear of Liens, Claims, Interests, and Encumbrances Pursuant to 11 U.S.C. §§ 105 and 363 and Related Relief* (the "<u>Motion</u>") [Docket No. 1744] with the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "<u>Court</u>").

**PLEASE TAKE FURTHER NOTICE** that the Motion seeks approval of the Trustee's entry into an asset purchase agreement with Optium Fund 6 for the sale of the rights of the Debtors' estates in the Class Action Interchange Litigation (as defined in the Motion) (or the

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, include: Start Man Furniture, LLC (f/k/a Art Van Furniture, LLC) (9205); SVF Holding Company, Inc. (f/k/a AVF Holding Company, Inc.) (0291); SVCE, LLC (f/k/a AVCE, LLC) (2509); StartVF Holdings I, LLC (f/k/a AVF Holdings I, LLC) (2537); StartVF Holdings II, LLC (f/k/a AVF Holdings II, LLC) (7472); SVF Parent, LLC (f/k/a AVF Parent, LLC) (3451); Levin Parent, LLC (8052); Start Man Furniture of Canada, LLC (f/k/a Art Van Furniture of Canada, LLC) (9491); SV Sleep Franchising, LLC (f/k/a AV Pure Sleep Franchising, LLC) (8968); SVF Franchising, LLC (f/k/a AVF Franchising, LLC) (6325); LF Trucking, Inc. (1484); Sam Levin, Inc. (5198); and Comfort Mattress LLC (4463).

"Asset"), subject to the Bidding Procedures[2] set forth in paragraph 36 of the Motion.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the proposed Bidding Procedures, in the event that the Trustee receives Qualified Bids that meet the criteria in the Bidding Procedures on or before the March 24, 2026 at 4:00 p.m. (ET) Response Deadline, the Trustee shall file with the Court a notice that indicates the identity of all Competing Bidders and the amount of their respective Qualified Bids.

**PLEASE TAKE FURTHER NOTICE** that below is a chart identifying each bidder and the purchase amount of their respective Qualified Bids for the Asset:

| Bidder | Bid Amount for Asset |
| --- | --- |
| Optium Fund 6 | $850,000.00 |
| SLFAQ, LLC | $950,000.00 |

**PLEASE TAKE FURTHER NOTICE** that, given the Competing Bids identified above, an auction of the Asset will be held via Zoom teleconference, on **April 2, 2026 at 10:00 a.m. (ET)**.  The Trustee will distribute a Zoom dial-in to the Competing Bidders.  At the Auction, Trustee will accept subsequent overbids for the Asset in additional increments of $100,000, and the Auction will proceed until a winning bidder is selected.

**PLEASE TAKE FURTHER NOTICE** that, following the Auction, the Trustee intends to seek approval of the winning bidder as the purchaser for the Asset at the scheduled hearing on the Motion on **April 6, 2026, at 10:00 a.m. (ET)** (the "Hearing").  The Trustee reserves the right to reschedule or adjourn the Hearing in his sole discretion.

---

[2] Capitalized terms not defined herein shall have the meaning ascribed in the Motion.

Dated: March 30, 2026 PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Peter J. Keane*

 Bradford J. Sandler (DE Bar No. 4142)
 Peter J. Keane (DE Bar No. 5503)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899 (Courier 19801)
Telephone: 302-652-4100
Facsimile:  302-652-4400
E-mail:  bsandler@pszjlaw.com
             pkeane@pszjlaw.com

*Counsel to Alfred T. Giuliano, Chapter 7 Trustee*

DE:4897-8838-4924.1 05233.003                3