**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| START MAN FURNITURE, LLC, et al. (f/k/a Art Van Furniture, LLC), | Case No. 20-10553 (CTG) |
| | (Jointly Administered) |
| Debtors. | |

**ORDER SCHEDULING OMNIBUS HEARING DATE**

IT IS HEREBY ORDERED that the following omnibus hearing date has been scheduled in the above-captioned matter:

| **DATE** | **TIME** |
|---|---|
| May 12, 2026 | 10:00 a.m. Eastern Time |

_Craig Goldblatt_

Dated: April 1st, 2026
Wilmington, Delaware

**CRAIG T. GOLDBLATT
UNITED STATES BANKRUPTCY JUDGE**

4924-3655-0045.1 05233.003