**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re:<br><br>START MAN FURNITURE, LLC, et al. (f/k/a Art Van Furniture, LLC),[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 20-10553 (CTG)<br><br>(Jointly Administered)<br><br>**Re: Docket No. 1744** |

**CERTIFICATION OF COUNSEL REGARDING REVISED ORDER (I) APPROVING ASSET PURCHASE AGREEMENT AND AUTHORIZING THE SALE OF RIGHTS IN VISA/MASTERCARD CLASS ACTION INTERCHANGE LITIGATION; (II) AUTHORIZING THE SALE OF ASSET FREE AND CLEAR OF ALL LIENS, CLAIMS, RIGHTS, ENCUMBRANCES AND OTHER INTERESTS PURSUANT TO BANKRUPTCY CODE SECTIONS 105, 363(b), 363(f) AND 363(m); (III) GRANTING RELATED RELIEF**

The undersigned hereby certifies the following:

1.      On March 10, 2026, Alfred T. Giuliano, chapter 7 trustee (the "Trustee") for the estates of the above-captioned debtors (collectively, the "Debtors") filed the *Motion of Alfred T. Giuliano, Chapter 7 Trustee, for Order Approving Sale of Rights in Visa/Mastercard Class Action Interchange Litigation Free and Clear of Liens, Claims, Interests, and Encumbrances Pursuant to 11 U.S.C. §§ 105 and 363 and Related Relief* [Docket No. 1744] (the "Motion").

2.      Pursuant to the notice of hearing, objections to the Motion were due no later than March 24, 2026, at 4:00 p.m. (prevailing Eastern Time) (the "Objection Deadline").

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, include: Start Man Furniture, LLC (f/k/a Art Van Furniture, LLC) (9205); SVF Holding Company, Inc. (f/k/a AVF Holding Company, Inc.) (0291); SVCE, LLC (f/k/a AVCE, LLC) (2509); StartVF Holdings I, LLC (f/k/a AVF Holdings I, LLC) (2537); StartVF Holdings II, LLC (f/k/a AVF Holdings II, LLC) (7472); SVF Parent, LLC (f/k/a AVF Parent, LLC) (3451); Levin Parent, LLC (8052); Start Man Furniture of Canada, LLC (f/k/a Art Van Furniture of Canada, LLC) (9491); SV Sleep Franchising, LLC (f/k/a AV Pure Sleep Franchising, LLC) (8968); SVF Franchising, LLC (f/k/a AVF Franchising, LLC) (6325); LF Trucking, Inc. (1484); Sam Levin, Inc. (5198); and Comfort Mattress LLC (4463).

3.       On March 27, 2026, the Trustee filed the *Notice of Bidders in Connection with Motion of Alfred T. Giuliano, Chapter 7 Trustee, for Order Approving Sale of Rights in Visa/Mastercard Class Action Interchange Litigation Free and Clear of Liens, Claims, Interests, and Encumbrances Pursuant to 11 U.S.C. §§ 105 and 363 and Related Relief* [Docket No. 1747].

4.       On March 30, 2026, the Trustee filed the *Notice of Auction Date in Connection with Motion of Alfred T. Giuliano, Chapter 7 Trustee, for Order Approving Sale of Rights in Visa/Mastercard Class Action Interchange Litigation Free and Clear of Liens, Claims, Interests, and Encumbrances Pursuant to 11 U.S.C. §§ 105 and 363 and Related Relief* [Docket No. 1748].

5.       On April 2, 2026, the Trustee conducted an auction and SLFAQ, LLC was declared the winning bidder for the Asset at a purchase price of $1,275,000.

6.       On April 3, 2026, the Trustee filed the *Declaration of Alfred T. Giuliano in Support of Motion of Alfred T. Giuliano, Chapter 7 Trustee, for Order Approving Sale of Rights in Visa/Mastercard Class Action Interchange Litigation Free and Clear of Liens, Claims, Interests, and Encumbrances Pursuant to 11 U.S.C. §§ 105 and 363 and Related Relief* [Docket No. 1754].

7.       The Trustee has prepared a revised sale order with respect to the sale of the Asset pursuant to the Motion (the "Revised Sale Order"), and a revised Asset Purchase Agreement (the "Revised APA") attached as Exhibit 1 to the Revised Sale Order.

8.       The Revised Sale Order and Revised APA have been approved by SLFAQ, LLC.

9.       Attached hereto as **Exhibit A** is the Revised Sale Order with Revised APA. Attached hereto as **Exhibit B** is a redline comparison of the original form of sale order and original APA attached to the Motion.

10.     The Trustee respectfully requests entry of the Revised Sale Order at the Court's convenience.


Dated:  April 3, 2026                    PACHULSKI STANG ZIEHL & JONES LLP

                                         */s/ Peter J. Keane*
                                         Bradford J. Sandler (DE Bar No. 4142)
                                         Peter J. Keane (DE Bar No. 5503)
                                         919 N. Market Street, 17th Floor
                                         P.O. Box 8705
                                         Wilmington, DE 19899 (Courier 19801)
                                         Telephone:  (302) 652-4100
                                         Facsimile:   (302) 652-4400
                                         Email:       bsandler@pszjlaw.com
                                                      pkeane@pszjlaw.com

                                         *Counsel to Alfred T. Giuliano, Chapter 7 Trustee*

4925-8329-8461.1 05233.003