## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>START MAN FURNITURE, LLC, et al. (f/k/a Art Van Furniture, LLC),[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 20-10553 (CTG)<br><br>Jointly Administered<br><br>**Re: Docket No. 1751** |
| TODD STEWART and JENNIFER SAWLE on behalf of themselves and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>START MAN FURNITURE, LLC, et al. (f/k/a Art Van Furniture, LLC),<br><br>Defendants. | Adv. Proc. No. 20-50548 (CTG)<br><br>**Re: Docket No. 92** |

**AMENDED[2] NOTICE OF AGENDA FOR HEARING SCHEDULED ON APRIL 6, 2026 AT 10:00 A.M. (PREVAILING EASTERN TIME), BEFORE THE HONORABLE CRAIG T. GOLDBLATT AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, LOCATED AT 824 NORTH MARKET STREET, 3RD FLOOR, COURTROOM NO. 7, WILMINGTON, DELAWARE 19801**

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, include: Start Man Furniture, LLC (f/k/a Art Van Furniture, LLC) (9205); SVF Holding Company, Inc. (f/k/a AVF Holding Company, Inc.) (0291); SVCE, LLC (f/k/a AVCE, LLC) (2509); StartVF Holdings I, LLC (f/k/a AVF Holdings I, LLC) (2537); StartVF Holdings II, LLC (f/k/a AVF Holdings II, LLC) (7472); SVF Parent, LLC (f/k/a AVF Parent, LLC) (3451); Levin Parent, LLC (8052); Start Man Furniture of Canada, LLC (f/k/a Art Van Furniture of Canada, LLC) (9491); SV Sleep Franchising, LLC (f/k/a AV Pure Sleep Franchising, LLC) (8968); SVF Franchising, LLC (f/k/a AVF Franchising, LLC) (6325); LF Trucking, Inc. (1484); Sam Levin, Inc. (5198); and Comfort Mattress LLC (4463).

[2] **Amended items are in bold.**

**This proceeding will be conducted in-person.  All counsel and witnesses are expected to attend unless permitted to appear remotely via Zoom.  Please refer to Judge Goldblatt's Chambers Procedures (https://www.deb.uscourts.gov/judge-craig-t-goldblatt) and the Court's website (http://www.deb.uscourts.gov/ecourt-appearances) for information on who may participate remotely, the method of allowed participation (video or audio), Judge Goldblatt's expectations of remote participants, and the advance registration requirements. Registration is required by 4:00 p.m. (Eastern time) the business day before the hearing unless otherwise noticed using the eCourtAppearances tool available on the Court's website.**

## ADJOURNED MATTER:

1.   *[Todd Steward and Jennifer Sawle v. Art Van Furniture, LLC - Adv. Case No. 20-50548]* Plaintiffs' Motion for Class Certification and Related Relief  [Filed: 11/14/21] (Docket No. 47)

Responses Received:

A.   Chapter 7 Trustee's Opposition to Plaintiffs' Motion for Class Certification and Cross Motion to Stay Consideration [Filed: 12/6/21] (Docket No. 51)

Replies Received:

A.   Plaintiffs' Reply in Further Support of Motion for Class Certification [Filed: 12/20/21] (Docket No. 53)

Related Documents:

A.   Plaintiffs' Request for Oral Argument on Plaintiffs' Motion for Class Certification and Related Relief [Filed: 12/27/21] (Docket No. 54)

B.   Notice of Completion of Briefing on Plaintiffs' Motion for Class Certification and Related Relief [Filed: 12/27/21] (Docket No. 55)

C.   Request for Oral Argument on Chapter 7 Trustee's Motion for Summary Judgment [Filed: 12/27/21] (Docket No. 56)

D.   [Signed] Order [Filed: 3/21/22] (Docket No. 64)

E.   [Signed] Order (District Court) [Filed: 12/13/22] (Docket No. 77)

F.   [Signed] Order(Third Circuit) [Filed: 6/5/25] (Docket No. 78)

G.   [Signed] Amended Pre-Trial Scheduling Order [Filed: 8/4/25] (Docket No. 82)

H.    Notice of Rescheduled Hearing Regarding Plaintiffs' Motion for Class Certification and Related Relief [Filed: 9/4/25] ([Docket No. 85](#))

I.    Notice of Rescheduled Hearing Regarding Plaintiffs' Motion for Class Certification and Related Relief [Filed: 10/20/25] ([Docket No. 86](#))

J.    Notice of Rescheduled Hearing Regarding Plaintiffs' Motion for Class Certification and Related Relief [Filed: 12/1/25] ([Docket No. 87](#))

Status: This matter is adjourned to the omnibus hearing date on May 12, 2026 at 10:00 a.m. (ET)

**RESOLVED MATTER:**

2.    Motion of Alfred T. Giuliano, Chapter 7 Trustee, to Approve Settlement Agreement Between Alfred T. Giuliano, Chapter 7 Trustee, and Retail Management Partners, Inc., Amir Mireskandari and Preston Yarns [Filed: 3/13/26] ([Docket No. 1746](#))

Response Deadline:  March 27, 2026, at 4:00 p.m. (ET)

Responses Received:  None as of the date of this Notice of Agenda.

