**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| START MAN FURNITURE, LLC, et al. (f/k/a Art Van Furniture, LLC), | Case No. 20-10553 (CTG) |
| Debtors. | (Jointly Administered) |

**ORDER SCHEDULING OMNIBUS HEARING DATE**

IT IS HEREBY ORDERED that the following omnibus hearing date has been scheduled in the above-captioned matter:

**DATE**

June 16, 2026

**TIME**

10:00 a.m. Eastern Time

_Craig Goldblatt_

**CRAIG T. GOLDBLATT
UNITED STATES BANKRUPTCY JUDGE**

**Dated: May 11th, 2026
Wilmington, Delaware**

4912-8539-0762.1 05233.001