**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | Chapter 7 |
| START MAN FURNITURE, LLC, et al. (f/k/a Art Van Furniture, LLC),[1] | Case No. 20-10553 (CTG) |
|  | Jointly Administered |
| Debtors. |  |

**Objection Deadline: June 9, 2026 at 4:00 p.m. (ET)**
**Hearing Date: June 16, 2026, at 10:00 a.m. (ET)**

**NOTICE OF MOTION OF ALFRED T. GIULIANO, CHAPTER 7 TRUSTEE,
FOR ORDER APPROVING ALLOCATION OF
ADMINISTRATIVE EXPENSES FOR PROFESSIONAL FEES AMONG DEBTORS**

**PLEASE TAKE NOTICE** that on June 2, 2026, Alfred T. Giuliano, chapter 7 trustee (the "Trustee"), for the estates of the above-captioned debtors, filed the *Motion of Alfred T. Giuliano, Chapter 7 Trustee, for Order Approving Allocation of Administrative Expenses for Professional Fees Among Debtors* (the "Motion"), with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801 (the "Bankruptcy Court"). A copy of the Motion is attached hereto.

**PLEASE TAKE FURTHER NOTICE** that any response or objection to the relief sought in the Motion must be filed with the Bankruptcy Court on or before **June 9, 2026, at 4:00 p.m. prevailing Eastern Time**.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, include: Start Man Furniture, LLC (f/k/a Art Van Furniture, LLC) (9205); SVF Holding Company, Inc. (f/k/a AVF Holding Company, Inc.) (0291); SVCE, LLC (f/k/a AVCE, LLC) (2509); StartVF Holdings I, LLC (f/k/a AVF Holdings I, LLC) (2537); StartVF Holdings II, LLC (f/k/a AVF Holdings II, LLC) (7472); SVF Parent, LLC (f/k/a AVF Parent, LLC) (3451); Levin Parent, LLC (8052); Start Man Furniture of Canada, LLC (f/k/a Art Van Furniture of Canada, LLC) (9491); SV Sleep Franchising, LLC (f/k/a AV Pure Sleep Franchising, LLC) (8968); SVF Franchising, LLC (f/k/a AVF Franchising, LLC) (6325); LF Trucking, Inc. (1484); Sam Levin, Inc. (5198); and Comfort Mattress LLC (4463).

**PLEASE TAKE FURTHER NOTICE** that at the same time, you must also serve a copy of the response or objection upon: (i) counsel for the Trustee, (a) Pachulski Stang Ziehl & Jones LLP, 919 N. Market Street, 17th Floor, Wilmington, DE  19801 (Attn: Bradford J. Sandler, and Peter J. Keane) bsandler@pszjlaw.com, pkeane@pszjlaw.com; and (ii) the Office of the United States Trustee, Office of the United States Trustee, 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE  19801 (Attn: Benjamin A. Hackman) benjamin.a.hackman@usdoj.gov.

**PLEASE TAKE FURTHER NOTICE** THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

**PLEASE TAKE FURTHER NOTICE** THAT A HEARING TO CONSIDER THE RELIEF SOUGHT IN THE MOTION WILL BE HELD ON **JUNE 16, 2026, AT 10:00 A.M. PREVAILING EASTERN TIME** BEFORE THE HONORABLE CRAIG T. GOLDBLATT, UNITED STATES BANKRUPTCY JUDGE, AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, THIRD FLOOR, COURTROOM NO. 7, WILMINGTON, DELAWARE 19801.

DE:4899-4414-0155.6 05233.003

Dated: June 2, 2026                    PACHULSKI STANG ZIEHL & JONES LLP

                                       */s/ Peter J. Keane*
                                       Bradford J. Sandler (DE Bar No. 4142)
                                       Peter J. Keane (DE Bar No. 5503)
                                       919 N. Market Street, 17th Floor
                                       P.O. Box 8705
                                       Wilmington, DE 19899 (Courier 19801)
                                       Telephone:  (302) 652-4100
                                       Facsimile:   (302) 652-4400
                                       Email:     bsandler@pszjlaw.com
                                                  pkeane@pszjlaw.com

                                       *Counsel to Alfred T. Giuliano, Chapter 7 Trustee*

3

DE:4899-4414-0155.6 05233.003