# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>START MAN FURNITURE, LLC, et al. (f/k/a Art Van Furniture, LLC),[1]<br><br>          Debtors. | Chapter 7<br><br>Case No. 20-10553 (CTG)<br><br>Jointly Administered |
| TODD STEWART and JENNIFER SAWLE on behalf of themselves and all others similarly situated,<br><br>          Plaintiff,<br><br>     v.<br><br>START MAN FURNITURE, LLC, et al. (f/k/a Art Van Furniture, LLC),<br><br>          Defendants. | Adv. Proc. No. 20-50548 (CTG) |

**NOTICE OF AGENDA FOR HEARING SCHEDULED ON JUNE 16, 2026 AT 10:00 A.M. (PREVAILING EASTERN TIME), BEFORE THE HONORABLE CRAIG T. GOLDBLATT AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, LOCATED AT 824 NORTH MARKET STREET, 3RD FLOOR, COURTROOM NO. 7, WILMINGTON, DELAWARE 19801**

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, include: Start Man Furniture, LLC (f/k/a Art Van Furniture, LLC) (9205); SVF Holding Company, Inc. (f/k/a AVF Holding Company, Inc.) (0291); SVCE, LLC (f/k/a AVCE, LLC) (2509); StartVF Holdings I, LLC (f/k/a AVF Holdings I, LLC) (2537); StartVF Holdings II, LLC (f/k/a AVF Holdings II, LLC) (7472); SVF Parent, LLC (f/k/a AVF Parent, LLC) (3451); Levin Parent, LLC (8052); Start Man Furniture of Canada, LLC (f/k/a Art Van Furniture of Canada, LLC) (9491); SV Sleep Franchising, LLC (f/k/a AV Pure Sleep Franchising, LLC) (8968); SVF Franchising, LLC (f/k/a AVF Franchising, LLC) (6325); LF Trucking, Inc. (1484); Sam Levin, Inc. (5198); and Comfort Mattress LLC (4463).

**THIS HEARING HAS BEEN CANCELLED BY THE COURT
AS NO MATTERS ARE SCHEDULED TO GO FORWARD.**

**ADJOURNED MATTER:**

1.   *[Todd Steward and Jennifer Sawle v. Art Van Furniture, LLC - Adv. Case No. 20-50548]* Plaintiffs' Motion for Class Certification and Related Relief  [Filed: 11/14/21] (Docket No. 47)

Responses Received:

A.   Chapter 7 Trustee's Opposition to Plaintiffs' Motion for Class Certification and Cross Motion to Stay Consideration [Filed: 12/6/21] (Docket No. 51)

Replies Received:

A.   Plaintiffs' Reply in Further Support of Motion for Class Certification [Filed: 12/20/21] (Docket No. 53)

Related Documents:

A.   Plaintiffs' Request for Oral Argument on Plaintiffs' Motion for Class Certification and Related Relief [Filed: 12/27/21] (Docket No. 54)

B.   Notice of Completion of Briefing on Plaintiffs' Motion for Class Certification and Related Relief [Filed: 12/27/21] (Docket No. 55)

C.   Request for Oral Argument on Chapter 7 Trustee's Motion for Summary Judgment [Filed: 12/27/21] (Docket No. 56)

D.   [Signed] Order [Filed: 3/21/22] (Docket No. 64)

E.   [Signed] Order (District Court) [Filed: 12/13/22] (Docket No. 77)

F.   [Signed] Order(Third Circuit) [Filed: 6/5/25] (Docket No. 78)

G.   [Signed] Amended Pre-Trial Scheduling Order [Filed: 8/4/25] (Docket No. 82)

H.   Notice of Rescheduled Hearing Regarding Plaintiffs' Motion for Class Certification and Related Relief [Filed: 9/4/25] (Docket No. 85)

I.   Notice of Rescheduled Hearing Regarding Plaintiffs' Motion for Class Certification and Related Relief [Filed: 10/20/25] (Docket No. 86)

J.   Notice of Rescheduled Hearing Regarding Plaintiffs' Motion for Class Certification and Related Relief [Filed: 12/1/25] (Docket No. 87)

Status:  This matter is adjourned to the omnibus hearing on July 20, 2026 at 2:30 p.m. (ET).

**RESOLVED MATTERS:**

2.      Thirteenth Motion of Alfred T. Giuliano, Chapter 7 Trustee, for Order (A) Enlarging the Period Within Which the Chapter 7 Trustee May Remove Actions and (B) Granting Related Relief [Filed: 5/26/26] ([Docket No. 1762](#))

Response Deadline:  June 9, 2026, at 4:00 p.m. (ET).

Responses Received:  None as of the date of this Notice of Agenda.

Related Documents:

A.      [Proposed] Thirteenth Order (A) Further Enlarging the Period Within Which the Trustee May Remove Actions and (B) Granting Related Relief, Through and Including November 23, 2026 [Filed: 5/26/26] ([Docket No. 1762, Exhibit A](#))

B.      Certification of No Objection Regarding Thirteenth Motion of Alfred T. Giuliano, Chapter 7 Trustee, for Order (A) Enlarging the Period Within Which the Chapter 7 Trustee May Remove Actions and (B) Granting Related Relief [Filed: 6/10/26] ([Docket No. 1765](#))

C.      [Signed] Thirteenth Order (A) Further Enlarging the Period Within Which the Trustee May Remove Actions and (B) Granting Related Relief, Through and Including November 23, 2026 [Filed: 6/11/26] ([Docket No. 1766](#))

Status:  The Court has entered and order on this matter.  No hearing is necessary.

3.      Motion of Alfred T. Giuliano, Chapter 7 Trustee, for Order Approving Allocation of Administrative Expenses for Professional Fees Among Debtors [Filed: 6/2/26] ([Docket No. 1763](#))

Response Deadline:  June 9, 2026, at 4:00 p.m. (ET).

Responses Received:  None as of the date of this Notice of Agenda.

Related Documents:

A.      [Proposed] Order Granting Motion of Alfred T. Giuliano, Chapter 7 Trustee, for Order Approving Allocation of Administrative Expenses for Professional Fees Among Debtors [Filed: 5/26/26] ([Docket No. 1763, Exhibit A](#))

B.      Certification of No Objection Regarding Motion of Alfred T. Giuliano, Chapter 7 Trustee, for Order Approving Allocation of Administrative Expenses for Professional Fees Among Debtors [Filed: 6/11/26] ([Docket No. 1768](#))

  C.  [Signed] Order Granting Motion of Alfred T. Giuliano, Chapter 7 Trustee, for Order Approving Allocation of Administrative Expenses for Professional Fees Among Debtors [Filed: 6/11/26] (Docket No. 1767)

  Status: The Court has entered and order on this matter.  No hearing is necessary.


Dated: June 12, 2026     PACHULSKI STANG ZIEHL & JONES LLP

          */s/ Peter J. Keane*

          Bradford J. Sandler (DE Bar No. 4142)
          Peter J. Keane (DE Bar No. 5503)
          919 North Market Street, 17th Floor
          P.O. Box 8705
          Wilmington, DE  19899 (Courier 19801)
          Telephone: 302-652-4100
          Facsimile:  302-652-4400
          E-mail:  bsandler@pszjlaw.com
              pkeane@pszjlaw.com

          *Counsel to Alfred T. Giuliano, Chapter 7 Trustee*

4899-8383-0451.2 05233.003        4