**EXHIBIT A**

Clark Hill

| | | | |
|---|---|---|---|
| Sam Levin Inc. | | Invoice: | DRAFT |
| 301 Fitz Henry Road | | Date: | 06/25/2026 |
| Smithton, PA 15479 | | Client: | 097980 |
| | | Matter: | 0343366 |

Matter Name: Retail Management Partners, Inc., et al. (Collections Matter)

---

**LEGAL SERVICES RENDERED AND COSTS ADVANCED THROUGH JUNE 24, 2026**

| | | |
|---|---|---|
| Total Fees: | $ | 22,895.00 |
| Total Expenses: | | 1,091.56 |
| **Total Due This Invoice:** | **$** | **23,986.56** |

FOR ACH/WIRE REMITTANCES:
PNC Bank, N.A.
500 First Ave.
Pittsburgh, PA 15219
ABA ACH: 041000124
WIRE: 041000124
Account: 4130223462
Account Name: Clark Hill PLC
SWIFTCODE: PNCCUS33

PLEASE REMIT TO:
Clark Hill PLC
PO Box 641858
Pittsburgh, PA 15264-1858

Fed ID: 38-0425840

Scan to Pay
**clarkhill.com/invpayments**

Please forward remittance details to: remit-pmts@clarkhill.com
For assistance making a payment please call (313) 965-8290

FOR LEGAL SERVICES RENDERED in connection with the above matter.

## TIME AND FEE SUMMARY

| Name | Initials | Rate | Hours | Amount |
|---|---|---|---|---|
| Vincent M. Roskovensky | VMR | $715.00 | 1.30 | 929.50 |
| Vincent M. Roskovensky | VMR | $685.00 | 5.30 | 3,630.50 |
| Vincent M. Roskovensky | VMR | $620.00 | 2.50 | 1,550.00 |
| Vincent M. Roskovensky | VMR | $555.00 | 3.10 | 1,720.50 |
| Vincent M. Roskovensky | VMR | $465.00 | 6.00 | 2,790.00 |
| Vincent M. Roskovensky | VMR | $0.00 | 0.50 | 0.00 |
| Ashley Buck | ALW | $595.00 | 6.70 | 3,986.50 |
| Ashley Buck | ALW | $575.00 | 3.00 | 1,725.00 |
| Ashley Buck | ALW | $520.00 | 5.00 | 2,600.00 |
| Ashley Buck | ALW | $400.00 | 3.70 | 1,480.00 |
| Ashley Buck | ALW | $0.00 | 0.20 | 0.00 |
| Michael Masto | MM | $315.00 | 3.20 | 1,008.00 |
| Michael Masto | MM | $250.00 | 5.90 | 1,475.00 |
| | | **Total** | **46.40** | **$ 22,895.00** |

## DETAIL OF LEGAL SERVICES

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 09/01/22 | ALW | AA - Review emails from Trustee with counsel for Retail Management Partners, Inc. and Amir Mireskandari regarding [redacted] | 0.50 | 200.00 |
| 09/01/22 | ALW | CP - Review email from Trustee regarding [redacted] a[redacted] | 0.10 | 40.00 |
| 09/06/22 | VMR | AA - Review settlement communications history and strategize regarding [redacted] | 0.90 | 418.50 |

| | | | | |
|---|---|---|---|---|
| 09/06/22 | ALW | AA - Confer regarding [redacted] | 0.20 | 80.00 |
| 09/06/22 | ALW | CP - Review correspondence from Trustee regarding [redacted] | 0.10 | 40.00 |
| 09/07/22 | ALW | AA - Perform asset search [redacted] | 1.50 | 600.00 |
| 09/07/22 | ALW | AA - Research and summarize procedure for Retail Management Partners, Inc. and Amir Mireskandari to challenge confessed judgment. | 0.50 | 200.00 |
| 09/08/22 | VMR | AA - Review of publicly available information regarding [redacted] | 0.70 | 325.50 |
| 09/09/22 | ALW | AA - Confer regarding [redacted] | 0.30 | 120.00 |
| 09/09/22 | VMR | AA - Strategize regarding [redacted] | 0.40 | 186.00 |
| 09/21/22 | VMR | AA - Strategize regarding [redacted] | 0.10 | 46.50 |
| 10/07/22 | ALW | AA - Confer regarding [redacted] | 0.20 | 80.00 |
| 10/07/22 | VMR | AA - Communications with defense counsel regarding [redacted] | 0.60 | 279.00 |
| 10/07/22 | VMR | AA - Communications with trustee counsel regarding [redacted] | 0.20 | 93.00 |
| 10/11/22 | VMR | AA - Communication with counsel exploring [redacted] | 0.10 | 46.50 |
| 10/12/22 | VMR | AA - Update trustee's counsel regarding conference with counsel for RMP/A. Mireskandari regarding [redacted] | 0.10 | 46.50 |

