**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| START MAN FURNITURE, LLC, et al.,[1] | Case No. 20-10553 (CTG) |
| Debtors. | (Jointly Administered) |
| | **Re: Docket No.** |

**ORDER GRANTING FINAL ("NON-CONTINGENCY") APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF CLARK HILL PLC, AS SPECIAL COUNSEL TO THE CHAPTER 7 TRUSTEE**

Clark Hill PLC ("Clark Hill"), as special counsel for the Chapter 7 Trustee in the above-captioned cases, filed a Final ("Non-Contingency") application for allowance of compensation and reimbursement of expenses (the "Final Fee Application"). The Court has reviewed the Final Fee Application and finds that: (a) the district court has jurisdiction under 28 U.S.C. § 1334, which was referred to this Court under 28 U.S.C. § 157 pursuant to the *Amended Standing Order of Reference from the United States District Court for the District of Delaware*, dated February 29, 2012; (b) notice of the Final Fee Application, and any hearing on the Final Fee Application, was adequate under the circumstances; and (c) all persons with standing have been afforded the opportunity to be heard on the Final Fee Application. Accordingly, it is hereby

ORDERED that the Final Fee Application is GRANTED, on a final basis.

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, include: Start Man Furniture, LLC (f/k/a Art Van Furniture, LLC) (9205); SVF Holding Company, Inc. (f/k/a AVF Holding Company, Inc.) (0291); SVCE, LLC (f/k/a AVCE, LLC) (2509); StartVF Holdings I, LLC (f/k/a AVF Holdings I, LLC) (2537); StartVF Holdings II, LLC (f/k/a AVF Holdings II, LLC) (7472); SVF Parent, LLC (f/k/a AVF Parent, LLC) (3451); Levin Parent, LLC (8052); Start Man Furniture of Canada, LLC (f/k/a Art Van Furniture of Canada, LLC) (9491); SV Sleep Franchising, LLC (f/k/a AV Pure Sleep Franchising, LLC) (8968); SVF Franchising, LLC (f/k/a AVF Franchising, LLC) (6325); LF Trucking, Inc. (1484); Sam Levin, Inc. (5198); and Comfort Mattress LLC (4463).

ORDERED that total fees in the amount of $22,895.00 and actual and necessary expenses in the amount of $1,091.56 are allowed on a final basis, of which $9,816.00 and actual and necessary expenses in the amount of $1,064.52, for a total allowance of $10,880.52, was previously approved by this Court on September 11, 2024.

ORDERED that the additional fees included within the foregoing paragraph - in the amount of $13,079.00 and actual and necessary expenses in the amount of $27.04 - are allowed on a final basis along with the prior fees approved by this Court on an interim basis on September 11, 2024.

ORDERED that the Chapter 7 Trustee in the above cases shall pay to Clark Hill the amounts for the services rendered and disbursements incurred by Clark Hill, which funds shall be disbursed from the funds currently held in trust with Clark Hill.

ORDERED that Clark Hill is allowed to be paid a total of $23,986.56 for the professional services rendered, which amounts include those in the interim fee application and final fee application.

ORDERED that Clark Hill shall return any amounts in excess of $23,986.56 to the Chapter 7 Trustee as soon as practicable.

ORDERED that this Order shall be immediately effective and enforceable upon its entry. and

ORDERED that this Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.