**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>START MAN FURNITURE, LLC, *et al.,*[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 20-10553 (CTG)<br><br>(Jointly Administered) |
| ALFRED T. GIULIANO, in his capacity as Chapter 7 Trustee of Start Man Furniture, LLC, *et al*.,<br><br>Plaintiff,<br><br>v.<br><br>Coast To Coast Imports LLC; First-Citizens Bank & Trust Company d/b/a the CIT Group,<br><br>Defendants | <br><br><br><br><br><br>Adv. Proc. No. 22-50158 (CTG) |
| Monomoy Capital Partners LLC d/b/a or f/k/a Klaussner Home Furnishings; First-Citizens Bank & Trust Company d/b/a the CIT Group,<br><br>Defendants. | Adv. Proc. No. 22-50160 (CTG) |
| Jonathan Louis International Ltd.; First-Citizens Bank & Trust Company d/b/a The CIT Group,<br><br>Defendants. | Adv. Proc. No. 22-50161 (CTG) |
| Elements International Group, LLC; First-Citizens Bank & Trust Company dba The CIT Group,<br><br>Defendants. | Adv. Proc. No. 22-50163 (CTG) |

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, include: Start Man Furniture, LLC (f/k/a Art Van Furniture, LLC) (9205); SVF Holding Company, Inc. (f/k/a AVF Holding Company, Inc.) (0291); SVCE, LLC (f/k/a AVCE, LLC) (2509); StartVF Holdings I, LLC (f/k/a AVF Holdings I, LLC) (2537); StartVF Holdings II, LLC (f/k/a AVF Holdings II, LLC) (7472); SVF Parent, LLC (f/k/a AVF Parent, LLC) (3451); Levin Parent, LLC (8052); Start Man Furniture of Canada, LLC (f/k/a Art Van Furniture of Canada, LLC) (9491); SV Sleep Franchising, LLC (f/k/a AV Pure Sleep Franchising, LLC) (8968); SVF Franchising, LLC (f/k/a AVF Franchising, LLC) (6325); LF Trucking, Inc. (1484); Sam Levin, Inc. (5198); and Comfort Mattress LLC (4463).

| | |
|---|---|
| Sunny Designs, Inc.; First-Citizens Bank & Trust Company dba The CIT Group,<br><br>Defendants. | Adv. Proc. No. 22-50164 (CTG) |
| Hillsdale Furniture, LLC; First-Citizens Bank & Trust Company dba The CIT Group<br><br>Defendants. | Adv. Proc. No. 22-50165 (CTG) |
| Hooker Furniture fdba Home Meridian Holdings dba Samuel Lawrence Furniture,<br><br>Defendants. | Adv. Proc. No. 22-50166 (CTG) |
| Life Style Enterprise, Inc., First-Citizens Bank & Trust Company dba The CIT Group,<br><br>Defendants. | Adv. Proc. No. 22-50170 (CTG) |
| Jackson Furniture Industries, Inc. d/b/a Catnapper,<br><br>Defendants. | Adv. Proc. No. 22-50194 (CTG) |
| LFN Services, Inc.,<br><br>Defendants. | Adv. Proc. No. 22-50198 (CTG) |
| United Furniture Industries, Inc.; First-Citizens Bank & Trust Company dba The CIT Group,<br><br>Defendants | Adv. Proc. No. 22-50227 (CTG) |

**Objection Deadline: November 6, 2026, at 4:00 p.m. (ET)**
**Hearing Date: December 3, 2026 at 10:00 a.m. (ET)**

**NOTICE OF THIRTEENTH OMNIBUS MOTION OF ALFRED T. GIULIANO, CHAPTER 7 TRUSTEE, TO APPROVE SETTLEMENT AGREEMENTS**

**PLEASE TAKE NOTICE** that on October 22, 2026, Alfred T. Giuliano, chapter 7 trustee (the "Trustee") to the estates of the above-captioned debtors (the "Debtors"), filed the *Thirteenth Omnibus Motion of Alfred T. Giuliano, Chapter 7 Trustee, to Approve Settlement Agreements* (the "Motion"), with the United States Bankruptcy Court for the District of

Delaware, 824 Market Street, Wilmington, Delaware 19801 (the "Bankruptcy Court"). A copy of the Motion is attached hereto.

**PLEASE TAKE FURTHER NOTICE** that any response or objection to the entry of a final order with respect to the relief sought in the Motion must be filed with the Bankruptcy Court on or before **November 6, 2026, at 4:00 p.m. (Eastern time)**.

**PLEASE TAKE FURTHER NOTICE** that at the same time, you must also serve a copy of the response or objection upon: (i) counsel for the Trustee, (a) Pachulski Stang Ziehl & Jones LLP, 919 N. Market Street, 17th Floor, Wilmington, DE 19801 (Attn: Bradford J. Sandler and Peter J. Keane) bsandler@pszjlaw.com, pkeane@pszjlaw.com; and (ii) the U.S. Trustee; Benjamin A. Hackman, Office of the United States Trustee, 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801, benjamin.a.hackman@usdoj.gov.

**PLEASE TAKE FURTHER NOTICE** THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

**PLEASE TAKE FURTHER NOTICE** THAT A HEARING TO CONSIDER THE RELIEF SOUGHT IN THE MOTION WILL BE HELD ON **DECEMBER 3, 2026, AT 10:00 A.M. PREVAILING EASTERN TIME** BEFORE THE HONORABLE CRAIG T. GOLDBLATT, CHIEF UNITED STATES BANKRUPTCY JUDGE, AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, THIRD FLOOR, COURTROOM NO. 7, WILMINGTON, DELAWARE 19801.

Dated: October 22, 2026

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Peter J. Keane*

Bradford J. Sandler (DE Bar No. 4142)
Peter J. Keane (DE Bar No. 5503)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: bsandler@pszjlaw.com
pkeane@pszjlaw.com

*Counsel to Alfred T. Giuliano, Chapter 7 Trustee*