**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>START MAN FURNITURE, LLC, et al. (f/k/a Art Van Furniture, LLC),[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 20-10553 (CTG)<br><br>Jointly Administered |
| TODD STEWART and JENNIFER SAWLE on behalf of themselves and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>START MAN FURNITURE, LLC, et al. (f/k/a Art Van Furniture, LLC),<br><br>Defendants. | Adv. Proc. No. 20-50548 (CTG) |

**NOTICE OF AGENDA FOR HEARING SCHEDULED ON NOVEMBER 2, 2026 AT 10:00 A.M. (PREVAILING EASTERN TIME), BEFORE THE HONORABLE CRAIG T. GOLDBLATT AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, LOCATED AT 824 NORTH MARKET STREET, 3RD FLOOR, COURTROOM NO. 7, WILMINGTON, DELAWARE 19801**

**THIS HEARING HAS BEEN CANCELLED BY THE COURT AS NO MATTERS ARE SCHEDULED TO GO FORWARD.**

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, include: Start Man Furniture, LLC (f/k/a Art Van Furniture, LLC) (9205); SVF Holding Company, Inc. (f/k/a AVF Holding Company, Inc.) (0291); SVCE, LLC (f/k/a AVCE, LLC) (2509); StartVF Holdings I, LLC (f/k/a AVF Holdings I, LLC) (2537); StartVF Holdings II, LLC (f/k/a AVF Holdings II, LLC) (7472); SVF Parent, LLC (f/k/a AVF Parent, LLC) (3451); Levin Parent, LLC (8052); Start Man Furniture of Canada, LLC (f/k/a Art Van Furniture of Canada, LLC) (9491); SV Sleep Franchising, LLC (f/k/a AV Pure Sleep Franchising, LLC) (8968); SVF Franchising, LLC (f/k/a AVF Franchising, LLC) (6325); LF Trucking, Inc. (1484); Sam Levin, Inc. (5198); and Comfort Mattress LLC (4463).

**RESOLVED MATTERS:**

1. Twelfth Interim (Contingent) Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Counsel to the Chapter 7 Trustee, for the Period from November 1, 2024 through February 28, 2026 [Filed: 9/4/26] (Docket No. 1781)

   Response Deadline: September 25, 2026, at 4:00 p.m. (ET).

   Responses Received: None.

   Related Documents:

   A. Certification of No Objection Regarding Twelfth Interim (Contingent) Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Counsel to the Chapter 7 Trustee, for the Period from November 1, 2024 through February 28, 2026 [Filed: 9/28/26] (Docket No. 1784)

   B. [Signed] Order Granting Twelfth Interim (Contingent) Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Counsel to the Chapter 7 Trustee, for the Period from November 1, 2024 through February 28, 2026 [Filed: 9/29/26] (Docket No. 1786)

   Status: The Court has entered an order on this matter. No hearing is necessary.

2. Thirteenth Interim (Non-Contingent) Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Counsel to the Chapter 7 Trustee, for the Period from August 1, 2025 through July 31, 2026 [Filed: 9/10/26] (Docket No. 1782)

   Response Deadline: September 24, 2026, at 4:00 p.m. (ET).

   Responses Received: None.

   Related Documents:

   A. Certification of No Objection Regarding Thirteenth Interim (Non-Contingent) Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Counsel to the Chapter 7 Trustee, for the Period from August 1, 2025 through July 31, 2026 [Filed: 9/28/25] (Docket No. 1785)

   B. [Signed] Order Granting Thirteenth Interim (Non-Contingent) Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Counsel to the Chapter 7 Trustee, for the Period from August 1, 2025 through July 31, 2026 [Filed: 9/29/26] (Docket No. 1787)

Status: The Court has entered an order on this matter. No hearing is necessary.

3. Final ("Non-Contingency") Application for Compensation and Reimbursement of Expenses of Clark Hill PLC, as Special Counsel to the Chapter 7 Trustee [Filed: 9/23/26] (Docket No. 1783)

Response Deadline: October 14, 2026, at 4:00 p.m. (ET).

Responses Received: None.

Related Documents:

A. Certification of No Objection Regarding Final ("Non-Contingency") Application for Compensation and Reimbursement of Expenses of Clark Hill PLC, as Special Counsel to the Chapter 7 Trustee [Filed: 10/15/26] (Docket No. 1788)

B. [Signed] Order Granting Final ("Non-Contingency") Application for Compensation and Reimbursement of Expenses of Clark Hill PLC, as Special Counsel to the Chapter 7 Trustee [Filed: 10/16/26] [Docket No. 1789]

Status: The Court has entered an order on this matter. No hearing is necessary.

**ADJOURNED MATTER:**

4. *[Todd Steward and Jennifer Sawle v. Art Van Furniture, LLC - Adv. Case No. 20-50548]* Plaintiffs' Motion for Class Certification and Related Relief [Filed: 11/14/21] (Docket No. 47)

Responses Received:

A. Chapter 7 Trustee's Opposition to Plaintiffs' Motion for Class Certification and Cross Motion to Stay Consideration [Filed: 12/6/21] (Docket No. 51)

Replies Received:

A. Plaintiffs' Reply in Further Support of Motion for Class Certification [Filed: 12/20/21] (Docket No. 53)

Related Documents:

A. Plaintiffs' Request for Oral Argument on Plaintiffs' Motion for Class Certification and Related Relief [Filed: 12/27/21] (Docket No. 54)

B. Notice of Completion of Briefing on Plaintiffs' Motion for Class Certification and Related Relief [Filed: 12/27/21] (Docket No. 55)

C. Request for Oral Argument on Chapter 7 Trustee's Motion for Summary Judgment [Filed: 12/27/21] (Docket No. 56)

D. [Signed] Order [Filed: 3/21/22] (Docket No. 64)

E. [Signed] Order (District Court) [Filed: 12/13/22] (Docket No. 77)

F. [Signed] Order(Third Circuit) [Filed: 6/5/25] (Docket No. 78)

G. [Signed] Amended Pre-Trial Scheduling Order [Filed: 8/4/25] (Docket No. 82)

H. Notice of Rescheduled Hearing Regarding Plaintiffs' Motion for Class Certification and Related Relief [Filed: 9/4/25] (Docket No. 85)

I. Notice of Rescheduled Hearing Regarding Plaintiffs' Motion for Class Certification and Related Relief [Filed: 10/20/25] (Docket No. 86)

J. Notice of Rescheduled Hearing Regarding Plaintiffs' Motion for Class Certification and Related Relief [Filed: 12/1/25] (Docket No. 87)

Status: This matter is adjourned to the omnibus hearing on December 3, 2026 at 10:00 a.m. (ET).

Dated: October 29, 2026

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Peter J. Keane*

Bradford J. Sandler (DE Bar No. 4142)
Peter J. Keane (DE Bar No. 5503)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899 (Courier 19801)
Telephone: 302-652-4100
Facsimile: 302-652-4400
E-mail: bsandler@pszjlaw.com
pkeane@pszjlaw.com

*Counsel to Alfred T. Giuliano, Chapter 7 Trustee*