**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| YELLOW CORPORATION, *et al.*,[1] | ) | Case No. 23-11069 ( ) |
| Debtors. | ) | (Jointly Administered) |

**NOTICE OF AGENDA FOR HEARING SCHEDULED ON AUGUST 18, 2026 AT 10:00 A.M. (PREVAILING EASTERN TIME) BEFORE THE HONORABLE CRAIG T. GOLDBLATT AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, LOCATED AT 824 NORTH MARKET STREET, 3RD FLOOR, COURTROOM NO. 7, WILMINGTON, DELAWARE 19801**

**PLEASE NOTE: AS NO MATTERS ARE GOING FORWARD, THE HEARING HAS BEEN CANCELED WITH THE COURT'S PERMISSION.**

**RESOLVED MATTER:**

1. Plaintiff's Seventh Motion for an Order Approving the Settlements of Avoidance Actions Pursuant to Fed. R. Bankr. P. 9019 [Filed: 7/27/26] (Docket No. 9137)

   Response Deadline: August 10, 2026, at 4:00 p.m. (ET)

   Responses Received: None.

   Related Documents:

   A. [Proposed] Order Approving Plaintiff's Seventh Motion for an Order Approving the Settlements of Avoidance Actions Pursuant to Fed. R. Bankr. P. 9019 [Filed: 7/27/26] (Docket No. 9137)

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/YellowCorporation. The location of the Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is: 11500 Outlook Street, Suite 400, Overland Park, Kansas 66211.

B. Certification of No Objection for Plaintiff's Seventh Motion for an Order Approving the Settlements of Avoidance Actions Pursuant to Fed. R. Bankr. P. 9019 [Filed: 8/12/26] (Docket No. 9165)

C. [Signed] Order Approving Plaintiff's Seventh Motion for an Order Approving the Settlements of Avoidance Actions Pursuant to Fed. R. Bankr. P. 9019 [Filed: 8/13/26] (Docket No. 9168)

Status: The Court has entered an order on this matter. No hearing is necessary.

**ADJOURNED MATTERS:**

2. Local 705 Pension Fund's Restated and Renewed Motion to Allow Claim for Distribution Purposes [Filed: 6/30/26] (Docket No. 9068)

Response Deadline: July 7, 2026, at 4:00 p.m. (ET) (*extended for the Debtors to August 17, 2026, at 4:00 p.m. (ET)*)

Responses Received: None.

Related Documents:

A. [Proposed] Order Granting the Motion of Local 705 Pension Fund to Allow Claim for Voting and Distribution Purposes [Filed: 6/30/26] (Docket No. 9068)

Status: This matter is adjourned to a date to be determined.

3. Data Breach Plaintiffs' Motion for Retroactive Annulment of Automatic Stay and Plan Injunction Provisions of the Debtors' Fourth Amended Joint Chapter 11 Plan of Reorganization to Permit Prosecution of Data Breach Claims [Filed: 7/30/26] (Docket No. 9145)

Response Deadline: August 11, 2026, at 4:00 p.m. (ET) *(extended until October 2, 2026, at 4:00 p.m. (ET))*

Responses Received: None as of the date of this Notice of Agenda.

Related Documents:

A. [Proposed] Order Granting Data Breach Plaintiffs' Motion for Retroactive Annulment of Automatic Stay and Plan Injunction Provisions of the Debtors' Fourth Amended Joint Chapter 11 Plan of Reorganization to Permit Prosecution of Data Breach Claims [Filed: 7/30/26] (Docket No. 9145)

B. Certification of Counsel Regarding Stipulation to (A) Adjourn Hearing on Data Breach Plaintiffs' Motion for Retroactive Annulment of Automatic Stay and Plan Injunction Provisions of the Debtors' Fourth Amended Joint Chapter 11 Plan of

Reorganization to Permit Prosecution of Data Breach Claims, and (B) Extend Related Objection Deadline [Filed: 8/10/26] (Docket No. 9161)

C. [Signed] Order Approving Stipulation to (A) Adjourn Hearing on Data Breach Plaintiffs' Motion for Retroactive Annulment of Automatic Stay and Plan Injunction Provisions of the Debtors' Fourth Amended Joint Chapter 11 Plan of Reorganization to Permit Prosecution of Data Breach Claims, and (B) Extend Related Objection Deadline [Filed: 8/10/26] (Docket No. 9163)

Status: This matter has been adjourned to the hearing on October 20, 2026 at 10:00 a.m. (ET).

Dated: August 14, 2026
Wilmington, Delaware

*/s/ Peter J. Keane*


Laura Davis Jones (DE Bar No. 2436)
Timothy P. Cairns (DE Bar No. 4228)
Peter J. Keane (DE Bar No. 5503)
Edward Corma (DE Bar No. 6718)
**PACHULSKI STANG ZIEHL & JONES LLP**
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19801
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: ljones@pszjlaw.com
tcairns@pszjlaw.com
pkeane@pszjlaw.com
ecorma@pszjlaw.com

Alan D. Halperin (admitted *pro hac vice*)
Debra J. Cohen (admitted *pro hac vice*)
**HALPERIN BATTAGLIA BENZIJA, LLP**
40 Wall Street, 37th Floor
New York, New York 10005
Telephone: (212) 765-9100
Email: ahalperin@halperinlaw.net
dcohen@halperinlaw.net

Patrick J. Nash Jr., P.C. (admitted *pro hac vice*)
Robert A. Jacobson (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
333 West Wolf Point Plaza
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Email: patrick.nash@kirkland.com
rob.jacobson@kirkland.com

-and-

Aaron Metviner (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
Email: aaron.metviner@kirkland.com


*Co-Counsel for the Liquidating Trustee*