Related Documents:

A.    [Proposed] Order Granting Motion of Alfred T. Giuliano, Chapter 7 Trustee, to Approve Settlement Agreement Between Alfred T. Giuliano, Chapter 7 Trustee, and Retail Management Partners, Inc., Amir Mireskandari and Preston Yarns [Filed: 3/13/26] ([Docket No. 1746, Exhibit A](#))

B.    Certification of No Objection Regarding Motion of Alfred T. Giuliano, Chapter 7 Trustee, to Approve Settlement Agreement Between Alfred T. Giuliano, Chapter 7 Trustee, and Retail Management Partners, Inc., Amir Mireskandari and Preston Yarns [Filed: 3/30/26] ([Docket No. 1749](#))

C.    Order Granting Motion of Alfred T. Giuliano, Chapter 7 Trustee, to Approve Settlement Agreement Between Alfred T. Giuliano, Chapter 7 Trustee, and Retail Management Partners, Inc., Amir Mireskandari and Preston Yarns [Filed: 4/1/26] ([Docket No. 1750](#))

Status:  An order has been entered on this matter.

**MATTER GOING FORWARD:**

3.    Motion of Alfred T. Giuliano, Chapter 7 Trustee, for Order Approving Sale of Rights in Visa/Mastercard Class Action Interchange Litigation Free and Clear of Liens, Claims, Interests, and Encumbrances Pursuant to 11 U.S.C. §§ 105 and 363 and Related Relief [Filed: 3/10/26] ([Docket No. 1744](#))

Response Deadline:  March 24, 2026, at 4:00 p.m. (ET)

Responses Received:  None as of the date of this Notice of Agenda.

Related Documents:

A.     [Proposed] Order (I) Approving Asset Purchase Agreement and Authorizing the Sale of Rights in Visa/Mastercard Class Action Interchange Litigation; (II) Authorizing the Sale of Asset Free and Clear of All Liens, Claims, Rights, Encumbrances and Other Interests Pursuant to Bankruptcy Code Sections 105, 363(b), 363(f) and 363(m); (III) Granting Related Relief [Filed: 3/10/26] (Docket No. 1744, Exhibit A)

B.     Notice of Bidders in Connection with Motion of Alfred T. Giuliano, Chapter 7 Trustee, for Order Approving Sale of Rights in Visa/Mastercard Class Action Interchange Litigation Free and Clear of Liens, Claims, Interests, and Encumbrances Pursuant to 11 U.S.C. §§ 105 and 363 and Related Relief [Filed: 3/27/26] (Docket No. 1747)

C.     Notice of Auction Date in Connection with Motion of Alfred T. Giuliano, Chapter 7 Trustee, for Order Approving Sale of Rights in Visa/Mastercard Class Action Interchange Litigation Free and Clear of Liens, Claims, Interests, and Encumbrances Pursuant to 11 U.S.C. §§ 105 and 363 and Related Relief [Filed: 3/30/26] (Docket No. 1748)

**D.     Declaration of Alfred T. Giuliano in Support of Motion of Alfred T. Giuliano, Chapter 7 Trustee, for Order Approving Sale of Rights in Visa/Mastercard Class Action Interchange Litigation Free and Clear of Liens, Claims, Interests, and Encumbrances Pursuant to 11 U.S.C. §§ 105 and 363 and Related Relief [Filed: 4/3/26] (Docket No. 1754)**

**E.     Certification of Counsel Regarding Revised Order (I) Approving Asset Purchase Agreement and Authorizing the Sale of Rights in Visa/Mastercard Class Action Interchange Litigation; (II) Authorizing the Sale of Asset Free and Clear of All Liens, Claims, Rights, and Encumbrances and Other Interests Pursuant to Bankruptcy Code Sections 105, 363(b), 363(f) and 363(m); and (III) Granting Related Relief [Filed: 4/3/26] (Docket No. 1755)**

Status:  **The Trustee has filed a declaration in support of the sale and a revised sale order and APA under certification of counsel.  The Trustee respectfully requests entry of the revised sale order at the Court's convenience.**

Dated: April 3, 2026                  PACHULSKI STANG ZIEHL & JONES LLP

                                      */s/ Peter J. Keane*
                                      Bradford J. Sandler (DE Bar No. 4142)
                                      Peter J. Keane (DE Bar No. 5503)
                                      919 North Market Street, 17th Floor
                                      P.O. Box 8705
                                      Wilmington, DE  19899 (Courier 19801)
                                      Telephone: 302-652-4100
                                      Facsimile:  302-652-4400
                                      E-mail:  bsandler@pszjlaw.com
                                                pkeane@pszjlaw.com

                                      *Counsel to Alfred T. Giuliano, Chapter 7 Trustee*

4924-0478-1979.3 05233.003                    5