| | | | | |
|---|---|---|---|---|
| 10/12/22 | VMR | AA - Prepare for and conference with counsel for RMP/A. Mireskandari regarding judgment, collection of same and potential settlement. | 0.20 | 93.00 |
| 10/14/22 | VMR | AA - Communication to counsel for defendants regarding settlement discussion. | 0.10 | 46.50 |
| 10/17/22 | VMR | AA - Prepare for and conference with defense counsel regarding settlement positions and potential resolution options. | 0.40 | 186.00 |
| 10/17/22 | VMR | AA - Update trustee and counsel regarding [redacted] | 0.20 | 93.00 |
| 10/25/22 | VMR | AA Communication with trustee counsel and strategy regarding [redacted] | 0.30 | 139.50 |
| 10/26/22 | VMR | AA Respond to trustee's counsel email regarding [redacted] | 0.20 | 93.00 |
| 11/30/22 | VMR | AA Communicate with counsel for A. Mireskandari and RMP regarding settlement. | 0.10 | 46.50 |
| 12/06/22 | VMR | AA - Follow up with counsel for Defendants regarding potential for settlement. | 0.10 | 46.50 |
| 12/08/22 | VMR | AA Email to counsel regarding status of response regarding collection. | 0.10 | 46.50 |
| 12/20/22 | VMR | AA Review and strategize regarding [redacted] | 0.30 | 139.50 |
| 12/20/22 | VMR | AA Email correspondence with counsel and conference with same. | 0.30 | 139.50 |
| 12/21/22 | VMR | AA Strategize regarding [redacted] | 0.60 | 279.00 |
| 12/21/22 | ALW | AA - Confer regarding [redacted] | 0.30 | 120.00 |
| 04/25/23 | VMR | AA - Review correspondence with [redacted] | 0.20 | 111.00 |

| | | | | |
|---|---|---|---|---|
| 04/26/23 | VMR | AA - Strategize regarding [redacted] | 0.10 | 55.50 |
| 05/09/23 | VMR | AA Review status and related information regarding options to pursue for recouping judgment. | 0.30 | 166.50 |
| 05/09/23 | VMR | CP Communication with trustee and trustee's counsel regarding [redacted] | 0.80 | 444.00 |
| 05/11/23 | VMR | AA Strategize regarding [redacted] | 0.20 | 111.00 |
| 05/15/23 | VMR | AA [redacted] | 0.50 | 277.50 |
| 05/15/23 | VMR | CP - Review/revise draft fee application. | 0.30 | 166.50 |
| 05/16/23 | VMR | AA Strategize and update trustee regarding [redacted] | 0.40 | 222.00 |
| 05/17/23 | MM | AA - [redacted] | 1.80 | 567.00 |
| 05/18/23 | MM | BILL NO CHARGE (1.2) - AA - [redacted] | 0.00 | No Charge |
| 05/19/23 | VMR | AA Communicate with trustee regarding [redacted] | 0.10 | 55.50 |
| 06/13/23 | VMR | AA - Communicate with trustee. | 0.10 | 55.50 |
| 11/27/23 | VMR | AA Communication to trustee regarding [redacted] | 0.10 | 55.50 |
| 12/04/23 | MM | AA - [redacted] | 1.40 | 441.00 |
| 01/08/24 | MM | AA - [redacted] | 0.50 | 125.00 |

| | | | | |
|---|---|---|---|---|
| 01/18/24 | MM | BILL NO CHARGE (1.1) - AA - [redacted] | 0.00 | No Charge |
| 01/18/24 | VMR | AA Review current information regarding [redacted] | 0.20 | 124.00 |
| 01/19/24 | VMR | AA [redacted] | 0.10 | 62.00 |
| 01/23/24 | VMR | AA [redacted] | 0.20 | 124.00 |
| 02/08/24 | MM | AA - [redacted] | 1.20 | 300.00 |
| 02/08/24 | MM | BILL NO CHARGE (.8) - AA - Attention to request for Internal Investigative Memo [redacted] | 0.00 | No Charge |
| 02/08/24 | VMR | AA [redacted] | 0.20 | 124.00 |
| 02/12/24 | MM | AA - Finalized consolidation of all information regarding [redacted] | 2.20 | 550.00 |
| 02/26/24 | VMR | AA - Review [redacted] | 0.40 | 248.00 |
| 02/27/24 | MM | BILL NO CHARGE (1.1) - AA - [redacted] | 0.00 | No Charge |

| | | | | |
|---|---|---|---|---|
| 03/04/24 | MM | BILL NO CHARGE (2.8) - AA - [redacted] | 0.00 | No Charge |
| 03/06/24 | MM | BILL NO CHARGE (2.2) - AA - [redacted] | 1.00 | 250.00 |
| 03/06/24 | VMR | [redacted] | 0.40 | 248.00 |
| 03/07/24 | MM | BILL NO CHARGE (4.0) - AA - [redacted] | 1.00 | 250.00 |
| 03/14/24 | VMR | AA - Email to E. Gray re: [redacted] | 0.20 | 124.00 |
| 03/26/24 | VMR | AA Discussion with co-counsel for trustee re: [redacted] | 0.10 | 62.00 |
| 05/09/24 | ALW | CP: Correspond regarding preparation of fee application. | 0.20 | 104.00 |
| 05/10/24 | ALW | CP: Review privileged redactions for fee application. | 1.00 | 520.00 |
| 05/10/24 | ALW | CP: Correspond regarding preparation of fee application. | 0.30 | 156.00 |
| 05/13/24 | ALW | CP: Correspond regarding preparation of fee application. | 0.10 | 52.00 |

| | | | | |
|---|---|---|---|---|
| 05/22/24 | ALW | CP: Correspond regarding preparation of fee application. | 0.20 | 104.00 |
| 05/23/24 | ALW | CP - Draft Interim Fee Application and related documents. | 2.50 | 1,300.00 |
| 05/24/24 | VMR | CP: Initial review of draft fee application. | 0.20 | 124.00 |
| 05/24/24 | ALW | CP - Correspond regarding Interim Fee Application and related documents. | 0.10 | 52.00 |
| 05/28/24 | ALW | CP - Review Interim Fee Application and related documents. | 0.30 | 156.00 |
| 05/28/24 | VMR | CP: Work on draft fee application. | 0.40 | 248.00 |
| 12/09/24 | VMR | AA - Attention to anticipated judgment revival. | 0.10 | 62.00 |
| 12/16/24 | ALW | AA - Analysis regarding revival of judgment. | 0.30 | 156.00 |
| 12/16/24 | VMR | AA Strategize regarding [redacted] | 0.10 | No Charge |
| 02/11/25 | VMR | AA - Follow up with client regarding [redacted] | 0.10 | 68.50 |
| 02/13/25 | VMR | AA - Communication regarding [redacted] | 0.10 | No Charge |
| 02/13/25 | ALW | AA - Draft revival of judgment. | 0.50 | 287.50 |
| 02/13/25 | ALW | AA - Confer regarding [redacted] | 0.20 | 115.00 |
| 02/17/25 | ALW | AA - Analysis of procedure for [redacted] | 0.70 | 402.50 |
| 02/17/25 | VMR | AA - Strategize regarding [redacted] | 0.20 | 137.00 |
| 02/19/25 | VMR | AA - Work on finalizing praecipe for writ of revival | 0.40 | 274.00 |
| 02/19/25 | ALW | AA - Research service of revival of judgment. | 0.20 | 115.00 |

| | | | | |
|---|---|---|---|---|
| 02/19/25 | ALW | AA - Confer regarding [redacted] | 0.30 | 172.50 |
| 02/27/25 | VMR | AA - Attention to revival of judgment, service of same | 0.30 | 205.50 |
| 02/27/25 | ALW | AA - Confer with V. Roskovensky regarding [redacted]. | 0.30 | 172.50 |
| 04/22/25 | VMR | AA - Call with counsel regarding status of matter/judgment and potential settlement; update to client personnel. | 0.40 | 274.00 |
| 04/25/25 | VMR | AA - Strategize regarding [redacted] and response and email to client regarding same. | 0.20 | 137.00 |
| 05/20/25 | VMR | CP: Status review and email to client regarding [redacted] | 0.10 | No Charge |
| 05/21/25 | VMR | AA - Communications with Trustee and to counsel regarding [redacted] | 0.70 | 479.50 |
| 06/10/25 | VMR | AA - Follow up with counsel regarding [redacted] | 0.10 | 68.50 |
| 06/16/25 | VMR | AA - Settlement communication and update. | 0.10 | 68.50 |
| 07/25/25 | VMR | AA - Communication from debtor’s counsel and to E. Gray regarding [redacted] | 0.10 | 68.50 |
| 07/31/25 | VMR | AA - Review draft settlement agreement. | 0.50 | 342.50 |
| 08/01/25 | ALW | AA - Revise Settlement Agreement and strategize regarding [redacted] | 0.80 | 460.00 |
| 08/01/25 | VMR | AA - Attention to settlement agreement comments/revisions. | 0.20 | 137.00 |
| 08/04/25 | VMR | AA - Email to bankruptcy counsel regarding [redacted] | 0.10 | 68.50 |
| 08/12/25 | VMR | AA - Strategize and revise draft settlement agreement. | 0.40 | 274.00 |

| | | | | |
|---|---|---|---|---|
| 08/20/25 | VMR | AA - Finalize draft settlement agreement and communication to opposing counsel regarding same. | 0.20 | 137.00 |
| 09/18/25 | VMR | AA - Communication with counsel regarding [redacted] | 0.10 | 68.50 |
| 10/08/25 | VMR | AA - Review input on settlement agreement, compare against prior draft and email to counsel regarding same. | 0.20 | 137.00 |
| 10/17/25 | VMR | AA - Exchange with counsel regarding settlement agreement. | 0.10 | 68.50 |
| 10/20/25 | VMR | AA - Communication with trustee counsel regarding [redacted] | 0.10 | 68.50 |
| 10/24/25 | VMR | AA - Review final version of settlement agreement and conference with E. Gray, email to counsel. | 0.30 | 205.50 |
| 10/29/25 | VMR | AA: Finalize agreement, password protect wire instructions and email to counsel regarding same. | 0.30 | 205.50 |
| 12/11/25 | VMR | AA: Review release and communicate with counsel regarding execution by his office. | 0.20 | 137.00 |
| 12/17/25 | VMR | AA: Review of settlement agreement executed by other side and forward same to bankruptcy counsel. | 0.10 | No Charge |
| 02/19/26 | VMR | AA: Review fully executed settlement agreement and correspond with counsel regarding same, payment and corresponding deadlines/final activities. | 0.20 | 143.00 |
| 03/08/26 | VMR | AA -Review 9019 motion, correspond with trustee counsel regarding [redacted] | 0.20 | 143.00 |
| 03/10/26 | VMR | AA: Correspond with counsel regarding [redacted] | 0.10 | 71.50 |
| 04/01/26 | VMR | AA: Review settlement order and communication with counsel regarding [redacted] | 0.10 | 71.50 |
| 04/07/26 | ALW | AA - Analysis of Settlement Agreement for [redacted] | 0.20 | 119.00 |

| | | | | |
|---|---|---|---|---|
| 04/07/26 | ALW | AA - Emails regarding [redacted] | 0.20 | 119.00 |
| 04/07/26 | ALW | AA - Draft Praecipe to Settle and Discontinue State Court Action and Satisfy Judgment in same. | 0.20 | 119.00 |
| 04/07/26 | VMR | AA: Attention to dismissal of state court action. | 0.20 | 143.00 |
| 04/07/26 | ALW | AA - Correspond regarding and oversee filing of Praecipe to Settle, Discontinue and Satisfy State Court Judgment. | 0.20 | 119.00 |
| 04/08/26 | VMR | AA - Attention to dismissal of state court matter/judgment satisfaction. | 0.10 | No Charge |
| 04/08/26 | ALW | AA - Draft Amended Praecipes to Settle and Discontinue and Satisfy Judgment per Department of Court Records direction. | 0.20 | 119.00 |
| 04/08/26 | ALW | AA - Correspond regarding and oversee filing of Amended Praecipes to Settle, Discontinue and Satisfy State Court Judgment per Department of Court Records direction. | 0.20 | No Charge |
| 04/10/26 | ALW | CP- Correspond regarding [redacted] (No charge .1) | 0.20 | 119.00 |
| 06/22/26 | VMR | CP - Review of final fee application. | 0.50 | 357.50 |
| 06/22/26 | ALW | CP - Review applical rules in preparation for drafting Final Fee Application. | 0.50 | 297.50 |
| 06/22/26 | ALW | CP - Redact time entries for preservation of privilege in preparation for drafting Final Fee Application. | 1.00 | 595.00 |
| 06/22/26 | ALW | CP - Draft Final Fee Application and related documentation. | 3.00 | 1,785.00 |
| 06/22/26 | ALW | CP - Various correspondence regarding [redacted] | 1.00 | 595.00 |
| | | **Total** | **46.40** | **$ 22,895.00** |

## EXPENSE SUMMARY

| Description | Amount |
| --- | --- |
| Investigator's Fee | 1,024.90 |
| Filing Fees | 27.04 |
| General Records / Reports | 39.62 |
| **Total** | **$ 1,091.56** |

## EXPENSE DETAIL

| Date | Description | Quantity | Amount |
| --- | --- | --- | --- |
| 12/19/23 | Investigator's Fee [redacted] Investigative Expenses | 1.00 | 310.00 |
| 01/15/24 | Investigator's Fee Judgement Collection Specialists Invoice: [redacted] Investigative Expenses | 1.00 | 125.00 |
| 01/15/24 | Investigator's Fee Judgement Collection Specialists Invoice: [redacted] Investigative Expenses | 1.00 | 474.00 |
| 02/01/24 | Investigator's Fee [redacted] | 1.00 | 89.00 |
| 04/08/24 | Investigator's Fee April 2024 Been Verified Invoice - Investigative Expenses | 1.00 | 9.95 |
| 04/08/24 | Investigator's Fee April 2024 Truthfinder Invoice - Investigative Expenses | 1.00 | 16.95 |
| 02/21/25 | Filing Fees filing fee - Filing Fees - Court | 1.00 | 27.04 |
| 06/24/26 | General Records / Reports | 1.00 | 39.62 |
| | **Total** | | **$ $1,091.56** |

Sam Levin Inc.
301 Fitz Henry Road
Smithton, PA 15479

| | |
|---|---|
| Invoice: | DRAFT |
| Date: | 06/25/2026 |
| Client: | 097980 |
| Matter: | 0343366 |

Matter Name: Retail Management Partners, Inc., et al. (Collections Matter)

# REMITTANCE

## Summary Of Account

| Invoice Date | Invoice Number | Invoice Total | Payments | Balance |
|---|---|---|---|---|
| 02/17/20 | 956700 | 142.27 | 0.00 | 142.27 |
| 03/16/20 | 965534 | 1,714.00 | 0.00 | 1,714.00 |
| 04/13/20 | 973440 | 835.50 | 0.00 | 835.50 |
| 06/11/20 | 991620 | 468.75 | 0.00 | 468.75 |
| 09/14/20 | 1018598 | 93.00 | 0.00 | 93.00 |
| | | | **Total** | **$ 3,253.52** |

| | | |
|---|---|---|
| **Total Due This Invoice:** | **$** | **23,986.56** |
| Balances From Previous Invoices | | 3,253.52 |
| **Total Amount Due** | **$** | **27,240.08** |

FOR ACH/WIRE REMITTANCES:
PNC Bank, N.A.
500 First Ave.
Pittsburgh, PA 15219
ABA ACH: 041000124
WIRE: 041000124
Account: 4130223462
Account Name: Clark Hill PLC
SWIFTCODE: PNCCUS33

PLEASE REMIT TO:
Clark Hill PLC
PO Box 641858
Pittsburgh, PA 15264-1858

Fed ID: 38-0425840

Scan to Pay
**clarkhill.com/invpayments**

Please forward remittance details to: remit-pmts@clarkhill.com
For assistance making a payment please call (313) 965-8290